IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE & ETHYPHARM S.A. SPAIN,<br><br>Plaintiffs<br><br>v.<br><br>BENTLEY PHARMACEUTICALS, INC.<br><br>Defendant. | C.A. No. 04-1300 (SLR) |

**STIPULATION AND ORDER REGARDING FILING OF SUPPLEMENTAL MEMORANDUM AND OPPOSITION REGARDING MOTION TO DISMISS**

WHEREAS, plaintiffs Ethypharm S.A. France and Ethypharm S.A. Spain (collectively "Ethypharm") filed a complaint against defendant Bentley Pharmaceuticals, Inc. ("Bentley") in this Court on September 2004;

WHEREAS, Bentley filed a motion to dismiss the complaint on the basis, among other things, that Ethypharm's complaint failed to include a necessary party, Bentley's Spanish subsidiary Laboratorios Belmac, S.A. ("Belmac");

WHEREAS, Ethypharm opposed Bentley's motion to dismiss, and Bentley filed a reply memorandum in January 2005;

WHEREAS, since the filing of the motion papers, Bentley has learned that Ethypharm has filed a patent infringement case against Belmac in Spain, which Bentley believes is relevant to its pending motion to dismiss;

WHEREAS, the parties have agreed to the following schedule for filing a limited supplemental memorandum and supplemental opposition addressing the impact of these new facts on the pending motion.

The parties agree that:

1.  Bentley shall serve and file a supplemental memorandum of 10 pages or less limited to the issue of Ethypharm's filing of the Spanish Patent Action by June 30, 2005.

2.  Ethypharm shall serve and file a supplemental opposition of 10 pages or less responding exclusively to the new issues raised in Bentley's supplemental memorandum by July 18, 2005.

3.  Bentley shall serve and file a reply memorandum of 5 pages or less responding to issues raised in Ethypharm's supplemental opposition by July 25, 2005.

| MURPHY SPADARO & LANDON | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Francis J. Murphy<br>Francis J. Murphy (#223)<br>1011 Centre Road, Suite 210<br>Wilmington, DE 19805<br>(302) 888-6800 | By: [signature]<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>1313 N. Market Street<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000 |
| Of Counsel<br>Dwight P. Bostwick<br>Bruce R. Grace<br>Baach Robinson & Lewis PLLC<br>1201 F Street, NW Suite 500<br>Washington, D.C. 20004<br>(202) 833-8900 | Of Counsel<br>Craig E. Stewart<br>Marc J. Goldstein<br>Palmer & Dodge LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>(617) 239-0100 |
| *Attorneys for Plaintiffs*<br>*Ethypharm S.A. France and*<br>*Ethypharm S.A. Spain* | *Attorneys for Defendant*<br>*Bentley Pharmaceuticals, Inc* |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

687295                                        2