IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE and ETHYPHARM S.A. SPAIN,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>BENTLEY PHARMACEUTICALS, INC.,  )<br>)<br>Defendant.  ) | Civ. No. 04-1300-SLR |

O R D E R

At Wilmington this 26th day of September, 2005, consistent with the memorandum opinion issued this same date;

IT IS ORDERED THAT:

1. Defendant's motion to dismiss for failure to join a party (D.I. 9) is denied without prejudice to renew after discovery is completed.

2. Defendant's motion to dismiss counts one and three (D.I. 9) is granted.

3. Defendant's motion to dismiss count four (D.I. 9) is denied.

_____
United States District Judge