**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ETHYPHARM S.A. FRANCE & | ) | |
| ETHYPHARM S.A. SPAIN, | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 04-1300 (SLR) |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| BENTLEY PHARMACEUTICALS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

<u>**STIPULATION AND ORDER**</u>

　　　　Plaintiffs and Defendant, by and through their undersigned attorneys, and subject

to the approval of the Court, hereby stipulate and agree to extend the time within which

Defendant must answer the Complaint to October 20, 2005.

MURPHY SPADARO & LANDON　　　　POTTER ANDERSON & CORROON LLP


By:　*/s/ Francis J. Murphy*　　　　　　By:　*/s/ David E. Moore*
　　　Francis J. Murphy (#223)　　　　　　　Richard L. Horwitz (#2246)
　　　1011 Centre Road, Suite 210　　　　　　David E. Moore (#3983)
　　　Wilmington, DE  19805　　　　　　　　Hercules Plaza, 6th Floor
　　　(302) 888-6800　　　　　　　　　　　1313 N. Market Street
　　　fmurphy@msllaw.com　　　　　　　　P. O. Box 951
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899
*Attorneys for Plaintiffs*　　　　　　　　　(302) 984-6000
　　　　　　　　　　　　　　　　　　　　rhorwitz@potteranderson.com
　　　　　　　　　　　　　　　　　　　　dmoore@potteranderson.com


　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*


　　　　SO ORDERED this _____ day of _____, 2005.


　　　　　　　　　　　_____
　　　　　　　　　　　United States District Judge

701954