# Murphy Spadaro & Landon

**ATTORNEYS**

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

Francis J. Murphy, Esq.
Fmurphy@msllaw.com

November 17, 2005

**VIA E-FILE**
The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    **Ethypharm et al. v. Bentley Pharmaceuticals, Inc.**
              **C.A. No. 04-1300 (SLR)**

Dear Judge Robinson:

    In compliance with the Court's order dated October 25, 2005, we hereby submit a discovery plan in advance of the November 21, 2005, 8:30 a.m. conference call.

                                                       Respectfully,

                                                       Francis J. Murphy

FJM/laf
Enclosure

cc:    Dwight P. Bostwick, Esquire (via E-file and E-mail, w/enc.)
        David E. Moore, Esquire (via E-file and E-mail, w/enc.)
        Craig E. Stewart, Esquire (via E-file and E-mail, w/enc.)

1260112