# Murphy Spadaro & Landon

**ATTORNEYS**

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

Francis J. Murphy, Esq.
Fmurphy@msllaw.com

November 17, 2005

**VIA E-FILE**
The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    **Ethypharm et al. v. Bentley Pharmaceuticals, Inc.**
             **C.A. No. 04-1300 (SLR)**

Dear Judge Robinson:

      As a clarification to the letter that was filed earlier today, which forwarded a proposed discovery plan for the referenced case, the parties wanted the Court to know that the discovery plan was being submitted jointly on behalf of all parties.

                                       Respectfully,

                                       Francis J. Murphy

FJM/laf

cc:    Dwight P. Bostwick, Esquire (via E-file and E-mail)
        David E. Moore, Esquire (via E-file and E-mail)
        Craig E. Stewart, Esquire (via E-file and E-mail)

126014