WASHINGTON | NEW YORK | LONDON



**BAACH
ROBINSON
&LEWIS**
PLLC

DWIGHT P. BOSTWICK
dwight.bostwick@baachrobinson.com

November 21, 2005

**VIA E-FILE**

The Hon. Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, DE 190801

      Re:    **Ethypharm, et al. v. Bentley Pharmaceuticals, Inc.,**
             **C.A. No. 04-1300 (SLR)**

Dear Judge Robinson:

      Pursuant to the Court's request that the parties submit a revised Scheduling Order incorporating the dates discussed at the Rule 16 conference conducted on Monday, November 21, 2005, we hereby submit the attached revised Scheduling Order on behalf of counsel for both plaintiffs and the defendant.

      The undersigned represents that counsel for all parties have had an opportunity to review this revised Scheduling Order for the purpose of confirming that it accurately reflects the changes discussed with the Court during the Rule 16 conference.

                                       Respectfully,

                                       Dwight P. Bostwick

Enclosure

cc:    Craig E. Stewart, Esq. (Via E-File and Email w/enc.)
       David E. Moore, Esq. (Via E-File and Email w/enc.)
       Francis J. Murphy, Esq. (Via E-File and Email w/enc.)