**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ETHYPHARM S.A. FRANCE & <br> ETHYPHARM S.A. SPAIN, <br><br>           Plaintiffs <br><br> v. <br><br> BENTLEY PHARMACEUTICALS, INC. <br><br>           Defendant. | ) <br> ) <br> ) <br> )    C.A. No. 04-1300 (SLR) <br> ) <br> )    **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE**

The undersigned, counsel for Bentley Pharmaceuticals, Inc., hereby certifies that true and correct copies of the following documents were caused to be served on December 9, 2005 on the attorneys of record at the following addresses as indicated:

    1.    Defendant Bentley Pharmaceuticals, Inc.'s Initial Disclosure Statement Pursuant to Fed. R. Civ. P. 26(a)(1); and

    2.    Defendant Bentley Pharmaceuticals, Inc.'s First Request for Production of Documents and Things by Plaintiffs Limited to the Issue of Agency.

**VIA EMAIL AND HAND DELIVERY**

Francis J. Murphy, Jr.
Murphy, Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE  19805

**VIA EMAIL AND FEDERAL EXPRESS**

Dwight P. Bostwick
Bruce R. Grace
Baach, Robinson & Lewis PLLC
1201 F Street, NW, Suite 500
Washington, DC  20004

2

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Craig E. Stewart<br>Veronica C. Abreu<br>EDWARDS ANGELL PALMER &<br>DODGE LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>Telephone: (617) 239-0100<br><br>Dated: December 9, 2005 | By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3898)<br>    Hercules Plaza, 6th Floor<br>    1313 North Market Street<br>    Wilmington, DE 19899-0951<br>    Telephone: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Defendant* |

710635

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

      I, David E. Moore, hereby certify that on December 9, 2005, the attached document was emailed and hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Francis J. Murphy, Jr.
Murphy, Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE  19805

      I hereby certify that on December 9, 2005, I have emailed and Federal Expressed the documents to the following non-registered participants:

Dwight P. Bostwick
Bruce R. Grace
Baach, Robinson & Lewis PLLC
1201 F Street, NW
Suite 500
Washington, DC  20004

      By:   /s/ David E. Moore
           Richard L. Horwitz
           David E. Moore
           Hercules Plaza, 6th Floor
           1313 N. Market Street
           Wilmington, Delaware 19899-0951
           (302) 984-6000
           rhorwitz@potteranderson.com
           dmoore@potteranderson.com

688783