# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE & ETHYPHARM S.A. SPAIN, | ) ) ) |
| Plaintiffs | ) C.A. No. 04-1300 (SLR) ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| BENTLEY PHARMACEUTICALS, INC. | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Bentley Pharmaceuticals, Inc., hereby certifies that true and correct copies of Defendant Bentley Pharmaceuticals, Inc.'s First Request For Production of Documents and Things by Plaintiffs were caused to be served on December 21, 2005 on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Francis J. Murphy, Jr.
Murphy, Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE  19805

**VIA EMAIL AND FEDERAL EXPRESS**

Dwight P. Bostwick
Bruce R. Grace
Baach, Robinson & Lewis PLLC
1201 F Street, NW, Suite 500
Washington, DC  20004

2

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| Craig E. Stewart | By:  */s/ David E. Moore* |
| Veronica C. Abreu | Richard L. Horwitz (#2246) |
| EDWARDS ANGELL PALMER & | David E. Moore (#3898) |
| DODGE LLP | Hercules Plaza, 6th Floor |
| 111 Huntington Avenue | 1313 North Market Street |
| Boston, MA 02199 | Wilmington, DE  19899-0951 |
| Telephone: (617) 239-0100 | Telephone:  (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| Dated:  December 21, 2005 | dmoore@potteranderson.com |

*Attorneys for Defendant*

712436

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 21, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Francis J. Murphy, Jr.
Murphy, Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE  19805

I hereby certify that on December 21, 2005, I have emailed and Federal Expressed the documents to the following non-registered participants:

Dwight P. Bostwick
Bruce R. Grace
Baach, Robinson & Lewis PLLC
1201 F Street, NW
Suite 500
Washington, DC  20004

By:  /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

688783