IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE and ETHYPHARM S.A. SPAIN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BENTLEY PHARMACEUTICALS, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)  Civ. No. 04-1300-SLR<br>)<br>)<br>)<br>)<br>) |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW THE APPEARANCE of Richard L. Horwitz, David E. Moore and the law firm of Potter Anderson & Corroon LLP; and

PLEASE ENTER THE APPEARANCE of John L. Reed, Denise Seastone Kraft and the law firm of Edwards Angell Palmer & Dodge LLP, as attorneys for defendant, Bentley Pharmaceuticals, Inc., in the above-captioned matter.

| | |
|---|---|
| /s/ Richard L. Horwitz | /s/ John L. Reed |
| Richard L. Horwitz (Del. I.D. 2246) | John L. Reed (Del. I.D. 3023) |
| David E. Moore (Del. I.D. 3983) | Denise Seastone Kraft (Del. I.D. 2778) |
| POTTER ANDERSON & CORROON LLP | EDWARDS ANGELL PALMER & DODGE LLP |
| 1313 North Market Street | 919 North Market Street |
| P.O. Box 951 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | 302.777.7770 |
| 302.984.6000 | jreed@eapdlaw.com |
| rhorwitz@potteranderson.com | dkraft@eapdlaw.com |
| dmoore@potteranderson.com | |

Dated: January 4, 2006　　　　　　　　　　　　Dated: January 4, 2006