## CERTIFICATE OF SERVICE

I, John L. Reed, hereby certify that on January 4, 2006, the attached, **Substitution of Counsel** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

> Francis J. Murphy, Jr.
> Murphy, Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, DE 19805

I hereby certify that on January 4, 2006, I have emailed and Federal Expressed the documents to the following non-registered participants:

> Dwight P. Bostwick
> Bruce R. Grace
> Baach, Robinson & Lewis PLLC
> 1201 F Street, NW, Suite 500
> Washington, DC 20004

EDWARDS ANGELL PALMER & DODGE LLP


  /s/  John L. Reed
John L. Reed (Del. I.D. 3023)
Denise Seastone Kraft (Del. I.D. 2778)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
jreed@eapdlaw.com
dkraft@eapdlaw.com