IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE and ETHYPHARM S.A. SPAIN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BENTLEY PHARMACEUTICALS, INC., )<br>)<br>Defendant. ) | Civ. No. 04-1300-SLR |

## NOTICE OF SERVICE

I, John L. Reed, certify that on the 24th day of January, 2006, I caused copies of (i) **DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING PHASE II DISCOVERY**, (ii) **DEFENDANT'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS LIMITED TO THE ISSUES OF AGENCY AND JOINT TORTFEASOR STATUS**, and (iii) **DEFENDANT'S RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS LIMITED TO THE ISSUES OF AGENCY AND JOINT TORTFEASOR STATUS** to be hand delivered to the following persons:

> Francis J. Murphy, Jr.
> Murphy, Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, DE 19805

I hereby certify that on January 24, 2006, I have emailed and Federal Expressed the documents to the following non-registered participants:

> Dwight P. Bostwick
> Bruce R. Grace
> Baach, Robinson & Lewis PLLC
> 1201 F Street, NW, Suite 500
> Washington, DC 20004

- 2 -

**EDWARDS ANGELL PALMER & DODGE LLP**

*/s/ John L. Reed*
John L. Reed (I.D. 3023)
Joseph B. Cicero (4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
jreed@eapdlaw.com
jcicero@eapdlaw.com