UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. France and<br>ETHYPHARM S.A. Spain,<br><br>       Plaintiffs,<br><br>       v.<br><br>BENTLEY PHARMACEUTICALS, INC.<br><br>       Defendant | )<br>)<br>)<br>)  C.A. No.: 04-1300<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of **Jonathan D. Fine** to represent Ethypharm S.A. France and Ethypharm S.A. Spain in this matter.

MURPHY SPADARO & LANDON

/s/ Francis J. Murphy
Francis J. Murphy, DE I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel: (302) 472-8100
Fax: (302) 472-8135
E-mail: Fmurphy@msllaw.com
Date: February 6, 2006                           Attorney for Plaintiffs

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of **Jonathan D. Fine** is granted.

Date: _____          _____
                                                               United States District Judge

128216

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York State and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court

X    will be submitted to the Clerk's Office upon the filing of this motion

Date: Feb 6, 2006

Signed: /s/ Jonathan D. Fine
Jonathan D. Fine, Esq.
Baach Robinson & Lewis PLLC
1201 F Street NW, Suite 500
Washington, DC 20004
(202)833-8900

128216

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE & ETHYPHARM S.A. SPAIN, | ) ) ) |
| Plaintiffs | ) ) C.A. No. 04-1300 (SLR) |
| v. | ) ) ) |
| BENTLEY PHARMACEUTICALS, INC. | ) ) ) |
| Defendant. | ) ) |

### CERTIFICATE OF SERVICE

I, Francis J. Murphy, Esq., do hereby certify that on this 6th day of February, 2006, I have caused the following documents to be served in the manner indicated on the parties listed below:

**Motion and Order for Admission Pro Hac Vice for Jonathan D. Fine.**

**By E-File**
John L. Reed, I.D. No. 3023
Denise Seastone Kraft, I.D. No. 2778
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, 15th Floor
Wilmington, DE 19801

**By First Class Mail**
Craig E. Stewart, Esq.
Veronica C. Abreu, Esq.
Joseph P. Mingolia, Esq.
Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199

MURPHY SPADARO & LANDON

/s/ Francis J. Murphy
Francis J. Murphy, I.D. #223
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel: (302) 472-8100
Fax: (302) 472-8135
E-Mail: Fmurphy@msllaw.com
Attorney for Plaintiffs

128508