UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE & <br> ETHYPHARM S.A. SPAIN, <br><br> Plaintiffs, <br><br> v. <br><br> BENTLEY PHARMACEUTICALS, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )   C.A. No.: 04-1300 (SLR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF SERVICE

Pursuant to Local Rule 5.4, we provide notice to the Court and certify that copies of the following documents were served on counsel for Defendant Bentley Pharmaceuticals via e-mail and first class mail on the dates indicated:

| Date | Document |
|---|---|
| Dec. 9, 2005 | Plaintiffs' Rule 26 Initial Disclosures |
| Dec. 9, 2005 | Plaintiffs' First Request for Production of Documents Limited to the Issues of Agency and Joint Tortfeasor Status |
| Dec. 9, 2005 | Plaintiffs' First Set of Interrogatories Limited to the Issues of Agency and Joint Tortfeasor Status |
| Dec. 21, 2005 | Plaintiffs' Supplemental First Request For Production of Documents Limited to the Issues of Agency and Joint Tortfeasor Status |
| Dec. 21, 2005 | Plaintiffs' Request For Production of Documents regarding Phase II Discovery |
| Jan. 24, 2006 | Plaintiffs' Reponses and Objections to Defendant Bentley Pharmaceuticals, Inc.'s First Request for Production of Documents and Things by Plaintiffs Limited to the Issue of Agency |
| Jan. 24, 2006 | Plaintiffs' Reponses and Objections to Defendant Bentley Pharmaceuticals, Inc.'s First Request for Production of Documents and Things by Plaintiffs |

Dated: February 6, 2006

Respectfully submitted,

MURPHY SPADARO & LANDON

_/s/ Francis Murphy_

Francis J. Murphy, Esq. (No. 223)
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel: (302) 472-8100
Fax: (302) 472-8135
E-Mail: Fmurphy@msllaw.com


BAACH ROBINSON & LEWIS PLLC

_/s/ Dwight Bostwick_

Dwight P. Bostwick, Esq. (D.C. No. 427758)
Manuel S. Varela, Esq. (D.C. No. 461331)
Jonathan D. Fine, Esq. (D.C. No. 491185)
1201 F Street, NW, Suite 500
Washington, DC 20004
Tel: (202) 833-8900
Fax: (202) 466-5738

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Service to be served this the 6th day of February, 2006, via e-mail and first class mail, to the following counsel of record:

Craig E. Stewart, Esq.
Veronica C. Abreu, Esq.
Joseph P. Mingolla, Esq.
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: (617) 239-0100

John L. Reed, Esq.
Joseph B. Cicero, Esq.
919 Market Street, 15th Floor
Wilmington, DE 19801
Telephone: 302-777-7770

*Luna Polic*
Luna Polic
BAACH, ROBINSON & LEWIS PLLC
1201 F Street, NW, Suite 500
Washington, DC 20004
Tel: (202) 833-8900
Fax: (202) 466-5738