IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ETHYPHARM S.A. FRANCE and ETHYPHARM S.A. SPAIN, | ) ) ) | |
| Plaintiffs, | ) ) ) | Civ. No. 04-1300-SLR |
| v. | ) ) | |
| BENTLEY PHARMACEUTICALS, INC., | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I, John L. Reed, certify that on the 28th day of February, 2006, I caused copies of **DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES LIMITED TO THE ISSUES OF AGENCY AND JOINT TORTFEASOR STATUS** to be hand delivered to the following persons:

> Francis J. Murphy, Jr.
> Murphy, Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, DE 19805

I hereby certify that on February 28, 2006, I have emailed and Federal Expressed the documents to the following non-registered participants:

> Dwight P. Bostwick
> Bruce R. Grace
> Baach, Robinson & Lewis PLLC
> 1201 F Street, NW, Suite 500
> Washington, DC 20004

**EDWARDS ANGELL PALMER & DODGE LLP**

*/s/ John L. Reed*
John L. Reed (I.D. 3023)
Joseph B. Cicero (4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
jreed@eapdlaw.com
jcicero@eapdlaw.com