## CERTIFICATE OF SERVICE

I, John L. Reed, hereby certify that on February 28, 2006, the attached **NOTICE OF SERVICE** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

    Francis J. Murphy, Jr.
    Murphy, Spadaro & Landon
    1011 Centre Road, Suite 210
    Wilmington, DE 19805

I hereby certify that on February 28, 2006, I have emailed and Federal Expressed the documents to the following non-registered participants:

    Dwight P. Bostwick
    Bruce R. Grace
    Baach, Robinson & Lewis PLLC
    1201 F Street, NW, Suite 500
    Washington, DC 20004

**EDWARDS ANGELL PALMER & DODGE LLP**

*/s/ John L. Reed*
John L. Reed (I.D. 3023)
Joseph B. Cicero (I.D. 4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
jreed@eapdlaw.com
jcicero@eapdlaw.com