IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE and ETHYPHARM S.A. SPAIN,<br><br>      Plaintiffs,<br><br>v.<br><br>BENTLEY PHARMACEUTICALS, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   Civ. No. 04-1300-SLR<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, John L. Reed, certify that on the 28th day of February, 2006, I caused copies of **DEFENDANT'S FIRST SET OF INTERROGATORIES LIMITED TO THE ISSUES OF AGENCY AND JOINT TORTFEASOR STATUS** to be hand delivered to the following persons:

    Francis J. Murphy, Jr.
    Murphy, Spadaro & Landon
    1011 Centre Road, Suite 210
    Wilmington, DE 19805

I hereby certify that on February 28, 2006, I have emailed and Federal Expressed the documents to the following non-registered participants:

    Dwight P. Bostwick
    Bruce R. Grace
    Baach, Robinson & Lewis PLLC
    1201 F Street, NW, Suite 500
    Washington, DC 20004

                            **EDWARDS ANGELL PALMER & DODGE LLP**

                            */s/ John L. Reed*
                            John L. Reed (I.D. 3023)
                            Joseph B. Cicero (4388)
                            919 N. Market Street, 15th Floor
                            Wilmington, DE 19801
                            302.777.7770
                            302.777.7263
                            jreed@eapdlaw.com
                            jcicero@eapdlaw.com