# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE and ETHYPHARM S.A. SPAIN, ) ) ) Plaintiffs, ) ) v. ) ) BENTLEY PHARMACEUTICALS, INC., ) ) Defendant. ) | Civ. No. 04-1300-SLR |

## ACKNOWLEDGMENT OF OBLIGATION

I _____, hereby state:

I reside at _____ in the city/county of _____. I have read the STIPULATED PROTECTIVE ORDER (hereinafter "PROTECTIVE ORDER") entered in the above action and/or have had it explained to me. I agree to comply with and be bound by the provisions of that PROTECTIVE ORDER. I agree that I will not divulge Confidential Information to persons other than those specifically authorized by the PROTECTIVE ORDER, and will not copy, use, or disclose any such information except as provided for by the PROTECTIVE ORDER. At the termination of this action or at any time requested by counsel, I will return to counsel for the party by whom I am employed or from whom I received Confidential Information, all documents and other materials, including notes, computer data, summaries, abstracts, or any other materials containing or reflecting Confidential Information which may have come into my possession, and will return all

documents or things I have prepared relating to or reflecting such Confidential Information.

Executed on _____        _____
                  (date)                                            (signature)