## **CERTIFICATE OF SERVICE**

I, John L. Reed, hereby certify that on March 27, 2006, the attached **STIPLATED PROTECTIVE ORDER** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

> Francis J. Murphy, Jr.
> Murphy, Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, DE 19805

I hereby certify that on March 27, 2006, I have emailed and Federal Expressed the documents to the following non-registered participants:

> Dwight P. Bostwick
> Bruce R. Grace
> Baach, Robinson & Lewis PLLC
> 1201 F Street, NW, Suite 500
> Washington, DC 20004

**EDWARDS ANGELL PALMER & DODGE LLP**

*/s/ John L. Reed*
John L. Reed (I.D. 3023)
Joseph B. Cicero (I.D. 4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
jreed@eapdlaw.com
jcicero@eapdlaw.com