**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ETHYPHARM S.A. FRANCE and <br> ETHYPHARM S.A. SPAIN, <br><br> Plaintiffs, <br><br> v. <br><br> BENTLEY PHARMACEUTICALS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civ. No. 04-1300-SLR <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE**

    I, Joseph B. Cicero, certify that on the 5th day of April, 2006, I caused copies of **DEFENDANT'S SEARCH METHODOLOGY FOR ELECTRONIC DOCUMENTS** to be electronically mailed to the following persons:

    Francis J. Murphy, Jr.
    Murphy, Spadaro & Landon
    1011 Centre Road, Suite 210
    Wilmington, DE 19805
    fmurphy@msllaw.com

I hereby certify that on April 5, 2006, I also emailed the documents to the following non-registered participants:

    Dwight P. Bostwick
    Jonathan Fine
    Baach, Robinson & Lewis PLLC
    1201 F Street, NW, Suite 500
    Washington, DC 20004
    Dwight.Bostwick@baachrobinson.com
    Jonathan.fine@baachrobinson.com

                                    **EDWARDS ANGELL PALMER & DODGE LLP**

                                      */s/ Joseph B. Cicero*
                                      John L. Reed (I.D. 3023)
                                      Joseph B. Cicero (4388)
                                      919 N. Market Street, 15th Floor
                                      Wilmington, DE 19801
                                      302.777.7770
                                      302.777.7263
                                      jreed@eapdlaw.com
                                      jcicero@eapdlaw.com