**CERTIFICATE OF SERVICE**

    I, **Joseph B. Cicero,** certify that on the 5th day of April, 2006**,** the attached **NOTICE OF SERVICE** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

    Francis J. Murphy, Jr.
    Murphy, Spadaro & Landon
    1011 Centre Road, Suite 210
    Wilmington, DE 19805
    fmurphy@msllaw.com

    I hereby certify that on April 5, 2006, I also emailed the documents to the following non-registered participants:

    Dwight P. Bostwick
    Jonathan Fine
    Baach, Robinson & Lewis PLLC
    1201 F Street, NW, Suite 500
    Washington, DC 20004
    Dwight.Bostwick@baachrobinson.com
    Jonathan.fine@baachrobinson.com

        **EDWARDS ANGELL PALMER & DODGE LLP**

        /s/ *Joseph B. Cicero*
        John L. Reed (I.D. 3023)
        Joseph B. Cicero (4388)
        919 N. Market Street, 15th Floor
        Wilmington, DE 19801
        302.777.7770
        302.777.7263
        jreed@eapdlaw.com
        jcicero@eapdlaw.com