**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ETHYPHARM S.A. FRANCE and ETHYPHARM S.A. SPAIN, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. No. 04-1300-SLR<br>)<br>) |
| BENTLEY PHARMACEUTICALS, INC., | )<br>) |
| Defendant. | ) |

**NOTICE OF SERVICE**

I, Joseph B. Cicero, certify that on the 14th day of April, 2006, I caused copies of **DEFENDANT'S DESCRIPTION OF ELECTRONIC SYSTEMS** to be served on the following in the manner indicated:

**BY U.S. MAIL AND E-MAIL**

Francis J. Murphy, Jr.
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
fmurphy@msllaw.com

**BY U.S. MAIL AND E-MAIL**

Dwight P. Bostwick
Jonathan Fine
Baach, Robinson & Lewis PLLC
1201 F Street, NW, Suite 500
Washington, DC 20004
Dwight.Bostwick@baachrobinson.com
Jonathan.fine@baachrobinson.com

WLM_504520_1/

**EDWARDS ANGELL PALMER & DODGE LLP**

   /s/ *Joseph B. Cicero*
John L. Reed (I.D. 3023)
Denise Seastone Kraft (I.D. 2778)
Joseph B. Cicero (4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
jreed@eapdlaw.com
dkraft@eapdlaw.com
jcicero@eapdlaw.com