## CERTIFICATE OF SERVICE

I, **Joseph B. Cicero,** certify that on the 14th day of April, 2006**,** the attached **NOTICE OF SERVICE** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

>Francis J. Murphy, Jr.
>Murphy, Spadaro & Landon
>1011 Centre Road, Suite 210
>Wilmington, DE 19805
>fmurphy@msllaw.com

I hereby certify that on April 14, 2006, I also sent, via U.S. Mail and e-mail, the foregoing Notice of Service to the following non-registered participants:

>Dwight P. Bostwick
>Jonathan Fine
>Baach, Robinson & Lewis PLLC
>1201 F Street, NW, Suite 500
>Washington, DC 20004
>Dwight.Bostwick@baachrobinson.com
>Jonathan.fine@baachrobinson.com

**EDWARDS ANGELL PALMER & DODGE LLP**

  _/s/  Joseph B. Cicero_
John L. Reed (I.D. 3023)
Denise Seastone Kraft (I.D. 2778)
Joseph B. Cicero (4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
jreed@eapdlaw.com
dkraft@eapdlaw.com
jcicero@eapdlaw.com