**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ETHYPHARM S.A. FRANCE & ETHYPHARM S.A. SPAIN, )  ) | )  |
| Plaintiffs  ) | C.A. No. 04-1300 (SLR) |
| v.  ) | |
| BENTLEY PHARMACEUTICALS, INC.  ) | |
| Defendant.  ) | |

**NOTICE OF SERVICE**

I, Francis J. Murphy, Esq., do hereby certify that on this 18[h] day of May, 2006, I have caused the following document to be served in the manner indicated on the parties listed below:

PLAINTIFFS' AMENDED RULE 26 INITIAL DISCLOSURES

**By E-Mail**
John L. Reed, I.D. No. 3023
Denise Seastone Kraft, I.D. No. 2778
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, 15th Floor
Wilmington, DE  19801

**By E-Mail**
Craig E. Stewart, Esq.
Veronica C. Abreu, Esq.
Joseph P. Mingolia, Esq.
Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA  02199

MURPHY SPADARO & LANDON

/s/ Francis J. Murphy
Francis J. Murphy, I.D. #223
1011 Centre Road, Suite 210
Wilmington, DE  19805
Tel:  (302) 472-8100
Fax:  (302) 472-8135
E-Mail: Fmurphy@msllaw.com
Attorney for Plaintiffs

131879