# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE and ETHYPHARM S.A. SPAIN, ) ) ) | |
| Plaintiffs, ) ) | |
| ) | Civ. No. 04-1300-SLR |
| v. ) ) | |
| BENTLEY PHARMACEUTICALS, INC., ) ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I, Joseph B. Cicero, certify that on the 26th day of June, 2006, I caused copies of **NOTICE OF FIRST RULE 30(b)(6) DEPOSITION** to be hand delivered to the following persons:

>Francis J. Murphy, Jr.
>Murphy, Spadaro & Landon
>1011 Centre Road, Suite 210
>Wilmington, DE 19805

I hereby certify that on June 26, 2006, I have emailed and Federal Expressed the documents to the following non-registered participants:

>Dwight P. Bostwick
>Bruce R. Grace
>Baach, Robinson & Lewis PLLC
>1201 F Street, NW, Suite 500
>Washington, DC 20004

**EDWARDS ANGELL PALMER & DODGE LLP**

*/s/ Joseph B. Cicero*
John L. Reed (I.D. 3023)
Denise Seastone Kraft (I.D. 2778)
Joseph B. Cicero (4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
jreed@eapdlaw.com
dkraft@eapdlw.com
jcicero@eapdlaw.com

WLM_505131_1/JCICERO