## CERTIFICATE OF SERVICE

I, Joseph B. Cicero, hereby certify that on June 26, 2006, the attached **NOTICE OF SERVICE** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

>Francis J. Murphy, Jr.
>Murphy, Spadaro & Landon
>1011 Centre Road, Suite 210
>Wilmington, DE 19805

I hereby certify that on June 26, 2006, I have emailed and Federal Expressed the documents to the following non-registered participants:

>Dwight P. Bostwick
>Bruce R. Grace
>Baach, Robinson & Lewis PLLC
>1201 F Street, NW, Suite 500
>Washington, DC 20004

**EDWARDS ANGELL PALMER & DODGE LLP**

_/s/ Joseph B. Cicero_
John L. Reed (I.D. 3023)
Denise Seatone Kraft (I.D. 2778)
Joseph B. Cicero (I.D. 4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
jreed@eapdlaw.com
dkraft@eapdlaw.com
jcicero@eapdlaw.com