**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ETHYPHARM S.A. FRANCE & ETHYPHARM S.A. SPAIN, | ) ) ) | |
| Plaintiffs | ) ) | C.A. No. 04-1300 (SLR) |
| v. | ) ) | |
| BENTLEY PHARMACEUTICALS, INC. | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF SERVICE**

I, Francis J. Murphy, Esq., do hereby certify that on the 23rd day of June, 2006, the following document was served in the manner indicated on the parties listed below:

PLAINTIFFS' SECOND SUPPLEMENTAL FIRST REQUEST FOR PRODUCTION OF DOCUMENTS LIMITED TO THE ISSUES OF AGENCY AND JOINT TORTFEASOR STATUS

**By E-Mail**
John L. Reed, I.D. No. 3023
Denise Seastone Kraft, I.D. No. 2778
Joseph B. Cicero, I.D. No. 4388
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, 15th Floor
Wilmington, DE 19801

**By E-Mail**
Craig E. Stewart, Esq.
Veronica C. Abreu, Esq.
Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199

MURPHY SPADARO & LANDON

/s/ Francis J. Murphy
Francis J. Murphy, I.D. #223
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel: (302) 472-8100
Fax: (302) 472-8135
E-Mail: Fmurphy@msllaw.com
Attorney for Plaintiffs

132040