IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE and ETHYPHARM S.A. SPAIN,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>BENTLEY PHARMACEUTICALS, INC.,  )<br>)<br>Defendant.  ) | Civ. No. 04-1300-SLR |

### NOTICE OF SERVICE

I, Joseph B. Cicero, certify that on the 18th day of July, 2006, I caused copies of **RESPONSE TO PLAINTIFFS' SECOND SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS LIMITED TO THE ISSUES OF AGENCY AND JOINT TORTFEASOR STATUS** to be hand delivered to the following persons:

> Francis J. Murphy, Jr.
> Murphy, Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, DE 19805

I hereby certify that on July 18, 2006, I have emailed and Federal Expressed the documents to the following non-registered participants:

> Dwight P. Bostwick
> Bruce R. Grace
> Baach, Robinson & Lewis PLLC
> 1201 F Street, NW, Suite 500
> Washington, DC 20004

**EDWARDS ANGELL PALMER & DODGE LLP**

   */s/ Joseph B. Cicero*
John L. Reed (I.D. 3023)
Denise Seastone Kraft (I.D. 2778)
Joseph B. Cicero (I.D. 4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
jreed@eapdlaw.com
dkraft@eapdlaw.com
jcicero@eapdlaw.com