IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ETHYPHARM S.A. France and<br>ETHYPHARM S.A. Spain, | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 04-1300-SLR |
| BENTLEY PHARMACEUTICALS, INC., | : | |
| Defendant. | : | |

### ORDER

At Wilmington this **18th** day of **July, 2006**,

IT IS ORDERED that:

The mediation conference scheduled for **Wednesday, September 13, 2006** has been **cancelled** at the request of the parties.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE



FILED
JUL 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE