**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ETHYPHARM S.A. FRANCE AND ETHYPHARM S.A. SPAIN,<br><br>          Plaintiffs,<br><br>    v.<br><br>BENTLEY PHARMACEUTICALS, INC.,<br><br>          Defendant. | Civil Action No. 04-1300-SLR |

**NOTICE OF SERVICE**

    I, Joseph B. Cicero, certify that on the 9th day of August, 2006, I caused copies of **DEFENDANT'S FIRST SET OF INTERROGATORIES FOR PHASE II** to be hand delivered to the following persons:

        Francis J. Murphy, Jr.
        Murphy, Spadaro & Landon
        1011 Centre Road, Suite 210
        Wilmington, DE 19805
        fmurphy@msllaw.com

    I hereby certify that on August 9, 2006, I have emailed and Federal Expressed the documents to the following non-registered participants:

        Dwight P. Bostwick
        Jonathan Fine
        Baach, Robinson & Lewis PLLC
        1201 F Street, NW, Suite 500
        Washington, DC 20004
        Dwight.Bostwick@baachrobinson.com
        Jonathan.fine@baachrobinson.com

**EDWARDS ANGELL PALMER & DODGE LLP**

 */s/ Joseph B. Cicero*
John L. Reed (I.D. 3023)
Denise Seastone Kraft (I.D. 2778)
Joseph B. Cicero (I.D. 4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
jreed@eapdlaw.com
dkraft@eapdlaw.com
jcicero@eapdlaw.com