**CERTIFICATE OF SERVICE**

      I, Joseph B. Cicero, hereby certify that on August 9, 2006, the attached **NOTICE OF SERVICE** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

      Francis J. Murphy, Jr.
      Murphy, Spadaro & Landon
      1011 Centre Road, Suite 210
      Wilmington, DE 19805
      fmurphy@msllaw.com

I hereby certify that on August 9, 2006, I have e-mailed and Federal Expressed the documents to the following non-registered participants:

      Dwight P. Bostwick
      Jonathan Fine
      Baach, Robinson & Lewis PLLC
      1201 F Street, NW,
      Suite 500
      Washington, DC 20004
      Dwight.Bostwick@baachrobinson.com
      Jonathan.fine@baachrobinson.com

      **EDWARDS ANGELL PALMER & DODGE LLP**

        /s/ Joseph B. Cicero
      John L. Reed (I.D. 3023)
      Denise Seastone Kraft (I.D. 2778)
      Joseph B. Cicero (I.D. 4388)
      919 N. Market Street, 15th Floor
      Wilmington, DE 19801
      302.777.7770
      302.777.7263
      jreed@eapdlaw.com
      dkraft@eapdlaw.com
      jcicero@eapdlaw.com