Page 118

1   Q.  So sometime in between January of 2001 and June
2       of 2001, you asked Mr. Herrera if he might have
3       a job for you at Laboratorios Belmac?
4   A.  But not only to Mr. Herrera, to all the
5       companies that I had some sort of relationship
6       with.  I made the comment or informed them that
7       I was going to be fired and that I would prefer
8       to be incorporated within some company for the
9       month of September, during the month of
10      September.
11  Q.  And you started consulting with Laboratorios
12      Belmac around September of 2001?
13  A.  Yes.
14  Q.  And you've been very good with dates in the
15      past.  Do you know the exact date?
16  A.  I called Mr. Herrera on the 1st of September,
17      and I asked him if he wanted to go and share a
18      beer with me so we could talk.  And on that same
19      day, I did drop by Laboratories Belmac to have a
20      beer among friends.  And once again, I asked him
21      if he had a job opening for me.
22  Q.  When you say a beer among friends, was it just
23      you and Mr. Herrera or others?
24  A.  Only Mr. Herrera and myself.

Page 119

1   Q.  Was this in Madrid near the offices of
2       Laboratorios Belmac?
3   A.  Yes.  I was the one looking for a job.
4   Q.  He did not come to your house?
5   A.  No.
6   Q.  What -- can you tell me about the discussion
7       that you had on September 1st?
8           MR. STEWART:  Objection, objection.
9       Calls for a narrative.  Are you asking him for
10      what was said during that conversation?
11          MR. BOSTWICK:  Yes.
12  Q.  I'm asking for what was said during the
13      conversation with Mr. Herrera on September 1st,
14      2001.
15  A.  This, I was aware of.  I just was not aware of
16      what my attorney had said, but I will continue.
17      Once again, I asked him if he had a job opening
18      for me, which he responded to me that no, that
19      at that moment, he didn't have a space or a
20      place to place me at the company.  You know, I
21      expressed to him that with my buyers experience
22      and recognizing that they had a person that --
23      an older person as the buyer of materials --
24          MR. STEWART:  Excipients?

Page 120

1   A.  Recipients of --
2           MR. BOSTWICK:  Excipients is the same
3       in English.
4   A.  -- excipients of manufacturing and raw material.
5       You know, I proposed to him to do a study of all
6       the products that his company purchased, you
7       know, get to know who were the current
8       providers, you know, to get to know which other
9       providers were producing the same excipients,
10      you know, compare prices and negotiate with
11      these distributors to be able to obtain a lower
12      price or cost.  You know, I told him that I
13      could be able to save, you know, probably even
14      up to 20 percent, and he laughed.  You know, he
15      said, "Give it a try."  So he allowed me to
16      enter the company as a consultant, but not with
17      a working contract, not with functions, no
18      functions.
19          MR. STEWART:  No what?
20          THE TRANSLATOR:  Responsibilities.
21  A.  So from there, I began to perform my work.  And
22      once again, I had contact with the
23      pharmaceutical industry.
24  Q.  Did you get paid for this consulting work

Page 121

1       beginning in September of 2001?
2   A.  Of course.  Nobody works for free.
3   Q.  Did you work by the hour or at a fixed salary?
4   A.  My proposal was to have a fixed salary due to
5       the fact that I had three children and it was
6       more beneficial to me to have a monthly salary,
7       although he proposed to me a commission.
8   Q.  What did you end up settling on?
9   A.  A fixed salary monthly.
10  Q.  What did you -- what was the fixed monthly
11      salary?
12  A.  2,000 euros.
13  Q.  Did -- how long did you work under this
14      arrangement, a fixed salary of 2,000 euros with
15      the responsibilities you've just described?
16  A.  It was actually the 1st of April, 2002, but the
17      paperwork took some time.  So you can say that
18      it was the 7th of April, 2002.
19  Q.  And how did your pay and responsibilities change
20      in April of 2002, if at all?
21  A.  My responsibilities did change.  Through that
22      period of time, my responsibilities had changed,
23      and that was why he gave me a contract, a
24      working contract.

31 (Pages 118 to 121)

Page 122

1       MR. BOSTWICK: Okay. I think we
2 better take a break because the tape needs to be
3 changed.
4       MR. STEWART: About five minutes or
5 so?
6       THE VIDEOGRAPHER: The time is
7 3:32 p.m. on July 27th, 2006. This is the end
8 of Tape Number 3.
9       (Recess)
10       THE VIDEOGRAPHER: The time is
11 3:41 p.m. on July 27th, 2006. This is Tape
12 Number 4.
13 Q. Mr. Alvarez, going to when you left Ethypharm in
14   June 30th, 2001, did you keep any documents or
15   files from Ethypharm when you left Ethypharm
16   Spain?
17 A. Voluntarily, no.
18 Q. Involuntarily?
19 A. Yes.
20 Q. What do you mean involuntarily?
21 A. Because I kept documents at my computer at home
22   and within the hard drive of the computer.
23 Q. What types of documents did you keep?
24 A. I don't know.

Page 123

1 Q. Do you know how many?
2 A. No, because then later on when I was cleaning,
3   you know, my computer, I destroyed them.
4 Q. About what date did you destroy those documents?
5 A. I believe I probably destroyed them the year
6   2002 approximately.
7 Q. Did you speak with anybody before making the
8   decision to destroy the documents?
9 A. Of destroying them? No, no, it was my own
10   decision. I didn't need that stuff for nothing
11   in particular. You know, I was cleaning my
12   computer.
13 Q. Did you think of returning those documents to
14   Ethypharm?
15 A. No.
16 Q. Did you keep phone numbers and contacts of
17   Ethypharm clients?
18 A. I don't know if I kept them or not, but the
19   pharmaceutical industry in Europe is a very
20   small group, and, you know, at the Web pages or
21   Web sites, you know, in the Internet, you can
22   find phone numbers, you can find information.
23   As meaning similar to a small town, village.
24       Also, I kept a mobile phone from the

Page 124

1 company, and it had memory. Honestly, I didn't
2 bother to erase it. When I call Mr. Herrera, I
3 just look in my mobile memory, I had his cell
4 phone, and I just called him.
5 Q. We received some documents that you had from
6   Roseline Joannesse from counsel as part of this
7   lawsuit. Did you keep any other files or
8   documents from Ethypharm?
9       MR. STEWART: Objection, assumes facts
10   not in evidence. Since I was the author of the
11   letter, I recall very clearly that there was no
12   attribution with respect to the Roseline
13   Joannesse documents with respect to Mr. Alvarez.
14 A. You know, the truth was that I had not seen
15   those documents for a very long period of time
16   until the time that my attorneys show them to me
17   in Madrid, and they asked me if I had them --
18       MR. STEWART: Objection. I will
19   instruct this witness not to respond to -- not
20   to testify with respect to conversations that he
21   has had with the attorneys. Wait for the
22   question. Wait for the next question.
23 Q. And that's correct. I'm not asking you to
24   provide information to me about your

Page 125

1 conversations with Bentley or Belmac's lawyers.
2 Okay? My question is, did you keep other
3 documents or files from Ethypharm that were
4 produced in this litigation?
5 A. With my limited knowledge of computer systems, I
6   believe that I destroyed everything that I had
7   of Ethypharm.
8 Q. And you believe you did that sometime in 2002?
9 A. So let me clear something. I had a computer at
10   home, and I have a laptop in my office.
11   Sometimes I work at stuff at the office.
12   Sometimes I work at stuff at home, but my
13   computer at home, I never cleaned it. You know,
14   when my children got older, I had to save my own
15   information because the new toy for them was my
16   computer. You know, so then I transfer, rescue
17   all my documents to my only computer at the time
18   was the one I had at Belmac. So at that point,
19   everything was together at one computer. One of
20   those times I was cleaning up, I discovered
21   these documents. So, as you know, you have the
22   garbage icon or facilitator, and you transfer
23   documents from one garbage to another garbage
24   and so on until a computer tech person can come

JT-A-32

Page 126

1  and do whatever, you know, needs to be done, but
2  my knowledge about computer systems is very
3  limited.
4  Q.  When did you do this computer cleanup in 2002?
5  A.  I don't know.
6  Q.  Do you know if it was early or late in 2002?
7  A.  You know, it's something that you just do.  I
8  found it one day, and I just deleted it, you
9  know; and that's it.  You know, sometimes when
10  I'm doing a cleaning, I find documents prior
11  to -- from other cleanings.  So the issue is I'm
12  not so aware how to work these computer systems.
13  Q.  Did anyone review that computer for production
14  of documents in this case?
15  A.  Everything, you know, computer, offices,
16  cabinets.
17  Q.  Including your home computer?
18  A.  No, not the one at home.
19  Q.  Is the computer at home the computer you had the
20  Ethypharm files on?  Is that my understanding?
21  A.  You know, at one point, I transferred, but let
22  me explain this better.  About four or five
23  years ago, the computer that I had at home was
24  an old computer.  So when I transferred that old

Page 127

1  computer to my kids, that was when I cleaned up
2  and rescue all my files, and I gave the computer
3  to the kids.
4     At home, I do have now three computers
5  for my wife and my children, but not for work
6  for myself.  Right now, I only have my computer
7  of Belmac.  And also that computer that we're
8  speaking about, you know, you could say that is
9  in bad condition at this point because, you
10  know, the kids, you know, have, you know, broken
11  it apart and put it together again and that kind
12  of thing, so...
13  Q.  From September 2001 to April 2002 when you were
14  consulting with Laboratorios Belmac, did you
15  work in the offices of Laboratorios Belmac?
16  A.  You know, during that period of time, it's not
17  that I had an office or a position at Belmac.
18  You know, I used to visit the offices at Monte
19  Arragon.  I used to go to the manufacturing
20  plant at Zaragoza.  I will return to the labs.
21  I also went to the new offices at San Sebastian
22  de Los Reyes.  So, you know, I was working.
23  Q.  Did you use a computer during that period of
24  time?

Page 128

1  A.  Yes.
2  Q.  What computer?
3  A.  I asked Adolfo Herrera to lend me a laptop
4  because I did not have one.
5  Q.  And that laptop has been reviewed for purposes
6  of this case?
7  A.  That laptop is actually in the garbage at this
8  point, but that hard drive passed from one
9  computer to another computer to another computer
10  to the point that it is at my computer today the
11  one that I have at Belmac; and that computer was
12  revised (sic) for the purpose of these
13  proceedings.  That's what they promised, you
14  know, when they were making the changes, the
15  tech people, the computer techs.
16  Q.  Let me show you a document.
17     (Letter to Mr. De Basilio from
18     Mr. Herrera, dated November 14, 2001 was
19     marked Exhibit Number 15 for
20     identification.)
21  Q.  Mr. Alvarez, do you recognize this letter to be
22  a letter giving notice of termination to
23  Ethypharm from Laboratorios Belmac?
24  A.  During which period of time should I be

Page 129

1  recognizing this document?
2  Q.  Do you recognize it today as what I've just
3  described?
4  A.  I recognize the document today as we've been
5  working on this issue, but I also recognize the
6  document from the times that I've been
7  organizing documents within the computer system.
8  Q.  Okay.  Did you -- this document is dated
9  November 14th, 2001, correct?
10  A.  Yes.
11  Q.  Did you see this document around November 14th,
12  2001 while you were consulting at Laboratorios
13  Belmac?
14  A.  No.
15  Q.  Did you know that Laboratorios Belmac was going
16  to terminate its relationship with Ethypharm
17  around November of 2001?
18  A.  Yes.
19  Q.  How did you know that?
20  A.  Because it was commented to me of one of those
21  times I visited the office.  Mr. Herrera
22  commented it to me.
23  Q.  Tell me about what Mr. Herrera told you.
24  A.  That they were not going to renew the contracts,

33 (Pages 126 to 129)

JT-A-33

Page 130

1  supply contracts with Ethypharm.
2  Q. Did he -- do you recall when Mr. Herrera told
3      you this, whether it was in September, October,
4      November or before?
5  A. No, but most likely it was at the last quarter
6      of 2001.
7  Q. It was before the November 14th letter, do you
8      think?
9  A. Yes, before it ended, I'm pretty sure that he
10     made a comment.
11         MR. STEWART: Before it ended?
12         THE TRANSLATOR: Before the
13     termination. Before the termination, he made a
14     comment.
15 Q. So, in other words, before this termination
16     letter we're looking at, Exhibit 15?
17 A. He doesn't know -- I don't know exactly what
18     date the termination took place. I do know that
19     he commented it to me, but I don't know if the
20     termination took place the 13th, the 14th, the
21     20th, the 8th. I don't know. I know he
22     commented it to me.
23 Q. What did Mr. Herrera tell you about the reasons
24     that Belmac or -- strike that. What did

Page 131

1  Mr. Herrera tell you about the reasons that the
2      relationship with Ethypharm was being
3      terminated?
4  A. He didn't say a thing to me.
5  Q. Did you speak with anybody else about this issue
6      around the last quarter of 2001?
7  A. You know, no. Some other time -- period of
8      time, I asked him, "You know, did you end the
9      relationships? Was a letter sent of
10     termination?" And he said, "Yes, it was sent."
11 Q. When Mr. Herrera initially told you that they
12     were going to terminate the relationship, were
13     you surprised?
14 A. No. I smiled.
15 Q. Why?
16 A. Because I was very angry with Ethypharm and I
17     was happy that the relationships had broken.
18 Q. Why were you angry with Ethypharm?
19 A. Because after so much work that I did, they
20     fired me and with no apparent reason, just
21     because they were going to end the work that we
22     had performed in Spain for such a long period of
23     time.
24 Q. Between September 1st, 2001 and November of

Page 132

1  2001, did you contact any of Ethypharm's
2      customers?
3         MR. STEWART: May I have those dates
4      again?
5         MR. BOSTWICK: September 1st, 2001 and
6      November of 2001.
7         MR. STEWART: Thank you.
8  A. If I voluntarily called a client of Ethypharm?
9      Is that a question?
10 Q. I didn't ask voluntarily, but did you call them
11     at all?
12 A. No.
13 Q. Did any Ethypharm client contact you?
14 A. No. I run into them or crossed paths at a fair
15     which is called CPHI, is a fair of the
16     pharmaceutical industry, but I did not contact
17     any of the clients with the exception of a
18     provider, which is Uquifa.
19 Q. Let me first ask you. When is this fair you're
20     talking about?
21 A. Usually, it's in November. You know, there's
22     years that it's in December. There's years that
23     it's in November. There's years that it's in
24     October. I can tell you where it took place,

Page 133

1  but I cannot tell you the date.
2  Q. Where did it take place?
3  A. In London.
4  Q. In 2001?
5  A. Every year, the same fair takes place, but in
6      this case, we're talking about the year 2001.
7  Q. Did you speak with any of Ethypharm's clients at
8      any time between September 1st, 2001 and
9      April 1st, 2002?
10 A. Yes.
11 Q. Which ones?
12 A. PharmAlliance.
13 Q. When is your best memory of when you spoke with
14     PharmAlliance?
15 A. November or October 2001 approximately.
16 Q. Who did you speak with at PharmAlliance?
17 A. Amal Lamari.
18 Q. And what did you speak to Ms. Lamari about?
19 A. Mr. Herrera called me on the phone, and he told
20     me that Ms. Lamari was at the office with him;
21     and he invited me to share a meeting with him.
22 Q. And you went?
23 A. Of course. And she's a very good-looking woman.
24 Q. And that's something you recall.

34 (Pages 130 to 133)

Page 134

1    MR. STEWART: Just answer the
2  question.
3  A. We're Latin.
4  Q. What do you recall about this meeting?
5  A. Miss Lamari came to Belmac Labs to inform
6    Mr. Herrera that she was having problems of
7    product supply in terms of, you know, late -- in
8    terms of delays.
9    THE TRANSLATOR: Excuse me.
10  A. And then she told us, because I was already
11    present during this conversation, that Ethypharm
12    Labs had offered them supplying with a new
13    formulation. She communicated to us that she
14    didn't have any signed contract with Ethypharm
15    for the omeprazole product and that she had a
16    dependence with Belmac Labs because her product
17    Proton, it was registered with the certificate
18    of free -- free sales certificate of Belmazol.
19    If she changed formulations, she could lose the
20    product, and she asked us to supply her.
21  Q. So the conversation with this woman from
22    PharmAlliance related to omeprazole, correct?
23    Correct?
24  A. Can you repeat the question, please?

Page 135

1  Q. So the conversation that you and Adolfo Herrera
2    had with the woman from PharmAlliance around
3    November of 2001 related to omeprazole, correct?
4  A. Yes.
5  Q. And she indicated that she had a problem with
6    delay in receiving the omeprazole product?
7  A. With that product and other products, she made
8    the comment, but in this case, it means -- you
9    know, relates to this product.
10  Q. This product meaning omeprazole?
11  A. Yes.
12  Q. And that was a delay in receiving it from
13    Ethypharm?
14  A. That's what she said, but, you know, I would not
15    be able to tell you because I personally don't
16    know who was -- where was the delay coming from.
17  Q. And Belmac is the one who's manufacturing
18    omeprazole for Ethypharm, correct?
19  A. Yes.
20  Q. So was it agreed that Laboratorios Belmac would
21    provide omeprazole to PharmAlliance at this
22    meeting?
23  A. Towards a future, yes, but I don't know at what
24    time it began.

Page 136

1  Q. Can I -- let me show you this document.
2    (Confidentiality Agreement was marked
3    Exhibit Number 16 for identification.)
4  Q. Do you recognize Exhibit 16?
5  A. Yes.
6  Q. Was the document signed at the meeting you were
7    referring to?
8  A. I don't remember. You know, I'll say no, but I
9    don't remember.
10  Q. What do you recall about this document?
11  A. This is a confidentiality agreement, and I
12    suppose that it was to supply with some
13    documentation, you know, from what I can see
14    here in this case, with omeprazole.
15  Q. Is this agreement consistent with the
16    discussions you were having with Ms. Lamari?
17  A. No. I don't remember having spoken about
18    preparing a confidentiality agreement. I do
19    remember that we said to her that we'll agree to
20    manufacture for her, that at no time we will
21    allow for her to lose her product, but always,
22    you know, among -- between labs, before any
23    movement is done, there's agreements, you know,
24    as confidentiality agreements, produced

Page 137

1    documents.
2    You know, after this agreement, then a
3    contract -- a supply contract is put together.
4  Q. Do you recall if a supply contract was signed
5    with PharmAlliance?
6  A. From which lab?
7  Q. Laboratorios Belmac.
8  A. Yes.
9  Q. When?
10  A. I don't remember.
11  Q. Is it near this time, November 2001?
12  A. It was with this new formulation that Belmac had
13    produced themself. It was a formula that
14    although it had the same product, it was a
15    different formula.
16  Q. When was the agreement signed?
17  A. I don't remember. There were various agreements
18    that were signed, but I just don't remember
19    when.
20  Q. Do you know when in the context of this
21    confidentiality agreement?
22  A. I know that there were various documents signed,
23    but I don't remember exactly what. The thing
24    was that I met her at that meeting and then I

35 (Pages 134 to 137)

JT-A-35

Page 138

1  developed good relationships with her, although
2  I had known of her by phone from Ethypharm
3  times. And her labs was kind of young in
4  business, been four or five years in business,
5  so she was looking for products. And for that
6  reason, I just helped her in whatever I could.
7  Q. And on the last page of Exhibit 16, the Amal
8  Lamari is the woman that you had the meeting
9  with with Mr. Herrera, correct?
10 A. Yes.
11 Q. Let me show you another document.
12     (Letter to Mr. Herrera from Mr. Gadri,
13     dated December 6, 2001, and Enclosure
14     were marked Exhibit Number 17 for
15     identification.)
16 Q. And I will clarify that this document was
17 produced in this order to us from the Belmac
18 files, but the cover letter said that it
19 encloses a confidentiality agreement, and the
20 document behind the letter is actually a supply,
21 marketing, and distribution agreement.
22     My question is, do you recall this
23 supply, marketing, and distribution agreement?
24     MR. STEWART: I'm going to object in

Page 139

1  that we proceeded with the confidentiality
2  agreement, Exhibit 16. I heard no question that
3  tied that agreement in any way to the issue of
4  agency. I see that Exhibit 17 is a follow-on
5  to -- appears to be a follow-on to Exhibit 16.
6  I don't understand the question -- any question
7  that Mr. Bostwick has asked or is about to ask
8  that ties that document to the issue of agency.
9     You can answer the question -- this
10 question.
11 A. You know, from my understanding, the first page
12 has nothing to do with the second page.
13 Q. Do you know whether the supply, marketing, and
14 distribution agreement was ever signed?
15 A. Yes, it was signed. I don't know if it was this
16 model, another model or there was variations to
17 the contract, but I do know that something was
18 signed.
19 Q. Do you know whether Bentley Pharmaceuticals in
20 the United States understood that you and
21 Mr. Herrera were in the process of recontracting
22 with Ethypharm customers with respect to
23 omeprazole?
24 A. I don't believe that I understood the question

Page 140

1  correctly.
2  Q. Do you want to have the question repeated?
3  A. Yes. Can you repeat the question, please?
4     (Reporter read back the last question.)
5  A. We in absolute were not trying to sign up any
6  client of Ethypharm or, you know, request
7  business from any client of Ethypharm.
8  Absolutely not. So when you asked if Bentley
9  knew of something, you know, since we were not
10 doing it, then I don't know how to answer the
11 question.
12 Q. If you were not trying to recontract with
13 Ethypharm employees --
14     THE TRANSLATOR: Employees or clients?
15     MR. BOSTWICK: Clients.
16 Q. -- what are you doing in Exhibit 16 and 17 and
17 the meeting that you just described?
18 A. Well, Belmac Labs received with open doors the
19 clients, but they did not go after the clients
20 because they were having supplying problems.
21 Miss Lamari was very preoccupied because her
22 product depended in absolute from the Belmazol
23 product, and that's why she directed herself to
24 us. And also, the only contract that she had

Page 141

1  signed was with Belmac, not with Ethypharm.
2  Q. You testified earlier that PharmAlliance was an
3  Ethypharm client, correct?
4  A. I did say that they were a client of Ethypharm,
5  but not that they had a signed contract with
6  Ethypharm. They were a client with Ethypharm.
7  Q. And isn't it true that Bentley in the U.S.
8  understood that Laboratorios Belmac, meaning you
9  and Adolfo Herrera, were recontracting with
10 Ethypharm customers?
11     MR. STEWART: Objection, no
12 foundation, and if I understood the question,
13 it's utterly misleading.
14 A. I don't know what Bentley was thinking. I don't
15 know if they were informed or not informed of
16 these operations.
17 Q. Let me show you a document.
18     (Copy of E-mail to Mr. Bolling, et al.
19     from Mr. Fitzgibbons, dated January 22,
20     2002, and attached Bentley
21     Pharmaceuticals Operations Update - 22
22     January 2002 were marked Exhibit Number
23     18 for identification.)
24 Q. Have you ever seen Bentley operations updates

36 (Pages 138 to 141)

Page 142

1  before?
2  A.  Not before, not after the preparation of the
3      notes.  This is the first time in my life that
4      I've seen this document.
5  Q.  On Page 2, this document is directed to Bentley
6      Pharmaceuticals' board of directors, and it's a
7      Bentley Pharmaceuticals operation update, dated
8      January 22nd, 2002; and under Spain Activities,
9      letter E, it says, "Ethypharm customers for
10     omeprazole process of recontracting with
11     Laboratorios Belmac."  And that's what you and
12     Mr. Herrera are doing in Exhibits 16 and 17 and
13     at the meeting in November with PharmAlliance,
14     correct?
15          MR. STEWART:  Objection.  That
16     question was asked and was answered by this
17     witness.
18 Q.  Isn't that what you're doing?
19 A.  What is the title of this document?
20 Q.  The Bentley Pharmaceuticals operations update.
21 A.  But this is a meeting among the investors.  I
22     don't think that the board of directors were
23     well updated.  There was no plan to recontract
24     Ethypharm clients.

Page 143

1  Q.  Isn't -- aren't you recontracting with
2      PharmAlliance in November of -- aren't you in
3      the process of recontracting with PharmAlliance
4      in November of 2001?
5          MR. STEWART:  Objection.  That
6      question now has been asked and answered quite
7      clearly twice.  I'll permit this -- I'll permit
8      this third time, and then I will not permit
9      anything -- I will not permit any further
10     questions on that subject.
11 A.  We were satisfying the relationship that we had
12     with clients of PharmAlliance.  In my opinion,
13     there is no -- clients have no ownership or
14     nobody owns clients, and the only problem that
15     she had was that she didn't want to lose her
16     product.  She had the free sales certificate of
17     Belmazol and an agreement -- a production
18     agreement signed with Laboratorios Belmac, which
19     is Exhibit Number 9, and what Belmac does is to
20     continue and begin to supplying her so she would
21     not lose her product, but at no point there was
22     a specific plan to make this happen.
23 Q.  Let me show you another document.
24 A.  And that's according to my knowledge because I

Page 144

1  have never seen this document.
2          (Copy of E-mail to Mr. Alvarez from
3          Amal, dated July 18, 2002 was marked
4          Exhibit Number 19 for identification.)
5  Q.  Can you explain to me what this document is?
6  A.  It's a document.  I recognize this document.  I
7      have read this document during its time, and I
8      have read this document during the analysis or
9      study for this process.  This is a unilateral
10     message that she's letting me know that she had
11     received an e-mail from a gentleman by the name
12     of Lacombe.
13          MR. BOSTWICK:  L A C O M B E.
14 A. ·Yes.
15 Q.  And, in other words, this is an e-mail from the
16     woman at PharmAlliance that we've been talking
17     about, Ms. Lamari, correct?
18 A.  Yes.
19 Q.  And it's dated July 18th, 2002, correct?
20 A.  Correct.
21 Q.  And you're working for Laboratorios Belmac?
22 A.  Yes.
23 Q.  And you'd been working for Laboratorios Belmac
24     for some time?

Page 145

1  A.  Yes.
2  Q.  And she tells you that she has received a
3      message from someone at Ethypharm, correct,
4      correct?
5  A.  Yes, from Mr. Lacombe.
6  Q.  And he had indicated that Belmac is using
7      Ethypharm know-how and Ethypharm machinery to
8      manufacture omeprazole, correct?
9  A.  Correct.
10 Q.  And what does she indicate to you?
11 A.  She relayed to me this incident.
12 Q.  And she says that she denied that PharmAlliance
13     is buying omeprazole from Belmac, correct?
14          THE WITNESS:  Si.
15 Q.  Is that true or not true?
16          MR. STEWART:  Objection.  Is what
17     true?
18 Q.  Was PharmAlliance buying omeprazole from Belmac
19     in July 18th, 2002?
20 A.  With Ethypharm Labs, Miss Lamari did not have
21     just one product.  Otherwise -- it was the
22     majority of her products at that time were
23     Ethypharm.  At no time I asked her to deny that
24     she was purchasing from Belmac Laboratories.

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-37

Page 146

1    Most likely, she was defending herself so she
2    would not have problems with her other products.
3  Q.  That's not my question.  Is this statement true
4    or is it a lie?
5    MR. STEWART:  Objection to the form.
6  Q.  Was PharmAlliance buying its omeprazole from
7    Belmac as of July 18th, 2002?
8  A.  I think so.
9  Q.  So Ms. Lamari -- Ms. Lamari is telling you in
10    this e-mail that she has lied to Ethypharm,
11    correct?
12    MR. STEWART:  Objection, no
13    foundation.
14  A.  You know, the text says what it says.
15  Q.  Isn't it true that Ms. Lamari is telling you in
16    this e-mail that she has lied to Ethypharm?
17    MR. STEWART:  Objection.  How is this
18    witness possibly to know what intent or lack of
19    intent was in the mind of Miss Lamari?
20    MR. BOSTWICK:  I don't think that has
21    anything to do with my question.
22  Q.  Do you want to have the question reread?
23  A.  No.  You know, to be able to say yes to or --
24    respond yes to your question, I will have to

Page 147

1    know when was the first supply from Belmac to
2    PharmAlliance.  You know, if it was a fact that
3    she had already purchased from Belmac, we then
4    could say that in this communication she was
5    telling me that she told a lie.
6  Q.  Did you call Ethypharm to let them know that
7    PharmAlliance was buying omeprazole from Belmac?
8  A.  No.
9  Q.  Did you tell Ethypharm that Belmac was in the
10    process of entering into supply agreements with
11    PharmAlliance in late 2001 or 2002?
12  A.  I did not have any meetings with the people from
13    Ethypharm.  So for that reason, I cannot answer
14    anything relating to this or anything else.
15  Q.  Okay.  I show you another document.
16    MR. STEWART:  I'm going to want to
17    take a break in a couple minutes.
18    MR. BOSTWICK:  I'm going to want to
19    try to finish by 5 here.
20    MR. STEWART:  Well, that's an
21    incentive.  I'm not sure if I can do it, but I
22    think.  I just need a break in place to get a
23    glass of water.  Anybody else want anything?
24    Okay.

Page 148

1    (Side Letter to the Agreement was marked
2    Exhibit Number 20 for identification.)
3  Q.  Do you recognize this document?
4  A.  Yes.
5  Q.  What do you recognize this document to be?
6  A.  This document is just as the document reads.
7    It's a side letter to the agreement between
8    Leciva A.S. and Uquifa S.A.
9  Q.  Did you participate in discussions with Leciva
10    or Uquifa about this document?
11  A.  Yes.
12  Q.  Who did you speak with, Jan Sotola?
13    THE WITNESS:  With Jan Sotola, with
14    Juan Venceslao.
15  Q.  How do you spell the last name?
16  A.  I conversed with Jan Sotola and with Juan
17    Venceslao, and Venceslao is spelled
18    V E N C E S L A O.
19  Q.  Tell me about those -- when did those
20    conversations occur?
21  A.  Based on this date, it must have been towards
22    the end of 2002.
23  Q.  Tell me what you recall about those
24    conversations.

Page 149

1  A.  Leciva Labs in Czechia or Czech --
2    MR. BOSTWICK:  Czechoslovakia.
3    THE TRANSLATOR:  Czechoslovakia.
4  A.  -- had received a letter from Ethypharm Labs in
5    which Ethypharm terminates the negotiations --
6    THE WITNESS:  Breaks.
7  A.  -- breaks the negotiation.  I'll start again.
8    Leciva communicates that Ethypharm had
9    communicated with them the break of the contract
10    of supply and license that they had with them.
11    Ethypharm had arrived in some agreement in which
12    they couldn't supply to the Czechoslovakian
13    territory.  For this reason, they get into a
14    supply agreement with Uquifa.  Uquifa supplies
15    the documentation of the product manufactured in
16    Turkey, the one that it was not a European
17    product, and they requested from us the
18    documentation from our product -- all the
19    documentation from our product corresponding to
20    the aqueous formulation.
21  Q.  Was this document, Exhibit 20, signed?
22  A.  No.
23  Q.  Why not?
24  A.  It wasn't signed because we didn't want to go

38 (Pages 146 to 149)

Page 150

1   through the agreement between Leciva and Uquifa
2   that they previously had. We offered an
3   agreement, a license agreement with the
4   exclusive supplying of -- from Uquifa, with the
5   exclusiveness of the active ingredient of
6   Uquifa.
7   Q. So ultimately you signed an agreement with
8   Uquifa, Laboratorios Belmac?
9   A. No. The client kept the Turkish manufacturing.
10  We have never done business with Leciva.
11  Q. How about with Uquifa?
12  A. Yes, with Uquifa, we have done business with.
13  Q. Has -- since 2001, has Laboratorios Belmac sold
14  or manufactured omeprazole for Uquifa?
15  A. Yes.
16  Q. Beginning when?
17  A. Estimating that it was 2001, but I don't
18  remember.
19         THE TRANSLATOR: Excuse me. 2002.
20  Q. Who was the contact person at Uquifa that you
21  dealt with?
22  A. Juan Venceslao.
23  Q. You were working at Laboratorios Belmac when --
24  in approximately 2003 when a judge and an expert

Page 151

1   went to the Zaragoza plant with Ethypharm
2   employees?
3   A. Yes.
4   Q. What do you recall about that event?
5   A. I didn't participate at this event.
6   Q. You were not there?
7   A. During 2003, I was already working for the
8   agents -- I was working or researching for
9   traders or agents for Belmac in Europe. So I
10  was not much at the office.
11  Q. Did Mr. Herrera tell you about what happened at
12  that incident?
13         MR. STEWART: Objection, relevance and
14  specifically relevance to any issue regarding
15  agency. You may answer.
16  A. If Mr. Herrera informed me?
17  Q. Yes.
18  A. Vaguely, but he did say to me that they had
19  visited Zaragoza's plant and that Antonio
20  Cabodevilla had taken care of the entire subject
21  matter.
22  Q. Did you receive any formal report of that event?
23         MR. STEWART: Objection, relevancy.
24  A. That I remember, no. I'll say no, 99 percent

Page 152

1   no. You know, I do not receive any document or
2   information in terms of this type of events.
3   Q. Was -- do you know whether or not any
4   information from that event was reported to
5   Bentley Pharmaceuticals in the U.S.?
6   A. I don't know.
7   Q. Since you have been at -- let me strike that. I
8   just have a few more questions, and they all
9   relate to your job at Laboratorios Belmac. Did
10  you -- what was your formal title after
11  April 1st, 2002?
12  A. Business development.
13  Q. Could you describe your duties in that position?
14  A. In the search of business.
15  Q. Did -- who do you report to in that job?
16  A. To Mr. Herrera.
17  Q. Do you have contact with anyone in the United
18  States at Bentley?
19  A. No, never. You know, one fact was that there
20  was a business development vice president, and I
21  never got to meet him.
22  Q. I didn't understand that last question.
23         MR. STEWART: Can we have the question
24  back and the answer, please?

Page 153

1          MR. BOSTWICK: Sure.
2          (Reporter read back the last question
3          and answer.)
4   Q. I didn't understand the last part of the answer.
5   What are you referring to when you say that
6   there was a business development vice president
7   that you never got to meet him or -- never got
8   to meet?
9   A. I have never had any contact with Bentley
10  Pharmaceuticals in the United States, and there
11  was a position in the United States that we
12  never got to know because we have never had any
13  contact with, you know, the people in the United
14  States because there's never been common
15  business among us.
16  Q. Have you ever received Bentley stock or Bentley
17  options for shares?
18  A. Yes.
19  Q. Approximately when and how much?
20  A. I believe it was two years ago for the first
21  time I received, and I received 5,000.
22  Q. 5,000 shares of stock at Bentley or...
23         MR. STEWART: Objection.
24  A. Stock options, 5,000 stock options.

39 (Pages 150 to 153)

Page 154

1 Q. My mistake. And did your salary change in April
2 of 2002 from the 2,000 euros per month?
3 A. Yes.
4 Q. What did it change to?
5 A. It changed to 800 million pesetas -- 8 million
6 pesetas, which is 48 euros, taxes included, so
7 is -- so it's net salary --
8 THE TRANSLATOR: Not net. What's the
9 other?
10 MR. STEWART: Gross.
11 A. -- gross salary.
12 MR. STEWART: The Spanish words that I
13 learned.
14 Q. 48,000 euros, is that what you said?
15 A. Yes.
16 MR. BOSTWICK: Those are all the
17 questions I have.
18 THE WITNESS: Thank you.
19 MR. STEWART: Let's take about five
20 minutes.
21 THE VIDEOGRAPHER: The time is
22 5:08 p.m. Going off the record.
23 (Recess)
24 THE VIDEOGRAPHER: The time is

Page 155

1 5:19 p.m. We're back on the record.
2 EXAMINATION BY MR. STEWART:
3 Q. Good afternoon, Mr. Alvarez.
4 A. Good afternoon.
5 Q. As you know, my name is Craig Stewart, and I
6 represent Bentley Pharmaceuticals in this case.
7 It's been a long day. We started at 8:30 in the
8 morning, and I only have just a few questions.
9 First, I want to thank you for your
10 time and patience this afternoon, and I know
11 Mr. Bostwick appreciates that as well.
12 Would you look at Exhibit 16, please?
13 And Exhibit 16 is the confidentiality agreement
14 between Belmac and PharmAlliance; is that
15 correct?
16 A. Yes.
17 Q. And do you know when this agreement was signed?
18 A. I do not know, but it was signed on
19 November 14th, 2001.
20 Q. Okay. And you were working as a consultant to
21 Belmac at this time; is that right?
22 A. Yes.
23 Q. And you had a meeting with Mr. Herrera and
24 Ms. Amal Lamari with respect to a relationship

Page 156

1 between Belmac and PharmAlliance; is that
2 correct?
3 A. Yes.
4 Q. To your knowledge, did Mr. Herrera seek approval
5 from anyone at Bentley before he signed the
6 confidentiality agreement with PharmAlliance?
7 A. As far as I know, no.
8 Q. Did he ever tell you that he would need the
9 approval of Jim Murphy before he entered into
10 such an agreement?
11 A. No.
12 Q. If you would look at Exhibit 17, please. And
13 please refer to the document that is attached to
14 the letter dated 6th, December of 2001.
15 A. Uh-huh.
16 Q. By the uh-huh, you mean yes, you've seen it?
17 A. Yes.
18 Q. Now, you told Mr. Bostwick that you believe that
19 a supply, marketing, and distribution agreement
20 was signed between Belmac and PharmAlliance at
21 some point; is that correct?
22 A. Yes.
23 Q. You're not certain whether it was exactly the
24 same as the document that is part of Exhibit 17?

Page 157

1 A. No, I believe this was a draft of some sort, you
2 know, that generated the one that was finalized.
3 Q. Was a draft of the contract which is part of
4 Exhibit 17 ever sent to Jim Murphy at Bentley
5 for his approval?
6 MR. BOSTWICK: To his knowledge?
7 Q. To your knowledge.
8 A. As far as I'm aware, no.
9 Q. To your knowledge, did Mr. Herrera ever seek the
10 permission of Jim Murphy or anyone else at
11 Bentley before the agreement was finalized?
12 A. No.
13 Q. Turn, please, to Exhibit 20. Exhibit 20 is the
14 side letter to the agreement between Leciva and
15 Uquifa; is that correct?
16 A. Yes, that's how the heading -- it states on the
17 heading.
18 Q. And the draft was to be signed by Leciva and
19 Laboratorios Belmac S.A., correct?
20 A. Yes.
21 Q. This document was never signed by either party,
22 correct?
23 A. No.
24 Q. No, it was not signed?

40 (Pages 154 to 157)

Page 158

1   A.  No, it was not signed.
2   Q.  Was -- to your knowledge, was Exhibit 20 ever
3       sent to Bentley -- Bentley Pharmaceuticals for
4       discussion?
5   A.  As far as I'm aware, it was never sent to
6       Bentley.
7   Q.  Do you know or can you tell us whether --
8       withdraw that.  Did Adolfo Herrera ever speak to
9       Jim Murphy with respect to the proposed side
10      letter between Leciva and Uquifa?
11  A.  No, I don't think so.  For sure, no.
12  Q.  Why do you believe that is so?
13  A.  Because Mr. Herrera is a person that he works
14      independently.  Since I have known him and up to
15      this date, he has never depend on anyone.  From
16      the day that he was director general adjunto of
17      Mr. Gonzalez --
18  Q.  Deputy general manager?
19  A.  -- yes -- up to today, and up to this date that
20      I have known him, he always did his own
21      decisions -- makes his own decisions by himself.
22  Q.  Refer, please, to Exhibit 13 and Exhibit 14.
23      You told Mr. Bostwick that you had involvement
24      in the preparation of Exhibits 13 and 14 along

Page 159

1       with Adolfo de Basilio; is that correct?
2   A.  Correct.
3   Q.  And Exhibit 13 is the manufacturing agreement
4       dated March 23, 2000, correct?
5           THE TRANSLATOR: 2000, Counsel?
6           MR. STEWART: 2000.
7   A.  Yes.
8   Q.  And Exhibit 14 is the purchase agreement dated
9       March 23, 2000; is that correct?
10  A.  Yes.
11  Q.  And who are these agreements between?
12  A.  Between Belmac Labs and Ethypharm Labs.
13  Q.  Now, you told Mr. Bostwick about a meeting that
14      you attended before these two documents were
15      signed.  Do you recall that?
16  A.  Yes.
17  Q.  And at that meeting, Mr. Herrera was present,
18      correct?
19  A.  Yes.
20  Q.  At that meeting, did Mr. Herrera, to your
21      knowledge, take a break from the meeting and the
22      discussions so that he could make a telephone
23      call?
24  A.  That I remember, no.

Page 160

1   Q.  Do you have any reason to -- withdraw that.  Did
2       Mr. Herrera to your knowledge involve Jim Murphy
3       or anyone else at Bentley with respect to the
4       negotiations over the contracts with Mr. De
5       Basilio and yourself?
6   A.  As far as I know, no.
7   Q.  Did Mr. De Basilio -- withdraw that.  Mr. De
8       Basilio was a distant relative of yours; is that
9       right?
10  A.  Yes.
11  Q.  And you had worked with Mr. De Basilio since
12      1992, correct?
13  A.  Correct.
14  Q.  At any time, did Mr. De Basilio ever tell you
15      that Laboratorios Belmac had the authority to
16      act for Bentley Pharmaceuticals, Incorporated?
17  A.  No.
18  Q.  And you're aware that Bentley Pharmaceuticals in
19      the first several -- prior to 1996, in that
20      area, was known as Belmac Corporation?  Are you
21      aware of that?
22  A.  Yes.
23  Q.  Did Mr. De Basilio ever tell you that
24      Laboratorios Belmac had the authority to act for

Page 161

1       Belmac Corporation of the United States?
2   A.  No.
3   Q.  Did Mr. De Basilio ever tell you that when --
4       that a contract signed on behalf of Laboratorios
5       Belmac would also bind Bentley Pharmaceuticals,
6       Incorporated?
7   A.  No.
8   Q.  Look at Exhibit 13.  In or around March of 2000,
9       did you see the signed copy of this document, of
10      Exhibit 13?
11  A.  Yes.
12  Q.  And who is it signed by?
13  A.  Adolfo Herrera and Adolfo de Basilio.
14  Q.  Who did Adolfo de Basilio -- I'm sorry.  Who did
15      Adolfo de Basilio sign the contract for?
16  A.  On behalf of Ethypharm Labs Spain.
17  Q.  And who did Adolfo Herrera sign the contract
18      for?
19  A.  For Laboratorios Belmac S.A.
20  Q.  And in March of 2000, did you believe that
21      Adolfo Herrera was also signing for Bentley
22      Pharmaceuticals, Incorporated?
23  A.  No.
24          MR. STEWART:  That's all I have.

41 (Pages 158 to 161)

Page 162

1    RE-EXAMINATION BY MR. BOSTWICK:
2  Q.  Mr. Alvarez, I have an opportunity to ask a few
3      more questions based on Mr. Stewart's questions.
4      I promise to keep it very short.
5  A.  That's why I was laughing because I thought that
6      you had and I had finished.
7  Q.  We're almost finished because I have to catch my
8      plane, but you said that Mr. Murphy has --
9      makes -- I'm sorry.  Strike that.
10         You said that Mr. Herrera makes
11      independent decisions as far as you understand?
12  A.  Correct.
13  Q.  Does Mr. Murphy have a boss -- I'm sorry.  Does
14      Mr. Herrera have a boss?
15  A.  At Belmac Labs, yes.
16  Q.  Who is that?
17  A.  The president of the company.
18  Q.  And who is that?
19  A.  Mr. Murphy.
20  Q.  And Mr. Murphy is also the head of Bentley
21      U.S.A.; is that correct?
22  A.  As I understand, he's the president in the
23      U.S.A.
24  Q.  Do you know how often Mr. Herrera speaks to

Page 163

1      Mr. Murphy?
2         MR. STEWART:  At what time?
3  Q.  Let's say while you were at Ethypharm, did you
4      understand how often Mr. Herrera spoke with
5      Mr. Murphy?
6  A.  I have no idea.
7  Q.  Since you have been at Laboratorios Belmac, do
8      you know how often Mr. Herrera speaks to
9      Mr. Murphy?
10  A.  From time to time, I have listened or heard.
11  Q.  Do you know how often that takes place?
12  A.  You know, maybe once a week, maybe every fifteen
13      days, you know, approximately.
14  Q.  Were you aware that Mr. Herrera in addition to
15      his position at Laboratorios Belmac also is an
16      officer of Bentley?
17         MR. STEWART:  Objection, assumes facts
18      not in evidence.
19  A.  What do you mean by an officer?
20  Q.  A vice president of Bentley?
21  A.  Yes, I am aware of it.
22  Q.  When did you become aware of that?
23  A.  About a year ago approximately.
24         MR. BOSTWICK:  Okay.  That's all I

Page 164

1  have.  And thank you very much.  I acknowledge
2  and join in Mr. Stewart's comments.  Thank you
3  for putting up with us today.
4         MR. STEWART:  And I join in my own
5  comments and in his comments.  Thank you very
6  much.
7         THE VIDEOGRAPHER:  The time is
8  5:41 p.m. on July 27th, 2006.  This is the end
9  of Tape Number 4, and this completes the
10  videotaped deposition of Mr. Ignacio Alvarez.
11         (Deposition concluded at 5:41 p.m.)

Page 165

1              C E R T I F I C A T E
2     I, IGNACIO ALVAREZ, do hereby certify that I
3  have read the foregoing transcript of my
4  testimony, given on July 27, 2006, and I further
5  certify that said transcript is a true and
6  accurate record of said testimony (with the
7  exception of the corrections listed below):
8  Page      Line      Correction
9
10
11
12
13
14
15
16
17  Dated at            , this
18  day of            , 2006.
19
20         IGNACIO ALVAREZ

    SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
21
22
23
    slb
24

42 (Pages 162 to 165)

Page 166

```
1              CERTIFICATE
2
3    COMMONWEALTH OF MASSACHUSETTS
4    SUFFOLK, SS
5         I, Sandra L. Bray, Registered Diplomate
6    Reporter and Notary Public in and for the
7    Commonwealth of Massachusetts, do hereby
8    certify:
9         That IGNACIO ALVAREZ, the witness whose
10   deposition is hereinbefore set forth, was duly
11   sworn by me and that such deposition is a true
12   record of my stenotype notes taken in the
13   foregoing matter, to the best of my knowledge,
14   skill and ability.
15        IN WITNESS WHEREOF, I have hereunto set
16   my hand this 10th day of August, 2006.
17
18   _____
          Sandra L. Bray, RDR
19        Registered Diplomate Reporter
20
21
22
23
24
```

43 (Page 166)

JT-A-43

| A | | | | |
|---|---|---|---|---|
| **ability** 166:14 | 153:20 163:23 | 140:10 147:13 | **assistant** 11:22 17:19 | **Barbara** 62:9,12 |
| **able** 67:11 78:6 88:21 | **agree** 102:11 136:19 | 151:15 152:24 153:3 | 68:24 69:1 70:9,20 | **base** 38:21 |
| 88:24 93:6 106:24 | **agreed** 9:24 135:20 | 153:4 | **association** 6:18 | **based** 83:5 87:21 |
| 107:3,10 108:21 | **agreement** 5:3,11,18 | **answered** 142:16 143:6 | **assume** 84:2 95:10 | 148:21 162:3 |
| 112:21 115:21 | 9:15 10:4 11:5 21:2 | **answering** 30:5 74:8 | **assumed** 96:12,21 | **basically** 11:21,24 |
| 120:11,13 135:15 | 30:11 73:23 80:13 | **answers** 8:15,18 9:6 | **assumes** 106:15 108:12 | 73:13 93:4 |
| 146:23 | 94:13 112:12,21 | **Anthony** 62:19 | 124:9 163:17 | **Basilio** 4:9,13 5:6,9 |
| **absolute** 140:5,22 | 114:21 136:2,11,15 | **Antonio** 151:19 | **assuming** 106:10 | 10:17 11:13,16,21,23 |
| **Absolutely** 140:8 | 136:18 137:2,16,21 | **anybody** 90:19 98:23 | **ate** 85:10 87:22 | 12:6 13:21 15:2 16:5 |
| **abusive** 26:11 | 138:19,21,23 139:2,3 | 99:3 101:19 123:7 | **attached** 141:20 156:13 | 16:6 17:11,20 18:18 |
| **acceptable** 30:14 54:15 | 139:14 143:17,18 | 131:5 147:23 | **attendance** 82:14 | 19:3,4,8,16,19 20:10 |
| **access** 73:13 | 148:1,7 149:11,14 | **anyway** 46:6 | **attended** 159:14 | 22:16,20 24:2,6,12 |
| **accounting** 12:2 | 150:1,3,3,7 155:13 | **apart** 127:11 | **attention** 95:23 97:3 | 25:14,23,24 27:5,10 |
| **accumulated** 14:2 | 155:17 156:6,10,19 | **apologize** 67:23 | **attorney** 8:9 73:21 | 28:9,15,21 29:4,9,16 |
| **accurate** 42:12 165:6 | 157:11,14 159:3,8 | **apology** 99:8,10 100:3 | 119:16 | 29:17,21 31:5 32:9 |
| **accurately** 11:4 | **agreements** 102:9,16 | 100:4,6 | **attorneys** 9:24 10:3 | 32:20 33:2,4,7,11 |
| **acknowledge** 164:1 | 102:19 104:5,17 | **apparent** 131:20 | 124:16,21 | 35:11 36:3,7,12,15 |
| **acknowledging** 104:6 | 112:16 136:23,24 | **apparently** 103:1 | **attorney-client** 74:7 | 37:15,19 38:5 66:8 |
| **act** 24:15 160:16,24 | 137:17 147:10 | **APPEARANCES** 2:1 | **attribution** 124:12 | 68:15 72:10 73:21 |
| **acted** 7:16 | 159:11 | **appears** 139:5 | **audit** 37:3,5 62:16,18 | 75:2 80:3,6 81:10 |
| **active** 45:13,15 150:5 | **ahead** 10:10 30:3 | **applicable** 1:15 | 118:24 | 82:15,20 86:4 89:13 |
| **activities** 94:18 142:8 | **airplane** 85:9 | **apply** 74:12 | **audited** 107:22 | 90:21 91:12,15 92:8 |
| **activo** 45:19 | **al** 4:10,11 5:6,14 66:8 | **appreciate** 74:19 | **August** 166:16 | 93:8,8 96:15 97:11 |
| **actual** 21:7 30:9 | 75:9 110:14 141:18 | **appreciates** 155:11 | **author** 124:10 | 97:12,14,23 98:1 |
| **Acuerdo** 4:19,20,22 | **Alexander** 63:16 | **approval** 38:2 156:4,9 | **authority** 160:15,24 | 100:4 101:14,16 |
| **add** 55:14 | **alleged** 106:4 | 157:5 | **authorization** 108:7 | 110:1,14,24 111:4,16 |
| **addition** 106:14 163:14 | **allow** 136:21 | **approximately** 6:14 | 110:8 111:7 | 112:17 113:9 128:17 |
| **adjunto** 158:16 | **allowed** 120:15 | 20:2 25:3,5 44:15 | **Avenue** 1:21 2:11 6:20 | 159:1 160:5,7,8,11 |
| **administration** 23:4,6 | **Alvarez** 1:13 4:3,12 | 52:9 87:20 123:6 | **Avenzor** 53:23 56:19 | 160:14,23 161:3,13 |
| **administrative** 24:24 | 5:17 6:7 7:4,20 8:2 | 133:15 150:24 | 61:1 | 161:14,15 |
| **administrator** 14:13 | 33:21 46:19 47:12 | 153:19 163:13,23 | **average** 70:18 74:23 | **Basilio's** 97:17 98:14 |
| **administrators** 14:13 | 55:5 66:5 67:23 | **approximation** 49:20 | **aware** 28:7 37:23 38:10 | **batches** 50:23 |
| **Adolfo** 11:13 13:21 | 71:22 74:2 75:10 | **April** 99:16 109:5 | 63:5 64:12 94:18 | **beer** 118:18,20,22 |
| 17:11 19:3,16 24:1 | 81:6 94:23 100:2 | 121:16,18,20 127:13 | 119:15,15 126:12 | **began** 12:13 13:9,20 |
| 24:12 25:14 28:21 | 104:3 110:18 122:13 | 133:9 152:11 154:1 | 157:8 158:5 160:18 | 41:2 92:12 101:5 |
| 29:4 31:5 33:4 35:11 | 124:13 128:21 144:2 | **aqueous** 149:20 | 160:21 163:14,21,22 | 104:23 105:3,6 |
| 36:3 68:15 73:21 | 155:3 162:2 164:10 | **area** 53:2 106:12 | **Ayala** 25:20 | 120:21 135:24 |
| 81:9 82:16,21 92:8 | 165:2,19 166:9 | 160:20 | **Ayala's** 20:22 | **beginning** 11:24 13:15 |
| 93:8 100:3 101:14 | **Alvarez's** 7:6 | **Arragon** 127:19 | **Azpetia** 4:18 86:13 | 20:11 22:4,4 23:11 |
| 110:24 111:16 | **Amal** 5:17 60:22,23 | **arrangement** 121:14 | 113:14 | 43:2 47:19 60:16 |
| 116:22 117:10 128:3 | 133:17 138:7 144:3 | **arrived** 40:3 41:24 | **a.m** 1:23 6:14 30:23 | 108:16 121:1 150:16 |
| 135:1 141:9 158:8 | 155:24 | 83:20 85:10 149:11 | 31:2 47:6,10 55:1,4 | **behalf** 1:14 7:1,2 161:4 |
| 159:1 161:13,13,14 | **analysis** 13:18 79:17,21 | **articles** 97:10,15,18 | 67:19,22 | 161:16 |
| 161:15,17,21 | 80:2 144:8 | 98:2,11 100:19,21 | **A.S** 148:8 | **believe** 11:17 17:9,12 |
| **advice** 80:7 | **analyze** 12:1 | 101:17,20,24 109:14 | | 17:12 31:8 33:21,24 |
| **advisor** 73:6 | **analyzed** 89:7 | 109:19,23 | B | 42:3,11 59:4 82:1 |
| **affirmed** 7:21 | **Angell** 1:20 2:10 6:19 | **asked** 37:11 47:19 50:6 | **B** 4:7 5:1 58:14 62:13 | 86:4 95:8 96:10 |
| **AfricPharm** 53:23 | **angry** 131:16,18 | 71:20 74:3 111:10 | 62:13 144:13 | 109:3 113:7 123:5 |
| 56:18 59:21,24 60:16 | **answer** 9:22 11:1,2,3 | 116:19,20,21 117:4,7 | **BAACH** 2:3 | 125:6,8 139:24 |
| **afternoon** 155:3,4,10 | 18:21 25:15 29:11 | 118:2,17,20 119:17 | **back** 13:6 27:4 29:13 | 153:20 156:18 157:1 |
| **afterward** 65:24 | 30:15 35:17,18 36:8 | 124:17 128:3 131:8 | 31:2 37:11,12 44:16 | 158:12 161:20 |
| **agency** 106:3 139:4,8 | 36:8,9 37:13,20 | 134:20 139:7 140:8 | 44:17,21 48:6 52:3 | **believes** 74:6 |
| 151:15 | 39:12 46:11,12,16,21 | 142:16 143:6 145:23 | 53:18 55:4 67:22 | **Belmac** 2:16 4:21,23 |
| **agents** 151:8,9 | 47:13,22 51:2 74:14 | **asking** 10:8 73:6 79:9 | 79:16,24 81:6 99:21 | 7:6 17:15 19:7 20:4 |
| **aggressive** 60:3 | 79:16,20 90:12 92:21 | 80:6 119:9,12 124:23 | 99:24 104:2 106:9,13 | 20:15,19,20,24 21:5 |
| **ago** 20:1 32:15 126:23 | 93:4,6,9,20 99:22 | **asks** 74:14 | 140:4 152:24 153:2 | 23:3,8 24:17 27:13 |
| | 103:5,7 106:9,10,16 | **aspirin** 41:16 115:8 | 155:1 | 27:14 28:2 31:19 |
| | 108:13 134:1 139:9 | **assist** 95:2 | **background** 29:6 43:17 | 32:5 34:22 35:5,9,13 |
| | | | **bad** 127:9 | |

35:23 36:5,20 37:1
37:17 38:9,17 39:9
39:15,16,19 40:17,21
41:8,22 42:2,5,7,9,13
42:17 43:10 44:20,23
45:2 46:1 47:22,23
48:1,5,14,16,17,19
48:23 51:7 53:4,22
54:9 55:15,15,17,18
56:4,17 59:13 65:4,9
65:10,23 68:10,22
69:8,23 70:22,23
76:5,18,20,22,22,23
78:23 79:1,6,7,11
80:4,8 81:12,15,20
85:5,18 86:18,22
87:1,18 88:2,16,21
90:3,20 91:6 92:7,16
93:22 94:2,7,10,15
96:13,16,21 98:11
99:8 100:7,15 101:24
102:10,16,20 104:4
104:18 105:3,17
106:23 107:22 108:7
108:15,23 109:19,23
110:7 111:5,17
112:22 113:1,5,23
114:2,4,9 116:1,2,5
116:10,12,13,23
117:3 118:3,12,19
119:2 125:18 127:7
127:14,15,17 128:11
128:23 129:13,15
130:24 134:5,16
135:17,20 137:7,12
138:17 140:18 141:1
141:8 142:11 143:18
143:19 144:21,23
145:6,13,18,24 146:7
147:1,3,7,9 150:8,13
150:23 151:9 152:9
155:14,21 156:1,20
157:19 159:12
160:15,20,24 161:1,5
161:19 162:15 163:7
163:15
**Belmac's** 91:24 125:1
**Belmazol** 134:18
140:22 143:17
**belong** 62:8
**belonged** 43:4
**beneficial** 121:6
**benefit** 9:5 98:13
105:24
**benefits** 88:17
**Bentley** 1:8 5:15 6:9
7:3 35:14 42:9 69:9
69:23 70:22,23,24

86:18 92:1,20 93:13
94:9 95:19 101:4,23
109:12 110:8 125:1
139:19 140:8 141:7
141:14,20,24 142:5,7
142:20 152:5,18
153:9,16,16,22 155:6
156:5 157:4,11 158:3
158:3,6 160:3,16,18
161:5,21 162:20
163:16,20
**Berenguer** 82:21
**best** 11:11 90:13
133:13 166:13
**better** 78:7 92:6 122:2
126:22
**beyond** 65:17 71:10
96:18
**big** 27:17 62:17 98:10
**biggest** 65:7
**billing** 18:15
**bind** 161:5
**biology** 44:6
**bit** 8:6 22:14 35:3
44:16,17 84:13
**board** 142:6,22
**Bolling** 5:14 141:18
**books** 52:12
**boss** 14:13 38:1 58:4,9
92:11,13 98:17
162:13,14
**bosses** 37:19,21 38:2
91:15 92:8
**BOSTICK** 8:1
**Boston** 1:22 2:12 6:20
**Bostwick** 2:7 4:4 6:24
6:24 16:24 30:3,19
31:22 43:24 46:8
47:3 50:16 51:23
54:11,18,22 56:9,24
58:11 62:10 65:5
66:2,6,12 67:17
71:19 74:3,13,16
79:22 80:18 82:19
87:13 88:10 97:24
99:22 103:13,16
104:24 106:8,20
119:11 120:2 122:1
132:5 139:7 140:15
144:13 146:20
147:18 149:2 153:1
154:16 155:11
156:18 157:6 158:23
159:13 162:1 163:24
**Bostwick's** 74:8
**bother** 124:2
**bottom** 82:12
**Boudal** 5:6 110:14

**bought** 12:24 42:3 48:3
64:4
**boy** 58:14
**Brasil** 53:24
**Bray** 1:17 6:18 166:5
166:18
**Brazil** 54:8 56:20 61:20
62:8,16
**break** 9:18,21 29:24
30:20 31:4 54:12,20
55:5 103:16 122:12
147:17,22 149:9
159:21
**breaks** 9:16 149:6,7
**brief** 25:17 28:13 82:11
83:17
**briefly** 78:9 94:24
**bring** 88:24
**bringing** 88:16
**broke** 104:3
**broken** 127:10 131:17
**budget** 78:11 80:12
**budgets** 77:5,9 91:7
**business** 13:16 69:5
70:6 88:15 138:4,4
140:7 150:10,12
152:12,14,20 153:6
153:15
**buy** 47:23 48:6 51:7
65:10
**buyer** 119:23
**buyers** 119:21
**buying** 50:9 145:13,18
146:6 147:7

**C**
**C** 6:1 59:3 144:13
148:18 165:1,1
**cabinets** 126:16
**Cabodevilla** 151:20
**Calami** 69:2 71:14,23
73:1
**calculate** 19:15
**call** 124:2 132:10 147:6
159:23
**called** 1:14 27:13 57:21
75:3 116:14 118:16
124:4 132:8,15
133:19
**Calls** 119:9
**candidate** 33:13
**candidates** 23:11 33:10
**capable** 13:17
**card** 14:9
**care** 11:24
**careful** 102:15
**Carta** 5:8 112:5
**case** 1:7 6:12 9:24

126:14 128:6 133:6
135:8 136:14 155:6
**Castellano** 20:5 34:23
**casual** 10:19
**Catalan** 72:12,14,17,19
**catch** 83:19 162:7
**categories** 14:11 29:1
**category** 14:7
**cell** 124:3
**CEO** 95:19
**certain** 15:13 37:3 97:6
114:3 156:23
**Certainly** 96:6
**certificate** 134:17,18
143:16 166:1
**certification** 108:2
**certifications** 104:17
**certifies** 105:17
**certify** 14:19,20 165:2
165:5 166:8
**chairman** 95:19
**change** 13:22 14:2
121:19,21 154:1,4
**changed** 121:22 122:3
134:19 154:5
**changes** 37:8 128:14
**charge** 17:21,23 18:2,9
23:10 58:4 59:4
74:24
**charged** 45:22
**charges** 45:16
**chart** 76:13,14,15
77:12,15,19 78:5
111:9
**check** 57:1
**checked** 52:11
**children** 121:5 125:14
127:5
**China** 63:13,15
**Chinese** 53:24 56:21
62:23 63:7
**Cinfa** 53:22 56:18
57:11,11,18,20 65:4
65:24 66:1
**circumstances** 27:2
88:5
**Civil** 1:16
**clarification** 47:12,13
74:20
**clarified** 22:20 45:19
71:22
**clarify** 9:11,14 46:22
52:24 72:21 86:10
138:16
**Claude** 69:13 94:16
**cleaned** 125:13 127:1
**cleaning** 123:2,11
125:20 126:10

**cleanings** 126:11
**cleanup** 126:4
**clear** 24:11 27:21 30:6
38:14 43:4 54:6 74:2
83:21 84:5 95:14
100:2 109:20 125:9
**clearly** 35:19 124:11
143:7
**Clemente** 23:21 25:13
26:6 33:5,12 86:13
92:11,13,15 97:5
113:14
**client** 49:2,12,16 50:11
50:13 51:5,13,17
52:4,16,18,19 57:9
57:12,14 58:17,19
59:22,23 60:8,11,12
61:3,11,22 63:1,19
64:8,18 132:8,13
140:6,7 141:3,4,6
150:9
**clients** 13:4 18:13,13
18:24 19:1,3 44:23
45:1 47:22 48:18,21
48:24 49:5 50:4
52:10 53:12 55:7,18
55:19,22 56:1,3,4,5
57:4,8,10 64:21,22
65:7,19,19 104:23
105:4,6 106:24 107:1
107:10,18,21 108:9
123:17 132:17 133:7
140:14,15,19,19
142:24 143:12,13,14
**coincidence** 77:1,6,8,10
**colleagues** 29:19
**collection** 103:1
**combination** 46:5
**come** 10:15 22:8 44:16
44:17 50:8 59:16
119:4 125:24
**comes** 60:5 87:7
**comfortable** 8:7
**Comida** 87:11
**coming** 20:18 21:12
25:7 45:13 94:8
135:16
**commencing** 1:23
**comment** 10:24 21:20
30:12 78:13 98:9
117:15 118:6 130:10
130:14 135:8
**commented** 29:15,17
129:20,22 130:19,22
**comments** 32:24 78:14
80:14 96:14 102:3
164:2,5,5
**commercial** 73:14,20

commercing 13:2
commission 121:7
common 37:1 153:14
Commonwealth 1:19
7:12 166:3,7
communicated 134:13
149:9
communicates 149:8
communicating 94:3
communication 147:4
communications 57:3
74:4,6
companies 32:4 35:20
55:7,11,12,13 57:7,8
98:8 118:5
companion 24:10
company 12:20,21,22
13:3 14:1,12,22 16:7
17:5 20:16 23:14,17
26:11,18 27:13,15,17
27:20 28:1,13 32:2
33:15 37:24 59:10
61:8 62:3,22 63:18
64:4 70:4 83:4 89:23
91:4,19,24 92:18
93:12,22 94:4 98:5
98:22,24 107:6 111:8
117:19 118:8 119:20
120:6,16 124:1
162:17
company's 13:18
compare 120:10
competitors 56:7
complete 36:14 108:19
completed 18:6 108:20
completely 52:8 96:5
completes 164:9
compliance 89:1
complicated 51:3,6
64:6 75:17 114:5,7
comply 88:21
compound 106:7
Compra 5:8 112:5
Compromiso 5:8 112:5
computer 122:21,22
123:3,12 125:5,9,13
125:16,17,19,24
126:2,4,12,13,15,17
126:19,19,23,24
127:1,2,6,7,23 128:2
128:9,9,9,10,11,15
129:7
computers 127:4
concept 70:1
concerned 107:7
concluded 164:11
condition 127:9
conduct 38:3

Confidencialidad 4:19
4:20,22
confidential 5:5 74:18
102:9,16 110:13
confidentiality 5:11
102:19 104:5,17
106:4,5 108:23,24
136:2,11,18,24
137:21 138:19 139:1
155:13 156:6
confused 31:14
confusion 35:17
conjunction 90:22
connection 29:24
conocimiento 38:23
39:1,5
considering 79:3
consistent 136:15
consultant 116:6,8,10
120:16 155:20
consulted 92:24
consulting 116:17
118:11 120:24
127:14 129:12
contact 19:2 36:15,22
57:20 58:20 59:24
60:2,13,17 61:8,16
61:19 62:3 63:7,10
63:14 64:1,3,14 68:8
116:12,13 120:22
132:1,13,16 150:20
152:17 153:9,13
contacted 57:21 62:7
contacts 59:7 68:15
74:10 123:16
contained 50:1
content 46:21
context 93:2 103:3
137:20
continue 119:16 143:20
continued 5:1 81:2
contract 76:23,24
108:18,19,20 112:10
113:21 114:15,24
115:1 116:4 120:17
121:23,24 134:14
137:3,3,4 139:17
140:24 141:5 149:9
157:3 161:4,15,17
contracts 19:7 72:5,7
73:14,20 114:18
115:5,7,8,19 129:24
130:1 160:4
Contrato 5:7 112:1
control 96:13,21
conversation 34:19,24
71:2 74:11,14 83:11
87:5 102:2,4 119:10

119:13 134:11,21
135:1
conversations 24:1
33:2 68:20 69:3 75:3
90:19 111:16 113:4
124:20 125:1 148:20
148:24
converse 32:22
conversed 68:18 71:21
75:4 148:16
cooperative 96:17
copy 5:14,17 54:13
67:10 141:18 144:2
161:9
Corporation 27:14
28:2 42:8,9 160:20
161:1
Corral 2:21 7:7
correct 8:14,23 9:11
14:18 16:11 28:23
31:6,7,10 33:23
34:11 35:1,23 40:6
40:14 41:23 42:10
45:5 48:7 54:10 55:8
55:10,12,13,17 61:20
61:23 66:24 84:9,12
86:16 87:5,18 88:11
88:19 89:3 90:3,6
92:9 95:21 97:1
100:10 101:17
105:20 106:17
107:23,24 108:3
111:21 112:11
115:17 116:3,23
124:23 129:9 134:22
134:23 135:3,18
138:9 141:3 142:14
144:17,19,20 145:3,4
145:8,9,13 146:11
155:15 156:2,21
157:15,19,22 159:1,2
159:4,9,18 160:12,13
162:12,21
corrected 38:24 87:14
correction 37:7 72:24
87:11 165:8
corrections 165:7
correctly 47:20 49:8
77:7 140:1
corresponding 149:19
cost 120:12
costs 76:17
counsel 6:22 7:6 56:15
74:2 105:23 124:6
159:5
count 29:2
counted 29:5
countries 103:10 107:4

couple 30:2 95:1 96:2
105:21 147:17
course 22:20 23:17
27:24 28:3,24 52:13
68:19 77:18 78:5,7
86:7 111:19 115:19
121:2 133:23
court 1:1 6:11,17 7:9
8:12,17 54:14 56:10
104:24
cousins 11:17
cover 138:18
CPHI 132:15
Craig 2:13 7:2 54:12
56:11 66:12 155:5
create 98:6
crossed 34:1,4,7,9
132:14
CSR 1:18
Cubas 2:19
cumplian 50:6,7
current 120:7
customer 51:1
customers 18:3,19
44:22 48:16 105:18
132:2 139:22 141:10
142:9
cut 26:12
Czech 59:5 149:1
Czechia 149:1
Czechoslovakia 59:6
149:2,3
Czechoslovakian
149:12

**D**

D 4:1 6:1 58:13,13,15
date 15:10,10,13,15,16
15:18 19:20,23 20:3
21:8 83:1 84:14
112:4 114:23 118:15
123:4 130:18 133:1
148:21 158:15,19
dated 4:10,12,13,15,16
5:4,10,12,15,17 66:9
75:10,22 76:2 78:1,2
78:3,4,10 89:13 90:7
94:21 99:16 109:5
128:18 129:8 138:13
141:19 142:7 144:3
144:19 156:14 159:4
159:8 165:17
dates 26:22 27:3 47:2
115:14 118:14 132:3
David 58:3,13
day 84:19 85:8 87:20
118:19 126:8 155:7
158:16 165:18

166:16
days 22:1 26:5 115:14
163:13
day-to-day 80:15
de 2:19 4:9,13,19,20,22
5:6,7,8,8,9 10:17
11:13,15,23 12:6
13:21 15:2 17:11,19
18:18 19:3,4,8,16,18
20:5,9,11,13 22:16
22:20 23:16 24:1,6
25:20,23,24 27:5,10
28:9,15,21 29:4,9,16
29:17,21 31:5 32:9
32:20 33:2,4,7,11
34:22 35:11 36:3,7
36:12,15 37:15,19
38:5 66:8 68:15
72:10 73:21 75:1
80:3,6 81:10 82:15
82:20 86:4 89:12
90:21 91:12,14 92:8
93:8 97:14,17,22
98:1,14 100:3 101:14
101:16 110:1,14,24
111:4,16 112:1,5,5
112:17 113:9 127:22
128:17 159:1 160:4,7
160:7,11,14,23 161:3
161:13,14,15
deal 98:10
dealing 57:17 115:20
dealt 150:21
DeBregeas 4:14 5:4
37:16,18 38:6 69:4
94:20 95:20 101:3
109:4
December 66:9 75:10
75:21,22 76:3,6 77:3
77:8,16 78:1,2,3,4,11
132:22 138:13
156:14
decision 91:5,9 94:6
123:8,10
decisions 91:19 92:18
93:12 158:21,21
162:11
decision-maker 91:14
Defendant 1:10 2:9
6:10
defending 146:1
define 52:7 78:24
defined 74:24 76:16,16
defining 78:21
definitely 19:4 41:14
definition 18:21
degree 96:19
Delaware 1:2 6:11

delay 135:6,12,16
delays 134:8
deleted 126:8
delicate 23:18
denied 145:12
deny 145:23
department 28:17
    36:17,23
depend 158:15
depended 140:22
dependence 134:16
deponent 6:3
deposition 1:13 6:6,12
    6:17,19 8:4 10:1
    95:12 164:10,11
    166:10,11
depth 85:11 93:21
Deputy 158:18
describe 13:12 14:20
    68:9 77:19 152:13
described 46:14 121:15
    129:3 140:17
DESCRIPTION 4:8
    5:2
destroy 123:4,8
destroyed 123:3,5
    125:6
destroying 123:9
detail 78:8
details 84:18 113:17
    114:21 117:17
determine 83:6
develop 18:24
developed 52:13 77:9
    79:12,17,20 138:1
developing 51:9
development 152:12,20
    153:6
difference 85:6
differences 43:18
different 26:10 36:22
    40:24 57:7 93:20
    137:15
difficult 21:9 22:13
    98:7
dinner 85:21 87:4
Diplomate 1:18 166:5
    166:19
direct 19:2 63:14 81:18
    104:23 105:3,6
directed 140:23 142:5
direction 79:10
directives 79:6
directly 15:2 18:18
    41:18 48:3 63:9 70:8
    72:9 81:15 90:22
    94:17 115:16
director 14:10 20:14

23:22 25:19,19 35:10
    70:7 158:16
directors 142:6,22
disclose 74:10
disclosure 102:9,16
discovered 28:18,21
    29:4 125:20
discovery 108:11,12
discuss 10:2 37:20
    39:14 46:19 72:6
    83:17 85:11 113:8
discussed 16:4 31:9
    36:6 73:3 83:14 84:8
    109:18 110:4 117:2
discussing 31:4 43:20
    86:24 94:13 101:13
discussion 31:15 47:8
    67:20 87:4 119:6
    158:4
discussions 32:18,20
    73:7 81:18 101:23
    136:16 148:9 159:22
dismantling 16:7
distant 10:20 160:8
distinction 45:10
distinctions 44:3
distinguish 53:1
distribution 138:21,23
    139:14 156:19
distributor 46:3 47:24
    51:5,8
distributors 120:11
District 1:1,2 6:11,11
divide 41:1
document 4:9,17 5:5
    56:15 66:8,14,15,17
    66:22,24 67:2,5,13
    67:24 68:4,5,6,7 75:7
    75:15,17,18,24 76:7
    76:9,11,13 77:2,11
    77:12,13,14,23 78:1
    78:2,3,4,8,9,10,15,18
    78:18,19,21 80:11,11
    89:11,19,21,24 90:1
    90:7,8,13,15,17
    94:19,23 95:5,5,8,16
    95:18 99:14 101:8,11
    101:12,13 103:2
    107:3,5,9,9,13,17
    108:22 109:2 110:12
    110:13,18,19,21
    111:23 128:16 129:1
    129:4,6,8,11 136:1,6
    136:10 138:11,16,20
    139:8 141:17 142:4,5
    142:19 143:23 144:1
    144:5,6,6,7,8 147:15
    148:3,5,6,6,10

149:21 152:1 156:13
    156:24 157:21 161:9
documentation 41:15
    41:15 136:13 149:15
    149:18,19
documents 41:17 43:10
    66:4 77:24 78:20,23
    80:10,15 89:8 103:1
    103:8,9 104:12 105:9
    105:12,16,22 106:17
    106:22 108:15
    110:23 112:13,19
    113:6,6,24 114:2
    115:18 122:14,21,23
    123:4,8,13 124:5,8
    124:13,15 125:3,17
    125:21,23 126:10,14
    129:7 137:1,22
    159:14
Dodge 1:21 2:10 6:20
    7:5
doing 13:18 126:10
    140:10,16 142:12,18
doors 140:18
doubt 46:20
draft 157:1,3,18
drive 122:22 128:8
drop 118:19
drove 24:6
Dubois 69:13 90:22,23
    90:24 91:11,12 94:16
    94:18
due 49:24 121:4
duly 7:13,20 166:10
duties 13:12 152:13
Dwight 2:7 6:24 29:23
    71:20
D.C 2:6

E

E 2:13 4:1,7 5:1 6:1,1
    56:20,20 58:15 62:13
    142:9 144:13 148:18
    148:18 165:1,1
earlier 83:21 141:2
early 21:13,17 85:8
    126:6
easy 20:1
eat 87:21,23
education 43:23 44:7,7
Edwards 1:20 2:10
    6:19
effect 106:22
Effectively 40:23
efficient 96:17
either 14:8,9 17:14
    35:13 53:12 67:11
    70:21 94:9 157:21

Eloi 12:10 17:2,14,19
    86:14,15 113:13,15
    113:19
employ 108:8
employed 10:11,15
    12:4 15:3,17,18 18:1
    18:11 42:22 45:5,9
    49:14 51:12 68:12
    74:22 81:8,23 108:5
    115:24
employees 14:23
    140:13,14 151:2
employer 7:6
employment 10:9 15:6
    21:3 48:10
encloses 138:19
Enclosure 5:13 138:13
ended 130:9,11
English 7:14,16 9:8
    22:14,15,16,19 24:5
    24:17 41:12 46:13
    66:18 67:4,8,12 68:2
    76:7 83:11 94:23
    105:23,24 120:3
enter 102:15 120:16
entered 102:8 156:9
entering 147:10
entire 15:3 22:18 28:13
    65:1 151:20
entraga 41:6
erase 124:2
Eric 70:8 71:13,22
Escalera 3:2 7:11
especially 111:2
Esquire 2:7,13,14,21
    2:22 6:16,18
establish 49:10
estimate 26:4 50:12
Estimating 150:17
et 4:10,11 5:6,14 66:8
    75:9 110:14 141:18
Ethypharm 1:4,5 6:8,8
    10:9,11,16,18 12:4
    12:13 13:7,24 14:4
    14:18 15:3,7,11,21
    16:21 17:3,6,18 18:1
    18:2,11,14,23 19:2,5
    19:12 23:4 25:8 26:7
    28:8,10,11,12,14
    31:12,19 32:5 33:18
    35:4,6,8,10,12,21
    36:2,4,6,12,13 38:3,8
    38:16 39:10,15,17,21
    39:23 40:7,12,15,15
    40:16,17 41:3,21,21
    41:24 42:13,14,18,23
    43:8 44:21 45:1,5,9
    45:22 47:20 48:3,6,6

48:11,15,20 49:1,14
    49:23 50:13 51:1,12
    51:18,21 52:12,20,23
    53:7 55:7,19,23 57:4
    57:18 58:21 59:19
    60:1,14 61:9,17 62:1
    62:4,8 63:5,8,13,14
    63:19,23 64:2,8,12
    64:15,21,23,24 65:6
    65:11 68:8,13,16,16
    68:20 70:7 73:6,9
    74:22 78:22 79:9,9
    80:7 81:9,11,17,19
    81:23 82:3,9 84:21
    84:23,24 85:2,3,14
    85:23 86:8,15 88:1
    88:18,19 89:5 90:2,9
    91:1,8,13,15 92:9
    93:3 94:1,9 97:9 99:2
    99:3 101:3,14,19
    102:6,7,12,12,15,23
    104:8,23 105:2,6,20
    106:18,20,21,23
    107:2,10,12,18,22
    108:1,3,14,17 109:13
    110:10,24 111:6,21
    113:24 114:1,10,14
    115:23,24 117:5,11
    117:21 122:13,15,15
    123:14,17 124:8
    125:3,7 126:20
    128:23 129:16 130:1
    131:2,16,18 132:8,13
    134:11,14 135:13,18
    138:2 139:22 140:6,7
    140:13 141:1,3,4,6,6
    141:10 142:9,24
    145:3,7,7,20,23
    146:10,16 147:6,9,13
    149:4,5,8,11 151:1
    159:12 161:16 163:3
Ethypharm's 8:8 44:22
    48:15,24 49:12,17
    51:13 52:16 53:11
    56:3 57:14 58:17
    59:22 60:8 61:3,11
    61:22 63:1 65:7,19
    105:17 107:21 108:9
    132:1 133:7
Europe 123:19 151:9
European 149:16
euros 121:12,14 154:2
    154:6,14
evaluated 36:21
event 88:6 90:16 151:4
    151:5,22 152:4
events 152:2
eventually 25:10

everybody 37:24 83:8
evidence 106:16 108:12
 124:10 163:18
evolved 99:5
exact 15:15,18 118:15
exactly 16:16 28:14
 30:9 54:18 84:1
 90:24 92:5 130:17
 137:23 156:23
EXAMINATION 8:1
 155:2
example 41:16
examples 104:11
 105:15,16 110:23
exception 106:1 132:17
 165:7
exchange 39:3
excipients 119:24
 120:2,4,9
exclusive 150:4
exclusiveness 150:5
excuse 26:17 45:8 58:6
 72:13 74:16 76:22
 84:22 134:9 150:19
exhibit 66:7,10 75:11
 75:19 77:15,20,21
 78:16 79:2 89:14
 91:3 94:22 99:17
 100:18 106:1 107:14
 109:3,5,9,22 110:15
 112:2,6,10,11 128:19
 130:16 136:3,4 138:7
 138:14 139:2,4,5
 140:16 141:22
 143:19 144:4 148:2
 149:21 155:12,13
 156:12,24 157:4,13
 157:13 158:2,22,22
 159:3,8 161:8,10
Exhibits 89:8 103:23
 104:9,11 105:8
 115:12,15 142:12
 158:24
exist 78:21
existence 28:8 41:6
 92:22 100:24
exists 78:19
expectations 80:13
expected 106:11
expecting 52:11 85:7
expenses 26:12,13
experience 40:1 44:10
 119:21
experienced 11:10
expert 150:24
explain 8:6 11:15 45:10
 51:3 126:22 144:5
explained 10:21 26:9

28:10 31:23 32:13
 72:22,23
express 76:11 114:12
expressed 77:21 119:21
extremely 96:14 108:1
e-mail 5:14,17 141:18
 144:2,11,15 146:10
 146:16

_____

F
F 2:4 49:9 54:9 165:1
Fabricacion 5:7 112:1
facilitator 125:22
fact 104:4 115:11 121:5
 147:2 152:19
facts 106:15 108:12
 124:9 163:17
fair 11:22 17:22 23:24
 34:18 51:11 56:13
 87:3 97:24 132:14,15
 132:19 133:5
fallen 77:23
familiar 13:14
family 10:20
far 16:14 28:8 36:11
 38:10,12,18,20 79:15
 79:20 107:6 117:13
 156:7 157:8 158:5
 160:6 162:11
father 11:17
fax 4:13,14,16 5:4 76:2
 78:6 89:12 94:20
 99:15 109:4
Federal 1:16
Federico 20:11,13
 23:16 34:3
feel 9:11
feelings 97:22
felt 97:19 101:16
female 60:18
fenofibrate 41:11,12
Fernando 82:21,22
fidelizar 112:23
fifteen 163:12
figure 55:22
files 122:15 124:7
 125:3 126:20 127:2
 138:18
finalize 112:22
finalized 157:2,11
finally 112:20 114:20
 115:21
finance 12:23 14:10
 28:17 53:2 57:19
 70:6
financial 12:1,20,22
 20:14 70:8 80:2
find 30:1 123:22,22

126:10
finish 101:7 147:19
finished 73:17 162:6,7
fired 117:22 118:7
 131:20
first 7:13 13:6 15:10
 19:18,22 26:20 27:4
 27:5,8,11 28:5 32:17
 41:24 43:8 46:15,17
 47:23 49:2,6 59:2,14
 71:6 75:18 76:1
 83:24 84:20 91:3
 95:4,24 96:8 101:7
 102:6 105:22 110:18
 116:9 117:1,9 132:19
 139:11 142:3 147:1
 153:20 155:9 160:19
Fitzgibbons 5:14
 141:19
five 75:6 122:4 126:22
 138:4 154:19
fixed 121:3,4,9,10,14
flew 94:16
focus 15:10 97:3
follow 79:6
following 56:17
follows 7:23
follow-on 139:4,5
forced 92:5
foregoing 165:3 166:13
forgot 79:19
form 35:16 43:21 90:11
 104:13 146:5
formal 151:22 152:10
formula 43:11 50:1
 137:13,15
formulation 134:13
 137:12 149:20
formulations 134:19
forth 54:17 106:6
 166:10
found 97:12,14 126:8
foundation 103:4
 141:12 146:13
four 4:19 12:8 64:22
 70:19 126:22 138:4
France 1:4 6:8 18:23
 33:18,18 35:8,12,21
 36:2,6,13,15 41:19
 68:9,17,20 70:7
 79:10 80:7 81:18
 82:3 84:21,23 85:7
 86:8 87:22 91:1,8,13
 91:16 92:9 98:5 99:2
 99:4 101:3,14,19
 111:1 113:21,24
free 9:11 121:2 134:18
 134:18 143:16

French 66:20,21 67:2
 67:12 68:2
frequency 74:9
frequently 74:21
friendly 29:19
friends 118:20,22
Frio 82:13
front 37:22
function 48:9
functions 73:19 120:17
 120:18
fundamental 24:5
funny 87:13
further 32:18 109:16
 143:9 165:4
future 23:8 135:23

_____

G
G 6:1
Gadri 5:12 138:12
gain 43:6 89:6
garbage 125:22,23,23
 128:7
Garcia-Palencia 2:22
 7:7
gathered 44:8
general 10:18 18:22
 20:21 21:4 23:6,22
 24:19,22,23 25:19,21
 31:9 32:12 33:6 37:5
 38:8,16 39:8 90:2,3
 91:13 92:16 94:6
 102:24 111:5,17
 158:16,18
generally 100:21
generated 157:2
generic 107:9 113:20
gentleman 12:10 59:12
 144:11
Georgia 56:23
Gerard 37:16
Germain 69:17 82:16
 82:20 83:4 84:20
 85:7,10,13,16,20,23
 86:1,6,19
getting 26:1 94:13
give 25:17 49:20 75:15
 83:3 85:13,24 90:9
 120:15
given 44:10 75:5 165:4
gives 78:9
giving 28:12 46:22 88:1
 128:22
glass 147:23
go 10:10 15:22,23 16:2
 16:8,10,13,15,20
 17:3 21:1 30:3 34:2
 47:3,4 54:5,22 56:6

67:15 74:1 77:12
 80:19 83:19 93:24
 103:18 106:2,3 107:6
 114:18 117:17,19,22
 118:17 127:19
 140:19 149:24
God 75:14
goes 76:14 78:5 108:11
going 11:11 13:6 23:7
 23:10 25:17 26:12,15
 27:4 29:23 30:23
 32:2,4 35:15,17
 40:24 46:8 47:15
 55:1 67:19,24 80:21
 91:23 95:23 98:6,7
 102:3 103:21 110:17
 112:3,20 117:19,22
 118:7 122:13 129:15
 129:24 131:12,21
 138:24 147:16,18
 154:22
Gonzales 17:2,14
Gonzalez 4:13,18
 12:11 17:19 21:4
 23:21 24:19 25:13
 26:7,9,19 33:5,12
 34:3 82:16,20 86:4
 86:11,12,13,14,15
 89:12 92:15,24 97:5
 113:11,13,13,14,15
 113:19 158:17
Gonzalez's 92:11,13
good 8:2,3,20 9:1,7,17
 9:20 11:10 24:5 30:1
 30:21 36:18,19 44:18
 50:8 65:16 88:22
 89:18 118:14 138:1
 155:3,4
good-looking 133:23
grandfather 11:18
grandmother 11:18
great 102:7,13
GREGORIO 2:21
grew 14:1
gross 154:10,11
grounds 105:22
group 123:20
grow 14:22
growing 14:22
guaranteed 112:24
guy 62:17

_____

H
H 4:7 5:1 56:20,22,22
 59:3 62:20
half 25:4,6
hand 166:16
handed 37:6 56:15,17

Hans 54:1 56:21 63:18 64:1
happen 78:13 85:8 94:15 98:21 143:22
happened 19:21 20:18 32:15 87:6 151:11
happening 68:9
happens 8:19
happy 131:17
hard 87:15 122:22 128:8
harsh 117:24
head 162:20
headed 5:5 110:13
heading 157:16,17
hear 9:10 77:7
heard 27:8 72:17 139:2 163:10
held 6:13,19
Hello 31:3
help 9:5 11:8,21 30:5 46:23 96:9
helped 25:24 138:6
helpful 30:8
helping 12:1
hereinbefore 166:10
hereunto 166:15
Herrera 5:10,12 82:17 82:21 111:10 113:9 116:14,22 117:1,10 118:2,4,16,23,24 119:13 124:2 128:3 128:18 129:21,23 130:2,23 131:1,11 133:19 134:6 135:1 138:9,12 139:21 141:9 142:12 151:11 151:16 152:16 155:23 156:4 157:9 158:8,13 159:17,20 160:2 161:13,17,21 162:10,14,24 163:4,8 163:14
high 96:18
hired 11:19
history 114:14
hold 14:4,14 113:8
home 122:21 125:10,12 125:13 126:17,18,19 126:23 127:4
honestly 26:24 83:2 95:17 100:13,23 101:9 124:1
Hopefully 75:8
hour 121:3
hours 22:22,23 34:21
house 119:4
Huntington 1:21 2:11

6:20

___

**I**

IBERFORO 2:17
icon 125:22
ID 14:6,9
idea 38:18 39:13 78:10 163:6
ideas 77:20
identification 6:3 66:11 75:12 89:15 94:22 99:18 103:24 109:6 110:16 112:2,7 128:20 136:3 138:15 141:23 144:4 148:2
Ignacio 1:13 4:3 6:7 7:20 17:2,14,21 164:10 165:2,19 166:9
Igonet 4:10,11 66:9 68:24 69:22 70:2,8 70:20 71:1,13,22 75:9 76:2 77:17 78:12
Igonet's 80:13
imagining 87:22
important 51:13,15 67:5 93:1 96:10 107:12,17,20 108:1 108:14
incentive 147:21
incident 97:3 99:4,9 110:3 145:11 151:12
included 154:6
including 12:6 48:16 126:17
incomprehensible 46:7
incorporated 7:3 118:8 160:16 161:6,22
increased 14:18
independent 76:18 162:11
independently 158:14
indicate 145:10
indicated 11:12 14:17 15:6,8 16:9 31:8 35:21 104:8 111:20 135:5 145:6
indicating 102:20
indirect 63:10
individuals 25:15
industry 13:17 28:19 28:23,24 120:23 123:19 132:16
inform 134:5
information 79:3 93:6 98:4 110:9 123:22 124:24 125:15 152:2

152:4
informed 117:18 118:6 141:15,15 151:16
ingredient 150:5
initial 24:18
initially 131:11
installed 42:1
instances 110:6
instruct 124:19
integrity 96:19
intellectual 43:19 102:8,13
intelligence 108:21
intended 102:17
intent 146:18,19
interest 23:5
interested 10:22 13:4
intermittent 49:18 50:10,15,16,17
international 59:5
internationally 107:2
Internet 123:21
interpret 71:18
interpreter 7:10,19 24:9,15 26:1
interviews 97:6
introduce 6:22
introduced 23:21
investment 12:23
investors 42:7 142:21
invite 35:17
invited 133:21
invoicing 18:17
involuntarily 122:18 122:20
involve 160:2
involved 72:11 73:24 112:15
involvement 35:22 112:18 158:23
involving 31:4
issue 14:21 23:2 68:18 89:1 91:12 92:6 97:13 109:13,18 126:11 129:5 131:5 139:3,8 151:14
issues 17:23,24,24 24:5 70:8 72:2 75:23 90:9 93:2 94:3 114:4
Ivelissa 3:2 7:11

___

**J**

J 56:20 59:2,14 62:20
Jakaitis 62:20
James 95:18 101:3
Jan 59:14 148:12,13,16
Jana 59:2
January 5:16 17:4

89:13 90:5 94:21 117:18,20 118:1 141:19,22 142:8
Jim 19:9 25:13 38:17 81:18 82:4 92:13 94:17 109:12 156:9 157:4,10 158:9 160:2
Joannesse 4:16 69:19 69:22 71:16,23,24 72:1,4,7 73:1,4,5,8 74:5,21 75:1 99:16 124:6,13
job 10:21,22 11:19 13:3,8 25:22 27:19 116:7 117:16 118:3 118:21 119:3,17 152:9,15
jobs 12:16
join 11:6 164:2,4
joined 12:5
Joke 9:4
Jose 17:13 62:20
Juan 148:14,16 150:22
judge 150:24
JulPharm 53:24 56:19 61:11,16
July 1:22 6:13 47:6,10 80:24 81:4 122:7,11 144:3,19 145:19 146:7 164:8 165:4
June 10:14 15:7,12 17:5,8 111:21,22 115:23 117:13 118:1 122:14

___

**K**

K 62:20
Katherine 69:2 71:14 71:23 73:1
keep 117:7 122:14,23 123:16 124:7 125:2 162:4
kept 14:22 36:19 52:12 99:6 122:21 123:18 123:24 150:9
kids 127:1,3,10
kind 12:1 25:9 33:11 64:5 83:18 99:5 117:16 127:11 138:3
kite 62:21
knew 27:15 28:9 29:10 59:9 100:24 117:20 140:9
know 10:20 13:16 15:23 16:9,12,14 19:20 21:2 22:3,8 23:8,9,11,12,19 24:4 24:7,9 25:9,21,23

26:6,21 27:1,1,17 28:7,10 29:1,9,10,14 29:18 30:9 31:11,24 31:24 32:14,22 33:10 33:14,20 34:10 36:9 36:23 37:7,24 38:18 40:3,5 41:13 42:6,7 43:4,4,10,11,11,13 43:15 44:10 49:18 52:6,13 53:2,3 54:9 59:18 62:18 63:23 65:16,17 68:6 70:6 71:3,8,8,9 72:5,8,8,9 73:21 74:20 75:4 77:1 78:19,20 83:17 85:3 90:24 91:1 92:15 93:8,10,13,19 94:11 98:17 99:5 100:9,13,14,15,15 102:2 113:12 114:18 114:18 115:2,19,20 116:6,18 117:4,14,15 117:16 118:15 119:20 120:5,7,7,8,8 120:10,12,13,14 122:24 123:1,3,11,18 123:20,21 124:14 125:13,16,21 126:1,5 126:6,7,9,9,15,21 127:8,10,10,10,16,18 127:22 128:14 129:15,19 130:17,17 130:18,19,21,21 131:7,8 132:21 134:7 135:9,14,16,23 136:8 136:13,22,23 137:2 137:20,22 139:11,13 139:15,17,19 140:6,9 140:10 141:14,15 144:10 146:14,18,23 147:1,2,6 152:1,3,6 152:19 153:12,13 155:5,10,17,18 156:7 157:2 158:7 160:6 162:24 163:8,11,12 163:13
knowledge 39:2,6,8 40:8,18 44:9,9,11 107:11 125:5 126:2 143:24 156:4 157:6,7 157:9 158:2 159:21 160:2 166:13
knowledgeable 93:21 107:2
known 138:2 158:14,20 160:20
know-how 42:18 43:19 102:21 104:7 105:19

106:5 108:8 114:11
145:7
Kristin 3:3 6:15

**L**

L 1:17 56:20,20 58:15
59:15 60:23,24 62:13
144:13 148:18 166:5
166:18
la 20:5 34:23
lab 37:6 53:24 54:2
56:21,23 62:23,24
63:7 64:7,15 137:6
laboratories 7:5 20:19
20:20 26:7 37:2
41:17 118:19 145:24
Laboratorios 2:16 4:21
4:23 17:15 19:7 20:4
20:14,24 21:5 23:3,8
27:13 31:19 34:22
35:4,9,13,23 36:5,24
37:17 38:9,17 39:9
39:14,16,19 40:1,17
41:22 42:2,4,5,13,17
44:19 48:4,14,23
55:16 56:4 68:10,22
69:8 70:21 76:5
81:12,20 85:5,18
86:18,22 87:1,17
88:2,21 90:3,20
91:24 92:16 94:10
96:13,21 99:8 100:7
101:24 102:20 104:4
105:3,17 107:21
108:7 110:7 113:5
116:2,5,10,12,13,23
117:3 118:3,11 119:2
127:14,15 128:23
129:12,15 135:20
137:7 141:8 142:11
143:18 144:21,23
150:8,13,23 152:9
157:19 160:15,24
161:4,19 163:7,15
labs 10:18 23:5 28:8
32:5,5 41:3,8 42:1
53:22 55:14,18 70:23
70:23,24 79:1 88:16
106:23 107:2 112:22
113:1,23 114:2,4
127:20 134:5,12,16
136:22 138:3 140:18
145:20 149:1,4
159:12,12 161:16
162:15
lack 146:18
Lacombe 144:12 145:5
Lamari 60:22,24

133:17,18,20 134:5
136:16 138:8 140:21
144:17 145:20 146:9
146:9,15,19 155:24
language 7:14,15,15,16
72:14,18 75:8
languages 83:13
lapse 53:17
laptop 125:10 128:3,5
128:7
large 51:18
largest 64:22 65:19
lasted 22:22
late 21:13,16 22:2,7
83:20 126:6 134:7
147:11
Latin 134:3
laughed 120:14
laughing 162:5
lawsuit 8:9 124:7
lawyers 125:1
learned 154:13
learning 13:15,16
leave 15:11 117:5
leaving 23:16 117:21
Leciva 4:21 53:23
56:18 58:16,20 59:7
65:4,24 66:1 148:8,9
149:1,8 150:1,10
157:14,18 158:9
led 75:23 88:6 90:9
Leduc 37:16,18 38:6
69:11
left 14:15 15:6 17:5,8,9
22:2 23:3 33:15
48:10 56:6 65:6
111:20 115:23
122:13,15
legal 6:16 73:5
lend 128:3
lengthy 34:20
letter 4:11 5:9,12,18
75:9 77:17 90:20
91:10,23 92:4,5,19
93:14,24 94:2,5
96:24 101:2 124:11
128:17,21,22 130:7
130:16 131:9 138:12
138:18,20 142:9
148:1,7 149:4 156:14
157:14 158:10
letting 144:10
let's 16:18 30:3 39:14
46:4 47:3 57:11
67:10 74:19 82:6
101:7 103:16 154:19
163:3
level 82:12 111:19

LEWIS 2:3
license 149:10 150:3
lie 146:4 147:5
lied 146:10,16
life 64:20 110:22
115:20 142:3
limited 125:5 126:3
line 92:17 165:8
Liorzou 69:15
list 53:19,21 55:6,7,24
56:10,16 64:21
listed 165:7
listened 163:10
litigation 125:4
little 8:6 22:14 35:3
44:16,17 67:9 69:14
84:13
LLP 1:21 2:10
located 82:12
London 133:3
long 22:10,11 26:19,23
30:7 32:15 113:16
114:22 115:1 121:13
124:15 131:22 155:7
longer 11:1 20:24
115:18
look 13:4 66:15 75:15
91:17 93:11 94:24
100:18 104:9 109:22
124:3 155:12 156:12
161:8
looked 100:22
looking 66:22 67:11
81:22 116:6,19 119:3
130:16 138:5
Los 127:22
lose 134:19 136:21
143:15,21
lost 53:16
lot 23:4 42:24 43:2
44:8,10,11 97:13
98:3,6,18 109:1
loved 29:18
lower 120:11
lunch 87:11,16,17
Luncheon 80:22 81:2

**M**

M 56:20 59:3 60:23,24
144:13
machinery 41:7 108:5
145:7
machines 40:8,18
41:21 42:1,14 108:8
Machova 59:3
Madaus 41:17
Madrid 2:20 20:6 34:3
119:1 124:17

Madrid-CI 2:18
Magee 2:14 7:5
main 23:2 89:3
maintained 36:4
major 52:4
majority 145:22
making 45:11 123:7
128:14
management 23:7 91:2
manager 10:18 18:22
20:21 21:4 23:23
24:20,22,23 25:21
33:6 90:2,3 91:13
92:16 94:6 111:5
158:18
managers 38:8,16 39:9
111:17
manner 48:9
manufacture 37:2
42:15,18 48:5 72:2
102:22 136:20 145:8
manufactured 28:11
39:17,20 44:20 45:14
47:24 48:14 65:15
89:4 149:15 150:14
manufacturer 49:3
57:12
manufacturers 57:8
manufacturing 32:1
36:19,20,21,24 37:5
37:6,9 41:15,17 43:1
45:14,17,21 47:21
49:22 59:13 76:17
88:3,22,24 92:6
94:14 104:6 105:7
108:4,6 112:10,21
113:3,22,23 120:4
127:19 135:17 150:9
159:3
March 159:4,9 161:8
161:20
Maria 17:13
mark 66:6
marked 66:10 75:11
89:14 94:21 99:17
103:23 109:5 110:15
112:1,6 128:19 136:2
138:14 141:22 144:3
148:1
market 51:10
marketing 138:21,23
139:13 156:19
Marques 2:19
Massachusetts 1:20,22
2:12 6:21 7:13 166:3
166:7
material 46:3 49:22
120:4

materials 45:20 49:3
53:9 119:23
matter 6:8 96:10
151:21 166:13
matters 37:21 91:5
meal 26:8,8,19 82:10
82:11,14 83:1,15,16
83:18 84:10 85:4,6,8
86:1,23 87:1,4,7,11
87:12,15
mean 16:17 34:5 50:6
51:20,21 55:17 69:5
69:7 87:16,16 88:14
91:22 96:20 98:19
100:3 113:13 115:8
122:20 156:16
163:19
meaning 41:6 48:7
112:24 123:23
135:10 141:8
means 45:20 79:14
80:10 87:11 95:11
135:8
meant 22:7 23:5 34:4
50:7 72:24 80:11
medical 23:22
meet 19:9 33:18 34:13
36:16 70:14 85:16,20
94:17 152:21 153:7,8
meeting 20:11,19,23
21:23 22:2,10,11,12
22:13,18,22 23:1,2
24:18 26:20 27:4,11
28:5,17,21 29:15
31:4 32:7,10,12,17
32:21,21 34:20,22
71:6,7,8 80:5 82:1,7
82:9 83:1,6,9 84:5
85:12,17 86:11 87:6
96:22 113:7,8,16,17
114:17,22,24 115:16
133:21 134:4 135:22
136:6 137:24 138:8
140:17 142:13,21
155:23 159:13,17,20
159:21
meetings 23:20 24:1
38:5 82:2 117:15
147:12
memory 53:19 65:16
82:10 87:8 90:8
97:14 101:11 115:5
124:1,3 133:13
mention 53:20
mentioned 33:4,21
35:20 65:22 80:9
84:18 85:22 90:14
115:13

message 144:10 145:3
met 19:22 20:3,17 27:6
  33:15,22 34:14 83:22
  86:21 137:24
method 104:6 108:4
methods 43:11
microgranulation
  39:21 105:18 109:20
micropelletization
  40:20
middle 11:2 77:24
million 154:5,5
mind 26:10 60:6 84:14
  103:11 117:8 146:19
minimal 94:14
minute 67:16 75:15
  103:19
minutes 30:2 122:4
  147:17 154:20
mischaracterization
  100:12
misleading 141:13
missing 54:3 77:24
  78:5
mistake 154:1
mistakenly 66:19
mobile 123:24 124:3
model 113:21 139:16
  139:16
mom 59:3
moment 12:3 13:9
  80:19 88:16 96:5
  103:17 117:7 119:19
money 29:3,6 64:19
Monte 127:18
month 16:17,18 17:4
  25:3,3,5,5 70:11,16
  74:23 77:3 116:11
  117:18 118:9,9 154:2
monthly 121:6,9,10
months 24:18 50:24
morning 8:2,3 155:8
mother 91:4,19,24
  92:18 93:12
move 30:1
movement 136:23
multiple 40:21
Murphy 4:15 5:4 19:9
  19:23 20:3,9,16
  21:12,17 23:24 24:12
  24:19 25:14,18 26:2
  26:20 27:4,6,12,19
  27:23 28:6,7,14,16
  28:20,22 29:5,10
  31:5,8,9,16,22 32:7
  32:18 33:8,17,22
  34:13,14,19 35:1
  38:17 71:2,7 81:18

82:4,17,21 83:22
  85:17 86:22 87:18
  92:14 93:1 94:17,20
  95:19 96:12,23 101:4
  109:4,12 156:9 157:4
  157:10 158:9 160:2
  162:8,13,19,20 163:1
  163:5,9
Murphy's 27:9 111:7

**N**

N 4:1 6:1 56:22,22 59:2
  59:14 62:20,20
  148:18
name 6:15 12:10,12
  17:13 27:9 41:8,11,
  54:1,2 55:14 57:24
  58:3,24 59:2,2,3,14
  59:14,15 60:4,19
  62:8,9,24 64:4 82:12
  144:11 148:15 155:5
names 25:15 30:9 55:6
  56:12,17
narrative 119:9
nature 112:18
near 119:1 137:11
necessary 15:1 37:8
  70:17 95:3
need 8:22 9:18 29:24
  52:24 57:6 96:9
  100:19 123:10
  147:22 156:8
needed 107:3 108:22
  110:7 111:6
needs 122:2 126:1
negotiate 78:24 80:3
  120:10
negotiating 19:6 81:11
  81:14 112:15
negotiation 79:7 80:7
  90:21 114:6 149:7
negotiations 76:5,20
  79:5,10 94:12 149:5
  160:4
net 154:7,8
never 32:19 33:15,20
  34:14,17 38:4 71:3
  95:8 108:17 125:13
  144:1 150:10 152:19
  152:21 153:7,7,9,12
  153:12,14 157:21
  158:5,15
Nevertheless 68:1
new 55:20 125:15
  127:21 134:12
  137:12
newspaper 97:10
newspapers 97:6

109:24
night 22:2,8
nine 42:24 52:8 114:8
  114:14 115:21
noise 97:13 98:3,6,18
nonbusiness 69:6
nonspecific 103:2,3
normally 67:3 76:20
  99:6
Notary 1:19 166:6
noted 6:3 96:18
notes 114:19,19 142:3
  166:12
notice 88:1 90:10 116:1
  128:22
November 116:3
  128:18 129:9,11,17
  130:4,7 131:24 132:6
  132:21,23 133:15
  135:3 137:11 142:13
  143:2,4 155:19
number 1:18 6:2,6,12
  9:16 21:13 47:7,11
  66:10 75:11 78:1,2
  78:21 80:12 81:1,5
  89:14 94:22 99:17
  100:18 102:18 107:5
  107:19 109:6 110:15
  112:2,6 122:8,12
  128:19 136:3 138:14
  141:22 143:19 144:4
  148:2 164:9
numbers 79:12,17,21
  80:1 103:23 123:16
  123:22
NW 2:4

**O**

O 6:1 59:3,15,15 62:13
  62:20 144:13 148:18
object 30:13 35:15
  138:24
objection 18:4,5,8,20
  29:8,8 31:20 39:11
  40:21 42:20 43:21
  50:22 51:1 68:11
  81:21 90:11 97:21
  100:8,11 102:24
  104:13 105:21
  106:15 108:10,10
  119:8,8 124:9,18
  141:11 142:15 143:5
  145:16 146:5,12,17
  151:13,23 153:23
  163:17
objections 106:15
objective 18:23 36:14
objectives 36:16

observation 98:15
obtain 48:19 108:15
  120:11
obtained 108:17
obviously 19:4 68:1
  74:11 90:4 91:11
occasion 33:23 34:11
  83:23 85:14
occasions 19:14,17
  21:13,16 75:2 82:2
  83:23
occur 148:20
October 130:3 132:24
  133:15
offended 97:19 98:2,21
  101:17 110:1
offer 116:5,9,17
offered 116:18 134:12
  150:2
offering 116:7
office 84:23 125:10,11
  127:17 129:21
  133:20 151:10
officer 163:16,19
offices 1:20 20:4 84:21
  85:23 119:1 126:15
  127:15,18,21
official 14:4
Officially 57:19 116:4
Oh 26:16 72:15 73:18
okay 11:5,12 15:20
  17:22 18:22 21:22
  22:6,18 25:12 30:19
  33:24 34:18 35:7
  36:11 44:1 45:10
  48:4,23 53:11 54:20
  60:7 61:8 65:18
  73:15 75:16 77:22
  78:16 79:2 82:7
  85:24 101:2 107:16
  107:20 111:3 115:11
  122:1 125:2 129:8
  147:15,24 155:20
  163:24
old 12:13 126:24,24
older 119:23 125:14
Oliveira 62:9,13
omeprazole 39:17 40:2
  40:9,19 41:2,4,22
  42:15,19 43:1 44:20
  44:21 45:2,13 46:2
  48:5,13,24 49:13,17
  50:13 51:14,22,24
  52:5,13,17,19,20,22
  53:13,14 55:8,19,23
  57:15 58:18 59:22
  60:9 61:4,12,23 63:2
  63:20 64:9,23 65:8

65:10,14,20 68:21
  69:7,22 70:3,5 72:3
  102:22 104:7 105:7
  105:19 108:6 114:5,7
  114:11,15 134:15,22
  135:3,6,10,18,21
  136:14 139:23
  142:10 145:8,13,18
  146:6 147:7 150:14
once 74:23,23 114:2
  117:5 118:20 119:17
  120:22 163:12
ones 57:9 65:21 104:19
  105:14 133:11
open 140:18
opening 118:21 119:17
operation 142:7
operations 5:15 38:3
  85:14 87:1 96:16
  141:16,21,24 142:20
opinion 70:1 143:12
opportunity 8:8,21,23
  11:4 100:17 162:2
opposite 36:9
options 153:17,24,24
order 36:20 78:6 83:19
  138:17
organization 12:24
organizational 111:9
organize 26:21 27:1
organizing 129:7
organogram 111:8,11
  111:13
outside 24:2 95:11,13
owner 60:2,17 108:5
  114:10
ownership 143:13
owns 108:3 143:14

**P**

P 2:7 6:1 56:20
page 4:2,8 5:2 79:2
  102:5 138:7 139:11
  139:12 142:5 165:8
pages 4:19 123:20
paid 64:19 120:24
PAINS 165:20
Palmer 1:21 2:10 6:20
  7:4
paperwork 121:17
paragraph 76:1 79:5
  92:22 102:5 107:19
  108:2 110:18 111:3
parent 27:13 94:4 98:4
  98:22,24
Paris 33:17
part 10:19 13:13 43:15
  43:15 45:17 57:19

74:7 76:13 80:4,15
93:5 124:6 153:4
156:24 157:3
participate 75:3 113:4
148:9 151:5
participated 35:12
36:7 91:9
particular 89:9 103:2
123:11
parties 49:22
party 45:21 46:3
157:21
Paseo 20:4 34:22
pass 56:10
passed 128:8
passing 117:14
passport 6:2
paths 34:8,9 132:14
patience 155:10
Patrice 37:15,18 69:3
101:3
pause 46:4
pay 121:19
payments 18:16
payroll 14:6
pelletization 40:2,10
97:7 109:19
pellets 45:15 46:2
53:10 108:6
PENALTIES 165:20
pending 91:5
people 12:4 16:20 17:6
17:9 23:13 29:2,2,18
30:9 36:22 37:9
62:15 68:8 72:20
81:17 82:3 85:4,17
87:17 97:9 103:9
110:6 128:15 147:12
153:13
people's 56:5
percent 38:14 50:20,20
50:21 63:17 120:14
151:24
percentage 50:19 65:10
65:12,13,14
Perez 25:20
perfect 47:18 73:2
perfectly 22:17 30:14
72:11 76:9
perform 37:3 62:16
120:21
performed 62:18
131:22
period 17:7 23:12,15
23:20 24:3,16 25:20
26:23 33:19 45:4,12
46:15,15,17,18 47:1
48:1,18 49:11,13,16

50:12,14 51:8,11
52:15 53:8 56:5
59:16 65:1 68:12
73:10 77:4 83:5
87:24 104:16 111:2
111:12 115:3,4
121:22 124:15
127:16,23 128:24
131:7,22
periods 45:12 46:14
49:18 50:9,10,15
51:18 52:7
PERJURY 165:20
permission 157:10
permit 143:7,7,8,9
person 23:10 24:10
25:10,10,11 29:5
33:16 57:24 58:1,3,4
58:20 59:4,9,24
60:15 62:8,17 64:1
64:14 68:23 71:12
74:24 81:11 96:23
100:9 119:22,23
125:24 150:20
158:13
personally 59:8 97:19
98:9,20 101:17 110:1
116:14 135:15
persons 62:7 71:21
pesetas 154:5,6
pharmaceutical 13:14
13:17 17:24 28:19,22
28:24 120:23 123:19
132:16
pharmaceuticals 1:8
5:15 6:10 7:3 42:10
44:6 92:1 94:9 95:20
101:4 139:19 141:21
142:6,7,20 152:5
153:10 155:6 158:3
160:16,18 161:5,22
pharmacy 29:7
PharmAlliance 4:23
53:23 56:19 60:7,13
60:18 66:1,2,3
133:12,14,16 134:22
135:2,21 137:5 141:2
142:13 143:2,3,12
144:16 145:12,18
146:6 147:2,7,11
155:14 156:1,6,20
Phase 106:6 108:11,11
phone 60:2 61:18 70:13
123:16,22,24 124:4
133:19 138:2
picture 84:13 103:11
piece 46:6
Pierre 69:17 82:16,20

83:4 84:20 85:7,10
place 12:3 21:24 22:18
26:13 27:1,2 30:1
34:10 37:3 47:15
77:2 82:9 83:6,11
97:4 114:8 119:20,20
130:18,20 132:24
133:2,5 147:22
163:11
placed 102:12
places 102:7
Plaintiffs 1:6,15 2:2 6:7
6:9 7:1
plan 142:23 143:22
plane 162:8
planes 83:19
planned 85:4
plant 24:8,13 25:1 32:1
34:2 59:13 62:17
127:20 151:1,19
play 19:6 57:3
pleasant 26:8 96:17
please 6:22 7:9,19 9:11
9:13 17:7 18:10
19:23 37:11 45:8
62:11 74:16 84:16
89:17 99:21 134:24
140:3 152:24 155:12
156:12,13 157:13
158:22
PLLC 2:3
point 9:18 23:7 24:24
34:1 42:6 51:4 54:19
74:3 125:18 126:21
127:9 128:8,10
143:21 156:21
points 53:1
position 13:6,7 17:20
33:11 57:24 58:24
90:24 91:2 117:6
127:17 152:13
153:11 163:15
positions 13:22 14:14
17:18
positive 96:14
possibility 117:2
possibly 146:18
potential 107:18
practice 36:21
practices 36:19,20 37:5
88:22,24
precisely 107:19
prefer 118:7
preoccupied 140:21
preparation 95:11,13
142:2 158:24
prepared 85:1
preparing 136:18

presence 24:2 37:22
present 3:1 6:22 7:4,5
20:8,12 31:18 38:4
82:5,22 86:5,19
111:18 113:11,19
134:11 159:17
presentation 71:4 85:1
85:1,13,22,24 86:3
86:19,21 91:6
president 111:7 152:20
153:6 162:17,22
163:20
pretty 32:23 65:16
130:9
previous 21:20 106:15
114:8
previously 28:18 150:2
price 76:21 120:12
prices 79:1 120:10
printed 14:11
prior 77:13 78:10,15
80:11 90:14 126:10
160:19
privilege 74:8
privileged 73:4 74:7
probably 120:13 123:5
problem 46:10,11
50:18 52:6 88:7,13
88:20 89:2,2,3 135:5
143:14
problems 43:3 49:24
50:1 134:6 140:20
146:2
Procedure 1:17
proceeded 139:1
proceedings 128:13
process 8:6,7 10:6 11:1
39:20 40:2 105:18
107:6 108:6 139:21
142:10 143:3 144:9
147:10
processes 102:21
produce 40:9 41:22
produced 125:4 136:24
137:13 138:17
producing 120:9
product 37:2,9 41:2,10
43:7,13 45:13,23
46:1 47:21,23 48:3
48:15,17,19 49:4
50:3,23 51:7,10 52:9
52:22 53:5,13 64:5
107:4 113:1 134:7,15
134:16,20 135:6,7,9
135:10 136:21
137:14 140:22,23
143:16,21 145:21
149:15,17,18,19

production 5:3 40:19
77:2 126:13 143:17
products 13:1,5 28:12
39:20 40:10,19 41:13
53:3 56:2 70:5
106:24 113:2,2,22
114:3 115:9 120:6
135:7 138:5 145:22
146:2
profitability 88:8,9,10
88:13
profitable 26:16,18
89:5
profitables 88:7
promise 162:4
promised 128:13
property 43:19 45:16
102:8,13,22 104:8
105:20
proposal 113:20 121:4
proposed 106:23 120:5
121:7 158:9
protected 73:5
Proton 134:17
proved 52:11
provide 8:15 47:13
52:10 79:10 110:9
124:24 135:21
provided 40:17 41:21
42:14 43:8 55:6
105:22
provider 51:15 132:18
providers 120:8,9
providing 40:7
province 106:6
provisions 1:16
Public 1:19 166:6
purchase 46:1 51:17
52:4,17,20,22 55:8
55:23 57:14 58:17
60:8 61:4,12,23 63:1
63:20 64:9,23 65:7
65:20 112:11 159:8
purchased 120:6 147:3
purchaser 51:21,22,23
purchases 58:8,9
purchasing 13:5
145:24
purpose 68:16 71:9
108:23 128:12
purposes 128:5
pursuant 1:15
put 26:22 43:14 127:11
137:3
putting 163:4
p.m 80:21,24 81:4
103:21 104:2 122:7
122:11 154:22 155:1

164:8,11

**Q**
quality 49:24 50:7,8
    52:10
quantity 89:4 94:14
quarter 21:10,24 22:3
    130:5 131:6
question 9:22 10:24
    18:10 21:15,21 29:12
    29:13 30:15 31:21
    35:16,19 36:8 37:10
    37:12 38:13,14 39:7
    40:14,24 41:1 43:22
    46:17,24 47:19 52:2
    52:3 53:16,18 67:14
    74:15 79:23,24 92:3
    93:4,7 95:4,10,14
    99:20,20,22 101:7
    103:7 104:10 106:7,9
    106:11,13 109:7,20
    110:2 124:22,22
    125:2 132:9 134:2,24
    138:22 139:2,6,6,9
    139:10,24 140:2,3,4
    140:11 141:12
    142:16 143:6 146:3
    146:21,22,24 152:22
    152:23 153:2
questions 8:9,18 9:6,13
    10:5,8 30:5,13 39:12
    40:22,23,24 47:16
    68:7 69:24 74:9,12
    75:16 95:1 96:2
    106:2 143:10 152:8
    154:17 155:8 162:3,3
quite 35:20 43:12 44:8
    143:6
quote 56:21,21

**R**
R 6:1 56:20,20,22
    60:24 62:13,13,13
    165:1
Rafael 2:22 7:7
Rahn 54:1 56:21 63:18
    64:1
rapidly 85:10
rate 115:15
raw 45:20 46:3 49:3,21
    53:9 120:4
RDR 166:18
reaction 97:18 98:21
read 29:13 37:12 52:3
    53:18 56:11 67:7,8
    76:1 78:8,9 79:16,24
    89:16 96:3,5,7 99:24
    100:19,23 101:1

106:8,13 140:4 144:7
    144:8 153:2 165:3
reads 148:6
realized 30:18
really 27:17 51:15
    107:1
reason 15:20,23 16:8
    16:12 80:14 131:20
    138:6 147:13 149:13
    160:1
reasons 130:23 131:1
Rebeca 2:21 7:7
recall 15:15 21:7,12,16
    22:12,24 31:15 32:6
    32:6,9 33:13,17 60:4
    60:19 62:23,24 67:13
    75:23 76:4 80:17
    82:2,18,23 83:1,14
    86:24 87:3,5 88:1,5
    88:20 92:3 94:8,16
    97:4,9,17 98:14
    101:7,22 102:18
    109:12,16,17 110:2,6
    111:9,12 114:16,22
    124:11 130:2 133:24
    134:4 136:10 137:4
    138:22 148:23 151:4
    159:15
receive 99:10 111:8
    151:22 152:1
received 67:2 96:13
    100:6 101:6 124:5
    140:18 144:11 145:2
    149:4 153:16,21,21
receiving 93:14 135:6
    135:12
recess 30:24 55:2 80:22
    81:2 103:22 122:9
    154:23
recipient 66:23
Recipients 120:1
recognize 66:16 75:18
    95:4 100:20 104:11
    110:19 112:12 114:9
    128:21 129:2,4,5
    136:4 144:6 148:3,5
recognized 108:24
recognizing 119:22
    129:1
recommended 33:5,7
recontract 140:12
    142:23
recontracting 139:21
    141:9 142:10 143:1,3
record 6:4,23 8:19 30:6
    30:23 31:2 47:4,4,7,8
    54:5,23 55:1,4 67:15
    67:19,20,22 80:19,21

99:24 103:18,21
    104:2 154:22 155:1
    165:6 166:12
refer 95:23 110:17
    115:2 156:13 158:22
referred 47:1 109:23
referring 26:3 41:3
    47:2 78:16 81:8
    86:12 88:15 102:5
    104:12 105:9 136:7
    152:15 93:1 97:7
    109:13 151:14
regards 78:13,14 84:14
    99:9 100:15
register 106:24 107:3
registered 1:17 134:17
    166:5,19
registry 108:22
regular 107:5
regularly 107:22
regulations 17:21
regulatory 17:23,24
relate 89:9 152:9
related 11:12,15 69:5,6
    71:3,5 134:22 135:3
relates 77:20 135:9
relating 69:7 72:2
    109:19 115:8 147:14
relationship 18:13 21:2
    25:8 31:12,18 35:4,9
    35:13,22 36:4 37:17
    39:14 48:9 62:1 63:4
    63:19,22 64:8,11
    68:10,21 69:8 70:21
    70:24 81:19 88:3
    93:2 118:5 129:16
    131:2,12 143:11
    155:24
relationships 18:2,19
    18:21 57:6 98:8
    108:16 131:9,17
    138:1
relative 160:8
relatives 10:19,20
relayed 145:11
relevance 151:13,14
relevancy 151:23
remains 51:4
remember 12:12 15:16
    19:19,21 20:2,9

21:19 22:1 24:6,16
    26:5 28:15 32:8,11
    32:12,14,16 33:1,3,4
    33:14,16,20 34:1
    43:2 54:1,2 60:5
    61:10,18 64:3 65:17
    68:6,7 75:6 76:12
    77:11,11,13 82:7
    84:1,6,10,16,19,19
    85:12 86:2,9 87:2,14
    90:16 92:5,22 94:12
    95:7,15 97:2,11,11
    98:16 99:13 100:13
    101:2,9,12,13,21
    102:1,1,4 103:8
    104:15 109:10,10,15
    111:10,14 113:17,18
    114:13,21,23 117:14
    136:8,9,17,19 137:10
    137:17,18,23 150:18
    151:24 159:24
renew 129:24
rentable 26:14
repeat 9:14 18:10
    29:12 38:13 52:1
    53:16 134:24 140:3
repeated 140:2
report 13:20 15:2 38:9
    38:17 70:7 151:22
    152:15
reported 39:9 152:4
reporter 1:18 6:17 7:9
    8:13,17 29:13 37:12
    52:3 53:18 54:14
    56:11 79:16,24 99:24
    105:1 106:13 140:4
    153:2 166:6,19
reports 38:1 70:10
represent 155:6
representatives 33:19
representing 2:2,9,16
    6:16 20:19
request 43:9 74:10
    140:6
requested 99:8 100:1,3
    100:4 149:17
requesting 94:4
required 8:15
reread 146:22
rescue 125:16 127:2
researching 151:8
respect 18:12 29:10
    70:4 74:10 96:8
    103:3 124:12,13,20
    139:22 155:24 158:9
    160:3
respond 114:13 124:19
    146:24

responded 21:23 98:16
    100:14,16 109:13
    119:18
response 21:20 76:2
    92:3 94:8 98:14
responses 41:1
responsibilities 14:2,3
    14:17 18:15 24:22
    25:22 120:20 121:15
    121:19,21,22
responsibility 18:12
    24:8 30:15 36:18
    81:14
responsible 18:18
    81:10,10
rest 104:22
restaurant 82:11
result 92:6 98:7
results 78:22
retain 18:24
return 127:20
returned 26:6 45:21
returning 123:13
reveal 74:4
review 8:21 126:13
reviewed 128:5
revise 73:19
revised 128:12
Reyes 127:22
**RE-EXAMINATION**
    162:1
right 30:13 46:4 60:5
    75:8,22 127:6 155:21
    160:9
rights 12:24
Rimafar 41:9,10 42:1
Rio 82:12
**ROBINSON** 2:3
Rodriguez 4:16 99:15
role 19:6 57:3,17
Roseline 69:19,21
    71:16,23,24 72:1,4,7
    72:11,24 73:3,8,23
    74:5 75:1 124:6,12
Rules 1:16
run 132:14
running 33:10
rushing 83:18
Russian 54:2 56:23
    64:7,14

**S**
S 4:7 5:1 6:1 56:20,22
    59:15 62:21 148:18
salary 121:3,4,6,9,11
    121:14 154:1,7,11
Salas 20:11,13 23:16
sale 53:3,13 113:1

sales 53:2 58:4,5
  134:18 143:16
Salmador 17:2,14,21
San 127:21
Sandra 1:17 6:18 166:5
  166:18
satisfying 143:11
save 120:13 125:14
saw 34:6 84:4 89:22,23
  98:5
saying 24:11 80:1
  107:20
says 79:2 91:3,18 96:12
  108:3 111:4 142:9
  145:12 146:14,14
Scott 2:14 7:5
search 152:14
Searle 53:24 56:20
  61:20
Sebastian 127:21
second 19:19 33:23
  34:11 79:4 84:1,3
  91:17 102:5 106:2
  139:12
secretary 12:12 17:12
secrets 106:5
sector 13:15
see 10:17 24:12 25:7
  41:20 56:3,13 59:12
  63:14 67:8,10 79:7
  89:21 91:20 92:17
  95:18 129:11 136:13
  139:4 161:9
seeing 90:15 95:16
  101:2,8,11
seek 46:21 156:4 157:9
seeking 47:12
seen 34:5 68:5 83:22
  84:21 89:19 90:17
  95:5,8 96:24 109:9
  110:20,21 111:1
  124:14 141:24 142:4
  144:1 156:16
sell 48:20 49:4 50:3
  98:12
selling 45:23,23 47:21
  53:4,5,7
send 41:16 50:2 91:9
sending 94:2
Senor 82:15,15,16,16
  82:17 96:15
sense 46:12,20
sent 41:18 90:1,5 92:20
  94:4 100:13 110:24
  111:11 113:21,24
  116:2 131:9,10 157:4
  158:3,5
sentence 26:2 91:3,18

93:11
sentences 11:8 30:8
  95:24 96:8 102:6
separate 56:22
separated 70:1
separately 85:16
September 116:11,15
  116:16,21 118:9,10
  118:12,16 119:7,13
  121:1 127:13 130:3
  131:24 132:5 133:8
series 78:23 80:10 94:3
serves 115:6
service 45:22,24 53:6,7
services 6:17 53:3
  116:5,7,9,17,18
set 166:10,15
settling 121:8
share 118:17 133:21
shared 74:17
shares 153:17,22
short 22:1 29:24 30:20
  83:5,16 87:7 115:4
  162:4
shorter 11:8
show 24:7 66:4 75:7
  89:11 94:19 97:16
  99:7,14 103:12 105:8
  107:10 109:2 110:12
  111:23 112:3 124:16
  128:16 136:1 138:11
  141:17 143:23
  147:15
showed 14:12
showing 67:24
Si 145:14
sic 114:13 128:12
side 5:18 43:15,16
  148:1,7 157:14 158:9
sign 112:21 115:12,18
  115:21 140:5 161:15
  161:17
signature 113:20
signed 4:17 102:19
  103:8 104:5,18,21,22
  104:22 105:13
  108:15,17,19,20
  111:23 112:4 114:15
  114:24 115:1,5,8,16
  134:14 136:6 137:4
  137:16,18,22 139:14
  139:15,18 141:1,5
  143:18 149:21,24
  150:7 155:17,18
  156:5,20 157:18,21
  157:24 158:1 159:15
  161:4,9,12 165:20
signing 113:5 161:21

similar 123:23
simply 56:9 74:19,20
  87:3 104:10 110:17
sincerity 96:19
single 108:22
sit 34:13 83:8
sites 123:21
sitting 84:17,17
situation 12:2,2 20:22
  23:17 36:23,24 70:4
  89:7,9 97:5 111:3
skill 166:14
slb 165:23
slightly 11:1
small 13:18 77:15 89:2
  123:20,23
smiled 131:14
sold 44:22 45:1 48:15
  48:17 150:13
somebody 64:5
soon 85:9
sorry 16:24 51:20
  53:16 58:6,7 68:11
  71:5,12 72:15 73:18
  79:4 82:19 114:23
  161:14 162:9,13
sort 118:5 157:1
Sotola 59:14,16 148:12
  148:13,16
space 119:19
Spain 1:5 2:20 6:9
  10:11,16 12:4,14
  13:2 14:5 15:4,7,21
  16:7,21 17:3,6,16,18
  18:1,11,14 19:6,13
  21:12,18 24:13 25:18
  32:5 35:10 36:4,12
  36:14 37:1 38:3,16
  39:16,23 41:21 42:13
  42:23 49:14 51:12
  52:12,24 57:5 65:15
  68:16 79:9 81:11,20
  81:24 82:10 84:24
  85:2,3,6,14,23 86:16
  87:21 90:2 91:14
  92:16 94:1,2,10
  102:6,12 111:5,6,21
  114:1 117:21 122:16
  131:22 142:8 161:16
spanish 6:2 7:15,15
  66:13,19 67:3,6,7,24
  72:11,19 73:2 75:13
  82:17 83:12 96:15
  97:6 109:24 114:3
  154:12
speak 9:8 11:8 22:14
  22:15,16 34:15 68:22
  69:21 70:2,20 71:1

72:1 73:15 74:21
  75:1 84:13 98:23
  99:3 123:7 131:5
  133:7,16,18 148:12
  158:8
speaking 72:8 127:8
speaks 11:7 162:24
  163:8
specific 13:7 26:24
  50:11 57:6,17 62:23
  65:2 73:10 82:2 87:7
  94:11 114:13 115:3
  115:14 143:22
specifically 16:1 30:16
  34:15 55:6 57:21
  84:6 88:14 96:15
  113:8 151:14
specificity 21:7
specifics 27:18 32:11
  32:14 83:17
specify 35:6
speculation 93:5 97:22
spell 49:6 58:11 62:10
  148:15
spelled 56:19 59:14
  148:17
spellings 54:17 55:11
  55:12
split 21:2
spoke 24:6,17 31:9
  68:23 71:13 72:4,11
  72:19 73:2,8,11 82:3
  117:9 133:13 163:4
spoken 28:5 136:17
SS 166:4
staff 29:20 96:15
Stand 47:5
stapler 103:14,15
start 10:23 16:18 82:6
  149:7
started 10:1 11:24
  39:23 118:11 155:7
state 25:14 95:14
stated 76:1
statement 25:17 28:13
  45:7 55:20 76:19
  146:3
statements 13:18
states 1:1 6:10 8:10
  27:23 62:15 92:14
  94:5,17 139:20
  152:18 153:10,11,14
  157:16 161:1
status 13:19
stenotype 166:12
Stewart 2:13 4:5 7:2,2
  11:6 13:23 18:4,8,20
  19:10 29:8,23 30:12

30:16 31:20 34:7
  35:15 37:10,14 38:10
  39:11 40:21 42:20
  43:21 44:1 46:5,16
  49:10 50:22 51:20
  52:1 54:7,16,21
  56:14,16 57:1 65:12
  67:15 68:11 72:13,16
  73:12 74:1 81:21
  84:22 86:10 90:11
  95:10 97:21 99:19,23
  100:8,11 102:24
  103:6,15,18 104:13
  105:2,21 106:14,19
  108:10 119:8,24
  120:19 122:4 124:9
  124:18 130:11 132:3
  132:7 134:1 138:24
  141:11 142:15 143:5
  145:16 146:5,12,17
  147:16,20 151:13,23
  152:23 153:23
  154:10,12,19 155:2,5
  159:6 161:24 163:2
  163:17 164:4
Stewart's 162:3 164:2
stock 153:16,22,24,24
stop 11:2 30:3,4
stopped 15:8,20
stopping 30:1
strategies 23:9 31:10
  31:13
strategy 26:10 31:11
  78:24 80:8
Street 2:4
strike 28:20 38:7 52:21
  98:24 109:16 130:24
  152:7 162:9
study 120:5 144:9
stuff 123:10 125:11,12
subject 32:12 72:5 73:7
  74:4 91:22 96:10
  143:10 151:20
subjects 72:6 73:3
submit 78:12
submitted 89:22
subsidiary 36:3
substance 10:2 22:24
  74:11,13 77:20
succeed 64:17
SUFFOLK 166:4
suggestion 11:7 30:5
Suite 2:5
summoned 91:4
sun 22:8
supervision 107:12
supplier 51:16 57:9
suppliers 59:5

supplies 76:22 149:14
supply 112:22,24 130:1
134:7,20 136:12
137:3,4 138:20,23
139:13 147:1,10
149:10,12,14 156:19
supplying 134:12
140:20 143:20 150:4
suppose 32:22 33:9
85:5 136:12
supposed 76:18
supposedly 27:16
76:16
sure 15:14 17:11 19:18
21:11 25:12 30:6
32:23 36:10,18 37:4
46:10 48:8 54:5,21
62:19 63:17 67:17
79:14 82:22 88:23
108:14 111:2 113:18
130:9 147:21 153:1
158:11
surprised 131:13
swear 7:9,19
Swiss 64:4
sworn 7:13,20 8:12
166:11
system 129:7
systems 125:5 126:2,12
S.A 1:4,5 2:16 6:8,9
108:7 148:8 157:19
161:19

---

**T**

T 4:7 5:1 59:15 62:20
62:21 165:1,1
table 83:8
take 8:17 9:16,21 10:23
15:13 24:8 29:24
30:20 54:12,19 66:15
83:11 87:24 91:5
96:5 100:17 103:13
109:22 115:1,24
122:2 133:2 147:17
154:19 159:21
taken 1:15 6:7 8:4 77:2
83:6 114:8 151:20
166:12
takes 133:5 163:11
talk 31:18 33:3 35:3
37:15 44:5 53:1
57:11 71:11 101:19
117:4 118:18
talked 23:18,18,18
73:22 109:24
talking 10:23 23:6
25:12,16 30:10 34:7
40:14 44:4,12 49:11

---

50:23,24 52:6 72:20
98:11 99:1 100:21
104:3 107:14 115:11
120:20 133:6 144:16
Tampa 27:15,20 28:2
tape 6:5 47:7,10 81:1,4
122:2,8,11 164:9
taxes 154:6
tech 125:24 128:15
technical 29:2,6,18,19
36:17,22 40:8,18
44:2,5 46:6
technology 41:3 42:17
43:8,18 44:4 102:21
104:7 105:19 108:4
109:23 114:10
techs 128:15
telephone 12:20 34:16
70:12 159:22
tell 9:19 16:6 17:7
19:22 21:9,11 22:12
22:24 26:24 28:4
47:15 54:11 60:6
64:21 66:16,22 67:13
68:3 82:8 119:6
129:23 130:23 131:1
132:24 133:1 135:15
147:9 148:19,23
151:11 156:8 158:7
160:14,23 161:3
telling 49:8 146:9,15
147:5
tells 30:16 145:2
temporarily 12:19
ten 26:5
terminate 88:2 129:16
131:12
terminated 131:3
terminates 149:5
termination 90:10
116:1,2 128:22
130:13,13,15,18,20
131:10
terms 14:6,11,23 18:15
18:16,16,23 41:2,13
43:1 44:5 54:17 71:7
76:23 88:7 105:6
114:4 134:7,8 152:2
territory 149:13
tested 41:10
testified 7:23 101:16
141:2
testify 29:14 124:20
testimony 7:21 10:2
33:22 83:21 100:12
165:4,6
text 146:14
thank 7:8 9:12 37:14

---

56:24 65:5 75:7,14
81:7 132:7 154:18
155:9 164:1,2,5
Thanks 54:22
themself 51:9 137:13
thing 9:21 25:9 28:15
32:11 33:24 38:4
72:22 87:2 107:13,17
127:12 131:4 137:23
things 22:21
think 9:10 15:24 16:9
20:10 21:1 22:22
24:21 25:2 31:17
35:16 43:13 46:5,12
46:23 54:3 63:16,17
68:5 77:6 88:10
100:23,24 110:21
122:1 123:13 130:8
142:22 146:8,20
147:22 158:11
thinking 16:10 34:12
72:19 141:14
third 83:23 84:4
110:17 143:8
thirdly 106:7
thought 28:16 66:19
67:23 72:16 78:10
93:17 162:5
thoughts 26:22
three 22:23 34:21
44:13 64:22 65:18,23
70:19 107:4 121:5
127:4
Thursday 1:22
tied 139:3
ties 139:8
time 10:13 13:13,13
14:1,18 15:3 16:15
16:16 17:7 19:10,18
19:19,22 20:15,20
22:15 23:12,15,21
24:2,16 25:7,20
26:23 27:5,8,11
30:22 31:1 32:15
33:19 34:18,24 35:11
41:9 42:20,21 45:4,8
45:12 46:14,15,15,17
46:18 47:1,5,9 48:1
48:18 49:11,13,16,19
50:9,10,12,14,15,19
51:9,12 52:7,15 53:4
54:24 55:3 59:16
65:1,1,2,3 67:18,21
68:12 69:24 72:9
73:10 74:9 75:13
77:4 80:20,23 81:3,8
81:21,23 83:5 84:2,2
84:3,3,4,20 85:9

---

87:20,24 92:23 93:15
96:22 103:20 104:1
104:16 111:24 113:3
113:23 115:3,4 117:1
117:9 121:17,22
122:6,10 124:15,16
125:17 127:16,24
128:24 131:7,8,23
133:8 135:24 136:20
137:11 142:3 143:8
144:7,24 145:22,23
153:21 154:21,24
155:10,21 160:14
163:2,10,10 164:7
times 19:15 70:18 85:6
125:20 129:6,21
138:3
title 13:8 14:4,10 24:23
142:19 152:10
today 8:19 9:2,16
22:13 79:4 93:20,21
93:23 94:1 128:10
129:2,4 158:19 164:3
told 16:1 84:11 111:5
120:12 129:23 130:2
131:11 133:19
134:10 147:5 156:18
158:23 159:13
tools 36:13 80:3
top 65:23 91:2
town 123:23
toy 125:15
trade 106:5
traders 151:9
training 40:9,18 43:22
44:2,5
transcript 165:3,5
transfer 125:16,22
transferred 126:21,24
transformation 45:15
49:21 50:2 52:19
53:9,12
translate 7:14 9:6 11:4
92:12 96:1 101:5
translated 38:23 67:3,6
112:9 114:2
translating 96:9
translation 9:10 11:9
18:5 46:7,11,23
66:13,17,18 67:10
68:2 105:23,24
translator 3:2 7:12,17
8:3 9:2,4 11:3 18:7
22:7 26:15,17 34:9
38:22 39:3,5 41:5
45:18 46:19,20,21,24
49:7 50:5,17 53:15
58:6,10,13 60:23

---

62:12 66:3 71:17,20
72:15,18 73:17 79:13
79:19 84:24 87:10
88:9,12 92:12 95:2
96:1 101:5 105:5
106:21 112:9,23
117:23 120:20
130:12 134:9 140:14
149:3 150:19 154:8
159:5
translator's 96:9
transmit 91:19 92:17
93:12
transmitted 91:23 94:5
98:4,20 114:1
tried 64:16
true 39:16,19 45:4
48:13,17,19 91:8
101:22 111:15 117:9
117:21 141:7 145:15
145:15,17 146:3,15
165:5 166:11
truth 7:21,22,22 26:23
124:14
truthful 8:15
truthfully 113:18
try 11:11 120:15
147:19
trying 55:21,22 76:11
114:14 140:5,12
Turkey 49:23 50:2
51:10 149:16
Turkish 150:9
Turn 157:13
twelve 20:1
twice 75:5 143:7
two 12:9 17:9 19:15
23:11 29:13 33:10
39:11 40:23,23 41:1
45:12 46:14 49:22
53:1 62:7 65:18,23
72:20 77:23 78:20
83:23,24 95:24 96:8
102:6 112:3 113:8
115:2,12 153:20
159:14
type 12:23 44:7 105:9
106:17,22 152:2
types 56:12 104:12,16
122:23

---

**U**

U 49:9,9 54:9,9 56:20
58:14
uh-huh 43:24 91:21
156:15,16
ultimately 17:15 150:7
understand 8:10,11

9:13,23 18:22 20:16
21:15 25:8 27:12,19
27:22 28:1 31:23
33:7 35:19 36:11
40:7,13,16 41:20
43:10,18 44:2,19
76:19,21 81:17 90:13
91:22 92:2,19,24
93:23 94:1 95:21
96:20 139:6 152:22
153:4 162:11,22
163:4
understanding 35:8
36:12 38:19,20,24
39:1,2,7,24 43:6
44:11 46:22 73:23
76:10 78:7 81:9,22
89:6 126:20 139:11
understood 28:9 38:12
47:20 76:9 96:11
139:20,24 141:8,12
unilateral 144:9
United 1:1 6:10 8:10
27:22 62:15 92:14
94:5,17 139:20
152:17 153:10,11,13
161:1
update 5:16 141:21
142:7,20
updated 142:23
updates 141:24
upset 97:10
Uquifa 49:2,2,4,6,12,16
49:21 50:10,13,24
51:5,8,9,13 52:4,16
52:20,22 53:5,8,15
53:22 54:9,9 56:18
132:18 148:8,10
149:14,14 150:1,4,6
150:8,11,12,14,20
157:15 158:10
use 30:8 95:2 108:8,20
127:23
Usually 69:10 132:21
utilized 76:19
utterly 141:13
U.S 35:14 91:20 92:1
92:19 93:1,13 94:10
110:8 111:8 141:7
152:5
U.S.A 162:21,23

_____ V _____
V 58:13 59:3 62:13
148:18
vague 18:8 51:1 82:10
106:7
vaguely 84:15 151:18

value 102:7,13
variations 43:12
139:16
various 68:8 104:5
137:17,22
Venceslao 148:14,17
148:17 150:22
Verbal 39:3
verbally 67:7
version 67:12,12 68:2
versus 6:9
vice 152:20 153:6
163:20
videographer 3:3 6:5
6:16 7:8,18 30:22
31:1 47:5,9 54:24
55:3 67:18,21 80:20
80:23 81:3 103:20
104:1 122:6,10
154:21,24 164:7
videotaped 1:13 6:6
164:10
viewed 101:20
village 123:23
visit 10:19 26:7 127:18
visited 129:21 151:19
visitor's 14:6,9
voluntarily 122:17
132:8,10
VS 1:7

_____ W _____
wait 110:8 111:6,13
124:21,22
want 11:2 53:19 54:16
57:2 71:17 72:21
73:7 74:2,20 83:21
97:3 114:9 115:13
117:23 140:2 143:15
146:22 147:16,18,23
149:24 155:9
wanted 13:1 118:17
Washington 2:6
wasn't 27:21 29:5 43:4
71:3,5 73:10 74:24
98:10 149:24
water 147:23
way 24:4 37:7 40:5
44:23 98:5 139:3
wealthy 27:16
Web 123:20,21
week 26:4 87:10,14
95:15 97:1 101:10
109:8 163:12
weeks 115:2,12
weight 33:12
Welcome 81:6
went 10:17 14:1 25:23

33:17 62:19 127:21
133:22 151:1
we'll 8:18 9:16 44:16
44:17 54:19 66:6
136:19
we're 30:23 31:2 44:4
47:7 48:7 50:23,24
52:6 55:1,4 67:19,22
78:5 80:21 103:21
104:2 127:7 130:16
133:6 134:3 155:1
162:7
we've 100:21 109:17,22
110:3 129:4 144:16
WHEREOF 166:15
wife 127:5
Williams 63:16
win 87:15
wish 26:21
withdraw 18:4 158:8
160:1,7
witness 1:14 4:2 7:4,17
7:19 29:9 30:21 39:4
71:14,16 82:15 97:21
105:5 107:15 124:19
142:17 145:14
146:18 148:13 149:6
154:18 166:9,15
woman 133:23 134:21
135:2 138:8 144:16
word 30:7 31:13 38:22
41:5 45:18 50:5
56:22 77:6,10 79:13
words 31:14 105:12,15
130:15 144:15
154:12
work 12:19 17:15 32:2
32:4 43:9 69:5 80:16
96:18 116:19,20,20
116:22 117:2 120:21
120:24 121:3,13
125:11,12 126:12
127:5,15 131:19,21
workable 43:13
worked 28:18,20,22
73:9 80:1 91:11,12
109:1 160:11
working 13:13 15:8,21
19:5,12 20:24 24:21
38:7,15 39:10,15,23
49:1 58:21 59:19
60:1,14,15 61:9,17
62:4 64:2,15,24 77:5
86:15 88:23 89:23
98:12 99:6 102:12
103:9 107:11 112:19
117:10 120:17
121:24 127:22 129:5

144:21,23 150:23
151:7,8 155:20
works 121:2 158:13
write 54:13 75:21
writing 70:12,13 75:24
76:4
written 8:19 55:11
62:22
wrong 45:7
wrote 49:7,8 55:15
75:20

_____ X _____
X 4:1,7 5:1

_____ Y _____
Y 62:20
Yeah 54:21
year 10:12 14:9 17:4
20:2 21:10 44:15
48:1 70:18 74:23
75:5,5 78:12 79:1
83:3 93:17 123:5
133:5,6 163:23
years 14:21 20:1 41:14
42:24 43:1,3 44:8,12
44:13,14 48:2,4,7
52:8,14 114:9,14
115:21 126:23
132:22,22,23 138:4
153:20
young 138:3
Yves 69:15

_____ Z _____
Z 58:14
Zaragoza 24:7 25:24
25:24 32:1 34:2
59:13,17 127:20
151:1
Zaragoza's 151:19
Zarnetske 3:3 6:15
zebra 58:14
Zubeldia 58:3,14

_____ 0 _____
02199 2:12
04-1300(SLR)(sic)
6:12
04-13000-SLR 1:8

_____ 1 _____
1 4:9 6:6 47:7 66:7,10
77:15,20 78:1,16,18
80:12 87:23 89:8
108:11
1st 118:16 119:7,13
121:16 131:24 132:5

133:8,9 152:11
1-20-97 4:13
1-22-02 5:15
1-28-97 4:15
1:12 80:24
1:27 81:4
10 5:3 103:23 105:8
106:1 107:5,8
10th 166:16
10:38 47:6
10:41 47:10
100 38:14 63:17
103 4:18,19,21,23 5:3
103593 1:18
109 5:4
11 5:4 109:3,6,9
11-14-01 5:10
11:02 55:1
11:14 55:4
11:43 67:19
11:47 67:22
110 5:6
111 1:21 2:11 6:20
112 5:7,8
12 5:5 110:15
12-13-96 4:10
12-17-96 4:12
12-6-01 5:12
12:23 80:21
12:30 87:23
1201 2:4
128 5:10
13 5:7 66:9 78:1,11
112:2,10 115:12,15
158:22,24 159:3
161:8,10
13th 130:20
136 5:11
139 5:13
14 5:8 112:6,11 115:12
115:15 128:18
158:22,24 159:8
14th 129:9,11 130:7,20
155:19
141 5:16
144 5:17
148 5:18
15 5:9 128:19 130:16
155 4:5
16 5:11 78:4 136:3,4
138:7 139:2,5 140:16
142:12 155:12,13
16th 76:3
162 4:4
17 5:12 75:10,22 78:2,3
138:14 139:4 140:16
142:12 156:12,24
157:4

**18** 5:14 141:23 144:3
**18th** 144:19 145:19
  146:7
**19** 5:17 144:4
**1992** 10:12,15 11:19
  12:5,14 15:19 39:24
  50:19 51:18 160:12
**1994** 20:3,17,22 21:16
  21:24 22:4 31:5
  34:20 84:6 96:22
**1995** 21:14,17 22:5
  31:6 34:20 84:6
**1996** 66:9 75:10,21,22
  76:3,6 77:3,7,8,16
  78:1,3,11 104:21
  160:19
**1997** 48:2,8,10 52:9
  77:5 78:12 79:1 88:1
  89:13 90:5 91:6
  93:16,17 94:21
**1998** 14:9,14 52:9,15
  52:21 53:8 104:22
**1999** 83:7 97:4 99:16
  109:5

---
**2**
---

**2** 4:11 47:11 75:11,19
  77:21 78:2,18,21
  79:2,2 81:1 89:8
  106:6 107:19 108:11
  142:5
**2,000** 121:12,14 154:2
**2:29** 103:21
**2:30** 87:21,22
**2:40** 104:2
**20** 5:18 89:13 120:14
  148:2 149:21 157:13
  157:13 158:2
**20th** 90:5 130:21
**2000** 83:7 84:10 159:4
  159:5,6,9 161:8,20
**20004** 2:6
**2001** 10:14 14:15 15:7
  15:12 16:20 17:4,5,8
  50:20 51:19 52:16
  53:8 56:5,8 65:6,19
  111:21,22 115:23
  116:3,11,15,16,21
  117:13,20 118:1,2,12
  119:14 121:1 122:14
  127:13 128:18 129:9
  129:12,17 130:6
  131:6,24 132:1,5,6
  133:4,6,8,15 135:3
  137:11 138:13 143:4
  147:11 150:13,17
  155:19 156:14
**2002** 5:16 52:21 121:16

---

121:18,20 123:6
  125:8 126:4,6 127:13
  133:9 141:20,22
  142:8 144:3,19
  145:19 146:7 147:11
  148:22 150:19
  152:11 154:2
**2003** 44:15 150:24
  151:7
**2006** 1:23 6:13 44:15
  47:6,10 80:24 81:4
  122:7,11 164:8 165:4
  165:18 166:16
**22** 5:16 141:19,21
**22nd** 142:8
**23** 159:4,9
**24** 12:15
**27** 1:22 165:4
**27th** 6:13 47:6,10
  80:24 81:4 122:7,11
  164:8
**28** 94:21
**28014** 2:18

---
**3**
---

**3** 4:13 81:5 89:14 111:3
  122:8
**3-2-98** 4:18
**3:32** 122:7
**3:41** 122:11
**30th** 15:12 17:5,8
  111:22 115:23
  122:14

---
**4**
---

**4** 4:14 94:22 122:12
  164:9
**4th** 15:19
**4-8-99** 4:16
**4-9-99** 5:4
**40** 50:20
**48** 154:6
**48,000** 154:14

---
**5**
---

**5** 4:16 99:17 100:18
  109:22 147:19
**5,000** 153:21,22,24
**5:08** 154:22
**5:19** 155:1
**5:41** 164:8,11
**50** 50:20
**500** 2:5

---
**6**
---

**6** 2:19 4:17 103:23
  104:9,11,19 107:15
  107:16 138:13

---

**6th** 156:14
**66** 4:10

---
**7**
---

**7** 4:19 104:10,11,19
  107:8,9,14
**7th** 121:18
**7-18-02** 5:17
**75** 4:12

---
**8**
---

**8** 4:4,20 99:16 105:8
  154:5
**8th** 130:21
**8:30** 155:7
**8:42** 1:23 6:14
**80** 50:21
**800** 154:5
**89** 4:13

---
**9**
---

**9** 4:22 105:8 109:5
  143:19
**9:38** 30:23
**9:55** 31:2
**9114** 102:5
**94** 4:15 21:13
**99** 4:16 14:10,15
  151:24

---

Confidential - Attorneys' Eyes Only

Page 1

1       CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

2                                VOLUME I

3                                PAGES 1 - 26

4                                EXHIBITS: 1

5

    IN THE UNITED STATES DISTRICT COURT FOR THE

6                   DISTRICT OF DELAWARE

7                    C.A. NO. 04-1300-SLR

8

   ETHYPHARM S.A. FRANCE and        )

9  ETHYPHARM S.A. SPAIN,            )

        Plaintiffs,                 )

10                                  )

   vs.                              )

11                                  )

   BENTLEY PHARMACEUTICALS,         )

12 INC.,                            )

        Defendant.                  ) Confidential

13                                   For Attorney's Eyes Only

14

15       DEPOSITION OF ANGEL PEREZ DE AYALA,

16   taken on behalf of the Plaintiffs, pursuant

17   to the Delaware Rules of Civil Procedure

18   before Tina M. Sarcia, Registered

19   Professional Reporter and Notary Public

20   within and for the Commonwealth of

21   Massachusetts, at the law offices of Edwards,

22   Angell, Palmer & Dodge, 111 Huntington

23   Avenue, Boston, Massachusetts, on Wednesday,

24   June 28, 2006, commencing at 4:10 p.m.

**Confidential - Attorneys' Eyes Only**

Page 2
1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 APPEARANCES
3 Dwight P. Bostwick, Esquire
4 Jonathan D. Fine, Esquire
5 BAACH, ROBINSON & LEWIS
6 1201 F Street, NW, suite 500
7 Washington, DC 20004
8 202.659.6744
9 dwight.bostwick@baachrobinson.com
10 For the Plaintiffs
11
12 Joseph Mingolla, Esquire
13 Veronica C. Abreu, Esquire
14 EDWARDS, ANGELL, PALMER & DODGE, LLP
15 111 Huntington Avenue
16 Boston, Massachusetts 02199
17 617.239.0577
18 jmingolla@eapdlaw.com
19 For the Defendant
20
21
22
23
24

Page 3
1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 APPEARANCES
3 Rafael Garcia-Palencia, Esquire
4 Rebeca Corral Gregorio, Esquire
5 ALZAGA, G. PALENCIA, G. DE MERCADO &
6 ASOCIADOS
7 28014 Madrid
8 C/. Marques de Cubas, 6, 2 Dcha
9 91 360 51 83
10 rgarciapalencia@iberforno.net
11 For the Defendant
12
13 THE INTERPRETER: Ivelissa Escalera
14 THE VIDEOGRAPHER: Kristin Zarnetske
15
16
17
18
19
20
21
22
23
24

Page 4
1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2       THE VIDEOGRAPHER: This is tape
3 number one of the videotape deposition
4 Mr. Angel Perez De Ayala taken by the
5 plaintiffs in the matter of Ethypharm SA
6 France and Ethypharm SA Spain, plaintiff,
7 versus Bentley Pharmaceuticals, Inc.,
8 defendant in the United States District Court
9 for the district of Delaware, case number
10 041300SOR.
11       This deposition is being held on
12 June 28, 2006 at approximately 4:12 p.m. My
13 name is Kristin Zarnetske. I'm a legal
14 videographer representing Esquire
15 Depositions. The court reporter also in
16 association with Esquire is Tina Sarcia.
17 This deposition is being held at the law firm
18 of Edwards and Angell at 111 Huntington
19 Street, Boston, Massachusetts.
20       Will counsel present, please,
21 introduce themselves for the record.
22       MR. BOSTWICK: Dwight Bostwick and
23 Jonathan Fine on behalf of Ethypharm.
24       MS. ABREU: Veronica Abreu and

Page 5
1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 Joseph Mingolla on behalf of Bentley.
3       THE VIDEOGRAPHER: Will the court
4 reporter, please, swear in the interpreter
5 and the witness.
6       (Interpreter sworn)
7       ANGEL PEREZ DE AYALA, a witness
8 called by counsel for the PLAINTIFFS, having
9 been satisfactorily identified and duly sworn
10 by the Notary Public, was examined and
11 testified as follows:
12       *****
13       EXAMINATION BY MR. BOSTWICK
14 Q. Good afternoon, Mr. Ayala. I am Dwight
15    Bostwick, and I represent Ethypharm in this
16    action, and am I correct that you have never
17    had a deposition taken before?
18 A. What is a deposition?
19 Q. The type of -- have you ever had your
20    testimony taken for a lawsuit in the U.S.?
21 A. No.
22 Q. Permit me to explain a few things for your
23    benefit.
24 A. Okay.

2 (Pages 2 to 5)

Page 6

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 Q. My colleague Jonathan Fine and I represent
3    Ethypharm in a matter that has been brought
4    in the United States courts.
5 A. Okay.
6 Q. And there are two lawyers here from Bentley
7    who I assume you have met.
8 A. Yes.
9 Q. And we also have two lawyers from
10    Laboratorios Belmac in Spain who I assume you
11    have met as well.
12 A. Yes.
13 Q. And we have a court reporter here whose job
14    it is to take down the questions and the
15    answers today, and for each question and
16    answer you will have to actually say yes or
17    no or answer the question rather than simply
18    nod.
19        And as you see, we have a translator
20    here for your benefit as well, so we will ask
21    a question, and the translator will
22    translate, and then you will have time to
23    answer in Spanish.
24 A. Perfect.

Page 7

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 Q. And if you have any questions at all about
3    the question I ask, please, simply ask me.
4 A. Thank you.
5 Q. In addition, I plan to take breaks every once
6    in a while; but if you need a break, simply
7    tell me and we'll stop.
8 A. Okay.
9 Q. It's not an endurance test. Do you have any
10    questions for me before we begin?
11 A. No.
12 Q. I anticipate that we will only go for about
13    an hour tonight, and then we will begin again
14    in the morning.
15 A. Okay. I'm in agreement.
16 Q. Mr. Ayala, could you state your name in full.
17 A. Angel Perez De Ayala Mayoral.
18 Q. Could you spell the last name for the record.
19 A. P-E-R-E-Z-D-E-A-Y-A-L-A M-A-Y-O-R-A-L.
20 Q. Mr. Ayala, where do you currently live?
21 A. At the moment in Madrid, Spain.
22 Q. Do you currently work?
23 A. Yes.
24 Q. Where do you work?

Page 8

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 A. Pharmaceutical Laboratory.
3 Q. Is that the name of the corporation?
4 A. No. The name is Grapa Laboratories.
5 Q. And what is your position at Laboratorios
6    Grapa? Could you describe --
7 A. Is a person that represents the
8    administrative group and is active on behalf
9    of the group.
10 Q. Is that the top position in the company?
11 A. Executive, yes.
12 Q. How long have you been working at
13    Laboratorios Grapa?
14 A. I found them in the year 1996, was the
15    founder.
16 Q. And I understand you worked previously for a
17    company named Rimafar; is that correct?
18 A. Yes, correct.
19 Q. And was the name of Rimafar later changed?
20 A. Yes.
21 Q. What was it changed to?
22        MS. ABREU: Objection. Foundation.
23    Dates.
24 A. The name was kept, but the actual -- was

Page 9

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    changed to Belmac, Belmac Laboratories Spain.
3 Q. When did you work for Rimafar and
4    Laboratorios Belmac?
5 A. Rimafar since its beginnings because I found
6    it, and Belmac when Rimafar was sold to
7    Belmac Corporation.
8 Q. When was Rimafar founded?
9 A. Approximately March 1998.
10 Q. And when was Rimafar sold to Belmac
11    Corporation?
12 A. Excuse me. There's a change in terms of
13    dates. I believe Rimafar was founded after
14    the summer like in September of 1998 and
15    Rimafar was sold to Belmac, and I believe it
16    was March of 1992.
17 Q. Let me first focus on Rimafar. You founded
18    the company Rimafar?
19 A. Not exactly. I began to organize it from its
20    very beginning. I did not -- as a
21    corporation, I was under contract by Rimafar
22    to organize the corporation, but in terms of
23    its foundings, I was not officially on it.
24 Q. Who was on the official founding documents

3 (Pages 6 to 9)