Page 77

Civil 1:16
clarify 36:18 65:3
  66:24 67:5 69:6
  70:5
cleaning 31:9,9
clear 9:13 36:24
  58:3,8
clearly 38:8 50:18
Clemente 71:18
clients 22:19
close 18:21
coincide 17:15
collaborate 25:20
collaboration 9:12
  32:6 41:8 53:5
come 12:8 50:13
comfortable 39:18
coming 62:18 72:8
commencing 1:23
comment 37:19
commentary 37:2
commented 37:19
commercial 28:7
  57:14 65:18 71:14
commercialization
  18:7 27:20
commercialize
  31:16
commission 73:24
common 8:3 34:20
  35:8 37:11,15
Commonwealth
  1:19 73:4,9
communicate 53:12
communicated 64:7
  64:13,13
communicating
  14:14 61:22
communication
  14:13,17
companies 33:20,23
  34:5,23
company 34:21
  35:11,19 44:19
  53:22 55:4,6
  58:12 59:7 60:16
  63:18
complementary
  40:4
complete 10:12
  17:7
completed 9:16
  42:11,15 74:8,21
completely 10:13
  58:20
completes 38:13
completing 50:5
complimentary

45:18
concept 30:24
  34:18 36:12
concerning 68:17
concluded 72:20
concrete 52:10
  66:22
condition 50:6
conditioning 32:8
conditions 21:8
  36:8 49:6,13
CONFIDENTIAL
  1:1 2:1 3:1 5:1
  6:1 7:1 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1 32:1 33:1
  34:1 35:1 36:1
  37:1 38:1 39:1
  40:1 41:1 42:1
  43:1 44:1 45:1
  46:1 47:1 48:1
  49:1 50:1 51:1
  52:1 53:1 54:1
  55:1 56:1 57:1
  58:1 59:1 60:1
  61:1 62:1 63:1
  64:1 65:1 66:1
  67:1 68:1 69:1
  70:1 71:1 72:1
  73:1 74:1 75:1
Confusing 24:21
  29:2 33:16 35:2
  56:13 57:5
conjunction 32:18
  33:17
consequence 35:18
consider 49:20 58:5
consistent 42:19
  44:4
constant 26:10
consulting 65:22
contact 13:9 14:4
  61:16
contacts 12:24
contain 8:15
content 7:19
contents 47:12
context 46:21
continued 1:14 5:4
  19:19
continuing 9:15
contract 7:13,17,23

8:5 36:9,9 41:8,18
  41:21 48:16,24
  56:8
contracted 45:4
Contracto 7:15
contracts 30:21
  41:9 49:7
conversation 59:15
conversations
  13:10 16:8
convinced 49:8
copy 29:22,24
  32:16,17,20,21,21
  32:22 33:5 74:8
corporate 56:17
corporation 12:21
  12:23,24 19:21
  52:15 53:14,17,21
  54:8,20 55:7,8
  57:4,17 63:6,9,16
  63:18,23 64:5,15
  65:24 66:5,11,17
  66:22 67:20 68:10
  68:17 69:3,12
Corral 3:3
correct 5:10,11,20
  5:24 6:4,5 7:7
  9:18,24 10:9,10
  10:14 14:24 15:24
  16:2 20:17 21:6
  21:24 22:10,11,13
  22:14 24:8 26:13
  26:19,20 27:5
  28:11 29:10 30:14
  35:22 39:14,15
  40:24 41:19 44:7
  44:23 45:9,10,11
  47:3,4,14 48:6,9
  48:10,12,13 51:18
  51:20,21 52:16
  54:10 60:13,14,18
  60:24 61:4 63:3,4
  63:11,14,17 64:24
  65:2 70:7 71:11
  71:20,21
correction 75:5
corrections 74:16
  75:21
correctly 9:5 67:10
correspondence
  59:12,13
costs 42:14,15
counsel 38:20
course 31:21 52:9
  67:7
court 1:4 28:5
courtesy 16:23
coverage 23:21

Craig 43:15
create 33:20,23
criterias 52:10
  57:14,14,19
Cubas 3:7
current 5:20
currently 5:9
customers 66:18
C.A 1:5

D

D 2:4 4:1
date 10:14,21 20:7
  20:8 27:15 50:12
  61:12,13 75:6,24
dated 20:17 30:6
  48:11 60:13
dates 53:3
day 73:16
day-to-day 63:20
  64:2
DC 2:7
Dcha 3:7
de 1:14 3:4,7 4:3
  5:5 7:15 41:5
  42:3,5 61:23
  73:11 75:2,24
deal 30:22 64:16
Dear 30:5
decision 18:21 19:3
  19:15,16,22 36:11
  37:18 64:18 65:12
decisions 65:21,22
declaration 4:10
  6:17 7:11,12,24
declarations 9:9
declaring 41:6
dedicated 59:4
Defendant 1:11
  2:18 3:10
definitely 8:6
Delaware 1:4,16
delegated 42:6
delivered 74:6,9,10
  74:12
delve 43:5
delved 42:22
delving 43:13
department 44:14
deponent 4:2 74:8
  74:14
DEPONENT'S
  74:2
depose 43:7
deposition 1:14 5:5
  52:13 72:19 73:11
  74:12,16 75:2,4
  75:21

depositions 39:3,7
  43:3
describe 23:4 47:15
  59:24
DESCRIPTION
  4:9
detail 31:22 32:9
  47:9,15 49:4
  50:12
detailed 47:11
details 32:3 47:17
  54:2
determined 55:23
develop 34:21
  58:23 59:5
developed 35:10
difference 52:9
  57:8
differences 56:12
  57:3,18
different 10:13 13:4
  34:14 35:7 58:24
difficult 51:14
direct 11:6 14:17
  24:12,18
direction 56:17
  57:4,9
directions 57:6
directionship 57:15
directly 29:16
director 14:11
  61:18 65:18,18,19
  65:19 71:2,4,10
  71:15,20,22
disagreeable 72:10
disagreement 46:7
disconnected 55:17
  55:19
discovery 43:12
discuss 55:15
discussed 5:9 16:19
  52:15
discusses 60:22
discussing 51:15
discussion 10:10
  17:3 21:16 22:3
  38:19 62:4
discussions 12:20
  61:8,10
dissolved 56:8
distinguish 45:17
distribution 75:8
DISTRICT 1:4,4
diverse 23:22
document 4:13,14
  6:19,21,24 7:8,10
  7:15 8:19 10:14
  10:19,22 12:22

20:12,15 26:8,18
27:2 29:7,9,13,14
37:5 39:9,16,17
40:22 41:5 45:6
45:12 46:17 48:8
48:9,14 49:16,17
59:22,24 60:2,6,9
60:12,22
documentation
44:13,23 46:20
47:22
documents 59:20
Dodge 1:21 2:13
Don 41:5
dossier 31:17 32:2
32:13
Dr 71:23
drafted 48:23
draw 6:2 44:8
drop 30:16
drug 68:5,11
due 56:11 57:3
duly 73:12
duties 54:7 58:16
Dwight 2:3 42:20
56:15 62:17 74:10
dwight.bostwick...
2:9

**E**
E 4:1,7 73:2,2
earlier 52:2 62:17
62:24 64:20,21
69:10
early 42:22
Edwards 1:20 2:13
effort 51:13
efforts 51:15
eight 8:20
either 5:21 17:20
18:14 46:6 69:8
elaborated 45:4
electronic 14:12
elements 25:12 40:3
40:4 45:18,18,19
employed 5:10
employees 18:10
ended 18:15,17
19:20
engineer 44:24
English 7:16 23:15
26:18 29:14,15
60:12 69:24
enter 34:5,23 36:4
entire 10:11
entirety 21:2
entitled 11:8
entrusted 25:13

environment 44:24
EP 4:10,11,12,13
4:14 6:18 20:10
26:15 39:9 60:9
69:19
errata 74:2,5,7,17
74:21 75:3,6,7
Escalera 3:12
Espauelas 71:23
Esq 74:6,11
Esquire 2:3,4,12
3:2,3
et 47:17 54:15
Ethypharm 1:7,7
6:4,7 7:21 9:23
10:18,20 11:18,21
11:23 12:2,12,16
20:20 21:17,22
22:6,8,13,22 23:2
23:9,11,20 26:22
30:19 31:3,4,4,15
36:16 37:21,24
38:3 40:2,4,7,8,9
40:11 41:7,18,22
41:24 42:7,11
43:7,20 44:12,17
45:5,8,14,20,21
46:19 47:18 48:5
48:7,17 49:6,17
60:24 61:8,10,17
61:23 64:7,14,17
64:17 66:18,19
67:17 68:24 69:4
69:7,8 70:3,13
75:3
Ethypharm's 66:11
Europe 19:6
European 32:21
evolution 48:2
exactly 9:7 14:16
30:14 33:13 50:22
61:21
Examination 4:4,5
5:6 62:13 70:21
example 18:3 35:10
Excuse 37:24 45:22
61:9
exhibit 6:17,20 7:5
7:23 8:9 10:22
12:22 20:10,13
21:4 26:11,15,17
29:6 30:8 37:4
39:9,20 40:23
45:7 46:17 47:6
47:13 60:9,11,12
60:22 69:16,19
EXHIBITS 1:3
existed 55:11 60:7

existence 12:5 18:9
exists 32:19
exit 52:19 59:3
experience 6:8
72:13
expires 73:24
explain 7:22 31:22
37:8 57:7,11,12
explained 67:14
explaining 46:18
47:5
expressed 56:4
extent 43:13
EYES 1:1 2:1 3:1
5:1 6:1 7:1 8:1
9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1
e-mail 13:19,20
14:3,5,14
e-mails 59:6,14

**F**
F 2:6 73:2
Fabricacion 7:16
facilities 30:12
40:11 41:22
fact 43:15
factory 21:10,19,23
25:10
far 42:16 43:18
fax 30:6
fifth 31:14
figure 42:17
files 30:2
finalize 40:19
finalized 27:19
finally 24:12

financed 42:11
fine 2:4 7:4 45:22
72:5
finish 13:23 19:18
finished 56:16 62:8
fire 57:23
fired 50:14 51:16
51:24 56:11 57:2
57:13,22 58:6
59:7 67:3
firing 59:14
first 8:7,8 16:22
21:2,7 30:4 39:17
39:19 41:4,14
52:13,18 53:9,11
54:12 56:3 60:15
five 30:18 31:2,6
37:20
five-minute 38:10
focused 58:19
following 41:9
foregoing 73:10
75:20
forget 58:19
forgotten 20:6
form 38:21
formal 8:5 56:9,24
57:2
formation 60:23
formed 32:13
Foundation 13:3
17:14 54:9
Fourth 33:7
frame 21:20 32:14
37:23 38:2 59:8
France 1:7 17:9,12
17:17 18:2,11,14
18:16,19,22 19:3
19:7,23 20:7
24:14 69:8
French 19:5 20:13
20:16
frequently 61:19
fulfill 22:17,22
function 17:7
Fundamentally
17:7
further 70:18

**G**
G 3:4,4
Garcia-Palencia
3:2
general 16:6 28:14
34:15 47:9 49:21
50:14 52:11 56:4
57:19 58:11,14
61:18

generalized 43:13
generally 14:5
28:14 47:9 49:5
49:13,15 65:21
Gerard 20:20
gestures 52:12 58:2
give 12:12 14:22
35:21 47:11 70:10
given 45:7 47:20
67:18 68:2,9,15
gladly 30:5
GMP 22:19,23 23:3
23:4 30:12
go 13:23 20:23
22:15 43:17 46:9
49:14 62:3
going 23:19 26:17
30:5 38:12 39:4
39:13 46:12 50:11
51:2 58:18,22
Gonzalez 71:18
good 5:7,8 14:23
22:19 62:14 72:12
granted 65:10
Grapa 5:10,11,13
5:17 35:9
Gregorio 3:3
guard 35:14

**H**
H 4:7
half 59:18
hand 51:6 73:16
handwriting 8:20
8:22 9:2
Hansberger 13:6
13:11 15:7,23
Hansberger's 14:7
happen 62:9
happened 11:19
27:21 63:6
happening 54:16
happy 56:4
head 35:9 54:19
headed 42:23
health 32:2 44:14
47:24 64:23 65:4
65:14 66:7
heard 55:2
hereunto 73:15
hire 31:6
hired 30:17
hiring 31:2
hold 15:22 35:10
51:6 54:12
holds 34:8
hope 72:9
hour 59:18,18

Page 79

humble 44:15
humidity 45:2
Huntington 1:21
  2:14

_____ I _____

idea 18:23
II 1:2
imagine 43:18
important 46:18
  58:17,18,21
impossible 22:17
inadvertent 45:24
indicate 46:6 74:16
indicated 15:22
indicating 37:17
industry 34:16,17
  34:20
inform 55:13
information 11:13
  11:15,17,20 12:3
  12:13,16 13:13,16
  32:12,23 36:3
  46:20 51:10
ingredients 23:15
  23:17 32:7,8
initial 28:6
initializing 12:21
Initially 18:12
initials 8:16 9:3
  11:3
inside 39:24
insist 24:10
insistence 30:19
install 22:24
installation 23:6
  40:6,7
installations 21:21
  21:23 22:6,9,12
  23:2 31:10 39:24
  40:2,12 42:12,15
  44:17 48:2
installing 40:9
  47:19
instruct 63:24
  64:16
instructed 66:4,10
  66:16
instruction 66:22
instructions 32:18
  67:19 68:3,10,16
  70:11 74:3,14
  75:4,8
intellectual 66:12
intention 7:24 8:4
  9:23 10:7 11:11
  30:11
intentions 4:10 6:18

7:11,12 9:9,14
  11:24 12:11 37:10
interest 9:15
interested 32:4
interests 8:3
intermediary 54:22
international 23:6
INTERPRETER
  3:12 13:21 19:8
  51:8 64:10
investment 22:16
  22:21
investments 21:9,18
  21:22 22:4
involved 42:4 61:2
issue 43:14 72:7
issued 65:6
issues 42:22 72:2
items 45:7,13 48:3
Ivelissa 3:12

_____ J _____

January 48:11
  60:13,17
Jean-Francois
  24:11
Jim 68:3
job 14:23 58:23
joint 60:23 61:11
Jonathan 2:4
Juan 71:5
June 1:23 5:3 20:17
  20:18 38:16 72:17
  73:12,17

_____ K _____

keep 34:24
kind 33:10
know 9:12 11:3
  13:12,14 14:15,16
  16:18,21 18:19,23
  19:18,19 20:3,3,8
  23:12,16 25:4,6,6
  28:2 29:11,11,13
  33:10,11,18 36:21
  37:10 43:2 50:21
  50:24,24 53:23,23
  53:24 54:21 58:5
  58:8,15,15,16,17
  59:2,10,17,17,18
  62:14
knowledge 28:14
  33:4,18 73:14
know-how 11:8,13
  12:13,17 25:8
  33:2,3,9,10,12,15
  33:20,23 34:9,21
  34:24 35:11,15

36:4,10,11,12
  37:21 38:4
Kristin 3:13

_____ L _____

laboratories 17:8
  30:17 47:20,22
  51:22 58:24 60:4
Laboratorios 5:10
  5:12,16,18,22
  12:3,4 17:11,12
  17:17 18:2,10
  19:2,7 27:8,13
  35:9 40:23 41:2,6
  41:17 42:13 44:11
  45:8,13 46:22
  50:8,15 55:12
  57:9 60:16 61:18
  63:2,5,7,9,12,13
  63:15,19,21 64:2
  64:6,21 65:6,11
  67:8 68:14,22,23
  70:9 71:6
Laboratory 49:19
  57:16
Lansoprazole 6:11
law 1:20
lawyers 39:12 44:3
leadership 54:3
  57:15
Leading 10:3 29:3
leave 51:22 58:4
leaving 56:6 59:7
led 52:7
Leduc 20:20 24:17
  24:23 26:21 29:10
  37:2,18 42:4
Leduc's 37:9,10
left 8:14 24:13
  58:12 60:16 61:22
  67:8,21,24 68:8
  68:14,23 70:9
  71:8
leoninos 49:10
letter 4:11,12 20:10
  20:17,21,24 21:7
  24:9,22 26:12,15
  26:21 29:5,19
  30:4 36:22,23
letters 29:15
let's 13:23 56:17
LEWIS 2:5
likewise 44:11
line 30:16 75:9
lines 31:20
list 45:7
listed 48:4
lists 45:12

little 17:24 37:8
  42:14,17 47:11
LLP 2:13
location 44:15
long 16:4 26:5
  43:10 59:16,17,19
  62:23
longer 14:20 51:3
look 6:21 39:16
  49:22 60:8,21
  69:22
looking 46:16
lot 54:15

_____ M _____

M 1:17 30:17 73:7
  73:21
machinery 22:7,9
  22:12 31:8,9 40:3
  40:7,8,10 45:18
  45:19 47:2,17
machines 44:19
Madrid 3:6 53:12
mail 13:16
maintenance 31:8
manager 50:14
  58:11,14
Manual 71:23
manufacture 23:9
  23:24 28:15,19,23
  30:13,18 40:5,13
  40:15 64:8 65:4
  67:20 68:4,11,18
  70:14
manufactured 7:21
  11:22 23:19 31:11
manufacturing 6:8
  6:11,13 7:17
  11:14,16,19 18:3
  21:11,14,18 22:19
  25:9 31:3,4,5,7
  32:9 34:22 39:24
  41:8,18,21 42:2
  44:20 46:21 65:19
  71:9
March 17:20 27:16
  73:24
mark 6:19
marked 6:18 20:11
  26:16 31:14 36:15
  39:10 44:9 60:10
  69:18
marketing 64:22
  65:13 66:5
marks 74:18 75:6
Marques 3:7
Massachusetts 1:20
  1:22 2:15 73:4,9

material 32:6
matter 39:11 44:3
matters 10:3
mean 19:9 23:14
  33:8 37:16 48:20
  54:18 57:7 58:22
  67:7
meaning 24:22 28:4
  33:11 49:10
means 23:5 33:15
  33:18 67:2
meant 13:21 36:21
  71:20,22
medical 65:19
  71:20,22
meet 16:11,15,23
  30:12 52:18
meeting 10:17 17:6
  24:24 56:3
meetings 10:20
  13:17 15:2,22
  16:3 52:20,23
  53:3,7
memory 10:17
  26:12 42:19
mentally 59:3
mentioned 20:7
  52:14 62:23 63:5
  64:20 69:10 70:22
  70:23 71:9,14,19
MERCADO 3:4
merchandise 31:10
messages 24:14
met 53:9
Michael 13:6,8,11
microgranulation
  6:15 24:7
microgranules 25:9
  44:21
middle 51:4
million 42:17 43:20
millionaire 30:20
mind 7:13 59:2,3
  69:22,24
mine 8:17 37:19
  69:18
ministry 32:2 47:24
  64:23 65:4,14
  66:6
minute 69:16
Misstates 10:2
  46:23
modifications 42:16
moment 21:2 46:10
  49:24 50:13 53:15
  55:23 62:8
Monterde 71:13
month 13:14 50:19
  50:23

months 24:15
morning 5:7,8
motions 38:22
Murphy 52:11,14
  52:18,21 53:6,10
  53:11 54:6,11
  55:4,6,10,10,15
  55:24 56:11 57:2
  57:18,21,24 59:6
  68:3

**N**

N 4:1
name 15:10,15,18
  15:20 27:12,17,24
  28:2,6,7 62:15
  65:5
names 13:5
native 14:8
near 8:20
necessarily 36:2
necessary 31:23
  44:13
need 7:3 31:14
  41:11 44:5 51:7
needed 40:13
Neff 17:23
negotiate 41:23,24
  64:17 70:13
negotiating 41:7,17
  41:21
negotiations 42:9
  42:10
never 7:21 9:16
  33:7 49:8 50:5,7
  67:23
nodding 45:24
Noriega 15:21
  16:16
norms 21:11,13
  23:6
Notary 1:18 73:8
  73:22 75:7
notations 74:18
  75:6
note 43:24 75:4
noted 75:21
notice 40:22
November 10:15
  41:16 50:23
number 5:3 8:20
  38:13,16 39:14
  48:8 72:18
NW 2:6

**O**

objection 7:18 10:2
  10:8,23 12:4 13:3

14:18 17:14 18:20
  19:5,24 21:20
  24:20 27:10 28:17
  29:2 32:14 33:16
  34:2,10 35:2,23
  37:23 40:17 41:20
  42:21 43:9,10,23
  46:23 50:4,11
  52:3 53:19 54:9
  56:13 57:5 58:13
  59:8 65:8
objectionable 43:19
objections 12:8
  35:6 38:21
obligated 71:3
obliged 36:18 70:5
obtain 28:21 44:15
occasions 16:20
offers 31:18
office 16:17 68:12
offices 1:20
officials 61:8,10,17
  69:7
okay 15:2 20:24
  21:3 69:20
Omeprazole 6:9
  12:14,17 23:18,23
  25:12,23 27:3,19
  27:24 31:7,16
  32:11,15 37:22
  38:4 64:8,24 65:5
  65:14 66:7,13,15
  66:18,20 67:21
  68:4,18 70:12,14
once 13:14
operation 18:6,14
  18:16,24
operational 21:12
operations 18:2,21
  49:18,19 55:20
  57:20 63:20 64:2
  66:20,21
opportunity 7:5
  14:23 21:4 62:10
order 21:11 24:12
  40:19 43:2 44:14
  48:22
orders 30:20
organize 8:5
original 29:21,23
  44:9 74:5,10,11
owned 42:13
ownership 22:6

**P**

P 2:3
packaging 44:21
page 4:3,9 8:8,15

8:19 9:2,6,20 11:4
  11:7 44:10,11
  60:21 74:20 75:7
  75:9
pages 1:2 9:20
  39:17 45:12 47:6
  47:13,16 48:4
paid 43:20
Palencia 3:4 45:24
Palmer 1:21 2:13
paragraph 11:7,9
  11:12 21:7 22:15
  24:9 25:7,19 30:4
  30:10 31:13,13
  33:6,7 36:14,15
  37:7,9,16,17,20
  41:4,14,15 42:8
  44:8 69:22
paragraphs 20:23
parallel 42:9
pardon 17:4 31:2
  70:12
part 13:8 25:15
  36:7 42:9 64:11
  64:18 65:24
participant 61:14
participate 61:5
particular 25:11
  49:3
parties 8:2 12:2,12
  30:21 34:12 41:10
  51:14 56:7
party 34:8 36:5
  45:4 49:18 74:9
pass 13:16
passing 13:13
pause 14:21 51:3
pecestas 43:21
pellet 24:5 66:13
  68:4,11 70:15
pelletization 6:15
  23:20 24:4,6
pellets 6:13 30:13
  31:19
people 13:4,5 15:3
  16:17 30:18 31:2
  31:6 34:15 52:15
  54:7 65:20,23
  70:22,24
Perez 1:14 4:3 5:5
  41:5 73:11 75:2
  75:24
perfectly 60:20
period 15:4 23:10
  41:16 67:14,15
  69:9
periods 14:5
permission 36:6

person 42:6 54:14
  54:17,21,23 55:24
personally 63:22
pesetas 42:17
pharm 32:20,21,21
  32:22 33:4
pharma 32:16,17
pharmaceutical
  21:12 23:7 32:20
  34:5,16,17,20
  58:24
Pharmaceuticals
  1:10 5:14,23
  56:14 62:16 75:3
phase 39:6 42:22
  43:3,5,12 50:4
  72:4
philosophical 56:12
  57:3
phone 14:6
phonetic 14:11
  23:14
place 40:6 44:18
  50:7,9
placed 44:18
Plaintiffs 1:8,15
  2:10
plans 55:11,14
plant 39:24 40:10
  47:21
plays 54:22
please 19:10 46:5
  57:12
plus 42:18
point 8:17 9:4
  11:21 17:15 36:19
  43:4 50:5,6 51:6
  70:6
pointing 37:4
points 9:6 46:2
politics 49:6
portion 39:4 41:13
  42:14
portions 9:21
position 17:21 18:5
  19:15 54:11 59:10
  59:23
possibility 25:14
possible 9:13 28:13
  28:19,21 29:4,21
  30:9 31:8 34:7
  35:4,4 47:15 54:5
  54:5
practical 32:9
practically 31:12
practice 10:12
practices 22:20
preoccupied 55:19

prepared 31:17
preparing 23:9
present 32:2
presented 32:10
preserve 38:21
president 17:8,11
  17:16 18:5,12,17
  19:2,16 20:4,5
  36:17 60:3 70:4
press 61:5
pretending 32:4
pretty 43:9
previous 36:17 70:4
prime 32:6
Prinsipios 23:14
prior 66:9 67:11,13
  68:7
probably 35:7
  45:23
problem 24:13
  48:21 49:3,5 50:2
procedure 1:17
  56:20
procedures 40:13
  40:15,19 57:19
proceedings 62:20
process 11:14,16,20
  23:7,20,22 24:3
  26:4,5 27:17 28:9
  32:5,8 61:3
produced 60:6,7
producing 46:21
product 18:8 25:21
  25:23 27:3 28:13
  28:16,22,24 31:24
  32:3 34:22 40:20
production 22:24
  44:20
products 23:7,8,18
  32:20 40:5,16
Professional 1:18
  73:8
profitable 30:22
project 9:15,16
  18:24 19:4,14,17
  19:22 58:17,19,21
  58:23 59:5
projects 23:11 41:9
  48:16,16 55:13
  68:12
promises 30:20
property 11:17
  22:13 25:11 34:9
  35:12,22 48:5,6
  53:13,16 66:12
proposal 58:7
proposed 14:12
  49:17 50:7

Page 81

proprietary 33:2
protect 23:22
provide 11:23 12:2
  12:16
provided 45:13
  56:24
provides 43:3
providing 46:19
provision 50:3
public 1:18 32:23
  32:24 33:3 73:8
  73:22 75:7
purchase 27:14,16
  63:9
purchased 28:11
  53:22 63:7,19
  64:5
purpose 35:5,8,8
  40:9
pursuant 1:16
pursue 43:12
put 38:19 42:21
  45:23
p.m 62:3,6 72:17,20

**Q**

question 12:9 19:10
  19:12,13 24:23
  25:2,22 27:4,6
  34:13,15 37:9,11
  44:5 52:4 56:18
  56:19 63:8 64:11
  64:12 68:7 69:5
questions 21:3
  26:24 42:24 43:5
  56:10,21 62:8,11
  62:22 70:18,19
  72:7

**R**

R 73:2
Rafael 3:2
ran 63:20
read 7:3 8:18 19:13
  20:13 21:2 37:12
  37:17 41:4,13
  42:8 44:5 49:4,23
  56:17,19 64:12
  69:23 75:20
reading 37:15
  74:16 75:4
reads 22:16 24:10
  25:7 33:7
reality 7:19 58:5
realize 56:15
reason 56:10 57:13
  75:5,10,11,12,13
  75:14,15,16,17,18

75:19
reasons 74:17
Rebeca 3:3
recall 15:10,15,18
  16:19,24 17:16
  20:21 21:15,17
  22:3,21 24:17
  25:5,16,22 26:3
  27:4,6,9,15,18
  31:2 49:2 50:17
  50:19 52:20 53:3
  53:9 57:21 60:15
receive 59:6
received 31:18
  74:22
receiving 44:12
Recess 38:14 46:13
reciprocal 36:12
recognize 6:22 7:2
  7:8 29:6,7,8,11,12
  34:8 37:13 39:19
  39:22 46:19 48:14
  48:15
recognizes 44:12
recognizing 39:23
  40:5
recollection 44:4
  51:16
record 38:12,19
  42:21 44:2 45:23
  46:10,12,15 62:3
  62:4,6 65:3 74:10
  75:22
refer 29:5 36:14
  71:24 75:7
references 32:19
referred 51:24 66:2
referring 11:15
  24:3 37:2
refers 11:13 30:7
regard 64:7 68:11
  70:14
regarding 12:17
  25:12 48:23 67:20
  68:3
regards 43:5 66:12
  66:15
register 25:21
  28:13,22 31:15
  32:5 37:21 38:4
registered 1:17
  27:3,8,24 31:16
  73:7
registering 25:23
  28:3
registration 18:8
  27:18 28:10
registry 31:24

32:11
reimburse 22:8
reimbursed 22:4
reimbursement
  21:9 22:5
relate 67:12,13
  70:11
relating 12:13 25:8
  59:14
relation 24:12,18
  36:24
relations 41:10
relationship 5:21
  6:3,7 36:16 37:5
  52:5 70:3,8
relationships 54:24
  55:22
release 61:6
remaining 45:12
remember 8:7 9:11
  10:16,21 11:2,5
  14:9 17:23 24:23
  26:9,10 36:23
  37:14 49:21 50:22
  51:13 53:4,8,8
  54:13 59:9,11,13
  60:18,19 61:20
  69:13
remind 22:16 25:7
repeat 64:10
repeated 30:14
REPLACE 74:20
reporter 1:18 28:5
  73:8
represent 30:22
  62:15
representatives
  10:18
representing 55:5,6
  56:2
request 31:23 47:23
  60:6
requested 65:9
requesting 19:10
required 22:22 23:2
  75:7
requirements 22:18
  22:23
reserve 50:11 72:3
  72:6
reserves 43:4,6
resign 19:15
resigned 20:4,7
  59:10
resigning 59:20,22
  60:3
resolve 58:10
respect 41:24

respond 43:10
  56:22
responds 37:9
response 24:16 72:2
responsibilities
  64:19
responsible 49:18
  54:15,18,23
review 7:5 10:11
  21:4
reviewed 6:23
revising 47:8
rgarciapalencia...
  3:9
right 42:24 43:6
rights 43:4
Rima 28:4
Rimafar 6:6,8 7:20
  12:6,12,17 21:8
  22:8 23:8,9,19
  25:24 27:4,8,11
  27:12 28:3,4,11
  30:11 36:16 39:23
  40:2,10,22 62:24
  63:7,10,12,19
  64:6,21 65:10,16
  68:22 69:4 70:3,9
  70:23
Rimafar's 21:19,23
ROBINSON 2:5
Ronald 13:6,10
rooms 21:13,14,18
  45:3
Rossignol 24:11,18
  24:24 36:18 37:6
  70:5,10
RPR 73:21
rules 1:16 30:12
run 64:2
R-I-M-A 28:7

**S**

S 4:7
SA 41:7 44:12 64:3
Saffair 33:18
sales 18:4
Sarcia 1:17 73:7,21
savoir-faire 33:8
saying 38:5 43:17
  67:2
says 8:24 21:7
  25:19 30:5,10,16
  31:14 36:5,15
  40:23 42:8
scheduling 43:2
seal 73:16
second 16:24 17:6
  22:15 30:3,10,10

42:8 44:11 60:21
secondary 32:7
secret 33:21 34:8
  34:24
secretary 14:7,8
  15:9,10,12,17
  29:17,19
Section 11:6 49:22
  50:3
sections 9:8,22
  42:12
see 11:8 20:15
  31:19 43:11 69:20
sell 66:18,20
send 29:23
sense 37:11,15
sent 20:19 29:10
sentence 36:20
sentences 14:21
September 50:21
  50:21,23 51:17,24
service 14:3
set 73:16
severance 59:21
share 36:3
sheet 74:2,5,7,17,21
  75:3,5,6,7
show 6:19 20:12
  26:8,17 39:13
  48:8 60:11
side 8:11,12,14
sign 36:8 48:18,19
  48:22 49:21 59:20
  59:22 74:18 75:6
signature 8:12,13
  8:15,16 11:3 29:8
  29:12,20 37:13
  41:7 74:3
signatures 8:8 9:3
signed 10:18,22
  29:9 36:9 74:8,21
simple 39:11
simply 35:21 41:13
  43:19 72:3
Sir 30:5
six 36:14,15 37:16
  37:17 47:6,13,16
  48:4
Sixth 36:15 70:2
skill 73:14
skipping 42:14
slightly 34:14
solve 24:13
somebody 17:23
sorry 11:2 41:12
sources 66:15
space 22:2 40:14,14
  47:19 68:12

**Spain** 1:7 16:12,13
  17:11 25:21,23
  40:12 41:1 42:6
  47:20,23 49:10,19
  50:8 51:23 52:23
  53:2,7,12 54:22
  54:24 55:16,20
  56:6,7 57:6,16,20
  59:4 60:4 61:22
  63:13,15,21 66:20
  69:8
**Spanish** 14:8 24:5
  29:19,22,23 31:24
  32:21 41:14 47:23
  48:9 53:16 64:23
  65:13 66:6
**speak** 17:5 51:9
**speaking** 43:9,10
  47:9,10 49:5,14
  49:16 51:11 65:21
**special** 16:21
**specially** 30:18
**specific** 10:21 49:2
  49:14
**specifically** 57:22
**specifics** 52:10
**speculation** 28:18
  34:3,11 35:3
  40:18
**spell** 28:5
**spoke** 54:12 55:5
**spoken** 53:6
**stand** 43:22
**standard** 21:12
**starting** 47:8
**state** 39:5
**stated** 39:7 56:9
**statement** 13:18
  25:17 30:23 39:2
**statements** 49:9
  75:22
**states** 1:4 13:2
  16:11,13 19:21
  24:15,19 52:24
  53:21 54:4,8,19
  54:22,23 55:8,9
  55:17,18,22 56:2
  62:19 63:24 66:17
  70:2 72:9
**stay** 71:6
**steal** 66:11
**stop** 19:3 51:7
**Street** 2:6
**strike** 11:23 17:4
  21:16 26:7 28:8
  34:13 38:22 55:2
  68:20 70:12
**Stuart** 13:6,10 15:7

15:23 16:16 17:22
  43:16
**subscribe** 75:22
**subsidiary** 19:6
  63:15
**substance** 10:4 32:7
**substances** 23:11
  23:12,15,17,22,23
  24:2
**sufficiently** 6:24
**suggest** 24:10
**suggested** 21:8
**suggestion** 14:19
**suite** 2:6
**summer** 50:20
**supplied** 74:17
**suppress** 19:9
**sure** 26:10 49:10
  53:23
**surface** 44:16
**sworn** 73:12
**S.A** 1:7,7

—— **T** ——
**T** 4:7 73:2,2
**take** 6:20 7:4 20:24
  33:6 38:9 50:8
  57:10 62:23 65:21
**taken** 1:15 40:6
  44:18
**talking** 26:11
**Tampa** 16:14,15,22
  57:18
**tape** 5:3 38:13,16
  72:18
**taxes** 42:18
**team** 65:15,17,20
  65:22 66:2 70:22
  70:24
**technical** 44:13,23
  44:24 46:20 47:22
  65:18 70:24 71:4
**technology** 14:15
  31:15,18 37:21,24
  38:3 66:13,14
  68:17 72:2
**telephone** 13:17
**tell** 6:21,24 8:24
  9:10,18 13:5
  17:24 39:18 44:2
  52:7 55:11 68:24
  69:9
**telling** 43:16
**temperature** 45:2
**term** 23:4 40:21
  53:5
**terminate** 19:17,22

**terminated** 52:5,5
**termination** 52:8
**terms** 22:19 48:23
  49:2 52:12 56:4
  57:19
**testify** 24:22 62:19
**testifying** 60:2
**testimony** 10:3
  46:24 53:20 74:17
  75:5
**text** 36:7,24 37:12
**thank** 62:12,18
  67:16 69:21 70:17
  72:8,14
**therefor** 74:17 75:5
**thereof** 74:9
**thing** 7:12 58:9,10
**things** 36:13
**think** 13:23 28:6,6
  45:23 47:5 53:11
  59:9 61:16,19
**third** 24:9 30:21
  45:4
**thought** 69:2,10
**three** 24:15
**Thursday** 1:22
  73:12
**time** 5:2 7:4,20 9:17
  12:5 14:12 15:4
  16:4,22 17:13
  21:20 23:10 32:14
  37:23 38:2,11,15
  41:2 46:11,14
  50:13 51:6 52:13
  52:19 53:9,11
  59:8 62:2,5 67:13
  67:15 68:21 69:9
  71:5 72:16
**times** 16:6
**Tina** 1:17 73:7,21
**title** 7:15 54:13
**today** 14:16 42:22
  62:22
**told** 57:21
**top** 8:20 9:2 11:7
  30:5 44:10,10
**topic** 17:3,4 33:18
**Trade** 53:17,18
**transcript** 73:10
  74:12,18,20 75:4
  75:6,7,20,22
**transferred** 25:13
**translate** 41:12
**translated** 15:11
  46:4
**translates** 39:20
**translating** 46:3
  51:9 70:2

**translation** 14:18
  18:20 33:12 49:11
  53:19
**translations** 14:19
**translator** 14:22
  41:13
**transporting** 31:10
**treat** 32:19
**truck** 70:15
**true** 30:13,23 73:13
**truth** 9:10 30:24
**trying** 9:11 34:18
  51:12 61:19
**Turning** 31:13
**Twice** 16:13
**two** 5:4 16:7 31:20
  37:12 38:13,17,17
  39:17 42:22 43:6
  50:4 52:22 56:7
  72:4,18
**types** 23:8

—— **U** ——
**Ulzus** 28:3
**unacceptable** 21:15
  49:12,13
**uncomfortable**
  55:21
**understand** 9:5
  30:7 33:17 34:18
  36:20 37:6 41:15
  54:11,18 56:22
**understanding** 9:18
  9:19 11:11 17:10
  27:23 28:23 33:14
  38:23 45:11 47:3
  47:12 54:6 55:16
  57:12 58:8
**understood** 54:14
**unfolding** 42:10
**United** 1:4 13:2
  16:11,13 19:21
  24:19 52:24 53:21
  54:4,8,19,21,23
  55:8,9,17,18,22
  56:2 62:19 63:24
  66:17 72:8
**USA** 15:17
**use** 25:14,15 36:6
  37:20 38:3 49:9
  68:18
**usual** 57:23
**usually** 13:18 14:6
  42:5 43:15,16
**utilities** 40:3
**utilization** 36:11
**U-L-Z-U-S** 28:7
**U.S** 28:10 63:18

**U.S.A** 14:4 15:3

—— **V** ——
**V** 75:3
**vabreu@eapdlaw...**
  2:17
**valuable** 33:24
  34:22 36:4
**various** 10:20 23:11
**venture** 60:24
  61:11
**verbal** 59:15 67:18
  68:2,9,16
**Veronica** 2:12
  62:15 74:6
**VIDEOGRAPHER**
  3:13 5:2 38:11,15
  46:11,14 62:2,5
  72:16
**videotaped** 5:4
**visit** 16:24
**volume** 1:2 5:4
  38:13,17 74:16,18
  75:6
**voluntarily** 20:3
**vs** 1:9

—— **W** ——
**waiting** 18:7
**walls** 45:3
**want** 26:9 35:21
**wanted** 24:24 38:19
  40:12,15 58:4
**wanting** 24:17
**Washington** 2:7
**wasn't** 18:8,23 49:7
  52:11 57:23 61:14
  72:9,11
**way** 14:14,17 34:14
  42:23 43:13 56:5
  57:23 62:18
**weekly** 16:8
**welcome** 62:21
**went** 16:13,22
**weren't** 56:15
**We'll** 60:8 62:3
**we're** 32:4 34:19
  38:12 46:12,15
  62:6
**WHEREOF** 73:15
**wish** 25:20
**wishes** 56:6 58:4
**witness** 9:10 24:21
  46:2 67:6 72:11
  73:15
**witnesses** 43:7
**witness's** 46:3,7
**word** 33:15 49:9

Page 83

53:15
**words** 29:18,23
**work** 34:16,17
  35:18 42:12
**worked** 62:24 69:6
**working** 5:12,16
  68:21 69:11
**wouldn't** 69:24
**write** 8:4 29:15,18
**written** 13:18 20:16
  29:14 67:18 68:2
  68:9,16

---
**X**
**X** 4:1,7

---
**Y**
**year** 14:9 16:6
  18:18 19:19 32:10
  61:21
**years** 13:7,21
**yesterday** 5:9

---
**Z**
**Zaragoza** 47:21
  64:8
**Zarnetske** 3:13

---
**0**
**00426** 69:19
**02199** 2:15
**04-1300-SLR** 1:5

---
**1**
**1** 1:2 9:22 11:4
**1.6** 11:6
**10** 9:6 10:6
**10:45** 38:11
**11** 9:6 10:6
**11:01** 38:15
**11:20** 46:11
**11:21** 46:14
**111** 1:21 2:14
**12** 48:11
**12th** 73:16
**12:05** 62:2
**12:17** 62:6
**12:40** 72:16,20
**1201** 2:6
**13** 73:24
**19** 60:13,17
**1989** 26:4,6 32:10
**1991** 6:2,4,7 10:15
  12:18 13:2,20
  14:2
**1992** 13:7,11,22
  14:2,5,9 15:3
  20:17,18 27:16

31:7 41:16 64:15
66:4,10,16 67:2,3
67:7,8,21,24 68:8
68:14
**1993** 17:20 27:21
  27:22 48:11
**1994** 12:18 13:2,7
  13:11,20 14:5
  15:4 18:18 20:9
  50:18,22,24 51:17
  51:21 52:2 53:20
  67:3,8,22,24 68:8
  68:15,24 70:9
**1995** 60:13,17

---
**2**
**2** 3:7 4:10 6:17,20
  7:6,23 8:9 10:22
  11:7 12:22
**2-7** 1:3
**20** 4:11 42:17
**20004** 2:7
**2006** 1:23 5:3 38:16
  72:17 73:13,17
**2009** 73:24
**202.659.6744** 2:8
**216** 30:17
**23** 20:17
**23rd** 20:18
**2466** 4:12 26:15
**2542** 4:10 6:18
**26** 4:12
**27** 43:20
**2715** 4:11 20:10
**28014** 3:6
**29** 1:23 5:3 10:15
  38:16 72:17 73:12

---
**3**
**3** 4:11 20:10,13
  21:5 26:11 30:8
  37:4,5
**3.4** 49:22,22,24
  50:3
**3317** 4:14 60:9
**360** 3:8
**39** 4:13

---
**4**
**4** 4:12 26:15,17
  29:6 33:6 44:8
  69:16

---
**5**
**5** 4:4,13 31:13 39:9
  39:14,20 40:23
  45:7 46:17,17
  47:6,13

**500** 2:6
**51** 3:8

---
**6**
**6** 3:7 4:10 8:19 9:2
  9:6,20 37:7,9 48:8
  69:22
**6/23/92** 30:6
**60** 4:14
**617.239.0577** 2:16
**62** 4:5

---
**7**
**7** 4:14 9:22 60:9,12
  60:22
**70** 4:4
**74** 75:7
**75** 1:2

---
**8**
**8** 9:6 10:6
**83** 3:8

---
**9**
**9** 9:6 10:6
**9:10** 1:23 5:2
**9095** 4:13 39:9
**91** 3:8

**Confidential - Attorneys' Eyes Only**

Page 1

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

2                                VOLUME I

                             PAGES 1 - 152

3                             EXHIBITS: 1-16

4      IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF DELAWARE

5

                    C.A. NO. 04-1300-SLR

6

7  ETHYPHARM S.A. FRANCE and        )

   ETHYPHARM S.A. SPAIN,            )

8        Plaintiffs,               )

                                    )

9  vs.                             )

                                    )

10 BENTLEY PHARMACEUTICALS,         )

   INC.,                           )

11       Defendant.

12

13

14      DEPOSITION OF CLEMENTE GONZALEZ

15  AZPEITIA, taken on behalf of the Plaintiffs,

16  pursuant to the Delaware Rules of Civil

17  Procedure before Tina M. Sarcia, Registered

18  Professional Reporter and Notary Public

19  within and for the Commonwealth of

20  Massachusetts, at the law offices of Edwards,

21  Angell, Palmer & Dodge, 111 Huntington

22  Avenue, Boston, Massachusetts, on Tuesday,

23  June 27, 2006, commencing at 9:00 a.m.

24

**Confidential - Attorneys' Eyes Only**

Page 2

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    APPEARANCES
3    Dwight P. Bostwick, Esquire
4    Jonathan D. Fine, Esquire
5    BAACH, ROBINSON & LEWIS
6    1201 F Street, NW, suite 500
7    Washington, DC 20004
8    202.659.6744
9    dwight.bostwick@baachrobinson.com
10   For the Plaintiffs
11
12   Joseph P. Mingolla, Esquire
13   Veronica C. Abreu, Esquire
14   Craig Stewart, Esquire
15   EDWARDS, ANGELL, PALMER & DODGE, LLP
16   111 Huntington Avenue
17   Boston, Massachusetts 02199
18   617.239.0577
19   jmingolla@eapdlaw.com
20   For the Defendant
21
22
23
24

Page 3

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    APPEARANCES
3    Rafael Garcia-Palencia, Esquire
4    Rebeca Corral Gregorio, Esquire
5    ALZAGA, G. PALENCIA, G. DE MERCADO &
6    ASOCIADOS
7    28014 Madrid
8    C/. Marques de Cubas, 6, 2 Dcha
9    91 360 51 83
10   rgarciapalencia@iberforno.net
11   For the Defendant
12
13   THE INTERPRETER: Jennifer Bautista and
14   Ivelissa Escalera
15
16   VIDEOGRAPHER: Kristin Zametske
17
18
19
20
21
22
23
24

Page 4

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2         I N D E X
3    DEPONENT
4    CLEMENTE GONZALEZ AZPEITIA         PAGE
5    Examination by Mr. Bostwick        7
6
7
8         E X H I B I T S
9
10   NO.  DESCRIPTION              PAGE
11 1   Letter                  59
12 2   Document                63
13 3   Letter of intent        65
14 5   Document                71
15 6   Telefax              81
16 7   Confidentiality agreement   91
17 8   Document, EP 2107        98
18 9   Facsimile, EP 2106      103
19 10  Fax, Bentl 8356         109
20 11  Document, EP 2767         117
21 11  Letter, EP 2767         118
22 12  Document, Bel 6304        118
23 13  Letter, EP 2771         124
24 14  Document, 9174          127

Page 5

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 14  Document, EP9174         130
3 15  Document, EP2462         130
4 16  Document, Betyl 2671       138
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

2 (Pages 2 to 5)

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**

JT-A-99

**Confidential - Attorneys' Eyes Only**

Page 6

1  CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2      THE VIDEOGRAPHER: This is tape
3  number one of Clemente Gonzalez Azpeitia
4  taken by plaintiffs in the matter of
5  Ethypharm S.A. France and Ethypharm S.A.
6  Spain, plaintiffs, versus Bentley
7  Pharmaceuticals, Inc., defendant, in the
8  United States District Court for the District
9  of Delaware.
10      This deposition is being held on
11  June 27, 2006 at 9:36 a.m. My name is
12  Kristin Zarnetske. I'm a legal videographer
13  representing Esquire Deposition Services.
14  The court reporter also in association with
15  Esquire is Tina Sarcia.
16      This deposition is being held in the
17  law firm of Edwards and Angell at 111
18  Huntington Street, Boston, Massachusetts.
19      Will counsel present, please,
20  introduce themselves for the record.
21      MR. BOSTWICK: Dwight Bostwick and
22  Jonathan Fine for the plaintiffs.
23      MR. MINGOLLA: Joseph Mingolla,
24  Veronica Abreu, Craig Stewart for the

Page 7

1  CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2  defendant, and also in the room are Rafael
3  Garcia-Palencia and Rebeca Gregorio from
4  IberForo in Spain.
5      THE VIDEOGRAPHER: Will the court
6  reporter, please, swear in the interpreter
7  and the witness.
8      (Interpreter sworn)
9      CLEMENTE GONZALEZ AZPEITIA, a
10  witness called by counsel for the PLAINTIFFS,
11  having been satisfactorily identified and
12  duly sworn by the Notary Public, was examined
13  and testified as follows:
14      *****
15      EXAMINATION BY MR. BOSTWICK
16 Q. Doctor, good morning.
17 A. Good morning.
18 Q. My name is Dwight Bostwick, and I represent
19  the plaintiffs in this action, and the
20  plaintiffs are Ethypharm and Ethypharm Spain.
21  Do you understand that?
22 A. Perfect.
23 Q. And the defendant in the case is Bentley
24  Pharmaceuticals, Inc. Do you understand

Page 8

1  CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2  that?
3 A. I don't understand.
4 Q. The defendants, the people that we have sued
5  are Bentley Pharmaceuticals, Inc.?
6 A. Yes.
7 Q. I will refer to Bentley Pharmaceuticals, Inc.
8  as Bentley today, okay?
9 A. Perfect.
10 Q. Let me explain a few things about the
11  procedure today. We have a translator here
12  to help you with Spanish. Do you understand?
13 A. I understand.
14 Q. And the deposition is also being videotaped,
15  and that's because it may be used at a later
16  date. Now, when we take a deposition, we
17  also have a court reporter. Do you
18  understand?
19      In order for the court reporter to
20  take down your answer, you must speak
21  verbally, so you can't just nod. You have to
22  say yes or no.
23 A. I understand.
24 Q. And I take it that you would like every

Page 9

1  CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2  question translated for you today?
3 A. Yes, please.
4 Q. I will plan to take breaks today during the
5  deposition. Do you understand?
6 A. Yes.
7 Q. But if you need a break, please, feel free to
8  say you would like one. Okay?
9 A. Yes.
10 Q. We can't take a break in between a question
11  and an answer.
12 A. I understand.
13 Q. You also can't discuss your testimony in
14  between breaks with the lawyers.
15 A. Okay.
16 Q. Do you have any questions for me before we
17  begin?
18 A. No.
19      MR. MINGOLLA: Could we go off the
20  record for one second.
21      THE VIDEOGRAPHER: The time is 9:41
22  a.m., and we're off the record.
23      (Recess)
24      THE VIDEOGRAPHER: The time is 9:42

3 (Pages 6 to 9)

**Confidential - Attorneys' Eyes Only**

Page 10

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    a.m. We're back on the record.
3 Q. Dr. Azpeitia, I would like to clarify one
4    point. The people who have brought the case
5    in the United States are Ethypharm France and
6    Ethypharm Spain. Do you understand that?
7 A. You mean both of them?
8 Q. Yes.
9 A. Yes.
10 Q. The people who are defending the case are
11    Bentley Pharmaceuticals, Inc. Do you
12    understand that?
13 A. Yes.
14 Q. Could you state your current address and
15    telephone number.
16 A. I live on the street called 7 Fuentes
17    Galapaga of the population of Galapaga. The
18    street is 7 Fuentes, number 37. The
19    population of Galapaga in the province of
20    Madrid. The country is Spain.
21 Q. How old are you?
22 A. 65 years old.
23 Q. I've been referring to you as Dr. Azpeitia;
24    is that accurate?

Page 11

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 A. Yes.
3 Q. Could you state your full name for the
4    record, please.
5 A. Clemente Gonzalez Azpeitia.
6 Q. I apologize if I have the wrong pronunciation
7    but I'll try.
8 A. Magnificent.
9 Q. I understand you previously worked at a
10    company called Laboriatorious Belmac?
11 A. Yes.
12 Q. What years did you work at Laboriatorious
13    Belmac?
14 A. March or April of '93.
15 Q. Was the company called Laboriatorious Belmac
16    when you started?
17 A. Yes.
18 Q. What was the first job you held in 1993 at
19    Laboriatorious Belmac?
20 A. Commercial director, commercial sales. I
21    don't remember exactly how it was, the title,
22    I mean; but it was commercial sales.
23 Q. Who hired you?
24 A. Mr. Perez De Ayala, Mr. Angel Perez De Ayala.

Page 12

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 Q. How long did you hold that position?
3 A. Approximately two years.
4 Q. Until approximately 1995?
5 A. Yes.
6 Q. What position did you attain in 1995?
7 A. General director.
8 Q. So you became the general director of
9    Laboriatorious Belmac in approximately 1995;
10    is that correct?
11 A. Exactly.
12 Q. Do you recall the exact date?
13 A. No.
14 Q. Do you recall whether it was early in 1995 or
15    late in 1995?
16 A. Halfway.
17 Q. And how long did you hold the position of
18    general director at Laboriatorious Belmac?
19 A. Four years, approximately.
20 Q. Until approximately 1999?
21 A. Yes.
22 Q. And who hired you to be general director of
23    Laboriatorious Belmac?
24 A. Mr. Jim Murphy.

Page 13

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 Q. What was Jim Murphy's position?
3 A. President.
4 Q. President of what?
5 A. President of Belmac.
6 Q. Now, as I understand it, there is a company
7    Bentley Pharmaceuticals in the United States;
8    is that correct?
9 A. Yes, that's correct.
10 Q. And the name of Bentley Pharmaceuticals used
11    to be Belmac Corporation; is that correct?
12 A. Yes.
13 Q. Do you know when the name changed from Belmac
14    Corporation U.S.A. to Bentley
15    Pharmaceuticals?
16 A. No.
17 Q. In 1995 when you became general manager of
18    Laboriatorious Belmac was the parent company
19    called Belmac Corporation or Bentley; do you
20    know?
21 A. Belmac.
22 Q. Belmac Corporation. I'm going to refer to
23    the company in the U.S. as either Belmac
24    U.S.A. or Bentley. Is that okay?

4 (Pages 10 to 13)

**Confidential - Attorneys' Eyes Only**

Page 14

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 A. Can you repeat it, please?
3 Q. For purposes of the deposition today, I'm
4    going to refer to the United States company,
5    the parent company as Belmac U.S.A. or
6    Bentley?
7 A. I may interpret it the wrong way. It worries
8    me to confuse a term. May we simplify?
9 Q. Why don't we just refer to the U.S. company
10    as Bentley even if it was Belmac Corporation
11    for a period of time?
12 A. It worries me that in my answers I may get
13    confused that I may be referring to Belmac in
14    the states or Belmac in Spain. Can we find a
15    more common term?
16 Q. This problem of confusion exists between
17    Laboriatorious Belmac in Spain and the Belmac
18    Corporation in the U.S., correct?
19 A. I don't find the confusion, but in the
20    conversation the confusion may arise.
21 Q. It's difficult for someone to understand
22    whether one is talking about Belmac U.S.A.
23    or Belmac Spain if one refers to Belmac,
24    correct?

Page 15

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2        MR. MINGOLLA: Objection.
3 A. Now I understand. Belmac U.S.A. and Belmac
4    Spain. That's okay. I learned.
5 Q. When you became general director of Belmac
6    Spain, what company or companies was Jim
7    Murphy working for?
8        MR. MINGOLLA: Objection.
9 A. Belmac, for Belmac Spain. All I know is the
10    work of Belmac Spain.
11 Q. Was Mr. Murphy also working for Bentley
12    U.S.A.?
13        MR. MINGOLLA: Objection.
14 A. Yes, I think so.
15        MR. MINGOLLA: Can we go off the
16    record for one second.
17        THE VIDEOGRAPHER: The time is 9:54
18    a.m.
19        (Recess)
20        THE VIDEOGRAPHER: The time is 9:57
21    a.m. We're back on the record.
22        MR. BOSTWICK: Could you read back
23    the last question and answer.
24        (Question read)

Page 16

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 Q. What position did Jim Murphy hold in Bentley
3    U.S.A. when you were hired as general
4    director?
5        MR. MINGOLLA: Objection.
6 A. I think he was a president.
7 Q. And it was Mr. Murphy that hired you to be
8    the general director of Laboriatorious Belmac
9    in Spain?
10 A. Yes.
11 Q. Now, you said you worked as a general
12    director until approximately 1999, correct?
13 A. Uh-huh.
14 Q. What job did you hold after 1999?
15 A. Director of strategic planning.
16 Q. And who appointed you to that position?
17 A. Mr. Murphy.
18 Q. Was Mr. Murphy also the president of Bentley
19    Pharmaceuticals in the U.S.A. at that time?
20 A. Yes.
21 Q. Did he hold any position at Laboriatorious
22    Belmac at that time?
23 A. He was the president and the appointed --
24    sorry. He was president and the appointed --

Page 17

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2        MR. BOSTWICK: Why don't you spell
3    the words out in Spanish of what Jim Murphy's
4    position is. Is there a formal expression?
5        MS. GREGORIO: CEO.
6 Q. Is chief executive officer an accurate
7    description of what Jim Murphy was?
8        MR. MINGOLLA: Objection.
9 Q. At Laboriatorious Belmac?
10 A. Official.
11        MR. BOSTWICK: I think the best
12    thing is we should actually spell the title
13    that he had in Spanish since it may not
14    translate directly or he doesn't know. Why
15    don't you get the actual title and then spell
16    it out for the court reporter.
17 A. C-O-N-S-E-J-E-R-O D-E-L-E-G-A-D-O D-E
18    C-O-N-S-E-J-O-D-E,
19    A-D-M-I-N-I-S-T-R-A-C-I-O-N.
20 Q. Is it fair to say that in 1999 that your
21    understanding was that Jim Murphy was the top
22    official at Bentley U.S.A.?
23        MR. MINGOLLA: Objection.
24 A. The head official, I don't understand what

5 (Pages 14 to 17)

**Confidential - Attorneys' Eyes Only**

Page 18

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    that means.
3 Q.  The top boss.
4 A.  The boss, it's an undefined term.  In Spain
5    it doesn't exist.
6 Q.  What's the top -- was he the top person in
7    the company?
8        MR. MINGOLLA:  Objection.
9 A.  In what company?
10 Q.  Bentley.
11 A.  Yes.
12 Q.  How about Laboriatorious Belmac?
13 A.  Also.
14 Q.  How long did you work in the position of --
15    I'm sorry.  Which was the position you held
16    after 1999 in Laboriatorious Belmac?
17 A.  Me?
18 Q.  Yes.
19 A.  Director of strategic planning.
20 Q.  And how long did you work in that position?
21 A.  Until October 2002.
22 Q.  And did you retire at that point?
23 A.  Yes.
24 Q.  And are you retired now?

Page 19

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 A.  Yes.
3 Q.  We have talked about some of the positions
4    that you have held at Laboriatorious Belmac.
5    Were you also on the board of directors at
6    Laboriatorious Belmac for a period of time?
7 A.  I don't understand.
8 Q.  Was there a committee or a board of directors
9    that controlled the decisions of
10    Laboriatorious Belmac?
11 A.  Belmac Spain?
12 Q.  Yes.
13 A.  Belmac Spain, yes.
14 Q.  And who was on that board while you were
15    general director?
16 A.  Mr. Murphy, the president; and myself,
17    general director.
18 Q.  Anyone else?
19 A.  No.
20 Q.  How often did you meet as a board of
21    directors while you were general director?
22 A.  Can you clarify a little bit more?
23 Q.  You said that the board of directors of
24    Laboriatorious Belmac in Spain consisted of

Page 20

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    you and Mr. Murphy from 1995 to 1999?
3 A.  Yes.
4 Q.  That's correct?
5 A.  Yes.
6 Q.  And how often did the board of directors meet
7    formally between 1995 and 1999?
8 A.  I don't understand very well formally.
9        MR. MINGOLLA:  I will just register
10    an objection here.  My understanding that the
11    translator is mistranslating the words "board
12    of directors."
13        MR. BOSTWICK:  What is the term
14    she's using?
15        MS. ABREU:  She is saying -- and the
16    correct term is --
17        MR. MINGOLLA:  The translator is
18    saying -- and it should be --
19 Q.  Let me ask the question again.  From 1995 to
20    1999 was there a board of directors at
21    Laboriatorious Belmac in Spain?
22 A.  Yes.
23 Q.  And who was on that board of directors?
24 A.  Mr. Murphy, the secretary, I don't remember

Page 21

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    his name at this moment, and I don't know who
3    else.
4 Q.  Was Jim Murphy on the board of directors?
5 A.  Yes.
6 Q.  So as I understand it, you were on the board
7    of directors.  Jim Murphy was on the board of
8    directors and one other individual whose name
9    you can't recall?
10 A.  No.  I wasn't on the board of directors.
11 Q.  You were not on the board of directors of
12    Laboriatorious Belmac; is that correct?
13 A.  No, I don't think so.
14 Q.  So you don't recall any meetings with a board
15    of directors that you were a part of during
16    1995 to 1999 --
17 A.  No.
18 Q.  -- in other words; is that correct?
19 A.  Yes.
20 Q.  Let's talk about the structure of
21    Laboriatorious Belmac in Spain.  Okay?
22 A.  Yes.
23 Q.  As I understand it, there was an office in
24    Madrid, and there was a manufacturing plant

6 (Pages 18 to 21)

**Confidential - Attorneys' Eyes Only**

Page 22

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    in Zaragoza?
3 A.  Yes.
4 Q.  And just to clarify, I'm talking about the
5    period while you were general manager from
6    1995 to 1999.  Okay?
7 A.  Yes.
8 Q.  What was the purpose of the office in Madrid?
9 A.  They would take care of the administration
10    and general directing and commercial
11    directing also.
12 Q.  Was one of the responsibilities to report to
13    the parent company Bentley U.S.A.?
14 A.  No.
15 Q.  Did the people in the Madrid office of
16    Laboritorious Belmac ever report to Bentley
17    U.S.A. while you were general director?
18 A.  No.
19 Q.  How many people were in the office in Madrid
20    from 1995 to 1999?
21 A.  It varied.
22 Q.  How about in 1995 when you became general
23    director?
24 A.  Approximately six people.

Page 23

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 Q.  And were you working as general director in
3    the Madrid office?
4 A.  Yes.
5 Q.  Who else was working in the Madrid office in
6    1995?
7 A.  Mr. Jose Mari Esteves financial director.
8 Q.  E-S-T-E-V-E-S?
9 A.  Z. Pedro Vasquez as commercial director.
10    Two people as secretaries, one reception, and
11    the managers of the commercial zone would
12    show up, three managers of the commercial
13    zone sporadically.
14 Q.  Did the number of people at the Madrid office
15    increase from '95 to 1999?
16 A.  Yes.
17 Q.  In 1999 when you left as general manager, how
18    many people were working in the Madrid
19    office?
20 A.  Exactly it's hard to count them.  If you
21    want, I can make the effort.
22 Q.  Can you give me an approximation?
23 A.  Yes, 18 people approximately.
24 Q.  And who owned the building in Spain?

Page 24

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 A.  Which building?
3 Q.  I'm sorry, the office in Madrid.
4 A.  Which office?
5 Q.  How many offices were there?
6 A.  There were two -- three.
7 Q.  Can you describe each office for me?
8 A.  Yes.  The first one was on the street Paseo
9    De La Castellana.  I don't remember the
10    number.  The second one was on the street of
11    Montearragon.
12 Q.  Let me interrupt for a moment.  Just so I
13    understand, were there three offices at the
14    same time, or did you change offices three
15    times in Madrid?
16 A.  We changed office.  There were never three.
17 Q.  There were never three at once?
18 A.  No.
19 Q.  Did the same -- did Bentley own all of the
20    offices, all the three offices in Madrid?
21 A.  No.
22 Q.  Who owned the offices of Madrid?
23 A.  Proprietors that were external from the
24    company.

Page 25

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 Q.  So you rented the property?
3 A.  Yes.
4 Q.  Who paid the rental fees, Bentley or
5    Laboritorious Belmac in Spain?
6 A.  Belmac.
7 Q.  In Spain?
8 A.  Belmac Spain.
9 Q.  During the 1995 to 1999 time period while you
10    were general manager or general director, how
11    many people worked at the Zaragoza plant?
12 A.  I think in my corporation in '95 there are
13    approximately 75 people.
14 Q.  Did that number grow?
15 A.  Yes.
16 Q.  In 1999 how many people were working at the
17    plant in Zaragoza?
18 A.  I don't remember exactly.
19 Q.  Can you give me an estimate?
20 A.  Forty-five, 50.  It could be.
21 Q.  So the number of people who were working in
22    Zaragoza decreased from 1995 to 1999?
23 A.  No.  From 35 to 50, increased.
24 Q.  Just to clarify, let me clarify, in 1995

7 (Pages 22 to 25)

**Confidential - Attorneys' Eyes Only**

Page 26

1   CONFIDENTIAL - FOR ATTORNEYS' ONLY
2   there were approximately 35 people in
3   Zaragoza plant?
4 A. Yes, I think so.
5 Q. And in 1999 there were approximately 50
6   people in Zaragoza?
7 A. Yes.
8 Q. And what was the relationship that
9   Laboritorious Belmac had with its parent
10   company in the U.S. from 1995 to 1999?
11 A. Could you repeat the question, please?
12 Q. Was there relationship between Bentley
13   U.S.A. and Laboritorious Belmac in Spain
14   while you were general director?
15 A. In what sense?
16 Q. In any sense.
17       MR. MINGOLLA: Objection.
18 A. I don't know.
19 Q. How would you describe the relationship with
20   Bentley U.S.A. and Laboritorious Belmac
21   between 1995 and 1999?
22       MR. MINGOLLA: Objection.
23 Q. If there was any relationship?
24       MR. MINGOLLA: Are you talking about

Page 27

1   CONFIDENTIAL - FOR ATTORNEYS' ONLY
2   his current understanding or his
3   understanding during the period he was the
4   general manager?
5 Q. I'll rephrase the question. From 1995 to
6   1999 while you were general director, how
7   would you describe the relationship between
8   Laboritorious Belmac in Spain and Bentley in
9   the U.S.?
10       MR. MINGOLLA: Objection.
11 A. It's a relationship that was taken by
12   Mr. Murphy.
13 Q. Could you explain what you mean by that?
14 A. It could be the financial department,
15   communication of results, yes, communication
16   of the results.
17 Q. Did Bentley in the U.S. influence the
18   decisions of Laboritorious Belmac?
19       MR. MINGOLLA: Objection.
20 A. No.
21 Q. Not in any circumstance?
22 A. No.
23 Q. Never between 1995 and 1999?
24       MR. MINGOLLA: Objection.

Page 28

1   CONFIDENTIAL - FOR ATTORNEYS' ONLY
2 A. No.
3 Q. In other words, that's correct?
4 A. What.
5 Q. In other words, it's correct that there was
6   never any direction from Bentley to
7   Laboritorious Belmac from 1995 to 1999?
8 A. We had a total independency.
9 Q. I'm sorry. There was a total independence.
10   Is that what you said?
11 A. In the decisions. We would inform Bentley of
12   our results and the accounts of the results.
13 Q. Did Jim Murphy influence the decisions of
14   Laboritorious Belmac during 1995 to 1999?
15 A. No.
16 Q. Is it true that you can't recall a single
17   circumstance -- tell him I haven't finish the
18   question.
19       Is it true you can't recall a single
20   circumstance between 1995 and 1999 where Jim
21   Murphy influenced the decisions of
22   Laboritorious Belmac in Spain?
23       MR. MINGOLLA: Objection.
24 A. He was president of Belmac. As president of

Page 29

1   CONFIDENTIAL - FOR ATTORNEYS' ONLY
2   Belmac, he did influence.
3 Q. Did he influence it, Laboritorious Belmac,
4   as the president of Bentley?
5       MR. MINGOLLA: Objection.
6 A. I don't know Jim Murphy's influence.
7 Q. You don't know whether Jim Murphy influenced
8   Laboritorious Belmac?
9       MR. MINGOLLA: Objection.
10 Q. From 1995 to 1999?
11 A. I don't know Jim Murphy's influence and his
12   double job.
13 Q. I'm trying to understand. Is your testimony
14   that you don't understand whether Jim Murphy
15   influenced Laboritorious Belmac?
16       MR. MINGOLLA: Objection.
17 Q. Or that you don't know in what capacity he
18   influenced Laboritorious Belmac?
19       MR. MINGOLLA: Objection. No time
20   frame.
21 Q. During 1995 to 1999?
22 A. I knew and I worked with Jim Murphy, the
23   president of Laboritorious Belmac.
24 Q. And you knew and you worked with Jim Murphy,

8 (Pages 26 to 29)

**Confidential - Attorneys' Eyes Only**

Page 30

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

1
2 the president of Bentley, correct?
3      MR. MINGOLLA: Objection.
4 A. No. No, I knew Jim Murphy, the president of
5   Bentley.
6 Q. So Jim Murphy was the president of Bentley
7   and the president of Belmac in Spain?
8      MR. MINGOLLA: Objection.
9 A. Yes.
10 Q. And did Jim Murphy influence the activity of
11   Laboriatorious Belmac in Spain while you were
12   general manager?
13      MR. MINGOLLA: Objection.
14 A. As the president of Laboriatorious Belmac.
15 Q. Did Jim Murphy influence Laboriatorious
16   Belmac in Spain as Bentley's president?
17      MR. MINGOLLA: Objection.
18 A. Yes, of course.
19      MR. BOSTWICK: I'd appreciate it if
20   when you make an objection, you tell the
21   basis, not lengthy, simply what it is. Then
22   if there is a problem with form --
23      MR. MINGOLLA: Dwight, at some point
24   when you're at a convenient breaking point,

Page 31

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

1
2   can we just take a five-minute break?
3      MR. BOSTWICK: Sure. Let me ask a
4   few more questions in this area.
5 Q. Who are the people that you dealt with from
6   Bentley U.S.A. from 1995 to 1999?
7 A. I would like to clarify. What do you mean by
8   dealt with?
9 Q. Any form of communications, telephone,
10   writing, meetings. And you've already
11   testified I believe that you communicated
12   with Mr. Murphy, correct?
13      MR. MINGOLLA: Objection.
14 A. Yes, I would communicate with Belmac's
15   president, with other people from Bentley. I
16   would know them, and I had relationships with
17   technical people from Belmac, mainly the
18   financial director -- with the financial
19   director of Bentley, Michael Price.
20 Q. Michael Price?
21 A. Financial director of Belmac, Mr. Estevez,
22   with Michael Price.
23 Q. Did you have discussions with Michael Price
24   from 1995 to 1999?

Page 32

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

1
2 A. No.
3 Q. Never or just infrequently?
4 A. No, because I had assigned the -- I
5   administer direction to Mr. Estevez.
6 Q. Do you ever recall being in a meeting with
7   Michael Price between 1995 and 1999?
8 A. Myself, no, but people within my team, yes.
9 Q. Do you ever recall speaking to Michael Price
10   directly on the telephone between 1995 and
11   1999?
12 A. No. Directly, no. Through Mr. Estevez but
13   no.
14 Q. How about Mr. Stote? Do you know Robert
15   Stote?
16 A. Yes.
17 Q. Did you ever meet with Robert Stote between
18   1995 and 1999?
19 A. Yes, I saw him. I met him.
20 Q. Approximately how many times?
21 A. Three times or four.
22 Q. Was there anyone else from Bentley U.S.A.
23   other than Mr. Murphy, Mr. Price and
24   Mr. Stote that you met with or spoke with as

Page 33

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

1
2   you've described between 1995 and 1999?
3 A. I met a secretary. I don't remember her
4   name. There is another person that was
5   director of investigation, I think, of
6   Bentley.
7 Q. Approximately when?
8 A. Which person?
9 Q. The person you just referred to,
10   investigations.
11 A. At the end. I'm not sure but probably in
12   '99. I don't remember his name right now.
13 Q. Why don't we take a break for ten minutes,
14   and I would caution you, again, not to speak
15   about your testimony with the lawyers during
16   the break.
17 A. Perfect.
18      THE VIDEOGRAPHER: The time is 10:38
19   a.m. We're going off the record.
20      (Recess)
21      THE VIDEOGRAPHER: The time is 10:50
22   a.m. We're back on the record.
23 Q. Dr. Azpeitia, I'll -- I'll start again.
24   Dr. Azpeitia, when you became general

9 (Pages 30 to 33)

**Confidential - Attorneys' Eyes Only**

Page 34

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    director of Laboratiorious Belmac in 1995,
3    there was a relationship with Ethypharm in
4    France and in Spain; is that correct?
5        MR. MINGOLLA: Objection as to form
6    as to relationship.
7 A. Correct.
8 Q. How would you describe the relationship
9    between Ethypharm and Bentley and Belmac in
10   1995 --
11       MR. MINGOLLA: Objection as to form.
12 Q. -- when you became general director?
13 A. There was a relationship between Ethypharm in
14   Spain and Belmac in Spain.
15 Q. How would you describe that relationship --
16       MR. MINGOLLA: Objection as to form.
17 Q. -- in 1995? There was a manufacturing
18   relationship, correct?
19 A. Yes.
20 Q. And is it correct that Belmac manufactured
21   Omeprazole for Ethypharm during this period?
22 A. Yes.
23 Q. Is it true that Laboriatorious Belmac also
24   manufactured other drugs and medicines for

Page 35

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    Ethypharm in 1995?
3 A. Yes.
4 Q. And is it true that Laboriatorious Belmac
5    manufactured Omeprazole and other medicines
6    between 1995 and 1999 while you were general
7    director?
8 A. For Ethypharm, yes.
9 Q. Was Omeprazole the single largest source of
10   profit for Laboriatorious Belmac between 1995
11   and 1999 while you were general manager?
12 A. Can you clarify the question?
13 Q. Did Omeprazole make the most money for
14   Laboriatorious Belmac while you were general
15   manager?
16       MR. MINGOLLA: Objection. Vague.
17 A. We would obtain benefits from Omeprazole in
18   different ways in Belmac.
19 Q. What were some of the ways?
20 A. We'd produce pellets, capsulating pellets and
21   selling capsules, the finished products in
22   the market, fundamentally in the Spanish
23   market.
24 Q. Was the production and sale of Omeprazole

Page 36

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    with Ethypharm the most profitable aspect of
3    Laboriatorious Belmac operations?
4        MR. MINGOLLA: Objection as to form.
5    Ambiguous.
6 A. I'm sorry, but I have to ask again to clarify
7    what sense. I don't understand the question
8    very well.
9 Q. What was the most profitable drug that
10   Laboriatorious Belmac was involved with from
11   1995 to 1999?
12       MR. MINGOLLA: Objection as to form.
13   Involved with.
14 A. In general if we talk as a medicine,
15   Omeprazole was the product that was the most
16   sold in Belmac.
17 Q. That's true for the period between 1995 and
18   1999 while you were the general manager?
19 A. Yes.
20 Q. Was Lansoprazole a product that was
21   manufactured by Belmac for Ethypharm?
22       MR. MINGOLLA: Objection. Time
23   frame.
24 A. I don't remember exactly if it was in my time

Page 37

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    period as director, but, yes, during the time
3    that I worked for Belmac, maybe as director
4    of strategic planning, but I don't remember
5    exactly the date.
6 Q. Let me make sure that I'm clear on your
7    answer. You do remember that Belmac in Spain
8    manufactured Lansoprazole for Ethypharm, but
9    you don't remember what time period; is that
10   correct?
11 A. Yes, but I'm not sure of anything. I did
12   know it was a project, but I'm not sure when
13   it took place, and I'm sorry about that.
14 Q. Do you know whether Lansoprazole uses the
15   same or a similar pellet technology to
16   manufacture?
17       MR. MINGOLLA: Objection as to form.
18   Similar.
19 A. I don't remember.
20 Q. Who would be the most knowledgeable person
21   about technology issues --
22       MR. MINGOLLA: Objection.
23 Q. -- while you were general director of
24   Laboriatorious Belmac?

10 (Pages 34 to 37)

**Confidential - Attorneys' Eyes Only**

Page 38

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 A.  At some point the last two years, '98, '99 or
3      '97, '98, Mr. Adolfo Cabodevilla.  He was
4      general director with me.
5 Q.  I believe he said after, is that correct,
6      after?
7 A.  From '96 or '97 or '99 with me, general
8      director.
9        MR. MINGOLLA:  Objection.
10 Q.  I was asking a question -- let me just
11      clarify.  Okay.  I was asking a question
12      about technical knowledge, and who within
13      Laboratiorious Belmac would know the most
14      about pellet technology while you were
15      general director?
16 A.  In 1995, Mateo Gasca.
17 Q.  In what year?
18 A.  In '95.  Mateo Gasca was the chief of the
19      plant of micrograins.
20 Q.  Microgranules?
21 A.  Him and Antonio Cabodevila, that was director
22      of production.  Later the person who I think
23      that knew the most about the pellets was
24      Adolfo Herrera.

Page 39

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 Q.  While you were general director, how often
3      did Jim Murphy travel to Spain?
4        MR. MINGOLLA:  Objection.
5      Foundation.
6 A.  I don't understand, traveled.  What do you
7      mean traveled?  I don't understand.
8 Q.  While you were general director between 1995
9      and 1999, did Jim Murphy ever travel to
10      Spain?
11 A.  Yes.
12 Q.  How often in general?  One time a week?  One
13      time a month?  One time a year?
14        MR. MINGOLLA:  Objection.
15 A.  Once every two or three months,
16      approximately.
17 Q.  And how often would he stay in Spain when he
18      traveled to visit?
19 A.  One week.
20 Q.  Always or generally?
21 A.  Generally.
22 Q.  And what were the purposes of Mr. Murphy's
23      visits?
24        MR. MINGOLLA:  Objection.

Page 40

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2      Foundation.
3 A.  The follow-up of Belmac's company.
4 Q.  Was it to provide input and assistance into
5      the operations of Laboritorious Belmac?
6        MR. MINGOLLA:  Objection as to form.
7      What do you mean by input or assistance?
8        MR. BOSTWICK:  I'll let that stand.
9      The normal English meanings.
10        MR. MINGOLLA:  As translated.
11 A.  I don't understand the question.
12 Q.  Was one of the purposes that Mr. Murphy
13      visited Spain was to provide input and
14      assistance?
15        MR. MINGOLLA:  Objection as to form.
16 Q.  I haven't finished the question.  Let me try
17      it again.  Was one of the purposes of
18      Mr. Murphy's visits to Spain while you were
19      general manager from 1995 to 1999 to provide
20      instruction and assistance to the operations
21      of Laboritorious Belmac in Spain?
22        MR. MINGOLLA:  Objection as to form.
23      Objection as to translation.
24 A.  No.  It was mainly to know in situ, tell him

Page 41

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2      over the phone in situ what I would tell him
3      on the phone every week.
4        MR. MINGOLLA:  I'm going to object
5      to any recasting of the fact.  We have
6      another translator here who is willing to
7      step in.  I think a lot of these problems
8      would be alleviated, so we should go off the
9      record after we hear this answer back.
10        MR. BOSTWICK:  Let me just say that
11      we're halfway into an area, and I do want to
12      finish a few questions in this area and with
13      this translator and witness because I think
14      it would be disruptive.
15        I'm more than willing to have
16      another translator if that's what you would
17      like, but I do think we have a question
18      pending and an answer pending, and it's a
19      little disconcerting to have a lengthy
20      dialogue between those issues.
21        MR. MINGOLLA:  We have an answer
22      being read back, and I will continue to
23      object to the continued use of this
24      translator when we have made great efforts to

11 (Pages 38 to 41)

**Confidential - Attorneys' Eyes Only**

Page 42

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
1. get a new translator who is more familiar
2. with the terminology who is ready, willing
3. and able to step in rather you continue
4. pursuing a line of questioning using a
5. translator who is having difficulties with
6. some of these particular issues.
7.     MR. BOSTWICK: We are in between a
8. question and answer.
9.     MR. MINGOLLA: Let's have the answer
10. read back.
11.     (Question read)
12. Q. Let me follow up on this question. As I
13. understood what you said, it was that a
14. *purpose of Mr. Murphy's visits was to*
15. *understand on site what you discussed with*
16. *Mr. Murphy on weekly telephone conversations?*
17.     MR. MINGOLLA: Objection as to form.
18. A. The word "discuss" isn't right to me.
19. Q. What is correct to you?
20. A. *Conversations, what I told him, inform*
21. *Mr. Murphy every week, generally on Fridays,*
22. *what we were doing in Spain, and thank God*
23. *the success is that we're having and some*

Page 43

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
1. problems that we also had. So when he would
2. come to Spain, we would review with more
3. detail all the circumstances. He was an
4. animator of the --
5.     MR. MINGOLLA: I object to this
6. translation.
7. A. Animator of the transactions in Belmac
8. because while I was in Belmac as general
9. director things went very well.
10.     MR. BOSTWICK: Why don't we break
11. for a minute or two and go off the record.
12.     THE VIDEOGRAPHER: The time is 11:13
13. a.m. and we're going off the record.
14.     (Recess)
15.     THE VIDEOGRAPHER: The time is 11:25
16. a.m. We're back on the record.
17.     MR. BOSTWICK: Just to explain
18. briefly, we have been proceeding with the
19. translations with Jennifer; and at the
20. request of Bentley's attorneys, we have
21. another translator present to assist, if
22. necessary, who will sit next to Jennifer, and
23. she will probably be sworn in, correct? Why

Page 44

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
1. don't we do that with the court reporter.
2.     (Interpreter, Ivelissa Escalera,
3.     sworn)
4.     MR. BOSTWICK: And just to clarify,
5. so that we aren't here through the entire
6. summer, what we'll do is have Jennifer
7. translate the questions and answers as she's
8. been doing, and to the extent she needs help
9. or to the extent that there is some
10. disagreement or issue, we can refer to the
11. other translator, Ivelissa.
12.     Just so I can get on the record,
13. Joe, is that an appropriate statement?
14.     MR. MINGOLLA: That's acceptable to
15. us.
16. Q. I believe, Dr. Azpeitia, that we were
17. *speaking of Jim Murphy's visits to Spain?*
18. A. Yes.
19. Q. And we were discussing the purposes of those
20. *visits?*
21. A. Yes.
22. Q. Could I get you to state one more time the
23. purposes, as you understood it, of

Page 45

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
1. Mr. Murphy's visits to Spain while you were
2. general director?
3.     MR. MINGOLLA: Objection as to form.
4. A. The purpose was to review the matters of the
5. company that we had already stated in phone
6. conversations that we had every week.
7. Q. Was one of the purposes of Mr. Murphy's
8. visits to monitor the Ethypharm relationship?
9.     MR. MINGOLLA: Objection as to form.
10. As to monitor, relationship. You can go
11. ahead and answer the question.
12. A. I don't understand monitor. I have an
13. understanding of the word -- I don't
14. understand the word.
15. Q. Was one of the purposes of Mr. Murphy's
16. visits to Spain to review the relationship
17. with Ethypharm?
18.     MR. MINGOLLA: Objection as to form.
19. A. Yes. Among them, yes.
20. Q. And was one of the purposes of Mr. Murphy's
21. visits while you were general director to
22. discuss the manufacture of Omeprazole?
23.     MR. MINGOLLA: Objection. Leading.

12 (Pages 42 to 45)

**Confidential - Attorneys' Eyes Only**

Page 46

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 A. Yes, that was one of the most frequent
3     subjects.
4 Q. What were the subjects -- strike that.
5         Were those two subjects also
6     subjects that you discussed in your weekly
7     telephone conversations with Mr. Murphy?
8 A. The subjects, I don't know the subject.
9 Q. The relationship with Ethypharm and the
10    manufacture of Omeprazole?
11        MR. MINGOLLA:  Objection as to form.
12 A. Yes.
13 Q. And did Mr. Murphy provide ideas about those
14    subjects in your phone conversations?
15        MR. MINGOLLA:  Objection as to form.
16 A. We all gave ideas on the telephone
17    conversations, and on his visits to Spain it
18    wasn't only myself and Mr. Murphy.  There
19    were also other people from my team always
20    because of my difficulty with English,
21    always.
22        Always in the beginning Mr. Estevez
23    was there, financial director and also had
24    Fernando Berenguer.  He was director of

Page 47

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2     development.  And later on also Adolfo De
3     Basilio and Fernando Berenguer on the phone
4     also open conversations, always.
5 Q. Let's talk about the telephone conversations.
6     I understand that from 1995 to 1999 you had
7     weekly telephone conversations with Jim
8     Murphy in the United States; is that correct?
9         MR. MINGOLLA:  Objection as to form
10    in the United States.
11 A. Practically, yes.
12 Q. How many people would participate in those
13    telephone calls?
14        MR. MINGOLLA:  Objection.  Which
15    call?
16 A. The ones I mentioned before.
17 Q. So a typical telephone conversation in 1995,
18    for example, who would be on that telephone
19    call?
20        MR. MINGOLLA:  Objection as to form.
21    Typical.
22 A. In '95 it was Mr. Estevez, and then another
23    person I forgot to mention before that was
24    always there was our interpreter, Laura

Page 48

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2     Peterson.  She was the president of the
3     general director and the president of Spain.
4 Q. Let me clarify.  Was she the secretary of the
5     president of Laboriatorious Belmac in Spain
6     and Bentley in the U.S.  Is that what I heard
7     you say?
8 A. No.  Only Belmac Spain.
9 Q. She was the secretary of the president of
10    Belmac Spain?
11 A. Yes, she would act as the secretary of
12    Mr. Murphy in Spain when he was here -- when
13    he was in Spain.
14 Q. How long did Laura Peterson hold that
15    position?
16        MR. MINGOLLA:  Objection as to form.
17    As to position.
18 A. I think while I was general director, of the
19    four years I was general director.
20 Q. Did she continue when Adolfo Herrera was
21    general director?
22 A. For some time but not in the secretary
23    position.
24 Q. What position?

Page 49

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 A. Administrative.
3 Q. Was Laura Peterson the main person who
4     translated for you during the telephone
5     conversations you held with Mr. Murphy?
6 A. One of the persons.  The other persons were
7     Fernando Berenguer, Mr. Estevez and
8     Mr. Herrera.
9 Q. How long did the telephone conversations
10    generally last with Mr. Murphy?
11 A. Thirty minutes, 15, 30 minutes.
12 Q. Who participated in the United States?  Only
13    Mr. Murphy?
14        MR. MINGOLLA:  Objection as to form.
15    Which call?
16 A. I think always only Mr. Murphy.
17 Q. Did you generally call Mr. Murphy in the
18    United States?
19 A. Sometimes he would call.
20 Q. But was he in the United States in the
21    offices of Bentley when you spoke with him?
22 A. I think so but other times at his house.
23 Q. In the United States?
24 A. Yes.

13 (Pages 46 to 49)

**Confidential - Attorneys' Eyes Only**

Page 50

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

1
2 Q. When Mr. Murphy came to Europe, did he also
3    meet with Ethypharm representatives?
4       MR. MINGOLLA: Objection.
5    Foundation.
6 A. Sometimes -- sorry. He did at one time, at
7    one point.
8 Q. During the period from 1995 to 1999, while
9    you were general manager, did Mr. Murphy meet
10   with representatives of Ethypharm Spain?
11 A. With representatives, yes, with
12   Mr. De Basilio.
13 Q. Did he meet with Mr. De Basilio often?
14      MR. MINGOLLA: Objection as to form.
15 A. The beginning, yes. In the beginning, very
16   often. Later, almost never. I mean, the
17   beginning year 1995, and with time less. I
18   think in 1999 not at all.
19 Q. When Mr. Murphy traveled to Europe, did he
20   also meet with people from Ethypharm in
21   France?
22 A. On some occasions, I think. I remember, yes.
23   But a very few times.
24 Q. Did you ever go to Ethypharm's offices in

Page 51

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

1
2    France with Mr. Murphy that you recall?
3 A. Yes, I remember at least once but not more
4    than that. Maybe two but I don't think more
5    than that.
6 Q. Tell me what you remember about that
7    occasion.
8       MR. MINGOLLA: Objection. What
9    occasion? You referenced possibly twice.
10 A. Very few times because in those meetings
11   Mr. Berenguer and Mr. Herrera also
12   intervened, and they would intervene more
13   than I would because it was a subject that
14   they knew more than I did. Basically me and
15   Mr. Murphy would go just to listen. We would
16   know very little about the subject.
17 Q. Did Mr. Murphy meet with Adolfo De Basilio
18   alone on occasion?
19 A. I think so. I don't know if it was in
20   France, but in Spain, I know they did.
21 Q. Did Mr. Murphy meet with representatives from
22   Ethypharm France alone on occasion?
23 A. I think so.
24 Q. Did Mr. Murphy have telephone conversations

Page 52

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

1
2    with Adolfo De Basilio alone?
3 A. Yes.
4 Q. With Ethypharm France representatives as
5    well?
6 A. Yes, I think so.
7 Q. Let me ask you about when you were hired as
8    the general director in 1995. How did it
9    come about that you were hired to be the
10   general director of Laboriatorious Belmac?
11 A. You would have to ask Mr. Murphy.
12 Q. Was there a person in the job before you?
13 A. Yes.
14 Q. Who was that?
15 A. Mr. Perez Ayala.
16 Q. Was Mr. Ayala fired?
17 A. Yes, I think so.
18 Q. Do you know why Mr. Ayala was fired?
19 A. No. I would have to speculate.
20 Q. Did you ever speak with Mr. Murphy about why
21   Mr. Ayala was fired?
22 A. No, I think never.
23 Q. Did you ever speak with Mr. Ayala about why
24   he was fired?

Page 53

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

1
2 A. I talked to him after he was in the company
3    regarding a product that he had leftovers,
4    stock, and he wanted me to buy them; but we
5    talked about business, myself as director of
6    Belmac and himself as a director of another
7    company, but we didn't talk about his firing.
8 Q. Who fired Mr. Ayala?
9 A. I don't know.
10 Q. Mr. Murphy hired you?
11 A. Yes.
12 Q. Why do you think Mr. Ayala was fired?
13      MR. MINGOLLA: Objection. Calls for
14   speculation.
15 A. I would have to speculate. I don't know the
16   exact reason.
17 Q. When Mr. Murphy hired you, was there an
18   application process?
19 A. I don't understand about the application
20   process.
21 Q. Were there other applicants?
22 A. I don't know.
23 Q. Did anyone else apply for the job that you
24   know?

14 (Pages 50 to 53)

Page 54

1   CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 A. I don't understand the word "apply." If
3   there were other candidates?
4 Q. Yes.
5 A. I don't know.
6 Q. How long after Mr. Ayala was fired were you
7   hired?
8 A. Months, before a year, I think so.
9 Q. More than a few months and less than a year?
10 A. Yes.
11 Q. And who ran Laboriatorious Belmac as the
12   general director in between Perez Ayala and
13   you?
14      MR. MINGOLLA: Objection as to form.
15 A. I think Mr. Murphy held that position.
16 Q. When you were hired by Mr. Murphy as general
17   director, did he sit you down and tell you
18   what he expected that you would do in your
19   job?
20 A. Yes.
21 Q. What were the types of things he told you
22   were expected of you?
23 A. I think what he always expects, to not get to
24   the limit where the company loses money,

Page 55

1   CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2   break even.
3      MS. ESCALERA: To get to the point
4   where the company would not lose money.
5 Q. Just to clarify, one thing that Mr. Murphy
6   told you was to get the company to a point
7   where it wasn't losing money?
8 A. Exactly, that's the main objective.
9 Q. Did you discuss the Ethypharm relationship in
10   that discussion?
11      MR. MINGOLLA: Objection as to form.
12   Relationship.
13 A. I don't remember.
14 Q. Did you discuss Omeprazole in that
15   conversation?
16 A. I don't think we stated that.
17 Q. While you were general manager, did you ever
18   make a decision that Jim Murphy opposed or
19   disagreed with?
20      MR. MINGOLLA: Objection as to form.
21 A. No.
22      MS. ESCALERA: Can you repeat the
23   question, please?
24      (Question read)

Page 56

1   CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2      MR. BOSTWICK: Do you have a problem
3   with the question as translated?
4      MS. ESCALERA: Decision that Murphy
5   opposed or disagree with --
6 A. I would make the decisions. I would comment
7   them with Mr. Murphy, the most important
8   ones; and I don't remember him rejecting the
9   ones that I proposed from the important ones
10   because the ones that weren't important I
11   wouldn't consult on.
12 Q. For the important decisions, did you always
13   consult Mr. Murphy?
14      MR. MINGOLLA: Objection as to form.
15   Important decisions as undefined.
16 A. Yes, I would consult with them.
17 Q. And you were never in disagreement with
18   Mr. Murphy on a major decision?
19      MR. MINGOLLA: Objection.
20 A. I don't remember any important ones or not
21   important. I don't remember. Generally it
22   was an excellent relationship. I have a very
23   fond memory. I had a person that understood
24   me, and I would animate the company's

Page 57

1   CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2   progress. I have to remind you that the
3   company was going very well. Our progress is
4   very strong.
5 Q. What were the important factors that drove
6   the success of your company between 1995 and
7   1999?
8      MR. MINGOLLA: Objection as to form.
9   Important factors.
10 A. In the beginning with the good evolution of
11   the pharmaceutical products in Spain.
12 Q. Which pharmaceutical products in Spain were
13   most important to your growth?
14      MR. MINGOLLA: Objection as to form.
15   Important.
16 A. The main ones were Omeprazole and Enalapril,
17   E-N-A-L-A-P-R-I-L, that sold. Mr. Perez
18   Ayala and I picked up the results from the
19   sales to invest them in the development of
20   other products.
21 Q. Was the growth of Omeprazole the most
22   important factor in the success of
23   Laboriatorious Belmac between 1995 and 1999?
24      MR. MINGOLLA: Objection as to form.

15 (Pages 54 to 57)

**Confidential - Attorneys' Eyes Only**

Page 58

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    Growth of Omeprazole.
3 A. Sorry.
4 Q. Was the growth of the success of Omeprazole
5    the most important factor in the success of
6    Laboriotorious Belmac?
7        MR. MINGOLLA: Objection.
8    Foundation and ambiguous.
9 A. Yes. But the procedure of the medical
10   specialty in the Spanish market,
11   pharmaceutical specialty in the Spanish
12   market was among the first brands of
13   Omeprazole.
14 Q. Was the micropellet technology the most
15   important factor in the growth of
16   Laboriotorious Belmac?
17       MR. MINGOLLA: Objection as to the
18   undefined term "micropellet technology."
19 A. No.
20       MR. BOSTWICK: We'll break.
21       THE VIDEOGRAPHER: The time is 11:58
22   a.m. on June 27, 2006. This is the end of
23   tape number one.
24       (Recess)

Page 59

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2        THE VIDEOGRAPHER: The time is 12:10
3    p.m. on June 27, 2006. This is tape number
4    two.
5        MR. BOSTWICK: Can you pause it?
6        THE VIDEOGRAPHER: The time is
7    12:10. We're going off the record.
8        (Recess)
9        THE VIDEOGRAPHER: The time is 12:11
10   p.m. We're back on the record.
11 Q. I have a few documents I would like to show
12   you now, Dr. Azpeitia, all right. And the
13   first document we will show you is document
14   number 1.
15       (Exhibit No. 1, Letter, so marked)
16 Q. I would like you to take a look at that
17   document and read it briefly. Okay?
18 A. Someone needs to translate this document.
19 Q. Do you ever read documents in English for
20   your business?
21 A. No.
22 Q. And normally you would have someone at your
23   office translate documents if they were in
24   English?

Page 60

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 A. Yes.
3 Q. This is a document which is a letter from Jim
4    Murphy to Dr. De Basilio, and the second --
5    let me read a couple of lines there and have
6    this translated. All right. The letter
7    reads, Dear, Senor De Basilio, Thank you for
8    your rapid response in communication on
9    Monday. I appreciate your interest in
10   Belmac. I wish to inform you of my visit in
11   France on 12 December 1994. And I'll skip
12   down here. It says he will be in Paris on 13
13   December and will travel to Madrid on the
14   14th and 15th.
15       My question to you is whether you
16   remember Mr. Murphy coming to Paris and
17   Madrid around December of 1994?
18 A. I don't remember.
19 Q. Is this before or after you were general
20   manager? Do you know?
21 A. Based on the date, I'm thinking it was
22   before.
23 Q. Let me read you part of the last paragraph.
24   It says, During my visit to Paris, I am most

Page 61

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    anxious to speak about opportunities to
3    expand our collaborative relationship in the
4    areas of manufacturing, microgranulation of
5    products -- and I'll skip a couple of words
6    and just go to -- and other ways in which our
7    companies can grow and prosper together.
8        My question to you is do you
9    remember discussions with Ethypharm around
10   the end of 1994 or the start of 1995 about
11   expanding the relationship?
12       MR. MINGOLLA: Objection. Are you
13   referring to discussions to which he was a
14   party?
15       MR. BOSTWICK: Either.
16 A. I don't know. I don't understand why Belmac
17   couldn't expand Ethypharm. This were
18   Ethypharm issues.
19 Q. This letter was written by Jim Murphy at
20   Belmac Corporation, correct?
21       MR. MINGOLLA: Objection.
22 A. I don't know.
23 Q. Do you understand what Mr. Murphy means by
24   saying he wants to expand the relationship

16 (Pages 58 to 61)

**Confidential - Attorneys' Eyes Only**

Page 62

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    between Belmac Corporation and Ethypharm?
3        MR. MINGOLLA: Objection. Calls for
4    speculation.
5 A. I can understand that it was an interesting
6    point.
7 Q. What was an interesting point?
8 A. Because Omeprazole is and continues being one
9    of the best sell molecules in the
10    pharmaceutical business worldwide, and anyone
11    that is in the pharmaceutical industry is
12    very aware of this.
13 Q. Is this an example of Mr. Murphy contacting
14    Ethypharm directly?
15        MR. MINGOLLA: Objection.
16 A. It could be.
17 Q. Did you speak to Mr. Murphy before he sent
18    this letter?
19        MR. MINGOLLA: Objection.
20 A. No, I don't remember. And most likely I was
21    not general director yet.
22 Q. Do you know if Mr. Ayala had weekly phone
23    calls with Mr. Murphy before you were general
24    director?

Page 63

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 A. I didn't know him.
3 Q. Let me show you another exhibit.
4        (Exhibit No. 2, Document, so marked)
5 Q. This is the second exhibit, so if you can
6    refer to that. Now, this is also in English,
7    and it's another letter from Mr. Murphy at
8    Belmac Corporation in the United States to
9    Adolfo De Basilio, and the date is January
10    19, 1995.
11        Do you know whether you were general
12    director during this time period?
13 A. I don't remember exactly. Most likely I was
14    not.
15 Q. Was Mr. Ayala still general director?
16 A. I know the official assignment of -- as of
17    general director at Belmac, I know it was in
18    June or September 1995 officially, but prior
19    to that, I did carry some responsibilities
20    without having the title, formally been
21    assigned a title, but I don't know exactly.
22 Q. This letter, the first page, let me read you
23    the first two lines, okay. It says, Dear
24    Adolfo, pursuant to the spirit of our recent

Page 64

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    discussions, attached is a public disclosure
3    which we wish to release concerning our
4    intent to work closely for mutual benefit.
5    Please review the announcement which has been
6    designed to be only the basic framework of
7    our future relationship.
8        And my question to you is: Do you
9    recall participating in discussions with
10    Ethypharm yourself around January 1995?
11 A. No, I don't remember.
12 Q. Is this -- are these discussions that
13    Mr. Murphy had directly with Ethypharm alone?
14        MR. MINGOLLA: Objection.
15    Foundation.
16 A. Most likely, yes.
17 Q. I'm going to turn to the second page of the
18    document, and it says, Belmac announces
19    formation of joint venture with Ethypharm in
20    establishing drug delivery research and
21    development.
22        Did you write this announcement?
23 A. I don't remember.
24 Q. Well, would you have written this in English?

Page 65

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 A. In English, no, but I don't remember, and not
3    even in Spanish I don't remember.
4 Q. I refer to the bottom of the page, and it
5    says for further information, contact Jill
6    Perrone or Michael Price and the telephone
7    numbers are U.S. numbers; is that correct?
8 A. Yes.
9 Q. Did Jill Perrone or Mike Price draft this?
10    Do you know?
11 A. I don't have an idea, no idea.
12 Q. Did you ever see this document before today?
13 A. No.
14 Q. Were you involved at all in trying to
15    negotiate a joint venture with Ethypharm in
16    January of 1995?
17 A. I don't remember.
18 Q. Do you remember if anyone from Laboriatorious
19    Belmac was involved?
20 A. I don't remember.
21 Q. Let me show you a third exhibit.
22        (Exhibit No. 3, Letter of intent, so
23        marked)
24 Q. Why don't we read the first paragraph and the

17 (Pages 62 to 65)

**Confidential - Attorneys' Eyes Only**

Page 66

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
1  title. The title is "Letter of Intent," and
2  the first paragraph says, This letter of
3  intent is presented to Ethypharm by Belmac
4  Corporation.
5
6      Now, do you understand that to mean
7  Belmac Corporation U.S.A. or Laboriatorious
8  Belmac?
9      MR. MINGOLLA: Objection. Calls for
10  speculation.
11 A. I don't know what was intentioned. I don't
12  recognize the letter. I just don't know.
13  What date is this letter?
14 Q. I don't believe it has a date on it. Have
15  you ever seen this letter before?
16 A. No.
17 Q. Let me show you another document. I believe
18  this is Exhibit No. 4, and it appears to be a
19  draft of a manufacturing agreement dated
20  March 21, 1995. Have you ever seen this
21  document before?
22 A. I don't remember -- I don't think -- either
23  from this time or other times, I just don't
24  remember exact any letters. Something may

Page 67

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
1
2  sound familiar, the content of some letters
3  may sound familiar, but to remember the
4  letter, it will be very difficult for me to
5  remember, this one and others. I don't know
6  if this is a personal problem of mine or just
7  a general problem.
8 Q. Well, let me ask you: Were you the general
9  director of Laboriatorious Belmac in March
10  21, 1995?
11 A. As I mentioned before, I don't know exactly
12  when I took over those responsibilities. Our
13  company was a very small company, and it
14  wasn't well organized, and that's the reason.
15 Q. The first sentence of the manufacturing
16  agreement says, Mr. James R. Murphy on behalf
17  and in representative of Laboriatorious
18  Belmac. Do you see that?
19 A. Yes, I can see it perfectly.
20 Q. Did you participate in the negotiation of a
21  manufacturing agreement with Ethypharm around
22  March of 1995?
23 A. I don't know if exactly during this period of
24  time or close to this period of time, but I

Page 68

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
1
2  do remember in 1995 I was participant of
3  various conversations regarding of getting to
4  an agreement, manufacturing agreement with
5  Ethypharm.
6 Q. Did you participate in those discussions with
7  Mr. Murphy?
8 A. On some occasions, yes.
9 Q. Did you participate in discussions with
10  people from Ethypharm?
11 A. Yes, during this period of time that I
12  mentioned prior, yes, you know, this period
13  of time that we haven't been able to really
14  detail the specific dates.
15 Q. Who would you have had conversations with at
16  Ethypharm?
17 A. With Mr. De Basilio, Adolfo De Basilio.
18 Q. Only Mr. De Basilio?
19 A. Yes, only.
20 Q. Did you have conversations with Mr. Debregeas
21  during this time at Ethypharm France?
22 A. No.
23 Q. In contracts that you were involved in, would
24  they be written in English or Spanish?

Page 69

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
1
2      THE INTERPRETER: He doesn't
3  understand the word I used "to involve," so
4  I'm going to say participant. Is that okay?
5 A. They were in Spanish.
6 Q. Is this contract in English for Mr. Murphy's
7  benefit?
8      MR. MINGOLLA: Objection.
9 A. I don't know.
10 Q. Is there anyone in Laboriatorious Belmac in
11  Spain that would want to write a contract in
12  English?
13      MR. MINGOLLA: Objection. Calls for
14  speculation.
15 A. You know, it could be during this period of
16  time of March 1995, it could be Mr. Estevez.
17 Q. Do you recognize the handwriting on page 2 of
18  the document?
19 A. This one right here?
20 Q. Yes.
21 A. No. But I have a lot of difficulty
22  remembering and recognizing handwritings,
23  faces.
24 Q. Who drafted contracts for Laboriatorious

18 (Pages 66 to 69)

**Confidential - Attorneys' Eyes Only**

Page 70

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    Belmac during this time period?
3 A. Mr. Estevez and Mr. Javier Santos whom is an
4    attorney on behalf of Belmac; Mr. De Basilio
5    on behalf of Ethypharm.
6 Q. Do you have any memory of negotiating any
7    manufacturing agreement yourself with people
8    from Ethypharm around March of 1995?
9 A. Yes. We're talking about the year 1995,
10    correct?
11 Q. March of 1995.
12 A. The month of March that is what I don't know
13    exactly but the year 1995, yes.
14 Q. Would you agree that Mr. Murphy was in charge
15    of negotiating manufacturing agreements with
16    Ethypharm in March of '95?
17        MR. MINGOLLA: Objection.
18 A. He will intervene. Mr. Murphy
19    will intervene.
20 Q. Can you get a clarification what that means?
21    What do you mean Mr. Murphy will intervene?
22        MR. MINGOLLA: Objection.
23    Foundation.
24 A. Before prior to I taking care of the

Page 71

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    directive of Belmac, Mr. Murphy took care of
3    all the directive decisions of Belmac.
4 Q. Let me show you another exhibit.
5        (Exhibit No. 5, Document, so marked)
6 Q. What is that document?
7        MR. MINGOLLA: Objection.
8    Foundation.
9 A. Well, what I see here is a document from
10    legal counsel from Javier Santos which is the
11    attorney of Belmac in Spain or was attorney
12    of Belmac in Spain in which offices of -- we
13    had numerous meetings, Mr. Estevez,
14    Mr. Santos, Mr. De Basilio and myself.
15 Q. During what time period?
16 A. Along the year 1995. And we wrote -- you
17    know, myself at my office, I had a big
18    quantity of drafts, of contract drafts.
19 Q. What were those drafts designed to do?
20        MR. MINGOLLA: Objection as to form.
21    Designed to do.
22 A. It was deciding, try to organize relationship
23    between Belmac Spain and Ethypharm Spain.
24 Q. Was a contract that covered all aspects of

Page 72

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    the relationship with Ethypharm and Belmac
3    ever signed?
4        MR. MINGOLLA: Objection. Which
5    Ethypharm entity?
6 A. Can you clarify a little bit more? What do
7    you mean by all?
8 Q. Let me ask it this way: There was a
9    relationship between Ethypharm in France,
10    Ethypharm in Spain, Bentley in the U.S.,
11    Belmac in Spain; is that correct?
12        MR. MINGOLLA: Objection as to form.
13 A. No, I was only involved in trying to organize
14    or normalize relationships between Ethypharm
15    Spain and Belmac France.
16 Q. Did those discussions include Mr. Murphy?
17 A. On some occasions Mr. Murphy will intervene.
18 Q. Did they also include Mr. Adolfo De Basilio?
19 A. Of course.
20 Q. And he was at Ethypharm Spain?
21 A. Yes.
22 Q. Did those discussions also include people
23    like Mr. Debregeas, Mr. Leduc and others in
24    Ethypharm France?

Page 73

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2        MR. MINGOLLA: Objection.
3 A. I'm not aware of it. I do know that Mr. De
4    Basilio did receive instruction from France.
5 Q. Did you ever speak personally with
6    Mr. Debregeas or Mr. Leduc?
7        MR. MINGOLLA: Ever?
8 A. Yes, with Mr. Debregeas. I believe his name
9    was Debregeas, but I'm not 100 percent sure
10    of the person.
11 Q. Was it Mr. Murphy's role to speak directly
12    with Mr. Debregeas and others at Ethypharm
13    France?
14        MR. MINGOLLA: Objection as to form.
15    Role.
16 A. Not in specific. Usually it was us from
17    Spain.
18 Q. How many times did you speak with
19    Mr. Debregeas?
20 A. If it was the person I remember was
21    Mr. Debregeas, I do remember one time in
22    Spain; and it was at a dinner, but I don't
23    remember the date, anything specific.
24 Q. Were you with Mr. Murphy?

19 (Pages 70 to 73)

**Confidential - Attorneys' Eyes Only**

Page 74

1   CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 A. No. It was Mr. De Basilio, Mr. Debregeas, if
3   it was, and myself.
4 Q. What can you tell me about that dinner?
5 A. It was quite interesting. If I remember
6   correctly, if this person was Mr. Debregeas,
7   he came to make a presentation of a more
8   positive established company.
9 Q. What did this person who you think was
10   Mr. Debregeas, what did he look like?
11 A. As I said before, I'm not good with faces. I
12   won't be able to tell you. Something such as
13   yourself. A little bit older than you but I
14   don't remember.
15 Q. Do you know when this meeting took place or
16   this dinner?
17 A. Not the date.
18 Q. The year?
19 A. Not the year either.
20       THE INTERPRETER: Prior to the date
21   he said I do remember well.
22 A. What I do remember that it was the very
23   beginning of a relationship. If it wasn't
24   improved relationship, it was more positive

Page 75

1   CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2   relationship, not exactly a better
3   relationship but a more workable
4   relationship.
5 Q. Productive?
6 A. Productive relationship. Financially there
7   were more positives from the financial point
8   of view.
9 Q. Is it correct that you can only remember one
10   meeting with Mr. Debregeas?
11 A. No. I do remember one more in France.
12 Q. Tell me about that. Is it possible?
13 A. At this meeting, if I remember correctly, it
14   was Mr. Adolfo De Basilio, Mr. Berenguer and
15   myself. I don't remember if Mr. Murphy was
16   there. He would have been there.
17 Q. Do you remember the year?
18 A. No, I don't.
19 Q. Do you remember the topic?
20 A. Not really, just the same as always.
21 Q. Is it fair to say you only remember two
22   meetings with Mr. Debregeas?
23 A. Yes, me personally, yes.
24 Q. Do you remember meeting with anybody else

Page 76

1   CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2   from Ethypharm France while you were a
3   general manager of Laboriatorious Belmac or
4   while you were employed by Laboriatorious
5   Belmac?
6 A. Yes. At one time I remember a person came to
7   Spain and the name was Igonet who was the
8   financial director.
9 Q. Are those only three meetings you recall
10   being personally involved in with Ethypharm
11   France?
12 A. Yes, you know, there could have been one more
13   in France, but it wasn't related to this
14   issue, maybe one more.
15 Q. Do you know whether Mr. Murphy had more
16   contact with people in Ethypharm France than
17   you did?
18 A. The contact that I had, yes, but not the same
19   as the relationship that Mr. Berenguer and
20   Adolfo De Basilio had.
21 Q. Tell me about the relationship that
22   Mr. Berenguer had with Ethypharm. What is
23   your understanding of that relationship?
24       MR. MINGOLLA: Objection.

Page 77

1   CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 A. Mr. Berenguer was fluent in French, so he did
3   go way more frequent to France with
4   Mr. De Basilio. I believe it was with
5   Mr. De Basilio to France. I believe it was
6   year 1996 when I incorporate Mr. Berenguer
7   into the company. At that time I delegated
8   this type of relationship to Mr. Fernando
9   Berenguer.
10 Q. Did Mr. Berenguer go to France with
11   Mr. Murphy ever?
12 A. I believe so. I'm not for sure but most
13   likely, yes. If it's possible, as soon as
14   possible I would need a break just prostate
15   issues.
16       MR. BOSTWICK: Let's take a break,
17   certainly.
18       THE VIDEOGRAPHER: The time is 12:58
19   p.m. We're going off the record.
20       (Recess)
21       THE VIDEOGRAPHER: The time is 2:06
22   p.m., and we're back on the record.
23 Q. Good afternoon, Dr. Azpeitia. Dr. Azpeitia,
24   I believe that you said this morning that you

20 (Pages 74 to 77)

Page 78

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    became general director of Laboriatorious
3    Belmac sometime in 1995, correct?
4 A. Yes.
5 Q. And I think you also said that something
6    formally was filed in or around June or
7    September of 1995; is that correct?
8 A. Like the official assignment to the position,
9    like a contract position.
10 Q. And that was signed in June or September of
11    1995?
12 A. I don't remember exactly if it was June or
13    September but one of the two.
14 Q. And how long a document was that?
15 A. The document as of general director?
16 Q. Yes.
17 A. It wasn't longer than one page.
18 Q. And who signed that document?
19 A. Mr. Murphy.
20 Q. Do you have a copy of that document?
21 A. I don't believe so.
22       MR. BOSTWICK: If that's been
23    produced and we simply haven't observed it,
24    just give us a Bates stamp.

Page 79

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2       MR. MINGOLLA: We'll take a look to
3    see if we can locate it.
4 Q. Do you remember what that document said?
5 A. No.
6 Q. Was there any other document that was
7    formally filed with the corporate Spanish
8    authorities to memorialize your becoming the
9    general director of Laboriatorious Belmac?
10       MR. MINGOLLA: Objection.
11    Ambiguous. Objection to the form. Corporate
12    Spanish authorities.
13 A. The document is presented to the labor
14    ministry, ministry of labor. That's who the
15    document is presented to.
16 Q. And when you say the document is presented,
17    does that mean the one-page contract you were
18    referring to was presented to this Spanish
19    authority?
20 A. More than one page -- the document was not
21    one page. It was more than one page. Two,
22    three, four pages long I believe it
23    contained.
24 Q. I just want to make sure I understand. There

Page 80

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    was one document that you had that was one
3    page long like an employment contract; is
4    that correct?
5 A. Yes, a contract of employment contract. And
6    I don't remember what the subject matter that
7    it contained, but I think it was about duties
8    and responsibilities of the job.
9 Q. Then there was a separate document that is
10    different that was two or three or four pages
11    that was filed with the Spanish authorities?
12 A. No. Only one document of various pages that
13    we presented to the ministry of labor, and I
14    had a copy, and the corporation had another
15    copy and that's it.
16       MR. BOSTWICK: Again, we've reviewed
17    our files for those. I don't think we have
18    them. Perhaps they don't exist, but I'd
19    request that they'd be located if they exist.
20       MR. MINGOLLA: We will look into it.
21 Q. At the time you were general director, was
22    Mr. Murphy the person who held ultimate power
23    at Laboriatorious Belmac to hire and fire?
24 A. Before I became general director?

Page 81

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 Q. While you were general director.
3 A. No. It was I. I was the person that will
4    hire or fire any personnel.
5 Q. Would Jim Murphy have fired you from your job
6    as general director from 1995 to 1999?
7       MR. MINGOLLA: Objection.
8 A. Yes.
9 Q. Let me show you another document.
10       (Exhibit No. 6, Telefax, so marked)
11 Q. While we're waiting for that document, could
12    Mr. Murphy have fired you from your position,
13    the position you held from 1999 to 2002?
14       MR. MINGOLLA: Objection. Calls for
15    speculation.
16 A. It could have been because during a period
17    for approximately a year I did request to
18    Mr. Murphy if I could be directly connected
19    dependent on him instead of the new director.
20    I requested to stay in a position, a
21    staffing position that will be right under
22    the president of Belmac. In the year 2001
23    the position that I was holding end up under
24    Mr. Berenguer.

21 (Pages 78 to 81)

**Confidential - Attorneys' Eyes Only**

Page 82

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 Q.  To be clear, from 1995 to 2002 Mr. Murphy had
3      the power to fire you or to change your jobs
4      at Laboriatorious Belmac; is that true?
5         MR. MINGOLLA: Objection.
6 A.  Now, what I had stated was that Mr. Murphy
7      who was the general director between 1995 and
8      1999, during that period of time he could
9      have fired me, and then more year after year
10     2000, the person that became with those
11     responsibilities of authority was Mr. Ayala.
12 Q.  Was it my understanding -- strike that.
13        Am I correct that Mr. Murphy was the
14     general director of Laboriatorious Belmac
15     from '95 to '99?
16        MR. MINGOLLA: Objection.
17 A.  President, not general director.
18 Q.  I'm trying to get a clear answer because I'm
19     still not clear if I understand. From 1995
20     to 1999, is it true that Mr. Murphy could
21     have moved you to another job or fired you?
22        MR. MINGOLLA: Objection. Calls for
23     speculation.
24 A.  Yes. Yes. That's what I have said before.

Page 83

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 Q.  He had that power?
3 A.  Yes. Absolutely. From a president to a
4      general director, you know, he will always
5      have the power. That's the normal.
6 Q.  Did Mr. Murphy have the same power from 1999
7      to 2002?
8 A.  Yes, he continue to be Belmac president.
9 Q.  We have shown you -- I've just handed you
10     another document, Exhibit 6, and that is in
11     Spanish.
12 A.  Is it okay that I look at it?
13 Q.  Yes, please. Dr. Azpeitia --
14 A.  Excuse me. I haven't finished. Excuse me
15     for a minute. I don't remember this
16     document, but the content remind me of so
17     many proposed ideas that were not realistic
18     to take in place.
19 Q.  This document is dated October 4, 1995; is
20     that correct?
21 A.  Yes, that's what is stated here.
22 Q.  And the Dr. Gonzalez that it's to, is that to
23     you, Dr. Gonzalez Azpeitia?
24 A.  Yes.

Page 84

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 Q.  And do I understand correctly that this is a
3      letter from Ethypharm requesting that
4      Laboriatorious Belmac verify certain aspects
5      of their relationship to clients?
6         MR. MINGOLLA: Objection as to form.
7      Mischaracterizes the document.
8 A.  No. If you read this clearly, this was
9      presented by Mr. Eloy Gonzalez whom I knew
10     him. He was proposing a text that I was not
11     in agreement with.
12 Q.  What don't you agree with in this text?
13        MR. MINGOLLA: Objection. Are we
14     referring to when he was the recipient of
15     this, when he received it back then?
16        MR. BOSTWICK: Yes.
17 A.  Can I underline it?
18 Q.  Certainly. I think I understand what you're
19     doing there. You read the first paragraph,
20     and you said that's fine.
21        MR. MINGOLLA: Objection.
22 A.  It's just nothing specified in the first
23     paragraph.
24 Q.  The second paragraph, the first sentence is

Page 85

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2      accurate?
3 A.  Yes. Repeat the question, please?
4 Q.  Is that accurate?
5         THE INTERPRETER: He wanted me to
6      repeat it to you in English, and I told him
7      you have the English version.
8 A.  That was correct. On the second sentence
9      where it says, you know, part of this
10     installation have been given to Ethypharm and
11     that's incorrect. Belmac never gave
12     Ethypharm any installations in Zaragoza.
13 Q.  Is there anything else that you disagree with
14     in that paragraph?
15 A.  I'm going to continue.
16 Q.  Let's begin with this just so we know what
17     you're saying. Let me just make every part
18     of this clear because we aren't getting
19     anything in English. The personnel belongs
20     to Belmac; is that correct?
21 A.  Yes.
22 Q.  But the machinery and know-how employed and
23     manufacturing are the property of Ethypharm?
24 A.  Part of the know-how is.

22 (Pages 82 to 85)

**Confidential - Attorneys' Eyes Only**

Page 86

1      CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 Q.  So the machinery is Ethypharm's; is that
3      correct?
4 A.  Yes.
5 Q.  And you say the know-how part is Ethypharm's;
6      is that correct?
7 A.  Yes, part of it. The know-how was part
8      Ethypharm and part Belmac.
9 Q.  It says supervises the manufacturing. Who
10     supervised the manufacturing?
11        MR. MINGOLLA: Objection as to form.
12 A.  Belmac personnel, staff, the technical
13     director of Belmac.
14 Q.  Who was that?
15 A.  Juan Carlos Asensio.
16 Q.  Were the standards Ethypharm standards or
17     Belmac standards?
18        MR. MINGOLLA: Objection as to form.
19     Ambiguous.
20 Q.  I mean the standards for manufacturing of
21     microgranules?
22 A.  The know-how of Ethypharm was not working
23     out. It was not functioning, and then Belmac
24     was the one that make it workable so that it

Page 87

1      CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2      will come through.
3 Q.  Who at Belmac did that?
4 A.  The administrative team of Belmac. In
5      specific Mr. Cabodevilla and Mr. Gasca.
6 Q.  I'm through with that document.
7 A.  There's other stuff, very important things.
8 Q.  Please tell me.
9 A.  What it says here that we're manufacturing of
10     this product, what it's saying is we, they're
11     talking about Ethypharm, and that's
12     incorrect. It's not Ethypharm. Belmac
13     manufactured the product.
14        MR. BOSTWICK: May I ask for one of
15     you perhaps in Spanish to direct him if he
16     has a long answer to break it up so that we
17     can get the whole answer because it's very
18     difficult to know whether we have the right
19     answer.
20 Q.  What paragraph are you referring to? What
21     part?
22 A.  Basically the way it's expressed, it says we
23     manufacture. It's not that it's we. It's
24     was that it was manufactured because the

Page 88

1      CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2      way it's expressed here the understanding is
3      that Ethypharm is the one that are
4      manufacturing.
5 Q.  So his point is that if to the extent this
6      says that Ethypharm is manufacturing, that's
7      not true. It was Belmac who was
8      manufacturing?
9 A.  Correct.
10 Q.  Is there anything else on this exhibit? Is
11     that part correct?
12        THE INTERPRETER: He went backwards
13     now.
14 A.  When he says here the principal product
15     commercial name is Belmazol 14 capsules of 20
16     milligrams, that's confusing because Belmazol
17     is exclusively of Belmac. It's a brand.
18     It's an exclusive brand of Belmac.
19 Q.  Was Belmazol made with Ethypharm's machine
20     technology and know-how?
21        MR. MINGOLLA: Objection as to form.
22     Ambiguous as to know-how and compound.
23 A.  The machinery were Ethypharm and part of the
24     know-how was Ethypharm then part of the

Page 89

1      CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2      know-how of Belmac personnel and the ministry
3      of sanity of Belmac and installation of
4      Belmac.
5 Q.  Spanish ministry of health?
6        THE INTERPRETER: It's the license
7      of the Spanish ministry of health that
8      belongs to Belmac.
9 Q.  I think we need -- if you could just read
10     back the question and the full answer just
11     one more time.
12        (Question and answer read)
13 Q.  Is there anything else that you want to refer
14     to on Exhibit 6, Dr. Azpeitia?
15 A.  When he says this part has been registered at
16     the Spanish ministry of health utilizes
17     documentation property of Ethypharm,
18     Dr. Azpeitia, is unaware of this. Mr. Perez
19     Ayala may know of this because it was during
20     his time, but I'm doubting this.
21 Q.  Dr. Azpeitia, is it true that you signed many
22     agreements and documents that acknowledge
23     that the know-how relating to Omeprazole was
24     Ethypharm?

23 (Pages 86 to 89)

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**