**Confidential - Attorneys' Eyes Only**

Page 90

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2        MR. MINGOLLA: Objection as to form.
3    No time frame and ambiguous. Many
4    agreements.
5 A. Yes, I have seen document that I did confirm
6    that. Can I clarify something?
7 Q. Certainly.
8 A. With the intention of facilitating the
9    commercialization of the microgranules that
10   we were manufacturing because sometimes
11   Ethypharm will ask me for it to sell the
12   goods. For example, in China I remember.
13 Q. Do I understand that you are saying that you
14   signed documents and verifications that were
15   not true?
16       MR. MINGOLLA: Objection.
17 A. Partially there were truth because as I say
18   before, the know-how part of it was
19   Ethypharm. Belmac had participated and had
20   worked extensively on that know-how.
21 Q. Let's look at one of these agreements. Give
22   him another document. Dr. Azpeitia, I'm
23   going to show you a four-page or five-page
24   document which are confidentiality agreements

Page 91

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    by a number of Belmac employees, and page 2 I
3    believe is a document that you signed, so I
4    would like you to start by reading page 2.
5        (Exhibit No. 7, Confidentiality
6        agreement, so marked)
7 A. Yes, it's my signature.
8 Q. And this was signed the 20th of February,
9    1996?
10 A. Yes.
11 Q. And do I understand that this agreement means
12   that you have been given secret information
13   by Ethypharm?
14       MR. MINGOLLA: Objection.
15 A. Yes, of course. And I personally didn't have
16   the information, but I do know personnel of
17   Zaragoza did have that information and
18   Ethypharm gave that information.
19 Q. So Ethypharm gave to Laboratiorious Belmac
20   secret know-how in 1996?
21       MR. MINGOLLA: Objection as to form.
22   Ambiguous.
23 A. Yes, they give us secret information and not
24   on this year. I think it was 1993 or 1992.

Page 92

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 Q. Was information being transferred by
3    Ethypharm to Laboratiorious Belmac in many
4    years, over many years?
5        MR. MINGOLLA: Objection as to form.
6    Ambiguous. What information?
7 A. Initially Belmac at the beginning received
8    some information. I wasn't on the job yet,
9    at least not as general director; but at the
10   very beginning I received some initial
11   information. The problem was that this
12   know-how was not functioning correctly. It
13   wasn't perfect. There was a lot of
14   imperfections in it, and Belmac was the one
15   that took over to perfect this know-how.
16 Q. When?
17 A. All along, years, better and better and
18   better.
19 Q. In 1996 are you verifying you will keep the
20   information that Ethypharm has given you
21   secret?
22       MR. MINGOLLA: Objection.
23 A. Yes. Yes, of course.
24 Q. And that would be any secret information or

Page 93

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    know-how up until 1996?
3        MR. MINGOLLA: Objection. Compound
4    and ambiguous.
5 A. What I understand that I signed was the
6    information that Ethypharm had given to us as
7    of that day.
8 Q. As of the date of the agreement, February 20,
9    1996?
10 A. No. As I had said before, it was regarding
11   the information that at the beginning
12   Ethypharm had provided to Belmac that were at
13   the archives of Zaragoza. That I personally
14   never saw them, but I could have access to it
15   as director of the company.
16 Q. Did you understand that it was in
17   Laboratiorious Belmac's interest to sign
18   these confidentiality agreements, this
19   confidentiality agreement?
20 A. What I remember it was an act of good faith
21   towards Ethypharm. Those were my intentions.
22   It was against the manufacturing director
23   that he didn't like this. He didn't agree
24   with it because maybe it was very specific on

24 (Pages 90 to 93)

Page 94

1 CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 denying the know-how of Ethypharm. The
3 technical people were denying or disapproving
4 the know-how of Ethypharm even more than I
5 was.
6 Q. Who is it that you're talking about?
7 A. I'm talking about the administration of the
8 manufacturing plant.
9 Q. Mateo Gasca?
10 A. No. He wasn't the director of the
11 manufacture plant.
12 Q. Who didn't want you to sign this document?
13 A. No. It wasn't that they didn't want me.
14 It's that they didn't like that I signed.
15 Q. Who?
16 A. Jose Monterde and Cabodevilla.
17 Q. Can I have you look at page 5. Didn't
18 Mr. Cabodevilla sign this as well?
19 A. Yes, they did sign. I asked them to sign.
20 Q. So Jose Monterde and Antonio Cabodevilla also
21 signed these documents?
22 A. Yes, I did suggest to them. They kind of
23 signed kind of against their will.
24 Q. Did Mr. Murphy approve of your signing these

Page 95

1 CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 documents?
3 MR. MINGOLLA: Objection.
4 Foundation.
5 A. I didn't share with him this issue.
6 Q. Did you discuss --
7 MR. PALENCIA: Consult.
8 A. I didn't consult with him.
9 MR. BOSTWICK: That is not
10 appropriate. That's their lawyer, and we're
11 not going to have their lawyer change his
12 testimony. So I need you to read it back,
13 and it needs to be your testimony and not
14 his. That's absolutely we can't have that.
15 (Question and answer read)
16 Q. Did you ever consult with Mr. Murphy --
17 strike that. Did you ever discuss with
18 Mr. Murphy the issue of whether the know-how
19 was Ethypharm's or Belmac's relating to
20 Omeprazole?
21 MR. MINGOLLA: Objection as to form.
22 A. All the personnel of Belmac, we all knew that
23 the know-how of Ethypharm did not function,
24 and the person of Belmac which Mr. Murphy was

Page 96

1 CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 the president of Belmac, and he was aware of
3 it as all of us. We were all aware of it.
4 Q. Mr. Murphy was also the president of -- the
5 chairman and CEO of Bentley, correct?
6 A. Can you repeat the question again?
7 Q. Mr. Murphy was also the top official in the
8 U.S. company Bentley, correct?
9 A. I believe Murphy was the president. I know
10 he was the person because I remember seeing
11 something of the Bentley Company in the
12 U.S.A.
13 Q. Did Bentley agree that it was in
14 Laboriatorious Belmac's interest to sign
15 confidentiality agreements --
16 MR. MINGOLLA: Objection. Calls for
17 speculation.
18 Q. -- such as Exhibit 7?
19 A. I don't believe. I think that the person
20 that made the best efforts, you know, may be
21 based on my character, to get closer to
22 Ethypharm was myself.
23 Q. I don't think that was my question. Did
24 Mr. Murphy express to you his desire to sign

Page 97

1 CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 or not sign agreements such as Exhibit 7?
3 A. I didn't make comments about referring to
4 this topic to him.
5 Q. In your weekly telephone conversations and
6 the monthly meetings that you had with
7 Mr. Murphy in Spain, did the topic ever come
8 up of whether you should sign verifications
9 that the know-how relating to Omeprazole was
10 Ethypharm's property?
11 MR. MINGOLLA: Objection.
12 A. I'm sorry. I don't quite understand. I
13 don't understand the question. Are you
14 asking me?
15 MR. BOSTWICK: This is a very
16 important question. I think you ought to
17 read it off the screen.
18 A. As I mentioned before, my opinion was that it
19 was not an important topic.
20 Q. So you did not discuss it with Jim Murphy?
21 A. If I can clarify a little bit?
22 Q. Yes.
23 A. The struggle between Ethypharm and Belmac, it
24 was continuous. This topic, it was not a

25 (Pages 94 to 97)

**Confidential - Attorneys' Eyes Only**

Page 98

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    topic that was more importanter or more in
3    detail than others.
4 Q. So just to be clear, did you discuss this
5    topic with Mr. Murphy or not, whether to sign
6    agreements like this?
7 A. I don't remember having discussed it.
8 Q. So it's possible but you're not sure?
9        MR. MINGOLLA: Objection.
10 A. I'm almost sure that it did not.
11       THE VIDEOGRAPHER: The time is 3:09
12    p.m. on June 27, 2006. This is the end of
13    tape number two.
14       (Recess)
15       (Exhibit No. 8, Document, EP 2107,
16       so marked)
17       THE VIDEOGRAPHER: The time is 3:16
18    p.m. on June 27, 2006. This is tape number
19    three.
20 Q. Hello, Dr. Azpeitia. Do you remember a time
21    in early 1997 when Ethypharm threatened to
22    terminate the relationship with
23    Laboratorious Belmac?
24 A. Yes. I don't remember the date because it

Page 99

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    wasn't just one time. There were various
3    times. The threats from Ethypharm were
4    common, were frequent.
5 Q. In instances when Ethypharm said they might
6    terminate the relationship, did you always
7    talk to Jim Murphy?
8        MR. MINGOLLA: Objection as to form.
9 A. Yes. Yes, of course.
10 Q. Would you have had the power to say I'm tired
11    of this relationship; I'm going to end the
12    relationship with Ethypharm?
13       MR. MINGOLLA: Objection. Calls for
14    speculation.
15 A. I think so.
16 Q. Could you have said to Ethypharm the
17    relationship is done without consulting with
18    Mr. Murphy?
19       MR. MINGOLLA: Objection. Calls for
20    speculation.
21 A. I would not have done it, but I did know that
22    if I have taken that decision, Mr. Murphy
23    will support me because I think it was the
24    least of the personnel that was tired of the

Page 100

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    company.
3 Q. Sorry. I didn't understand that answer.
4 A. The entire company including Mr. Murphy were
5    tired of the relationships with Ethypharm.
6 Q. I have given you an exhibit. Have you had an
7    opportunity to take a look at that?
8 A. Not completely. I'm just going to go ahead.
9    Before I had asked you permission so I could
10    underline?
11 Q. It's okay. You can underline. Do you recall
12    this letter?
13 A. In details, no, but it's just one more.
14 Q. Do you recall Ethypharm being very upset in
15    1997 about problems with good manufacturing
16    procedures at Belmac?
17 A. The disagreement, it was very common. It was
18    always common, you know, Belmac and
19    Ethypharm.
20 Q. Do you know what GMP is?
21 A. Yes.
22 Q. What is that in your words?
23 A. Norms of good production, good manufacturing
24    practices.

Page 101

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 Q. Do you recall any issue around 1997 where
3    Ethypharm lost a client and they were very
4    upset about an audit for GMP that had been
5    done?
6        MR. MINGOLLA: Objection as to form.
7    Compound.
8 A. They didn't mention a few times, but can I
9    clarify some things?
10 Q. Certainly.
11 A. The realization of the zones of the
12    manufacturing plant were done by Ethypharm,
13    and actually, they paid for the modifications
14    that were done. When I became director, one
15    of the things that I did was to return the
16    money that were used during this
17    modifications back to Ethypharm, and I pay
18    them back without charging them for some
19    modifications. So the installations that
20    they were complaining about are the
21    installations or modifications that they did
22    themselves.
23 Q. Do you remember discussing this issue with
24    Mr. Murphy?

26 (Pages 98 to 101)

**Confidential - Attorneys' Eyes Only**

Page 102

1   CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 A.  No.  Not anything specific.
3 Q.  Was this an important matter, Ethypharm
4   sending a letter threatening to terminate the
5   relationship?
6      MR. MINGOLLA:  Objection.
7 A.  Yes, very, very important but very frequent.
8 Q.  Did you discuss it with Jim Murphy?
9 A.  Discuss, no.  Commenting about it, yes.  I
10   understand the difference between discussion
11   and commenting.
12 Q.  What do you mean by that difference?
13 A.  Discussion is not been in agreement.
14   Commenting is sharing information,
15   communication.
16 Q.  That's a difference that's important because
17   it sounds like it's a difference between
18   Spanish and English?
19 A.  Yes.
20 Q.  When you say you had a communication with
21   Mr. Murphy about this, explain to me what you
22   mean?
23 A.  That I will comment with him every author has
24   written to us one more time, you know,

Page 103

1   CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2   threaten us that they are going to take the
3   manufacturing.  Usually or normally I imagine
4   that the respond that I got from Mr. Murphy
5   was like smile, like saying like again.
6 Q.  Do you remember discussing the letters raised
7   in -- the issues raised in this letter, the
8   January 20, 1997 letter with Mr. Murphy?
9 A.  No, not discussed.  Commenting, most likely.
10   Commenting most likely, yes.
11      MR. BOSTWICK:  Can we just go off
12   the record for one minute.
13      THE VIDEOGRAPHER:  The time is 3:31
14   p.m.  We're going off the record.
15      (Discussion off the record)
16      THE VIDEOGRAPHER:  The time is 3:32
17   p.m.  We're back on the record.
18 Q.  Just to be clear, you believe that you spoke
19   with Mr. Murphy about the points in the
20   January 20, 1997 letter?
21 A.  Yes, I think so.
22      MR. BOSTWICK:  I'm going to show you
23   another document now which is in English.
24      (Exhibit No. 9, Facsimile, EP 2106,

Page 104

1   CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2      so marked)
3 Q.  I will represent that this letter appears to
4   be a letter dated January 28, 1997 from Jim
5   Murphy at Bentley Pharmaceuticals.  Do you
6   remember seeing this letter before today?
7 A.  I don't know if this was among one of the
8   letters that the attorneys have showed me in
9   the past few days; but if it is one of the
10   letters, I just saw it the other day
11   yesterday; but I don't even remember it.  But
12   if you explain to me what the content of it,
13   maybe.
14 Q.  Let me ask the question differently.
15   Forgetting what you may have been showed in
16   the last week, do you remember seeing this
17   letter, Exhibit 9, in 1997?
18 A.  No.  In 1999?
19 Q.  No, 1997.
20 A.  No.
21 Q.  Is it your understanding that this letter was
22   sent by Mr. Murphy to Ethypharm without
23   sending you a copy?
24      MR. MINGOLLA:  Objection.

Page 105

1   CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2   Foundation.
3 A.  I don't know.  You know, maybe he did comment
4   to me, but I just don't remember.
5   Ethypharm's story is quite a long story.
6   During my years as a director of Belmac, it
7   was a continue -- it is very difficult to
8   distinguish.
9 Q.  Am I correct to say that you don't recall any
10   discussions with Mr. Murphy about this letter
11   before it was sent?
12      MR. MINGOLLA:  Objection as to form.
13 A.  With Mr. Murphy I don't remember ever having
14   had a discussion.  This is very important.  I
15   had conversed with him many, many times.
16 Q.  We're back to the issue between discussion
17   and conversation which I would like to try to
18   avoid.  Did you speak with Mr. Murphy about
19   this letter before Mr. Murphy sent the letter
20   to Ethypharm?
21 A.  The thing is I don't remember the content of
22   it.  If you can read it to me, maybe.  If you
23   read to me the content of it, maybe I can
24   remember some.

27 (Pages 102 to 105)

**Confidential - Attorneys' Eyes Only**

Page 106

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 Q.  In the first paragraph, he says, I am writing
3    with regard to the fax that I received from
4    your Spanish office. That's Exhibit No. 9?
5 A.  So probably I send it via fax to Mr. Murphy
6    is possible.
7 Q.  Just to clarify, what you've just said is
8    that you probably sent Exhibit 8 to
9    Mr. Murphy and then Mr. Murphy responded?
10 A.  Based on the dates, that's what I'm thinking.
11    With knowing more of the content, then I can
12    confirm.
13 Q.  The second sentence says, I am confused
14    because ever since I assumed control of
15    Laboriatorious Belmac, I have received
16    nothing but extremely positive comments from
17    your Spanish staff.
18 A.  Yes.
19 Q.  And then he talks generally about not
20    receiving payment from Ethypharm in the past
21    year. He talks about attempts to negotiate
22    contracts between the companies, and he
23    suggests a meeting to discuss the future of
24    the relationships between the companies.

Page 107

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 A.  I don't remember the topic of the point in
3    the specific, but this is Mr. Murphy's style.
4    As president of Belmac, Mr. Murphy was very
5    helpful to me.
6 Q.  When Mr. Murphy writes on Bentley
7    Pharmaceutical's stationery and he says he
8    has assumed control of Laboriatorious Belmac,
9    what does he mean?
10    MR. MINGOLLA:  Objection as to form
11    and calls for speculation.
12 A.  What is it like?  Can you read the paragraph,
13    please.
14 Q.  Let me restate the question now.  Okay.  And
15    the paragraph is not particularly important,
16    tell him.  The question is a more general
17    question, this particular question.
18    And the question is: Jim Murphy is
19    writing as chairman and CEO of Bentley
20    Pharmaceuticals, Inc., correct?
21    MR. MINGOLLA:  Objection.
22 A.  This is just as you said as the paragraph is
23    not important, so much the paragraph.  He was
24    probably in the United States.  He didn't

Page 108

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    have Belmac stationery, but the important
3    thing is that he was acting as president of
4    Belmac because this is a job with the general
5    director of Belmac. I didn't speak with the
6    Bentley president. I spoke with Belmac's
7    president, with my president.
8 Q.  So it's your position that you never spoke
9    with Mr. Murphy as the president of Bentley?
10    MR. MINGOLLA:  Objection as to form.
11 A.  Maybe when I went to New York to send results
12    to the president of Bentley or the investors
13    or maybe when they came over, maybe like once
14    a year for a convention or a meeting of some
15    sort with investors, with the principal
16    investors of the company.
17 Q.  When Mr. Murphy says, Ever since I assumed
18    control of Laboriatorious Belmac, what do you
19    think he means?  When did he assume control
20    of Laboriatorious Belmac?
21    MR. MINGOLLA:  Objection. Compound
22    and calls for speculation.
23 A.  Control, I think he's referring to the time
24    since he came to Spain to take over the

Page 109

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    Belmac company because the principal business
3    that Bentley Pharmaceuticals owned was
4    Belmac. They had all the interest in Belmac.
5    That's why he took direct charge of the
6    presidency of Belmac, and he did not let me
7    have it.
8 Q.  Is that in 1995?
9 A.  Yes. In 1995 he nominated or assigned me as
10    general director of Belmac; the president of
11    Belmac, Mr. Murphy.
12 Q.  And that's what he means when he says ever
13    since I assumed control, he means 1995?
14 A.  I imagine.
15 Q.  Is that what you understand?
16    MR. MINGOLLA:  Objection.
17 A.  Yes, that's what I understand, but I'm
18    speculating.
19 Q.  Let me show you another document.
20    (Exhibit No. 10, Fax, Bentl 8356, so
21    marked)
22 Q.  This is a document in English, and it is
23    called manufacturing rules. It looks as
24    though it is prepared for your attention; is

28 (Pages 106 to 109)

Page 110

1  CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2  that correct?
3      MR. MINGOLLA: Objection. The
4  witness doesn't speak English.
5 A.  If you take a look --
6      MR. MINGOLLA: Can I get a
7  translation to what he just said.
8 A.  I am thinking because I'm confused, and I'm
9  not sure if 1997 we were at the Teide office.
10  In 1997 the Belmac's office it was in
11  Montearragon. To take -- we went in the year
12  I think it was 1999, in '98. It says here
13  January 31st of 1997. In 1997 we were in
14  Montearragon. I don't know if it's important
15  but that strikes me.
16 Q.  Let's go back to Exhibit 9 for one minute,
17  the second page. Mr. Murphy requests a
18  meeting in Madrid to discuss the future of
19  the relationship between the organizations.
20  Do you remember holding a meeting with
21  Ethypharm representatives around January or
22  February of 1997?
23 A.  Meetings, we probably had many meetings. Are
24  you talking among this people listed here?

Page 111

1  CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 Q.  Do you recall --
3 A.  I don't remember.
4 Q.  Do you recall Mr. Murphy meeting with a
5  representative of Ethypharm in Philadelphia
6  around this time?
7 A.  You know, it sounds familiar. There was a
8  meeting with Mr. Debregeas or Leduc that he
9  made a trip to the United States and met with
10  them.
11 Q.  Was it Claude Dubois? Debregeas?
12 A.  The one that I know the best, you know, was
13  -- what was the name of the person that I
14  interview with at that dinner?
15      MR. MINGOLLA: You're testifying.
16 Q.  Let me ask this --
17 A.  I don't even remember the name of my
18  grandchildren.
19 Q.  The perfect deponent. Do you remember
20  preparing, asking someone to prepare Exhibit
21  No. 10 in order to give to Mr. Murphy for a
22  meeting with Ethypharm?
23 A.  No, I don't remember.
24 Q.  Do you remember -- strike that.

Page 112

1  CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2      We have been talking about a
3  situation in early 1997 where Ethypharm
4  threatened to terminate the relationship with
5  your companies?
6 A.  Yes.
7 Q.  Do you recall that as a result of that threat
8  there was a meeting in Philadelphia between
9  Mr. Murphy and some Ethypharm representative
10  to try to resolve the matter?
11 A.  No. I remember problems with Ethypharm
12  suspending manufacturing in quite a few
13  occasions. That's what I remember. And I
14  remember that Mr. Murphy met with the
15  Debregeas at some point in the United States.
16  I don't know if it was in Philadelphia, but I
17  don't remember the relationship.
18 Q.  Do you remember -- in response to the threat
19  to terminate the relationship, do you recall
20  Bentley holding a board meeting to discuss
21  this matter?
22      MR. MINGOLLA: Objection as to form.
23 A.  No, I don't remember.
24 Q.  Do you recall discussing anything about this

Page 113

1  CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2  threat to terminate the relationship -- let
3  me strike that. Let me start that over.
4      Do you recall speaking with
5  Mr. Murphy at all about this threat to
6  terminate the relationship in 1997?
7 A.  Can you repeat the question, please?
8      (Question read)
9 A.  Yes. I have said on various occasions
10  already that for sure that I made a comment
11  with him, but I don't remember the specific
12  moment, but it is logical that yes.
13 Q.  Do you recall speaking with Mr. Murphy in
14  advance of Mr. Murphy's meeting with
15  Ethypharm representatives in the U.S.A.?
16 A.  I imagine so, but I'm just speculating. It's
17  logic.
18 Q.  But there is nothing you can tell me about
19  discussions you had with Mr. Murphy before
20  Mr. Murphy met in the U.S.A. with Ethypharm
21  representatives?
22 A.  No. Of all the various times that I remember
23  Ethypharm threatening us of suspending
24  manufacturing, there's something specific I

29 (Pages 110 to 113)

**Confidential - Attorneys' Eyes Only**

Page 114

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

1  would like to clarify. It is about a fax
2  that I don't remember that I had been
3  presented with, and I think I will remember
4  it.
5        I remember receiving a fax from
6  France that it specifically said to
7  immediately suspend all the manufacturing of
8  the products with no previous history, and
9  picking up the phone and calling Mr.
10 adolfo De Basilio in Spain and asking him,
11 Adolfo, are you aware of this fax? And he
12 said yes, I did receive it. They have gone
13 crazy for sure.
14       Now you can understand that all
15 these other threats are just minor topics to
16 me because on that specific occasion there
17 was no consequence. We continue
18 manufacturing. But that specific fax I have
19 not seen it, never. I don't know why because
20 it has been sent from France, and I don't
21 remember whom, but I'm not sure it was
22 Mr. Igonet.
23 Q. Do you remember when?

Page 115

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

1  A. No.
2  Q. Do you remember what the issue was and why?
3  A. That was the thing, there was no topic. It
4     was just --
5  Q. Did you have any discussions with anyone at
6     France about that after receiving the fax
7     you're just mentioning -- did you speak with
8     anyone in France?
9  A. No. With Mr. De Basilio.
10 Q. When you received the fax, did you speak with
11    Mr. Murphy?
12 A. Yes, for sure.
13 Q. Do you recall what he said?
14 A. No. Probably as I commented to you already,
15    when I converse with Mr. De Basilio, he said
16    no, no, forget it. Don't put attention.
17    That must be some problem in France, and it
18    had to be -- it didn't have any backup. I
19    got very tired with the relationship with
20    Ethypharm during those years. That's why I
21    brought Fernando Berenguer. He spoke French.
22    He was very knowledgeable about international
23    relationships and was a very diplomatic man.

Page 116

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

1  Q. Who was it?
2  A. Fernando Berenguer, director of development.
3     Recently he died. If not, he will have been
4     a magnificent witness, much better than I.
5  Q. When did Mr. Berenguer deal with people from
6     Ethypharm? What period?
7  A. As soon as he incorporated into the company
8     in 1997, if I remember correctly, as soon as
9     I had the financial resources to contract
10    him. On various occasion, I had worked with
11    him. He was a great partner. He
12    complemented me very well. He had everything
13    that I was missing.
14 Q. What did he --
15 A. As the language. And the patient.
16       MR. MINGOLLA: Why don't we break
17    for a minute so I can figure out what to do
18    to wrap up for today.
19       THE VIDEOGRAPHER: The time is 4:07
20    p.m. We're going off the record.
21       (Recess.)
22       THE VIDEOGRAPHER: The time is 4:19
23    p.m. We're back on the record.

Page 117

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

1        (Exhibit No. 11, Document, EP2767,
2        so marked)
3  Q. Dr. Azpeitia, before I show you that
4     document, do you ever write in English for
5     business letters yourself?
6  A. No.
7  Q. Do you ever write in French for business
8     documents?
9  A. No. I only write in Spanish and not so good
10    either because I'm dyslexic. I had a hard
11    time at school.
12 Q. Do you ever -- when you were working at
13    Laboratorious Belmac, did you ever write
14    letters in Spanish and then have someone
15    translate them into English or French or
16    another language?
17 A. My administrative style is that my group will
18    approach a situation as a collective group.
19    My team knew all the issues. When it came to
20    issues in French, Mr. Estevez and Berenguer
21    were the ones that took care of the French.
22       They will write down the idea of the
23    entire group, and then they will comment on

30 (Pages 114 to 117)

Confidential - Attorneys' Eyes Only

Page 118

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    it, and the English version, usually
3    Mr. Berenguer but Mr. Estevez also. Both of
4    them spoke both language.
5         (Exhibit No. 11, Letter, EP2767, so
6         marked)
7 Q. Let me show you Exhibit No. 11.
8 A. This is in French.
9 Q. I would ask you to take a look at the last
10   page. Is that your signature?
11 A. Yes, it's my signature.
12 Q. And this is a letter to -- it doesn't say who
13   it's to. It's a letter from you, but it's in
14   French?
15 A. Yes, they would write them for me.
16 Q. So you believe someone wrote this letter for
17   you to send?
18 A. Yes, exactly. But the content, I make myself
19   responsible of the content.
20 Q. So you would have discussed the contents of
21   this letter in Spanish and then signed it?
22 A. Yes, of course.
23        (Exhibit No. 12, Document, Bel6304,
24        so marked)

Page 119

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 Q. I'll ask you to take a look through that and
3   see if you recognize this document.
4 A. No, I don't remember.
5 Q. This is apparently a fax from you to
6   Mr. Murphy on March 31, 1997?
7 A. Yes.
8 Q. We've been talking about a threat that
9   Ethypharm made to terminate the relationship
10   because of problems with GMP?
11 A. Yes.
12 Q. Do you believe that this document is one
13   example of your providing information to
14   Mr. Murphy about that issue?
15        MR. MINGOLLA: Objection as to form.
16 A. If you read the letter to me, maybe I can
17   answer it. If not, I will just be
18   speculating as you may understand.
19 Q. Why don't you look at the second page, and
20   let me read you the first paragraph, and she
21   will translate. Despite the fact that our
22   president Mr. Murphy -- let me strike that.
23        Let me start by saying that I
24   understand this to be a letter, a draft

Page 120

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    letter that you would send to Ethypharm.
3        MR. MINGOLLA: Objection as to the
4    form if that's a question.
5 Q. It's not a question. It's simply to give you
6    some context. If I'm wrong, you can tell me.
7    So the letter reads, Dear, sir, Despite the
8    fact that our president Mr. Murphy is going
9    to contact Mr. Dubois --
10 A. Who is it directed to? It's from me, isn't
11   it? It's from me to whom? To Mr. Murphy?
12 Q. Well, you can tell me exactly --
13 A. So this is from me to Mr. Murphy, and I am
14   saying to him what exactly again?
15 Q. Let me explain my understanding, and then you
16   can tell me if I'm correct.
17 A. Yes, but I just don't know who is writing the
18   letter, and to whom is the letter being
19   written, so please understand that I cannot
20   make an opinion. I mean, we can try this,
21   but I'm just letting you know it's going to
22   be a little difficult because I don't know
23   who is writing the letter and to whom the
24   letter is being written.

Page 121

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 Q. Well, if you look at the first page, the
3   first page looks like a fax that is from you
4   to Mr. Murphy at Bentley Pharmaceuticals,
5   correct?
6        MR. BOSTWICK: You may want to
7   instruct him to wait until we finish the
8   question before he answers it.
9        MR. MINGOLLA: I need to hear what
10   he says. I didn't gather he had a question
11   about your question.
12        THE INTERPRETER: He just point out
13   something to stating here, BEL something
14   else. He said BEL and then he said --
15 Q. Let me explain. We're going to do this as
16   efficiently as I can do it. My understanding
17   is the BEL at the bottom is this comes from
18   Laboriatorious Belmac, this document. Okay.
19 A. He says it has this numbers. I didn't know
20   who had put it down. It's original.
21        MR. MINGOLLA: Perhaps I could
22   explain to the witness briefly --
23        MR. BOSTWICK: Let's go off the
24   record briefly.

31 (Pages 118 to 121)

**Confidential - Attorneys' Eyes Only**

Page 122

1   CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2         THE VIDEOGRAPHER: It's 4:31 p.m.,
3   and we're going off the record.
4         (Discussion off the record)
5         THE VIDEOGRAPHER: The time is 4:33
6   p.m. We're back on the record.
7   Q. We're looking at Exhibit 12, and the first
8   page it appears to be a fax from you,
9   Mr. Gonzalez, dated March 31, 1997 to
10  Mr. Murphy at Bentley Pharmaceuticals.
11 A. Yes.
12 Q. And do you have any memory as you sit here
13  today of this document?
14 A. No.
15 Q. You don't remember sending Mr. Murphy a draft
16  letter for his review?
17 A. No, I don't remember.
18 Q. Is that something that you would have done,
19  to send a draft letter to Mr. Murphy to
20  review and get his approval?
21        MR. MINGOLLA: Objection as to form.
22 A. It's possible.
23 Q. And this is a draft on page 2 that is in
24  English, correct?

Page 123

1   CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 A. Yes.
3 Q. And it came from Laboriatorious Belmac and
4   went to Bentley?
5         MR. MINGOLLA: Objection.
6   Foundation.
7 Q. Is that correct?
8 A. I don't know. I don't remember. I don't
9   know.
10 Q. Do you know who would have written this draft
11  on page 2?
12 A. Without knowing its content, no.
13 Q. Looking at page 3, this also appears to be a
14  fax from you to Mr. Murphy at Bentley
15  Pharmaceuticals. Is that what it looks like
16  to you?
17 A. Yes.
18 Q. It says in the notes, We send you a copy of
19  the letter we gave Bernabe so he could take
20  it with him to France. If you have any
21  problems understanding it, please call us
22  back or send us a fax.
23        Do you remember sending this fax to
24  Bentley?

Page 124

1   CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 A. No, I don't remember, but it is here, so I'm
3   assuming.
4 Q. You're assuming that you did send that fax to
5   Bentley?
6 A. Yes, of course. And yes, Laura Peterson was
7   my secretary.
8 Q. Who else did Laura Peterson work for?
9 A. As I said before, she was my secretary and
10  interpreter, and it was Mr. Murphy's
11  secretary when he was in Spain and also
12  interpreter of Mr. Murphy.
13 Q. During what years did she serve those roles?
14 A. The four years that I was there as director.
15 Q. Let me show you another exhibit.
16        (Exhibit No. 13, Letter, EP2771, so
17        marked)
18 Q. Do you recognize this document as something
19  that you have seen before?
20 A. No.
21 Q. I will represent to you that this is a letter
22  or appears to be a letter from Jim Murphy at
23  Bentley Pharmaceuticals to Claude Dubois of
24  Ethypharm. First, do you know Claude Dubois

Page 125

1   CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2   at Ethypharm?
3 A. Yes, I believe so. I believe he's the person
4   that I had dinner with.
5 Q. And not Mr. Debregeas?
6 A. I don't understand. It wasn't Mr. Debregeas?
7 Q. Here's my question. Earlier today you
8   testified that you had a dinner with
9   Mr. Debregeas or someone you thought was
10  Mr. Debregeas. Dubois?
11 A. No. Dubois. That's what I think, so maybe I
12  had said the wrong thing because I made a
13  mistake, but I believe that what I meant was
14  Mr. Dubois because Dubois, Debregeas --
15  because Leduc and Debregeas were the original
16  founders of Ethypharm if I'm correct. The
17  person that later on incorporated him into
18  the company was Dubois if I'm correct. Am I
19  correct?
20 Q. I can't answer your questions. I'm sorry.
21 A. Also, I am not sure, but what I think Dubois
22  is the one that I had dinner with that
23  evening, not Debregeas, and Debregeas I only
24  saw him in France. You know, I say hi to him

32 (Pages 122 to 125)

**Confidential - Attorneys' Eyes Only**

Page 126

1 CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 and wish him some words through Fernando
3 Berenguer, some words.
4 Q. This letter, Exhibit 13, I'm going to refer
5 you to this paragraph and have a translation,
6 and this says, Unfortunately, I am not able
7 to assist at the meeting that will be held at
8 your Paris office, but we certainly wish to
9 find together the best solution for both
10 companies, and I believe you will find the
11 most flexible position in Clemente Gonzalez
12 and his collaborators.
13 Do you recall -- my question to you
14 is: Do you recall Mr. Murphy asking you to
15 go to Paris to assist at a meeting with
16 Ethypharm?
17 MR. MINGOLLA: Objection.
18 A. I don't know if Mr. Murphy asked me or if it
19 was just a consequence of our relationships
20 with Mr. Gonsalez in France -- with
21 Mr. De Basilio in Spain. I don't know.
22 Q. Do you recall going to Ethypharm's offices in
23 France around April or May of 1997?
24 A. I don't remember the date, but I do remember

Page 127

1 CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 having been in France with Fernando Berenguer
3 and probably Mr. Herrera, but I don't
4 remember he was already at the company.
5 Q. Do you recall anything about a meeting in
6 France around April of 1997?
7 A. In concrete, no. Not at all. Concrete or
8 not concrete, not at all. I don't remember.
9 Q. Why don't I show you another document.
10 (Exhibit No. 14, Document, 9174, so
11 marked)
12 Q. I'll ask you to look at that and see if you
13 recognize it. You've had some time to review
14 this three-page letter, correct?
15 A. Yes.
16 Q. And you've not reviewed the longer document
17 in the back, the draft contract, correct?
18 A. No.
19 Q. Just focusing on the letter which you just
20 read, is this something that you recall
21 receiving around September of 1997?
22 A. Exactly the letter, no. As I said before,
23 you know, letters, I don't remember any one
24 in specific. I remember the time, the era,

Page 128

1 CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 the most favorite time, the arrival of
3 Mr. Dubois. And it shows in here the
4 Debregeas, Leduc founders. Igonet is the
5 financial person; Dubois, general director.
6 Q. You're reading the names on the bottom of
7 page 3, correct?
8 A. Yes.
9 Q. And do you remember -- I understand you don't
10 remember the specific letter, but do you
11 remember the issues in the letter?
12 MR. MINGOLLA: Objection as to form.
13 A. Yes, briefly.
14 Q. What do you remember sitting here today about
15 the issues in this letter? In your own
16 words, what do you remember?
17 A. I remember that there's a beginning, a future
18 of production, a promising future of
19 production fundamentally. You know, the rest
20 is, this is basically it.
21 Q. Do I understand correctly that you recall
22 this period as one where the parties talked
23 about the structure of their future
24 relationship?

Page 129

1 CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 MR. MINGOLLA: Objection.
3 Ambiguous. What period?
4 A. What I remember from this conversation that
5 took place, during this time it was presented
6 a business -- a future of business of
7 positive business, all the chronic problems
8 of, you know, of recognizing the know-how,
9 the GMP, all of those.
10 Q. Those problems were discussed during that
11 period? Is that what I'm understanding?
12 MR. MINGOLLA: Same objection.
13 A. They were always been discussed before,
14 after.
15 Q. During the negotiations during the 1997 time
16 period that are discussed in this letter, do
17 you recall now meeting in Paris in April of
18 1997?
19 A. Yes, this meeting that I had remembered I
20 think it is.
21 Q. Could you tell me everything you remember
22 about the meeting in April of 1997 in Paris
23 that's discussed in the second paragraph of
24 the exhibit?

33 (Pages 126 to 129)

**Confidential - Attorneys' Eyes Only**

Page 130

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 A. This sounds to me just as the same as always,
3    a chronic problem.
4 Q. Do you remember anything else about the
5    meeting in Philadelphia between Mr. Dubois to
6    Mr. Murphy from reading paragraph 3 of this
7    letter?
8 A. It sounds to me just the same as all, you
9    know, the conversations and topics. That
10   they were not productive, that will develop
11   as part of this discussions about Ethypharm.
12       (Exhibit No. 14, Document, EP9174,
13       so marked)
14 Q. Let's show you another document, and this
15   Exhibit 14 is September 2, 1997. The
16   document that I'm going to show you is the
17   next day.
18       (Exhibit No. 15, Document, EP2462,
19       so marked)
20 Q. I would ask you to take a look at that, and
21   first question whether the signature on the
22   second page is your signature?
23 A. Yes.
24 Q. So this is a letter, am I -- am I correct

Page 131

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    that this is a letter that you sent to
3    Mr. Dubois one day after he sent you a letter
4    regarding the Ethypharm relationship?
5 A. That I received a communication for Adolfo
6    De Basilio on September the 2nd, and on the
7    3rd of September I sent a letter to
8    Mr. Dubois.
9 Q. Thank you. Did you also copy Mr. Murphy on
10   your letter?
11 A. Probably, yes. There's a translation in
12   English that most likely that it was to
13   Mr. Murphy's designation.
14 Q. And I'm referring to page 3 at the bottom.
15   It looks like there's a designation that
16   shows that it was copied. It's out of order.
17 A. Yes, was copied to Mr. Murphy and Senior De
18   Basilio.
19 Q. Why don't you take a moment to read that
20   document, and just keep in mind that I
21   believe that it was -- it's in order, just
22   the first two pages of that document?
23 A. So it's a relaxing point.
24 Q. Why is that a relaxing point? I don't

Page 132

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    understand.
3 A. Because the business was functioning.
4 Q. At this point the relationships are going
5    well according to this letter?
6        MR. MINGOLLA: Objection. Document
7    speaks for itself.
8 A. In relation to the production, yes. In
9    regards to the rest, as is stated on the
10   prior letter as, you know, from
11   Mr. De Basilio, no.
12 Q. Go back to the letter from Mr. De Basilio.
13   What are the problems you see with that
14   letter?
15       MR. MINGOLLA: I assume you're
16   talking about problems.
17 Q. Let me rephrase the question. We're now
18   looking an Exhibit 14. We're going back.
19   You indicated that certain things were not
20   correct about this exhibit, and I'm asking
21   you to put yourself in the place of general
22   manager back in 1997 and tell me what you
23   have a problem with about that letter, if
24   anything?

Page 133

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 A. I need to read it again because it sounded to
3    me as negative stuff. It talked about there
4    was an audit made by Ethypharm, and the word
5    -- they were not happy or conforming with the
6    GMP practice.
7 Q. You're talking at the bottom of the second
8    paragraph?
9 A. Yes, second paragraph, the end of the second
10   paragraph.
11 Q. Is there anything else that you have a
12   problem with in that letter?
13       MR. MINGOLLA: Objection as to form.
14 A. I would like to go step by step. On
15   September the 2rd, Mr. De Basilio informs me
16   that that they had done an audit by
17   Ethypharm, and they were not in conform with
18   it. On the 3rd of September, the following
19   day I sent a letter to Mr. Debregeas.
20 Q. Dubois?
21 A. Excuse me, Dubois. On the second paragraph
22   -- at the same time we had contract the
23   services of some experts of quality expert
24   that -- they had taken place, an audit had

34 (Pages 130 to 133)

Page 134

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

1  taken place during the month of July, and in
2  September there were conditions to begin the
3  program of actions that must take place in
4  collaboration with the direction of our
5  manufacturing plant.
6      But Mr. De Basilio was aware of this
7  because he had a direct contract, a very
8  direct contract with the director of
9  manufacturer of Zaragoza, Senior Cabodevilla.
10  Maybe by this time it was Cabodevilla.
11 Q. So to summarize in the September letter,
12  Mr. Debregeas is telling you there are
13  problems with GMP, and your September 3rd
14  letter you're responding you're handling
15  them?
16 A. Then in July we were already solving the
17  problems and Mr. Debregeas was aware of this.
18 Q. How was your relationship with Adolfo
19  Debregeas?
20 A. Excellent, personally excellent.
21  Professionally very bad.
22 Q. Why do you think that's true?
23 A. What's true?

Page 135

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

1 Q. Why do you think the relationship with him
2  professionally was not good?
3 A. Because from my point of view they didn't
4  want to assume the reality. So we always
5  converse not about the reality. We were
6  conversing like regarding the sex of the
7  angels.
8 Q. Did the fact that you were dealing with --
9  strike that.
10     Did the fact that Laboriatorios
11  Belmac was dealing with the desires of the
12  company in the U.S.A. and the fact that
13  Adolfo Debregeas was dealing with France have
14  a problem with you?
15     MR. MINGOLLA: Objection to form.
16  Ambiguous.
17 A. You had just presented too many things at the
18  same time. Can you do it a little more
19  concrete. One at a time.
20 Q. As general manager, you were dealing with
21  your mother company in the U.S.A., correct?
22     MR. MINGOLLA: Objection as to form.
23  Dealing with.

Page 136

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

1 A. I don't understand the question. If you can,
2  please, repeat the question and please,
3  excuse me.
4 Q. I'll tell you what. Let's move to a slightly
5  different topic. What I want to do is find
6  this portion.
7     MR. MINGOLLA: Which exhibit are we
8  referring to?
9     MR. BOSTWICK: Exhibit 15.
10 Q. I want to ask you about this sentence. Okay.
11  It says, We have received a draft of a
12  contract sent by Mr. De Basilio that we as
13  well as our president Mr. Murphy are
14  reviewing, and we will send you our comments
15  and eventually an alternative version in a
16  few days.
17     Is it true that you sent the draft
18  contract in Exhibit 14 to Mr. Murphy for his
19  review in the U.S.?
20 A. Yes. If it isn't here translated, that means
21  that I did send it, yes; but it could be just
22  an excuse we use in companies just kind of
23  delay or just talk more deeply in terms about

Page 137

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

1  certain topics, to consult the president. I
2  don't know if in was for sure, for real or it
3  was just an excuse. I don't remember.
4 Q. So you are not sure whether you sent this --
5  you're not sure whether this statement is
6  true?
7 A. The one that I was going to send it to him,
8  no, I'm not sure. You know in the companies
9  I'm going to consult with him, you know, like
10  I'm going to consult either to delay or to
11  blame it on somebody else. You know, as far
12  as just me is fine, but in terms of my
13  president -- and Mr. De Basilio did this
14  double thing quite often. He would say yes,
15  with me it's okay, but France, Debregeas is a
16  difficult person.
17 Q. So sometimes in negotiations about the
18  relationship, Mr. Debregeas would say to you
19  this, something like this is fine with me but
20  my mother company is difficult?
21 A. Yes. And sometimes it will be true and
22  others it was not.
23 Q. And sometimes you would say, Adolfo, this is

35 (Pages 134 to 137)

**Confidential - Attorneys' Eyes Only**

Page 138

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    okay with me, but my company in the U.S.A., I
3    don't know if they'll like it?
4        MR. MINGOLLA: Objection as to form.
5 A.  Yes, in some things. Yes, in some moment I
6    did use that kind of excuse. You know, it's
7    very normal in any type of business.
8 Q.  Let me show you another document.
9        (Exhibit No. 16, Document,
10       BETYL2671, so marked)
11 Q.  This is Exhibit 16, and I want to show you --
12    now, have you ever seen minutes of the
13    Bentley board meetings in the U.S.A.?
14 A.  No.
15 Q.  Can I ask you to turn --
16 A.  No, never.
17 Q.  Can I ask you to turn to 2678. I will read
18    to you from the top of the page, and it says,
19    Mr. Murphy then presented a proposal
20    regarding compensation adjustment for
21    Clemente Gonzalez, to the members of the
22    board, and Mr. Laska requested a copy of
23    Dr. Gonzalez's employment agreement and
24    suggested his new agreement expire at the

Page 139

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    same time as U.S. management's employment
3    agreements.
4        And I'm going to skip down to this
5    portion which says that it was resolved that
6    Clemente Gonzalez is hereby awarded a salary
7    increase of 10 percent and a bonus equivalent
8    that awarded in the prior year.
9        MR. MINGOLLA: If you've mentioned
10    this already, I apologize. Have you told the
11    witness the date of this meeting because he
12    doesn't read English?
13 Q.  Perhaps I did not. The date of the meeting
14    was November 13, 1997. My first question is:
15    Do you recall receiving a salary increase in
16    November of 1997 or around that time?
17 A.  I do know that I received increase in salary,
18    and there was always -- they always arrived
19    with delay because I'm very careful with my
20    salary. I didn't like to speak in regards to
21    this topic with Mr. Murphy, but I had a
22    fantastic defendant within the company that
23    was Mr. Estevez.
24        So he would think it has been two

Page 140

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    years they haven't increased your salary. I
3    have told Mr. Murphy he has to increase your
4    salary. He will take care of me a lot. And
5    I was very thankful for it; but my wife, you
6    know, she wasn't going well with it.
7 Q.  So Mr. Murphy was the one who was in charge
8    of increasing your salary?
9 A.  Yes.
10 Q.  And Mr. Murphy had to get authority from
11    Bentley's board of directors to do that?
12        MR. MINGOLLA: Objection as to the
13    form.
14 A.  I don't know.
15 Q.  What was your salary from 1995 to 1999? Do
16    you know? Do you remember?
17 A.  No. No. Do you want me to tell you
18    approximately.
19 Q.  Why don't you tell me approximately what you
20    made in 1995 and what you made in 1999?
21 A.  No. I think that I began about 12 million
22    pesetas, and I finished with about 8 million
23    pesetas, plus bonuses, and it could be like
24    13, 18, something like that. And what I do

Page 141

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    remember is what I requested of Mr. Murphy
3    for salary for Mr. Debregeas as general
4    director, and I believe it was about 22
5    million.
6        MR. BOSTWICK: Why don't we pause
7    right now.
8        THE VIDEOGRAPHER: The time is 5:30
9    p.m. on June 27, 2006. This is the end of
10    tape number three.
11        (Recess)
12        THE VIDEOGRAPHER: The time is 5:32
13    p.m. on June 27, 2006. This is tape number
14    four.
15 Q.  Dr. Gonzalez Azpeitia, we will talk a little
16    bit more about salary and bonuses and things,
17    and then we'll end for tonight. Is that all
18    right?
19 A.  Very good.
20 Q.  You indicated as I understood that in 1995
21    you made approximately 12 million pesetas as
22    the general director of Laboriatorious
23    Belmac; is that correct?
24 A.  Twelve, 13. I think it was more towards 13

36 (Pages 138 to 141)

Page 142

1   CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2   but around there.
3 Q. Do you know approximately what that is in
4    U.S. dollars?
5       MR. MINGOLLA: Objection as to form.
6    We're talking about 1995 I understand.
7 Q. Yes. What would that have equated to in U.S.
8    dollars in 1995, if you know?
9 A. I think $80,000 maybe. I just don't know
10   what was the equivalent exchange of the
11   pesetas with dollar at that time. With it
12   now, it might be something. But it could be
13   about $80,000.
14 Q. Now, did you also receive bonuses each year
15   while you were a general manager?
16 A. Yes, every year. There were delays, but yes,
17   I believe that every year.
18 Q. Approximately how much would you receive as a
19   bonus each year?
20 A. Approximately $12,000 or about $18,000,
21   approximately.
22 Q. Did those bonuses come from decisions made by
23   Jim Murphy -- strike that.
24      Who decided whether you would get a

Page 143

1   CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    bonus?
3 A. This is the first I know, Mr. Murphy, but I
4    don't know if he was consulting with someone
5    else.
6 Q. So you don't know if Bentley, the board of
7    directors of Bentley was involved in
8    authorizing those bonuses?
9 A. No. Until I saw this letter you just showed
10   me, no. Mr. Murphy did not tell me what it
11   was telling Mr. De Basilio. I will have to
12   consult.
13 Q. He didn't say he had to consult with his
14   board?
15 A. No. He didn't use that excuse.
16 Q. Did you receive any stock while you were an
17   employee of Laboriatorious Belmac?
18 A. Yes.
19 Q. And was it stock of Laboriatorious Belmac or
20   stock of Bentley?
21 A. Bentley. They were Bentley's.
22 Q. Did you receive stock every year?
23 A. Sporadically they will let me have some.
24 Q. How much stock did you collect while you were

Page 144

1   CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    an employee of Bentley?
3       MR. MINGOLLA: Objection as to form.
4    I think you mean what kind of stock were you
5    awarded.
6 Q. How much Bentley stock were you awarded while
7    you were employed by Laboriatorious Belmac?
8 A. Total, $25,000.
9 Q. Do you know how much -- do you still have
10   that stock?
11 A. No.
12 Q. Did you sell that stock at some point?
13 A. Yes. I bought them and I sold them.
14 Q. Did you buy them, or were they awarded to
15   you?
16 A. No, I bought them.
17 Q. What I'm talking about is did you receive
18   stock from Bentley while you were working at
19   Laboriatorious Belmac?
20 A. Yes, of course, exactly. Belmac because --
21   Bentley, the stock is from Bentley because
22   Belmac doesn't have actions, you know, so
23   they cannot buy from Belmac.
24 Q. This may be a little difficult to do in

Page 145

1   CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    translation, but I'm going to try. My
3    understanding is you received awards of stock
4    options from Bentley, and then you would have
5    exercised those stock options?
6 A. Yes. Yes, because I have options of
7    purchases, and I did execute them. I bought
8    them and I execute them.
9 Q. How much money did you make off of the stock
10   options that were awarded to you?
11 A. I received the options at about $60, and that
12   was the price it was at the company when I
13   start at the company, when I received them at
14   the company.
15      MR. MINGOLLA: We have a translation
16   issue here, I believe. My understanding is
17   that he said 160.
18 A. When I began at the company as general
19   director, the options were at $1, and then
20   they were accessible to me at $165 -- 1.65.
21   They gave me one time 10,000 and another time
22   10,000. I don't remember, and on another
23   occasion 5,000 when I was no longer general
24   director at $6 because the options were at $5

37 (Pages 142 to 145)

**Confidential - Attorneys' Eyes Only**

Page 146

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

1
2  at that time.
3 Q.  What I'm trying to understand, and I think
4     our translator is trying to understand is how
5     much money did you make off of those stock
6     options?
7 A.  When I sold them, I think it was about 12 and
8     a half dollars.  You know, 11, 11 and a half,
9     13, a half of it.
10 Q.  So in total, do you know how much money you
11     made off the stock options, the Bentley stock
12     options?
13 A.  No.  You can figure it out.
14 Q.  I'm not sure I can.  Just a rough
15     approximation.
16 A.  Because the dollar -- when I bought the
17     options, the dollar was way more than the
18     euro, and then I sold them with a lower
19     dollar.
20 Q.  In terms of pesetas, do you think you made
21     one million pesetas, 12 million pesetas, 60
22     million pesetas?
23 A.  Okay.  I don't know right now.  I don't
24     remember.  You know, maybe I can calculate it

Page 147

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

1
2  because it has been a little at a time.  I
3  did not sell them all at the same time.  I
4  don't remember it -- more than 10 million,
5  yes, but I don't know exactly because it had
6  been different years also, and there were
7  taxes.  There were some important taxes of my
8  country, so net, you know, is very
9  complicated.
10 Q.  And I appreciate your efforts to give me an
11     approximation.  It sounds from what you are
12     saying that your best estimate is that you
13     made somewhere between 50 and 100,000 U.S.?
14       MR. MINGOLLA:  Objection as to form.
15 A.  Yes, maybe more, maybe some more.
16 Q.  Maybe over $100,000?
17 A.  Yes, maybe more in various years, but I'm
18     very bad at things -- I will have to
19     calculate it.  If you want, I can send you a
20     letter of all the analysis of the stock
21     options, but right now I don't know how much
22     they cost, when I sold them, the taxes that I
23     pay for in the year, you know, because I had
24     spend part of it also.

Page 148

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

1
2 Q.  When you retired, did you receive additional
3     money like a severance, what we would refer
4     to as a severance package in the United
5     States?
6 A.  I received a termination from the company.
7       THE INTERPRETER:  He said fine.  I'm
8     not sure of that term.
9 A.  The company terminated me.
10 Q.  And did you receive any money when -- or
11     stock or bonuses when that happened?
12 A.  No.  Money.
13 Q.  How much money?
14 A.  You know, maybe about 100,000, maybe 120,000.
15     It was about a one year salary when I was
16     general director.
17 Q.  And was it Mr. Murphy who authorized that?
18 A.  No.  This was Mr. Herrera.
19 Q.  Do you know if Mr. Herrera spoke with
20     Mr. Murphy about that?
21 A.  No, I don't know.
22       MR. BOSTWICK:  I don't have any
23     further questions tonight, but we'll start up
24     tomorrow.

Page 149

CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

1
2       THE VIDEOGRAPHER:  The time is
3  5:51 p.m. on June 27, 2006.  This is the end
4  of tape number four of the videotape
5  deposition Dr. Gonzalez.  This deposition
6  will be adjourned until June 28th on these
7  premises at 9:00 a.m.
8       (Whereupon the deposition was
9        suspended at 5:51 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

38 (Pages 146 to 149)

Confidential - Attorneys' Eyes Only

Page 150

1  CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

2     C E R T I F I C A T E.

3

4  COMMONWEALTH OF MASSACHUSETTS

5

6

7     I, Tina M. Sarcia, a Registered

8  Professional Reporter and Notary Public in

9  and for the Commonwealth of Massachusetts, do

10  hereby certify that the foregoing transcript

11  of the deposition of CLEMENTE GONZALEZ

12  AZPEITIA, having been duly sworn, on Tuesday,

13  June 27, 2006, is true and accurate to the

14  best of my knowledge, skill and ability.

15     IN WITNESS WHEREOF, I have hereunto

16  set my hand and seal this 11th day of June

17  , 2006.

18

19

20

21     Tina M. Sarcia, RPR

22     Notary Public

23

24  My commission expires:  March 13, 2009

Page 152

1  CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

2  ATTACH TO THE DEPOSITION OF CLEMENTE GONZALEZ
   AZPEITIA

3  CASE: ETHYPHARM V BENTLEY

4     ERRATA SHEET

   INSTRUCTIONS:  After reading the transcript

5  of your deposition, note any change or
   correction to your testimony and the reason

6  therefor on this sheet.  DO NOT make any
   marks or notations on the transcript volume

7  itself.  Sign and date this errata sheet
   (before a Notary Public, if required).  Refer

8  to Page 151 of the transcript for errata
   sheet distribution instructions.

9

   PAGE LINE

10     CHANGE:
       REASON:

11     CHANGE:
       REASON:

12     CHANGE:
       REASON:

13     CHANGE:
       REASON:

14     CHANGE:
       REASON:

15     CHANGE:
       REASON:

16     CHANGE:
       REASON:

17     CHANGE:
       REASON:

18     CHANGE:
       REASON:

19     CHANGE:
       REASON:

20

21     I have read the foregoing transcript
   of my deposition and except for any

22  corrections or changes noted above, I hereby
   subscribe to the transcript as an accurate

23  record of the statements made by me.

24     CLEMENTE GONZALEZ AZPEITIA DATE

Page 151

1  CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

2  DEPONENT'S ERRATA SHEET

3  AND SIGNATURE INSTRUCTIONS

4

5     The original of the Errata Sheet has

6  been delivered to Joseph Mingolla, Esq.

7     When the Errata Sheet has been

8  completed by the deponent and signed, a copy

9  thereof should be delivered to each party of

10  record and the ORIGINAL delivered to Dwight

11  Bostwick, Esq. to whom the original

12  deposition transcript was delivered.

13

14     INSTRUCTIONS TO DEPONENT

15

16     After reading this volume of your

   deposition, indicate any corrections or

17  changes to your testimony and the reasons

   therefor on the Errata Sheet supplied to you

18  and sign it.  DO NOT make marks or notations

   on the transcript volume itself.

19

20  REPLACE THIS PAGE OF THE TRANSCRIPT WITH THE

21  COMPLETED AND SIGNED ERRATA SHEET WHEN

22  RECEIVED.

23

24

39 (Pages 150 to 152)

JT-A-136

Confidential - Attorneys' Eyes Only

| A | | | | |
|---|---|---|---|---|
| **ability** 150:14 | **ambiguous** 36:5 | 142:20,21 | 38:1 39:1 40:1 | **Ayala** 11:24,24 |
| **able** 42:4 68:13 | 58:8 79:11 86:19 | **approximation** | 41:1 42:1 43:1,21 | 52:15,16,18,21,23 |
| 74:12 126:6 | 88:22 90:3 91:22 | 23:22 146:15 | 44:1 45:1 46:1 | 53:8,12 54:6,12 |
| **Abreu** 2:13 6:24 | 92:6 93:4 129:3 | 147:11 | 47:1 48:1 49:1 | 57:18 62:22 63:15 |
| 20:15 | 135:17 | **April** 11:14 126:23 | 50:1 51:1 52:1 | 82:11 89:19 |
| **absolutely** 83:3 | **analysis** 147:20 | 127:6 129:17,22 | 53:1 54:1 55:1 | **Azpeitia** 1:15 4:4 |
| 95:14 | **Angel** 11:24 | **archives** 93:13 | 56:1 57:1 58:1 | 6:3 7:9 10:3,23 |
| **acceptable** 44:15 | **Angell** 1:21 2:15 | **area** 31:4 41:11,12 | 59:1 60:1 61:1 | 11:5 33:23,24 |
| **access** 93:14 | 6:17 | **areas** 61:4 | 62:1 63:1 64:1 | 44:17 59:12 77:23 |
| **accessible** 145:20 | **angels** 135:8 | **arrival** 128:2 | 65:1 66:1 67:1 | 77:23 83:13,23 |
| **accounts** 28:12 | **animate** 56:24 | **arrived** 139:18 | 68:1 69:1 70:1 | 89:14,18,21 90:22 |
| **accurate** 10:24 17:6 | **animator** 43:5,8 | **Asensio** 86:15 | 71:1 72:1 73:1 | 98:20 117:4 |
| 85:2,4 150:13 | **announcement** 64:5 | **asked** 94:19 100:9 | 74:1 75:1 76:1 | 141:15 150:12 |
| 152:22 | 64:22 | 126:18 | 77:1 78:1 79:1 | 152:2,24 |
| **acknowledge** 89:22 | **announces** 64:18 | **asking** 38:10,11 | 80:1 81:1 82:1 | **A-D-M-I-N-I-S-T...** |
| **act** 48:11 93:20 | **answer** 8:20 9:11 | 97:14 111:20 | 83:1 84:1 85:1 | 17:19 |
| **acting** 108:3 | 15:23 37:7 41:9 | 114:11 126:14 | 86:1 87:1 88:1 | **a.m** 1:23 6:11 9:22 |
| **action** 7:19 | 41:18,21 42:9,10 | 132:20 | 89:1 90:1 91:1 | 10:2 15:18,21 |
| **actions** 134:4 | 45:12 82:18 87:16 | **ASOCIADOS** 3:6 | 92:1 93:1 94:1 | 33:19,22 43:14,17 |
| 144:22 | 87:17,19 89:10,12 | **aspect** 36:2 | 95:1 96:1 97:1 | 58:22 149:7 |
| **activity** 30:10 | 95:15 100:3 | **aspects** 71:24 84:4 | 98:1 99:1 100:1 | |
| **actual** 17:15 | 119:17 125:20 | **assigned** 32:4 63:21 | 101:1 102:1 103:1 | **B** |
| **additional** 148:2 | **answers** 14:12 44:8 | 109:9 | 104:1,8 105:1 | **B** 4:8 |
| **address** 10:14 | 121:8 | **assignment** 63:16 | 106:1 107:1 108:1 | **BAACH** 2:5 |
| **adjourned** 149:6 | **Antonio** 38:21 | 78:8 | 109:1 110:1 111:1 | **back** 10:2 15:21,22 |
| **adjustment** 138:20 | 94:20 | **assist** 43:22 126:7 | 112:1 113:1 114:1 | 33:22 41:9,22 |
| **administer** 32:5 | **anxious** 61:2 | 126:15 | 115:1 116:1 117:1 | 42:11 43:17 59:10 |
| **administration** | **anybody** 75:24 | **assistance** 40:4,7,14 | 118:1 119:1 120:1 | 77:22 84:15 89:10 |
| 22:9 94:7 | **apologize** 11:6 | 40:20 | 121:1 122:1 123:1 | 95:12 101:17,18 |
| **administrative** 49:2 | 139:10 | **association** 6:14 | 124:1 125:1 126:1 | 103:17 105:16 |
| 87:4 117:18 | **apparently** 119:5 | **assume** 108:19 | 127:1 128:1 129:1 | 110:16 116:24 |
| **adolfo** 38:3,24 47:2 | **APPEARANCES** | 132:15 135:5 | 130:1 131:1 132:1 | 122:6 123:22 |
| 48:20 51:17 52:2 | 2:2 3:2 | **assumed** 106:14 | 133:1 134:1 135:1 | 127:17 132:12,18 |
| 63:9,24 68:17 | **appears** 66:18 | 107:8 108:17 | 136:1 137:1 138:1 | 132:22 |
| 72:18 75:14 76:20 | 104:3 122:8 | 109:13 | 139:1 140:1 141:1 | **backup** 115:19 |
| 114:11,12 131:5 | 123:13 124:22 | **assuming** 124:3,4 | 142:1 143:1 144:1 | **backwards** 88:12 |
| 134:19 135:14 | **applicants** 53:21 | **ATTACH** 152:2 | 145:1 146:1 147:1 | **bad** 134:22 147:18 |
| 137:24 | **application** 53:18 | **attached** 64:2 | 148:1 149:1 150:1 | **based** 60:21 96:21 |
| **advance** 113:14 | 53:19 | **attain** 12:6 | 151:1 152:1 | 106:10 |
| **afternoon** 77:23 | **apply** 53:23 54:2 | **attempts** 106:21 | **audit** 101:4 133:4 | **basic** 64:6 |
| **agree** 70:14 84:12 | **appointed** 16:16,23 | **attention** 109:24 | 133:16,24 | **basically** 51:14 |
| 93:23 96:13 | 16:24 | 115:17 | **author** 102:23 | 87:22 128:20 |
| **agreement** 4:16 | **appreciate** 30:19 | **attorney** 70:4 71:11 | **authorities** 79:8,12 | **Basilio** 47:3 50:12 |
| 66:19 67:16,21 | 60:9 147:10 | 71:11 | 80:11 | 50:13 51:17 52:2 |
| 68:4,4 70:7 84:11 | **approach** 117:19 | **attorneys** 1:1 2:1 | **authority** 79:19 | 60:4,7 63:9 68:17 |
| 91:6,11 93:8,19 | **appropriate** 44:14 | 3:1 4:1 5:1 6:1 | 82:11 140:10 | 68:17,18 70:4 |
| 102:13 138:23,24 | 95:10 | 7:1 8:1 9:1 10:1 | **authorized** 148:17 | 71:14 72:18 73:4 |
| **agreements** 70:15 | **approval** 122:20 | 11:1 12:1 13:1 | **authorizing** 143:8 | 74:2 75:14 76:20 |
| 89:22 90:4,21,24 | **approve** 94:24 | 14:1 15:1 16:1 | **Avenue** 1:22 2:16 | 77:4,5 114:11 |
| 93:18 96:15 97:2 | **approximately** 12:3 | 17:1 18:1 19:1 | **avoid** 105:18 | 115:10,16 126:21 |
| 98:6 139:3 | 12:4,9,19,20 | 20:1 21:1 22:1 | **awarded** 139:6,8 | 131:6,18 132:11 |
| **ahead** 45:12 100:8 | 16:12 22:24 23:23 | 23:1 24:1 25:1 | 144:5,6,14 145:10 | 132:12 133:15 |
| **alleviated** 41:8 | 25:13 26:2,5 | 26:1 27:1 28:1 | **awards** 145:3 | 136:13 137:14 |
| **alternative** 136:16 | 32:20 33:7 39:16 | 29:1 30:1 31:1 | **aware** 62:12 73:3 | 143:11 |
| **ALZAGA** 3:5 | 81:17 140:18,19 | 32:1 33:1 34:1 | 96:2,3 114:12 | **Basillo** 134:7 |
| | 141:21 142:3,18 | 35:1 36:1 37:1 | 134:7,18 | **basis** 30:21 |

Confidential - Attorneys' Eyes Only

Page 154

**Bates** 78:24
**Bautista** 3:13
**becoming** 79:8
**began** 140:21
145:18
**beginning** 46:22
50:15,15,17 57:10
74:23 92:7,10
93:11 128:17
**behalf** 1:15 67:16
70:4,5
**Bel** 4:22 121:13,14
121:17
**believe** 31:11 38:5
44:17 66:14,17
73:8 77:4,5,12,24
78:21 79:22 91:3
96:9,19 103:18
118:16 119:12
125:3,3,13 126:10
131:21 141:4
142:17 145:16
**Belmac** 11:10,13,15
11:19 12:9,18,23
13:5,11,13,18,19
13:21,22,23 14:5
14:10,13,14,17,17
14:22,23,23 15:3
15:3,5,9,9,10 16:8
16:22 17:9 18:12
18:16 19:4,6,10
19:11,13,24 20:21
21:12,21 22:16
25:5,6,8 26:9,13
26:20 27:8,18
28:7,14,22,24
29:2,3,8,15,18,23
30:7,11,14,16
31:17,21 34:2,9
34:14,20,23 35:4
35:10,14,18 36:3
36:10,16,21 37:3
37:7,24 38:13
40:5,21 43:8,9
48:5,8,10 52:10
53:6 54:11 57:23
58:6,16 60:10
61:16,20 62:3
63:8,17 64:18
65:19 66:4,7,8
67:9,18 69:10
70:2,4 71:2,3,11
71:12,23 72:2,11
72:15 76:3,5 78:5
79:9 80:23 81:22
82:4,14 83:8 84:4

85:11,20 86:8,12
86:13,17,23 87:3
87:4,12 88:7,17
88:18 89:2,3,4,8
90:19 91:2,19
92:3,7,14 93:12
95:22,24 96:2
97:23 98:23
100:16,18 105:6
106:15 107:4,8
108:2,4,5,18,20
109:2,4,4,6,10,11
117:14 121:18
123:3 135:12
141:23 143:17,19
144:7,19,20,22,23
**Belmac's** 31:14
40:3 93:17 95:19
96:14 108:6
110:10
**Belmazol** 88:15,16
88:19
**belongs** 85:19 89:8
**Bel6304** 118:23
**benefit** 64:4 69:7
**benefits** 35:17
**Bentl** 4:19 109:20
**Bentley** 1:10 6:6
7:23 8:5,7,8 10:11
13:7,10,14,19,24
14:6,10 15:11
16:2,18 17:22
18:10 22:13,16
24:19 25:4 26:12
26:20 27:8,17
28:6,11 29:4 30:2
30:5,6 31:6,15,19
32:22 33:6 34:9
48:6 49:21 72:10
96:5,8,11,13
104:5 107:6,19
108:6,9,12 109:3
112:20 121:4
122:10 123:4,14
123:24 124:5,23
138:13 143:6,7,20
143:21 144:2,6,18
144:21,21 145:4
146:11 152:3
**Bentley's** 30:16
43:21 140:11
143:21
**Berenguer** 46:24
47:3 49:7 51:11
75:14 76:19,22
77:2,6,9,10 81:24

115:22 116:3,6
117:21 118:3
126:3 127:2
**Bernabe** 123:19
**best** 17:11 62:9
96:20 111:12
126:9 147:12
150:14
**better** 75:2 92:17
92:17,18 116:5
**Betyl** 5:4
**BETYL2671**
138:10
**big** 71:17
**bit** 19:22 72:6 74:13
97:21 141:16
**blame** 137:12
**board** 19:5,8,14,20
19:23 20:6,11,20
20:23 21:4,6,7,10
21:11,14 112:20
138:13,22 140:11
143:6,14
**bonus** 139:7 142:19
143:2
**bonuses** 140:23
141:16 142:14,22
143:8 148:11
**boss** 18:3,4
**Boston** 1:22 2:17
6:18
**Bostwick** 2:3 4:5
6:21,21 7:15,18
15:22 17:2,11
20:13 30:19 31:3
40:8 41:10 42:8
43:11,18 44:5
56:2 58:20 59:5
61:15 77:16 78:22
80:16 84:16 87:14
95:9 97:15 103:11
103:22 121:6,23
136:10 141:6
148:22 151:11
**bottom** 65:4 121:17
128:6 131:14
133:7
**bought** 144:13,16
145:7 146:16
**brand** 88:17,18
**brands** 58:12
**break** 9:7,10 31:2
33:13,16 43:11
55:2 58:20 77:14
77:16 87:16
116:17

**breaking** 30:24
**breaks** 9:4,14
**briefly** 43:19 59:17
121:22,24 128:13
**brought** 10:4
115:22
**building** 23:24 24:2
62:10 109:2 117:6
117:8 129:6,6,7
132:3 138:7
**buy** 53:4 144:14,23

**C**

**C** 2:13 3:8 150:2,2
**Cabodevila** 38:21
**Cabodevilla** 38:3
87:5 94:16,18,20
134:10,11
**calculate** 146:24
147:19
**call** 47:15,19 49:15
49:17,19 123:21
**called** 7:10 10:16
11:10,15 13:19
109:23
**calling** 114:10
**calls** 47:13 53:13
62:3,23 66:9
69:13 81:14 82:22
96:16 99:13,19
107:11 108:22
**candidates** 54:3
**capacity** 29:17
**capsulating** 35:20
**capsules** 35:21
88:15
**care** 22:9 70:24
71:2 117:22 140:4
**careful** 139:19
**Carlos** 86:15
**carry** 63:19
**case** 7:23 10:4,10
152:3
**Castellana** 24:9
**caution** 33:14
**CEO** 17:5 96:5
107:19
**certain** 84:4 132:19
137:2
**certainly** 77:17
84:18 90:7 101:10
126:8
**certify** 150:10
**chairman** 96:5
107:19

**change** 24:14 82:3
95:11 152:5,10,11
152:12,13,14,15
152:16,17,18,19
**changed** 13:13
24:16
**changes** 151:17
152:21
**character** 96:21
**charge** 70:14 109:5
140:7
**charging** 101:18
**chief** 17:6 38:18
**China** 90:12
**chronic** 129:7 130:3
**circumstance** 27:21
28:17,20
**circumstances** 43:4
**Civil** 1:16
**clarification** 70:20
**clarify** 10:3 19:22
22:4 25:24,24
31:7 35:12 36:6
38:11 44:5 48:4
55:5 72:6 90:6
97:21 101:9 106:7
114:2
**Claude** 111:11
124:23,24
**clear** 37:6 82:2,18
82:19 85:18 98:4
103:18
**clearly** 84:8
**Clemente** 1:14 4:4
6:3 7:9 11:5
126:11 138:21
139:6 150:11
152:2,24
**client** 101:3
**clients** 84:5
**close** 67:24
**closely** 64:4
**closer** 96:21
**collaboration** 134:5
**collaborative** 61:3
**collaborators**
126:12
**collect** 143:24
**collective** 117:19
**come** 43:3 52:9 87:2
97:7 142:22
**comes** 121:17
**coming** 60:16
**commencing** 1:23
**comment** 56:6
102:23 105:3

Confidential - Attorneys' Eyes Only

113:10 117:24
commented 115:15
commenting 102:9
  102:11,14 103:9
  103:10
comments 97:3
  106:16 136:15
commercial 11:20
  11:20,22 22:10
  23:9,11,12 88:15
commercialization
  90:9
commission 150:24
committee 19:8
common 14:15 99:4
  100:17,18
Commonwealth
  1:19 150:4,9
communicate 31:14
communicated
  31:11
communication
  27:15,15 60:8
  102:15,20 131:5
communications
  31:9
companies 15:6
  61:7 106:22,24
  112:5 126:10
  136:23 137:9
company 11:10,15
  13:6,18,23 14:4,5
  14:9 15:6 18:7,9
  22:13 24:24 26:10
  40:3 45:6 53:2,7
  54:24 55:4,6 57:3
  57:6 67:13,13
  74:8 77:7 93:15
  96:8,11 100:2,4
  108:16 109:2
  116:8 125:18
  127:4 135:13,22
  137:21 138:2
  139:22 145:12,13
  145:14,18 148:6,9
company's 56:24
compensation
  138:20
complaining 101:20
complemented
  116:13
completed 151:8,21
completely 100:8
complicated 147:9
compound 88:22
  93:3 101:7 108:21

concerning 64:3
concrete 127:7,7,8
  135:20
conditions 134:3
CONFIDENTIAL
  1:1 2:1 3:1 4:1
  5:1 6:1 7:1 8:1
  9:1 10:1 11:1
  12:1 13:1 14:1
  15:1 16:1 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1
  24:1 25:1 26:1
  27:1 28:1 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1
  42:1 43:1 44:1
  45:1 46:1 47:1
  48:1 49:1 50:1
  51:1 52:1 53:1
  54:1 55:1 56:1
  57:1 58:1 59:1
  60:1 61:1 62:1
  63:1 64:1 65:1
  66:1 67:1 68:1
  69:1 70:1 71:1
  72:1 73:1 74:1
  75:1 76:1 77:1
  78:1 79:1 80:1
  81:1 82:1 83:1
  84:1 85:1 86:1
  87:1 88:1 89:1
  90:1 91:1 92:1
  93:1 94:1 95:1
  96:1 97:1 98:1
  99:1 100:1 101:1
  102:1 103:1 104:1
  105:1 106:1 107:1
  108:1 109:1 110:1
  111:1 112:1 113:1
  114:1 115:1 116:1
  117:1 118:1 119:1
  120:1 121:1 122:1
  123:1 124:1 125:1
  126:1 127:1 128:1
  129:1 130:1 131:1
  132:1 133:1 134:1
  135:1 136:1 137:1
  138:1 139:1 140:1
  141:1 142:1 143:1
  144:1 145:1 146:1
  147:1 148:1 149:1
  150:1 151:1 152:1
confidentiality 4:16

90:24 91:5 93:18
  93:19 96:15
confirm 90:5
  106:12
conform 133:17
conforming 133:5
confuse 14:8
confused 14:13
  106:13 110:8
confusing 88:16
confusion 14:16,19
  14:20
connected 81:18
consequence
  114:18 126:19
consisted 19:24
consult 56:11,13,16
  95:7,8,16 137:2
  137:10,11 143:12
  143:13
consulting 99:17
  143:4
contact 65:5 76:16
  76:18 120:9
contacting 62:13
contained 79:23
  80:7
content 67:2 83:16
  104:12 105:21,23
  106:11 118:18,19
  123:12
contents 118:20
context 120:6
continue 41:22 42:4
  48:20 83:8 85:15
  105:7 114:18
continued 41:23
continues 62:8
continuous 97:24
contract 69:6,11
  71:18,24 78:9
  79:17 80:3,5,5
  116:10 127:17
  133:22 134:8,9
  136:13,19
contracts 68:23
  69:24 106:22
control 106:14
  107:8 108:18,19
  108:23 109:13
controlled 19:9
convenient 30:24
convention 108:14
conversation 14:20
  47:17 55:15
  105:17 129:4

conversations
  42:17,21 45:7
  46:7,14,17 47:4,5
  47:7 49:5,9 51:24
  68:3,15,20 97:5
  130:9
converse 115:16
  135:6
conversed 105:15
conversing 135:7
copied 131:16,17
copy 78:20 80:14
  80:15 104:23
  123:18 131:9
  138:22 151:8
corporate 79:7,11
corporation 13:11
  13:14,19,22 14:10
  14:18 25:12 61:20
  62:2 63:8 66:5,7
  80:14
Corral 3:4
correct 12:10 13:8
  13:9,11 14:18,24
  16:12 20:4,16
  21:12,18 28:3,5
  30:2 31:12 34:4,7
  34:18,20 37:10
  38:5 42:20 43:24
  47:8 61:20 65:7
  70:10 72:11 75:9
  78:3,7 80:4 82:13
  83:20 85:8,20
  86:3,6 88:9,11
  96:5,8 105:9
  107:20 110:2
  120:16 121:5
  122:24 123:7
  125:16,18,19
  127:14,17 128:7
  130:24 132:20
  135:22 141:23
correction 152:5
corrections 151:16
  152:21
correctly 74:6
  75:13 84:2 92:12
  116:9 128:21
cost 147:22
counsel 6:19 7:10
  71:10
count 23:20
country 10:20
  147:8
couple 60:5 61:5
course 30:18 72:19

conversations
91:15 92:23 99:9
  118:22 124:6
  144:20
court 1:4 6:8,14 7:5
  8:17,19 17:16
  44:2
covered 71:24
Craig 2:14 6:24
crazy 114:14
Cubas 3:8
current 10:14 27:2
C-O-N-S-E-J-E-...
  17:17
C-O-N-S-E-J-O-...
  17:18
C.A 1:5

**D**

D 2:4 4:2
date 8:16 12:12
  37:5 60:21 63:9
  66:13,14 73:23
  74:17,20 93:8
  98:24 126:24
  139:11,13 152:7
  152:24
dated 66:19 83:19
  104:4 122:9
dates 68:14 106:10
day 93:7 104:10
  130:17 131:3
days 104:9 136:17
DC 2:7
Dcha 3:8
de 3:5,8 11:24,24
  24:9 47:2 50:12
  50:13 51:17 52:2
  60:4,7 63:9 68:17
  68:17,18 70:4
  71:14 72:18 73:3
  74:2 75:14 76:20
  77:4,5 114:11
  115:10,16 126:21
  131:6,17 132:11
  132:12 133:15
  134:7 136:13
  137:14 143:11
deal 116:6
dealing 135:9,12,14
  135:21,24
dealt 31:5,8
Dear 60:7 63:23
  120:7
Debregeas 68:20
  72:23 73:6,8,9,12

Confidential – Attorneys' Eyes Only

Page 156

73:19,21 74:2,6
74:10 75:10,22
111:8,11 112:15
125:5,6,9,10,14
125:15,23,23
128:4 133:19
134:13,18,20
135:14 137:16,19
141:3
**December** 60:11,13
60:17
**decided** 142:24
**deciding** 71:22
**decision** 55:18 56:4
56:18 99:22
**decisions** 19:9
27:18 28:11,13,21
56:6,12,15 71:3
142:22
**decreased** 25:22
**deeply** 136:24
**defendant** 1:11
2:20 3:11 6:7 7:2
7:23 139:22
**defendants** 8:4
**defending** 10:10
**Delaware** 1:4,16
6:9
**delay** 136:24
137:11 139:19
**delays** 142:16
**delegated** 77:7
**delivered** 151:6,9
151:10,12
**delivery** 64:20
**denying** 94:2,3
**department** 27:14
**dependent** 81:19
**deponent** 4:3
111:19 151:8,14
**DEPONENT'S**
151:2
**deposition** 1:14
6:10,13,16 8:14
8:16 9:5 14:3
149:5,5,8 150:11
151:12,16 152:2,5
152:21
**describe** 24:7 26:19
27:7 34:8,15
**described** 33:2
**description** 4:10
17:7
**designation** 131:13
131:15
**designed** 64:6 71:19

71:21
**desire** 96:24
**desires** 135:12
**Despite** 119:21
120:7
**detail** 43:4 68:14
98:3
**details** 100:13
**develop** 130:10
**development** 47:2
57:19 64:21 116:3
**dialogue** 41:20
**died** 116:4
**difference** 102:10
102:12,16,17
**different** 35:18
80:10 136:6 147:6
**differently** 104:14
**difficult** 14:21 67:4
87:18 105:7
120:22 137:17,21
144:24
**difficulties** 42:6
**difficulty** 46:20
69:21
**dinner** 73:22 74:4
74:16 111:14
125:4,8,22
**diplomatic** 115:24
**direct** 87:15 109:5
134:8,9
**directed** 120:10
**directing** 22:10,11
**direction** 28:6 32:5
134:5
**directive** 71:2,3
**directly** 17:14
32:10,12 62:14
64:13 73:11 81:18
**director** 11:20 12:7
12:8,18,22 15:5
16:4,8,12,15
18:19 19:15,17,21
22:17,23 23:2,7,9
25:10 26:14 27:6
31:18,19,21 33:5
34:2,12 35:7 37:2
37:3,23 38:4,8,15
38:21 39:2,8
43:10 45:3,22
46:23,24 48:3,18
48:19,21 52:8,10
53:5,6 54:12,17
62:21,24 63:12,15
63:17 67:9 76:8
78:2,15 79:9

80:21,24 81:2,6
81:19 82:7,14,17
83:4 86:13 92:9
93:15,22 94:10
101:14 105:6
108:5 109:10
116:3 124:14
128:5 134:9 141:4
141:22 145:19,24
148:16
**directors** 19:5,8,21
19:23 20:6,12,20
20:23 21:4,7,8,10
21:11,15 140:11
143:7
**disagree** 56:5 85:13
**disagreed** 55:19
**disagreement** 44:11
56:17 100:17
**disapproving** 94:3
**disclosure** 64:2
**disconcerting** 41:19
**discuss** 9:13 42:19
45:23 55:9,14
95:6,17 97:20
98:4 102:8,9
106:23 110:18
112:20
**discussed** 42:16
46:6 98:7 103:19
118:20 129:10,13
129:16,23
**discussing** 44:20
101:23 103:6
112:24
**discussion** 55:10
102:10,13 103:15
105:14,16 122:4
**discussions** 31:23
61:9,13 64:2,9,12
68:6,9 72:16,22
105:10 113:19
115:6 130:11
**disruptive** 41:14
**distinguish** 105:8
**distribution** 152:8
**District** 1:4,4 6:8,8
**Doctor** 7:16
**document** 4:12,14
4:17,20,22,24 5:2
5:3,4 59:13,13,17
59:18 60:3 63:4
64:18 65:12 66:17
66:21 69:18 71:5
71:6,9 78:14,15
78:18,20 79:4,6

79:13,15,16,20
80:2,9,12 81:9,11
83:10,16,19 84:7
87:6 90:5,22,24
91:3 94:12 98:15
103:23 109:19,22
117:2,5 118:23
119:3,12 121:18
122:13 124:18
127:9,10,16
130:12,14,16,18
131:20,22 132:6
138:8,9
**documentation**
89:17
**documents** 59:11
59:19,23 89:22
90:14 94:21 95:2
117:9
**Dodge** 1:21 2:15
**doing** 42:23 44:9
84:19
**dollar** 142:11
146:16,17,19
**dollars** 142:4,8
146:8
**double** 29:12
137:15
**doubting** 89:20
**Dr** 10:3,23 33:23,24
44:17 59:12 60:4
77:23,23 83:13,22
83:23 89:14,18,21
90:22 98:20 117:4
138:23 141:15
149:5
**draft** 65:9 66:19
119:24 122:15,19
122:23 123:10
127:17 136:12,18
**drafted** 69:24
**drafts** 71:18,18,19
**drove** 57:5
**drug** 36:9 64:20
**drugs** 34:24
**Dubois** 111:11
120:9 124:23,24
125:10,11,14,14
125:18,21 128:3,5
130:5 131:3,8
133:20,21
**duly** 7:12 150:12
**duties** 80:7
**Dwight** 2:3 6:21
7:18 30:23 151:10
**dwight.bostwick…**

2:9
**dyslexic** 117:11
**D-E** 17:17
**D-E-L-E-G-A-D-O**
17:17

**E**

**E** 4:2,8 150:2,2
**Earlier** 125:7
**early** 12:14 98:21
112:3
**Edwards** 1:20 2:15
6:17
**efficiently** 121:16
**effort** 23:21
**efforts** 41:24 96:20
147:10
**either** 13:23 61:15
66:22 74:19
117:11 137:11
**Eloy** 84:9
**employed** 76:4
85:22 144:7
**employee** 143:17
144:2
**employees** 91:2
**employment** 80:3,5
138:23 139:2
**Enalapril** 57:16
**English** 40:9 46:20
59:19,24 63:6
64:24 65:2 68:24
69:6,12 85:6,7,19
102:18 103:23
109:22 110:4
117:5,16 118:2
122:24 131:12
139:12
**entire** 44:6 100:4
117:24
**entity** 72:5
**EP** 4:17,18,20,21
4:23 98:15 103:24
**EP2462** 5:3 130:18
**EP2767** 117:2
118:5
**EP2771** 124:16
**EP9174** 5:2 130:12
**equated** 142:7
**equivalent** 139:7
142:10
**era** 127:24
**errata** 151:2,5,7,17
151:21 152:4,7,8
**Escalera** 3:14 44:3
55:3,22 56:4

Confidential - Attorneys' Eyes Only

Esq 151:6,11
Esquire 2:3,4,12,13
  2:14 3:3,4 6:13,15
established 74:8
establishing 64:20
Esteves 23:7
Estevez 31:21 32:5
  32:12 46:22 47:22
  49:7 69:16 70:3
  71:13 117:21
  118:3 139:23
estimate 25:19
  147:12
Ethypharm 1:7,7
  6:5,5 7:20,20 10:5
  10:6 34:3,9,13,21
  35:2,8 36:2,21
  37:8 45:9,18 46:9
  50:3,10,20 51:22
  52:4 55:9 61:9,17
  61:18 62:2,14
  64:10,13,19 65:15
  66:4 67:21 68:5
  68:10,16,21 70:5
  70:8,16 71:23
  72:2,5,9,10,14,20
  72:24 73:12 76:2
  76:10,16,22 84:3
  85:10,12,23 86:8
  86:16,22 87:11,12
  88:3,6,23,24
  89:17,24 90:11,19
  91:13,18,19 92:3
  92:20 93:6,12,21
  94:2,4 95:23
  96:22 97:23 98:21
  99:3,5,12,16
  100:5,14,19 101:3
  101:12,17 102:3
  104:22 105:20
  106:20 110:21
  111:5,22 112:3,9
  112:11 113:15,20
  113:23 115:21
  116:7 119:9 120:2
  124:24 125:2,16
  126:16 130:11
  131:4 133:4,17
  152:3
Ethypharm's 50:24
  86:2,5 88:19
  95:19 97:10 105:5
  126:22
euro 146:18
Europe 50:2,19
evening 125:23

eventually 136:16
evolution 57:10
exact 12:12 53:16
  66:24
exactly 11:21 12:11
  23:20 25:18 36:24
  37:5 55:8 63:13
  63:21 67:11,23
  70:13 75:2 78:12
  118:18 120:12,14
  127:22 144:20
  147:5
Examination 4:5
  7:15
examined 7:12
example 47:18
  62:13 90:12
  119:13
excellent 56:22
  134:21,21
exchange 142:10
exclusive 88:18
exclusively 88:17
excuse 83:14,14
  133:21 136:4,23
  137:4 138:6
  143:15
execute 145:7,8
executive 17:6
exercised 145:5
exhibit 59:15 63:3,4
  63:5 65:21,22
  66:18 71:4,5
  81:10 83:10 88:10
  89:14 91:5 96:18
  97:2 98:15 100:6
  103:24 104:17
  106:4,8 109:20
  110:16 111:20
  117:2 118:5,7,23
  122:7 124:15,16
  126:4 127:10
  129:24 130:12,15
  130:18 132:18,20
  136:8,10,19 138:9
  138:11
EXHIBITS 1:3
exist 18:5 80:18,19
exists 14:16
expand 61:3,17,24
expanding 61:11
expected 54:18,22
expects 54:23
expert 133:23
experts 133:23
expire 138:24

expires 150:24
explain 8:10 27:13
  43:18 102:21
  104:12 120:15
  121:15,22
express 96:24
expressed 87:22
  88:2
expression 17:4
extensively 90:20
extent 44:9,10 88:5
external 24:23
extremely 106:16
EYES 1:1 2:1 3:1
  4:1 5:1 6:1 7:1
  8:1 9:1 10:1 11:1
  12:1 13:1 14:1
  15:1 16:1 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1
  24:1 25:1 26:1
  27:1 28:1 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1
  42:1 43:1 44:1
  45:1 46:1 47:1
  48:1 49:1 50:1
  51:1 52:1 53:1
  54:1 55:1 56:1
  57:1 58:1 59:1
  60:1 61:1 62:1
  63:1 64:1 65:1
  66:1 67:1 68:1
  69:1 70:1 71:1
  72:1 73:1 74:1
  75:1 76:1 77:1
  78:1 79:1 80:1
  81:1 82:1 83:1
  84:1 85:1 86:1
  87:1 88:1 89:1
  90:1 91:1 92:1
  93:1 94:1 95:1
  96:1 97:1 98:1
  99:1 100:1 101:1
  102:1 103:1 104:1
  105:1 106:1 107:1
  108:1 109:1 110:1
  111:1 112:1 113:1
  114:1 115:1 116:1
  117:1 118:1 119:1
  120:1 121:1 122:1
  123:1 124:1 125:1
  126:1 127:1 128:1
  129:1 130:1 131:1

132:1 133:1 134:1
  135:1 136:1 137:1
  138:1 139:1 140:1
  141:1 142:1 143:1
  144:1 145:1 146:1
  147:1 148:1 149:1
  150:1 151:1 152:1
E-N-A-L-A-P-R-...
  57:17
E-S-T-E-V-E-S
  23:8

_____

F

F 2:6 150:2
faces 69:23 74:11
facilitating 90:8
Facsimile 4:18
  103:24
fact 41:5 119:21
  120:8 135:9,11,13
factor 57:22 58:5
  58:15
factors 57:5,9
fair 17:20 75:21
faith 93:20
familiar 42:2 67:2,3
  111:7
fantastic 139:22
far 137:12
favorite 128:2
fax 4:19 106:3,5
  109:20 114:2,6,12
  114:19 115:7,11
  119:5 121:3 122:8
  123:14,22,23
  124:4
February 91:8 93:8
  110:22
feel 9:7
fees 25:4
Fernando 46:24
  47:3 49:7 77:8
  115:22 116:3
  126:2 127:2
figure 116:18
  146:13
filed 78:6 79:7
  80:11
files 80:17
financial 23:7 27:14
  31:18,18,21 46:23
  75:7 76:8 116:10
  128:5
Financially 75:6
find 14:14,19 126:9
  126:10 136:6

fine 2:4 6:22 84:20
  137:13,20 148:7
finish 28:17 41:12
  121:7
finished 35:21
  40:16 83:14
  140:22
fire 80:23 81:4 82:3
fired 52:16,18,21
  52:24 53:8,12
  54:6 81:5,12 82:9
  82:21
firing 53:7
firm 6:17
first 11:18 24:8
  58:12 59:13 63:22
  63:23 65:24 66:3
  67:15 84:19,22,24
  106:2 119:20
  121:2,3 122:7
  124:24 130:21
  131:22 139:14
  143:3
five-minute 31:2
five-page 90:23
flexible 126:11
fluent 77:2
focusing 127:19
follow 42:13
following 133:18
follows 7:13
follow-up 40:3
fond 56:23
foregoing 150:10
  152:20
forget 115:17
Forgetting 104:15
forgot 47:23
form 30:22 31:9
  34:5,11,16 36:4
  36:12 37:17 40:6
  40:15,22 42:18
  45:4,10,19 46:11
  46:15 47:9,20
  48:16 49:14 50:14
  54:14 55:11,20
  56:14 57:8,14,24
  71:20 72:12 73:14
  79:11 84:6 86:11
  86:18 88:21 90:2
  91:21 92:5 95:21
  99:8 101:6 105:12
  107:10 108:10
  112:22 119:15
  120:4 122:21
  128:12 133:13

Confidential - Attorneys' Eyes Only

Page 158

| | | | | |
|---|---|---|---|---|
| 135:16,23 138:4 | 10:19 | 90:23 95:11 99:11 | **helpful** 107:5 | **independency** 28:8 |
| 140:13 142:5 | **Garcia-Palencia** | 100:8 103:2,14,22 | **hereunto** 150:15 | **indicate** 151:16 |
| 144:3 147:14 | 3:3 7:3 | 116:21 120:8,21 | **Herrera** 38:24 | **indicated** 132:19 |
| **formal** 17:4 | **Gasca** 38:16,18 | 121:15 122:3 | 48:20 49:8 51:11 | 141:20 |
| **formally** 20:7,8 | 87:5 94:9 | 126:4,22 130:16 | 127:3 148:18,19 | **individual** 21:8 |
| 63:20 78:6 79:7 | **gather** 121:10 | 132:4,18 137:8,10 | **hi** 125:24 | **industry** 62:11 |
| **formation** 64:19 | **general** 12:7,8,18 | 137:11 139:4 | **hire** 80:23 81:4 | **influence** 27:17 |
| **Forty-five** 25:20 | 12:22 13:17 15:5 | 140:6 145:2 | **hired** 11:23 12:22 | 28:13 29:2,3,6,11 |
| **Foundation** 39:5 | 16:3,8,11 19:15 | **Gonsalez** 126:20 | 16:3,7 52:7,9 | 30:10,15 |
| 40:2 50:5 58:8 | 19:17,21 22:5,10 | **Gonzalez** 1:14 4:4 | 53:10,17 54:7,16 | **influenced** 28:21 |
| 64:15 70:23 71:8 | 22:17,22 23:2,17 | 6:3 7:9 11:5 | **history** 114:9 | 29:7,15,18 |
| 95:4 105:2 123:6 | 25:10,10 26:14 | 83:22,23 84:9 | **hold** 12:2,17 16:2 | **inform** 28:11 42:21 |
| **founders** 125:16 | 27:4,6 30:12 | 122:9 126:11 | 16:14,21 48:14 | 60:10 |
| 128:4 | 33:24 34:12 35:6 | 138:21 139:6 | **holding** 81:23 | **information** 65:5 |
| **four** 12:19 32:21 | 35:11,14 36:14,18 | 141:15 149:5 | 110:20 112:20 | 91:12,16,17,18,23 |
| 48:19 79:22 80:10 | 37:23 38:4,7,15 | 150:11 152:2,24 | **house** 49:22 | 92:2,6,8,11,20,24 |
| 124:14 141:14 | 39:2,8,12 40:19 | **Gonzalez's** 138:23 | **Huntington** 1:21 | 93:6,11 102:14 |
| 149:4 | 43:9 45:3,22 48:3 | **good** 7:16,17 57:10 | 2:16 6:18 | 119:13 |
| **four-page** 90:23 | 48:18,19,21 50:9 | 74:11 77:23 93:20 | | **informs** 133:15 |
| **frame** 29:20 36:23 | 52:8,10 54:12,16 | 100:15,23,23 | **I** | **infrequently** 32:3 |
| 90:3 | 55:17 60:19 62:21 | 117:10 135:3 | **IberForo** 7:4 | **initial** 92:10 |
| **framework** 64:6 | 62:23 63:11,15,17 | 141:19 | **idea** 65:11,11 | **Initially** 92:7 |
| **France** 1:7 6:5 10:5 | 67:7,8 76:3 78:2 | **goods** 90:12 | 117:23 | **input** 40:4,7,13 |
| 34:4 50:21 51:2 | 78:15 79:9 80:21 | **grandchildren** | **ideas** 46:13,16 | **installation** 85:10 |
| 51:20,22 52:4 | 80:24 81:2,6 82:7 | 111:18 | 83:17 | 89:3 |
| 60:11 68:21 72:9 | 82:14,17 83:4 | **great** 41:24 116:12 | **identified** 7:11 | **installations** 85:12 |
| 72:15,24 73:4,13 | 92:9 107:16 108:4 | **Gregorio** 3:4 7:3 | **Igonet** 76:7 114:23 | 101:19,21 |
| 75:11 76:2,11,13 | 109:10 128:5 | 17:5 | 128:4 | **instances** 99:5 |
| 76:16 77:3,5,10 | 132:21 135:21 | **group** 117:18,19,24 | **imagine** 103:3 | **instruct** 121:7 |
| 114:7,21 115:7,9 | 141:3,22 142:15 | **grow** 25:14 61:7 | 109:14 113:16 | **instruction** 40:20 |
| 115:18 123:20 | 145:18,23 148:16 | **growth** 57:13,21 | **immediately** 114:8 | 73:4 |
| 125:24 126:20,23 | **generally** 39:20,21 | 58:2,4,15 | **imperfections** | **instructions** 151:3 |
| 127:2,6 135:14 | 42:22 49:10,17 | | 92:14 | 151:14 152:4,8 |
| 137:16 | 56:21 106:19 | **H** | **important** 56:7,9 | **intent** 4:13 64:4 |
| **free** 9:7 | **getting** 68:3 85:18 | **H** 4:8 | 56:10,12,15,20,21 | 65:22 66:2,4 |
| **French** 77:2 115:22 | **give** 23:22 25:19 | **half** 146:8,8,9 | 57:5,9,13,15,22 | **intention** 90:8 |
| 117:8,16,21,22 | 78:24 90:21 91:23 | **halfway** 12:16 | 58:5,15 87:7 | **intentioned** 66:11 |
| 118:8,14 | 111:21 120:5 | 41:11 | 97:16,19 102:3,7 | **intentions** 93:21 |
| **frequent** 46:2 77:3 | 147:10 | **hand** 150:16 | 102:16 105:14 | **interest** 60:9 93:17 |
| 99:4 102:7 | **given** 85:10 91:12 | **handed** 83:9 | 107:15,23 108:2 | 96:14 109:4 |
| **Fridays** 42:22 | 92:20 93:6 100:6 | **handling** 134:15 | 110:14 147:7 | **interesting** 62:5,7 |
| **Fuentes** 10:16,18 | **GMP** 100:20 101:4 | **handwriting** 69:17 | **importanter** 98:2 | 74:5 |
| **full** 11:3 89:10 | 119:10 129:9 | **handwritings** 69:22 | **improved** 74:24 | **international** |
| **function** 95:23 | 133:6 134:14 | **happened** 148:11 | **include** 72:16,18,22 | 115:23 |
| **functioning** 86:23 | **go** 9:19 15:15 41:8 | **happy** 133:5 | **including** 100:4 | **interpret** 14:7 |
| 92:12 132:3 | 43:12 45:11 50:24 | **hard** 23:20 117:11 | **incorporate** 77:6 | **interpreter** 3:13 7:6 |
| **fundamentally** | 51:15 61:6 77:3 | **head** 17:24 | **incorporated** 116:8 | 7:8 44:3 47:24 |
| 35:22 128:19 | 77:10 100:8 | **health** 89:5,7,16 | 125:17 | 69:2 74:20 85:5 |
| **further** 65:5 148:23 | 103:11 110:16 | **hear** 41:9 121:9 | **incorrect** 85:11 | 88:12 89:6 121:12 |
| **future** 64:7 106:23 | 121:23 126:15 | **heard** 48:6 | 87:12 | 124:10,12 148:7 |
| 110:18 128:17,18 | 132:12 133:14 | **held** 6:10,16 11:18 | **increase** 23:15 | **interrupt** 24:12 |
| 128:23 129:6 | **God** 42:23 | 18:15 19:4 49:5 | 139:7,15,17 140:3 | **intervene** 51:12 |
| | **going** 13:22 14:4 | 54:15 80:22 81:13 | **increased** 25:23 | 70:18,19,21 72:17 |
| **G** | 33:19 41:4 43:14 | 126:1 | 140:2 | **intervened** 51:12 |
| **G** 3:5,5 | 57:3 59:7 64:17 | **Hello** 98:20 | **increasing** 140:8 | **interview** 111:14 |
| **Galapaga** 10:17,17 | 69:4 77:19 85:15 | **help** 8:12 44:9 | **independence** 28:9 | **introduce** 6:20 |

| | | | | |
|---|---|---|---|---|
| invest 57:19 | June 1:23 6:11 | 37:20 115:23 | learned 15:4 | logic 113:17 |
| investigation 33:5 | 58:22 59:3 63:18 | know-how 85:22,24 | Leduc 72:23 73:6 | logical 113:12 |
| investigations | 78:6,10,12 98:12 | 86:5,7,22 88:20 | 111:8 125:15 | long 12:2,17 18:14 |
| 33:10 | 98:18 141:9,13 | 88:22,24 89:2,23 | 128:4 | 18:20 48:14 49:9 |
| investors 108:12,15 | 149:3,6 150:13,16 | 90:18,20 91:20 | left 23:17 | 54:6 78:14 79:22 |
| 108:16 | | 92:12,15 93:2 | leftovers 53:3 | 80:3 87:16 105:5 |
| involve 69:3 | ———— | 94:2,4 95:18,23 | legal 6:12 71:10 | longer 78:17 127:16 |
| involved 36:10,13 | **K** | 97:9 129:8 | lengthy 30:21 41:19 | 145:23 |
| 65:14,19 68:23 | keep 92:19 131:20 | **Kristin** 3:16 6:12 | letter 4:11,13,21,23 | look 59:16 74:10 |
| 72:13 76:10 143:7 | kind 94:22,23 | | 59:15 60:3,6 | 79:2 80:20 83:12 |
| issue 44:11 76:14 | 136:23 138:6 | ———— | 61:19 62:18 63:7 | 90:21 94:17 100:7 |
| 95:5,18 101:2,23 | 144:4 | **L** | 63:22 65:22 66:2 | 110:5 118:9 119:2 |
| 105:16 115:3 | knew 29:22,24 30:4 | La 24:9 | 66:3,12,13,15 | 119:19 121:2 |
| 119:14 145:16 | 38:23 51:14 84:9 | labor 79:13,14 | 67:4 84:3 100:12 | 127:12 130:20 |
| issues 37:21 41:20 | 95:22 117:20 | 80:13 | 102:4 103:7,8,20 | looking 122:7 |
| 42:7 61:18 77:15 | know 13:13,20 15:9 | Labori̇atorious | 104:3,4,6,17,21 | 123:13 132:18 |
| 103:7 117:20,21 | 17:14 21:2 26:18 | 11:10,12,15,19 | 105:10,19,19 | looks 109:23 121:3 |
| 128:11,15 | 29:6,7,11,17 | 12:9,18,23 13:18 | 118:5,12,13,16,21 | 123:15 131:15 |
| Ivelissa 3:14 44:3 | 31:16 32:14 37:12 | 14:17 16:8,21 | 119:16,24 120:2,7 | lose 55:4 |
| 44:12 | 37:14 38:13 40:24 | 17:9 18:12,16 | 120:18,18,23,24 | loses 54:24 |
| | 46:8 51:16,19,20 | 19:4,6,10,24 | 122:16,19 123:19 | losing 55:7 |
| ———— | 52:18 53:9,15,22 | 20:21 21:12,21 | 124:16,21,22 | lost 101:3 |
| **J** | 53:24 54:5 60:20 | 22:16 25:5 26:9 | 126:4 127:14,19 | lot 41:7 69:21 92:13 |
| James 67:16 | 61:16,22 62:22 | 26:13,20 27:8,18 | 127:22 128:10,11 | 140:4 |
| January 63:9 64:10 | 63:2,11,16,17,21 | 28:7,14,22 29:3,8 | 128:15 129:16 | lower 146:18 |
| 65:16 103:8,20 | 65:10 66:11,12 | 29:15,18,23 30:11 | 130:7,24 131:2,3 | |
| 104:4 110:13,21 | 67:5,11,23 68:12 | 30:14,15 34:2,23 | 131:7,10 132:5,10 | ———— |
| Javier 70:3 71:10 | 69:9,15 70:12 | 35:4,10,14 36:3 | 132:12,14,23 | **M** |
| Jennifer 3:13 43:20 | 71:17 73:3 74:15 | 36:10 37:24 38:13 | 133:12,19 134:12 | M 1:17 150:7,21 |
| 43:23 44:7 | 76:12,15 83:4 | 40:5,21 48:5 | 134:15 143:9 | machine 88:19 |
| Jill 65:5,9 | 85:9,16 87:18 | 52:10 54:11 57:23 | 147:20 | machinery 85:22 |
| Jim 12:24 13:2 15:6 | 89:19 91:16 96:9 | 58:6,16 65:18 | letters 66:24 67:2 | 86:2 88:23 |
| 16:2 17:3,7,21 | 96:20 99:21 | 66:7 67:9,17 | 103:6 104:8,10 | Madrid 3:7 10:20 |
| 21:4,7 28:13,20 | 100:18,20 102:24 | 69:10,24 76:3,4 | 117:6,15 127:23 | 21:24 22:8,15,19 |
| 29:6,7,11,14,22 | 104:7 105:3,3 | 78:2 79:9 80:23 | letting 120:21 | 23:3,5,14,18 24:3 |
| 29:24 30:4,6,10 | 110:14 111:7,12 | 82:4,14 84:4 | Let's 21:20 42:10 | 24:15,20,22 60:13 |
| 30:15 39:3,9 | 111:12 112:16 | 91:19 92:3 93:17 | 47:5 77:16 85:16 | 60:17 110:18 |
| 44:18 47:7 55:18 | 114:20 120:17,21 | 96:14 98:23 | 90:21 110:16 | magnificent 11:8 |
| 60:3 61:19 81:5 | 120:22 121:19 | 106:15 107:8 | 121:23 130:14 | 116:5 |
| 97:20 99:7 102:8 | 123:8,9,10 124:24 | 108:18,20 117:14 | 136:5 | main 49:3 55:8 |
| 104:4 107:18 | 125:24 126:18,21 | 121:18 123:3 | LEWIS 2:5 | 57:16 |
| 124:22 142:23 | 127:23 128:19 | 135:11 141:22 | license 89:6 | major 56:18 |
| jmingolla@eapdl... | 129:8 130:9 | 143:17,19 144:7 | limit 54:24 | man 115:24 |
| 2:19 | 132:10 137:3,9,10 | 144:19 | line 42:5 152:9 | management's |
| job 11:18 16:14 | 137:12 138:3,6 | language 116:16 | lines 60:5 63:23 | 139:2 |
| 29:12 52:12 53:23 | 139:17 140:6,14 | 117:17 118:4 | listed 110:24 | manager 13:17 |
| 54:19 80:8 81:5 | 140:16 142:3,8,9 | Lansoprazole 36:20 | listen 51:15 | 22:5 23:17 25:10 |
| 82:21 92:8 108:4 | 143:3,4,6 144:9 | 37:8,14 | little 19:22 41:19 | 27:4 30:12 35:11 |
| jobs 82:3 | 144:22 146:8,10 | largest 35:9 | 51:16 72:6 74:13 | 35:15 36:18 40:19 |
| Joe 44:14 | 146:23,24 147:5,8 | Laska 138:22 | 97:21 120:22 | 50:9 55:17 60:20 |
| joint 64:19 65:15 | 147:21,23 148:14 | late 12:15 | 135:19 141:15 | 76:3 132:22 |
| Jonathan 2:4 6:22 | 148:19,21 | Laura 47:24 48:14 | 144:24 147:2 | 135:21 142:15 |
| Jose 23:7 94:16,20 | knowing 106:11 | 49:3 124:6,8 | live 10:16 | managers 23:11,12 |
| Joseph 2:12 6:23 | 123:12 | law 1:20 6:17 | LLP 2:15 | manufacture 37:16 |
| 151:6 | knowledge 38:12 | lawyer 95:10,11 | locate 79:3 | 45:23 46:10 87:23 |
| Juan 86:15 | 150:14 | lawyers 9:14 33:15 | located 80:19 | 94:11 |
| July 134:2,17 | knowledgeable | Leading 45:24 | | manufactured |

Confidential - Attorneys' Eyes Only

Page 160

| | | | | |
|---|---|---|---|---|
| 34:20,24 35:5<br>36:21 37:8 87:13<br>87:24<br>**manufacturer**<br>134:10<br>**manufacturing**<br>21:24 34:17 61:4<br>66:19 67:15,21<br>68:4 70:7,15<br>85:23 86:9,10,20<br>87:9 88:4,6,8<br>90:10 93:22 94:8<br>100:15,23 101:12<br>103:3 109:23<br>112:12 113:24<br>114:8,19 134:6<br>**March** 11:14 66:20<br>67:9,22 69:16<br>70:8,11,12,16<br>119:6 122:9<br>150:24<br>**Mari** 23:7<br>**marked** 59:15 63:4<br>65:23 71:5 81:10<br>91:6 98:16 104:2<br>109:21 117:3<br>118:6,24 124:17<br>127:11 130:13,19<br>138:10<br>**market** 35:22,23<br>58:10,12<br>**marks** 151:18 152:6<br>**Marques** 3:8<br>**Massachusetts** 1:20<br>1:22 2:17 6:18<br>150:4,9<br>**Mateo** 38:16,18<br>94:9<br>**matter** 6:4 80:6<br>102:3 112:10,21<br>**matters** 45:5<br>**mean** 10:7 11:22<br>27:13 31:7 39:7<br>40:7 50:16 66:6<br>70:21 72:7 79:17<br>86:20 102:12,22<br>107:9 120:20<br>144:4<br>**meanings** 40:9<br>**means** 18:2 61:23<br>70:20 91:11<br>108:19 109:12,13<br>136:21<br>**meant** 125:13<br>**medical** 58:9<br>**medicine** 36:14 | **medicines** 34:24<br>35:5<br>**meet** 19:20 20:6<br>32:17 50:3,9,13<br>50:20 51:17,21<br>**meeting** 32:6 74:15<br>75:10,13,24<br>106:23 108:14<br>110:18,20 111:4,8<br>111:22 112:8,20<br>113:14 126:7,15<br>127:5 129:17,19<br>129:22 130:5<br>139:11,13<br>**meetings** 21:14<br>31:10 51:10 71:13<br>75:22 76:9 97:6<br>110:23,23 138:13<br>**members** 138:21<br>**memorialize** 79:8<br>**memory** 56:23 70:6<br>122:12<br>**mention** 47:23<br>101:8<br>**mentioned** 47:16<br>67:11 68:12 97:18<br>139:9<br>**mentioning** 115:8<br>**MERCADO** 3:5<br>**met** 32:19,24 33:3<br>111:9 112:14<br>113:20<br>**Michael** 31:19,20<br>31:22,23 32:7,9<br>65:6<br>**micrograins** 38:19<br>**microgranulation**<br>61:4<br>**microgranules**<br>38:20 86:21 90:9<br>**micropellet** 58:14<br>58:18<br>**Mike** 65:9<br>**milligrams** 88:16<br>**million** 140:21,22<br>141:5,21 146:21<br>146:21,22 147:4<br>**mind** 131:20<br>**mine** 67:6<br>**Mingolla** 2:12 6:23<br>6:23 9:19 15:2,8<br>15:13,15 16:5<br>17:8,23 18:8 20:9<br>20:17 26:17,22,24<br>27:10,19,24 28:23<br>29:5,9,16,19 30:3 | 30:8,13,17,23<br>31:13 34:5,11,16<br>35:16 36:4,12,22<br>37:17,22 38:9<br>39:4,14,24 40:6<br>40:10,15,22 41:4<br>41:21 42:10,18<br>43:6 44:15 45:4<br>45:10,19,24 46:11<br>46:15 47:9,14,20<br>48:16 49:14 50:4<br>50:14 51:8 53:13<br>54:14 55:11,20<br>56:14,19 57:8,14<br>57:24 58:7,17<br>61:12,21 62:3,15<br>62:19 64:14 66:9<br>69:8,13 70:17,22<br>71:7,20 72:4,12<br>73:2,7,14 76:24<br>79:2,10 80:20<br>81:7,14 82:5,16<br>82:22 84:6,13,21<br>86:11,18 88:21<br>90:2,16 91:14,21<br>92:5,22 93:3 95:3<br>95:21 96:16 97:11<br>98:9 99:8,13,19<br>101:6 102:6<br>104:24 105:12<br>107:10,21 108:10<br>108:21 109:16<br>110:3,6 111:15<br>112:22 116:17<br>119:15 120:3<br>121:9,21 122:21<br>123:5 126:17<br>128:12 129:2,12<br>132:6,15 133:13<br>135:16,23 136:8<br>138:4 139:9<br>140:12 142:5<br>144:3 145:15<br>147:14 151:6<br>**ministry** 79:14,14<br>80:13 89:2,5,7,16<br>**minor** 114:16<br>**minute** 43:12 83:15<br>103:12 110:16<br>116:18<br>**minutes** 33:13<br>49:11,11 138:12<br>**Mischaracterizes**<br>84:7<br>**missing** 116:14<br>**mistake** 125:13 | **mistranslating**<br>20:11<br>**modifications**<br>101:13,17,19,21<br>**molecules** 62:9<br>**moment** 21:2 24:12<br>113:12 131:19<br>138:5<br>**Monday** 60:9<br>**money** 35:13 54:24<br>55:4,7 101:16<br>145:9 146:5,10<br>148:3,10,12,13<br>**monitor** 45:9,11,13<br>**Montearragon**<br>24:11 110:11,14<br>**Monterde** 94:16,20<br>**month** 39:13 70:12<br>134:2<br>**monthly** 97:6<br>**months** 39:15 54:8<br>54:9<br>**morning** 7:16,17<br>77:24<br>**mother** 135:22<br>137:21<br>**move** 136:5<br>**moved** 82:21<br>**Murphy** 12:24 15:7<br>15:11 16:2,7,17<br>16:18 17:7,21<br>19:16 20:2,24<br>21:4,7 27:12<br>28:13,21 29:7,14<br>29:22,24 30:4,6<br>30:10,15 31:12<br>32:23 39:3,9<br>40:12 42:17,22<br>46:7,13,18 47:8<br>48:12 49:5,10,13<br>49:16,17 50:2,9<br>50:19 51:2,15,17<br>51:21,24 52:11,20<br>53:10,17 54:15,16<br>55:5,18 56:4,7,13<br>56:18 60:4,16<br>61:19,23 62:13,17<br>62:23 63:7 64:13<br>67:16 68:7 70:14<br>70:18,21 71:2<br>72:16,17 73:24<br>75:15 76:15 77:11<br>78:19 80:22 81:5<br>81:12,18 82:2,6<br>82:13,20 83:6<br>94:24 95:16,18,24 | 96:4,7,9,24 97:7<br>97:20 98:5 99:7<br>99:18,22 100:4<br>101:24 102:8,21<br>103:4,8,19 104:5<br>104:22 105:10,13<br>105:18,19 106:5,9<br>106:9 107:4,6,18<br>108:9,17 109:11<br>110:17 111:4,21<br>112:9,14 113:5,13<br>113:19,20 115:12<br>119:6,14,22 120:8<br>120:11,13 121:4<br>122:10,15,19<br>123:14 124:12,22<br>126:14,18 130:6<br>131:9,17 136:14<br>136:19 138:19<br>139:21 140:3,7,10<br>141:2 142:23<br>143:3,10 148:17<br>148:20<br>**Murphy's** 13:2 17:3<br>29:6,11 39:22<br>40:18 42:15 44:18<br>45:2,8,16,21 69:6<br>73:11 107:3<br>113:14 124:10<br>131:13<br>**mutual** 64:4<br><hr>N<br>**N** 4:2<br>**name** 6:11 7:18<br>11:3 13:10,13<br>21:2,8 33:4,12<br>73:8 76:7 88:15<br>111:13,17<br>**names** 128:6<br>**necessary** 43:23<br>**need** 9:7 77:14 89:9<br>95:12 121:9 133:2<br>**needs** 44:9 59:18<br>95:13<br>**negative** 133:3<br>**negotiate** 65:15<br>106:21<br>**negotiating** 70:6,15<br>**negotiation** 67:20<br>**negotiations** 129:15<br>137:18<br>**net** 147:8<br>**never** 24:16,17<br>27:23 28:6 32:3<br>50:16 52:22 56:17 |

114:20 138:16
**new** 42:2 81:19
    108:11 138:24
**nod** 8:21
**nominated** 109:9
**normal** 40:9 83:5
    138:7
**normalize** 72:14
**normally** 59:22
    103:3
**Norms** 100:23
**Notary** 1:18 7:12
    150:8,22 152:7
**notations** 151:18
    152:6
**note** 152:5
**noted** 152:21
**notes** 123:18
**November** 139:14
    139:16
**number** 6:3 10:15
    10:18 23:14 24:10
    25:14,21 58:23
    59:3,14 91:2
    98:13,18 141:10
    141:13 149:4
**numbers** 65:7,7
    121:19
**numerous** 71:13
**NW** 2:6

**O**
**object** 41:4,23 43:6
**objection** 15:2,8,13
    16:5 17:8,23 18:8
    20:10 26:17,22
    27:10,19,24 28:23
    29:5,9,16,19 30:3
    30:8,13,17,20
    31:13 34:5,11,16
    35:16 36:4,12,22
    37:17,22 38:9
    39:4,14,24 40:6
    40:15,22,23 42:18
    45:4,10,19,24
    46:11,15 47:9,14
    47:20 48:16 49:14
    50:4,14 51:8
    53:13 54:14 55:11
    55:20 56:14,19
    57:8,14,24 58:7
    58:17 61:12,21
    62:3,15,19 64:14
    66:9 69:8,13
    70:17,22 71:7,20
    72:4,12 73:2,14

76:24 79:10,11
    81:7,14 82:5,16
    82:22 84:6,13,21
    86:11,18 88:21
    90:2,16 91:14,21
    92:5,22 93:3 95:3
    95:21 96:16 97:11
    98:9 99:8,13,19
    101:6 102:6
    104:24 105:12
    107:10,21 108:10
    108:21 109:16
    110:3 112:22
    119:15 120:3
    122:21 123:5
    126:17 128:12
    129:2,12 132:6
    133:13 135:16,23
    138:4 140:12
    142:5 144:3
    147:14
**objective** 55:8
**observed** 78:23
**obtain** 35:17
**occasion** 51:7,9,18
    51:22 114:17
    116:11 145:23
**occasions** 50:22
    68:8 72:17 112:13
    113:9
**October** 18:21
    83:19
**office** 21:23 22:8,15
    22:19 23:3,5,14
    23:19 24:3,4,7,16
    59:23 71:17 106:4
    110:9,10 126:8
**officer** 17:6
**offices** 1:20 24:5,13
    24:14,20,20,22
    49:21 50:24 71:12
    126:22
**official** 17:10,22,24
    63:16 78:8 96:7
**officially** 63:18
**okay** 8:8 9:8,15
    13:24 15:4 21:21
    22:6 38:11 59:17
    63:23 69:4 83:12
    100:11 107:14
    121:18 136:11
    137:16 138:2
    146:23
**old** 10:21,22
**older** 74:13
**Omeprazole** 34:21

35:5,9,13,17,24
    36:15 45:23 46:10
    55:14 57:16,21
    58:2,4,13 62:8
    89:23 95:20 97:9
**once** 24:17 39:15
    51:3 108:13
**ones** 47:16 56:8,9,9
    56:10,20 57:16
    117:22
**one-page** 79:17
**open** 47:4
**operations** 36:3
    40:5,20
**opinion** 97:18
    120:20
**opportunities** 61:2
**opportunity** 100:7
**opposed** 55:18 56:5
**options** 145:4,5,6
    145:10,11,19,24
    146:6,11,12,17
    147:21
**order** 8:19 111:21
    131:16,21
**organizations**
    110:19
**organize** 71:22
    72:13
**organized** 67:14
**original** 121:20
    125:15 151:5,10
    151:11
**ought** 97:16
**owned** 23:24 24:22
    109:3

**P**
**P** 2:3,12
**package** 148:4
**page** 4:4,10 63:22
    64:17 65:4 69:17
    78:17 79:20,21,21
    80:3 91:2,4 94:17
    110:17 118:10
    119:19 121:2,3
    122:8,23 123:11
    123:13 128:7
    130:22 131:14
    138:18 151:20
    152:8,9
**pages** 1:2 79:22
    80:10,12 131:22
**paid** 25:4 101:13
**PALENCIA** 3:5
    95:7

**Palmer** 1:21 2:15
**paragraph** 60:23
    65:24 66:3 84:19
    84:23,24 85:14
    87:20 106:2
    107:12,15,22,23
    119:20 126:5
    129:23 130:6
    133:8,9,10,21
**parent** 13:18 14:5
    22:13 26:9
**Paris** 60:12,16,24
    126:8,15 129:17
    129:22
**part** 21:15 60:23
    85:9,17,24 86:5,7
    86:7,8 87:21
    88:11,23,24 89:15
    90:18 130:11
    147:24
**Partially** 90:17
**participant** 68:2
    69:4
**participate** 47:12
    67:20 68:6,9
**participated** 49:12
    90:19
**participating** 64:9
**particular** 42:7
    107:17
**particularly** 107:15
**parties** 128:22
**partner** 116:12
**party** 61:14 151:9
**Paseo** 24:8
**patient** 116:16
**pause** 59:5 141:9
**pay** 101:17 147:23
**payment** 106:20
**Pedro** 23:9
**pellet** 37:15 38:14
**pellets** 35:20,20
    38:23
**pending** 41:18,18
**people** 8:4 10:4,10
    22:15,19,24 23:10
    23:14,18,23 25:11
    25:13,16,21 26:2
    26:6 31:5,15,17
    32:8 46:19 47:12
    50:20 68:10 70:7
    72:22 76:16 94:3
    110:24 116:6
**percent** 73:9 139:7
**Perez** 11:24,24
    52:15 54:12 57:17

89:18
**perfect** 7:22 8:9
    33:17 92:13,15
    111:19
**perfectly** 67:19
**period** 14:11 19:6
    22:5 25:9 27:3
    34:21 36:17 37:2
    37:9 50:8 63:12
    67:23,24 68:11,12
    69:15 70:2 71:15
    81:16 82:8 116:7
    128:22 129:3,11
    129:16
**permission** 100:9
**Perrone** 65:6,9
**person** 18:6 33:4,8
    33:9 37:20 38:22
    47:23 49:3 52:12
    56:23 73:10,20
    74:6,9 76:6 80:22
    81:3 82:10 95:24
    96:10,19 111:13
    125:3,17 128:5
    137:17
**personal** 67:6
**personally** 75:5
    75:23 76:10 91:15
    93:13 134:21
**personnel** 81:4
    85:19 86:12 89:2
    91:16 95:22 99:24
**persons** 49:6,6
**pesetas** 140:22,23
    141:21 142:11
    146:20,21,21,22
**Peterson** 48:2,14
    49:3 124:6,8
**pharmaceutical**
    57:11,12 58:11
    62:10,11
**Pharmaceuticals**
    1:10 6:7 7:24 8:5
    8:7 10:11 13:7,10
    13:15 16:19 104:5
    107:20 109:3
    121:4 122:10
    123:15 124:23
**Pharmaceutical's**
    107:7
**Philadelphia** 111:5
    112:8,16 130:5
**phone** 41:2,3 45:6
    46:14 47:3 62:22
    114:10
**picked** 57:18

Confidential - Attorneys' Eyes Only

Page 162

picking 114:10
place 37:13 74:15
  83:18 129:5
  132:21 133:24
  134:2,4
plaintiffs 1:8,15
  2:10 6:4,6,22 7:10
  7:19,20
plan 9:4
planning 16:15
  18:19 37:4
plant 21:24 25:11
  25:17 26:3 38:19
  94:8,11 101:12
  134:6
please 6:19 7:6 9:3
  9:7 11:4 14:2
  26:11 55:23 64:5
  83:13 85:3 87:8
  107:13 113:7
  120:19 123:21
  136:3,3
plus 140:23
point 10:4 18:22
  30:23,24 38:2
  50:7 55:3,6 62:6,7
  75:7 88:5 107:2
  112:15 121:12
  131:23,24 132:4
  135:4 144:12
points 103:19
population 10:17
  10:19
portion 136:7 139:5
position 12:2,6,17
  13:2 16:2,16,21
  17:4 18:14,15,20
  48:15,17,23,24
  54:15 78:8,9
  81:12,13,20,21,23
  108:8 126:11
positions 19:3
positive 74:8,24
  106:16 129:7
positives 75:7
possible 75:12
  77:13,14 98:8
  106:6 122:22
possibly 51:9
power 80:22 82:3
  83:2,5,6 99:10
Practically 47:11
practice 133:6
practices 100:24
premises 149:7
prepare 111:20

prepared 109:24
preparing 111:20
present 6:19 43:22
presentation 74:7
presented 66:4
  79:13,15,16,18
  80:13 84:9 114:4
  129:5 135:18
  138:19
presidency 109:6
president 13:3,4,5
  16:6,18,23,24
  19:16 28:24,24
  29:4,23 30:2,4,6,7
  30:14,16 31:15
  48:2,3,5,9 81:22
  82:17 83:3,8 96:2
  96:4,9 107:4
  108:3,6,7,7,9,12
  109:10 119:22
  120:8 136:14
  137:2,14
previous 114:9
previously 11:9
price 31:19,20,22
  31:23 32:7,9,23
  65:6,9 145:12
principal 88:14
  108:15 109:2
prior 63:18 68:12
  70:24 74:20
  132:10 139:8
probably 33:11
  43:24 106:5,8
  107:24 110:23
  115:15 127:3
  131:11
problem 14:16
  30:22 56:2 67:6,7
  92:11 115:18
  130:3 132:23
  133:12 135:15
problems 41:7 43:2
  100:15 112:11
  119:10 123:21
  129:7,10 132:13
  132:16 134:14,18
procedure 1:17
  8:11 58:9
procedures 100:16
proceeding 43:19
process 53:18,20
produce 35:20
produced 78:23
product 36:15,20
  53:3 87:10,13

88:14
production 35:24
  38:22 100:23
  128:18,19 132:8
productive 75:5,6
  130:10
products 35:21
  57:11,12,20 61:5
  114:9
Professional 1:18
  150:8
professionally
  134:22 135:3
profit 35:10
profitable 36:2,9
program 134:4
progress 57:2,3
project 37:12
promising 128:18
pronunciation 11:6
property 25:2
  85:23 89:17 97:10
proposal 138:19
proposed 56:9
  83:17
proposing 84:10
Proprietors 24:23
prosper 61:7
prostate 77:14
provide 40:4,13,19
  46:13
provided 93:12
providing 119:13
province 10:19
public 1:18 7:12
  64:2 150:8,22
  152:7
purchases 145:7
purpose 22:8 42:15
  45:5
purposes 14:3
  39:22 40:12,17
  44:20,24 45:8,16
  45:21
pursuant 1:16
  63:24
pursuing 42:5
put 115:17 121:20
  132:21
p.m 59:3,10 77:19
  77:22 98:12,18
  103:14,17 116:21
  116:24 122:2,6
  141:9,13 149:3,9

_____
Q

quality 133:23
quantity 71:18
question 9:2,10
  15:23,24 20:19
  26:11 27:5 28:18
  35:12 36:7 38:10
  38:11 40:11,16
  41:17 42:9,12,13
  45:12 55:23,24
  56:3 60:15 61:8
  64:8 85:3 89:10
  89:12 95:15 96:6
  96:23 97:13,16
  104:14 107:14,16
  107:17,17,18
  113:7,8 120:4,5
  121:8,10,11 125:7
  126:13 130:21
  132:17 136:2,3
  139:14
questioning 42:5
questions 9:16 31:4
  41:12 44:8 125:20
  148:23
quite 74:5 97:12
  105:5 112:12
  137:15

_____
R

R 67:16 150:2
Rafael 3:3 7:2
raised 103:6,7
ran 54:11
rapid 60:8
read 15:22,24 41:22
  42:11,12 55:24
  59:17,19 60:5,23
  63:22 65:24 84:8
  84:19 89:9,12
  95:12,15 97:17
  105:22,23 107:12
  113:8 119:16,20
  127:20 131:19
  133:2 138:17
  139:12 150:20
reading 91:4 128:6
  130:6 151:16
  152:4
reads 60:7 120:7
ready 42:3
real 137:3
realistic 83:17
reality 135:5,6
realization 101:11
really 68:13 75:20
reason 53:16 67:14

152:5,10,11,12,13
  152:14,15,16,17
  152:18,19
reasons 151:17
Rebeca 3:4 7:3
recall 12:12,14 21:9
  21:14 28:16,19
  32:6,9 51:2 64:9
  76:9 100:11,14
  101:2 105:9 111:2
  111:4 112:7,19,24
  113:4,13 115:14
  126:13,14,22
  127:5,20 128:21
  129:17 139:15
recasting 41:5
receive 73:4 114:13
  142:14,18 143:16
  143:22 144:17
  148:2,10
received 84:15 92:7
  92:10 106:3,15
  115:11 131:5
  136:12 139:17
  145:3,11,13 148:6
  151:22
receiving 106:20
  114:6 115:7
  127:21 139:15
reception 23:10
Recess 9:23 15:19
  33:20 43:15 58:24
  59:8 77:20 98:14
  116:22 141:11
recipient 84:14
recognize 66:12
  69:17 119:3
  124:18 127:13
recognizing 69:22
  129:8
record 6:20 9:20,22
  10:2 11:4 15:16
  15:21 33:19,22
  41:9 43:12,14,17
  44:13 59:7,10
  77:19,22 103:12
  103:14,15,17
  116:21,24 121:24
  122:3,4,6 151:10
  152:22
refer 8:7 13:22 14:4
  14:9 44:11 63:6
  65:4 89:13 126:4
  148:3 152:7
referenced 51:9
referred 33:9

referring 10:23
  14:13 61:13 79:18
  84:14 87:20 97:3
  108:23 131:14
  136:9
refers 14:23
regard 106:3
regarding 53:3 68:3
  93:10 131:4 135:7
  138:20
regards 132:9
  139:20
register 20:9
registered 1:17
  89:15 150:7
rejecting 56:8
related 76:13
relating 89:23
  95:19 97:9
relation 132:8
relationship 26:8
  26:12,19,23 27:7
  27:11 34:3,6,8,13
  34:15,18 45:9,11
  45:17 46:9 55:9
  55:12 56:22 61:3
  61:11,24 64:7
  71:22 72:2,9
  74:23,24 75:2,3,4
  75:6 76:19,21,23
  77:8 84:5 98:22
  99:6,11,12,17
  102:5 110:19
  112:4,17,19 113:2
  113:6 115:20
  119:9 128:24
  131:4 134:19
  135:2 137:19
relationships 31:16
  72:14 100:5
  106:24 115:24
  126:19 132:4
relaxing 131:23,24
release 64:3
remember 11:21
  20:24 24:9 25:18
  33:3,12 36:24
  37:4,7,9,19 50:22
  51:3,6 55:13 56:8
  56:20,21 60:16,18
  61:9 62:20 63:13
  64:11,23 65:2,3
  65:17,18,20 66:22
  66:24 67:3,5 68:2
  73:20,21,23 74:5
  74:14,21,22 75:9

75:11,13,15,17,19
  75:21,24 76:6
  78:12 79:4 80:6
  83:15 90:12 93:20
  96:10 98:7,20,24
  101:23 103:6
  104:6,11,16 105:4
  105:13,21,24
  107:2 110:20
  111:3,17,19,23,24
  112:11,13,14,17
  112:18,23 113:11
  113:22 114:3,4,6
  114:22,24 115:3
  116:9 119:4
  122:15,17 123:8
  123:23 124:2
  126:24,24 127:4,8
  127:23,24 128:9
  128:10,11,14,16
  128:17 129:4,21
  130:4 137:4
  140:16 141:2
  145:22 146:24
  147:4
remembered
  129:19
remembering 69:22
remind 57:2 83:16
rental 25:4
rented 25:2
repeat 14:2 26:11
  55:22 85:3,6 96:6
  113:7 136:3
rephrase 27:5
  132:17
REPLACE 151:20
report 22:12,16
reporter 1:18 6:14
  7:6 8:17,19 17:16
  44:2 150:8
represent 7:18
  104:3 124:21
representative
  67:17 111:5 112:9
representatives
  50:3,10,11 51:21
  52:4 110:21
  113:15,21
representing 6:13
request 43:21 80:19
  81:17
requested 81:20
  138:22 141:2
requesting 84:3
requests 110:17

required 152:7
research 64:20
resolve 112:10
resolved 139:5
resources 116:10
respond 103:4
responded 106:9
responding 134:15
response 60:8
  112:18
responsibilities
  22:12 63:19 67:12
  80:8 82:11
responsible 118:19
rest 128:19 132:9
restate 107:14
result 112:7
results 27:15,16
  28:12,12 57:18
  108:11
retire 18:22
retired 18:24 148:2
return 101:15
review 43:3 45:5,17
  64:5 122:16,20
  127:13 136:20
reviewed 80:16
  127:16
reviewing 136:15
rgarciapalencia...
  3:10
right 33:12 42:19
  59:12 60:6 69:19
  81:21 87:18 141:7
  141:18 146:23
  147:21
Robert 32:14,17
ROBINSON 2:5
role 73:11,15
roles 124:13
room 7:2
rough 146:14
RPR 150:21
rules 1:16 109:23

_____
        S
_____

S 4:8
salary 139:6,15,17
  139:20 140:2,4,8
  140:15 141:3,16
  148:15
sale 35:24
sales 11:20,22
  57:19
sanity 89:3
Santos 70:3 71:10

71:14
Sarcia 1:17 6:15
  150:7,21
satisfactorily 7:11
saw 32:19 93:14
  104:10 125:24
  143:9
saying 20:15,18
  61:24 85:17 87:10
  90:13 103:5
  119:23 120:14
  147:12
says 60:12,24 63:23
  64:18 65:5 66:3
  67:16 85:9 86:9
  87:9,22 88:6,14
  89:15 106:2,13
  107:7 108:17
  109:12 110:12
  121:10,19 123:18
  126:6 136:12
  138:18 139:5
school 117:12
screen 97:17
seal 150:16
second 9:20 15:16
  24:10 60:4 63:15
  64:17 84:24 85:8
  106:13 110:17
  119:19 129:23
  130:22 133:7,9,9
  133:21
secret 91:12,20,23
  92:21,24
secretaries 23:10
secretary 20:24
  33:3 48:4,9,11,22
  124:7,9,11
see 65:12 67:18,19
  71:9 79:3 119:3
  127:12 132:13
seeing 96:10 104:6
  104:16
seen 66:15,20 90:5
  114:20 124:19
  138:12
sell 62:9 90:11
  144:12 147:3
selling 35:21
send 106:5 108:11
  118:17 120:2
  122:19 123:18,22
  124:4 136:15,22
  137:8 147:19
sending 102:4
  104:23 122:15

123:23
Senior 131:17
  134:10
Senor 60:7
sense 26:15,16 36:7
sent 62:17 104:22
  105:11,19 106:8
  114:21 131:2,3,7
  133:19 136:13,18
  137:5
sentence 67:15
  84:24 85:8 106:13
  136:11
separate 80:9
September 63:18
  78:7,10,13 127:21
  130:15 131:6,7
  133:15,18 134:3
  134:12,14
serve 124:13
services 6:13
  133:23
set 150:16
severance 148:3,4
sex 135:7
share 95:5
sharing 102:14
sheet 151:2,5,7,17
  151:21 152:4,6,7
show 23:12 59:11
  59:13 63:3 65:21
  66:17 71:4 81:9
  90:23 103:22
  109:19 117:4
  118:7 124:15
  127:9 130:14,16
  138:8,11
showed 104:8,15
  143:9
shown 83:9
shows 128:3 131:16
sign 93:17 94:12,18
  94:19,19 96:14,24
  97:2,8 98:5
  151:18 152:7
signature 91:7
  118:10,11 130:21
  130:22 151:3
signed 72:3 78:10
  78:18 89:21 90:14
  91:3,8 93:5 94:14
  94:21,23 118:21
  151:8,21
signing 94:24
similar 37:15,18

Confidential - Attorneys' Eyes Only

Page 164

simplify 14:8
simply 30:21 78:23
    120:5
single 28:16,19 35:9
sir 120:7
sit 43:23 54:17
    122:12
site 42:16
sitting 128:14
situ 40:24 41:2
situation 112:3
    117:19
six 22:24
skill 150:14
skip 60:11 61:5
    139:4
slightly 136:5
small 67:13
smile 103:5
sold 36:16 57:17
    144:13 146:7,18
    147:22
solution 126:9
solving 134:17
somebody 137:12
soon 77:13 116:8,9
sorry 16:24 18:15
    24:3 28:9 36:6
    37:13 50:6 58:3
    97:12 100:3
    125:20
sort 108:15
sound 67:2,3
sounded 133:2
sounds 102:17
    111:7 130:2,8
    147:11
source 35:9
Spain 1:7 6:6 7:4,20
    10:6,20 14:14,17
    14:23 15:4,6,9,10
    16:9 18:4 19:11
    19:13,24 20:21
    21:21 23:24 25:5
    25:7,8 26:13 27:8
    28:22 30:7,11,16
    34:4,14,14 37:7
    39:3,10,17 40:13
    40:18,21 42:23
    43:3 44:18 45:2
    45:17 46:17 48:3
    48:5,8,10,12,13
    50:10 51:20 57:11
    57:12 69:11 71:11
    71:12,23,23 72:10
    72:11,15,20 73:17

73:22 76:7 97:7
    108:24 114:11
    124:11 126:21
Spanish 8:12 17:3
    17:13 35:22 58:10
    58:11 65:3 68:24
    69:5 79:7,12,18
    80:11 83:11 87:15
    89:5,7,16 102:18
    106:4,17 117:10
    117:15 118:21
speak 8:20 33:14
    52:20,23 61:2
    62:17 73:5,11,18
    105:18 108:5
    110:4 115:8,11
    139:20
speaking 32:9
    44:18 113:4,13
speaks 132:7
specialty 58:10,11
specific 68:14 73:16
    73:23 87:5 93:24
    102:2 107:3
    113:11,24 114:17
    114:19 127:24
    128:10
specifically 114:7
specified 84:22
speculate 52:19
    53:15
speculating 109:18
    113:16 119:18
speculation 53:14
    62:4 66:10 69:14
    81:15 82:23 96:17
    99:14,20 107:11
    135:10 142:23
spell 17:2,12,15
spend 147:24
spirit 63:24
spoke 32:24 49:21
    103:18 108:6,8
    115:22 118:4
    148:19
sporadically 23:13
    143:23
staff 86:12 106:17
staffing 81:21
stamp 78:24
stand 40:8
standards 86:16,16
    86:17,20
start 33:23 61:10
    91:4 113:3 119:23
    145:13 148:23

started 11:16
state 10:14 11:3
    44:23
stated 45:6 55:16
    82:6 83:21 132:9
statement 44:14
    137:6
statements 152:22
states 1:4 6:8 10:5
    13:7 14:4,14 47:8
    47:10 49:12,18,20
    49:23 63:8 107:24
    111:9 112:15
    148:5
stating 121:13
stationery 107:7
    108:2
stay 39:17 81:20
step 41:7 42:4
    133:14,14
Stewart 2:14 6:24
stock 53:4 143:16
    143:19,20,22,24
    144:4,6,10,12,18
    144:21 145:3,5,9
    146:5,11,11
    147:20 148:11
story 105:5,5
Stote 32:14,15,17
    32:24
strategic 16:15
    18:19 37:4
street 2:6 6:18
    10:16,18 24:8,10
strike 46:4 82:12
    95:17 111:24
    113:3 119:22
strikes 110:15
strong 57:4
structure 21:20
    128:23
struggle 97:23
stuff 87:7 133:3
style 107:3 117:18
subject 46:8 51:13
    51:16 80:6
subjects 46:3,4,5,6
    46:8,14
subscribe 152:22
success 42:24 57:6
    57:22 58:4,5
sued 8:4
suggest 94:22
suggested 138:24
suggests 106:23

suite 2:6
summarize 134:12
summer 44:7
supervised 86:10
supervises 86:9
supplied 151:17
support 99:23
sure 31:3 33:11
    37:6,11,12 73:9
    77:12 79:24 98:8
    98:10 110:9
    113:10 114:14,22
    115:13 125:21
    137:3,5,6,9
    146:14 148:8
suspend 114:8
suspended 149:9
suspending 112:12
    113:23
swear 7:6
sworn 7:8,12 43:24
    44:4 150:12
S.A 1:7,7 6:5,5

        T
T 4:8 150:2,2
take 8:16,20,24 9:4
    9:10 22:9 31:2
    33:13 59:16 77:16
    79:2 83:18 100:7
    103:2 108:24
    110:5,11 118:9
    119:2 123:19
    130:20 131:19
    134:4 140:4
taken 1:15 6:4
    27:11 99:22
    133:24 134:2
talk 21:20 36:14
    47:5 53:7 99:7
    136:24 141:15
talked 19:3 53:2,5
    128:22 133:3
talking 14:22 22:4
    26:24 70:9 87:11
    94:6,7 110:24
    112:2 119:8
    132:16 133:7
    142:6 144:17
talks 106:19,21
tape 6:2 58:23 59:3
    98:13,18 141:10
    141:13 149:4
taxes 147:7,7,22
team 32:8 46:19
    87:4 117:20

technical 31:17
    38:12 86:12 94:3
technology 37:15
    37:21 38:14 58:14
    58:18 88:20
Teide 110:9
Telefax 4:15 81:10
telephone 10:15
    31:9 32:10 42:17
    46:7,16 47:5,7,13
    47:17,18 49:4,9
    51:24 65:6 97:5
tell 28:17 30:20
    40:24 41:2 51:6
    54:17 74:4,12
    75:12 76:21 87:8
    107:16 113:18
    120:6,12,16
    129:21 132:22
    136:5 140:17,19
    143:10
telling 134:13
    143:11
ten 33:13
term 4:8 18,15 18:4
    20:13,16 58:18
    148:8
terminate 98:22
    99:6 102:4 112:4
    112:19 113:2,6
    119:9
terminated 148:9
termination 148:6
terminology 42:3
terms 136:24
    137:13 146:20
testified 7:13 31:11
    125:8
testifying 111:15
testimony 9:13
    29:13 33:15 95:12
    95:13 151:17
    152:5
text 84:10,12
thank 42:23 60:7
    131:9
thankful 140:5
therefor 151:17
    152:6
thereof 151:9
they'd 80:19
thing 17:12 55:5
    105:21 108:3
    115:4 125:12
    137:15
things 8:10 43:10

Confidential - Attorneys' Eyes Only

54:21 87:7 101:9
101:15 132:19
135:18 138:5
141:16 147:18
**think** 15:14 16:6
17:11 21:13 25:12
26:4 33:5 38:22
41:7,13,17 48:18
49:16,22 50:18,22
51:4,19,23 52:6
52:17,22 53:12
54:8,15,23 55:16
66:22 74:9 78:5
80:7,17 84:18
89:9 91:24 96:19
96:23 97:16 99:15
99:23 103:21
108:19,23 110:12
114:4 125:11,21
129:20 134:23
135:2 139:24
140:21 141:24
142:9 144:4 146:3
146:7,20
**thinking** 60:21
106:10 110:8
**third** 65:21
**Thirty** 49:11
**thought** 125:9
**threat** 112:7,18
113:2,5 119:8
**threaten** 103:2
**threatened** 98:21
112:4
**threatening** 102:4
113:23
**threats** 99:3 114:16
**three** 23:12 24:6,13
24:14,16,17,20
32:21 39:15 76:9
79:22 80:10 98:19
141:10
**three-page** 127:14
**time** 9:21,24 14:11
15:17,20 16:19,22
19:6 24:14 25:9
29:19 33:18,21
36:22,24 37:2,9
39:12,13,13 43:13
43:16 44:23 48:22
50:6,17 58:21
59:2,6,9 63:12
66:23 67:24,24
68:11,13,21 69:16
70:2 71:15 73:21
76:6 77:7,18,21

80:21 82:8 89:11
89:20 90:3 98:11
98:17,20 99:2
102:24 103:13,16
108:23 111:6
116:20,23 117:12
122:5 127:13,24
128:2 129:5,15
133:22 134:11
135:19,20 139:2
139:16 141:8,12
142:11 145:21,21
146:2 147:2,3
149:2
**times** 24:15 32:20
32:21 49:22 50:23
51:10 66:23 73:18
99:3 101:8 105:15
113:22
**Tina** 1:17 6:15,
150:7,21
**tired** 99:10,24
100:5 115:20
**title** 11:21 17:12,15
63:20,21 66:2,2
**today** 8:8,11 9:2,4
14:3 65:12 104:6
116:19 122:13
125:7 128:14
**told** 32:21 54:21
55:6 85:6 139:10
140:3
**tomorrow** 148:24
**tonight** 141:17
148:23
**top** 17:21 18:3,6,6
96:7 138:18
**topic** 75:19 97:4,7
97:19,24 98:2,5
107:2 115:4 136:6
139:21
**topics** 114:16 130:9
137:2
**total** 28:8,9 144:8
146:10
**transactions** 43:8
**transcript** 150:10
151:12,18,20
152:4,6,8,20,22
**transferred** 92:2
**translate** 17:14
44:8 59:18,23
117:16 119:21
**translated** 9:2
40:10 49:4 56:3
60:6 136:21

**translation** 40:23
43:7 110:7 126:5
131:11 145:2,15
**translations** 43:20
**translator** 8:11
20:11,17 41:6,13
43:22 44:12 146:4
**travel** 39:3,9 60:13
**traveled** 39:6,7,18
50:19
**trip** 111:9
**true** 28:16,19 34:23
35:4 36:17 82:4
82:20 88:7 89:21
90:15 134:23,24
136:18 137:7,22
150:13
**truth** 90:17
**try** 11:7 40:16
71:22 105:17
112:10 120:20
145:2
**trying** 29:13 65:14
72:13 82:18 146:3
146:4
**Tuesday** 1:22
150:12
**turn** 64:17 138:15
138:17
**Twelve** 141:24
**twice** 51:9
**two** 12:3 23:10 24:6
38:2 39:15 43:12
46:5 51:4 59:4
63:23 75:21 78:13
79:21 80:10 98:13
131:22 139:24
**type** 77:8 138:7
**types** 54:21
**typical** 47:17,21

_____
        **U**
**Uh-huh** 16:13
**ultimate** 80:22
**unaware** 89:18
**undefined** 18:4
56:15 58:18
**underline** 84:17
100:10,11
**understand** 7:21,24
8:3,12,13,18,23
9:5,12 10:6,12
11:9 13:6 14:21
15:3 17:24 19:7
20:8 21:6,23

24:13 29:13,14
36:7 39:6,7 40:11
42:16 45:13,15
47:6 53:19 54:2
61:16,23 62:5
66:6 69:3 79:24
82:19 84:2,18
90:13 91:11 93:5
93:16 97:12,13
100:3 102:10
109:15,17 114:15
119:18,24 120:19
125:6 128:9,21
132:2 136:2 142:6
146:3,4
**understanding**
17:21 20:10 27:2
27:3 45:14 76:23
82:12 88:2 104:21
120:15 121:16
123:21 129:11
145:3,16
**understood** 42:14
44:24 56:23
141:20
**Unfortunately**
126:6
**United** 1:4 6:8 10:5
13:7 14:4 47:8,10
49:12,18,20,23
63:8 107:24 111:9
112:15 148:4
**upset** 100:14 101:4
**use** 41:23 136:23
138:6 143:15
**uses** 37:14
**usually** 73:16 103:3
118:2
**utilities** 89:16
**U.S** 13:23 14:9,18
26:10 27:9,17
48:6 65:7 72:10
96:8 136:20 139:2
142:4,7 147:13
**U.S.A** 13:14,24
14:5,22 15:3,12
16:3,19 17:22
22:13,17 26:13,20
31:6 32:22 66:7
96:12 113:15,20
135:13,22 138:2
138:13

_____
        **V**
**V** 152:3
**Vague** 35:16

**varied** 22:21
**various** 68:3 80:12
99:2 113:9,22
116:11 147:17
**Vasquez** 23:9
**venture** 64:19
65:15
**verbally** 8:21
**verifications** 90:14
97:8
**verify** 84:4
**verifying** 92:19
**Veronica** 2:13 6:24
**version** 85:7 118:2
136:16
**versus** 6:6
**videographer** 3:16
6:2,12 7:5 9:21,24
15:17,20 33:18,21
43:13,16 58:21
59:2,6,9 77:18,21
98:11,17 103:13
103:16 116:20,23
122:2,5 141:8,12
149:2
**videotape** 149:4
**videotaped** 8:14
**view** 75:8 135:4
**visit** 39:18 60:10,24
**visited** 40:13
**visits** 39:23 40:18
42:15 44:18,21
45:2,9,17,22
46:17
**volume** 1:2 151:16
151:18 152:6
**vs** 1:9

_____
        **W**
**wait** 121:7
**waiting** 81:11
**want** 23:21 41:11
69:11 79:24 89:13
94:12,13 121:6
135:5 136:6,11
138:11 140:17
147:19
**wanted** 53:4 85:5
**wants** 61:24
**Washington** 2:7
**wasn't** 21:10 46:18
55:7 67:14 74:23
76:13 78:17 92:8
92:13 94:10,13
99:2 125:6 140:6
**way** 14:7 72:8 77:3

Confidential - Attorneys' Eyes Only

Page 166

87:22 88:2 146:17
ways 35:18,19 61:6
week 39:12,19 41:3
   42:22 45:7 104:16
weekly 42:17 46:6
   47:7 62:22 97:5
went 43:10 88:12
   108:11 110:11
   123:4
weren't 56:10
we'll 44:7 58:20
   79:2 141:17
   148:23
we're 9:22 10:2
   15:21 33:19,22
   41:11 42:24 43:14
   43:17 59:7,10
   70:9 77:19,22
   81:11 85:18 87:9
   95:10 103:14,17
   105:16 116:21,24
   121:15 122:3,6,7
   132:17,18 142:6
we've 80:16 119:8
WHEREOF 150:15
wife 140:5
willing 41:6,15 42:3
wish 60:10 64:3
   126:2,8
witness 7:7,10
   41:13 110:4 116:5
   121:22 139:11
   150:15
word 42:19 45:14
   45:15 54:2 69:3
   133:4
words 17:3 20:11
   21:18 28:3,5 61:5
   100:22 126:2,3
   128:16
work 11:12 15:10
   18:14,20 64:4
   124:8
workable 75:3
   86:24
worked 11:9 16:11
   25:11 29:22,24
   37:3 90:20 116:11
working 15:7,11
   23:2,5,18 25:16
   25:21 86:22
   117:13 144:18
worldwide 62:10
worries 14:7,12
wouldn't 56:11
wrap 116:19

write 64:22 69:11
   117:5,8,10,14,23
   118:15
writes 107:6
writing 31:10 106:2
   107:19 120:17,23
written 61:19 64:24
   68:24 102:24
   120:19,24 123:10
wrong 11:6 14:7
   120:6 125:12
wrote 71:16 118:16

**X**

X 4:2,8

**Y**

year 38:17 39:13
   50:17 54:8,9 70:9
   70:13 71:16 74:18
   74:19 75:17 77:6
   81:17,22 82:9,9
   91:24 106:21
   108:14 110:11
   139:8 142:14,16
   142:17,19 143:22
   147:23 148:15
years 10:22 11:12
   12:3,19 38:2
   48:19 92:4,4,17
   105:6 115:21
   124:13,14 140:2
   147:6,17
yesterday 104:11
York 108:11

**Z**

Z 23:9
Zaragoza 22:2
   25:11,17,22 26:3
   26:6 85:12 91:17
   93:13 134:10
Zarnetske 3:16
   6:12
zone 23:11,13
zones 101:11

**$**

$1 145:19
$100,000 147:16
$12,000 142:20
$165 145:20
$18,000 142:20
$25,000 144:8
$5 145:24
$6 145:24
$60 145:11

$80,000 142:9,13

**0**

02199 2:17
04-1300-SLR 1:5

**1**

1 1:2 4:11 59:14,15
1-16 1:3
1.65 145:20
10 4:19 109:20
   111:21 139:7
   147:4
10,000 145:21,22
10:38 33:18
10:50 33:21
100 73:9
100,000 147:13
   148:14
103 4:18
109 4:19
11 4:20,21 117:2
   118:5,7 146:8,8
11th 150:16
11:13 43:13
11:25 43:16
11:58 58:21
111 1:21 2:16 6:17
117 4:20
118 4:21,22
12 4:22 60:11
   118:23 122:7
   140:21 141:21
   146:7,21
12:10 59:2,7
12:11 59:9
12:58 77:18
120,000 148:14
1201 2:6
124 4:23
127 4:24
13 4:23 60:12
   124:16 126:4
   139:14 140:24
   141:24,24 146:9
   150:24
130 5:2,3
138 5:4
14 4:24 5:2 88:15
   127:10 130:12,15
   132:18 136:19
14th 60:14
15 5:3 49:11 130:18
   136:10
15th 60:14
151 152:8

152 1:2
16 5:4 138:9,11
160 145:17
18 23:23 140:24
19 63:10
1992 91:24
1993 11:18 91:24
1994 60:11,17
   61:10
1995 12:4,6,9,14,15
   13:17 20:2,7,19
   21:16 22:6,20,22
   23:6 25:9,22,24
   26:10,21 27:5,23
   28:7,14,20 29:10
   29:21 31:6,24
   32:7,10,18 33:2
   34:2,10,17 35:2,6
   35:10 36:11,17
   38:16 39:8 40:19
   47:6,17 50:8,17
   52:8 57:6,23
   61:10 63:10,18
   64:10 65:16 66:20
   67:10,22 68:2
   69:16 70:8,9,11
   70:13 71:16 78:3
   78:7,11 81:6 82:2
   82:7,19 83:19
   109:8,9,13 140:15
   140:20 141:20
   142:6,8
1996 77:6 91:9,20
   92:19 93:2,9
1997 98:21 100:15
   101:2 103:8,20
   104:4,17,19 110:9
   110:10,13,13,22
   112:3 113:6 116:9
   119:6 122:9
   126:23 127:6,21
   129:15,18,22
   130:15 132:22
   139:14,16
1999 12:20 16:12
   16:14 17:20 18:16
   20:2,7,20 21:16
   22:6,20 23:15,17
   25:9,16,22 26:5
   26:10,21 27:6,23
   28:7,14,20 29:10
   29:21 31:6,24
   32:7,11,18 33:2
   35:6,11 36:11,18
   39:9 40:19 47:6
   50:8,18 57:7,23

81:6,13 82:8,20
   83:6 104:18
   110:12 140:15,20

**2**

2 3:8 4:12 63:4
   69:17 91:2,4
   122:23 123:11
   130:15
2nd 131:6
2rd 133:15
2:06 77:21
20 88:15 93:8 103:8
   103:20
20th 91:8
2000 82:10
20004 2:7
2001 81:22
2002 18:21 81:13
   82:2 83:7
2006 1:23 6:11
   58:22 59:3 98:12
   98:18 141:9,13
   149:3 150:13,17
2009 150:24
202.659.6744 2:8
21 66:20 67:10
2106 4:18 103:24
2107 4:17 98:15
22 141:4
2671 5:4
2678 138:17
27 1:23 6:11 58:22
   59:3 98:12,18
   141:9,13 149:3
   150:13
2767 4:20,21
2771 4:23
28 104:4
28th 149:6
28014 3:7

**3**

3 4:13 65:22 123:13
   128:7 130:6
   131:14
3rd 131:7 133:18
   134:14
3:09 98:11
3:16 98:17
3:31 103:13
3:32 103:16
30 49:11
31 119:6 122:9
31st 110:13
35 25:23 26:2