Page 266

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 Q. While you were general manager?
3 A. Yes, of course. He could terminate me.
4 Q. And is that also true for the period after
5    you were -- strike that.
6       Was that also true while Mr. Herrera
7    was general manager?
8 A. I don't know.
9 Q. You also said that Belmac -- that Ethypharm
10   did not participate in the filings with the
11   Spanish health ministries; is that correct?
12   Or no?
13 A. I don't understand the question too well.
14 Q. I think you testified that Ethypharm did not
15   participate in filings with the Spanish
16   health ministries regarding Omeprazole?
17      MR. MINGOLLA: Objection to form.
18 Q. Did Ethypharm provide information and
19   documentation to support what Belmac filed
20   with the Spanish health ministry?
21      MR. MINGOLLA: Objection. Vague.
22 A. If I remember correctly, I said before that I
23   was not aware of it because the registration
24   happened of -- Omeprazole happened during

Page 267

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    Mr. Ayala's time.
3 Q. So you don't know?
4 A. I don't know for sure.
5 Q. In addition, you were asked about patents
6    that were prepared by Laboratorios Belmac?
7 A. They ask me questions.
8 Q. You were asked questions by Bentley's
9    attorneys about patents that Laboratorios
10   Belmac filed while you were general manager?
11      MR. MINGOLLA: Objection.
12 A. Yes, we did.
13 Q. Is it expensive to do research and
14   development to file patents?
15 A. Yes.
16 Q. You have to do studies and spend money for
17   studies?
18      MR. MINGOLLA: Objection.
19 A. Yes.
20 Q. And you have to spend money to figure out how
21   to engineer around the Ethypharm patent,
22   correct?
23      MR. MINGOLLA: Objection. Calls for
24   speculation.

Page 268

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2 Q. In the context of the Omeprazole patent?
3       MR. MINGOLLA: Same objection.
4 A. When you say engineer, that's too general. I
5    don't quite understand.
6 Q. You have to figure out a way -- strike that.
7       Laboratorios Belmac has to spend
8    money to find a patent that does not infringe
9    upon Ethypharm's patent?
10      MR. MINGOLLA: Objection. Vague.
11   Calls for speculation.
12 A. What Belmac is looking for is new procedures
13   regarding products like Omeprazole --
14 Q. Lansoprazole?
15 A. Yes. But with the intention of being able to
16   provide the market a better product, more
17   competitive in the market, and Omeprazole was
18   the first product, the first worldwide
19   substance, very interesting product.
20 Q. Did the research and development cost a lot
21   of money?
22      MR. MINGOLLA: Objection as to form.
23   Which research and development?
24 A. Yes, because it's very costly to maintain a

Page 269

1    CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2    research and development department which
3    every time it keeps on growing. At this
4    point I believe he has like 30 people. I'm
5    not sure.
6       MR. MINGOLLA: I'm going to object
7    to that translation. I thought I heard a
8    reference to Belmac; and if I misheard things
9    in my English, I may be off, but I want to
10   reserve that point.
11 Q. Did you get authorization from Mr. Murphy to
12   do research and development in the area of
13   Omeprazole?
14 A. Not in specific in terms of authorization.
15 Q. Didn't Mr. Murphy set up the very office that
16   you're talking about, the Galinic office?
17      MR. MINGOLLA: Objection.
18   Foundation.
19 A. No.
20 Q. When was that set up?
21      MR. MINGOLLA: Objection.
22   Foundation.
23 A. The development department, you know, it was
24   always -- when I arrive there, it was a very

30 (Pages 266 to 269)

Page 270

1      CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2   small department that with the pass of time
3   it kept on growing. You know, it was a
4   personal interest of mine, and for that
5   reason I brought in Fernando Berenguer and
6   afterwards, Mr. Herrera. Always because of
7   the same reason because I knew they were the
8   kind of people that would stimulate that
9   investigation.
10       It's Mr. Herrera was in charge of
11  the Galinic plant, the procedures, Galinic,
12  pharmaceuticals, and Fernando Berenguer of
13  the scientific experimentation.
14 Q. When these departments were created and
15  expanded, the Galinic department, that
16  required Jim Murphy's approval, correct?
17       MR. MINGOLLA: Objection.
18 Q. Do you know whether Bentley approved or
19  disapproved of those transactions, the
20  expansion and creation of those departments?
21 A. No. Mr. Murphy will approve and congratulate
22  our initiatives when he came in.
23       MR. BOSTWICK: No further questions.
24       MR. MINGOLLA: Let's go off the

Page 271

1      CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2   record for one minute.
3       THE VIDEOGRAPHER: The time is 3:24
4   p.m. We're going off the record.
5       (Recess)
6       THE VIDEOGRAPHER: The time is 3:28
7   p.m. on June 28, 2006. This is the end of
8   tape number three of Clement Gonzalez
9   Azpeitia.
10       (Whereupon the deposition was
11       concluded at 3:28 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 272

1      CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2          C E R T I F I C A T E
3
4   COMMONWEALTH OF MASSACHUSETTS
5
6
7       I, Tina M. Sarcia, a Registered
8   Professional Reporter and Notary Public in
9   and for the Commonwealth of Massachusetts, do
10  hereby certify that the foregoing transcript
11  of the deposition of CLEMENTE GONZALEZ
12  AZPEITIA, having been duly sworn, on
13  Wednesday, June 28, 2006, is true and
14  accurate to the best of my knowledge, skill
15  and ability.
16       IN WITNESS WHEREOF, I have hereunto
17  set my hand and seal this 11th day of June
18  , 2006.
19
20
21          Tina M. Sarcia, RPR
22          Notary Public
23
24  My commission expires: March 13, 2009

Page 273

1      CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
2   DEPONENT'S ERRATA SHEET
3   AND SIGNATURE INSTRUCTIONS
4
5       The original of the Errata Sheet has
6   been delivered to Joseph Mingolla, Esq.
7       When the Errata Sheet has been
8   completed by the deponent and signed, a copy
9   thereof should be delivered to each party of
10  record and the ORIGINAL delivered to Dwight
11  Bostwick, Esq. to whom the original
12  deposition transcript was delivered.
13
14       INSTRUCTIONS TO DEPONENT
15
16       After reading this volume of your
    deposition, indicate any corrections or
17  changes to your testimony and the reasons
    therefor on the Errata Sheet supplied to you
18  and sign it. DO NOT make marks or notations
    on the transcript volume itself.
19
20  REPLACE THIS PAGE OF THE TRANSCRIPT WITH THE
21  COMPLETED AND SIGNED ERRATA SHEET WHEN
22  RECEIVED.
23
24

31 (Pages 270 to 273)

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**

JT-A-182

**Confidential - Attorneys' Eyes Only**

Page 274

```
 1      CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
 2    ATTACH TO THE DEPOSITION OF CLEMENTE GONZALEZ
        AZPEITIA
 3    CASE: ETHYPHARM V BENTLEY PHARMACEUTICALS
 4           ERRATA SHEET
      INSTRUCTIONS:  After reading the transcript
 5    of your deposition, note any change or
      correction to your testimony and the reason
 6    therefor on this sheet.  DO NOT make any
      marks or notations on the transcript volume
 7    itself.  Sign and date this errata sheet
      (before a Notary Public, if required).  Refer
 8    to Page 121 of the transcript for errata
      sheet distribution instructions.
 9
      PAGE LINE
10           CHANGE:
             REASON:
11           CHANGE:
             REASON:
12           CHANGE:
             REASON:
13           CHANGE:
             REASON:
14           CHANGE:
             REASON:
15           CHANGE:
             REASON:
16           CHANGE:
             REASON:
17           CHANGE:
             REASON:
18           CHANGE:
             REASON:
19           CHANGE:
             REASON:
20
21        I have read the foregoing transcript
      of my deposition and except for any
22    corrections or changes noted above, I hereby
      subscribe to the transcript as an accurate
23    record of the statements made by me.

24        CLEMENTE GONZALEZ AZPEITIA DATE
```

32 (Page 274)

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**

JT-A-183

Confidential - Attorneys' Eyes Only

**A**

abandoned 240:12
abbreviated 183:8
183:16
ability 167:5 272:15
able 213:19 225:17
232:16 235:22
238:22 259:12
268:15
Abreu 154:13 189:3
absolute 166:18
204:24
absolutely 239:4
257:16 258:2
accepted 199:10
access 207:22
accomplish 235:22
accomplished
201:21 205:13
accuracy 187:3
accurate 241:8
272:14 274:22
accurately 159:17
achieve 225:17
acknowledge 228:9
act 261:10,15,18,22
action 164:10,13
actualizations
220:21
Acuerdo 197:17
Acuerso 191:20
acuosa 190:8,11
add 166:4 184:13
213:16
added 209:22
addition 267:5
address 159:20
188:14 196:12
addressed 159:15
adequate 232:11
adjunto 234:11
administration
215:6
administrative
264:10,12
admit 195:21
Adolfo 176:5,8
177:4 191:8
217:16 222:15
229:7,11 231:9,10
231:16,18 234:22
235:23 241:21,21
244:21 251:23
advertisement
238:10
advertisements

218:18 219:13
advertising 210:4
215:14 237:20
advisor 265:13
afford 245:18
afternoon 230:13
230:14
agency 158:19
ago 159:18 227:19
234:10 237:9,15
237:19 245:14
249:5
agree 190:24
203:14 209:15
agreed 159:8
agreeing 193:4
agreement 156:13
181:14,19 185:21
185:24 186:3,13
189:12,13,14
190:19 191:23
192:4,17,18,19,22
192:22 193:3
196:14 197:20,23
198:3 209:13,15
210:6 243:15
262:18,21 263:5,8
agreements 195:14
195:16 214:6
219:2,3,5 240:9
ahead 167:12 187:9
238:19
Algeria 198:2
199:11
allow 190:14 230:3
allowed 261:15
allows 205:17
aloud 259:17
ALZAGA 155:4
ambiguous 204:2
ambitious 245:23
amere 227:7
amount 225:5
255:3
analysis 190:20
215:4 260:4
analyze 215:4
Angell 153:21
154:14
announce 227:19
announcements
228:7,12
anonymous 264:11
answer 166:15
167:3,10,13
183:24 204:8

234:8,10 238:19
252:18
answered 261:3
answers 176:21
anybody 241:3
anymore 178:6
243:24
apologies 258:2
apologize 248:2,4,5
appear 198:21
APPEARANCES
154:2,24
appears 170:18
174:7 200:10
204:19 241:18
Appendix 260:7
applications 250:23
251:10,19 252:4
253:9
applying 198:9
appointed 235:24
appointment 236:3
appreciate 183:22
249:12
appreciated 197:3
approval 159:14
236:11 270:16
approve 270:21
approved 236:3,18
270:18
approximately
160:11 162:2
255:4
April 173:2 174:7,8
200:16,19 207:8
209:23,24 210:18
212:9 217:2,17
218:4 221:5,6
222:6,15 228:16
229:14 232:3
area 201:20 269:12
areas 202:3
argument 201:11
202:13
arrive 269:24
article 156:17 192:7
198:6 200:3,10,11
200:14,16 201:7
204:22 206:13
207:9 208:18
209:2 210:9
253:16,19
articles 210:12,18
210:21 211:21
212:6,7,19 213:3
216:24 218:18

219:9,13 220:9
221:7 229:13
231:3 238:10,13
articulated 212:8
Asensio 214:23
aside 178:7
asked 164:17,24
165:3,5,8 166:11
176:6 183:18
233:23 245:12
252:21 257:5
259:14 261:2
267:5,8
asking 188:16
259:14
ASOCIADOS
155:5
asonophe 227:7
assigned 232:14
associated 159:3
assume 172:19
assuming 186:22
ATTACH 274:2
attachment 177:8
attending 159:11
attention 224:24
229:3 259:16
262:20
attorney 250:5
attorneys 153:1
154:1 155:1 158:1
158:14 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1,20 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1

231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1,17
266:1 267:1,9
268:1 269:1 270:1
271:1 272:1 273:1
274:1
authoritizations
252:8
authorization 185:8
269:11,14
authorizations
252:14 253:6
authorized 216:9
216:14 219:20
261:10
autonomy 254:6,7
Avenue 153:22
154:15
aware 164:10
166:20 178:5
214:21 243:6
265:18 266:23
axillary 241:2
Ayala's 267:2
Azpeitia 153:15
156:3 158:7
159:23 179:18
180:15 184:2
189:23 200:8
211:21 230:13
244:18 250:4,9
261:8 264:5
265:10 271:9
272:12 274:2,24
A-92 239:15
A-96 239:16
a.m 153:24 158:3
199:23 200:6

**B**

B 156:7
BAACH 154:5
back 187:5 200:8
203:3 213:23
215:8 216:9
222:22 223:13

Page 276

224:4 227:10,15
227:18 230:12
238:8 247:16
251:3 252:11
256:9 264:23
**background** 224:9
**bad** 194:13
**badly** 206:24
213:21
**based** 192:8 202:9
204:23
**basically** 241:5
**Basilio** 173:17
177:4 182:6 191:8
206:20 208:4
217:16 222:15
224:23 229:7,12
231:10 240:21
241:22 256:23
261:7
**basis** 176:7 243:5
**bears** 239:14
**began** 173:22
243:10
**beginning** 178:16
225:23 229:17
**beginnings** 259:8
**begins** 189:20
**behalf** 153:15 193:7
261:10,15,18,22
**Bel** 156:11,14,15
157:2 174:4
175:10 191:11
195:24 258:14
**believe** 163:16
168:14 189:21
191:14 211:14
212:7 215:9
220:22 234:4
239:19 240:21
253:21 259:4
264:5 265:14
269:4
**Belmac** 158:15
160:14 163:7,13
164:8,17 165:15
165:15,19 166:3
166:13 169:10
170:2,5,7,10
175:15 176:13
177:9,13 179:19
181:15 184:17
185:8,18 189:15
190:6,11,15,19
192:5,8 193:4,7
193:22 194:11

196:11,17 197:4
197:24 198:8
199:14 200:24
201:9,15,21
203:14,23 206:23
207:2 210:11
211:7 212:20
216:8,9,13 218:19
218:21 219:2,14
219:19 226:7,19
227:2 228:21
231:2,9 232:12
237:8,14,18 242:7
243:4 246:13,18
247:2 250:11,12
250:16,16,22,22
252:7,7 254:21
255:7,11,12,16,21
256:7 259:22
262:4,10 263:5,9
263:14,19 264:7
265:6,22 266:9,19
267:6,10 268:7,12
269:8
**Belmac's** 202:3
208:13,21 209:9
248:11
**Belmazol** 173:23
210:5 218:19
219:12 237:21
238:13 260:2
**belong** 215:23
**belongs** 216:11
**benefit** 187:11
189:18
**Bentl** 156:21
221:19
**Bentley** 153:10
161:17,19 163:20
163:24 164:6,17
165:18 167:19,23
168:6,9,12,18
169:5 170:19
171:6 177:9,13
179:20 217:23
218:10 221:22,24
222:20 231:2
250:6 252:2 253:5
253:24 255:17
261:9,10,15,18,22
261:23 262:10,18
262:19 270:18
274:3
**Bentley's** 249:20
267:8
**Berenguer** 161:21

162:18,20,23
173:9 178:17,18
178:21,23 179:2,4
179:6,8 246:9,10
251:23 253:13
270:5,12
**best** 170:8 191:17
231:23 232:20
235:19 248:21
272:14
**better** 207:19
225:20 268:16
**big** 232:13
**bigger** 220:18
**binder** 162:8
**bit** 256:10
**bits** 177:18
**black** 220:20
**block** 260:24
**board** 171:5,6
172:9,15
**Boston** 153:22
154:16
**Bostwick** 154:3
156:4 158:6
159:16,22 163:15
163:19 167:2
183:9,14 186:18
187:6 188:16,21
189:2 197:12
199:20 202:24
211:14,20 220:12
223:22 230:6
234:16 239:17
244:9 249:9,18
250:15 254:16,18
255:15 257:10,22
261:2,11 263:24
264:4,17,24
270:23 273:11
**Bostwick's** 249:24
**bother** 226:3
**bothered** 206:20
**bothers** 249:16
**bottom** 175:10
181:4 187:17
239:15 258:19
260:22
**bought** 235:11
**boxes** 204:7
**brain** 247:21
**break** 197:11
199:21 230:7
247:11 265:2
**brief** 158:8 183:7
**bring** 263:9

**brought** 185:19
263:16 270:5
**brown** 192:10
**business** 227:2
260:8
**businesses** 241:7
**buy** 166:8 169:9

___

**C**

**C** 154:13 155:7
272:2,2
**call** 210:9 214:9
224:23
**called** 201:22 227:5
**calls** 165:10,21
176:3,18 180:3
182:3 199:7 206:2
209:11 223:20
267:23 268:11
**campaign** 210:4,9
211:5 214:2
215:10
**cancer** 247:24
**capsules** 190:7
192:9
**care** 247:19
**careful** 215:19
**Carlos** 214:23
**carry** 232:16
**carrying** 237:8,14
237:18
**case** 158:19 193:23
196:23 263:2
274:3
**CEO** 221:23 265:6
**certain** 175:23
180:15 207:18
214:3 238:5
**Certainly** 193:16
**certification** 182:16
182:20
**certifications**
180:16,19 216:4
257:4
**certified** 184:19,22
184:24 187:23
212:12 216:3
**certifies** 181:13
**certify** 196:10
272:10
**cetera** 194:3
**chairman** 221:23
**chance** 186:21
**change** 233:8
244:20,21 259:4
274:5,10,11,12,13

274:14,15,16,17
274:18,19
**changed** 228:8
259:8
**changes** 273:17
274:21
**characteristics**
232:10
**characterization**
212:5
**charge** 270:10
**Checa** 192:6
**check** 190:15
211:19,20
**chief** 265:6
**childish** 229:15,24
**chronic** 217:6
220:21 225:4
**chronicle** 208:8
**circumstances**
232:5
**Civil** 153:17
**clarification** 167:3
239:19
**clarify** 234:20
240:16 242:3
**clarifying** 247:8
**clean** 211:13
**clear** 186:20 188:7
199:3 204:8
**clearly** 164:23
221:6 233:24
**Clement** 271:8
**Clemente** 153:14
156:3 158:4
171:10 172:13
179:17 181:13
184:5 272:11
274:2,24
**client** 193:17
**clients** 182:9,16
185:10 216:12
259:13
**close** 173:12 233:13
**codirector** 233:4
**cogeneral** 232:15
232:24
**coincided** 173:5
**collaborate** 228:12
**collaborated** 258:5
**collaboration** 214:5
214:9,10,12,14,16
214:17
**collaborators**
190:22
**collecting** 255:13

Confidential - Attorneys' Eyes Only

collection 255:18
come 173:18 230:20
comfortable 245:20
coming 159:4
  230:18 249:24
commencing
  153:23
comment 217:4,7
  247:4
commentary
  238:24
commented 220:4
  248:13
comments 159:14
commercial 227:7
  237:3,13
commercialization
  197:2 202:11
  208:3 252:8
commission 272:24
committee 240:11
common 173:17
Commonwealth
  153:19 272:4,9
communicate
  256:24
communicated
  233:16 257:2
communication
  170:14 237:19
  244:6
communications
  238:12 256:14,19
companies 189:11
  213:5 228:11
  263:18 264:10
company 161:15
  164:15 166:7,9,21
  166:23 167:16,17
  167:20,24 168:4,5
  168:7,13 169:20
  179:3,5,8 192:6
  193:5 196:14
  197:24 206:20
  211:8 213:4 214:4
  217:7 225:10,11
  225:14 227:22
  229:19 232:11,13
  232:17,21 234:5
  237:2,10,13,16
  238:6 241:7 242:9
  245:15,17 247:6,7
  248:24 249:2
  265:13
company's 206:19
compassion 249:16

competent 235:15
competitive 268:17
competitiveness
  232:18
complaints 224:8
complete 199:11,15
  252:18
completed 273:8,21
completely 208:3
compound 199:7
  206:3
conceivably 188:3
concentrate 204:16
concern 158:10
  171:15 196:5
concerning 223:10
  261:19,23 263:15
concerns 171:7
  172:10 223:12
conciliatory 263:7
concluded 271:11
conclusion 182:3
  199:7
conditions 215:11
  215:12
confidential 153:1
  154:1 155:1 158:1
  159:1 160:1 161:1
  162:1 163:1 164:1
  165:1 166:1 167:1
  168:1 169:1 170:1
  171:1 172:1 173:1
  174:1 175:1 176:1
  177:1 178:1 179:1
  180:1 181:1 182:1
  183:1 184:1 185:1
  186:1 187:1 188:1
  189:1,13 190:1
  191:1 192:1 193:1
  194:1 195:1 196:1
  197:1 198:1 199:1
  200:1 201:1 202:1
  203:1 204:1 205:1
  206:1 207:1 208:1
  209:1 210:1 211:1
  212:1 213:1 214:1
  215:1 216:1 217:1
  218:1,24 219:1
  220:1 221:1 222:1
  223:1 224:1 225:1
  226:1 227:1 228:1
  229:1 230:1 231:1
  232:1 233:1 234:1
  235:1 236:1 237:1
  238:1 239:1 240:1
  241:1 242:1 243:1

244:1 245:1 246:1
  247:1 248:1 249:1
  250:1 251:1 252:1
  253:1 254:1 255:1
  256:1 257:1 258:1
  259:1 260:1 261:1
  262:1 263:1 264:1
  265:1 266:1 267:1
  268:1 269:1 270:1
  271:1 272:1 273:1
  274:1
confidentiality
  156:13 185:23
  186:3 190:24
  219:3,5 263:5
confirm 189:21
  236:24
confusion 182:7
  238:18
congratulate
  270:21
consejero 264:8
  265:3,11
considered 170:6
  206:8 220:18
  229:16 246:19,20
constant 170:14
constructive 226:6
  226:8
contact 160:2
contacted 215:11
contemplating
  165:18
contempt 214:3
content 159:17
  237:23
context 158:20
  192:10 268:2
continue 175:6
  224:10,24 229:21
  234:6 237:12,17
  260:7
continued 153:14
  158:3 254:23
Continuing 228:4
contract 176:14,19
  176:23 177:10,11
  177:21 178:2,8,14
  178:20 179:13,21
  179:24 180:2,13
  239:22,23 263:15
contracts 178:11
  179:11 180:10
  241:10
control 199:12
convenient 234:4

conversation
  159:18 169:7
  180:18 204:23
  220:7 245:7,8
  246:3
conversations
  229:11 236:23
cooperate 171:16
copies 179:10
copy 163:12 178:14
  211:13,18 241:22
  273:8
corner 239:15
  258:19
Corporation
  206:22 250:16
Corral 155:3
correct 163:10
  169:12 174:11,16
  174:23 176:23
  177:4,13,16,21
  178:12 181:2,8,9
  181:16 182:4,17
  182:20,24 183:2
  184:7,11,14,23
  185:3,11 186:3,4
  186:9,10,22
  189:15,16 190:9
  192:15,20,24
  193:5,6 194:15,18
  194:24 195:7
  196:16,20,21
  197:17,18 198:4
  198:10,11,15,18
  198:22,23 199:5,8
  199:18 200:17
  201:16,17 202:4
  202:19,23 203:8
  204:10 208:11,13
  208:22 209:5,9
  210:13,19,20,23
  212:9,10,15,21
  216:5,7 217:19,20
  218:5,6,8,11,12
  219:6 221:10
  222:3,4,6,7,9,10
  222:20,21,24
  223:4,8,9 226:15
  227:10,11,14
  235:13 236:16,17
  239:3 240:15
  241:19,20 242:8
  242:10 250:17
  266:11 267:22
  270:16
correcting 176:22

correction 274:5
corrections 273:16
  274:21
correctly 185:14
  236:5 266:22
correspond 186:17
cost 268:20
costly 268:24
costs 159:3
counsel 158:13
  159:2 183:17
  249:21 250:20
  262:23 264:10,11
  264:12,13,14,15
  265:5
counsel's 159:13
countries 225:24
country 225:21
couple 197:13
  207:8,12 210:22
  236:21 264:2
course 159:21
  162:17 165:5
  188:10,14,14
  224:16,18 227:14
  233:11 246:4
  248:7 258:12
  260:18 266:3
court 153:4 187:22
coverage 200:20
Craig 187:8
crazy 229:2
create 182:7,13
  249:16
created 253:2
  270:14
creating 227:2,5
creation 241:7
  270:20
Cubas 155:7
cure 229:19
current 204:15
customers 219:21
  260:7
C.A 153:5

**D**

D 154:4 156:1
date 159:13 170:23
  190:18 191:24
  197:21 207:7
  231:13,17 233:17
  245:2 254:16
  255:3 274:7,24
dated 174:7,7 181:7
  196:6 200:16

Confidential - Attorneys' Eyes Only

Page 278

209:24 218:4
222:6 241:18
**dates** 160:9
**Davur** 227:3 253:2
**day** 217:19 222:19
222:22 249:3
272:17
**days** 169:16 207:9
209:4 212:3 243:6
**DC** 154:7
**Dcha** 155:7
**de** 155:4,7 173:17
177:4 182:6 191:8
191:20 197:17
206:20 208:4
217:16 222:15
224:23 229:7,12
231:10 240:21
241:22 256:23
261:7
**Dear** 210:2 218:16
223:7 236:22
**Debregeas** 173:8,18
215:8 217:21
218:8 220:5 222:5
222:9,19,23 223:8
227:18 229:6
254:15
**decided** 159:2
**decision** 233:2,14
233:14 234:2
236:10,18 246:21
253:6
**declaration** 158:18
**dedicated** 225:12
225:14
**deeply** 225:9
233:24 243:6
**defend** 225:6
**Defendant** 153:11
154:19 155:10
**define** 265:11
**Delaware** 153:4,16
**delegado** 264:8
265:3,12
**delicate** 228:20
**deliver** 260:6
**delivered** 273:6,9
273:10,12
**demanding** 225:23
**demonstrates** 214:2
**denied** 214:19
**department** 255:16
269:2,23 270:2,15
**departments**
270:14,20

**deponent** 156:2
273:8,14
**DEPONENT'S**
273:2
**deposition** 153:14
158:4,7,11 159:21
187:2 195:19
224:3 230:16
271:10 272:11
273:12,16 274:2,5
274:21
**depositions** 159:7
159:12 187:21
**deputy** 234:12,17
234:22 235:24
250:18,19 264:12
264:14,15 265:4
**described** 229:6
**description** 156:9
189:11
**destructive** 226:7
**detail** 177:2
**details** 177:2 206:7
259:2
**develop** 219:16
**developing** 201:9
**development**
219:12 232:16
267:14 268:20,23
269:2,12,23
**difference** 174:20
**different** 167:7
178:21 185:17,21
193:14 195:23
248:6 259:10
**difficult** 208:6
214:11 225:3
226:17 238:2
247:18
**digestive** 205:16
**digression** 188:24
**diligent** 254:24
**direct** 259:16
262:20
**directed** 251:19
253:9
**directly** 264:2
**director** 160:20,24
168:15 170:13
178:12 210:10
214:21 215:2,3
220:24 232:6,24
233:4 234:11
235:12 236:7,15
243:4,8 245:10,21
265:16

**director's** 240:11
**disagreement** 263:3
263:15,16
**disapproved** 270:19
**disclose** 228:6
**disclosure** 218:24
**discovered** 218:17
**discuss** 170:9 200:9
215:12 217:6
219:22 228:10
235:9 244:20
248:3
**discussed** 158:12,24
171:19 173:21
180:15 187:8,10
221:11 233:20
265:2
**discussing** 159:5
198:17 216:15,23
229:5 230:24
**discussion** 231:3
235:3,6
**discussions** 243:18
244:4 256:18
**disgust** 224:7
**dismiss** 158:20
239:21
**displeasure** 229:13
**dispute** 187:15
263:9
**distract** 226:4
247:23
**distribution** 274:8
**DISTRICT** 153:4,4
**diversification**
172:4
**divestiture** 171:8
172:3,11
**document** 156:11
156:12,14,15,16
156:18,19,20,21
156:22,23,24
157:1,2 170:15,17
170:21 174:4,6,9
175:13 177:18,18
179:3,16 180:21
180:23 181:11
182:5 188:4,10
189:4,9,22 190:5
191:6,11,15,19,22
192:15,16 193:11
193:14 195:24
196:8,10,21 197:6
197:14,16,21
198:10 207:3
209:11 210:15

217:10,12,13,18
217:18 221:19
231:5,7,8 238:18
239:5,7 241:12,14
241:16,18,18
254:9,11 257:9,21
258:4,7,10,14,21
258:23 259:3,19
260:23 261:17,21
262:15
**documentation**
259:23 266:19
**documents** 163:9
163:12 187:14,14
194:6 195:22
198:22,24 199:17
219:18 240:2,5,14
240:19 257:7
**Dodge** 153:21
154:14
**doing** 165:16 189:7
194:3 197:3
259:21
**double** 211:18
**Dr** 158:4,7 159:23
164:4,5 169:7
180:15 181:13
183:19 184:5
189:10,23 200:8
208:11 211:21
221:5 230:13
234:20 244:18
247:17 250:4,9
261:8 264:5
265:10
**draft** 176:14,23
177:10,11 179:24
180:2,10 257:12
257:24
**drafted** 257:7,9,21
258:3 260:19
**drafts** 178:10
**drive** 229:2
**drugs** 252:9
**Dubois** 173:18
**due** 159:20 188:14
236:22
**duly** 272:12
**Dwight** 154:3
186:15 197:7
273:10
**dwight.bostwick...**
154:9
**dying** 247:24

_____ E _____

**E** 156:1,7 272:2,2
**earlier** 171:14
232:2 244:19
253:15 255:22
**Edwards** 153:21
154:14
**effectiveness**
232:17
**effects** 225:7
**effort** 200:20,24
201:3
**eight** 253:3
**either** 159:10
160:18 187:13
193:21 206:23
244:3 248:12
251:14 265:15
**emergence** 214:2
**employ** 185:8
**employed** 181:22
185:2 250:10
262:3,9
**employees** 171:16
**emptied** 229:23
**enclosed** 177:8
218:18
**encountered** 171:7
172:10
**ended** 230:23
**engineer** 267:21
268:4
**English** 158:9
162:24 163:3
170:18 174:9
175:8 176:17
177:16 178:15
179:11 181:2
188:9,17 190:3
196:3 197:19,20
203:3 217:15
218:14 231:8
238:4 254:11
269:9
**English-speaking**
187:11
**enormous** 220:15
225:5
**enormously** 224:6
226:3
**entered** 218:24
**entire** 162:6 187:13
208:17 238:21,22
**entirety** 223:19
**EP** 156:12,13,16,17
156:18,19,20,22
156:23,24 157:1

180:23 185:24
197:14 200:3
207:3 210:15
217:10 231:5
239:5,7 241:12
**equipment** 219:15
**errata** 273:2,5,7,17
273:21 274:4,7,8
**Escalera** 155:12
**especially** 235:15
241:4
**Esq** 273:6,11
**Esquire** 154:3,4,12
154:13 155:2,3
**established** 220:3
**Estevez** 178:16,20
178:22 179:4
**et** 194:2
**Ethypharm** 153:7,7
159:9 172:24
173:7,15 176:15
177:9,12 178:2,11
181:14,20 182:23
184:5,19,24
185:12,13 186:13
189:14 190:6,10
191:7 192:14,17
192:19,23 193:10
193:17,18 194:3
196:15,19 197:2
198:3,9 199:10,14
206:9,12,15,22,23
206:24 208:5,9
209:4 212:2,18
213:8,17,21 214:3
214:10,11,14,16
214:18 215:16,23
216:11,16,24
217:22 218:8,22
219:19,20 220:8
220:19,20 221:6
221:12 222:6
223:11 224:8
226:6 227:9,23
228:17,20 229:12
230:24 231:10
247:3 248:9
254:22,23 255:8
255:14,19,24
256:15,20 257:12
258:5 259:11,12
259:23 260:6,11
260:14,16,24
262:12,24 263:6,9
263:18 266:9,14
266:18 267:21

274:3
**Ethypharm's**
185:10 195:7
199:5 205:21
212:14 216:12
219:11,21 228:6
228:24 262:6
268:9
**event** 170:3 212:3,5
**events** 161:11
**everybody** 245:24
**everyday** 217:8,9
**evidenced** 219:17
**evolution** 219:15
**exact** 216:2 221:11
245:2
**exactly** 171:23
190:17 195:10
212:17 231:20
233:9,17 251:7
**Examination** 156:4
156:5 159:22
249:22 264:4
**example** 228:23
**excellence** 225:18
**exception** 187:18
246:2
**exchange** 168:10,19
**excluded** 195:11
**excuse** 249:13
**execute** 257:15,18
258:6,10 260:11
260:14
**execution** 263:4
**executive** 265:7
**exhibit** 170:16
174:4 178:7
179:16 180:22,23
185:23 186:2
189:7 191:9,10,11
192:3 195:23,24
196:3 197:14,16
200:3,9 207:3,5
210:15,17 211:10
213:24 217:10,15
218:2 221:18,19
222:17 227:15
231:5 236:20
239:2,5,7,14
241:12 253:15
254:8 257:15,18
257:20 258:4,11
258:13,14,18
259:17 260:12,14
260:17,19 262:15
**exhibits** 153:3

186:23,24 212:12
239:9,10 240:6
257:3
**exist** 185:13 244:7
**existed** 185:15
**existence** 190:21
**expanded** 270:15
**expansion** 226:10
270:20
**expensive** 267:13
**experience** 235:16
**experimentation**
270:13
**expertise** 201:8
**experts** 190:22
**expires** 272:24
**explain** 193:15
237:24 247:17
**explained** 171:5
172:9 185:11
194:4,9
**explanation** 243:20
**export** 182:6
193:18,22 225:21
225:24 259:13
**exportations**
162:14
**express** 225:3
**expressed** 238:16
**extending** 227:18
**EYES** 153:1 154:1
155:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1

232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1
241:1 242:1 243:1
244:1 245:1 246:1
247:1 248:1 249:1
250:1 251:1 252:1
253:1 254:1 255:1
256:1 257:1 258:1
259:1 260:1 261:1
262:1 263:1 264:1
265:1 266:1 267:1
268:1 269:1 270:1
271:1 272:1 273:1
274:1

_____
                F
**F** 154:6 272:2
**facilitate** 182:15
195:11 196:24
**facilities** 204:16
**facility** 205:17
**fact** 176:7 216:15
216:23 219:10
223:17
**factor** 203:22
**facts** 212:8
**fair** 188:15 189:2
238:23,24 265:20
**fall** 221:2
**familiar** 190:13
229:9 265:16
**far** 166:20
**faster** 239:12
**fax** 174:6 177:4
218:3,4 224:20
241:23 242:2
**February** 197:22
**feel** 197:7
**feeling** 225:8
**feels** 213:8
**Fernando** 161:21
246:8,10 251:23
270:5,12
**fifth** 170:21 175:6
**figure** 246:6 267:20
268:6
**file** 267:14
**filed** 158:18 266:19
267:10
**filing** 233:5
**filings** 266:10,15
**fill** 192:8
**final** 262:14
**financial** 176:10,11
180:19 255:16

**find** 263:6 268:8
**Fine** 154:4 211:17
**finish** 197:8
**fired** 242:7,15
243:2,19,23 244:5
**first** 161:7,9 164:24
171:24 172:7,8
174:11,20,22
177:6 179:17
186:11,12 189:9,9
190:5 192:2
201:18 204:20,21
217:13,24 218:3
218:16 227:4
236:21 246:17
249:23 259:18
268:18,18
**fits** 171:23
**five** 169:16 212:12
**five-minute** 197:10
**flip** 174:13
**Florida** 169:5 171:2
**focusing** 226:8
241:6
**following** 190:7
259:23
**follows** 217:14
**follow-ups** 264:2
**footer** 187:19
**foregoing** 272:10
274:20
**forget** 208:4 244:18
**forgotten** 178:4
**form** 162:7 163:22
164:12,20 165:20
167:21 168:20
171:22 176:2,9
177:14 179:23
180:12 182:2,18
184:8,21 190:12
191:3 195:13
198:14,19 199:6
202:5,18 203:17
204:12 206:14
208:14 211:2
212:16,22 213:11
216:6 221:9 223:3
223:16 242:21
243:3 265:23
266:17 268:22
**formal** 188:3 233:2
265:19
**formula** 190:8,11
**forth** 233:6
**forward** 167:20,23
**found** 182:9,13

Confidential - Attorneys' Eyes Only

Page 280

**foundation** 164:21
165:21 182:3,19
205:7 208:15
220:2 223:17
257:11,23 269:18
269:22
**four** 210:21 211:21
212:11 220:23
**frame** 176:20 191:4
195:3 202:18
**France** 153:7
193:19 217:22
218:8 224:24
**free** 197:7
**French** 217:16
240:4
**frequent** 217:5
220:21
**frequently** 243:11
256:18,22
**Friend** 210:2
**friendly** 230:22
**front** 254:8,9 257:3
**full** 177:17 204:20
**fully** 188:5
**full-established**
173:10
**function** 185:14
**fundamental**
235:18
**Fundamentally**
251:23
**fundamentals**
226:9
**further** 249:10,19
270:23
**future** 158:23
159:11,11 234:5

**G**

**G** 155:4,4
**Galinic** 269:16
270:11,11,15
**Garcia-Palencia**
155:2 158:17
159:3,6,10
**Gasca** 214:24 242:7
242:13,15,24
243:19,22 244:2,5
**general** 160:13,20
160:24 165:17
168:15 170:13
178:12 216:20
231:17,19,21
232:6 233:4
234:13,17,23

235:24 236:7,15
245:10,21 250:21
252:6,22 255:6
256:6 263:13
265:16 266:2,7
267:10 268:4
**genetic** 227:4
**genetics** 227:3
**German** 169:9,20
**give** 178:15,20,22
179:3,6 185:16
238:22 242:23
260:6
**given** 159:2 165:9
186:16 190:14
223:18 234:3
258:17 259:7
**giving** 209:8
**GMPs** 225:17
**go** 167:12 171:12
173:18 183:10
187:8 206:6 215:8
225:9 227:15
238:19 239:12
243:24 247:10
264:17 270:24
**going** 168:18 175:9
181:10 183:12,14
188:17 197:9
215:24 216:8
230:9 235:21
246:12 247:13
263:20 264:20
269:6 271:4
**Gonzalez** 153:15
156:3 158:5
171:10 172:13
179:18 181:13
182:16 183:19
189:10 208:11
221:5 234:20
247:17 271:8
272:11 274:2,24
**good** 158:6 185:16
203:12 213:19
223:22 230:6,13
230:14 232:21
238:4
**great** 218:17,22
235:16
**greatly** 249:16
**Gregorio** 155:3
**grew** 203:14
**grow** 201:18
**growing** 201:15
269:3 270:3

**grown** 225:11 229:4
245:15
**growth** 162:11,12
162:13 164:14,15
165:15 167:15
170:9 203:12,23
204:3 232:16
241:6
**guess** 228:19
**guided** 237:21
**guys** 207:22

**H**

**H** 156:7
**Hampshire** 169:17
**hand** 272:17
**handful** 250:7
**handing** 200:9
**handout** 162:9
**handwriting** 175:2
175:4,13,17,21
**handwritings**
175:16
**happen** 183:19
**happened** 190:9
220:23 248:17
249:5 266:24,24
**happening** 166:8
**happy** 208:7 239:11
**header** 187:19
**health** 252:9,23,23
253:7,10 259:6
266:11,16,20
**hear** 247:19
**heard** 249:3 269:7
**held** 236:23
**help** 196:5 247:8
**herby** 181:13
**hereunto** 272:16
**Herrera** 176:5,8
178:18,21,23
179:7,9 231:9,16
231:18 232:15,19
232:23 234:22
235:10,12,14,24
238:11 240:20,24
241:2,21 242:13
242:14 243:7,9,16
243:18 245:16
246:23 248:14
249:6 251:24
253:13 260:21,21
266:6 270:6,10
**Herrera's** 240:23
243:12 244:21
**high** 205:16 227:6

**highest** 265:13
**highly** 254:24
**hole** 220:20
**home** 169:17
**honestly** 230:2
**honesty** 237:22
**honoring** 228:4
**hot** 245:4
**hour** 197:9
**hours** 161:24
**Huntington** 153:22
154:15

**I**

**idea** 204:9
**identify** 258:21
**Igonet** 173:19,19
**II** 153:2
**imagine** 163:14
165:4 180:7
207:22
**immediately** 224:19
224:21
**impatience** 232:18
**imperative** 171:15
**imperfect** 182:11
206:9
**important** 165:13
167:16 173:10,13
202:3,6 204:5,9
211:7 223:2
226:24
**impression** 166:24
167:11 173:12
209:8 212:19,23
**improve** 213:18
225:15 243:13
**inappropriate**
183:17
**incidence** 229:24
**incident** 248:9
249:5,7
**include** 162:15
195:18 261:11,12
**included** 204:8
**including** 214:4
215:13
**incorporated** 179:2
179:5,7
**incredible** 245:16
**indicate** 273:16
**indicated** 192:9
198:7
**indicating** 221:23
**individualize** 208:6
**individuals** 158:17

**influenced** 230:3
**information** 162:15
233:22 242:23
260:5 266:18
**informed** 261:8
265:5
**infringe** 268:8
**initial** 199:13
**initially** 158:21
190:15
**initiatives** 270:22
**inside** 167:5 265:22
**instruct** 257:14
258:6 262:4,11
**instructing** 261:18
261:22
**instructions** 273:3
273:14 274:4,8
**intellectual** 218:23
262:5,11
**intention** 226:4
268:15
**interest** 176:10
197:3 201:4
236:24 246:19
270:4
**interested** 197:4
**interesting** 268:19
**internal** 213:5
**interpretation**
263:4
**INTERPRETER**
155:12 184:2
192:18 194:8
203:19 237:4
**interrupt** 234:7,15
**interrupted** 252:19
**interview** 208:12
210:10
**interviewed** 200:14
203:7,9,11
**interviews** 213:2
**investigation** 270:9
**invite** 159:13
**involved** 255:9
256:14
**involvement** 215:15
252:2 253:5 256:5
**issue** 159:20 203:2
217:6,9 220:8
228:2 229:5 248:3
248:14 255:7
256:4 263:8,20
**issues** 169:19 173:6
187:24 217:8,9
**item** 172:8

Confidential - Attorneys' Eyes Only

Ivelissa 155:12

---

**J**

James 179:20
254:17
Jim 216:17,23
217:22 218:10
221:21 223:6,13
227:16 228:16
233:15 264:6
270:16
jmingolla@eapdl...
154:18
joint 228:11
Jonathan 154:4
Joseph 154:12
250:4 273:6
journal 253:17,23
journalist 203:13
204:23 205:2
210:9
journalists 211:3
213:2
Juan 214:23
judge 248:10
jump 245:22
June 153:23 158:3
199:23 200:6
231:13,21 232:3
244:12,16 271:7
272:13,17
justify 205:9

---

**K**

keep 175:9 190:19
keeps 269:3
kept 163:12 270:3
key 245:16
kind 232:19 249:13
262:24 270:8
knew 235:10,12
270:7
know 163:5 165:14
166:16 167:6
168:7,13,14,21
173:17 174:10
175:4,14,20 176:8
177:11 179:14
182:10,12 194:10
194:12 206:16
207:17,18,24
208:2 211:4 213:4
213:14 214:9,19
217:8 219:17
220:16,17,19

---

224:20,23 225:2
225:11,14,16
226:2,3 228:23
229:8,17,19,22
230:2,4,19 231:21
233:8,23 237:16
239:11 240:20,22
242:22 243:13
245:13,15,19,21
246:7,17 247:5
248:3,20 249:13
252:24 256:23
257:21,21 258:24
260:19,20 263:19
265:9 266:8 267:3
267:4 269:23
270:3,18
knowledge 210:3
272:14
know-how 180:16
180:20 184:16
185:9,12,14 199:4
205:22 212:13
216:10 219:15
251:6 259:11
Kristin 155:13

---

**L**

lab 227:5 235:11
label 211:11
laboratories 198:8
203:20,21 227:8
Laboratorios
158:15 160:13
163:7,13 164:8,11
165:19 166:2,13
170:7,10 176:13
179:18 181:15
185:7 190:15
192:5,8 193:3,7
196:11 201:9,20
203:14 216:8,9,13
226:19 231:9
242:7 246:13
250:10,15 252:7
254:21 255:7,12
256:6 262:3,10
264:7 265:22
267:6,9 268:7
laboratory 203:11
227:2,3 253:2,3
labs 227:4
lack 242:18,20
245:24
lacking 243:14
lad 169:9

---

language 189:6,19
Lansoprazole
268:14
lasted 174:2
lateness 159:4
launched 210:5
launching 215:10
Laura 161:21 169:2
169:11 172:17
246:6,8
law 153:20
lawsuit 250:6
lawyers 187:11
211:16 265:3,6
leadership 232:11
learn 188:11
leave 246:13
leaving 232:6
Leciva 192:5,9
194:17,24 195:5
Leduc 173:19
left 170:2 247:6
legal 182:3 199:7
lengthy 169:7
letter 177:8 207:8
207:10,13,15,20
209:5,24 212:9
213:23 215:8
216:19 217:14,15
217:21 218:4,7
219:23 220:3,6
221:21 222:5,12
222:14 223:5,6,10
223:19 227:15
231:13 238:7,21
239:3 242:6
243:3,14
254:13,14
letters 173:23 208:7
220:14 221:5,15
221:16 225:10,13
225:13 228:15
229:6 230:4,24
232:2 238:9
let's 168:22 171:12
172:6,6 183:9
189:8 209:24
213:23 215:8
218:2,15 221:18
223:5 227:15
237:12 248:5
264:17 270:24
LEWIS 154:5
license 206:7
lie 213:14
lied 213:13
light 192:10

---

limited 216:19
244:8
line 181:20 186:11
186:12 197:8
274:9
listed 260:7
little 247:11 256:10
LLP 154:14
located 204:17
locations 204:17
long 161:22 169:14
174:2 175:16
229:17 230:19
248:17 249:5
longer 220:17
245:20 246:19
look 163:18 174:14
174:18 175:9,19
179:16 186:22
209:24 213:23
218:2 221:18
236:20 241:15
248:11
looked 163:17
176:24 207:9
212:11 219:5
looking 175:6 177:3
198:22 232:2
239:18 268:12
lose 245:18
loss 249:11
lost 256:8
lot 174:22 195:13
226:12,14,19
234:3 268:20
lots 225:24
lucrative 228:13
lunch 230:23
lying 213:9

---

**M**

M 153:17 272:7,21
machinery 181:22
185:2,6 205:22
206:11 216:10,14
224:12,13,17
machines 185:9
212:13 215:23
227:10
Madrid 155:6
196:12
magazine 200:11
magazines 218:20
main 226:4 232:22
maintain 201:19
268:24

---

maintained 214:6
major 203:22
making 200:20,24
253:22
manager 160:13
165:18 231:17,19
231:21 232:15
234:13,17,23
235:24 250:22
252:6,22 255:6
256:6 263:14
266:2,7 267:10
manner 254:24
manufacture
216:11 219:12,16
261:19,23
manufactured
192:13 193:9
194:23 198:8
204:4
manufacturing
180:17 181:14,21
181:23 182:24
184:6,16 185:3,16
195:12 196:13,14
196:18 197:5
199:4 202:12,15
202:20,23 203:12
206:10 215:22
224:11,14,22
235:17 239:23
248:11
March 171:2
172:15 181:7
183:3 192:3
272:24
Maria-Jose 217:24
marked 170:16
174:5 180:24
185:24 191:12
196:2 197:15
200:4 207:4
210:16 217:11
221:20 231:6,7
239:6,8 241:13
258:4,7,10,13,15
market 168:6
206:22 211:8
226:24 268:16,17
marketing 201:4
202:8 210:8 211:5
marking 180:21
marks 204:21 205:5
273:18 274:6
Marques 155:7
Massachusetts

Confidential - Attorneys' Eyes Only

Page 282

153:20,22 154:16
272:4,9
**matches** 215:14
**Mateo** 214:24
242:6,15,24
243:22 244:5
**materials** 162:3,5,7
163:3,5,6
**matices** 183:6,20
184:3,7,18 185:5
185:11,22 194:4,9
194:10 195:10,11
195:18,21 196:22
198:15,15,17
205:2 216:7
**matter** 158:21
159:11 162:23
171:19 242:6
245:12
**matters** 236:23
237:5 238:15
**maximum** 226:10
**mean** 161:17 168:3
178:19,24 183:6
184:18 185:22
230:2 235:5
250:15
**meaning** 172:11
183:18
**means** 168:5 234:12
237:16 265:6,8
**meant** 167:8 178:3
191:20
**medical** 253:16,23
**medication** 260:2
**medications** 204:7
204:10 235:17
**meet** 161:8 228:10
**meeting** 162:3
164:7,11 168:22
169:6 170:19,23
170:24 172:16,23
173:5,8,10,16
174:2 228:15
244:20
**meetings** 159:24
160:19,22 173:22
**member** 245:16
**members** 171:5,6
172:9
**memory** 161:3
227:17 229:23
231:24 240:18
241:9 242:14
248:8,21
**mention** 205:21

208:18 219:11
227:23 228:21,22
**mentioned** 180:7
206:17,21 220:13
247:4 248:14
249:8 251:15
253:11
**mentioning** 228:19
**MERCADO** 155:4
**message** 177:7
237:23
**method** 181:21
182:24 184:6,16
215:22 260:3,4
**methodology**
185:18
**microgranulation**
205:14,23 208:22
211:22
**microgranules**
192:11,12 193:9
194:13 198:7
199:3
**micropellets** 196:19
**milligram** 190:8
**milligrams** 192:11
193:8 260:2
**million** 255:4
**mind** 166:23 167:5
189:3 208:5
223:21 228:8
**mine** 270:4
**Mingolla** 154:12
156:5 159:16
161:18 163:18,22
164:12,20 165:10
165:20 167:9,21
168:2,8,20 169:21
170:22 171:22
172:19 176:2,9,16
176:18 177:14
179:12,23 180:3
180:12 182:2,18
183:8,23 184:8,12
184:21 185:4
186:15,19 188:5
188:20,23 190:12
191:3,17 193:11
194:7,19 195:2,8
195:15 197:7
198:14,19 199:6
202:5,17 203:17
203:24 204:11
205:6 206:2,5,14
208:14,23 209:10
209:17,21 210:24

211:9,23 212:4,16
212:22 213:11
216:6,18 219:24
220:10 221:9,14
222:2 223:3,16
226:20 234:6,18
238:14 239:13
242:21 243:3
249:22 250:5,17
251:2 254:17
263:22 265:23
266:17,21 267:11
267:18,23 268:3
268:10,22 269:6
269:17,21 270:17
270:24 273:6
**minimal** 225:7
**ministries** 266:11
266:16
**ministry** 233:5
252:9 253:7,10
266:20
**minute** 183:9
247:10 271:2
**minutes** 156:10
170:16,18 171:2
197:10
**Mischaracterizing**
226:21
**misheard** 269:8
**mispronounced**
172:2
**missing** 194:10
195:10 198:16
**misstates** 163:2
184:9 208:15
212:7
**mix** 249:15
**moment** 202:24
207:6 234:10
239:22 244:10
245:14 258:16
264:18
**moments** 159:18
**money** 226:12,19
255:3,13,18,20
267:16,20 268:8
268:21
**morning** 158:6
161:23 169:16
174:3 216:5 219:6
257:5
**motion** 158:20
239:21
**move** 238:24 248:5
**multiple** 238:16

**Murphy** 160:2,5,23
161:8 164:2 164:4
165:6,8 166:6
169:7 170:4,11,12
171:4,14,19 172:8
172:16,23 173:3,6
173:11 179:10,20
179:22 216:17,23
217:23 218:10
219:23 220:4,8
221:13,21 222:9
222:20,22 223:6
223:13 227:16
228:16 233:15,23
235:3,7,10,23
236:3,11,13,18
244:4,6,20 245:4
245:12 246:21
250:11 254:4,14
257:14,17 258:6,9
261:12,14,17
262:4 264:6,14
265:21 269:11,15
270:21
**Murphy's** 166:23
167:5 169:17
179:21 180:7
223:20 236:9
270:16
**mutual** 236:24
**M-A-T-I-C-E-S**
184:3

### N

N 156:1
**name** 164:3 169:9
179:22 180:7
228:6 242:4
245:20 250:4
**named** 242:2
**native** 189:4,6
**necessary** 213:6
**need** 205:18 234:8
248:5
**needed** 259:12
**negotiated** 240:18
**negotiating** 240:8
**negotiation** 240:14
**negotiations** 170:6
241:9
**never** 199:19
214:13,17,18,18
226:6
**new** 161:15 165:9
167:14 168:10,17
168:18 169:17

217:8 227:2 233:6
241:7 246:12
259:9 268:12
**news** 248:13
**newspaper** 231:2
238:10
**newspapers** 218:20
**nice** 230:22
**norm** 208:5
**norms** 199:12,15
**Notary** 153:18
272:8,22 274:7
**notations** 273:18
274:6
**note** 207:7 274:5
**noted** 274:21
**noticed** 245:19
**November** 247:22
**number** 192:9
199:24 200:6
217:12 239:14,15
239:22 244:13,16
252:24 258:7
271:8
**numerous** 219:18
256:21
**NW** 154:6

### O

**object** 167:11
183:23 208:23
211:23 223:17
269:6
**objected** 158:21
**objection** 161:18
163:22 164:12,20
165:10,20 167:9
167:21 168:2,8,20
169:21 171:22
176:2,9,16,18,22
177:14 179:12,23
180:12 182:2,18
183:15 184:8,12
184:21 185:4
190:12 191:3
193:11 194:19
195:2,8,15 198:14
198:19 199:6
202:5,17 203:17
203:24 204:11
205:6 206:2,14
208:14 209:10,17
209:21 210:24
212:4,16,22
213:11 216:6,18
219:24 221:9

JT-A-191

Confidential - Attorneys' Eyes Only

222:2 223:3,16
226:20 234:9
238:14,23 242:21
243:3 255:15
257:10,22 261:2
265:23 266:17,21
267:11,18,23
268:3,10,22
269:17,21 270:17
objections 206:5
objective 203:13
206:6 226:5
232:22 235:18
243:12
obscured 211:11
observe 177:17
229:22
observing 158:16
obtained 259:19,24
occasion 169:15
206:18 208:10,11
209:7,20
occasions 160:7,8,9
160:14 161:4
217:5 224:18
238:17 256:21
occurring 247:9
October 186:8
189:22 246:15
offer 166:12 169:8
offers 166:8
office 169:5 196:12
233:17 245:4
269:15,16
officer 265:7
offices 153:20
172:24
okay 163:19 172:5
177:24 178:7
194:10 201:14
215:19 240:3,4
247:10 248:6,7
Omeprazole 162:16
177:10,12 181:23
190:8,11 192:11
193:8 194:15,17
194:24 196:18
199:5 201:5
202:12,16,23
204:5,9 205:24
206:4 212:14
213:15 214:5
224:22 225:19
226:22,23 251:11
251:16 259:5,7
260:2 261:19,24

266:16,24 268:2
268:13,17 269:13
once 239:9
ones 220:23 221:2
one-page 192:22
operation 214:5
operations 171:9
172:3,12
opinion 206:21
226:7 238:22
opportunities
235:20
opportunity 208:24
223:18
opposed 172:4
opposing 158:13
159:2
order 213:18
238:22 248:10
organization
250:12
organizations
227:20
organized 177:18
original 273:5,10
273:11
OTC 227:5
ought 187:8
outside 159:21
outstanding 255:14
255:18
overdue 255:3
owed 255:20
owned 184:15
owner 181:22 185:2
219:14
owners 185:6
owns 181:20 182:23
184:6,20 213:10

_____
P
P 154:3,12
page 156:3,9
170:21 171:12
172:7 174:11,15
174:21 175:9,10
175:19 177:6,20
179:16 181:5
186:6,11,13,17,18
188:19 189:9,10
189:17,20 217:13
217:24 218:2,3
240:4 258:17
259:17 260:22
273:20 274:8,9
pages 153:2 174:14

175:7
PALENCIA 155:4
Palmer 153:21
154:14
paragraph 171:13
179:17,19 181:11
189:5 192:2
201:18 204:20
213:24 218:15,16
227:16 254:13,20
255:2 262:21
Pardon 200:19
Paris 172:24
Parsetimol 251:12
251:17
part 168:9 170:6
186:23,24 187:4
191:6 211:10
214:7 220:18
238:2,24 246:9
participate 159:6
240:8 266:10,15
particular 158:10
164:16,18 193:23
209:19 237:20
238:18
particularly 171:9
172:12 238:4
parties 197:23
205:19 263:3
partners 206:7
party 192:23 193:4
198:3 273:9
pass 270:2
passage 205:15
patent 192:13 193:9
195:6 250:23
251:11,19 252:3
267:21 268:2,8,9
patents 251:8,10,14
267:5,9,14
Patrice 217:21
218:7 222:5 223:7
223:8 227:18
payment 254:21
255:8
pelletization 200:21
201:2,5,16,22
202:2,22 203:8,10
203:16,22 205:14
205:23 208:22
209:3
pelletize 213:15
pellets 181:23 197:5
199:9,13 203:12
206:10 225:19

259:7 260:3
people 163:21,24
164:7 173:7
176:13 179:8
206:8 228:17
235:20 242:19
248:9 269:4 270:8
perceived 255:23
percent 184:14
perfect 205:12
215:20
perfection 199:14
perfectionate
184:17
perfectionist
185:19
perfections 185:17
perfectly 231:12
performed 243:11
period 167:19
190:18 202:21
217:3 232:24
248:23 250:9
251:7 255:6 256:5
266:4
periods 167:18
permission 187:22
253:24 254:4
257:13,17 258:9
permit 159:5
person 235:15
265:13,21
personal 232:10
247:8 270:4
personally 243:8
pertain 251:15
pertaining 262:14
pesetas 255:4
Peterson 161:21
162:19 169:3,11
171:20 172:18
246:7,8
pharmaceutical
204:15
pharmaceuticals
153:10 170:19
217:23 218:11
221:22 250:6
270:12 274:3
Pharmalliance
197:24 198:7
phone 233:19,20
235:10
phonetic 234:12
251:13
phrase 184:5

234:11
physician 164:2
picks 211:4
pieces 177:19
place 161:11 170:3
170:3,24 183:14
225:16 233:8
235:2,19 263:20
places 218:22
Plaintiffs 153:8,16
154:10
plant 201:5 225:16
235:19 243:13
248:10,18 256:23
256:24 270:11
please 164:22
167:13 248:4
249:10,13 251:3
252:11 256:9,11
258:21 259:21
262:16
pleased 228:7
point 159:19 170:22
188:6 197:9 213:8
225:9 238:7
240:12 242:12,22
246:18 248:15
269:4,10
pointing 189:4
points 159:24
178:21
policies 237:2,10,12
237:13 238:5
policy 237:16
politics 238:6
portion 171:3,13
181:10 187:14
190:5 191:16,18
201:12 204:14
208:20 223:5
portions 207:12
223:6
position 232:6,20
233:6 240:23,24
245:19
positions 265:14,19
positive 164:15
165:15 167:15
173:23 214:13,13
214:15,17 225:16
possible 166:2
172:22 176:24
211:12,15 249:20
potential 227:6,7
power 265:22
practically 244:7

Confidential - Attorneys' Eyes Only

Page 284

practice 201:4
prefer 228:8
preoccupied 229:18
preparation 252:3
prepare 162:3
  250:22
prepared 162:5,7
  163:9,10 267:6
present 158:22
  161:14 162:23
  164:6 173:14
presentation
  161:22 162:8,15
  163:6,10 164:14
  164:18 165:2,9,24
  166:11,17,22
  167:15 168:17
presentations
  252:15
presented 165:14
  207:17,18,24
president 170:12
  250:18,19 264:7
  265:15
press 200:20 210:4
  227:21
prestige 206:19
pretty 245:8
previous 166:4,5
Price 163:24
principal 237:22
prior 179:3 203:19
  224:7 253:12,22
probably 230:15
  231:21 248:22
problem 214:8
  220:18,19 263:7
problems 182:13
  238:13 255:23
  256:16,20
Procedure 153:17
procedures 251:11
  268:12 270:11
proceed 247:19
proceedings 158:16
process 171:17
  181:23 182:15
  185:3 199:4
  200:21 201:2
  203:8,10,16,22
  225:15 248:11
Produccion 191:21
  197:17
produce 205:17
  225:18
produced 204:3

producing 196:17
  227:12
product 182:6
  190:7,16 193:9
  213:20 215:5
  216:12 219:17
  226:10 235:11
  237:21 252:15
  254:23 268:16,18
  268:19
production 162:12
  173:24 178:5
  191:23 197:20
  204:16 205:10
  225:15 226:9
  235:16 241:4
  260:3
productive 243:21
products 162:12
  193:20 205:14,18
  208:21,21 213:16
  227:6 251:9
  252:17 253:4
  268:13
professional 153:18
  254:24 272:8
Profoundly 224:7
program 227:22
prohibit 224:14
promises 190:19
promote 206:23
promotion 237:3,14
promotional 227:21
  237:23
properties 262:5
property 212:14,20
  218:23 219:19,21
  262:12
proposed 171:8
  172:11 177:9,12
  236:12
prosper 228:11
protected 190:23
protection 205:15
protest 159:9
proudly 249:17
provide 165:24
  213:19 230:18
  250:2 254:23
  262:24 266:18
  268:16
provided 187:10
  255:22 259:22
  260:5 265:15
providing 188:9
provision 263:4

public 153:19
  167:20,24 168:3,5
  168:7,12 213:9,13
  213:14,19 228:7
  272:8,22 274:7
publically 227:19
publicity 200:24
published 218:20
purchase 166:13
purchasing 227:6
purports 188:9
pursuant 153:16
put 163:15 187:9
  208:4 224:23
  229:2 234:13
Putting 178:7
puzzled 219:8,10
p.m 230:9,12
  244:12,16 247:13
  247:16 264:23
  271:4,7,11

─────── Q ───────
quality 190:16
  213:20 215:4
  225:20 226:9
quantity 220:14
question 164:22
  166:5,6 167:12,22
  171:18 176:22
  187:2 188:17,22
  200:22 203:3,5,19
  205:20 211:10
  215:18 216:2,15
  216:19,21,22
  219:9,22 223:12
  223:23 227:24
  228:14 231:16
  238:11,20 242:11
  244:18 250:24
  251:4 252:10,12
  253:22 255:5,10
  256:9,11,12 258:3
  260:13,16 261:13
  262:14 264:6
  266:13
questions 197:8
  201:13 207:14
  249:10,19 250:7
  257:5 263:23
  264:3 267:7,8
  270:23
quick 174:14
quit 244:9
quite 268:5
quotation 204:19

  204:21 205:4,5
  253:19
quote 204:19
  253:23 254:20
  259:22 260:9
  263:2
quoted 212:19

─────── R ───────
R 272:2
Rafael 155:2
  158:17
reached 263:8
read 171:3,12,24
  172:8 174:10
  177:24 181:10
  186:20 188:18
  189:5,6 190:2,4
  191:18 192:7
  198:6,24 201:10
  201:12 203:2,5
  204:20 205:9
  206:13 207:7,10
  207:12 208:17,20
  215:17 218:13
  223:5 228:19
  236:21 238:21
  239:24 240:2
  241:16 251:2,4
  252:11,12 254:12
  256:9,12 259:17
  259:20 262:22,22
  274:20
reading 205:11
  257:8 273:16
  274:4
reads 196:10
  204:14
reality 182:8
  214:19 215:14
  220:16
realizing 210:8
really 158:9 194:13
  213:20 224:9
reason 164:16
  165:8 166:16,17
  166:22 169:6
  176:6 212:24
  238:2 242:17,24
  270:5,7 274:5,10
  274:11,12,13,14
  274:15,16,17,18
  274:19
reasonably 187:15
reasons 273:17
Rebeca 155:3

recall 160:18 161:6
  165:7,23 166:10
  166:15,19 167:18
  168:16,23 172:23
  174:2 180:17
  200:11,19 206:12
  212:11 216:15,22
  220:7 221:11
  227:24 231:3
  234:21,22 238:11
  240:5 241:22
  242:17 246:24
  248:8 251:9 255:7
  260:11
recalled 244:19
recasting 167:12
receive 222:14
  248:13
received 178:8,10
  178:14 223:10
  254:21 273:22
receiving 207:15
  241:22 255:8
Recess 183:13
  200:2 230:10
  244:14 247:14
  264:21 271:5
recognize 175:15
  194:2 258:23
  261:5
record 158:9
  159:15 163:16
  183:10,12,15
  187:4,9 188:7,12
  230:9,12 234:9,14
  239:13 247:13,16
  262:23 264:18,20
  264:23 271:2,4
  273:10 274:22
red 192:10
redacted 211:15
refer 187:5 274:7
reference 223:11
  269:8
referenced 191:24
referent 237:22
referred 208:12,20
referring 172:14,16
  189:8 245:3,5
refresh 227:17
regarding 201:2
  210:5 266:16
  268:13
regardless 226:11
  226:13
regards 169:8

Confidential - Attorneys' Eyes Only

170:14 173:6,23
180:19 194:11
203:11 206:17,24
**register** 234:8
**registered** 153:18
193:19 196:11
252:22 253:4
272:7
**registration** 259:5
259:24 266:23
**registry** 193:20
252:23 259:6,9
**regulations** 237:11
**reiterated** 171:15
**relate** 251:15
**related** 178:5
**relates** 201:7 238:8
**relating** 169:19
187:24 205:23
206:4 208:21
212:13 226:22
231:2 238:12
241:10
**relations** 228:13
**relationship** 225:4
225:4 226:14,17
227:20 228:9,20
247:2 260:8
**relationships** 213:4
**relative** 218:18
**relatively** 182:4
**release** 227:21
**rely** 196:4
**remember** 160:9,11
160:22 161:9,10
164:3,9 165:3
168:23 169:2,6
173:5,9,13,14,21
178:3 180:10,14
180:20 181:19
193:22 200:15,23
206:18 207:15,16
217:3 220:13,15
221:17 222:12,13
228:15,18 229:5,8
229:24 231:20
233:17 239:2
241:11 242:12
246:6,9,11,15
249:4,6 253:17
255:24 258:24
266:22
**remembered**
244:24
**remind** 215:21
254:14

**repeat** 164:22 199:8
249:23 250:24
252:10 256:11
**rephrase** 258:3
**REPLACE** 273:20
**Reporter** 153:18
272:8
**represent** 170:17
**representation**
188:12
**representative**
256:15 261:9
**representatives**
256:19
**represented** 159:17
195:5,9
**representing**
158:14 179:18,20
250:5
**Republic** 192:5
**request** 163:17
165:23 168:16
211:12 253:24
257:13 258:9
**requested** 182:5
**requesting** 260:11
**required** 270:16
274:7
**requiring** 215:7
**research** 267:13
268:20,23 269:2
269:12
**reserve** 159:9,19
265:7 269:10
**reserving** 188:7
**reside** 245:9
**residence** 169:18
**resources** 202:7,10
**respect** 238:17
**respond** 176:21
**responding** 219:23
225:13
**response** 166:5
221:12 264:5
**responses** 223:21
**responsible** 204:24
255:13
**rest** 174:9
**result** 170:8
**results** 161:14
185:16,19,20
190:20,22
**retained** 163:6
**retire** 246:14,16,17
**retired** 246:24
**returned** 171:14

**review** 178:15
179:22 208:24
223:19 258:16
**reviewed** 176:14
216:4 219:8
222:16
**rgarciapalencia...**
155:9
**right** 177:23 198:5
208:19 210:12
213:7 222:15
227:9 245:15
258:2 264:16
**rights** 159:9,20
188:8 265:8
**right-hand** 239:15
258:19
**Rimafar** 227:5
**ROBINSON** 154:5
**Rodriguez** 217:24
**role** 158:10 205:21
214:4 215:15
219:11 255:17
**room** 187:12
**rough** 187:13,19
**RPR** 272:21
**Rules** 153:16

**S**

S 156:7
**sale** 166:2 172:4,11
204:3
**sales** 162:11 202:12
202:14
**samples** 190:6,10
190:14,21
**Sarcia** 153:17 272:7
272:21
**satisfy** 205:18
**saw** 217:2 220:3
**saying** 193:8 209:5
224:2
**says** 171:4 175:10
177:20 181:12,20
185:7 190:3,5,18
196:5,17 201:18
210:2 213:24
215:9 218:16
223:7 227:16
236:22 254:20
255:3 259:22
263:2
**Schwartz** 169:9
171:17
**scientific** 270:13
**scope** 216:20

**se** 211:5
**seal** 272:17
**second** 161:10
168:22 178:8
179:19 181:12
186:5,11,12,15
189:17,20 204:14
218:15 227:16
240:3 251:14
**secret** 190:20
**sector** 204:15
**see** 174:20 196:7
201:22 204:21
205:4,11 220:24
221:22 224:10
231:10,14 237:17
260:9,23 261:17
261:21 263:11
**seeing** 222:12 240:5
**seek** 252:7 253:6
**seen** 163:16 207:24
208:19 242:4
**sell** 166:7,20,23
170:3,7
**selling** 165:19
194:15 202:16,20
226:23
**send** 180:5 199:9
207:21 224:20
**sending** 199:12
209:4 225:12
**sense** 234:16 235:5
237:18 242:20
258:22 263:21
**sensitivities** 171:7
172:10
**sent** 179:15,21
180:8 218:4,7,10
220:5
**sentence** 185:7
215:18 237:12
255:2 263:11
**sentences** 236:22
254:12 259:18,20
260:9
**separate** 161:3
210:18
**serious** 213:20
**seriously** 230:3
**session** 230:15
**set** 233:6 269:15,20
272:17
**settle** 263:8
**seven** 253:3
**seventh** 175:7
**share** 190:21

233:21 247:7
**shared** 182:12
**shareholders**
161:15,17,19
165:13 167:16
**sheet** 273:2,5,7,17
273:21 274:4,6,7
274:8
**short** 183:7 199:21
245:8 264:24
**show** 170:15 174:6
180:21 185:21
191:9 193:14
195:23 197:6
207:5 210:17
217:12 221:6
231:7 239:9
241:14
**showed** 232:19
**showing** 162:11
**shown** 217:18
220:22 253:15
**shows** 240:20
**sign** 194:6 257:12
260:15,16 273:18
274:7
**signatory** 262:18
**signature** 181:4
186:5 196:7
258:18 260:23,24
261:5 273:3
**signed** 180:11,16
182:21 186:8
189:22 191:6
192:15 195:13
196:21 198:10
199:2 273:8,21
**significantly** 203:15
**signs** 231:16
**similarly** 190:23
**simple** 224:12
247:20
**simply** 188:17
189:11 190:4
**Sinbasatina** 251:13
251:17
**sincerely** 215:9
**single** 188:4
**Sir** 218:16 236:22
**site** 196:13,18
**sitting** 230:5 241:8
**situation** 169:24
170:8 245:3 247:9
**situations** 193:24
**six** 212:12
**sixth** 170:21 175:7

Confidential - Attorneys' Eyes Only

Page 286

| | | | | |
|---|---|---|---|---|
| **size** 232:12 | 204:4 205:10,16 | **status** 170:9 244:21 | **surrounding** 232:5 | 205:22 208:13,16 |
| **skill** 272:14 | 226:23 | 244:22 | **survive** 202:9 | 209:9 212:13 |
| **skipping** 196:12 | **specializations** | **stay** 169:14 | **suspect** 208:3 | 213:10,17 214:20 |
| **slide** 162:8 | 204:7 | **stayed** 241:5 | **switch** 264:3 | 215:22 218:19 |
| **slightly** 167:7 | **specialized** 210:3 | **steal** 262:5,11 | **sworn** 272:12 | 219:15 223:11,14 |
| **small** 225:14 270:2 | **specializing** 201:19 | **step** 236:15 | **system** 205:16 | 223:15 224:5 |
| **societies** 264:11 | **specialties** 202:13 | **stepped** 236:6 | **systematically** | 227:13 255:24 |
| **sold** 168:6 194:17 | 202:14 209:3 | **stimulate** 270:8 | 214:19 | 256:20 |
| 194:23 | **specific** 161:10 | **stock** 168:6,9,18 | **S.A** 153:7,7 185:8 | **tell** 161:6,12 168:23 |
| **sole** 219:18 | 165:7 169:22 | **stop** 224:21 226:13 | | 200:13 227:12 |
| **solely** 190:14,22 | 170:12 193:23 | 227:12 | **T** | 229:10 232:5,9 |
| **solve** 263:6 | 201:3 204:17 | **stopped** 173:20 | **T** 156:7 272:2,2 | 233:18 239:21 |
| **son** 247:20,23 | 207:16 208:10 | 231:20 243:8 | **take** 159:12 162:8 | 240:13 245:6 |
| **sorry** 178:6 188:23 | 213:3 216:19 | **Stote** 164:4,5 | 174:14,18 197:10 | 249:11 261:14 |
| 210:2 248:2 | 242:24 243:14 | **Street** 154:6 | 199:20 207:6 | **telling** 224:6 |
| 249:11 250:24 | 246:11 269:14 | **strike** 178:8 204:17 | 221:18 224:12,13 | **tenure** 160:20,24 |
| 256:8 | **specifically** 234:10 | 255:11 257:13 | 224:17 227:9 | 252:6 |
| **sort** 211:11,12 | **specification** | 260:15 262:8 | 241:15 247:11 | **ten-year** 190:18 |
| 252:18 | 259:10 | 266:5 268:6 | 258:16 262:15 | **term** 183:15 184:22 |
| **sound** 205:3 | **specifics** 188:2 | **studies** 267:16,17 | 263:20 | 265:3,8 |
| **sounds** 190:13 | 220:16 229:8 | **style** 208:8 223:24 | **taken** 153:15 | **terminate** 242:13 |
| 229:9 242:16 | **speculate** 175:22 | 228:24 | 164:10 230:10 | 266:3 |
| **space** 210:21 | 176:6 | **subject** 158:19 | 264:24 | **terminated** 242:9 |
| 211:24 | **speculation** 165:11 | 171:18 210:22 | **talk** 168:22 208:16 | 247:2 |
| **Spain** 153:7 158:14 | 165:21 175:24 | 242:5 | 214:12 252:15,16 | **terms** 176:11,12 |
| 178:2 189:14 | 176:3,19 180:4 | **subjected** 190:23 | **talked** 169:24 | 185:5 188:8 202:7 |
| 193:21 203:21 | 206:3 209:12 | **submitted** 187:22 | **talking** 168:10 | 202:8 214:9 |
| 204:4 218:22 | 223:20 267:24 | 251:10,20 253:10 | 172:20 195:19 | 215:10,12 269:14 |
| 227:4 233:16,21 | 268:11 | **subscribe** 274:22 | 208:10 209:20 | **testified** 266:14 |
| 235:9 236:13 | **spelled** 183:21 | **subsequently** | 217:17 219:4 | **testimony** 163:23 |
| 263:18,19,19 | 184:3 234:18 | 188:11 | 220:6,10 227:17 | 184:9 208:15 |
| 264:9 | **spend** 267:16,20 | **subsidiary** 218:21 | 237:11 238:9 | 226:21 230:19 |
| **Spanish** 167:4 | 268:7 | **substance** 215:13 | 245:9 269:16 | 250:2 255:22 |
| 168:4 171:8,16 | **spoke** 233:14 | 268:19 | **talks** 179:17,19 | 256:2 273:17 |
| 172:3,12 174:11 | 246:21 | **success** 202:3,6,7,8 | **Tampa** 169:4,5,16 | 274:5 |
| 174:16 183:21 | **staff** 170:2,5 | 202:9 | 171:2,21 172:20 | **text** 215:13 228:4 |
| 188:10,22 190:4 | **standards** 215:6 | **successful** 225:18 | 172:21 | **thank** 163:19 |
| 191:13 201:20 | **start** 158:7 160:19 | 226:11 | **tamus** 237:6,7 | 188:20 230:17,18 |
| 207:6 218:20 | 189:8 204:18 | **sufficient** 254:6 | **tantrums** 229:15 | 230:21 254:18 |
| 226:24 233:5 | 218:15 | **suggested** 183:17 | **tape** 199:24 200:6 | **thanks** 249:24 |
| 239:10 252:9,23 | **started** 229:18 | **suite** 154:6 | 244:13,16 271:8 | **therefor** 273:17 |
| 253:10 259:5 | **starting** 186:12 | **supplied** 273:17 | **team** 162:6 163:9 | 274:6 |
| 262:17 263:10,17 | **state** 219:14 223:21 | **supply** 177:20 | 163:20 166:10 | **thereof** 273:9 |
| 265:5 266:11,15 | **stated** 176:11 | 178:2,3 219:21 | 251:21,22 253:11 | **thing** 168:11 216:2 |
| 266:20 | 214:15 | **support** 202:14 | 253:11,13 | 217:5 229:20 |
| **speak** 162:18,19,21 | **statement** 158:8,12 | 266:19 | **technical** 176:11 | 245:13 257:2 |
| 163:20 169:19,23 | 159:14 181:16 | **sure** 167:17 173:16 | 214:21 215:2,3 | 259:14 |
| 189:19 206:24 | 185:5 191:2 | 179:15 188:6,15 | **technique** 201:20 | **things** 177:19 |
| 213:21 235:23 | 198:12 214:15 | 188:24 246:7 | 201:22 202:22 | 203:18 249:15 |
| **speaking** 159:23 | 254:2,5 | 250:19,20 261:6 | 206:10 | 269:8 |
| 234:21 | **statements** 182:14 | 264:16 267:4 | **technology** 181:21 | **think** 166:21 |
| **speaks** 193:12 | 274:22 | 269:5 | 182:11,11 184:20 | 171:23 172:2 |
| 209:11 | **states** 153:4 160:4 | **surely** 219:17 | 185:13 192:13 | 173:19,20,22 |
| **special** 211:6 | 161:8 166:12 | **surprise** 218:17 | 193:10 194:2 | 191:8,17 206:16 |
| **speciality** 202:11 | 169:14 186:13 | **surprised** 220:17 | 195:6 196:19 | 211:17 213:6,6,22 |
| **specialization** 201:8 | 224:21 250:2 | 233:18 | 198:9 199:3,9,13 | 220:2 230:7,15 |

| | | | | |
|---|---|---|---|---|
| 238:23 239:17 | 191:21 196:6 | **travelled** 171:20 | 238:7,15 242:18 | 199:24 200:7 |
| 240:16,17 242:4 | 197:16 201:15 | **trends** 204:15 | 242:20 243:15,16 | 244:13,17 273:16 |
| 242:12,18 247:8 | 250:11,14 | **tribunal** 263:17 | 263:13 265:11,20 | 273:18 274:6 |
| 250:18,19 251:7 | **today** 158:8 195:19 | **tribunals** 263:10 | **understands** 237:6 | **vs** 153:9 |
| 251:12 261:6 | 198:18 205:10 | **tried** 187:16,18 | **understood** 249:19 | |
| 264:9,13,13,15 | 224:2 241:8 250:3 | **trip** 167:14 169:2,3 | **United** 153:4 160:4 | **W** |
| 265:17 266:14 | 253:15 255:22 | **true** 175:20 181:15 | 161:8 166:11 | **Wait** 183:9 194:7 |
| **thinking** 176:4 | **told** 224:19 236:14 | 181:18,24 182:8 | 169:14 250:2 | **waited** 233:20 |
| 238:5 | 248:15,16 249:6 | 183:3,5 184:6 | **upset** 206:12 209:5 | 236:13 |
| **thinks** 238:6 | **top** 189:20 259:16 | 198:12 224:3 | 209:7,16 212:18 | **want** 166:4,7 167:2 |
| **third** 171:13 181:11 | 265:21 | 266:4,6 272:13 | 216:16,24 220:9 | 188:6,15,24 |
| 181:12 193:4 | **topic** 171:14 172:16 | **truth** 182:14 183:7 | 221:7 224:5 | 204:22 207:12 |
| 205:19 218:2 | 200:9 220:6 | **try** 172:6,6 188:19 | **use** 184:7 185:9 | 213:21 227:22 |
| 226:2 254:12,20 | 233:19 237:5 | 238:19 263:6 | 187:20 216:10,14 | 228:21,22 231:7 |
| **thought** 167:3,6 | 246:12 248:6 | **trying** 207:20 | 219:20 | 234:7,14 235:9 |
| 224:2 233:24 | 265:17,18 | **tumor** 247:21 | **useful** 240:17 | 236:20 242:2,5 |
| 234:3 235:13,14 | **topics** 161:11 213:5 | **turn** 170:20 | **usually** 206:24 | 254:11 269:9 |
| 244:24 256:8 | 241:4 243:7 | **turning** 189:17 | 265:14 | **wanted** 159:15 |
| 269:7 | **touch** 244:2 | 257:20 258:17 | **U.S** 160:23 172:17 | 165:14,14 170:5 |
| **threaten** 208:7 | **train** 256:8 | 260:22 | 217:23 218:11 | 227:19 234:13 |
| **threats** 225:10 | **transactions** 270:19 | **two** 158:13 160:8 | | **Washington** 154:7 |
| **three** 161:24 192:9 | **transcript** 272:10 | 161:24 179:8 | **V** | **wasn't** 166:16,16 |
| 210:18 244:17 | 273:12,18,20 | 199:24 200:7,7 | V 274:3 | 166:22 201:3 |
| 251:8 271:8 | 274:4,6,8,20,22 | 209:4 211:24 | **vaccinated** 229:20 | 203:9 223:24 |
| **time** 158:2 161:7 | **transfer** 190:10 | 212:2 221:14,16 | **vague** 169:21 | 233:19 235:21 |
| 164:19 165:9 | **transferred** 186:14 | 224:18 233:13,13 | 184:22 202:6 | 240:23 248:24 |
| 167:23 168:15 | 190:6 | 239:9 240:5,9 | 203:24 212:4,23 | **watching** 159:7 |
| 169:4 170:10 | **transition** 171:17 | 241:10 242:19 | 213:12 265:24 | **way** 183:7 201:18 |
| 176:19 178:22 | **translate** 177:7 | 243:5 244:13,13 | 266:21 268:10 | 205:9 227:21 |
| 179:9 183:11 | 188:19 191:16,19 | 244:17 251:14 | **validation** 260:3,4 | 230:19 233:3 |
| 191:4 195:2 | 203:4 218:14 | 254:12 259:18,20 | **value** 218:22 | 243:16 249:4 |
| 199:22 200:5,23 | 238:3 | 263:18 | **varies** 252:13 | 254:7 263:6,7 |
| 202:18,21 210:13 | **translated** 167:6 | **type** 182:4 195:21 | **various** 159:24 | 268:6 |
| 213:7,22 217:3 | 171:4 265:4 | **types** 195:13,16 | 178:10 218:17 | **ways** 237:19 |
| 224:15,20 225:2,5 | **translating** 188:8 | | 236:23 | **Wednesday** 153:23 |
| 225:19 226:14 | 246:3 | **U** | **verbal** 181:19 221:4 | 272:13 |
| 227:10 228:5 | **translation** 172:7 | **Uh-huh** 218:9 | **Veronica** 154:13 | **week** 211:24 212:2 |
| 230:7,8,11 231:18 | 183:24 186:16 | **unclear** 216:20 | **versus** 250:16 | **weekly** 243:4 |
| 231:22 232:12,24 | 187:13,20 188:10 | **unconsciously** | **VIDEOGRAPHER** | **weeks** 210:22 |
| 235:21 237:9,15 | 188:13 189:19 | 225:6 | 155:13 158:2 | **welcome** 200:8 |
| 237:19 242:10 | 190:2 191:14,15 | **understand** 158:15 | 183:11 199:22 | **went** 167:19,23 |
| 244:6,11,15 245:9 | 234:9,11 238:17 | 163:8 164:23 | 200:5 230:8,11 | 211:16 248:9 |
| 247:12,15 248:17 | 239:18 252:20 | 165:12 167:22 | 244:11,15 247:12 | **we'll** 171:12 197:12 |
| 248:19,23 249:5 | 259:18 262:23 | 168:3,4,9 188:5 | 247:15 264:19,22 | 211:20 215:18 |
| 249:10,19 250:8 | 264:16 269:7 | 189:10 192:16,21 | 271:3,6 | 237:17,17 238:24 |
| 250:21 251:8 | **translations** 186:23 | 194:14 198:17 | **videotaped** 158:4 | 247:19 |
| 252:21 259:4,15 | 187:3,23 188:3 | 200:22 201:7 | **visit** 160:5 161:9,10 | **we're** 180:21 |
| 263:23 264:19,22 | 239:20,20 | 211:7 223:12 | 169:4 172:17,20 | 183:12 188:7 |
| 267:2 269:3 270:2 | **translator** 188:18 | 229:4 234:12 | 172:21 233:21 | 189:7,7 198:22 |
| 271:3,6 | 190:4 196:4 | 236:5 237:10 | 235:8,8 243:5,10 | 202:24 205:11 |
| **times** 165:17 | **transmit** 190:10 | 245:13 247:18 | 256:24 | 208:10 224:19 |
| **Tina** 153:17 272:7 | **transparencies** | 255:10 260:13 | **visiting** 243:9 | 230:9,12 245:8 |
| 272:21 | 162:10,10 | 261:13 266:13 | 248:24,24 | 247:13,16 248:2 |
| **tired** 224:6 246:18 | **travel** 160:4 161:20 | 268:5 | **visits** 161:13,14 | 249:11 264:20,23 |
| 256:10 | **traveled** 161:7 | **understanding** | **voiced** 171:9 172:13 | 271:4 |
| **title** 177:22 189:12 | 169:11 | 184:4 237:24 | **volume** 153:2 | **we've** 163:16 |

Confidential - Attorneys' Eyes Only

Page 288

186:16 187:16
197:9 231:7 238:9
**WHEREOF** 272:16
**wishes** 228:5
**withdraw** 260:15
**witness** 158:22,23
159:10 186:20
208:24 223:18
234:15 238:16,19
249:12 272:16
**witness's** 167:10,10
234:7 238:15
**word** 183:16,18,19
183:21 184:7
219:10 237:4,5,6
**words** 176:10 188:2
188:18 202:15
**work** 213:17 214:20
229:21 243:17
246:18 259:12
**World** 226:2
**worldwide** 268:18
**worse** 208:2
**wouldn't** 189:3
229:3 230:4,5
243:21
**write** 187:18 194:14
223:13 224:4
**writes** 219:7 222:19
222:22
**writing** 174:22
175:2 212:2 223:7
**writings** 176:4
**written** 163:3 182:8
191:5 211:21
217:22 221:3
229:13 238:3
**wrong** 166:6 187:7
188:13

---

**X**

**X** 156:1,7

---

**Y**

**year** 233:12 240:6
248:20 254:22
**years** 220:23 224:7
224:11 227:18
232:14,14 233:13
233:13
**yesterday** 159:23
180:15 185:12
250:3
**York** 161:16 165:9
167:14 168:10,17
168:18

---

**Z**

**Zaragoza** 162:13
196:13,18 201:6
205:17 213:15
235:19,21 243:6,7
243:9,10,13,24
248:10,18
**Zarnetske** 155:13

---

**0**

**02199** 154:16
**04-1300-SLR** 153:5

---

**1**

**1** 153:2 192:7
**1:29** 230:11
**10:08** 183:12
**10:44** 199:22
**10:57** 200:5
**100** 184:14
**106** 157:2
**11** 231:13 232:3
**11th** 272:17
**111** 153:21 154:15
**112** 156:4
**12** 241:19 242:8
**12:12** 230:8
**1201** 154:6
**121** 274:8
**122** 153:2
**13** 272:24
**15** 204:6 252:17
**17** 156:10 170:16
**17-33** 153:3
**18** 156:10,11 174:4
179:16
**19** 156:12 180:22
180:23 257:3,8,15
257:18
**1995** 160:16 202:4
202:21 203:15,23
227:19 228:2
**1996** 199:2,18
**1997** 192:3 195:5
196:7 197:22
199:2,17 209:23
234:21 254:17
**1998** 171:2 172:15
173:2 174:8 181:7
183:3,5 184:19
186:8 189:22
194:15 199:2,17
234:21
**1999** 160:16 200:17
200:20,23 202:4
202:21 203:15,23

---

207:8 209:24
210:18 212:9
217:2 218:5
220:11 221:5,6
222:6,15 224:3
228:16 229:14
231:13 232:3,3,7
233:10 236:6

---

**2**

**2** 155:7 179:16
181:7 186:18
189:22 198:6
200:6 213:24
258:17 259:17
260:22
**2:09** 244:11
**2:12** 244:15
**2:19** 247:12
**2:21** 247:15
**20** 156:13 185:23
186:2 189:7 190:8
192:11 193:8
196:6 204:6
252:17 257:4,20
257:24 258:4,7,11
260:2 262:15
**2000** 240:6 241:19
242:8
**20004** 154:7
**2002** 246:15 247:9
247:22 248:12,21
248:22
**2003** 248:12,21,22
**2006** 153:23 158:3
195:20 198:18
199:23 200:6
224:3 244:12,16
271:7 272:13,18
**2009** 272:24
**202.659.6744** 154:8
**21** 156:14 191:10
191:11 192:23
**22** 156:11,15
195:24 196:3
**23** 156:16 197:14
197:16
**24** 156:17 171:2
172:15 200:3,10
253:15
**2436** 156:22,23
231:5 239:5
**25** 156:18 207:3,5
213:24 217:15
222:17
**257** 156:11 174:4

---

258 177:20
**26** 156:19 192:3
210:15,17 211:10
**267** 175:11
**27** 156:20 197:22
217:10,12,19
**28** 153:23 156:12
156:21 158:3
199:23 221:18,19
227:15 244:12,16
254:17 271:7
272:13
**28014** 155:6
**2871** 156:24 239:7
**29** 156:22,23 231:5
231:8 236:20
239:2,5

---

**3**

**3** 174:8
**3rd** 174:7
**3:08** 264:19
**3:09** 264:22
**3:24** 271:3
**3:28** 271:6,11
**30** 156:24 239:7,10
239:14,22 240:6
252:16 269:4
**31** 239:10 240:6
**32** 157:1 241:12,15
**3272** 157:1 241:12
**33** 156:13 157:2
258:14,18 259:17
260:12,14,17,19
**35** 197:10
**360** 155:8
**39** 156:14

---

**4**

**4** 174:15,21
**43** 156:15
**4355** 156:12 180:23
**45** 156:16
**48** 156:17
**4860** 156:13 185:24
**4980** 156:15 195:24

---

**5**

**5** 200:16
**500** 154:6
**51** 155:8
**55** 156:18
**58** 156:19

---

**6**

**6** 155:7
**60** 255:4

---

601 157:2 258:14
**617.239.0577**
154:17
**6200** 156:14 191:11
**65** 156:20
**69** 156:21

---

**7**

**7** 156:4 207:8
209:23,24 212:9
221:5 222:15
**7th** 217:17
**79** 156:22

---

**8**

**8** 218:4 221:6
**8200** 156:21 221:20
**83** 155:8
**87** 156:23,24
**89** 157:1

---

**9**

**9** 222:6 254:8
**9:09** 153:23 158:2
**91** 155:8
**9110** 156:18,19
207:3 210:15
**9112** 156:20 217:10
**9116** 156:16,17
197:14 200:3
**97** 156:5 194:20,21
**99** 200:18

---

Page 1

1                    UNITED STATES DISTRICT COURT

2                    FOR THE DISTRICT OF DELAWARE

3    ETHYPHARM S.A. FRANCE and :

4    ETHYPHARM S.A. SPAIN,        :

5              Plaintiffs,     : C.A. No. 04-1300 SLR

6         v.                     :

7    BENTLEY PHARMACEUTICALS,   :

8    INC.,                       :

9              Defendant.       :

10                              : Pages 1 - 151

11

12              V O L U M E   O N E

13

14         Deposition of ADOLFO DE BASILIO

15              Washington, D.C.

16         Wednesday, August 2, 2006

17

18

19   JOB No. 175557

20   Reported by:  George W. Tudor, CSR

21              T. J. O'Toole, CLVS

Page 2

1
2
3
4
5           August 2, 2006
6           9:30 a.m.
7
8
9  Deposition of ADOLFO DE BASILIO, held at
10
11     Baach, Robinson & Lewis, PLLC
12     1201 F Street, N.W.
13     Suite 500
14     Washington, D.C. 20004
15
16  Pursuant to notice, before George W. Tudor, CSR,
17  a Notary Public of the District of Columbia, and
18  T. J. O'Toole, Certified Legal Video Specialist.
19
20
21

Page 3

1  APPEARANCES:
2
3  Baach, Robinson & Lewis, PLLC
4  For the Plaintiffs
5     1021 F Street, N.W.
6     Suite 500
7     Washington, D.C. 20004
8     (202) 833-8900
9  BY:  Craig Stewart, Esq.
10     Scott R. Magee, Esq.
11
12  Edwards, Angell, Palmer & Dodge, LLP
13  For the Defendant
14     111 Huntington Avenue
15     Boston, Massachusetts 02199
16     (617) 239.0100
17  BY:  Dwight Bostwick, Esq.
18
19
20
21

Page 4

1            C O N T E N T S
2  EXAMINATION OF ADOLFO DE BASILIO
3  BY:                    PAGE:
4  MR. STEWART:                    X
5  EXHIBITS  DESCRIPTION              PAGE
6  No. 1    Manufacturing agreement      68
7  No. 2    Letter of purchase undertaking  69
8  No. 3    Manufacturing contract      70
9  No. 4    Manufacturing contract      70
10  No. 5   Manufacturing contract      70
11  No. 6   Manufacturing contract      70
12  No. 7   Free sales certificate    131
13  No. 8   Letter              137
14  No. 9   Document            137
15  No. 10  Document            137
16  No. 11  Document            137
17            N O T E
18  Q. & A. denote interpreted questions and answers.
19  THE WITNESS:  Answer in English by the witness.
20  THE INTERPRETER:  Comments or clarifications by
21  the interpreter.

Page 5

1            P R O C E E D I N G S
2       THE VIDEOGRAPHER:  On the record with
3  tape number one of the videotape deposition of
4  Adolfo de Basilio, taken by the defendant in the
5  matter of Ethypharm S.A. France and Ethypharm
6  S.A. Spain versus Bentley Pharmaceuticals,
7  Incorporated, in the United States District Court
8  for the District of Delaware, case number 04-1300
9  SLR.
10       This deposition is being held at the
11  law offices of Baach, Robinson & Lewis, located
12  at 1201 F Street, Northwest, in Washington, D.C.
13  on August 2nd, 2006 at approximately 9:33 a.m.
14       My name is T. J. O'Toole, representing
15  Esquire Deposition Services.  I am a Certified
16  Legal Video Specialist.  The court reporter is
17  George Tudor, also represented Esquire Deposition
18  Services.
19       Will counsel please identify themselves
20  and indicate which party they represent?
21       MR. BOSTWICK:  Dwight Bostwick, on

2 (Pages 2 to 5)

JT-A-199

Page 6

1  before of the plaintiffs.
2        MR. STEWART: Craig Stewart, on behalf
3  of Bentley Pharmaceuticals, Incorporated, and
4  with me is Scott Magee.
5        THE VIDEOGRAPHER: Thank you.
6        Will the interpreter please identify
7  himself for the record.
8        THE INTERPRETER: My name is Carlos De
9  Hoyos. I represented Advanced Communications
10  Translations.
11        THE VIDEOGRAPHER: Will the court
12  report please swear in the interpreter.
13        Thereupon,
14              CARLOS DE HOYOS,
15  duly affirmed that we would well and truly
16  translate the questions and answer in this
17  deposition from English to Spanish and Spanish to
18  English to the best of his ability.
19        THE VIDEOGRAPHER: Now, will the
20  interpreter please assist the court reporter in
21  swearing in the witness.

Page 7

1        Thereupon,
2              ADOLFO DE BASILIO,
3  a Witness, called for oral examination by counsel
4  for the Plaintiff, having been duly sworn by the
5  Notary Public through the interpreter, was
6  examined and testified as follows:
7  EXAMINATION BY COUNSEL FOR THE PLAINTIFF
8  BY MR. STEWART:
9        Q.  Mr. De Basilio, would you please state
10  your full name and address for the record.
11        A.  Adolfo de Basilio, Peña Santa, number
12  18, Madrid, Spain.
13        Q.  As you have heard, Mr. De Basilio, my
14  name is Craig Stuart, and I represent the
15  defendant in this case, Bentley Pharmaceuticals,
16  Incorporated. I'll be asking you a number of
17  questions today, and probably for at least a
18  little bit tomorrow, regarding your involvement
19  with Ethypharm Spain. Understood?
20        A.  Yes.
21        Q.  If at any time you do not understand my

Page 8

1  question, please tell me.
2        A.  Agreed.
3        Q.  And obviously, if you don't indicate to
4  me that you have difficulty with a question, I
5  will assume that you do understand the question.
6        Do you understand?
7        A.  I'm not totally sure. Can you explain
8  it to me?
9        Q.  Sure. Our objective is to get your
10  best recollection and your truthful answers to my
11  questions. If you don't understand my question,
12  it will be difficult, obviously, to get your best
13  recollection and truthful answers.
14        A.  That is obvious. Now I understand.
15        Q.  Have you had your deposition taken in
16  the United States before?
17        A.  No, never.
18        Q.  The stenographer, who is seated to your
19  right, is taking down your testimony, and he will
20  need you to provide a verbal response to my
21  questions, yes, no or whatever the answer is, and

Page 9

1  expressions such as "um-hmm," "uh-uh" and shakes
2  of the head make for a confusing transcript. Do
3  you understand?
4        A.  I understand.
5        Q.  Okay. During the course of the day, we
6  will take several breaks from the questioning,
7  and at any time if you feel the need to take a
8  break, please say so. The only exception to that
9  is that we will not take a break while one of my
10  questions is pending to you.
11        A.  Thank you for giving me the chance to
12  go out when I need it, and I understand that I
13  won't do that while the question is pending.
14        Q.  And as your counsel, Mr. Bostwick, may
15  have explained, when we take a break, by
16  agreement, neither -- you will not be permitted
17  to discuss the substance of your testimony with
18  Mr. Bostwick, and the same -- the substance of
19  your testimony with Mr. Bostwick.
20        A.  I agree.
21        Q.  And one last point regarding procedure.

3 (Pages 6 to 9)

Page 10

1  We have found over the course of these
2  depositions that it is better to speak in
3  relatively short sentences so that the translator
4  can accurately translate my questions and your
5  answers.
6      A.  Understood.
7      Q.  This is a technique that I have not
8  mastered very well, so I speak with authority
9  when I say it is much better if you are able to
10  do it.
11      And finally, you understand that your
12  testimony is under oath?
13      A.  Of course.
14      Q.  And that there are penalties under
15  United States law for testimony that is not
16  truthful.
17      A.  Even for a non -- a person who doesn't
18  belong to the U.S.?
19      Q.  In the appropriate circumstances, yes.
20      Okay.  First, how old are you?
21      A.  Fifty-six years old.

Page 11

1      Q.  And by whom are you presently employed?
2      A.  I work for my own.
3      Q.  You work for your own business?
4      A.  Yes.
5      Q.  Does your business have a name?
6      A.  Yes.
7      Q.  And what is the name?
8      A.  Maybe I should write it down for you.
9  It's a little bit complicated.  (Writing)
10      THE INTERPRETER:  Capital A-Y, capital
11  D-Y, capital A-y, capital M-y, capital A, and
12  another word, S-L.
13      Q.  How do you pronounce that?
14      A.  AyDyAyMyA.
15      Q.  SL?
16      A.  SL.
17      Q.  What does SL mean?
18      A.  Limited society.
19      THE INTERPRETER:  It's like an LTD,
20  something like that.
21  BY MR. STEWART:

Page 12

1      Q.  Would you pronounce the name of your
2  business one more time?
3      A.  AyDyAyMyA.
4      THE WITNESS:  Do you want me to explain
5  what it means?
6      THE INTERPRETER:  Do you want me to
7  explain?
8  BY MR. STEWART:
9      Q.  That was my next question.
10      A.  Everybody asks me this.  "Adama" means
11  diamond, and it's registered under a Russian
12  corporation, so therefore, I cannot register it.
13  And I look in the register how could I register
14  the name using dashes, periods, commas, and not
15  even then.  You couldn't use those things for a
16  registered name.
17      In Spanish, the Y stands for "and."
18  And we were particularly interested in
19  registering every one of the capital letters,
20  because those are the initials of all the
21  partners.

Page 13

1      Q.  So who are your partners?
2      A.  We have a pilot, we have a jeweler and
3  we have a specialist in information and myself.
4      Q.  So there are four partners in the
5  association?
6      A.  And the fifth is represented by one of
7  them, because he's a minor.
8      Q.  Is the minor a child of one the -- of
9  one of your partners?
10      A.  Yes.
11      Q.  And what is the nature of the business?
12      A.  If you don't laugh, I can tell you what
13  it is.
14      Q.  I can't promise that.
15      A.  We are engaged in the business of
16  aviation, jewelry and pharmaceuticals.  And
17  that's why I asked you not to laugh.  The notary,
18  when we registered these, couldn't believe it, so
19  I told him, "Here is the pilot, here is the
20  jeweler," and this is what we do.
21      Q.  Very interesting.  Is Ethypharm S.A.

Page 14

1   a -- withdraw that.
2         Does your business have any business
3   dealings with Ethypharm?
4       A.  Yes.
5       Q.  And describe, please, the nature of
6   those business dealings.
7       A.  Looking for clients for the products of
8   Ethypharm.
9       Q.  And have you found any clients for
10  Ethypharm?
11      A.  Yes.
12      Q.  And please tell me approximately how
13  much money do you get from Ethypharm on an annual
14  basis?
15      MR. BOSTWICK:  Objection, form.
16      I said "Objection, form."
17      THE WITNESS:  I didn't hear.
18      MR. BOSTWICK:  When -- there are times
19  today when I may object to a question for legal
20  purposes, but unless I instruct you specifically
21  not to answer, you may answer Mr. Stuart's

Page 15

1   questions.  Therefore, you may answer this
2   question.
3       A.  Can you repeat the question?
4       (The record was read by the reporter.)
5       A.  This is a question that I would not
6   know at the moment.  I could risk and give you an
7   approximate answer.
8       Q.  An approximation would be fine.
9       A.  I may be mistaken, but it could be a
10  figure ranging in between sixteen, twenty euros.
11      THE WITNESS:  Twenty thousand.
12      THE VIDEOGRAPHER:  -- thousand euros.
13      Q.  When did you start -- when did you
14  start AyDyAyMyA?
15      A.  A little bit over a year.
16      Q.  So sometime the end of 2004?
17      A.  I remember that it was -- we registered
18  the company in the month of July.
19      Q.  Of 2005?
20      A.  So therefore, it may be two years.
21      Q.  So registered in July of 2004?

Page 16

1       A.  Most probably.
2       Q.  And when did you first start having
3   business -- business relations with Ethypharm
4   with AyDyAyMyA?
5       A.  I think that the first time was in
6   November of that same year.
7       Q.  November of 2004?
8       A.  I'm certain that it was -- that we
9   started in July, and then in November, we started
10  dealings with this -- I am not sure about the
11  year, but...
12      Q.  Well, let's see if we can get the year
13  correct.  If it were November of 2005, that would
14  be less than a year ago.
15      A.  Then it has to be 2004.
16      Q.  What was the business that you were
17  asked to do for Ethypharm in November of 2004?
18      Let me withdraw that.
19      Describe the nature of the business
20  that you were performing for Ethypharm in
21  November of 2004.

Page 17

1       A.  Tramadol, Gelos Laboratories, and there
2   may be another --
3       THE WITNESS:  No, there is.
4       THE INTERPRETER:  -- and there is
5   another.
6       Q.  And were these companies that you
7   contacted on behalf of Ethypharm?
8       A.  Yes.
9       Q.  And what were you asking these
10  companies to do?
11      A.  We were offering the Ethypharm
12  products.
13      Q.  For them to purchase or for them to
14  manufacture?
15      A.  In this case, for them to buy.
16      Q.  And just briefly, what were the
17  products that they were asked to buy?
18      A.  The current list of products that
19  Ethypharm was offering at that time.  I do not
20  remember the full list.
21      Q.  Did that list include omeprazole?

5 (Pages 14 to 17)

Page 18

1    A.  Probably not.  But I'm not sure.
2    Q.  What business were -- what business is
3  tramadol and Gelos Laboratory in?
4    A.  Gelos is the number one laboratory for
5  the production of tramadol.
6       THE WITNESS:  No.
7       THE INTERPRETER:  For the production
8  of?
9       Parasitimol and the painkillers and
10  also -- and tramadol is also in that business.
11       MR. BOSTWICK:  I'm sorry, did you say
12  painkillers?
13       THE INTERPRETER:  Yes.
14       THE WITNESS:  Analgesics.
15    Q.  Did Ethypharm hire you as a consultant
16  for purposes of this lawsuit?
17    A.  Yes, for this purpose.
18    Q.  And when did they -- when did Ethypharm
19  hire you?
20    A.  About two years, approximately.
21    Q.  And how much has Ethypharm paid you in

Page 19

1  your position as consultant?
2    A.  The figure that I mentioned before is
3  included.  Is inclusive.
4    Q.  So since two thousand -- November of
5  2004, approximate -- you have received
6  approximately 16 to 20,000 euros from Ethypharm;
7  is that correct?
8    A.  Yes.  The company, AyDyAyMyA, is the
9  one that has received that amount.
10    Q.  And approximately how much of that
11  amount is attributable to your consulting
12  services in connection with this lawsuit?
13    A.  That question is a little more
14  difficult.  Maybe half and half.
15    Q.  Maybe 75 percent - 25 percent?
16       MR. BOSTWICK:  Objection.
17    A.  I said half and half as a tentative
18  question, but I would have to look it up.  May I
19  add?
20    Q.  Sure.
21    A.  Obviously as a consultant, it's not

Page 20

1  close to a hundred percent.  That's why I'm
2  saying it could be half and half.
3    Q.  By whom were you employed before you
4  started AyDyAyMyA?
5    A.  I was unemployed.
6    Q.  And how many years were you unemployed?
7  And I'm interested in the dates, the approximate
8  dates.
9    A.  From July 2, '03 to July of 2005.
10    Q.  Or 2004?
11    A.  2005.
12    Q.  Okay, because -- we have a little
13  problem.  My memory of your testimony is that you
14  believe that you registered AyDyAyMyA in July of
15  2004.  Is that true?
16    A.  I believe I remember that date.
17    Q.  So when you say that you were
18  unemployed until July of 2005 --
19    A.  Yes.
20    Q.  -- does that mean that you were not
21  having any income from AyDyAyMyA?

Page 21

1    A.  Yes.  I am unemployed.  I'm a partner
2  with the company, but the company is the one who
3  is making -- the company is making the business,
4  but I'm unemployed.
5    Q.  Are you an employee of AyDyAyMyA now?
6    A.  No.
7    Q.  How do you receive money from
8  AyDyAyMyA?
9    A.  I didn't say that I was getting money
10  from AyDyAyMyA.
11    Q.  Do you receive money from Ethypharm?
12    A.  Personally -- me, personally, no.  The
13  company, AyDyAyMyA, yes.
14    Q.  Do you have any -- what is your
15  financial arrangement with AyDyAyMyA with respect
16  to the money that you have brought in from
17  Ethypharm?
18    A.  Like any other commercial enterprise,
19  when there are benefits, partners would withdraw.
20       MR. STEWART:  Would --
21       THE INTERPRETER:  Withdraw it.

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-203

Page 22

1    Q. So just to confirm, you have been a
2  consultant for Ethypharm since approximately
3  November of 2004; is that correct?
4    A. Yes.
5    Q. But have you taken a draw or any
6  distribution from AyDyAyMyA for your services?
7    A. Not directly, no.
8    Q. Are you currently receiving
9  unemployment compensation?
10    A. No.
11    Q. Why haven't you taken any money for the
12  services that you personally have performed for
13  Ethypharm?
14    A. The business is just beginning, and
15  when a business of this type starts, they
16  generally have losses, and this is the way this
17  business is operating right now.
18    Q. What is your current position with
19  AyDyAyMyA?
20    A. Partner.
21    Q. Who is the manager of AyDyAyMyA?

Page 23

1    A. One of the partners.
2    Q. Who is that?
3    A. Alicia, Vildosola.
4      THE INTERPRETER: A-L-I-C-I-A,
5  V-I-L-D-O-S-O.
6      THE WITNESS: Vildosola.
7      THE INTERPRETER: Plus an L-A at the
8  end. V-I-L-D-O-S-O-L-A.
9  BY MR. STEWART:
10    Q. And is Alicia a man or a woman?
11    A. It's a woman. She's a woman.
12    Q. What is your partnership share of
13  AyDyAyMyA?
14    A. Twenty percent.
15    Q. Where were you employed prior to July
16  of 2003?
17    A. I was the general director of Ethypharm
18  Spain. And Portugal.
19    Q. And when did you first start working at
20  Ethypharm Spain?
21    A. 1987.

Page 24

1    Q. Were you employed by Ethypharm Spain
2  continuously from 1987 up to July of 2003?
3      THE INTERPRETER: Were you employed --
4  I'm sorry. (Speaking in Spanish.)
5    A. Yes.
6    Q. And where were you employed prior to
7  your employment with Ethypharm Spain?
8    A. Gr□nenthal Andromaco.
9      THE INTERPRETER: G-R-š, with an
10  umlaut, N-E-N-T-H-A-L, (A-N-D-R-O-M-A-C-O),
11  Andromaco.
12    Q. When did you start your employment at
13  Gr□nenthal (Andromaco)?
14    A. Five years before.
15    Q. So 1982?
16      THE WITNESS: Five.
17      THE INTERPRETER: Yes, five years.
18    Q. What business -- explain, please, the
19  name that you give to us, Gr□nenthal (Andromaco).
20    A. Can you repeat the question?
21    Q. Yes. I don't understand the name of

Page 25

1  the company that you have provided to us. It
2  sounds as though there are -- one name is a
3  German name, the other name is a Spanish name.
4  Would you explain, please?
5    A. Gr□nenthal is German and Andromaco is
6  Spanish, Gr□nenthal had 40 percent; Andromaco had
7  60 percent.
8    Q. And did it conduct its business under
9  Andromaco or under Gr□nenthal?
10    A. It used to be Andromaco, and that's why
11  I put it in the parenthesis, but now Gr□nenthal
12  has bought a hundred percent of the company.
13    Q. If I refer to the business as
14  Andromaco, will you understand that I'm meaning
15  the business that was named Andromaco and is now
16  Gr□nenthal?
17    A. Yes. It used to be a lot easier for
18  everybody.
19    Q. And before you were employed by
20  Andromaco, who were you employed by?
21    A. Abello Laboratories.

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-204

Page 26

1    Q.  Let go back to Andromaco.  What
2    business was Andromaco in?
3        A.  Several areas.
4        Q.  Tell me what they were.
5        A.  Cardiovascular, digestive, nervous
6    system, hematology, dermatology; I cannot
7    remember.  This is more than twenty years ago.
8        Q.  Was Andromaco a pharmaceutical company?
9        A.  Yes.
10       Q.  No jewelry, no airplanes.
11           That's a joke.
12           THE WITNESS:  I shouldn't answer to
13   that.  Okay.
14       Q.  What was your position with Andromaco?
15       A.  Director of licensing and new products.
16       Q.  And what business was Laborotorios
17   Abello involved in?
18       A.  Also multiple areas.
19       Q.  Was Laboratorios Abello a
20   pharmaceutical company?
21       A.  Yes.

Page 27

1        Q.  And what was your position at
2    Laboratorios Abello?
3        A.  I was a technician in the R and D
4    department.
5            THE INTERPRETER:  I'm sorry,
6    scientific department.  Science department.
7        Q.  How long were you -- when did you start
8    your position -- your job with Laborotorios
9    Abello?
10       A.  The same answers, five years before.
11   Take away five years.
12       Q.  So it would be -- you started at
13   Andromaco in 1982, so 1977?
14       A.  1977, '78.
15       Q.  Thank you.
16           THE WITNESS:  I would rather say '78,
17   no?
18       Q.  '78.
19           MR. STEWART:  For purposes of the
20   stenographer taking down the testimony, if Mr. De
21   Basilio speaks directly in response to my

Page 28

1    question, would you indicate that, please.
2        A.  I will try to avoid speaking in
3    English.  This was just to help you out.
4            MR. STEWART:  That wasn't a criticism.
5    I'm happy if you want to speak in English, but I
6    think we should note it.
7            THE INTERPRETER:  I understand it's
8    not a criticism; I just want to make everything
9    work fine with our excellent translator.
10       Q.  Describe, please, your educational
11   background from secondary school -- in the U.S.,
12   high school -- through college and any
13   postgraduate work.
14       A.  You really want to know?
15       Q.  I really do, yes.  Just to be clear,
16   the -- for the moment, simply where you attended
17   school, what degree you obtained and the
18   principal program of study.
19       A.  I will try to make it as short as
20   possible.  I went to two schools, one Spanish,
21   another English.  So I did high school -- what

Page 29

1    you say here high school, primary education up to
2    right before you go into college.
3        Q.  Yes.
4        A.  And also in the British college, I also
5    did all until the what's called the O levels,
6    which is equivalent also just before you go into
7    college.
8        Q.  So were you in an English -- was it
9    called the English School?
10           THE WITNESS:  British Consul School.
11       Q.  British Consul School.  And where was
12   the British consul school?
13       A.  In Madrid.
14       Q.  And approximately how many years were
15   you in the British Consul School?
16       A.  I think seven?  No, excuse me, there
17   were eleven.
18       Q.  And how old -- approximately how old
19   were you when you left the British Consul School?
20       A.  I went there from five years old to
21   till seventeen years old.

8 (Pages 26 to 29)

Page 30

1    Q.  And after the British Consul School,
2  where did you go?
3    A.  The Technical -- Superior Technical
4  School of Telecommunications Engineering.
5    Q.  And where was that located?
6    A.  In Madrid.
7    Q.  When you were at the British Consul
8  School, were your classes conducted in English?
9    A.  Only English.
10    Q.  And is it fair to say that you speak
11  and understand English?
12    A.  Not perfectly, but...
13    Q.  Who does?
14        Anyway, and is it fair to say that you
15  also write -- you also write English?
16    A.  Yes.  Excuse me.
17    Q.  Okay.  And when did you graduate from
18  the Superior Technical School?
19    A.  I decided to join the pharmaceutical
20  school in the Faculty for Pharmaceutical Studies.
21    Q.  So how many years were you in the

Page 31

1  technical school before you went to the
2  pharmaceutical area?
3    A.  I was two years in technical school,
4  and then one year doing both simultaneously.
5    Q.  And how many years did you study
6  pharmacy?
7    A.  Six.
8    Q.  Six.  Was your studies in pharmacy part
9  of the Superior Technical School, or was it a
10  separate college or separate institution?
11    A.  And they're not related at all.  One is
12  telecommunications, engineering and information
13  field and the other is a pharmaceutical school.
14    Q.  What was the name of the pharmaceutical
15  school?
16    A.  Pharmacy Faculty of the Complutense
17  University, C-O-M-P-L-U-T-E-N-S-E, Complutense.
18  Of Madrid.
19    Q.  Did you graduate from the Complutense
20  University?
21    A.  Yes.

Page 32

1    Q.  And what was the degree that you
2  obtained?
3    A.  Bachelor in Pharmacy.
4    Q.  Did you attend any further -- any
5  additional schools?
6    A.  Yes, many.
7    Q.  Briefly, if you could describe what
8  school and what areas.
9    A.  I studied gemology.  Gems.
10    Q.  When did you attend that school?
11    A.  From 1975 to '77.  I'm a diamond
12  expert.  In 1978.
13    Q.  I'm sorry, 1978?
14        THE INTERPRETER:  Studied to be an
15  expert on diamonds.
16    Q.  And what other schools did you attend?
17    A.  Pharmaceutical law.
18    Q.  Where did you study that?
19    A.  In the Chamber of Commerce of Madrid.
20    Q.  When?
21    A.  Around 1990.

Page 33

1    Q.  And did you receive a certificate from
2  that program?
3    A.  Yes, of course.
4    Q.  Why did you study pharmaceutical law?
5    A.  To better myself in my profession.
6    Q.  Any other schools?
7    A.  Business administration.
8    Q.  And where did you study business
9  administration?
10    A.  Also in the Chamber of Commerce of
11  Madrid.
12    Q.  For how long did you study business
13  administration?
14    A.  It was a course from October to June.
15    Q.  Do you recall the year?
16    A.  I'm a little bit confused between
17  pharmaceutical law and business administration.
18  I think that I did the business administration in
19  the '90s and the pharmaceutical law a little bit
20  later.
21    Q.  So maybe 1992, '93?

9 (Pages 30 to 33)

Page 34

1    A.  I didn't expect that this type of exam.
2  I thought we were going to talk some other
3  things.
4         The most important thing, and something
5  I was leaving aside, is that I'm a professor on
6  gemological crystallography, and I did that soon
7  after 1978.
8    Q.  You say professor.  Do you teach?
9    A.  Yes.
10    Q.  Where do you teach?
11    A.  In the Gemological Institute -- Spanish
12  Gemological Institute at the university and in
13  other schools.
14    Q.  University of what?
15    A.  Mines and Geology.
16    Q.  Is that in Madrid?
17    A.  And also outside Madrid.
18    Q.  I understand that you may not remember
19  the dates precisely of the education.
20    A.  I could have brought in my curriculum.
21    Q.  That would have been a good idea.  But,

Page 35

1  anyway, if during the break you want to think
2  about the dates, I would be happy to take answers
3  afterwards.
4    A.  I don't think that it's easy to
5  remember these things, because we're talking
6  about twenty years ago, but I can send you a
7  curriculum if you want.
8    Q.  Okay.  All right.
9         In the business administration program,
10  did you get a certificate?
11    A.  Yes.
12    Q.  Have you taken any other courses
13  related to pharmaceuticals or pharmacology?
14    A.  Yes.
15    Q.  And describe if you would, briefly, the
16  nature of those courses and how many.
17    A.  I did a master's in infrared
18  spectometry.
19    Q.  Spectrometry.  And where did you do
20  that master's degree?
21    A.  In the pharmacy faculty of the

Page 36

1  Complutense University.
2    Q.  When did you get your master's degree?
3    A.  In the year 1975.  But I'm not totally
4  sure.
5    Q.  Any other courses?
6    A.  Yes, but I can't remember.
7    Q.  Is there any course of study that you
8  consider to be significant that you haven't told
9  me about?
10    A.  I cannot be totally sure; perhaps
11  sometimes I can remember or could remember
12  something, but at this point I cannot.
13    Q.  Other than the course in pharmaceutical
14  law that you took from the Chamber of Commerce in
15  Madrid, have you taken any other courses in law?
16    A.  No.  That, I'm certain.  I would love
17  to have more study of law, which I have found it
18  as a very useful tool in life.
19    Q.  I want to return now to your employment
20  with Ethypharm.
21         MR. BOSTWICK:  Craig, is this a logical

Page 37

1  time to take a five-minute break?  Or is that
2  appropriate?
3         MR. STEWART:  It's fine.
4         THE VIDEOGRAPHER:  The time is
5  10:41:07.  Off the record.
6         (Brief recess.)
7         THE VIDEOGRAPHER:  On the record.  The
8  time is 1:55:36.
9  BY MR. STEWART:
10    Q.  Please tell us, Mr. De Basilio, by whom
11  were you employed when you joined -- when you
12  joined Ethypharm?  That is, who hired you?
13    A.  Mr. LeDuc and Mr. DeBregeas.
14    Q.  And at that time, were these two
15  gentlemen the fifty percent -- each had fifty
16  percent of the company?
17    A.  Yes.
18    Q.  What position did you hold when you
19  were hired?
20    A.  General director.
21    Q.  Of what company?

10 (Pages 34 to 37)

Page 38

1    A.  Ethypharm Spain and Portugal.  And
2  South America.  And Latin America, but that
3  didn't happen.  It was enough work we have in
4  Portugal and Spain, so Latin America didn't
5  happen.
6    Q.  Didn't happen when?
7    A.  I was hired for Spain, Portugal and
8  Latin America.  But what actually happened is
9  that I was devoted only to Spain and Portugal.
10    Q.  Now, your title was General Director of
11  Ethypharm Spain.
12    Let me withdraw that.
13    As one of your titles, did you have the
14  title of General Director, Ethypharm Spain?
15    A.  I don't understand the question.
16    Q.  What is the name of Ethypharm's Spanish
17  subsidiary which operated in Spain?
18    A.  Ethypharm, S.A.
19    Q.  The parent company is also known as
20  Ethypharm, S.A.; is that correct?
21    A.  In that time, yes.

Page 39

1    Q.  So as to hopefully eliminate confusion,
2  can we refer to the Spanish subsidiary as
3  Ethypharm Spain?
4    A.  I think it's a good idea.
5    Q.  Did Ethypharm -- and let me withdraw
6  that.  And similarly, when I'm referring to the
7  parent company, I'll refer to Ethypharm France.
8  Is that acceptable?
9    A.  I think it's correct.
10    Q.  Did Ethypharm France have a subsidiary
11  in Portugal?
12    A.  No.
13    Q.  Was there a company called Ethypharm,
14  S.A. Portugal, or in substance, Portugal?
15    A.  No.
16    Q.  Was there ever a subsidiary of
17  Ethypharm France that was located in South
18  America?
19    A.  Yes.
20    Q.  And when was that, to your knowledge?
21  When did such a subsidiary come into existence?

Page 40

1    A.  I'm sorry, that was not my territory,
2  so I don't really know.
3    Q.  Now, your title was General Director of
4  Ethypharm Spain; is that correct?
5    A.  Yes.
6    Q.  You're hesitating.
7    A.  I don't understand why you're asking me
8  that question.
9    Q.  I'm trying to make a distinction, if
10  there is a distinction, between your title of
11  General Director of Ethypharm Spain and your
12  testimony that you also were General Director of
13  Portugal.
14    A.  Now I understand the question.
15    Q.  So did you have a separate position as
16  General Director of Ethypharm Portugal?
17    A.  No.  I was General Director for Spain,
18  Portugal and Latin America.
19    Q.  But Ethypharm had no office in
20  Portugal; is that correct?
21    MR. BOSTWICK:  Object to time frame.

Page 41

1  BY MR. STEWART:
2    Q.  Time frame, 1987 through 2003.
3    A.  I'm lost.
4    Q.  Mr. Bostwick asked me to put a time
5  frame to my question.
6    A.  So then your question is still the
7  same?
8    Q.  It is.  And so was there -- did
9  Ethypharm have an office, an office in Portugal
10  from 1987 through July, 2003?
11    A.  No.
12    Q.  And one thing I don't understand is --
13  concerns Ethypharm Latin America.  Would you
14  explain what responsibilities, if any, you had
15  for Ethypharm operations in Latin America?
16    A.  My contract said that I was being hired
17  as General Director for Spain, Portugal and Latin
18  America.  But as I said before, my functions for
19  Latin America were never concretized.
20    Q.  Did you receive a paycheck at Ethypharm
21  Spain?

11 (Pages 38 to 41)

Page 42

1    A.  Yes.
2    Q.  And were you paid by Ethypharm France
3  or by Ethypharm Spain?
4    A.  Ethypharm Spain.
5    Q.  And to your knowledge, was Ethypharm
6  Spain one hundred percent controlled or owned by
7  Ethypharm France?
8        MR. BOSTWICK:  Objection to form.
9        MR. STEWART:  You may answer.
10    A.  Well, I can answer very precisely.
11  Ninety-eight percent was owned by Ethypharm
12  France.
13    Q.  Who owned the other two percent?
14    A.  DeBregeas and LeDuc.  According to
15  Spanish law, you have to have three partners.
16    Q.  Did you ever own any shares of
17  Ethypharm France or Ethypharm Spain?
18    A.  I tried, but I couldn't.
19    Q.  I would now like to ask you to describe
20  your duties at Ethypharm Spain, and I would also
21  like to tell you to tell me who the employees were at

Page 43

1  Ethypharm Spain.  And because we are dealing with
2  a long time period, I would ask your help to --
3  that you would divide your answer into shorter
4  time periods, if that would be helpful to get an
5  accurate picture of the company.
6        MR. BOSTWICK:  I'm going to object to
7  the form, to the extent that that was a question.
8        MR. STEWART:  It wasn't a question; it
9  was a predicate.
10    Q.  So tell me first your duties at
11  Ethypharm Spain.
12    A.  Before that, I was precisely going to
13  tell you to help me, making questions about more
14  specific, short periods of time, because it's a
15  very large --
16        THE WITNESS:  I can answer to the first
17  one.
18    Q.  Let me divide that first question into
19  a couple of parts.  Your duties at Ethypharm
20  Spain from 1987 through 1994.
21    A.  I don't understand the question,

Page 44

1  because I did the same thing from the beginning
2  to the end.
3    Q.  In that case, please tell me your
4  duties.
5    A.  As I said, I was hired as General
6  Director, but it was actually related to
7  commercial activities in these markets, and I had
8  also the responsibility of monitoring the
9  registries in the sanitary ministry.
10    Q.  Can we just pause for a moment?  I have
11  heard that there is an agency of the Spanish
12  government that, at least in one translation, it
13  is the Spanish Agency for -- the Spanish Drug and
14  Health Products Agency.  Spanish Drug and Health
15  Products Agency.
16    A.  Yes.
17    Q.  All right.  Is that the agency that you
18  were referring to?
19    A.  May I explain?
20    Q.  Please.
21    A.  The Spanish Agency for the Sanitary

Page 45

1  Products -- Medicinal Sanitary Products was
2  created after the bill for medical products in
3  the mid-'80s, or maybe early '90s.  I think it
4  was actually in 1992.
5    Q.  Was that the Ley del Medicamento?
6    A.  Yes.
7    Q.  And if I suggested that the Ley del
8  Medicamento was effective on December 20, 1990,,
9  does that sound approximately the effective date?
10    A.  I can probably say that we were in the
11  right date.
12    Q.  So the agency that you were referring
13  to was created by that law; is that right?
14    A.  Yes.  The Sanitary Ministry used to
15  have control of everything, but then when the
16  Agency for Medicines was created and became an
17  agency within this ministry.
18    Q.  I have seen that there is a -- I have
19  seen one document that refers to Agencia Español
20  de Medicamento.  Is that the name of the agency
21  that was created by the 1990 law?

12 (Pages 42 to 45)

Page 46

1   A. Yes. If that's the precise date, yes.
2       MR. STEWART: I'm asking the witness,
3   because of his knowledge of English. What is the
4   best translation that we should use for these
5   purposes for that agency?
6       THE WITNESS: Spanish Agency for Drugs.
7   BY MR. STEWART:
8   Q. Okay. So the --
9   A. There is the Spanish Agency for Drugs,
10  Portugese Agency for Drugs, French Agency for
11  Drugs. And they're all controlled by the MA --
12  in London.
13      THE WITNESS: EMEA.
14      THE INTERPRETER: EMEA.
15  Q. All controlled by London?
16  A. Both London and Brussels.
17  Q. So I will refer to the agency, then,
18  that we have been -- that we have touched on as
19  the Spanish Agency for Drugs -- and Health
20  Products?
21  A. Or Sanitary Products.

Page 47

1       THE WITNESS: Health or Sanitary, it's
2   the same thing.
3   Q. Thank you for that explanation.
4       So one of your duties was monitoring --
5       THE WITNESS: Los dossiers.
6       MR. STEWART: I'll let you complete my
7   question.
8       THE WITNESS: Dossiers. The dossiers.
9   The registration dossiers.
10      THE INTERPRETER: One of his duties was
11  the monitoring of the registration and dossiers.
12  BY MR. STEWART:
13  Q. Would you explain what you mean by
14  monitoring registration dossiers?
15  A. When you want to commercialize a
16  product in Spain, like in any other country, you
17  have to present documentation --
18      THE WITNESS: Like for registration.
19  (Speaking in Spanish.)
20  A. -- that is why in order to prove that
21  the drug is safe, and it is studied by the

Page 48

1   several departments of the drug agency, Spanish
2   Drug Agency.
3       And it's a very complex task. It's
4   trying to protect, as the FDA in the U.S. do, the
5   health of the Spanish citizens.
6       So Ethypharm France would prepare all
7   the dossiers and documentation, and then you have
8   to be constantly going to the Agency for Drugs in
9   order to make sure that this dossier was going
10  through all the necessary stages. Was going
11  through all the necessary stages. And that was
12  what I called my monitoring mission. But I was
13  doing this jointly with friends.
14  Q. Very good. Okay. I want to spend some
15  time with that issue, but I'll come back to that.
16      In addition to monitoring registration
17  dossiers, what other duties did you have?
18  A. I thought you had forgotten about that
19  question.
20  Q. No.
21  A. That was actually my only mission, but

Page 49

1   I did a lot more.
2   Q. I'm sorry, when you say that was your
3   only mission --
4       THE INTERPRETER: The monitoring.
5   Q. The monitoring.
6       THE WITNESS: No, no, no. The
7   monitoring and the.
8       THE INTERPRETER: The registering?
9       THE WITNESS: No, no. Finding clients.
10  (Speaking in Spanish.)
11  A. Find clients to do commercial trade and
12  monitoring.
13  Q. So finding clients for Ethypharm
14  France?
15  A. All what it takes to do commercial
16  transactions. So -- actions.
17  Q. So is it fair to say that you were the
18  person with was directly responsible for seeking
19  out new clients?
20      MR. BOSTWICK: Objection to form.
21  A. Yes. Can I answer?

13 (Pages 46 to 49)