Page 50

1    MR. BOSTWICK: Yes, you can answer the
2  question. I just objected to the form.
3  BY MR. STEWART:
4    Q.  When Mr. Bostwick objects to the form,
5  there may be something that I haven't asked the
6  question in precisely the right way, or at least
7  he thinks I haven't, and that gives me a chance
8  if I -- and that gives me an opportunity to
9  revise my question if I think it's worthwhile.
10  But you are free to answer the question and
11  you're required to answer the question unless
12  Mr. Bostwick instructs you not to answer the
13  question.
14    In addition to those two major duties,
15  what other responsibility did you have?
16    A.  It was very interesting working for
17  Ethypharm, because I found that it was a company
18  that had just been recently formed in Spain, and
19  I had to do absolutely everything. And when I
20  say everything, it included buying pens.
21  Pencils.

Page 51

1    Q.  Is it fair to say that you ran all of
2  the -- you were responsible for all the details
3  of running the office?
4    A.  Yes.
5    THE WITNESS: I was touching the micro,
6  and -- I was doing something.
7    (Speaking in Spanish.)
8    A.  I used to complain, friendly complaints
9  to the main office in France that they had hired
10  me as pharmaceutical general director in charge
11  of commerce and registration, but that I never
12  started the administration matters. Economic
13  administration matters. So then I had to seek
14  outside help in these areas.
15    Q.  And at the time that you first became
16  General Director, how many employees did
17  Ethypharm Spain have?
18    A.  One.
19    Q.  You?
20    A.  (Witness nods head.)
21    Q.  Did you hire people to help you?

Page 52

1    A.  Yes.
2    Q.  And tell me who you hired and for what
3  purpose.
4    A.  I hired a person to serve as my
5  secretary, and in this case he was a man.
6    Q.  And what was his name?
7    A.  Eloy Gonzalez. With a Z at the end,
8  Gonzalez.
9    Q.  Before we talk about other people that
10  you may have hired, throughout your tenure as
11  executive director, were you responsible for
12  handling -- did you have the ultimate
13  responsibility within Ethypharm Spain for
14  handling customer complaints?
15    A.  I wasn't the last resort person, but it
16  was France.
17    Q.  So when a customer would write a letter
18  complaining of some problem, would you respond to
19  that letter or would you immediately refer that
20  to France?
21    A.  Normally, everything went to France.

Page 53

1  If it was a small complaint, I could take care of
2  it. But normally, everything went to France. I
3  thought that those were serious matters and that
4  clients should be treated with -- seriously.
5    Q.  And with respect to determining the
6  salaries of the people who worked at Ethypharm
7  Spain, did you determine those salaries, or was
8  that the responsibility of Ethypharm France?
9    A.  It was France always that -- the one
10  who had the last word. France was always in
11  charge of this, but as well as with the small
12  complaints, I could always deal with small
13  matters.
14    Q.  Well, first, what was the largest
15  number of employees that Ethypharm Spain had
16  during your time as executive director?
17    A.  Six plus one.
18    Q.  The one being yourself?
19    A.  No.
20    Q.  Why do you express it that way?
21    A.  Because it was like an estagier --

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-211

Page 54

1    THE WITNESS:  Stage.  Someone doing a
2  stage in the company. (Speaking in Spanish.)
3    A.  It was an intern, someone who is
4  finishing his studies.
5    Q.  So six employees plus an intern.
6    A.  Exactly.
7    Q.  Was there a salary?  Did the people who
8  were employed at Ethypharm Spain receive regular
9  reviews of their performance and regular
10  increases to their salary?
11    A.  Yes, according to law.
12    Q.  And what was your involvement, if any,
13  in the review of their performance and what
14  increases, if any, they would receive?
15    A.  The ones that are prescribed by law,
16  the increases.
17    Q.  There is a Spanish law that requires
18  that the increases be a certain amount?
19    A.  Yes.
20    Q.  From time to time, would you recommend
21  that certain employees receive more than Spanish

Page 55

1  law would require or that certain employees would
2  receive a bonus?
3    A.  I don't remember.  I do remember that
4  there were some years in which attempts at the
5  bonuses, since we were not having a particularly
6  good year, didn't increase or didn't provide
7  those bonuses as prescribed by law, and in some
8  other years, we did, and we did increase not only
9  the three percent stated by law, but 3.5 percent.
10    Q.  And who made the decision to increase
11  the salary by 3.2 to 3.5 percent?
12    A.  Those small things were normally made
13  by me.
14    Q.  During the course of your time as
15  executive director, were any employees
16  terminated?
17    A.  Yes.
18    Q.  And who terminated those employees?
19    Let me withdraw that.
20    Who made the decision to terminate
21  those employees?

Page 56

1    A.  It was either Ethypharm France or me.
2    Q.  What determined whether it was
3  Ethypharm France or you?
4    A.  We changed secretaries, and Ethypharm
5  France wanted the secretaries to speak French.
6  And if they didn't know French well enough, we
7  had to fire them.
8    Q.  Is it fair to say that other than
9  secretaries, the decision to terminate managerial
10  employees was made by France?
11    A.  The 29 of March of the year 2000,
12  that's what happened.
13    Q.  That the terminations that occurred in
14  March of 2000, those decisions were made by
15  Ethypharm France; is that right?
16    A.  Yes.
17    MR. STEWART:  I'm told that we're about
18  out of time for this tape, so why don't we take a
19  short break.
20    THE VIDEOGRAPHER:  This ends tape
21  number one of the De Basilio deposition.  The

Page 57

1  time is 11:43:33.  Off the record.
2    (Brief recess.)
3    THE VIDEOGRAPHER:  On the record with
4  tape number two of the testimony of Adolfo de
5  Basilio in the matter of Ethypharm versus Bentley
6  Pharmaceuticals.  The date is August 2nd, 2006.
7  The time is 11:56:13.
8  BY MR. STEWART:
9    Q.  Mr. De Basilio, I am trying to
10  understand which responsibilities were directly
11  assumed by Ethypharm France and which
12  responsibility were assumed directly by you.
13  That's the purpose of my questions.  So I have a
14  few more questions in this area.
15    With respect to salaries and bonuses,
16  in the sixteen years that you were executive
17  director, were any Ethypharm Spain employees
18  provided with or did they receive substantial
19  bonuses?  And by substantial, I mean something
20  greater than a half a percent increase to their
21  salary.  For example, a one-time bonus of, for

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-212

Page 58

1  example, five hundred euros, a thousand euros.
2      MR. BOSTWICK: Objection, foundation.
3      A.  I remember that there were some of
4  these, and that these were discussed with
5  Mr. Igonet in France.
6      Q.  And who is Mr. Igonet?
7      A.  He's the financial director.
8      Q.  Of Ethypharm France?
9      A.  Yes.
10     Q.  And were these bonuses that were -- who
11 initiated the discussions regarding bonuses?
12     A.  I don't remember.
13     Q.  Did Mr. Igonet make the final decision
14 as to whether bonuses would be awarded, the
15 bonuses that you have in mind?
16     A.  In my performance, generally I tried to
17 allow France to take all the important decisions.
18 It was not only that I was trying, but it was my
19 duty.
20     Q.  I'm sorry, your duty was to have France
21 make those decisions; is that right?

Page 59

1      A.  Can we rephrase the question, please?
2      MR. STEWART: Can I have the last
3  question back?  I think it would be -- if you
4  would, Mr. De Basilio's answer and then my sort
5  of capitulation of -- of my understanding of his
6  answer.
7      MR. BOSTWICK: I'll object to the
8  characterization.  Or recharacterization of
9  testimony.
10     A.  My duty was to always keep informed the
11 main office of Ethypharm France, and when I'm
12 saying that I will let them take the decisions,
13 it's because they are the owners of the business
14 and they have to -- they are the ones who had to
15 take the decision.
16     Q.  And did you apply that general
17 principal to the major -- to the major issues
18 that came before you?
19     A.  Of course.
20     Q.  So, for example, if there was a problem
21 with good purchasing practices at the

Page 60

1  Laborotorios Belmac facility, would that be a
2  problem that you would communicate directly with
3  France about?
4      MR. BOSTWICK: Objection.  Calls for
5  speculation.
6      MR. STEWART: You may answer.
7      A.  Obviously, and there are many letters
8  of mine in that regard.
9      Q.  And do those letters confirm that you
10 did -- let me withdraw that.
11     You recall that there was an audit that
12 was performed in 1996 of the Belmac facility?
13     A.  There were several, but that, I
14 remember very well.
15     Q.  And did you -- with respect to the
16 results of that audit -- well, first, that audit
17 was conducted by Ethypharm Spain, or was an audit
18 condition deducted by Ethypharm Spain?
19     MR. BOSTWICK: Objection, form.
20     A.  No, never.  We never did an audit.
21 When I say "we," I mean Ethypharm Spain.

Page 61

1      Q.  The audit was conducted by Ethypharm
2  France; is that right.
3      A.  That is.
4      Q.  And the difficulties that were
5  uncovered by that audit were communicated
6  directly to Ethypharm France; is that right?
7      A.  Can you repeat the question, please?
8  Or rephrase it?
9      Q.  Right.  With respect to an audit that
10 was conducted in 1996, there were problems that
11 that audit uncovered; is that correct?
12     A.  Yes.  Not only few, many.
13     Q.  And those problems were called to the
14 attention of people at Ethypharm France; is that
15 correct?
16     A.  When you said that these were called to
17 the attention, who do you think called them to
18 the attention?
19     Q.  Well, the audit -- well, let me ask.
20 Who did call the problems to the attention of
21 Ethypharm France?

16 (Pages 58 to 61)

Page 62

1    A.  The quality control --
2        THE WITNESS:  No, no, quality
3    assurance.
4        THE INTERPRETER:  The quality assurance
5    responsible person.
6        Q.  Was that quality assurance person an
7    employee of Ethypharm France?
8        A.  Exactly.  True.
9        Q.  Did you have any responsibility for
10   negotiating the price which Ethypharm would pay
11   Laborotorios Belmac for rent?
12       A.  No, that was done jointly with France.
13       Q.  Mr. De Basilio, I would like you now to
14   continue with your testimony regarding the
15   employees of Ethypharm Spain, and you told us
16   that after you were hired, you hired a secretary.
17   And that was Mr. -- yes?
18       A.  Yes.
19       Q.  And that was Eloy Gonzalez?
20       A.  Yes.
21       Q.  What were Mr. Gonzalez' duties?

Page 63

1        A.  Mr. Debregeas called him the factotum.
2        THE INTERPRETER:  Which I cannot
3    translate.
4        THE WITNESS:  Do you understand
5    factotum?  The person that does everything, the
6    same as myself.
7        THE INTERPRETER:  Everything, same as
8    me.
9    BY MR. STEWART:
10       Q.  Was Mr. Gonzalez -- well, was he your
11   assistant?
12       A.  He was everything.
13       Q.  Help me out as to what "everything"
14   means.  Give me some examples of his duties.
15       A.  I can't tell you.  If you ask me
16   specifically, I can tell you, but all, that's
17   hard.
18       Q.  Well, did he have any responsibility,
19   for example, for preparing a budget?
20       A.  No.
21       Q.  For making travel arrangements?

Page 64

1        A.  Yes.  When I say no as to the budget,
2    he did it, but under somebody's supervision.
3        Q.  He would prepare the paper.
4        A.  Yes.
5        Q.  And he would be responsible for filing
6    of documents, filing within the company.
7        A.  Of course.
8        Q.  And for sending out correspondence from
9    you?
10       THE WITNESS:  Correct.
11       Q.  Would he be responsible for answering
12   the telephone?
13       THE WITNESS:  Correct.
14       Q.  Did you higher anyone else?
15       A.  Yes, five more people.
16       Q.  And who were they?
17       A.  After that, we hired a secretary that
18   would only do secretarial tasks.
19       Q.  And what was his or her name?
20       A.  I can't remember exactly.  I think it
21   was Juana Maria.

Page 65

1        Q.  And she did secretarial tasks such as
2    typing, answering the telephone, making coffee?
3        A.  And I remember that she also used to do
4    accounting.
5        Q.  What type of accounting?
6        A.  The general accounting of a Spanish
7    firm.  But this is what a secretary can do.  She
8    wasn't making any decisions.
9        Q.  Would she pay bills?
10       A.  She would make the checks and I would
11   sign them.
12       Q.  Would she send out bills, send out
13   invoices?
14       A.  Yes.
15       Q.  Who told her how much to charge?
16       A.  The prices were established in France.
17       Q.  Who else did you hire?
18       A.  After this secretary came another, and
19   several others, but the names, I can't remember.
20       Q.  In addition to the secretary -- in
21   addition to secretaries, who else were -- did you

17 (Pages 62 to 65)

Page 66

1   hire?
2       A.  After that came Ignacio Alvarez.
3       Q.  What job did Ignacio Alvarez have?
4       A.  He was another factotum.
5       Q.  Meaning that he had a number of
6   responsibilities, a number of duties?
7       A.  Correct.
8       Q.  At any time, did he assume
9   responsibility for a particular subject area?
10          MR. BOSTWICK:  Objection, vague.
11      A.  What do you mean, exactly, some --
12      Q.  Well, for example, did Mr. Alvarez
13  focus a substantial portion of his time on
14  preparing contracts or involving himself in
15  issues of price negotiation?
16          MR. BOSTWICK:  Objection, form.
17      A.  That was not his mission.  But I
18  authorized him in some special occasions, having
19  France's authorization.
20      Q.  That is, would you obtain France's
21  authorization for him to do those tasks?

Page 67

1           MR. BOSTWICK:  Objection to form.
2       A.  Can you ask this in another way?
3       Q.  I didn't understand what you said when
4   you referred to France authorized it.
5       A.  France would authorize me and I would
6   authorize him.
7       Q.  Is there a specific activity that you
8   can think of where France authorized Ignacio
9   Alvarez to take?
10          MR. BOSTWICK:  Objection,
11  mischaracterization the.
12      A.  I remember one in particular on March
13  23, 2000.
14      Q.  And what was that?
15      A.  Manufacturing contract.
16      Q.  And what did France authorize
17  Mr. Alvarez to do?
18      A.  Mr. Alvarez stated that he could get a
19  good result in a meeting with Mr. Herrera, and he
20  was authorized to do that.
21      Q.  Explain to me, please, what was the

Page 68

1   meeting, and what did Mr. Alvarez do?
2           MR. BOSTWICK:  Objection, compound.
3       A.  In this case, in the meeting, what
4   Belmac did, the text of this meeting as existing
5   in the documentation.
6       Q.  You're saying that there is a document
7   which recites what happened at this meeting?  Is
8   that what you're telling me?
9       A.  It is not explaining, but it's the
10  actual text of the meeting, which is the
11  contract.
12      Q.  All right.  Well, let's turn to that
13  document.  Just give me a moment, here.
14          Let's have marked as the first exhibit
15  a manufacturing agreement dated March 23, 2000.
16          (Deposition Exhibit No. 1 marked for
17  identification.)
18          MR. STEWART:  And the second exhibit
19  will be -- the translation is "letter of purchase
20  undertaking."
21          (Deposition Exhibit No. X marked for

Page 69

1   identification.)
2           THE INTERPRETER:  That's a different
3   one.  This is incomplete.
4   BY MR. STEWART:
5       Q.  The first question that I have -- you
6   have told me that -- you're referring to Exhibit
7   1; is that right?
8       A.  I insist this is not complete.
9       Q.  What other documents do we need to make
10  the document complete?
11      A.  The other contracts for manufacturing
12  other products that were signed the same date.
13          MR. STEWART:  All right, let's get
14  those.
15          MR. BOSTWICK:  Do you want to go off
16  the record for a moment?
17          MR. STEWART:  Why don't we do that.
18  Sure.  Good idea.
19          THE VIDEOGRAPHER:  The time is
20  12:27:49.  Off the record.
21          (Deposition Exhibit Nos. 3, 4, 5 and 6

18 (Pages 66 to 69)

Page 70

1   marked for identification.)
2        THE VIDEOGRAPHER:  On the record, the
3   time is 12:33:41.
4   BY MR. STEWART:
5        Q.  Mr. De Basilio, while we were off the
6   record, we have marked three -- four more
7   exhibits.  And these are --
8        MR. BOSTWICK:  Quatro.  The only
9   Spanish I know are the numbers.
10  BY MR. STEWART:
11       Q.  Do these manufacturing contracts -- are
12  these the manufacturing contracts that you had in
13  mind when you said that Exhibits 1 and 2 were not
14  complete?
15       A.  Yes, and I can explain to you why I
16  insisted on that.
17       Q.  Yes.  What I would like for you to do
18  is to explain what Mr. -- what was Mr. Alvarez'
19  involvement with respect to the document we have
20  marked as Exhibits 1 through 6, if any.
21       A.  If you notice, these documents are

Page 71

1   different to those documents.
2        Q.  "This documents" meaning Exhibits 4
3   through 6?
4        A.  Yes.
5        Q.  And they are different from Exhibits 1
6   and 2.
7        A.  Yes.
8        Q.  I do notice those differences.
9        MR. BOSTWICK:  Perhaps a point of
10  clarification.  I think you said four through
11  six.  Do you mean three through six?
12       MR. STEWART:  Yes, I meant three
13  through six.  Thank you.
14  BY MR. STEWART:
15       Q.  That's what I meant, yes.  Thank you.
16       And you were going to tell me what
17  involvement Mr. Ignacio Alvarez had in connection
18  with these contracts.
19       A.  As you notice, these are different from
20  these other.  The same which as I was explaining
21  this morning as to how a document works at the

Page 72

1   registry ministry.
2        Q.  I don't understand.
3        A.  The way the dossier registration works
4   in the ministerio --
5        THE WITNESS:  In the agency, the
6   Spanish agency.
7        THE INTERPRETER:  -- in the Spanish
8   Agency for Drugs.  This morning, I explained to
9   you how you have to present the document in the
10  ministry -- in the Spanish Agency for Drugs in
11  order to have a product approved for
12  commercialization.  And in the same fashion, the
13  legislation, the sanitary legislation, obliges
14  you to have a manufacturing contract between the
15  proprietor of the technology, the know-how, and
16  the manufacturer.
17       Q.  Let me interrupt for a minute.  Would
18  you repeat your -- what you have just said?  I
19  didn't understand.
20       A.  What, exactly did you not understand?
21       MR. BOSTWICK:  Do you want to have the

Page 73

1   court reporter read it?
2        MR. STEWART:  Why don't we have the
3   court reporter read back the testimony.
4        (The record was read by the reporter.)
5        (Discussion off the record.)
6        MR. STEWART:  And, I'm sorry, would you
7   have that answer just back one more time?
8   BY MR. STEWART:
9        Q.  Before we continue with my question as
10  to what role -- oh, you hadn't finished your
11  answer?
12       A.  It's a small detail that is still
13  missing.
14       In the same way, the client at which
15  the product is aimed needs a copy of this
16  document.  This is what you put in the boxes of
17  the drugs that you buy in the drugstore and in
18  the brochures.
19       Q.  The package inserts?
20       A.  The package inserts.  Where you explain
21  who is the manufacturer, who is the owner of the

19 (Pages 70 to 73)

JT-A-216

Page 74

1    technology, and as I said, these are different.
2    Ignacio Alvarez went to obtain the signature of
3    one of these.
4        Q.  Which one?
5        A.  Omeprazole.
6        Q.  He went to obtain the signature of
7    Exhibit...
8        A.  One of the documents like the ones from
9    three to six.  But he came back from these two
10   pages, or exhibits one and two.
11       THE WITNESS:  You called them exhibits,
12   so let them call them exhibits.
13       A.  And these are also manufacturing
14   contracts that you regularly sign with all the
15   clients and all the manufacturers, as I have
16   explained.
17       MR. STEWART:  Did you say rarely?  What
18   was it?
19       THE INTERPRETER:  Ordinarily or
20   regularly.
21       MR. STEWART:  Ordinarily.

Page 75

1        THE WITNESS:  Regularly.
2        A.  But in this case, Belmac wanted to
3    impose their particular text.  In these
4    contracts, it is described what each party is
5    going to do.
6        Q.  Are you referring to Exhibit 1?
7        A.  Yes.  If you notice in the third page
8    of Exhibit 1 --
9        Q.  Yes.
10       THE WITNESS:  Page three.
11       A.  It is referred to the patent and the
12   Ethypharm technology for omeprazole.
13       Q.  Have you completed your answer?
14       A.  Yes.
15       Q.  I have several questions.  The first
16   question is, referring to Exhibit 1, is that your
17   signature on page -- and there's a particular
18   date, this particular number, Bel, B-E-L, 000549.
19       A.  Yes.
20       Q.  Is that your initial on the first page
21   of Exhibit 1?

Page 76

1        A.  Yes.
2        Q.  And is that your initial on the third
3    page of Exhibit 1?
4        A.  Yes.
5        Q.  Now, first, did you have any
6    discussions with Adolfo Herrera with respect to
7    the terms that are listed A through H on Exhibit
8    1?
9        A.  Yes.
10       Q.  And tell me the discussion -- tell me
11   what discussions you had with Mr. Herrera
12   regarding these terms.
13       A.  First of all, I stated that I was in
14   disagreement, because this was a matter of
15   contracts that were normally done on the regular
16   activities, and I didn't agree, the fact that
17   they were being changed.
18       Q.  And what did he say to that?
19       A.  I can't remember.
20       Q.  When did you have this discussion?
21       A.  I don't remember.  What I do remember

Page 77

1    in particular is point number E, which we
2    disagree, and that's why we sign the -- that I
3    was in total disagreement, and that's why we
4    signed the letter of agreement -- letter of
5    purchase, commitment to purchase, which is my
6    exhibit number two.  And we signed that the same
7    day.
8        Q.  My question is, can you tell me the
9    date on which you had the discussion with
10   Mr. Herrera regarding your disagreement.
11       A.  I can't remember, but we signed all the
12   documents on the 23rd.  It was probably the same
13   day that we had the discussion.
14       Q.  Was your discussion in person or by
15   telephone?
16       A.  I'm not totally certain that it was in
17   person.  Could have been over the phone.
18       Q.  So you don't remember?
19       A.  (Witness shakes head.)
20       Q.  Was Mr. Alvarez a participant in that
21   discussion?

20 (Pages 74 to 77)

Page 78

1    A.  Mr. Alvarez went to eat with
2  Mr. Herrera. They went together.
3    Q.  On what date?
4    A.  Probably it would have been the same
5  day.
6    Q.  Are you guessing or do you know?
7    A.  I don't know.
8    Q.  All right. So my question is, did
9  Mr. Alvarez participate in this discussion that
10  you had with Mr. Herrera?
11    A.  As I said, Mr. Alvarez volunteered to
12  go to this meal --
13    THE WITNESS: Lunch.
14    THE INTERPRETER: -- luncheon, in order
15  to obtain one of those documents like the ones
16  Exhibit 3 to 6.
17    His exact words were, "Let it to me,"
18  that "I can arrange it."
19    Q.  So Mr. Alvarez went to obtain the
20  contracts that we have marked as Exhibit 3
21  through 6; is that correct?

Page 79

1    MR. BOSTWICK: Objection,
2  recharacterization.
3    A.  He went to get the contract for
4  omeprazole, that it would be the same as 3 to 6,
5  documents 3 to 6. And I must say that we had
6  been discussing this issue for several months.
7    Q.  So you sent -- did you send Mr. -- you
8  agree that Mr. Alvarez could go and obtain the
9  contracts for -- that have been marked as Exhibit
10  3 through 6 and the contracts for omeprazole that
11  we have marked as Exhibits 1 and 2; is that
12  right?
13    MR. BOSTWICK: Objection.
14  Mischaracterization.
15    A.  No. No.
16    Q.  Tell me why that's not correct.
17    A.  These contracts are the regular
18  contracts that are used for any manufacturing
19  contract, and were provided by France. The ones
20  that are 3 through 6.
21    Q.  And those are the 3 through 6, right?

Page 80

1  Is that correct?
2    MR. BOSTWICK: I don't think you got an
3  answer from him on that.
4    Q.  Is that correct?
5    THE INTERPRETER: I just stated the
6  answer, what he just reiterated. He said it. He
7  implied it in the reply.
8    THE WITNESS: I'm lost now.
9    MR. STEWART: Let me have the reporter
10  read back the question and the answer, and --
11  please.
12    (The record was read by the reporter.)
13    MR. STEWART: So the witness testifies
14  that's correct.
15    MR. BOSTWICK: My mistake.
16  BY MR. STEWART:
17    Q.  Is it your testimony that Ignacio
18  Alvarez returned from his meeting with -- his
19  luncheon meeting with Mr. Herrera with Exhibits 3
20  through 6?
21    A.  I don't remember, but I don't think

Page 81

1  that that is the important thing that Mr. Alvarez
2  went to do at that luncheon. I do know that that
3  wasn't the important issue. The important issue
4  was this.
5    Q.  By "this," mean Exhibits 1 and 2.
6    A.  Yes.
7    Q.  We will get along faster if you answer
8  my question, okay? So my question is --
9    MR. BOSTWICK: Objection,
10  argumentative.
11  BY MR. STEWART:
12    Q.  My question is, did Mr. Alvarez return
13  from his luncheon with Mr. Herrera with Exhibits
14  3 through 6?
15    A.  I can't remember.
16    Q.  Did you sign Exhibit 3 through 6 before
17  Mr. Herrera signed Exhibits 3 through 6?
18    A.  I can't remember.
19    Q.  Did you sign after Mr. Herrera signed
20  Exhibits 3 through 6?
21    A.  I can't remember.

21 (Pages 78 to 81)

JT-A-218

Page 82

1   Q.  Can we agree that it is Mr. Herrera's
2   signature that appears on Exhibits 3 through 6?
3       A.  Yes.
4       Q.  Did Mr. Alvarez come see you with
5   the -- let me withdraw that.
6           Explain to me how -- your best
7   recollection as to how Exhibits 3 through 6 came
8   to be signed.
9       A.  I authorized Ignacio Alvarez to attend
10  that luncheon with the sole purpose to obtain a
11  manufacturing contract for omeprazole, and he
12  came back from the luncheon with this proposal,
13  which is different what we wanted to sign.
14      Q.  You said he came back with a proposal.
15  Do you mean he came back with Exhibits 1 and 2?
16      A.  First of all, to the one.
17          THE WITNESS:  Exhibit 1.
18          THE INTERPRETER:  Exhibit 1.
19      Q.  He came back with Exhibit 1; is that
20  what your testimony is?
21      A.  Yes.

Page 83

1       Q.  And was that document signed by
2   Mr. Alvarez?  I'm sorry, I misspoke.  Was Exhibit
3   1, when he came back, was that signed by
4   Mr. Herrera?
5       A.  I can't remember.  I can't remember who
6   signed first.
7       Q.  So you may have signed Exhibit 1 and
8   gave it to Mr. Alvarez to give to Mr. Herrera; is
9   that right?
10      A.  No.  That, I am sure I did not, because
11  I didn't like that document, and that possibility
12  is --
13          THE WITNESS:  Very unreasonable.
14          THE INTERPRETER:  -- very unreasonable.
15      Q.  So tell me, did Mr. Alvarez, when you
16  sent him to lunch with Mr. Herrera, have any
17  document with him?
18      A.  That detail, I do not remember.  I can
19  tell you what I do remember, but those details, I
20  do not remember.
21      Q.  All right.  And do you remember -- let

Page 84

1   me withdraw that.
2           Referring now to Exhibit 1, is it your
3   testimony that Mr. Ignacio Alvarez came back to
4   you after he had lunch with Mr. Herrera with a
5   copy of what is now Exhibit 1?
6       A.  That is what I vaguely remember
7   happening.
8       Q.  And was the Exhibit 1 signed by both
9   you and Mr. Herrera when you got the document
10  back?
11          MR. BOSTWICK:  Objection, vague.
12          MR. STEWART:  Let me try it again.
13  I'll withdraw the question.
14      Q.  When Mr. Alvarez came back to you with
15  the document we have marked as Exhibit 1, did the
16  signature of -- was the signature of Mr. Alvarez
17  on that document?
18          MR. BOSTWICK:  Objection.  Asked and
19  answered.
20      A.  I already answered that.
21      Q.  And the answer is?

Page 85

1       A.  That I don't remember.
2       Q.  And was your signature on that
3   document?
4       A.  I don't remember that, either, but it
5   would be highly improbable that I signed that
6   document first.
7       Q.  Why?
8       A.  Because I disagree with item number E.
9       Q.  Tell me, then, when did you sign the
10  document?  When did you sign Exhibit 1?
11      A.  When I was certain that what was stated
12  in item number E was being nullified.
13      Q.  And when were you certain of that?
14      A.  When I had both documents in front of
15  me.
16      Q.  Let's take a look at Exhibit 2.
17          Before we talk about Exhibit 2, is it
18  your testimony that Mr. Alvarez returned after
19  the lunch with Mr. Herrera only with Exhibit 1?
20      A.  That is according to my remembrance.
21      Q.  Who made Exhibit 2?

22 (Pages 82 to 85)

Page 86

1       MR. BOSTWICK: I will object for
2 vagueness.
3       A. I don't remember.
4       Q. I see that Exhibit 2 is on the -- has
5 the letterhead of Ethypharm.
6       A. I can imagine that that's what
7 happened.
8       Q. That is, you can imagine that Ethypharm
9 drafted Exhibit 2?
10      A. Most assuredly, in not accepting the
11 item E, I must have elaborated this.
12      Q. You must have elaborated this?
13      A. Yes.
14      Q. And by "this," you mean Exhibit 2?
15      A. But that is a conclusion that I arrive
16 at looking at my logo. It's present on the
17 letterhead.
18      (Discussion off the record.)
19 BY MR. STEWART:
20      Q. Mr. De Basilio, look at Exhibit 2, and
21 on the first page, there is a date. Do you see

Page 87

1 it?
2       A. Yes.
3       Q. And can you tell me in whose
4 handwriting that date appears?
5       A. It's mine.
6       Q. And can you tell me whether this
7 Exhibit 2 was prepared on the same day --
8 sorry -- let me withdraw that. When was exhibit
9 2 prepared, drafted -- let me withdrawn it again.
10 When was Exhibit 2 drafted?
11      A. I can't remember.
12      Q. Explain to me why you believe that
13 Exhibit 2 nullifies the language that you don't
14 like in paragraph E in Exhibit 1.
15      A. These contracts are manufacturing
16 contracts. They are -- you request from third
17 parties in which you deliver the technology and
18 the know-how for the manufacturing to the
19 manufacturer. In fact, in the annex appears the
20 patent of Ethypharm for omeprazole, and it's a
21 contract that is only valid in the period which

Page 88

1 it's established there.
2       So therefore, in the item number E
3 states each contract would not limit the
4 fabrication of a product by Belmac for its own
5 market and that of its clients.
6       So we could not leave open the
7 possibility that Belmac was going to produce with
8 our technology its own desire with no
9 limitations. So therefore, in the compromise
10 letter --
11      Q. When you say compromise letter, what is
12 the translation?
13      THE INTERPRETER: Commitment letter.
14      MR. STEWART: Commitment. Okay. We
15 have to be careful in how we translate. The
16 commitment letter. The purchase commitment; is
17 that right? I'm sorry.
18      THE INTERPRETER: Yeah, the purchase
19 commitment.
20      MR. STEWART: Let me have it from the
21 witness.

Page 89

1       Q. Would you please read the title of
2 Exhibit 2?
3       A. Purchase Commitment Letter.
4       MR. STEWART: Thank you.
5       MR. BOSTWICK: And, of course, no one
6 is necessarily agreeing or disagreeing to the
7 exact translation. It says what it says in
8 Spanish, and we can fight over that later if we
9 desire, correct?
10      MR. STEWART: Well, I'll let the
11 witness' testimony stand, and this translator has
12 translated as he believes and as he is sworn to
13 translate.
14      THE INTERPRETER: I actually stand
15 corrected. I can tell you exactly the difference
16 between "compromise" and "commitment." It was a
17 quick mistranslation. I stand corrected.
18      Q. Please continue.
19      MR. BOSTWICK: My comment stands.
20      A. So in this letter of purchase
21 commitment, Belmac is committed to buy

23 (Pages 86 to 89)

Page 90

1  exclusively from Ethypharm its needs and those of
2  their clients whenever and if Ethypharm would
3  guarantee the supply in the way that it had and
4  in the time that had been established in the
5  purchase orders and to the prices that are
6  competitive in the market and the manufacturing
7  the product, omeprazole microgranules as done by
8  Belmac in their installations.
9      Q.  Just two more questions, and then we
10  will break.
11      A.  And I must add something else here.
12      Q.  Why don't you add something else.  Go
13  ahead.
14      A.  I asked France for authorization, you
15  know, to sign these letters.
16      Q.  And France gave you that authorization?
17      A.  They complained a lot, but since they
18  were necessary for us to supply our clients, it
19  wasn't that important, so we signed.
20      Q.  So we're clear, Ethypharm France
21  authorized you to sign Exhibit 1, correct?

Page 91

1      A.  Yes, correct.
2      Q.  And Ethypharm France authorized you to
3  sign Exhibit 2; is that correct?
4      A.  Correct.
5      MR. STEWART:  This is the last one
6  before the break.
7      Q.  I'm going to read to you a translation
8  of paragraph 1 of Exhibit 2.
9      "Belmac undertakes to exclusively
10  purchase its own needs and that of its clients
11  from Ethypharm on the proviso that Ethypharm
12  guarantees that said supply will occur in the
13  time and manner established in purchase orders
14  and at competitive market prices and that the
15  manufacturer of the product (microgranules of
16  omeprazole) will be performed by Belmac in its
17  own installations."
18      Have I read that correctly?
19      A.  Yes.
20      Q.  And it is Exhibit 2 that you believe to
21  nullify the language in Exhibit E that you

Page 92

1  disagree with; is that correct?
2      A.  Could have occasions in other parts,
3  but in principle, what we were concerned with was
4  this item number E.
5      Q.  But it is Exhibit 2 and the language
6  which I have just read that you understand to
7  have nullified the language in Exhibit E -- the
8  language in paragraph E of Exhibit 1.
9      A.  The first part of paragraph E that we
10  haven't read is also nullified with this text.
11      MR. STEWART:  Why don't we take a
12  break.
13      THE VIDEOGRAPHER:  The time is
14  13:23:02.  Off the record.
15      (Lunch recess.)
16      THE VIDEOGRAPHER:  On the record.  The
17  time is 14:28:54.
18  BY MR. STEWART:
19      Q.  Good afternoon, Mr. De Basilio.
20      A.  Good afternoon.
21      Q.  I would like you to turn to Exhibit 1,

Page 93

1  and the second page of the document.
2      Now, in this morning's testimony you
3  told us that you disagreed with the -- a portion
4  of the last sentence in paragraph E.  Would you
5  please read that last sentence?
6      MR. BOSTWICK:  To himself, or --
7      MR. STEWART:  No, out loud, please.
8      MR. BOSTWICK:  In Spanish?
9      Q.  In Spanish, yes.  In Spanish, and then
10  I would like our translator to translate that.
11      A.  "This contract would not limit the
12  manufacturing of a product on the part of Belmac
13  for its own market and that of their clients."
14      Q.  Now, was there -- were there other
15  parts of Exhibit 1 that you disagreed with?
16      A.  This morning I had answered that I did
17  not remember.
18      Q.  As you look at the document today, is
19  your memory refreshed?
20      A.  You want me to read it?
21      Q.  Yes, please.

Page 94

1    A.  Should I read page three, too?
2    Q.  Yes.
3        And your answer?
4    A.  I'm not as expert in these matters, but
5  think the other parts are not related.
6    Q.  So as you sit here today, is it fair to
7  say that the only part of Exhibit 1 that you
8  presently recollect you disagreed with was the
9  last sentence in paragraph E?
10    A.  Yes, making the observation that as I
11  said this morning, what I wanted to have signed
12  was a contract similar to those in Exhibits 3 to
13  6.
14    Q.  But for the reasons that you have
15  stated earlier, you nonetheless signed Exhibit 1,
16  correct?
17    THE WITNESS:  Correct.
18    A.  Correct.
19    Q.  When Ignacio Alvarez went to the
20  meeting with Adolfo Herrera that you told us
21  about and came back to you with Exhibits 1 and 2,

Page 95

1  as well as Exhibits 3 through 6 --
2    A.  I did not say that.
3    Q.  Please correct me.
4    A.  The purpose of that meeting was to
5  obtain a document that was similar to documents 3
6  to 6, and he failed.
7    Q.  So are you telling us that you sent
8  Ignacio Alvarez to meet with Adolfo Herrera to
9  negotiate the -- to negotiate Exhibits 1 and 2?
10    A.  What I have said this morning is that I
11  authorized Ignacio Alvarez to go and try to
12  obtain a contract, and he, himself, offered for
13  that.
14    Q.  In what sense, though -- what was --
15    A.  And the result of that was that he came
16  back with a proposal that is shown as Exhibit
17  number 1.  But I am not saying that it was
18  exactly at that moment.
19    Q.  That is, he did not come back,
20  necessarily, with Exhibit 1?
21    A.  I have said this morning that I

Page 96

1  wasn't -- that I didn't remember those details.
2  I can imagine that he came back with some notes,
3  or pain with the document.
4    Q.  You say that you --
5    A.  The document that was provided by
6  Belmac.
7    Q.  Did you say that you can -- that you
8  believe he came back with the document?
9    A.  It could be.
10    Q.  Did you have a conversation with Adolfo
11  Herrera regarding the language that you objected
12  to in Exhibit -- in paragraph E of the
13  manufacturing agreement, Exhibit 1?
14    MR. BOSTWICK:  Objection, asked and
15  answered.
16    A.  Evidently, I have probably told Ignacio
17  Alvarez to go and negotiate an agreement at this
18  specific point, and that he came back with the
19  document and then I told him to go back and
20  renegotiate it, or maybe I renegotiated it with
21  Belmac or with Mr. Loferrera (phonetic), but it's

Page 97

1  been so long that these type of details, I cannot
2  remember.
3    MR. BOSTWICK:  Craig, may I make a
4  suggestion to the witness?
5    MR. STEWART:  Sure.
6    MR. BOSTWICK:  Craig told you at the
7  beginning to try give shorter sentences so the --
8  so that the translator would have an opportunity
9  to make an accurate translation.  So if you have
10  a longer answer, that's fine, but if you would
11  break it into shorter blocks so that we're sure
12  we're hearing everything you're saying.
13    Do you understand?
14    THE INTERPRETER:  What happens is that
15  you are -- I understand that need to make sure of
16  the answers, but you are asking about details
17  that he had already said that he didn't remember,
18  and you -- in your attempt to clarify it and
19  insist on the details, even though I had an
20  excellent salad, it's almost impossible that I
21  can remember.

25 (Pages 94 to 97)

JT-A-222

Page 98

1    MR. BOSTWICK: Smaller sentences is the
2  point. Shorter sentences for the translator is
3  the point.
4  BY MR. STEWART:
5    Q.  Okay. Tell me, please, in as much
6  detail as you can remember, any conversations you
7  had with anyone at Ethypharm -- Ethypharm
8  France -- concerning your disagreement with
9  Exhibit -- with the last sentence in paragraph E
10  of Exhibit 1.
11    MR. BOSTWICK: And I will interpose an
12  instruction, which is, please do not include
13  legal discussions that you had with Roseline
14  Joanesse, if any.
15    Q.  To that point, I would ask that I
16  don't -- I am not entitled to know the substance
17  of that conversation, but I would like to know
18  whether -- just the fact of whether you had a
19  conversation with Ms. Joanesse.
20    A.  I totally agree. And there was another
21  person.

Page 99

1    Q.  I'm sorry, what did you totally agree
2  with?
3    A.  That I talked to Roseline Joanesse.
4    Q.  Was this after you signed the document,
5  or before?
6    A.  Logically, before.
7    Q.  Okay. And who else did you talk to?
8    A.  With Mr. Pierre Germain.
9    Q.  And who was present when you talked to
10  Mr. Germain, if anyone?
11    A.  We talked to on several occasions with
12  Mr. Germain, and in one of those, he agreed in
13  signing these documents, because the most
14  important thing on this issue was the commercial
15  agreement that related from this.
16    Q.  The commercial agreement was --
17    A.  Exhibit number 2. In the second page,
18  we have negotiated prices for the jobs that we
19  were charging to Belmac.
20    Q.  You're referring now to --
21    THE WITNESS: Page number two, Exhibit

Page 100

1  2.
2    A.  I refer to page number two, Exhibit
3  number 2.
4    Q.  Did you talk to anyone else at
5  Ethypharm, either Ethypharm Spain or Ethypharm
6  France?
7    A.  On one of the occasions that I spoke
8  Mr. Germain, Mr. Philippe Boudal and Yves Liorzou
9  were present.
10    Q.  Who was Mr. Boudal?
11    A.  The chief of --
12    THE WITNESS: Plant manager.
13    THE INTERPRETER: -- floor manager.
14    Q.  Plant manager? Was that plant manager?
15    A.  Yes.
16    Q.  And Mr. Liorzou?
17    A.  Mr. Liorzou.
18    Q.  Who was he?
19    A.  Trade director.
20    Q.  Of Ethypharm France?
21    A.  Yes, Ethypharm France.

Page 101

1    Q.  Was there anything else that you recall
2  that Mr. Germain said with respect to the
3  manufacturing agreement which we have identified
4  as Exhibit 1?
5    A.  Yes, something very graphic. He made
6  very happy gestures about the signing of this
7  trade agreement.
8    Q.  What was your understanding as to why
9  Mr. Germain was so happy?
10    A.  The business of omeprazole was growing
11  more and more.
12    Q.  And is it fair to say that Ethypharm
13  had a customer for omeprazole for at least two
14  years?
15    A.  It seemed like that, yes. But not only
16  one client; there were several others.
17    . I can say more about why he was so
18  happy. He asked how many lots -- batches were
19  being sold, and he did the arithmetic on the
20  sheet and he saw that there were many.
21    Q.  Being sold to Belmac? Being sold to

26 (Pages 98 to 101)

JT-A-223

Page 102

1 Laborotorios Belmac?
2    A.  An important part of it.
3    Q.  Have you now told us everything that
4 you can recall that Mr. Germain said with respect
5 to the manufacturing agreement and the purchase
6 letter undertaking?
7    A.  Yes, what I remember is that.
8    Q.  Did you speak with anyone other than
9 Adolfo Herrera at Laborotorios Belmac with
10 respect to the manufacturing agreement, Exhibit
11 1?
12    A.  No.  This is a contract of
13 manufacturing by a third party, and the person
14 who signs this is generally the technical
15 director or the director for manufacturing.  It
16 is a local contractor.
17    Q.  Did you speak to Jim Murphy with
18 respect to Exhibit 1 or Exhibit 2?
19    A.  No, but I understand that Adolfo
20 Herrera spoke with Jim Murphy on this delicate
21 subject.

Page 103

1    Q.  And were do you have that understanding
2 from?
3    A.  The conversations between Mr. Herrera
4 and Mr. Murphy were continuous, and this was
5 something that most probably was spoken to with
6 him.
7    Q.  Did Mr. Herrera tell you that he had
8 talked to Jim Murphy regarding the manufacturing
9 agreement or the purchase letter agreement?
10    A.  I don't remember in this moment in
11 particular, but I assume so, because I was in
12 constant communication with him.
13    Q.  With who?
14    A.  Mr. Murphy.
15    THE WITNESS:  He was in contact.
16    THE INTERPRETER:  Mr. Herrera was in
17 contact with Mr. Murphy.
18    Q.  You were not in constant communication
19 with Mr. Murphy, were you?
20    A.  At that moment, no.
21    Q.  And you did not have a conversation

Page 104

1 with Mr. Murphy regarding Exhibit 1 or Exhibit 2,
2 did you?
3    A.  No, because this is an issue that is
4 solved locally.  It's a local manufacturing
5 agreement that has to be signed by the people
6 involved at the local level.
7    Q.  Now, you disagreed strongly with the
8 last sentence in Exhibit -- last sentence in
9 paragraph E of the manufacturing agreement,
10 correct?
11    MR. BOSTWICK:  Objection,
12 mischaracterization.
13    A.  As I said repeatedly, not only with
14 that paragraph, but the contract as a whole.
15    Q.  Tell me why you didn't call Jim Murphy
16 to complain that Adolfo Herrera was being
17 unreasonable.
18    A.  Mr. Murphy was in contact with the main
19 office to deal with these issues, and at this
20 point I do not remember having talked with him
21 about this.  Almost certainly I didn't talk to

Page 105

1 Mr. Murphy, but this is a case that was dealt
2 with with France.
3    Q.  Are you telling me that someone at
4 Ethypharm France talked to Mr. Murphy about
5 Exhibit 1, the manufacturing agreement?
6    A.  Yes, because there were meetings
7 previous to the meeting and meeting afterwards.
8 And there were remarks about the lack of
9 signatures of these contracts that are necessary
10 for the commercial work.
11    Q.  There is no -- the Exhibit 1 has two
12 signatures on it, does it not?
13    A.  Yes.
14    Q.  Yours and Adolfo Herrera's, correct?
15    A.  Yeah.  That's what's necessary.
16    Q.  Right.  So I want you to tell me any
17 person at Ethypharm France who spoke to Jim
18 Murphy regarding Ethypharm's disagreement with
19 the contract that was signed by you and Adolfo
20 Herrera on March 23, 2000.
21    A.  Specifically, Mr. LeDuc, in a meeting

27 (Pages 102 to 105)

JT-A-224

Page 106

1   in Paris.
2       Q.  What was the date of that meeting?
3       A.  Some months later.  It was a
4   certificate that Mr. LeDuc asked Mr. Murphy to
5   sign, and he agreed to sign it, because we had
6   years trying to reach a contract, a big contract,
7   and the only thing that we were getting were
8   different agreements, among which they all
9   recognized that they would use our technology,
10  our product, and we were asking them to respect
11  the GMP norms, as we saw this morning.
12      Q.  Well, you didn't answer my question,
13  but we have to go off.
14      THE VIDEOGRAPHER:  This ends tape
15  number two of the De Basilio deposition.  The
16  time is 15:03:47.  Off the record.
17      (The record was read by the reporter.)
18      THE VIDEOGRAPHER:  On the record with
19  tape number three of the testimony of Adolfo De
20  Basilio in the matter of Ethypharm versus Bentley
21  Pharmaceuticals.  The date is August 2nd, 2006.

Page 107

1   The time is 15:06:36.
2   BY MR. STEWART:
3       Q.  Mr. De Basilio, before the tape change,
4   I had asked you a question as to when this --
5   when Mr. LeDuc or when Mr. LeDuc had spoken to
6   Jim Murphy regarding the manufacturing agreement
7   that you and Mr. Herrera signed on March 23,
8   2000, and you replied that it was some months
9   later.  Is that your testimony?
10      A.  It's not exactly.  The exact question
11  is if he had talked to him about this specific
12  contract.  I didn't say two months, I said "only
13  months."  The question was if he had spoken with
14  him, and he said that he spoke with him before
15  and after this problem.
16      MR. BOSTWICK:  Can I just, before we go
17  on, I need to interpose a transcription
18  objection.
19      Right before the break, I thought the
20  translator said "would not," and the translation
21  said "would," but we can hear it on the tape

Page 108

1   originally.
2   BY MR. STEWART:
3       Q.  Are you telling us that Gerard LeDuc
4   had a discussion with Jim Murphy regarding the
5   manufacturing agreement that we have marked as
6   Exhibit 1 before you signed it?
7       A.  Exhibit number one?
8       Q.  Yes.  Sir, the answer is?
9       A.  What -- the answer is that what Mr.
10  LeDuc had discussed is the need for the signature
11  for all the manufacturing contracts of
12  omeprazole, including omeprazole.
13      Q.  What I was -- I didn't ask you about
14  all of the contracts, I asked you specifically
15  about Exhibit 1.  That was my intention.
16      A.  The result of the several discussions
17  in order to obtain the signature of these
18  contracts ended in the signature of this contract
19  that was not acceptable.
20      Later, once it was signed, it came back
21  to the same issue that we continue to -- not to

Page 109

1   have a contract about our relationship.
2       Q.  Let me ask you the question.  To your
3   knowledge, did Mr. LeDuc see Exhibit 1 at or
4   around March 23 of 2000?
5       A.  Yes.
6       Q.  And if Mr. LeDuc denied ever seeing
7   that document, then he would be mistaken; is that
8   your position?
9       A.  Yes, because I don't know if I can talk
10  about Roseline Joanesse.
11      MR. BOSTWICK:  No.
12      Q.  Not the substance, but...
13      A.  I would need to to explain the answer.
14      Q.  Well, let me try it.
15      Was there a meeting with Mr. Herrera,
16  yourself and other people from Ethypharm and from
17  Belmac at which Exhibit 1 was mentioned?
18      A.  Which Ethypharm?
19      Q.  Ethypharm Spain -- Ethypharm France.
20      A.  The document was discussed with Adolfo
21  Herrera and with Ignacio Alvarez of Ethypharm

28 (Pages 106 to 109)

Page 110

1  Spain, but I do not remember having discussed it
2  with anybody in France.
3      THE WITNESS: No.
4      THE INTERPRETER: Oh, that I don't
5  remember that Mr. Herrera had discussed it with
6  anybody in France.
7      Q. Was there a time that Ms. Joanesse was
8  present at a meeting with Mr. LeDuc where Exhibit
9  1 was discussed?
10     MR. BOSTWICK: And you should just
11 answer that yes or no. He's not asking for the
12 substance of that discussion.
13     A. I could not know that. It was in
14 France. But I imagine, yes.
15     Q. The meeting that Mr. LeDuc had with Jim
16 Murphy occurred several months after you signed
17 Exhibit 1 with Mr. Herrera; is that correct?
18     A. That's what I have said, before and
19 after.
20     Q. And the meeting with -- the meeting
21 before the contract, Exhibit 1, was signed, did

Page 111

1  that meeting specifically concern a draft of
2  Exhibit 1?
3      A. No, this was produced that day and in
4  and around that day. The intentionality for
5  signature of the contracts that were being
6  considered were the documents like the documents
7  in Exhibits 3 to 6.
8      Q. Now, you told us about a communication
9  that you had with Mr. Germain concerning Exhibit
10 1. Do you recall that testimony?
11     A. Yes.
12     Q. And forgive me if I have asked you
13 this, but I don't quite remember. Was that
14 communication in a meeting with Mr. Germain?
15     A. I have told you that it was either by
16 phone or an e-mail, and later in a meeting face
17 to face in Madrid.
18     Q. And tell me, please, when those
19 communications took place, the approximate dates.
20     MR. BOSTWICK: Objection, ambiguous.
21     A. Around the 23rd.

Page 112

1      Q. Now, in your testimony earlier, you
2  told us that Exhibit 1 is the type of contract
3  that is submitted to the Spanish drug agency in
4  order to obtain authorization.
5      A. No. This is a requirement you have to
6  sign in order to abide by the legislation. And
7  the ones concerned is the client and the
8  manufacturer.
9      Q. Just so I understand the situation in
10 March of 2000, look at the first page of Exhibit
11 1, and paragraph one, under the title "Recitals."
12 And I'm going to read my English translation of
13 paragraph one.
14     "Belmac is registered in the medicine
15 Spanish agency with the number 3.150-E to
16 manufacture and commercialize pharmaceutical
17 products." Is that an accurate translation, in
18 your judgment, as to what is said?
19     A. What the translator thinks, I would say
20 I agree. And me, too.
21     Q. And is that a true statement?

Page 113

1      A. I hope so.
2      Q. When did Laborotorios Belmac receive
3  authorization from the Spanish drug agency to
4  manufacture and commercialize omeprazole?
5      MR. BOSTWICK: Objection. That's not
6  what it says.
7      A. Do you understand what the meaning of
8  this?
9      Q. Perhaps I do not.
10     A. Do you want me to explain it to you?
11     Q. Yes, please.
12     A. This means that Belmac is registered in
13 the sanitary ministry, or Spanish Agency for
14 Drugs, and could manufacture according to the
15 1992 Spanish law that is mentioned in paragraph
16 number three.
17     By the way, in order to make this
18 manufacturing agreement, we gave him all the
19 necessary documentation that they needed to
20 obtain the authorization.
21     There is a signed document from

29 (Pages 110 to 113)

JT-A-226

Page 114

1    November of many years ago which states that they
2    have received all the necessary documentation for
3    the manufacturing of the drug.
4        Belmac was a laboratory with little
5    experience. At that time, it was called
6    Gremapharm, and when it was bought by Belmac
7    Corporation, Belmac United States, we provided
8    all the documentation so that they could obtain
9    this authorization.
10        It would be interesting to see that
11    document, because it could be important.
12        Q. I would be happy to -- we would be
13    happy to show you that; I have in mind showing
14    you that, but what I -- but what I want to know
15    simply is whether Belmac, through the material
16    that Ethypharm provided, obtained authorization
17    to manufacture and commercialize omeprazole.
18        A. That is not exactly. One thing is
19    registering omeprazole and the other is the
20    authorization to manufacture any product.
21        Q. The other to commercialize, or

Page 115

1    manufacture?
2        A. In the pharmaceutical industry, there
3    are several options. You can be the holder of an
4    authorization, you can be a storage facility or
5    storage holder, you could be a commercialization
6    agent or you can be a manufacturer. And I don't
7    know if I neglect any other possibility.
8        What Belmac obtained with our
9    documentation was the possibility of
10    manufacturing. And, by the other hand, we gave
11    them the necessary documentation so that they
12    could be the holders of omeprazole.
13        Q. What does "holders" mean?
14        A. The registering documentation, as I
15    explained this morning, is submitted to the
16    sanitary ministry with the name of the laboratory
17    that is to commercialize it. And once he obtains
18    the authorization, he becomes the holder.
19        Q. And Belmac became -- as you describe,
20    Belmac became a holder; is that correct?
21        A. Correct.

Page 116

1        Q. Now, Ethypharm did not have a
2    manufacturing facility in Spain; is that correct?
3        A. Correct.
4        Q. Is that the reason or the main reason
5    why Ethypharm did not itself become a holder?
6        A. I'm afraid that you are confusing. I
7    need to explain to you a little before that.
8        Q. Please.
9        A. The holder of the commercialization
10    authorization, we are clear that this was Belmac. Yes.
11        Q. Yes.
12        A. Ethypharm does not want to
13    commercialize products, because we don't want to
14    enter in competition with our own clients. So we
15    are the holders of 1200 registers.
16        Q. 1200 registered --
17        THE WITNESS: Products.
18        THE INTERPRETER: Registered products.
19    But our clients are the ones who commercialize
20    them.
21        Q. Okay.

Page 117

1        A. And coming back to the initial
2    question, Ethypharm did not have a plant in
3    Spain, but that wasn't the important -- or the
4    main reason.
5        The most important reason was that
6    omeprazole was patented in France and we could
7    not manufacture it in the facilities of Ethypharm
8    France. So we went to Spain with all of our
9    know-how and documentation. And I, myself, built
10    the facility of Belmac.
11        MR. BOSTWICK: Just a comment. A lot
12    of this in the last ten minutes or so is, I think
13    clearly, phase two material. It arose because
14    you were talking about the contract, which is a
15    phase one issue, but I would ask that we move
16    away from the specifics of know-how and
17    registration and issues that are more
18    appropriately addressed in phase two.
19        MR. STEWART: This is background to a
20    follow-up question which I'm going to ask, but --
21        A. I believe that you're right in asking.

30 (Pages 114 to 117)

JT-A-227

Page 118

1     THE WITNESS: Sorry.
2         MR. STEWART: I understand the --
3     A. It is very complicated, the issue of
4  registry.
5         MR. STEWART: I think you will find
6  that I'm not going to get into detail with
7  respect to some of these points, notwithstanding
8  that Mr. De Basilio is kind enough to give me the
9  explanation.
10        MR. BOSTWICK: And disagrees with his
11 attorney.
12        MR. STEWART: And disagrees with his
13 attorney. Which is always a good idea.
14        THE WITNESS: Sorry.
15 BY MR. STEWART:
16    Q. So that I understand, why was Ethypharm
17 France unable to manufacture omeprazole in France
18 if?
19    A. Not that they couldn't do it, but the
20 issue was that there was a patent and they cannot
21 violate that patent.

Page 119

1     Q. So that Ethypharm needed a
2  manufacturing facility in Spain in order to
3  manufacture omeprazole; is that correct?
4     A. Correct.
5     Q. And am I correct that Laborotorios
6  Belmac had to receive authorization from the
7  Spanish drug agency in order to manufacture
8  omeprazole with Ethypharm's equipment and
9  technology?
10    A. Of course. That's the law.
11    Q. And Laborotorios Belmac received that
12 authorization; is that correct?
13    A. True.
14    Q. And it was important that Belmac
15 receive that authorization in order for Ethypharm
16 to have a supply of omeprazole; is that correct?
17    A. Of course. That's obvious.
18    Q. Okay. Now, you are aware -- you
19 obviously are aware that Laborotorios Belmac is a
20 subsidiary of an American company, correct?
21    A. What do you mean, subsidiary?

Page 120

1     Q. That it is owned by an American
2  company.
3     A. Yes.
4     Q. And can we agree that -- let me
5  withdraw that.
6         Can we agree that Laborotorios Belmac
7  was owned by a company called Belmac Corporation?
8     A. Yes.
9     Q. And that Belmac Corporation changed its
10 name to Bentley Pharmaceuticals, Incorporated?
11    A. At that time, I was in constant
12 communication with Mr. Murphy.
13    Q. Now, to your knowledge, Bentley
14 Pharmaceuticals, Incorporated, never had a
15 manufacturing facility in Spain, correct?
16        MR. BOSTWICK: Objection to form.
17    A. I don't understand the question.
18 BY MR. STEWART:
19    Q. We know that Laborotorios Belmac had a
20 manufacturing facility in Saragosa, correct?
21    A. Yes.

Page 121

1     Q. And Laborotorios Belmac had the
2  authorization from the Spanish drug agency,
3  correct?
4     A. Like any other laboratory.
5     Q. Bentley Pharmaceuticals, the parent
6  company, never received any authorization from
7  the Spanish drug agency to manufacture
8  pharmaceutical products; is that correct?
9     A. I cannot know that.
10    Q. Have you ever heard that Bentley, the
11 parent company, was authorized to manufacture
12 pharmaceuticals in Spain?
13    A. I saw in a book the other day something
14 that said Bentley API, and -- and that probably
15 means that they have a factory in Spain.
16    Q. Could Ethypharm France manufacture
17 omeprazole in Spain?
18    A. They do not have a plant in Spain.
19 They cannot.
20    Q. And unless Ethypharm France had a plant
21 in Spain, they can't manufacture.

31 (Pages 118 to 121)

JT-A-228

Page 122

1  A. I don't know where you want to go with
2  this, but basically, no.
3  Q. Of your own knowledge, does Bentley
4  Pharmaceuticals, Incorporated, have authorization
5  to manufacture pharmaceutical products in Spain?
6  A. In this moment, it could be, but in the
7  past, it's unlikely, because Mr. Murphy had just
8  a small office for his dealings in the United
9  States.
10  Q. And I am referring -- I am referring to
11  the time period from 1991 to 2003.
12  A. Exactly what's the question on this
13  period?
14  Q. The question is whether, during this
15  period, to your knowledge, did Bentley
16  Pharmaceuticals have authorization to manufacture
17  pharmaceutical products in Spain?
18  A. At the beginning, most likely not, but
19  I cannot be certain, and at the end, I don't
20  know, because I wasn't there anymore.
21  Q. And during that same time period, let's

Page 123

1  say from 1991 to July of 2003, did Bentley
2  Pharmaceuticals have authorization from the
3  Spanish drug agency to commercialize
4  pharmaceutical products?
5  A. Not to my knowledge. I do not know.
6  MR. BOSTWICK: Is this an appropriate
7  time to maybe take five minutes?
8  MR. STEWART: It is.
9  THE VIDEOGRAPHER: The time is
10  15:45:59. Off the record.
11  (Brief recess.)
12  THE VIDEOGRAPHER: On the record. The
13  time is 1600 hours, 58 seconds.
14  BY MR. STEWART:
15  Q. Mr. De Basilio, did -- to your
16  knowledge, did Laborotorios Belmac ever submit to
17  the Spanish Drug and Health Products Agency
18  Exhibit 1 for any purpose?
19  A. No. I have answered this question
20  before that it is not necessary.
21  Q. And is your answer the same -- well,

Page 124

1  let me ask the question.
2  To your knowledge, did Ethypharm ever
3  submit Exhibit 1 to the Spanish drug agency?
4  A. The same answer. It is not necessary.
5  Q. And if you would turn to Exhibit 1. As
6  soon as I find my copy, I'll ask the question.
7  The document is not signed by Bentley
8  Pharmaceuticals, Incorporated, correct?
9  A. No, it's normal that they are not to
10  sign it.
11  Q. Did you give any attention to whether
12  Bentley Pharmaceuticals, Incorporated, should
13  have been included as a signatory?
14  A. This is not a contract, strictly
15  speaking.
16  Q. What do you mean, it's not a contract,
17  strictly speaking?
18  A. Ethypharm would submit this to
19  Mr. Murphy as a contract in between the two
20  companies that are involved. This is not the
21  contract that I would present to Mr. Murphy. The

Page 125

1  one that I would present to him would be a
2  contract among the two companies. This is a
3  manufacturing contract by third parties.
4  Q. You have used the term "third parties"
5  before. What do you mean that this manufacturing
6  agreement is a manufacturing agreement by third
7  parties?
8  A. This is what it is called in the
9  pharmaceutical industry.
10  Q. I only see two parties to the
11  agreement.
12  A. The third party is Belmac.
13  Q. But Belmac is a party. It's
14  Laborotorios Belmac and Laborotorios Ethypharm,
15  S.A.
16  A. I can imagine when I started my career
17  I made the same question you're making now. Who
18  is the first and who is the second. They are the
19  third.
20  THE INTERPRETER: May I interject
21  something?

32 (Pages 122 to 125)

JT-A-229

Page 126

1    MR. STEWART:  Is it you, the
2  translator?
3    THE WITNESS:  Yes.  May I interject
4  something?
5    MR. STEWART:  Let's go off the record.
6    THE VIDEOGRAPHER:  The time is
7  16:06:45.  Off the record.
8    (Discussion off the record.)
9    THE VIDEOGRAPHER:  On the record, the
10  time is 16:09:07.
11    MR. STEWART:  I'm going to ask the
12  stenographer to read back the last question and
13  answer.
14    (The record was read by the reporter.)
15    THE WITNESS:  No, I can imagine.  I can
16  imagine I made the same question when I started
17  my career.
18    MR. STEWART:  He probably said "I can
19  imagine that I had the same question."
20    MR. BOSTWICK:  Right.  That's
21  definitely what he said.

Page 127

1    MR. STEWART:  "I can imagine I had the
2  same question."
3    Q.  So we're back on the record.  And
4  during the break, our translator had suggested
5  that instead of the English phrase "third party,"
6  the appropriate description of the contract or
7  the relationship might be "outsourcing."  Would
8  you comment with respect to that suggestion?
9    A.  Yes.  Sometimes we refer to that as
10  outsourcing contracts, but most of the time we
11  call them third-party contracts.  And some people
12  call it machila.
13    Q.  As tempted as I am to find out what
14  machila is, I'm not going to ask.
15    A.  I could not answer.
16    Q.  I'm going to use the phrase
17  "outsourcing."  Is it your testimony that the
18  manufacturing agreement that we have been talking
19  about is an outsourcing contract between
20  Ethypharm and Laborotorios Belmac?
21    A.  Correct.

Page 128

1    Q.  And that pursuant to that outsourcing
2  contract, Laborotorios Belmac is to manufacture
3  pharmaceutical products for Ethypharm?
4    A.  Correct.
5    Q.  And is that the reason -- well, let me
6  withdraw that.
7    So with that definition of term, why is
8  it that you did not consider it necessary for
9  Bentley Pharmaceuticals to be a part of the
10  manufacturing agreement, Exhibit 1?
11    A.  I'm happy you asked this question.
12  This type of outsourcing contracts are obliged to
13  be responsible before the sanitary authorities.
14  For everybody knows that it's a legal -- legal
15  sanitary procedure, and that all companies sign a
16  contract among the parties.  Much more important
17  than these.
18    Q.  Did you believe that by Laborotorios
19  Belmac signing the manufacturing agreement that
20  is, Exhibit 1, that Laborotorios Belmac was also
21  binding Bentley Pharmaceuticals, Incorporated, to

Page 129

1  its terms?
2    A.  I don't understand the question.  Can
3  you explain it better?
4    Q.  Did you believe that Adolfo Herrera,
5  when he signed Exhibit 1, was also signing the
6  manufacturing agreement for Bentley
7  Pharmaceuticals, Incorporated?
8    A.  It says here Belmac.
9    Q.  So your answer is no?
10    A.  This is not a contract among important
11  companies.  As I said, this is an outsourcing
12  contract, and it's necessary for -- to do the
13  work.
14    Bentley should not be involved in this.
15  What I am totally sure is that Herrera talked to
16  Murphy about it, and I cannot comprehend why they
17  only wanted to sign two pages.  I have never
18  understood why.  No matter how much I thought
19  about it, I could not see it.  What were they
20  trying to do by signing only two pages?
21    Q.  "They" meaning who?  Meaning

33 (Pages 126 to 129)

JT-A-230

Page 130

1  Laborotorios Belmac?
2  A. Belmac and Bentley. This is something
3  between Mr. Murphy and Adolfo Herrera.
4  Q. In your own mind, when Adolfo Herrera
5  signed for Laborotorios Belmac, did you believe
6  that he was also signing for Bentley
7  Pharmaceuticals?
8  MR. BOSTWICK: Objection, asked and
9  answered. I think that was the exact same
10  phrasing.
11  MR. STEWART: Well, the answer, though,
12  was mostly nonresponsive, as far as I know.
13  Q. Can you answer my question?
14  A. Can you repeat the question?
15  MR. STEWART: I think I'll have our
16  stenographer read that back.
17  (The record was read by the reporter.)
18  A. May I answer?
19  Q. Yes.
20  A. He was not signing on behalf of Bentley
21  Corporation, but with the total agreement of

Page 131

1  Mr. Murphy.
2  Q. I'm going to turn to what I think is a
3  related topic, and that has to do with something
4  called free sales certificate.
5  And let's have marked as the next
6  exhibit a document dated February 27th of 1998.
7  (Deposition Exhibit No. 7 marked for
8  identification.)
9  BY MR. STEWART:
10  Q. Would you please look at what we have
11  marked as Exhibit 7 and tell me what this
12  document refers to.
13  MR. BOSTWICK: Before he answers, can I
14  just note that this doesn't have a Bates stamp on
15  it? Has this been produced?
16  MR. STEWART: Let's go off the record
17  for a minute.
18  THE VIDEOGRAPHER: The time is
19  15:23:51. Off the record.
20  (Discussion off the record.)
21  THE VIDEOGRAPHER: On record. The time

Page 132

1  is 16:29:28.
2  MR. BOSTWICK: And just to make an
3  initial comment the record, to the extent that it
4  has not been produced or is not in the course of
5  coming over, we would request that this is
6  produced with a formal Bates stamp, just so we're
7  clear as to which documents have been produced in
8  the ordinary course.
9  MR. STEWART: Right.
10  Q. Mr. De Basilio, do you have my
11  question?
12  A. Nope, I don't.
13  Q. Can you tell us what Exhibit 7 is?
14  A. This is the type of problems that we
15  had before Mr. Murphy took control of Belmac
16  Spain.
17  When Mr. Murphy came to take control of
18  Belmac in Spain, this is one of the things I
19  communicated to him, that we needed to have the
20  export permits for the export of our products,
21  that we needed to have this free sales

Page 133

1  certificate. At that point we were being charged
2  an excessive amount.
3  Q. Let me interrupt just a moment.
4  Changed an excessive amount by whom?
5  A. Mr. Perez de Ayala.
6  Q. Please continue.
7  A. Then Mr. Murphy give me the
8  authorization, given the fact that his employees
9  didn't speak English and he, himself, didn't
10  speak Spanish, to talk with Mr. Clemente
11  Gonzalez, C-L-E-M-E-N-T-E, G-O-N-Z-A-L-E-Z, and
12  to establish the correct price.
13  MR. STEWART: The correct what?
14  THE INTERPRETER: Price.
15  Q. Are we looking at the same document?
16  A. Um-hmm. I will finish soon.
17  Only those who have -- who are the
18  holders of commercialization licenses can have
19  the free sales certificate.
20  As I said before, Ethypharm do not
21  commercialize, and therefore, doesn't have the

34 (Pages 130 to 133)

Page 134

1  opportunity to have a free sales certificate.
2      Q.  What is a free sales certificate?
3      A.  A document issued by the Spanish Agency
4  of Drugs that based on the product that exists
5  for sale in Spain, they issue a certificate to be
6  able to export that.
7          Therefore, in this text, we are asking
8  Belmac to explain -- to explain to Ethypharm so
9  that they could send it to their own clients,
10  explaining what is the relationship between
11  Ethypharm and Belmac.
12      Q.  Who could send what to their own
13  clients?
14      A.  Ethypharm could send a certificate that
15  is issued by Belmac explaining the relationship
16  between Ethypharm and Belmac.
17          And why is this?  In the past, before
18  Mr. Murphy took control, boxes containing the
19  product for export went out only with the name of
20  Belmac.  And it happened that a client of ours
21  received the product and returned the product,

Page 135

1  arguing that this was not an Ethypharm product,
2  because it only said Belmac.  Therefore, we
3  needed a certificate explaining the situation.
4  The certificate is among the document.  I have
5  seen it.
6      Q.  When did the example that you just
7  described to us take place; that is, the example
8  of a client returning product because it only had
9  a Belmac label on it?
10      A.  If I'm not -- my memory doesn't fail
11  me, I believe that it was an incident with the
12  Leciva -- L-E-C-I-V-A -- Laboratories in the
13  Czech Republic.
14      Q.  And what year?
15      A.  That, I don't remember.
16      Q.  So Laborotorios Belmac was able to
17  issue a free sales certificate, correct?
18      A.  Correct.
19      Q.  And to confirm, are you aware of --
20  withdraw that.
21          Was Bentley Pharmaceuticals,

Page 136

1  Incorporated, able to issue a free sales
2  certificate?
3      A.  For the United States, yes.
4      Q.  Not for Spain?
5      A.  For Spain, it was Mr. Murphy that gave
6  us the possibility of doing it.
7      Q.  But did Bentley Pharmaceuticals,
8  Incorporated, that corporation, have the ability
9  to issue a free sales certificate?
10      A.  We were working on the Spanish market,
11  and what we needed was a free sales certificate
12  for the Spanish market.
13          THE WITNESS:  From the Spanish market.
14          THE INTERPRETER:  From the Spanish
15  market.
16      Q.  What is the answer to my question?
17      A.  There is no explanation for that, reply
18  for that, because you can only obtain a free
19  sales certificate for the Spanish market from the
20  Spanish market.
21      Q.  And Bentley Pharmaceuticals,

Page 137

1  Incorporated, did not have authorization from the
2  Spanish drug agency, correct?
3      A.  No.  It would be absurd.
4          MR. STEWART:  Let's go off the record
5  just for a minute.
6          THE VIDEOGRAPHER:  The time is
7  16:41:44.  Off the record.
8          MR. STEWART:  I'm going to mark a
9  couple of documents, just to get these out of the
10  way.
11          (Deposition Exhibit Nos. 8, 9, 10 and
12  11 marked for identification.)
13          THE VIDEOGRAPHER:  On the record.  The
14  time is 16:46:34.
15  BY MR. STEWART:
16      Q.  Mr. De Basilio, I'm showing you three
17  documents which we have marked for identification
18  Exhibits 8, 9 and 10.  Would you look at these
19  exhibits, please, and tell us what they are?
20          MR. BOSTWICK:  Perhaps I can ask that
21  he refer to one document at a time so we can have

35 (Pages 134 to 137)

Page 138

1    a clear record.
2        MR. STEWART:  Right.
3        A.  Shall we begin with the first?
4        Q.  Can we start with Exhibit 8?  Yes.
5        A.  What is the question?
6        Q.  The question is, what is the purpose
7    of -- what is the purpose of Exhibit 8?
8        A.  I have forgotten, and I doubt that it
9    was ever mailed, because it's without my
10   signature.
11       Q.  Is Laborotorios or was Laborotorios
12   Madaus a client of Ethypharm?
13       A.  Yes.
14       Q.  And where was Laborotorios Madaus
15   located?
16       A.  In Barcelona.
17       Q.  And does this document in any way
18   relate to the representations that we discussed
19   in connection with Exhibit 7?
20       A.  No, it has nothing to do with it.
21       Q.  According to this letter, it appears

Page 139

1    that you are informing Laborotorios Madaus of the
2    relationship between Belmac and Ethypharm.
3        A.  Yes, that's what it seems in reading
4    it.
5        Q.  Why would you be doing that?
6        A.  I have said I don't remember, but it is
7    said in the beginning in reply to your question,
8    a claratory (sic) explanation --
9        Q.  Turn to Exhibit 9.  Did you have
10   dealings with the gentleman whose name appears on
11   the first page of Exhibit 9?
12       A.  Baclev Rejholec.
13       Q.  And Mr. Rejholec was an employee of
14   Lachiva?
15       A.  Yes.
16       Q.  When you received this request for a
17   statement of cooperation between Ethypharm and
18   Belmac, what did you do?
19       A.  I sent it to Belmac.
20       Q.  And did Belmac provide you with that
21   statement of cooperation?

Page 140

1        A.  This is what I was trying to explain
2    before, that our clients didn't know what was our
3    relationship, and they wanted an explanation.
4        Q.  And when you received the type of
5    request from a client, did you request
6    Laborotorios Belmac to provide you with a
7    statement?
8        MR. BOSTWICK:  Objection, asked and
9    answered.
10       A.  Yes, because I had said before, we used
11   to send boxes without the name of Ethypharm or
12   the documentation, and we used to get returns,
13   these were.
14       Q.  When you said that we used to send
15   boxes --
16       A.  Ethypharm from Belmac.  But also
17   Mr. Rejholec is stating that it's a requirement
18   from its own sanitary authorities.  The same
19   thing as I have explained as to what we call the
20   outsourcing contract.
21       Q.  What was the same thing?

Page 141

1        A.  The sanitary authorities demand that
2    there is a contract between the owner in this
3    case of the technology and the -- in this case
4    Ethypharm -- and the manufacturer of the product,
5    in this case Belmac.
6        Q.  Did Ethypharm provide to Belmac the
7    language that it requested be sent?
8        MR. BOSTWICK:  Are we talking about
9    Exhibit 9, specifically, or all three?
10       MR. STEWART:  All of them, but let's
11   say Exhibit 9, specifically.
12       A.  Number 9 was sent by the client
13   themselves.  But number 7 that we saw before,
14   Belmac didn't accept it and crossed it out and
15   issued another that exists in their own language.
16       Q.  And number 10?
17       A.  It's exactly the same.  I don't know
18   why it's been included.
19       MR. STEWART:  Because it's getting late
20   and we marked the same exhibit twice.
21       Let's go off the record for just a

36 (Pages 138 to 141)

JT-A-233

Page 142

1    minute.
2        THE VIDEOGRAPHER:  The time is
3    16:59:11.  Off the record.
4        (Discussion off the record.)
5        THE VIDEOGRAPHER:  On the record.  The
6    time is 17:01:06.
7    BY MR. STEWART:
8        Q.   Mr. De Basilio earlier this morning you
9    were describing to me the employees that were
10   hired for Ethypharm Spain and we had left off
11   with Ignacio Alvarez, and I had asked you what
12   Mr. Alvarez' duties were and that led us down a
13   rather lengthy path.
14        So in addition to Mr. Ignacio Alvarez,
15   tell me who were the other employees that were
16   hired for Ethypharm Spain and their dates,
17   please.
18        A.   Ignacio Salmador, S-A-L-M-A-D-O-R, and
19   the intern that we mentioned.
20        Q.   Was Ignacio Salmador the intern?
21        A.   No.  Besides the intern.

Page 143

1        Q.   So what were Ignacio Salmador's duties?
2        A.   Regulatory issues.
3        Q.   Describe some examples of the
4    regulatory issues that Mr. Salmador would be
5    involved in.
6        A.   As I said in the beginning this
7    morning, and also from the beginning of my career
8    with Ethypharm, I had -- I was forced to do
9    everything, but one of my duties under the
10   contract was to monitor the registries.
11        Q.   For what purpose were you monitoring
12   the registries?
13        A.   I said it this morning already, but if
14   you want, I can repeat it.
15        Q.   Briefly.
16        A.   France puts together the entire dossier
17   and presents it in the sanitary ministry in the
18   country.  And in order for this dossier to
19   advance, you have to monitor it when it goes from
20   one stage to the other until it reaches the final
21   approval in order for the product to be

Page 144

1    commercialized by one of the clients of
2    Ethypharm.
3        As we were totally involved in the
4    issue of omeprazole, I was forced to hire
5    somebody else to continue with this monitoring,
6    which was lesser -- an issue of lesser importance
7    from the commercial standpoint of view.
8        Q.   Do you remember the name of the intern?
9        A.   Chantelle.  She was French.
10        Q.   Chantelle Igonet.  And that was Eric
11   Igonet's daughter?
12        A.   Yes.
13        Q.   What did Chantelle Igonet do?
14        A.   To do tests that is required in order
15   to obtain the degree as a pharmacist.  She was a
16   pharmacist.  She was a student of -- and in the
17   last year of her career.
18        Q.   And when did Chantelle serve as an
19   intern for Ethypharm Spain?
20        A.   Around the year 2000.
21        Q.   So the employees that we have talked

Page 145

1    about in addition to yourself are Eloy Gonzalez,
2    Ignacio Alvarez and Ignacio Salmador.  And the
3    intern is Chantelle Igonet, and at various times
4    there was a secretary who performed secretarial
5    functions?
6        A.   And there was a point at which we had
7    two secretaries.
8        Q.   Two secretary in addition to Eloy
9    Gonzalez?
10        A.   Yes.
11        Q.   So I will refer to Eloy Gonzalez as a
12   factotum, okay?
13        A.   That's better.
14        Q.   And I will refer to Ignacio Alvarez as
15   a factotum.
16        A.   In reality, he was the factotum in
17   financial affairs and in the contacts with the
18   manufacturing plant.
19        Q.   That Mr. Ignacio Alvarez had contacts
20   with Laborotorios Belmac's facility?
21        A.   Yes.  I remember he was doing the work

37 (Pages 142 to 145)

Page 146

1    of at least eleven people. Because when France
2    asked to dismiss everybody --
3        MR. STEWART: I'm sorry, when France
4    asked --
5        THE INTERPRETER: To dismiss
6    everybody --
7        A. Ignacio could only be replaced by
8    eleven people. That's why he's a factotum.
9        Q. I don't mean to question you, but -- to
10   question unnecessarily the last statement, but
11   are you serious that there were eleven people
12   that would have been required to replace Ignacio
13   Alvarez?
14       A. It wouldn't be relevant for what we're
15   discussing, but if you want me to, I can explain
16   it now.
17       Q. Well, briefly.
18       A. With a very small staff, we had
19   achieved, and also with a lot of outsourcing, to
20   create a highly productive small business. And I
21   was in charge of handling those posts in order to

Page 147

1    make them very productive. This is related to my
2    own personal work.
3        I don't know if I can add something. I
4    did know that we worked hard, but I was surprised
5    that he was doing the work of eleven people.
6        Q. Who -- and I agree that this is
7    probably not entirely germane to the topic that
8    we have been addressing, but who told you that it
9    took eleven people to do his job?
10       A. Very simple. I received a sheet of
11   paper -- I don't know if it was one or five --
12   there were several pieces of paper in which they
13   described all the tasks that were being performed
14   by Ignacio and all the people there were required
15   to fulfill them now. So I saw the different
16   names of the people and counted them. And I may
17   be mistaken, maybe there were nine, but there
18   were a lot.
19       Q. When you say that there were people,
20   they were people at Ethypharm France that now had
21   to perform those tasks; is that correct?

Page 148

1        A. Yes. They closed Ethypharm Spain and
2    all those jobs were transferred to France.
3        MR. STEWART: Why don't we go off the
4    record.
5        THE VIDEOGRAPHER: The time is
6    17:16:20. Off the record.
7        (Discussion off the record.)
8        This ends tape number three and
9    concludes volume one of the testimony of Adolfo
10   de Basilio in the matter of Ethypharm versus
11   Bentley Pharmaceuticals. The date is August 2nd,
12   2006. The time is 17:16:44. Off the record.
13       (Signature not waived.)
14       (At 12:30 p.m., the deposition was
15   concluded.)
16                - - -
17
18
19
20
21

Page 149

1        ACKNOWLEDGMENT OF DEPONENT
2        I, Adolfo De Basilio, do hereby
3    acknowledge that I have read and examined the
4    foregoing pages of testimony, and the same is a
5    true, correct and complete transcription of the
6    testimony given by me, and any changes and/or
7    corrections, if any, appear in the attached
8    errata sheet signed by me.
9
10
11   Date        Name
12
13
14
15
16
17       .
18
19
20
21

38 (Pages 146 to 149)

Page 150

1   ESQUIRE DEPOSITION SERVICES
2   1020 19TH STREET, N.W.
3   SUITE 620
4   WASHINGTON, D.C. 20036
5   (202) 429-0014
6           ERRATA SHEET
7   Case Name: Ethypharm vs. Bentley Pharmaceuticals
8   Witness Name: Adolfo De Basilio
9   Deposition Date: August 2, 2006
10  Job No.: 175557
11              Reason for
12  Page No.  Line No.  Correction    Correction
13
14
15
16
17
18
19
20  _____   _____
21    Signature          Date

Page 151

1        CERTIFICATE OF NOTARY PUBLIC
2        I, George W. Tudor, the officer before
3   whom the foregoing deposition was taken, do
4   hereby certify that the witness whose testimony
5   appears in the foregoing deposition was duly
6   sworn by me; that the testimony of said witness
7   was taken stenographically by me and thereafter
8   reduced to typewriting by me or under my
9   direction; that said deposition is a true record
10  of the testimony given by said witness; that I am
11  neither attorney nor counsel for, nor related to
12  or employed by any of the parties to the action
13  in which this deposition is taken, and further,
14  that I am not a relative or employee of any
15  attorney or counsel employed by the parties
16  hereto or financially interested in this action.
17
18  _____   _____
18  Date          George W. Tudor
19  My Commission expires  Notary Public in and for
19  January 1, 2007     the District of Columbia
20
21

39 (Pages 150 to 151)

**A**

Abello 25:21 26:17,19 27:2,9
abide 112:6
ability 6:18 136:8
able 10:9 134:6 135:16 136:1
absolutely 50:19
absurd 137:3
accept 141:14
acceptable 39:8 108:19
accepting 86:10
accounting 65:4,5,6
accurate 43:5 97:9 112:17
accurately 10:4
achieved 146:19
acknowledge 149:3
ACKNOWLEDGM... 149:1
action 151:12,16
actions 49:16
activities 44:7 76:16
activity 67:7
actual 68:10
Adama 2:10
add 19:19 90:11,12 147:3
addition 48:16 50:14 65:20,21 142:14 145:1,8
additional 32:5
address 7:10
addressed 117:18
addressing 147:8
administration 33:7,9 33:13,17,18 35:9 51:12,13
Adolfo 1:14 2:9 4:2 5:4 7:2,11 57:4 76:6 94:20 95:8 96:10 102:9,19 104:16 105:14,19 106:19 109:20 129:4 130:3,4 148:9 149:2 150:8
advance 143:19
Advanced 6:9
affairs 145:17
affirmed 6:15
afraid 116:6
afternoon 92:19,20
Agencia 45:19
agency 44:11,13,14,15 44:17,21 45:12,16,17 45:20 46:5,6,9,10,10 46:17,19 48:1,2,8 72:5,6,8,10 112:3,15

113:3,13 119:7 121:2 121:7 123:3,17 124:3 134:3 137:2
agent 115:6
ago 16:14 26:7 35:6 114:1
agree 9:20 76:16 79:8 82:1 98:20 99:1 112:20 120:4,6 147:6
agreed 8:2 99:12 106:5
agreeing 89:6
agreement 4:6 9:16 68:15 77:4 96:13,17 99:15,16 101:3,7 102:5,10 103:9,9 104:5,9 105:5 107:6 108:5 113:18 125:6,6 125:11 127:18 128:10,19 129:6 130:21
agreements 106:8
ahead 90:13
aimed 73:15
airplanes 26:10
Alicia 23:3,10
allow 58:17
Alvarez 66:2,3,12 67:9 67:17,18 68:1 70:18 71:17 74:2 77:20 78:1,9,11,19 79:8 80:18 81:1,12 82:4,9 83:2,8,15 84:3,14,16 85:18 94:19 95:8,11 96:17 109:21 142:11 142:12,14 145:2,14 145:19 146:13
ambiguous 111:20
America 38:2,2,4,8 39:18 40:18 41:13,15 41:18,19
American 119:20 120:1
amount 19:9,11 54:18 133:2,4
Analgesics 18:14
Andromaco 24:8,11,13 24:19 25:5,6,9,10,14 25:15,20 26:1,2,8,14 27:13
and/or 149:6
Angell 3:12
annex 87:19
annual 14:13
answer 4:19 6:16 8:21 14:21,21 15:1,7 26:12 42:9,10 43:3 43:16 49:21 50:1,10 50:11,12 59:4,6 60:6

73:7,11 75:13 80:3,6 80:10 81:7 84:21 94:3 97:10 106:12 108:8,9 109:13 110:11 123:21 124:4 126:13 127:15 129:9 130:11,13,18 136:16
answered 84:19,20 93:16 96:15 123:19 130:9 140:9
answering 64:11 65:2
answers 4:18 8:10,13 10:5 27:10 35:2 97:16 131:13
anybody 110:2,6
anymore 122:20
anyway 30:14 35:1
API 121:14
appear 149:7
APPEARANCES 3:1
appears 82:2 87:4,19 138:21 139:10 151:5
apply 59:16
appropriate 10:19 37:2 123:6 127:6
appropriately 117:18
approval 143:21
approved 72:11
approximate 15:7 19:5 20:7 111:19
approximately 5:13 14:12 18:20 19:6,10 22:2 29:14,18 45:9
approximation 15:8
area 31:2 57:14 66:9
areas 26:3,18 32:8 51:14
arguing 135:1
argumentative 81:10
arithmetic 101:19
arose 117:13
arrange 78:18
arrangement 21:15
arrangements 63:21
arrive 86:15
aside 34:5
asked 13:17 16:17 17:17 41:4 50:5 84:18 90:14 96:14 101:18 106:4 107:4 108:14 111:12 128:11 130:8 140:8 142:11 146:2,4
asking 7:16 17:9 40:7 46:2 97:16 106:10 110:11 117:21 134:7
asks 12:10
assist 6:20

assistant 63:11
association 13:5
assume 8:5 66:8 103:11
assumed 57:11,12
assurance 62:3,4,6
assuredly 86:10
attached 149:7
attempt 97:18
attempts 55:4
attend 32:4,10,16 82:9
attended 28:16
attention 61:14,17,18 61:20 124:11
attorney 118:11,13 151:11,15
attributable 19:11
audit 60:11,16,16,17 60:20 61:1,5,9,11,19
August 1:16 2:5 5:13 57:6 106:21 148:11 150:9
authorities 128:13 140:18 141:1
authority 10:8
authorization 66:19,21 90:14,16 112:4 113:3 113:20 114:9,16,20 115:4,18 116:10 119:6,12,15 121:2,6 122:4,16 123:2 133:8 137:1
authorize 67:5,6,16
authorized 66:18 67:4 67:8,20 82:9 90:21 91:2 95:11 121:11
Avenue 3:14
aviation 13:16
avoid 28:2
awarded 58:14
aware 119:18,19 135:19
Ayala 133:5
AyDyAyMyA 11:14 12:3 15:14 16:4 19:8 20:4,14,21 21:5,8,10 21:13,15 22:6,19,21 23:13
A-L-I-C-I-A 23:4
A-N-D-R-O-M-A-C-O 24:10
A-y 11:10,11
a.m 2:6 5:13

**B**

Baach 2:11 3:3 5:11
Bachelor 32:3
back 26:1 48:15 59:3 73:3,7 74:9 80:10

82:12,14,15,19 83:3 84:3,10,14 94:21 95:16,19 96:2,8,18 96:19 108:20 117:1 126:12 127:3 130:16
background 28:11 117:19
Baclev 139:12
Barcelona 138:16
based 134:4
basically 122:2
Basilio 1:14 2:9 4:2 5:4 7:2,9,11,13 27:21 37:10 56:21 57:5,9 62:13 70:5 86:20 92:19 106:15,20 107:3 118:8 123:15 132:10 137:16 142:8 148:10 149:2 150:8
Basilio's 59:4
basis 14:14
batches 101:18
Bates 131:14 132:6
beginning 22:14 44:1 97:7 122:18 139:7 143:6,7
behalf 6:2 17:7 130:20
Bel 75:18
believe 13:18 20:14,16 87:12 91:20 96:8 117:21 128:18 129:4 130:5 135:11
believes 89:12
Belmac 60:1,12 62:11 68:4 75:2 88:4,7 89:21 90:8 91:9,16 93:12 96:6,21 99:19 101:21 102:1,9 109:17 112:14 113:2 113:12 114:4,6,7,15 115:8,19,20 116:10 117:10 119:6,11,14 119:19 120:6,7,9,19 121:1 123:16 125:12 125:13,14 127:20 128:2,19,20 129:18 130:1,2,5 132:15,18 134:8,11,15,16,20 135:2,9,16 139:2,18 139:19,20 140:6,16 141:5,6,14
Belmac's 145:20
belong 10:18
benefits 21:19
Bentley 1:7 5:6 6:3 7:15 57:5 106:20 120:10,13 121:5,10 121:14 122:3,15

123:1 124:7,12 128:9
128:21 129:6,14
130:2,6,20 135:21
136:7,21 148:11
150:7
**best** 6:18 8:10,12 46:4
82:6
**better** 10:2,9 33:5
129:3 145:13
**big** 106:6
**bill** 45:2
**bills** 65:9,12
**binding** 128:21
**bit** 7:18 11:9 15:15
33:16,19
**blocks** 97:11
**bonus** 55:2 57:21
**bonuses** 55:5,7 57:15
57:19 58:10,11,14,15
**book** 121:13
**Boston** 3:15
**Bostwick** 3:17 5:21,21
9:14,18,19 14:15,18
18:11 19:16 36:21
40:21 41:4 42:8 43:6
49:20 50:1,4,12 58:2
59:7 60:4,19 66:10
66:16 67:1,10 68:2
69:15 70:8 71:9
72:21 79:1,13 80:2
80:15 81:9 84:11,18
86:1 89:5,19 93:6,8
96:14 97:3,6 98:1,11
104:11 107:16
109:11 110:10
111:20 113:5 117:11
118:10 120:16 123:6
126:20 130:8 131:13
132:2 137:20 140:8
141:8
**Boudal** 100:8,10
**bought** 25:12 114:6
**boxes** 73:16 134:18
140:11,15
**break** 9:8,9,15 35:1
37:1 56:19 90:10
91:6 92:12 97:11
107:19 127:4
**breaks** 9:6
**Brief** 37:6 57:2 123:11
**briefly** 17:16 32:7
35:15 143:15 146:17
**British** 29:4,10,11,12
29:15,19 30:1,7
**brochures** 73:18
**brought** 21:16 34:20
**Brussels** 46:16
**budget** 63:19 64:1

**built** 117:9
**business** 11:3,5 12:2
13:11,15 14:2,2,6
16:3,3,16,19 18:2,2
18:10 21:3 22:14,15
22:17 24:18 25:8,13
25:15 26:2,16 33:7,8
33:12,17,18 35:9
59:13 101:10 146:20
**buy** 17:15,17 73:17
89:21
**buying** 50:20
**B-E-L** 75:18

**C**
**C** 4:1 5:1
**call** 61:20 74:12 104:15
127:11,12 140:19
**called** 7:3 29:5,9 39:13
48:12 61:13,16,17
63:1 74:11 114:5
120:7 125:8 131:4
**Calls** 60:4
**capital** 11:10,10,11,11
11:11 12:19
**capitulation** 59:5
**Cardiovascular** 26:5
**care** 53:1
**career** 125:16 126:17
143:7 144:17
**careful** 88:15
**Carlos** 6:8,14
**case** 5:8 7:15 17:15
44:3 52:5 68:3 75:2
105:1 141:3,3,5
150:7
**certain** 16:8 36:16
54:18,21 55:1 77:16
85:11,13 122:19
**certainly** 104:21
**certificate** 4:12 33:1
35:10 106:4 131:4
133:1,19 134:1,2,5
134:14 135:3,4,17
136:2,9,11,19 151:1
**Certified** 2:18 5:15
**certify** 151:4
**Chamber** 32:19 33:10
36:14
**chance** 9:11 50:7
**change** 107:3
**changed** 56:4 76:17
120:9 133:4
**changes** 149:6
**Chantelle** 144:9,10,13
144:18 145:3
**characterization** 59:8
**charge** 51:10 53:11

65:15 146:21
**charged** 133:1
**charging** 99:19
**checks** 65:10
**chief** 100:11
**child** 13:8
**circumstances** 10:19
**citizens** 48:5
**claratory** 139:8
**clarification** 71:10
**clarifications** 4:20
**clarify** 97:18
**classes** 30:8
**clear** 28:15 90:20
116:10 132:7 138:1
**clearly** 117:13
**Clemente** 133:10
**client** 73:14 101:16
112:7 134:20 135:8
138:12 140:5 141:12
**clients** 14:7,9 49:9,11
49:13,19 53:4 74:15
88:5 90:2,18 91:10
93:13 116:14,19
134:9,13 140:2 144:1
**close** 20:1
**closed** 148:1
**CLVS** 1:21
**coffee** 65:2
**college** 28:12 29:2,4,7
31:10
**Columbia** 2:17 151:19
**come** 39:21 48:15 82:4
95:19
**coming** 117:1 132:5
**commas** 12:14
**comment** 89:19 117:11
127:8 132:3
**Comments** 4:20
**commerce** 32:19 33:10
36:14 51:11
**commercial** 21:18 44:7
49:11,15 99:14,16
105:10 144:7
**commercialization**
72:12 115:5 116:9
133:18
**commercialize** 47:15
112:16 113:4 114:17
114:21 115:17
116:13,19 133:3
133:21
**commercialized** 144:1
**Commission** 151:19
**commitment** 77:5
88:13,14,16,16,19
89:3,16,21
**committed** 89:21

**communicate** 60:2
**communicated** 61:5
132:19
**communication** 103:12
103:18 111:8,14
120:12
**communications** 6:9
111:19
**companies** 17:6,10
124:20 125:2 128:15
129:11
**company** 15:18 19:8
21:2,2,3,13 25:1,12
26:8,20 37:16,21
38:19 39:7,13 43:5
50:17 54:2 64:6
119:20 120:2,7 121:6
121:11
**compensation** 22:9
**competition** 116:14
**competitive** 90:6 91:14
**complain** 51:8 104:16
**complained** 90:17
**complaining** 52:18
**complaint** 53:1
**complaints** 51:8 52:14
53:12
**complete** 47:6 69:8,10
70:14 149:5
**completed** 75:13
**complex** 48:3
**complicated** 11:9 118:3
**Complutense** 31:16,17
31:19 36:1
**compound** 68:2
**comprehend** 129:16
**compromise** 88:9,11
89:16
**concern** 111:1
**concerned** 92:3 112:7
**concerning** 98:8 111:9
**concerns** 41:13
**concluded** 148:15
**concludes** 148:9
**conclusion** 86:15
**concretized** 41:19
**condition** 60:18
**conduct** 25:8
**conducted** 30:8 60:17
61:1,10
**confirm** 22:1 60:9
135:19
**confused** 33:16
**confusing** 9:2 116:6
**confusion** 39:1
**connection** 19:12 71:17
138:19
**consider** 36:8 128:8

**considered** 111:6
**constant** 103:12,18
120:11
**constantly** 48:8
**consul** 29:10,11,12,15
29:19 30:1,7
**consultant** 18:15 19:1
19:21 22:2
**consulting** 19:11
**contact** 103:15,17
104:18
**contacted** 17:7
**contacts** 145:17,19
**containing** 134:18
**continue** 62:14 73:9
89:18 108:21 133:6
144:5
**continuous** 103:4
**continuously** 24:2
**contract** 4:8,9,10,11
41:16 67:15 68:11
72:14 79:3,19 82:11
87:21 88:3 93:11
94:12 95:12 102:12
104:14 105:19 106:6
106:6 107:12 108:18
109:1 110:21 112:2
117:14 124:14,16,19
124:21 125:2,3 127:6
127:19 128:2,16
129:10,12 140:20
141:2 143:10
**contractor** 102:16
**contracts** 66:14 69:11
70:11,12 71:18 74:14
75:4 76:15 78:20
79:9,10,17,18 87:15
87:16 105:9 108:11
108:14,18 111:5
127:10,11 128:12
**control** 45:15 62:1
132:15,17 134:18
**controlled** 42:6 46:11
46:15
**conversation** 96:10
98:17,19 103:21
**conversations** 98:6
103:3
**cooperation** 139:17,21
**copy** 73:15 84:5 124:6
**corporation** 12:12
114:7 120:7,9 130:21
136:8
**correct** 16:13 19:7 22:3
38:20 39:9 40:4,20
61:11,15 64:10,13
66:7 78:21 79:16
80:1,4,14 89:9 90:21

91:1,3,4 92:1 94:16
94:17,18 95:3 104:10
105:14 110:17
115:20,21 116:2,3
119:3,4,5,12,16,20
120:15,20 121:3,8
124:8 127:21 128:4
133:12,13 135:17,18
137:2 147:21 149:5
corrected 89:15,17
Correction 150:12,12
corrections 149:7
correctly 91:18
correspondence 64:8
counsel 5:19 7:3,7 9:14
151:11,15
counted 147:16
country 47:16 143:18
couple 43:19 137:9
course 9:5 10:1,13 33:3
33:14 36:7,13 55:14
59:19 64:7 89:5
119:10,17 132:4,8
courses 35:12,16 36:5
36:15
court 1:1 5:7,16 6:11
6:20 73:1,3
Craig 3:9 6:2 7:14
36:21 97:3,6
create 146:20
created 45:2,13,16,21
criticism 28:4,8
crossed 141:14
crystallography 34:6
CSR 1:20 2:16
current 17:18 22:18
currently 22:8
curriculum 34:20 35:7
customer 52:14,17
101:13
Czech 135:13
C-L-E-M-E-N-T-E
133:11
C-O-M-P-L-U-T-E-...
31:17
C.A 1:5

D
D 5:1 27:3
dashes 12:14
date 20:16 45:9,11 46:1
57:6 69:12 75:18
77:9 78:3 86:21 87:4
106:2,21 148:11
149:11 150:9,21
151:18
dated 68:15 131:6
dates 20:7,8 34:19 35:2

111:19 142:16
daughter 144:11
day 9:5 77:7,13 78:5
87:7 111:3,4 121:13
de 1:14 2:9 4:2 5:4 6:8
6:14 7:2,9,11,13
27:20 37:10 45:20
56:21 57:4,9 59:4
62:13 70:5 86:20
92:19 106:15,19
107:3 118:8 123:15
132:10 133:5 137:16
142:8 148:10 149:2
150:8
deal 53:12 104:19
dealing 43:1
dealings 14:3,6 16:10
122:8 139:10
dealt 105:1
DeBregeas 37:13 42:14
63:1
December 45:8
decided 30:19
decision 55:10,20 56:9
58:13 59:15
decisions 56:14 58:17
58:21 59:12 65:8
deducted 60:18
defendant 1:9 3:13 5:4
7:15
definitely 126:21
definition 128:7
degree 28:17 32:1
35:20 36:2 144:15
del 45:5,7
Delaware 1:2 5:8
delicate 102:20
deliver 87:17
demand 141:1
denied 109:6
denote 4:18
department 27:4,6,6
departments 48:1
DEPONENT 149:1
deposition 1:14 2:9 5:3
5:10,15,17 6:17 8:15
56:21 68:16,21 69:21
106:15 131:17 137:11
148:14 150:1,9 151:3
151:5,9,13
depositions 10:2
dermatology 26:6
describe 14:5 16:19
28:10 32:7 35:15
42:19 115:19 143:3
described 75:4 135:7
147:13
describing 142:9

description 4:5 127:6
desire 88:8 89:9
detail 73:12 83:18 98:6
118:6
details 51:2 83:19 96:1
97:1,16,19
determine 53:7
determined 56:2
determining 53:5
devoted 38:9
diamond 12:11 32:11
diamonds 32:15
difference 89:15
differences 71:8
different 69:2 71:1,5
71:19 74:1 82:13
106:8 147:15
difficult 8:12 19:14
difficulties 61:4
difficulty 8:4
digestive 26:5
direction 151:9
directly 22:7 27:21
49:18 57:10,12 60:2
61:6
director 23:17 26:15
37:20 38:10,14 40:3
40:11,12,16,17 41:17
44:6 51:10,16 52:11
53:16 55:15 57:17
58:7 100:19 102:15
102:15
disagree 77:2 85:8 92:1
disagreed 93:3,15 94:8
104:7
disagreeing 89:6
disagreement 76:14
77:3,10 98:8 105:18
disagrees 118:10,12
discuss 9:17
discussed 58:4 108:10
109:20 110:1,5,9
138:18
discussing 79:6 146:15
discussion 73:5 76:10
76:20 77:9,13,14,21
78:9 86:18 108:4
110:12 126:8 131:20
142:4 148:7
discussions 58:11 76:6
76:11 98:13 108:16
dismiss 146:2,5
distinction 40:9,10
distribution 22:6
District 1:1,2 2:17 5:7
5:8 151:19
divide 43:3,18
document 4:14,15,16

45:19 68:6,13 69:10
70:19 71:21 72:9
73:16 83:1,11,17
84:9,15,17 85:3,6,10
93:1,18 95:5 96:3,5,8
96:19 99:4 109:7,20
113:21 114:11 124:7
131:6,12 133:15
134:3 135:4 137:21
138:17
documentation 47:17
48:7 68:5 113:19
114:2,8 115:9,11,14
117:9 140:12
documents 64:6 69:9
70:21 71:1,2 74:8
77:12 78:15 79:5
85:14 95:5 99:13
111:6,6 132:7 137:9
137:17
Dodge 3:12
doing 31:4 48:13 51:6
54:1 136:6 139:5
145:21 147:5
dossier 48:9 72:3
143:16,18
dossiers 47:5,8,8,9,11
47:14 48:7,17
doubt 138:8
draft 111:1
drafted 86:9 87:9,10
draw 22:5
drug 44:13,14 47:21
48:1,2 112:3 113:3
114:3 119:7 121:2,7
123:3,17 124:3 137:2
drugs 46:6,9,10,11,19
48:8 72:8,10 73:17
113:14 134:4 ·
drugstore 73:17
duly 6:15 7:4 151:5
duties 42:20 43:10,19
44:4 47:4,10 48:17
50:14 62:21 63:14
66:6 142:12 143:1,9
duty 58:19,20 59:10
Dwight 3:17 5:21
D-Y 11:11
D.C 1:15 2:14 3:7 5:12
150:4

E
E 1:12,12 4:1,17 5:1,1
77:1 85:8,12 86:11
87:14 88:2 91:21
92:4,7,8,9 93:4 94:9
96:12 98:9 104:9
earlier 94:15 112:1

142:8
early 45:3
easier 25:17
easy 35:4
eat 78:1
Economic 51:12
education 29:1 34:19
educational 28:10
Edwards 3:12
effective 45:8,9
either 56:1 85:4 100:5
111:15
elaborated 86:11,12
eleven 29:17 146:1,8,11
147:5,9
eliminate 39:1
Eloy 52:7 62:19 145:1
145:8,11
EMEA 46:13,14
employed 11:1 20:3
23:15 24:1,3,6 25:19
25:20 37:11 54:8
151:12,15
employee 21:5 62:7
139:13 151:14
employees 42:21 51:16
53:15 54:5,21 55:1
55:15,18,21 56:10
57:17 62:15 133:8
142:9,15 144:21
employment 24:7,12
36:19
ended 108:18
ends 56:20 106:14
148:8
engaged 13:15
engineering 30:4 31:12
English 4:19 6:17,18
28:3,5,21 29:8,9 30:8
30:9,11,15 46:3
112:12 127:5 133:9
enter 116:14
enterprise 21:18
entire 143:16
entirely 147:7
entitled 98:16
equipment 119:8
equivalent 29:6
Eric 144:10
errata 149:8 150:6
Español 45:19
Esq 3:9,10,17
Esquire 5:15,17 150:1
establish 133:12
established 65:16 88:1
90:4 91:13
estagier 53:21
Ethypharm 1:3,4 5:5,5

7:19 13:21 14:3,8,10
14:13 16:3,17,20
17:7,11,19 18:15,18
18:21 19:6 21:11,17
22:2,13 23:17,20
24:1,7 36:20 37:12
38:1,11,14,18,20
39:3,5,7,10,13,17
40:4,11,16,19 41:9
41:13,15,20 42:2,3,4
42:5,7,11,17,20
43:1,11,19 48:6
49:13 50:17 51:17
52:13 53:6,8,15 54:8
56:1,3,4,15 57:5,11
57:17 58:8 59:11
60:17,18,21 61:1,6
61:14,21 62:7,10,15
75:12 86:5,8 87:20
90:1,2,20 91:2,11,11
98:7,7 100:5,5,5,20
100:21 101:12 105:4
105:17 106:20
109:16,18,19,19,21
114:16 116:1,5,12
117:2,7 118:16 119:1
119:15 121:16,20
124:2,18 125:14
127:20 128:3 133:20
134:8,11,14,16 135:1
138:12 139:2,17
140:11,16 141:4,6
142:10,16 143:8
144:2,19 147:20
148:1,10 150:7
**Ethypharm's** 38:16
105:18 119:8
**euros** 15:10,12 19:6
58:1,1
**everybody** 12:10 25:18
128:14 146:2,6
**Evidently** 96:16
**exact** 78:17 89:7
107:10 130:9
**exactly** 54:6 62:8 64:20
66:11 72:20 89:15
95:18 107:10 114:18
122:12 141:17
**exam** 34:1
**examination** 4:2 7:3,7
**examined** 7:6 149:3
**example** 57:21 58:1
59:20 63:19 66:12
135:6,7
**examples** 63:14 143:3
**excellent** 28:9 97:20
**exception** 9:8
**excessive** 133:2,4

**exclusively** 90:1 91:9
**excuse** 29:16 30:16
**executive** 52:11 53:16
55:15 57:16
**exhibit** 68:14,16,18,21
69:6,21 74:7 75:6,8
75:16,21 76:3,7 77:6
78:16,20 79:9 81:16
82:17,18,19 83:2,7
84:2,5,8,15 85:10,16
85:17,19,21 86:4,9
86:14,20 87:7,8,10
87:13,14 89:2 90:21
91:3,8,20,21 92:5,7,8
92:21 93:15 94:7,15
95:16,20 96:12,13
98:9,10 99:17,21
100:2 101:4 102:10
102:18,18 104:1,1,8
105:5,11 108:6,7,15
109:3,17 110:8,17,21
111:2,9 112:2,10
123:18 124:3,5
128:10,20 129:5
131:6,7,11 132:13
137:11 138:4,7,19
139:9,11 141:9,11,20
**exhibits** 4:5 70:7,13,20
71:2,5 74:10,11,12
79:11 80:19 81:5,13
81:17,20 82:2,7,15
94:12,21 95:1,9
111:7 137:18,19
**existence** 39:21
**existing** 68:4
**exists** 134:4 141:15
**expect** 34:1
**experience** 114:5
**expert** 32:12,15 94:4
**expires** 151:19
**explain** 8:7 12:4,7
24:18 25:4 41:14
44:19 47:13 67:21
70:15,18 73:20 82:6
87:12 109:13 113:10
116:7 129:3 134:8,8
140:1 146:15
**explained** 9:15 72:8
74:16 115:15 140:19
**explaining** 68:9 71:20
134:10,15 135:3
**explanation** 47:3 118:9
136:17 139:8 140:3
**export** 132:20,20 134:6
134:19
**express** 53:20
**expressions** 9:1
**extent** 43:7 132:3

**e-mail** 111:16

**F**

**F** 2:12 3:5 5:12
**fabrication** 88:4
**face** 111:16,17
**facilities** 117:7
**facility** 60:1,12 115:4
116:2 117:10 119:2
120:15,20 145:20
**fact** 76:16 87:19 98:18
133:8
**factory** 121:15
**factotum** 63:1,5 66:4
145:12,15,16 146:8
**faculty** 30:20 31:16
35:21
**fail** 135:10
**failed** 95:6
**fair** 30:10,14 49:17
51:1 56:8 94:6
101:12
**far** 130:12
**fashion** 72:12
**faster** 81:7
**FDA** 48:4
**February** 131:6
**feel** 9:7
**field** 31:13
**fifth** 13:6
**fifty** 37:15,15
**Fifty-six** 10:21
**fight** 89:8
**figure** 15:10 19:2
**filing** 64:5,6
**final** 58:13 143:20
**finally** 10:11
**financial** 21:15 58:7
145:17
**financially** 151:16
**find** 49:11 118:5 124:6
127:13
**finding** 49:9,13
**fine** 15:8 28:9 37:3
97:10
**finish** 133:16
**finished** 73:10
**finishing** 54:4
**fire** 56:7
**firm** 65:7
**first** 10:20 16:2,5 23:19
43:10,16,18 51:15
53:14 60:16 64:8
69:5 75:15,20 76:5
76:13 82:16 83:6
85:6 86:21 92:9
112:10 125:18 138:3
139:11

**five** 24:14,16,17 27:10
27:11 29:20 58:1
64:15 123:7 147:11
**five-minute** 37:1
**floor** 100:13
**focus** 66:13
**follows** 7:6
**follow-up** 117:20
**forced** 143:8 144:4
**foregoing** 149:4 151:3
151:5
**forgive** 111:12
**forgotten** 48:18 138:8
**form** 14:15,16 42:8
43:7 49:20 50:2,4
60:19 66:16 67:1
120:16
**formal** 132:6
**formed** 50:18
**found** 10:1 14:9 36:17
50:17
**foundation** 58:2
**four** 13:4 70:6 71:10
**frame** 40:21 41:2,5
**France** 1:3 5:5 39:7,10
39:17 42:2,7,12,17
48:6 49:14 51:9
52:16,20,21 53:2,8,9
53:10 56:1,3,5,10,15
57:11 58:5,8,17,20
59:11 60:3 61:2,6,14
61:21 62:7,12 65:16
67:4,5,8,16 79:19
90:14,16,20 91:2
98:8 100:6,20,21
105:2,4,17 109:19
110:2,6,14 117:6,8
118:17,17 121:16,20
143:16 146:1,3
147:20 148:2
**France's** 66:19,20
**free** 4:12 50:10 131:4
132:21 133:19 134:1
134:2 135:17 136:1,9
136:11,18
**French** 46:10 56:5,6
144:9
**friendly** 51:8
**friends** 48:13
**front** 85:14
**fulfill** 147:15
**full** 7:10 17:20
**functions** 41:18 145:5
**further** 32:4 151:13

**G**

**G** 5:1
**Gelos** 17:1 18:3,4

**gemological** 34:6,11,12
**gemology** 32:9
**Gems** 32:9
**general** 23:17 37:20
38:10,14 40:3,11,12
40:16,17 41:17 44:5
51:10,16 59:16 65:6
**generally** 22:16 58:16
102:14
**gentleman** 139:10
**gentlemen** 37:15
**Geology** 34:15
**George** 1:20 2:16 5:17
151:2,18
**Gerard** 108:3
**Germain** 99:8,10,12
100:8 101:2,9 102:4
111:9,14
**German** 25:3,5
**germane** 147:7
**gestures** 101:6
**getting** 21:9 106:7
141:19
**give** 15:6 24:19 63:14
68:13 83:8 97:7
118:8 124:11 133:7
**given** 133:8 149:6
151:10
**gives** 50:7,8
**giving** 9:11
**GMP** 106:11
**go** 9:12 26:1 29:2,6
30:2 69:15 78:12
79:8 90:12 95:11
96:17,19 106:13
107:16 122:1 126:5
131:16 137:4 141:21
148:3
**goes** 143:19
**going** 34:2 43:6,12 48:8
48:9,10 71:16 75:5
88:7 91:7 112:12
117:20 118:6 126:11
127:14,16 131:2
137:8
**Gonzalez** 52:7,8 62:19
62:21 63:10 133:11
145:1,9,11
**good** 34:21 39:4 48:14
55:6 59:21 67:19
69:18 92:19,20
118:13
**government** 44:12
**graduate** 30:17 31:19
**graphic** 101:5
**greater** 57:20
**Gremapharm** 114:6
**growing** 101:10