Gr□nenthal 24:8,13,19
    25:5,6,9,11,16
guarantee 90:3
guarantees 91:12
guessing 78:6
G-O-N-Z-A-L-E-Z
    133:11
G-R-§ 24:9

**H**

H 76:7
half 19:14,14,17,17
    20:2,2 57:20
hand 115:10
handling 52:12,14
    146:21
handwriting 87:4
happen 38:3,5,6
happened 38:8 56:12
    68:7 86:7 134:20
happening 84:7
happens 97:14
happy 28:5 35:2 101:6
    101:9,18 114:12,13
    128:11
hard 63:17 147:4
head 9:2 51:20 77:19
health 44:14,14 46:19
    47:1 48:5 123:17
hear 14:17 107:21
heard 7:13 44:11
    121:10
hearing 97:12
held 2:9 5:10
help 28:3 43:2,13 51:14
    51:21 63:13
helpful 43:4
hematology 26:6
hereto 151:16
Herrera 67:19 76:6,11
    77:10 78:2,10 80:19
    81:13,17,19 83:4,8
    83:16 84:4,9 85:19
    94:20 95:8 96:11
    102:9,20 103:3,7,16
    104:16 105:20 107:7
    109:15,21 110:5,17
    129:4,15 130:3,4
Herrera's 82:1 105:14
hesitating 40:6
high 28:12,21 29:1
higher 64:14
highly 85:5 146:20
hire 18:15,19 51:21
    65:17 66:1 144:4
hired 37:12,19 38:7
    41:16 44:5 51:9 52:2
    52:4,10 62:16,16

64:17 142:10,16
hold 37:18
holder 115:3,5,18,20
    116:5,9
holders 115:12,13
    116:15 133:18
hope 113:1
hopefully 39:1
hours 123:13
Hoyos 6:9,14
hundred 20:1 25:12
    42:6 58:1
Huntington 3:14

**I**

idea 34:21 39:4 69:18
    118:13
identification 68:17
    69:1 70:1 131:8
    137:12,17
identified 101:3
identify 5:19 6:6
Ignacio 66:2,3 67:8
    71:17 74:2 80:17
    82:9 84:3 94:19 95:8
    95:11 96:16 109:21
    142:11,14,18,20
    143:1 145:2,2,14,19
    146:7,12 147:14
Igonet 58:5,6,13
    144:10,13 145:3
Igonet's 144:11
imagine 86:6,8 96:2
    110:14 125:16
    126:15,16,19 127:1
immediately 52:19
implied 80:7
importance 144:6
important 34:4 58:17
    81:1,3,3 90:19 99:14
    102:2 114:11 117:3,5
    119:14 128:16
    129:10
impose 75:3
impossible 97:20
improbable 85:5
incident 135:11
include 17:21 98:12
included 19:3 50:20
    124:13 141:18
including 108:12
inclusive 19:3
income 20:21
incomplete 69:3
Incorporated 5:7 6:3
    7:16 120:10,14 122:4
    124:8,12 128:21
    129:7 136:1,8 137:1

increase 55:6,8,10
    57:20
increases 54:10,14,16
    54:18
indicate 5:20 8:3 28:1
industry 115:2 125:9
information 13:3 31:12
informed 59:10
informing 139:1
infrared 35:17
initial 75:20 76:2 117:1
    132:3
initials 12:20
initiated 58:11
inserts 73:19,20
insist 69:8 97:19
insisted 70:16
installations 90:8 91:17
Institute 34:11,12
institution 31:10
instruct 14:20
instruction 98:12
instructs 50:12
intention 108:15
intentionality 111:4
interested 12:18 20:7
    151:16
interesting 13:21 50:16
    114:10
interject 125:20 126:3
intern 54:3,5 142:19,20
    142:21 144:8,19
    145:3
interpose 98:11 107:17
interpreted 4:18
interpreter 4:20,21 6:6
    6:8,12,20 7:5 11:10
    11:19 12:6 17:4 18:7
    18:13 21:21 23:4,7
    24:3,9,17 27:5 28:7
    32:14 46:14 47:10
    49:4,8 62:4 63:2,7
    69:2 72:7 74:19
    78:14 80:5 82:18
    83:14 88:13,18 89:14
    97:14 100:13 103:16
    110:4 116:18 125:20
    133:14 136:14 146:5
interrupt 72:17 133:3
invoices 65:13
involved 26:17 104:6
    124:20 129:14 143:5
    144:3
involvement 7:18
    54:12 70:19 71:17
involving 66:14
issue 48:15 79:6 81:3,3
    99:14 104:3 108:21

117:15 118:3,20
    134:5 135:17 136:1,9
    144:4,6
issued 134:3,15 141:15
issues 59:17 66:15
    104:19 117:17 143:2
    143:4
item 85:8,12 86:11 88:2
    92:4

**J**

J 1:21 2:18 5:14
January 151:19
jeweler 13:2,20
jewelry 13:16 26:10
Jim 102:17,20 103:8
    104:15 105:17 107:6
    108:4 110:15
Joanesse 98:14,19 99:3
    109:10 110:7
job 1:19 27:8 66:3
    147:9 150:10
jobs 99:18 148:2
join 30:19
joined 37:11,12
jointly 48:13 62:12
joke 26:11
Juana 64:21
judgment 112:18
July 15:18,21 16:9 20:9
    20:9,14,18 23:15
    24:2 41:10 123:1
June 33:14

**K**

keep 59:10
kind 118:8
know 15:6 28:14 40:2
    56:6 70:9 78:6,7 81:2
    90:15 98:16,17 109:9
    110:13 114:14 115:7
    120:19 121:9 122:1
    122:20 123:5 130:12
    140:2 141:17 147:3,4
    147:11
knowledge 39:20 42:5
    46:3 109:3 120:13
    122:3,15 123:5,16
    124:2
known 38:19
knows 128:14
know-how 72:15 87:18
    117:9,16

**L**

L 1:12
label 135:9
Laboratories 17:1

25:21 135:12
laboratory 18:3,4
    114:4 115:16 121:4
Laborotorios 26:16,19
    27:2,8 60:1 62:11
    102:1,9 113:2 119:5
    119:11,19 120:6,19
    121:1 123:16 125:14
    125:14 127:20 128:2
    128:18,20 130:1,5
    135:16 138:11,11,14
    139:1 140:6 145:20
Lachiva 139:14
lack 105:8
language 87:13 91:21
    92:5,7,8 96:11 141:7
    141:15
large 43:15
largest 53:14
late 141:19
Latin 38:2,4,8 40:18
    41:13,15,17,19
laugh 13:12,17
law 5:11 10:15 32:17
    33:4,17,19 36:14,15
    36:17 42:15 45:13,21
    54:11,15,17 55:1,7,9
    113:15 119:10
lawsuit 18:16 19:12
leave 88:6
leaving 34:5
Leciva 135:12
led 142:12
LeDuc 37:13 42:14
    105:21 106:4 107:5,5
    108:3,10 109:3,6
    110:8,15
left 29:19 142:10
legal 2:18 5:16 14:19
    98:13 128:14,14
legislation 72:13,13
    112:6
lengthy 142:13
lesser 144:6,6
letter 4:7,13 52:17,19
    68:19 77:4,4 88:10
    88:11,13,16 89:3,20
    102:6 103:19 138:21
letterhead 86:5,17
letters 12:19 60:7,9
    90:15
let's 16:12 68:12,14
    69:13 85:16 122:21
    126:5 131:5,16 137:4
    141:10,21
level 104:6
levels 29:5
Lewis 2:11 3:3 5:11

Ley 45:5,7
licenses 133:18
licensing 26:15
life 36:18
limit 88:3 93:11
limitations 88:9
Limited 11:18
Line 150:12
Liorzou 100:8,16,17
list 17:18,20,21
listed 76:7
little 7:18 11:9 15:15
    19:13 20:12 33:16,19
    114:4 116:7
LLP 3:12
local 102:16 104:4,6
locally 104:4
located 5:11 30:5 39:17
    138:15
Loferrera 96:21
logical 36:21
Logically 99:6
logo 86:16
London 46:12,15,16
long 27:7 33:12 43:2
    97:1
longer 97:10
look 12:13 19:18 85:16
    86:20 93:18 112:10
    131:10 137:18
looking 14:7 86:16
    133:15
Los 47:5
losses 22:16
lost 41:3 80:8
lot 25:17 49:1 90:17
    117:11 146:19
    147:18
lots 101:18
loud 93:7
love 36:16
lunch 78:13 83:16 84:4
    85:19 92:15
luncheon 78:14 80:19
    81:2,13 82:10,12
L-A 23:7
L-E-C-I-V-A 135:12

M

M 1:12
MA 46:11
machina 127:12,14
Madaus 138:12,14
    139:1
Madrid 7:12 29:13
    30:6 31:18 32:19
    33:11 34:16,17 36:15
    111:17

Magee 3:10 6:4
mailed 138:9
main 51:9 59:11 104:18
    116:4 117:4
major 50:14 59:17,17
making 21:3,3 43:13
    63:21 65:2,8 94:10
    125:17
man 23:10 52:5
manager 22:21 100:12
    100:13,14,14
managerial 56:9
manner 91:13
manufacture 17:14
    112:16 113:4,14
    114:17,20 115:1
    117:7 118:17 119:3,7
    121:7,11,16,21 122:5
    122:16 128:2
manufacturer 72:16
    73:21 87:19 91:15
    112:8 115:6 141:4
manufacturers 74:15
manufacturing 4:6,8,9
    4:10,11 67:15 68:15
    69:11 70:11,12 72:14
    74:13 79:18 82:11
    87:15,18 90:6 93:12
    96:13 101:3 102:5,10
    102:13,15 103:8
    104:4,9 105:5 107:6
    108:5,11 113:18
    114:3 115:10 116:2
    119:2 120:15,20
    125:3,5,6 127:18
    128:10,19 129:6
    145:18
March 56:11,14 67:12
    68:15 105:20 107:7
    109:4 112:10
Maria 64:21
mark 137:8
marked 68:14,16,21
    70:1,6,20 78:20 79:9
    79:11 84:15 108:5
    131:5,7,11 137:12,17
    141:20
market 88:5 90:6 91:14
    93:13 136:10,12,13
    136:15,19,20
markets 44:7
Massachusetts 3:15
mastered 10:8
master's 35:17,20 36:2
material 114:15 117:13
matter 5:5 57:5 76:14
    106:20 129:18
    148:10

matters 51:12,13 53:3
    53:13 94:4
meal 78:12
mean 11:17 20:20
    47:13 57:19 60:21
    66:11 71:11 81:5
    82:15 86:14 115:13
    119:21 124:16 125:5
    146:9
meaning 25:14 66:5
    71:2 113:7 129:21,21
means 12:5,10 63:14
    113:12 121:15
meant 71:12,15
medical 45:2
Medicamento 45:5,8
    45:20
Medicinal 45:1
medicine 112:14
Medicines 45:16
meet 95:8
meeting 67:19 68:1,3,4
    68:7,10 80:18,19
    94:20 95:4 105:7,7
    105:21 106:2 109:15
    110:8,15,20,20 111:1
    111:14,16
meetings 105:6
memory 20:13 93:19
    135:10
mentioned 19:2 109:17
    113:15 142:19
micro 51:5
microgranules 90:7
    91:15
mid 45:3
mind 58:15 70:13
    114:13 130:4
mine 60:8 87:5
Mines 34:15
ministerio 72:4
ministry 44:9 45:14,17
    72:1,10 113:13
    115:16 143:17
minor 13:7,8
minute 72:17 131:17
    137:5 142:1
minutes 117:12 123:7
mischaracterization
    67:11 79:14 104:12
missing 73:13
mission 48:12,21 49:3
    66:17
misspoke 83:2
mistake 80:15
mistaken 15:9 109:7
    147:17
mistranslation 89:17

moment 15:6 28:16
    44:10 68:13 69:16
    95:18 103:10,20
    122:6 133:3
money 14:13 21:7,9,11
    21:16 22:11
monitor 143:10,19
monitoring 44:8 47:4
    47:11,14 48:12,16
    49:4,5,7,12 143:11
    144:5
month 15:18
months 79:6 106:3
    107:8,12,13 110:16
morning 71:21 72:8
    93:16 94:11 95:10,21
    106:11 115:15 142:8
    143:7,13
morning's 93:2
move 117:15
multiple 26:18
Murphy 102:17,20
    103:4,8,14,17,19
    104:1,15,18 105:1,4
    105:18 106:4 107:6
    108:4 110:16 120:12
    122:7 124:19,21
    129:16 130:3 131:1
    132:15,17 133:7
    134:18 136:5
M-y 11:11

N

N 1:12 4:1,1,17 5:1
name 5:14 6:8 7:10,14
    11:5,7 12:1,14,16
    24:19,21 25:2,3,3,3
    31:14 38:16 45:20
    52:6 64:19 115:16
    120:10 134:19
    139:10 140:11 144:8
    149:11 150:7,8
named 25:15
names 65:19 147:16
nature 11:11 14:5
    16:19 35:16
necessarily 89:6 95:20
necessary 48:10,11
    90:18 105:9,15
    113:19 114:2 115:11
    123:20 124:4 128:8
    129:12
need 8:20 9:7,12 69:9
    97:15 107:17 108:10
    109:13 116:7
needed 113:19 119:1
    132:19,21 135:3
    136:11

needs 73:15 90:1 91:10
neglect 115:7
negotiate 95:9,9 96:17
negotiated 99:18
negotiating 62:10
negotiation 66:15
neither 9:16 151:11
nervous 26:5
never 8:17 41:19 51:11
    60:20,20 120:14
    121:6 129:17
new 26:15 49:19
nine 147:17
Ninety-eight 42:11
nods 51:20
non 10:17
nonresponsive 130:12
Nope 132:12
normal 124:9
normally 52:21 53:2
    55:12 76:15
norms 106:11
Northwest 5:12
Nos 69:21 137:11
notary 2:17 7:5 13:17
    151:1,19
note 28:6 131:14
notes 96:2
notice 2:16 70:21 71:8
    71:19 75:7
notwithstanding 118:7
November 16:6,7,9,13
    16:17,21 19:4 22:3
    114:1
nullified 85:12 92:7,10
nullifies 87:13
nullify 91:21
number 5:3,8 7:11,16
    18:4 53:15 56:21
    57:4 66:5,6 75:18
    77:1,6 85:8,12 88:2
    92:4 95:17 99:17,21
    100:2,3 106:15,19
    108:7 112:15 113:16
    141:12,13,16 148:8
numbers 70:9
N-E-N-T-H-A-L 24:10
N.W 2:12 3:5 150:2

O

O 1:12,12 4:1,17 5:1
    29:5
oath 10:12
object 14:19 40:21 43:6
    59:7 86:1
objected 50:2 96:11
objection 14:15,16
    19:16 42:8 49:20

58:2 60:4,19 66:10
66:16 67:1,10 68:2
79:1,13 81:9 84:11
84:18 96:14 104:11
107:18 111:20 113:5
120:16 130:8 140:8
objective 8:9
objects 50:4
obliged 128:12
obliges 72:13
observation 94:10
obtain 66:20 74:2,6
78:15,19 79:8 82:10
95:5,12 108:17 112:4
113:20 114:8 136:18
144:15
obtained 28:17 32:2
114:16 115:8
obtains 115:17
obvious 8:14 119:17
obviously 8:3,12 19:21
60:7 119:19
occasions 66:18 92:2
99:11 100:7
occur 91:12
occurred 56:13 110:16
October 33:14
offered 95:12
offering 17:11,19
office 40:19 41:9,9 51:3
51:9 59:11 104:19
122:8
officer 151:2
offices 5:11
oh 73:10 110:4
okay 9:5 10:20 20:12
26:13 30:17 35:8
46:8 48:14 81:8
88:14 98:5 99:7
116:21 119:18
145:12
old 10:20,21 29:18,18
29:20,21
omeprazole 17:21 74:5
75:12 79:4,10 82:11
87:20 90:7 91:16
101:10,13 108:12,12
113:4 114:17,19
115:12 117:6 118:17
119:3,8,16 121:17
144:4
once 108:20 115:17
ones 54:15 59:14 74:8
78:15 79:19 112:7
116:19
one-time 57:21
open 88:6
operated 38:17

operating 22:17
operations 41:15
opportunity 50:8 97:8
134:1
options 115:3
oral 7:3
order 47:20 48:9 72:11
78:14 108:17 112:4,6
113:17 119:2,7,15
143:18,21 144:14
146:21
orders 90:5 91:13
Ordinarily 74:19,21
ordinary 132:8
originally 108:1
outside 34:17 51:14
outsourcing 127:7,10
127:17,19 128:1,12
129:11 140:20
146:19
owned 42:6,11,13
120:1,7
owner 73:21 141:2
owners 59:13
O'Toole 1:21 2:18 5:14

_____ P _____

P 5:1
package 73:19,20
page 4:3,5 75:7,10,17
75:20 76:3 86:21
93:1 94:1 99:17,21
100:2 112:10 139:11
150:12
pages 1:10 74:10
129:17,20 149:4
paid 18:21 42:2
pain 96:3
painkillers 18:9,12
Palmer 3:12
paper 64:3 147:11,12
paragraph 87:14 91:8
92:8,9 93:4 94:9
96:12 98:9 104:9,14
112:11,13 113:15
Parasitimol 18:9
parent 38:19 39:7
121:5,11
parenthesis 25:11
Paris 106:1
part 31:8 92:9 93:12
94:7 102:2 128:9
participant 77:20
participate 78:9
particular 66:9 67:12
75:3,17,18 77:1
103:11
particularly 12:18 55:5

parties 87:17 125:3,4,7
125:10 128:16
151:12,15
partner 21:1 22:20
partners 12:21 13:1,4,9
21:19 23:1 42:15
partnership 23:12
parts 43:19 92:2 93:15
94:5
party 5:20 75:4 102:13
125:12,13 127:5
patent 75:11 87:20
118:20,21
patented 117:6
path 142:13
pause 44:10
pay 62:10 65:9
paycheck 41:20
penalties 10:14
Pencils 50:21
pending 9:10,13
pens 50:20
people 51:21 52:9 53:6
54:7 61:14 64:15
104:5 109:16 127:11
146:1,8,11 147:5,9
147:14,16,19,20
percent 19:15,15 20:1
23:14 25:6,7,12
37:15,16 42:6,11,13
55:9,9,11 57:20
Perez 133:5
perfectly 30:12
perform 147:21
performance 54:9,13
58:16
performed 22:12 60:2
91:16 145:4 147:13
performing 16:20
period 43:2 87:21
122:11,13,15,21
periods 12:14 43:4,14
permits 132:20
permitted 9:16
person 10:17 49:18
52:4,15 62:5,6 63:5
77:14,17 98:21
102:13 105:17
personal 147:2
personally 21:12,12
22:12
Pe▢a 7:11
pharmaceutical 26:8
26:20 30:19,20 31:2
31:13,14 32:17 33:4
33:17,19 36:13 51:10
112:16 115:2 121:8
122:5,17 123:4 125:9

128:3
pharmaceuticals 1:7
5:6 6:3 7:15 13:16
35:13 57:6 106:21
120:10,14 121:5,12
122:4,16 123:2 124:8
124:12 128:9,21
129:7 130:7 135:21
136:7,21 148:11
150:7
pharmacist 144:15,16
pharmacology 35:13
pharmacy 31:6,8,16
32:3 35:21
phase 117:13,15,18
Philippe 100:8
phone 77:17 111:16
phonetic 96:21
phrase 127:5,16
phrasing 130:10
picture 43:5
pieces 147:12
Pierre 99:8
pilot 13:2,19
place 111:19 135:7
Plaintiff 7:4,7
plaintiffs 1:5 3:4 6:1
plant 100:12,14,14
117:2 121:18,20
145:18
please 5:19 6:6,12,20
7:9 8:1 9:8 14:5,12
24:18 25:4 28:1,10
37:10 44:3,20 59:1
61:7 67:21 80:11
89:1,18 93:5,7,21
95:3 98:5,12 111:18
113:11 116:8 131:10
133:6 137:19 142:17
PLLC 2:11 3:3
plus 23:7 53:17 54:5
point 9:21 36:12 71:9
77:1 96:18 98:2,3,15
104:20 133:1 145:6
points 118:7
portion 66:13 93:3
Portugal 23:18 38:1,4
38:7,9 39:11,14,14
40:13,16,18,20 41:9
41:17
Portugese 46:10
position 19:1 22:18
26:14 27:1,8 37:18
40:15 109:8
possibility 83:11 88:7
115:7,9 136:6
possible 28:20
postgraduate 28:13

posts 146:21
practices 59:21
precise 46:1
precisely 34:19 42:10
43:12 50:6
predicate 43:9
prepare 46:8 64:3
prepared 87:7,9
preparing 63:19 66:14
prescribed 54:15 55:7
present 47:17 72:9
86:16 99:9 100:9
110:8 124:21 125:1
presently 11:1 94:8
presents 143:17
previous 105:7
price 62:10 66:15
133:12,14
prices 65:16 90:5 91:14
99:18
primary 29:1
principal 28:18 59:17
principle 92:3
prior 23:15 24:6
probably 7:17 16:1
18:1 45:10 77:12
78:4 96:16 103:5
121:14 126:18 147:7
problem 20:13 52:18
59:20 60:2 107:15
problems 61:10,13,20
132:14
procedure 9:21 128:15
produce 88:7
produced 111:3 131:15
132:4,6,7
product 47:16 72:11
73:15 88:4 90:7
91:15 93:12 106:10
114:20 134:4,19,21
134:21 135:1,8 141:4
143:21
production 18:5,7
productive 146:20
147:1
products 14:7 17:12,17
17:18 26:15 44:14,15
45:1,1,2 46:20,21
69:12 112:17 116:13
116:17,18 121:8
122:5,17 123:4,17
128:3 132:20
profession 33:5
professor 34:5,8
program 28:18 33:2
35:9
promise 13:14
pronounce 11:13 12:1

**proposal** 82:12,14
  95:16
**proprietor** 72:15
**protect** 48:4
**prove** 47:20
**provide** 8:20 55:6
  139:20 140:6 141:6
**provided** 25:1 57:18
  79:19 96:5 114:7,16
**proviso** 91:11
**Public** 2:17 7:5 151:1
  151:19
**purchase** 4:7 17:13
  68:19 77:5,5 88:16
  88:18 89:3,20 90:5
  91:10,13 102:5 103:9
**purchasing** 59:21
**purpose** 18:17 52:3
  57:13 82:10 95:4
  123:18 138:6,7
  143:11
**purposes** 14:20 18:16
  27:19 46:5
**pursuant** 2:16 128:1
**put** 25:11 41:4 73:16
**puts** 143:16
**p.m** 148:14

**Q**

**quality** 62:1,2,4,6
**Quatro** 70:8
**question** 8:1,4,5,11
  9:13 12:19 14:19 15:2
  15:3,5 19:13,18
  24:20 28:1 38:15
  40:8,14 41:5,6 43:7,8
  43:18,21 47:7 48:19
  50:2,6,9,10,11,13
  59:1,3 61:7 69:5 73:9
  75:16 77:8 78:8
  80:10 81:8,8,12
  84:13 106:12 107:4
  107:10,13 109:2
  117:2,20 120:17
  122:12,14 123:19
  124:1,6 125:17
  126:12,16,19 127:2
  128:11 129:2 130:13
  130:14 132:11
  136:16 138:5,6 139:7
  146:9,10
**questioning** 9:6
**questions** 4:18 6:16
  7:17 8:11,21 9:10
  10:4 15:1 43:13
  57:13,14 75:15 90:9
**quick** 89:17
**quite** 111:13

**R**

**R** 3:10 5:1 27:3
**ran** 51:1
**ranging** 15:10
**rarely** 74:17
**reach** 106:6
**reaches** 143:20
**read** 15:4 73:1,3,4
  80:10,12 89:1 91:7
  91:18 92:6,10 93:5
  93:20 94:1 106:17
  112:12 126:12,14
  130:16,17 149:3
**reading** 139:3
**reality** 145:16
**really** 28:14,15 40:2
**reason** 116:4,4 117:4,5
  128:5 150:11
**reasons** 94:14
**recall** 33:15 60:11
  101:1 102:4 111:10
**receive** 21:7,11 33:1
  41:20 54:8,14,21
  55:2 57:18 113:2
  119:6,15
**received** 19:5,9 114:2
  119:11 121:6 134:21
  139:16 140:4 147:10
**receiving** 22:8
**recess** 37:6 57:2 92:15
  123:11
**recharacterization**
  59:8 79:2
**Recitals** 112:11
**recites** 68:7
**recognized** 106:9
**recollect** 94:8
**recollection** 8:10,13
  82:7
**recommend** 54:20
**record** 5:2 6:7 7:10
  15:4 37:5,7 57:1,3
  69:16,20 70:2,6 73:4
  73:5 80:12 86:18
  92:14,16 106:16,17
  106:18 123:10,12
  126:5,7,8,9,14 127:3
  130:17 131:16,19,20
  131:21 132:3 137:4,7
  137:13 138:1 141:21
  142:3,4,5 148:4,6,7
  148:12 151:9
**reduced** 151:8
**refer** 25:13 39:2,7
  46:17 52:19 100:2
  127:9 137:21 145:11
  145:14

**referred** 67:4 75:11
**referring** 39:6 44:18
  45:12 69:6 75:6,16
  84:2 99:20 122:10,10
**refers** 45:19 131:12
**refreshed** 93:19
**regard** 60:8
**regarding** 7:18 9:21
  58:11 62:14 76:12
  77:10 96:11 103:8
  104:1 105:18 107:6
  108:4
**register** 12:12,13,13
**registered** 12:11,16
  13:18 15:17,21 20:14
  112:14 113:12
  116:16,18
**registering** 12:19 49:8
  114:19 115:14
**registers** 116:15
**registration** 47:9,11,14
  47:18 48:16 51:11
  72:3 117:17
**registries** 44:9 143:10
  143:12
**registry** 72:1 118:4
**regular** 54:8,9 76:15
  79:17
**regularly** 74:14,20
  75:1
**regulatory** 143:2,4
**reiterated** 80:6
**Rejholec** 139:12,13
  140:17
**relate** 138:18
**related** 31:11 35:13
  44:6 94:5 99:15
  131:3 147:1 151:11
**relations** 16:3
**relationship** 109:1
  127:7 134:10,15
  139:2 140:3
**relative** 151:14
**relatively** 10:3
**relevant** 146:14
**remarks** 105:8
**remember** 15:17 17:20
  20:16 26:7 34:18
  35:5 36:6,11,11 55:3
  55:3 58:3,12 60:14
  64:20 65:3,19 67:12
  76:19,21,21 77:11,18
  80:21 81:15,18,21
  83:5,5,18,19,20,21
  84:6 85:1,4 86:3
  87:11 93:17 96:1
  97:2,17,21 98:6
  102:7 103:10 104:20

  110:1,5 111:13
  135:15 136:6 144:8
  145:21
**remembrance** 85:20
**renegotiate** 96:20
**renegotiated** 96:20
**rent** 62:11
**repeat** 15:3 24:20 61:7
  72:18 130:14 143:14
**repeatedly** 104:13
**rephrase** 59:1 61:8
**replace** 146:12
**replaced** 146:7
**replied** 107:8
**reply** 80:7 136:17
  139:7
**report** 6:12
**Reported** 1:20
**reporter** 5:16 6:20 15:4
  73:1,3,4 80:9,12
  106:17 126:14
  130:17
**represent** 5:20 7:14
**representations** 138:18
**represented** 5:17 6:9
  13:6
**representing** 5:14
**Republic** 135:13
**request** 87:16 132:5
  139:16 140:5,5
**requested** 141:7
**require** 55:1
**required** 50:11 144:14
  146:12 147:14
**requirement** 112:5
  140:17
**requires** 54:17
**resort** 52:15
**respect** 21:15 53:5
  57:15 60:15 61:9
  70:19 76:6 101:2
  102:4,10,18 106:10
  118:7 127:8
**respond** 52:18
**response** 8:20 27:21
**responsibilities** 41:14
  57:10 66:6
**responsibility** 44:8
  50:15 52:13 53:8
  57:12 62:9 63:18
  66:9
**responsible** 49:18 51:2
  52:11 62:5 64:5,11
  128:13
**result** 67:19 95:15
  108:16
**results** 60:16
**return** 36:19 81:12

**returned** 80:18 85:18
  134:21
**returning** 135:8
**returns** 140:12
**review** 54:13
**reviews** 54:9
**revise** 50:9
**right** 8:19 22:17 29:2
  35:8 44:17 45:11,13
  50:6 56:15 58:21
  61:2,6,9 68:12 69:7
  69:13 78:8 79:12,21
  83:9,21 88:17 105:16
  107:19 117:21
  126:20 132:9 138:2
**risk** 15:6
**Robinson** 2:11 3:3 5:11
**role** 73:10
**Roseline** 98:13 99:3
  109:10
**running** 51:3
**Russian** 12:11

**S**

**S** 4:1 5:1
**safe** 47:21
**salad** 97:20
**salaries** 53:6,7 57:15
**salary** 54:7,10 55:11
  57:21
**sale** 134:5
**sales** 4:12 131:4 132:21
  133:19 134:1,2
  135:17 136:1,9,11,19
**Salmador** 142:18,20
  143:4 145:2
**Salmador's** 143:1
**sanitary** 44:9,21 45:1
  45:14 46:21 47:1
  72:13 113:13 115:16
  128:13,15 140:18
  141:1 143:17
**Santa** 7:11
**Saragosa** 120:20
**saw** 101:20 106:11
  121:13 141:13
  147:15
**saying** 20:2 59:12 68:6
  95:17 97:12
**says** 89:7,7 113:6 129:8
**school** 28:11,12,17,21
  29:1,9,10,11,12,15
  29:19 30:1,4,8,18,20
  31:1,3,9,13,15 32:8
  32:10
**schools** 28:20 32:5,16
  33:6 34:13
**Science** 27:6

scientific 27:6
Scott 3:10 6:4
seated 8:18
second 68:18 93:1
  99:17 125:18
secondary 28:11
seconds 123:13
secretarial 64:18 65:1
  145:4
secretaries 56:4,5,9
  65:21 145:7
secretary 52:5 62:16
  64:17 65:7,18,20
  145:4,8
see 16:12 82:4 86:4,21
  109:3 114:10 125:10
  129:19
seeing 109:6
seek 51:13
seeking 49:18
seen 45:18,19 135:5
send 35:6 65:11,12
  79:7 134:9,12,14
  140:11,14
sending 64:8
sense 95:14
sent 79:7 83:16 95:7
  139:19 141:7,12
sentence 93:4,5 94:9
  98:9 104:8,8
sentences 10:3 97:7
  98:1,2
separate 31:10,10
  40:15
serious 53:3 146:11
seriously 53:4
serve 52:4 144:18
services 5:15,18 19:12
  22:6,12 150:1
seven 29:16
seventeen 29:21
shakes 9:1 77:19
share 23:12
shares 42:16
sheet 101:20 147:10
  149:8 150:6
short 10:3 28:19 43:14
  56:19
shorter 43:3 97:7,11
  98:2
show 114:13
showing 114:13 137:16
shown 95:16
sic 139:8
sign 65:11 74:14 77:2
  81:16,19 82:13 85:9
  85:10 90:15,21 91:3
  106:5,5 112:6 124:10

128:15 129:17
signatory 124:13
signature 74:2,6 75:17
  82:2 84:16,16 85:2
  108:10,17,18 111:5
  138:10 148:13
  150:21
signatures 105:9,12
signed 69:12 77:4,6,11
  81:17,19 82:8 83:1,3
  83:6,7 84:8 85:5
  90:19 94:11,15 99:4
  104:5 105:19 107:7
  108:6,20 110:16,21
  113:21 124:7 129:5
  130:5 149:8
significant 36:8
signing 99:13 101:6
  128:19 129:5,20
  130:6,20
signs 102:14
similar 94:12 95:5
similarly 39:6
simple 147:10
simply 28:16 114:15
simultaneously 31:4
Sir 108:8
sit 94:6
situation 112:9 135:3
six 31:7,8 53:17 54:5
  71:11,11,13 74:9
sixteen 15:10 57:16
SL 11:15,16,17
SLR 1:5 5:9
small 53:1,11,12 55:12
  73:12 122:8 146:18
  146:20
Smaller 98:1
society 11:18
sold 101:19,21,21
sole 82:10
solved 104:4
somebody 144:5
somebody's 64:2
soon 34:6 124:6 133:16
sorry 18:11 24:4 27:5
  32:13 40:1 49:2
  58:20 73:6 83:2 87:8
  88:17 99:1 118:1,14
  146:3
sort 59:4
sound 45:9
sounds 25:2
South 38:2 39:17
Spain 1:4 5:6 7:12,19
  23:18,20 24:1,7 38:1
  38:4,7,9,11,14,17
  39:3 40:4,11,17

41:17,21 42:3,4,6,17
  42:20 43:1,11,20
  47:16 50:18 51:17
  52:13 53:7,15 54:8
  57:17 60:17,18,21
  62:15 100:5 109:19
  110:1 116:2 117:3,8
  119:2 120:15 121:12
  121:15,17,18,21
  122:5,17 132:16,18
  134:5 136:4,5 142:10
  142:16 144:19 148:1
Spanish 6:17,17 12:17
  24:4 25:3,6 28:20
  34:11 38:16 39:2
  42:15 44:11,13,13,14
  44:21 46:6,9,19
  47:19 48:1,5 49:10
  51:7 54:2,17,21 65:6
  70:9 72:6,7,10 89:8
  93:8,9,9 112:3,15
  113:3,13,15 119:7
  121:2,7 123:3,17
  124:3 133:10 134:3
  136:10,12,13,14,19
  136:20 137:2
speak 10:2,8 28:5
  30:10 56:5 102:8,17
  133:9,10
speaking 24:4 28:2
  47:19 49:10 51:7
  54:2 124:15,17
speaks 27:21
special 66:18
specialist 2:18 5:16
  13:3
specific 43:14 67:7
  96:18 107:11
specifically 14:20
  63:16 105:21 108:14
  111:1 141:9,11
specifics 117:16
spectometry 35:18
Spectrometry 35:19
speculation 60:5
spend 48:14
spoke 100:7 102:20
  105:17 107:14
spoken 103:5 107:5,13
staff 146:18
stage 54:1,2 143:20
stages 48:10,11
stamp 131:14 132:6
stand 89:11,14,17
standpoint 144:7
stands 12:17 89:19
start 15:13,14 16:2
  23:19 24:12 27:7

138:4
started 16:9,9 20:4
  27:12 51:12 125:16
  126:16
starts 22:15
state 7:9
stated 55:9 67:18 76:13
  80:5 85:11 94:15
statement 112:21
  139:17,21 140:7
  146:10
states 1:1 5:7 8:16
  10:15 88:3 114:1,7
  122:9 136:3
stating 140:17
stenographer 8:18
  27:20 126:12 130:16
stenographically 151:7
Stewart 3:9 4:4 6:2,2
  7:8 11:21 12:8 21:20
  23:9 27:19 28:4 37:3
  37:9 41:1 42:9 43:8
  46:2,7 47:6,12 50:3
  56:17 57:8 59:2 60:6
  63:9 68:18 69:4,13
  69:17 70:4,10 71:12
  71:14 73:2,6,8 74:17
  74:21 80:9,13,16
  81:11 84:12 86:19
  88:14,20 89:4,9,10
  91:5 92:11,18 93:7
  97:5 98:4 107:2
  108:2 117:19 118:2,5
  118:12,15 120:18
  123:8,14 126:1,5,11
  126:18 127:1 130:11
  130:15 131:9,16
  132:9 133:13 137:4,8
  137:15 138:2 141:10
  141:19 142:7 146:3
  148:3
storage 115:4,5
Street 2:12 3:5 5:12
  150:2
strictly 124:14,17
strongly 104:7
Stuart 7:14
Stuart's 14:21
student 144:16
studied 32:9,14 47:21
studies 30:20 31:8 54:4
study 28:18 31:5 32:18
  33:4,8,12 36:7,17
subject 66:9 102:21
submit 123:16 124:3,18
submitted 112:3
  115:15
subsidiary 38:17 39:2

39:10,16,21 119:20
  119:21
substance 9:17,18
  39:14 98:16 109:12
  110:12
substantial 57:18,19
  66:13
suggested 45:7 127:4
suggestion 97:4 127:8
Suite 2:13 3:6 150:3
Superior 30:3,18 31:9
supervision 64:2
supply 90:3,18 91:12
  119:16
sure 8:7,9 16:10 18:1
  19:20 36:4,10 48:9
  69:18 83:10 97:5,11
  97:15 129:15
surprised 147:4
swear 6:12
swearing 6:21
sworn 7:4 89:12 151:6
system 26:6
S-A-L-M-A-D-O-R
  142:18
S-L 11:12
S.A 1:3,4 5:5,6 13:21
  38:18,20 39:14
  125:15

-----

T

T 1:21 2:18 4:1,1,17
  5:14
take 9:6,7,9,15 27:11
  35:2 37:1 53:1 56:18
  58:17 59:12,15 67:9
  85:16 92:11 123:7
  132:17 135:7
taken 5:4 8:15 22:5,11
  35:12 36:15 151:3,7
  151:13
takes 49:15
talk 34:2 52:9 85:17
  99:7 100:4 104:21
  109:9 133:10
talked 99:3,9,11 103:8
  104:20 105:4 107:11
  129:15 144:21
talking 35:5 117:14
  127:18 141:8
tape 5:3 56:18,20 57:4
  106:14,19 107:3,21
  148:8
task 48:3
tasks 64:18 65:1 66:21
  147:13,21
teach 34:8,10
technical 30:3,3,18

31:1,3,9 102:14
**technician** 27:3
**technique** 10:7
**technology** 72:15 74:1
  75:12 87:17 88:8
  106:9 119:9 141:3
**telecommunications**
  30:4 31:12
**telephone** 64:12 65:2
  77:15
**tell** 8:1 13:12 14:12
  26:4 37:10 42:21
  43:10,13 44:3 52:2
  63:15,16 71:16 76:10
  76:10 77:8 79:16
  83:15,19 85:9 87:3,6
  89:15 98:5 103:7
  104:15 105:16
  111:18 131:11
  132:13 137:19
  142:15
**telling** 68:8 95:7 105:3
  108:3
**tempted** 127:13
**ten** 117:12
**tentative** 19:17
**tenure** 52:10
**term** 125:4 128:7
**terminate** 55:20 56:9
**terminated** 55:16,18
**terminations** 56:13
**terms** 76:7,12 129:1
**territory** 40:1
**testified** 7:6
**testifies** 80:13
**testimony** 8:19 9:17,19
  10:12,15 20:13 27:20
  40:12 57:4 59:9
  62:14 73:3 80:17
  82:20 84:3 85:18
  89:11 93:2 106:19
  107:9 111:10 112:1
  127:17 148:9 149:4,6
  151:4,6,10
**tests** 144:14
**text** 68:4,10 75:3 92:10
  134:7
**Thank** 6:5 9:11 27:15
  47:3 71:13,15 89:4
**thing** 34:4 41:12 44:1
  47:2 81:1 99:14
  106:7 114:18 140:19
  140:21
**things** 12:15 34:3 35:5
  55:12 132:18
**think** 16:5 28:6 29:16
  33:18 35:1,4 39:4,9
  45:3 50:9 59:3 61:17

64:20 67:8 71:10
  80:2,21 94:5 117:12
  118:5 130:9,15 131:2
**thinks** 50:7 112:19
**third** 75:7 76:2 87:16
  102:13 125:3,4,6,12
  125:19 127:5
**third-party** 127:11
**thought** 34:2 48:18
  53:3 107:19 129:18
**thousand** 15:11,12
  19:4 58:1
**three** 42:15 55:9 70:6
  71:11,12 74:9 75:10
  94:1 106:19 113:16
  137:16 141:9 148:8
**till** 29:21
**time** 7:21 9:7 12:2 16:5
  17:19 37:1,4,8,14
  38:21 40:21 41:2,4
  43:2,4,14 48:15
  51:15 53:16 54:20,20
  55:14 56:18 57:1,7
  66:8,13 69:19 70:3
  73:7 90:4 91:13
  92:13,17 106:16
  107:1 110:7 114:5
  120:11 122:11,21
  123:7,9,13 126:6,10
  127:10 131:18,21
  137:6,14,21 142:2,6
  148:5,12
**times** 14:18 145:3
**title** 38:10,14 40:3,10
  89:1 112:11
**titles** 38:13
**today** 7:17 14:19 93:18
  94:6
**told** 13:19 36:8 56:17
  62:15 65:15 69:6
  93:3 94:20 96:16,19
  97:6 102:3 111:8,15
  112:2 147:8
**tomorrow** 7:18
**tool** 36:18
**topic** 131:3 147:7
**total** 77:3 130:21
**totally** 8:7 36:3,10
  77:16 98:20 99:1
  129:15 144:3
**touched** 46:18
**touching** 51:5
**trade** 49:11 100:19
  101:7
**tramadol** 17:1 18:3,5
  18:10
**transactions** 49:16
**transcript** 9:2

**transcription** 107:17
  149:5
**transferred** 148:2
**translate** 6:16 10:4
  63:3 88:15 89:13
  93:10
**translated** 89:12
**translation** 44:12 46:4
  68:19 88:12 89:7
  91:7 97:9 107:20
  112:12,17
**Translations** 6:10
**translator** 10:3 28:9
  89:11 93:10 97:8
  98:2 107:20 112:19
  126:2 127:4
**travel** 63:21
**treated** 53:4
**tried** 42:18 58:16
**true** 20:15 62:8 112:21
  119:13 149:5 151:9
**truly** 6:15
**truthful** 8:10,13 10:16
**try** 28:2,19 84:12 95:11
  97:7 109:14
**trying** 40:9 48:4 57:9
  58:18 106:6 129:20
  140:1
**Tudor** 1:20 2:16 5:17
  151:2,18
**turn** 68:12 92:21 124:5
  131:2 139:9
**twenty** 15:10,11 23:14
  26:7 35:6
**twice** 141:20
**two** 15:20 18:20 19:4
  28:20 31:3 37:14
  42:13 50:14 57:4
  74:9,10 77:6 90:9
  99:21 100:2 101:13
  105:11 106:15
  107:12 117:13,18
  124:19 125:2,10
  129:17,20 145:7,8
**type** 22:15 34:1 65:5
  97:1 112:2 128:12
  132:14 140:4
**typewriting** 151:8
**typing** 65:2

___

**U**

**U** 1:12
**uh-uh** 9:1
**ultimate** 52:12
**umlaut** 24:10
**um-hmm** 9:1 133:16
**unable** 118:17
**uncovered** 61:5,11

**understand** 7:21 8:5,6
  8:11,14 9:3,4,12
  10:11 24:21 25:14
  28:7 30:11 34:18
  38:15 40:7,14 41:12
  43:21 57:10 63:4
  67:3 72:2,19,20 92:6
  97:13,15 102:19
  112:9 113:7 118:2,16
  120:17 129:2
**understanding** 59:5
  101:8 103:1
**understood** 7:19 10:6
  129:18
**undertakes** 91:9
**undertaking** 4:7 68:20
  102:6
**unemployed** 20:5,6,18
  21:1,4
**unemployment** 22:9
**United** 1:1 5:7 8:16
  10:15 114:7 122:8
  136:3
**university** 31:17,20
  34:12,14 36:1
**unnecessarily** 146:10
**unreasonable** 83:13,14
  104:17
**use** 12:15 46:4 106:9
  127:16
**useful** 36:18
**U.S** 10:18 28:11 48:4

___

**V**

**v** 1:6,12
**vague** 66:10 84:11
**vaguely** 84:6
**vagueness** 86:2
**valid** 87:21
**various** 145:3
**verbal** 8:20
**versus** 5:6 57:5 106:20
  148:10
**Video** 2:18 5:16
**VIDEOGRAPHER**
  5:2 6:5,11,19 15:12
  37:4,7 56:20 57:3
  69:19 70:2 92:13,16
  106:14,18 123:9,12
  126:6,9 131:18,21
  137:6,13 142:2,5
  148:5
**videotape** 5:3
**view** 144:7
**Vildosola** 23:3,6
**violate** 118:21
**volume** 148:9
**volunteered** 78:11

**vs** 150:7
**V-I-L-D-O-S-O** 23:5
**V-I-L-D-O-S-O-L-A**
  23:8

___

**W**

**W** 1:20 2:16 151:2,18
**waived** 148:13
**want** 12:4,6 28:5,8,14
  35:1,7 36:19 47:15
  48:14 69:15 72:21
  93:20 105:16 113:10
  114:14 116:12,13
  122:1 143:14 146:15
**wanted** 56:5 75:2 82:13
  94:11 129:17 140:3
**Washington** 1:15 2:14
  3:7 5:12 150:4
**wasn't** 28:4 43:8 52:15
  65:8 81:3 90:19 96:1
  117:3 122:20
**way** 22:16 50:6 53:20
  67:2 72:3 73:14 90:3
  113:17 137:10
  138:17
**Wednesday** 1:16
**went** 28:20 29:20 31:1
  52:21 53:2 74:2,6
  78:1,2,19 79:3 81:2
  94:19 117:8 134:19
**we're** 35:5 56:17 90:20
  97:11,12 127:3 132:6
  146:14
**withdraw** 14:1 16:18
  21:19,21 38:12 39:5
  55:19 60:10 82:5
  84:1,13 87:8 120:5
  128:6 135:20
**withdrawn** 87:9
**witness** 4:19,19 6:21
  7:3 12:4 14:17 15:11
  17:3 18:6,14 23:6
  24:16 26:12 27:16
  29:10 43:16 46:2,6
  46:13 47:1,5,8,18
  49:6,9 51:5,20 54:1
  62:2 63:4 64:10,13
  72:5 74:11 75:1,10
  77:19 78:13 80:8,13
  82:17 83:13 88:21
  89:11 94:17 97:4
  99:21 100:12 103:15
  110:3 116:17 118:1
  118:14 126:3,15
  136:13 150:8 151:4,6
  151:10
**woman** 23:10,11,11
**word** 11:12 53:10

words 78:17
work 11:2,3 28:9,13
  38:3 105:10 129:13
  145:21 147:2,5
worked 53:6 147:4
working 23:19 50:16
  136:10
works 71:21 72:3
worthwhile 50:9
wouldn't 146:14
write 11:8 30:15,15
  52:17
Writing 11:9

**X**

X 4:4 68:21

**Y**

Y 12:17
Yeah 88:18 105:15
year 15:15 16:6,11,12
  16:14 31:4 33:15
  36:3 55:6 56:11
  135:14 144:17,20
years 10:21 15:20
  18:20 20:6 24:14,17
  26:7 27:10,11 29:14
  29:20,21 30:21 31:3
  31:5 35:6 55:4,8
  57:16 101:14 106:6
  114:1
Yves 100:8

**Z**

Z 52:7

**0**

000549 75:18
02199 3:15
03 20:9
04-1300 1:5 5:8

**1**

1 1:10 4:6 68:16 69:7
  70:13,20 71:5 75:6,8
  75:16,21 76:3,8
  79:11 81:5 82:15,17
  82:18,19 83:3,7 84:2
  84:5,8,15 85:10,19
  87:14 90:21 91:8
  92:8,21 93:15 94:7
  94:15,21 95:9,17,20
  96:13 98:10 101:4
  102:11,18 104:1
  105:5,11 108:6,15
  109:3,17 110:9,17,21
  111:2,10 112:2,11
  123:18 124:3,5

128:10,20 129:5
  151:19
1:55:36 37:8
10 4:15 137:11,18
  141:16
10:41:07 37:5
1020 150:2
1021 3:5
11 4:16 137:12
11:43:33 57:1
11:56:13 57:7
111 3:14
12:27:49 69:20
12:30 148:14
12:33:41 70:3
1200 116:15,16
1201 2:12 5:12
13:23:02 92:14
131 4:12
137 4:13,14,15,16
14:28:54 92:17
15:03:47 106:16
15:06:36 107:1
15:23:51 131:19
15:45:59 123:10
151 1:10
16 19:6
16:06:45 126:7
16:09:07 126:10
16:29:28 132:1
16:41:44 137:7
16:46:34 137:14
16:59:11 142:3
1600 123:13
17:01:06 142:6
17:16:20 148:6
17:16:44 148:12
175557 1:19 150:10
18 7:12
19TH 150:2
1975 32:11 36:3
1977 27:13,14
1978 32:12,13 34:7
1982 24:15 27:13
1987 23:21 24:2 41:2
  41:10 43:20
1990 32:21 45:8,21
1991 122:11 123:1
1992 33:21 45:4 113:15
1994 43:20
1996 60:12 61:10
1998 131:6

**2**

2 1:16 2:5 4:7 20:9
  70:13 71:6 79:11
  81:5 82:15 85:16,17
  85:21 86:4,9,14,20

87:7,9,10,13 89:2
  91:3,8,20 92:5 94:21
  95:9 99:17 100:1,3
  102:18 104:1 150:9
2nd 5:13 57:6 106:21
  148:11
20 45:8
20,000 19:6
2000 56:11,14 67:13
  68:15 105:20 107:8
  109:4 112:10 144:20
20004 2:14 3:7
2003 23:16 24:2 41:2
  41:10 122:11 123:1
20036 150:4
2004 15:16,21 16:7,15
  16:17,21 19:5 20:10
  20:15 22:3
2005 15:19 16:13 20:9
  20:11,18
2006 1:16 2:5 5:13 57:6
  106:21 148:12 150:9
2007 151:19
202 3:8 150:5
23 67:13 68:15 105:20
  107:7 109:4
23rd 77:12 111:21
239.0100 3:16
25 19:15
27th 131:6
29 56:11

**3**

3 4:8 69:21 78:16,20
  79:4,5,10,20,21
  80:19 81:14,16,17,20
  82:2,7 94:12 95:1,5
  111:7
3.150-E 112:15
3.2 55:11
3.5 55:9,11

**4**

4 4:9 69:21 71:2
40 25:6
429-0014 150:5

**5**

5 4:10 69:21
500 2:13 3:6
58 123:13

**6**

6 4:11 69:21 70:20 71:3
  78:16,21 79:4,5,10
  79:20,21 80:20 81:14
  81:16,17,20 82:2,7
  94:13 95:1,6 111:7

60 25:7
617 3:16
620 150:3
68 4:6
69 4:7

**7**

7 4:12 131:7,11 132:13
  138:19 141:13
70 4:8,9,10,11
75 19:15
77 32:11
78 27:14,16,18

**8**

8 4:13 137:11,18 138:4
  138:7
80s 45:3
833-8900 3:8

**9**

9 4:14 137:11,18 139:9
  139:11 141:9,11,12
9:30 2:6
9:33 5:13
90s 33:19 45:3
93 33:21

Page 152

1

2              IN THE UNITED STATES DISTRICT COURT

3                FOR THE DISTRICT OF DELAWARE

4                    C.A. No. 04-1300-SLR

5

6    ETHYPHARM S.A. FRANCE       )

7    and ETHYPHARM S.A. SPAIN  )

8            Plaintiffs          )

9       vs.                      )

10   BENTLEY PHARMACEUTICALS,  )

11   INC.,                       )

12           Defendant           )

13

14                    VOLUME 2

15     Videotaped Deposition of Adolfo de Basilio

16                  Washington, D.C.

17                  August 3, 2006

18

19

20   Reported by:  Bonnie L. Russo

21   JOB NO. 175559

JT-A-248

Page 153

1
2
3
4
5
6        August 3, 2006
7        9:00 a.m.
8
9
10   Videotaped Deposition of Adolfo de Basilio held
11   at:
12
13        Baach Robinson & Lewis
14        1201 F Street, N.W.
15        Suite 500
16        Washington, D.C.
17
18
19
20   Pursuant to notice, before Bonnie L. Russo,
21   Notary Public

Page 154

1   APPEARANCES:
2   For the Plaintiffs
3        DWIGHT P. BOSTWICK, Esq.
4        BAACH ROBINSON & LEWIS
5        1201 F Street, NW
6        Suite 500
7        Washington, D.C. 20004
8        202-659-7865
9
10   For the Defendant
11        CRAIG STEWART, Esq.
12        SCOTT MAGEE, Esq.
13        EDWARDS ANGELL PALMER & DODGE, LLP
14        111 Huntington Avenue
15        Boston, MA 02199
16        617-239-0100
17
18   Also Present: Carlos de Hoyos, Interpreter
19        T.J. O'Toole, Videographer
20
21

Page 155

1            C O N T E N T S
2   EXAMINATION OF ADOLFO DE BASILIO        PAGE
3   BY MR. STEWART                    7
4                    177
5   BY MR. BOSTWICK                149
6
7
8   EXHIBITS
9   11   Contracts                9
10  12   Statement 3-4-98              13
11  13   Fax dated 1-29-91            16
12  14   Fax dated 6-20-91            16
13  15   Contrato de Fabricacion        16
14       dated 11-29-91
15  16   Manufacturing Contract        26
16  17   Copy of letter dated 8-3-92     26
17  18   Fax dated 10-11-92            26
18  19   Fax cover sheet dated 4-8-99      59
19       Articles
20  20   Contrato de Fabricacion        66
21       dated 1-12-93

Page 156

1   21   Document dated 4-26-99        71
2   22   Draft Memorandum of Understanding 73
3        dated 3-14-95
4   23   Draft Agreement dated 3-21-95    74
5   24   Draft Agreement dated 7-13-95    74
6   25   Business card of Murphy        83
7   26   Fax dated 3-31-95          93
8   27   Minutes of meeting held 4-4-95    95
9   28   Outsourcing Contract        104
10  29   Draft Contract          104
11  30   Draft Contract          104
12  31   Handwritten Notes          104
13  32   Transmittal sheet with Letter    115
14       dated 6-8-01
15  33   E-mail dated 5-16-01          115
16  34   Letter dated 11-14-01        122
17  35   Letter dated 11-14-01        122
18  36   Letter dated 1-26-00          124
19  37   Price List dated 1-26-00        124
20  38   Fax Cover Sheet dated 1-11-01    124
21  39   Letter dated 4-9-02          124

2 (Pages 153 to 156)

Page 157

| 1 | 40 | Letter dated 6-21-99 | 131 |
| 2 | 41 | Contrato de Licencia | 132 |
| 3 | 42 | Addendum No. 1 to | 132 |
| 4 | | License Agreement | |
| 5 | 43 | Letter dated 6-11-99 | 138 |
| 6 | 44 | Confidentiality Agreement | 138 |
| 7 | 45 | Confidentiality Agreement | 138 |
| 8 | 46 | Confidentiality Agreement | 138 |
| 9 | 47 | Confidentiality Agreement | 138 |
| 10 | 48 | Confidentiality Agreement | 141 |
| 11 | 49 | Confidentiality Agreement | 142 |
| 12 | 50 | Calendar notes | 149 |
| 13 | 51 | Internal notes | 154 |
| 14 | 52 | Letter dated 1-28-97 | 165 |
| 15 | 53 | Letter | 167 |
| 16 | 54 | Letter dated 9-2-97 | 168 |
| 17 | 55 | Response to letter dated 9-3-97 | 171 |
| 18 | 56 | Royal Hotel Confirmation | 173 |
| 19 | 57 | Supply Contract | 175 |
| 20 | | | |
| 21 | | (Exhibits retained by counsel.) | |

Page 158

1    THE VIDEOGRAPHER: On the record
2  with Tape Number 1 of Volume 2 of the testimony
3  of Adolfo de Basilio in the matter of Ethypharm
4  versus Bentley.
5      Our court reporter today is Bonnie
6  Russo representing Esquire Deposition Services.
7  My name is T.J. O'Toole also representing
8  Esquire.
9      The date is August 3, 2006. The
10  time is 8:41:19.
11  EXAMINATION BY COUNSEL FOR DEFENDANT (Cont'd)
12    BY MR. STEWART:
13    Q.   Good morning, Mr. de Basilio.
14    A.   Good morning.
15    Q.   Is there anything that you wish to
16  add or change to your testimony from yesterday?
17    MR. BOSTWICK: Objection to form.
18    THE WITNESS: Not really. There are
19  some things that I have been remembering from
20  the questions we asked yesterday, but there is
21  nothing that would substantially change what I

Page 159

1  have said.
2    BY MR. STEWART:
3    Q.   All right. Would you please look at
4  Exhibit 1. I only have a couple of more
5  questions with this document and then we will
6  be done.
7      I may have asked you this question
8  yesterday and if so, I apologize. Did you
9  prepare an original draft of Exhibit 1? Did
10  you make an original one?
11    A.   No. I said I didn't remember
12  exactly, but I am convinced that it was not me
13  that prepared the document.
14    Q.   Was it someone from Ethypharm that
15  prepared the document if not you?
16    MR. BOSTWICK: Let me object --
17  object as asked and answered. He said he
18  doesn't recall.
19    BY MR. STEWART:
20    Q.   Please continue to answer.
21    A.   No. Ethypharm didn't prepare it.

Page 160

1    Q.   If you would look at paragraph G on
2  page 2 of Exhibit 1. The period of the
3  agreement is stated that it would be -- that it
4  will be for two years. Do you see that?
5    A.   Yes.
6    Q.   Did you originally wish that the
7  agreement be for one year?
8    A.   I cannot remember.
9    MR. STEWART: Let me have marked as
10  the next exhibit a fax from Mr. de Basilio
11  dated February 24, 2000.
12    (Deposition Exhibit No. 11 was
13  marked for identification.)
14    MR. BOSTWICK: Craig, before you go
15  on, do you want to mention for the
16  record the Exhibit 7 change?
17    MR. STEWART: Mr. Bostwick has
18  reminded me that by agreement we have
19  substituted a Bates numbered copy of Exhibit 7
20  for the one that was marked yesterday. In all
21  other respects, the document is identical to

3 (Pages 157 to 160)

Page 161

1  the one that was marked yesterday.
2      Is that correct?
3      MR. BOSTWICK:  That's correct.  And
4  for the record, the Bates number begins at
5  Bentley 8353.  It's just the purpose of our
6  substituting the exhibit as just to clarify
7  that it was, in fact, produced.
8      BY MR. STEWART:
9      Q.  Mr. de Basilio, is that your
10  signature on Exhibit 11?
11      A.  Yes.
12      Q.  And I'm going to read my translation
13  of what is written above your name.
14      "Attached herewith are the contracts
15  to be signed with Belmac as well as the
16  documents that have already been signed to date
17  and which seem important to us."
18      Have I read that correctly?
19      A.  Yes.
20      Q.  Can you tell us, please, what are
21  the contracts that were included with this fax?

Page 162

1      A.  Why are they not included here?
2      Q.  Because your counsel did not provide
3  them.
4      MR. BOSTWICK:  I object to that.
5  I'm sure we have provided all the documents
6  that were available.  It could very well be
7  that they were provided in the Bates stamps
8  right after it.  You just haven't showed it to
9  him.
10      MR. STEWART:  Well, if I had them, I
11  would.  I wasn't insinuating there was any
12  inferius intent.  We don't seem to have them,
13  so I want to ask this witness whether he might
14  remember what the documents were that were
15  attached to this fax dated February 24, 2000.
16      THE WITNESS:  My question as to why
17  they are not here is that it is marked that
18  there are 39 pages.  So I know what the
19  documents are, but they may have been others
20  that I don't know that could be important but
21  that I cannot remember.

Page 163

1      BY MR. STEWART:
2      Q.  What documents do you believe would
3  have been included within those 39 pages?
4      MR. BOSTWICK:  I'm going to object
5  as it calls for speculation.
6      THE WITNESS:  Yesterday I stated
7  that we were discussing the outsourcing
8  contracts during months, and evidently I think
9  that in this document was accompanied by those
10  documents.
11      BY MR. STEWART:
12      Q.  And are the documents that you are
13  referring to the documents that we have marked
14  as Exhibits 1 through 6?
15      A.  No.  They would have been all the
16  documents like from 3 to 6.
17      Q.  From 3 to 6, but not 1?
18      A.  I believe that that document was
19  signed on the 23rd of -- so this document is
20  signed in February so the other was produced in
21  March, so obviously it was not present.

Page 164

1      Q.  So --
2      A.  These documents were signed in
3  February and the other was signed in March, so
4  obviously it is not included here.
5      Q.  Which documents are not included?
6      A.  Exhibits 1 and 2.
7      MR. STEWART:  If we could have
8  marked, please, as the next exhibit a statement
9  with what appears to be Mr. de Basilio's
10  signature dated March 4, 1998.
11      (Deposition Exhibit No. 12 was
12  marked for identification.)
13      BY MR. STEWART:
14      Q.  Have you had a chance to review
15  Exhibit 12, Mr. de Basilio?
16      A.  Just a moment.
17      Okay.
18      Q.  Okay.  First, did you prepare this
19  statement?
20      A.  I do not remember.  It has the
21  letterhead of Ethypharm, but there is something

4 (Pages 161 to 164)

JT-A-251

Page 165

1  here that appears to be missing or erased.  And
2  I don't know to whom this letter is directed.
3      Q.   Is that your signature on the
4  document?
5      A.   Yes.
6      Q.   Can you tell us what this document
7  was for?
8      A.   This is a document the same as the
9  documents that we saw during the proceedings
10  yesterday.
11     Q.   Is this a document that is intended
12  to be used to satisfy clients' demands for the
13  status of the relationship between Belmac and
14  Ethypharm?
15     A.   Yes, the same as yesterday for the
16  certificate of free sale -- the free sale
17  certificate and the export.
18     Q.   And is there anything in the
19  document that you disagree with?
20         MR. BOSTWICK:  Objection to form.  I
21  also object on the Phase 1, Phase 2 issue.

Page 166

1          We have been doing a lot of that
2  yesterday and I have allowed it, but I have
3  gotten a lot less accommodation on the other
4  side on this subject.
5          THE WITNESS:  Can you ask me
6  something specific?
7          BY MR. STEWART:
8      Q.   Fair enough.
9          Is the statement -- is the following
10  statement correct?  "This formulation of
11  Omeprazole was registered in Spain by Belmac
12  Laboratories (trade name Belmazol) who provide
13  their Spanish free sale certificate"?
14     A.   Yes.  This is what I explained
15  yesterday about the documentation that you have
16  to provide the Spanish probes agency by Belmac
17  but provided by Ethypharm to Belmac.  And
18  through which Belmac becomes the holder of the
19  permit.
20          And the drug agency allows them to
21  commercialize the product in Spain, but this

Page 167

1  doesn't mean that they are the owners of the
2  documents or the technology because that
3  belongs to Ethypharm.
4      Q.   I understand that that is your
5  position.
6          I want to turn to Ethypharm's
7  relationship with Rimafar and as quickly as we
8  reasonably can talk about Ethypharm's
9  relationship with the U.S. corporation Belmac
10  Corporation.
11     A.   Agree.
12     Q.   And to help us I am going to mark
13  three documents; first, as Exhibit 13 is a fax
14  dated January 29, 1991, Exhibit 14 a fax dated
15  June 30, 1991, and Exhibit 15 a draft
16  manufacturing contract dated November 29, 1991.
17         (Deposition Exhibit Nos. 13 through
18  15 were marked for identification.)
19         MR. BOSTWICK:  I make a request that
20  when Mr. de Basilio is shown more than one
21  exhibit at a time that for clarification sake

Page 168

1  that when you are referring to a specific
2  document, you state the exhibit.
3          And Mr. de Basilio, the same thing.
4  You had a number of documents with you in front
5  of you before and sometimes you refer to
6  documents but don't talk about the exhibit
7  numbers.  And I would like you to make sure you
8  do.
9          THE WITNESS:  I agree.
10         MR. BOSTWICK:  Thank you.
11         BY MR. STEWART:
12     Q.   Mr. de Basilio, would you describe
13  for us when Ethypharm contacted, first
14  contacted Rimafar and what communications there
15  were with Rimafar with respect to the
16  establishment of the business relationship?
17         MR. BOSTWICK:  Objection.  Compound.
18         THE WITNESS:  You are asking me a
19  question about 17 years ago.  I think that the
20  relationship with Rimafar began around the year
21  1990.

5 (Pages 165 to 168)

JT-A-252

Page 169

1       BY MR. STEWART:
2     Q.    And have you completed your answer?
3     A.    Is there any other thing you want to
4   know?
5     Q.    There are other things and I will
6   ask some questions.
7           What was the purpose of the
8   relationship from Ethypharm's standpoint of
9   going into business with Rimafar?
10    A.    This is something that we have
11  already talked about yesterday, but we can
12  place it around that date.
13          Ethypharm had a product named
14  Omeprazole that because of the existing patent
15  in France that they could not develop the
16  product in that country.  And that's why we
17  reached for the laboratory Rimafar.
18    Q.    And were you dealing with the
19  general manager of Rimafar at that time?
20    A.    Yes.
21    Q.    And that person was Angel Perez de

Page 170

1   Ayala; is that correct?
2     A.    Yes.
3     Q.    And he was --
4     A.    Angel, A-N-G-E-L, P-E-R-E-Z, D-E,
5   A-Y-A-L-A.
6     Q.    If you look at Exhibit 13,
7   Exhibit 13 is in English, correct?
8     A.    Yes.
9     Q.    And you wrote that in English,
10  correct?
11    A.    Yes.
12    Q.    The text of the fax says "Rimafar
13  has called to note the date of reception of
14  materials in Zaragosa arriving from France to
15  organize the trial within their facilities."
16          MR. STEWART:  May I have agreement
17  that for purposes of simply confirming the text
18  that we can dispense with the translation?
19          MR. BOSTWICK:  Yes.
20          So long as you understand,
21  Mr. de Basilio, you can indicate that you

Page 171

1   understand that in English and there is not --
2           THE WITNESS:  Yes.  Because it was
3   written to me by English, I agree we liberate
4   the translator from his duties only for this
5   reason.
6           BY MR. STEWART:
7     Q.    Have I read that first sentence
8   correctly?
9     A.    Yes.
10    Q.    And the second sentence, "Mr. Perez
11  de Ayala would like to have these materials in
12  sight before my meeting with him next February
13  7, if possible."
14          Have I read that correctly?
15    A.    Yes.
16    Q.    What are the materials that are
17  referred to in the first sentence of your
18  letter?
19    A.    I'm going to tell you in English the
20  name of the device --
21    Q.    Okay.

Page 172

1     A.    -- and all the necessary elements to
2   produce something like pumps, filters, sieves.
3     Q.    These are -- this is equipment
4   necessary to produce Omeprazole?
5     A.    Exactly.
6           MR. STEWART:  I believe he said
7   "coating pans," and because he said it, it
8   didn't get transcribed.
9           THE INTERPRETER:  Right.  He said it
10  in English.
11          MR. BOSTWICK:  Can we confirm
12  somehow that he said coating pans, because it
13  didn't get on the record.
14          BY MR. STEWART:
15    Q.    Mr. de Basilio, included in the
16  materials were there also coating pans?
17    A.    Yes.
18    Q.    And then obviously we also have the
19  arriving the excipients and everything that the
20  Spanish producer would need.
21          THE INTERPRETER:  No?

6 (Pages 169 to 172)

Page 173

1    THE WITNESS: And we receive the
2   excipients and the active principal
3   manufactured by the Spanish producers because
4   you cannot produce Omeprazole in France, the
5   active principal.
6       BY MR. STEWART:
7    Q.  Please look at Exhibit 14. And that
8   is a fax that you wrote in English; is that
9   correct?
10   A.  Yes. I always communicate in
11  English with my main office.
12   Q.  I'm going to read what is written
13  and ask you to confirm my reading. And as
14  agreed, we can give our translator a brief rest
15  while I read this.
16      "Please find a copy of the fax sent
17  by Rimafar saying we can go ahead. This is as
18  a result of my question about preinstallation
19  of capsule filling machines and pans.
20  Mr. Perez de Ayala wants to start as soon as
21  possible. I will inform MG to Spain of this

Page 174

1   confirmation."
2       Have I read that -- those sentences
3   correctly?
4    A.  Yes.
5    Q.  And when -- what is meant by the
6   phrase "we can go ahead"?
7    A.  If you are looking at the fax on the
8   next page from Perez de Ayala, it explains what
9   that mean.
10   Q.  Could you read the fact from
11  Mr. de Ayala?
12   A.  Should I give it to the interpreter?
13      MR. STEWART: Sure.
14      THE INTERPRETER: "Dear Sirs,
15  according to the phone conversation carried
16  yesterday, we confirm our purpose or intention
17  to install the capsule making machines
18  and -- capsule filling machines and the
19  trays -- the pans that you have mentioned in
20  order to increase the production of
21  microgranules."

Page 175

1       BY MR. STEWART:
2    Q.  So was Rimafar advising that they
3   were ready to begin production?
4    A.  They were talking about the
5   installation of the capsule filling machines
6   and the coating pans, and that's why I am
7   saying that I am informing them that MG 2 is
8   the manufacturer of the capsule filling
9   machines that is in the Exhibit No. 14.
10   Q.  Now, at this time there was no
11  agreement -- there was no written agreement
12  with Rimafar; is that right?
13   A.  That is correct.
14   Q.  And look at Exhibit 15, please.
15      Is this a draft of an agreement,
16  draft of a manufacturing agreement between
17  Ethypharm Spain and Laborotorios Rimafar?
18   A.  It's not a draft. That is the
19  contract.
20   Q.  That is the contract?
21   A.  But it is a contract that is

Page 176

1   interrupted in paragraph No. 8, Article No. 8.
2    Q.  And this is a contract between
3   Ethypharm Spain and Rimafar, correct?
4    A.  Correct.
5    Q.  Now, at some point during this time,
6   did you become aware that Belmac Corporation of
7   the United States acquired Laborotorios
8   Rimafar?
9    A.  No. We learned that later and we
10  suspect that that's why Mr. Perez Ayala
11  suspended the signature of the contracting
12  Article No. 8.
13   Q.  When did you learn that Rimafar had
14  been acquired by Belmac Corporation of the
15  United States?
16   A.  I was told so by Mr. Perez Ayala and
17  I asked him are you then going to be stopping
18  being the general director, because that's what
19  happened in the acquisitions. And he told me
20  no, that he had been appointed general director
21  of the new company.

7 (Pages 173 to 176)

Page 177

1    Q.   Did he tell you what the name of the
2  new company would be?
3    A.   Yes, of course.  Belmac.
4    Q.   Is that Laborotorios Belmac?
5    A.   At that point I could not know, but
6  yes.
7        MR. STEWART:  I want to mark three
8  additional exhibits to assist us.
9        The first is for Exhibit 16 a draft
10  contract of beginning with Bates No. EP 009056.
11        Exhibit 17 is a copy of a letter
12  from Mr. de Basilio dated August 3, 1992.
13        And Exhibit 18 is a fax cover sheet
14  with an attached multipage document beginning
15  with Bates No. EP 004686.
16        (Deposition Exhibit Nos. 16 through
17  18 were marked for identification.)
18        BY MR. STEWART:
19    Q.   Mr. de Basilio, I would like you to
20  first look at Exhibit 16, and I have relatively
21  few questions.  And I would propose that after

Page 178

1  you have had a chance to familiarize yourself
2  with the contents of the document that I ask
3  you the questions, and then if you need
4  additional time that you take as much time as
5  you need to review the documents to review the
6  contract, the draft contract in detail.
7    A.   I agree.  And if there is a question
8  which I need to go back and read it, I will do
9  that.
10    Q.   Fine.
11        First, who made the draft of this
12  document?  I say who drafted the contrato de
13  fabricacion?
14    A.   It was prepared between Ethypharm
15  France, Ethypharm Spain, and Rimafar -- Belmac
16  at that time.
17        THE WITNESS:  Belmac Spain.
18        BY MR. STEWART:
19    Q.   Was the written document prepared by
20  Ethypharm Spain and Ethypharm France?
21    A.   Yes, jointly with Mr. Perez Ayala.

Page 179

1    Q.   Do you know whether Mr. Ayala was
2  responsible for any of the language in
3  Exhibit 16?
4    A.   Yes, although do not ask me which
5  parts because it would be impossible for me to
6  remember.
7    Q.   Did you discuss the terms of this
8  agreement with Mr. Perez Ayala?
9    A.   Yes.
10    Q.   You told us this is an agreement
11  with Laborotorios Belmac U.S.A.; is that
12  correct?
13    A.   True.
14    Q.   At this time did you know that
15  Laborotorios Belmac was owned by an American
16  corporation?
17    A.   Of course.
18    Q.   And what was the name of the
19  American corporation that owned Laborotorios
20  Belmac?
21    A.   Belmac Corporation of the United

Page 180

1  States.
2    Q.   Now, there is a telefax stamp on the
3  document which has a date of March 31, 1992.
4  Do you see that?
5    A.   Yes.
6    Q.   As of this date, had you had any
7  communications with anyone in the United
8  States -- at Belmac Corporation in the United
9  States?
10    A.   I just remembered that I was
11  introduced to some people, but I don't remember
12  who.  I don't know if I met Mr. Rossignol at
13  that time.
14    Q.   Who is Mr. Rossignol?
15    A.   I believe he was the president of
16  Belmac Corporation in the United States.
17    Q.   Did you have any discussions with
18  Mr. -- do you recall having any discussions
19  with Mr. Rossignol regarding the terms of
20  Exhibit 16?
21    A.   No.  I have stated it was with Perez

8 (Pages 177 to 180)

Page 181

1    Ayala.
2        Q.    And turn, please, to paragraph 15 of
3    the agreement.  And this provision pertains to
4    arbitration of any disputes that might arise.
5    Is that fair?
6            MR. BOSTWICK: I'm sorry.  Did you
7    say page 15 or paragraph 15?
8            MR. STEWART: Paragraph 15.  Page 9
9    of the document.
10           MR. BOSTWICK: All right.  I'm
11   sorry.  Can you repeat the question.
12           (The record was read as requested.)
13           THE WITNESS: Yes.
14           BY MR. STEWART:
15       Q.    I'm going to read the last two
16   sentences of paragraph 15.
17           "In the event they are unable to
18   agree on an arbitrator, one shall at request of
19   one of the parties be appointed by the Spanish
20   chamber of commerce.  The parties agree to
21   fulfill each and every formality required under

Page 182

1    Spanish law."
2            Have I read that correctly?
3        A.    Yes.
4        Q.    Was there any consideration given to
5    having disputes resolved by an American
6    arbitrator under American law?
7            MR. BOSTWICK: Objection.  Are you
8    talking about in the context of this draft, the
9    contract that wasn't signed?
10           MR. STEWART: Yes.  That's what I
11   meant.
12           THE WITNESS: Yes.
13           BY MR. STEWART:
14       Q.    And who brought up that
15   consideration?
16       A.    That is the clause.  That is common
17   courtesy in the Spanish legislation.
18       Q.    What is common courtesy in the
19   Spanish legislation?
20       A.    This type of arbitration clause.
21       Q.    This type of arbitration clause is a

Page 183

1    typical clause for parties in Spain?
2        A.    Yes.
3        Q.    Is there any requirement under
4    Spanish law that an arbitration provision must
5    involve a Spanish arbitrator?
6        A.    You are asking a question that I do
7    not know how to respond.
8        Q.    Okay.  Turn to page 10 of
9    Exhibit 16.  And the persons who are to sign
10   this draft contract are Mr. de Ayala for
11   Laborotorios Belmac SA, correct?
12       A.    Yes.
13       Q.    And Mr. Patrice Debregeas for
14   Ethypharm SA, correct?
15       A.    Yes.
16       Q.    Was this Ethypharm Spain or
17   Ethypharm France that Mr. Debregeas was signing
18   for?
19           MR. BOSTWICK: Objection to the
20   form.  He didn't sign apparently.
21           BY MR. STEWART:

Page 184

1        Q.    Well, was there -- when Mr. Patrice
2    Debregeas appears above Ethypharm SA, what
3    company do you understand Ethypharm SA to be?
4        A.    It is stated in the first page of
5    the contract.
6        Q.    Well, in the first page of the
7    contract it refers to Ethypharm with an address
8    of Marques de la Ensenada; is that correct?
9        A.    That's correct.
10       Q.    So do you understand that to be then
11   Ethypharm Spain?
12       A.    Correct.
13       Q.    Did you or Mr. de Ayala consider
14   including Belmac Corporation as a party to this
15   agreement?
16       A.    No.
17       Q.    And why not?
18       A.    If you tell me a reason why yes.
19       Q.    I know of no reason.  Was there any
20   reason --
21       A.    Me, neither.

9 (Pages 181 to 184)

JT-A-256

Page 185

1    Q.   Turn, please, to Exhibit --
2         MR. BOSTWICK: Objection to the form
3    there.
4         BY MR. STEWART:
5    Q.   Turn, please, to Exhibit 17.
6         Do you recognize Exhibit 17 as a
7    letter that you wrote to Mr. de Ayala?
8    A.   Yes.
9         MR. STEWART: For the record, I'm
10   going to read the translation of the text of
11   the letter.
12        "We are hereby attaching the
13   Omeprazole file 20 milligram that is delivered
14   based on the collaboration agreement between
15   Belmac and Ethypharm for the manufacture of the
16   former with the authorization of Laboratorios
17   Andromaco."
18        Have I read that correctly?
19        MR. BOSTWICK: You are not asking
20   him to verify your translation, I take it.
21        MR. STEWART: Well, if he has any

Page 186

1    major disagreement with the translation, I
2    certainly want to know that.
3         THE WITNESS: It's perhaps because
4    there is some comma missing in the letter. We
5    are delivering the documentation of Omeprazole
6    to Belmac, and for the manufacturing by Belmac
7    and the authorization by Laborotorios Andromaco
8    is to be able to deliver that documentation
9    because we had given that previously to
10   Andromaco Laboratory.
11        MR. BOSTWICK: In fairness, can you
12   read him the handwriting portion as well.
13        MR. STEWART: Sure.
14        BY MR. STEWART:
15   Q.   Whose handwriting appears on the --
16   on Exhibit 17?
17   A.   Mine. And I am very happy to have
18   written that.
19   Q.   I assume so since your counsel
20   wanted me to read it.
21        Would you read what is written on

Page 187

1    the -- at the -- on the upper right portion of
2    the letter.
3    A.   "This explains the situation that
4    has been -- that occurred between Ethypharm and
5    Mr. Perez de Ayala in writing by Mr. Perez de
6    Ayala stating that he did not need the
7    documentation from Ethypharm because apparently
8    he had his own sources for documentation. But
9    the existing sources were the ones by abstract
10   they were in violation of the patent. And why
11   it says in the writing is that after stating
12   that he didn't need it. He was asking for it.
13   Because he could not register the product
14   without the analytical documentation of
15   Ethypharm and without the manufacturing method
16   from Ethypharm among other relevant data."
17   Q.   And could you confirm for us what
18   was contained in the Omeprazole file that was
19   delivered by Ethypharm to Mr. Ayala at
20   Laborotorios Belmac?
21        MR. BOSTWICK: Objection. That's

Page 188

1    clearly Phase 2.
2         MR. STEWART: I have to know what we
3    are talking about in order to ask questions
4    pertaining to the delivery of the material. So
5    it's -- it seems relatively clear as to what
6    this is about, but I need that to be confirmed
7    by this witness, otherwise questions pertaining
8    to who it was delivered to really is
9    meaningless.
10        MR. BOSTWICK: I will maintain my
11   objection.
12        THE WITNESS: The documentation is
13   what I described yesterday. The registry
14   dossier necessary in order to obtain the
15   authorization for manufacturer -- the necessary
16   documentation to obtain the authorization for
17   commercialization.
18        BY MR. STEWART:
19   Q.   Did you ever send the dossier that
20   you just described to anyone at Belmac
21   Corporation in the United States?

10 (Pages 185 to 188)

JT-A-257

Page 189

1    A.    No, not at that time.
2    Q.    Did you ever send such documentation
3  to Belmac Corporation in the United States or
4  Bentley Pharmaceuticals after Belmac
5  Corporation changed its name to Bentley?
6    A.    No.  It may have been the case that
7  I send partial documents, but it makes no
8  sense.
9    Q.    You don't have a memory of sending
10  partial documentation to anyone in the United
11  States, do you?
12    A.    No.
13    Q.    Turn, please, to Exhibit 18.
14        MR. STEWART:  Why don't we go off
15  the record for maybe a ten-minute break.
16        MR. BOSTWICK:  Sure.
17        THE VIDEOGRAPHER:  The time is
18  9:50:36.  Off the record.
19        (A short recess was taken.)
20        THE VIDEOGRAPHER:  On the record.
21  The time is 10:08:52.

Page 190

1        BY MR. STEWART:
2    Q.    Mr. de Basilio, before we go to
3  Exhibit 18, I have a couple of more questions
4  on Exhibit 17.  If you could just look at that.
5        In your letter to Mr. de Ayala, you
6  mention the authorization of Laborotorios
7  Andromaco.  Who was Andromaco?
8    A.    Yesterday in my deposition, I said I
9  had been director with Andromaco and
10  Laborotorios Andromaco had a dossier of
11  Omeprazole that I had made the recommendation
12  to purchase when I was the director of that
13  laboratory.
14    Q.    Was that a dossier pertaining to
15  Omeprazole that Andromaco received from
16  Ethypharm?
17    A.    No.  The data that was acquired by
18  Andromaco, they bought it from what was
19  circulating in the market and the added data
20  was what Ethypharm provided.
21    Q.    Did Ethypharm purchase the dossier

Page 191

1  that you have described from Andromaco?
2    A.    No.
3    Q.    Did Andromaco just give it to
4  Ethypharm?
5    A.    Andromaco was Ethypharm's client and
6  they had signed contracts in which it was
7  stated that the authorization -- documentation
8  was supposed to be given for free.
9    Q.    Did Andromaco ever purchase
10  Omeprazole from Ethypharm?
11        MR. BOSTWICK:  I'm going to object.
12  Can you tell me how this is at all
13  related to Phase 1.
14        MR. STEWART:  This last aspect is
15  basically background.
16        MR. BOSTWICK:  I'm going to object
17  to further questions in this area until
18  Phase 2.
19        MR. STEWART:  Okay.  Let me just
20  have the answer to that question and I will
21  move on.

Page 192

1        MR. BOSTWICK:  What was the
2  question?
3        MR. STEWART:  Whether Andromaco
4  ever -- just for completeness, whether
5  Andromaco ever purchased Omeprazole from
6  Ethypharm.
7        THE WITNESS:  Yes.  They were our
8  first client.
9        BY MR. STEWART:
10    Q.    Mr. de Basilio, if you would turn,
11  please, to Exhibit 18.
12        Would you describe the significance
13  of Exhibit 18?
14        Let me withdraw that.  That's the
15  second question.
16        I'm going to read to you the text of
17  your fax to Mr. Debregeas and Mr. Leduc which
18  is written in English, and by agreement we can
19  give our translator a short rest.
20        "Please find a copy of the documents
21  signed by Mr. P de Ayala which leaves us in a

11 (Pages 189 to 192)

Page 193

1  better condition to continue with the final
2  discussion of the contract. I hope dot, dot,
3  dot. Best regards, Adolfo de Basilio."
4      Have I read that correctly?
5      MR. BOSTWICK: For the record, it is
6  "P" de Ayala, not "PD" Ayala. Small
7  correction.
8      MR. STEWART: Very small.
9      THE WITNESS: And "de" is not
10  written in my name.
11      MR. STEWART: You are right.
12      BY MR. STEWART:
13  Q.   Other than that -- other than those
14  two corrections, was my reading all right?
15  A.   Yes.
16  Q.   What was the significance of this
17  document that Mr. Perez de Ayala signed?
18  A.   This was very important. I remember
19  this document very well because if you notice
20  the date, it had been more than a year, close
21  to two that we were in relation and we did not

Page 194

1  have a signed contract. One was right.
2      MR. STEWART: One was what?
3      THE INTERPRETER: That it was right.
4  One was correct.
5      THE WITNESS: Proper contract.
6  A.   And the reason that I remember these
7  very clearly is -- the importance of these very
8  clearly is because France was concerned that we
9  had all of our machinery, all of our know-how
10  in the hands of Perez de Ayala and no signed
11  contract.
12      And I was also myself very concerned
13  because as I said yesterday, I am
14  crystallography professor and I had my entire
15  class waiting for me in the classroom. And I
16  said "I will not leave here without taking with
17  me these contracts signed. It is not a
18  contract. It's a document."
19  Q.   So you met with Mr. Perez de Ayala
20  in person; is that correct?
21  A.   I was in his office.

Page 195

1  Q.   In Madrid?
2  A.   In Madrid.
3  Q.   And turn, please, to the annexes to
4  the document. And I'm going to refer you to
5  Bates No. EP 0046 -- 004688. And I'm going to
6  read the second paragraph at the top of the
7  page.
8      "The items used for Ethypharm's
9  manufacturing processes in which moreover are
10  Ethypharm's property are as follows."
11      And then there follows a list of
12  what appears to be equipment and machinery
13  which then continues on page EP 004689.
14      Have I read the paragraph correctly?
15      MR. BOSTWICK: Well, the sentence?
16      BY MR. STEWART:
17  Q.   The sentence.
18  A.   Yes.
19  Q.   Now, without getting into the
20  details of the particular pieces of machinery
21  or equipment and recognizing that you may not

Page 196

1  be the technical person who has complete
2  knowledge, did you consider any of the
3  equipment machinery that is listed to be
4  confidential or proprietary?
5      MR. BOSTWICK: I'm actually going to
6  object, and on this one I'm just going to
7  directly instruct him not to answer.
8      That is absolutely clearly a Phase 2
9  issue. It has nothing to do with Phase 1. And
10  I -- look, I love this document. I love, you
11  know, it's part of our case for Phase 2. But I
12  cannot imagine an articulation of why we are
13  spending time on Phase 1 on this.
14      MR. STEWART: Here is the
15  articulation. That after identifying whether
16  there are any items in this list that are
17  considered to be proprietary, confidential or
18  in some other way by this witness a trade
19  secret, I am going to ask this witness whether
20  any of this -- any of this equipment or
21  machinery was ever sent to Belmac Corporation

12 (Pages 193 to 196)

JT-A-259

Page 197

1  in the United States, whether it was ever sent
2  to Bentley Pharmaceuticals or whether to this
3  witness's knowledge --
4      MR. BOSTWICK:  Why don't you do the
5  first question -- the second question and not
6  the first?
7      MR. STEWART: -- whether he was aware
8  whether anyone at Bentley, Jim Murphy, for
9  example, ever inspected any of this stuff.
10      MR. BOSTWICK:  Why don't you do the
11  second question and not the first.  You don't
12  have to define which ones were proprietary.
13  Did anything on this list go to Jim Murphy?
14  That would be perfectly appropriate.
15      But for him to try to piece together
16  what is proprietary and what is not is exactly
17  the type of thing that you all have been
18  complaining about, and it's precisely the type
19  of thing that we have agreed very specifically
20  to stay away from.
21      MR. STEWART:  Well, all I can say is

Page 198

1  that you have indicated you will instruct the
2  witness not to answer, and I may have you go
3  ahead and make that instruction.
4      But in terms of the Phase 1 issues
5  involved, if there is any intention on the part
6  of Ethypharm to provide an affidavit or to
7  provide testimony of any kind that technical
8  information, trade secrets were directly
9  communicated to Jim Murphy or to anyone at
10  Bentley in the United States, then I'm going to
11  vigorously object, ask that all such references
12  be stricken because I am being denied an
13  opportunity to discover on precisely that
14  issue.
15      MR. BOSTWICK:  Why don't you simply
16  ask him whether these -- anything here was
17  given to Murphy.  That would be perfectly
18  appropriate and not objectionable.  But to go
19  through and say which ones are confidential and
20  why is not.
21      MR. STEWART:  All right.  For the

Page 199

1  record, I'm going to ask him the question now.
2      BY MR. STEWART:
3      Q.  Mr. de Basilio, with respect to the
4  items of equipment and machinery identified on
5  EP 004688 and 004689, did you consider any of
6  this material to be confidential, proprietary,
7  or in any way a trade secret?
8      MR. BOSTWICK:  I'm going to object
9  and instruct him not to answer that specific
10  question because it's specifically something --
11  you don't have to translate this for him.  It's
12  for the record.
13      I am going to object for the record.
14  That is specifically beyond the scope of
15  Phase 1.  The record will clearly show that in
16  my depositions vigorous objections were made to
17  things that were much further away from Phase 2
18  than this very directed question.
19      And that is the basis for my -- and
20  I backed off on Mr. Stewart's request, on
21  Veronica Abreu's request, and on Joe whose name

Page 200

1  I can't recall's request on a number of
2  occasions, and that question Mr. Stewart well
3  knows is beyond the scope of what he himself
4  has requested that we not get into.
5      MR. STEWART:  I'm not going to
6  respond on the record, but I will leave my
7  prior comments and explanation as to the
8  purpose of the question standing.
9      BY MR. STEWART:
10      Q.  Mr. de Basilio, let me ask you a
11  different question.
12      Was any of the items of equipment or
13  machinery that are listed on these two pages,
14  to your knowledge, ever shipped to Belmac
15  Corporation in the United States or as it later
16  was known Bentley Pharmaceuticals?
17      A.  Not to my knowledge.
18      Q.  To your knowledge, did Jim Murphy or
19  anyone else at Bentley Pharmaceuticals ever
20  inspect the machinery that is included or that
21  appears to be included on these two pages?

13 (Pages 197 to 200)

Page 201

1    A.   At that time Mr. Murphy was not in
2  the company.  Later the answer is affirmative.
3    Q.   When you say "later the answer is
4  affirmative," tell me when Mr. Murphy inspected
5  any of this equipment.
6    A.   In several occasions when we met at
7  the Zaragosa plant.
8    Q.   Tell me what Mr. Murphy --
9  Mr. Murphy was in your presence; is that right?
10   A.   Yes.
11   Q.   Tell me what Mr. Murphy and you did
12 which leads you to believe that he inspected
13 the equipment.
14   A.   What do you mean by inspection?
15   Q.   What I have in mind is something
16 other than looking at the equipment.  I have in
17 mind by inspection is that a person would
18 measure, would ask for explanation, would ask
19 for particular settings on a machine, would ask
20 for details of the operation of equipment.
21   A.   Yes, because he was a technical

Page 202

1  person and I personally explained it to him.
2    Q.   What did you observe and what did
3  you explain to him?
4    A.   Exactly I do not remember, but he
5  knew the details of Ethypharm's technology
6  because I had explained it to him, specifically
7  the difference that existed between the Astra
8  pellets and the Ethypharm pellets and why we
9  are using these machines and not others.
10   Q.   When did you have this discussion?
11   A.   I talked several times with Murphy,
12 so I don't know when did I tell him this.
13   Q.   Did you -- can you give me the years
14 in which you talked to Mr. Murphy about the
15 difference between the Astra pellets and the
16 Ethypharm pellets?
17   A.   Logically when he took charge of the
18 company, between '94 and '95, and later were
19 the discussions when we installed the new
20 machinery.
21   Q.   When did you install the new

Page 203

1  machinery?
2    A.   We can verify this, but I believe it
3  was the year '96.
4       THE WITNESS:  I believe.
5    A.   I believe it is not correct.  I do
6  not have the certainty.  I think that we have
7  to check this.  If you ask me for a specific
8  date, I have to look it up.
9    Q.   Where would you look in order to get
10 the date?
11   A.   In the purchase order for the
12 machinery.
13   Q.   Would it be in your diaries?
14   A.   Possibly.
15   Q.   We may take some time over the break
16 to get that information, but what is your best
17 estimate?  I understand you can't be precise.
18   A.   '96.
19   Q.   Now, you told me that with
20 Mr. Murphy you explained the details between
21 Astro pellets and Ethypharm pellets and why you

Page 204

1  were using certain machines and not others.
2       What other topics did you discuss
3  with Mr. Murphy concerning the technical
4  aspects of the production?
5       MR. BOSTWICK:  Objection.  Vague.
6       THE WITNESS:  I told you what I
7  remember.  I do not remember more details.
8       BY MR. STEWART:
9    Q.   Did you give Mr. Murphy any written
10 material concerning the difference between
11 Astra pellets and Ethypharm pellets?
12   A.   Most probably because I remember
13 that in that time I used to make a drawing to
14 explain the difference.
15   Q.   This was a handwritten drawing that
16 you may have given him?
17   A.   Not that I gave it to him.
18 Delivered to him, but maybe in his office I
19 made a drawing and the paper stayed there.
20   Q.   Can you tell us for certain that you
21 made such a drawing?

JT-A-261

Page 205

1    A.   I did them quite often, but to make
2  certain I don't know.  I explain it to him
3  several times.
4    Q.   So is your answer that you don't
5  know or that you believe so or what is your
6  answer?
7        MR. BOSTWICK:  Objection.  Asked and
8  answered.
9        THE WITNESS:  I'm not sure.
10       BY MR. STEWART:
11   Q.   Other than a drawing that you might
12  have made and given to Mr. Murphy in explaining
13  the difference between Astra pellets and Ethy
14  pellets, did you give him any other written
15  material?
16   A.   Of course he would get copies of
17  every materials that we used since he took over
18  the direction of the company.
19   Q.   How do you know that he would get
20  copies of this material?
21   A.   There are faxes that were directed

Page 206

1  to his company in the United States, and then
2  his subordinates would ask for materials and
3  ask questions and ask for copies.
4    Q.   Do you have in mind any particular
5  facts or written material that went to Jim
6  Murphy concerning technical details of
7  machinery or processes or methodology or
8  confidential manufacturing information?
9    A.   I have in my hands 1992 text in
10  which he was not in charge of the company yet,
11  but this same document most probably was
12  shipped to the United States and he had access
13  to it.
14   Q.   Do you know that it was shipped to
15  the United States?
16   A.   No, because I wasn't --
17       MR. STEWART:  Was that "not" or
18  "no"?
19       THE WITNESS:  No.  Because I was not
20  inside the Belmac Corporation, I didn't know
21  what the employees were doing.

Page 207

1        BY MR. STEWART:
2    Q.   When you say "Belmac Corporation,"
3  are you referring to Laborotorios Belmac?
4    A.   Belmac, I say, not Belmac
5  Corporation.  I said that Belmac sent to the
6  U.S.
7    Q.   It may be a matter of translation,
8  but just to be clear, from your own knowledge,
9  are you aware of any of the technical material
10  or information that I described that was sent
11  to Mr. Murphy at Bentley?
12   A.   I could not know.
13   Q.   Have you told me -- or withdraw
14  that.
15       Is there any technical documentation
16  of which you are personally aware that was sent
17  to Mr. Murphy in the United States?
18       MR. BOSTWICK:  Objection in the
19  sense that nothing is before him for his
20  review.
21       THE WITNESS:  Nothing is what?

Page 208

1        MR. BOSTWICK:  You can answer the
2  question.  I am just putting the objection on
3  the record.
4        THE WITNESS:  You have to review the
5  documentation and see what was shipped.
6  Talking about a period from the time that
7  Mr. Murphy took over the company in 1994 up
8  until beyond the year 2000.
9        BY MR. STEWART:
10   Q.   What I am looking for is whether
11  there is some document that you considered to
12  be a technical trade secret that you have in
13  mind that Mr. Murphy was -- that was sent by
14  Ethypharm to Mr. Murphy.
15   A.   Yes.  I remember in one occasion.
16   Q.   And what is that occasion?
17   A.   There was a press campaign in which
18  to promote the company they use photographs of
19  our machines, our equipment.  They talked
20  openly and publicly about our technology, and
21  Mr. Debregeas, Ethypharm's president, sent a

15 (Pages 205 to 208)

Page 209

1  copy of these documents to Mr. Murphy stating
2  that under no circumstances could show this
3  machine that in particular it was an important
4  piece of our know-how and technology.
5      Q.   As you sit here today, can you
6  recall any other material that you considered
7  to be proprietary or confidential that was sent
8  to Mr. Murphy?
9          MR. BOSTWICK:  I am just going to
10  object and clarify that your question is
11  without the benefits of reviewing documents
12  that you are asking?
13         MR. STEWART:  That is correct.  That
14  is correct.
15         MR. BOSTWICK:  You can translate.
16         THE WITNESS:  My answer would have
17  been that in -- from a period ten years it's
18  very difficult to remember these things.  I
19  just happened to remember one.
20         MR. STEWART:  May I have the
21  question and the witness's answer back, please.

Page 210

1      (The record was read as requested.)
2          BY MR. STEWART:
3      Q.   Is there any other material that you
4  remember?
5      A.   If you provided me with some
6  documentation, I would remember more things but
7  without documentation --
8      Q.   Without documentation, you do not
9  remember?
10     A.   I cannot remember.
11         MR. STEWART:  Let's have marked as
12  the next exhibit a document with a fax cover
13  sheet dated April 8, 1999 beginning with
14  EP 009112 and continuing.
15         (Deposition Exhibit No. 19 was
16  marked for identification.)
17         BY MR. STEWART:
18     Q.   Mr. de Basilio, I direct your
19  attention to a letter which is part of
20  Exhibit 19.  It's in English from Mr. Patrice
21  Debregeas.

Page 211

1      Do you recognize that letter?
2      A.   Yes.
3      Q.   And attached to Mr. Debregeas's
4  letter there are newspaper -- a copy of a
5  newspaper article or magazine article and some
6  other material.
7      Do you see that?
8      A.   Yes.
9      Q.   Is this the material that you were
10  referring to?
11     A.   Yes, but it is not complete.
12         MR. STEWART:  I am advised by the
13  videographer that we are about out of time.
14         THE VIDEOGRAPHER:  This ends Tape
15  Number 1 of Volume 2 of the de Basilio
16  deposition.  The time is 10:54:56.  Off the
17  record.
18     (A short recess was taken.)
19         THE VIDEOGRAPHER:  On the record
20  with Tape Number 2 of Volume 2 of the testimony
21  of Adolfo de Basilio in the matter of Ethypharm

Page 212

1  versus Bentley.  The date is August 3, 2006.
2  The time is 11:13:09.
3          BY MR. STEWART:
4      Q.   Mr. de Basilio, please turn to
5  Exhibit 18, and page EP 004690.
6      And I'm going to read the title of
7  this page, "Technical Documentation Intended
8  for Health Department for the Registration and
9  Authorization of Microgranule Room."
10     Have I read that correctly?
11     A.   Yes.
12     Q.   And explain, please, what is this --
13  what is the documentation that is listed on
14  this page and on the following page?
15         MR. BOSTWICK:  Objection as vague.
16         THE WITNESS:  They are GMP forms.
17         BY MR. STEWART:
18     Q.   Were the documents that are listed
19  on these two pages drafted or otherwise
20  prepared by Ethypharm?
21     A.   Yes.

16 (Pages 209 to 212)

Page 213

1   Q.   And to be clear, is it your
2   testimony that these documents were not
3   publications by some third party, but rather
4   were developed and prepared by Ethypharm?
5       MR. BOSTWICK: Objection. Phase 2.
6       THE WITNESS: They are Ethypharm's
7   property.
8       BY MR. STEWART:
9   Q.   That was not my question. I am
10  trying to understand whether any or all of this
11  material consisted of publications that
12  Ethypharm took from some -- from a public
13  source or from some private source that anyone
14  could purchase?
15      MR. BOSTWICK: Objection. May I
16  have a proffer as to how they could relate to
17  Phase 1 discovery?
18      MR. STEWART: Sure. If the answer
19  is that the -- that they are materials that
20  were developed by Ethypharm, then I intend to
21  ask questions as to whether any of these

Page 214

1   materials, to his knowledge, were provided
2   directly to Jim Murphy.
3       If the answer is no, they were
4   basically publicly available materials, then I
5   will move on. I'm also going to ask him
6   whether he considers these materials to be
7   confidential or proprietary or in any way
8   constituting what he understands to be trade
9   secrets and whether you will instruct him not
10  to answer. That's the purpose of it.
11      MR. BOSTWICK: Okay. Can we go off
12  the record for a moment.
13      THE VIDEOGRAPHER: The time is
14  11:19:13.
15      (Discussion off the record.)
16      THE VIDEOGRAPHER: On the record.
17  The time is 11:25:01.
18      BY MR. STEWART:
19  Q.   Mr. de Basilio, during the break
20  Mr. Bostwick and I have had a colloquy to try
21  to straighten out Phase 1, Phase 2 issues which

Page 215

1   really do not concern you. And so all I am
2   going to do is I am going to amend my previous
3   question.
4       And my amendment is as follows: Are
5   any of the materials listed on these two pages;
6   that is, pages 4690 and 4691, technical
7   materials that Ethypharm -- that you consider
8   to be proprietary and confidential to
9   Ethypharm?
10  A.   Yes.
11  Q.   And does that include all of the
12  materials or only some of them?
13  A.   Some of them.
14  Q.   Now, to your knowledge, were any of
15  these materials ever sent by Ethypharm to Jim
16  Murphy in the United States?
17  A.   I have told you before that I am not
18  totally certain that they were shipped.
19  Q.   Now, for the record, as you sit
20  here, are you able to distinguish which of the
21  materials that are listed on these two pages

Page 216

1   are trade secrets and which are not?
2       And by "trade secrets," what I mean
3   is technical information that Ethypharm
4   considers to be confidential and proprietary.
5       MR. BOSTWICK: I'm going to object.
6   I thought this was the type of question that we
7   were not going to ask.
8       MR. STEWART: The question is
9   whether he is able to distinguish and then I
10  will make a proffer on the record just to
11  preserve my rights.
12      THE WITNESS: No, because I am not a
13  technician on QA.
14      BY MR. STEWART:
15  Q.   Referring to Exhibit 19, you
16  indicated before our break that the material
17  that is part of Exhibit 19 was incomplete.
18      Do you recall that testimony?
19  A.   Yes.
20  Q.   Do you have in mind any particular
21  document, photograph or something that you

17 (Pages 213 to 216)

JT-A-264

Page 217

1  recognize as missing?
2      A.   Yes. As I have said, in those days
3  there was a press campaign and many things were
4  published.
5      Q.   Is there a particular document that
6  you have in mind that you know is not here?
7      A.   They are missing pictures of our
8  machinery and the manufacturing halls.
9          MR. STEWART: Did you say "halls,"
10 rooms?
11         THE INTERPRETER: Right.
12         THE WITNESS: And some other
13 articles that were published. As I said, there
14 were many.
15         MR. STEWART: Let me have marked as
16 the next exhibit a contrato de fabricacion
17 dated January 12th of 1993.
18         (Deposition Exhibit No. 20 was
19 marked for identification.)
20         BY MR. STEWART:
21     Q.   Mr. de Basilio, do you recognize

Page 218

1  Exhibit 20 as a draft manufacturing agreement
2  between Ethypharm Spain and Laborotorios
3  Belmac SA?
4      A.   Yes, because we have seen it this
5  morning in Exhibit No. 16.
6      Q.   And --
7          MR. BOSTWICK: The witness is paying
8  more attention than me.
9          BY MR. STEWART:
10     Q.   The only difference is that
11 Exhibit 16 has a fax cover sheet that shows a
12 date of March 31 of 1992, correct?
13     A.   And it is the draft preliminary to
14 the next.
15     Q.   All right. And actually, I misspoke
16 because -- there are other differences between
17 16 and Exhibit 20, correct?
18     A.   Correct.
19     Q.   Did you have further -- did you
20 personally have further negotiations with Perez
21 de Ayala regarding a manufacturing agreement

Page 219

1  during this time?
2      A.   Yes.
3      Q.   Who else participated in those
4  negotiations?
5      A.   The people I mentioned before when
6  this question has come up.
7      Q.   Well, forgive me, but I don't
8  remember those people.
9      A.   Ethypharm France, Ethypharm Spain,
10 and Mr. Perez de Ayala.
11     Q.   That part I remember. Maybe I
12 didn't ask you. Who from Ethypharm France
13 participated in these negotiations?
14     A.   I have said already and asked if I
15 can talk about her, Roseline Joanesse. And I
16 am told yes.
17     Q.   That's Roseline Joanesse?
18     A.   Joanesse.
19     Q.   Anyone else from Ethypharm France?
20     A.   Yes. A very long list.
21     Q.   Well, who from Ethypharm France

Page 220

1  participated in these negotiations?
2          MR. BOSTWICK: Objection. Time
3  period?
4          MR. STEWART: Time up to December --
5  January 12 of 1993.
6          THE WITNESS: Mr. Debregeas,
7  Mr. Leduc, Mr. Igonet, Roseline Joanesse, and
8  the commercial director, Mr. Liorzou, Marcelle
9  Gaviolle. And probably I am forgetting
10 somebody.
11         Normally these contracts has
12 discussed among all those involved, and I
13 assume, I imagine that Mr. Perez de Ayala did
14 it, too.
15         BY MR. STEWART:
16     Q.   Other than Mr. Perez de Ayala, do
17 you know who was involved from Laborotorios
18 Belmac?
19     A.   No. I only discuss things with him
20 as far as I remember.
21     Q.   Did you have any discussions with --

18 (Pages 217 to 220)

Page 221

1  concerning this draft contract with anyone at
2  Belmac Corporation U.S.?
3      MR. BOSTWICK: Objection. Time
4  period?
5      BY MR. STEWART:
6      Q.  During this time period, January 12,
7  1993?
8      A.  Me personally I cannot remember, but
9  it could be that somebody in France had had
10  some contact.
11      Q.  Do you have a memory of someone in
12  France having contact with anyone at Belmac
13  Corporation U.S.?
14      A.  There is a letter somewhere that I
15  have read which states that Mr. Leduc attempted
16  to get in touch with Mr. Rossignol in the
17  United States.
18      Q.  But you had no such contact with
19  anyone in the United States; is that correct?
20      A.  As I said.
21      Q.  Was Exhibit 20 ever signed?

Page 222

1      A.  No.
2      Q.  Now, at some point in early 1993,
3  did Laborotorios Belmac receive authorization
4  from the Spanish drug and health agency for the
5  manufacture and marketing of pharmaceutical
6  products?
7      A.  I cannot remember.  If you show me
8  something.
9      MR. STEWART: Let's have marked as
10  the next exhibit a document which has a date
11  stamp of April 26, 1999 and has a Bentley Bates
12  number of 008182.
13      (Deposition Exhibit No. 21 was
14  marked for identification.)
15      BY MR. STEWART:
16      Q.  And Mr. de Basilio, my purpose in
17  showing you this document is to direct your
18  attention to paragraph 1 and see if the
19  following statement refreshes your
20  recollection.
21      I'm going to read a -- I'm going to

Page 223

1  read a portion of paragraph 1.
2      MR. BOSTWICK: Objection to form.
3      BY MR. STEWART:
4      Q.  "One, that Laborotorios Belmac SA
5  has authorization from this general department
6  dated January 14, 1993 for the manufacture and
7  marketing of the pharmaceutical specialty
8  indicated in reference with the following
9  composition per capsule.  Active principal
10  Omeprazole (CID) 20 milligram."
11      Does that portion of Section 1 of
12  this letter to the Spanish ministry of drugs
13  refresh your recollection?
14      A.  Related to what?
15      Q.  As to when Laborotorios Belmac
16  received authorization to manufacture and
17  market, market Omeprazole?
18      A.  This is the date that I cannot
19  remember since this was property of the
20  company, but I can see clearly that it's marked
21  January 1993.

Page 224

1      Q.  When you say "property of the
2  company," which company did you -- are you
3  referring to?
4      MR. BOSTWICK: Objection.
5  Ambiguous.
6      THE WITNESS: Belmac Company.  This
7  is the registry document that I have been
8  explaining yesterday and this morning that the
9  Spanish laboratory needs in order to
10  commercialize.
11      What I can see in this document is
12  precisely that they have utilized the Ethypharm
13  formula, but this is simply that they are the
14  registry holder.
15      MR. STEWART: Let's continue.  I'm
16  going to show you two documents from early
17  1995 -- withdraw that.
18      From 1995.
19      (Deposition Exhibit No. 22 was
20  marked for identification.)
21      MR. STEWART: So the first document

19 (Pages 221 to 224)

JT-A-266

Page 225

1  is -- has a cover letter with a date of
2  March 15, 1995 from Javier Santos to Adolfo de
3  Basilio.
4       The next document, which I think we
5  are marking 23, is a manufacturing agreement
6  with a legend "Draft 21 March, 1995."
7       (Deposition Exhibit No. 23 was
8  marked for identification.)
9       MR. STEWART: And the third is a fax
10 cover sheet from Jim Murphy to Patrice
11 Debregeas with an attached draft agreement.
12 And the fax cover sheet is dated July 13, 1995.
13      (Deposition Exhibit No. 24 was
14 marked for identification.)
15      BY MR. STEWART:
16 Q.  I would like to start with
17 Exhibit 22.
18      First, do you know who Javier Santos
19 is?
20 A.  Yes. I remember him vaguely. I met
21 him at his office.

Page 226

1  Q.  And Mr. Santos is an attorney; is
2  that right?
3  A.  I believe so.
4  Q.  And do you have an understanding as
5  to by whom Mr. Santos was employed in March
6  of -- withdraw that.
7       Who was Mr. Santos representing on
8  or around March 15 of 1995?
9  A.  Mr. Murphy. It was Mr. Murphy that
10 took me there.
11 Q.  Mr. Murphy took you to Mr. Santos's
12 office?
13 A.  Yes.
14 Q.  And when did you go to Mr. Santos's
15 office?
16 A.  The date? March 15th.
17      I do not know. It's impossible.
18 Perhaps in my notes or my agenda may be a
19 reference.
20 Q.  All I am interested now is your
21 recollection of an approximate time that you

Page 227

1  visited Mr. Santos with Mr. Murphy.
2  A.  Let's say it was March '95.
3  Q.  Now, when did you first meet
4  Mr. Murphy?
5  A.  In year 1994.
6  Q.  And can you give me the month?
7  A.  I believe it was November toward
8  Christmas.
9  Q.  And had you -- prior to your meeting
10 him, did you have any communications with
11 Mr. Murphy?
12 A.  I knew he existed.
13 Q.  And did you understand that he
14 was -- what did you understand was his
15 position?
16 A.  The president of Belmac Corporation.
17 Q.  When you say "Belmac Corporation,"
18 by that do you mean the U.S. corporation?
19 A.  Exactly.
20 Q.  Did you also understand that he was
21 the president or executive director of

Page 228

1  Laborotorios Belmac?
2  A.  No. He always introduced himself to
3  me as the president of Belmac Corporation of
4  the United States.
5  Q.  That's what he said?
6  A.  This is what he express. He would
7  send me writings from Belmac Corporation of the
8  United States. He would give me a business
9  card from Belmac Corporation and he always
10 referred to himself as Belmac Corporation to
11 me.
12 Q.  Is it your testimony that your first
13 communication with Jim Murphy was in November
14 of 1994? Or your first meeting?
15      MR. BOSTWICK: Objection.
16 Mischaracterization and asked and answered.
17      THE WITNESS: I believe that's what
18 I said in that date.
19      BY MR. STEWART:
20 Q.  Well, my confusion was whether you
21 first met Mr. Murphy in November 1994 or

20 (Pages 225 to 228)

Page 229

1  whether you had your first communication with
2  him?
3      A.   Previous communications were
4  exclusively with Mr. Perez de Ayala.  As he
5  arrived towards November '94, all our
6  subsequent communications and dealings were
7  almost exclusively with him.
8      Q.   By "him," you mean Mr. Murphy?
9      A.   Yes.
10     Q.   And did you physically meet
11  Mr. Murphy in November of 1994?
12     A.   I remember perfectly well that
13  occasion because Perez de Ayala had always told
14  me that there were a group of dumb American
15  investment or crazy investment people from the
16  U.S. and that they did not belong to the
17  pharmaceutical industry.
18         The surprise was when I was
19  introduced to Mr. Murphy, Mr. Perez de Ayala
20  did not speak English.  He was coming in and
21  out of the hall where we were -- this

Page 230

1  conversating.
2         MR. STEWART:  The hall, did you say?
3         THE WITNESS:  Room.
4         The room.  We were in the
5  castellana, C-A-S-T-E-L-L-A-N-A, offices of
6  Belmac Spain.
7         And in this situation we started
8  talking about our origins and our instruction,
9  and I was surprised when I discover that
10  Mr. Murphy was with Smith Klein in French --
11  formally with Smith Klein and French.
12        And that he was telling me also that
13  he had a number of collaborators, that they all
14  belong to the pharmaceutical industry.
15        Then they weren't crazy American
16  investment people.  And I say "crazy" that they
17  didn't know what they were doing, but this is
18  in the words of Mr. Perez de Ayala.  Then I
19  discovered that he lied to me.
20        BY MR. STEWART:
21     Q.   Who?

Page 231

1      A.   Mr. Perez de Ayala.
2      Q.   In what sense?
3      A.   I corroborated that Mr. Murphy
4  belong to the pharmaceutical industry and that
5  we spoke the same language.
6      Q.   By speaking the same language, you
7  mean pharmaceutical language?
8      A.   Yes.  Besides English, the
9  pharmaceutical language.
10     Q.   How long did the meeting with
11  Mr. Murphy last?
12     A.   I can't remember.  I remember that
13  he was sitting on a white couch, but not the
14  duration of the meeting.
15     Q.   Who was present from Ethypharm in
16  addition to yourself?
17     A.   I believe that in that occasion I
18  was alone.  Precisely of this meeting that I am
19  talking about, when I met Mr. Murphy and I
20  realized that he was, in fact, from the
21  pharmaceutical industry.

Page 232

1         He told me also about his
2  collaborators, that some belong to Hazleton and
3  others to Huntington Research, which means, how
4  can I say, that they were high-level people.
5      Q.   At the time of that meeting, what
6  did you understand Mr. Perez de Ayala's
7  position was?
8      A.   I had a strange feeling because I
9  didn't understand why he had lied to me.  I
10  just didn't understand.
11     Q.   My question was whether -- let me
12  ask you this:  Let me ask you a different
13  question.
14        Did -- was Mr. Perez de Ayala, to
15  your knowledge, still the executive director of
16  Laborotorios Belmac at the time you first met
17  with Mr. Murphy?
18     A.   Of course.
19     Q.   And present with Mr. Murphy was
20  Mr. Ayala, correct?
21     A.   As I have said, he was coming in and

21 (Pages 229 to 232)

Page 233

1  out.
2      Q.    Was anyone else present at your
3  meeting?
4      A.    I just said it. I only remember
5  being myself.
6      Q.    But from the side of Laborotorios
7  Belmac?
8          THE WITNESS: Laborotorios Spain?
9          BY MR. STEWART:
10     Q.    Yes.
11     A.    Perez de Ayala, but I cannot
12  remember. If I was -- I was in his offices.
13  Could have been more people.
14     Q.    But was anyone with Mr. Murphy from
15  Belmac Corporation in the United States?
16     A.    Yes.
17     Q.    And who was that?
18     A.    I was introduced in those years,
19  '95, '96, to Mr. Price, to Mr. Stote, someone
20  who was a police officer, and I remember him
21  because he was a real cop. And I was very

Page 234

1  emotional to speak with somebody like this
2  having known somebody like this in Spain.
3      Q.    Was this person who was -- who you
4  believed to be a cop, was he from Belmac
5  Corporation in the U.S.?
6      A.    I do not know what this person was
7  doing there.
8      Q.    So at this first meeting, is it fair
9  to say that you are not sure whether Mr. Price
10  or Mr. Stote were present?
11     A.    I am certain that there was somebody
12  else beyond that.
13         MR. STEWART: Let's have marked as
14  the next exhibit a business card.
15         (Deposition Exhibit No. 25 was
16  marked for identification.)
17         BY MR. STEWART:
18     Q.    Mr. de Basilio, did Mr. Murphy
19  provide you with a business card similar to the
20  one which we have marked as Exhibit 25?
21         MR. BOSTWICK: Objection. Vague.

Page 235

1          THE WITNESS: I do not recognize it.
2          BY MR. STEWART:
3      Q.    Did you ever receive a business card
4  from Mr. Murphy that listed his title as
5  president of Laborotorios Belmac?
6      A.    In Spain, as I think in the U.S.
7  also, it is customary in Christmas to include
8  with the Christmas card a business card because
9  the secretaries that they are mailing these put
10  the -- insert their business card. So it is
11  possible that I have received a business card
12  from Spain, but the one I remember it said, the
13  ones I have, two or three are all from Belmac
14  Corporation or Bentley.
15     Q.    Do you have those cards in your
16  possession?
17     A.    I could look for them. I don't
18  know.
19     Q.    I don't mean on your -- I don't mean
20  with you today in this room, unless you do.
21     A.    Obviously not. I met Mr. Murphy

Page 236

1  in -- at the end of '94 we had several dealing.
2  He is president of Belmac Corporation of the
3  United States. We had several phone
4  conversations at that time. They were in
5  Florida.
6      Q.    Several phone calls in Florida?
7      A.    From Florida. And I remember that
8  Murphy's address on that business card that he
9  gave me listed as his address an apartment, and
10  I thought to myself that this was a small
11  operation.
12     Q.    I want to return to Exhibit 22 and
13  the meeting that you had with Mr. Murphy
14  sometime in March of 1995.
15         MR. BOSTWICK: To clarify, is this
16  the meeting with the lawyer and Mr. Murphy?
17         MR. STEWART: Yes.
18         BY MR. STEWART:
19     Q.    The meeting is with Mr. Murphy and
20  Mr. Javier Santos.
21         And tell us what happened at that

22 (Pages 233 to 236)

Page 237

1  meeting.
2      A.  We were discussing a contract.
3      Q.  And if you will look at Exhibit 22,
4  you see there are two documents; one is a
5  memorandum of understanding, and one is the
6  manufacturing agreement, correct?
7      A.  Yes.
8      Q.  Now, referring to the memorandum of
9  understanding, that memorandum of understanding
10  is between Mr. Murphy on behalf of Laborotorios
11  Belmac, correct, and on behalf -- and by
12  Mr. Patrice Debregeas on behalf of Ethypharm
13  Spain and Ethypharm France, correct?
14      A.  Exactly.
15      Q.  And if you turn to the draft of the
16  manufacturing agreement, the parties are the
17  same, correct?
18      A.  Correct.
19      Q.  Yesterday you described the
20  manufacturing agreement which was dated
21  March 23 of 2000, Exhibit 1, as an outsourcing

Page 238

1  agreement.  Do you recall that?
2      A.  Thank you to the translator.
3      Q.  Did you consider the draft
4  manufacturing agreement dated March 14, 1995
5  also as an outsourcing agreement?
6      A.  This is a proposal that Belmac was
7  making for an outsourcing contract that was not
8  acceptable for -- by Ethypharm.
9      Q.  Turn, please, to Exhibit 23.
10          I call your attention to the date at
11  the upper -- at the top of the document.  This
12  is a draft 21 March 1995.  Do you see that?
13      A.  Yes.
14      Q.  And can you tell me whether you and
15  Mr. Murphy negotiated terms between March, the
16  draft of 14 March of 1995 and the draft of
17  21 March of 1995?
18      A.  Yes.  I used to negotiate with them.
19  Yes, but I remember that people didn't speak
20  English and I was the person who spoke English.
21  And Mr. Murphy didn't speak Spanish, either.

Page 239

1  He told me to go to the office of the lawyers,
2  C-R-E-M-A-D-E-S, to have these cautions also
3  because he was already in the United States.
4      Q.  In your negotiations with -- did you
5  have negotiations with Mr. Murphy directly?
6      A.  Yes.
7      Q.  And were you in contact with
8  Ethypharm France in connection with these
9  negotiations?
10      A.  Yes, of course.
11      Q.  And look at the Exhibit 23, page 2.
12  Can you tell me whose handwriting appears?
13      A.  No.  I do not know who that may have
14  been.
15      Q.  Turn to page 7.  And what is the
16  governing law that is provided in the draft
17  contract?
18      A.  The Spanish.  It's a contract
19  between two Spanish laboratories.
20      Q.  There is nothing surprising about
21  Spanish law as you see it.  Is that so?

Page 240

1          MR. BOSTWICK:  Objection.  Vague.
2  Form.
3          MR. STEWART:  Let me ask the
4  question again.
5          BY MR. STEWART:
6      Q.  To your knowledge and understanding,
7  was there anything unusual about this draft
8  agreement having a provision that Spanish law
9  would apply to construe the terms?
10      A.  No.  The only unusual thing is that
11  the contract is in English and our lawyer told
12  us that the contract should have been drafted
13  in Spanish because it was a contract between
14  two Spanish companies.
15          They were also represented by two
16  foreign individuals and they could take their
17  positions in their own countries, but in Spain
18  it was obligatory to abide by the Spanish
19  legislation.
20          Mr. Debregeas was acting on behalf
21  of the Spanish -- the Ethypharm Spain, but he

23 (Pages 237 to 240)