Page 241

1    didn't take the decisions in Spain and
2    Mr. Murphy the same.
3        Q.    Now, Mr. Debregeas, pursuant to the
4    draft of this agreement, was acting on behalf
5    of Ethypharm Spain and Ethypharm France,
6    correct?
7        A.    Yes. That's what is established
8    here, but I do not know if this is correct
9    under Spanish legislation.
10       Q.    I am going to read the first
11   paragraph of Exhibit 23. And because this is
12   in English and you speak English and you read
13   English, I think we can again give our
14   translator a few moments of rest.
15           "Mr. James R. Murphy on behalf and
16   in representation of Laborotorios Belmac SA
17   (herein after referred to as 'Belmac') with
18   corporate domicile at Paseo de la Castellana,
19   149, 28046 Madrid, he uses the faculties and
20   powers granted to him as executive director of
21   Belmac."

Page 242

1            Have I read that correctly?
2        A.    Yes.
3        Q.    Did you remark at any time that this
4    agreement should also have been drafted so that
5    Mr. Murphy was acting on behalf of Belmac
6    Corporation as it was then known; that is,
7    Belmac Corporation U.S.?
8        A.    It was not my mention at that time.
9    That was the role of our lawyer that was
10   present at the time.
11       Q.    Who was the lawyer of Ethypharm at
12   that time?
13       A.    The secretary of the board of
14   directors.
15       Q.    And what was his name?
16       A.    Perez Sendino, S-E-N-D-I-N-O.
17           BY MR. STEWART:
18       Q.    S-E or S-A?
19       A.    S-E.
20       Q.    And the secretary of the board of
21   directors of Ethypharm Spain?

Page 243

1        A.    Yes.
2        Q.    And turn, please, to Exhibit 25 --
3    I'm sorry. Exhibit 24.
4            Do you recognize the handwriting in
5    Exhibit -- that appears on Exhibit 24?
6            MR. BOSTWICK: I'm going to object.
7    There is a lot of writing top of the page and
8    the inside.
9            MR. STEWART: Yeah. The first page
10   of Exhibit 24 is EP 009008.
11           THE WITNESS: Yes.
12           BY MR. STEWART:
13       Q.    And whose handwriting is that?
14       A.    Mr. Debregeas.
15       Q.    And then page 9009 and 009010, do
16   you recognize that handwriting?
17       A.    No. If it is not Debregeas, I don't
18   know whose that is but I am asking because I
19   don't know if you know.
20       Q.    I am not sure.
21       A.    Because it's not from anybody from

Page 244

1    the company that I know.
2            MR. BOSTWICK: I just kind of object
3    to the lawyer's answer.
4            MR. STEWART: I will mark as the
5    next exhibit a fax dated March 31, 1995.
6            (Deposition Exhibit No. 26 was
7    marked for identification.)
8            MR. STEWART: I have decided I
9    really don't have any questions with respect to
10   this document, so whether I -- I will leave it
11   in if you want to look at it.
12           Why don't we have it marked as the
13   next exhibit, 26.
14           BY MR. STEWART:
15       Q.    I will ask one question. First,
16   Mr. de Basilio, do you recognize Exhibit 26 as
17   a memorandum that you sent to Mr. Igonet?
18       A.    Yes.
19       Q.    And on the bottom of the first page
20   of the exhibit, I'm going to read a sentence.
21   And it reads "In addition to the meetings with

24 (Pages 241 to 244)

JT-A-271

Page 245

1  the lawyers, we have been in constant
2  communication with the manager of Belmac Spain
3  and the chairman of Belmac U.S. A."
4      THE INTERPRETER: Is this in
5  English?
6      MR. STEWART: In Spanish, but let me
7  see if -- do you need that translated? I would
8  propose that we, if it's agreeable, that we
9  suspend the translation. It's in Spanish.
10     MR. BOSTWICK: Except that this is a
11  rough translation. The other was the original.
12  He should just read the original sentence in
13  Spanish, and then you can ask the question.
14     BY MR. STEWART:
15     Q.   If you would read what I have just
16  read in English?
17     A.   (Witness complied.)
18     "Besides the meeting with the
19  lawyers, we have been in constant
20  communications with the managers of Belmac
21  Spain and chairman of Belmac U.S.A."

Page 246

1      Q.   Who did you mean when you said the
2  manager of Belmac Spain?
3      A.   At that time Clemente Gonzales.
4      Q.   And who did you mean when you said
5  the chairman of Belmac U.S.A.?
6      A.   Mr. Murphy.
7      Q.   Next document is minutes of the
8  meeting -- minutes of a meeting held in
9  Zaragoza on April 4, 1995.
10     (Deposition Exhibit No. 27 was
11  marked for identification.)
12     BY MR. STEWART:
13     Q.   Do you recognize Exhibit 27 as
14  minutes of a meeting that you attended and
15  which was held in the Zaragosa factory on or
16  about April 4, 1995?
17     MR. BOSTWICK: Objection.
18  Foundation. I don't know that he has seen it.
19     BY MR. STEWART:
20     Q.   Do you see at the -- well, let me --
21  let's see if Mr. de Basilio can answer my

Page 247

1  question before I lay a foundation.
2      A.   I do not recognize it.
3      Q.   Okay.  Do you see under the category
4  of -- on the first page that your name appears?
5      A.   Yes.
6      Q.   And are you listed as a person who
7  attended?
8      A.   Yes.
9      Q.   Do you recall that there was such a
10  meeting at the Zaragosa facility in April of
11  1995?
12     A.   I had totally forgotten it, but I am
13  now remembering it.
14     MR. BOSTWICK: While Mr. de Basilio
15  is looking at that, can I just clarify this
16  Exhibit 27 was given to me as two separate
17  documents, but are they both the exhibit?
18     MR. STEWART: I guess I don't know
19  whether they were two separate documents.  May
20  I see it?
21     Oh, I see what you mean.

Page 248

1      MR. BOSTWICK: In other words,
2  one --
3      MR. STEWART: One is an English
4  translation, and one is a Spanish translation?
5      MR. BOSTWICK: Right.  But under --
6  distinct from other situations where the
7  translation is a translation for purposes of
8  this lawsuit, it looks as though the
9  translation that has been provided is -- has
10  been produced from Bentley's files, so it
11  appears to be a contemporaneous English
12  translation.
13     I just want to make sure that that
14  is part of Exhibit 27 since it wasn't stapled.
15  It was clipped, but it was not stapled.  I just
16  want to make sure that that's --
17     MR. STEWART: That is the intention.
18     MR. BOSTWICK: Okay.  We will get a
19  stapler later.
20     MR. STEWART: I will clip that now.
21     MR. BOSTWICK: In other words, just

25 (Pages 245 to 248)

JT-A-272

Page 249

1  for the record in case we forget to do that.
2  Bentley -- Belmac 024 through 029 is one
3  document and we are including in Exhibit 27
4  Bentley 8323 and through 8328?
5       MR. STEWART:  That is correct.
6  Thank you for that clarification.
7       BY MR. STEWART:
8    Q.   Mr. de Basilio, I have just a couple
9  of questions regarding the content of this
10 memorandum.
11      If you would turn, please, to
12 Bentley 8324, that's the page number.
13      Do you have that page, sir?  Okay.
14 Four paragraphs up from the bottom, I am going
15 to read what is written.
16      "Mr. Juan Carlos Asensio informed us
17 that they make some microgranules."
18      THE WITNESS:  The number?
19      MR. STEWART:  In my effort to be
20 helpful, I think I may have -- yes, that's
21 correct.

Page 250

1       THE WITNESS:  Okay.  I have found
2  it.
3       MR. STEWART:  Yes?
4       THE WITNESS:  I found it.
5       BY MR. STEWART:
6    Q.   Let me start again.
7       "Mr. Juan Carlos Asensio informed us
8  that they make some microgranules, analyze
9  them, and find that they are fine, but when
10 they reach the wholesalers, they are returned.
11 Mr. Ayala de Basilio informed us that Ethypharm
12 accepts liability for the product returned by
13 the wholesaler."
14      THE INTERPRETER:  This is not what
15 it says here.  This says something totally
16 different.
17      MR. STEWART:  Okay.  Then I will ask
18 the translator to -- well, let me conclude.
19      BY MR. STEWART:
20   Q.   Have I read that paragraph
21 correctly?

Page 251

1       MR. BOSTWICK:  In English?
2       BY MR. STEWART:
3    Q.   In English?
4    A.   Yes.
5       MR. STEWART:  The witness says I
6  have.
7       BY MR. STEWART:
8    Q.   My question is with respect to
9  products returned from a wholesaler, was this a
10 subject that you ever discussed with
11 Jim Murphy?
12      MR. BOSTWICK:  I'm going to object,
13 and in fairness, the translator indicated there
14 was something apparently wrong with the
15 translation.  Maybe we should know what it is
16 before we -- about that specific sentence you
17 read.
18      MR. STEWART:  Well, I am going to --
19 obviously the translator is not the witness,
20 and what the witness says or does not say is
21 what is important to the deposition.  I will go

Page 252

1  off the record, and we can hear what the
2  translator has to say.
3       THE VIDEOGRAPHER:  The time is
4  12:46:37.  Off the record.
5       (A short recess was taken.)
6       THE VIDEOGRAPHER:  On the record.
7  The time is 12:49:15.
8       BY MR. STEWART:
9    Q.   Mr. de Basilio, do you wish to make
10 any correction to the paragraph which I read a
11 few minutes ago?
12   A.   Well, the translator is right in the
13 sense that what he says in Spanish is not what
14 it says in the English.  What I have seen is
15 that this is the translation that was made by
16 Laura Peterson for Mr. Murphy because I had
17 seen her name as present in the meeting,
18 therefore, as a daughter of an American or U.S.
19 citizen, she botched the Spanish but she wrote
20 it a lot better in English.
21      That's what I said.  That's what I

26 (Pages 249 to 252)

Page 253

1    can figure.
2        Q.   Laura Peterson was a secretary to
3    Clemente Gonzales, correct?
4        A.   Yes.
5            MR. STEWART:  Can I have the
6    question back before the objection by
7    Mr. Bostwick.
8            (The record was read as requested.)
9            THE WITNESS:  Yes, most certainly,
10   and he was informed also by Laura Peterson.
11           BY MR. STEWART:
12       Q.   The question was not whether he was
13   informed by Laura Peterson of the content of
14   the discussion at the meeting.
15       A.   Please excuse me, but when I see the
16   name Laura Peterson as present and
17   understanding the translation, I brought her
18   up.
19       Q.   My question is whether you, Adolfo
20   de Basilio, ever discussed the problem of
21   returns from wholesalers to Belmac or to

Page 254

1    Ethypharm?
2        A.   I have stated already that yes, and
3    that now I realize that he was also informed.
4        Q.   And when did you discuss this
5    problem with Mr. Murphy?
6        A.   On several occasions because this
7    was not a single problem.  It was a problem
8    that we had.
9        Q.   And during what years or year?
10       A.   The development of Omeprazole in
11   Spain as we couldn't make it in France because
12   of the patent.  Had we made in the Zaragosa
13   plant, we had to brought in skilled personnel
14   from all kinds to teach their employees, and
15   the problem lasted, since we enter in the old
16   Rimafar, until possibly the year '96, but that
17   should have -- should be answered by the
18   technicians.
19           MR. STEWART:  Okay.  Why don't we go
20   off the record a minute.
21           THE VIDEOGRAPHER:  The time is

Page 255

1    12:55:35.  Off the record.
2            (A short recess was taken.)
3            THE VIDEOGRAPHER:  This ends Tape
4    Number 2 of Volume 2 of the de Basilio
5    deposition and the time is 13:32:51.
6            Off the record.
7            (Deposition Exhibit Nos. 28 through
8    31 were marked for identification.)
9            THE VIDEOGRAPHER:  On the record
10   with Tape Number 3 of Volume 2 of the testimony
11   of Adolfo de Basilio in the matter of Ethypharm
12   versus Bentley.  The date is August 3, 2006.
13   The time is 14:00:22.
14           BY MR. STEWART:
15       Q.   Good afternoon, Mr. de Basilio.
16       A.   Good afternoon.
17       Q.   We have marked four exhibits,
18   Exhibits 28 through 31, which you have in front
19   of you.
20       A.   I only have 28 and 29.
21           Okay.  Yes, I have the four.

Page 256

1        Q.   I'm going to focus the next couple
2    of minutes on Exhibits 28, 29, and 30.  And do
3    you recognize Exhibits 28, 29, and 30?
4        A.   Yes.  October 28, now to the 29th
5    and the 30th neither.  And I recognize
6    handwriting on the 31st.
7        Q.   Would you please tell us what
8    Exhibit 28 is?
9        A.   It's an outsourcing contract.
10       Q.   And who prepared the draft of
11   Exhibit 28?
12       A.   I think -- I believe that this is
13   what -- the translation of what we have seen
14   this morning what our lawyer -- that our lawyer
15   asked for.
16       Q.   You say this was the translation of
17   the document that your lawyer asked for?
18           MR. BOSTWICK:  Objection.  He didn't
19   say with certainty.
20           THE WITNESS:  If I see it next to
21   all the documents, perhaps I could remember

27 (Pages 253 to 256)

JT-A-274

Page 257

1  better.
2       BY MR. STEWART:
3       Q.   Well, let me ask you this question:
4  Do you -- did you have any involvement in the
5  drafting or negotiation of a manufacturing
6  agreement with Laborotorios Belmac in or about
7  March of 1997 -- I'm sorry, in or about
8  September of 1997?
9       THE INTERPRETER:  Who was the
10  manufacturing agreement?
11       BY MR. STEWART:
12       Q.   Ethypharm and Laborotorios Belmac.
13       A.   Normally, yes, but if you let me see
14  the letter that accompanies this contract,
15  maybe I can be more precise.
16       Q.   Well, for now what I would like you
17  to do is to help me understand the sequence of
18  Exhibits 28, 29, and 30.
19       A.   Well, here you have a draft, then
20  you have corrections to these drafts and whose
21  writing I do not recognize in Exhibit 29.  And

Page 258

1  Exhibit 30 is exactly the same.  It looks like
2  the follow-up from the previous.
3       Q.   That is Exhibit 30, which is the
4  follow-up.  Is that --
5       A.   Yes.  Exhibit 30.
6       Q.   And as we -- why don't we continue.
7  Whose handwriting is on Exhibit 31?
8       A.   It is from Ignacio Alvarez.
9       Q.   And do you recall Mr. Alvarez being
10  involved in negotiations with -- involved in
11  negotiations concerning a contract between
12  Ethypharm Spain and Laborotorios Belmac in
13  September of 1997?
14       A.   He was under my employment, so of
15  course, he was participating.
16       Q.   And you were participating as well;
17  is that correct?
18       A.   Of course.
19       Q.   And were the same people from
20  Ethypharm France participating as you have
21  described in your earlier testimony?

Page 259

1       A.   That is correct.
2       Q.   And did you negotiate and who at
3  Laborotorios Belmac were you negotiating with?
4       A.   At this time with Clemente Gonzales,
5  and I put it on there question mark because I
6  don't remember very well.
7       Q.   Did you have any direct discussions
8  with Jim Murphy with respect to Exhibits 28,
9  29, or 30?
10       A.   I go back to my first statement as I
11  cannot remember when these contracts exactly in
12  terms of time.  I cannot say for certain.
13       Q.   This contract was not -- was never
14  signed by either Ethypharm Spain or
15  Laborotorios Belmac; is that correct?
16       MR. BOSTWICK:  Which exhibit are you
17  talking about?  Any of them?
18       MR. STEWART:  Any of them.
19       THE WITNESS:  28 was not signed.
20  And the 29 and 30 I do not recognize them, but
21  I can see that they have no signatures.

Page 260

1       BY MR. STEWART:
2       Q.   Do you remember what the principal
3  points of disagreement were between Ethypharm
4  Spain and Laborotorios Belmac at this time
5  concerning the signing of an outsourcing
6  agreement?
7       A.   The same as always.
8       Q.   Which were -- which was what?
9       A.   There was a margin that it was not
10  favorable to us, and we didn't have a framework
11  for a contract because, that is a general
12  contract because this was an outsourcing
13  contract.  And as important as this is that
14  they were not respecting the GMP norms.
15       Q.   When you say "they," who is "they"?
16       A.   Belmac Laboratories.
17       Q.   Now, you just said that there was no
18  framework for a general contract.  Would you
19  describe what you have in mind with respect to
20  a general contract?
21       MR. BOSTWICK:  Object to the

28 (Pages 257 to 260)

JT-A-275

Page 261

1  characterization of the testimony.
2      THE WITNESS: Can you rephrase the
3  question.
4      BY MR. STEWART:
5   Q.  Yes.
6      I understood you to say that in
7  response to my question that one of the
8  disagreements was that there was no framework
9  for a general contract as opposed to an
10 outsourcing contract, which is what Exhibit 28
11 was.
12     And so my question is what did you
13 mean by a "general contract"?
14     MR. BOSTWICK: Same objection.
15     THE WITNESS: This is simply an
16 outsourcing contract, and what we wanted to
17 have was a general contract which would acquire
18 our technology and recognize our technology and
19 would pay the royalties for it.
20     BY MR. STEWART:
21  Q.  And at this time, September of 1997,

Page 262

1  did Ethypharm give any consideration to having
2  Bentley Pharmaceuticals as a party to the
3  contract?
4   A.  I cannot place myself precisely at
5  that time because I cannot place where this
6  contract was in the negotiating process. There
7  were so many contracts that at the end this is
8  just one of.
9   Q.  Okay. Did there ever come a time
10 when Ethypharm France or Ethypharm Spain wanted
11 to execute a contract with Bentley
12 Pharmaceuticals in connection with the
13 manufacture of Omeprazole?
14  A.  I really didn't understand the
15 question. This is so obvious. We have -- we
16 have been for 18 years trying to get a
17 contract.
18     Can you rephrase the question.
19  Q.  My question is focused on whether
20 Ethypharm France or Ethypharm Spain ever
21 requested that a contract be signed directly

Page 263

1  with Bentley Pharmaceuticals, Incorporated?
2   A.  This question would be better asked
3  to Mr. Debregeas or Mr. Leduc, but I assume at
4  some point they did ask for that.
5   Q.  Did you ever ask for such a
6  contract?
7   A.  I remember at some point
8  Mr. Debregeas at his office in Paris.
9   Q.  And I am going to interrupt for a
10 moment.
11     The question I asked was whether you
12 ever requested --
13  A.  Yes, I understood.
14  Q.  Please continue.
15  A.  In a meeting in Paris with
16 Mr. Debregeas, I remember perfectly well that
17 he told me -- remember he told me "You have to
18 ask these people that we need a contract" --
19     THE WITNESS: A royalty.
20  A.  We need a royalty." And what he
21 meant by "these people" I understood to be

Page 264

1  Bentley and Mr. Murphy as representative of
2  them. He said explicitly "We need for them to
3  pay the royalties and ask are they paying the
4  royalties," and I replied "Well, they are
5  buying the stock."
6      THE WITNESS: The product.
7   A.  The product which includes the
8  royalties, but he said explicitly that they
9  must pay for the royalties from our know-how.
10  Q.  Mr. de Basilio, did you ever request
11 of Mr. Murphy that he sign a contract on behalf
12 of Bentley Pharmaceuticals, Incorporated with
13 Ethypharm?
14  A.  I don't remember.
15  Q.  You don't remember one way or the
16 other?
17     MR. BOSTWICK: Without showing him a
18 document?
19     MR. STEWART: Correct.
20     THE WITNESS: I remembered that we
21 sent back for Mr. Murphy several documents. I

29 (Pages 261 to 264)

Page 265

1  don't know if one of these documents is
2  specifically referred to that point you are
3  asking.
4        I remember about a certificate that
5  in a meeting Mr. Leduc showed and waved back
6  and forth, and that meeting Mr. Murphy was
7  present and many other employees of Ethypharm
8  and Mr. Murphy stated "Yes, I will sign it."
9  And in that document our technology was and
10  know-how was talked about.
11       BY MR. STEWART:
12  Q.   And was that document ever signed?
13  A.   No.  Mr. Murphy didn't sign it.
14  That was one of the demands by Mr. Leduc to
15  continue.
16  Q.   What was one of the demands by
17  Mr. Leduc to continue?
18  A.   That the document be signed.
19  Q.   To continue what?
20  A.   The next step.
21       MR. STEWART:  To continue what?

Page 266

1        THE INTERPRETER:  For the next step.
2        BY MR. STEWART:
3  Q.   What do you mean by the "next step"?
4  A.   The signature of definite contract.
5        MR. STEWART:  Let's have marked as
6  the next exhibit a transmittal sheet from
7  Mr. Leduc to Mr. Murphy with a date of
8  June 8, 2001 and an attached letter with an
9  attached technology license and manufacturing
10  agreement.
11       (Deposition Exhibit No. 32 was
12  marked for identification.)
13       MR. STEWART:  Let's have marked as
14  the next exhibit an e-mail from Ethypharm Spain
15  with the date of May 16, 2001.
16       (Deposition Exhibit No. 33 was
17  marked for identification.)
18       BY MR. STEWART:
19  Q.   Mr. de Basilio, to help you put
20  Exhibit 32 in context, I am providing to you a
21  copy of what appears to be an e-mail that you

Page 267

1  sent to Mr. Debregeas and other people.
2        My question is do you recognize the
3  letter from Mr. Leduc to Mr. Murphy and the
4  attached technology license and manufacturing
5  agreement?
6  A.   This is a personal letter and from
7  what I can gather, they wanted to disclose it
8  in between them, so I wasn't present.
9  Q.   So you don't recognize the letter
10  from Mr. Leduc to Mr. Murphy; is that right?
11  A.   I recognize the signature and what
12  it said.  That is something that we were
13  discussing.  And the issues we all knew.
14  Q.   And do you recognize the technology
15  license and manufacturing agreement that is
16  attached to the letter?
17  A.   Yes.  This is a contract that merged
18  from the meeting of November or December of the
19  year 2000.
20  Q.   And you reviewed the technology
21  license and manufacturing agreement before it

Page 268

1  was put into the document that is part of
2  Exhibit 32; is that right?
3  A.   No.  This is a document that was
4  made by Roseline Joanesse and Mr. Leduc and
5  perhaps somebody else.
6  Q.   In the e-mail that we have marked as
7  Exhibit 33, you quote from Mr. Debregeas in
8  which Mr. Debregeas said "I am still awaiting
9  the last text of the Ethypharm agreement"?
10  A.   No, he didn't say that.
11  Q.   He did not say that?  All right.
12       Would you read for us, please, the
13  first sentence of Exhibit 33?
14  A.   Do you understand French?
15  Q.   Not enough to feel comfortable with
16  it.
17   .   Did you write Exhibit 33 in French?
18  A.   No.  It was my secretary because my
19  communications were in English.
20  Q.   Okay.  Can you translate for us the
21  first paragraph that is in French?

30 (Pages 265 to 268)

JT-A-277

Page 269

1      THE WITNESS: Would you trust me?
2      MR. BOSTWICK: I will object to this
3  extent. That we can let him try, but it's not
4  a formal translation. He can try to give his
5  rough impression of what this is in English if
6  that's what you would like.
7      MR. STEWART: I agree.
8      MR. BOSTWICK: We don't have a
9  French translator here obviously.
10     THE WITNESS: I will do it directly
11  into English. So I will complicate.
12     "I received an e-mail from Mr. de
13  Basilio and I am totally agreeing on the fact
14  to protect our interests and -- and this makes
15  reference to what we were previously discussing
16  you have to achieve that they protect our
17  royalty interests."
18     And then I continue that I said "I
19  am very surprised for the phrase that says 'I
20  still wait for the last version of the contract
21  between Ethypharm and Belmac that has been read

Page 270

1  by Adolfo de Basilio after one month'."
2      And I answer to Roseline Joanesse
3  "Please transmit that if I continue
4  receiving -- please indicate that I am going to
5  be angry if I receive message like this."
6      BY MR. STEWART:
7      Q.  My question is did you review a
8  copy, specifically a draft of the technology
9  license and manufacturing agreement that became
10  part of Exhibit 32?
11     A.  What I have said repeatedly is that
12  I had reviewed the previous versions that we
13  had negotiated in the months of November and
14  December. This document, No. 32, was
15  negotiated directly between Roseline Joanesse
16  and Mr. Leduc.
17     Q.  When you say "negotiated," do you
18  mean was drafted or prepared by?
19     A.  Negotiated means finished --
20     Q.  Finished? Okay.
21     A.  -- by them. And if you are asking

Page 271

1  me if I was consulted about this, I wasn't.
2      Q.  Is this the -- is this agreement;
3  that is, the agreement in Exhibit 32, the type
4  of agreement that you refer to as a "general
5  agreement" between the parties?
6      A.  I will have to read it in detail,
7  but it looks like it has everything that it
8  should contain.
9      Q.  In the draft agreement that you
10  reviewed, who was that agreement between?
11     A.  If you give me an old draft.
12     Q.  I would but I don't have one.
13     THE WITNESS: I'm not going to
14  continue because it's -- I mean ask me more
15  questions.
16     A.  I was going to make a remark, but I
17  would rather wait for you to make me another
18  specific question.
19     Q.  All right. My question is the same
20  as I just asked you. Who was the draft
21  agreement between; that is, the agreement that

Page 272

1  you reviewed after the November of 2000
2  meeting?
3      MR. BOSTWICK: I will object because
4  he doesn't have it in front of him.
5      A.  I don't have it. I don't know it,
6  and besides that, it was not my decision.
7      BY MR. STEWART:
8      Q.  To your knowledge, was the document
9  in Exhibit 30 -- was the agreement in
10  Exhibit 32 ever signed between Ethypharm SA and
11  Laborotorios Belmac SA?
12     A.  No, it was not signed because they
13  broke the agreement.
14     Q.  "They" being who?
15     A.  Belmac Laboratories.
16     Q.  What agreement did Belmac
17  Laboratories break?
18     A.  That of March of 2000.
19     Q.  Do you mean when Adolfo Herrera gave
20  notice that Laborotorios Belmac would not
21  extend the agreement that was expiring by its

31 (Pages 269 to 272)

Page 273

1   terms?
2      A.   Exactly.
3      MR. STEWART:  So we have it, let's
4   mark as the next exhibit a letter of
5   November 14, 2001 to Mr. de Basilio from
6   Mr. Herrera concerning the contrato de
7   fabricacion.
8      (Deposition Exhibit No. 34 was
9   marked for identification.)
10      MR. STEWART:  And Exhibit 35 will be
11   a letter from Adolfo Herrera dated November 14,
12   2001 concerning the Carta de Compromiso de
13   Compra.
14      (Deposition Exhibit No. 35 was
15   marked for identification.)
16      BY MR. STEWART:
17      Q.   Mr. de Basilio, do you recognize
18   Exhibit 34 as a letter that you received from
19   Mr. Herrera on or around November 14 of 2001?
20      A.   Yes.  What I don't understand is why
21   there are two.

Page 274

1      Q.   Well, if you look at the first line,
2   Mr. Herrera says -- and I am giving you the
3   English translation and I invite you to correct
4   any mistake -- "We are writing to you in your
5   capacity of counterpart under the
6   'manufacturing contract' of Omeprazole
7   microgranules signed on March 23, 2000."
8      A.   I'm sorry.  I am asking for excuse
9   because I just noticed the difference.
10      Q.   Just to confirm, Exhibit 35 refers
11   to the purchase commitment letter, correct?
12      A.   Yes.
13      Q.   Now, after receiving the Exhibits 34
14   and 35, did you personally have any discussions
15   with Jim Murphy concerning the termination of
16   the manufacturing contract and the purchase
17   letter agreement?
18      A.   Obviously not.  It was such a
19   gray question that I left it in the hands of
20   those who were in charge and was supposed to
21   call Mr. Murphy.

Page 275

1      Q.   And those would be Mr. Leduc and
2   Mr. Debregeas?
3      A.   Correct.
4      MR. STEWART:  Let me have marked the
5   four documents and I will have some questions.
6      (Deposition Exhibit Nos. 36 through
7   39 were marked for identification.)
8      MR. STEWART:  That's the letter
9   dated October 27, 1997.
10      And 36 is on Ethypharm's stationery
11   26th of January 2000.
12      And Exhibit 38 is a -- appears to be
13   a fax cover sheet dated January 11, 2001 with
14   an attached supply price document.
15      Sorry.  There is a piece of that
16   which is just a repetition of other material so
17   I didn't intend to mark the other material.
18      MR. BOSTWICK:  How many pages?
19      MR. MAGEE:  It will be the first
20   two, and then the last one with the translation
21   and cover sheet.

Page 276

1      MR. STEWART:  You can hang on to
2   yours.
3      And then as Exhibit 39 a letter on
4   Laborotorios Belmac stationery dated April 9,
5   2002.
6      BY MR. STEWART:
7      Q.   Mr. de Basilio, referring you to
8   Exhibit 36, is that your signature?
9      A.   Yes.
10      Q.   And do you recognize that this
11   document was signed by Dr. Clemente Gonzales
12   Azpetia?
13      A.   Yes.
14      Q.   Can you tell us what the
15   significance of this document is?
16      MR. BOSTWICK:  Objection.  Vague.
17      THE WITNESS:  The prices that we
18   were negotiating at the local level.
19      BY MR. STEWART:
20      Q.   And who was involved in those
21   negotiations?

32 (Pages 273 to 276)

Page 277

1  A.  Normally Ignacio Alvarez.
2  Q.  Did you ever get involved in those
3  negotiations?
4  A.  At the higher level with France.
5  Q.  Did -- explain to me, if you would,
6  how the process worked from Ethypharm Spain's
7  perspective?
8  MR. BOSTWICK: Objection. What
9  process?
10  MR. STEWART: The negotiation of
11  prices.
12  THE WITNESS: We arrived at this
13  point which was very critical after the
14  noncompliance with GMP norms by which
15  Mr. Claude Dubois went to Philadelphia to
16  discuss it with -- discuss the matter
17  personally with Mr. Murphy.
18  We had decided to break
19  relationships. We sent a letter in that regard
20  because they were not compliant with the
21  contract, with the norms, nor the prices. And

Page 278

1  I mean by "norms," GMP norms.
2  Then Mr. Dubois and Mr. Murphy
3  reached an agreement establishing a deadline
4  until the month of June, and it was then that
5  we started applying what was decided by
6  Mr. Murphy and Mr. Dubois.
7  And the prices from Exhibit 36, 37,
8  and 38 where negotiated by Ignacio Alvarez
9  following those procedures which I didn't mean
10  to intervene. And they had been decided
11  between Mr. Murphy and Mr. Dubois.
12  BY MR. STEWART:
13  Q.  Is it your testimony that, for
14  example the price of Omeprazole of 500,000
15  pesetas per lot was decided by Mr. Murphy and
16  Mr. Dubois? Is that your testimony?
17  A.  Yeah. The agreement that enabled us
18  to decide over these prices was reached among
19  them. The legal details were elaborated by the
20  accountants.
21  Q.  Mr. de Basilio --

Page 279

1  MR. BOSTWICK: Wait. We haven't
2  heard his response.
3  THE WITNESS: And the directors
4  signed what was decided by Mr. Dubois and
5  Mr. Murphy.
6  BY MR. STEWART:
7  Q.  That is very interesting. But my
8  question was did Mr. Murphy and Mr. Dubois fix
9  the price of Omeprazole at 500,000 pesetas?
10  MR. BOSTWICK: Objection.
11  Argumentative.
12  Part of your question, Mr. Stewart,
13  was to describe the system, the procedures in
14  place that led to this. And that's exactly
15  what he answered. So that's my objection.
16  My objection is the question was
17  argumentative.
18  MR. STEWART: Not my last question.
19  MR. BOSTWICK: Do you need the
20  question read back?
21  (The record was read as requested.)

Page 280

1  THE WITNESS: And I have said that
2  they didn't discuss the details. Those were
3  handled by the accountants. They discussed the
4  general framework for this.
5  BY MR. STEWART:
6  Q.  "They" who discussed the general
7  framework was who?
8  A.  Claude Dubois and Jim Murphy.
9  Q.  Okay. And turn to Exhibit 37.
10  Who negotiated the prices that are
11  listed on Exhibit 37?
12  A.  What I have said before Ignacio
13  Alvarez.
14  Q.  And Mr. Herrera?
15  A.  Most surely.
16  Q.  And turn to Exhibit 38.
17  Who negotiated the prices that are
18  listed on page -- on the second page of
19  Exhibit 38?
20  A.  The same.
21  Q.  Mr. Ignacio Alvarez and

33 (Pages 277 to 280)

Page 281

1  Mr. Herrera?
2      A.  I am remembering now that also
3  accountants from France were intervening in the
4  fixing of these prices.
5      Q.  And who from Ethypharm France were
6  intervening?
7      A.  The name of the accountant I don't
8  remember.
9      Q.  And Exhibit 39, do you recognize
10 this as a letter that you received from
11 Mr. Herrera on or about April 9 of 2002?
12     A.  Yes.
13     Q.  And tell us, please, what these
14 prices refer to and what this letter referred
15 to?
16     A.  The prices that were agreed after
17 the completion of that contract.
18     Q.  That's after the completion of the
19 March 23, 2000 manufacturing contract?
20         THE INTERPRETER:  What's the year?
21 I'm sorry.

Page 282

1          MR. STEWART:  March 23, 2000.
2          THE WITNESS:  Yes.
3          BY MR. STEWART:
4      Q.  Did you discuss these prices
5  directly with Mr. Herrera?
6      A.  Yes, this I did.  We didn't discuss
7  it.  I agreed with him.
8          You want to know the name of the
9  accountant?  It's written down there.
10     Q.  Who is it?
11     A.  Eric Cailleret.
12     Q.  You might want to spell that.
13     A.  C-A-I-L-L-E-R-E-T.  And it is proof
14 of what I am saying Mr. Alvarez signs this
15 transmittal.
16         MR. STEWART:  Next is a letter from
17 Mr. de Basilio to Mr. Debregeas and Mr. Leduc
18 dated June 21, 1999.
19         (Deposition Exhibit No. 40 was
20 marked for identification.)
21         MR. STEWART:  And a contrato de

Page 283

1  licencia, Exhibit 41.
2          (Deposition Exhibit No. 41 was
3  marked for identification.)
4          MR. STEWART:  Then the third is
5  Addendum No. 1 to the license agreement.
6          (Deposition Exhibit No. 42 was
7  marked for identification.)
8          BY MR. STEWART:
9      Q.  Mr. de Basilio, would you look at
10 Exhibit 40, please.
11         Can you tell me whether this -- it
12 appears to be a fax.  Whether this fax was sent
13 to Mr. Debregeas and Mr. Leduc?
14     A.  Yes, but it's unsigned.  But if you
15 tell me what you would like to know.
16     Q.  Mainly what I would like to know is
17 it really concerns Exhibit 41.
18         And is Exhibit 41 a license
19 agreement between Ethypharm France and
20 Ethypharm Spain and Laborotorios Davur?
21     A.  Yes.

Page 284

1      Q.  And Laborotorios Davur is a company
2  that is owned by Bentley Pharmaceuticals; is
3  that right?
4          MR. BOSTWICK:  You asking him if he
5  knows?
6          MR. STEWART:  Yes, if he knows.
7      A.  I believe so, but I don't know who
8  owns it.
9      Q.  Who negotiated the license agreement
10 Exhibit 41 with Laborotorios Davur?
11     A.  This is the standard contract of
12 Ethypharm, so most probably I negotiated it.
13     Q.  Did you involve Jim Murphy in these
14 negotiations?
15     A.  Yes.  Of course, this came up from
16 the negotiations, and once we came back to the
17 regular work in which the licensing was granted
18 to -- from Ethypharm to Belmac --
19         MR. STEWART:  To Davur.
20     A.  Davur, though I'm not sure who owns
21 that.

34 (Pages 281 to 284)

Page 285

1    Belmac, because I negotiated it with
2  people from Belmac and they decided that Davur
3  should commercialize it.
4    Q.    There is a sentence in Exhibit 40
5  that says "We are sending you attached the last
6  letter that we have received from Belmac
7  concerning which Mr. Perez Sendino and myself
8  thought that it can break the deadlock in
9  certain matters that we have pending such as
10  Diltiazem license."
11    And then the last sentence is
12  "Please let us know your opinion and confirm to
13  us if you are going to respond to Mr. Murphy or
14  if you prefer that we do it ourselves."
15    This is directed to Mr. Debregeas.
16    First, have I read what is written
17  correctly?
18    A.    You jumped a paragraph.
19    Q.    Yes, I did.
20    A.    The letter that is referred there to
21  is not present, so I think that's important.

Page 286

1    Q.    Well, you can tell me why it's
2  important, if you wish. But what I am
3  interested in is what is the deadlock that is
4  being referred to and what is it that
5  Mr. Murphy said that needed a response, if
6  anything?
7    MR. BOSTWICK: Objection. Compound
8  and vague.
9    A.    It doesn't say that. The
10  translation is not correct.
11    Q.    Okay. Can you tell me -- was there
12  a deadlock concerning Diltiazem?
13    A.    Yes.
14    Q.    And --
15    A.    GF 368.
16    Q.    And what was the GF 368 license?
17    A.    Omeprazole.
18    Q.    And what was the deadlock?
19    A.    We could not reach any agreement
20  with Clemente Gonzales.
21    Q.    Was this with respect to the series

Page 287

1  of draft agreements that we have seen?
2    A.    And to the license of Diltiazem and
3  Omeprazole, but I noticed that we are talking
4  here about liquid Omeprazole -- equals.
5    THE WITNESS: Water formulation.
6    MR. STEWART: Aqueous formulation.
7    THE WITNESS: Aqueous formulation.
8    BY MR. STEWART:
9    Q.    Do you remember whether Mr. Murphy
10  was involved in these discussions?
11    A.    I don't remember in particular, but
12  he was up-to-date about everything, and
13  especially the problematic -- the mistranslated
14  paragraph is what it states.
15    Q.    Can you give me the translation?
16    THE WITNESS: "Can you give at your
17  opinion and confirm if you are going to answer
18  to Mr. Murphy or is it us that are going to do
19  it," meaning Perez Sendino and myself?
20    BY MR. STEWART:
21    Q.    Was this with respect to whether

Page 288

1  Ethypharm was going to give Laborotorios Belmac
2  a license for the aqueous formulation of
3  Omeprazole?
4    A.    Surely, but I still ask for the
5  attached letter.
6    Q.    If I had it, I would give it to you.
7    A.    It is a letter as it says there
8  signed by Adolfo Herrera presenting himself as
9  the new director general in substitution of
10  Clemente Gonzales.
11    Q.    We have hundreds of documents in
12  this room but not that one.
13    A.    In fact, in that letter there were
14  some remarks that had the effect that to soften
15  this situation after all the problems that we
16  had experienced. It was a very gentle letter
17  from Mr. Herrera.
18    MR. BOSTWICK: There is no question.
19    MR. STEWART: Let's go off the
20  record for a couple of minutes.
21    THE VIDEOGRAPHER: The time is

35 (Pages 285 to 288)

JT-A-282

Page 289

1    15:25:01. Off the record.
2           (A short recess was taken.)
3           (Deposition Exhibit Nos. 43 through
4    47 were marked for identification.)
5           THE VIDEOGRAPHER: On the record.
6    The time is 15:35:29.
7           BY MR. STEWART:
8       Q.   Mr. de Basilio, before we broke we
9    were talking about Exhibit 40, and you had told
10   us about a letter from Mr. Herrera, the new
11   director general.
12          Do you recall that testimony?
13      A.   Yes. This is the letter.
14      Q.   So Exhibit 43 is the letter that you
15   were referring to?
16      A.   Correct.
17      Q.   Is that the letter that is referred
18   to in your letter of June 21st of 1999, Exhibit
19   40?
20      A.   Yes. I just said yes.
21      Q.   Okay. Please take a look at

Page 290

1    Exhibit 44.
2           And is this a confidentiality
3    agreement that was signed by Laborotorios
4    Belmac at the request of Ethypharm?
5       A.   Yes.
6       Q.   And turn to Exhibit 45.
7           Would you confirm for us that
8    Exhibit 45 consists of the identical
9    confidentiality agreement signed by different
10   employees of Laborotorios Belmac?
11      A.   When you said "identical," you mean
12   identical among itself or with the previous?
13      Q.   No. Identical among the documents
14   that we have marked as Exhibit 45.
15      A.   Yes.
16      Q.   And Exhibit 46, would you confirm
17   that this is a confidentiality agreement signed
18   by Laborotorios Belmac pertaining to samples
19   that Ethypharm provided of Omeprazole
20   20-milligram capsules aqueous formula?
21      A.   Yes.

Page 291

1       Q.   Are you aware of any confidentiality
2    agreements that were signed by Bentley
3    Pharmaceuticals, Incorporated?
4       A.   What are you referring to?
5       Q.   Which specifically pertained to
6    Omeprazole?
7       A.   Yes.
8       Q.   And do you happen to know where
9    those are?
10          MR. BOSTWICK: Objection. Vague.
11      A.   Where they could be?
12          BY MR. STEWART:
13      Q.   Are you aware of any confidentiality
14   agreements that were signed by employees of
15   Bentley Pharmaceuticals for Belmac Corporation
16   U.S.A.?
17          THE INTERPRETER: Regarding to the
18   last name, Belmac Laboratories?
19          BY MR. STEWART:
20      Q.   I think my question was are you
21   aware of any confidentiality agreements signed

Page 292

1    by employees of Bentley Pharmaceuticals?
2       A.   I remember one that was signed by
3    Mr. Murphy.
4           MR. STEWART: We have to go off the
5    record for a minute.
6           THE VIDEOGRAPHER: The time is
7    15:42:15. Off the record.
8           (A short recess was taken.)
9           (Deposition Exhibit No. 48 was
10   marked for identification.)
11          THE VIDEOGRAPHER: On the record.
12   The time is 15:45:02.
13          BY MR. STEWART:
14      Q.   Mr. de Basilio, showing you what we
15   have marked as Exhibit 48, and is this one of
16   the confidentiality agreements that you had in
17   mind?
18          MR. BOSTWICK: I don't have a copy
19   of it. Can I at least take a quick look?
20          Okay. Thank you.
21      A.   Yes.

36 (Pages 289 to 292)

JT-A-283

Page 293

1    BY MR. STEWART:
2    Q.   And is it fair to say that this
3    confidentiality agreement concerns the
4    acquisition of a U.S. company which researches
5    and develops transdermal products?
6    A.   Yes.
7    Q.   And I will show you another document
8    which I would like to have marked as Exhibit
9    49.
10        (Deposition Exhibit No. 49 was
11    marked for identification.)
12        BY MR. STEWART:
13    Q.   Can we agree this is a
14    confidentiality agreement signed by Bentley
15    Pharmaceuticals, Incorporated?
16    A.   Yes.
17    Q.   And is the confidential information
18    referred to pertaining to -- does it pertain to
19    the enhancement of absorption and permeation of
20    drugs through biological membranes?
21    A.   Yes.

Page 294

1    Q.   Other than these two confidentiality
2    agreements, are you aware of any
3    confidentiality agreements signed between
4    Ethypharm France and Bentley Pharmaceuticals or
5    Belmac Corporation?
6    A.   It may be that there are more, but
7    I'm not sure.
8    Q.   And if you take a look at
9    Exhibit 47, please.
10        Is this a confidentiality agreement
11    signed by Ethypharm Spain and Laborotorios
12    Belmac?
13    A.   Yes.
14    Q.   And does it concern documentation
15    provided by Belmac to Ethypharm --
16    A.   Yes.
17    Q.   -- concerning the production method
18    and validation of Belmazol 20 milligrams and
19    the analysis method and validation?
20        MR. BOSTWICK: Objection.
21    Characterization.

Page 295

1    A.   Yes.  I remember it very well.  We
2    had provided them with the complete dossier
3    containing all these data in the month of
4    November.  And what we were requesting from
5    Belmac was for them to give us the validation
6    so that we can hand them over to the clients as
7    is indicated in the annex.
8    Q.   You say the number of the dossiers
9    received in November.  Do you mean November of
10    1992?
11    A.   There was a meeting which Mr. Murphy
12    attended and there were several other people,
13    and we requested from him -- we ask him to sign
14    a certificate acknowledging the things that I
15    mentioned previously.  That is previously
16    stated, not just now.
17        Mr. Murphy replied that he was going
18    to sign such document, and based on the fact
19    that we had already a confidentiality agreement
20    signed our regulatory issues --
21        THE WITNESS:  Director of affairs.

Page 296

1    A.   Affairs director gave a complete
2    copy of the Omeprazole dossier.  And that
3    manufacturing method and analysis validation
4    method had to be validated, and that's what
5    they did and it was used to give it to the
6    client.
7        But I must point out that is not
8    only with the documentation provided by us that
9    day, but in many other instances.  That's why
10    here I wrote this sentence which says "Neither
11    the information" --
12    Q.   Where is the sentence you are
13    reading?
14        THE INTERPRETER:  The third indent.
15        MR. BOSTWICK:  We probably have to
16    read the starting sentence.
17    A.   "The secret obligation is not
18    applied."
19        THE WITNESS:  However.
20    A.   "However, knowing the information
21    that Ethypharm could demonstrate that they --

JT-A-284

Page 297

1  it was in possession in the moment in which
2  Belmac send it to us, unless these obligations
3  had been acquired directly or indirectly under
4  another secret agreement."
5     Q.   What year did Ethypharm provide
6  documentation to Belmac?
7     A.   That date came up this morning.  It
8  occur I don't remember what year.  Throughout
9  our relationship continuously we were providing
10  the documentation besides instructing their
11  employees.
12     Q.   We will be able to complete this
13  much, much faster -- and I am almost done -- if
14  I could simply have the answer to my question.
15  Because when you add further information it is
16  confusing, and then I don't understand whether
17  you have answered my question.
18        So I will be happy to let you say
19  anything you want to after if you would simply
20  answer the small points that I need to clarify.
21     A.   Okay.

Page 298

1        MR. BOSTWICK:  I'm going to object
2  to that statement.
3        BY MR. STEWART:
4     Q.   You told me, as I understand it,
5  that the -- that Ethypharm provided to Belmac
6  certain documentation.  And I am now referring
7  to the confidentiality agreement of September
8  30 of 1998.
9        First question is did Belmac provide
10  to Ethypharm documentation obtained from the
11  registration of the medication Belmazol
12  20 milligrams?
13     A.   Yes.
14     Q.   And was that information provided so
15  that Ethypharm could deliver that information
16  to its customers?
17     A.   Yes.
18     Q.   And the customers were listed in
19  Appendix A?
20     A.   Yes.
21     Q.   Now, was the information that

Page 299

1  Belmac -- is it your position that the
2  information that Belmac provided to Ethypharm
3  that is referred to in this agreement was the
4  same information that Ethypharm had at one time
5  given to Belmac?
6     A.   It was based in our documentation
7  because we needed our documentations to be
8  validated.
9     Q.   Is it your position that the
10  information that Ethypharm -- sorry.
11        Is it your position that the
12  information that Belmac provided to Ethypharm
13  was based upon information with which Ethypharm
14  had given to Belmac?
15     A.   You had precisely given me Exhibit
16  No. 46 that deals with this type of information
17  about Omeprazole that is a month before of the
18  issue that we are discussing right here.  And
19  that further proves -- that's one instance more
20  which that proves the case.
21        MR. STEWART:  I will let it go at

Page 300

1  that, and thank you very much, Mr. de Basilio.
2        THE WITNESS:  Thank you very much.
3  I am very pleased to hear that.
4        MR. BOSTWICK:  Let's go off the
5  record.
6        THE VIDEOGRAPHER:  This ends Tape
7  Number 3 of Volume 2 of the de Basilio
8  deposition.  The time is 16:02:07.
9        Off the record.
10        (Discussion off the record.)
11        (Deposition Exhibit No. 50 was
12  marked for identification.)
13        THE VIDEOGRAPHER:  On the record
14  with Tape Number 4 of Volume 2 of the testimony
15  of Adolfo de Basilio in this the matter of
16  Ethypharm versus Bentley Pharmaceuticals.
17        The date is August 3, 2006.  The
18  time is 16:22:53.
19     EXAMINATION BY COUNSEL FOR PLAINTIFFS
20        BY MR. BOSTWICK:
21     Q.   Good afternoon, Mr. de Basilio.

38 (Pages 297 to 300)

Page 301

1    A.    Good afternoon.
2    Q.    It has been a long two days and we
3  all appreciate your patience --
4    A.    Thank you.
5    Q.    -- and your travel to the United
6  States.
7         It is not my purpose to ask all of
8  the questions that I could ask you about the
9  subject today. I only have a little time, so
10  I'm going to ask just a few questions.
11        I have given you a document which is
12  marked Exhibit 50, and I would ask you to take
13  a look at it and tell me what it is.
14    A.    They are the calendar notes of my
15  PDA.
16    Q.    So is it correct -- what do you mean
17  by "PDA"?
18    A.    My hand-held phone and agenda.
19    Q.    And you are able to type in little
20  messages in that computer?
21    A.    Yes.

Page 302

1    Q.    And are these all of the notes in
2  that little computer or just those notes
3  relating to Bentley or Belmac or this matter?
4    A.    I have extracted all that were
5  related with this case.
6    Q.    Now, Mr. de Basilio, you mentioned a
7  number of times in your deposition that there
8  was a point in time that Mr. Jim Murphy from
9  Bentley Pharmaceuticals in the United States
10  took control of Laborotorios Belmac.
11        Can you look at this exhibit and
12  tell me when that was?
13    A.    Yes. Here beginning with the
14  year '91 it shows Mr. Perez de Ayala several
15  times.
16    Q.    What are those descriptions with
17  Mr. de Ayala? Are those meetings? Telephone
18  calls?
19    A.    Could be calls, appointments, and
20  meeting notes.
21    Q.    So during that period who was your

Page 303

1  principal contact at either Rimafar or
2  Laborotorios Belmac?
3    A.    Mr. Perez de Ayala.
4    Q.    Going on to page 2. What does that
5  tell you?
6    A.    The same, Perez de Ayala, and there
7  is here a visit to Bologna to do some testing
8  with the pellet machines.
9    Q.    Is there a point in time in this
10  document where Mr. de Ayala leaves or stops
11  being your principal contact at Laborotorios
12  Belmac?
13    A.    Yes, in page 9255.
14    Q.    And what portion of that page?
15    A.    November 14 of 1994.
16    Q.    What does the description say on
17  that date?
18    A.    "Perez de Ayala forced to resign."
19    Q.    "Forced to resign," correct?
20    A.    Correct.
21    Q.    And after that date, does Mr. Murphy

Page 304

1  appear in your PDA?
2    A.    The first occurrence of his name is
3  registered here as 29 of November. I don't
4  know if that was the first, but then after that
5  there are several. It could be with this SKF
6  Hazleton.
7    Q.    What is the "J venture" reference?
8         THE WITNESS: Joint venture.
9    A.    Joint venture.
10    Q.    And what does that mean with respect
11  to Mr. Murphy?
12    A.    This doesn't remind me anything. I
13  would have to check it against other notes.
14    Q.    Are there -- if you were to look at
15  the next few pages and continue, would we see a
16  number of indications where Mr. Murphy is
17  contacted or where you meet specifically with
18  Mr. Murphy?
19         MR. STEWART: Objection. Form.
20         BY MR. BOSTWICK:
21    Q.    Can you look at the next few pages

JT-A-286

Page 305

1  and tell me if Mr. Murphy appears many times or
2  not?
3      MR. STEWART: Object to form.
4      A.  Giving this moment it shows open all
5  the pages.
6      Q.  Is that consistent with your memory
7  that -- strike that.
8          Are these notes which show
9  Mr. Murphy appearing many times in meetings and
10  telephone calls with you and others at
11  Ethypharm consistent with your memory that
12  Mr. Murphy took control of Laborotorios Belmac
13  around the end of 1994?
14      A.  Yes, '94 and '95.
15      Q.  Let me show you another document.
16         (Deposition Exhibit No. 51 was
17  marked for identification.)
18      BY MR. BOSTWICK:
19      Q.  I am handing you Exhibit No. 51, and
20  I would like you to tell me what that is.
21      A.  It's internal notes of the company.

Page 306

1      Q.  What company?
2      A.  Ethypharm.
3      Q.  And whose notes are these?
4      A.  These are personal notes of mine.
5      Q.  On page 9203 are there notes
6  relating to a meeting with Mr. Murphy on
7  January 16, 1995?
8      A.  Yes.
9      Q.  And are there also notes of a
10  meeting with Mr. Monterde on January 18, 1995?
11      A.  Yes.
12      Q.  Tell me what the relationship is, if
13  any, relating to the meeting with Mr. Monterde
14  on January 18, 1995, and the meeting with
15  Mr. Murphy on January 16, 1995.
16      A.  In my meeting with Mr. Murphy, he
17  told me about a dinner he had with
18  Mr. Debregeas in Paris. And now I remember
19  this when they disclosed a joint venture for
20  some patches that Ethypharm had.
21      Q.  What is the relationship, if any,

Page 307

1  between the meeting with Mr. Monterde and the
2  meeting with Mr. Murphy?
3      A.  In my meeting with Mr. Murphy, I
4  disclosed several topics of the company. And
5  he ask me to transmit this information to
6  Mr. Monterde.
7      Q.  This is Mr. Murphy from Bentley in
8  the U.S., correct?
9      A.  It's true.
10     Q.  And he is telling you to provide
11  information to Mr. Monterde?
12     A.  True.
13     Q.  And why is Mr. Murphy from Bentley
14  asking you to provide information to
15  Mr. Monterde?
16         MR. STEWART: Objection. Competency
17  based on form. And foundation.
18     A.  This morning I stated that Mr.
19  Murphy didn't speak Spanish and
20  Mr. Monterde as the plant director didn't speak
21  Spanish either --

Page 308

1          THE WITNESS: English.
2      A.  English either. So we had to put in
3  action several issues about the company. We
4  had to decide about contracting personnel and
5  establish the shifts.
6          And I told Mr. Monterde that
7  Mr. Murphy had consented first to disclose
8  these matters and that we were going to
9  establish two shifts or whatever it was more
10  convenient for the personnel.
11     Q.  So am I correct from your answer
12  that in January of 1995 you were meeting with
13  Mr. Murphy from Bentley U.S.A. and negotiating
14  certain aspects of the relationship with
15  Ethypharm?
16     A.  Ethypharm.
17     Q.  Is that correct?
18     A.  Yes.
19         MR. STEWART: Objection. Objection
20  as to form and providing an internal summary of
21  the witness's testimony.

40 (Pages 305 to 308)

Page 309

1      BY MR. BOSTWICK:
2      Q.   And did you come to certain
3   agreements with Mr. Murphy about what
4   Laborotorios Belmac would do in the context of
5   the relationship with Ethypharm?
6      A.   Yes. Up to that point we couldn't
7   have our logo shown in the boxes with our
8   products, and he authorized that we could have
9   our logo in the boxes.
10     Q.   Let's pause there.
11     A.   And --
12     Q.   Let's pause there.
13        You came to an agreement with
14  Mr. Murphy that Laborotorios Belmac would put
15  the name of Ethypharm on the boxes at Belmac,
16  correct?
17     A.   Yes.
18     Q.   Was anybody else consulted with to
19  make that decision?
20     A.   Just Mr. Murphy and I.
21     Q.   Mr. Murphy didn't ask anybody at

Page 310

1   Belmac whether they thought that was a good
2   idea?
3      A.   I don't know. I don't think he did.
4      Q.   And when Mr. Murphy made the
5   decision, who did he -- how did he tell that
6   decision to people -- to Mr. Monterde?
7      A.   He asked me to transmit it to him.
8      Q.   To Mr. Monterde?
9      A.   Monterde.
10     Q.   And is there another agreement that
11  you and Mr. Murphy reached that he asked you to
12  tell Mr. Monterde about?
13     A.   They were recuperating the loss
14  capabilities under Perez de Ayala, and they
15  could now buy excipients.
16        I would like to change the
17  interpretation.
18        Monterde recovered the capacities
19  that he had lost when Mr. Perez de Ayala was
20  fired.
21     Q.   Okay.

Page 311

1      A.   Then he had the ability to buy
2   excipients and other things that he could not
3   do before. He even told us that we could have
4   an office in his facilities in Zaragosa.
5      Q.   Who told you that?
6      A.   Mr. Murphy told us.
7      Q.   Mr. Murphy told you that; is that
8   correct?
9      A.   Yes.
10     Q.   And that's something that you told
11  to Mr. Monterde?
12     A.   It is true.
13     Q.   Did Mr. Murphy also agree to
14  increase the staff of Laborotorios Belmac?
15     A.   Yes.
16     Q.   Did he also agree to set up two
17  shifts to run -- to produce Omeprazole?
18     A.   Yes.
19     Q.   And who was it that told the plant
20  manager at Belmac that there were going to be
21  two shifts?

Page 312

1      A.   Myself.
2      Q.   And that is because Mr. Murphy asked
3   you to tell Mr. Monterde of your agreement?
4      A.   Yes.
5      Q.   And were there many other things
6   that you discussed with Mr. Murphy in the
7   December, January, February time period in 1994
8   and 1995?
9      A.   Yes. One very important question
10  was the certificate for -- free sale
11  certificate.
12     Q.   Okay. Why don't you tell me about
13  that?
14     A.   Mr. Perez de Ayala was charging very
15  high amount, and Mr. Murphy authorized me to
16  speak with Mr. Clemente Gonzales to -- in order
17  to establish a more adequate price.
18        Beforehand he had asked me about
19  Mr. Gonzales, if he could appoint him as
20  director general. Mr. Clemente Gonzales was
21  the commercial director of the company.

41 (Pages 309 to 312)

Page 313

1        Obviously I didn't answer to his
2   question. I could not make any opinion.
3   Q.   But Mr. Murphy consulted with you
4   and asked your opinion about who to hire as
5   general manager; is that correct?
6   A.   It is true.
7   Q.   Did this relationship with
8   Mr. Murphy where you relayed the substance of
9   agreements that you had reached with Mr. Murphy
10  to people at Laborotorios Belmac last for a
11  number of years?
12       MR. STEWART: Objection. Form and
13  vague.
14  A.   It lasted for a long time.
15  Q.   Did there come a point in time where
16  you became uncomfortable with that?
17  A.   Yes, I was uncomfortable.
18  Q.   Did you tell Mr. Murphy that?
19  A.   Yeah. I told him that he was
20  treating me with too much familiarity and that
21  I was very uncomfortable with that decision

Page 314

1   because I was the director general of
2   Ethypharm.
3   Q.   If you can look at Exhibit 22 that
4   Mr. Stewart showed you.
5        You recall the testimony where you
6   said that Jim Murphy took you over to his
7   lawyers to meet with his lawyers?
8   A.   Yes.
9   Q.   Did you negotiate the terms of this
10  agreement, Exhibit 22, with Mr. Murphy and his
11  lawyers?
12  A.   Yes.
13  Q.   I want you to look at Exhibit 26.
14       And I would like you to look at the
15  last line of the first page, and this refers to
16  the discussions regarding the draft contract.
17  A.   Yes.
18  Q.   And the sentence reads "In addition
19  to meetings with the lawyers, we have been in
20  constant communication with the manager of
21  Belmac Spain and the chairman of Belmac U.S.A."

Page 315

1        Is that statement true?
2   A.   I said so this morning.
3   Q.   And is that why you wrote it in
4   1995?
5   A.   Yes.
6   Q.   And the chairman of Belmac U.S.A.
7   was Mr. Murphy, correct?
8   A.   Yes.
9   Q.   And the fact that you were in
10  constant contact with Mr. Murphy, that is also
11  memorialized in Exhibit 50, correct?
12  A.   Yes. There are my notes and they
13  state that many times I called him on the phone
14  and meet with him. I got faxes from him.
15  Q.   And this statement is consistent
16  with your understanding that Mr. Murphy took
17  control of Laborotorios Belmac?
18       MR. STEWART: Objection. Form.
19  A.   Yes, because I previously -- I only
20  talked to Mr. Perez de Ayala in Belmac at the
21  moment that he left. The person I dealt with

Page 316

1   was Mr. Murphy.
2   Q.   And from 1994 forward was it your
3   understanding -- who did you understand had the
4   final authority to make decisions for
5   Laborotorios Belmac?
6   A.   Mr. Murphy.
7   Q.   I will show you another document.
8        (Deposition Exhibit No. 52 was
9   marked for identification.)
10       BY MR. BOSTWICK:
11  Q.   Mr. de Basilio, this is a letter
12  from Mr. Jim Murphy, chairman and CEO of
13  Bentley, correct?
14       THE INTERPRETER: Belmac?
15       BY MR. BOSTWICK:
16  Q.   Bentley Pharmaceuticals in the
17  United States, correct?
18  A.   Yes.
19  Q.   Did you see this letter at the time
20  it was sent?
21  A.   Yes. I can see my name written down

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-289

Page 317

1  on the upper corner.
2    Q.  Those are your initials, ADB, in
3  handwriting at the top?
4    A.  Yes.  It is under Mr. Debregeas
5  and --
6    Q.  Now, we won't get into the history
7  of this now because I don't have time.  But I
8  want to refer you to the second sentence of
9  this letter.
10    It says "I am confused because ever
11  since I assumed control of Laborotorios
12  Belmac," that is Mr. Murphy, correct?
13    A.  Yes.
14    Q.  Writing as chairman and CEO of
15  Bentley Pharmaceuticals, Inc., correct?
16    A.  Yes.
17    Q.  And is Mr. Murphy telling the truth
18  when he said he can -- assumed control of
19  Laborotorios Belmac?
20    A.  That's my understanding because I
21  was dealing with him.

Page 318

1    Q.  What is your understanding of when
2  Mr. Murphy assumed control of Laborotorios
3  Belmac?
4    A.  Around the month of November, which
5  is when I started my dealings with him.
6  November 1994.
7    Q.  Was there ever a time when
8  Mr. Murphy at Bentley Pharmaceuticals corrected
9  or took back this statement and said "I am no
10  longer in control of Laborotorios Belmac"?
11    MR. STEWART:  Objection.
12    A.  Not according to my notes.
13    Q.  Let's show you another document.
14    (Deposition Exhibit No. 53 was
15  marked for identification.)
16    BY MR. BOSTWICK:
17    Q.  I will ask you was there ever a
18  time -- or strike that.
19    Were there times when Mr. Murphy
20  from Bentley delegated his authority to people
21  at Laborotorios Belmac to negotiate on his

Page 319

1  behalf?
2    A.  Yes.  The text that you just handed
3  me specifies this.
4    Q.  Can you point me to the portion of
5  the text that specifies this?
6    A.  The fourth paragraph that begins
7  "Unfortunately."
8    Q.  And that paragraph reads
9  "Unfortunately, I am not able to assist at the
10  meeting that will be held at your Paris office,
11  but we certainly wish to find together the best
12  solution for both companies, and I believe you
13  will find the most flexible position in
14  Clemente Gonzales and his collaborators"; is
15  that correct?
16    A.  Yes.
17    Q.  I will show you another document.
18    (Deposition Exhibit No. 54 was
19  marked for identification.)
20    BY MR. BOSTWICK:
21    Q.  Do you recognize this document?

Page 320

1    A.  Yes.  I wrote it.
2    Q.  I'm sorry.  What is the exhibit
3  number?
4    A.  54.
5    Q.  Okay.  And does this set forth an
6  accurate description of Mr. Murphy's
7  involvement in negotiations with Ethypharm
8  around 1997 to save the relationship from
9  termination?
10    MR. STEWART:  Objection as to form.
11    A.  May I answer?
12    Q.  Yes.
13    A.  Yes, in the second to the last
14  paragraph we talk about the agreements that
15  were reached with Mr. Murphy.
16    Q.  Tell me briefly what the issue was
17  in 1997.
18    A.  We had an inspection of GMP and I
19  was in Paris in the month of January and
20  Mr. Leduc was extremely furious and he asked me
21  to write the letter to terminate our

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-290

Page 321

1   relationships.
2       Q.   And how did -- did a general manager
3   of Laborotorios Belmac, such as Adolfo Herrera
4   or Clemente Gonzales, negotiate a resolution?
5       A.   No.  As I said this afternoon, it
6   was Mr. Dubois who went to solve the problem
7   with Mr. Murphy.
8       Q.   Now, you also attached a draft
9   contract to your letter, correct?
10      A.   Yes.
11      Q.   And if you look at the annexes which
12  begin on page 9185, is there listed certain
13  know-how trade secrets and technology of
14  Ethypharm?
15      A.   Yes, on page 9187.
16      Q.   I am not asking you to tell me what
17  they are, just where they are.
18      A.   The machinery we use is described
19  there.
20      Q.   Now, this letter was not directed to
21  Mr. Murphy, correct?

Page 322

1       A.   No.
2       Q.   Did you understand that Mr. Murphy
3   received a copy of this contract?
4           MR. STEWART:  Objection.
5       A.   Mr. Murphy was continuously informed
6   about everything, so this would have landed in
7   his hands.
8       Q.   With that, let me show you another
9   document.
10          (Deposition Exhibit No. 55 was
11  marked for identification.)
12          BY MR. BOSTWICK:
13      Q.   Is this a response your letter sent
14  by Mr. Gonzales the very next day?
15      A.   No.  It's Mr. Gonzales replying to
16  Mr. Dubois.
17      Q.   What does Mr. Gonzales tell
18  Mr. Dubois about whether Mr. Murphy has
19  received a copy of the contract you sent the
20  day before?
21          MR. STEWART:  Objection.  Asking --

Page 323

1   are you asking this witness to read the
2   document, or are you asking from -- asking him
3   his memory as to what Mr. Gonzales said to
4   Mr. Dubois?
5           BY MR. BOSTWICK:
6       Q.   From your memory and looking at this
7   document, what do you recall about whether
8   Mr. Murphy received a copy of your contract
9   that you sent one day earlier?
10      A.   Yes, it is stated there very
11  clearly.
12      Q.   What is stated clearly?
13      A.   We have received a draft contract as
14  sent by Mr. de Basilio, and we are restoring it
15  as well as our president Mr. Murphy and we
16  would send our commentaries of Mr. Murphy and
17  eventually an alternative text following this.
18      Q.   Is this -- is the fact that
19  Mr. Murphy received this contract so quickly
20  and was going to give his views on the contract
21  consistent with your understanding that it was

Page 324

1   the normal business practice for Mr. Murphy at
2   Bentley Pharmaceuticals to receive and review
3   important contracts?
4           MR. STEWART:  Objection.  Lack of
5   foundation.  Compound.  Assumes facts not in
6   evidence.
7       A.   Yes.  It was clear that that was the
8   case.
9       Q.   You have also referred in your
10  testimony with Mr. Stewart to a meeting where
11  Mr. Leduc waved a one-page agreement in front
12  of Mr. Murphy.  Do you recall?
13      A.   Yes.
14      Q.   I will show you this document.
15          (Deposition Exhibit No. 56 was
16  marked for identification.)
17          BY MR. BOSTWICK:
18      Q.   I will ask if that document helps
19  you recall who was present at this meeting?
20      A.   I am saying that this morning I gave
21  an incorrect date for this meeting.  I have

44 (Pages 321 to 324)

Page 325

1  said it was November, but I see here that it
2  was in April.
3      Q.   Of 1998?
4      A.   Yes.
5      Q.   And who is present at the meeting?
6      A.   Mr. Berenger from Belmac.
7      Q.   Who else?
8      A.   Myself, Mr. Herrera, Mr. Murphy,
9  Mr. Gonzales, and these are the rooms that were
10  reserved by one of the secretaries in Paris and
11  obviously on the site of Ethypharm where the
12  directors that I have mentioned this morning.
13     Q.   Who else from Ethypharm was at the
14  meeting in Paris in April of 1998?
15     A.   That I remember, there was
16  Mrs. Joanesse, Mr. Leduc, and I believe
17  Mr. Dubois was present. Mr. Debregeas wouldn't
18  necessary -- could possibly be there, but I
19  don't remember.
20     Q.   I am not going to ask you about
21  everything that happened at that meeting, but I

Page 326

1  am going to show you another exhibit and ask
2  you if it contains a document that was shown to
3  Mr. Murphy at that meeting.
4          (Deposition Exhibit No. 57 was
5  marked for identification.)
6          BY MR. BOSTWICK:
7      Q.   Do you recall -- well, let's turn
8  your attention to page 2 of this exhibit.
9          What is this document?
10     A.   This is the document I mentioned
11  this morning that was waved by Mr. Leduc asking
12  Mr. Murphy to sign.
13     Q.   Did Mr. Murphy agree to sign this
14  document at the meeting?
15     A.   Yes. He said it in front of
16  everybody that he would sign.
17     Q.   And where does it indicate that
18  Mr. Murphy is from and who he is representing?
19     A.   In the second paragraph it states
20  that Mr. Murphy in representation of Bentley
21  Pharmaceuticals.

Page 327

1      Q.   Did Ethypharm -- after the meeting
2  with Bentley and Belmac representatives in
3  April of 1998, did Ethypharm provide further
4  trade secrets and technical information to
5  Bentley or Belmac?
6          MR. STEWART: Objection. Compound.
7  And goes to the issue that is specifically of
8  concern with respect to the focus of the
9  deposition.
10          I would ask that there be two
11  questions; one to Bentley, one with respect to
12  Belmac.
13          MR. BOSTWICK: After -- well, you
14  can clarify that, if you would like.
15          BY MR. BOSTWICK:
16     Q.   How long after Mr. Murphy agreed in
17  the meeting to sign this document did Ethypharm
18  give further trade secrets and technological
19  information to Bentley or Belmac?
20     A.   The next day our registry director
21  of regulatory affairs provided them with the

Page 328

1  dossier of Omeprazole.
2      Q.   Did Ethypharm rely on Mr. Murphy's
3  promise to sign this document --
4          MR. STEWART: Objection.
5          BY MR. BOSTWICK:
6      Q.   -- in giving additional technology
7  information to Bentley or Belmac?
8      A.   Yes.
9      Q.   Did Mr. Murphy ever sign the
10  document as he promised to do?
11     A.   No. He didn't sign it.
12          MR. BOSTWICK: There are many more
13  questions I would like to ask you, Mr. de
14  Basilio, but I am going to leave it there.
15          THE WITNESS: Thank you. You have
16  been longer than I was expecting.
17          MR. STEWART: I get to ask you a few
18  more questions.
19     FURTHER EXAMINATION BY COUNSEL FOR DEFENDANT
20          BY MR. STEWART:
21     Q.   What was the technological

45 (Pages 325 to 328)

Page 329

1  information that Ethypharm gave to Laborotorios
2  Belmac in the day or two following the document
3  that you have identified in Exhibit 57?
4      MR. STEWART: I didn't say Bentley
5  or Belmac.
6      Can you read the question back.
7      (The record was read as requested.)
8  A.  Omeprazole dossier which contains
9  obviously all the technology information.
10  Q.  Was that the Omeprazole organic
11  formula or aqueous formula?
12  A.  The question I don't remember.
13  Q.  Please look at Exhibit 50.
14      Now, Exhibit 50, do I understand
15  correctly that Exhibit 50 was made by
16  extracting from your PDA references to Belmac
17  and people in matters concerning Belmac?
18  A.  Not exactly. Everything related to
19  Omeprazole.
20  Q.  Okay. And from what date to what
21  date was this information extracted?

Page 330

1  A.  From the first one that I had, which
2  is July 3rd, '91, to the last I had, which was
3  May 16, 2001.
4  Q.  Do you believe that the diary or
5  that the PDA information -- let me withdraw
6  that. I have another question.
7      Mr. Bostwick asked you to look at
8  the entry for November 14th of 1994, correct?
9  A.  Yes.
10  Q.  And that was the -- that was in your
11  diary in your PDA you have a note that
12  Mr. Perez de Ayala was forced to resign; is
13  that correct?
14  A.  Correct.
15  Q.  And he was the general manager of
16  Laborotorios Belmac up until that time; is that
17  correct?
18  A.  It may have been that he stayed
19  until the end of the month. The entry refers
20  to when I got the information.
21  Q.  And can you tell me when Clemente

Page 331

1  Gonzales Azpetia formally assumed his
2  responsibilities as general manager of
3  Laborotorios Belmac?
4  A.  I could not tell you the exact date.
5  Q.  You were aware -- you are aware that
6  Jim Murphy was the president -- let me withdraw
7  that.
8      You were aware that Jim Murphy was
9  the executive director of Laborotorios Belmac
10  during a time period in 1995, aren't you?
11  A.  Yes. I learned in some document
12  that at some point he was legally involved in
13  executive director of Belmac Laboratories.
14  Q.  In fact, you saw a document in the
15  lawyer's office which had Jim Murphy as the --
16  listed as the executive director of Belmac,
17  correct?
18  A.  Jim Murphy come over.
19  Q.  And that was approximately in March
20  of 1995, correct?
21  A.  Correct.

Page 332

1  Q.  Now, Mr. Bostwick called your
2  attention to a number of dates where Mr. Murphy
3  is mentioned or is listed in your PDA, correct?
4  A.  True.
5  Q.  If you turn to page 9263 of
6  Exhibit 50.
7      How many times is Mr. Murphy listed
8  in your PDA for any time in 1996?
9  A.  In these entries here in --
10  Q.  Sorry?
11  A.  Not mentioned in any.
12  Q.  Not mentioned in any. And how many
13  times is he mentioned in your PDA in the
14  entries for 1997?
15  A.  None.
16  Q.  And how many in 1998?
17  A.  In June 1998, the 2nd of June, 23rd
18  of June.
19  Q.  The 2nd of June and the 23rd of
20  June. Any other time?
21  A.  October 6 of 2000.

46 (Pages 329 to 332)

Page 333

1   Q.   Okay.  Let's stop.
2        So he was mentioned twice in the
3   entries for 1998, correct?
4   A.   Correct.
5   Q.   And you have no entries for
6   Mr. Murphy in the entries listed here in 1999,
7   do you?
8   A.   Correct.
9   Q.   And in 2000 he is listed as -- you
10  have a mention of Mr. Murphy in November of
11  2000?
12  A.   In October.
13  Q.   In October of 2000?
14  A.   In October.
15  Q.   And those are all the mentioned --
16  those are all of the indications of Mr. Murphy
17  in Exhibit 50 from 1996 through 2000, correct?
18  A.   In my PDA, yes.
19       MR. STEWART:  That's all I have.
20       MR. BOSTWICK:  Thank you very much.
21       THE VIDEOGRAPHER:  This ends Tape

Page 334

1   Number 4 and concludes Volume 2 of the
2   testimony of Adolfo de Basilio in the matter of
3   Ethypharm versus Bentley Pharmaceuticals.  The
4   date is August 3, 2006.  The time is 17:31:49.
5   Off the record.
6        (Whereupon, the deposition was
7   concluded at 5:31 p.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21

Page 335

1        ACKNOWLEDGMENT OF DEPONENT
2   I, ADOLFO DE BASILIO, do hereby acknowledge I
3   have read and examined the foregoing pages of
4   testimony, and the same is a true, correct and
5   complete transcription of the testimony given
6   by me, and any changes or corrections, if any,
7   appear in the attached errata sheet signed by
8   me.
9   _____    _____
10  Date            ADOLFO DE BASILIO
11
12
13
14
15
16
17
18
19
20
21

Page 336

1        CERTIFICATE OF NOTARY PUBLIC
2        I, Bonnie L. Russo, the officer before
3   whom the foregoing deposition was taken, do
4   hereby certify that the witness whose testimony
5   appears in the foregoing deposition was duly
6   sworn by me; that the testimony of said witness
7   was taken by me in shorthand and thereafter
8   reduced to computerized transcription under my
9   direction; that said deposition is a true
10  record of the testimony given by said witness;
11  that I am neither counsel for, related to, nor
12  employed by any of the parties to the action in
13  which this deposition was taken; and further,
14  that I am not a relative or employee of any
15  attorney or counsel employed by the parties
16  hereto, nor financially or otherwise interested
17  in the outcome of the action.
18  _____
19       Notary Public in and for
20       the District of Columbia
21  My Commission expires:  May 14, 2010

47 (Pages 333 to 336)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-294

Page 337

1   Mr. Dwight P. Bostwick
    1201 F Street, NW
2   Washington, DC 20004
3
4
5   IN RE:  Ethypharm vs. Bentley Pharmaceuticals
6
7   Dear Mr. Bostwick:
8   Enclosed please find your copy of the
    deposition of ADOLFO DE BASILIO along with the
9   original signature page.  As agreed, you will
    be responsible for contacting the witness
10  regarding reading and signing the transcript.
11  Within 30 days of receipt, please forward
    errata sheet and original signature page signed
12  to opposing counsel.
13  If you would like to change this procedure or
    if you have any questions, please do not
14  hesitate to call.
15  Thank you.
16  Yours,
17
18
19  Bonnie L. Russo
    Reporter/Notary
20
21

Page 338

1       DEPOSITION ERRATA SHEET
    CASE CAPTION: ETHYPHARM VS. BENTLEY
2   DEPONENT: ADOLFO DE BASILIO
    DEPOSITION DATE:  AUGUST 3, 2006
3       I have read the entire transcript of my
    Deposition taken in the captioned matter or the
4   same has been read to me. I request that the
    changes noted on the following errata sheet be
5   entered upon the record for the reasons
    indicated.  I have signed my name to the Errata
6   Sheet and the appropriate Certificate and
    authorize you to attach both to the original
7   transcript.
    PAGE/LINE    CHANGE    REASON
8
9
10
11
12
13
14
15
16
17
18
    SIGNATURE_____DATE_____
19      ADOLFO DE BASILIO
20
21

48 (Pages 337 to 338)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-295

**A**

abide 240:18
ability 311:1
able 186:8 215:20
  216:9 297:12 301:19
  319:9
Abreu's 199:21
absolutely 196:8
absorption 293:19
abstract 187:9
acceptable 238:8
accepts 250:12
access 206:12
accommodation 166:3
accompanied 163:9
accompanies 257:14
accountant 281:7
  282:9
accountants 278:20
  280:3 281:3
accurate 320:6
achieve 269:16
acknowledge 335:2
acknowledging 295:14
ACKNOWLEDGM...
  335:1
acquire 261:17
acquired 176:7,14
  190:17 297:3
acquisition 293:4
acquisitions 176:19
acting 240:20 241:4
  242:5
action 308:3 336:12,17
active 173:2,5 223:9
ADB 317:2
add 158:16 297:15
added 190:19
Addendum 157:3
  283:5
addition 231:16 244:21
  314:18
additional 177:8 178:4
  328:6
address 184:7 236:8,9
adequate 312:17
Adolfo 152:15 153:10
  155:2 158:3 193:3
  211:21 225:2 253:19
  255:11 270:1 272:19
  273:11 288:8 300:15
  321:3 334:2 335:2,10
  337:8 338:2,19
advised 211:12
advising 175:2
affairs 295:21 296:1
  327:21

affidavit 198:6
affirmative 201:2,4
afternoon 255:15,16
  300:21 301:1 321:5
agency 166:16,20
  222:4
agenda 226:18 301:18
ago 168:19 252:11
agree 167:11 168:9
  171:3 178:7 181:18
  181:20 269:7 293:13
  311:13,16 326:13
agreeable 245:8
agreed 173:14 197:19
  281:16 282:7 327:16
  337:9
agreeing 269:13
agreement 156:4,5
  157:4,6,7,8,9,10,11
  160:3,7,18 170:16
  175:11,11,15,16
  179:8,10 181:3
  184:15 185:14
  192:18 218:1,21
  225:5,11 237:6,16,20
  238:1,4,5 240:8
  241:4 242:4 257:6,10
  260:6 266:10 267:5
  267:15,21 268:9
  270:9 271:2,3,4,5,9
  271:10,21,21 272:9
  272:13,16,21 274:17
  278:3,17 283:5,19
  284:9 286:19 290:3,9
  290:17 293:3,14
  294:10 295:19 297:4
  298:7 299:3 309:13
  310:10 312:3 314:10
  324:11
agreements 287:1
  291:2,14,21 292:16
  294:2,3 309:3 313:9
  320:14
ahead 173:17 174:6
  198:3
allowed 166:2
allows 166:20
alternative 323:17
Alvarez 258:8,9 277:1
  278:8 280:13,21
  282:14
Ambiguous 224:5
amend 215:2
amendment 215:4
American 179:15,19
  182:5,6 229:14
  230:15 252:18
amount 312:15

analysis 294:19 296:3
analytical 187:14
analyze 250:8
Andromaco 185:17
  186:7,10 190:7,7,9
  190:10,15,18 191:1,3
  191:5,9 192:3,5
Angel 169:21 170:4
ANGELL 154:13
angry 270:5
annex 295:7
annexes 195:3 321:11
answer 159:20 169:2
  191:20 196:7 198:2
  199:9 201:2,3 205:4
  205:6 208:1 209:16
  209:21 213:18 214:3
  214:10 244:3 246:21
  270:2 287:17 297:14
  297:20 308:11 313:1
  320:11
answered 159:17 205:8
  228:16 254:17
  279:15 297:17
anybody 243:21 309:18
  309:21
apartment 236:9
apologize 159:8
apparently 183:20
  187:7 251:14
appear 304:1 335:7
APPEARANCES
  154:1
appearing 305:9
appears 164:9 165:1
  184:2 186:15 195:12
  200:21 239:12 243:5
  247:4 248:11 266:21
  275:12 283:12 305:1
  336:5
Appendix 298:19
applied 296:18
apply 240:9
applying 278:5
appoint 312:19
appointed 176:20
  181:19
appointments 302:19
appreciate 301:3
appropriate 197:14
  198:18 338:6
approximate 226:21
approximately 331:19
April 210:13 222:11
  246:9,16 247:10
  276:4 281:11 325:2
  325:14 327:3
aqueous 287:6,7 288:2

290:20 329:11
arbitration 181:4
  182:20,21 183:4
arbitrator 181:18
  182:6 183:5
area 191:17
argumentative 279:11
  279:17
arrived 229:5 277:12
arriving 170:14 172:19
article 176:1,12 211:5
  211:5
articles 155:19 217:13
articulation 196:12,15
Asensio 249:16 250:7
asked 159:7,17 176:17
  205:7 219:14 228:16
  256:15,17 263:2,11
  271:20 310:7,11
  312:2,18 313:4
  320:20 330:7
asking 168:18 183:6
  185:19 187:12
  209:12 243:18 265:3
  270:21 274:8 284:4
  307:14 321:16
  322:21 323:1,2,2
  326:11
aspect 191:14
aspects 204:4 308:14
assist 177:8 319:9
assume 186:19 220:13
  263:3
assumed 317:11,18
  318:2 331:1
Assumes 324:5
Astra 202:7,15 204:11
  205:13
Astro 203:21
attach 338:6
attached 161:14 162:15
  177:14 211:3 225:11
  266:8,9 267:4,16
  275:14 285:5 288:5
  321:8 335:7
attaching 185:12
attempted 221:15
attended 246:14 247:7
  295:12
attention 210:19 218:8
  222:18 238:10 326:8
  332:2
attorney 226:1 336:15
August 152:17 153:6
  158:9 177:12 212:1
  255:12 300:17 334:4
  338:2
authority 316:4 318:20

authorization 185:16
  186:7 188:15,16
  190:6 191:7 212:9
  222:3 223:5,16
authorize 338:6
authorized 309:8
  312:15
available 162:6 214:4
Avenue 154:14
awaiting 268:8
aware 176:6 197:7
  207:9,16 291:1,13,21
  294:2 331:5,5,8
Ayala 170:1 171:11
  173:20 174:8,11
  176:10,16 178:21
  179:1,8 181:1 183:10
  184:13 185:7 187:5,6
  187:19 190:5 192:21
  193:6,6,17 194:10,19
  218:21 219:10
  220:13,16 229:4,13
  229:19 230:18 231:1
  232:14,20 233:11
  250:11 302:14,17
  303:3,6,10,18 310:14
  310:19 312:14
  315:20 330:12
Ayala's 232:6
Azpetia 276:12 331:1
A-N-G-E-L-L 170:4
A-Y-A-L-A 170:5
a.m 153:7

**B**

Baach 153:13 154:4
back 178:8 209:21
  253:6 259:10 264:21
  265:5 279:20 284:16
  318:9 329:6
backed 199:20
background 191:15
based 185:14 295:18
  299:6,13 307:17
basically 191:15 214:4
Basilio 152:15 153:10
  155:2 158:3,13
  160:10 161:9 164:15
  167:20 168:3,12
  170:21 172:15
  177:12,19 190:2
  192:10 193:3 199:3
  200:10 210:18
  211:15,21 212:4
  214:19 217:21
  222:16 225:3 234:18
  244:16 246:21
  247:14 249:8 250:11

252:9 253:20 255:4
255:11,15 264:10
266:19 269:13 270:1
273:5,17 276:7
278:21 282:17 283:9
289:8 292:14 300:1,7
300:15,21 302:6
316:11 323:14
328:14 334:2 335:2
335:10 337:8 338:2
338:19
**Basilio's** 164:9
**basis** 199:19
**Bates** 160:19 161:4
162:7 177:10,15
195:5 222:11
**began** 168:20
**beginning** 177:10,14
210:13 302:13
**begins** 161:4 319:6
**behalf** 237:10,11,12
240:20 241:4,15
242:5 264:11 319:1
**believe** 163:2,18 172:6
180:15 201:12 203:2
203:4,5 205:5 226:3
227:7 228:17 231:17
256:12 284:7 319:12
325:16 330:4
**believed** 234:4
**Belmac** 161:15 165:13
166:11,16,17,18
167:9 176:6,14 177:3
177:4 178:15,17
179:11,15,20,21
180:8,16 183:11
184:14 185:15 186:6
186:6 187:20 188:20
189:3,4 196:21
200:14 206:20 207:2
207:3,4,4,5 218:3
220:18 221:2,12
222:3 223:4,15 224:6
227:16,17 228:1,3,7
228:9,10 230:6
232:16 233:7,15
234:4 235:5,13 236:2
237:11 238:6 241:16
241:17,21 242:5,7
245:2,3,20,21 246:2
246:5 249:2 253:21
257:6,12 258:12
259:3,15 260:4,16
269:21 272:11,15,16
272:20 276:4 284:18
285:1,2,6 288:1
290:4,10,18 291:15
291:18 294:5,12,15

295:5 297:2,6 298:5
298:9 299:1,2,5,12
299:14 302:3,10
303:2,12 305:12
309:4,14,15 310:1
311:14,20 313:10
314:21,21 315:6,17
315:20 316:5,14
317:12,19 318:3,10
318:21 321:3 325:6
327:2,5,12,19 328:7
329:2,5,16,17 330:16
331:3,9,13,16
**Belmazol** 166:12
294:18 298:11
**belong** 229:16 230:14
231:4 232:2
**belongs** 167:3
**benefits** 209:11
**Bentley** 152:10 158:4
161:5 189:4,5 197:2
197:8 198:10 200:16
200:19 207:11 212:1
222:11 235:14 249:2
249:4,12 255:12
262:2,11 263:1 264:1
264:12 284:2 291:2
291:15 292:1 293:14
294:4 300:16 302:3,9
307:7,13 308:13
316:13,16 317:15
318:8,20 324:2
326:20 327:2,5,11,19
328:7 329:4 334:3
337:5 338:1
**Bentley's** 248:10
**Berenger** 325:6
**best** 193:3 203:16
319:11
**better** 193:1 252:20
257:1 263:2
**beyond** 199:14 200:3
208:8 234:12
**biological** 293:20
**board** 242:13,20
**Bologna** 303:7
**Bonnie** 152:20 153:20
158:5 336:2 337:19
**Boston** 154:15
**Bostwick** 154:3 155:5
158:17 159:16
160:14,17 161:3
162:4 163:4 165:20
167:19 168:10,17
170:19 172:11 181:6
181:10 182:7 183:19
185:2,19 186:11
187:21 188:10

189:16 191:11,16
192:1 193:5 195:15
196:5 197:4,10
198:15 199:8 204:5
205:7 207:18 208:1
209:9,15 212:15
213:5,15 214:11,20
216:5 218:7 220:2
221:3 223:2 224:4
228:15 234:21
236:15 240:1 243:6
244:2 245:10 246:17
247:14 248:1,5,18,21
251:1,12 253:7
256:18 259:16
260:21 261:14
264:17 269:2,8 272:3
275:18 276:16 277:8
279:1,10,19 284:4
286:7 288:18 291:10
292:18 294:20
296:15 298:1 300:4
300:20 304:20
305:18 309:1 316:10
316:15 318:16
319:20 322:12 323:5
324:17 326:6 327:13
327:15 328:5,12
330:7 332:1 333:20
337:1,7
**botched** 252:19
**bottom** 244:19 249:14
**bought** 190:18
**boxes** 309:7,9,15
**break** 189:15 203:15
214:19 216:16
272:17 277:18 285:8
**brief** 173:14
**briefly** 320:16
**broke** 272:13 289:8
**brought** 182:14 253:17
254:13
**business** 156:6 168:16
169:9 228:8 234:14
234:19 235:3,8,10,11
236:8 324:1
**buy** 310:15 311:1
**buying** 264:5

### C

**C** 155:1
**Cailleret** 282:11
**calendar** 157:12
301:14
**call** 238:10 274:21
337:14
**called** 170:13 315:13
332:1

**calls** 163:5 236:6
302:18,19 305:10
**campaign** 208:17 217:3
**capabilities** 310:14
**capacities** 310:18
**capacity** 274:5
**capsule** 173:19 174:17
174:18 175:5,8 223:9
**capsules** 290:20
**CAPTION** 338:1
**captioned** 338:3
**card** 156:6 228:9
234:14,19 235:3,8,8
235:10,11 236:8
**cards** 235:15
**Carlos** 154:18 249:16
250:7
**carried** 174:15
**Carta** 273:12
**case** 189:6 196:11
249:1 299:20 302:5
324:8 338:1
**castellana** 230:5
241:18
**category** 247:3
**cautions** 239:2
**CEO** 316:12 317:14
**certain** 204:1,20 205:2
215:18 234:11
259:12 285:9 298:6
308:14 309:2 321:12
**certainly** 186:2 253:9
319:11
**certainty** 203:6 256:19
**certificate** 165:16,17
166:13 265:4 295:14
312:10,11 336:1
338:6
**certify** 336:4
**chairman** 245:3,21
246:5 314:21 315:6
316:12 317:14
**chamber** 181:20
**chance** 164:14 178:1
**change** 158:16,21
160:16 310:16
337:13 338:7
**changed** 189:5
**changes** 335:6 338:4
**characterization** 261:1
294:21
**charge** 202:17 206:10
274:20
**charging** 312:14
**check** 203:7 304:13
**Christmas** 227:8 235:7
235:8
**CID** 223:10

**circulating** 190:19
**circumstances** 209:2
**citizen** 252:19
**clarification** 167:21
249:6
**clarify** 161:6 209:10
236:15 247:15
297:20 327:14
**class** 194:15
**classroom** 194:15
**Claude** 277:15 280:8
**clause** 182:16,20,21
183:1
**clear** 188:5 207:8 213:1
324:7
**clearly** 188:1 194:7,8
196:8 199:15 223:20
323:11,12
**Clemente** 246:3 253:3
259:4 276:11 286:20
288:10 312:16,20
319:14 321:4 330:21
**client** 191:5 192:8
296:6
**clients** 165:12 295:6
**clip** 248:20
**clipped** 248:15
**close** 193:20
**coating** 172:7,12,16
175:6
**collaboration** 185:14
**collaborators** 230:13
232:2 319:14
**colloquy** 214:20
**Columbia** 336:20
**come** 219:6 262:9
309:2 313:15 331:18
**comfortable** 268:15
**coming** 229:20 232:21
**comma** 186:4
**commentaries** 323:16
**comments** 200:7
**commerce** 181:20
**commercial** 220:8
312:21
**commercialization**
188:17
**commercialize** 166:21
224:10 285:3
**Commission** 336:21
**commitment** 274:11
**common** 182:16,18
**communicate** 173:10
**communicated** 198:9
**communication** 228:13
229:1 245:2 314:20
**communications**
168:14 180:7 227:10

229:3,6 245:20
268:19
companies 240:14
319:12
company 176:21 177:2
184:3 201:2 202:18
205:18 206:1,10
208:7,18 223:20
224:2,2,6 244:1
284:1 293:4 305:21
306:1 307:4 308:3
312:21
Competency 307:16
complaining 197:18
complete 196:1 211:11
295:2 296:1 297:12
335:5
completed 169:2
completeness 192:4
completion 281:17,18
compliant 277:20
complicate 269:11
complied 245:17
composition 223:9
Compound 168:17
286:7 324:5 327:6
Compra 273:13
Compromiso 273:12
computer 301:20 302:2
computerized 336:8
concern 215:1 294:14
327:8
concerned 194:8,12
concerning 204:3,10
206:6 221:1 258:11
260:5 273:6,12
274:15 285:7 286:12
294:17 329:17
concerns 283:17 293:3
conclude 250:18
concluded 334:7
concludes 334:1
condition 193:1
confidential 196:4,17
198:19 199:6 206:8
209:7 214:7 215:8
216:4 293:17
confidentiality 157:6,7
157:8,9,10,11 290:2
290:9,17 291:1,13,21
292:16 293:3,14
294:1,3,10 295:19
298:7
confirm 172:11 173:13
174:16 187:17
274:10 285:12
287:17 290:7,16
confirmation 157:18

174:1
confirmed 188:6
confirming 170:17
confused 317:10
confusing 297:16
confusion 228:20
connection 239:8
262:12
consented 308:7
consider 184:13 196:2
199:5 215:7 238:3
consideration 182:4,15
262:1
considered 196:17
208:11 209:6
considers 214:6 216:4
consisted 213:11
consistent 305:6,11
315:15 323:21
consists 290:8
constant 245:1,19
314:20 315:10
constituting 214:8
construe 240:9
consulted 271:1 309:18
313:3
contact 221:10,12,18
239:7 303:1,11
315:10
contacted 168:13,14
304:17
contacting 337:9
contain 271:8
contained 187:18
containing 295:3
contains 326:2 329:8
contemporaneous
248:11
content 249:9 253:13
contents 178:2
context 182:8 266:20
309:4
continue 159:20 193:1
224:15 258:6 263:14
265:15,17,19,21
269:18 270:3 271:14
304:15
continues 195:13
continuing 210:14
continuously 297:9
322:5
contract 155:15 156:9
156:10,11 157:19
167:16 175:19,20,21
176:2 177:10 178:6,6
182:9 183:10 184:5,7
193:2 194:1,5,11,18
221:1 237:2 238:7

239:17,18 240:11,12
240:13 256:9 257:14
258:11 259:13
260:11,12,13,18,20
261:9,10,13,16,17
262:3,6,11,17,21
263:6,18 264:11
266:4 267:17 269:20
274:6,16 277:21
281:17,19 284:11
314:16 321:9 322:3
322:19 323:8,13,19
323:20
contracting 176:11
308:4
contracts 155:9 161:14
161:21 163:8 191:6
194:17 220:11
259:11 262:7 324:3
contrato 155:13,20
157:2 178:12 217:16
273:6 282:21
control 302:10 305:12
315:17 317:11,18
318:2,10
Cont'd 158:11
convenient 308:10
conversating 230:1
conversation 174:15
conversations 236:4
convinced 159:12
cop 233:21 234:4
copies 205:16,20 206:3
copy 155:16 160:19
173:16 177:11
192:20 209:1 211:4
266:21 270:8 292:18
296:2 322:3,19 323:8
337:8
corner 317:1
corporate 241:18
corporation 167:9,10
176:6,14 179:16,19
179:21 180:8,16
184:14 188:21 189:3
189:5 196:21 200:15
206:20 207:2,5 221:2
221:13 227:16,17,18
228:3,7,9,10 233:15
234:5 235:14 236:2
242:6,7 291:15 294:5
correct 161:2,3 166:10
170:1,7,10 173:9
175:13 176:3,4
179:12 183:11,14
184:8,9,12 194:4,20
203:5 209:13,14
218:12,17,18 221:19

232:20 237:6,11,13
237:17,18 241:6,8
249:5,21 253:3
258:17 259:1,15
264:19 274:3,11
275:3 286:10 289:16
301:16 303:19,20
307:8 308:11,17
309:16 311:8 313:5
315:7,11 316:13,17
317:12,15 319:15
321:9,21 330:8,13,14
330:17 331:17,20,21
332:3 333:3,4,8,17
335:4
corrected 318:8
correction 193:7
252:10
corrections 193:14
257:20 335:6
correctly 161:18 171:8
171:14 174:3 182:2
185:18 193:4 195:14
212:10 242:1 250:21
285:17 329:15
corroborated 231:3
couch 231:13
counsel 157:21 158:11
162:2 186:19 300:19
328:19 336:11,15
337:12
counterpart 274:5
countries 240:17
country 169:16
couple 159:4 190:3
249:8 256:1 288:20
course 177:3 179:17
205:16 232:18
239:10 258:15,18
284:15
court 152:2 158:5
courtesy 182:17,18
cover 155:18 156:20
177:13 210:12
218:11 225:1,10,12
275:13,21
Craig 154:11 160:14
crazy 229:15 230:15,16
critical 277:13
crystallography
194:14
customary 235:7
customers 298:16,18
C-A-I-L-L-E-R-E-T
282:13
C-A-S-T-E-L-L-A-N...
230:5
C-R-E-M-A-D-E-S

239:2
C.A 152:4

**D**

data 187:16 190:17,19
295:3
date 158:9 161:16
169:12 170:13 180:3
180:6 193:20 203:8
203:10 212:1 218:12
222:10 223:18 225:1
226:16 228:18
238:10 255:12 266:7
266:15 297:7 300:17
303:17,21 324:21
329:20,21 331:4
334:4 335:10 338:2
338:18
dated 155:11,12,14,16
155:17,18,21 156:1,3
156:4,5,7,14,15,16
156:17,18,19,20,21
157:1,5,14,16,17
160:11 162:15
164:10 167:14,14,16
177:12 210:13
217:17 223:6 225:12
237:20 238:4 244:5
273:11 275:9,13
276:4 282:18
dates 332:2
daughter 252:18
Davur 283:20 284:1,10
284:19,20 285:2
day 296:9 322:14,20
323:9 327:20 329:2
days 217:2 301:2
337:11
DC 337:2
de 152:15 153:10
154:18 155:2,13,20
157:2 158:3,13
160:10 161:9 164:9
164:15 167:20 168:3
168:12 169:21
170:21 171:11
172:15 173:20 174:8
174:11 177:12,19
178:12 183:10 184:8
184:13 185:7 187:5,5
190:2,5 192:10,21
193:3,6,9,17 194:10
194:19 199:3 200:10
210:18 211:15,21
212:4 214:19 217:16
217:21 218:21
219:10 220:13,16
222:16 225:2 229:4

229:13,19 230:18
231:1 232:6,14
233:11 234:18
241:18 244:16
246:21 247:14 249:8
250:11 252:9 253:20
255:4,11,15 264:10
266:19 269:12 270:1
273:5,6,12,12,17
276:7 278:21 282:17
282:21 283:9 289:8
292:14 300:1,7,15,21
302:6,14,17 303:3,6
303:10,18 310:14,19
312:14 315:20
316:11 323:14
328:13 330:12 334:2
335:2,10 337:8 338:2
338:19
**deadline** 278:3
**deadlock** 285:8 286:3
286:12,18
**dealing** 169:18 236:1
317:21
**dealings** 229:6 318:5
**deals** 299:16
**dealt** 315:21
**Dear** 174:14 337:7
**Debregeas** 183:13,17
184:2 192:17 208:21
210:21 220:6 225:11
237:12 240:20 241:3
243:14,17 263:3,8,16
267:1 268:7,8 275:2
282:17 283:13
285:15 306:18 317:4
325:17
**Debregeas's** 211:3
**December** 220:4
267:18 270:14 312:7
**decide** 278:18 308:4
**decided** 244:8 277:18
278:5,10,15 279:4
285:2
**decision** 272:6 309:19
310:5,6 313:21
**decisions** 241:1 316:4
**Defendant** 152:12
154:10 158:11
328:19
**define** 197:12
**definite** 266:4
**DELAWARE** 152:3
**delegated** 318:20
**deliver** 186:8 298:15
**delivered** 185:13
187:19 188:8 204:18
**delivering** 186:5

**delivery** 188:4
**demands** 165:12
265:14,16
**demonstrate** 296:21
**denied** 198:12
**department** 212:8
223:5
**DEPONENT** 335:1
338:2
**deposition** 152:15
153:10 158:6 160:12
164:11 167:17
177:16 190:8 210:15
211:16 217:18
222:13 224:19 225:7
225:13 234:15 244:6
246:10 251:21 255:5
255:7 266:11,16
273:8,14 275:6
282:19 283:2,6 289:3
292:9 293:10 300:8
300:11 302:7 305:16
316:8 318:14 319:18
322:10 324:15 326:4
327:9 334:6 336:3,5
336:9,13 337:8 338:1
338:2,3
**depositions** 199:16
**describe** 168:12 192:12
260:19 279:13
**described** 188:13,20
191:1 207:10 237:19
258:21 321:18
**description** 303:16
320:6
**descriptions** 302:16
**detail** 178:6 271:6
**details** 195:20 201:20
202:5 203:20 204:7
206:6 278:19 280:2
**develop** 169:15
**developed** 213:4,20
**development** 254:10
**develops** 293:5
**device** 171:20
**diaries** 203:13
**diary** 330:4,11
**difference** 202:7,15
204:10,14 205:13
218:10 274:9
**differences** 218:16
**different** 200:11
232:12 250:16 290:9
**difficult** 209:18
**Diltiazem** 285:10
286:12 287:2
**dinner** 306:17
**direct** 210:18 222:17

259:7
**directed** 165:2 199:18
205:21 285:15
321:20
**direction** 205:18 336:9
**directly** 196:7 198:8
214:2 239:5 262:21
269:10 270:15 282:5
297:3
**director** 176:18,20
190:9,12 220:8
227:21 232:15
241:20 288:9 289:11
295:21 296:1 307:20
312:20,21 314:1
327:20 331:9,13,16
**directors** 242:14,21
279:3 325:12
**disagree** 165:19
**disagreement** 186:1
260:3
**disagreements** 261:8
**disclose** 267:7 308:7
**disclosed** 306:19 307:4
**discover** 198:13 230:9
**discovered** 230:19
**discovery** 213:17
**discuss** 179:7 204:2
220:19 254:4 277:16
277:16 280:2 282:4,6
**discussed** 220:12
251:10 253:20 280:3
280:6 312:6
**discussing** 167:3 237:2
267:13 269:15
299:18
**discussion** 193:2
202:10 214:15
253:14 300:10
**discussions** 180:17,18
202:19 220:21 259:7
274:14 287:10
314:16
**dispense** 170:18
**disputes** 181:4 182:5
**distinct** 248:6
**distinguish** 215:20
216:9
**District** 152:2,3 336:20
**document** 156:1 159:5
159:13,15 160:21
163:9,18,19 165:4,6
165:8,11,19 168:2
177:14 178:2,12,19
180:3 181:9 193:17
193:19 194:18 195:4
196:10 206:11
208:11 210:12

216:21 217:5 222:10
222:17 224:7,11,21
225:4 238:11 244:10
246:7 249:3 256:17
264:18 265:9,12,18
268:1,3 270:14 272:8
275:14 276:11,15
293:7 295:18 301:11
303:10 305:15 316:7
318:13 319:17,21
322:9 323:2,7 324:14
324:18 326:2,9,10,14
327:17 328:3,10
329:2 331:11,14
**documentation** 166:15
186:5,8 187:7,8,14
188:12,16 189:2,10
191:7 207:15 208:5
210:6,7,8 212:7,13
294:14 296:8 297:6
297:10 298:6,10
299:6
**documentations** 299:7
**documents** 161:16
162:5,14,19 163:2,10
163:12,13,16 164:2,5
165:9 167:2,13 168:4
168:6 178:5 189:7
192:20 209:1,11
212:18 213:2 224:16
237:4 247:17,19
256:21 264:21 265:1
275:5 288:11 290:13
**DODGE** 154:13
**doing** 166:1 206:21
230:17 234:7
**domicile** 241:18
**dossier** 188:14,19
190:10,14,21 295:2
296:2 328:1 329:8
**dossiers** 295:8
**dot** 193:2,2,3
**Dr** 276:11
**draft** 156:2,4,5,10,11
159:9 167:15 175:15
175:16,18 177:9
178:6,11 182:8
183:10 218:1,13
221:1 225:6,11
237:15 238:3,12,16
238:16 239:16 240:7
241:4 256:10 257:19
270:8 271:9,11,20
287:1 314:16 321:8
323:13
**drafted** 178:12 212:19
240:12 242:4 270:18
**drafting** 257:5

**drafts** 257:20
**drawing** 204:13,15,19
204:21 205:11
**drug** 166:20 222:4
**drugs** 223:12 293:20
**Dubois** 277:15 278:2,6
278:11,16 279:4,8
280:8 321:6 322:16
322:18 323:4 325:17
**duly** 336:5
**dumb** 229:14
**duration** 231:14
**duties** 171:4
**Dwight** 154:3 337:1
**D-E** 170:4
**D.C** 152:16 153:16
154:7

-----

**E**

**E** 155:1
**earlier** 258:21 323:9
**early** 222:2 224:16
**EDWARDS** 154:13
**effect** 288:14
**effort** 249:19
**either** 238:21 259:14
303:1 307:21 308:2
**elaborated** 278:19
**elements** 172:1
**emotional** 234:1
**employed** 226:5 336:12
336:15
**employee** 336:14
**employees** 206:21
254:14 265:7 290:10
291:14 292:1 297:11
**employment** 258:14
**enabled** 278:17
**Enclosed** 337:8
**ends** 211:14 255:3
300:6 333:21
**English** 170:7,9 171:1
171:3,19 172:10
173:8,11 192:18
210:20 229:20 231:8
238:20,20 240:11
241:12,12,13 245:5
245:16 248:3,11
251:1,3 252:14,20
268:19 269:5,11
274:3 308:1,2
**enhancement** 293:19
**Ensenada** 184:8
**enter** 254:15
**entered** 338:5
**entire** 194:14 338:3
**entries** 332:9,14 333:3
333:5,6

entry 330:8,19
EP 177:10,15 195:5,13
  199:5 210:14 212:5
  243:10
equals 287:4
equipment 172:3
  195:12,21 196:3,20
  199:4 200:12 201:5
  201:13,16,20 208:19
erased 165:1
Eric 282:11
errata 335:7 337:11
  338:1,4,5
especially 287:13
Esq 154:3,11,12
Esquire 158:6,8
establish 308:5,9
  312:17
established 241:7
establishing 278:3
establishment 168:16
estimate 203:17
Ethy 205:13
Ethypharm 152:6,7
  158:3 159:14,21
  164:21 165:14
  166:17 167:3 168:13
  169:13 175:17 176:3
  178:14,15,20,20
  183:14,16,17 184:2,3
  184:7,11 185:15
  187:4,7,15,16,19
  190:16,20,21 191:4
  191:10 192:6 198:6
  202:8,16 203:21
  204:11 208:14
  211:21 212:20 213:4
  213:12,20 215:7,9,15
  219:12,19,21 224:12
  231:15 237:12,13
  238:8 239:8 240:21
  241:5,5 242:11,21
  250:11 254:1 255:11
  257:12 258:12,20
  259:14 260:3 262:1
  262:10,10,20,20
  264:13 265:7 266:14
  268:9 269:21 272:10
  277:6 281:5 283:19
  283:20 284:12,18
  288:1 290:4,19 294:4
  294:11,15 296:21
  297:5 298:5,10,15
  299:2,4,10,12,13
  300:16 305:11 306:2
  306:20 308:15,16
  309:5,15 314:2 320:7

321:14 325:11,13
  327:1,3,17 328:2
  329:1 334:3 337:5
  338:1
Ethypharm's 167:6,8
  169:8 191:5 195:8,10
  202:5 208:21 213:6
  275:10
event 181:17
eventually 323:17
everybody 326:16
evidence 324:6
evidently 163:8
exact 331:4
exactly 159:12 172:5
  197:16 202:4 227:19
  237:14 258:1 259:11
  273:2 279:14 329:18
EXAMINATION
  155:2 158:11 300:19
  328:19
examined 335:3
example 197:9 278:14
excipients 172:19
  173:2 310:15 311:2
exclusively 229:4,7
excuse 253:15 274:8
execute 262:11
executive 227:21
  232:15 241:20 331:9
  331:13,16
exhibit 159:4,9 160:2
  160:10,12,16,19
  161:6,10 164:8,11,15
  167:13,14,15,17,21
  168:2,6 170:6,7
  173:7 175:9,14 177:9
  177:11,13,16,20
  179:3 180:20 183:9
  185:1,5,6 186:16
  189:13 190:3,4
  192:11,13 210:12,15
  210:20 212:5 216:15
  216:17 217:16,18
  218:1,5,11,17 221:21
  222:10,13 224:19
  225:7,13,17 234:14
  234:15,20 236:12
  237:3,21 238:9
  239:11 241:11 243:2
  243:3,5,5,10 244:5,6
  244:13,16,20 246:10
  246:13 247:16,17
  248:14 249:3 255:7
  256:8,11 257:21
  258:1,3,5,7 259:16
  261:10 266:6,11,14
  266:16,20 268:2,7,13

268:17 270:10 271:3
  272:9,10 273:4,8,10
  273:14,18 274:10
  275:6,12 276:3,8
  278:7 280:9,11,16,19
  281:9 282:19 283:1,2
  283:6,10,17,18
  284:10 285:4 289:3,9
  289:14,18 290:1,6,8
  290:14,16 292:9,15
  293:8,10 294:9
  299:15 300:11
  301:12 302:11
  305:16,19 314:3,10
  314:13 315:11 316:8
  318:14 319:18 320:2
  322:10 324:15 326:1
  326:4,8 329:3,13,14
  329:15 332:6 333:17
exhibits 155:8 157:21
  163:14 164:6 177:8
  255:17,18 256:2,3
  257:18 259:8 274:13
existed 202:7 227:12
existing 169:14 187:9
expecting 328:16
experienced 288:16
expires 336:21
expiring 272:21
explain 202:3 204:14
  205:2 212:12 277:5
explained 166:14 202:1
  202:6 203:20
explaining 205:12
  224:8
explains 174:8 187:3
explanation 200:7
  201:18
explicitly 264:2,8
export 165:17
express 228:6
extend 272:21
extent 269:3
extracted 302:4 329:21
extracting 329:16
extremely 320:20
e-mail 156:15 266:14
  266:21 268:6 269:12

_____
F
_____
F 153:14 154:5 337:1
fabricacion 155:13,20
  178:13 217:16 273:7
facilities 170:15 311:4
facility 247:10
fact 161:7 174:10
  231:20 269:13
  288:13 295:18 315:9

323:18 331:14
factory 246:15
facts 206:5 324:5
faculties 241:19
fair 166:8 181:5 234:8
  293:2
fairness 186:11 251:13
familiarity 313:20
familiarize 178:1
far 220:20
faster 297:13
favorable 260:10
fax 155:11,12,17,18
  156:7,20 160:10
  161:21 162:15
  167:13,14 170:12
  173:8,16 174:7
  177:13 192:17
  210:12 218:11 225:9
  225:12 244:5 275:13
  283:12,12
faxes 205:21 315:14
February 160:11
  162:15 163:20 164:3
  171:12 312:7
feel 268:15
feeling 232:8
figure 253:1
file 185:13 187:18
files 248:10
filling 173:19 174:18
  175:5,8
filters 172:2
final 193:1 316:4
financially 336:16
find 173:16 192:20
  250:9 319:11,13
  337:8
fine 178:10 250:9
finished 270:19,20
fired 310:20
first 164:18 167:13
  168:13 171:7,17
  177:9,20 178:11
  184:4,6 192:8 197:5
  197:6,11 224:21
  225:18 227:3 228:12
  228:14,21 229:1
  232:16 234:8 241:10
  243:9 244:15,19
  247:4 259:10 268:13
  268:21 274:1 275:19
  285:16 298:9 304:2,4
  308:7 314:15 330:1
fix 279:8
fixing 281:4
flexible 319:13
Florida 236:5,6,7

focus 256:1 327:8
focused 262:19
following 166:9 212:14
  222:19 223:8 278:9
  323:17 329:2 338:4
follows 195:10,11
  215:4
follow-up 258:2,4
forced 303:18,19
  330:12
foregoing 335:3 336:3
  336:5
foreign 240:16
forget 249:1
forgetting 220:9
forgive 219:7
forgotten 247:12
form 158:17 165:20
  183:20 185:2 223:2
  240:2 304:19 305:3
  307:17 308:20
  313:12 315:18
  320:10
formal 269:4
formality 181:21
formally 230:11 331:1
former 185:16
forms 212:16
formula 224:13 290:20
  329:11,11
formulation 166:10
  287:5,6,7 288:2
forth 265:6 320:5
forward 316:2 337:11
found 250:1,4
foundation 246:18
  247:1 307:17 324:5
four 249:14 255:17,21
  275:5
fourth 319:6
framework 260:10,18
  261:8 280:4,7
France 152:6 169:15
  170:14 173:4 178:15
  178:20 183:17 194:8
  219:9,12,19,21 221:9
  221:12 237:13 239:8
  241:5 254:11 258:20
  262:10,20 277:4
  281:3,5 283:19 294:4
free 165:16,16 166:13
  191:8 312:10
French 230:10,11
  268:14,17,21 269:9
front 168:4 255:18
  272:4 324:11 326:15
fulfill 181:21
furious 320:20

further 191:17 199:17
  218:19,20 297:15
  299:19 327:3,18
  328:19 336:13

____ G ____
G 160:1
gather 267:7
Gaviolle 220:9
general 169:19 176:18
  176:20 223:5 260:11
  260:18,20 261:9,13
  261:17 271:4 280:4,6
  288:9 289:11 312:20
  313:5 314:1 321:2
  330:15 331:2
gentle 288:16
getting 195:19
GF 286:15,16
give 173:14 174:12
  191:3 192:19 202:13
  204:9 205:14 227:6
  228:8 241:13 262:1
  269:4 271:11 287:15
  287:16 288:1,6 295:5
  296:5 323:20 327:18
given 182:4 186:9
  191:8 198:17 204:16
  205:12 247:16 299:5
  299:14,15 301:11
  335:5 336:10
giving 274:2 305:4
  328:6
GMP 212:16 260:14
  277:14 278:1 320:18
go 160:14 173:17 174:6
  178:8 189:14 190:2
  197:13 198:2,18
  214:11 226:14 239:1
  251:21 254:19
  259:10 288:19 292:4
  299:21 300:4
goes 327:7
going 161:12 163:4
  167:12 169:9 171:19
  173:12 176:17
  181:15 185:10
  191:11,16 192:16
  195:4,5 196:5,6,19
  198:10 199:1,8,13
  200:5 209:9 212:6
  214:5 215:2,2 216:5
  216:7 222:21,21
  224:16 241:10 243:6
  244:20 249:14
  251:12,18 256:1
  263:9 270:4 271:13
  271:16 285:13

287:17,18 288:1
  295:17 298:1 301:10
  303:4 308:8 311:20
  323:20 325:20 326:1
  328:14
Gonzales 246:3 253:3
  259:4 276:11 286:20
  288:10 312:16,19,20
  319:14 321:4 322:14
  322:15,17 323:3
  325:9 331:1
good 158:13,14 255:15
  255:16 300:21 301:1
  310:1
gotten 166:3
governing 239:16
granted 241:20 284:17
gray 274:19
group 229:14
guess 247:18

____ H ____
hall 229:21 230:2
halls 217:8,9
hand 295:6
handed 319:2
handing 305:19
handled 280:3
hands 194:10 206:9
  274:19 322:7
handwriting 186:12,15
  239:12 243:4,13,16
  256:6 258:7 317:3
handwritten 156:12
  204:15
hand-held 301:18
hang 276:1
happen 291:8
happened 176:19
  209:19 236:21
  325:21
happy 186:17 297:18
Hazleton 232:2 304:6
health 212:8 222:4
hear 252:1 300:3
heard 279:2
held 153:10 156:8
  246:8,15 319:10
help 167:12 257:17
  266:19
helpful 249:20
helps 324:18
hereto 336:16
herewith 161:14
Herrera 272:19 273:6
  273:11,19 274:2
  280:14 281:1,11
  282:5 288:8,17

289:10 321:3 325:8
hesitate 337:14
high 312:15
higher 277:4
high-level 232:4
hire 313:4
history 317:6
holder 166:18 224:14
hope 193:2
Hotel 157:18
Hoyos 154:18
hundreds 288:11
Huntington 154:14
  232:3

____ I ____
idea 310:2
identical 160:21 290:8
  290:11,12,13
identification 160:13
  164:12 167:18
  177:17 210:16
  217:19 222:14
  224:20 225:8,14
  234:16 244:7 246:11
  255:8 266:12,17
  273:9,15 275:7
  282:20 283:3,7 289:4
  292:10 293:11
  300:12 305:17 316:9
  318:15 319:19
  322:11 324:16 326:5
identified 199:4 329:3
identifying 196:15
Ignacio 258:8 277:1
  278:8 280:12,21
Igonet 220:7 244:17
imagine 196:12 220:13
importance 194:7
important 161:17
  162:20 193:18 209:3
  251:21 260:13
  285:21 286:2 312:9
  324:3
impossible 179:5
  226:17
impression 269:5
include 215:11 235:7
included 161:21 162:1
  163:3 164:4,5 172:15
  200:20,21
includes 264:7
including 184:14 249:3
incomplete 216:17
Incorporated 263:1
  264:12 291:3 293:15
incorrect 324:21
increase 174:20 311:14

indent 296:14
indicate 170:21 270:4
  326:17
indicated 198:1 216:16
  223:8 251:13 295:7
  338:5
indications 304:16
  333:16
indirectly 297:3
individuals 240:16
industry 229:17 230:14
  231:4,21
inferius 162:12
inform 173:21
information 198:8
  203:16 206:8 207:10
  216:3 293:17 296:11
  296:20 297:15
  298:14,15,21 299:2,4
  299:10,12,13,16
  307:5,11,14 327:4,19
  328:7 329:1,9,21
  330:5,20
informed 249:16 250:7
  250:11 253:10,13
  254:3 322:5
informing 175:7
initials 317:2
insert 235:10
inside 206:20 243:8
insinuating 162:11
inspect 200:20
inspected 197:9 201:4
  201:12
inspection 201:14,17
  320:18
install 174:17 202:21
installation 175:5
installed 202:19
instance 299:19
instances 296:9
instruct 196:7 198:1
  199:9 214:9
instructing 297:10
instruction 198:3 230:8
intend 213:20 275:17
intended 165:11 212:7
intent 162:12
intention 174:16 198:5
  248:17
interested 226:20
  286:3 336:16
interesting 279:7
interests 269:14,17
internal 157:13 305:21
  308:20
interpretation 310:17
interpreter 154:18

172:9,21 174:12,14
  194:3 217:11 245:4
  250:14 257:9 266:1
  281:20 291:17
  296:14 316:14
interrupt 263:9
interrupted 176:1
intervene 278:10
intervening 281:3,6
introduced 180:11
  228:2 229:19 233:18
investment 229:15,15
  230:16
invite 274:3
involve 183:5 284:13
involved 198:5 220:12
  220:17 258:10,10
  276:20 277:2 287:10
  331:12
involvement 257:4
  320:7
issue 165:21 196:9
  198:14 299:18
  320:16 327:7
issues 198:4 214:21
  267:13 295:20 308:3
items 195:8 196:16
  199:4 200:12

____ J ____
J 304:7
James 241:15
January 167:14 217:17
  220:5 221:6 223:6,21
  275:11,13 306:7,10
  306:14,15 308:12
  312:7 320:19
Javier 225:2,18 236:20
Jim 197:8,13 198:9
  200:18 206:5 214:2
  215:15 225:10
  228:13 251:11 259:8
  274:15 280:8 284:13
  302:8 314:6 316:12
  331:6,8,15,18
Joanesse 219:15,17,18
  220:7 268:4 270:2,15
  325:16
JOB 152:21
Joe 199:21
joint 304:8,9 306:19
jointly 178:21
Juan 249:16 250:7
July 225:12 330:2
jumped 285:18
June 167:15 266:8
  278:4 282:18 289:18
  332:17,17,18,19,20

**K**

kind 198:7 244:2
kinds 254:14
Klein 230:10,11
knew 202:5 227:12
  267:13
know 162:18,20 165:2
  169:4 177:5 179:1,14
  180:12 183:7 184:19
  186:2 188:2 196:11
  202:12 205:2,5,19
  206:14,20 207:12
  217:6 220:17 225:18
  226:17 230:17 234:6
  235:18 239:13 241:8
  243:18,19,19 244:1
  246:18 247:18
  251:15 265:1 272:5
  282:8 283:15,16
  284:7 285:12 291:8
  304:4 310:3
knowing 296:20
knowledge 196:2 197:3
  200:14,17,18 207:8
  214:1 215:14 232:15
  240:6 272:8
known 200:3 234:2
  242:6
knows 200:3 284:5,6
know-how 194:9 209:4
  264:9 265:10 321:13

**L**

L 152:20 153:20 336:2
  337:19
la 184:8 241:18
laboratories 166:12
  239:19 260:16
  272:15,17 291:18
  331:13
laboratory 169:17
  186:10 190:13 224:9
Laborotorios 175:17
  176:7 177:4 179:11
  179:15,19 183:11
  185:16 186:7 187:20
  190:6,10 207:3 218:2
  220:17 222:3 223:4
  223:15 228:1 232:16
  233:6,8 235:5 237:10
  241:16 257:6,12
  258:12 259:3,15
  260:4 272:11,20
  276:4 283:20 284:1
  284:10 288:1 290:3
  290:10,18 294:11
  302:10 303:2,11

305:12 309:4,14
311:14 313:10
315:17 316:5 317:11
317:19 318:2,10,21
321:3 329:1 330:16
331:3,9
Lack 324:4
landed 322:6
language 179:2 231:5,6
  231:7,9
lasted 254:15 313:14
Laura 252:16 253:2,10
  253:13,16
law 182:1,6 183:4
  239:16,21 240:8
lawsuit 248:8
lawyer 236:16 240:11
  242:9,11 256:14,14
  256:17
lawyers 239:1 245:1,19
  314:7,7,11,19
lawyer's 244:3 331:15
lay 247:1
leads 201:12
learn 176:13
learned 176:9 331:11
leave 194:16 200:6
  244:10 328:14
leaves 192:21 303:10
led 279:14
Leduc 192:17 220:7
  221:15 263:3 265:5
  265:14,17 266:7
  267:3,10 268:4
  270:16 275:1 282:17
  283:13 320:20
  324:11 325:16
  326:11
left 274:19 315:21
legal 278:19
legally 331:12
legend 225:6
legislation 182:17,19
  240:19 241:9
letter 155:16 156:13,16
  156:17,18,21 157:1,5
  157:14,15,16,17
  165:2 171:18 177:11
  185:7,11 186:4 187:2
  190:5 210:19 211:1,4
  221:14 223:12 225:1
  257:14 266:8 267:3,6
  267:9,16 273:4,11,18
  274:11,17 275:8
  276:3 277:19 281:10
  281:14 282:16 285:6
  285:20 288:5,7,13,16
  289:10,13,14,17,18

316:11,19 317:9
320:21 321:9,20
322:13
letterhead 164:21
let's 210:11 222:9
  224:15 227:2 234:13
  246:21 266:5,13
  273:3 288:19 300:4
  309:10,12 318:13
  326:7 333:1
level 276:18 277:4
Lewis 153:13 154:4
liability 250:12
liberate 171:3
licencia 157:2 283:1
license 157:4 266:9
  267:4,15,21 270:9
  283:5,18 284:9
  285:10 286:16 287:2
  288:2
licensing 284:17
lied 230:19 232:9
line 274:1 314:15
Liorzou 220:8
liquid 287:4
list 156:19 195:11
  196:16 197:13
  219:20
listed 196:3 200:13
  212:13,18 215:5,21
  235:4 236:9 247:6
  280:11,18 298:18
  321:12 331:16 332:3
  332:7 333:6,9
little 301:9,19 302:2
LLP 154:13
local 276:18
Logically 202:17
logo 309:7,9
long 170:20 219:20
  231:10 301:2 313:14
  327:16
longer 318:10 328:16
look 159:3 160:1 170:6
  173:7 175:14 177:20
  190:4 196:10 203:8,9
  235:17 237:3 239:11
  244:11 274:1 283:9
  289:21 292:19 294:8
  301:13 302:11
  304:14,21 314:3,13
  314:14 321:11
  329:13 330:7
looking 174:7 201:16
  208:10 247:15 323:6
looks 248:8 258:1
  271:7
loss 310:13

lost 310:19
lot 166:1,3 243:7
  252:20 278:15
love 196:10,10

**M**

MA 154:15
machine 201:19 209:3
machinery 194:9
  195:12,20 196:3,21
  199:4 200:13,20
  202:20 203:1,12
  206:7 217:8 321:18
machines 173:19
  174:17,18 175:5,9
  202:9 204:1 208:19
  303:8
Madrid 195:1,2 241:19
magazine 211:5
MAGEE 154:12
  275:19
mailing 235:9
main 173:11
maintain 188:10
major 186:1
making 174:17 238:7
manager 169:19 245:2
  246:2 311:20 313:5
  314:20 321:2 330:15
  331:2
managers 245:20
manufacture 185:15
  222:5 223:6,16
  262:13
manufactured 173:3
manufacturer 175:8
  188:15
manufacturing 155:15
  167:16 175:16 186:6
  187:15 195:9 206:8
  217:8 218:1,21 225:5
  237:6,16,20 238:4
  257:5,10 266:9 267:4
  267:15,21 270:9
  274:6,16 281:19
  296:3
Marcelle 220:8
March 163:21 164:3,10
  180:3 218:12 225:2,6
  226:5,8,16 227:2
  236:14 237:21 238:4
  238:12,15,16,17
  244:5 257:7 272:18
  274:7 281:19 282:1
  331:19
margin 260:9
mark 167:12 177:7
  244:4 259:5 273:4

275:17
marked 160:9,13,20
  161:1 162:17 163:13
  164:8,12 167:18
  177:17 210:11,16
  217:15,19 222:9,14
  223:20 224:20 225:8
  225:14 234:13,16,20
  244:7,12 246:11
  255:8,17 266:5,12,13
  266:17 268:6 273:9
  273:15 275:4,7
  282:20 283:3,7 289:4
  290:14 292:10,15
  293:8,11 300:12
  301:12 305:17 316:9
  318:15 319:19
  322:11 324:16 326:5
market 190:19 223:17
  223:17
marketing 222:5 223:7
marking 225:5
Marques 184:8
material 188:4 199:6
  204:10 205:15,20
  206:5 207:9 209:6
  210:3 211:6,9 213:11
  216:16 275:16,17
materials 170:14
  171:11,16 172:16
  205:17 206:2 213:19
  214:1,4,6 215:5,7,12
  215:15,21
matter 158:3 207:7
  211:21 255:11
  277:16 300:15 302:3
  334:2 338:3
matters 285:9 308:8
  329:17
mean 167:1 174:9
  201:14 216:2 227:18
  229:8 231:7 235:19
  235:19 246:1,4
  247:21 261:13 266:3
  270:18 271:14
  272:19 278:1,9
  290:11 295:9 301:16
  304:10
meaning 287:19
meaningless 188:9
means 232:3 270:19
meant 174:5 182:11
  263:21
measure 201:18
medication 298:11
meet 227:3 229:10
  304:17 314:7 315:14
meeting 156:8 171:12

227:9 228:14 231:10
231:14,18 232:5
233:3 234:8 236:13
236:16,19 237:1
245:18 246:8,8,14
247:10 252:17
253:14 263:15 265:5
265:6 267:18 272:2
295:11 302:20 306:6
306:10,13,14,16
307:1,2,3 308:12
319:10 324:10,19,21
325:5,14,21 326:3,14
327:1,17
**meetings** 244:21
302:17 305:9 314:19
**membranes** 293:20
**memorandum** 156:2
237:5,8,9 244:17
249:10
**memorialized** 315:11
**memory** 189:9 221:11
305:6,11 323:3,6
**mention** 160:15 190:6
242:8 333:10
**mentioned** 174:19
219:5 295:15 302:6
325:12 326:10 332:3
332:11,12,13 333:2
333:15
**merged** 267:17
**message** 270:5
**messages** 301:20
**met** 180:12 194:19
201:6 225:20 228:21
231:19 232:16
235:21
**method** 187:15 294:17
294:19 296:3,4
**methodology** 206:7
**MG** 173:21 175:7
**Microgranule** 212:9
**microgranules** 174:21
249:17 250:8 274:7
**milligram** 185:13
223:10
**milligrams** 294:18
298:12
**mind** 201:15,17 206:4
208:13 216:20 217:6
260:19 292:17
**mine** 186:17 306:4
**ministry** 223:12
**minute** 254:20 292:5
**minutes** 156:8 246:7,8
246:14 252:11 256:2
288:20
**Mischaracterization**

228:16
**missing** 165:1 186:4
217:1,7
**misspoke** 218:15
**mistake** 274:4
**mistranslated** 287:13
**moment** 164:16 214:12
263:10 297:1 305:4
315:21
**moments** 241:14
**Monterde** 306:10,13
307:1,6,11,15,20
308:6 310:6,8,9,12
310:18 311:11 312:3
**month** 227:6 270:1
278:4 295:3 299:17
318:4 320:19 330:19
**months** 163:8 270:13
**morning** 158:13,14
218:5 224:8 256:14
297:7 307:18 315:2
324:20 325:12
326:11
**move** 191:21 214:5
**multipage** 171:14
**Murphy** 156:6 197:8
197:13 198:9,17
200:18 201:1,4,8,9
201:11 202:11,14
203:20 204:3,9
205:12 206:6 207:11
207:17 208:7,13,14
209:1,8 214:2 215:16
225:10 226:9,9,11
227:1,4,11 228:13,21
229:8,11,19 230:10
231:3,11,19 232:17
232:19 233:14
234:18 235:4,21
236:13,16,19 237:10
238:15,21 239:5
241:2,15 242:5 246:6
251:11 252:16 254:5
259:8 264:1,11,21
265:6,8,13 266:7
267:3,10 274:15,21
277:17 278:2,6,11,15
279:5,8 280:8 284:13
285:13 286:5 287:9
287:18 292:3 295:11
295:17 302:8 303:21
304:11,16,18 305:1,9
305:12 306:6,15,16
307:2,3,7,13,19
308:7,13 309:3,14,20
309:21 310:4,11
311:6,7,13 312:2,6
312:15 313:3,8,9,18

314:6,10 315:7,10,16
316:1,6,12 317:12,17
318:2,8,19 320:15
321:7,21 322:2,5,18
323:8,15,16,19 324:1
324:12 325:8 326:3
326:12,13,18,20
327:16 328:9 331:6,8
331:15,18 332:2,7
336:6,10,16
**Murphy's** 236:8 320:6
328:2

### N

**N** 155:1,1
**name** 158:7 161:13
166:12 171:20 177:1
179:18 189:5 193:10
199:21 242:15 247:4
252:17 253:16 281:7
282:8 291:18 304:2
309:15 316:21 338:5
**named** 169:13
**necessary** 172:1,4
188:14,15 325:18
**need** 172:20 178:3,5,8
187:6,12 188:6 245:7
263:18,20 264:2
279:19 297:20
**needed** 286:5 299:7
**needs** 224:9
**negotiate** 238:18 259:2
314:9 318:21 321:4
**negotiated** 238:15
270:13,15,17,19
278:8 280:10,17
284:9,12 285:1
**negotiating** 259:3
262:6 276:18 308:13
**negotiation** 257:5
277:10
**negotiations** 218:20
219:4,13 220:1 239:4
239:5,9 258:10,11
276:21 277:3 284:14
284:16 320:7
**neither** 184:21 256:5
296:10 336:11
**never** 259:13
**new** 176:21 177:2
202:19,21 288:9
289:10
**newspaper** 211:4,5
**noncompliance** 277:14
**normal** 324:1
**Normally** 220:11
257:13 277:1
**norms** 260:14 277:14

277:21 278:1,1
**Nos** 167:17 177:16
255:7 275:6 289:3
**Notary** 153:21 336:1
336:19
**note** 170:13 330:11
**noted** 338:4
**notes** 156:12 157:12,13
226:18 301:14 302:1
302:2,20 304:13
305:8,21 306:3,4,5,9
315:12 318:12
**notice** 153:20 193:19
272:20
**noticed** 274:9 287:3
**November** 167:16
227:7 228:13,21
229:5,11 267:18
270:13 272:1 273:5
273:11,19 295:4,9,9
303:15 304:3 318:4,6
325:1 330:8 333:10
**number** 158:2 161:4
168:4 200:1 211:15
211:20 222:12
230:13 249:12,18
255:4,10 295:8 300:7
300:14 302:7 304:16
313:11 320:3 332:2
334:1
**numbered** 160:19
**numbers** 168:7
**NW** 154:5 337:1
**N.W** 153:14

### O

**O** 155:1
**object** 159:16,17 162:4
163:4 165:21 191:11
191:16 196:6 198:11
199:8,13 209:10
216:5 243:6 244:2
251:12 260:21 269:2
272:3 298:1 305:3
**objection** 158:17
165:20 168:17 182:7
183:19 185:2 187:21
188:11 204:5 205:7
207:18 208:2 212:15
213:5,15 220:2 221:3
223:2 224:4 228:15
234:21 240:1 246:17
253:6 256:18 261:14
276:16 277:8 279:10
279:15,16 286:7
291:10 294:20
304:19 307:16
308:19,19 313:12

315:18 318:11
320:10 322:4,21
324:4 327:6 328:4
**objectionable** 198:18
**objections** 199:16
**obligation** 296:17
**obligations** 297:2
**obligatory** 240:18
**observe** 202:2
**obtain** 188:14,16
**obtained** 298:10
**obvious** 262:15
**obviously** 163:21 164:4
172:18 235:21
251:19 269:9 274:18
313:1 325:11 329:9
**occasion** 208:15,16
229:13 231:17
**occasions** 200:2 201:6
254:6
**occur** 297:8
**occurred** 187:4
**occurrence** 304:2
**October** 256:4 275:9
332:21 333:12,13,14
**office** 173:11 194:21
204:18 225:21
226:12,15 239:1
263:8 311:4 319:10
331:15
**officer** 233:20 336:2
**offices** 230:5 233:12
**Oh** 247:21
**Okay** 164:17,18 171:21
183:8 191:19 214:11
247:3 248:18 249:13
250:1,17 254:19
255:21 262:9 268:20
270:20 280:9 286:11
289:21 292:20
297:21 310:21
312:12 320:5 329:20
333:1
**old** 254:15 271:11
**Omeprazole** 166:11
169:14 172:4 173:4
185:13 186:5 187:18
190:11,15 191:10
192:5 223:10,17
254:10 262:13 274:6
278:14 279:9 286:17
287:3,4 288:3 290:19
291:6 296:2 299:17
311:17 328:1 329:8
329:10,19
**once** 284:16
**ones** 187:9 197:12
198:19 235:13

one-page 324:11
open 305:4
openly 208:20
operation 201:20
  236:11
opinion 285:12 287:17
  313:2,4
opportunity 198:13
opposed 261:9
opposing 337:12
order 174:20 188:3,14
  203:9,11 224:9
  312:16
organic 329:10
organize 170:15
original 159:9,10
  245:11,12 337:9,11
  338:6
originally 160:6
origins 230:8
outcome 336:17
outsourcing 156:9
  163:7 237:21 238:5,7
  256:9 260:5,12
  261:10,16
owned 179:15,19 284:2
owners 167:1
owns 284:8,20
O'Toole 154:19 158:7

—————

**P**

P 154:3 192:21 193:6
  337:1
page 155:2 160:2 174:8
  181:7,8 183:8 184:4
  184:6 195:7,13 212:5
  212:7,14,14 239:11
  239:15 243:7,9,15
  244:19 247:4 249:12
  249:13 280:18,18
  303:4,13,14 306:5
  314:15 321:12,15
  326:8 332:5 337:9,11
pages 162:18 163:3
  200:13,21 212:19
  215:5,6,21 275:18
  304:15,21 305:5
  335:3
PAGE/LINE 338:7
PALMER 154:13
pans 172:7,12,16
  173:19 174:19 175:6
paper 204:19
paragraph 160:1 176:1
  181:2,7,8,16 195:6
  195:14 222:18 223:1
  241:11 250:20
  252:11 268:21

285:18 287:14 319:6
  319:8 320:14 326:19
paragraphs 249:14
Paris 263:8,15 306:18
  319:10 320:19
  325:10,14
part 196:11 198:5
  210:19 216:17
  219:11 248:14 268:1
  270:10 279:12
partial 189:7,10
participated 219:3,13
  220:1
participating 258:15
  258:16,20
particular 195:20
  201:19 206:4 209:3
  216:20 217:5 287:11
parties 181:19,20
  183:1 237:16 271:5
  336:12,15
parts 179:5
party 184:14 213:3
  262:2
Paseo 241:18
patches 306:20
patent 169:14 187:10
  254:12
patience 301:3
Patrice 183:13 184:1
  210:20 225:10
  237:12
pause 309:10,12
pay 261:19 264:3,9
paying 218:7 264:3
PD 193:6
PDA 301:15,17 304:1
  329:16 330:5,11
  332:3,8,13 333:18
pellet 303:8
pellets 202:8,8,15,16
  203:21,21 204:11,11
  205:13,14
pending 285:9
people 180:11 219:5,8
  229:15 230:16 232:4
  233:13 238:19
  258:19 263:18,21
  267:1 285:2 295:12
  310:6 313:10 318:20
  329:17
Perez 169:21 171:10
  173:20 174:8 176:10
  176:16 178:21 179:8
  180:21 187:5,5
  193:17 194:10,19
  218:20 219:10
  220:13,16 229:4,13

229:19 230:18 231:1
  232:6,14 233:11
  242:16 285:7 287:19
  302:14 303:3,6,18
  310:14,19 312:14
  315:20 330:12
perfectly 197:14
  198:17 229:12
  263:16
period 160:2 208:6
  209:17 220:3 221:4,6
  302:21 312:7 331:10
permeation 293:19
permit 166:19
person 169:21 194:20
  196:1 201:17 202:1
  234:3,6 238:20 247:6
  315:21
personal 267:6 306:4
personally 202:1
  207:16 218:20 221:8
  274:14 277:17
personnel 254:13 308:4
  308:10
persons 183:9
perspective 277:7
pertain 293:18
pertained 291:5
pertaining 188:4,7
  190:14 290:18
  293:18
pertains 181:3
pesetas 278:15 279:9
Peterson 252:16 253:2
  253:10,13,16
pharmaceutical 222:5
  223:7 229:17 230:14
  231:4,7,9,21
Pharmaceuticals
  152:10 189:4 197:2
  200:16,19 262:2,12
  263:1 264:12 284:2
  291:3,15 292:1
  293:15 294:4 300:16
  302:9 316:16 317:15
  318:8 324:2 326:21
  334:3 337:5
Phase 165:21,21 188:1
  191:13,18 196:8,9,11
  196:13 198:4 199:15
  199:17 213:5,17
  214:21,21
Philadelphia 277:15
phone 174:15 236:3,6
  301:18 315:13
photograph 216:21
photographs 208:18
phrase 174:6 269:19

physically 229:10
pictures 217:7
piece 197:15 209:4
  275:15
pieces 195:20
place 169:12 262:4,5
  279:14
Plaintiffs 152:8 154:2
  300:19
plant 201:7 254:13
  307:20 311:19
please 159:3,20 161:20
  164:8 173:7,16
  175:14 181:2 185:1,5
  189:13 192:11,20
  195:3 209:21 212:4
  212:12 238:9 243:2
  249:11 253:15 256:7
  263:14 268:12 270:3
  270:4 281:13 283:10
  285:12 289:21 294:9
  329:13 337:8,11,13
pleased 300:3
point 176:5 177:5
  222:2 263:4,7 265:2
  277:13 296:7 302:8
  303:9 309:6 313:15
  319:4 331:12
points 260:3 297:20
police 233:20
portion 186:12 187:1
  223:1,11 303:14
  319:4
position 167:5 227:15
  232:7 299:1,9,11
  319:13
positions 240:17
possession 235:16
  297:1
possible 171:13 173:21
  235:11
possibly 203:14 254:16
  325:18
powers 241:20
practice 324:1
precise 203:17 257:15
precisely 197:18
  198:13 224:12
  231:18 262:4 299:15
prefer 285:14
preinstallation 173:18
preliminary 218:13
prepare 159:9,21
  164:18
prepared 159:13,15
  178:14,19 212:20
  213:4 226:10 270:18
presence 201:9

present 154:18 163:21
  231:15 232:19 233:2
  234:10 242:10
  252:17 253:16 265:7
  267:8 285:21 324:19
  325:5,17
presenting 288:8
preserve 216:11
president 180:15
  208:21 227:16,21
  228:3 235:5 236:2
  323:15 331:6
press 208:17 217:3
previous 215:2 229:3
  258:2 270:12 290:12
previously 186:9
  269:15 295:15,15
  315:19
price 156:19 233:19
  234:9 275:14 278:14
  279:9 312:17
prices 276:17 277:11
  277:21 278:7,18
  280:10,17 281:4,14
  281:16 282:4
principal 173:2,5 223:9
  260:2 303:1,11
prior 200:7 227:9
private 213:13
probably 204:12
  206:11 220:9 284:12
  296:15
probes 166:16
problem 253:20 254:5
  254:7,7,15 321:6
problematic 287:13
problems 288:15
procedure 337:13
procedures 278:9
  279:13
proceedings 165:9
process 262:6 277:6,9
processes 195:9 206:7
produce 172:2,4 173:4
  311:17
produced 161:7 163:20
  248:10
producer 172:20
producers 173:3
product 166:21 169:13
  169:16 187:13
  250:12 264:6,7
production 174:20
  175:3 204:4 294:17
products 222:6 251:9
  293:5 309:8
professor 194:14
proffer 213:16 216:10

promise 328:3
promised 328:10
promote 208:18
proof 282:13
Proper 194:5
property 195:10 213:7
  223:19 224:1
proposal 238:6
propose 177:21 245:8
proprietary 196:4,17
  197:12,16 199:6
  209:7 214:7 215:8
  216:4
protect 269:14,16
proves 299:19,20
provide 162:2 166:12
  166:16 198:6,7
  234:19 297:5 298:9
  307:10,14 327:3
provided 162:5,7
  166:17 190:20 210:5
  214:1 239:16 248:9
  290:19 294:15 295:2
  296:8 298:5,14 299:2
  299:12 327:21
providing 266:20 297:9
  308:20
provision 181:3 183:4
  240:8
public 153:21 213:12
  336:1,19
publications 213:3,11
publicly 208:20 214:4
published 217:4,13
pumps 172:2
purchase 190:12,21
  191:9 203:11 213:14
  274:11,16
purchased 192:5
purpose 161:5 169:7
  174:16 200:8 210:4
  222:16 301:7
purposes 170:17 248:7
pursuant 153:20 241:3
put 235:9 259:5 266:19
  268:1 308:2 309:14
putting 208:2
P-E-R-E-Z 170:4
p.m 334:7

**Q**

QA 216:13
question 159:7 162:16
  168:19 173:18 178:7
  181:11 183:6 191:20
  192:2,15 197:5,5,11
  199:1,10,18 200:2,8
  200:11 208:2 209:10

209:21 213:9 215:3
216:6,8 219:6 232:11
232:13 240:4 244:15
245:13 247:1 251:8
253:6,12,19 257:3
259:5 261:3,7,12
262:15,18,19 263:2
263:11 267:2 270:7
271:18,19 274:19
279:8,12,16,18,20
288:18 291:20
297:14,17 298:9
312:9 313:2 329:6,12
330:6
questions 158:20 159:5
  169:6 177:21 178:3
  188:3,7 190:3 191:17
  206:3 213:21 244:9
  249:9 271:15 275:5
  301:8,10 327:11
  328:13,18 337:13
quick 292:19
quickly 167:7 323:19
quite 205:1
quote 268:7

**R**

R 241:15
reach 250:10 286:19
reached 169:17 278:3
  278:18 310:11 313:9
  320:15
read 161:12,18 171:7
  171:14 173:12,15
  174:2,10 178:8
  181:12,15 182:2
  185:10,18 186:12,20
  186:21 192:16 193:4
  195:6,14 210:1 212:6
  212:10 221:15
  222:21 223:1 241:10
  241:12 242:1 244:20
  245:12,15,16 249:15
  250:20 251:17
  252:10 253:8 268:12
  269:21 271:6 279:20
  279:21 285:16
  296:16 323:1 329:6,7
  335:3 338:3,4
reading 173:13 193:14
  296:13 337:10
reads 244:21 314:18
  319:8
ready 175:3
real 233:21
realize 254:3
realized 231:20
really 158:18 188:8

215:1 244:9 262:14
  283:17
reason 171:5 184:18,19
  184:20 194:6 338:7
reasonably 167:8
reasons 338:5
recall 159:18 180:18
  209:6 216:18 238:1
  247:9 258:9 289:12
  314:5 323:7 324:12
  324:19 326:7
recall's 200:1
receipt 337:11
receive 173:1 222:3
  235:3 270:5 324:2
received 190:15 223:16
  235:11 269:12
  273:18 281:10 285:6
  295:9 322:3,19 323:8
  323:13,19
receiving 270:4 274:13
reception 170:13
recess 189:19 211:18
  252:5 255:2 289:2
  292:8
recognize 185:6 211:1
  217:1,21 235:1 243:4
  243:16 244:16
  246:13 247:2 256:3,5
  257:21 259:20
  261:18 267:2,9,11,14
  273:17 276:10 281:9
  319:21
recognizing 195:21
recollection 222:20
  223:13 226:21
recommendation
  190:11
record 158:1 160:16
  161:4 172:13 181:12
  185:9 189:15,18,20
  193:5 199:1,12,13,15
  200:6 208:3 210:1
  211:17,19 214:12,15
  214:16 215:19
  216:10 249:1 252:1,4
  252:6 253:8 254:20
  255:1,6,9 279:21
  288:20 289:1,5 292:5
  292:7,11 300:5,9,10
  300:13 329:7 334:5
  336:10 338:5
recovered 310:18
recuperating 310:13
reduced 336:8
refer 168:5 195:4 271:4
  281:14 317:8
reference 223:8 226:19

269:15 304:7
references 198:11
  329:16
referred 171:17 228:10
  241:17 265:2 281:14
  285:20 286:4 289:17
  293:18 299:3 324:9
referring 163:13 168:1
  207:3 211:10 216:15
  224:3 237:8 276:7
  289:15 291:4 298:6
refers 184:7 274:10
  314:15 330:19
refresh 223:13
refreshes 222:19
regard 277:19
regarding 180:19
  218:21 249:9 291:17
  314:16 337:10
regards 193:3
register 187:13
registered 166:11
  304:3
registration 212:8
  298:11
registry 188:13 224:7
  224:14 327:20
regular 284:17
regulatory 295:20
  327:21
relate 213:16
related 191:13 223:14
  302:5 329:18 336:11
relating 302:3 306:6,13
relation 193:21
relationship 165:13
  167:7,9 168:16,20
  169:8 297:9 306:12
  306:21 308:14 309:5
  313:7 320:8
relationships 277:19
  321:1
relative 336:14
relatively 177:20 188:5
relayed 313:8
relevant 187:16
rely 328:2
remark 242:3 271:16
remarks 288:14
remember 159:11
  160:8 162:14,21
  164:20 179:6 180:11
  193:18 194:6 202:4
  204:7,7,12 208:15
  209:18,19 210:4,6,9
  210:10 219:8,11
  220:20 221:8 222:7
  223:19 225:20

229:12 231:12,12
  233:4,12,20 235:12
  236:7 238:19 256:21
  259:6,11 260:2 263:7
  263:16,17 264:14,15
  265:4 281:8 287:9,11
  292:2 295:1 297:8
  306:18 325:15,19
  329:12
remembered 180:10
  264:20
remembering 158:19
  247:13 281:2
remind 304:12
reminded 160:18
repeat 181:11
repeatedly 270:11
repetition 275:16
rephrase 261:2 262:18
replied 264:4 295:17
replying 322:15
Reported 158:20
reporter 158:5
Reporter/Notary
  337:19
representation 241:16
  326:20
representative 264:1
representatives 327:2
represented 240:15
representing 158:6,7
  226:7 326:18
request 169:19 181:18
  199:20,21 200:1
  264:10 290:4 338:4
requested 181:12 200:4
  210:1 253:8 262:21
  263:12 279:21
  295:13 329:7
requesting 295:4
required 181:21
requirement 183:3
Research 232:3
researches 293:4
reserved 325:10
resign 303:18,19
  330:12
resolution 321:4
resolved 182:5
respect 168:15 199:3
  244:9 251:8 259:8
  260:19 286:21
  287:21 304:10 327:8
  327:11
respecting 260:14
respects 160:21
respond 183:7 200:6
  285:13

response 157:17 261:7
  279:2 286:5 322:13
responsibilities 331:2
responsible 179:2
  337:9
rest 173:14 192:19
  241:14
restoring 323:14
result 173:18
retained 157:21
return 236:12
returned 250:10,12
  251:9
returns 253:21
review 164:14 178:5,5
  207:20 208:4 270:7
  324:2
reviewed 267:20
  270:12 271:10 272:1
reviewing 209:11
right 159:3 162:8 172:9
  175:12 181:10 187:1
  193:11,14 194:1,3
  198:21 201:9 217:11
  218:15 226:2 248:5
  252:12 267:10 268:2
  268:11 271:19 284:3
  299:18
rights 216:11
Rimafar 167:7 168:14
  168:15,20 169:9,17
  169:19 170:12
  173:17 175:2,12,17
  176:3,8,13 178:15
  254:16 303:1
Robinson 153:13 154:4
role 242:9
room 212:9 230:3,4
  235:20 288:12
rooms 217:10 325:9
Roseline 219:15,17
  220:7 268:4 270:2,15
Rossignol 180:12,14,19
  221:16
rough 245:11 269:5
Royal 157:18
royalties 261:19 264:3
  264:4,8,9
royalty 263:19,20
  269:17
run 311:17
Russo 152:20 153:20
  158:6 336:2 337:19

──────── S ────────

S 155:1
SA 183:11,14 184:2,3
  218:3 223:4 241:16

272:10,11
sake 167:21
sale 165:16,16 166:13
  312:10
samples 290:18
Santos 225:2,18 226:1
  226:5,7 227:1 236:20
Santos's 226:11,14
satisfy 165:12
save 320:8
saw 165:9 331:14
saying 173:17 175:7
  282:14 324:20
says 170:12 187:11
  250:15,15 251:5,20
  252:13,14 269:19
  274:2 285:5 288:7
  296:10 317:10
scope 199:14 200:3
SCOTT 154:12
second 171:10 192:15
  195:6 197:5,11
  280:18 317:8 320:13
  326:19
secret 196:19 199:7
  208:12 296:17 297:4
secretaries 235:9
  325:10
secretary 242:13,20
  253:2 268:18
secrets 198:8 214:9
  216:1,2 321:13 327:4
  327:18
Section 223:11
see 160:4 180:4 208:5
  211:7 222:18 223:20
  224:11 237:4 238:12
  239:21 245:7 246:20
  246:21 247:3,20,21
  253:15 256:20
  257:13 259:21
  304:15 316:19,21
  325:1
seen 218:4 246:18
  252:14,17 256:13
  287:1
send 188:19 189:2,7
  228:7 297:2 323:16
sending 189:9 285:5
Sendino 242:16 285:7
  287:19
sense 189:8 207:19
  231:2 252:13
sent 173:16 196:21
  197:1 207:5,10,16
  208:13,21 209:7
  215:15 244:17
  264:21 267:1 277:19

283:12 316:20
  322:13,19 323:9,14
sentence 171:7,10,17
  195:15,17 244:20
  245:12 251:16
  268:13 285:4,11
  296:10,12,16 314:18
  317:8
sentences 174:2 181:16
separate 247:16,19
September 257:8
  258:13 261:21 298:7
sequence 257:17
series 286:21
Services 158:6
set 311:16 320:5
settings 201:19
sheet 155:18 156:13,20
  177:13 210:13
  218:11 225:10,12
  266:6 275:13,21
  335:7 337:11 338:1,4
  338:6
shifts 308:5,9 311:17
  311:21
shipped 200:14 206:12
  206:14 208:5 215:18
short 189:19 192:19
  211:18 252:5 255:2
  289:2 292:8
shorthand 336:7
show 199:15 209:2
  222:7 224:16 293:7
  305:8,15 316:7
  318:13 319:17 322:8
  324:14 326:1
showed 162:8 265:5
  314:4
showing 222:17 264:17
  292:14
shown 167:20 309:7
  326:2
shows 218:11 302:14
  305:4
side 166:4 233:6
sieves 172:2
sight 171:12
sign 183:9,20 264:11
  265:8,13 295:13,18
  326:12,13,16 327:17
  328:3,9,11
signature 161:10
  164:10 165:3 176:11
  266:4 267:11 276:8
  337:9,11 338:18
signatures 259:21
signed 161:15,16
  163:19,20 164:2,3

182:9 191:6 192:21
  193:17 194:1,10,17
  221:21 259:14,19
  262:21 265:12,18
  272:10,12 274:7
  276:11 279:4 288:8
  290:3,9,17 291:2,14
  291:21 292:2 293:14
  294:3,11 295:20
  335:7 337:11 338:5
significance 192:12
  193:16 276:15
signing 183:17 260:5
  337:10
signs 282:14
similar 234:19
simply 170:17 198:15
  224:13 261:15
  297:14,19
single 254:7
sir 249:13
Sirs 174:14
sit 209:5 215:19
site 325:11
sitting 231:13
situation 187:3 230:7
  288:15
situations 248:6
SKF 304:5
skilled 254:13
small 193:6,8 236:10
  297:20
Smith 230:10,11
soften 288:14
solution 319:12
solve 321:6
somebody 220:10
  221:9 234:1,2,11
  268:5
soon 173:20
sorry 181:6,11 243:3
  257:7 274:8 275:15
  281:21 299:10 320:2
  332:10
source 213:13,13
sources 187:8,9
Spain 152:7 166:11,21
  173:21 175:17 176:3
  178:15,17,20 183:1
  183:16 184:11 218:2
  219:9 230:6 233:8
  234:2 235:6,12
  237:13 240:17,21
  241:1,5 242:21 245:2
  245:21 246:2 254:11
  258:12 259:14 260:2
  262:10,20 266:14
  283:20 294:11

314:21
Spain's 277:6
Spanish 166:13,16
  172:20 173:3 181:19
  182:1,17,19 183:4,5
  222:4 223:12 224:9
  238:21 239:18,19,21
  240:8,13,14,18,21
  241:9 245:6,9,13
  248:4 252:13,19
  307:19,21
speak 229:20 234:1
  238:19,21 241:12
  307:19,20 312:16
speaking 231:6
specialty 223:7
specific 166:6 168:1
  199:9 203:7 251:16
  271:18
specifically 197:19
  199:10,14 202:6
  265:2 270:8 291:5
  304:17 327:7
specifies 319:3,5
speculation 163:5
spell 282:12
spending 196:13
spoke 231:5 238:20
staff 311:14
stamp 180:2 222:11
stamps 162:7
standard 284:11
standing 200:8
standpoint 169:8
stapled 248:14,15
stapler 248:19
start 173:20 225:16
  250:6
started 230:7 278:5
  318:5
starting 296:16
state 168:2 315:13
stated 160:3 163:6
  180:21 184:4 191:7
  254:2 265:8 295:16
  307:18 323:10,12
statement 155:10 164:8
  164:19 166:9,10
  222:19 259:10 298:2
  315:1,15 318:9
states 152:2 176:7,15
  180:1,8,9,16 188:21
  189:3,11 197:1
  198:10 200:15 206:1
  206:12,15 207:17
  215:16 221:15,17,19
  228:4,8 233:15 236:3
  239:3 287:14 301:6

302:9 316:17 326:19
stating 187:6,11 209:1
stationery 275:10
  276:4
status 165:13
stay 197:20
stayed 204:19 330:18
step 265:20 266:1,3
Stewart 154:11 155:3
  158:12 159:2,19
  160:9,17 161:8
  162:10 163:1,11
  164:7,13 166:7
  168:11 169:1 170:16
  171:6 172:6,14 173:6
  174:13 175:1 177:7
  177:18 178:18 181:8
  181:14 182:10,13
  183:21 185:4,9,21
  186:13,14 188:2,18
  189:14 190:1 191:14
  191:19 192:3,9 193:8
  193:11,12 194:2
  195:16 196:14 197:7
  197:21 198:21 199:2
  200:2,5,9 204:8
  205:10 206:17 207:1
  208:9 209:13,20
  210:2,11,17 211:12
  212:3,17 213:8,18
  214:18 216:8,14
  217:9,15,20 218:9
  220:4,15 221:5 222:9
  222:15 223:3 224:15
  224:21 225:9,15
  228:19 230:2,20
  233:9 234:13,17
  235:2 236:17,18
  240:3,5 242:17 243:9
  243:12 244:4,8,14
  245:6,14 246:12,19
  247:18 248:3,17,20
  249:5,7,19 250:3,5
  250:17,19 251:2,5,7
  251:18 252:8 253:5
  253:11 254:19
  255:14 257:2,11
  259:18 260:1 261:4
  261:20 264:19
  265:11,21 266:2,5,13
  266:18 269:7 270:6
  272:7 273:3,10,16
  275:4,8 276:1,6,19
  277:10 278:12 279:6
  279:12,18 280:5
  282:1,3,16,21 283:4
  283:8 284:6,19 287:6
  287:8,20 288:19

289:7 291:12,19
  292:4,13 293:1,12
  298:3 299:21 304:19
  305:3 307:16 308:19
  313:12 314:4 315:18
  318:11 320:10 322:4
  322:21 324:4,10
  327:6 328:4,17,20
  329:4 333:19
Stewart's 199:20
stock 264:5
stop 333:1
stopping 176:17
stops 303:10
Stote 233:19 234:10
straighten 214:21
strange 232:8
Street 153:14 154:5
  337:1
stricken 198:12
strike 305:7 318:18
stuff 197:9
subject 166:4 251:10
  301:9
subordinates 206:2
subsequent 229:6
substance 313:8
substantially 158:21
substituted 160:19
substituting 161:6
substitution 288:9
Suite 153:15 154:6
summary 308:20
supply 157:19 275:14
supposed 191:8 274:20
sure 162:5 168:7
  174:13 186:13
  189:16 205:9 213:18
  234:9 243:20 248:13
  248:16 284:20 294:7
surely 280:15 288:4
surprise 229:18
surprised 239:9 269:19
surprising 239:20
suspect 176:10
suspend 245:9
suspended 176:11
sworn 336:6
system 279:13
S-A 242:18
S-E 242:18,19
S-E-N-D-I-N-O 242:16
S.A 152:6,7
_____
T
T 155:1,1
take 178:4 185:20
  203:15 240:16 241:1

289:21 292:19 294:8
  301:12
taken 189:19 211:18
  252:5 255:2 289:2
  292:8 336:3,7,13
  338:3
talk 167:8 168:6
  219:15 320:14
talked 169:11 202:11
  202:14 208:19
  265:10 315:20
talking 175:4 182:8
  188:3 208:6 230:8
  231:19 259:17 287:3
  289:9
Tape 158:2 211:14,20
  255:3,10 300:6,14
  333:21
teach 254:14
technical 196:1 198:7
  201:21 204:3 206:6
  207:9,15 208:12
  212:7 215:6 216:3
  327:4
technician 216:13
technicians 254:18
technological 327:18
  328:21
technology 167:2 202:5
  208:20 209:4 261:18
  261:18 265:9 266:9
  267:4,14,20 270:8
  321:13 328:6 329:9
telefax 180:2
telephone 302:17
  305:10
tell 161:20 165:6
  171:19 177:1 184:18
  191:12 201:4,8,11
  202:12 204:20
  236:21 238:14
  239:12 256:7 276:14
  281:13 283:11,15
  286:1,11 301:13
  302:12 303:5 305:1
  305:20 306:12 310:5
  310:12 312:3,12
  313:18 320:16 321:16
  321:16 322:17
  330:21 331:4
telling 230:12 307:10
  317:17
ten 209:17
ten-minute 189:15
terminate 320:21
termination 274:15
  320:9
terms 179:7 180:19

198:4 238:15 240:9
  259:12 273:1 314:9
testimony 158:2,16
  198:7 211:20 213:2
  216:18 228:12
  255:10 258:21 261:1
  278:13,16 289:12
  300:14 308:21 314:5
  324:10 334:2 335:4,5
  336:4,6,10
testing 303:7
text 170:12,17 185:10
  192:16 206:9 268:9
  319:2,5 323:17
thank 168:10 238:2
  249:6 292:20 300:1,2
  301:4 328:15 333:20
  337:15
thing 168:3 169:3
  197:17,19 240:10
things 158:19 169:5
  199:17 209:18 210:6
  217:3 220:19 295:14
  311:2 312:5
think 163:8 168:19
  203:6 225:4 235:6
  241:13 249:20
  256:12 285:21
  291:20 310:3
third 213:3 225:9
  283:4 296:14
thought 216:6 236:10
  285:8 310:1
three 167:13 177:7
  235:13
time 158:10 167:21
  169:19 175:10 176:5
  178:4,4,16 179:14
  180:13 189:1,17,21
  196:13 201:1 203:15
  204:13 208:6 211:13
  211:16 212:2 214:13
  214:17 219:1 220:2,4
  221:3,6 226:21 232:5
  232:16 236:4 242:3,8
  242:10,12 246:3
  252:3,7 254:21 255:5
  255:13 259:4,12
  260:4 261:21 262:5,9
  288:21 289:6 292:6
  292:12 299:4 300:8
  300:18 301:9 302:8
  303:9 312:7 313:14
  313:15 316:19 317:7
  318:7,18 330:16
  331:10 332:8,20
  334:4
times 202:11 205:3

302:7,15 305:1,9
  315:13 318:19 332:7
  332:13
title 212:6 235:4
today 158:5 209:5
  235:20 301:9
told 176:16,19 179:10
  203:19 204:6 207:13
  215:17 219:16
  229:13 232:1 239:1
  240:11 263:17,17
  289:9 298:4 306:17
  308:6 311:3,5,6,7,10
  311:19 313:19
top 195:6 238:11 243:7
  317:3
topics 204:2 307:4
totally 215:18 247:12
  250:15 269:13
touch 221:16
trade 166:12 196:18
  198:8 199:7 208:12
  214:8 216:1,2 321:13
  327:4,18
transcribed 172:8
transcript 337:10
  338:3,7
transcription 335:5
  336:8
transdermal 293:5
translate 199:11
  209:15 268:20
translated 245:7
translation 161:12
  170:18 185:10,20
  186:1 207:7 245:9,11
  248:4,4,7,7,9,12
  251:15 252:15
  253:17 256:13,16
  269:4 274:3 275:20
  286:10 287:15
translator 171:4
  173:14 192:19 238:2
  241:14 250:18
  251:13,19 252:2,12
  269:9
transmit 270:3 307:5
  310:7
transmittal 156:13
  266:6 282:15
travel 301:5
trays 174:19
treating 313:20
trial 170:15
true 179:13 307:9,12
  311:12 313:6 315:1
  332:4 335:4 336:9
trust 269:1

truth 317:17
try 197:15 214:20
  269:3,4
trying 213:10 262:16
turn 167:6 181:2 183:8
  185:1,5 189:13
  192:10 195:3 212:4
  237:15 238:9 239:15
  243:2 249:11 280:9
  280:16 290:6 326:7
  332:5
twice 333:2
two 160:4 181:15
  193:14,21 200:13,21
  212:19 215:5,21
  224:16 235:13 237:4
  239:19 240:14,15
  247:16,19 273:21
  275:20 294:1 301:2
  308:9 311:16,21
  327:10 329:2
type 182:20,21 197:17
  197:18 216:6 271:3
  299:16 301:19
typical 183:1
T.J 154:19 158:7

_____ U _____

unable 181:17
uncomfortable 313:16
  313:17,21
understand 167:4
  170:20 171:1 184:3
  184:10 203:17
  213:10 227:13,14,20
  232:6,9,10 257:17
  262:14 268:14
  273:20 297:16 298:4
  316:3 322:2 329:14
understanding 156:2
  226:4 237:5,9,9
  240:6 253:17 315:16
  316:3 317:20 318:1
  323:21
understands 214:8
understood 261:6
  263:13,21
Unfortunately 319:7,9
United 152:2 176:7,15
  179:21 180:7,8,16
  188:21 189:3,10
  197:1 198:10 200:15
  206:1,12,15 207:17
  215:16 221:17,19
  228:4,8 233:15 236:3
  239:3 301:5 302:9
  316:17
unsigned 283:14

unusual 240:7,10
upper 187:1 238:11
  317:1
up-to-date 287:12
use 208:18 321:18
uses 241:19
utilized 224:12
U.S 167:9 207:6 221:2
  221:13 227:18
  229:16 234:5 235:6
  242:7 245:3 252:18
  293:4 307:8
U.S.A 179:11 245:21
  246:5 291:16 308:13
  314:21 315:6

_____ V _____

vague 204:5 212:15
  234:21 240:1 276:16
  286:8 291:10 313:13
vaguely 225:20
validated 296:4 299:8
validation 294:18,19
  295:5 296:3
venture 304:7,8,9
  306:19
verify 185:20 203:2
Veronica 199:21
version 269:20
versions 270:12
versus 158:4 212:1
  255:12 300:16 334:3
videographer 154:19
  158:1 189:17,20
  211:13,14,19 214:13
  214:16 252:3,6
  254:21 255:3,9
  288:21 289:5 292:6
  292:11 300:6,13
  333:21
Videotaped 152:15
  153:10
views 323:20
vigorous 199:16
vigorously 198:11
violation 187:10
visit 303:7
visited 227:1
Volume 152:14 158:2
  211:15,20 255:4,10
  300:7,14 334:1
vs 152:9 337:5 338:1

_____ W _____

wait 269:20 271:17
  279:1
waiting 194:15
want 160:15 162:13

167:6 169:3 177:7
  186:2 236:12 244:11
  248:13,16 282:8,12
  297:19 314:13 317:8
wanted 186:20 261:16
  262:10 267:7
wants 173:20
Washington 152:16
  153:16 154:7 337:2
wasn't 162:11 182:9
  206:16 248:14 267:8
  271:1
Water 287:5
waved 265:5 324:11
  326:11
way 196:18 199:7
  214:7 264:15
went 206:5 277:15
  321:6
weren't 230:15
white 231:13
wholesaler 250:13
  251:9
wholesalers 250:10
  253:21
wish 158:15 160:6
  252:9 286:2 319:11
withdraw 192:14
  207:13 224:17 226:6
  330:5 331:6
witness 158:18 162:13
  162:16 163:6 166:5
  168:9,18 171:2 173:1
  178:17 181:13
  182:12 186:3 188:7
  188:12 192:7 193:9
  194:5 196:18,19
  198:2 203:4 204:6
  205:9 206:19 207:21
  208:4 209:16 212:16
  213:6 216:12 217:12
  218:7 220:6 224:6
  228:17 230:3 233:8
  235:1 243:11 245:17
  249:18 250:1,4 251:5
  251:19,20 253:9
  256:20 259:19 261:2
  261:15 263:19 264:6
  264:20 269:1,10
  271:13 276:17
  277:12 279:3 280:1
  282:2 287:5,7,16
  295:21 296:19 300:2
  304:8 308:1 323:1
  328:15 336:4,6,10
  337:9
witness's 197:3 209:21
  308:21

words 230:18 248:1,21
work 284:17
worked 277:6
wouldn't 325:17
write 268:17 320:21
writing 187:5,11 243:7
  257:21 274:4 317:14
writings 228:7
written 161:13 171:3
  173:12 175:11
  178:19 186:18,21
  192:18 193:10 204:9
  205:14 206:5 249:15
  282:9 285:16 316:21
wrong 251:14
wrote 170:9 173:8
  185:7 252:19 296:10
  315:3 320:1

_____ Y _____

Yeah 243:9 278:17
  313:19
year 160:7 168:20
  193:20 203:3 208:8
  227:5 254:9,16
  267:19 281:20 297:5
  297:8 302:14
years 160:4 168:19
  202:13 209:17
  233:18 254:9 262:16
  313:11
yesterday 158:16,20
  159:8 160:20 161:1
  163:6 165:10,15
  166:2,15 169:11
  174:16 188:13 190:8
  194:13 224:8 237:19

_____ Z _____

Zaragosa 170:14 201:7
  246:9,15 247:10
  254:12 311:4

_____ 0 _____

0046 195:5
004686 177:15
004688 195:5 199:5
004689 195:13 199:5
004690 212:5
008182 222:12
009008 243:10
009010 243:15
009056 177:10
009112 210:14
02199 154:15
024 249:2
029 249:2
04-1300-SLR 152:4

_____ 1 _____

1 157:3 158:2 159:4,9
  160:2 163:14,17
  164:6 165:21 191:13
  196:9,13 198:4
  199:15 211:15
  213:17 214:21
  222:18 223:1,11
  237:21 283:5
1-11-01 156:20
1-12-93 155:21
1-26-00 156:18,19
1-28-97 157:14
1-29-91 155:11
10 183:8
10-11-92 155:17
10:08:52 189:21
10:54:56 211:16
104 156:9,10,11,12
11 155:9 160:12 161:10
  275:13
11-14-01 156:16,17
11-29-91 155:14
11:13:09 212:2
11:19:13 214:14
11:25:01 214:17
111 154:14
115 156:13,15
12 155:10 164:11,15
  220:5 221:6
12th 217:17
12:46:37 252:4
12:49:15 252:7
12:55:35 255:1
1201 153:14 154:5
  337:1
122 156:16,17
124 156:18,19,20,21
13 155:10,11 167:13,17
  170:6,7 225:12
13:32:51 255:5
131 157:1
132 157:2,3
138 157:5,6,7,8,9
14 155:12 167:14 173:7
  175:9 223:6 238:4,16
  273:5,11,19 303:15
  336:21
14th 330:8
14:00:22 255:13
141 157:10
142 157:11
149 155:5 157:12
  241:19
15 155:13 167:15,18
  175:14 181:2,7,7,8
  181:16 225:2 226:8

**15th** 226:16
**15:25:01** 289:1
**15:35:29** 289:6
**15:42:15** 292:7
**15:45:02** 292:12
**154** 157:13
**16** 155:11,12,13,15
  177:9,16,20 179:3
  180:20 183:9 218:5
  218:11,17 266:15
  306:7,15 330:3
**16:02:07** 300:8
**16:22:53** 300:18
**165** 157:14
**167** 157:15
**168** 157:16
**17** 155:16 168:19
  177:11 185:5,6
  186:16 190:4
**17:31:49** 334:4
**171** 157:17
**173** 157:18
**175** 157:19
**175559** 152:21
**177** 155:4
**18** 155:17 177:13,17
  189:13 190:3 192:11
  192:13 212:5 262:16
  306:10,14
**19** 155:18 210:15,20
  216:15,17
**1990** 168:21
**1991** 167:14,15,16
**1992** 177:12 180:3
  206:9 218:12 295:10
**1993** 217:17 220:5
  221:7 222:2 223:6,21
**1994** 208:7 227:5
  228:14,21 229:11
  303:15 305:13 312:7
  316:2 318:6 330:8
**1995** 224:17,18 225:2,6
  225:12 226:8 236:14
  238:4,12,16,17 244:5
  246:9,16 247:11
  306:7,10,14,15
  308:12 312:8 315:4
  331:10,20
**1996** 332:8 333:17
**1997** 257:7,8 258:13
  261:21 275:9 320:8
  320:17 332:14
**1998** 164:10 298:8
  325:3,14 327:3
  332:16,17 333:3
**1999** 210:13 222:11
  282:18 289:18 333:6

---
**2**
---

**2** 152:14 158:2 160:2
  164:6 165:21 175:7
  188:1 191:18 196:8
  196:11 199:17
  211:15,20,20 213:5
  214:21 239:11 255:4
  255:4,10 300:7,14
  303:4 326:8 334:1
**2nd** 332:17,19
**20** 155:20 167:15
  185:13 217:18 218:1
  218:17 221:21
  223:10 294:18
  298:12
**20-milligram** 290:20
**2000** 160:11 162:15
  208:8 237:21 267:19
  272:1,18 274:7
  275:11 281:19 282:1
  332:21 333:9,11,13
  333:17
**20004** 154:7 337:2
**2001** 266:8,15 273:5,12
  273:19 275:13 330:3
**2002** 276:5 281:11
**2006** 152:17 153:6
  158:9 212:1 255:12
  300:17 334:4 338:2
**2010** 336:21
**202-659-7865** 154:8
**21** 156:1 222:13 225:6
  238:12,17 282:18
**21st** 289:18
**22** 156:2 224:19 225:17
  236:12 237:3 314:3
  314:10
**23** 156:4 225:5,7
  237:21 238:9 239:11
  241:11 274:7 281:19
  282:1
**23rd** 163:19 332:17,19
**24** 156:5 160:11 162:15
  225:13 243:3,5,10
**25** 156:6 234:15,20
  243:2
**26** 155:15,16,17 156:7
  222:11 244:6,13,16
  314:13
**26th** 275:11
**27** 156:8 246:10,13
  247:16 248:14 249:3
  275:9
**28** 156:9 255:7,18,20
  256:2,3,4,8,11
  257:18 259:8,19
  261:10

---
**3**
---

**3** 152:17 153:6 158:9
  163:16,17 177:12
  212:1 255:10,12
  300:7,17 334:4 338:2
**3rd** 330:2
**3-14-95** 156:3
**3-21-95** 156:4
**3-31-95** 156:7
**3-4-98** 155:10
**30** 156:11 256:2,3
  257:18 258:1,3,5
  259:9,20 272:9 298:8
  337:11
**30th** 256:5
**31** 156:12 180:3 218:12
  244:5 255:8,18 258:7
**31st** 256:6
**32** 156:13 266:11,20
  268:2 270:10,14
  271:3 272:10
**33** 156:15 266:16 268:7
  268:13,17
**34** 156:16 273:8,18
  274:13
**35** 156:17 273:10,14
  274:10,14
**36** 156:18 275:6,10
  276:8 278:7
**368** 286:15,16
**37** 156:19 278:7 280:9
  280:11
**38** 156:20 275:12 278:8
  280:16,19
**39** 156:21 162:18 163:3
  275:7 276:3 281:9

---
**4**
---

**4** 164:10 246:9,16
  300:14 334:1
**4-26-99** 156:1
**4-4-95** 156:8
**4-8-99** 155:18
**4-9-02** 156:21
**40** 157:1 282:19 283:10
  285:4 289:9,19
**41** 157:2 283:1,2,17,18
  284:10
**42** 157:3 283:6
**43** 157:5 289:3,14
**44** 157:6 290:1

**28046** 241:19
**29** 156:10 167:14,16
  255:20 256:2,3
  257:18,21 259:9,20
  304:3
**29th** 256:4

**45** 157:7 290:6,8,14
**46** 157:8 290:16 299:16
**4690** 215:6
**4691** 215:6
**47** 157:9 289:4 294:9
**48** 157:10 292:9,15
**49** 157:11 293:9,10

---
**5**
---

**5-16-01** 156:15
**5:31** 334:7
**50** 157:12 300:11
  301:12 315:11
  329:13,14,15 332:6
  333:17
**500** 153:15 154:6
**500,000** 278:14 279:9
**51** 157:13 305:16,19
**52** 157:14 316:8
**53** 157:15 318:14
**54** 157:16 319:18 320:4
**55** 157:17 322:10
**56** 157:18 324:15
**57** 157:19 326:4 329:3
**59** 155:18

---
**6**
---

**6** 163:14,16,17 332:21
**6-11-99** 157:5
**6-20-91** 155:12
**6-21-99** 157:1
**6-8-01** 156:14
**617-239-0100** 154:16
**66** 155:20

---
**7**
---

**7** 155:3 160:16,19
  171:13 239:15
**7-13-95** 156:5
**71** 156:1
**73** 156:2
**74** 156:4,5

---
**8**
---

**8** 176:1,1,12 210:13
  266:8
**8-3-92** 155:16
**8:41:19** 158:10
**83** 156:6
**8323** 249:4
**8324** 249:12
**8328** 249:4
**8353** 161:5

---
**9**
---

**9** 155:9 181:8 276:4
  281:11
**9-2-97** 157:16

**9-3-97** 157:17
**9:00** 153:7
**9:50:36** 189:18
**9009** 243:15
**91** 302:14 330:2
**9185** 321:12
**9187** 321:15
**9203** 306:5
**9255** 303:13
**9263** 332:5
**93** 156:7
**94** 202:18 229:5 236:1
  305:14
**95** 156:8 202:18 227:2
  233:19 305:14
**96** 203:3,18 233:19
  254:16