UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE AND ETHYPHARM S.A. SPAIN, <br><br> Plaintiffs, <br><br> v. <br><br> BENTLEY PHARMACEUTICALS, INC., <br><br> Defendant. | Civil Action No. 04-1300-SLR |

**JOINT APPENDIX OF DEPOSITION TRANSCRIPTS**

**VOLUME II**
**(PAGES A-310 – A-550)**

<div style="display:flex">

Francis J. Murphy (I.D. 223)
**MURPHY SPADARO & LANDON**
1011 Centre Road
Suite 210
Wilmington, DE 19805
(302) 472-8100
(302) 472-8135

*Attorneys for Plaintiffs*


OF COUNSEL:

Dwight P. Bostwick
Jonathan D. Fine
**BAACH ROBINSON & LEWIS PLLC**
1201 F Street, NW.
Suite 500
Washington, D.C. 20004
(202) 833-8900
(202) 466-5738


Dated:  August 25, 2006

John L. Reed (I.D. 3023)
Denise Seastone Kraft (I.D. 2778)
Joseph B. Cicero (I.D. 4388)
**EDWARDS ANGELL PALMER & DODGE LLP**
919 N. Market Street, 15th Floor
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263

*Attorneys for Defendant*


OF COUNSEL:

Craig E. Stewart
Joseph P. Mingolla
Veronica C. Abreu
**EDWARDS ANGELL PALMER & DODGE LLP**
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100
(617) 227-442-

</div>

## INDEX TO JOINT APPENDIX OF DEPOSITION TRANSCRIPTS

|     | Deponent | Page Nos. |
|-----|----------|-----------|
| 1.  | Ignacio Alvarez | JT-A-1 – JT-A-57 |
| 2.  | Angel Perez de Ayala | JT-A-58 – JT-A-97 |
| 3.  | Clemente Gonzalez Azpeitia | JT-A-98 – JT-A-197 |
| 4.  | Adolfo de Basilio | JT-A-198 – JT-A-309 |
| 5.  | Patrice Debregeas | JT-A-310 – JT-A-432 |
| 6.  | Claude Dubois | JT-A-433 – JT-A-494 |
| 7.  | Paul Fitzgibbons | JT-A-495 – JT-A-550 |
| 8.  | Pierre Germain | JT-A-551 – JT-A-619 |
| 9.  | Adolfo Herrera | JT-A-620 – JT-A-702 |
| 10. | Roseline Joannesse | JT-A-703 – JT-A-821 |
| 11. | Gerard Leduc | JT-A-822 – JT-A-893 |
| 12. | Yves Liorzou | JT-A-894 – JT-A-955 |
| 13. | Lawrence G. Meyer | JT-A-956 – JT-A-1011 |
| 14. | James R. Murphy | JT-A-1012 – JT-A-1113 |

| 15. | Michael D. Price | JT-A-1114 – JT-A-1200 |
|-----|------------------|------------------------|
| 16. | Concha Sanchez   | JT-A-1201 – JT-A-1230 |

Page 1

1

2        IN THE UNITED STATES DISTRICT COURT

3           FOR THE DISTRICT OF DELAWARE

4              C.A. No. 04-1300-SLR

5

6 ETHYPHARM S.A. FRANCE        )

7 and ETHYPHARM S.A. SPAIN     )

8          Plaintiffs          )

9    vs.                       )

10 BENTLEY PHARMACEUTICALS,     )

11 INC.,                        )

12         Defendant            )

13

14

15      Deposition of Patrice Debregeas

16              Washington, D.C.

17               July 10, 2006

18

19

20 Reported by:  Bonnie L. Russo

21 JOB NO. 6732

Page 2

1
2
3
4
5
6         July 10, 2006
7         10:17 a.m.
8
9
10 Videotaped Deposition of Patrice Debregeas held
11 at:
12
13      Baach Robinson & Lewis
14      1201 F Street, N.W.
15      Suite 500
16      Washington, D.C.
17
18
19
20 Pursuant to notice, before Bonnie L. Russo,
21 Notary Public

Page 4

1      CONTENTS
2 EXAMINATION OF PATRICE DEBREGEAS      PAGE
3 BY MS. STEWART                7
4
5
6 EXHIBITS
7 1      Complaint              13
8
9
10
11
12
13
14
15
16
17
18
19
20
21

Page 3

1 APPEARANCES:
2 For the Plaintiffs
3      DWIGHT P. BOSTWICK, Esq.
4      JONATHAN D. FINE, Esq.
5      BAACH ROBINSON & LEWIS
6      1201 F Street, NW
7      Suite 500
8      Washington, D.C. 20004
9      202-659-7865
10
11 For the Defendant
12      CRAIG E. STEWART, Esq.
13      VERONICA C. ABREU, Esq.
14      EDWARDS ANGELL PALMER & DODGE, LLP
15      111 Huntington Avenue
16      Boston, MA 02199
17      617-239-0100
18
19 Also Present: Valerie Texier, Interpreter
20      T.J. O'Toole, Videographer
21

Page 5

1      THE VIDEOGRAPHER: On the record
2 with Tape Number 1 of the videotaped deposition
3 of Mr. Patrice Debregeas taken by the defendant
4 in the matter of Ethypharm S.A. France and
5 Ethypharm S.A. Spain versus Bentley
6 Pharmaceuticals, Incorporated in the United
7 States District Court for the District of
8 Delaware. Civil Action Number 04-1300-SLR.
9      This deposition is being held at the
10 law offices of Baach Robinson & Lewis located
11 at 1201 F Street Northwest in Washington, D.C.
12 on July 10, 2006 at approximately 10:17 a.m..
13      My name is T.J. O'Toole representing
14 Esquire Deposition Services. I am the
15 certified legal video specialist. The court
16 reporter is Bonnie Russo also representing
17 Esquire Deposition Services.
18      Will counsel please introduce
19 themselves and indicate which parties they
20 represent.
21      MR. BOSTWICK: My name is Dwight

2 (Pages 2 to 5)

Page 6

1 Bostwick and with me is Jonathan Fine and
2 together we are representing the plaintiffs in
3 this action Ethypharm and Ethypharm S.A.
4       MR. STEWART: I am Craig Stewart.
5 With me is Veronica Abreu and we are
6 representing the defendant in this case Bentley
7 Pharmaceuticals, Inc.
8       THE VIDEOGRAPHER: Thank you. Will
9 the interpreter please identify herself for the
10 record.
11       THE INTERPRETER: My name is Valerie
12 Texier and I am the French interpreter.
13       THE VIDEOGRAPHER: Thank you. Will
14 the court reporter please swear in the
15 interpreter.
16 VALERIE TEXIER,
17 the interpreter, after first being duly sworn
18 by the Notary Public, interpreted the
19 proceedings as follows:
20       THE VIDEOGRAPHER: Will the
21 interpreter please assist the court reporter in

Page 7

1 swearing in the witness.
2 PATRICE DEBREGEAS,
3 was called for examination by counsel and,
4 after having been duly sworn by the Notary, was
5 examined and testified as follows:
6 EXAMINATION BY COUNSEL FOR DEFENDANT
7       BY MR. STEWART:
8   Q.   Good morning, Mr. Debregeas.
9   A.   Morning.
10  Q.   As you heard, my name is Craig
11 Stewart and I represent the defendant in this
12 case Bentley Pharmaceuticals, Incorporated.
13  A.   Okay.
14  Q.   Have you had your deposition taken
15 before in an United States proceeding?
16  A.   No. I have not been interrogated in
17 the U.S.A.
18  Q.   Have you had a deposition taken in
19 any other country?
20  A.   Yes, in France.
21  Q.   As you probably know from your

Page 8

1 experience in response to questions that I will
2 ask, you will need to give a verbal response,
3 yes or no or whatever the appropriate response
4 might be.
5   A.   Okay.
6   Q.   That's understood?
7   A.   Yes.
8   Q.   And I do understand that you speak
9 English, correct?
10  A.   Yes.
11  Q.   And you also read English, is that
12 correct, read written English?
13  A.   Yes.
14  Q.   Do you -- and during this proceeding
15 the translator will translate each question.
16 That's my understanding.
17  A.   Okay.
18  Q.   You are free as far as I am
19 concerned to respond either with the
20 translation or without the translation. It is
21 up to you.

Page 9

1   A.   (No response.)
2   Q.   And during the course of the --
3       MR. BOSTWICK: We need a
4 translation.
5   A.   This is clear.
6       MR. STEWART: I understood that.
7       BY MR. STEWART:
8   Q.   During the course of the day if you
9 need to take a break just let us know and we
10 will do so.
11  A.   I will.
12  Q.   The exception to that invitation is
13 by agreement -- well, not by agreement. The
14 exception of that is that we will not take a
15 break while a question is pending before you.
16 And you understand?
17      THE WITNESS: That's okay.
18  A.   Of course I do understand.
19  Q.   And by agreement during the breaks
20 -- during the breaks in our deposition you will
21 not talk to your counsel with respect to the

3 (Pages 6 to 9)

Page 10

1 substance of your testimony. Do you
2 understand?
3   A.   It's okay.
4   Q.   Are you taking any medication that
5 might interfere with your ability to understand
6 or respond accurately to my questions?
7   A.   No. No.
8   Q.   By whom are you employed, Mr.
9 Debregeas?
10   A.   Nobody.
11   Q.   By whom were you last employed?
12   A.   Ethypharm.
13   Q.   And where is your employer located?
14       MR. BOSTWICK: Objection.
15       BY MR. STEWART:
16   Q.   Where was your employer located?
17   A.   In France.
18   Q.   When did you last leave your
19 employer?
20   A.   In November -- on November 10, 2005.
21 I worked as director from the general assembly.

Page 11

1   Q.   I'm sorry?
2       THE INTERPRETER: General assembly.
3       THE WITNESS: Shareholders' meeting.
4       MR. BOSTWICK: Just to make a
5 comment there, Craig, for both of our benefit,
6 if you do hear something that you think is
7 being translated incorrectly I'm sure all of us
8 will appreciate if you jump in especially with
9 terms like shareholders and board of directors
10 and the like.
11       THE WITNESS: That's exactly what we
12 did there.
13       MR. BOSTWICK: We will appreciate if
14 you continue to do that. I'm sure Mr. Stewart
15 will, too.
16       MR. STEWART: We had a similar issue
17 with respect to some of our Spanish witnesses.
18       BY MR. STEWART:
19   Q.   What was your position with -- what
20 was your position with Ethypharm before
21 December 10th of 2005?

Page 12

1       THE WITNESS: Chairman of the board
2 and chief executive officer.
3   A.   I was the CEO of Ethypharm.
4       THE WITNESS: And chairman of the
5 board.
6       BY MR. STEWART:
7   Q.   What is the official name of the
8 corporation of which you were chairman of the
9 board and CEO?
10   A.   The simple name was Ethypharm and
11 that stands for society ethic of -- standing
12 for Society of Ethical Products.
13   Q.   Society of Ethical Products.
14   A.   It's not the public company. It
15 doesn't go on the market like at Wall Street,
16 you know.
17       MR. STEWART: Thank you.
18       BY MR. STEWART:
19   Q.   I would like to have marked as the
20 first exhibit a copy of the complaint in this
21 action.

Page 13

1       (Deposition Exhibit No. 1 was marked
2 for identification.)
3       BY MR. STEWART:
4   Q.   Mr. Debregeas, you have before you a
5 copy of the complaint that has been filed in
6 this action that we have marked as Exhibit 1.
7       Have you seen that document before?
8   A.   Yes.
9   Q.   The complaint lists Ethypharm S.A.
10 France and Ethypharm S.A. Spain as the
11 plaintiffs. Do you see that?
12   A.   Yes.
13   Q.   And were you -- when you say that
14 you were the chairman of the board and CEO of
15 Ethypharm, which Ethypharm were you chairman of
16 the board and CEO of?
17   A.   Sir, I was thinking about Ethypharm
18 S.A. France who is the main -- who is the
19 headquarters of the group Ethypharm.
20   Q.   Can we refer to that, to the English
21 equivalent as parent corporation?

4 (Pages 10 to 13)

Page 14

1  A.  Yes.

2  Q.  During today's deposition, Mr.

3 Debregeas, I will refer to Ethypharm France as

4 the parent corporation and Ethypharm Spain as

5 the Spanish subsidiary.  Is that agreeable?

6  A.  Yes.

7  Q.  Now, Ethypharm France is a privately

8 held corporation.  It is not publicly traded;

9 is that correct?

10  A.  Yes.

11  Q.  And are you a stockholder of

12 Ethypharm France?

13  A.  Yes.

14  Q.  And what is your percentage

15 ownership of Ethypharm France?

16  A.  42.5 percent.

17  Q.  Are you a shareholder of any other

18 Ethypharm company?

19  A.  I think I have got one action -- one

20 share in the majority of the subsidiaries.

21  Q.  One share in all of the

Page 15

1 subsidiaries?

2  A.  Yes.

3  Q.  And who owns the other shares of

4 Ethypharm France?

5  A.  Today?

6  Q.  Yes.

7  A.  Mr. Gerard Leduc who is another

8 shareholder. Mr. Gerard Leduc owns 42.5

9 percent of the shares also.  And a Canadian

10 from a pharmaceutical group owns 15 percent.

11      THE INTERPRETER: A pharmaceutical

12 group from Canada owns 15 percent.

13      BY MR. STEWART:

14  Q.  Is the name of that pharmaceutical

15 group Biovail?

16  A.  Yes.

17  Q.  When did Biovail acquire 15 percent?

18  A.  In April 2002.

19  Q.  When was Ethypharm France first

20 organized?

21  A.  In July 1977.

Page 16

1  Q.  And as of today what are the

2 subsidiaries of Ethypharm France?

3  A.  There is many.  There are many.

4  Q.  How many subsidiaries?

5  A.  Let's do it very simple.  First, we

6 are in china.  With two subsidiaries Ethypharm

7 Hong Kong and Shanghai Ethypharm.

8      THE WITNESS: I can do it in

9 English.

10      MR. STEWART: I think I have it.

11      THE WITNESS: Ethypharm Hong Kong is

12 the holding company for Shanghai Ethypharm.

13 That's due to historical reason.  When we set

14 up the company it was possible to do it in Hong

15 Kong.  It was not really possible to do it

16 initially in Mainland China.

17  A.  Second subsidiary very important is

18 India.  We are located in Bombay.

19      THE WITNESS: I should say Mumbai

20 because the name has changed.

21  A.  We have a subsidiary in Canada.

Page 17

1  Q.  What is the name of that subsidiary?

2      THE WITNESS: Ethypharm, Inc.

3  A.  We have a small subsidiary in Japan,

4 in Tokyo.

5  Q.  And the name of that subsidiary?

6      THE WITNESS: Ethypharm KK. I don't

7 remember the name.

8  A.  And we have many subsidiaries.

9      THE WITNESS: Several.

10  A.  Several subsidiaries in Europe, in

11 Spain, it's almost dead.

12  Q.  Is that Ethypharm S.A. Spain?

13  A.  Exact.

14  Q.  Does Ethypharm S.A. Spain conduct

15 any business?

16  A.  Very few now.  And we have two

17 subsidiaries in Switzerland. It's a

18 historical --

19      THE REPORTER:  Historical what?

20      THE WITNESS: I just mention it

21 because they exist.  They have their name.

5 (Pages 14 to 17)

Page 18

1    A.    We have got one or two small
2 subsidiary in France.
3    Q.    One or two?
4        THE WITNESS:  Now we have two.
5    A.    Two.  One who is manufacturing
6 herbal medicine?
7    Q.    Is that hair ball?
8        THE WITNESS:  Herbal medicine.
9    Q.    For cats?
10        THE INTERPRETER:  Herbal.
11        THE WITNESS:  You see why I need the
12 translator.
13        MR. STEWART:  You need someone who
14 listens better I think.
15        THE WITNESS:  No, no.  Come on.
16        BY MR. STEWART:
17    Q.    So herbal?
18    A.    Herbal medicine, yes.  And dietary
19 product.  We have another subsidiary that is
20 producing non-pareil seeds.  Small seeds that
21 are sugar and starch which we utilize to make

Page 19

1 the pellets.
2    Q.    What is the title of Mr. Leduc?
3    A.    He is chairman.
4    Q.    So he is chairman of the board and
5 CEO of Ethypharm France?
6    A.    Exact.
7    Q.    Does he hold a title with respect to
8 Ethypharm Spain?
9    A.    I don't know.
10    Q.    Now, would you please describe your
11 -- your duties as -- your duties prior to your
12 termination as chairman and CEO of Ethypharm
13 France?  I would ask that you start with the
14 description of your duties starting in about
15 1990.
16        MR. BOSTWICK:  Let me object to the
17 form.  I don't think he said he was terminated.
18 And in terms of length I just make a request
19 that if you have a longer question that we
20 break it up a little bit so we can get an
21 accurate translation.

Page 20

1    A.    As a chairman of the board I direct
2 all the discussion in the board of directors.
3 I have to structure and to do the strategy, the
4 planning for the company.
5    Q.    And --
6    A.    And as a CEO I do apply the
7 strategy.  As director of the board actually I
8 am only one voice in everybody in the board,
9 but as CEO I am the one who do execute and
10 apply the decision from the board.
11    Q.    When did you first join Ethypharm
12 France?
13    A.    I did create the company with my
14 assistant Gerard Leduc.
15    Q.    That was in July of 1977?
16    A.    '77.
17    Q.    And what was your position -- what
18 were your titles from the time you founded the
19 company until the time that you were no longer
20 chairman of the board?
21    A.    Financials, searching.

Page 21

1    Q.    So from 19 -- is it fair to say from
2 1977 until November the 9th of 2005?
3    A.    The 10th.
4    Q.    Until the 10th you were chairman of
5 the board and CEO of the company?
6    A.    Exact.  Exact.
7    Q.    And there was some discussion
8 earlier.  Mr. Bostwick objected to my use of
9 the phrase terminated.
10        Were you terminated as chairman of
11 the board and CEO on November 10th of 2005?
12        THE WITNESS:  Being revoked by the
13 shareholder meeting as a director I could not
14 be any more the chairman of the board.
15    Q.    So is your answer to my question
16 yes?
17        MR. BOSTWICK:  Objection.
18        THE WITNESS:  Well, I have an issue
19 with the word terminated.  What does it mean
20 exactly?
21    Q.    Let me see if I can get to the

6 (Pages 18 to 21)

Page 22

1 substance. Did you leave your position
2 voluntarily?
3      THE WITNESS: No.
4    Q.   You were asked -- you were voted out
5 of office; is that correct?
6      THE WITNESS: Exact. Exact.
7    Q.   Was any reason given for why you
8 were voted out of office?
9      THE WITNESS: Yes.
10   Q.   What reason?
11   A.   We didn't agree on the --
12     THE WITNESS: Terms.
13   A.   On terms for sale for the society.
14   Q.   Let me see if I understand. So
15 there was a disagreement on the terms for the
16 sale of the company?
17     THE WITNESS: Right.
18   Q.   Was the company up for sale?
19   A.   Yes.
20   Q.   Has the company been sold?
21     THE WITNESS: No.

Page 23

1    Q.   And who was the company -- what --
2 who was the company going to be sold to?
3    A.   I don't know.
4    Q.   Referring to the complaint, you
5 understand that Ethypharm France and Ethypharm
6 Spain is suing Bentley Pharmaceuticals, Inc.,
7 correct?
8      THE WITNESS: Correct.
9    Q.   And did you provide information that
10 is contained in the complaint?
11     THE WITNESS: Yes.
12   Q.   In the complaint there is a
13 reference to Laboriatorious Belmac, S.A; is
14 that correct?
15     THE WITNESS: Yes.
16   Q.   Do you understand that
17 Laboriatorious Belmac, S.A. is a subsidiary of
18 Bentley Pharmaceuticals, Inc.?
19   A.   Yes.
20   Q.   And do you understand that Belmac,
21 Laboriatorious Belmac is not a defendant in

Page 24

1 this lawsuit?
2    A.   Yes.
3    Q.   When did Ethypharm decide to bring
4 this lawsuit against Bentley?
5      MR. BOSTWICK: I'm going to object
6 in the sense that -- to the extent it invades
7 on attorney-client privilege that the case was
8 filed on the date on that first page of Exhibit
9 1.
10     MR. STEWART: I understand that but
11 I am asking him when the decision was made to
12 file. If the only reason he knows is because
13 of conversation with counsel obviously -- I am
14 not looking for any -- I am not looking for any
15 communication, any knowledge you have as a
16 result of discussions with counsel with your
17 attorneys. However, I do want to know when
18 internally the decision was made to bring suit.
19   A.   At the end of 2002.
20   Q.   Why did Ethypharm France decide to
21 sue Bentley Pharmaceuticals?

Page 25

1    A.   I think that everything is in this
2 complaint.
3    Q.   And I want to review some terms that
4 I am going to be using in my questions. You're
5 aware that the name of Bentley Pharmaceuticals,
6 Inc. was one time Belmac Corporation? Are you
7 aware of that?
8      MR. STEWART: No, no. Did you say
9 Laboratory Belmac?
10     THE INTERPRETER: Yes.
11     MR. STEWART: No.
12     THE INTERPRETER: I'm sorry. Which
13 one did you say?
14     MR. STEWART: Let me repeat the
15 question.
16     THE WITNESS: Bentley
17 Pharmaceuticals was before Belmac.
18     MR. BOSTWICK: Let him ask the
19 question.
20     BY MR. STEWART:
21   Q.   Are you aware that at one time the

7 (Pages 22 to 25)

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**

JT-A-316

Page 26

1 name of Bentley Pharmaceuticals, Inc. was
2 Belmac Corporation?
3    A.    Yes.
4    Q.    Can we agree that one or about
5 January 1, 1996 Belmac Corporation changed its
6 name to Bentley Pharmaceuticals, Inc. and that
7 is what is alleged in the complaint?
8    A.    Yes.
9    Q.    So as to avoid any confusion in my
10 questions, during the deposition I am going to
11 refer to the U.S. corporation as Bentley and
12 the Spanish subsidiary of Bentley as
13 Laboratiorious Belmac. Is that agreeable?
14        THE WITNESS:    That is okay.
15        MR. BOSTWICK:    Can we go off the
16 record for one minute.
17        THE VIDEOGRAPHER:    The time is
18 10:52:39.  Off the record.
19        (A short recess was taken.)
20        THE VIDEOGRAPHER:    On the record.
21 The time is 11:08:11.

Page 27

1        BY MR. STEWART:
2    Q.    Mr. Debregeas, picking up briefly on
3 a question I asked you prior to the break in
4 the -- at the end of 2002 who at Ethypharm
5 France made the decision to sue Bentley
6 Pharmaceuticals, Inc.?
7    A.    We took this decision with my
8 associate after concerting with the board.
9    Q.    And your associate you are referring
10 to Mr. Leduc?
11    A.    Gerard Leduc, yes.
12    Q.    Now, in 1991 did Ethypharm France
13 have a subsidiary in Spain?
14    A.    I do believe, yes.
15    Q.    And who owned the -- was the
16 majority of the stock in the Ethypharm Spain
17 owned by Ethypharm France?
18        THE WITNESS:    Yes, the vast
19 majority.
20    A.    Yes, a big majority.
21        MR. STEWART:    This is going to be

Page 28

1 fun.  We have translation of English into
2 English.
3        BY MR. STEWART:
4    Q.    What was the business of Ethypharm
5 Spain in 1991?
6    A.    I would say it was always the same
7 between subsidiary or the --
8        THE WITNESS:    Headquarters.
9    A.    Headquarters mainly developing
10 products, manufacturing products and trying to
11 license product.
12    Q.    To see if I understand your answer
13 correctly, is it your testimony that the
14 business of Ethypharm Spain was generally the
15 same as the business of the parent company,
16 that is to develop product, to manufacture the
17 product and to license the product?
18    A.    In 1991 Spain was a country with --
19        THE WITNESS:    Barriers.
20    A.    Custom barriers with all the other
21 country in Europe.  Therefore, we needed to

Page 29

1 have a society placed -- a company placed
2 locally over there.  But actually the activity
3 of the society they were like directed from
4 France.  So I was the CEO in France but in a
5 way I was also the CEO in Spain.
6    Q.    Well, in fact not only in a way were
7 you as the CEO in Spain, you were, in fact, the
8 CEO in -- I'm sorry -- that you were in fact
9 the CEO in Spain; is that right?
10    A.    Practical use I was the boss.  I was
11 the boss in France with a subsidiary in Spain.
12 Administratively -- and administratively you
13 needed a president for Spain.
14    Q.    Yes.
15        THE INTERPRETER:    Do you want me to
16 explain?
17        MR. STEWART:    I would like you to
18 translate what he said.
19        THE INTERPRETER:    Okay.  I did.
20        MR. STEWART:    Oh, you did?
21        THE INTERPRETER:    Yes.

8 (Pages 26 to 29)

Page 30

1    MR. STEWART: I guess. So -- may I
2 have the answer back, please.
3    (The record was read as requested.)
4    BY MR. STEWART:
5    Q.   Were you the president for Spain?
6    A.   Yes.
7    Q.   So in 1991 you were the CEO of
8 Ethypharm France and administratively the CEO
9 of Ethypharm Spain; is that right?
10   A.   Absolutely.
11   Q.   And you were -- practically you were
12 the boss in for Ethypharm Spain and the boss
13 for Ethypharm France, yes?
14       THE WITNESS: Yes.
15   Q.   And is it fair to say that the
16 business of Ethypharm Spain was essentially the
17 business of Ethypharm France but being
18 conducted in Spain?
19   A.   No, because actually all of the
20 important decision has to be taken -- taken in
21 Paris, France.

Page 32

1 contact with headquarter from pharmaceutical
2 international companies.
3    MR. BOSTWICK: We are going to have
4 to stop according to the court reporter.
5    THE VIDEOGRAPHER: The time is
6 11:20:21. Off the record.
7    (A short recess was taken.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21

Page 31

1    Q.   I understand that, but I am
2 interested, however, in the type of business,
3 the nature of the business that was being
4 conducted in Spain.
5    A.   1991 is the beginning actually we
6 are looking for customer. And we do know that
7 we cannot export from France to Spain so we
8 have to purchase locally so we have to find for
9 an associate that could produce for us and
10 could make the delivery to our customer.
11   Q.   Okay. And what was the reason that
12 Ethypharm France could not manufacture directly
13 -- manufacture and sell directly to Spain?
14   A.   The Spanish law. Actually we had
15 the same case for Brazil.
16   Q.   In 1991 what business did Ethypharm
17 France want to -- what was the nature of the
18 business that Ethypharm France wanted its
19 Spanish subsidiary to do?
20   A.   To find customers, mainly Spanish
21 customers, because actually we had already

Page 33

1    ACKNOWLEDGMENT OF DEPONENT
2 I, PATRICE DEBREGEAS, do hereby acknowledge I
3 have read and examined the foregoing pages of
4 testimony, and the same is a true, correct and
5 complete transcription of the testimony given
6 by me, and any changes or corrections, if any,
7 appear in the attached errata sheet signed by
8 me.
9 _____  _____
10 Date        PATRICE DEBREGEAS
11
12
13
14
15
16
17
18
19
20
21

9 (Pages 30 to 33)

Page 34

1        CERTIFICATE OF NOTARY PUBLIC

2        I, Bonnie L. Russo, the officer before

3   whom the foregoing deposition was taken, do

4   hereby certify that the witness whose testimony

5   appears in the foregoing deposition was duly

6   sworn by me; that the testimony of said witness

7   was taken by me in shorthand and thereafter

8   reduced to computerized transcription under my

9   direction; that said deposition is a true

10  record of the testimony given by said witness;

11  that I am neither counsel for, related to, nor

12  employed by any of the parties to the action in

13  which this deposition was taken; and further,

14  that I am not a relative or employee of any

15  attorney or counsel employed by the parties

16  hereto, nor financially or otherwise interested

17  in the outcome of the action.

18        _____

19        Notary Public in and for

20           the District of Columbia

21  My Commission expires:  May 14, 2010

---

Page 36

1        DEPOSITION ERRATA SHEET
     CASE CAPTION:  ETHYPHARM VS. BENTLEY
2  DEPONENT: PATRICE DEBREGEAS
     DEPOSITION DATE:  JULY 10, 2006
3        I have read the entire transcript of my
4  Deposition taken in the captioned matter or the
   same has been read to me.  I request that the
5  changes noted on the following errata sheet be
   entered upon the record for the reasons
6  indicated.  I have signed my name to the Errata
   Sheet and the appropriate Certificate and
7  authorize you to attach both to the original
   transcript.
   PAGE/LINE     CHANGE        REASON
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
   SIGNATURE_____DATE_____
19     PATRICE DEBREGEAS
20
21

---

Page 35

1  Mr. Dwight Bostwick
   1201 F Street, NW
2  Suite 500
   Washington, DC 2004
3
4
5
   IN RE:  Ethypharm vs. Bentley
6
7
   Dear Mr. Bostwick:
8
   Enclosed please find your copy of the
9  deposition of PATRICE DEBREGEAS along with the
   original signature page.  As agreed, you will
10 be responsible for contacting the witness
   regarding reading and signing the transcript.
11
   Within 30 days of receipt, please forward
12 errata sheet and original signature page signed
   to opposing counsel.
13
   If you would like to change this procedure or
14 if you have any questions, please do not
   hesitate to call.
15
   Thank you.
16
   Yours,
17
18
19
   Bonnie L. Russo
20 Reporter/Notary
21

10 (Pages 34 to 36)

| A | | | | |
|---|---|---|---|---|

**A**
ability 10:5
Abreu 3:13 6:5
Absolutely 30:10
accurate 19:21
accurately 10:6
acknowledge 33:2
ACKNOWLEDG...
  33:1
acquire 15:17
action 5:8 6:3 12:21
  13:6 14:19 34:12
  34:17
activity 29:2
administratively
  29:12,12 30:8
agree 22:11 26:4
agreeable 14:5
  26:13
agreed 35:9
agreement 9:13,13
  9:19
alleged 26:7
ANGELL 3:14
answer 21:15 28:12
  30:2
appear 33:7
APPEARANCES
  3:1
appears 34:5
apply 20:6,10
appreciate 11:8,13
appropriate 8:3
  36:6
approximately 5:12
April 15:18
asked 22:4 27:3
asking 24:11
assembly 10:21
  11:2
assist 6:21
assistant 20:14
associate 27:8,9
  31:9
attach 36:6
attached 33:7
attorney 34:15
attorneys 24:17
attorney-client 24:7
authorize 36:6
Avenue 3:15
avoid 26:9
aware 25:5,7,21
a.m 2:7 5:12

**B**
Baach 2:13 3:5 5:10
back 30:2

ball 18:7
barriers 28:19,20
beginning 31:5
believe 27:14
Belmac 23:13,17,20
  23:21 25:6,9,17
  26:2,5,13
benefit 11:5
Bentley 1:10 5:5
  6:6 7:12 23:6,18
  24:4,21 25:5,16
  26:1,6,11,12 27:5
  35:5 36:1
better 18:14
big 27:20
Biovail 15:15,17
bit 19:20
board 11:9 12:1,5,9
  13:14,16 19:4
  20:1,2,7,8,10,20
  21:5,11,14 27:8
Bombay 16:18
Bonnie 1:20 2:20
  5:16 34:2 35:19
boss 29:10,11 30:12
  30:12
Boston 3:16
Bostwick 3:3 5:21
  6:1 9:3 10:14
  11:4,13 19:16
  21:8,17 24:5
  25:18 26:15 32:3
  35:1,7
Brazil 31:15
break 9:9,15 19:20
  27:3
breaks 9:19,20
briefly 27:2
bring 24:3,18
business 17:15 28:4
  28:14,15 30:16,17
  31:2,3,16,18

**C**
C 3:13 4:1
call 35:14
called 7:3
Canada 15:12
  16:21
Canadian 15:9
CAPTION 36:1
captioned 36:3
case 6:6 7:12 24:7
  31:15 36:1
cats 18:9
CEO 12:3,9 13:14
  13:16 19:5,12
  20:6,9 21:5,11

29:4,5,7,8,9 30:7
  30:8
Certificate 34:1
  36:6
certified 5:15
certify 34:4
chairman 12:1,4,8
  13:14,15 19:3,4
  19:12 20:1,20
  21:4,10,14
change 35:13 36:7
changed 16:20 26:5
changes 33:6 36:4
chief 12:2
china 16:6,16
Civil 5:8
clear 9:5
Columbia 34:20
Come 18:15
comment 11:5
Commission 34:1
communication
  24:15
companies 32:2
company 12:14
  14:18 16:12,14
  20:4,13,19 21:5
  22:16,18,20 23:1
  23:2 28:15 29:1
complaint 4:7 12:20
  13:5,9 23:4,10,12
  25:2 26:7
complete 33:5
computerized 34:8
concerned 8:19
concerting 27:8
conduct 17:14
conducted 30:18
  31:4
confusion 26:9
contact 32:1
contacting 35:10
contained 23:10
continue 11:14
conversation 24:13
copy 12:20 13:5
  35:8
corporation 12:8
  13:21 14:4,8 25:6
  26:2,5,11
correct 8:9,12 14:9
  22:5 23:7,8,14
  33:4
corrections 33:6
correctly 28:13
counsel 5:18 7:3,6
  9:21 24:13,16
  34:11,15 35:12

country 7:19 28:18
  28:21
course 9:2,8,18
court 1:2 5:7,15
  6:14,21 32:4
Craig 3:12 6:4 7:10
  11:5
create 20:13
Custom 28:20
customer 31:6,10
customers 31:20,21
C.A 1:4

**D**
D 3:4
date 24:8 33:10
  36:2,18
day 9:8
days 35:11
DC 35:2
dead 17:11
Dear 35:7
Debregeas 1:15
  2:10 4:2 5:3 7:2,8
  10:9 13:4 14:3
  27:2 33:2,10 35:9
  36:2,19
December 11:21
decide 24:3,20
decision 20:10
  24:11,18 27:5,7
  30:20
defendant 1:12
  3:11 5:3 6:6 7:6
  7:11 23:21
Delaware 1:3 5:8
delivery 31:10
DEPONENT 33:1
  36:2
deposition 1:15
  2:10 5:2,9,14,17
  7:14,18 9:20 13:1
  14:2 26:10 34:3,5
  34:9,13 35:9 36:1
  36:2,3
describe 19:10
description 19:14
develop 28:16
developing 28:9
dietary 18:18
direct 20:1
directed 29:3
direction 34:9
directly 31:12,13
director 10:21 20:7
  21:13
directors 11:9 20:2
disagreement 22:15

discussion 20:2
  21:7
discussions 24:16
District 1:2,3 5:7,7
  34:20
document 13:7
DODGE 3:14
due 16:13
duly 6:17 7:4 34:5
duties 19:11,11,14
Dwight 3:3 5:21
  35:1
D.C 1:16 2:16 3:8
  5:11

**E**
E 3:12 4:1
earlier 21:8
EDWARDS 3:14
either 8:19
employed 10:8,11
  34:12,15
employee 34:14
employer 10:13,16
  10:19
Enclosed 35:8
English 8:9,11,12
  13:20 16:9 28:1,2
entered 36:5
entire 36:3
equivalent 13:21
errata 33:7 35:12
  36:1,4,5
especially 11:8
Esq 3:3,4,12,13
Esquire 5:14,17
essentially 30:16
ethic 12:11
Ethical 12:12,13
Ethypharm 1:6,7
  5:4,5 6:3,3 10:12
  11:20 12:3,10
  13:9,10,15,15,17
  13:19 14:3,4,7,12
  14:15,18 15:4,19
  16:2,6,7,11,12
  17:2,6,12,14 19:5
  19:8,12 20:11
  23:5,5 24:3,20
  27:4,12,16,17
  28:4,14 30:8,9,12
  30:13,16,17 31:12
  31:16,18 35:5
  36:1
Europe 17:10 28:21
everybody 20:8
Exact 17:13 19:6
  21:6,6 22:6,6

Page 38

exactly 11:11 21:20
examination 4:2 7:3
  7:6
examined 7:5 33:3
exception 9:12,14
execute 20:9
executive 12:2
exhibit 12:20 13:1,6
  24:8
EXHIBITS 4:6
exist 17:21
experience 8:1
expires 34:21
explain 29:16
export 31:7
extent 24:6

_____ F _____

F 2:14 3:6 5:11 35:1
fact 29:6,7,8
fair 21:1 30:15
far 8:18
file 24:12
filed 13:5 24:8
financially 34:16
Financials 20:21
find 31:8,20 35:8
Fine 3:4 6:1
first 6:17 12:20
  15:19 16:5 20:11
  24:8
following 36:4
follows 6:19 7:5
foregoing 33:3 34:3
  34:5
form 19:17
forward 35:11
founded 20:18
France 1:6 5:4 7:20
  10:17 13:10,18
  14:3,7,12,15 15:4
  15:19 16:2 18:2
  19:5,13 20:12
  23:5 24:20 27:5
  27:12,17 29:4,4
  29:11 30:8,13,17
  30:21 31:7,12,17
  31:18
free 8:18
French 6:12
fun 28:1
further 34:13

_____ G _____

general 10:21 11:2
generally 28:14
Gerard 15:7,8
  20:14 27:11

give 8:2
given 22:7 33:5
  34:10
go 12:15 26:15
going 23:2 24:5
  25:4 26:10 27:21
  32:3
Good 7:8
group 13:19 15:10
  15:12,15
guess 30:1

_____ H _____

hair 18:7
headquarter 32:1
headquarters 13:19
  28:8,9
hear 11:6
heard 7:10
held 2:10 5:9 14:8
herbal 18:6,8,10,17
  18:18
hereto 34:16
hesitate 35:14
historical 16:13
  17:18,19
hold 19:7
holding 16:12
Hong 16:7,11,14
Huntington 3:15

_____ I _____

identification 13:2
identify 6:9
important 16:17
  30:20
Incorporated 5:6
  7:12
incorrectly 11:7
India 16:18
indicate 5:19
indicated 36:5
information 13:2
initially 16:16
interested 31:2
  34:16
interfere 10:5
internally 24:18
international 32:2
interpreted 6:18
interpreter 3:19 6:9
  6:11,12,15,17,21
  11:2 15:11 18:10
  25:10,12 29:15,19
  29:21
interrogated 7:16
introduce 5:18
invades 24:6

invitation 9:12
issue 11:16 21:18

_____ J _____

January 26:5
Japan 17:3
JOB 1:21
join 20:11
Jonathan 3:4 6:1
July 1:17 2:6 5:12
  15:21.20:15 36:2
jump 11:8

_____ K _____

KK 17:6
know 7:21 9:9
  12:16 19:9 23:3
  24:17 31:6
knowledge 24:15
knows 24:12
Kong 16:7,11,15

_____ L _____

L 1:20 2:20 34:2
  35:19
Laboratory 25:9
Laboritorious
  23:13,17,21 26:13
law 5:10 31:14
lawsuit 24:1,4
leave 10:18 22:1
Leduc 15:7,8 19:2
  20:14 27:10,11
legal 5:15
length 19:18
Let's 16:5
Lewis 2:13 3:5 5:10
license 28:11,17
listens 18:14
lists 13:9
little 19:20
LLP 3:14
locally 29:2 31:8
located 5:10 10:13
  10:16 16:18
longer 19:19 20:19
looking 24:14,14
  31:6

_____ M _____

MA 3:16
main 13:18
Mainland 16:16
majority 14:20
  27:16,19,20
manufacture 28:16
  31:12,13
manufacturing

18:5 28:10
marked 12:19 13:1
  13:6
market 12:15
matter 5:4 36:3
mean 21:19
medication 10:4
medicine 18:6,8,18
meeting 11:3 21:13
mention 17:20
minute 26:16
morning 7:8,9
Mumbai 16:19

_____ N _____

N 4:1,1
name 5:13,21 6:11
  7:10 12:7,10
  15:14 16:20 17:1
  17:5,7,21 25:5
  26:1,6 36:5
nature 31:3,17
need 8:2 9:3,9
  18:11,13
needed 28:21 29:13
neither 34:11
non-pareil 18:20
Northwest 5:11
Notary 2:21 6:18
  7:4 34:1,19
noted 36:4
notice 2:20
November 10:20,20
  21:2,11
Number 5:2,8
NW 3:6 35:1
N.W 2:14

_____ O _____

O 4:1
object 19:16 24:5
objected 21:8
Objection 10:14
  21:17
obviously 24:13
office 22:5,8
officer 12:2 34:2
offices 5:10
official 12:7
Oh 29:20
okay 7:13 8:5,17
  9:17 10:3 26:14
  29:19 31:11
opposing 35:12
organized 15:20
original 35:9,12
  36:6
outcome 34:17

owned 27:15,17
ownership 14:15
owns 15:3,8,10,12
O'Toole 3:20 5:13

_____ P _____

P 3:3
page 4:2 24:8 35:9
  35:12
pages 33:3
PAGE/LINE 36:7
PALMER 3:14
parent 13:21 14:4
  28:15
Paris 30:21
parties 5:19 34:12
  34:15
Patrice 1:15 2:10
  4:2 5:3 7:2 33:2
  33:10 35:9 36:2
  36:19
pellets 19:1
pending 9:15
percent 14:16 15:9
  15:10,12,17
percentage 14:14
pharmaceutical
  15:10,11,14 32:1
Pharmaceuticals
  1:10 5:5,6 6:7 7:12
  23:6,18 24:21
  25:5,17 26:1,6
  27:6
phrase 21:9
picking 27:2
placed 29:1,1
plaintiffs 1:8 3:2
  6:2 13:11
planning 20:4
please 5:18 6:9,14
  6:21 19:10 30:2
  35:8,11,14
position 11:19,20
  20:17 22:1
possible 16:14,15
Practical 29:10
practically 30:11
Present 3:19
president 29:13
  30:5
prior 19:11 27:3
privately 14:7
privilege 24:7
probably 7:21
procedure 35:13
proceeding 7:15
  8:14
proceedings 6:19

produce 31:9
producing 18:20
product 18:19
  28:11,16,17,17
products 12:12,13
  28:10,10
provide 23:9
public 2:21 6:18
  12:14 34:1,19
publicly 14:8
purchase 31:8
Pursuant 2:20

_____ Q _____
question 8:15 9:15
  19:19 21:15 25:15
  25:19 27:3
questions 8:1 10:6
  25:4 26:10 35:14

_____ R _____
read 8:11,12 30:3
  33:3 36:3,4
reading 35:10
really 16:15
reason 16:13 22:7
  22:10 24:12 31:11
  36:7
reasons 36:5
receipt 35:11
recess 26:19 32:7
record 5:1 6:10
  26:16,18,20 30:3
  32:6 34:10 36:5
reduced 34:8
refer 13:20 14:3
  26:11
reference 23:13
referring 23:4 27:9
regarding 35:10
related 34:11
relative 34:14
remember 17:7
repeat 25:14
Reported 1:20
reporter 5:16 6:14
  6:21 17:19 32:4
Reporter/Notary
  35:20
represent 5:20 7:11
representing 5:13
  5:16 6:2,6
request 19:18 36:4
requested 30:3
respect 9:21 11:17
  19:7
respond 8:19 10:6
response 8:1,2,3 9:1

responsible 35:10
result 24:16
review 25:3
revoked 21:12
right 22:17 29:9
  30:9
Robinson 2:13 3:5
  5:10
Russo 1:20 2:20
  5:16 34:2 35:19

_____ S _____
S 4:1
sale 22:13,16,18
searching 20:21
Second 16:17
see 13:11 18:11
  21:21 22:14 28:12
seeds 18:20,20
seen 13:7
sell 31:13
sense 24:6
Services 5:14,17
set 16:13
Shanghai 16:7,12
share 14:20,21
shareholder 14:17
  15:8 21:13
shareholders 11:3,9
shares 15:3,9
sheet 33:7 35:12
  36:1,4,6
short 26:19 32:7
shorthand 34:7
signature 35:9,12
  36:18
signed 33:7 35:12
  36:5
signing 35:10
similar 11:16
simple 12:10 16:5
Sir 13:17
small 17:3 18:1,20
society 12:11,12,13
  22:13 29:1,3
sold 22:20 23:2
sorry 11:1 25:12
  29:8
Spain 1:7 5:5 13:10
  14:4 17:11,12,14
  19:8 23:6 27:13
  27:16 28:5,14,18
  29:5,7,9,11,13
  30:5,9,12,16,18
  31:4,7,13
Spanish 11:17 14:5
  26:12 31:14,19,20
speak 8:8

specialist 5:15
standing 12:11
stands 12:11
starch 18:21
start 19:13
starting 19:14
States 1:2 5:7 7:15
Stewart 3:12 4:3
  6:4,4 7:7,11 9:6,7
  10:15 11:14,16,18
  12:6,17,18 13:3
  15:13 16:10 18:13
  18:16 24:10 25:8
  25:11,14,20 27:1
  27:21 28:3 29:17
  29:20 30:1,4
stock 27:16
stockholder 14:11
stop 32:4
strategy 20:3,7
Street 2:14 3:6 5:11
  12:15 35:1
structure 20:3
subsidiaries 14:20
  15:1 16:2,4,6 17:8
  17:10,17
subsidiary 14:5
  16:17,21 17:1,3,5
  18:2,19 23:17
  26:12 27:13 28:7
  29:11 31:19
substance 10:1 22:1
sue 24:21 27:5
sugar 18:21
suing 23:6
suit 24:18
Suite 2:15 3:7 35:2
sure 11:7,14
swear 6:14
swearing 7:1
Switzerland 17:17
sworn 6:17 7:4 34:6
S.A 1:6,7 5:4,5 6:3
  13:9,10,18 17:12
  17:14 23:13,17

_____ T _____
T 4:1,1
take 9:9,14
taken 5:3 7:14,18
  26:19 30:20,20
  32:7 34:3,7,13
  36:3
talk 9:21
Tape 5:2
terminated 19:17
  21:9,10,19
termination 19:12

terms 11:9 19:18
  22:12,13,15 25:3
testified 7:5
testimony 10:1
  28:13 33:4,5 34:4
  34:6,10
Texier 3:19 6:12,16
Thank 6:8,13 12:17
  35:15
think 11:6 14:19
  16:10 18:14 19:17
  25:1
thinking 13:17
time 20:18,19 25:6
  25:21 26:17,21
  32:5
title 19:2,7
titles 20:18
today 15:5 16:1
today's 14:2
Tokyo 17:4
traded 14:8
transcript 35:10
  36:3,7
transcription 33:5
  34:8
translate 8:15
  29:18
translated 11:7
translation 8:20,20
  9:4 19:21 28:1
translator 8:15
  18:12
true 33:4 34:9
trying 28:10
two 16:6 17:16 18:1
  18:3,4,5
type 31:2
T.J 3:20 5:13

_____ U _____
understand 8:8
  9:16,18 10:2,5
  22:14 23:5,16,20
  24:10 28:12 31:1
understanding 8:16
understood 8:6 9:6
United 1:2 5:6 7:15
use 21:8 29:10
utilize 18:21
U.S 26:11
U.S.A 7:17

_____ V _____
Valerie 3:19 6:11
  6:16
vast 27:18
verbal 8:2

Veronica 3:13 6:5
versus 5:5
video 5:15
Videographer 3:20
  5:1 6:8,13,20
  26:17,20 32:5
videotaped 2:10 5:2
voice 20:8
voluntarily 22:2
voted 22:4,8
vs 1:9 35:5 36:1

_____ W _____
Wall 12:15
want 24:17 25:3
  29:15 31:17
wanted 31:18
Washington 1:16
  2:16 3:8 5:11
  35:2
way 29:5,6
witness 7:1 9:17
  11:3,11 12:1,4
  16:8,11,19 17:2,6
  17:9,20 18:4,8,11
  18:15 21:12,18
  22:3,6,9,12,17,21
  23:8,11,15 25:16
  26:14 27:18 28:8
  28:19 30:14 34:4
  34:6,10 35:10
witnesses 11:17
word 21:19
worked 10:21
written 8:12

_____ 0 _____
02199 3:16
04-1300-SLR 1:4
  5:8

_____ 1 _____
1 4:7 5:2 13:1,6
  24:9 26:5
10 1:17 2:6 5:12
  10:20 36:2
10th 11:21 21:3,4
  21:11
10:17 2:7 5:12
10:52:39 26:18
11:08:11 26:21
11:20:21 32:6
111 3:15
1201 2:14 3:6 5:11
  35:1
13 4:7
14 34:21
15 15:10,12,17

Page 40

| | | | | |
|---|---|---|---|---|
| **19** 21:1<br>**1977** 15:21 20:15<br>  21:2<br>**1990** 19:15<br>**1991** 27:12 28:5,18<br>  30:7 31:5,16<br>**1996** 26:5 | | | | |

| **2** | | | | |
|---|---|---|---|---|
| **20004** 3:8<br>**2002** 15:18 24:19<br>  27:4<br>**2004** 35:2<br>**2005** 10:20 11:21<br>  21:2,11<br>**2006** 1:17 2:6 5:12<br>  36:2<br>**2010** 34:21<br>**202-659-7865** 3:9 | | | | |

| **3** | | | | |
|---|---|---|---|---|
| **30** 35:11 | | | | |

| **4** | | | | |
|---|---|---|---|---|
| **42.5** 14:16 15:8 | | | | |

| **5** | | | | |
|---|---|---|---|---|
| **500** 2:15 3:7 35:2 | | | | |

| **6** | | | | |
|---|---|---|---|---|
| **617-239-0100** 3:17<br>**6732** 1:21 | | | | |

| **7** | | | | |
|---|---|---|---|---|
| **7** 4:3<br>**77** 20:16 | | | | |

| **9** | | | | |
|---|---|---|---|---|
| **9th** 21:2 | | | | |

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 1

1              UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF DELAWARE

3

4    - - - - - - - - - - - - - -x

5    ETHYPHARM S.A. FRANCE and    :

6    ETHYPHARM S.A. SPAIN,        :

7          Plaintiffs,           :   Civil Action Number

8      vs.                       :   04-1300

9    BENTLEY PHARMACEUTICALS,      :

10   INC.,                        :

11          Defendant.           :

12   - - - - - - - - - - - - - -x

13

14

15        VIDEO DEPOSITION OF PATRICE DEBREGEAS

16                 VOLUME 2

17

18                  Washington, DC

19                  Monday, July 10, 2006

20

21   REPORTED BY:

22      ERIN AVERY

JT-A-324

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 2

1  Continuing deposition of PATRICE DEBREGEAS,
2  taken in progress, pursuant to notice of deposition,
3  on Monday, July 10, 2006, in Washington, DC, at the
4  law offices of Baach Robinson & Lewis PLLC, 1201 F
5  Street Northwest, at 12:05 p.m., before ERIN AVERY,
6  a Notary Public within and for the District of
7  Columbia, when were present on behalf of the
8  respective parties:
9
10     CRAIG STEWART, ESQ.
11     VERONICA C. ABREU, ESQ.
12     Edwards Angell Palmer & Dodge LLP
13     111 Huntington Avenue
14     Boston, Massachusetts 02199
15     617-239-0100
16     On behalf of Defendant
17
18
19
20
21
22              --continued--

Page 3

1  APPEARANCES (Continued):
2
3      DWIGHT P. BOSTICK, ESQ.
4      JONATHAN D. FINE, ESQ.
5      BRUCE R. GRACE, ESQ.
6      Baach Robinson & Lewis PLLC
7      1201 F Street Northwest, Suite 500
8      Washington, DC 20004
9      202-833-8900
10     On behalf of Plaintiffs
11
12
13  ALSO PRESENT:  Valerie Texier, interpreter
14          T.J. O'Toole, videographer
15
16
17
18
19
20
21
22

Page 4

1           PROCEEDINGS
2      THE VIDEOGRAPHER:  On the record.  Our
3  court reporter now is named Erin Avery.  The time is
4  12:05:15.
5  Whereupon,
6          PATRICE DEBREGEAS
7  continued testimony, having been previously duly
8  sworn, as follows:
9          EXAMINATION (Continued)
10  BY MR. STEWART:
11     Q   Mr. Debregeas, we're back on the record,
12  and let me pick up, if I can, where I think I left
13  off, and I was asking you questions with respect to
14  the business of Ethypharm Spain.
15      Do you remember that general topic?
16     A   Okay.
17     Q   Yes, all right.  And I have some questions
18  now, which are going to pertain to Ethypharm's
19  interactions with a company called Rimafar, and I'm
20  going to show you a document.
21      First, I'm going to have the stenographer
22  mark this as the next exhibit, which is Exhibit 2,

Page 5

1  and it appears to be a fax dated February of 1991.
2  It looks like the 8th of February, 1991 from a Mr.
3  De Basilio to you.
4      (Debregeas Exhibit 2 identified.)
5  BY MR. STEWART:
6     Q   Could you take just a moment to look at
7  the document we've marked as Exhibit 2, please?
8      (Witness reviewed the document.)
9     A   Okay.
10     Q   And do you recognize this as a fax that
11  came from Mr. De Basilio on or about February the
12  8th of 1991?
13     A   Yes.
14     Q   In this -- first, who is Mr. De Basilio?
15     A   He is the general manager of Ethypharm
16  Spain.
17     Q   When did he become the general manager of
18  Ethypharm Spain?
19     A   I don't remember.
20     Q   Can you give me an estimate, having in
21  mind that the document we're looking at is in
22  February of 1991?

2 (Pages 2 to 5)

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 6

1    A   Maybe one or two years before this
2    document.
3    Q   Are you able to tell me when Ethypharm
4    Spain started doing business?
5    A   No, no, sorry. Since November, I don't
6    have access anymore to the information of this
7    company.
8    Q   And the company you're referring to is
9    Ethypharm France; is that right?
10   A   Yes.
11   Q   Just to establish a general frame of
12   reference, as of 1991, what is your best
13   recollection as to how long Ethypharm Spain had been
14   doing business?
15   A   I have no idea at all.
16   Q   Let me test that a little bit. Can you
17   give me an estimate as to whether Ethypharm Spain
18   had been in business, say, three years before
19   this -- before 1991, this letter, this fax?
20       MR. BOSTWICK:  I'm going to object as
21   asked and answered.
22       BY MR. STEWART:

Page 7

1    Q   You can answer.
2    A   We were doing some business with Spain
3    before creating -- before founding Ethypharm Spain.
4    And when business got developed, we decided to
5    create Ethypharm Spain. Because of the development
6    of the business, we were obliged to have local
7    production.
8    Q   What was the product that Ethypharm France
9    had developed that it needed to manufacture in
10   Spain?
11   A   I think theophylline.
12   Q   Would you spell that, please?
13   A   Theophylline, that's a respiratory
14   product. Nitroglycerin.
15   Q   Let's take that just a moment.
16   Theophylline, I don't know that product myself, and
17   I'm listening to you, and it sounds like it's
18   T-h-e-o-p-h-i-l-i-n-e?
19   A   Right. Nitroglycerin, you know what this
20   is?
21   Q   Yes, okay.
22   A   Vincamine. V-i-n-c-a-m-i-n-e.

Page 8

1    Q   What is that used for?
2    A   That's a European product, it's for
3    oxygenation of the brain, marketing concept.
4    Q   It has nothing to do with cats, I take it?
5    A   No. And there was a product that we were
6    developing and that was very important. And the
7    name is omeprazole. The international name, and you
8    spell it o-m-e-p-r-a-z-o-l-e, treatment of duodenal
9    and gastric ulcers. And I can add a full range of
10   the products developed by Ethypharm.
11   Q   The full range of products developed by
12   Ethypharm France?
13   A   Yeah.
14   Q   Is it fair to say that in at least 1991,
15   Ethypharm was -- Ethypharm France was looking to
16   obtain a manufacturing facility for its products in
17   Spain?
18   A   Yes, absolutely.
19   Q   Referring to Exhibit 2 before you there.
20   First, Mr. De Basilio is writing in English; is that
21   correct?
22   A   Yes.

Page 9

1    Q   And tell me why Mr. De Basilio was writing
2    in English as opposed to, for example, Spanish or
3    French?
4    A   I'd say that two or three centuries ago,
5    you would write it in French. Good answer?
6    Q   It's a political comment is what it is?
7    A   No, cultural.
8    Q   Explain, if you would, for the record, why
9    this letter is in English as opposed to the native
10   language of either -- well, I don't know what Mr. De
11   Basilio's language is, but yours, I take it, is
12   French.
13   A   Dr. De Basilio is Spanish. His English is
14   probably better than his French in terms of written
15   language. Third point, my partner doesn't speak nor
16   read Spanish. So English is a common language.
17   Q   And by your partner, you're referring to
18   to --
19   A   Gerard Leduc, and others too in the
20   company.
21   Q   Do you read Spanish?
22   A   Yes.

3 (Pages 6 to 9)

JT-A-326

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 10

1    Q   And do you speak Spanish?
2    A   No.
3    Q   And in Mr. De Basilio's fax to you and to
4    Mr. Leduc, he references a meeting with a Mr. Perez
5    De Ayala. Do you see that at the beginning?
6        MR. STEWART: I'm asking him to refer that
7    that is so.
8        THE WITNESS: Yes.
9        BY MR. STEWART:
10   Q   Who is Perez De Ayala?
11   A   For me, he was the general manager of --
12   how was it called at that time, Rimafar.
13   Q   And what did you understand was the
14   business of Rimafar?
15   A   Rimafar had bought a pharmaceutical
16   manufacturer that belonged before to Natermann.
17   Q   How do we spell that?
18   A   N-a-t-e-r-m-a-n-n, double N at the end.
19   Natermann was bought before by Rhone-Poulenc, and
20   Rhone-Poulenc didn't have use of this manufacturer
21   anymore. And so they had sold it to a group of two
22   or three people so they composed the name of

Page 11

1    Rimafar, R for Richard.
2    Q   Now, so the facility that was purchased by
3    the company that became or that was known as Rimafar
4    was a manufacturing facility; is that right?
5    A   Yes.
6    Q   And in paragraph 6 of Mr. De Basilio's
7    fax, he says that I let him know that we will accept
8    prices of capsule filling around, and then it's 9/10
9    FF something for R margins are very low, and I told
10   him not to expect too interesting prices in
11   manufacturing.
12       Do you see that in paragraph 6?
13   A   Uh-huh.
14   Q   Could you explain your understanding as to
15   what Mr. De Basilio was saying in this last sentence
16   that I just read?
17   A   Mr. De Basilio was trying to see if there
18   was a possibility of agreement on prices for
19   contract manufacturing, and he cites the example of
20   capsule filling, that means filling the capsule with
21   the active ingredient, filling the capsule. And he
22   says we will accept a price of 9 to 10 French francs

Page 12

1    for 1000 capsules, which was a fair price for
2    Rimafar. And Adolfo De Basilio told Mr. Perez De
3    Ayala that while business is tough, and he should
4    not expect to make enormous margins on his
5    production. Usual.
6    Q   And so Rimafar offered the possibility of
7    a manufacturing facility for Ethypharm France's
8    pharmaceutical products. Is that fair?
9    A   Yes.
10   Q   Now, as of February of 1991, Rimafar was
11   not -- was not owned by Bentley or Belmac
12   Corporation; is that correct?
13   A   Yes.
14       MR. STEWART: Let's have marked for the
15   continuity of the record, two exhibits. The next
16   exhibit is a fax from Mr. De Basilio dated June 20
17   of 1991. And as Exhibit 4 a fax, again, from Mr. De
18   Basilio dated -- it looks like November the 14th, I
19   believe, of 1991.
20       (Debregeas Exhibits 3 and 4 identified.)
21       BY MR. STEWART:
22   Q   Let me know when you've finished reviewing

Page 13

1    the Exhibit 3.
2    A   Okay, Exhibit 3. This one is 4, okay.
3    Exhibit 3.
4    Q   And for the record, I'll note that Exhibit
5    3 consists of a -- the fax from Mr. De Basilio to
6    Mr. Debregeas and then it also has attached to it a
7    fax of -- fax from -- a fax to Dr. De Basilio from
8    Rimafar, which I will represent was signed by Mr. De
9    Ayala. Okay?
10   A   Translation of the Spanish text is not --
11   Q   Is not accurate?
12   A   I can't do it.
13   Q   The question -- referring to the Exhibit
14   3, Mr. De Basilio is saying, "Please find a copy of
15   the fax sent by Rimafar saying we can go ahead"?
16   A   We can or we cannot go ahead. I'm sorry.
17   Q   From the language that I read in Exhibit
18   3, the sentence says, "please find a copy of the fax
19   sent by Rimafar saying we can go ahead."
20   Q   What is the question?
21   Q   My question -- I wasn't sure where we were
22   in the process. My question is, what did you

4 (Pages 10 to 13)

JT-A-327

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 14

1  understand Mr. De Basilio to mean by this sentence
2  and -- let me stop there.
3      A    Well, that the -- I make my own
4  translation of the fax from Mr. Perez De Ayala. He
5  means in agreement with the telephone conversation
6  of yesterday, I confirm our proposal to fix the
7  capsule filling machine and the coding bands that
8  you talked about, in order to fix that, to install
9  that in the Rimafar plant in order to proceed to
10 production of micropellets.
11     Q    And is it fair to say, then, that
12 Ethypharm France was going to supply the machinery
13 to be installed at the Rimafar facility for
14 manufacturing micropellets?
15     A    Yes.
16     Q    And as of June of 1991, did Rimafar have
17 an agreement?
18     A    Precisely on the date I'm not so sure, but
19 there was an agreement that was signed.
20     Q    Would that agreement have been signed
21 between Ethypharm -- well, I think we can -- never
22 mind. Well, sorry, let me finish.

Page 15

1      To your knowledge, was the agreement
2  signed with Ethypharm France or Ethypharm Spain?
3      A    I'm going to reply that it makes no
4  difference in the sense that Ethypharm Spain is
5  listed only for a necessary reason, so it's a -- the
6  decision was taken by me. And that means money, you
7  know. So installing in Rimafar's plant machines
8  that were belonging, that were old, by Ethypharm.
9  This concept of the group. Maybe it's misleading
10 for you.
11     Q    No, I think I understand that Ethypharm
12 was installing its machinery in Rimafar's facility
13 to manufacture Ethypharm's product and Ethypharm
14 Spain existed as an administrative necessity that it
15 was Ethypharm France's business. Is that fair?
16     A    Yes.
17     Q    Now, let me -- let's go to Exhibit 4. And
18 my only purpose in identifying Exhibit 4 is to
19 understand when the machinery would be installed in
20 the facilities at Rimafar and when manufacturing
21 would begin.
22     A    Are we really talking about the same

Page 16

1  document?
2      Q    We're talking about -- the document that I
3  have in mind is the fax of Mr. De Basilio to Mr.
4  Leduc to you and to Mr. Oury attaching a copy of the
5  letter sent to Mr. Robins.
6      THE INTERPRETER:  What is attached?
7      MR. STEWART:  A letter from Mr. De Basilio
8  to a Mr. Mark Robins.
9      (Witness reviewed the document.)
10     THE WITNESS:  Okay, go ahead.
11     BY MR. STEWART:
12     Q    The question I have is, by the end of
13 November of 1991, had Ethypharm installed machinery
14 in the Rimafar plant?
15     A    Maybe, possible.
16     Q    Do you have a memory as to when production
17 actually began at the Rimafar plant?
18     A    No.
19     Q    Where was the Rimafar plant located?
20     A    In Zaragoza.
21     Q    And at some point in early 1992, was
22 Rimafar purchased by Bentley, or, as it was then

Page 17

1  known, Belmac Corporation?
2      A    I don't really remember the date.  There
3  was a change of -- on a sheet, a change of name.
4  Initially, Mr. Perez De Ayala, according to my
5  memory, was still in command until a certain time.
6  Then he was fired, and then I saw Mr. Murphy
7  arriving.  But these are dates.  I'm sorry.
8      Q    That's all right.
9      A    It's 15 years ago, and that was my -- not
10 my only topic, you know.
11     Q    I understand.  I understand.  It's more
12 the sequence that I'm interested in right now.
13     My question is, is it fair to say that
14 Ethypharm developed or had a business deal with
15 Rimafar for the manufacture of Ethypharm
16 pharmaceutical products, and then Rimafar was
17 acquired by Bentley?
18     A    I think it's fair to say that.  We had an
19 agreement with Rimafar so that they would act as a
20 kind of contract manufacturing, that means putting
21 at our disposal the plant, some services.  We were
22 installing the machines needed for our technology,

5 (Pages 14 to 17)

JT-A-328

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 18

1   for our product. We were transferring our know-how
2   technology procedures, or what makes the know-how,
3   teaching the people, helping them sometimes in their
4   hiring of people in order to be sure that we're
5   hiring the requested and competent type of people.
6       Q    And those activities were conducted with
7   respect to the people at Rimafar, at least in the
8   first instance; is that right?
9       A    Yes. And Rimafar was in two locations,
10  the plant in Zaragoza and the office in Madrid.
11      Q    When did you -- when did you first learn
12  that Bentley had acquired Rimafar?
13      A    I don't remember. I remember that there
14  was a French MD, Jean-Claude. I can't remember his
15  name. Came to see me in Houdan and told me about
16  that, but when, I don't know.
17      Q    You say Houdan. Was that the city where
18  Ethypharm France had its headquarters?
19      A    Yes.
20      Q    And I'm not familiar. Is that a suburb of
21  Paris? Is it near Paris?
22      A    It's 30 kilometers from Paris, and that's

Page 19

1   where the legal office, the official headquarter
2   of -- for Ethypharm.
3       Q    What was in Saint-Cloud?
4       A    At the time that was nothing in
5   Saint-Cloud. Then we opened our offices in
6   Saint-Cloud. And in Saint-Cloud, we had an
7   administrative, medical and commercial. And the
8   headquarters are now in Saint-Cloud, but the
9   registered office, I don't know if you call that.
10  The registered office, the registered office is
11  still in Houdan.
12      Q    When did the administrative offices become
13  located in Saint-Cloud?
14      A    I should know. I should remember. I
15  don't. I don't take care of the decoration of
16  these. You know, time it's -- well --
17      Q    I understand.
18      A    We do business in Asia and the Middle
19  East, and the notion of time is not the same there.
20      Q    But the sequence was first the
21  administrative offices were in Houdan and then
22  later, sometime later, they became located in

Page 20

1   Saint-Cloud. Is that fair?
2       A    When we were in Houdan, we had a
3   production facility plus the offices. Then the
4   company growing. We do bigger offices outside
5   closer to the center of Paris, and we eventually
6   opened new production facilities in France.
7       Q    Now, going back to Ethypharm France and
8   Rimafar -- let me have marked the next exhibit,
9   please of March 26, it looks like, of 1992. It
10  looks like that. Yeah, that's it.
11          Mr. Debregeas, I'm going to show you a
12  draft of what appears to be a contract with the
13  handwritten date of March 26th of 1992.
14          MR. STEWART: Can we have that marked,
15  please, as Exhibit 5.
16          (Debregeas Exhibit 5 identified.)
17          BY MR. STEWART:
18      Q    I'm not going to be asking you questions
19  regarding the terms of the agreement. You're
20  welcome to study the document if you think you need
21  to, but I would propose that we take a moment to
22  familiarize yourself generally with the document.

Page 21

1   I'll ask the question. And obviously, if you need
2   to study the document, you certainly may do so.
3           (Witness reviewed the document.)
4       A    Okay.
5       Q    Did you have any involvement in the
6   drafting of what is referred to as Exhibit -- let me
7   withdraw that question. Withdraw that question.
8           Can you tell me what Exhibit 5 is?
9       A    This is -- this document is manufacturing
10  contract, which is intended to organize the
11  corporation between Rimafar and Ethypharm. And this
12  is clearly explained in the preambulo.
13      Q    There is, attached to the -- to Exhibit 5,
14  a translation, and I think I'm going to adopt the
15  practice that Mr. Bostwick had that the rough
16  translation -- as far as assistance in the
17  deposition, but we are not going to include that as
18  a formal part of the exhibit. We both want to
19  reserve the right to have a more precise
20  translation, if necessary.
21      A    Okay.
22      Q    Now, you'll notice that in the beginning

6 (Pages 18 to 21)

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 22

1    of the contract under the title "Contracto De
2    Fabricacion," that the agreement appears to be
3    between Ethypharm S.A. with an address in Madrid and
4    Laboratorios Belmac S.A. with an address in Madrid.
5        Do you see that?
6    A   Okay.
7    Q   Did you have any involvement in the
8    preparation of this draft agreement?
9    A   Yes.
10   Q   What involvement did you have?
11   A   There are a few points which are
12   important, apart from the price conditions, quality
13   assurance, QA, quality assurance, the
14   confidentiality and the responsibilities. I must
15   say that a big number of the points I had stressed
16   were mentioned.
17   Q   And who were you dealing with?
18       MR. BOSTWICK: Objection; vague.
19       BY MR. STEWART:
20   Q   Who were you dealing with with respect to
21   Laboratorios Belmac?
22   A   Mr. Perez De Ayala.

Page 23

1    Q   And who did you understand Mr. Perez De
2    Ayala to be?
3    A   For me, he was the boss.
4    Q   Was the boss of Laboratorios Belmac?
5    A   Yes.
6    Q   Can you tell me when you first learned
7    that Rimafar had been acquired by Bentley?
8    A   I think that your question is not precise
9    enough in the sense that Belmac Corporation bought
10   Rimafar and to change the name between Belmac
11   Corporation and Bentley, I think, happened much
12   later.
13   Q   So let me be clear about that. I was --
14   you will recall at the beginning of the deposition I
15   was trying to simplify our communication on this
16   point.
17       My question is -- and you're absolutely
18   right, that Belmac Corporation changed its name to
19   Bentley in January of 1996. That's my
20   understanding.
21   A   Uh-huh.
22   Q   What I'm concerned with now is the -- when

Page 24

1    you first became aware that the U.S. Belmac
2    Corporation had purchased Rimafar.
3    A   For me it was -- this is a detail. Let me
4    explain why.
5        Because I had somebody in front of me who
6    was having the power, who was Mr. Perez De Ayala,
7    who by the way was a difficult man.
8    Q   Was a difficult man?
9    A   Yes. But maybe he thinks the same of me.
10   Then there was the boss that arrived from USA, Mr.
11   Murphy, who was -- I must say I welcomed his arrival
12   because he was so much similar to me. I mean
13   scientific education, business education. We were
14   speaking the same language, although there was
15   cultural differences.
16       And I had somebody to talk to, somebody
17   who was able to take decisions, to say yes, no. And
18   someone who understood what a service agreement
19   means. We had a lot in common, and I would say that
20   Mr. Perez De Ayala, for me, was the old Spain. That
21   means very different country.
22       With Jim Murphy, I had somebody we could

Page 25

1    talk, talk on the phone, decide, say, yes and no.
2    And the fact that the name changed from Belmac
3    Corporation to Bentley, but it looked more
4    Anglo-Saxon. Bentley didn't mean a lot for me, you
5    know.
6    Q   All right. My question, though, is
7    directed to the change from Rimafar to Belmac. And
8    let me just explain. You've told us that there was
9    a business deal in place between Rimafar and
10   Ethypharm before Belmac Corporation purchased
11   Rimafar; correct?
12   A   For me there was simply a change in name.
13   There was no change in the facts.
14   Q   Was my statement --
15       MR. BOSTWICK: My I object just on the
16   last few questions have been extremely long, and I
17   think it's very difficult for the translator to get
18   the message across. And obviously, Mr. Debregeas is
19   understanding a number of things in English, but
20   it's less in the nature of an objection than a
21   suggestion that if you can, maybe, stop in the
22   middle of the questions or something.

7 (Pages 22 to 25)

Page 26

1       BY MR. STEWART:
2       Q   Can we agree that Ethypharm had a business
3   deal with Rimafar before Rimafar was acquired by
4   Belmac, the U.S. Belmac corporation?
5       A   That's not an easy question because I know
6   that this contract has been discussed, negotiated.
7   I remember that not all the points were agreed
8   between Rimafar or Belmac. I don't remember if it
9   was Belmac at that time and Ethypharm. I know that
10  we went through a certain number of articles of
11  which we agreed, we agreed, we agreed, and there was
12  some articles with which we did not agree.
13      It's not that we did not agree. They were
14  countersigned by Perez De Ayala, by me, Perez De
15  Ayala, by me, and some articles were agreed only by
16  me and not by him.
17      So was it -- what the company called still
18  Rimafar or already Belmac, I don't know. I don't
19  remember. For me, it was not relevant, you know.
20  We were talking about contract manufacturing. So is
21  it owned by one company or another company? That's
22  not very relevant.

Page 27

1       Q   You were dealing with Perez De Ayala in
2   1991; correct?
3       A   Yes, yes.
4       Q   And Perez De Ayala was the executive
5   director of Rimafar in 1991; correct?
6       A   Yes.
7       Q   And then in 1992, you continued to deal
8   with Perez De Ayala; correct?
9       A   Yes.
10      MR. BOSTWICK: Objection; vague.
11      BY MR. STEWART:
12      Q   And that in 1992 you were dealing with
13  Perez De Ayala with respect to the draft of a
14  manufacturing agreement; is that correct?
15      A   Yes, but maybe we were already producing.
16  I don't remember exactly, but maybe.
17      Q   Well, certainly we saw that -- well, let
18  me withdraw that.
19      Is it your memory that the machinery from
20  Ethypharm had been installed in Rimafar's -- then
21  Rimafar's facilities in Zaragoza in November of
22  1991?

Page 28

1       A   We may have the answer in the Exhibit 4.
2   I'm not --
3       Q   Exhibit 4, I think, if you look --
4       A   No. I see the translation. "The machine
5   was purchased in full and will be ready in our
6   facilities in Zaragoza by the end of this month."
7   And it's dated -- that's Exhibit 4. It's dated
8   November '91, so around this date, yes.
9       Q   Okay, all right. Let me show you another
10  document, and this one is dated November 10, 1992, a
11  fax from Mr. De Basilio to you with an attached
12  manifiesta.
13      (Debregeas Exhibit 6 identified.)
14      (Witness reviewed the document.)
15      THE WITNESS: Okay.
16      BY MR. STEWART:
17      Q   Okay. Do you recognize the declaration,
18  if I can put it that way, of Mr. Ayala that is
19  attached to Mr. De Basilio's letter -- Mr. De
20  Basilio's fax, excuse me.
21      MR. BOSTWICK: Objection; vague.
22      THE WITNESS: When you say objection, what

Page 29

1   should I do? Tell me. I don't understand.
2       MR. BOSTWICK: That is a procedural matter
3   between lawyers. If I object, it is because I have
4   found something legally objectionable about the
5   question, but it -- unless I instruct you not to
6   answer specifically, if you understand the question,
7   you may answer it. If you need further
8   clarification, you may ask for it.
9       Is that a fair statement, Craig?
10      MR. STEWART: Yes.
11      THE WITNESS: Thank you.
12      BY MR. STEWART:
13      Q   So my question is, have you -- the
14  question was, do you recognize the document which is
15  attached to Dr. De Basilio's fax to you?
16      A   I don't have any specific souvenir of this
17  document, but I read it quickly and this is
18  corresponding to something which is logical that the
19  evidence that we have installed in the plant of
20  Rimafar or Belmac -- Belmac in that case, in
21  Zaragoza, machinery. We have done -- let's say, not
22  really construction work, but it's a parting the

8 (Pages 26 to 29)

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 30

1  rooms and things like that. And this is our
2  property. And it means that in case we do not reach
3  an agreement with Mr. Perez De Ayala, we may take
4  this out.
5      Q   Now --
6      A   But I did not remember this document
7  itself.
8      Q   I understand. But do you have -- yeah,
9  okay.
10       You told us earlier that you met Mr.
11  Murphy after Mr. Ayala was fired. Is that your
12  memory?
13     A   I don't remember if I said that he was
14  fired, but let's say I knew he was no more in charge
15  and that Jim Murphy was in charge.
16     Q   Was that the first time that you met Mr.
17  Murphy?
18       I'm sorry, I didn't mean meet. Is that
19  the first time that you had communication with Mr.
20  Murphy?
21       MR. BOSTWICK: Objection; vague.
22       THE WITNESS: Well, it was

Page 31

1  contemporaneous. One boss was leaving and the new
2  boss was arriving. So I don't know if I got
3  information from Mr. Murphy or from somebody else
4  that Mr. Ayala was no longer in the company. I must
5  say I was quite happy to see someone.
6      BY MR. STEWART:
7      Q   The first time that you had communications
8  with Mr. Murphy was around the time that Mr. Ayala
9  was leaving. Is that fair?
10     A   Yes, I think so, yes.
11     Q   Yes, okay. Now, in October of 1992, which
12  is -- as far as I can tell, that's the date of Mr.
13  De Basilio's fax to you and Mr. Leduc -- what did
14  you understand to be the business of the U.S. Belmac
15  Corporation?
16       MR. BOSTWICK: I'm sorry, is that Belmac
17  Corporation in the U.S.? Did she translate?
18       MR. STEWART: Did you say Belmac
19  Corporation in the U.S.?
20       MR. BOSTWICK: You want to clarify what
21  you're talking about.
22       BY MR. STEWART:

Page 32

1      Q   I'm referring to what became Bentley.
2      A   For me, quote, on the radar screen,
3  nothing appeared about Belmac Corporation, you know,
4  and honestly, it was not my problem, you know, I was
5  leaving this thing that was essential, very
6  important for us.
7      Q   Is it correct to say that you were dealing
8  with Ayala, and Belmac Corporation, U.S. Belmac
9  Corporation at that time was not an issue?
10       MR. BOSTWICK: Objection; vague.
11       THE WITNESS: Yes.
12       MR. STEWART: Let's go off the record just
13  for a moment, okay?
14       THE VIDEOGRAPHER: This ends tape number 1
15  of the Debregeas deposition. The time is 13:13:56.
16  Off the record.
17       (Whereupon, at 1:13 p.m., the deposition
18  was recessed, to be reconvened at 2:15 p.m. this
19  same day.)
20
21
22

Page 33

1       AFTERNOON SESSION     (2:15 p.m.)
2  Whereupon,
3       PATRICE DEBREGEAS
4  resumed the stand and, having been previously duly
5  sworn, was examined and testified further as
6  follows:
7       THE VIDEOGRAPHER: On the record with tape
8  number 2 of the testimony of Mr. Patrice Debregeas
9  in the matter of Ethypharm versus Bentley. The date
10  is July 10, 2006. The time is 14:22:35.
11       EXAMINATION (Continued)
12       BY MR. STEWART:
13     Q   Good afternoon, Mr. Debregeas.
14     A   Good afternoon.
15     Q   When we left off, we had talked about the
16  declaration from Angel Perez De Ayala, and I believe
17  I misspoke when I identified that as a document
18  dated November the 10th of '92. It was October of
19  '92.
20       Do you have that document in front of you,
21  sir, Exhibit 6?
22     A   Uh-huh.

9 (Pages 30 to 33)

JT-A-332

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 34

1    Q    And that was October of '92; correct?
2    A    Correct.
3    Q    Thank you.
4         Now, Mr. Ayala identifies himself in
5    Exhibit 6 as representing Laboratorios Belmac S.A.
6    Do you see that?
7    A    Yes.
8    Q    And we've agreed that Laboratorios Belmac
9    S.A. was and is a subsidiary of a company called
10   Belmac Corporation, later Bentley Pharmaceuticals;
11   correct?
12   A    Correct.
13   Q    Before -- let me withdraw that.
14        At the end of 1992, to your understanding,
15   did Belmac Corporation, later to become Bentley
16   Pharmaceuticals --
17        MR. STEWART:  Do you want to translate?
18        BY MR. STEWART:
19   Q    -- own any machinery capable of producing
20   micropellets or microgranules?
21   A    To my knowledge, they had no such
22   equipment.  Only equipment they had to make pellets

Page 35

1    and to fill capsules were equipment that we had
2    brought in the Zaragoza facility.
3    Q    In the Zaragoza facility, originally owned
4    by Rimafar?
5    A    Yes.
6    Q    To your knowledge, did Belmac Corporation,
7    later Bentley pharmaceutical, have any experience in
8    the manufacture of microgranules or micropellets?
9    A    No.
10   Q    To your understanding, was Belmac
11   Corporation, later Bentley Pharmaceuticals, in the
12   business of manufacturing microgranules or pellets
13   or filling capsules?
14   A    No.
15   Q    Let me mark as the next exhibit a document
16   dated January 12th of 1993.
17        (Debregeas Exhibit 7 identified.)
18        BY MR. STEWART:
19   Q    Mr. Debregeas, did you have any
20   involvement in the preparation of Exhibit 7?
21        MR. BOSTWICK:  Objection; vague.
22        THE WITNESS:  Well, I took part in this

Page 36

1    preparations, but I must say that this is one of the
2    numerous issues of this contract to -- and this one
3    is not signed, so it may be a draft, or it may be an
4    internal document.
5         BY MR. STEWART:
6    Q    I believe you're correct.  I believe it is
7    a draft, but you said you did take part in the --
8    did you take part in the preparation of the
9    document?
10        MR. BOSTWICK:  Objection; asked and
11   answered.
12        THE WITNESS:  I think we already looked at
13   this point, and I think I already replied.  It's
14   very important, the relationship, protection of the
15   know-how, protection of the investment,
16   responsibility, quality assurance.
17        BY MR. STEWART:
18   Q    We did look at a document that was quite
19   similar to this one.  This is a later document.  I
20   understand from your answer that your answer is the
21   same.  You were involved in those particular
22   details.

Page 37

1         MR. BOSTWICK:  Objection; vague, "those
2    details."
3         BY MR. STEWART:
4    Q    What was your answer, sir?
5    A    I think I already said yes, I was
6    involved.  I had to protect a certain number of
7    points in this relationship with Rimafar, which
8    became Belmac, and this document is not the final
9    one anyway.
10   Q    In this particular document -- document
11   Exhibit 7 -- first, let me withdraw that.  Is this a
12   document that was prepared by Ethypharm?
13   A    I think it was a joint work.
14   Q    All right.  The parties to the contract
15   were Ethypharm S.A. in Madrid and Spain and
16   Laboratorios Belmac; is that correct?
17        MR. BOSTWICK:  Objection.  It's not a
18   contract.  It's a draft.  I think he said that.
19        THE WITNESS:  It's Ethypharm S.A. and
20   Laboratorios Belmac S.A.  And like I said, it's an
21   intermediate document, and I know that there was one
22   that was signed to a certain number of articles that

10 (Pages 34 to 37)

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 38

1 were agreed upon. So this is a second draft. It
2 doesn't mean that sequentially the second draft.
3 You know, it's going back and forth.
4      BY MR. STEWART:
5      Q   I notice that in this draft there is no
6 mention of Ethypharm France. There is no mention of
7 Ethypharm France; is that correct?
8      A   I think it's correct. We're in Spain.
9      Q   And there also is no mention of Belmac
10 Corporation, or as it later was known, Bentley; is
11 that correct?
12     A   At that time, yes.
13     Q   At that time, what was the reason that you
14 did not include as parties to the contract Ethypharm
15 France or Bentley Pharmaceuticals, or as it was then
16 known, Belmac Corporation?
17     A   This is a draft. This is not a final
18 document. I don't think it's really binding. There
19 was no need to put too many stories in that.
20     Q   Are you aware of a document, a contract
21 that was signed by Ethypharm and was signed by
22 Laboratorios Belmac that concerned the manufacture

Page 39

1 of omeprazole as well as other pharmaceutical
2 products?
3      A   According to me, there are many fragments
4 of contracts that have been signed during the years.
5 For example, a document comparable to this one was
6 signed up to Chapter 8, and there were other
7 documents that were signed concerning other aspects.
8 So it has been a story lasting during years.
9      Q   In the period of 1993 through 1994, did
10 you personally consider including Belmac
11 Corporation, the U.S. corporation or Bentley, as it
12 later was known, as a party to a contract with
13 Ethypharm for the manufacture of omeprazole?
14     A   Until the arrival of Mr. Jim Murphy, we
15 had very few contacts with Belmac Corporation. The
16 only contact I had was with Dr. Jean-Francois
17 Rossignol, who came to me. At that time, he was
18 buying company Chimos in France, C-h-i-m-o-s.
19     Q   Who did you understand Dr. Jean-Francois
20 Rossignol to work for?
21     A   According to me, he was working for Belmac
22 Corporation, maybe owning it.

Page 40

1      Q   That's the U.S. corporation?
2      A   The U.S. corporation.
3      Q   What contacts did you have with Mr.
4 Jean-Francois Rossignol?
5      A   I had known him several years ago, he was
6 an executive of the pharmaceutical industry, a
7 medical doctor. When was it exactly? I don't
8 remember, but he came to see me at least twice in
9 Houdan.
10     Q   What was the -- what -- what did you
11 discuss at your visits in Houdan?
12     A   Very vague souvenir. I remember he was
13 driving a Ferrari, a red Ferrari, which showed that
14 he was quite well off.
15     Q   Did you talk about the manufacture of
16 omeprazole?
17     A   I'm not sure. Maybe, maybe, but the
18 omeprazole was a protected product, protected by
19 patents, owned by Astra company of Sweden.
20     Q   Do you have any memory about what you
21 talked about with Mr. Rossignol?
22          THE INTERPRETER: Can you repeat, please?

Page 41

1      BY MR. STEWART:
2      Q   Do you have any memory of the subjects
3 that you discussed with Mr. Rossignol?
4      A   Well, he talked. He said a few words
5 about Rimafar becoming Belmac, but it's not going to
6 change anything.
7      Q   And when did you meet with Mr. Rossignol?
8      A   Don't know.
9      Q   You also talked to Dr. Ayala, or I'm
10 sorry, Mr. Ayala, did you not?
11     A   Yes.
12     Q   And Mr. Ayala is the person who is listed
13 as the representative of Laboratorios Belmac on
14 Exhibit 7; correct?
15     A   Yes.
16     Q   Did Mr. Ayala ever tell you that he had
17 authority to act for Belmac Corporation, the company
18 that later became Bentley?
19     A   With the requested organization and
20 powers. And we are not on a signed document yet.
21 So I think we should go to the signed document to
22 see how his name appears and what his title and

11 (Pages 38 to 41)

JT-A-334

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 42

1  responsibility is.
2    Q    And we certainly will do that with respect
3  to -- with Mr. Ayala, but what I want to know is
4  whether Mr. Ayala ever in discussions told you that
5  he was authorized to act for Belmac Corporation that
6  later became Bentley?
7    A    13, 14 years ago, you know. It's not long
8  time. No souvenir of what he said. We are not used
9  to putting doubt according to the people who discuss
10  with us. He was officially the general manager of
11  Laboratorios Rimafar and then Laboratorios Belmac.
12  He was known in Spain as being the responsible.
13        (Discussion off the record.)
14        BY MR. STEWART:
15    Q    Do you have a memory of Mr. Ayala ever
16  telling you that he was authorized to act on behalf
17  of the U.S. Belmac Corporation that later became
18  Bentley?
19    A    No recollection.
20    Q    You used the term "souvenir" in a couple
21  of your answers?
22    A    It's a French word.

Page 43

1    Q    I understand. By that, did you mean to
2  say recollection?
3    A    Exactly. Thank you. I thought -- I
4  thought it was acceptable in the U.S.
5        MR. STEWART: Let me have this document,
6  March 4, 1993. Can we have marked, please, as the
7  next exhibit, a document which is dated 4 March 1993
8  bearing signature lines for Ethypharm and
9  Laboratorios Belmac.
10        (Debregeas Exhibit 8 identified.)
11        (Witness reviewed the document.)
12        BY MR. STEWART:
13    Q    I have just a few questions regarding this
14  document. So whenever you feel that you've looked
15  at it to understand the general terms, I propose
16  that I ask my question.
17    A    Okay.
18    Q    Can you tell us what the two documents are
19  that make up Exhibit 8?
20    A    I would say it's more related to
21  accounting, Laboratorios Belmac invoicing Ethypharm,
22  Ethypharm France for the work done and for

Page 44

1  production, storing, packaging, putting technical
2  people at the disposal of Ethypharm such as Dr.
3  Mateo Gasca. This name I remember very well, a
4  worker for production. So business as usual.
5    Q    I notice that a Mr. Igonet has signed with
6  regard to Ethypharm. Who is Mr. Igonet?
7    A    That was he was the chief financial
8  officer of Ethypharm.
9    Q    Ethypharm France?
10    A    Group, yes.
11    Q    And there was a signature -- there's a
12  signature by Dr. De Basilio, and he was general
13  manager of Ethypharm Spain; correct?
14    A    Uh-huh.
15    Q    Yes?
16    A    Correct.
17    Q    And then Mr. Perez De Ayala signed for
18  Laboratorios Belmac; correct?
19    A    Yes. You see the ambiguity, Ethypharm,
20  Ethypharm.
21    Q    Is there any reference in this document to
22  Belmac Corporation, that is the U.S. corporation

Page 45

1  which later became Bentley?
2    A    There is no reference to the U.S.
3  corporation.
4        MR. STEWART: Thank you. Let's turn to a
5  fax dated March 15, 1995 from Mr. Javier Santos.
6  This will be fax cover sheet and following document,
7  Exhibit 9.
8        (Debregeas Exhibit 9 identified.)
9        (Witness reviewed the document.)
10        BY MR. STEWART:
11    Q    Mr. Debregeas, are you familiar with the
12  two documents that are attached to the fax from Mr.
13  Javier Santos?
14    A    That reminds me of something, and that
15  reminds me that this is a new period in the
16  relationship between Belmac Bentley, Belmac
17  Laboratorios, Ethypharm S.A., Ethypharm Spain.
18  Probably the time when Mr. Perez De Ayala had left
19  the group and at the time when I had -- I've had --
20  I don't know. It's one year, more or less, the
21  first contact with Jim Murphy.
22        And I told you before, I was extremely

12 (Pages 42 to 45)

JT-A-335

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 46

1  happy to have somebody in front of me who was the
2  real boss of the group, who was based in the U.S.,
3  representing the corporation. Although I think it
4  was a very small corporation at that time, but size
5  means -- doesn't mean always power. And this way we
6  were, I would say, equally competent to treat and
7  solve the problems.
8      Mr. Jim Murphy was a PhD, was business
9  education. Well, I'm not going to tell you same as
10 I did. Myself, undergrad was in pharmacy. I have
11 an MS in pharmacy from the University of Paris. I
12 got an MBA from the Walton School, University of
13 Pennsylvania. Mr. Murphy is an experienced
14 scientist and businessman, so I must say that I was
15 very happy to see him arriving and we had frequent
16 contacts.
17     Q   Is it fair to say that you were glad to be
18 dealing with him rather than with Dr. Ayala?
19     A   Rather than Mr. Perez De Ayala, yes, of
20 course.
21     Q   And is it fair to say that in general, you
22 would prefer to deal with Mr. Murphy, than, for

Page 47

1  example, Mr. Azpeitia?
2      A   Well, I said we were both, Mr. Murphy and
3  myself, in charge of taking decisions in charge of
4  influencing strategy, in charge of putting the
5  strategy in operation. The other gentleman were
6  working at their level.
7      Q   And so is it fair to say that you
8  preferred dealing with Mr. Murphy than Mr. Azpeitia?
9      A   In fact, I had no choice. Mr. Murphy was
10 my -- how do you say that in English? Mr. Murphy
11 was my equal.
12     Q   And you did not consider Mr. Azpeitia to
13 be your equal; is that right?
14     A   We are not talking about clubs. We are
15 talking about business organization.
16     Q   I understand.
17     A   I had somebody I could talk to, I could
18 rely upon. I knew that he was in power to take the
19 decision. He was representing the board of
20 directors of the U.S. corporation, owner of the
21 group. I was the same, and the other people, let's
22 say, had people equivalent. You put a CA 4 in front

Page 48

1  of a CA 4 and technical director in front of
2  technical directors.
3      And this way, things will go smoothly,
4  keeping in mind that too, Ethypharm as well as
5  Belmac Corporation, are, in fact, small
6  corporations, even if Ethypharm was bigger than
7  Belmac. It's not Eli Lilly, it's not Pfizer, it's
8  not Glaxo. So we have small organizations, so it
9  has to be extremely efficient, otherwise it doesn't
10 survive.
11     Q   Who was Javier Santos?
12     A   I think one of the lawyers working for
13 Cremades e Asociados, Abogados. That means lawyer
14 in Madrid.
15     Q   And can we agree that there were, attached
16 to Mr. Santos's fax, I guess it was a fax, is a
17 memorandum of understanding and a manufacturing
18 agreement?
19     A   Yes. I did not read it here. I think
20 I've seen it in the past, but I did not have time
21 here, today to, in this room, to read it. But it's
22 what it says.

Page 49

1      Q   All right. Well, I'm going to ask you a
2  couple of questions regarding the document, not with
3  regard to specific terms except in the -- except in
4  the first preamble. If you need time to look at it,
5  just let me know.
6      First question is, did you have
7  discussions with Mr. Murphy with respect to those
8  two documents?
9      A   Of course.
10     Q   And were those discussions in person or by
11 telephone?
12     A   Probably both. Mr. Murphy was based in
13 the U.S., and I was based in France. We met
14 sometimes in France. We met in Spain too.
15     Q   Did you ever meet in the U.S.?
16     A   I think I met him in the U.S., but I don't
17 think I went to Tampa, Florida.
18     Q   Where in the U.S. did you meet him?
19     A   I usually went to the east coast, so that
20 means Boston, New York, Philadelphia, Washington.
21     Q   Do you have a specific memory of meeting
22 Mr. Murphy in the United States?

13 (Pages 46 to 49)

JT-A-336

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 50

1  A  I met him in the U.S. for sure. How many
2  times, I don't know. Where or where was it I don't
3  know, but I met him in the U.S.
4  Q  And the -- if you would, refer to the
5  memorandum of understanding, please. And under a --
6  the first line on that memorandum of understanding,
7  and it has -- it's -- the page number on the right
8  bottom is EP 009033. Do you see that? You're
9  shaking your head. Yes? You need to say yes or no.
10  A  Oh, I see. Sorry, yes, yes, I see that.
11  Sorry.
12  Q  And the parties to the -- who were the
13  parties to the agreement, to the draft, that is,
14  this draft agreement under the memorandum of
15  understanding?
16  A  According to me, we have Laboratorios
17  Belmac and we have Belmac Corporation. We have
18  Ethypharm S.A. Spain and we have Ethypharm S.A.
19  France.
20  Q  Let me read to you the first paragraph.
21  Mr. James R. Murphy, on behalf and in representation
22  of Laboratorios Belmac S.A., herein after referred

Page 51

1  to as Belmac.
2      Let me stop you there. Do you need the
3  translator to translate that for you?
4  A  No.
5  Q  I'll continue. "With corporate domicile
6  at Paseo de la Castalana, 14928046 Madrid; he uses
7  the faculties and powers granted to him as executive
8  director of Belmac."
9      Have I read that correctly?
10  A  Yes, sir.
11  Q  Where does it say Belmac Corporation or
12  Belmac or U.S. Belmac corporation USA?
13  A  Simple for me. Laboratorios Belmac, was
14  he the president of Laboratorios Belmac?
15  Q  Is that your understanding?
16  A  No, no, I'm asking the question. Maybe I
17  should not be asking the question. You are the one
18  asking the question.
19      For me, there are really two entities,
20  James Murphy representing Laboratorios Belmac is, at
21  that time, the president of Laboratorios Belmac. He
22  has full power, the faculties and powers granted to

Page 52

1  him as executive director of Belmac. That means
2  that he is president and CEO of Belmac Corporation.
3      And I think it's perfectly balanced in the
4  sense that I'm at S.A. Spain and I'm at S.A. France.
5  So we are both with two hats. That means that we
6  are both responsible people in charge of our
7  respective group. I may be wrong in my
8  interpretation, but that's how I interpret it.
9  Q  That's how you interpret it?
10  A  Absolutely.
11  Q  Was this document ever signed, to your
12  knowledge?
13  A  I assume that if it had been signed, we
14  would have it and he would have showed me the signed
15  parts.
16  Q  You are correct.
17  A  But the spirit is here.
18  Q  I'm sorry?
19  A  The spirit is here, l'esprit le concept de
20  la.
21  Q  To your knowledge, was this document ever
22  signed?

Page 53

1  A  I'm unable to tell you.
2  Q  Let's go back to the language, just so
3  that we're clear on this. On the second paragraph
4  where your name is mentioned --
5      MR. BOSTWICK: Before we go on, I'm sorry.
6  I think he said something in French that never got
7  translated. I think he said l'esprit le concept de
8  la. Is that --
9      THE INTERPRETER: The spirit and the
10  concept is here, as exists in this document.
11      MR. BOSTWICK: You went on right directly
12  with the question without giving it an opportunity.
13      MR. STEWART: I think it's because I
14  understood it.
15      (Laughter.)
16      MR. BOSTWICK: Exactly. There are a few
17  things that we both understand in French.
18      MR. STEWART: Sorry.
19      (Discussion off the record.)
20      BY MR. STEWART:
21  Q  Hopefully briefly, turn to the second
22  paragraph under the phrase gather together where it

14 (Pages 50 to 53)

JT-A-337

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 54

1   says Mr. Patrice Debregeas. And it continues, "on
2   behalf and in representation of Ethypharm S.A.
3   (hereinafter referred to as 'Ethypharm')."
4        Do you need the translator to translate
5   that, sir?
6        A   No, no. No, no. Sorry.
7        Q   "With corporate domicile at Marques de la
8   Encinada 1628004 Madrid."
9        And my question to you with -- stopping
10  there, do you understand the phrase up to this point
11  to be referring to Ethypharm Spain?
12       A   Of course.
13       Q   And then it continues, "And in
14  representation of Ethypharm S.A., hereinafter
15  referred to as Ethypharm France, with corporate
16  domicile at 21 Rousan Matu Houdan, 78550 France."
17       You understand that phrase to mean
18  Ethypharm France; correct?
19       A   Yes, sir.
20       Q   And would you agree with me, sir, that
21  there is no equivalent phrase identifying Belmac
22  Corporation of Tampa, Florida?

Page 55

1        A   May I ask you who paid the fees of the
2   lawyer? I assume it's Ethypharm that paid the fees
3   of the lawyer. I assume that the lawyer was working
4   for Ethypharm.
5        That's why he was having all the proper
6   information and addresses of Ethypharm and group and
7   subsidiary and that he was not having the total
8   information concerning Belmac, and this document is
9   not a final document so it has to be reviewed by us
10  or reviewed by the responsible person of Belmac.
11  And then the final document would have to be signed.
12       So I think that we are here in what we
13  call a draft.
14       Q   There's no question we're in a draft, but
15  you would agree with me that there's no specific
16  reference to Belmac Corporation of the U.S. in that
17  first paragraph?
18       A   I won't agree with you. I see what I see
19  here. This is a draft. It's an alternative
20  document. I agree with all the references
21  concerning Patrice Debregeas, Ethypharm S.A. France,
22  Ethypharm S.A. Spain. This concerning Belmac is

Page 56

1   insufficient. I fully agree with you, but we are
2   not talking about a final document.
3        If we were talking about a signed
4   document, I would see your point.
5        Q   All right, but it is insufficient because
6   it does not specifically, in your view, identify
7   Belmac Corporation of the U.S.; is that right?
8        A   For me it does.
9        Q   For you it does?
10       A   For me it does. But not of the same
11  precision as it does for me.
12       Q   As it does for Ethypharm?
13       A   For me it's more precise for Ethypharm
14  than it is for Belmac. I agree with you.
15       Q   We'll let it go at that. Let me turn,
16  then, to a fax cover sheet from Jim Murphy to you
17  dated 13 July 1995.
18       (Debregeas Exhibit 10 identified.)
19       BY MR. STEWART:
20       Q   Before we look at Exhibit 10, I have just
21  a few questions. In the July 1995 time frame, you
22  understood that Jim Murphy was both the CEO of

Page 57

1   Belmac Corporation that later became Bentley and
2   that he was the CEO president of Belmac,
3   Laboratorios Belmac?
4        MR. BOSTWICK: Object. That didn't sound
5   like a question. That was a statement.
6        BY MR. STEWART:
7        Q   Well, the question was, did you understand
8   that to be the case?
9        A   For me it was extremely clear that Jim
10  Murphy was president, chairman CEO of Belmac
11  Corporation in the U.S. and the mother company
12  that -- the company. Debregeas is a subsidiary in
13  Spain, but on one side you have a corporate entity
14  in the U.S. with maybe four or five employees, first
15  of all a director. You have in Spain 100 people.
16  Yet in Spain, he was the boss of the group, and I
17  explained to him I was the boss of the group, too.
18       So part of the force of Belmac was in
19  Spain, but Belmac is a U.S. company. It's really
20  one entity, one company for me.
21       Q   Let's focus for a moment on titles.
22       A   Yes.

15 (Pages 54 to 57)

JT-A-338

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 58

1    Q   Did you understand that Jim Murphy had the
2   title of executive director of Laboratorios Belmac?
3    A   According to me in Spain, executive
4   director was Murphy. I think that he was the
5   president of Spain. That means that he has the
6   power in Spain.
7    Q   Did you -- let's leave it at that. That
8   you understood Jim Murphy to have the power of the
9   president of Laboratorios Belmac?
10   A   And he had this power granted by the board
11  of directors in USA, authorizing that in USA, he is
12  the CEO of the group, yeah.
13   Q   And you understood, then, that he was the
14  chairman and CEO of Belmac Corporation, which later
15  became Bentley; correct?
16   A   Yes.
17   Q   Did Jim Murphy ever tell you that Belmac,
18  Laboratorios Belmac had the authority to bind Belmac
19  Corporation, which later became Bentley, to an
20  agreement?
21   A   For me, the chain of power is different.
22  It's not like from Spain to USA. It's coming from

Page 59

1   USA to Spain.
2    Q   But --
3    MR. BOSTWICK: I've been asked to make a
4   reference on the record. Mr. Grace has just entered
5   the room, and he is an attorney also for the
6   Plaintiffs. Pardon me.
7    MR. STEWART: May I have the witness's
8   answer back, please?
9    (The reporter read the record as
10  requested.)
11   BY MR. STEWART:
12   Q   Does that mean that, in your judgment, in
13  your belief, that Belmac, Laboratorios Belmac the
14  entity, did not have the authority to act for Belmac
15  Corporation, the U.S. corporation?
16   MR. BOSTWICK: Objection; vague.
17   THE WITNESS: Let me try to understand
18  your question more clearly. Spain could sign an
19  agreement without the okay from USA but binding USA.
20  Is that your question?
21   BY MR. STEWART:
22   Q   That's my question.

Page 60

1    A   I don't imagine that this could happen.
2   For me the power, the center of power is -- decision
3   is USA and Spain is -- I'm not going to say obeying,
4   but is putting in operation the decisions of USA.
5   For me it's perfectly clear.
6    Q   Take a look at Exhibit 10. And I'm going
7   to direct your attention to the agreement that is
8   attached to the fax cover sheet. And I'll represent
9   to you that, to my understanding, this is a draft --
10  this is another draft of an agreement between two
11  parties. I don't believe this was ever signed.
12   MR. BOSTWICK: And I'm going to object to
13  the reference to two parties.
14   BY MR. STEWART:
15   Q   Did you ever see this -- do you recall
16  seeing this document back in 1995?
17   A   My initials are here on the fax.
18   Q   I should have asked you that. What is the
19  writing there that follows?
20   A   "We are back to some initial
21  misunderstanding. We will have to rediscus."
22   Q   Let's take a look at the agreement and

Page 61

1   see -- the draft of the agreement and see if we can
2   understand what those misunderstandings are.
3    First, let me direct your attention to the
4   first page, which is -- has the number EP 009009.
5   All right?
6    A   Uh-huh.
7    Q   And you see that it says, "Ethypharm S.A.
8   with corporate domicile at Marques de la Encinada,
9   1628004 Madrid, Spain, hereinafter called Ethypharm,
10  represented by its president, Mr. Debregeas."
11   Have I read that correctly?
12   A   Yes.
13   Q   And can we agree that this is referring to
14  Ethypharm Spain; is that right?
15   A   Yes.
16   Q   And then at the bottom of the page it says
17  "Laboratorios Belmac S.A. with corporate domicile,
18  at" -- it looks like -- "Monterigone 9-1," and some
19  other numbers, "Madrid, Spain."
20   Can we agree that that is referring to
21  Laboratorios Belmac, not Belmac Corporation?
22   A   Yes. And can we agree that, once more,

16 (Pages 58 to 61)

JT-A-339

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 62

1   this is a document which is not a final document
2   which is not signed, so we addressed on drafts the
3   discussion materials? I think it's a very important
4   point that there are so many of these drafts and
5   discussion materials.
6        Q.   You certainly can. Let's go back to your
7   comment. We are back to --
8        A.   Slow down just one second, please. I'm
9   unplugged. It's good that it's not a cardiac
10  monitor or I would be dead.
11       (Laughter.)
12       Q.   Can we continue?
13       A.   Yes, sir.
14       Q.   I believe that you translated your writing
15  on the first page of Exhibit 10 to include the
16  phrase, in substance, "We are back to initial
17  misunderstandings." And what was the rest of it?
18       A.   "We will have to rediscuss."
19       Q.   Looking at this draft that Mr. Murphy
20  returned to you, what -- can you tell me what those
21  misunderstandings were?
22       A.   There's always been a complex relationship

Page 63

1   on one side, and very simple one on the other side
2   in the sense that, for a long period of time, the
3   validity of our know-how was not put in question.
4   The other shape of our know-how, the quality of
5   training, the -- all the documents, everything,
6   business was good. So everything was okay until a
7   certain time.
8        But, you know, Europe is an old continent.
9   We have about 15 or 18 different languages, 15 or 18
10  different cultures, so it's always complex. See,
11  for example, clause 1, object.
12       Q.   Which page is that?
13       A.   9010. I see that because we've got
14  Ethypharm, and I see it's corrected. It's written
15  Belmac. So that means it's really a working
16  document.
17       Q.   Sure.
18       A.   This is not my handwriting.
19       Q.   Do you know whose handwriting it is?
20       A.   No, no, not at all.
21       Q.   With respect to the answer you gave a
22  moment ago, you mentioned that there were -- that

Page 64

1   there are certain things that were not in dispute,
2   ownership of technology, quality of training being
3   two that I wrote down.
4        But I was asking you, what were the
5   misunderstandings that you were referring to in your
6   note on the first page?
7        A.   There are 14 clauses, 15, 16, 17.
8   Apparently some of them have been written off. Once
9   more, we are on the working document, on a draft.
10  We could go and look at everything, but I am not so
11  sure that it's really worth it. I think we could
12  look at the final document to see what was the
13  agreement finally and the final document takes about
14  10 years to be completed.
15       Q.   Well, you're right, I don't want to go
16  through all of these differences. Can you tell me
17  whether there were any major disagreements in
18  concept with respect to the relationship between
19  Ethypharm and Laboratorios Belmac, or as I take it,
20  you would say Laboratorios Belmac and Belmac
21  Corporation?
22       A.   Well, during this several number of years,

Page 65

1   there were no misunderstandings, just business as
2   usual, so one day one said I would like these, the
3   other one said no, not now. We will get it later,
4   but nothing.
5        I would say that we had, later on, some
6   disagreements. We were quite unhappy. And I must
7   say that each time Jim Murphy did what he could to
8   solve the problem up to a certain time.
9        Q.   All right. Well, before we leave this
10  document, can we agree that this -- that the subject
11  of this draft agreement involved the manufacture of
12  Ethypharm pharmaceutical products by Laboratorios
13  Belmac in Spain?
14       A.   Yes.
15       Q.   And can we agree that there does not
16  appear, on the draft of this agreement, any
17  reference to Belmac Corporation, the U.S. Belmac
18  corporation?
19       MR. BOSTWICK: I'm going to object. The
20  document speaks for itself, and I don't think you've
21  had him go through each line, nor do I think that
22  you want him to. But that's your preference or

17 (Pages 62 to 65)

JT-A-340