Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 66

1  choice.
2       MR. STEWART: Objection is noted.
3       THE WITNESS: The fax is coming from
4  where? The fax is coming from where? Page 9008,
5  coming from USA, coming from Jim Murphy.
6       BY MR. STEWART:
7    Q   And from that you conclude what?
8    A   Well, I conclude that it's business as
9  usual at the time, you know.
10   Q   And what do you mean by that?
11   A   Well, you mentioned that there is no --
12  you say that there is no mention of Belmac
13  Corporation, no mention of Ethypharm S.A. France,
14  but I see that it's coming from USA, and it's
15  arriving where? In France. You've got my initials.
16      We are still in the same system.
17   Q   So is it fair to say that your
18  understanding -- that because this document
19  originated -- was signed by Jim Murphy -- and let's
20  assume -- I'm not sure, but let's assume was signed
21  by Jim Murphy in the United States. It came from
22  Jim Murphy in the United States, and it was received

Page 67

1  by you, we assume, in France, that from that you
2  understood that this was a document coming from
3  Belmac Corporation?
4    A   No.
5    Q   No?
6    A   Not necessarily, but the people involved
7  are, in fact, you see them on the first page on the
8  fax cover, that is, Jim Murphy and that is
9  Debregeas.
10   Q   But we agreed -- we already agreed,
11  haven't we, that Mr. Murphy has at least two hats,
12  one, president and chairman of Belmac Corporation,
13  and the other hat, president of Laboratorios Belmac
14  S.A.?
15      MR. BOSTWICK: Objection. I don't think
16  that -- to the characterization of the testimony.
17      BY MR. STEWART:
18   Q   Well, the witness has my question.
19   A   I think we already mentioned that a
20  certain number of times. Jim Murphy is the boss,
21  he's the one managing the group. I am the boss, I
22  am the one managing the group. For unrespecage

Page 68

1  reasons, we must have an entity, a legal entity in
2  the territory of Spain with a responsible person,
3  responsible vis-a-vis the Spanish authorities.
4       So Jim is the president of the Spanish
5  subsidiary. I am the president of the Spanish
6  subsidiary. But the two bosses are the ones who do
7  the job at the level, Jim from USA, me from Paris.
8  I don't think that Jim has an address in Madrid. He
9  doesn't have an apartment. He doesn't live there.
10  His wife and children, if he has, don't live there.
11      I live in Paris. I have no personal
12  address in Spain. My wife, my children and now my
13  grandchildren, all live nearby me.
14      So we do our job of CEOs and from -- well,
15  he does it from USA, even if he comes often to Spain
16  and he comes to France. I do it from France even if
17  I go to USA from time to time, and if I go to Spain
18  from time to time.
19      But for me, there is absolutely no
20  ambiguity.
21   Q   Is it your belief and was it your
22  understanding that Jim Murphy's position as

Page 69

1  president of the subsidiary and president of the
2  parent was the same as yours, president of the
3  subsidiary, president of the parent?
4    A   Yes, and I must say that before the
5  arrival of Jim Murphy in the -- in this whole
6  concept, I had Mr. Perez De Ayala. And when Jim
7  arrived, he explained to me that he was the boss,
8  that he was going to apply the strategy of the
9  group, that he was coming to Spain for that and
10  somewhat, he mollified the organization in Spain.
11      I think that Mr. Perez De Ayala was
12  permitted to go back home and Jim, really, to cover
13  the business from USA. And three, four, five years
14  ago, I think that 98, 99 percent of the revenues of
15  Belmac, which became Bentley, 98 percent were from
16  Spain.
17      So -- am I clear enough?
18   Q   Well, you answered my question that you
19  considered Mr. Murphy's position as president of
20  subsidiary and president of the parent to be
21  equivalent to your position as president of
22  Ethypharm Spain and president of Ethypharm; is that

18 (Pages 66 to 69)

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 70

1  correct?
2      A   Yes.
3      Q   Let's turn to another document. That is
4  the confidentiality agreement.
5      Actually, before going on to the next
6  document. In your discussions with Mr. Murphy, did
7  he ever tell you that there were officers of
8  Laboratorios Belmac who had the authority to act for
9  the parent corporation, Belmac Corporation or
10 Bentley as it later was known?
11     A   No, no, and that was perfectly clear for
12 me. He was the one in charge. He was the boss.
13     Q   Okay. Did you meet, personally, any
14 officer of Bentley other than Jim Murphy?
15     A   I don't have any souvenir. I'm sorry.
16 Reminiscence.
17     Q   Recollection or reminiscence?
18     A   No, I don't have any recollection,
19 although I should because there were so few people
20 that I should remember them. But did I meet the
21 CFO? Maybe, I'm not sure.
22     Q   Do you remember his name?

Page 71

1      A   I'm not sure. Probably my -- some of my
2  people met him because there were discussions,
3  financial discussions, but myself, I don't have any
4  clear souvenir, it doesn't mean that I don't mean
5  they didn't meet them, but I have no recollection --
6  sorry, I said souvenir once more.
7      Q   Did any of the people -- do you have any
8  recollection of anyone who was an employee of
9  Bentley ever telling you that any officer of
10 Laboratorios Belmac had the authority to act for the
11 parent company Bentley?
12     MR. BOSTWICK: Can we clarify that's not
13 referring to Mr. Murphy himself?
14     BY MR. STEWART:
15     Q   Yes, that's correct, other than Mr.
16 Murphy?
17     MR. BOSTWICK: Thank you.
18     THE WITNESS: I had a doubt one day. That
19 was, I think, in 1999. There was an interview of
20 Mr. Gonzalez in Spanish newspapers where Mr.
21 Gonzalez explained himself. All the newsmen said
22 that Belmac had developed a pelletization technique,

Page 72

1  was doing this and that.
2      I said, my god, this is totally wrong,
3  misleading, unfair, dishonest. So what did I do? I
4  wrote him a letter and had him on the phone. And I
5  must say that Jim was very sorry about that, confirm
6  in written that there was no ambiguity, our
7  know-how, our machinery, our technologies were ours.
8  And he was very sorry for that. And I don't know if
9  it's a consequence or if it's another reason, but we
10 never saw again Mr. Gonzalez in Belmac in Spain.
11     So is that an answer to your question?
12 Not precisely, but in the facts, people not
13 representing the strategy of the company of the
14 group of Belmac taking unfairly the business
15 partner, the reaction of Jim was not saying oh, I'm
16 sorry. He was permitted all the time. No, he was
17 not permitted, nobody's permitted to go against the
18 agreement, to go against the strategy of Bentley and
19 I think he took, maybe, the decision of stopping the
20 activity of Mr. Gonzalez.
21     So for me there was really one boss. I
22 think there was the other examples. I see that you

Page 73

1  have big boxes of documents. We probably have
2  proclivity to represize that.
3      Q   Well, we don't have to -- let's not worry
4  about those big boxes, those have --
5      A   I'm afraid of nothing.
6      Q   That's all for intimidation.
7      A   Yes.
8      Q   It doesn't bear any resemblance of what we
9  have to discuss here.
10     Just to make sure that I understand it,
11 that at no time did any person, at least in your
12 view, did any person, with the exception of Jim
13 Murphy -- let me withdraw that.
14     Excluding Jim Murphy from my question, was
15 there any employee or officer that you understood to
16 have been an employee or officer of Laboratorios
17 Belmac whoever told you in substance -- I don't know
18 if concretement is exactly what I would say. In
19 substance. In terms, not specifically, but in
20 terms, that they and Laboratorios Belmac had
21 authority to act for Bentley?
22     MR. BOSTWICK: I'm going to object to the

19 (Pages 70 to 73)

JT-A-342

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 74

1  form of the question.
2        THE WITNESS: Just an anecdote. I think
3  it was in 2001 or 2002 --
4        BY MR. STEWART:
5     Q   That is an answer to my question?
6     A   I have Mr. Irregeron in the office in the
7  committee room in Saint-Cloud, I remember explaining
8  to him that the situation was totally unfair and
9  that we might consider suing, in the U.S., for this
10  behavior. And immediately, Mr. Herrera asked for
11  the permission to place a phone call.
12        We left him in the room and he called Jim
13  Murphy, so that means the only boss has always been
14  Jim Murphy.
15     Q   Is it fair to say that if Mr. Herrera said
16  to you that he had authority to act for Bentley, you
17  would still want to check with Jim Murphy?
18     A   Most likely, yes.
19        MR. BOSTWICK: Craig, we're about an hour
20  and a half or so into it. Is a ten-minute break
21  good for you?
22        MR. STEWART: This is a good spot. I'm

Page 75

1  going to go onto the next exhibit.
2        MR. BOSTWICK: Just ten minutes? Is that
3  okay with you?
4        THE WITNESS: Yes, that's fine.
5        MR. BOSTWICK: Okay. Off the record.
6        THE VIDEOGRAPHER: The time is 15:49:49.
7  Off the record.
8        (Recess.)
9        THE VIDEOGRAPHER: This ends tape 2 of the
10  Debregeas deposition. The time is 16:08:46. Off
11  the record.
12        (Recess.)
13        THE VIDEOGRAPHER: On the record with tape
14  number 3 of the testimony of Mr. Patrice Debregeas
15  in the matter of Ethypharm versus Bentley. The date
16  is July 10, 2006. The time is 16:14:48.
17        BY MR. STEWART:
18     Q   Mr. Debregeas, I'm going to ask you some
19  questions which are intended to apply to a fairly
20  substantial time period. And, really, from 1991
21  right through the end of -- well, right through the
22  end of 2002. And in answering these questions, feel

Page 76

1  free to -- if it helps you, to break the time period
2  up into different segments, if that's more
3  convenient.
4        So the first question is, would you tell
5  me, please, the people at Rimafar and then
6  Laboratorios Belmac that you had communications with
7  regarding the technology that was used to
8  manufacture omeprazole or lansoprazole or other
9  pharmaceutical products?
10        MR. BOSTWICK: Can we clarify whether the
11  "you" in the sentence is him personally or Ethypharm
12  generally?
13        BY MR. STEWART:
14     Q   I'm going to start with Mr. Debregeas
15  personally, and then I will ask him to talk about
16  others that, to his knowledge, had such
17  communication.
18     A   Quite a few people I remember. Perez De
19  Ayala until approximately '94. I remember I met Mr.
20  Monterde, who was the plant manager.
21     Q   Can I interrupt you just a moment on Mr.
22  Monterde when he was an employee of Rimafar before

Page 77

1  he -- before it became -- before Rimafar became Lab.
2  Belmac?
3     A   I will say I don't remember that. I met
4  Mr. Monterde I think twice, maybe three times in the
5  plant in Zaragoza. I think he was the responsible
6  pharmacist, technical director. I think he was,
7  having all the pharmaceutical responsibility.
8        Another person I remember is the young
9  PharmD who was the one who received the technology
10  transfer from Ethypharm. I remember him not from
11  visits -- from my visits in Zaragoza, but I remember
12  him because he became to France. It's Mr. Mateo
13  Gasca. I remember he was a young PharmD just fresh
14  from graduate school, and he was working with my
15  technician, the guy I trusted most, Mr. Barnabe.
16  Mr. Barnabe is an employee -- was an employee in
17  France, who was Spanish by origin. I met Mr.
18  Gonzalez, too.
19     Q   This is in connection with the technology?
20     A   Yes. Who else?
21     Q   On how many occasions did you meet Mr.
22  Gonzalez?

20 (Pages 74 to 77)

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 78

1    A   Not many, not many.
2    Q   By the way, when we refer to Mr. Gonzalez,
3  do you recognize his name to be Clemente Gonzalez
4  Azpeitia?
5    A   Clemente Gonzalez.
6    Q   Okay.
7    A   You know, I've met so many people in my
8  professional life. Sometimes I went to meetings.
9  This one I know. This one I know. This one I know.
10 I wasn't able to put a name on them. I had stacks
11 of business cards.
12   Q   When you say the young PharmD, do you mean
13 by that doctor in pharmacy?
14   A   Yes.
15   Q   And while, by agreement, we have -- we are
16 not going to get into the details of the precise
17 nature of the technology, is the technology that you
18 had dealings with with regard to these people, do
19 you regard that as confidential?
20   A   Let's say that the basics of this
21 technology are well known, are described in the
22 pharmacy books, but there are certain aspects which

Page 79

1  are extremely confidential. And two, the technology
2  is not only how to make the product, but it's how to
3  make the product so that it becomes a pharmaceutical
4  products, which would be utilized for human
5  medicine. It's a whole set of operating
6  procedures --
7    Q   Of?
8    A   Operating.
9    Q   Operating?
10   A   Operating procedures, documentation, QC,
11 quality control, quality assurance, it's to all the
12 files which are submitted to the authorities.
13   Q   All the files?
14   A   Files. All the documentation submitted to
15 the authorities, including works done on the healthy
16 volunteers, works done on sick patients, and all
17 this leads to the granting of marketing approval by
18 the different local authorities.
19      I have said that our company has been able
20 to register its products in about 45, 47 countries,
21 including USA, including Japan, all over Europe and
22 for products, different pharmacological activities

Page 80

1  going from ulcer, cardiology, pain management. We
2  are one of the biggest companies in the world
3  processing narcotics. And to process narcotics,
4  there is a whole body of regulation, secrecy.
5       When you work with narcotics, you have to
6  protect the patients, but you have to protect your
7  employees most of all. The product is not worth a
8  lot, but you may lose your employees. And
9  Ethypharm, I think, although it's a small company,
10 is really one of the leaders in the world for this
11 job, for this work.
12   Q   A leader in manufacturing narcotics?
13   A   No, developing products up to the
14 marketing approval. Narcotics is an important part.
15 I have a group of -- I had a group of -- well, I
16 still have, as a shareholder, a group of extremely
17 competent people, very devoted to the people. The
18 company is almost 30 years old now.
19   Q   Who are the people at Ethypharm who you --
20 who you have in mind when you say that you have a
21 group of people who are knowledgeable in this
22 technology?

Page 81

1    A   Well, I think that --
2       MR. BOSTWICK: Objection. Which
3  technology?
4       MR. STEWART: That he just referred to.
5       THE WITNESS: One of the most important is
6  Dr. Oury, Pascal Oury. I would say Mrs. Gavoille,
7  G-a-v-o-i-l-l-e.
8       BY MR. STEWART:
9    Q   First name?
10   A   Marcelle.
11   Q   Mrs. Marcelle?
12   A   Mrs. Marcelle Gavoille. I would say Dr.
13 Helen Carpentier, C-a-r-p-e-n-t-i-e-r, Dr. Francois
14 Vauzelle, V-a-u-z-e-l-l-e.
15   Q   V-a-u-l-l --
16   A   V-a-u-z-e-l-l-e. We had Mr. Eve Liorzou,
17 L-i-o-r-z-o-u. I had a few more.
18   Q   Do you remember their names?
19   A   Let's see. In 2002, we were having
20 about -- not far from 1000 people.
21   Q   1000 people in France or --
22   A   Worldwide.

21 (Pages 78 to 81)

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 82

1  Q  Worldwide.
2  A  Right now I think that we are in the range
3  of 850, 900 people. I had to do a massive layoff of
4  people. I decided that in 2003, and I was permitted
5  to do it in 2004, 135 people fired at the cost of
6  the two shareholders of 7 million Euro. We paid
7  from our pocket.
8  Q  700 million?
9  A  7 million. We paid from our pocket for
10  that. It's not the company that paid for that. We
11  had lost some income from some European operations.
12  We may come back to that later. Another day,
13  another day.
14  Q  Another day we will come back to that.
15  A  Do you want me to give you the
16  qualification of the different people I mentioned,
17  the other people who were involved in the tech
18  transfer between Ethypharm and Belmac?
19  Q  If you could, briefly, starting with
20  Pascal Oury.
21  A  Development and production.
22  Q  And to your knowledge, who would Pascal

Page 83

1  Oury have discussed technology with at Laboratorios
2  Belmac?
3  A  Mr. Monterde and the technical people in
4  Zaragoza.
5  Q  Those would be Gasca?
6  A  Yes.
7  Q  And who else?
8  A  I don't know, sorry.
9  Q  And Mrs. Marcelle, is that
10  M-a-r-c-e-l-l-e or --
11  A  Right, Marcelle.
12  Q  Marcelle Gavoille?
13  A  Quality assurance.
14  Q  And who would she have talked to?
15  A  Her counterpart, that means most of the
16  people at the plant because quality is not made only
17  by one department. It's a complete concept.
18  Q  Did you ever -- have you heard the name
19  Capodovia, Oracensio?
20  A  Yes, I heard these names.
21  Q  Did you ever speak to Mr. Capodovia or Mr.
22  Oracensio?

Page 84

1  A  Probably.
2  Q  Do you know what positions they held at
3  Belmac?
4  A  Not precisely, not precisely. Probably
5  one of them was equivalent to Mateo Gasca or --
6  maybe you know, maybe you don't.
7  Q  I'm not entirely clear. In any event,
8  your -- you believe that Mrs. Gavoille would have
9  spoken to her counterpart in quality assurance?
10  A  And probably generated the hiring of her
11  counterpart. When we started working with Rimafar,
12  it was a very simple organization. Few people --
13  very few productions. And this last 15 years was a
14  period when manufacturing, development and
15  manufacturing of pharmaceutical products was
16  considerably improved.
17  The U.S. have the leading these
18  improvements and the local authorities following at
19  different levels. I must say that right now, all
20  over Europe, the same level and the difference
21  between the FDA and the European, the EMEA, which is
22  the equivalent of the FDA, very close to each other.

Page 85

1  Q  Moving on to Dr. Helen Carpentier?
2  A  She's the director, the head of regulatory
3  affairs. Her department is directing all the
4  information, preparing the files for submission to
5  the authorities.
6  Q  And who would she have talked to at Lab.
7  Belmac?
8  A  I'm tempted to say to her counterpart, but
9  I think that there was no counterpart initially, and
10  so she managed to collect information and had the
11  information collected probably with the help of Dr.
12  Adolfo De Basilio who was competent in that.
13  Q  And Dr. Francois Vauzelle?
14  A  Medical director.
15  Q  And who would he have -- would you have
16  expected him to have communication with at Lab.
17  Belmac?
18  A  Very few people.
19  Q  Any name come to mind?
20  A  No. But I must say that Jim Murphy is
21  someone that could apprehend the technicality of our
22  people, of the Ethypharm people who weren't there.

22 (Pages 82 to 85)

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 86

1   That was something fantastic for us. We knew we had
2   somebody in front of us, probably it was not as good
3   as all these individuals in their domain that was
4   able to understand everything and to make the links
5   between the different --
6       Q   We'll get back to Jim Murphy in just a
7   moment. Let's go on to Eve Liorzou?
8       A   Eve Liorzou, commercial director. So
9   considering that we had Adolfo De Basilio in Spain,
10  Eve Liorzou was not as involved in Spain as he was
11  involved in other countries such as Brazil or the
12  rest of Europe, but he was involved.
13      Q   And who would Eve Liorzou communicate with
14  at Lab. Belmac?
15      A   You know, Belmac was essentially a
16  contract manufacturing company so they were not
17  supposed to help us find clients.
18      Q   So can you -- is there any name of a
19  person at Lab. Belmac that you believe Mr. Liorzou
20  would have had regular -- would have had
21  communications with regarding matters that you
22  considered great secrets or confidential

Page 87

1   information?
2       A   Like I said, the secret information was
3   coming from us.
4       Q   Right.
5       A   I don't think he had that many contacts
6   with the people -- well, probably went there and Eve
7   Liorzou has spent several years in Brazil. He has
8   been in charge of our operations in Brazil for
9   several years. He was not speaking Spanish, but he
10  was speaking Portuguese, and I think he was able to
11  speak what we call in France Portanule, halfway
12  between Spanish and Portuguese.
13      Q   I'm not asking you -- understand, I'm not
14  asking you to speculate. If you have a memory of
15  people that Eve Liorzou spoke with, I would like
16  your best memory.
17      A   No, I'm sorry, I have no specific memory.
18      Q   Now --
19      A   The other thing I would add is that all of
20  these people have been with the company for a
21  minimum of ten years, maybe 15, some of them 20, 25
22  years, so they're all excellent professionals.

Page 88

1       Q   Did you ever communicate with Adolfo
2   Herrera regarding -- you personally, regarding
3   technology or other matters that you considered to
4   be trade secrets?
5       A   Yes.
6       Q   Would you -- what is the nature of the
7   trade secret or technology that you had such
8   communications with?
9       A   Keep in mind that I was a Plaintiff in
10  this lawsuit, so I had some argument with them, few,
11  but clear.
12      Q   Please.
13      A   Well, it's all the subject here, you know.
14  I think that we were -- our technology was taken.
15      Q   My question is directed to that
16  technology -- let me withdraw that.
17          My question is directed to communications
18  that you personally had with Adolfo Herrera
19  regarding technology that you considered to be trade
20  secrets. Did you have any such communications
21  personally with Adolfo Herrera?
22      A   I think I had.

Page 89

1       Q   And can you describe to me the nature of
2   the technology that was -- that you believe to be
3   trade secrets in those communications?
4           MR. BOSTWICK: I'm going to object to
5   that. I thought that that was just the definition,
6   the attempt to define specifically the trade secrets
7   was what we were going to stay away from at this
8   phase.
9           MR. STEWART: I'm not looking -- true, but
10  there's a fine line between a -- sort of the next
11  level down from simply something floating out there
12  which is defined as a trade secret to something
13  which is a trade secret concerning manufacturing, a
14  trade secret concerning formulation, a trade secret
15  concerning some other category. I'm looking for
16  some -- if this witness can provide it, some --
17  something with a little more definition than simply
18  yes, there were.
19          I'm not -- as I've explained before in our
20  conversations, it's not my intention to drill down,
21  but just so that I can focus on this, so that I can
22  have some sense as to the -- as to the -- well, as

23 (Pages 86 to 89)

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 90

1  to what was received so that I can then proceed with
2  my questions pertaining to authority and so forth.
3      MR. BOSTWICK: We've been specific in our
4  responses about micropellet technology, and, you
5  know, to the extent that you want to ask him about,
6  you know, micropellet technology and the customer
7  lists or manufacturing protocols or what have you,
8  but I thought it was a communications you were going
9  to ask for, not the definitions.
10      MR. STEWART: That's true. I'll take that
11  suggestion.
12      BY MR. STEWART:
13  Q  Did you have --
14      THE WITNESS: I'm getting a bit excited,
15  so I want this young lady to translate. I want to
16  be sure, though, what you're -- I want to make sure
17  that your question is perfectly understood by you so
18  that you can forward it to me.
19      BY MR. STEWART:
20  Q  Did you have communications with Mr.
21  Herrera regarding micropellet technology?
22  A  The big question is what is the definition

Page 91

1  of the technology? I think I explained already that
2  it does not concern simply the fact of putting
3  product in a coating pile and making coals. It's
4  all the quality assurance procedures, the quality
5  control, the files, the stability stories. It's
6  complete set. It's not simply compounding the
7  product. So it's much wider than what could be
8  understood as being the technology. It's really
9  what you would call, probably, trade secrets.
10      You see, for example, I have been
11  extremely upset when I saw in November, I think it
12  was November 2001 that Bentley was communicating
13  that they had filed several patents concerning the
14  products that were the activity of Ethypharm, new
15  patents of omeprazole. When we looked at the
16  patents, we saw that they were just copies of our
17  patents.
18      When we obtained that the judge in
19  Zaragoza visit the plant of Bentley -- Belmac, I'm
20  sorry, but Bentley, you understand me.
21  Q  When you visited -- was the facility that
22  was run by Lab. Belmac in Zaragoza?

Page 92

1  A  Yes.
2  Q  Yes.
3  A  When a judge was designated by the court
4  in Zaragoza to inspect the work done by Laboratorios
5  Belmac in its facility and see if it was different
6  from what we were doing, and when the judge and the
7  experts seizing products and fines, found that it
8  was exactly our technology, in that case, more
9  limited part. That means compounding QC, QA.
10      That struck me. I'm convinced that's
11  still the case. So that means that technology,
12  trade secrets, technology, trade secrets that we
13  brought to Belmac are real because two, three, four
14  years after the end of the agreement, I'm convinced
15  that Belmac is still working according to all our
16  information, technique, training, education, fines.
17  Which means it's a kind of way of explaining that
18  all what we communicated to Belmac was extremely
19  valuable.
20  Q  Tell me the people at Bentley
21  Pharmaceuticals, Inc., or its -- the -- its
22  predecessor name, Belmac Corporation in the U.S.,

Page 93

1  that you personally had contact with regarding
2  technology or trade secrets.
3  A  I would say essentially Jim Murphy. For
4  simplicity, too because --
5  Q  I'm sorry, who?
6  A  For simplicity because he understands. He
7  knows -- he already knew and understood everything.
8  Q  Any other person in addition to Mr.
9  Murphy?
10  A  Well, Perez De Ayala was not a technician.
11  Q  I'm talking now employees --
12  A  Of the headquarters.
13  Q  Of the headquarters of the parent company?
14  A  No.
15  Q  Murphy was the only one?
16  A  Yeah. I'm not even sure that I met the
17  CFO. I think I did, but you could show me 10
18  people, one of them being or not being him, I would
19  be unable to --
20  Q  But in any event, you don't have any
21  recollection?
22  A  No.

24 (Pages 90 to 93)

JT-A-347

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 94

1    Q   Of discussing technological issues or
2  other matters that you considered to be trade
3  secrets?
4    A   With all the people in --
5      MR. STEWART:  Yeah, with other people.
6      THE WITNESS:  No, no.  I must add that
7  I've always been working from 8:30 a.m. until 9 p.m.
8  every day.  We're a small company.  We set up that
9  the company was my partner Gerard Leduc in '77.  We
10 were joined almost immediately by my wife.  She's a
11 university graduate advanced in pharmacy.  She's a
12 pharmacologist.  She worked with us considerably.
13     She took over all the medical,
14 pharmacokinetic, all the scientific part of the
15 work.  She left the company in 2000 and we really
16 began -- remember that the shared capital and all
17 the money that we would invest at that time was
18 $4000 U.S. dollars.  We developed the company with a
19 lot of hard work, never took any money out of the
20 company.  We invested everything, and it's a
21 fantastic story.  Maybe not ending very well, but a
22 fantastic story.

Page 95

1      BY MR. STEWART:
2    Q   What is your wife's name?
3    A   Bernadette.
4    Q   Is she with the company now?
5    A   She left in 2000.  She gave me four
6  children.  And one of them is a PharmD.  The others
7  are lawyers.
8      (Laughter.)
9    Q   Well, congratulations as to some and my
10 commiserations with respect to the others.
11     Who at Laboratorios Belmac did you have
12 communications with regarding the financial
13 arrangements regarding the purchase of omeprazole?
14   A   I had no contact myself regarding the
15 financial part.  This was handled by Eric Igonet,
16 our CFO.  The acquisition effective ingredients,
17 omeprazole, which took place with company Uquifa in
18 Barcelona, U-q-u-i-f-a, which is a subsidiary of a
19 British company.  It's Holiday Holdings or something
20 like that.
21   Q   Of?
22   A   At one time it was the mother company.

Page 96

1  The British mother company was, I think, Holiday
2  Holdings.  But that was a significant purchase
3  because the -- initially we paid the active
4  ingredient $2000 per kilo.  Later the price
5  decreased slightly, but that was -- and I must say
6  that these discussions were handled by my partner,
7  Gerard Leduc.
8      Gerard Leduc is a chemical engineer, very
9  competent in chemistry.  He's a patent attorney too
10 because in the pharmaceutical industry, at least in
11 Europe, you always have to be extremely careful with
12 intellectual property patents, and omeprazole was a
13 very sensitive issue.
14   Q   Mr. Debregeas, would you describe the
15 financial arrangements between Laboratorios Belmac
16 and Ethypharm in the period from 1995 through March
17 of 2002.
18     MR. BOSTWICK:  Objection; vague.
19     THE WITNESS:  Well, the question is vague
20 and the situation was very complex.  In the sense
21 that Belmac was receiving the active ingredient from
22 us, Belmac, if I remember well, was buying the

Page 97

1  inactive ingredients, was doing the work.  We were
2  renting space at Belmac.  We were paying a fee for
3  the use of the employees.  It was very complex, but
4  extremely profitable for both companies.
5      BY MR. STEWART:
6    Q   Let me break that down.  Ethypharm, is
7  it -- so is it true that Ethypharm would provide
8  the -- I will use the term API?
9    A   Exactly.
10   Q   Would provide the API to Belmac; is that
11 right?
12   A   Yes.
13     MR. BOSTWICK:  Can we just define API,
14 just so we all have a shared understanding?
15     MR. STEWART:  Active pharmaceutical
16 ingredient.
17     MR. BOSTWICK:  Right, just for the record.
18     MR. STEWART:  Right.
19     BY MR. STEWART:
20   Q   Would Belmac pay anything to Ethypharm for
21 the API?
22   A   In the time it happened that Belmac had

25 (Pages 94 to 97)

JT-A-348

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 98

1  its own omeprazole product on the Spanish market.
2  So that means that Belmac would have purchased from
3  Ethypharm the capsules containing the work of
4  Ethypharm, the work of Belmac, the rental of the
5  facility, extremely complex. But quite logical, you
6  know. But it's a bit complex.
7       But that led to a very successful
8  marketing of omeprazole by Belmac, but Davur, and
9  probably a third trademark of Belmac. I think that
10  you must be having all this information. It's very
11  technical.
12     Q  Well, what I want to do is first
13  understand -- I think maybe the way to do this is
14  first to understand what work Belmac did and what
15  monies Belmac received from Ethypharm for that work.
16  Can we start with that?
17     A  So Belmac was essentially supplying to
18  Ethypharm work, production and QC, QA. And Belmac
19  was --
20     Q  And space?
21     A  Space.
22     Q  Okay.

Page 99

1     A  Probably buying the inactive ingredients,
2  too, but it was a small thing. Ethypharm was paying
3  for this contract manufacturing, was paying for the
4  space, the rental, paying for the inactive
5  ingredients, paying for the -- what was needed. And
6  that was leading to an amount of pesetas per
7  thousand capsules. Pesetas was the local currency
8  of Spain before the Euro.
9       THE INTERPRETER: P-e-s-e-t-a-s.
10      THE WITNESS: That was for the general
11  work. And then there was a resale of the product by
12  Ethypharm to Belmac for its own use, for the
13  Belmazol, for the omeprazole Davur -- and I think
14  there was a third one, maybe. I don't remember
15  exactly.
16      So it seems to be complex, but, in fact,
17  it was quite clear. And we agreed there were
18  discussions each year. Omeprazole was not the only
19  product produced at the Belmac facility. You had
20  lansoprazole, you had all the products that we
21  mentioned before, such as theophylline, vincamine.
22  I don't know if nitroglycerin was produced there. I

Page 100

1  don't think so finally.
2       It was envisioned but I don't think it was
3  long. There was also the nitrate, aspirin and a few
4  other products.
5       BY MR. STEWART:
6     Q  Okay. And the financial details of the
7  monies that Ethypharm paid to Belmac and the money
8  that Ethypharm received from Belmac, who were -- who
9  handled those details?
10     A  Adolfo De Basilio, under the
11  supervision -- under the supervision of Mr. Igonet,
12  I-g-o-n-e-t, the group CFO, group chief financial
13  officer.
14     Q  And who did Mr. De Basilio deal with at
15  Laboratorios Belmac?
16      MR. BOSTWICK: Objection; form.
17      THE WITNESS: I don't know.
18      BY MR. STEWART:
19     Q  I'm sorry?
20     A  I don't know.
21     Q  Did Mr. De Basilio deal with anyone at
22  Bentley Pharmaceuticals with respect to these

Page 101

1  financial arrangements?
2     A  I don't know. I think he probably
3  discussed with Jim Murphy -- but keep in mind, we're
4  in Spain with the VAT, the value-added tax, with the
5  complex system, system which became more and more, I
6  would say, simple with the years. But, you know,
7  all these European countries had big changes right
8  at that time.
9     Q  Let me ask you this question, though. You
10  mentioned that Adolfo De Basilio probably talked
11  with Jim Murphy. You don't know of your own
12  knowledge that he had talked with Jim Murphy, do
13  you?
14     A  Oh, no, I know he did.
15     Q  He did?
16     A  Oh, no, I know he did, yes.
17     Q  How do you know that?
18     A  Jim was quite often in Spain at the time,
19  and I think that I remember that Jim had esteem for
20  Adolfo.
21     Q  Is it your testimony that Jim Murphy
22  negotiated the financial terms between Laboratorios

26 (Pages 98 to 101)

JT-A-349

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 102

1  Belmac and Ethypharm?
2      A   Was he the only negotiator? I don't think
3  so. Finances are something extremely important.
4  The weight of Spain in the economy of the Belmac
5  group or Bentley is fantastic. So he was involved.
6      Q   How do you know he was involved?
7      A   You're the chairman --
8      Q   How do you know he was involved?
9          MR. BOSTWICK:  Objection. If he's going
10  to answer the question, you can't cut him off.
11         MR. STEWART:  I was trying to direct him
12  to the -- to how he knows, not --
13         MR. BOSTWICK:  That's --
14         MR. STEWART:  I apologize.
15         MR. BOSTWICK:  That proves the objection.
16         BY MR. STEWART:
17      Q   How do you know?
18      A   Well, we talked money with Jim Murphy too,
19  but, hey, you're in charge of a company. You're not
20  going to be concerned with what is the most
21  important in terms of moneymaking of your company,
22  even if you're a PHD, even if you're a lawyer.

Page 103

1  Money is what permits you to live, to have the
2  company, to live. And Jim, to my knowledge, is
3  somebody who is perfectly knowledgeable in terms of
4  finance.
5          Jim was quite often making roadshows in
6  the U.S. to raise money, so you don't raise money
7  just showing your face or explaining how bright your
8  company is. You have to give the financial. So he
9  was very competent. I think he still is very
10  competent in finance.
11     Q   Mr. Debregeas, I truly did not ask you for
12  your opinion on Jim Murphy's competence in financial
13  matters. But I know that Jim would appreciate you
14  kind words.
15         Let me try it this way. Did you ever
16  negotiate the terms of the price between
17  Laboratorios Belmac and Ethypharm regarding how much
18  Ethypharm would pay per 1000 capsules?
19     A   Did I negotiate myself? No. Was I
20  permanently informed about these conditions? Yes.
21     Q   Did you ever personally negotiate the
22  price that Ethypharm would charge Belmac for the

Page 104

1  completed pharmaceutical products it was selling to
2  Belmac?
3      A   I just replied to that saying that I did
4  not personally negotiate, but I was permanently
5  aware and informed, and I gave my opinion to my
6  people.
7      Q   And who do you say was negotiating on the
8  issue of price with Jim Murphy from Ethypharm?
9      A   As I said before, Adolfo De Basilio, under
10  instructions and with the support of Mr. Igonet, our
11  CFO. So the discussion was not made by eve Liorzou,
12  the commercial director, but made by, in fact, the
13  CFO of the group because it was important.
14     Q   Did Mr. De Basilio, under the instructions
15  and with the supervision of Mr. Igonet, negotiate
16  with anyone else, any other person than Mr. Murphy?
17     A   If Mr. Murphy had told him to see another
18  person in his group, probably, yes. See, we are
19  going back to the organization of a company, you
20  know. You have people at the top who are supposed
21  to take responsibilities and risks, and you have
22  people at different levels who take the

Page 105

1  responsibilities under the supervision of the
2  responsible person.
3      Q   Do you know the names of anyone at
4  Laboratorios Belmac that Mr. De Basilio negotiated
5  the price terms with?
6      A   No, and I would not say not my problem.
7      Q   That would be Mr. Leduc?
8      A   Maybe Mr. Leduc had some discussion, yeah,
9  because he's very competent moneywise, not only
10  chemistry and intellectual property, but money too.
11     Q   But you, -- you can't tell me -- is it so
12  that you cannot tell me who, other than Mr. Murphy,
13  Mr. De Basilio negotiated price terms with at Lab.
14  Belmac?
15     A   The question is, in fact, who, apart from
16  Jim Murphy, who was negotiating the prices with
17  Ethypharm. Is that your question?
18     Q   Yes.
19     A   Yeah. I don't know. I don't know.
20     Q   And from the side of Ethypharm, it was De
21  Basilio under the supervision of Igonet, that you
22  know?

27 (Pages 102 to 105)

JT-A-350

Patrice Debregeas – July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 106

1    A   I would say of Igonet, and probably Leduc,
2  Gerard Leduc.
3    Q   And --
4    A   Gerard Leduc was negotiating the API with
5  Uquifa, or he was extremely competent in that
6  negotiation.
7    Q   Were the terms of sale between Ethypharm
8  and Belmac and Belmac and Ethypharm your
9  responsibility?
10   A   No, not my responsibility as long as it
11  was within the objectives of the company.
12       MR. BOSTWICK: I'm trying to interpose, I
13  just object on vagueness.
14       THE WITNESS: I must say that if there was
15  a need to extend the payment terms on one side or
16  the other, I was consulted. There was a time when
17  we owed money to Belmac like -- and I gave my okay.
18  If everything is according to the rules, I don't
19  have to interfere.
20       MR. STEWART: Can we go off the record for
21  a moment?
22       THE VIDEOGRAPHER: The time is 17:12:29.

Page 107

1  Off the record.
2       (Recess.)
3       THE VIDEOGRAPHER: On the record. The
4  time is 17:36:41.
5       BY MR. STEWART:
6    Q   Mr. Debregeas, was Mr. Perez De Ayala ever
7  involved in negotiating or setting financial terms
8  between Ethypharm and Laboratorios Belmac?
9    A   Yes, he was.
10   Q   And Mr. Perez De Ayala was the general
11  manager of Laboratorios Belmac for a time; isn't
12  that correct?
13   A   Yes, but as I said, you know, we heard
14  about a change of name from Rimafar to Belmac.
15  That's all what we knew, really, of Belmac until Jim
16  Murphy came, joined and explained who he was, what
17  he was going to do.
18   Q   And was Mr. Clemente Gonzalez Azpeitia
19  involved in setting financial terms or negotiating
20  financial terms between Ethypharm and Laboratorios
21  Belmac?
22       MR. BOSTWICK: Objection; vague.

Page 108

1       THE WITNESS: I assume he was able to
2  negotiate, but I was never involved with him in the
3  negotiation.
4       BY MR. STEWART:
5    Q   And was Mr. Adolfo Herrera ever involved
6  in negotiating the financial terms between Ethypharm
7  and Laboratorios Belmac?
8       MR. BOSTWICK: Same objection.
9       THE WITNESS: Probably. Probably, yes.
10       BY MR. STEWART:
11   Q   Now, did Ethypharm ever give its customer
12  lists -- any customer lists to Laboratorios Belmac?
13   A   You mean in Spain, clients, customers in
14  Spain?
15   Q   Yes.
16   A   Obviously, obviously Belmac was knowing
17  the names of the clients. They were producing for
18  these clients on our behalf, and the clients would
19  look at their title to come and inspect the facility
20  to make sure that production was according to the
21  rules.
22   Q   And to whom at Laboratorios Belmac were

Page 109

1  these customer lists provided?
2    A   It must have been given by Adolfo De
3  Basilio to, I would say, most people in the top of
4  the hierarchy. These people were supposed to
5  receive questions, inquiries and -- from our
6  clients.
7       See, producing aspirin for a Spanish
8  clients means that the products were labeled with
9  for client XYZ. And client XYZ was perfectly
10  entitled to call and come and visit. And sometimes,
11  not really assist in the production, but have a
12  review of all the files concerning their product.
13   Q   They would have the right to come to the
14  facility in Zaragoza?
15   A   Oh, yes, having a reasonable notice and so
16  on.
17   Q   Would they then speak to such people as
18  the director of quality assurance?
19   A   Yes.
20   Q   Would they speak to the plant manager?
21   A   Yes.
22   Q   Now, did Ethypharm ever provide these

28 (Pages 106 to 109)

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 110

1  customer lists to anyone at Bentley Pharmaceuticals
2  or its previous name, Belmac Corporation in the
3  United States?
4      A   How many people were working with Bentley
5  in the U.S.? Four or five? So it's limited, you
6  know, the number of people we could give this
7  information. So obviously Jim Murphy had at least,
8  you know, it's normal -- because his responsibility
9  as producer was involved.
10     Q   So your testimony is that Jim Murphy had
11 that list?
12     A   Obviously.
13     Q   And Jim Murphy, we've agreed that he was,
14 in addition to being president and CEO of Bentley,
15 he was also the president of Laboratorios Belmac;
16 correct?
17     A   I don't know if it's the tenth time that
18 you asked this question. Excuse me, I think I heard
19 this question about five or six times before, not
20 ten times.
21     Q   You would expect the president of
22 Laboratorios Belmac to have that list, would you

Page 111

1  not?
2      A   Of course, it's logical.
3      Q   Yes, was there --
4      A   And the president of Bentley too, I think
5  it's logical too.
6      Q   Other than Jim Murphy, is there any person
7  that you can tell me had this list of customers at
8  Bentley?
9      A   For sure the financial director, the CFO,
10 must have had it. But this list is not
11 confidential. The products are on the market. It's
12 mentioned on the box, marketed by company XYZ,
13 manufactured by Belmac or Rimafar. And maybe even
14 under license from Ethypharm.
15     So it's not confidential, you know.
16 Customer protection, you know, you have to know who
17 produce, was responsible for the different levels.
18 That's compliant with the load.
19     Q   Are you aware of any Ethypharm customer
20 who ever traveled to the U.S. to speak to Mr. Murphy
21 or to the CFO of Bentley?
22     A   No, no. I'm not aware of that, honestly.

Page 112

1      Q   And we can agree that there were no
2  manufacturing facilities at Bentley in the United
3  States that were producing any Ethypharm
4  pharmaceutical products; correct?
5      A   Can you please repeat your question? I'm
6  not sure of your translation. So it's either you or
7  me that's wrong.
8      THE INTERPRETER: I'm sorry.
9      MR. STEWART: Can I have my question back?
10     (The reporter read the record as
11 requested.)
12     THE WITNESS: To my knowledge, there is no
13 Bentley pharmaceutical factory in the U.S. that was
14 involved in the production of the Ethypharm
15 products. That's corresponding to your question.
16     BY MR. STEWART:
17     Q   That's correct. That's right.
18     Now, there were, from time to time, direct
19 communications between Laboratorios Belmac and
20 Ethypharm customers; correct? Is that correct?
21     A   Can you repeat, please?
22     THE INTERPRETER: Yes, please, I'm sorry.

Page 113

1      MR. STEWART: Maybe I should pay closer
2  attention.
3      THE WITNESS: No, it's an important
4  question.
5      BY MR. STEWART:
6      Q   Were there -- let me withdraw. Let me
7  start again.
8      To your knowledge, were there any direct
9  communications between Ethypharm customers and Mr.
10 Murphy?
11     A   There could have been. There was -- I
12 would have absolutely no objection.
13     Q   That's not my question. Are you aware of
14 any communications between Ethypharm customers and
15 Mr. Murphy?
16     MR. BOSTWICK: That he recalls?
17     MR. STEWART: Yes.
18     THE WITNESS: I don't recall any of these,
19 but this would not have been shocking at all. This
20 would have been totally acceptable, and I would not
21 have seen anything wrong in that. It was normal.
22 It would have been normal.

29 (Pages 110 to 113)

JT-A-352

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 114

1    BY MR. STEWART:
2        Q    You do not remember any such
3    communications; is that correct?
4        A    I know, but Mr. Murphy had contact with
5    our clients.  Which one, I don't know, maybe all of
6    them, maybe only two or three.  But normally, he was
7    producing for us -- he was producing for these
8    people through us, you see, through the agreement
9    that we had together, so normal.  And I would, on a
10   certain point of view, even have incorrect stats,
11   you know.
12       BY MR. STEWART:
13       Q    Tell me the name of any client that you
14   remember contacting Jim Murphy directly.
15       A    I just told you that I am not aware of any
16   of them contacting him directly.
17       Q    Thank you.
18       A    I cannot tell you a name, but it would
19   have been normal, you know.
20       MR. STEWART:  I think this is the good
21   spot for us to stop.
22       MR. BOSTWICK:  9:00 tomorrow would be a

Page 115

1    good --
2        Let's go off the record.
3        THE VIDEOGRAPHER:  This ends tape number 3
4    and concludes volume 1 of the testimony of Mr.
5    Patrice Debregeas in the matter of Ethypharm versus
6    Bentley.  The date is July 10, 2006.  The time is
7    17:51:35.  Off the record.
8        (Whereupon, at 5:51 p.m., the deposition
9    was recessed to be reconvened at 9:00 a.m., July 11,
10   2006.)
11
12
13
14
15
16
17
18
19
20
21
22

Page 116

1        I HEREBY CERTIFY that I have read this
2    transcript of my deposition and that this transcript
3    accurately states the testimony given by me, with
4    the changes or corrections, if any, as noted.
5
6
7            X
8
9
10
11   Subscribed and sworn to before me this      day of
12           , 20      .
13
14
15
16           X
17           Notary Public
18
19
20
21   My commission expires:
22

Page 117

1            CONTENTS
2
3    WITNESS                    EXAMINATION
4    PATRICE DEBREGEAS
5        by Mr. Stewart            4
6
7
8
9            EXHIBITS
10
11   EXHIBIT NUMBER               IDENTIFIED
12
13   Debregeas Exhibit 2            5
14   Debregeas Exhibit 3            12
15   Debregeas Exhibit 4            12
16   Debregeas Exhibit 5            20
17   Debregeas Exhibit 6            28
18   Debregeas Exhibit 7            35
19   Debregeas Exhibit 8            43
20   Debregeas Exhibit 9            45
21   Debregeas Exhibit 10           56
22

30 (Pages 114 to 117)

JT-A-353

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 118

| A | | | | B |
|---|---|---|---|---|
| able 6:3 24:17 78:10 79:19 86:4 87:10 108:1 | Adolfo 12:2 85:12 86:9 88:1,18,21 100:10 101:10,20 104:9 108:5 109:2 | Angell 2:12 Anglo-Saxon 25:4 another 26:21 28:9 60:10 70:3 72:9 77:8 82:12,13,14 104:17 | 110:18 asking 4:13 10:6 20:18 51:16,17 51:18 64:4 87:13 87:14 | B 117:9 Baach 2:4 3:6 back 4:11 20:7 38:3 53:2 59:8 60:16 60:20 62:6,7,16 |
| Abogados 48:13 about 5:11 14:8 15:22 16:2 18:15 23:13 26:20 29:4 31:21 32:3 33:15 40:15,20,21 41:5 47:14,15 56:2,3 63:9 64:13 72:5 73:4 74:19 76:15 79:20 81:20 90:4 90:5 103:20 107:14 110:19 | adopt 21:14 advanced 94:11 affairs 85:3 afraid 73:5 after 30:11 50:22 92:14 afternoon 33:1,13 33:14 again 12:17 72:10 113:7 against 72:17,18 ago 9:4 17:9 40:5 42:7 63:22 69:14 | answer 7:1 9:5 28:1 29:6,7 36:20,20 37:4 59:8 63:21 72:11 74:5 102:10 answered 6:21 36:11 69:18 answering 75:22 answers 42:21 anymore 6:6 10:21 anyone 71:8 100:21 | Asociados 48:13 aspects 39:7 78:22 aspirin 100:3 109:7 assist 109:11 assistance 21:16 assume 52:13 55:2 55:3 66:20,20 67:1 108:1 assurance 22:13,13 36:16 79:11 83:13 84:9 91:4 109:18 | 69:12 82:12,14 86:6 104:19 112:9 balanced 52:3 bands 14:7 Barcelona 95:18 Barnabe 77:15,16 based 46:2 49:12 49:13 basics 78:20 Basilio 5:3,11,14 |
| ABREU 2:11 absolutely 8:18 23:17 52:10 68:19 113:12 accept 11:7,22 acceptable 43:4 113:20 | agree 26:2,12,13 48:15 54:20 55:15,18,20 56:1 56:14 61:13,20 61:22 65:10,15 112:1 | 104:16 105:3 110:1 anything 41:6 97:20 113:21 anyway 37:9 apart 22:12 105:15 apartment 68:9 | Astra 40:19 attached 13:6 16:6 21:13 28:11,19 29:15 45:12 48:15 60:8 attaching 16:4 | 8:20 9:1,13 11:15 11:17 12:2,16,18 13:5,7,14 14:1 16:3,7 28:11 44:12 85:12 86:9 100:10,14,21 101:10 104:9,14 |
| access 6:6 according 17:4 39:3,21 42:9 50:16 58:3 92:15 106:18 108:20 | agreed 26:7,11,11 26:11,15 34:8 38:1 67:10,10 99:17 110:13 agreement 11:18 | API 97:8,10,13,21 106:4 apologize 102:14 Apparently 64:8 appear 65:16 APPEARANCES | attempt 89:6 attention 60:7 61:3 113:2 attorney 59:5 96:9 authorities 68:3 79:12,15,18 | 105:4,13,21 109:3 Basilio's 9:11 10:3 11:6 28:19,20 29:15 31:13 bear 73:8 |
| accounting 43:21 accurate 13:11 accurately 116:3 acquired 17:17 18:12 23:7 26:3 acquisition 95:16 | 14:5,17,19,20 15:1 17:19 20:19 22:2,8 24:18 27:14 30:3 48:18 50:13,14 58:20 59:19 60:7,10,22 | 3:1 appeared 32:3 appears 5:1 20:12 22:2 41:22 apply 69:8 75:19 | 84:18 85:5 authority 41:17 58:18 59:14 70:8 71:10 73:21 74:16 90:2 | bearing 43:8 became 11:3 19:22 24:1 32:1 37:8 41:18 42:6,17 45:1 57:1 58:15 |
| across 25:18 act 17:19 41:17 42:5,16 59:14 70:8 71:10 73:21 74:16 | 61:1 64:13 65:11 65:16 70:4 72:18 78:15 92:14 114:8 | appreciate 103:13 apprehend 85:21 approval 79:17 80:14 | authorized 42:5,16 authorizing 58:11 Avenue 2:13 Avery 1:22 2:5 4:3 | 58:19 69:15 77:1 77:1,12 101:5 become 51:7 19:12 34:15 |
| Action 1:7 active 11:21 96:3 96:21 97:15 | ahead 13:15,16,19 16:10 almost 80:18 94:10 | approximately 76:19 argument 88:10 | aware 24:1 38:20 104:5 111:19,22 113:13 114:15 | becomes 79:3 becoming 41:5 before 2:5 6:1,18 |
| activities 18:6 79:22 activity 72:20 91:14 | already 26:18 27:15 36:12,13 37:5 67:10,19 91:1 93:7 | around 11:8 28:8 31:8 arrangements 95:13 96:15 101:1 | away 89:7 Ayala 10:5,10 12:3 13:9 14:4 17:4 22:22 23:2 24:6 | 6:19 7:3,3 8:19 10:16,19 25:10 26:3 34:13 45:22 53:5 56:20 65:9 |
| actually 16:17 70:5 add 8:9 87:19 94:6 addition 93:8 110:14 | alternative 55:19 although 24:14 46:3 70:19 80:9 always 46:5 62:22 63:10 74:13 94:7 | arrival 24:11 39:14 69:5 arrived 24:10 69:7 arriving 17:7 31:2 46:15 66:15 | 24:20 26:14,15 27:1,4,8,13 28:18 30:3,11 31:4,8 32:8 33:16 34:4 41:9,10,12,16 | 69:4 70:5 76:22 77:1,1 89:19 99:8 99:21 104:9 110:19 116:11 |
| address 22:3,4 68:8 68:12 addressed 62:2 addresses 55:6 | 96:11 ambiguity 44:19 68:20 72:6 amount 99:6 | articles 26:10,12,15 37:22 Asia 91:18 asked 6:21 36:10 | 42:3,4,15 44:17 45:18 46:18,19 69:6,1 76:19 93:10 107:6,10 | began 16:17 94:16 begin 15:21 beginning 10:5 21:22 23:14 |
| administrative 15:14 19:7,12,21 | anecdote 74:2 Angel 33:16 | 59:3 60:18 74:10 | Azpeitia 47:1,8,12 78:4 107:18 a.m 94:7 115:9 | behalf 2:7,16 3:10 42:16 50:21 54:2 |

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 119

| | | | | |
|---|---|---|---|---|
| 108:18 | 111:13 112:19 | 28:21 29:2 30:21 | capable 34:19 | chemistry 96:9 |
| behavior 74:10 | Belmazol 99:13 | 31:16,20 32:10 | capital 94:16 | 105:10 |
| being 42:12 64:2 | belonged 10:16 | 35:21 36:10 37:1 | Capodovia 83:19 | chief 44:7 100:12 |
| 91:8 93:18,18 | belonging 15:8 | 37:17 53:5,11,16 | 83:21 | children 68:10,12 |
| 110:14 | Bentley 1:9 12:11 | 57:4 59:3,16 | capsule 11:8,20,20 | 95:6 |
| belief 59:13 68:21 | 16:22 17:17 | 60:12 65:19 | 11:21 14:7 | Chimos 39:18 |
| believe 12:19 33:16 | 18:12 23:7,11,19 | 67:15 71:12,17 | capsules 12:1 35:1 | choice 47:9 66:1 |
| 36:6,6 60:11 | 25:3,4 32:1 33:9 | 73:22 74:19 75:2 | 35:13 98:3 99:7 | cites 11:19 |
| 62:14 84:8 86:19 | 34:10,15 35:7,11 | 75:5 76:10 81:2 | 103:18 | city 18:17 |
| 89:2 | 38:10,15 39:11 | 89:4 90:3 96:18 | cardiac 62:9 | Civil 1:7 |
| Belmac 12:11 17:1 | 41:18 42:6,18 | 97:13,17 100:16 | cardiology 80:1 | clarification 29:8 |
| 22:4,21 23:4,9,10 | 45:1,16 57:1 | 102:9,13,15 | cards 78:11 | clarify 31:20 71:12 |
| 23:18 24:1 25:2,7 | 58:15,19 69:15 | 106:12 107:22 | care 19:15 | 76:10 |
| 25:10 26:4,4,8,9 | 70:10,14 71:9,11 | 108:8 113:16 | careful 96:11 | clause 63:11 |
| 26:18 29:20,20 | 72:18 73:21 | 114:22 | Carpenter 81:13 | clauses 64:7 |
| 31:14,16,18 32:3 | 74:16 75:15 | both 21:18 40:7 | 85:1 | clear 23:13 53:3 |
| 32:8,8 34:5,8,10 | 91:12,19,20 | 49:12 52:5,6 | case 29:20 30:2 | 57:9 60:5 69:17 |
| 34:15 35:6,10 | 92:20 100:22 | 53:17 56:22 97:4 | 57:8 92:8,11 | 70:11 71:4 84:7 |
| 37:8,16,20 38:9 | 102:5 110:1,4,14 | bottom 50:8 61:16 | Castalana 51:6 | 88:11 99:17 |
| 38:16,22 39:10 | 111:4,8,21 112:2 | bought 10:15,19 | category 89:15 | clearly 21:12 59:18 |
| 39:15,21 41:5,13 | 112:13 115:6 | 23:9 | cats 8:4 | Clemente 78:3,5 |
| 41:17 42:5,11,17 | Bernadette 95:3 | box 111:12 | center 20:5 60:2 | 107:18 |
| 43:9,21 44:18,22 | best 6:12 87:16 | boxes 73:1,4 | centuries 9:4 | client 109:9,9 |
| 45:16,16 48:5,7 | better 9:14 | brain 8:3 | CEO 52:2 56:22 | 114:13 |
| 50:17,17,22 51:1 | between 14:21 | Brazil 86:11 87:7,8 | 57:2,10 58:12,14 | clients 86:17 |
| 51:8,11,12,12,13 | 21:11 22:3 23:10 | break 74:20 76:1 | 110:14 | 108:13,17,18,18 |
| 51:14,20,21 52:1 | 25:9 26:8 29:3 | 97:6 | CEOs 68:14 | 109:6,8 114:5 |
| 52:2 54:21 55:8 | 45:16 60:10 | briefly 53:21 82:19 | certain 17:5 26:10 | close 84:22 |
| 55:10,16,22 56:7 | 64:18 82:18 | bright 103:7 | 37:6,22 63:7 64:1 | closer 20:5 113:1 |
| 56:14 57:1,2,3,10 | 84:21 86:5 87:12 | British 95:19 96:1 | 65:8 67:20 78:22 | clubs 47:14 |
| 57:18,19 58:2,9 | 89:10 96:15 | brought 35:2 92:13 | 114:10 | coals 91:3 |
| 58:14,17,18,18 | 101:22 103:16 | BRUCE 3:5 | certainly 21:2 | coast 49:19 |
| 59:13,13,14 | 106:7 107:8,20 | business 4:14 6:4 | 27:17 42:2 62:6 | coating 91:3 |
| 61:17,21,21 | 108:6 112:19 | 6:14,18 7:2,4,6 | CERTIFY 116:1 | coding 14:7 |
| 63:15 64:19,20 | 113:9,14 | 10:14 12:3 15:15 | CFO 70:21 93:17 | collect 85:10 |
| 64:20 65:13,17 | big 22:15 73:1,4 | 17:14 19:18 | 95:16 100:12 | collected 85:11 |
| 65:17 66:12 67:3 | 90:22 101:7 | 24:13 25:9 26:2 | 104:11,13 111:9 | Columbia 2:7 |
| 67:12,13 69:15 | bigger 20:4 48:6 | 31:14 35:12 44:4 | 111:21 | come 82:12,14 |
| 70:8,9 71:10,22 | biggest 80:2 | 46:8 47:15 63:6 | chain 58:21 | 85:19 108:19 |
| 72:10,14 73:17 | bind 58:18 | 65:1 66:8 69:13 | chairman 57:10 | 109:10,13 |
| 73:20 76:6 77:2 | binding 38:18 | 72:14 78:11 | 58:14 67:12 | comes 68:15,16 |
| 82:18 83:2 84:3 | 59:19 | businessman 46:14 | 102:7 | coming 58:22 66:3 |
| 85:7,17 86:14,15 | bit 6:16 90:14 98:6 | buying 39:18 96:22 | change 17:3,3 | 66:4,5,5,14 67:2 |
| 86:19 91:19,22 | board 47:19 58:10 | 99:1 | 23:10 25:7,12,13 | 69:9 87:3 |
| 92:5,13,15,18,22 | body 80:4 | | 41:6 107:14 | command 17:5 |
| 95:11 96:15,21 | books 78:22 | _____C_____ | changed 23:18 25:2 | comment 9:6 62:7 |
| 96:22 97:2,10,20 | boss 23:3,4 24:10 | C 2:11 4:1 117:1 | changes 101:7 | commercial 19:7 |
| 97:22 98:2,4,8,9 | 31:1,2 46:2 57:16 | CA 47:22 48:1 | 116:4 | 86:8 104:12 |
| 98:14,15,17,18 | 57:17 67:20,21 | call 19:9 55:13 | Chapter 39:6 | commiserations |
| 99:12,19 100:7,8 | 69:7 70:12 72:21 | 74:11 87:11 91:9 | characterization | 95:10 |
| 100:15 102:1,4 | 74:13 | 109:10 | 67:16 | commission 116:21 |
| 103:17,22 104:2 | bosses 68:6 | called 4:19 10:12 | charge 30:14,15 | committee 74:7 |
| 105:4,14 106:8,8 | BOSTICK 3:3 | 26:17 34:9 61:9 | 47:3,3,4 52:6 | common 9:16 |
| 106:17 107:8,11 | Boston 2:14 49:20 | 74:12 | 70:12 87:8 | 24:19 |
| 107:14,15,21 | Bostwick 6:20 | came 5:11 18:15 | 102:19 103:22 | communicate |
| 108:7,12,16,22 | 21:15 22:18 | 39:17 40:8 66:21 | check 74:17 | 86:13 88:1 |
| 110:2,15,22 | 25:15 27:10 | 107:16 | chemical 96:8 | communicated |

Case 1:04-cv-01300-SLR    Document 66-12    Filed 08/25/2006    Page 16 of 31

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 120

92:18
communicating
  91:12
communication
  23:15 30:19
  76:17 85:16
communications
  31:7 76:6 86:21
  88:8,17,20 89:3
  90:8,20 95:12
  112:19 113:9,14
  114:3
companies 80:2
  97:4
company 4:19 6:7
  6:8 9:20 11:3
  20:4 26:17,21,21
  31:4 34:9 39:18
  40:19 41:7
  57:11,12,19
  71:11 72:13
  79:19 80:9,18
  82:10 86:16
  87:20 93:13 94:8
  94:9,15,18,20
  95:4,17,19,22
  96:1 102:19,21
  103:2,8 104:19
  106:11 111:12
comparable 39:5
competence 103:12
competent 18:5
  46:6 80:17 85:12
  96:9 103:9,10
  105:9 106:5
complete 83:17
  91:6
completed 64:14
  104:1
complex 62:22
  63:10 96:20 97:3
  98:5,6 99:16
  101:5
compliant 111:18
composed 10:22
compounding 91:6
  92:9
concept 8:3 15:9
  52:19 53:7,10
  64:18 69:6 83:17
concern 91:2
concerned 23:22
  38:22 102:20
concerning 39:7
  55:8,21,22 89:13
  89:14,15 91:13
  109:12

conclude 66:7,8
concludes 115:4
concretement
  73:18
conditions 22:12
  103:20
conducted 18:6
confidential 78:19
  79:1 86:22
  111:11,15
confidentiality
  22:14 70:4
confirm 14:6 72:5
congratulations
  95:9
connection 77:19
consequence 72:9
consider 39:10
  47:12 74:9
considerably 84:16
  94:12
considered 69:19
  86:22 88:3,19
  94:2
considering 86:9
consists 13:5
construction 29:22
consulted 106:16
contact 39:16
  45:21 93:1 95:14
  114:4
contacting 114:14
  114:16
contacts 39:15 40:3
  46:16 87:5
containing 98:3
contemporaneous
  31:1
continent 63:8
continue 51:5
  62:12
continued 2:22 3:1
  4:7,9 27:7 33:11
continues 54:1,13
Continuing 2:1
continuity 12:15
contract 11:19
  17:20 20:12
  21:10 22:1 26:6
  26:20 36:2 37:14
  37:18 38:14,20
  39:12 86:16 99:3
Contracto 22:1
contracts 39:4
control 79:11 91:5
convenient 76:3
conversation 14:5

conversations
  89:20
convinced 92:10,14
copies 91:16
copy 13:14,18 16:4
corporate 51:5
  54:7,15 57:13
  61:8,17
corporation 12:12
  17:1 21:11 23:9
  23:11,18 24:2
  25:3,10 26:4
  31:15,17,19 32:3
  32:8,9 34:10,15
  35:6,11 38:10,16
  39:11,11,15,22
  40:1,2 41:17 42:5
  42:17 44:22,22
  45:3 46:3,4 47:20
  48:5 50:17 51:11
  51:12 52:2 54:22
  55:16 56:7 57:1
  57:11 58:14,19
  59:15,15 61:21
  64:21 65:17,18
  66:13 67:3,12
  70:9,9 92:22
  110:2
corporations 48:6
correct 8:21 12:12
  25:11 27:2,5,8,14
  32:7 34:1,2,11,12
  36:6 37:16 38:7,8
  38:11 41:14
  44:13,16,18
  52:16 54:18
  58:15 70:1 71:15
  107:12 110:16
  112:4,17,20,20
  114:3
corrected 63:14
corrections 116:4
correctly 51:9
  61:11
corresponding
  29:18 112:15
cost 82:5
counterpart 83:15
  84:9,11 85:8,9
countersigned
  26:14
countries 79:20
  86:11 101:7
country 24:21
couple 42:20 49:2
course 46:20 49:9
  54:12 111:2

court 1:1 4:3 92:3
cover 45:6 56:16
  60:8 67:8 69:12
Craig 2:10 29:9
  74:19
create 7:5
creating 7:3
Cremades 48:13
cultural 9:7 24:15
cultures 63:10
currency 99:7
customer 90:6
  108:11,12 109:1
  110:1 111:16,19
customers 108:13
  111:7 112:20
  113:9,14
cut 102:10
C-a-r-p-e-n-t-i-e-r
  81:13
C-h-i-m-o-s 39:18

_____

        D

D 3:4 4:1
date 14:18 17:2
  20:13 28:8 31:12
  33:9 75:15 115:6
dated 5:1 12:16,18
  28:7,7,10 33:18
  35:16 43:7 45:5
  56:17
dates 17:7
Davur 98:8 99:13
day 32:19 65:2
  71:18 82:12,13
  82:14 94:8
  116:11
DC 1:18 2:3 3:8
de 5:3,11,14 8:20
  9:1,10,13 10:3,5
  10:10 11:6,15,17
  12:2,2,16,17 13:5
  13:7,8,14 14:1,4
  16:3,7 17:4 22:1
  22:22 23:1 24:6
  24:20 26:14,14
  27:1,4,8,13 28:11
  28:19,19 29:15
  30:3 31:13 33:16
  44:12,17 45:18
  46:19 51:6 52:19
  53:7 54:7 61:8
  69:6,1 76:18
  85:12 86:9 93:10
  100:10,14,21
  101:10 104:9,14
  105:4,13,20

107:6,10 109:2
dead 62:10
deal 17:14 25:9
  26:3 27:7 46:22
  100:14,21
dealing 22:17,20
  27:1,12 32:7
  46:18 47:8
dealings 78:18
Debregeas 1:15 2:1
  4:6,11 5:4 12:20
  13:6 20:11,16
  25:18 28:13
  32:15 33:3,8,13
  35:17,19 43:10
  45:8,11 54:1
  55:21 56:18
  57:12 61:10 67:9
  75:10,14,18
  76:14 96:14
  103:11 107:6
  115:5 117:4,13
  117:14,15,16,17
  117:18,19,20,21
decide 25:1
decided 7:4 82:4
decision 15:6 47:19
  60:2 72:19
decisions 24:17
  47:3 60:4
declaration 28:17
  33:16
decoration 19:15
decreased 96:5
Defendant 1:11
  2:16
define 89:6 97:13
defined 89:12
definition 89:5,17
  90:22
definitions 90:9
DELAWARE 1:2
department 83:17
  85:3
deposition 1:15 2:1
  2:2 21:17 23:14
  32:15,17 75:10
  115:8 116:2
describe 89:1 96:14
described 78:21
designated 92:3
detail 24:3
details 36:22 37:2
  78:16 100:6,9
developed 7:4,9
  8:10,11 17:14
  71:22 94:18

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 121

| | | | | |
|---|---|---|---|---|
| 80:13 | 37:10,10,12,21 | early 16:21 | 6:9,13,17 7:3,5,8 | 103:15,21 107:6 |
| development 7:5 | 38:18,20 39:5 | east 19:19 49:19 | 8:10,12,15,15 | 108:5,11 109:22 |
| 82:21 84:14 | 41:20,21 43:5,7 | easy 26:5 | 12:7 14:12,21 | 111:20 |
| devoted 80:17 | 43:11,14 44:21 | economy 102:4 | 15:2,2,4,8,11,13 | every 94:8 |
| difference 15:4 | 45:6,9 49:2 52:11 | education 24:13,13 | 15:15 16:13 | everything 63:5,6 |
| 84:20 | 52:21 53:10 55:8 | 46:9 92:16 | 17:14,15 18:18 | 64:10 86:4 93:7 |
| differences 24:15 | 55:9,11,20 56:2,4 | Edwards 2:12 | 19:2 20:7 21:11 | 94:20 106:18 |
| 64:16 | 60:16 62:1,1 | effective 95:16 | 22:3 25:10 26:2,9 | evidence 29:19 |
| different 24:21 | 63:16 64:9,12,13 | efficient 48:9 | 27:20 33:9 37:12 | exactly 27:16 40:7 |
| 58:21 63:9,10 | 65:10,20 66:18 | either 9:10 112:6 | 37:15,19 38:6,7 | 43:3 53:16 73:18 |
| 76:2 79:18,22 | 67:2 70:3,6 | Eli 48:7 | 38:14,21 39:13 | 92:8 97:9 99:15 |
| 82:16 84:19 86:5 | documentation | EMEA 84:21 | 43:8,21,22 44:2,6 | EXAMINATION |
| 92:5 104:22 | 79:10,14 | employee 71:8 | 44:8,9,13,19,20 | 4:9 33:11 117:3 |
| 111:17 | documents 39:7 | 73:15,16 76:22 | 45:17,17 48:4,6 | examined 33:5 |
| difficult 24:7,8 | 43:18 45:12 49:8 | 77:16,16 | 50:18,18 54:2,3 | example 9:2 11:19 |
| 25:17 | 63:5 73:1 | employees 57:14 | 54:11,14,15,18 | 39:5 47:1 63:11 |
| direct 60:7 61:3 | Dodge 2:12 | 80:7,8 93:11 97:3 | 55:2,4,6,21,22 | 91:10 |
| 102:11 112:18 | doing 6:4,14 7:2 | Encinada 54:8 61:8 | 56:12,13 61:7,9 | examples 72:22 |
| 113:8 | 72:1 92:6 97:1 | end 10:18 16:12 | 61:14 63:14 | excellent 87:22 |
| directed 25:7 88:15 | dollars 94:18 | 28:6 34:14 75:21 | 64:19 65:12 | except 49:3,3 |
| 88:17 | domain 86:3 | 75:22 92:14 | 66:13 69:22,22 | exception 73:12 |
| directing 85:3 | domicile 51:5 54:7 | ending 94:21 | 75:15 76:11 | excited 90:14 |
| directly 53:11 | 54:16 61:8,17 | ends 32:14 75:9 | 77:10 80:9,19 | Excluding 73:14 |
| 114:14,16 | done 29:21 43:22 | 115:3 | 82:18 85:22 | excuse 28:20 |
| director 27:5 48:1 | 79:15,16 92:4 | engineer 96:8 | 91:14 96:16 97:6 | 110:18 |
| 51:8 52:1 57:15 | double 10:18 | English 8:20 9:2,9 | 97:7,20 98:3,4,15 | executive 27:4 40:6 |
| 58:2,4 77:6 85:2 | doubt 42:9 71:18 | 9:13,16 25:19 | 98:18 99:2,12 | 51:7 52:1 58:2,3 |
| 85:14 86:8 | down 62:8 64:3 | 47:10 | 100:7,8 102:1 | exhibit 4:22,22 5:4 |
| 104:12 109:18 | 89:11,20 97:6 | enormous 12:4 | 103:17,18,22 | 5:7 8:19 12:16,17 |
| 111:9 | Dr 9:13 13:7 29:15 | enough 23:9 69:17 | 104:8 105:17,20 | 13:1,2,3,4,13,17 |
| directors 47:20 | 39:16,19 41:9 | entered 59:4 | 106:7,8 107:8,20 | 15:17,18 20:8,15 |
| 48:2 58:11 | 44:2,12 46:18 | entirely 84:7 | 108:6,11 109:22 | 20:16 21:6,8,13 |
| disagreements | 81:6,12,13 85:1 | entities 51:19 | 111:14,19 112:3 | 21:18 28:1,3,7,13 |
| 64:17 65:6 | 85:11,13 | entitled 109:10 | 112:14,20 113:9 | 33:21 34:5 35:15 |
| discuss 40:11 42:9 | draft 20:12 22:8 | entity 57:13,20 | 113:14 115:5 | 35:17,20 37:11 |
| 73:9 | 27:13 36:3,7 | 59:14 68:1,1 | Ethypharm's 4:18 | 41:14 43:7,10,19 |
| discussed 26:6 41:3 | 37:18 38:1,2,5,17 | envisioned 100:2 | 15:13 | 45:7,8 56:20,22 |
| 83:1 101:3 | 50:13,14 55:13 | EP 50:8 61:4 | Euro 82:6 99:8 | 60:6 62:15 75:1 |
| discussing 94:1 | 55:14,19 60:9,10 | equal 47:1,13 | Europe 63:8 79:21 | 117:11,13,14,15 |
| discussion 42:13 | 61:1 62:19 64:9 | equally 46:6 | 84:20 86:12 | 117:16,17,18,19 |
| 53:19 62:3,5 | 65:11,16 | equipment 34:22 | 96:11 | 117:20,21 |
| 104:11 105:8 | drafting 12:5 | 34:22 35:1 | European 8:2 | exhibits 12:15,20 |
| discussions 42:4 | drafts 62:2,4 | equivalent 47:22 | 82:11 84:21 | existed 15:14 |
| 49:7,10 70:6 71:2 | drill 89:20 | 54:21 69:21 84:5 | 101:7 | exists 53:10 |
| 71:3 96:6 99:18 | driving 40:13 | 84:22 | eve 81:16 86:7,8,10 | expect 11:10 12:4 |
| dishonest 72:3 | duly 4:7 33:4 | Eric 95:15 | 86:13 87:6,15 | 110:21 |
| disposal 17:21 44:2 | duodenal 8:8 | Erin 1:22 2:5 4:3 | 104:11 | expected 85:16 |
| dispute 64:1 | during 39:4,8 | ESQ 2:10,11 3:3,4 | even 48:6 68:15,16 | experience 35:7 |
| District 1:1,2 2:6 | 64:22 | 3:5 | 93:16 102:22,22 | experienced 46:13 |
| doctor 40:7 78:13 | DWIGHT 3:3 | essential 32:5 | 111:13 114:10 | experts 92:7 |
| document 4:20 5:7 | | essentially 86:15 | event 84:7 93:20 | expires 116:21 |
| 5:8,21 6:2 16:1,2 | **E** | 93:3 98:17 | eventually 20:5 | explain 9:8 11:14 |
| 16:9 20:20,22 | e 4:1,1 48:13 117:1 | establish 6:11 | ever 41:16 42:4,15 | 24:4 25:8 |
| 21:2,3,9 28:10,14 | 117:9 | esteem 101:19 | 49:15 52:11,21 | explained 21:12 |
| 29:14,17 30:6 | each 65:7,21 84:22 | estimate 5:20 6:17 | 58:17 60:11,15 | 57:17 69:7 71:21 |
| 33:17,20 35:15 | 99:18 | Ethypharm 1:5,6 | 70:7 71:9 83:18 | 89:19 91:1 |
| 36:4,9,18,19 37:8 | earlier 30:10 | 4:14 5:15,18 6:3 | 83:21 88:1 | 107:16 |

JT-A-357

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 122

explaining 74:7
92:17 103:7
extend 106:15
extent 90:5
extremely 25:16
45:22 48:9 57:9
79:1 80:16 91:11
92:18 96:11 97:4
98:5 102:3 106:5

**F**

F 2:4 3:7
Fabricacion 22:2
face 103:7
facilities 15:20 20:6
27:21 28:6 112:2
facility 8:16 11:2,4
12:7 14:13 15:12
20:3 35:2,3 91:21
92:5 98:5 99:19
108:19 109:14
fact 25:2 47:9 48:5
67:7 91:2 99:16
104:12 105:15
factory 112:13
facts 25:13 72:12
faculties 51:7,22
fair 8:14 12:1,8
14:11 15:15
17:13,18 20:1
29:9 31:9 46:17
46:21 47:7 66:17
74:15
fairly 75:19
familiar 18:20
45:11
familiarize 20:22
fantastic 86:1
94:21,22 102:5
far 21:16 31:12
81:20
fax 5:1,10 6:19
10:3 11:7 12:16
12:17 13:5,7,7,7
13:15,18 14:6
16:3 28:11,20
29:15 31:13 45:5
45:6,12 48:16,16
56:16 60:8,17
66:3,4 67:8
FDA 84:21,22
February 5:1,2,11
5:22 12:10
fee 97:2
feel 43:14 75:22
fees 55:1,2
Ferrari 40:13,13

few 22:11 25:16
39:15 41:4 43:13
53:16 56:21
70:19 76:18
81:17 84:12,13
85:18 88:10
100:3
FF 11:9
filed 91:13
files 79:12,13,14
85:4 91:5 109:12
fill 35:1
filling 11:8,20,20
11:21 14:7 35:13
final 37:8 38:17
55:9,11 56:2 62:1
64:12,13
finally 64:13 100:1
finance 103:4,10
Finances 102:3
financial 44:7 71:3
95:12,15 96:15
100:6,12 101:1
101:22 103:8,12
107:7,19,20
108:6 111:9
find 13:14,18 86:17
fine 3:4 75:4 89:10
fines 92:7,16
finish 14:22
finished 12:22
fired 17:6 30:11,14
82:5
first 4:21 5:14 8:20
18:8,11 19:20
23:6 24:1 30:16
30:19 31:7 37:11
45:21 49:4,6 50:6
50:20 55:17
57:14 61:3,4
62:15 64:6 67:7
76:4 81:9 98:12
98:14
five 57:14 69:13
110:5,19
fix 14:6,8
floating 89:11
Florida 49:17
54:22
focus 57:21 89:21
following 45:6
84:18
follows 4:8 33:6
60:19
force 57:18
form 74:1 100:16
formal 21:18

formulation 89:14
forth 38:3 90:2
forward 90:18
found 29:4 92:7
founding 7:3
four 57:14 69:13
92:13 95:5 110:5
fragments 39:3
frame 6:11 56:21
France 1:5 6:9 7:8
8:12,15 14:12
15:2 18:18 20:6,7
38:6,7,15 39:18
43:22 44:9 49:13
49:14 50:19 52:4
54:15,16,18
55:21 66:13,15
67:1 68:16,16
77:12,17 81:21
87:11
France's 12:7
15:15
Francois 81:13
85:13
francs 11:22
free 76:1
French 9:3,5,12,14
11:22 18:14
42:22 53:6,17
frequent 46:15
fresh 77:13
from 5:2,11 12:16
12:17 13:5,7,7,17
14:4 16:7 18:22
22:12 24:10 25:2
25:7 27:19 28:11
31:3,3 33:16
36:20 45:5,12
46:11,12 56:16
58:22,22 59:19
66:3,4,5,5,7,14
66:21 67:1,2 68:7
68:7,14,15,16,17
68:18 69:13,15
73:14 75:20
77:10,10,11,14
80:1 81:20 82:7,9
82:11 87:3 89:7
89:11 92:6 94:7
96:16,21 98:2,15
100:8 104:8
105:15,20 107:14
109:5 111:14
112:18
front 24:5 33:20
46:1 47:22 48:1
86:2

full 8:9,11 28:5
51:22
fully 56:1
further 29:7 33:5

**G**

G 4:1
Gasca 44:3 77:13
83:5 84:5
gastric 8:9
gather 53:22
gave 63:21 95:5
104:5 106:17
Gavoille 81:6,12
83:12 84:8
general 4:15 5:15
5:17 6:11 10:11
42:10 43:15
44:12 46:21
99:10 107:10
generally 20:22
76:12
generated 84:10
gentleman 47:5
Gerard 9:19 94:9
96:7,8 106:2,4
getting 90:14
give 5:20 6:17
82:15 103:8
108:11 110:6
given 109:2 116:3
giving 53:12
glad 46:17
Glaxo 48:8
go 13:15,16,19
15:17 16:10
32:12 41:21 48:3
53:2,5 56:15 62:6
64:10,15 65:21
68:17,17 69:12
72:17,18 75:1
86:7 106:20
115:2
god 72:2
going 4:18,20,21
6:20 14:12 15:3
20:7,11,18 21:14
21:17 38:3 41:5
46:9 49:1 60:3,6
60:12 65:19 69:8
70:5 73:22 75:1
75:18 76:14
78:16 80:1 89:4,7
90:8 102:9,20
104:19 107:17
Gonzalez 71:20,21
72:10,20 77:18

77:22 78:2,3,5
107:18
good 9:5 33:13,14
62:9 63:6 74:21
74:22 86:2
114:20 115:1
Grace 3:5 59:4
graduate 77:14
94:11
grandchildren
68:13
granted 51:7,22
58:10
granting 79:17
great 86:22
group 10:21 15:9
44:10 45:19 46:2
47:21 52:7 55:6
57:16,17 58:12
67:21,22 69:9
72:14 80:15,15
80:16,21 100:12
100:12 102:5
104:13,18
growing 20:4
guess 48:16
guy 77:15
G-a-v-o-i-l-l-e 81:7

**H**

H 117:9
half 74:20
halfway 87:11
handled 95:15 96:6
100:9
handwriting 63:18
63:19
handwritten 20:13
happen 60:1
happened 23:11
97:22
happy 31:5 46:1,15
hard 94:19
hat 67:13
hats 52:5 67:11
having 4:7 5:20
24:6 33:4 55:5,7
77:7 81:19 98:10
109:15
head 50:9 85:2
headquarter 19:1
headquarters
18:18 19:8 93:12
93:13
healthy 79:15
heard 83:18,20
107:13 110:18

JT-A-358

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 123

held 84:2
Helen 81:13 85:1
help 85:11 86:17
helping 18:3
helps 76:1
her 83:15 84:9,10
  85:3,8
hereinafter 54:3,14
  61:9
Herrera 74:10,15
  88:2,18,21 90:21
  108:5
hey 102:19
hierarchy 109:4
him 10:6 11:7,10
  26:16 40:5 46:15
  46:18 49:16,18
  50:1,3 51:7 52:1
  57:17 65:21,22
  71:2 72:4,4 74:8
  74:12 76:11,15
  77:10,12 85:16
  90:5 93:18
  102:10,11 104:17
  108:2 114:16
himself 34:4 71:13
  71:21
hiring 18:4,5 84:10
Holdings 95:19
  96:2
Holiday 95:19 96:1
home 69:12
honestly 32:4
  111:22
Hopefully 53:21
Houdan 18:15,17
  19:11,21 20:2
  40:9,11 54:16
hour 74:19
human 79:4
Huntington 2:13

_____ I _____
idea 6:15
identified 5:4 12:20
  20:16 28:13
  33:17 35:17
  43:10 45:8 56:18
  117:11
identifies 34:4
identify 56:6
identifying 15:18
  54:21
Igonet 44:5,6 95:15
  100:11 104:10,15
  105:21 106:1
imagine 60:1

immediately 74:10
  94:10
important 8:6
  22:12 32:6 36:14
  62:3 80:14 81:5
  102:3,21 104:13
  113:3
improved 84:16
improvements
  84:18
inactive 97:1 99:1,4
Inc 1:10 92:21
include 21:17 38:14
  62:15
including 39:10
  79:15,21,21
income 82:11
incorrect 114:10
individuals 86:3
industry 40:6 96:10
influencing 47:4
information 6:6
  31:3 55:6,8 85:4
  85:10,11 87:1,2
  92:16 98:10
  110:7
informed 103:20
  104:5
ingredient 11:21
  96:4,21 97:16
ingredients 95:16
  97:1 99:1,5
initial 60:20 62:16
initially 17:4 85:9
  96:3
initials 60:17 66:15
inquiries 109:5
inspect 92:4 108:19
install 14:8
installed 14:13
  15:19 16:13
  27:20 29:19
installing 15:7,12
  17:22
instance 18:8
instruct 29:5
instructions 104:10
  104:14
insufficient 56:1,5
intellectual 96:12
  105:10
intended 21:10
  75:19
intention 89:20
interactions 4:19
interested 17:12
interesting 11:10

interfere 106:19
intermediate 37:21
internal 36:4
international 8:7
interpose 106:12
interpret 52:8,9
interpretation 52:8
interpreter 3:13
  16:6 40:22 53:9
  99:9 112:8,22
interrupt 76:21
interview 71:19
intimidation 73:6
invest 94:17
invested 94:20
invoicing 43:21
involved 36:21
  37:6 65:11 67:6
  82:17 86:10,11
  86:12 102:5,6,8
  107:7,19 108:2,5
  110:9 112:14
involvement 21:5
  22:7,10 35:20
Irregeron 74:6
issue 32:9 96:13
  104:8
issues 36:2 94:1
I-g-o-n-e-t 100:12

_____ J _____
James 50:21 51:20
January 23:19
  35:16
Japan 79:21
Javier 45:5,13
  48:11
Jean-Claude 18:14
Jean-Francois
  39:16,19 40:4
Jim 24:22 30:15
  39:14 45:21 46:8
  56:16,22 57:9
  58:1,8,17 65:7
  66:5,19,21,22
  67:8,20 68:4,7,8
  68:22 69:5,6,12
  70:14 72:5,15
  73:12,14 74:12
  74:14,17 85:20
  86:6 93:3 101:3
  101:11,12,18,19
  101:21 102:18
  103:2,5,12,13
  104:8 105:16
  107:15 110:7,10

110:13 111:6
  114:14
job 68:7,14 80:11
joined 94:10
  107:16
joint 37:13
JONATHAN 3:4
judge 91:18 92:3,6
judgment 59:12
July 1:19 2:3 33:10
  56:17,21 75:16
  115:6,9
June 12:16 14:16
just 5:6 6:11 7:15
  11:16 25:8,15
  32:12 43:13 49:5
  53:2 56:20 59:4
  62:8 65:1 73:10
  74:2 75:2 76:21
  77:13 81:4 86:6
  89:5,21 91:16
  97:13,14,17
  103:7 104:3
  106:13 114:15

_____ K _____
keep 88:9 101:3
keeping 48:4
kilo 96:4
kilometers 18:22
kind 17:20 92:17
  103:14
knew 30:14 47:18
  86:1 93:7 107:15
know 7:16,19 9:10
  11:7 12:22 15:7
  17:10 18:16 19:9
  19:14,16 25:5
  26:5,9,18,19 31:2
  32:3,4 37:21 38:3
  41:8 42:3,7 45:20
  49:5 50:2,3 63:8
  63:19 66:9 72:8
  73:17 78:7,9,9,9
  83:8 84:2,6 86:15
  88:13 90:5,6 98:6
  99:22 100:17,20
  101:2,6,11,14,16
  101:17 102:6,8
  102:17 103:13
  104:20 105:3,19
  105:19,22 107:13
  110:6,8,17
  111:15,16,16
knowing 108:16
knowledge 15:1

34:21 35:6 52:12
  52:21 76:16
  82:22 101:12
  103:2 112:12
  113:8
knowledgeable
  80:21 103:3
known 11:3 17:1
  38:10,16 39:12
  40:5 42:12 70:10
  78:21
knows 93:7 102:12
know-how 18:1,2
  36:15 63:3,4 72:7

_____ L _____
la 51:6 52:20 53:8
  54:7 61:8
Lab 77:1 85:6,16
  86:14,19 91:22
  105:13
labeled 109:8
Laboratorios 22:4
  22:21 23:4 34:5,8
  37:16,20 38:22
  41:13 42:11,11
  43:9,21 44:18
  45:17 50:16,22
  51:13,14,20,21
  57:3 58:2,9,18
  59:13 61:17,21
  64:19,20 65:12
  67:13 70:8 71:10
  73:16,20 76:6
  83:1 92:4 95:11
  96:15 100:15
  101:22 103:17
  105:4 107:8,11
  107:20 108:7,12
  108:22 110:15,22
  112:19
lad 24:19
lady 90:15
language 9:10,11
  9:15,16 13:17
  24:14 53:2
languages 63:9
lansoprazole 76:8
  99:20
last 11:15 25:16
  84:13
lasting 39:8
later 19:22,22
  23:12 34:10,15
  35:7,11 36:19
  38:10 39:12
  41:18 42:6,17

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 124

45:1 57:1 58:14
58:19 65:3,5
70:10 82:12 96:4
**Laughter** 53:15
62:11 95:8
**law** 2:4
**lawsuit** 88:10
**lawyer** 48:13 55:2
55:3,3 102:22
**lawyers** 29:3 48:12
95:7
**layoff** 82:3
**le** 52:19 53:7
**leader** 80:12
**leaders** 80:10
**leading** 84:17 99:6
**leads** 79:17
**learn** 18:11
**learned** 23:6
**least** 8:14 18:7 40:8
67:11 73:11
96:10 110:7
**leave** 58:7 65:9
**leaving** 31:1,9 32:5
**led** 98:7
**Leduc** 9:19 10:4
16:4 31:13 94:9
96:7,8 105:7,8
106:1,2,4
**left** 4:12 33:15
45:18 74:12
94:15 95:5
**legal** 19:1 68:1
**legally** 29:4
**less** 25:20 45:20
**let** 4:12 6:16 11:7
12:22 14:2,22
15:17 20:8 21:6
23:13 24:3 25:8
27:17 28:9 34:13
35:15 37:11 43:5
49:5 50:20 51:2
56:15,15 59:17
61:3 73:13 88:16
97:6 101:9
103:15 113:6,6
**letter** 6:19 9:9 16:5
16:7 28:19 72:4
**let's** 7:15 12:14
15:17 29:21
30:14 32:12 45:4
47:21 53:2 57:21
58:7 60:22 62:6
66:19,20 70:3
73:3 78:20 81:19
86:7 115:2
**level** 47:6 68:7

84:20 89:11
**levels** 84:19 104:22
111:17
**Lewis** 2:4 3:6
**license** 111:14
**life** 78:8
**like** 5:2 7:17 12:18
20:9,10 30:1
37:20 57:5 58:22
61:18 65:2 87:2
87:15 95:20
106:17
**likely** 74:18
**Lilly** 48:7
**limited** 92:9 110:5
**line** 50:6 65:21
89:10
**lines** 43:8
**links** 86:4
**Liorzou** 81:16 86:7
86:8,10,13,19
87:7,15 104:11
**list** 110:11,22 111:7
111:10
**listed** 15:5 41:12
**listening** 7:17
**lists** 90:7 108:12,12
109:1 110:1
**little** 6:16 89:17
**live** 68:9,10,11,13
103:1,2
**LLP** 2:12
**load** 111:18
**local** 7:6 79:18
84:18 99:7
**located** 16:19 19:13
19:22
**locations** 18:9
**logical** 29:18 98:5
111:2,5
**long** 6:13 25:16
42:7 63:2 100:3
106:10
**longer** 31:4
**look** 5:6 28:3 36:18
49:4 56:20 60:6
60:22 64:10,12
108:19
**looked** 25:3 36:12
43:14 91:15
**looking** 5:21 8:15
62:19 89:9,15
**looks** 5:2 12:18
20:9,10 61:18
**lose** 80:8
**lost** 82:11
**lot** 24:19 25:4 80:8

94:19
**low** 11:9
**l'esprit** 52:19 53:7
**L-i-o-r-z-o-u** 81:17

**M**

**machine** 14:7 28:4
**machinery** 14:12
15:12,19 16:13
27:19 29:21
34:19 72:7
**machines** 15:7
17:22
**made** 83:16 104:11
104:12
**Madrid** 18:10 22:3
22:4 37:15 48:14
51:6 54:8 61:9,19
68:8
**major** 64:17
**make** 12:4 14:3
34:22 43:19 59:3
73:10 79:2,3 86:4
90:16 108:20
**makes** 15:3 18:2
**making** 91:3 103:5
**man** 24:7,8
**managed** 85:10
**management** 80:1
**manager** 5:15,17
10:11 42:10
44:13 76:20
107:11 109:20
**managing** 67:21,22
**manifiesta** 28:12
**manufacture** 7:9
15:13 17:15 35:8
38:22 39:13
40:15 65:11 76:8
**manufactured**
111:13
**manufacturer**
10:16,20
**manufacturing**
8:16 11:4,11,19
12:7 14:14 15:20
17:20 21:9 26:20
27:14 35:12
48:17 80:12
84:14,15 86:16
89:13 90:7 99:3
112:2
**many** 38:19 39:3
50:1 62:4 77:21
78:1,1,7 87:5
110:4
**Marcelle** 81:10,11

81:12 83:9,11,12
**March** 20:9,13
43:6,7 45:5 96:16
**margins** 11:9 12:4
**mark** 4:22 16:8
35:15
**marked** 5:7 12:14
20:8,14 43:6
**market** 98:1 111:11
**marketed** 111:12
**marketing** 8:3
79:17 80:14 98:8
**Marques** 54:7 61:8
**Massachusetts**
2:14
**massive** 82:3
**Mateo** 44:3 77:12
84:5
**materials** 62:3,5
**matter** 29:2 33:9
75:15 115:5
**matters** 86:21 88:3
94:2 103:13
**Matu** 54:16
**may** 21:2 28:1 29:7
29:8 30:3 36:3,3
52:7 55:1 59:7
80:8 82:12
**maybe** 6:1 15:9
16:15 24:9 25:21
27:15,16 39:22
40:17,17 51:16
57:14 70:21
72:19 77:4 84:6,6
87:21 94:21
98:13 99:14
105:8 111:13
113:1 114:5,6
**MBA** 46:12
**MD** 18:14
**mean** 14:1 24:12
25:4 30:18 38:2
43:1 46:5 54:17
59:12 66:10 71:4
71:4 78:12
108:13
**means** 11:20 14:5
15:6 17:20 24:19
24:21 30:2 46:5
48:13 49:20 52:1
52:5 58:5 63:15
74:13 83:15 92:9
92:11,17 98:2
109:8
**medical** 19:7 40:7
85:14 94:13
**medicine** 79:5

**meet** 30:18 41:7
49:15,18 70:13
70:20 71:5 77:21
**meeting** 10:4 49:21
**meetings** 78:8
**memorandum**
48:17 50:5,6,14
**memory** 16:16 17:5
27:19 30:12
40:20 41:2 42:15
49:21 87:14,16
87:17
**mention** 38:6,6,9
66:12,13
**mentioned** 22:16
53:4 63:22 66:11
67:19 82:16
99:21 101:10
111:12
**message** 25:18
**met** 30:10,16 49:13
49:14,16 50:1,3
71:2 76:19 77:3
77:17 78:7 93:16
**microgranules**
34:20 35:8,12
**micropellet** 90:4,6
90:21
**micropellets** 14:10
14:14 34:20 35:8
**middle** 19:18 25:22
**might** 74:9
**million** 82:6,8,9
**mind** 5:21 14:22
16:3 48:4 80:20
85:19 88:9 101:3
**minimum** 87:21
**minutes** 75:2
**misleading** 15:9
72:3
**misspoke** 33:17
**misunderstanding**
60:21
**misunderstandings**
61:2 62:17,21
64:5 65:1
**mollified** 69:10
**moment** 5:6 7:15
20:21 32:13
57:21 63:22
76:21 86:7
106:21
**Monday** 1:19 2:3
**money** 15:6 94:17
94:19 100:7
102:18 103:1,6,6
105:10 106:17

JT-A-360

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 125

| | | | | |
|---|---|---|---|---|
| moneymaking 102:21 | 47:3 71:3 95:14 103:19 | next 4:22 12:15 20:8 35:15 43:7 | obtain 8:16 | 81:5 83:17 84:5 93:15,18 95:6,22 |
| moneywise 105:9 | M-a-r-c-e-l-l-e | 70:5 75:1 89:10 | obtained 91:18 | 99:14 106:15 |
| monies 98:15 100:7 | 83:10 | nitrate 100:3 | obviously 21:1 | 114:5 |
| monitor 62:10 | _____ | nitroglycerin 7:14 | 25:18 108:16,16 | ones 68:6 |
| Monterde 76:20,22 | N | 7:19 99:22 | 110:7,12 | only 15:5,18 17:10 |
| 77:4 83:3 | N 4:1 10:18 117:1,1 | nobody's 72:17 | occasions 77:21 | 26:15 34:22 |
| Monterigone 61:18 | name 8:7,7 10:22 | normal 110:8 | October 31:11 | 39:16 74:13 79:2 |
| month 28:6 | 17:3 18:15 23:10 | 113:21,22 114:9 | 33:18 34:1 | 83:16 93:15 |
| more 17:11 21:19 | 23:18 25:2,12 | 114:19 | off 4:13 32:12,16 | 99:18 102:2 |
| 25:3 30:14 43:20 | 41:22 44:3 53:4 | normally 114:6 | 33:15 40:14 | 105:9 114:6 |
| 45:20 56:13 | 70:22 78:3,10 | Northwest 2:5 3:7 | 42:13 53:19 64:8 | onto 75:1 |
| 59:18 61:22 64:9 | 81:9 83:18 85:19 | Notary 2:6 116:17 | 75:5,7,10 102:10 | opened 19:5 20:6 |
| 71:6 76:2 81:17 | 86:18 92:22 95:2 | note 13:4 64:6 | 106:20 107:1 | operating 79:5,8,9 |
| 89:17 92:8 101:5 | 107:14 110:2 | noted 66:2 116:4 | 115:2,7 | 79:10 |
| 101:5 | 114:13,18 | nothing 8:4 19:4 | offered 12:6 | operation 47:5 |
| most 74:18 77:15 | named 4:3 | 32:3 65:4 73:5 | office 18:10 19:1,9 | 60:4 |
| 80:7 81:5 83:15 | names 81:18 83:20 | notice 2:2 21:22 | 19:10,10 74:6 | operations 82:11 |
| 102:20 109:3 | 105:3 108:17 | 38:5 44:5 109:15 | officer 44:8 70:14 | 87:8 |
| mother 57:11 95:22 | narcotics 80:3,3,5 | notion 19:19 | 71:9 73:15,16 | opinion 103:12 |
| 96:1 | 80:12,14 | November 6:5 | 100:13 | 104:5 |
| Moving 85:1 | Natermann 10:16 | 12:18 16:13 | officers 70:7 | opportunity 53:12 |
| much 23:11 24:12 | 10:19 | 27:21 28:8,10 | offices 2:4 19:5,12 | opposed 9:2,9 |
| 91:7 103:17 | native 9:9 | 33:18 91:11,12 | 19:21 20:3,4 | Oracensio 83:19,22 |
| Murphy 17:6 24:11 | nature 25:20 78:17 | number 1:7 22:15 | official 19:1 | order 14:8,9 18:4 |
| 24:22 30:11,15 | 88:6 89:1 | 25:19 26:10 | officially 42:10 | organization 41:19 |
| 30:17,20 31:3,8 | near 18:21 | 32:14 33:8 37:6 | often 68:15 101:18 | 47:15 69:10 |
| 39:14 45:21 46:8 | nearby 68:13 | 37:22 50:7 61:4 | 103:5 | 84:12 104:19 |
| 46:13,22 47:2,8,9 | necessarily 67:6 | 64:22 67:20 | oh 50:10 72:15 | organizations 48:8 |
| 47:10 49:7,12,22 | necessary 15:5 | 75:14 110:6 | 101:14,16 109:15 | organize 21:10 |
| 50:21 51:20 | 21:20 | 115:3 117:11 | okay 4:16 5:9 7:21 | origin 77:17 |
| 56:16,22 57:10 | necessity 15:14 | numbers 61:19 | 13:2,2,9 16:10 | originally 35:3 |
| 58:1,4,8,17 62:19 | need 20:20 21:1 | numerous 36:2 | 21:4,21 22:6 28:9 | originated 66:19 |
| 65:7 66:5,19,21 | 29:7 38:19 49:4 | N-a-t-e-e-r-m-a-n-n | 28:15,17 30:9 | other 39:1,6,7 47:5 |
| 66:22 67:8,11,20 | 50:9 51:2 54:4 | 10:18 | 31:11 32:13 | 47:21 61:19 63:1 |
| 69:5 70:6,14 | 106:15 | _____ | 43:17 59:19 63:6 | 63:4 65:3 67:13 |
| 71:13,16 73:13 | needed 7:9 17:22 | O | 70:13 75:3,5 78:6 | 70:14 71:15 |
| 73:14 74:13,14 | 99:5 | O 4:1 117:1 | 98:22 100:6 | 72:22 76:8 82:17 |
| 74:17 85:20 86:6 | negotiate 103:16 | obeying 60:3 | 106:17 | 84:22 86:11 |
| 93:3,9,15 101:3 | 103:19,21 104:4 | object 6:20 25:15 | old 15:8 24:20 63:8 | 87:19 88:3 89:15 |
| 101:11,12,21 | 104:15 108:2 | 29:3 57:4 60:12 | 80:18 | 93:8 94:2,5 100:4 |
| 102:18 104:8,16 | negotiated 26:6 | 63:11 65:19 | omeprazole 8:7 | 104:16 105:12 |
| 104:17 105:12,16 | 101:22 105:4,13 | 73:22 89:4 | 39:1,13 40:16,18 | 106:16 111:6 |
| 107:16 110:7,10 | negotiating 104:7 | 106:13 | 76:8 91:15 95:13 | others 9:19 76:16 |
| 110:13 111:6,20 | 105:16 106:4 | objection 22:18 | 95:17 96:12 98:1 | 95:6,10 |
| 113:10,15 114:4 | 107:7,19 108:6 | 25:20 27:10 | 98:8 99:13,18 | otherwise 48:9 |
| 114:14 | 108:3 | 28:21,22 30:21 | once 61:22 64:8 | Oury 16:4 81:6,6 |
| Murphy's 68:22 | negotiation 106:6 | 32:10 35:21 | 71:6 | 82:20 83:1 |
| 69:19 103:12 | 108:3 | 36:10 37:1,17 | one 6:1 13:2 26:21 | out 30:4 89:11 |
| must 22:14 24:11 | negotiator 102:2 | 59:16 66:2 67:15 | 28:10 31:1 36:1,2 | 94:19 |
| 31:4 36:1 46:14 | never 14:21 53:6 | 81:2 96:18 | 36:19 37:9,21 | outside 20:4 |
| 65:6 68:1 69:4 | 72:10 94:19 | 100:16 102:9,15 | 39:5 45:20 48:12 | over 79:21 84:20 |
| 72:5 84:19 85:20 | 108:2 | 107:22 108:8 | 51:17 57:13,20 | 94:13 |
| 94:6 96:5 98:10 | new 20:6 31:1 | 113:12 | 62:8 63:1,1 65:2 | owed 106:17 |
| 106:14 109:2 | 45:15 49:20 | objectionable 29:4 | 65:2,3 67:12,21 | own 14:3 34:19 |
| 111:10 | 91:14 | objectives 106:11 | 67:22 70:12 | 98:1 99:12 |
| myself 7:16 46:10 | newsmen 71:21 | obliged 7:6 | 71:18 72:21 77:9 | 101:11 |
| | newspapers 71:20 | | 78:9,9,9 80:2,10 | |

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 126

owned 12:11 26:21
  35:3 40:19
owner 47:20
ownership 64:2
owning 39:22
oxygenation 8:3
O'Toole 3:14
o-m-e-p-r-a-z-o-l-e
  8:8

_____
            P
P 3:3 4:1
packaging 44:1
page 50:7 61:4,16
  62:15 63:12 64:6
  66:4 67:7
paid 55:1,2 82:6,9
  82:10 96:3 100:7
pain 80:1
Palmer 2:12
paragraph 11:6,12
  50:20 53:3,22
  55:17
Pardon 59:6
parent 69:2,3,20
  70:9 71:11 93:13
Paris 18:21,21,22
  20:5 46:11 68:7
  68:11
part 21:18 35:22
  36:7,8 57:18
  80:14 92:9 94:14
  95:15
particular 36:21
  37:10
parties 2:8 37:14
  38:14 50:12,13
  60:11,13
parting 29:22
partner 9:15,17
  72:15 94:9 96:6
parts 52:1
party 39:12
Pascal 81:6 82:20
  82:22
Paseo 51:6
past 48:20
patent 96:9
patents 40:19
  91:13,15,16,17
  96:12
patients 79:16 80:6
Patrice 1:15 2:1 4:6
  33:3,8 54:1 55:21
  75:14 115:5
  117:4
pay 97:20 103:18

113:1
paying 97:2 99:2,3
  99:4,5
payment 106:15
pelletization 71:22
pellets 34:22 35:12
Pennsylvania
  46:13
people 10:22 18:3,4
  18:5,7 42:9 44:2
  47:21,22 52:6
  57:15 67:6 70:19
  71:2,7 72:12 76:5
  76:18 78:7,18
  80:17,17,19,21
  81:20,21 82:3,4,5
  82:16,17 83:3,16
  84:12 85:18,22
  85:22 87:6,15,20
  92:20 93:18 94:4
  94:5 104:6,20,22
  109:3,4,17 110:4
  110:6 114:8
per 96:4 99:6
  103:18
percent 69:14,15
Perez 10:4,10 12:2
  14:4 17:4 22:22
  23:1 24:6,20
  26:14,14 27:1,4,8
  27:13 30:3 33:16
  44:17 45:18
  46:19 69:6,11
  76:18 93:10
  107:6,10
perfectly 52:3 60:5
  70:11 90:17
  103:3 109:9
period 39:9 45:15
  63:2 75:20 76:1
  84:14 96:16
permanently
  103:20 104:4
permission 74:11
permits 103:1
permitted 69:12
  72:16,17,17 82:4
person 41:12 49:10
  55:10 68:2 73:11
  73:12 77:8 86:19
  93:8 104:16,18
  105:2 111:6
personal 68:11
personally 39:10
  70:13 76:11,15
  88:2,18,21 93:1
  103:21 104:4

pertain 4:18
pertaining 90:2
pesetas 99:6,7
Pfizer 48:7
pharmaceutical
  10:15 12:8 17:16
  35:7 39:1 40:6
  65:12 76:9 77:7
  79:3 84:15 96:10
  97:15 104:1
  112:4,13
Pharmaceuticals
  1:9 34:10,16
  35:11 38:15
  92:21 100:22
  110:1
pharmacist 77:6
pharmacokinetic
  94:14
pharmacological
  79:22
pharmacologist
  94:12
pharmacy 46:10,11
  78:13,22 94:11
PharmD 77:9,13
  78:12 95:6
phase 89:8
PhD 46:8 102:22
Philadelphia 49:20
phone 25:1 72:4
  74:11
phrase 53:22 54:10
  54:17,21 62:16
pick 4:12
pile 91:3
place 25:9 74:11
  95:17
Plaintiff 88:9
Plaintiffs 1:7 3:10
  59:6
plant 14:9 15:7
  16:14,17,19
  17:21 18:10
  29:19 76:20 77:5
  83:16 91:19
  109:20
please 5:7 7:12
  13:14,18 20:9,15
  40:22 43:6 50:5
  59:8 62:8 76:5
  88:12 112:5,21
  112:22
PLLC 2:4 3:6
plus 20:3
pocket 82:7,9
point 9:15 16:21

23:16 36:13
  54:10 56:4 62:4
  114:10
points 22:11,15
  26:7 37:7
political 9:6
Portanule 87:11
Portuguese 87:10
  87:12
position 68:22
  69:19,21
positions 84:2
possibility 11:18
  12:6
possible 16:15
power 24:6 46:5
  47:18 51:22 58:6
  58:8,10,21 60:2,2
  powers 41:20 51:7
  51:22
practice 21:15
preamble 49:4
preambulo 21:12
precise 21:19 23:8
  56:13 78:16
precisely 14:18
  72:12 84:4,4
precision 56:11
predecessor 92:22
prefer 46:22
preference 65:22
preferred 47:8
preparation 22:8
  35:20 36:8
preparations 36:1
prepared 37:12
preparing 85:4
present 2:7 3:13
president 51:14,21
  52:2 57:2,10 58:5
  58:9 61:10 67:12
  67:13 68:4,5 69:1
  69:1,2,3,19,20,21
  69:22 110:14,15
  110:21 111:4
previous 110:2
previously 4:7 33:4
price 11:22 12:1
  22:12 96:4
  103:16,22 104:8
  105:5,13
prices 11:8,10,18
  105:16
probably 9:14
  45:18 49:12 71:1
  73:1 84:1,4,10
  85:11 86:2 87:6

91:9 98:9 99:1
  101:2,10 104:18
  106:1 108:9,9
problem 32:4 65:8
  105:6
problems 46:7
procedural 29:2
procedures 18:2
  79:6,10 91:4
proceed 14:9 90:1
process 13:22 80:3
processing 80:3
proclivity 73:2
produce 111:17
produced 99:19,22
producer 110:9
producing 27:15
  34:19 108:17
  109:7 112:3
  114:7,7
product 7:8,14,16
  8:2,5 15:13 18:1
  40:18 79:2,3 80:7
  91:3,7 98:1 99:11
  99:19 109:12
production 7:7
  12:5 14:10 16:16
  20:3,6 44:1,4
  82:21 98:18
  108:20 109:11
  112:14
productions 84:13
products 8:10,11
  8:16 12:8 17:16
  39:2 65:12 76:9
  79:4,20,22 80:13
  84:15 91:14 92:7
  99:20 100:4
  104:1 109:8
  111:11 112:4,15
professional 78:8
professionals 87:22
profitable 97:4
progress 2:2
proper 55:5
property 30:2
  96:12 105:16
proposal 14:6
propose 20:21
  43:15
protect 37:6 80:6,6
protected 40:18,18
protection 36:14
  36:15 111:16
protocols 90:7
proves 102:15
provide 89:16 97:7

JT-A-362

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 127

97:10 109:22
provided 109:1
Public 2:6 116:17
purchase 95:13
 96:2
purchased 11:2
 16:22 24:2 25:10
 28:5 98:2
purpose 15:18
pursuant 2:2
put 28:18 38:19
 47:22 63:3 78:10
putting 17:20 42:9
 44:1 47:4 60:4
 91:2
P-e-s-e-t-a-s 99:9
p.m 2:5 32:17,18
 33:1 94:7 115:8

———— Q ————
QA 22:13 92:9
 98:18
QC 79:10 92:9
 98:18
qualification 82:16
quality 22:12,13
 36:16 63:4 64:2
 79:11,11 83:13
 83:16 84:9 91:4,4
 109:18
question 13:13,20
 13:21,22 16:12
 17:13 21:1,7,7
 23:8,17 25:6 26:5
 29:5,6,13,14
 43:16 49:6 51:16
 51:17,18 53:12
 54:9 55:14 57:5,7
 59:18,20,22 63:3
 67:18 69:18
 72:11 73:14 74:1
 74:5 76:4 88:15
 88:17 90:17,22
 96:19 101:9
 102:10 105:15,17
 110:18,19 112:5
 112:9,15 113:4
 113:13
questions 4:13,17
 20:18 25:16,22
 43:13 49:2 56:21
 75:19,22 90:2
 109:5
quickly 29:17
quite 31:5 36:18
 40:14 65:6 76:18
 98:5 99:17

101:18 103:5
quote 32:2

———— R ————
R 3:5 4:1 11:1,9
 50:21
radar 32:2
raise 103:6,6
range 8:9,11 82:2
rather 46:18,19
reach 30:2
reaction 72:15
read 9:16,21 11:16
 13:17 29:17
 48:19,21 50:20
 51:9 59:9 61:11
 112:10 116:1
ready 28:5
real 46:2 92:13
really 15:22 17:2
 29:22 38:18
 51:19 57:19
 63:15 64:11
 69:12 72:21
 75:20 80:10 91:8
 94:15 107:15
 109:11
reason 15:5 38:13
 72:9
reasonable 109:15
reasons 68:1
recall 23:14 60:15
 113:18
recalls 113:16
receive 109:5
received 66:22 77:9
 90:1 98:15 100:8
receiving 96:21
Recess 75:8,12
 107:2
recessed 32:18
 115:9
recognize 5:10
 28:17 29:14 78:3
recollection 6:13
 42:19 43:2 70:17
 70:18 71:5,8
 93:21
reconvened 32:18
 115:9
record 4:2,11 9:8
 12:15 13:4 32:12
 32:16 33:7 42:13
 53:19 59:4,9 75:5
 75:7,11,13 97:17
 106:20 107:1,3
 112:10 115:2,7

red 40:13
rediscus 60:21
rediscuss 62:18
refer 10:6 50:4
 78:2
reference 6:12
 44:21 45:2 55:16
 59:4 60:13 65:17
references 10:4
 55:20
referred 21:6 50:22
 54:3,15 81:4
referring 6:8 8:19
 9:17 13:13 32:1
 54:11 61:13,20
 64:5 71:13
regard 44:6 49:3
 78:18,19
regarding 20:19
 43:13 49:2 76:7
 86:21 88:2,2,19
 90:21 93:1 95:12
 95:13,14 103:17
register 79:20
registered 19:9,10
 19:10
regular 86:20
regulation 80:4
regulatory 85:2
related 43:20
relationship 36:14
 37:7 45:16 62:22
 64:18
relevant 26:19,22
rely 47:18
remember 4:15
 5:19 17:2 18:13
 18:13,14 19:14
 26:7,8,19 27:16
 30:6,13 40:8,12
 44:3 70:20,22
 74:7 76:18,19
 77:3,8,10,11,13
 81:18 94:16
 96:22 99:14
 101:19 114:2,14
reminds 45:14,15
reminiscence 70:16
 70:17
rental 98:4 99:4
renting 97:2
repeat 40:22 112:5
 112:21
replied 36:13 104:3
reply 15:3
REPORTED 1:21
reporter 4:3 59:9

112:10
represent 13:8 60:8
representation
 50:21 54:2,14
representative
 41:13
represented 61:10
representing 34:5
 46:3 47:19 51:20
 72:13
represize 73:2
requested 18:5
 41:19 59:10
 112:11
resale 99:11
resemblance 73:8
reserve 21:19
respect 4:13 18:7
 22:20 27:13 42:2
 49:7 63:21 64:18
 95:10 100:22
respective 2:8 52:7
respiratory 7:13
responses 90:4
responsibilities
 22:14 104:21
 105:1
responsibility
 36:16 42:1 77:7
 106:9,10 110:8
responsible 42:12
 52:6 55:10 68:2,3
 77:5 105:2
 111:17
rest 62:17 86:12
resumed 33:4
returned 62:20
revenues 69:14
review 109:12
reviewed 5:8 16:9
 21:3 28:14 43:11
 45:9 55:9,10
reviewing 12:22
Rhone-Poulenc
 10:19,20
Richard 11:1
right 4:17 6:9 7:19
 11:4 17:8,12 18:8
 21:19 23:18 25:6
 28:9 37:14 47:13
 49:1 50:7 53:11
 56:5,7 61:5,14
 64:15 65:9 75:21
 75:21 82:2 83:11
 84:19 87:4 97:11
 97:17,18 101:7
 109:13 112:11

Rimafar 4:19 10:12
 10:14,15 11:1,3
 12:2,6,10 13:8,15
 13:19 14:9,13,16
 15:20 16:14,17
 16:19,22 17:15
 17:16,19 18:7,9
 18:12 20:8 21:11
 23:7,10 24:2 25:7
 25:9,11 26:3,3,8
 26:18 27:5 29:20
 35:4 37:7 41:5
 42:11 76:5,22
 77:1 84:11
 107:14 111:13
Rimafar's 15:7,12
 27:20,21
risks 104:21
roadshows 103:5
Robins 16:5,8
Robinson 2:4 3:6
room 48:21 59:5
 74:7,12
rooms 30:1
Rossignol 39:17,20
 40:4,21 41:3,7
rough 21:15
Rousan 54:16
rules 106:18
 108:21
run 91:22

———— S ————
S 4:1 117:1,9
Saint-Cloud 19:3,5
 19:6,6,8,13 20:1
 74:7
sale 106:7
same 15:22 19:19
 24:9,14 32:19
 36:21 46:9 47:21
 56:10 57:20
 66:16 69:2 84:20
 108:8
Santos 45:5,13
 48:11
Santos's 48:16
saw 17:6 27:17
 72:10 91:11,16
saying 11:15 13:14
 13:15,19 72:15
 104:3
says 11:7,22 13:18
 48:22 54:1 61:7
 61:16
school 46:12 77:14
scientific 24:13

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

94:14
scientist 46:14
screen 32:2
second 38:1,2 53:3
  53:21 62:8
secrecy 80:4
secret 87:2 88:7
  89:12,13,14,14
secrets 86:22 88:4
  88:20 89:3,6 91:9
  92:12,12 93:2
  94:3
see 10:5 11:12,17
  18:15 22:5 28:4
  31:5 34:6 40:8
  41:22 44:19
  46:15 50:8,10,10
  55:18,18 56:4
  60:15 61:1,1,7
  63:10,13,14
  64:12 66:14 67:7
  72:22 81:19
  91:10 92:5
  104:17,18 109:7
  114:8
seeing 60:16
seems 99:16
seen 48:20 113:21
segments 76:2
seizing 92:7
selling 104:1
sense 15:4 23:9
  52:4 63:2 89:22
  96:20
sensitive 96:13
sent 13:15,19 16:5
sentence 11:15
  13:18 14:1 76:11
sequence 17:12
  19:20
sequentially 38:2
service 24:18
services 17:21
SESSION 33:1
set 79:5 91:6 94:8
setting 107:7,19
several 40:5 64:22
  87:7,9 91:13
shaking 50:9
shape 63:4
shared 94:16 97:14
shareholder 80:16
shareholders 82:6
sheet 17:3 45:6
  56:16 60:8
shocking 113:19
show 4:20 20:11

94:14
showed 40:13
  52:14
showing 103:7
sick 79:16
side 57:13 63:1,1
  105:20 106:15
sign 59:18
signature 43:8
  44:11,12
signed 13:8 14:19
  14:20 15:2 36:3
  37:22 38:21,21
  39:4,6,7 41:20,21
  44:5,17 52:11,13
  52:14,22 55:11
  56:3 60:11 62:2
  66:19,20
significant 96:2
similar 24:12 36:19
simple 51:13 63:1
  84:12 101:6
simplicity 93:4,6
simplify 23:15
simply 25:12 89:11
  89:17 91:2,6
Since 6:5
sir 33:21 37:4
  51:10 54:5,19,20
  62:13
situation 74:8
  96:20
six 110:19
size 46:4
slightly 96:5
Slow 62:8
small 46:4 48:5,8
  80:9 94:8 99:2
smoothly 48:3
sold 10:21
solve 46:7 65:8
some 4:17 7:2
  16:21 17:21
  26:12,15 60:20
  61:18 64:8 65:5
  71:1 75:18 82:11
  82:11 87:21
  88:10 89:15,16
  89:16,22 95:9
  105:8
somebody 24:5,16
  24:16,22 31:3
  46:1 47:17 86:2
  103:3
someone 24:18
  31:5 85:21
something 11:9

28:9 93:17
showed 40:13
  52:14
showing 103:7
sick 79:16
side 57:13 63:1,1
  105:20 106:15
sign 59:18
signature 43:8
  44:11,12
signed 13:8 14:19
  14:20 15:2 36:3
  37:22 38:21,21
  39:4,6,7 41:20,21
  44:5,17 52:11,13
  52:14,22 55:11
  56:3 60:11 62:2
  66:19,20
significant 96:2
similar 24:12 36:19
simple 51:13 63:1
  84:12 101:6
simplicity 93:4,6
simplify 23:15
simply 25:12 89:11
  89:17 91:2,6
Since 6:5
sir 33:21 37:4
  51:10 54:5,19,20
  62:13
situation 74:8
  96:20
six 110:19
size 46:4
slightly 96:5
Slow 62:8
small 46:4 48:5,8
  80:9 94:8 99:2
smoothly 48:3
sold 10:21
solve 46:7 65:8
some 4:17 7:2
  16:21 17:21
  26:12,15 60:20
  61:18 64:8 65:5
  71:1 75:18 82:11
  82:11 87:21
  88:10 89:15,16
  89:16,22 95:9
  105:8
somebody 24:5,16
  24:16,22 31:3
  46:1 47:17 86:2
  103:3
someone 24:18
  31:5 85:21
something 11:9

25:22 29:4,18
  45:14 53:6 86:1
  89:11,12,17
  95:19 102:3
sometime 19:22
sometimes 18:3
  49:14 78:8
  109:10
somewhat 69:10
sorry 6:5 13:16
  14:22 17:7 30:18
  31:16 41:10
  50:10,11 52:18
  53:5,18 54:6
  70:15 71:6 72:5,8
  72:16 83:8 87:17
  91:20 93:5
  100:19 112:8,22
sort 89:10
sound 57:4
sounds 7:17
souvenir 29:16
  40:12 42:8,20
  70:15 71:6,14
space 97:2 98:20,21
  99:4
Spain 1:6 4:14 5:16
  5:18 6:4,13,17
  7:2,3,5,10 8:17
  15:2,4,14 24:20
  37:15 38:8 42:12
  44:13 45:17
  49:14 50:18 52:4
  54:11 55:22
  57:13,15,16,19
  58:3,5,6,22 59:1
  59:18 60:3 61:19
  61:14,19 65:13
  68:2,12,15,17
  69:9,10,16,22
  72:10 86:9,10
  99:8 101:4,18
  102:4 108:13,14
Spanish 9:2,13,16
  9:21 10:1 13:10
  68:3,4,5 71:20
  77:17 87:9,12
  98:1 109:7
speak 9:15 10:1
  83:21 87:11
  109:17,20 111:20
speaking 24:14
  87:9,10
speaks 65:20
specific 29:16 49:3
  49:21 55:15
  87:17 90:3

specifically 29:6
  56:6 73:19 89:6
speculate 87:14
spell 7:12 8:8 10:17
spent 87:7
spirit 52:17,19 53:9
spoke 87:15
spoken 84:9
spot 74:22 114:21
stability 91:5
stacks 78:10
stand 33:4
start 76:14 98:16
  113:7
started 6:4 84:11
starting 82:19
statement 25:14
  29:9 57:5
states 1:1 49:22
  66:21,22 110:3
  112:3 116:3
stats 114:10
stay 89:7
stenographer 4:21
Stewart 2:10 4:10
  5:5 6:22 10:6,9
  12:14,21 16:7,11
  20:14,17 22:19
  26:1 27:11 28:16
  29:10,12 31:6,18
  31:22 32:12
  33:12 34:17,18
  35:18 36:5,17
  37:3 38:4 41:1
  42:14 43:5,12
  45:4,10 53:13,18
  53:20 56:19 57:6
  59:7,11,21 60:14
  66:2,6 67:17
  71:14 74:4,22
  75:17 76:13 81:4
  81:8 89:9 90:10
  90:12,19 94:5
  95:1 97:5,15,18
  97:19 100:5,18
  102:11,14,16
  106:20 107:5
  108:4,10 112:9
  112:16 113:1,5
  113:17 114:1,12
  114:20 117:5
still 17:5 19:11
  26:17 66:16
  74:17 80:16
  92:11,15 103:9
stop 24:12 25:21
  51:2 114:21

stopping 54:9
  72:19
stories 38:19 91:5
storing 44:1
story 39:8 94:21,22
strategy 47:4,5
  69:8 72:13,18
Street 2:5 3:7
stressed 22:15
struck 92:10
study 20:20 21:2
subject 65:10 88:13
subjects 41:2
submission 85:4
submitted 79:12,14
Subscribed 116:11
subsidiary 34:9
  55:7 57:12 68:5,6
  69:1,3,20 95:18
substance 62:16
  73:17,19
substantial 75:20
suburb 18:20
successful 98:7
suggestion 25:21
  90:11
suing 74:9
Suite 3:7
supervision 100:11
  100:11 104:15
  105:1,21
supply 14:12
supplying 98:17
support 104:10
supposed 86:17
  104:20 109:4
sure 13:21 14:18
  18:4 40:17 50:1
  63:17 64:11
  66:20 70:21 71:1
  73:10 90:16,16
  93:16 108:20
  111:9 112:6
survive 48:10
Sweden 40:19
sworn 4:8 33:5
  116:11
system 66:16 101:5
  101:5
S.A 1:5,6 22:3,4
  34:5,9 37:15,19
  37:20 45:17
  50:18,18,22 52:4
  52:4 54:2,14
  55:21,22 61:7,17
  66:13 67:14

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 129

**T**

T 117:1,1,9
take 5:6 7:15 8:4
 9:11 19:15 20:21
 24:17 30:3 36:7,8
 47:18 60:6,22
 64:19 90:10
 104:21,22
taken 2:2 15:6
 88:14
takes 64:13
taking 47:3 72:14
talk 24:16 25:1,1
 40:15 47:17
 76:15
talked 14:8 33:15
 40:21 41:4,9
 83:14 85:6
 101:10,12 102:18
talking 15:22 16:2
 26:20 31:21
 47:14,15 56:2,3
 93:11
Tampa 49:17 54:22
tape 32:14 33:7
 75:9,13 115:3
tax 101:4
teaching 18:3
tech 82:17
technical 44:1 48:1
 48:2 77:6 83:3
 98:11
technicality 85:21
technician 77:15
 93:10
technique 71:22
 92:16
technological 94:1
technologies 72:7
technology 17:22
 18:2 64:2 76:7
 77:9,19 78:17,17
 78:21 79:1 80:22
 81:3 83:1 88:3,7
 88:14,16,19 89:2
 90:4,6,21 91:1,8
 92:8,11,12 93:2
telephone 14:5
 49:11
tell 6:3 9:1 21:8
 23:6 29:1 31:12
 41:16 43:18 46:9
 53:1 58:17 62:20
 64:16 70:7 76:4
 92:20 105:11,12
 111:7 114:13,18

telling 42:16 71:9
tempted 85:8
ten 75:2 87:21
 110:20
tenth 110:17
ten-minute 74:20
term 42:20 97:8
terms 9:14 20:19
 43:15 49:3 73:19
 73:20 101:22
 102:21 103:3,16
 105:5,13 106:7
 106:15 107:7,19
 107:20 108:6
territory 68:2
test 6:16
testified 33:5
testimony 4:7 33:8
 67:16 75:14
 101:21 110:10
 115:4 116:3
Texier 3:13
text 13:10
Thank 29:11 34:3
 43:3 45:4 71:17
 114:17
their 18:3 47:6
 81:18 86:3
 108:19
theophylline 7:11
 7:13,16 99:21
thing 32:5 87:19
 99:2
things 25:19 30:1
 48:3 53:17 64:1
think 4:12 7:11
 14:21 15:11
 17:18 20:20
 21:14 23:8,11
 25:17 28:3 31:10
 36:12,13 37:5,13
 37:18 38:8,18
 41:21 46:3 48:12
 48:19 49:16,17
 52:3 53:6,7,13
 55:12 58:4 62:3
 64:11 65:20,21
 67:15,19 68:8
 69:11,14 71:19
 72:19,22 74:2
 77:4,5,6 80:9
 81:1 82:2 85:9
 87:5,10 88:14,22
 91:1,11 93:17
 96:1 98:9,13
 99:13 100:1,2
 101:2,19 102:2

103:9 110:18
 111:4 114:20
thinks 24:9
third 9:15 98:9
 99:14
though 25:6 90:16
 101:9
thought 43:3,4 89:5
 90:8
thousand 99:7
three 6:18 9:4
 10:22 69:13 77:4
 92:13 114:6
through 26:10 39:9
 64:16 65:21
 75:21,21 96:16
 114:8,8
time 4:3 10:12 17:5
 19:4,16,19 26:9
 30:16,19 31:7,8
 32:9,15 33:10
 38:12,13 39:17
 42:8 45:18,19
 46:4 48:20 49:4
 51:21 56:21 63:2
 63:7 65:7,8 66:9
 68:17,17,18,18
 72:16 73:11 75:6
 75:10,16,20 76:1
 94:17 95:22
 97:22 101:8,18
 106:16,22 107:4
 107:11 110:17
 112:18,18 115:6
times 50:2 67:20
 77:4 110:19,20
title 22:1 41:22
 58:2 108:19
titles 57:21
today 48:21
together 53:22
 114:9
told 11:9 12:2
 18:15 25:8 30:10
 42:4 45:22 73:17
 104:17 114:15
tomorrow 114:22
top 104:20 109:3
topic 4:15 17:10
total 55:7
totally 72:2 74:8
 113:20
tough 12:3
trade 88:4,7,19
 89:3,6,12,13,14
 89:14 91:9 92:12
 92:12 93:2 94:2

trademark 98:9
training 63:5 64:2
 92:16
transcript 116:2,2
transfer 77:10
 82:18
transferring 18:1
translate 31:17
 34:17 51:3 54:4
 90:15
translated 53:7
 62:14
translation 13:10
 14:4 21:14,16,20
 28:4 112:6
translator 25:17
 51:3 54:4
traveled 111:20
treat 46:6
treatment 8:8
true 89:9 90:10
 97:7
truly 103:11
trusted 77:15
try 59:17 103:15
trying 11:17 23:15
 102:11 106:12
turn 45:4 53:21
 56:15 70:3
twice 40:8 77:4
two 6:1 9:4 10:21
 12:15 18:9 43:18
 45:12 49:8 51:19
 52:5 60:10,13
 64:3 67:11 68:6
 79:1 82:6 92:13
 114:6
type 18:5
T-h-e-o-p-h-i-l-i-...
 7:18
T.J 3:14

**U**

Uh-huh 11:13
 23:21 33:22
 44:14 61:6
ulcer 80:1
ulcers 8:9
unable 53:1 93:19
under 22:1 50:5,14
 53:22 100:10,11
 104:9,14 105:1
 105:21 111:14
undergrad 46:10
understand 10:13
 14:1 15:11,19
 17:11,11 19:17

23:1 29:1,6 30:8
 31:14 36:20
 39:19 43:1,15
 47:16 53:17
 54:10,17 57:7
 58:1 59:17 61:2
 73:10 86:4 87:13
 91:20 98:13,14
understanding
 11:14 23:20
 25:19 34:14
 35:10 48:17 50:5
 50:6,15 51:15
 60:9 66:18 68:22
 97:14
understands 93:6
understood 24:18
 53:14 56:22 58:8
 58:13 67:2 73:15
 90:17 91:8 93:7
unfair 72:3 74:8
unfairly 72:14
unhappy 65:6
United 1:1 49:22
 66:21,22 110:3
 112:2
university 46:11,12
 94:11
unless 29:5
unplugged 62:9
unrespective 67:22
until 17:5 39:14
 63:6 76:19 94:7
 107:15
upset 91:11
Uquifa 95:17 106:5
USA 24:10 51:12
 58:11,11,22 59:1
 59:19,19 60:3,4
 66:5,14 68:7,15
 68:17 69:13
 79:21
use 10:20 97:3,8
 99:12
used 8:1 42:8,20
 76:7
uses 51:6
usual 12:5 44:4
 65:2 66:9
usually 49:19
utilized 79:4
U-q-u-i-f-a 95:18
U.S 24:1 26:4 31:14
 31:17,19 32:8
 39:11 40:1,2
 42:17 43:4 44:22
 45:2 46:2 47:20

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 130

49:13,15,16,18
50:1,3 51:12
55:16 56:7 57:11
57:14,19 59:15
65:17 74:9 84:17
92:22 94:18
103:6 110:5
111:20 112:13

_____

**V**

vague 22:18 27:10
28:21 30:21
32:10 35:21 37:1
40:12 59:16
96:18,19 107:22
vagueness 106:13
Valerie 3:13
validity 63:3
valuable 92:19
value-added 101:4
VAT 101:4
Vauzelle 81:14
85:13
VERONICA 2:11
versus 33:9 75:15
115:5
very 8:6 11:9 24:21
25:17 26:22 32:5
36:14 39:15
40:12 44:3 46:4
46:15 62:3 63:1
72:5,8 80:17
84:12,13,22
85:18 94:21 96:8
96:13,20 97:3
98:7,10 103:9,9
105:9
VIDEO 1:15
videographer 3:14
4:2 32:14 33:7
75:6,9,13 106:22
107:3 115:3
view 56:6 73:12
114:10
vincamine 7:22
99:21
visit 91:19 109:10
visited 91:21
visits 40:11 77:11
77:11
vis-a-vis 68:3
volume 1:16 115:4
volunteers 79:16
vs 1:8
V-a-u-l-l 81:15
V-a-u-z-e-l-l-e
81:14,16

V-i-n-c-a-m-i-n-e
7:22

_____

**W**

Walton 46:12
want 21:18 31:20
34:17 42:3 64:15
65:22 74:17
82:15 90:5,15,15
90:16 98:12
Washington 1:18
2:3 3:8 49:20
wasn't 13:21 78:10
way 24:7 28:18
46:5 48:3 78:2
92:17 98:13
103:15
weight 102:4
welcome 20:20
welcomed 24:11
well 9:10 14:3,21
14:22 19:16
27:17,17 30:22
35:22 39:1 40:14
41:4 44:3 46:9
47:2 48:4 49:1
57:7 64:15,22
65:9 66:8,11
67:18 68:14
69:18 73:3 75:21
78:21 80:15 81:1
87:6 88:13 89:22
93:10 94:21 95:9
96:19,22 98:12
102:18
went 26:10 49:17
49:19 53:11 78:8
87:6
were 2:7 7:2,6 8:5
13:21 15:8,8
17:21 18:1,6
19:21 20:2 22:16
22:17,20 24:13
26:7,13,15,20
27:1,12,15 32:7
35:1 36:21 37:15
38:1 39:6,7 46:6
46:17 47:2,5
48:15 49:10
50:12 56:3 62:21
63:22 64:1,4,5,17
65:1,6 69:15 70:7
70:19 71:2 72:7
81:19 82:17
86:16 88:14 89:7
89:18 90:8 91:14
91:16 92:6 94:10

96:6 97:1,2 99:17
100:8 106:7
108:17,22 109:4
109:8 110:4
112:1,3,18 113:6
113:8
weren't 85:22
We'll 56:15 86:6
we're 4:11 5:21
16:2 18:4 38:8
53:3 55:14 74:19
94:8 101:3
we've 5:7 34:8
63:13 90:3
110:13
while 12:3 78:15
whole 69:5 79:5
80:4
wider 91:7
wife 68:10,12 94:10
wife's 95:2
withdraw 21:7,7
27:18 34:13
37:11 73:13
88:16 113:6
witness 5:8 10:8
16:9,10 21:3
28:14,15,22
29:11 30:22
32:11 35:22
36:12 37:19
43:11 45:9 59:17
66:3 67:18 71:18
74:2 75:4 81:5
89:16 90:14 94:6
96:19 99:10
100:17 106:14
108:1,9 112:12
113:3,18 117:3
witness's 59:7
word 42:22
words 41:4 103:14
work 29:22 37:13
39:20 43:22 80:5
80:11 92:4 94:15
94:19 97:1 98:3,4
98:14,15,18
99:11
worked 94:12
worker 44:4
working 39:21 47:6
48:12 55:3 63:15
64:9 77:14 84:11
92:15 94:7 110:4
works 79:15,16
world 80:2,10
Worldwide 81:22

82:1
worry 73:3
worth 64:11 80:7
write 9:5
writing 8:20 9:1
60:19 62:14
written 9:14 63:14
64:8 72:6
wrong 52:7 72:2
112:7 113:21
wrote 64:3 72:4

_____

**X**

x 1:4,12 116:7,16
117:9
XYZ 109:9,9
111:12

_____

**Y**

yeah 8:13 20:10
30:8 58:12 93:16
94:5 105:8,19
year 45:20 99:18
years 6:1,18 17:9
39:4,8 40:5 42:7
64:14,22 69:13
80:18 84:13 87:7
87:9,21,22 92:14
101:6
yesterday 14:6
York 49:20
young 77:8,13
78:12 90:15

_____

**Z**

Zaragoza 16:20
18:10 27:21 28:6
29:21 35:2,3 77:5
77:11 83:4 91:19
91:22 92:4
109:14

_____

**$**

$2000 96:4
$4000 94:18

_____

**0**

009009 61:4
009083 50:8
02199 2:14
04-1300 1:8

_____

**1**

1 32:14 63:11 115:4
1:13 32:17
10 1:19 2:3 11:22
28:10 33:10

56:18,20 60:6
62:15 64:14
75:16 93:17
115:6 117:21
10th 33:18
100 57:15
1000 12:1 81:20,21
103:18
11 115:9
111 2:13
12 117:14,15
12th 35:16
12:05 2:5
12:05:15 4:4
1201 2:4 3:7
13 42:7 56:17
13:13:56 32:15
135 82:5
14 42:7 64:7
14th 12:18
14:22:35 33:10
14928046 51:6
15 17:9 45:5 63:9,9
64:7 84:13 87:21
15:49:49 75:6
16 64:7
16:08:46 75:10
16:14:48 75:16
1628004 54:8 61:9
17 64:7
17:12:29 106:22
17:36:41 107:4
17:51:35 115:7
18 63:9,9
1991 5:1,2,12,22
6:12,19 8:14
12:10,17,19
14:16 16:13 27:2
27:5,22 75:20
1992 16:21 20:9,13
27:7,12 28:10
31:11 34:14
1993 35:16 39:9
43:6,7
1994 39:9
1995 45:5 56:17,21
60:16 96:16
1996 23:19
1999 71:19

_____

**2**

2 1:16 4:22 5:4,7
8:19 33:8 75:9
117:13
2:15 32:18 33:1
20 12:16 87:21
116:12 117:16

JT-A-366

Patrice Debregeas - July 10, 2006
Ethypharm S.A. France and Ethypharm S.A. Spain v. Bentley Pharmaceuticals, Inc.

Page 131

| | |
|---|---|
| **2000** 94:15 95:5 | **8:30** 94:7 |
| **2000A** 3:8 | **850** 82:3 |
| **2001** 74:3 91:12 | |
| **2002** 74:3 75:22 | ———— **9** ———— |
| 81:19 96:17 | **9** 11:22 45:7,8 94:7 |
| **2003** 82:4 | 117:20 |
| **2004** 82:5 | **9-1** 61:18 |
| **2006** 1:19 2:3 33:10 | **9/10** 11:8 |
| 75:16 115:6,10 | **9:00** 114:22 115:9 |
| **202-833-8900** 3:9 | **900** 82:3 |
| **21** 54:16 | **9008** 66:4 |
| **25** 87:21 | **9010** 63:13 |
| **26** 20:9 | **91** 28:8 |
| **26th** 20:13 | **92** 33:18,19 34:1 |
| **28** 117:17 | **94** 76:19 |
| | **98** 69:14,15 |
| ———— **3** ———— | **99** 69:14 |
| **3** 12:20 13:1,2,3,5 | |
| 13:14,18 75:14 | |
| 115:3 117:14 | |
| **30** 18:22 80:18 | |
| **35** 117:18 | |
| | |
| ———— **4** ———— | |
| **4** 12:17,20 13:2 | |
| 15:17,18 28:1,3,7 | |
| 43:6,7 47:22 48:1 | |
| 117:5,15 | |
| **43** 117:19 | |
| **45** 79:20 117:20 | |
| **47** 79:20 | |
| | |
| ———— **5** ———— | |
| **5** 20:15,16 21:8,13 | |
| 117:13,16 | |
| **5:51** 115:8 | |
| **500** 3:7 | |
| **56** 117:21 | |
| | |
| ———— **6** ———— | |
| **6** 11:6,12 28:13 | |
| 33:21 34:5 | |
| 117:17 | |
| **617-239-0100** 2:15 | |
| | |
| ———— **7** ———— | |
| **7** 35:17,20 37:11 | |
| 41:14 82:6,9 | |
| 117:18 | |
| **700** 82:8 | |
| **77** 94:9 | |
| **78550** 54:16 | |
| | |
| ———— **8** ———— | |
| **8** 39:6 43:10,19 | |
| 117:19 | |
| **8th** 5:2,12 | |

Page 1

1          UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF DELAWARE

3  - - - - - - - - - - - - - - - X   Volume III

4  ETHYPHARM S.A. FRANCE and      :   Transcript

5  ETHYPHARM S.A. SPAIN,          :   Video Vol. II

6             Plaintiffs,         :

7       v.                        :   C.A. No.

8  BENTLEY PHARMACEUTICALS, INC., :   04-1300-SLR

9             Defendant.          :

10 - - - - - - - - - - - - - - - X   Pages 1-187

11

12

13

14     VIDEOTAPE DEPOSITION OF PATRICE DEBREGEAS

              District of Columbia

15            Tuesday, July 11, 2006

16

17

18

19

20

21 Reported by:  Marijane Simon, RDR, CLR

22 Job No. 6734

Page 2

1
2
3            July 11, 2006
4            9:11 a.m.
5
6
7 Deposition of PATRICE DEBREGEAS held at the law
8 offices of Baach, Robinson & Lewis:
9
10
11      1201 F Street, NW
12      Suite 500
13      Washington, D.C. 20004
14
15
16 Pursuant to notice, before Marijane Simon,
17 Registered Diplomate Reporter, Certified LiveNote
18 Reporter, and a Notary Public in and for the
19 District of Columbia.
20
21
22

Page 4

1 APPEARANCES (Continued):
2
3            Also Present:
4      T.J. O'Toole, Videographer,
5      Esquire Deposition Services
6        1020 - 19th Street, NW
7            Suite 620
8        Washington, DC  20036
9          (202) 429-0014
10
11
12      Interpreter Valerie Texier
13      Bill Guertner, Baach, Robinson & Lewis
14
15
16
17
18
19
20
21
22

Page 3

1 APPEARANCES:
2
3 For the Plaintiffs:
4      Dwight P. Bostwick, Esq., and
5      Bruce R. Grace, Esq.
6      Jonathan D. Fine, Esq.
7      BAACH, ROBINSON & LEWIS
8      1201 F Street, NW, Suite 500
9      Washington, DC  20004
10      (202) 659-6744
11      (202) 466-5738 (Fax)
12      dwight.bostwick@baachrobinson.com
13
14 For the Defendant:
15      Craig E. Stewart, Esq., and
16      Veronica C. Abreu, Esq.
17      EDWARDS, ANGELL, PALMER & DODGE, LLP
18      111 Huntington Avenue
19      Boston, MA  02199
20      (617) 239-0100
21      (617) 316-8406
22      cstewart@eapdlaw.com

Page 5

1          C O N T E N T S
2 EXAMINATION OF PATRICE DEBREGEAS:          PAGE
3    BY MR. STEWART                10
4    BY MR. BOSTWICK              138
5    BY MR. STEWART              158
6
7
8 DEPOSITION EXHIBIT:        Page Identified:
9 11  Contrato de Fabricacion Por Terceros
10      de Productos Farmaceuticos,
11        BEL006381 - 388              16
12 12  Contrato de Fabricacion Por Terceros
13      de Productos Farmaceuticos,
14      BEL006372 - 379 with English
15      translation              16
16 13  Notes and Contrato de Fabricacion
17      Por Terceros de Productos
18      Farmaceuticos, BEL006371 - 396 with
19      last page in English              16
20 14  Fax, 2/24/02, De Basilio to
21      Debregeas, EP 002199, with
22      English translation              21

2 (Pages 2 to 5)

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**

JT-A-369

Page 6

1          C O N T E N T S  (Continued)
2
3 DEPOSITION EXHIBIT:        Page Identified:
4 15  Contrato de Fabricacion, with
5      English translation, EP 002919 -
6      nonconsecutive Bates numbers        24
7 16  Contrato de Compromiso de Compra,
8      with English translation, EP 002921
9      and A-97 and A-96              24, 36
10 17  Letter, 11/14/01, Herrera to De
11      Basilio, EP 002928, with English
12      translation                    38
13 18  Contrato de Fabricacion de Vincamina
14      Migrogranulos, EP 008113 - 116 with
15      English translation            42
16 19  Contrato de Fabricacion de Aspirina
17      Migrogranulos, EP 008108 - 111 with
18      English translation            43
19 20  Contrato de Fabricacion de Proxicam
20      Migrogranulos, EP 008103 - 106 with
21      English translation            43
22 . . .

Page 8

1          C O N T E N T S  (Continued)
2
3 DEPOSITION EXHIBIT:        Page Identified:
4 29  Letter, 1/20/97, de Basilio to
5      Gonzalez, EP 006617, with English
6      translation                    93
7 30  Letter, 1/27/97, de Basilio to
8      Gonzalez, EP 006615 - 616, with
9      English translation            97
10 31  Fax letter, 1/28/97, Jim to Patrice
11      EP 002450 - 451              100
12 32  Fax letter, 2/14/97, Dubois to
13      Murphy, EP 004676 - 682 plus
14      Stratify Document Cover Page    109
15 33  Fax Letter, 8/4/97, ? to Jim
16      EP 002455 with English translation   114
17 34  Letter, undated, Murphy to Dubois
18      EP 002445                    115
19 35  Fax, 4/8/99, Rodriguez to Joannesse,
20      EP 009112 - 119 with English
21      translation                  117
22 . . .

Page 7

1          C O N T E N T S  (Continued)
2
3 DEPOSITION EXHIBIT:        Page Identified:
4 21  Contrato de Fabricacion de
5      Indometacina, Migrogranulos,
6      EP 008098 - 8101, with English
7      translation                    43
8 22  Letter, 2/1/02, Debregeas and Leduc
9      to Herrera, EP 04846 - 847        55
10 23  Letter, 2/6/02, Herrera to
11      Debregeas, BEL009904          55, 57
12 24  Letter, 2/11/02, Debregeas to
13      Herrera, EP 004845            55-57
14 25  Letter, 11/14/01, Herrera to
15      de Basilio, BENTL008366-365       78
16 26  Email, 3/21/02, Joannesse to
17      Herrera, EP 008591            80
18 27  Email, 10/15/02, Joannesse to
19      Debregeas, EP 008698 - 8704      86
20 28  Confidentiality Agreement, Belmac
21      Corp. and Ethypharm, EP 002533 -
22      535 and 532                  88

Page 9

1          C O N T E N T S  (Continued)
2
3 DEPOSITION EXHIBIT:        Page Identified:
4 36  Fax letter, 4/9/99, Debregeas from
5      Bentley, EP 002813 - 821        124
6 37  EP 9105 - 109 with English
7      translation                  132
8 38  Fax, 11/1/01, Alvarez de la Gala to
9      Eric Cailleret, EP 002917 -
10      nonsequential Bates numbers      135
11 39  Letter of Intent, EP 009199        152
12
13
14          EXHIBIT PREVIOUSLY MARKED
15  1  Complaint                    73
16
17
18
19
20
21
22

3 (Pages 6 to 9)

Page 10

1          PROCEEDINGS

2          * * * * *

3

4          THE VIDEOGRAPHER: On the record with

5  Tape No. 1 of Volume II of the testimony of

6  Mr. Patrice Debregeas in the matter of Ethypharm

7  v. Bentley. Our court reporter today is Marijane

8  Simon representing Esquire Deposition Services.

9  The witness and the interpreter were sworn in

10  yesterday and remain under oath.

11      EXAMINATION BY COUNSEL FOR THE DEFENDANT

12          BY MR. STEWART:

13   Q.  Good morning, Mr. Debregeas.

14   A.  Good morning.

15   Q.  I had just a -- one or two questions

16  following up from something we talked about

17  yesterday. Is it correct that in order to market

18  pharmaceutical products in Spain -- that Ethypharm

19  needed authorization from the Spanish Ministry of

20  Health?

21   A.  The Spanish authorities require that

22  you have that is called a fecha. That means an

Page 11

1  official recognition that you're a pharmaceutical

2  company.

3   Q.  Could you spell --

4   A.  Fecha.

5   Q.  -- fecha? Fecha. Okay.

6   A.  F-e-c-h-a, fecha.

7   Q.  And there was a requirement under --

8  Was there a requirement under Spanish law that, at

9  least as in -- as of the early 1990s -- that

10  manufacturing must be done by a Spanish company?

11   A.  Yeah, right. Yeah, right.

12   Q.  And to your knowledge, Labora --

13  Laboratorios Belmac had the official recognition

14  from the Spanish Ministry of Health as an approved

15  manufacturing company; is that correct?

16      THE INTERPRETER: I'm sorry. Can --

17  Can you repeat the question, please.

18      THE REPORTER: "And to your knowledge,

19  Laboratorios Belmac had the official recognition

20  from the Spanish Ministry of Health as an approved

21  manufacturing company; is that correct?"

22      THE WITNESS: Yeah, right. And this

Page 12

1  fecha corresponds not only to an administrative

2  authorization but correspond to a complex setup

3  organization, including type of building,

4  circulation of people, circulation of goods, and

5  this is one of the things that we brought to

6  Rimafar -- Rimafar was not having all the setup

7  complete and we brought all these raiments to

8  Rimafal.

9      And in 1997 we conducted an audit,

10  internal audit, of Laboratorios Belmac and we

11  discovered that the certain number of points were

12  missing or inadequate although we had given Belmac

13  the proper instructions, the proper procedures,

14  recommendations. And that led to a crisis in -- I

15  think in 1997. And that led to a threat of

16  termination of the agreement between Laboratorios

17  Belmac and Ethypharm.

18   Q.  I didn't ask you to provide the

19  history of -- of the dis -- of -- of the audit,

20  did I, in my question?

21   A.  You did not but I think the concept of

22  fecha -- You get an authorization. It's a sheet

Page 13

1  of paper but this is the result of inspections

2  conducted by the authorities, inspection conducted

3  by the company itself.

4   Q.  No doubt in your mind that Labora --

5  Laboratorios Belmac had the fecha from the Spanish

6  Ministry of Health?

7   A.  For sure, but a fecha is something

8  that you don't obtain for life.

9   Q.  Understand.

10   A.  You have to be always corresponding to

11  the regulation and specification.

12   Q.  I understand.

13   A.  That means that you have regular

14  inspections by the authorities who, first of all,

15  look at your internal audits to see if everything

16  is maintained and is -- all the operations are

17  done according to regulation so that means that

18  you may lose your fecha from one day to another

19  unless you are within the specification with -- of

20  the -- of the -- of the law.

21   Q.  And Laboratorios Belmac, to your

22  knowledge, never lost the fecha, did it?

4 (Pages 10 to 13)