ESQUIRE DEPOSITION SERVICES

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


- - - - - - - - - - - - - x

ETHYPHARM S.A. FRANCE,       :

and ETHYPHARM S.A. SPAIN,  :

        Plaintiffs,       :

      Vs.                :  C.A. No. 04-13000-SLR

BENTLEY PHARMACEUTICALS,  :

INC.,                      :

        Defendant.       :

- - - - - - - - - - - - - x



Videotaped Deposition of PIERRE GERMAIN

Washington, D.C.

Tuesday, August 1, 2006

8:59 a.m.


Job No.:  175555

Pages 1 - 189

Reported by:  TRISTAN-JOSEPH, RPR

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

84674ccb-ca8b-

JT-A-551

ESQUIRE DEPOSITION SERVICES

Page 2

1  Deposition of PIERRE GERMAIN, held at the
2  offices of:
3
4      BAACH, ROBINSON & LEWIS PLLC
5      1201 F Street, N.W.
6      Suite 500
7      Washington, D.C. 20004
8      (202)833-8900
9
10
11
12      Pursuant to agreement, before
13  Tristan-Joseph, Registered Professional Reporter and
14  Notary Public of the District of Columbia.
15
16
17
18
19
20
21
22

Page 3

1          APPEARANCES
2  ON BEHALF OF PLAINTIFFS ETHYPHARM S.A
3  FRANCE AND ETHYPHARM S.A. SPAIN:
4      JONATHAN D.M. FINE, ESQ.
5      Baach, Robinson & Lewis PLLC
6      1201 F Street, N.W., Suite 500
7      Washington, D.C. 20004
8      (202)833-8900
9      Jonathan.fine@baachrobinson.com
10
11  ON BEHALF OF DEFENDANT BENTLEY
12  PHARMACEUTICALS, INC.:
13      JOSEPH P. MINGOLLA, ESQ.
14      Edwards Angell Palmer & Dodge LLP
15      111 Huntington Avenue
16      Boston, Massachusetts 02199
17      (617)239-0164
18      Jmingolla@eapdlaw.com
19
20  ALSO PRESENT:
21      LILY OLM, Interpreter
22      T.J. O'TOOLE, Videographer

Page 4

1          C O N T E N T S
2  EXAMINATION OF PIERRE GERMAIN        PAGE
3      By Mr. Mingolla        10; 184
4      By Mr. Fine            178
5
6
7
8
9
10      I N D E X  O F  E X H I B I T S
11  GERMAIN EXHIBIT            PAGE
12  No. 1   Contrato De Fabricación, Reunido,   49
13      And its attached English
14      translation (Manufacturing
15      Agreement Between Laboratorios
16      Belmac, S.A. and Laboratorios
17      Ethypharm, S.A. Bates-stamped
18      BEL000548 to BEL000553.
19  No. 2   Carta De Compromiso De Compra,   49
20      Reunidos, and its attached English
21      translation (Letter of Purchase
22      Undertaking.) Bates-stamped

Page 5

1      EP 004863 to EP 004865.
2  No. 3   Compte Rendu Reunion Avec P.   55
3      Germain, Y. Liorzou et P. Boudal
4      Mercredi 29 Mars 2000.
5      Bates-stamped EP 005910 to
6      EP 005911.
7  No. 4   A fax from Adolfo de Basilio to   75
8      Pierre Germain, Yves Liorzou,
9      Pierre Benham, Héléne Carpentier,
10      dated 4 May '00, and its attached
11      English Translation.
12      Bates-stamped EP 003595.
13  No. 5   A fax from Adolfo de Basilio to   84
14      Adolfo Herrera, cc Philippe
15      Germain, dated 12/05/00.
16      Bates-stamped EP 003272 to
17      EP 003273.
18  No. 6   A one-page document of the business   93
19      Cared of James R. Murphy.
20      Bates-stamped BEL051024.
21  No. 7   A fax from Adolf do Basilio to   98
22      Agnés Combe-Reinhardt, cc H.

2  (Pages 2 to 5)

ESQUIRE DEPOSITION SERVICES

Page 6

1    Carpentier, P. Germain, dated
2    18/05/2000, and its English
3    translation. Bates-stamped
4    EP 005915 to EP 005916.
5    No. 8    A fax from Adolfo de Basilio to    107
6    Mr. Pierre Germain, dated 18/05/00,
7    and its attached English
8    translation. Bates-stamped
9    EP 006124.
10   No. 9    A letter from E. Igonet to Adolfo    119
11   De Basilio, Philippe Boudal, Yves
12   Liorzou, cc to Pierre Germain,
13   Conclusions des travaus sur
14   l'Espagne, and its attached English
15   translation, dated August 22, 2000.
16   Bates-stamped EP 007998.
17   No. 10    A Confidential letter to    136
18   Ph. Boudal, Y. Liorzou, P. Germain
19   from A. De Basilio.  Subject:
20   Actions and observations on "C.R.
21   de la Réunion Éthypharm Espagne du
22   4-10-00," and its attached English

Page 7

1    translation. Bates-stamped
2    EP 009103 to EP 009109.
3    No. 11    An e-mail from Laurence Guggenbuhl    144
4    Sent Thursday, November 9, 2000,
5    10:02 am to Ethypharm, cc to
6    Pascale Vernade, Pierre Germain,
7    Patrice Debrégeas. Subject
8    Omeprazole Reddy's, and its
9    attached English translation.
10   Bates-stamped:  EP 005980.
11   No. 12    Note Interne, Reunion Belmac Le    160
12   22/11/00, participants: G. Leduc,
13   M. J. Murphy, P. Germain, and its
14   attached English translation
15   (Internal Memorandum, Belmac
16   meeting of 11/22/00. Bates-stamped
17   EP 003283 to EP 003284.
18   No. 13    A letter from Mr. Gérard Leduc to    171
19   Mr. James Murphy, cc Roseline
20   Joannesse, on June 8, 2001, in
21   addition to a Draft of Agreement -
22   Belmac. Bates-stamped EP 002009 to

Page 8

1    EP 002041.
2    No. 14    A facsimile from James R. Murphy to    179
3    Pierre Germain, October 6, 200,
4    9:02 a.m. Subject:  Bentley
5    Pharmaceuticals Drug Delivery
6    Technology. Bates-stamped
7    BEL001071.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

Page 9

08:54:40  1    PROCEEDINGS
2    THE VIDEOGRAPHER: On the record with
3    tape number one of the videotaped deposition of
4    Pierre Germain taken by the Defendants in the
08:59:09  5    matter of Ethypharm S.A., France and Ethypharm
6    S.A., Spain versus Bentley Pharmaceuticals,
7    Incorporated, in the United States District Court
8    for the District of Delaware, Case No. 04-1300 SLR.
9    This deposition is being held at the law
08:59:32 10   offices of Baach, Robinson & Lewis located at
11   1201 F Street, Northwest, in Washington, D.C., on
12   August 1st, 2006, at approximately 8:59 a.m.
13   My name is T.J. O'Toole, representing
14   Esquire Deposition Services. I'm the Certified
08:59:49 15   Legal Video Specialist.
16   The court reporter is Tristan-Joseph,
17   also representing Esquire Deposition Services.
18   Will counsel please introduce themselves
19   and indicate which parties they represent.
09:00:01 20   MR. MINGOLLA: Joseph Mingolla,
21   representing the Defendant Bentley Pharmaceuticals,
22   Inc.

3  (Pages 6 to 9)

84674ccb-ca8b-    JT-A-553

ESQUIRE DEPOSITION SERVICES

Page 10

```
09:00:06  1        MR. FINE: Jonathan Fine, representing
          2   the Plaintiff Ethypharm.
          3        THE VIDEOGRAPHER: Thank you.
          4        Will the -- will the Interpreter please
09:00:12  5   identify herself for the record.
          6        THE INTERPRETER: My name is Lily Olm.
          7        THE VIDEOGRAPHER: Thank you.
          8        Will the court reporter please swear in
          9   the interpreter.
09:00:20 10   Whereupon,
         11            LILY OLM
         12   was sworn by the court reporter to interpret English
         13   into French and French into English and interpreted
         14   as follows:
09:00:28 15        THE VIDEOGRAPHER: Will the Interpreter
         16   please assist the court reporter in swearing in the
         17   witness.
         18   Whereupon,
         19            PIERRE GERMAIN
         20   Was called as a witness and, having first been duly
         21   sworn, was examined and testified as follows:
         22        EXAMINATION BY COUNSEL FOR THE DEFENDANT
```

Page 11

```
09:01:00  1   BY MR. MINGOLLA:
          2        Q.  Good morning, Mr. Germain.
          3        Will you please state your full name for
          4   the record.
09:01:07  5        A.  My name is -- my last name is Germain,
          6   G-E-R-M-A-I-N.  My first name Pierre, P-I-E-R-R-E.
          7        Q.  And could you please give your
          8   residential address.
          9        A.  I live in Paris.  The address is
09:01:50 10   85 Avenue du General Leclerc, 1470 Smar in Paris,
         11   France.
         12        Q.  Have you ever been deposed before?
         13        A.  (In English) No.
         14        No.
09:02:08 15        Q.  Let me give you just some guidelines for
         16   today's deposition.
         17        I will be asking you a series of
         18   questions.  And if at any time you don't understand
         19   any of the questions, please let me know and I will
09:02:26 20   try to clarify the question.
         21        Please provide verbal answers.  The
         22   court reporter cannot record nods of the head.
```

Page 12

```
09:02:45  1        A.  I understood very well.
          2        Q.  In order to have a clear record, it's
          3   important that only one person speak at a time.
          4        A.  Very well.
09:03:01  5        Q.  And I understand you would like to use
          6   the services of the translator today?
          7        A.  Yes.
          8        Q.  In order to make her job easier, I will
          9   attempt to break up any longer questions I have
09:03:15 10   into shorter sections.  And similarly, if your
         11   answer is a lengthy one, try to break it up into
         12   pieces so that the translator may translate.
         13        A.  Very well.
         14        Q.  If at any point today you need to take a
09:03:41 15   break, please let me know and I will try to
         16   accommodate your request.
         17        A.  Thank you.
         18        Q.  And the lawyers have agreed that during
         19   any break today you will please not discuss the
09:03:59 20   substance of your testimony.  Okay?
         21        A.  Okay.
         22        Q.  Mr. Germain, are you currently employed?
```

Page 13

```
09:04:16  1
          2        A.  (In English) No.  Yes, I work but I'm
          3   not employed.
          4        (Through the Interpreter) Yes, I work
09:04:28  5   but I do not obtain wages from an employer.
          6        Q.  What kind of work do you do?
          7        A.  Consultant.
          8        Q.  And how long have you been doing
          9   consulting work?
09:04:50 10        A.  I work in the capacity of a consultant
         11   since four years.
         12        Q.  And for whom do you consult?
         13        A.  I am working for the pharmaceutical
         14   industry, for the industry of elevators, elevator
09:05:20 15   industry, for banks, for hotels, and for car
         16   manufacturing companies.
         17        Q.  Are -- are -- are you finished?
         18        A.  Yes.
         19        Q.  Do you do any consulting work for
09:05:41 20   Ethypharm?
         21        A.  You mean right now?
         22        Q.  Yes.
```

4  (Pages 10 to 13)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

ESQUIRE DEPOSITION SERVICES

Page 14

09:05:50 1      Have you --
2      A. No.
3      Q. Have you done any consulting work for
4   Ethypharm at any point during the last four years?
09:06:05 5      A. Yes.
6      Q. And when was the last time you provided
7   consulting services to Ethypharm?
8      A. Four months ago. I stopped four months
9   ago. That was my last assignment.
09:06:32 10      Q. How many assignments for Ethypharm have
11   you done in the last four years?
12      A. Two.
13      Q. And how long -- when was the first
14   consulting project for Ethypharm?
09:06:58 15      A. A year ago, a little -- a little less
16   than a year ago.
17      Q. And how long did that project last?
18      A. From memory, four months approximately.
19      Q. And can you please describe what
09:07:17 20   consulting services you provided to Ethypharm for
21   that first project.
22      MR. FINE: Objection to the extent he's

Page 15

09:07:30 1   not discussing matters that are privileged.
2      THE INTERPRETER: Do you want to have --
3   sorry, do you want to have the --
4      MR. FINE: (Shook head negatively.)
09:07:44 5      THE INTERPRETER: Okay.
6   BY MR. FINE:
7      Q. Did -- did -- let me ask this question.
8   Did any of -- did any of the -- that
9   first project of consulting involve working with
09:07:49 10   attorneys for Ethypharm?
11      A. No.
12      Q. Please describe what that project
13   entailed.
14      A. This work, have to do this organization,
09:08:26 15   industrial organization support in order to
16   increase the yield.
17      Q. The yield of what?
18      A. Productivity of work.
19      Q. And how much money did you receive for
09:08:47 20   that first consulting project?
21      Your best estimate. Your best estimate.
22      A. I don't -- I don't remember. It's a

Page 16

09:09:17 1   year ago. And I don't really understand the
2   question.
3      Q. How much money did you receive from
4   Ethypharm in return for your consulting services on
09:09:33 5   that first project?
6      A. Around 80,000 Euro, something like that,
7   I believe.
8      Q. And the second consulting project that
9   you did for Ethypharm?
09:09:52 10      MR. FINE: Objection. Vague.
11   BY MR. MINGOLLA:
12      Q. When did that project begin?
13      A. February of this year.
14      Q. And how long did that project last?
09:10:15 15      A. One and a half months, two months.
16      Q. And did that project require you to
17   speak with any of Ethypharm's attorneys?
18      A. No.
19      Q. Could you please describe what that
09:10:32 20   consulting project required you to do?
21      MR. FINE: Objection to the extent that
22   he understood that he might have been working for

Page 17

09:10:44 1   attorneys. That might be privileged even if he
2   didn't communicate with them directly.
3   BY MR. MINGOLLA:
4      Q. You may answer.
09:11:06 5      A. Could you repeat the question?
6      Q. Would you please read it back.
7      (Whereupon, the court reporter read back
8   the pending question.)
9      A. Required me to do?
09:11:18 10      Q. Yes.
11      A. This project required from my part to do
12   what I was asked to do.
13      Q. And what were you asked to do?
14      A. Strategical reflections, strategical
09:11:41 15   plan.
16      Q. And how much money did you receive for
17   that consulting project?
18      A. Between 40 and 50,000 Euro, I believe.
19      Q. Aside from the consulting projects
09:12:05 20   you've just described, have you done any other
21   consulting work for Ethypharm or any of its
22   subsidiaries in during the last four years?

5 (Pages 14 to 17)

84674ccb-ca8b-

JT-A-555

ESQUIRE DEPOSITION SERVICES

Page 18

09:12:25 1     A. No.
2     Q. Mr. Germain, do you speak English?
3     A. A little.
4     Q. Do you -- I understand.
09:12:36 5       Do you -- do you write English?
6     A. A little less well and what I -- then
7 how I speak it.
8     Q. Can you read English?
9     A. A little less well than I'm writing it.
09:12:56 10     Q. Do you speak Spanish?
11     A. Very, very badly.
12     Q. Do you write in Spanish?
13     A. No.
14     Q. And can you read Spanish?
09:13:09 15     A. No.
16     Q. Mr. Germain, are you being compensated
17 for testifying today?
18     A. No.
19     Q. Prior to beginning -- strike that.
09:13:28 20       Prior to being a consultant were you
21 employed?
22     A. Yes.

Page 19

09:13:35 1     Q. And for whom were you employed?
2     A. All.
3     Q. What did you do immediately before you
4 became a consultant?
09:13:56 5     A. I was the general director of Ethypharm.
6     Q. And is that Ethypharm France?
7     A. Group.
8     Q. And does Ethypharm Group include
9 Ethypharm France and all of its subsidiaries?
09:14:22 10     A. Yes.
11     Q. When did you begin as general director
12 of the Ethypharm Group?
13     A. I don't recall. 2000.
14     Q. And when you started working at
09:14:46 15 Ethypharm Group were you the general director?
16     A. Yes.
17     Q. How did you learn that a position at the
18 Ethypharm Group was available?
19     A. I was called.
09:15:08 20     Q. By whom?
21     A. Gérard Leduc.
22     Q. Did you know Mr. Leduc before he called

Page 20

09:15:18 1 you?
2     A. Only from name, from hearing his name.
3     Q. And how did you hear his name before?
4     A. If you work in the pharmaceutical
09:15:37 5 industry, there are people who are known.
6     Q. And Mr. Leduc was one of those people?
7     A. Yes.
8     Q. So the first time you spoke to Mr. Leduc
9 was when he called you?
09:15:56 10       MR. FINE: Objection. Mischaracterizes
11 testimony.
12 BY MR. MINGOLLA:
13     Q. You can answer.
14     A. Well, I believe so. I do not recall
09:16:08 15 having talked to him before.
16     Q. What -- what did Mr. Leduc say during
17 this phone call?
18     A. That he heard of me, that he wanted to
19 meet with me, that he had a suggestion, that he had
09:16:30 20 something to propose to me.
21     Q. And what did you say?
22     A. I accepted the meeting.

Page 21

09:16:38 1     Q. And did you eventually meet with
2 Mr. Leduc?
3     A. Yes.
4     Q. And how long was that meeting?
09:16:50 5     A. I don't know.
6     Q. Can you tell me what happened during
7 that meeting?
8     A. He offered me the job.
9     Q. Did you ask any questions of Mr. Leduc?
09:17:06 10     A. Of course.
11     Q. What questions did you ask him?
12     A. I don't know. Well, the traditional
13 questions which someone asks if someone is offered
14 a job for an industry where you don't know that
09:17:36 15 much about in that capacity.
16     Q. Did you not know -- strike that.
17       What did you know about Ethypharm prior
18 to this meeting with Mr. Leduc?
19     A. I knew of the company by name. I knew
09:18:03 20 that this company exists in the pharmaceutical
21 world, but I did not know anymore.
22     Q. Did Mr. Leduc describe what your duties

6 (Pages 18 to 21)

84674ccb-ca8b-

JT-A-556

ESQUIRE DEPOSITION SERVICES

Page 22

09:18:12  1  and responsibilities would be as the general
2  director of the Ethypharm Group at this meeting?
3      A.  I don't think that he gave those
4  outlines during the first meeting.  I believe that
09:18:39  5  happened at the second meeting, I think, later.
6      Q.  How many meetings with Mr. Leduc did you
7  have prior to actually becoming the general
8  director of the Ethypharm Group?
9      A.  I don't know.  Two or three, maybe four.
09:19:02 10      Q.  Did you have a written employment
11  agreement?
12      A.  Yes.
13      Q.  How long is that document?
14          How many pages?
09:19:27 15      A.  Like all the documents, three or four,
16  maybe, pages.
17      Q.  Did the document describe your duties
18  and responsibilities?
19      A.  It's a formal document, a document of a
09:19:53 20  job contract.  So -- so yes, describes the
21  responsibilities.
22      Q.  Aside from Mr. Leduc, did you speak with

Page 23

09:20:06  1  anyone else at Ethypharm prior to accepting an
2  offer of employment?
3      A.  Yes, of course.
4      Q.  With whom did you speak?
09:20:24  5      A.  With Patrice Debrégeas.  With Patrice
6  Debrégeas in a formal way; and in an informal way,
7  with two people, Eric Igonet, who was the financial
8  director; and, Philippe Boudal, who at the time was
9  the industrial director or manager of the group.
09:21:08 10      Q.  Do you know what position Mr. Debrégeas
11  had when you spoke with him?
12          What role did Mr. Debrégeas have at
13  Ethypharm when you spoke with him, what title?
14      A.  He was the president director general,
09:21:49 15  the CEU.
16      Q.  And what title did Mr. Leduc have when
17  you interviewed with him in -- in or around 2000?
18      A.  I believe he was director general.
19      Q.  Where was your office located?
09:22:11 20      A.  In Saint Cloud.
21      Q.  At some point you were, in fact, offered
22  the position to be director general of the

Page 24

09:22:23  1  Ethypharm Group; is that correct?
2      A.  Yes.
3      Q.  And how long did you stay in that
4  position?
09:22:38  5      A.  One and a half years.
6      Q.  Could you please describe your duties
7  and responsibilities as the director general of the
8  Ethypharm Group.
9      A.  I was the person in charge of it to
09:23:14 10  deploy the -- the strategy of the group, to enact
11  the strategy of the group.  So I managed all the
12  operational functions of this group.  All that
13  means finance, industry, R and D, quality,
14  communication, and human resources, and the
09:24:21 15  commercial aspect.
16          On the other hand, I had no
17  responsibility with regards to the legal aspects to
18  contract writing to patent protection within that
19  group.  I was in charge of the legal aspects with
09:24:56 20  regards to the company level, but I had nothing to
21  do with the legal aspects with contracts or
22  intellectual property protection, patents.

Page 25

09:25:18  1      Q.  Who, if anyone, at Ethypharm did have
2  responsibility for contracts or intellectual
3  property protection?
4      A.  This was a function shared among the
09:25:47  5  shareholders but the main person was Gérard Leduc.
6      Q.  Anyone else whose name you recall?
7      A.  And then there were the -- the teams.
8  There were teams that were on contract with
9  Mrs. Joannesse and three or four people, but names
09:26:16 10  escape me.
11      Q.  A moment ago you said that one of your
12  duties and responsibilities was to enact the
13  strategy of the group; is that correct?
14      A.  Yes.
15      Q.  Did your duties and responsibilities
09:26:38 16  also include developing or creating the strategies
17  for the group?
18      A.  Yes, but under the constant surveillance
19  or control of the shareholders.
09:27:06 20      Q.  How many shareholders did the Ethypharm
21  Group have?
22          Do you know?

7 (Pages 22 to 25)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

84674ccb-ca8b        JT-A-557

ESQUIRE DEPOSITION SERVICES

Page 26

09:27:21 1    A. At the time there were two shareholders,
2    so 50/50. It was Gérard Leduc and Patrice
3    Debrégeas.
4    Q. Did you report directly to anyone while
09:27:39 5    you were the director general of the Ethypharm
6    Group?
7    A. I responded to the two of them. I
8    reported to the two of them.
9    Q. And those are Messrs. Leduc and
09:27:59 10   Debrégeas?
11   A. Absolutely.
12   Q. And who reported directly to you?
13   A. I was -- I mean, the members of the
14   board of directors reported to me.
09:28:28 15   MR. FINE: Objection.
16   A. By that --
17   MR. FINE: Foundation.
18   A. -- I mean the financial director, the
19   industrial director, the director for
09:28:39 20   communication, the pharmacists in charge, the
21   director for human resources. And then one or two
22   others. I don't remember. I forgot commercial. I

Page 27

09:29:05 1    don't remember. I knew that there were one or two
2    directors missing, but I don't recall their names.
3    Q. Did your duties and responsibilities as
4    the director general of the Ethypharm Group -- you
09:29:21 5    might want to start with that -- include any
6    responsibilities with any subsidiaries of
7    Ethypharm?
8    A. Yes.
9    Q. And what were those duties and
09:29:45 10   responsibilities?
11   A. Management and reporting, budgets,
12   distribution, control.
13   Q. Do you know who, if anyone, preceded you
14   as the director general at Ethypharm?
09:30:28 15   A. Yes, I believe that was Mr. Dubois, but
16   I don't know whether he was working with the same
17   parameters. I don't know.
18   Q. Did Mr. Dubois remain at Ethypharm after
19   you arrived at Ethypharm?
09:30:45 20   A. No.
21   Q. Did you ever discuss with anyone at
22   Ethypharm the reasons for his departure from

Page 28

09:30:54 1    Ethypharm?
2    A. No.
3    Q. Did you ever learn the reasons for his
4    departure from Ethypharm?
09:31:07 5    A. Rumors, yes, sir.
6    Q. And what did you --
7    A. And I do not care and listen to hearsay.
8    Q. What rumors did you hear about the
9    reasons for his departure?
09:31:30 10   A. I don't know the regular, the normal
11   usually. The same as when with anybody who leaves
12   a job, he didn't work well, he didn't fulfill his
13   job tasks, he worked too much, he worked not
14   enough, you know, the regular thing. He was too
09:31:53 15   big, too small, he was always something too much or
16   not enough, like everybody else when somebody
17   leaves.
18   Q. During any of the meetings that you had
19   with Mr. Leduc prior to joining Ethypharm, did you
09:32:15 20   ask about why Mr. Dubois was leaving?
21   A. Yes, I must have asked. But I do not
22   recall because it's not something which is of

Page 29

09:32:48 1    importance to me.
2    Q. Does -- do you know whether Ethypharm
3    had a board of directors while you were employed at
4    Ethypharm?
09:33:04 5    A. Yes, there was a board of directors.
6    Q. Were you a member of the board of
7    directors of Ethypharm?
8    THE INTERPRETER: Okay. Interpreter's
9    note.
09:33:21 10   Since in every organization there is a
11   difference between how you -- the determination. I
12   mean, like the word "bank" is always the -- the
13   board of administrators.
14   So I just want to make sure that I'm not
09:33:35 15   mistranslating something.
16   MR. FINE: Perhaps, you could clarify
17   the question.
18   MR. MINGOLLA: Let's go off the record
19   for one second.
09:33:44 20   MR. FINE: Okay.
21   THE WITNESS: Because often, there's
22   other directors, you know --

8 (Pages 26 to 29)

84674ccb-ca8b-          JT-A-558

ESQUIRE DEPOSITION SERVICES

Page 30

09:33:45  1    THE VIDEOGRAPHER: Just a moment.
         2    The time is 9:33:21.
         3    Off the record.
         4    (Discussion held off the record.)
09:35:22 5    THE VIDEOGRAPHER: On the record.
         6    The time is 9:34:55.
         7    BY MR. MINGOLLA:
         8    Q. Mr. Germain, is there -- while you were
         9    employed at Ethypharm, was there a group of
09:35:31 10   individuals that oversaw what management did at
         11   Ethypharm?
         12   A. No, I don't know what this means.
         13   Q. Have you ever heard of the phrase "board
         14   of directors"?
09:36:08 15   A. Yes.
         16   Q. And would you please describe what
         17   you --
         18   MR. FINE: Objection. Translation.
         19   BY MR. MINGOLLA:
09:36:12 20   Q. -- understand that term to mean?
         21   A. If I understand this well, in an
         22   enterprise, you have two things. You have the

Page 31

09:36:34 1    management committees with the employees, with the
         2    direction -- the directors, then you have assets,
         3    you have capital, you have the person who
         4    represents the capital or the assets.
09:37:09 5    And then, at that level, there is a
         6    committee that represents capital or assets. And
         7    this is what I understand by the board of
         8    directors.
         9    And in order to give you an answer to
09:37:27 10   your question, I was a member of the first one, and
         11   I was not a member of the second one.
         12   Q. Who were the members of the management
         13   committee that you described while you were
         14   employed at Ethypharm?
09:37:53 15   Yes.
         16   A. The first one.
         17   Q. Do you remember the individuals?
         18   A. Philippe Boudal, Eric Igonet, Yves
         19   Liorzou, Bruno Delie, Avi Pulan, Yentla Galligos
09:38:30 20   (phonetic), Frederic Fenal (phonetic), and in
         21   research and development, Pascal Oury.
         22   Q. And --

Page 32

09:38:53 1    A. And that's it.
         2    Q. And with respect to the second group you
         3    described, the persons who represent the capital,
         4    who were those persons while you were employed at
09:39:10 5    Ethypharm?
         6    A. Gérard Leduc, Patrice Debrégeas, and two
         7    or three other people who were administrators, but
         8    I do not remember their names.
         9    Q. Prior to being employed at Ethypharm, by
09:39:39 10   whom were you employed?
         11   A. For Sante Fe Advantis.
         12   Q. And how long were you employed at Santa
         13   Fe Advantis?
         14   A. Three years.
09:39:58 15   Q. And what was your position or positions
         16   at Santa Fe Adventis during that period?
         17   A. General direction of Santa Fe, France.
         18   Q. And prior to being employed at Santa Fe,
         19   by whom were you employed?
09:40:26 20   A. Cap Gemini.
         21   Q. Now when you arrived at Ethypharm as the
         22   director general, did the company have a subsidiary

Page 33

09:40:39 1    in Spain?
         2    A. Yes.
         3    Q. And what was the name of that
         4    subsidiary?
09:40:56 5    A. Ethypharm Spain.
         6    Q. So if during the course of today's
         7    deposition I refer to Ethypharm Spain, you'll know
         8    the entity to which I'm referring?
         9    A. Yes.
09:41:13 10   Q. Did Ethypharm Spain have any offices in
         11   Spain?
         12   A. Yes.
         13   Q. Where?
         14   A. In Madrid.
09:41:26 15   Q. Anywhere else?
         16   A. No.
         17   (In English) No.
         18   Q. Do you have an understanding of the
         19   nature of the business of Ethypharm Spain when you
09:41:37 20   arrived at Ethypharm?
         21   A. Yes.
         22   Q. And what was that business?

9  (Pages 30 to 33)

84674ccb-ca8b-4    JT-A-559

ESQUIRE DEPOSITION SERVICES

Page 34

09:42:00 1    A.  The business of Ethypharm Spain was, in
2    my opinion, the same as what Ethypharm did in the
3    other countries, Germany, Italy, Great Britain, and
4    so on, with one exception.  It was that Ethypharm
09:42:33 5    was physically located in the country, the same way
6    as in Brazil, in Japan, in Canada, in China, India,
7    and that's it.  Maybe I forget one or two.  I don't
8    know.  And Swiss -- and Switzerland.  And that's
9    all, I believe.
09:43:12 10    Q.  And what precisely is that business?
11    MR. FINE:  Objection.
12    Do you mean now or at the time that he
13    was employed?
14    BY MR. MINGOLLA:
09:43:25 15    Q.  At the time of your employment at
16    Ethypharm.
17    A.  Yes.  I was to sell a product of -- I
18    mean, medication, delivery of medication.  And
19    these drugs were intended to improve the galanic.
09:43:56 20    These products were developed and manufactured
21    on -- on different sides of Ethypharm group.
22    Q.  How many subsidiaries did the Ethypharm

Page 35

09:44:17 1    Group have when you were employed at Ethypharm?
2    A.  In total?
3    Q.  Yes.
4    A.  (In English) Fifteen maybe.
09:44:42 5    (Through the Interpreter) Fifteen with
6    emotion.
7    Q.  And did each of those subsidiaries
8    report to you as the director general of the
9    Ethypharm group?
09:44:54 10    MR. FINE:  Objection.  Mischaracterizes
11    testimony.
12    THE WITNESS:  Generally, yes.
13    BY MR. MINGOLLA:
14    Q.  Did you ever have a title or position in
09:45:16 15    Ethypharm Spain?
16    A.  No.
17    Q.  When you arrived at Ethypharm, do you
18    know how many employees Ethypharm Spain had?
19    A.  Between five or ten, I believe, from my
09:45:49 20    memory.
21    Q.  And when you left Ethypharm's
22    employment, do you know how many employees

Page 36

09:45:57 1    Ethypharm Spain had?
2    A.  Between five and ten.
3    Q.  During the period that you were employed
4    at Ethypharm, did you have any communications with
09:46:19 5    anyone at Ethypharm Spain?
6    A.  Absolutely, yes.
7    Q.  And with whom?
8    A.  Adolfo de Basilio.
9    Q.  Anyone else?
09:46:47 10    A.  Yes, maybe.  Maybe.  I don't know.
11    Q.  Mr. -- Mr. de Basilio was your principal
12    contact at Ethypharm Spain?
13    A.  Yes.
14    Q.  And do you know what title or position
09:47:08 15    Mr. de Basilio had within Ethypharm Spain?
16    A.  He was the person in charge of the
17    Spanish structure, maybe general director, but I do
18    not recall his exact title.
19    Q.  Do you know whether Mr. de Basilio had
09:47:44 20    the power to hire and fire employees at Ethypharm
21    Spain?
22    A.  From memory, for the procedures, in the

Page 37

09:48:15 1    framework of the proceedings, he had power within a
2    defined framework to hire and fire people.  In the
3    framework of hiring people, recruiting people,
4    there is a budgetary framework who is in that
09:48:51 5    framework.  And with regards to firing people, the
6    group needed to be informed.  That's it.
7    Q.  Did you have -- while you were employed
8    at Ethypharm, did you have an understanding of any
9    other powers that Mr. de Basilio had in Ethypharm
09:49:16 10    Spain?
11    A.  As far as I knew, he had the traditional
12    functions of a director of a -- of a --
13    THE INTERPRETER:  Sorry, the name
14    affilier escapes me.
09:50:02 15    THE WITNESS:  (In English) Affiliate.
16    THE INTERPRETER:  Yeah, an affiliate.
17    BY MR. MINGOLLA:
18    Q.  Could you please explain to me what you
19    mean by the traditional functions of an affiliate?
09:50:27 20    A.  By that, I mean, to operate the company
21    in a normal fashion, to contract on a commercial
22    basis, and to make sure that this company obeys to

10 (Pages 34 to 37)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

84674ccb-ca8b-

JT-A-560

ESQUIRE DEPOSITION SERVICES

Page 38

09:50:59 1 the local laws. This is what I mean when I'm
2 talking about the traditional functions of a
3 director of an affiliate.
4     Q.  How frequently did you communicate with
09:51:14 5 Mr. de Basilio while you were employed at
6 Ethypharm?
7     A.  Minimum of once a month and then more
8 frequently depending on the content of the subjects
9 to be dealt with of the -- of the topics.
09:51:54 10     Q.  How did you communicate with
11 Mr. de Basilio?
12         Was it by telephone? In person? Some
13 other way?
14         MR. FINE: Objection. Compound.
09:52:16 15     THE WITNESS: I went several times to
16 Spain. The same way I went to the other
17 affiliates, Mr. de Basilio came to Paris for
18 meetings several times. And other than that, we
19 were in contact over the phone. And then even
09:52:47 20 sometimes things to the magical technological
21 information system we have, by e-mail or other
22 technique, but we never communicated by tam-tam.

Page 39

09:53:16 1 BY MR. MINGOLLA:
2     Q.  What subject or subjects did you
3 communicate with Mr. de Basilio about most
4 frequently while you were employed at Ethypharm?
09:53:34 5     A.  Organizational and commercial subjects,
6 development, and results.
7     Q.  Did you ever communicate with
8 Mr. de Basilio about a company called Laboratorios
9 Belmac?
09:54:04 10         Laboratorios Belmac.
11     A.  Yes, I did but not many.
12     Q.  During the period that you were the
13 general director of the Ethypharm group, how many
14 times would you estimate you visited Spain?
09:54:44 15     A.  You mean Spain or Mr. de Basilio?
16     Q.  Let's start with Mr. de Basilio.
17     A.  Maybe four times, between three and
18 five.
19     Q.  And how many times did you visit Spain?
09:55:04 20     A.  Between six and eight.
21     Q.  Do you recall any specific
22 communications you had with Mr. de Basilio about

Page 40

09:55:17 1 Laboratorios Belmac while you were employed at
2 Ethypharm?
3         MR. FINE: Objection. Vague.
4         THE INTERPRETER: Any specific?
09:55:31 5         MR. MINGOLLA: Communications.
6         MR. FINE: Objection. Translation.
7         THE WITNESS: No.
8 BY MR. MINGOLLA:
9     Q.  Did you ever communicate with
09:55:50 10 Mr. de Basilio about a company called Bentley
11 Pharmaceuticals, Inc.?
12     A.  No. Well, when I say "no," I don't know
13 but I don't think so.
14     Q.  Have you ever heard of a company called
09:56:24 15 Bentley Pharmaceuticals, Inc.?
16     A.  Yes, I heard talking of that. I knew.
17     Q.  And if I refer to that company as
18 Bentley, you will understand what I'm referring to?
19         MR. FINE: Objection.
09:56:42 20         The witness can't know what you're
21 referring to unless you're clear.
22

Page 41

09:56:48 1 BY MR. MINGOLLA:
2     Q.  You can answer.
3     A.  Yes.
4     Q.  Thank you.
09:56:51 5         While you were employed at the Ethypharm
6 Group were you aware of a relationship between
7 Bentley Pharmaceuticals, Inc. and Laboratorios
8 Belmac?
9     A.  Yes.
09:57:15 10     Q.  And -- and what was that relationship?
11     A.  From memory, Belmac was an affiliate of
12 Bentley.
13     Q.  And while you were employed at
14 Ethypharm, did you have an understanding about the
09:57:40 15 nature of the business of Laboratorios Belmac?
16     A.  Vaguely.
17     Q.  And what is that?
18         What was that understanding?
19     A.  That they manufactured products. I do
09:58:17 20 not know exactly which products. But I know that
21 there was a relation between Ethypharm and Belmac
22 concerning the manufacturing of one product,

11 (Pages 38 to 41)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

ESQUIRE DEPOSITION SERVICES

Page 42

09:58:37 1  Omeprazole.
2      Q.  When you say that you were aware of a
3  relationship between Ethypharm and Belmac, do you
4  mean Ethypharm Spain and Belmac?
09:59:03 5      A.  I do not understand.
6      Q.  You just mentioned a relationship
7  between Ethypharm and Belmac concerning the
8  manufacturer of Omeprazole.
9          Do you remember that?
09:59:18 10     A.  Yes.
11     Q.  And was that relationship between Belmac
12  and Ethypharm Spain or Belmac and Ethypharm France?
13         MR. FINE:  Objection.  Compound and
14  vague.
09:59:39 15  BY MR. MINGOLLA:
16     Q.  You can answer.
17     A.  Well, in fact, Ethypharm Spain and Group
18  Ethypharm was the same thing, the same way as
19  Belmac and Bentleys (sic) were the same thing.
10:00:12 20    Q.  Yeah, a few moments ago you mentioned
21  that Ethypharm had a subsidiary in Brazil; is that
22  right?

Page 43

10:00:25 1      A.  Yes, I said that.
2      Q.  And as general director of the Ethypharm
3  Group, did you believe that there was a
4  relationship between Laboratorios Belmac and
10:00:34 5  Ethypharm Brazil?
6          Laboratorios Belmac and Ethypharm
7  Brazil.
8          MR. FINE:  Objection.  Argumentative.
9          THE WITNESS:  No.
10:01:06 10         There were relationships with other
11  Ethypharm groups, Ethypharm Brazil, but between
12  Belmac and Ethypharm Brazil, that I don't see very
13  well.  In fact, I do not understand this question
14  very well.
10:01:28 15  BY MR. MINGOLLA:
16     Q.  Okay.  While you were the director
17  general of Ethypharm Group, did you have any
18  interactions with anyone at Laboratorios Belmac?
19     A.  Yes.
10:01:53 20    Q.  With whom?
21     A.  With Mr. Murphy.
22     Q.  Anyone else?

Page 44

10:02:02 1      A.  No.
2      Q.  And what title or position did
3  Mr. Murphy have at -- at Laboratorios Belmac?
4      A.  From memory, he was the director, maybe
10:02:25 5  he was president or director, the leader.  He was
6  the boss.
7      Q.  Did you ever hear of an individual
8  called Adolfo Herrera?
9      A.  Yes.
10:02:48 10     Q.  Did you ever have any communications
11  with Mr. Herrera while you were employed at
12  Ethypharm?
13     A.  I crossed him but I never had any direct
14  professional relationship with him.
10:03:14 15     Q.  Did you -- while you were employed at
16  Ethypharm, did you know whether Mr. Murphy had any
17  position or title at Bentley Pharmaceuticals, Inc.?
18     A.  I don't know.
19     Q.  Have you ever heard that Mr. Murphy is
10:03:47 20  the chairman and chief executive officer of Bentley
21  Pharmaceuticals, Inc.?
22     A.  Yes, I believe so.  That's what I told

Page 45

10:04:07 1  you before.
2      Q.  Okay.  So let me ask this question again
3  then.
4          Can you please tell me what position you
10:04:17 5  know Mr. Murphy had at Bentley Pharmaceuticals Inc.
6  while you were employed at Ethypharm.
7      A.  Similar response.  For me, he was the
8  boss.  The main responsible person of Bentley's.
9  His exact title, I don't remember that.
10:05:06 10     Q.  And what role or title did Mr. Murphy
11  have at Laboratorios Belmac during the same period?
12     A.  I don't know.
13     Q.  Do you know whether Mr. Murphy had any
14  title or position in Laboratorios Belmac?
10:05:38 15     A.  No, I don't know.  That everyone knew
16  that Mr. Murphy was the boss or was leading
17  Bentley, whatever his title was, and then -- and
18  that Belmac is an affiliate of Bentley's, I do not
19  know technically any more.
10:06:18 20        MR. FINE:  Do you mind if we take a
21  break?
22        MR. MINGOLLA:  Yeah, I was going to say.

12 (Pages 42 to 45)

84674ccb-ca8b

JT-A-562

ESQUIRE DEPOSITION SERVICES

Page 46

10:06:24 1   Let's go off the record for a second.
2   THE VIDEOGRAPHER: The time is 10:05:57
3   Off the record.
4   (Whereupon, at 10:05:57 a.m., a recess
10:06:31 5   was taken, and the proceedings resumed at
6   10:18:04 a.m., this same day.)
7   THE VIDEOGRAPHER: On the record. The
8   time is 10:18:04.
9   BY MR. MINGOLLA:
10:18:33 10   Q. Mr. Germain, while you were employed at
11   Ethypharm, did you have an understanding of the
12   nature of the business of Bentley Pharmaceuticals?
13   A. Yes.
14   Q. And what was that understanding?
10:19:15 15   A. Bentley Pharmaceuticals had in the U.S.
16   research and development activities; and, the
17   affiliation in Spain where pharmaceuticals products
18   were manufactured and distributed.
19   So in a nutshell, its development was
10:19:55 20   based in research of new product, but the bulk of
21   its yield was -- was -- was made in Spain by the
22   affiliate Belmac, the way I understood it at the

Page 47

10:20:24 1   time.
2   Q. Do you know whether Bentley
3   Pharmaceuticals had a manufacturing plant in Spain?
4   MR. FINE: Objection. Vague.
10:20:46 5   BY MR. MINGOLLA:
6   Q. You can answer.
7   A. Bentley, by -- by the intermediary of
8   Belmac, had a factory in Zaragoza.
9   Q. Have you ever been to that factory?
10:21:14 10   A. No.
11   Q. Have you -- did you ever communicate
12   with anyone at Bentley while you were employed at
13   Ethypharm?
14   THE INTERPRETER: When you were?
10:21:36 15   MR. MINGOLLA: Employed at Ethypharm.
16   THE WITNESS: Yes, I communicated with
17   Mr. Murphy.
18   BY MR. MINGOLLA:
19   Q. Anyone else?
10:21:50 20   A. No.
21   Q. How many times did you communicate with
22   Mr. Murphy while you were employed at Ethypharm?

Page 48

10:22:06 1   A. You mean communicated or seen?
2   Q. Communicated.
3   A. Between five and eight times. I don't
4   remember. Maybe ten.
10:22:23 5   Q. And how many times did you personally
6   meet Mr. Murphy during your employment at
7   Ethypharm?
8   A. I don't recall exactly. I believe it
9   was between three and four times.
10:22:46 10   Q. Aside from the meetings in person, how
11   did you communicate with Mr. Murphy?
12   A. Phone, two or three times. And then I
13   believe some exchanges by mail, two or three times,
14   not much, not more.
10:23:17 15   Q. Did you ever travel to the United States
16   to Bentley's offices?
17   A. No, never.
18   Q. As of March 2000 were you employed at
19   Ethypharm?
10:23:38 20   A. Yes. 2000, I believe, yes.
21   MR. MINGOLLA: I'd like to have these
22   marked as the first two exhibits.

Page 49

10:23:56 1   (Germain Deposition Exhibit Nos. 1
2   and 2 were marked for
3   Identification.)
4   BY THE INTERPRETER:
10:24:44 5   Q. Mr. Germain, you've just been handed
6   Exhibits (sic) 1 and Exhibits (sic) 2.
7   If you could just take a moment to
8   briefly skim the documents.
9   And while you're doing so, I'd like to
10:24:55 10   identify them for the record.
11   (Witness reviews documents.)
12   MR. FINE: Um, it appears as though, um,
13   something on the first page of Document No. 1 has
14   been redacted at the bottom; is that correct?
10:25:14 15   MR. MINGOLLA: Um, if so, it was a
16   handwriting by an attorney so.
17   For the record, Exhibit 1 is a multipage
18   document bearing production numbers BEL 00548
19   through 553.
10:25:29 20   And Exhibit 2 is a multipage document
21   bearing production numbers EP 004863 through 4865
22

13 (Pages 46 to 49)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

84674ccb-ca8b    JT-A-563

ESQUIRE DEPOSITION SERVICES

Page 50

10:25:54 1  BY MR. MINGOLLA:
         2      Q.  Mr. Germain, do you recognize Exhibit 1?
         3      A.  No.
         4      Q.  Have you ever seen it before?
10:26:07 5          MR. FINE:  Objection.
         6          Outside of preparation for this
         7  deposition.
         8  BY MR. MINGOLLA:
         9      Q.  Did you ever see this document while you
10:26:15 10 were employed at Ethypharm?
         11     A.  I don't recall.
         12     Q.  What about Exhibit 2, did you ever see
         13 that document while you were employed at Ethypharm?
         14     A.  I don't recall.
10:26:43 15     Q.  I will represent to you that Exhibit 1
         16 is a document Entitled Manu -- Manufacturing
         17 Agreement.
         18     A.  (In English) Mm-hmm.
         19     Q.  Did you have any role with the
10:27:03 20 negotiation of Exhibit 1?
         21     A.  No.
         22     Q.  If you turn to the second page of

Page 51

10:27:12 1  Exhibit 1, at the bottom of the page --
         2      A.  (In English) Mm-hmm.
         3      Q.  -- do you see the two entities that are
         4  listed there?
10:27:31 5          Do you see those?
         6      A.  (In French) Oui.
         7      Q.  What are those entities?
         8          MR. FINE:  Objection.  Vague.
         9          Do you want him to testify as to what's
10:27:41 10 on the page?
         11 BY MR. MINGOLLA:
         12     Q.  Do you understand the question?
         13     A.  Yes.
         14         At the left-hand side, Laboratorios
10:27:53 15 Ethypharm; and, at the right, Laboratorios Belmac.
         16     Q.  And similarly, on the bottom of the
         17 first page of Exhibit 2, do you see the two
         18 entities listed at the bottom of that page?
         19     A.  Yes.
10:28:14 20     Q.  And what are those entities?
         21     A.  Ethypharm S.A. to the left; Laboratorios
         22 Ethypharm Belmac to the right.

Page 52

10:28:29 1      Q.  Do you recognize the signature under
         2  Ethypharm S.A.?
         3      A.  No, no.  No, I don't, no.
         4      Q.  Do you know whether --
10:28:47 5      A.  No, I do not recognize.
         6      Q.  Okay.  Do you know whether anyone at
         7  Ethypharm France was involved in the negotiation of
         8  either Exhibit 1 or Exhibit 2?
         9      A.  I can't respond to that question in a
10:29:14 10 general manner.
         11         Normally, the people were designated to
         12 sign for Ethypharm concerning commercial
         13 agreements, where either the person in charge of
         14 the local affiliate, the commercial director or
10:29:49 15 manager, that would be Yves Liorzou.
         16         The legal management at the time it was
         17 Mrs. Roseline Joannesse and Gérard Leduc.
         18 Generally speaking, the proceeding went in that
         19 fashion.
10:30:23 20     Q.  And with respect to Exhibit 1,
         21 specifically, do you know whether any of the
         22 individuals you just testified were involved in the

Page 53

10:30:37 1  negotiation of that document?
         2      A.  No, I don't know.
         3      Q.  And what about Exhibit 2, do you know
         4  whether any of those individuals were involved in
10:30:54 5  the negotiation of that document?
         6      A.  No.
         7      Q.  Did you ever see any drafts of Exhibit 1
         8  or Exhibit 2 while you were employed at Ethypharm?
         9      A.  I do not recall.
10:31:22 10         May I say something?
         11     Q.  Sure.
         12     A.  At the time where I was leading the
         13 group, there were always regards to contract
         14 negotiations or renegotiation of pricing and
10:31:47 15 conditions, terms and conditions on a worldwide
         16 level, between 10, 20 or 30 documents just like
         17 this per day.
         18         So in general, I only saw the main ones,
         19 the most important ones and not always.
10:32:15 20     Q.  Do you -- sitting here today, do you
         21 recall specifically any contracts that you did see
         22 while you were employed at Ethypharm?

14  (Pages 50 to 53)

84674ccb-ca8b-

JT-A-564

ESQUIRE DEPOSITION SERVICES

Page 54

```
10:32:29  1        MR. FINE: Objection.
          2        Relating to what?
          3   BY MR. MINGOLLA:
          4     Q.  Do you understand the question?
10:32:34  5     A.  Yes.
          6     Q.  And do you recall any such contracts?
          7     A.  Like that?
          8     Q.  Sure.
          9     A.  No.
10:32:45 10     Q.  Um, earlier today you testified that you
         11   had no responsibility with respect to contract
         12   writing; is that correct?
         13     A.  That's correct.
         14     Q.  Mr. Germain, do you remember meeting --
10:33:12 15   strike that.
         16        Do you remember visiting Madrid with
         17   Messrs. Liorzou and Boudal in March of 2000?
         18     A.  I don't remember at what time, but I
         19   remember that I went to Spain several times with
10:33:46 20   Mr. Liorzou and with Mr. Boudal at least once; and
         21   the two, at the same time, without any doubt. But
         22   I can't tell you whether this was in March, April
```

Page 55

```
10:34:09  1   or May.
          2        MR. MINGOLLA: I'd like to show you
          3   another document.
          4        (Germain Deposition Exhibit No. 3 was
10:34:16  5   marked for Identification.)
          6        THE WITNESS: Thank you.
          7   BY MR. MINGOLLA:
          8     Q.  You've just been handed Exhibit 3.
          9        And if you could just review that
10:34:49 10   document. And while you're doing so, let me
         11   identify it for the record.
         12        Exhibit 3 is a two-page document bearing
         13   production Nos. EP 005910 and 11.
         14        (Witness reviews document.)
10:35:38 15     A.  (In English.) Okay.
         16     Q.  Do you -- do you recognize this
         17   document?
         18     A.  Well, no. Well, I -- I recognize that
         19   these are the minutes of the meeting. But I do not
10:35:58 20   have any specific recollection of this document.
         21     Q.  Do you know who prepared Exhibit 3?
         22     A.  No --
```

Page 56

```
10:36:12  1     Q.  Does --
          2     A.  -- it isn't mentioned.
          3     Q.  Does this document refresh your
          4   recollection --
10:36:20  5     A.  But I imagine that this might be Yves
          6   Liorzou because, in general, it was he, himself,
          7   who prepared the minutes, but I say this only with
          8   reservations.
          9     Q.  Does this document refresh your
10:36:45 10   recollection as to meeting -- visiting Madrid in
         11   March of 2000?
         12     A.  A little bit, yes.
         13     Q.  Looking at Item No. 1 on the first page
         14   of Exhibit 3, do you see the entry that says --
10:37:11 15     A.  (In English) MM-hmm.
         16     Q.  -- it says PG, and those are your
         17   initials, is that correct?
         18        YL, and those are the initials of
         19   Mr. Liorzou; is that correct?
10:37:25 20     A.  (In French) Oui.
         21     Q.  And PB, and those are the initials of
         22   Mr. Boudal; is that correct?
```

Page 57

```
10:37:30  1     A.  (In French) Oui.
          2     Q.  Arrived at 12:45 p.m. instead of
          3   10:30 a.m.?
          4     A.  Yes.
10:37:39  5     Q.  Do you remember that occurring?
          6     A.  Yes.
          7     Q.  And why did you arrive late?
          8     A.  Because planes sometimes have delays.
          9     Q.  Item No. 2 indicates that A. Herrera
10:38:05 10   came with Jim Murphy, president of Bentley,
         11   Belmac's parent company in the U.S.A.
         12        Do you remember meeting with Mr. Murphy
         13   on March 29th of 2000?
         14     A.  I remember having met Mr. Murphy in
10:38:37 15   2000. I do not have any specific recollection of
         16   this exact meeting which is mentioned here.
         17     Q.  About two-thirds of the way down the
         18   page there's an entry that says meeting with
         19   A. Herrera and J. Murphy.
10:39:00 20        Do you see that?
         21        And the --
         22     A.  Yes.
```

15  (Pages 54 to 57)

84674ccb-ca8b·                JT-A-565

ESQUIRE DEPOSITION SERVICES

Page 58

10:39:06 1    Q. -- next entry says we all ate together
2    in Riofrio.
3        Do you remember that event?
4    A. I don't have any specific recollection
10:39:28 5    of this event, but if it is mentioned there, it
6    must have happened. But I really recall lunches
7    very rarely, because I try to pursue a certain
8    diet.
9    Q. I would -- I would now like to ask you
10:39:55 10    some questions -- I now would like to ask some
11    questions about the -- the document Exhibit 3 up
12    until that entry meeting with A. Herrera and Jim
13    Murphy. Okay?
14        Is that okay?
10:40:20 15    A. (In English.) Okay.
16    Q. Do you know whether Mr. Murphy and
17    Mr. Herrera were present for the discussion of
18    the -- of all of the issues up until the entry that
19    says meeting with A. Herrera and J. Murphy?
10:40:54 20    A. Quite frankly, I have no recollection.
21    I do not remember whether they were -- where they
22    participated in the first part of the meeting. But

Page 59

10:41:11 1    I believe that if there was a meeting with regards
2    to the results, I mean, the yield, the figures and
3    the results of Ethypharm, apparently they should
4    not have done this.
10:41:30 5    Q. Okay.
6    A. That's my -- that's my assumption.
7    Q. There is a sentence that says they
8    presented Ethypharm Spain to PG who only showed
9    interest in numerical figures and results.
10:41:58 10    MR. FINE: I'm sorry?
11    THE INTERPRETER: No it's a different
12    sentence. Oh, this is a different --
13    MR. FINE: I'm sorry. I'm objecting
14    here because there seems to be a discrepancy
10:42:15 15    between the --
16    THE INTERPRETER: Uh-huh.
17    MR. FINE: -- translation --
18    THE INTERPRETER: Yeah.
19    MR. FINE: -- and the document itself.
10:42:23 20    MR. MINGOLLA: Okay.
21    BY MR. MINGOLLA:
22    Q. Well, let's go on to another sentence

Page 60

10:42:27 1    then.
2    A. If you --
3    Q. And --
4    A. -- wish.
10:42:31 5    Q. -- do you see the sentence that begins
6    in French Un des points importants?
7        And I'll read it in English for the
8    record, One of the most important points that came
9    up in the meeting this morning was that we have to
10:42:49 10    say 4MFF?
11    MR. FINE: No.
12    THE INTERPRETER: This is not a rough
13    translation so I can't read this. I have to go
14    with the text.
10:43:06 15    MR. FINE: I'm going to object again on
16    the basis of the --
17    THE INTERPRETER: May I respond?
18    BY MR. MINGOLLA:
19    Q. Sure.
10:43:13 20    A. It's simple. One of the main objectives
21    of Ethypharm when I started working for the
22    direction of this group was to improve the yield,

Page 61

10:43:39 1    the figures, on a world -- on a worldwide level for
2    the entire group.
3        And so, it has been put in place, a
4    reduction and optimization plan for purchasing,
10:44:07 5    reduction of purchasing on a global level. This --
6    this has to -- by that, I mean with regards to
7    general fees but also industrial.
8        So this also has to do, of course, with
9    the raw material which represents a large part.
10:44:34 10    And what I said in Spain was that reduction in the
11    optimization of costs and purchases would apply as
12    well for the affiliated in Spain.
13    Q. As of March 29th, 2000, how long had you
14    been employed at Ethypharm?
10:45:18 15    A. I don't remember. Between three and six
16    months, six months.
17    Q. Do you see the reference in the first
18    paragraph under Présentation d'Ethypharm Espagne,
19    the reference to saving of 4 million FF?
10:45:44 20    A. I do not understand.
21    Q. Do you see that reference?
22    A. (In French) Oui.

16 (Pages 58 to 61)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

84674ccb-ca8b

JT-A-566

ESQUIRE DEPOSITION SERVICES

Page 62

10:45:52  1    Q.  Do you have --
         2    A.  (In French) Oui.
         3    Q.  Do you know what the abbreviation to
         4  4MFF is?
10:46:02  5    A.  4MMF means 4 million French francs,
         6  which is about the same as 600,000 Euro or
         7  $700,000, something like that.
         8    Q.  Do you recall that subject being
         9  discussed at this March 29th, 2000, meeting?
10:46:46 10    A.  With?
        11    Q.  At any time during that meeting.
        12    A.  If it is written here, so that means
        13  that it must have been done, yes.
        14    Q.  Do you know if Mr. de Basilio was
10:47:01 15  present at this meeting?
        16    A.  I imagine, yes.
        17    Q.  Later on in that paragraph do you see
        18  the reference to the new technology or nouvelles
        19  technology?
10:47:27 20       Do you see that reference?
        21    A.  Yes.
        22    Q.  Do you know what technology is being

Page 63

10:47:32  1  referred to in that sentence?
         2       MR. FINE:  Objection as "to."
         3       THE WITNESS:  Yes, the patches.
         4  BY MR. MINGOLLA:
10:47:45  5    Q.  And can you briefly describe what that
         6  means?
         7       MR. FINE:  Objection.  Phase II.
         8  BY MR. MINGOLLA:
         9    Q.  You can answer.
10:47:57 10       MR. FINE:  I mean, if you want to go
        11  down this road, that's fine, but it's -- it
        12  opens --
        13  BY MR. MINGOLLA:
        14    Q.  I -- I just asked for a single, a very
10:48:01 15  brief description as to about what "patches" means.
        16    A.  A patch is a band-aid, which you --
        17  which you put onto the skin in order to administer
        18  a certain number of medication.  For example -- for
        19  example, the medication in order to prevent tobacco
10:48:33 20  use, pain, gynecologic -- gynecology.
        21       Is that enough?
        22    Q.  That's more than enough.  Thank you.

Page 64

10:48:50  1       In the next paragraph -- strike that.
         2       Do you recall learning at this
         3  March 29th, 2000, meeting that Belmac represented
         4  practically 60 percent of the sales of Omeprazole?
10:49:13  5    A.  I don't know whether it was in that
         6  meeting where I heard this.
         7    Q.  Were you surprised by that figure?
         8    A.  It was a manager meeting.
         9    Q.  And what does that mean?
10:49:41 10    A.  And it means if you have a manager
        11  meeting you try to trigger among the team members a
        12  certain behavior and so that way there is a
        13  possibility that you show in a fact of surprise
        14  even though this fact is absent.
10:50:26 15       Well, I knew already that, for Belmac,
        16  the figures in Spain was an important figure, that
        17  it -- that they discovered a figure of 60 percent.
        18  That specific day, honestly, I do not recall.
        19    Q.  If you wouldn't mind reading aloud the
10:50:52 20  sentence that begins Il n'a pas beaucoup aimé.
        21    A.  Il n'a pas beaucoup aimé le fait que
        22  nous n'ayons pas de contrat avec une réelle valeu

Page 65

10:50:54  1  juridique qui nous protéen case de retrait de
         2  usines de Belmac (c'est á dire qui interdiratá
         3  Belmac de fabriquer es micrograules pour lui-même
         4  ou pour ses clients).
10:51:23  5    Q.  And the translation that I have says,
         6  Once more, it appeared that he didn't much like
         7  that there wasn't a contract that stopped Belmac
         8  continuing manufacturing microgranules Omeprazole
         9  powder if we are withdrawing from their facilities.
10:51:37 10       Do you recall that subject being
        11  discussed at the March 29th, 2000, meeting?
        12    A.  If it is mentioned in the minutes, that
        13  means that this topic has been tackled.
        14    Q.  As -- do you recall specifically any
10:52:04 15  discussion about that point at that meeting?
        16    A.  No.
        17    Q.  Did you pose any questions to anyone at
        18  the meeting about the status of the contract with
        19  Belmac?
10:52:34 20    A.  We had, of course, discussions with
        21  regards to the contractual nature with.  Whom we
        22  did have this discussions exactly, I don't recall.

17  (Pages 62 to 65)

84674ccb-ca8b-4        JT-A-567

ESQUIRE DEPOSITION SERVICES

Page 66

10:52:51 1 But I recall very well that I was surprised. I was
2 astonished that relations and relations which were
3 long-standing relations that the contractual aspect
4 did not seem to be completely covered.
10:53:22 5 Q. Do you recall whether anyone had any
6 copies of any contracts with them at that meeting?
7 A. No.
8 Q. And the date of this meeting was when?
9 A. Twenty-ninth of March.
10:53:46 10 Q. And if you turn to the bottom of page --
11 of the page that's been marked as Exhibit 2.
12 (Whereupon, at 10:53:52 a.m.,
13 Mr. Bostwick entered the proceedings.)
14 BY MR. MINGOLLA:
10:54:01 15 Q. Do you see the date listed there?
16 A. Where?
17 Q. Exhibit 2.
18 A. (In English) I don't know.
19 Q. And what's the date listed there?
10:54:23 20 A. I don't see.
21 Q. Do you so at the bottom on the page
22 (indicating)?

Page 67

10:54:36 1 A. The 23rd.
2 Q. Of what month?
3 A. March. Right?
4 Q. In what year?
10:54:46 5 A. 2000.
6 (In English) Mm-hmm.
7 Q. The next sentence of Exhibit 3 says, We
8 spoke briefly of the liquid formula.
9 Do you see that?
10:55:12 10 A. Yes.
11 Q. And it says, It is a subject that isn't
12 solved at PD, G -- GO and PGs levels.
13 Do you see that?
14 THE INTERPRETER: What is this?
10:55:32 15 MR. FINE: Objection.
16 I don't see that in the -- the document
17 itself.
18 THE INTERPRETER: Yeah, I didn't find it
19 either so.
10:55:45 20 MR. MINGOLLA: Okay.
21 Strike that question, please.
22

Page 68

10:56:04 1 BY MR. MINGOLLA:
2 Q. I'd like to ask you a couple of
3 questions about the section of Exhibit 3 that
4 begins Conclusions de la réunion.
10:56:09 5 A. In English) Mm-hmm.
6 Q. Do you see that section?
7 A. Yes.
8 Q. And the first entry says Omeprazole
9 liquid. If it is made in Spain it will be made at
10:56:32 10 Belmac.
11 Do you remember that issue being
12 discussed at the March 29th, 2000, meeting?
13 A. No, I do not precisely recall that
14 subject.
10:56:52 15 Q. Do you recall discussing that subject
16 with either Mr. Murphy or Mr. Herrera at that
17 meeting?
18 A. No.
19 Q. The next entry refers to the Petite GS,
10:57:07 20 the little GS.
21 Do you see that?
22 Do you know what that is in reference

Page 69

10:57:16 1 to?
2 A. A small GS, no, I have no idea.
3 (In English.) No.
4 Q. Turning the page to Exhibit 3 and the
10:57:35 5 last section which says PG a répondu á nos
6 questions, which I understand means PG answered our
7 questions.
8 Could you read --
9 A. Yes.
10:57:54 10 Q. -- Item No. 1, please, to yourself
11 and -- and let me if you recall that issue being
12 discussed at the meeting.
13 A. (In French) RH evolutions futures:
14 Avant déembaucher qui que ce soit dans le groupe il
10:58:02 15 faut que nous définissions nos activités et notre
16 organisation actuelles, que nous mettions en
17 adéquation activités et ressources, ensuite
18 seulement s'il faut on verra s'il est vraiment
19 nécessaire d'embaucher des gens.
10:58:35 20 Q. Do you recall that issue being discussed
21 at the March 29th, 2000, meeting?
22 A. No, I do not recall. But if it is part

18 (Pages 66 to 69)

JT-A-568

84674ccb-ca8b-

ESQUIRE DEPOSITION SERVICES

Page 70

10:58:51  1    of the minutes, that means there must have been
          2    discussion.
          3        Q.  Do you have an understanding about what
          4    Item 1 is referring to?
10:59:17  5        A.  Well, I imagine that questions were
          6    raised from the Spanish affiliates with regards to
          7    recruitment, and fears must have been expressed, as
          8    this is often the case.  And I -- and I remember
          9    that -- and this might not have happened during
10:59:43 10    this meeting, but, in this vein, I remember having
         11    said, in fact, that in Spain and in the other
         12    structures of this group that the recruiting
         13    strategy was under control.
         14        Q.  As to Item No. 3, Question du monopole
11:00:10 15    pour le marché espagn/Portugal, do you see that?
         16        A.  Yes.
         17        Q.  Do you have an understanding about what
         18    that references to?
         19        A.  Yes.
11:00:26 20        Q.  And what is that understanding?
         21        A.  That what I understand, I mean my answer
         22    to the question was that concerning all the

Page 71

11:00:56  1    technologies except for the program foreign
          2    technologies, but that I mean flash tab,
          3    technology, that everything needed to be under
          4    agreement with Yves Liorzou with the exception
11:01:26  5    of -- with the exemption of flash tab which needs
          6    to be dealt with, with Mr. Bruno Delie.
          7        Q.  Do you know whether -- while you were
          8    employed at Ethypharm, anyone employed at Ethypharm
          9    Spain had any responsibilities with respect to
11:01:57 10    customer service?
         11        A.  In Ethypharm -- at Ethypharm, globally,
         12    the customer -- the customer service department was
         13    located in Paris, at a site a hundred kilometers
         14    away from Paris, but it seems, to me, and I am not
11:02:41 15    sure, that there was some type of client service --
         16    the customer service in Spain, but I am not sure of
         17    that.
         18        Q.  Was the customer service department in
         19    Paris that you just referred to located in Paris
11:03:04 20    from the first day that you were employed at
         21    Ethypharm?
         22        A.  When I arrived at Ethypharm, there was

Page 72

11:03:24  1    a -- a customer service department at Ethypharm,
          2    yes.  It seems to me that the customer service was
          3    part of the organizations which I restructured.
          4        And I'm going to answer your question.
11:03:59  5    And that that part --
          6        (Whereupon, at 11:04:03 a.m.,
          7    Mr. Bostwick exited the proceedings.)
          8        A.  -- which was located in Paris was more
          9    important after my arrival than before.
11:04:12 10        I don't know if I answered your question
         11    to your satisfaction.
         12        Q.  You did.  Thank you.
         13        Do you recall during this March 29th,
         14    2000, meeting whether the issue of scaling back the
11:04:27 15    operations of Ethypharm Spain ever arose?
         16        A.  The reduction --
         17        THE INTERPRETER:  May I clarify
         18    something?
         19        MR. MINGOLLA:  Please do.
11:05:06 20        THE WITNESS:  Reduction of the -- of the
         21    personnel it was one of my objectives.  If you
         22    manage a company and if you try to lower the number

Page 73

11:05:20  1    of personnel, you generally do it very carefully
          2    and with some human touch to it.  I don't know if I
          3    mentioned a reduction of the number of personnel in
          4    such a global meeting once in my life, whether this
11:05:55  5    was at Ethypharm, or in what ever other company.
          6        Did I respond to your satisfaction?
          7    BY MR. MINGOLLA:
          8        Q.  Yes.
          9        Now earlier today you testified that
11:06:09 10    Ethypharm Spain had between five and ten employees
         11    when you started at Ethypharm.
         12        Do you recall that?
         13        A.  Yes.
         14        Q.  And you indicated that when you left
11:06:30 15    Ethypharm there were five to ten employees at
         16    Ethypharm Spain?
         17        A.  Yes, I recall that.
         18        Q.  Do you know whether the number of
         19    employees changed downward while you were employed
11:06:50 20    at Ethypharm?
         21        A.  (In English) No.
         22        (Through the Interpreter) No, I don't

19 (Pages 70 to 73)

84674ccb-ca8b          JT-A-569

ESQUIRE DEPOSITION SERVICES

Page 74

11:06:59 1  know. But on the other hand, the projects of
2  reduction in Spain and in other structures were not
3  yet established at that time period.
4      Q.  Just two or three final questions about
11:07:25 5  this March 29th, 2000, meeting.
6          Sitting here today, do you recall any
7  specific statement that you made to Mr. Murphy at
8  that meeting?
9      A.  No.
11:07:49 10      Q.  Do you recall any specific statement
11  made by Mr. Murphy at this meeting?
12      A.  No.
13      Q.  Do you recall making any specific
14  statement to Mr. Herrera at this March 29th, 2000,
11:08:06 15  meeting?
16      A.  No.
17      Q.  And do you recall any specific statement
18  by Mr. Herrera at this meeting?
19      A.  No.
11:08:29 20          MR. MINGOLLA:  Let's go off the record
21  briefly so that we can change tapes.
22          THE VIDEOGRAPHER:  This ends tape number

Page 75

11:08:35 1  one of the Germain deposition.
2          The time is 11:08:12.
3          Off the record.
4          (A brief recess was taken for
11:08:42 5  videographer to change videotape.)
6          (Germain Deposition Exhibit No. 4 was
7          marked for Identification.)
8          THE VIDEOGRAPHER:  On the record with
9  tape number two of the testimony of Pierre Germain
11:18:33 10  in the matter of Ethypharm versus Bentley
11  Pharmaceuticals.
12          The date is August 1, 2006.
13          The time is 11:18/15.
14  BY MR. MINGOLLA:
11:18:45 15      Q.  Mr. Germain, you have before you what's
16  been marked as Exhibit 4; is that correct?
17      A.  Yes.
18      Q.  And if you could just take a moment to
19  review that document while I identify it for the
11:18:58 20  record, please.
21          (Witness reviews document.)
22      Q.  Exhibit 4 is a one-page document bearing

Page 76

11:19:06 1  production No. EP 003595.
2          Let me know when you've had a chance to
3  review it.
4      A.  (In English.) Okay.
11:19:24 5      Q.  Do you see your name listed in the "To"
6  box of Exhibit 4?
7      A.  Yes.
8      Q.  And what is the date of the document?
9      A.  May 4, 2000.
11:19:41 10      Q.  And do you see that the document is from
11  Adolfo de Basilio?
12      A.  (In French) Oui.
13      Q.  Do you recognize this document?
14      A.  No.
11:19:54 15      Q.  Do you have any reason to believe you
16  did not receive this document when you were
17  employed at Ethypharm?
18      A.  No.  If this document was addressed to
19  me while I was working at Ethypharm, I obligatory
11:20:17 20  received it.
21      Q.  The first sentence of Exhibit 4
22  references a meeting with the medication agency

Page 77

11:20:27 1  l'Agence du Médicament.
2          Do you see that?
3      A.  Yes.
4      Q.  Do you know whether that is a French
11:20:40 5  agency or a Spanish agency?
6      A.  I imagine that this must be the Spanish
7  agency of the medication, I imagine.
8      Q.  Later on in that first paragraph do you
9  see the sentence which reads Belmac exported in our
11:21:10 10  own name and also must have signed the contracts
11  for manufacturing by a third-party with our
12  customers?
13      A.  Yes.
14      Q.  Did you understand whether that
11:21:35 15  accurately reflected the arrangement between Belmac
16  and Ethypharm Spain back in May of 2000?
17          MR. FINE:  Objection.  Vague.
18          Basis for explaining that that is --
19          MR. MINGOLLA:  No --
11:22:02 20          MR. FINE:  -- the relationship.
21          MR. MINGOLLA:  -- speaking objection,
22  please.

20 (Pages 74 to 77)

84674ccb-ca8b-

JT-A-570

ESQUIRE DEPOSITION SERVICES

Page 78

11:22:05  1        Your objection is noted.
          2        THE WITNESS: I don't understand the
          3   question.
          4   BY MR. MINGOLLA:
11:22:10  5        Q.  Did -- while you were employed as the
          6   general director of Ethypharm Group, did you know
          7   that Belmac exported in Ethypharm Spain's name?
          8        A.  I don't recall.
          9        Q.  Later on in that document there is a
11:22:39 10   reference to -- in Item No. 2 which says, We have
         11   signed a production agreement for Omeprazole with
         12   Belmac.
         13        Do you see that sentence?
         14        A.  (In French) Oui.
11:22:59 15        Q.  Were you aware that that contract had
         16   been signed?
         17        A.  No.  This specific contract, no.  On the
         18   other hand, I saw -- I saw plenty of types of
         19   contracts, a few, a few contracts, which reflected
11:23:36 20   this issue.
         21        Q.  And the contracts to which you just
         22   referred were those contracts with Belmac?

Page 79

11:23:52  1        A.  I don't remember.
          2        Q.  Do you know whether Ethypharm Spain were
          3   parties to the contracts you just referred to?
          4        A.  What I told you just before, the
11:24:18  5   contracts were signed either by somebody in charge
          6   of the affiliates or by Gérard Leduc or by the
          7   legal management or sometimes by Yves Liorzou or
          8   Philippe Boudal, concerning the department for
          9   the -- the industrial customer.  That means -- that
11:25:03 10   means with regards to the nature of the contract,
         11   it depends on the nature of the contract.
         12        So depending on the nature of the
         13   contract, this might have been this one or the
         14   other person who signed.
11:25:25 15        Q.  Do you recall that some of the contracts
         16   you sought while you were employed at Ethypharm
         17   were signed by persons from the local affiliates?
         18        A.  Local affiliates you said.  Right?
         19        Q.  Yes.
11:25:50 20        A.  Yes, sure.
         21        Q.  Do you have an understanding as to why
         22   those persons would sign some of the contracts?

Page 80

11:25:55  1        A.  Well, the people in charge of the
          2   affiliate -- of the affiliates signs as far as I
          3   know contracts which had to do with the framework
          4   of their affiliation.
11:26:26  5        Q.  The -- the sentence of Exhibit 4 that we
          6   just looked to of Exhibit 4 that we just looked at
          7   references a signed production agreement for
          8   Omeprazole with Belmac.
          9        A.  (In English) Mm-hmm.
11:26:53 10        Q.  Do you know whether that reference is to
         11   the document that has been marked as Exhibit 1?
         12        A.  I don't know.
         13        Q.  Item No. 3 of Exhibit 4 indicates that,
         14   We are progressively changing the old third party
11:27:16 15   manufacturing contracts with Belmac and our
         16   customers.
         17        Do you have an understanding as to what
         18   that references to?
         19        A.  I imagine that this is a reference to
11:27:49 20   the change in formulation and that it has been
         21   decided for technical reasons to do the transfer of
         22   the delivery in a progressive manner for customer

Page 81

11:28:19  1   management reasons.
          2        Q.  Were you involved in making any of those
          3   decisions for technical reasons that you just
          4   described?
11:28:36  5        A.  No.
          6        Q.  Was that -- were those technical --
          7   strike that.
          8        Were those decisions made at the
          9   subsidiary level, for example, in this case, by
11:28:48 10   people at Ethypharm Spain?
         11        A.  I imagine no.
         12        Q.  Do you know who would have been involved
         13   in -- in making those decisions?
         14        MR. FINE: Objection.  Calls for
11:29:07 15   speculation.
         16        THE WITNESS: I assume that because
         17   there is reference done through a modification on a
         18   global level that the decisions, which are
         19   technical decisions, are taken in common agreement
11:29:46 20   between the commercial and the industrial
         21   departments.
         22

21 (Pages 78 to 81)

84674ccb-ca8b-

JT-A-571

ESQUIRE DEPOSITION SERVICES

Page 82

11:29:52 1 BY MR. MINGOLLA:
2      Q. Now Item 3 says, We are progressively
3 changing the old third-party manufacturing
4 contracts.
11:29:58 5      Do you see that?
6      Do you know who -- what the reference to
7 "we" includes?
8      A. Group Ethypharm.
9      Q. And is that Ethypharm Spain?
11:30:14 10     A. No, for the same reasons as the one I
11 mentioned just a few minutes ago, because this is
12 a -- a company decision -- it's a global company
13 decision.
14     Q. This document was sent by
11:30:35 15 Mr. de Basilio; is that correct?
16     A. Yes.
17     Q. Did Mr. --
18     MR. FINE: Objection. Foundation.
19 BY MR. MINGOLLA:
11:30:45 20     Q. Did Mr. de Basilio have any title or
21 responsibility in Ethypharm Group aside from his
22 responsibilities in Ethypharm Spain?

Page 83

11:31:13 1      A. No, he did not have any other
2 responsibility within this group other than the one
3 he had in Spain. And I think that he makes
4 reference here with regards to proposals,
11:31:36 5 suggestions, which are meant -- I mean which are
6 towards me to Yves Liorzou, to Pierre Benham, who
7 was at the time the person in charge of customer
8 service and Hélène Carpentier was in charge of
9 regulatory affairs.
11:32:16 10     Because anyway, for this type of
11 decision, it is imperative because we are a
12 pharmaceutical laboratory to have the agreement,
13 which you have the pre-existing agreement of
14 regulatory affairs.
11:32:37 15     Q. Are you aware of any contracts that were
16 entered while you were employed at Ethypharm
17 between Laboratorios Belmac and Ethypharm France?
18     A. No. This doesn't mean that there have
19 not been any. I saw -- I saw contract drafts,
11:33:21 20 drafts of contracts or contracts, but I don't
21 remember whether it was Spain, France.
22     Q. And if I recall your testimony earlier

Page 84

11:33:37 1 today correctly, you had no duties or
2 responsibilities with respect to contracts; is that
3 correct?
4      A. No, I did not deal with them.
11:34:03 5      Q. Okay. We're done with that document.
6      MR. MINGOLLA: I would like to have this
7 marked as the next exhibit.
8      THE WITNESS: What am I doing with the
9 document? Do I keep that --
11:34:32 10     MR. MINGOLLA: You can keep that in
11 front of you. I'm sorry.
12     Mark that.
13     I'm sorry about that.
14     That's number five?
11:34:37 15     THE COURT REPORTER: (Nodded
16 affirmatively.)
17     (Germain Deposition Exhibit No. 5 was
18     marked for Identification.)
19 BY MR. MINGOLLA:
11:34:54 20     Q. If you could just take a moment to
21 review what's been marked as Exhibit 5. And while
22 you're doing so, let me identify it for the record.

Page 85

11:35:01 1      Exhibit 5 is a two-page document bearing
2 production Nos. EP 003272 and 73.
3      (Witness reviews document.)
4      A. (In English) Yes.
11:35:26 5      Q. Do you recognize that document?
6      A. No.
7      Q. Do you see that you are listed as a cc?
8      A. Yes.
9      Q. And what's the date of this document?
11:35:48 10     A. May 12th, 2000.
11     Q. And the letter is addressed to Adolfo
12 Herrera at Belmac.
13     Do you see that?
14     A. Yes.
11:36:01 15     Q. And do you have an understanding as to
16 what position Mr. Herrera had at Belmac at the
17 time?
18     A. From memory, he's in charge of -- he's
19 one of the people in charge of Belmac Spain.
11:36:29 20     Q. And the letter is from Adolfo
21 de Basilio.
22     Do you see that?

22 (Pages 82 to 85)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

84674ccb-ca8b-

JT-A-572

ESQUIRE DEPOSITION SERVICES

Page 86

11:36:39 1    A.  (In French) Oui.

2    Q.  Now I'm looking at the first sentence of

3    the translation of the document, which

4    references -- which says as follows:

11:36:52 5         Dear Adolfo, as you well know, there was

6    a meeting in Paris between your chairman,

7    Mr. Murphy, and our general director, Mr. Germain.

8    During that meeting Mr. Murphy commented that Mateo

9    Gasca had been dismissed.

11:37:26 10         As a result of this comment, Mr. Germain

11    is requesting an official communication of a fax in

12    writing.

13         My first question is, is do you recall

14    meeting -- the meeting that's referenced in that

11:37:49 15    document?

16    A.  No.  I remember having seen Mr. Murphy

17    in Paris but not linked to this specific subject.

18    Q.  And just so I'm clear, when you say that

19    recall meeting Mr. Murphy in Paris, do you recall

11:38:18 20    meeting him in or around May of 2000?

21    A.  Yes, I must have seen him during the

22    first semester of 2000 or -- or second trimester,

Page 87

11:38:43 1    somewhere in that area.

2    Q.  Do you remember what subject or subjects

3    you did discuss with Mr. Murphy at this meeting

4    you're referring to?

11:38:59 5    A.  I recall very well the subjects which I

6    tackled with Mr. Murphy during that meeting -- oh,

7    during the meetings, sorry -- during the meetings,

8    which we had together.

9    Q.  And are these two meetings in the year

11:39:15 10    2000?

11         MR. FINE:  Objection.  Mischaracterizes

12    testimony.

13         I don't think he said two meetings.

14         MR. MINGOLLA:  Can I hear back his last

11:39:25 15    answer that I must have misheard, and it's quite

16    possible I did.

17         (Whereupon, the court reporter read back

18    the previous answer.)

19    BY MR. MINGOLLA:

11:39:41 20    Q.  Just so I'm clear, do you recall one

21    meeting with Mr. Murphy in Paris during the year

22    2000 or more than one meeting?

Page 88

11:39:57 1    A.  Two, I think.

2    Q.  Do you remember when the first meeting

3    took place?

4    A.  No.

11:40:05 5    Q.  Do you remember when the second meeting

6    took place?

7    A.  (In English) No, no.

8    Q.  Do you remember who -- let's -- let's

9    focus on the -- are the two meetings separate in

11:40:15 10    your mind?

11    A.  Yes.

12    Q.  Let's focus on the first meeting.

13         Do you know who else was present at the

14    meeting aside from yourself and Mr. Murphy?

11:40:40 15    A.  It seems, to me, that the first time I

16    ever encountered Mr. Murphy I was introduced by

17    either Patrice Debrégeas or Mr. Leduc.  I do not

18    know.  I don't recall exactly.  Maybe the two

19    together.

11:41:06 20    Q.  And do you remember whether this was

21    the -- literally the first time you ever saw

22    Mr. Murphy?

Page 89

11:41:20 1    A.  Yes, I think, yes.

2    Q.  Earlier today we looked at Exhibit 3 --

3    A.  No, I'm going to give a more -- a more

4    exact explanation, because your question is very

11:41:39 5    precise.

6    Q.  Go on.

7    A.  When we discussed with Mr. Murphy, who

8    is an adorable man, we talked a little bit about

9    our past.  He said to me that he worked previously

11:42:08 10    with SmithKline -- SmithKline Beecham.  And since I

11    know SmithKline Beecham very well, it was not

12    impossible for him, the same way as it wasn't for

13    me, that we crossed -- that our paths crossed

14    accidentally, at SmithKline Beecham, but neither he

11:42:40 15    nor me were really sure about that.

16         Was this satisfactory as a response?

17    Q.  That was.

18         And now I'd like to focus upon the time

19    when you were employed at Ethypharm.  And we saw

11:43:03 20    on -- in Exhibit 3 --

21    A.  (In French) Oui.

22    Q.  -- which is dated March 29th, 2000, that

23 (Pages 86 to 89)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

ESQUIRE DEPOSITION SERVICES

Page 90

```
11:43:14  1   there was a reference to a réunion, a meeting, with
          2   Mr. Herrera and Mr. Murphy.
          3         Do you see that?
          4      A.  Yes.
11:43:29  5      Q.  And my question is whether this first
          6   meeting that you just described took place before
          7   or after this March 29th, 2000, meeting?
          8      A.  I am not able to respond to that
          9   question.
11:43:53 10      Q.  That's fair enough.
         11         You -- you indicated that with respect
         12   to this first meeting you were introduced either by
         13   Mr. Debrégeas or Mr. Leduc; is that correct?
         14      A.  That's -- that is what -- what it seemed
11:44:16 15   to me, yes.
         16      Q.  Do you remember how long this meeting
         17   lasted?
         18      A.  No.
         19      Q.  Was it an all-day meeting?
11:44:29 20      A.  No.
         21      Q.  Was it more than an hour?
         22      A.  Yes.
```

Page 91

```
11:44:35  1      Q.  Was it fewer than three hours?
          2      A.  I imagine that this was a normal meeting
          3   somewhere between one and a half and three hours.
          4      Q.  And did this meeting take place in Saint
11:44:55  5   Cloud?
          6      A.  The first one I think -- from memory, I
          7   believe that it was in Saint Cloud.
          8      Q.  Did you -- do you recall going to lunch
          9   with Mr. Murphy?
11:45:15 10      A.  I recall very well having had lunch with
         11   Mr. Murphy, but I did not remember if that was the
         12   first time we met or not and whether it was lunch
         13   or dinner.
         14      Q.  Okay.
11:45:47 15      A.  So I must have like many other man --
         16   directors of companies, one or two lunches or
         17   dinners per day --
         18      Q.  Mm-hmm.
         19      A.  -- and I have to admit that after six
11:46:01 20   years, I have a terrible time recalling with whom I
         21   did, at what time, and what restaurant, and of the
         22   menu.
```

Page 92

```
11:46:15  1      Q.  I understand.
          2         Do you know who requested this first
          3   meeting?
          4         Was it Mr. Murphy?
11:46:22  5         Was it yourself?
          6         Was it someone else?
          7      A.  I don't know.
          8         It seems, to me, that Mr. Murphy was in
          9   the offices of Saint Cloud to discuss with
11:46:49 10   Mr. Debrégeas or Leduc, and it was at that point
         11   that Mr. Debrégeas or Leduc came to present the new
         12   general director.  It seems to me that this is how
         13   it happened, but there was no meeting requested by
         14   myself to meet with Mr. Murphy nor was there a
11:47:27 15   meeting requested by him to meet me.
         16      Q.  Do you know what Mr. Murphy and either
         17   Mr. Debrégeas and Mr. Leduc were discussing at this
         18   meeting before they came to -- to present to you to
         19   Mr. Murphy?
11:47:54 20      A.  Absolutely not.
         21      Q.  And when Mr. Murphy was presented to
         22   you, do you know Mr. Debrégeas or Mr. Leduc stayed
```

Page 93

```
11:48:01  1   with you for the one and half to three hours or was
          2   it just the two of you.
          3      A.  No, I don't recall at all.
          4      Q.  Do you recall what subjects were
11:48:22  5   discussed during your meeting with Mr. Murphy?
          6      A.  The first one?
          7      Q.  Yes.
          8      A.  No.  I imagine that we introduced
          9   ourselves and that we discussed subjects from that
11:48:51 10   time or from the future, but I don't know.  I don't
         11   recall.
         12         MR. MINGOLLA:  Can I have this marked as
         13   the next exhibit, please.
         14            (Germain Deposition Exhibit No. 6 was
11:49:07 15            marked for Identification.)
         16   BY MR. MINGOLLA:
         17      Q.  You've been handed what's been marked as
         18   Exhibit 6.
         19         And while you review that lengthy
11:49:27 20   document, let me identify it for the record.
         21         It's a one-page document bearing
         22   production No. BEL051024.
```

24  (Pages 90 to 93)

ESQUIRE DEPOSITION SERVICES

Page 94

11:49:33  1    And it's difficulty to tell from the
        2   copying, so let me represent to you, Mr. Germain,
        3   that is -- this is a copy of a business card.
        4       A.  (In English) Mm-hmm.
11:49:45  5    Q.  And do you see the -- the company that's
        6   listed on that card?
        7       A.  (In French) Oui.
        8       (In English) Belmac.
        9       Q.  And do you see the name of James R.
11:50:00 10  Murphy on that card?
        11      A.  (In French) Oui.
        12      Q.  And what's his title?
        13      What's listed underneath his name?
        14      A.  President.
11:50:08 15    Q.  Do you recall receiving a business card
        16  from Mr. Murphy at this first meeting we've been
        17  talking about in the last few minutes?
        18      A.  I can imagine that, as it happened so
        19  frequently, that we exchanged our business cards.
11:50:32 20    Q.  Let me --
        21      A.  But I do not know whether it was this
        22  one.

Page 95

11:50:40  1    Q.  Okay.  Turning back to Exhibit 5 for a
        2   moment.
        3       A.  (In English) Mm-hmm.
        4       Q.  There was a reference to a Mateo Gasca.
11:51:05  5    A.  (In French) Oui.
        6       Q.  Do you know who Mr. Gasca is?
        7       A.  No.
        8       Q.  Do you know whether he was employed in
        9   Spain or in France?
11:51:21 10    A.  No.
        11      Q.  Do you ever recall -- go ahead.
        12      A.  Yes; I don't know him.  But I remember
        13  this story of dismissal of a person, for reasons
        14  which I may have known at the time but which I
11:51:46 15  forgot, that, in fact, he was dismissed by Belmac
        16  or by Mr. Murphy.  I don't recall.  And I have a
        17  vague memory of that.
        18      On the other hand, I have never seen
        19  Mr. Murphy or this card.  I don't know him
11:52:23 20  personally.
        21      MR. MINGOLLA:  Could I just hear that
        22  answer back, please.

Page 96

11:47:24  1    (Whereupon, the Court Reporter read back
        2   the previous answer.)
        3   BY MR. MINGOLLA:
        4       Q.  Am I correct in understanding you have
11:53:00  5  never met Mr. Gasca?
        6       A.  (In English.) No, I don't think so.
        7       Q.  And do you recall learning of the
        8   circumstances of the dismissal of Mr. Gasca from
        9   Mr. Murphy?
11:53:31 10    A.  I don't know whether it was Mr. Murphy
        11  who dismissed him or not.  I know that it was
        12  mentioned here and it might be the case, and the
        13  reasons for which this man, who I do not know, has
        14  been dismissed are unknown to me or Ethypharm.
11:54:06 15  Maybe I was told the reasons, but I don't know.
        16      Q.  So sitting here today, you don't know
        17  exactly who fired Mr. Gasca; is that correct?
        18      A.  No, I don't know.
        19      Q.  Do you recall requesting Mr. de Basilio
11:54:33 20  to get a written explanation of the reasons for
        21  Mr. Gasca's firing?
        22      A.  No, I do not recall that.  That must

Page 97

11:54:55  1  have been the case because it is written in the
        2   minutes, but I don't remember.
        3       Q.  Do you know whether you asked Mr. Murphy
        4   to give you an explanation, a written explanation,
11:55:07  5  of the reasons for Mr. Gasca's firing?
        6       A.  No, I don't remember.
        7       Q.  Do you have an understanding as to why
        8   Mr. de Basilio directed a request for the reasons
        9   for Mr. Gasca's termination to Mr. Herrera at
11:55:53 10  Belmac?
        11      A.  No, I do not recall that.  I vaguely
        12  recall something, but it is a long time ago.  So I
        13  risk to say something which is vague.
        14      Q.  Well, I don't mind vagueness.
11:56:20 15    Why don't you tell me what you vaguely
        16  recall?
        17      A.  (In English) No.
        18      Q.  I insist.
        19      MR. MINGOLLA:  Can I hear that last
11:56:31 20  statement of his, please.
        21      THE WITNESS:  It went very well.
        22      MR. FINE:  Can you translate that still.

25 (Pages 94 to 97)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

ESQUIRE DEPOSITION SERVICES

## Page 98

11:56:33 1    THE COURT REPORTER: What did you say?

2    THE INTERPRETER: I -- I really don't

3    know.

4    MR. MINGOLLA: Oh, okay. That's --

11:56:54 5    strike that.

6    We don't even need to hear that back.

7    Can I have this marked as the next

8    exhibit, please.

9         (Germain Deposition Exhibit No. 7 was

11:56:59 10       marked for Identification.)

11    BY MR. MINGOLLA:

12    Q. Mr. Germain, you've just been handed

13    what's been marked as Exhibit 7.

14    And if you'll just take a moment to

11:57:31 15    review it while I identify it for the record.

16    Exhibit 7 is a two-page document bearing

17    production Nos. EP 005915 and 16.

18    (Witness reviews document.)

19    THE WITNESS: Okay.

11:58:35 20    BY MR. MINGOLLA:

21    Q. Do you recognize this document?

22    A. No.

## Page 99

11:58:40 1    Q. What's the date listed on this document?

2    A. May 18, 2000.

3    Q. And do you see that you are listed as a

4    cc to this letter?

11:58:55 5    A. Yes.

6    Q. And who is the letter from?

7    A. Adolfo de Basilio.

8    Q. And the recipient of this letter is

9    Agnés Combe-Reinhardt.

11:59:09 10       Do you know who that person is?

11    A. No.

12    Q. Underneath Agnés Combe-Reinhardt's name

13    it list the company as Ethypharm.

14    A. Yes.

11:59:32 15    Q. Do you have any reason to believe that

16    that person was not an employee of Ethypharm?

17    A. No.

18    Q. The paragraph, the first numbered

19    paragraph of Exhibit 7 references in an AMM.

11:59:49 20       Do you see that?

21    A. May I say something with regards to

22    Agnés?

## Page 100

12:00:04 1    Q. Sure.

2    A. When I was managing Ethypharm, there

3    were about 700 people working at Ethypharm, more if

4    you also take into account the affiliates, and I

12:00:23 5    assumed that I -- well, I admitted that I must have

6    known probably a hundred, and that there were at

7    least the 600 people, which name I am -- I do not

8    remember. If it was in existence, I don't

9    remember.

12:00:44 10    Q. Going back to paragraph numbered one, do

11    you see the reference to an AMM?

12    A. (In French) Oui.

13    Q. Do you know what that is in reference

14    to?

12:01:01 15    A. (In French) Oui.

16    Q. What is that?

17    A. It's the authorization to put something

18    on the market.

19    Q. And is that an authorization that's

12:01:16 20    issued by a governmental authority?

21    A. Yes; and in every country.

22    Q. And the specific AMM referenced in

## Page 101

12:01:30 1    paragraph No. 1 do you have an understanding as to

2    whether that is an AMM issued by the Spanish

3    government?

4    A. An AMM can be local. It can be European

12:02:00 5    or it can be object of a mutual combination on an

6    international level.

7    Q. Now this document was sent by -- it

8    purports to have been sent by Mr. de Basilio.

9    Do you see that?

12:02:22 10    A. Yes.

11    Q. And he -- and he was an employee in

12    Ethypharm Spain; is that correct?

13    A. Yes.

14    Q. Do you know whether Mr. de Basilio ever

12:02:32 15    obtained an AMM from a governmental agency aside

16    from the Spanish government?

17    A. I do not understand the question.

18    Q. A moment ago you mentioned that an AMM

19    may be issued by a specific governmental

12:03:02 20    authority --

21    A. (In English) Mm-hmm.

22    Q. -- is that correct?

26 (Pages 98 to 101)

84674ccb-ca8b

JT-A-576

ESQUIRE DEPOSITION SERVICES

Page 102

12:03:13 1    A. Yes.
2    Q. And is it possible to receive an AMM
3  from multiple government authorities?
4    A. Yes.
12:03:25 5    Q. And do you have -- do you know whether
6  Mr. de Basilio obtained any AMM from the Spanish
7  governmental authorities while you were employed at
8  Ethypharm?
9    A. I don't know -- I don't know if it was
12:03:58 10  him directly or him and a combination with
11  regulatory affairs of the group. I don't have any
12  idea.
13    Q. Okay.
14    A. (In English) I don't know.
12:04:08 15    Q. Okay. That first sentence references --
16    A. In the Spanish affiliate you have
17  somebody in charge of regulatory affairs so it is
18  not impossible that the Spanish affiliates might
19  have asked for authorizations to put on the market
12:04:40 20  on a local level --
21    Q. Okay.
22    A. -- from local authorities.

Page 103

12:04:54 1    But in any way, and without any doubt,
2  with having a -- pre-existing agreement with
3  regulatory affairs of the group, and like it is the
4  case in every pharmaceutical lab in the world.
12:05:11 5    Q. The end of the first sentence of the
6  first paragraph references an AMM obtained by MRP.
7    Do you see that? Do you see that?
8    A. Yes.
9    Q. Do you know what the reference to MRP
12:05:34 10  is?
11    A. No.
12    (Witness reviews document.)
13    A. (In English) I think it's a technical --
14  I'm not sure. It is maybe a technical way of --
12:05:59 15  of -- to obtain and maybe that is -- there is a lot
16  of technical ways, and this one I don't know.
17    Q. Okay. Let's -- I'd like to direct your
18  attention to paragraph 2.
19    And I'm going to read an English
12:06:24 20  translation I've been given for the first sentence.
21    As for the changes of formula, potential
22  customers that we have on the Spanish market are

Page 104

12:06:35 1  turning their backs on us little by little --
2  Ferrer, F-E-R-R-E-R, Rubió, Lacer and Glaxo,
3  because at the moment, when they were contacted,
4  Ethypharm was not able to tell them what the
12:06:49 5  manufacturing site would be. That was one of their
6  first questions.
7    Do you see that sentence?
8    A. Yes.
9    Q. Do you have an understanding about what
12:06:59 10  that is in reference to?
11    Can I just -- could you translate that?
12    A. In that sentence reference is made by
13  Adolfo de Basilio --
14    Q. Okay.
12:07:27 15    A. -- that a certain number of customers
16  were concerned by the fact that the manufacturing
17  site was not clearly defined.
18    (Whereupon, at 12:07:50 p.m.,
19  Mr. Bostwick entered the proceedings.)
12:07:53 20  BY MR. MINGOLLA:
21    Q. And do you know what manufacturing site
22  he's referring to there?

Page 105

12:08:11 1    A. No. With regards to the formulation,
2  Zaragoza or France, I imagine.
3    Q. And do you know what the product or
4  products to be manufactured at that manufacturing
12:08:23 5  site are?
6    A. Which sites?
7    Q. That's my question to you.
8    Do you know what products?
9    A. Which sites?
12:08:43 10    Q. At the manufacturing sites to which you
11  referred to a moment ago.
12    A. From Ethypharm?
13    Q. That's my question to you.
14    A. I must be tired. I do not understand.
12:09:03 15    Q. A moment ago you mentioned manufacturing
16  sites possibly in Zaragoza or in France.
17    Do you remember that testimony?
18    A. Well, you asked me about my
19  interpretation of the sentence of this document,
12:09:27 20  the sentence I don't know.
21    Q. Okay.
22    A. And I responded that I imagine that

27 (Pages 102 to 105)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

84674ccb-ca8b    JT-A-577

ESQUIRE DEPOSITION SERVICES

Page 106

12:09:37  1    Mr. Adolfo de Basilio understood or had a -- had a
          2    hidden understandment (sic) with regards to the
          3    change -- to changing in formula, which I imagine
          4    being the changes of Omeprazole that he made
12:10:08  5    reference to manufacturing in Spain or
          6    manufacturing in France, the way it was imagined
          7    for the change of the formulation.
          8        And now if you ask me what products are
          9    manufactured on different sites of production in
12:10:40 10    France, that list is to be a very long list.
         11        Q.  I understand.
         12        MR. MINGOLLA:  Let's go off the record
         13    for a moment.
         14        THE VIDEOGRAPHER:  The time is 12:10:22
12:10:50 15        Off the record.
         16        (Whereupon, at 12:10:22 p.m., a luncheon
         17    recess was taken, and the proceedings resumed at
         18    13:09:41 p.m., this same day.)
         19
         20
         21
         22

Page 107

12:11:19  1    AFTERNOON PROCEEDINGS
          2        [1:09 p.m.]
          3        (Germain Deposition Exhibit No. 8 was
          4        marked for Identification.)
13:10:06  5        THE VIDEOGRAPHER:  On the record.
          6    The time is 13:09:41.
          7    Whereupon,
          8        PIERRE GERMAIN
          9    Resumed as a witness and, having previously been
         10    duly sworn, was examined and testified as follows:
         11    EXAMINATION BY COUNSEL FOR THE DEFENDANT
         12        (Continued)
         13    BY MR. MINGOLLA:
         14        Q.  Mr. Germain, welcome back.
13:10:13 15        Do you have Exhibit 7 in front of you?
         16        A.  Yes.
         17        Q.  Do you see the reference in item No. 3
         18    to Cantabria, C-A-N-T-A-B-R-I-A?
         19        A.  (In French) Yes.
13:10:31 20        Q.  Do you know what Cantabria is?
         21        A.  (In English) No.
         22        (Through the Interpreter) No.

Page 108

13:10:35  1        Q.  Okay.  The sentence -- I'd like you to
          2    read to yourself the sentence that begins D'autre
          3    part.  Do you see that sentence?
          4        And for the record, in English it says,
13:10:51  5    As I explained earlier on the phone, there were
          6    several other things happening with Cantabria
          7    concerning Omeprazole.
          8        And then if you turn to the second
          9    bullet point of the next page.
13:11:11 10        A.  (In French) Oui.
         11        Q.  If you could read that bullet point to
         12    yourself, the bullet point that begins with lis
         13    vont également.
         14        A.  (In French) Oui.
13:11:24 15        Q.  And for the record, I'll -- I'll read
         16    that in English, at least according to the
         17    translation I have.
         18        And it says, They are going to present a
         19    Bis, B-I-S.  Here we call it a clone of Belmac's
13:11:34 20    AMM in order to make it a pure generic, but it
         21    would be a different line from what they have
         22    already.

Page 109

13:11:43  1        Do you see that sentence?
          2        A.  Yes.
          3        Q.  Do you have an understanding as to what
          4    that bullet point is a reference to?
13:11:53  5        MR. FINE:  I'm going to object on the
          6    grounds that this is Phase II.
          7        THE WITNESS:  (In English) No.  If your
          8    question --
          9        (Through the Interpreter) If your
13:12:08 10    question -- if you mean by -- by asking your
         11    question what Bis is meant --
         12    BY MR. MINGOLLA:
         13        Q.  Do you know what -- what a Bis is?
         14        A.  (In English) A Bis, yes, oui.
13:12:19 15        Q.  And what is it?
         16        A.  It's a copy in order to manufacture --
         17    manufacturer a generic.
         18        Q.  Okay.
         19        A.  You submit the Bis to the authorities in
13:12:37 20    order to obtain the AMM.
         21        Q.  The next sentence of that bullet point
         22    says, The product would be manufactured on

28  (Pages 106 to 109)

ESQUIRE DEPOSITION SERVICES

Page 110

13:12:45  1  Ethypharm premises in Zaragoza.
         2      Do you see that sentence?
         3  A.  Yes.
         4  Q.  As of May 18th, 2000, did Ethypharm have
13:12:56  5  any premises in Zaragoza?
         6  A.  Not as far as I know.
         7  Q.  Do you have an understanding as to what
         8  the reference to Ethypharm premises in Zaragoza
         9  means?
13:13:14 10  A.  I imagine that these are Belmac
        11  facilities but I don't know more.
        12  Q.  Okay.  I'd like to show a document
        13  that's been marked as Exhibit 8.
        14      Would you just review that while I
13:13:50 15  identify it for the record.
        16      Exhibit 8 is a two-page document -- is a
        17  one-page document bearing production NO. EP 006124.
        18      (Witness reviews document.)
        19  A.  (In French) Oui.
13:14:41 20  Q.  Do you recognize this document?
        21  A.  I don't recall.
        22  Q.  Do you see the date listed on the

Page 111

13:14:49  1  document as May 18th, 2000?
         2  A.  Yes.
         3  Q.  And who is the letter from?
         4  A.  (In English) Adolfo de Basilio.
13:15:03  5  Q.  And -- and who is it directed to?
         6  A.  (In English) Pierre Germain, myself --
         7      (In French) Moi-même.
         8  Q.  Okay.  The first paragraph of Exhibit 8
         9  references Omeprazole originating in India from
13:15:19 10  Dr. Reddy.
        11      Do you see that?
        12  A.  Yes.
        13  Q.  Do you have an understanding as to what
        14  that is a reference to?
13:15:38 15  A.  In this document it is talked about a
        16  transfer of raw material for Omeprazole with raw
        17  material coming from India, with raw material
        18  coming from a company by the name of Dr. Reddy that
        19  is a Indian pharmaceutical laboratory.
13:16:24 20      Reference is made that raw material has
        21  been received and that several number of tests in
        22  order to obtain the transfer of the AMM, and in

Page 112

13:16:52  1  order to obtain agreement for the raw material DMF
         2  in the framework of the AMM file.  And that's it.
         3  Q.  You just mentioned "DMF."
         4      Do you know what -- could you explain to
13:17:10  5  me again what DMF is or stands for?
         6  A.  It's a technical terminology which is
         7  used for a technical sheet or a technical chart
         8  to -- to define a raw material, the quality
         9  thereof.  It's a -- it's a quality warranty, and
        10  it's legal.
13:17:49 11  Q.  Who prepares the DMF that's referred to
        12  in the -- in the third paragraph of Exhibit 8?
        13  A.  That is a complex question, because in
        14  the DMF you have at the same time the exploiting
13:18:35 15  enterprise, and the company that is at its origin
        16  and, in this case, this would be Dr. Reddy.
        17  Q.  And who is the exploiting enterprise
        18  that you just referred to in your prior answer?
        19  A.  Ethypharm.
13:19:10 20  Q.  Okay.
        21  A.  The exploiting enterprise is the
        22  enterprise in which name is the AMM.

Page 113

13:19:28  1  Q.  And --
         2  A.  So there are plenty of possibilities.
         3  Later on the AMM can be in the name of -- of the
         4  company that manufacturers, that exploits, or
13:19:53  5  sometimes they have subcontracts.  It depends.
         6  Q.  As of May 2000 did Ethypharm Spain have
         7  an AMM with respect to Omeprazole?
         8  A.  I imagine, yes.
         9  Q.  Do you know for a fact it did or are
13:20:28 10  you --
        11  A.  No, I don't know.
        12  Q.  Do you know as of May 2000 whether
        13  Laboratorios Belmac --
        14  A.  Just in a nutshell, when I worked for
13:20:35 15  Ethypharm, the group, that means everything of
        16  Ethypharm, had about, from memory, once I was in
        17  200 AMMs.
        18      So I cannot tell you how many AMMs in --
        19  in Germany and England and Pakistan.  And some of
13:21:09 20  these AMMs were local or global.  I am not able to
        21  give you an answer.
        22  Q.  With respect to a local AMM, such as you

29 (Pages 110 to 113)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

84674ccb-ca8b-        JT-A-579

ESQUIRE DEPOSITION SERVICES

Page 114

13:21:22 1    just referenced --
        2        A.  (In English) Mm-hmm.
        3        Q.  -- and let's take, for example, Japan,
        4    was the AMM applied for by the Ethypharm subsidiary
13:21:38 5    in Japan?
        6        MR. FINE:  Objection.  Speculation.  No
        7    foundation.
        8        THE WITNESS:  It made -- it may be the
        9    affiliate or it may be the group that applies,
13:22:01 10   because the AMM defines the responsibility.  And so
        11   you have pharmaceutical companies that do not have
        12   a local affiliation but that nevertheless exploit
        13   products.  It depends.
        14   BY MR. MINGOLLA:
13:22:38 15       Q.  As of May 2000 do you know whether
        16   Laboratorios Belmac had an AMM for Omeprazole?
        17       MR. FINE:  Objection.  Asked and
        18   answered.
        19       THE WITNESS:  In its name?
13:22:57 20   BY MR. MINGOLLA:
        21       Q.  Yes.
        22       A.  I don't know.

Page 115

13:22:59 1        Q.  Do you know whether, as of May 2000,
        2    Bentley Pharmaceuticals --
        3        A.  No, I imagine that they have an AMM in
        4    that that they had an AMM in their name because
13:23:25 5    they have a molecule of -- what's the company? --
        6    of Omeprazole which was also present in four or
        7    five other labs in Spain.
        8        Q.  As of May of 2000 do you know whether
        9    Bentley Pharmaceuticals had an AMM for Omeprazole
13:23:47 10   in Spain?
        11       A.  I don't know, but I imagine, no.  I
        12   don't think that the legal structure Bentley's
        13   (sic) is an exploiting enterprise in Spain.
        14       Q.  The fourth paragraph of Exhibit 8 --
13:24:26 15       A.  (In English) Mm-hmm.
        16       Q.  -- says, In Spain, we have two clients:
        17   Belmac and Cinfa, C-I-N-F-A.
        18       Do you see that sentence?
        19       A.  Yes.
13:24:36 20       Q.  And then the next sentence says, They
        21   have agreed to ask for a change in Spain.
        22       Do you see that?

Page 116

13:24:43 1        A.  Yes.
        2        Q.  Do you have an understanding as to what
        3    that is a reference to?
        4        A.  Reference is made to the change in
13:25:01 5    formulation.
        6        Q.  A change in formulation of what?
        7        MR. FINE:  Objection.  Phase II.
        8        THE WITNESS:  In the aqueous, in the
        9    liquid formula formulation.
13:25:22 10   BY MR. MINGOLLA:
        11       Q.  Now the sentence says that Belmac and
        12   Cinfa have agreed to ask for a change.
        13       Do you see that?
        14       A.  Yes.
13:25:26 15       Q.  Do you have an understanding as to why
        16   Belmac must agree to make such a change?
        17       A.  Because if you change either the raw
        18   material, or the formulation, or the manufacturing
        19   site you need to have a new put-on-the-market
13:26:02 20   authorization AMM.
        21       And for this you need two things.
        22       First of all, the agreement of the

Page 117

13:26:14 1    exploiting enterprise.
        2        Second, the agreement of the
        3    authorities.
        4        Therefore, for that, the agreement of
13:26:31 5    all the clients was needed, and among them, Belmac
        6    and Cinfa.
        7        Q.  Do you know --
        8        A.  That's legal.
        9        Q.  I understand.
13:26:48 10       Do you know who at Ethypharm was
        11   responsible, if anyone, for getting the agreement
        12   of Belmac to make the change in Spain?
        13       A.  If you were responsible at my time was
        14   Hélène Carpentier, Yves Liorzou --
13:27:30 15       Q.  Mm-hmm.
        16       A.  -- of course, Philippe Boudal, and the
        17   person in charge of the zone or the affiliation.
        18   In the case of Spain, this was Adolfo de Basilio.
        19       Q.  And with respect to the specific
13:27:54 20   agreement to make the change in Spain referenced in
        21   the fourth paragraph of Exhibit 8, do you know
        22   whether Madam Carpentier was involved in seeking

30  (Pages 114 to 117)

JT-A-580

84674ccb-ca8b~