ESQUIRE DEPOSITION SERVICES

Page 118

13:28:14 1  the agreement of Belmac?
2       A.  No.  Miss -- Mrs. Carpentier was in
3  charge of the regulatory aspect, not of the
4  negotiation part.
13:28:40 5       Q.  Do you know who specifically was
6  involved with the negotiation part with respect to
7  Belmac?
8       A.  Well, Belmac or Spain or all of the --
9  the Spanish customers in Spain of which Belmac is
13:29:01 10 one.
11      Q.  My question is limited to Belmac.
12      A.  My response is the same, the same as it
13  would be for the other customers.  It would be
14  Adolfo de Basilio, Yves Liorzou, and Philippe
13:29:28 15 Boudal, for the technical aspect.
16      Q.  And do you know with whom at Belmac --
17      A.  And before I end, if it -- if it's -- if
18  it had to do with a form of flash tab, Bruno Delie.
19      Q.  Do you know with whom at Belmac
13:30:02 20 Mr. Liorzou, Boudal, or de Basilio interacted to
21  seek the change?
22      A.  No.

Page 119

13:30:32 1       MR. MINGOLLA:  I'd like to have this
2  marked as the next exhibit, nine.
3            (Germain Deposition Exhibit No. 9 was
4            marked for Identification.)
13:30:38 5       THE WITNESS:  (In French) Merci.
6  BY MR. MINGOLLA:
7       Q.  If you could just take a moment to
8  review Exhibit 9 while I identify it for the
9  record, please.
13:31:01 10      Exhibit 9 is a one-page document bearing
11  production No. EP 007998.
12      (Witness reviews document.)
13      A.  (In English) Okay.
14      Q.  Do you recognize that document?
13:32:21 15      A.  Directly, no.  But yes, I -- I received
16  it but I don't recall it.
17      Q.  And -- and the date of this document is
18  August 22nd, 2000; is that correct?
19      A.  Exact.
13:32:44 20      Q.  And you are listed as having received a
21  copy of this document; is that correct?
22      A.  That's -- that's correct.

Page 120

13:32:54 1       Q.  Do you know who authored the document?
2       A.  That is mentioned, it's Eric Igonet.
3       Q.  And who is Mr. Igonet?
4       And actually let me be more precise.
13:33:11 5       Who was Mr. Igonet as of August of 2000?
6       A.  Mr. Igonet on the 22nd of August 2000
7  was the general secretary.
8       Q.  And do you know what Mr. Igonet's duties
9  and responsibilities as general secretary were as
13:33:45 10 of August 2000?
11      A.  Well, as a secretary general you have to
12  deal with everything which has to do with the legal
13  aspect of companies in a broad sense.
14      Q.  Did Mr. Igonet report directly to you
13:34:19 15 while you were employed at Ethypharm?
16      A.  At that moment in time?
17      Q.  Yes.
18      A.  (In English) No, no.
19      Q.  At some point while you were employed at
13:34:47 20 Ethypharm did Mr. Igonet come to report directly to
21  you?
22      A.  Yes.

Page 121

13:35:00 1       Q.  And when was that?
2       Do you know?
3       A.  Before.
4       Q.  And -- and --
13:35:14 5       A.  When I arrived at -- at Ethypharm,
6  Mr. Igonet was the financial director of the group.
7  He was then replaced, according to my decision as a
8  financial director, by Avi Pulan, and he took the
9  position of general secretary, and in that capacity
13:35:57 10 responded to the shareholders.
11      So his function became a function of
12  accompanying the shareholders.  It wasn't an
13  operation of the function anymore.
14      Having said this, he maintained several
13:36:22 15 assignments or missions with me in order to handle
16  certain files, and that's it.
17      Q.  Now, I'd like to direct your attention
18  to the first sentence after the title Conclusions
19  of the work in Spain.
13:36:41 20      And the English translation I have in
21  front of me indicates that that first sentence
22  says, "On the basis of work done and the document

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

84674ccb-ca8b-                    JT-A-581

ESQUIRE DEPOSITION SERVICES

---

**Page 122**

13:36:57  1  handed in, the conclusions were established today
2  and transmitted by Pierre Germain."
3      Do you see that sentence?
4      A. Yes.
13:37:05  5      Q. Do you have an understanding as to what
6  that references to?
7      A. Precisely, no.
8      Q. If you could review the subsequent
9  items.
13:37:24 10      A. Globally, yes, but precisely, no.
11      Q. I don't quite understand what you mean
12  by "globally, yes."
13      Could you try to explain that to me.
14      A. Well, yes, we understand the sense of
13:37:44 15  this document, yes.
16      If your question is geared to do I -- do
17  I have -- do I remember having seen all these
18  points in detail, my answer is no.
19      Q. The next sentence says that, As long as
13:38:11 20  there is not confirmation by -- well, from "A" on
21  the authorization to manufacturer in France."
22      Do you see that?

**Page 123**

13:38:26  1      Do you know what the reference to "A"
2  is?
3      It's capital A.
4      A. No.
13:38:38  5      Q. No.
6      Item No. 1 --
7      A. It may be the name of a company. I
8  don't know.
9      Q. The Item No. 1 references, "The OME
13:38:51 10  manufacturing and other products shall continue in
11  Spain."
12      Do you see that?
13      A. Yes.
14      Q. Do you know what the reference to OME
13:38:57 15  manufacturing is to?
16      A. Maybe that's Omeprazole.
17      Q. And when Item 1 indicates that the
18  fabrication will continue in Spain, do you have an
19  understanding as to where in Spain the Omeprazole
13:39:21 20  will be manufactured?
21      A. Well, I imagine that seeing the fact
22  that it has been manufactured, Omeprazole has been

**Page 124**

13:40:06  1  manufactured in Zaragoza, they mean by this to --
2  that these activities are -- are going to
3  continue --
4      Q. Okay.
13:40:15  5      A. -- at Zaragoza.
6      And the reason why I say that is, that
7  for the time where I was working there, I never
8  heard mentioning or even researching any other site
9  in Spain.
13:40:44 10      Q. Item No. 3 indicates, "No transfer of
11  rights on this product and others shall be made to
12  Belmac."
13      Do you have an understanding as to what
14  that item is in reference to?
13:41:21 15      A. Well, I have the understanding that no
16  transfer of rights on this product should be made
17  to Belmac in this framework. I don't have any
18  other understanding with regards to that phrase.
19      Q. Do you recall in or around August of
13:41:36 20  2000 a discussion within Ethypharm about
21  transferring rights to Belmac concerning
22  Omeprazole?

**Page 125**

13:42:00  1      A. No.
2      Q. Item No. 4 indicates, "There is in no
3  closing of Ethypharm Spain."
4      Do you see that?
13:42:14  5      A. (In French) Oui.
6      Q. Do you remember in or around August of
7  2000 there being any discussion within Ethypharm --
8      MR. MINGOLLA: Can I hear the first part
9  of that question back?
13:42:42 10      (Whereupon, the court reporter read back
11  the pertinent portion of the record.)
12  BY MR. MINGOLLA:
13      Q. -- about the possibility of closing
14  Ethypharm Spain?
13:42:52 15      A. The answer is yes.
16      Q. And --
17      A. That was my objective, but Ethypharm
18  Madrid.
19      Q. And did you have that objective
13:43:05 20  immediately upon arriving at Ethypharm earlier in
21  2000?
22      A. Not directly upon arrival --

---

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

84674ccb-ca8t                    JT-A-582

ESQUIRE DEPOSITION SERVICES

Page 126

13:43:25 1    Q. Mm-hmm.
2    A. -- of course. Not the first minute.
3        But after three to four months, I wrote
4    and I tried to deploy a reorganization plan, in
13:43:50 5    which it became abundantly clear that Ethypharm was
6    installed in places which did not necessarily
7    give -- well, make any sense. And it was
8    insufficiently existing in countries which were --
9    which was strategic in -- strategically important,
13:44:30 10    one of which was the United States.
11    Q. A moment ago you referenced drafting a
12    reorganization plan. Do you remember that?
13    A. Yes.
14    Q. Was that a document that you personally
13:44:51 15    wrote?
16    A. Yes.
17    Q. Were there any other individuals at
18    Ethypharm who were involved in drafting that
19    reorganization plan?
13:45:23 20    A. No, the -- the authoring of the
21    reorganization plan, that was my assignment, and it
22    was my responsibility.

Page 127

13:45:37 1        On the other hand, there were -- there
2    were other people who were present and who were
3    participating in my decision-taking because there
4    were investments, and it had -- and -- and it had a
13:45:57 5    direct impact on people, and these people were
6    notably Mr. Leduc and Patrice Debrégeas.
7    Q. Do you recall over what period of time
8    you drafted the reorganization plan?
9    A. No. It was a permanent process.
13:46:26 10    Q. Did you work on the reorganization plan
11    during the entire time you were employed at
12    Ethypharm?
13    A. When you arrive at a company with the
14    assignment to make it evolve very fast, it is
13:47:07 15    natural that you spend some of your time on
16    organization projects.
17        Now, luckily, that doesn't take up all
18    your time, because the general director of a large
19    pharmaceutical company has other things to deal
13:47:35 20    with than the organization.
21    Q. Did the reorganization plan that you
22    authored go through a series of drafts?

Page 128

13:47:55 1    A. No.
2    Q. Did you type the reorganization plan
3    into a computer yourself?
4        MR. FINE: Objection. Foundation.
13:48:10 5        THE WITNESS: Well, I can respond to
6    that. I never touched a computer in my life.
7    BY MR. MINGOLLA:
8    Q. Did you ever print -- did you ever see a
9    copy of the reorganization plan as an actual
13:48:22 10    document?
11    A. There were bits of documents here and
12    there, but the whole entire document, no. And this
13    was a confidential thing which went on between
14    Mr. Leduc, Patrice Debrégeas, and myself.
13:48:59 15    Q. Was --
16    A. And if you ever find in your lifetime a
17    document of a reorganization plan in a company, you
18    will have to let me know because I would be very
19    interested so I would -- to make some progress.
13:49:27 20    Q. Was the reorganization plan a
21    typewritten document?
22    A. There were documents typed.

Page 129

13:49:41 1    Q. Do you know how -- did you -- you
2    personally did not type a document?
3    A. I think I already answered that
4    question.
13:49:51 5    Q. And I want to --
6    A. I am physically, mechanically,
7    comfortably not able.
8    Q. Do you know who at Ethypharm typed the
9    reorganization plan?
13:50:11 10    A. My secretary.
11    Q. And who is that?
12    A. I don't remember.
13    Q. Do you know how long the
14    reorganization -- the name, yes.
13:50:24 15    A. I do not recall.
16    Q. Do you recall how long the
17    reorganization plan was?
18    A. No. Well, I do not understand these
19    series of questions because this is not one
13:50:55 20    documents. This is a series of documents. This is
21    an evolution in time. This is not a clear-cut
22    document.

33 (Pages 126 to 129)

84674ccb-ca8b-                    JT-A-583

ESQUIRE DEPOSITION SERVICES

Page 130

13:51:03  1    Q.  Did the issue of closing Ethypharm
2    Spain -- was that discussed -- strike that.
3         Was the issue of closing Ethypharm Spain
4    discussed throughout the period that you were
13:51:18  5    employed at Ethypharm?
6    A.  No.
7    Q.  And if I asked --
8    A.  There were discussions --
9    Q.  Mm-hmm.
13:51:39 10    A.  -- but it wasn't a daily subject.
11    Q.  And were you a participant in -- in
12    those discussions?
13    A.  Of course, I was the person in charge.
14    Q.  And was it your view that Ethypharm
13:52:00 15    Spain ought to be closed?
16    A.  Yes.
17    Q.  And do you recall why you were of that
18    view?
19    A.  Because I didn't understand what the
13:52:33 20    interest would be to have an -- an affiliate in
21    Spain and not to have any in Germany, various --
22    the figures in Germany were ten times higher than

Page 131

13:52:53  1    the figures in Spain.  And I didn't -- and I did
2    not understand why there was a affiliate in Spain
3    and in Brazil, for that matter, because the same
4    applies to Brazil.  And there was no in the United
13:53:17  5    States which, however, represents more than
6    50 percent of the -- the house market, the world
7    house market.
8         Do you want me to continue?
9    Q.  If -- if there are other reasons, please
13:53:31 10    do.
11    A.  Well, it's just logical.
12    Q.  Do you recall whether Mr. Leduc agreed
13    with your logic?
14    A.  Yes.
13:53:48 15    Q.  And what about Mr. Debrégeas?
16    A.  Yes, with regards to the principal.
17    Q.  Do you know whether Ethypharm Spain ever
18    was closed?
19    A.  Yes.
13:54:12 20    Q.  And was it?
21    A.  Yes.
22    Q.  And do you know when?

Page 132

13:54:19  1    A.  After I left.
2    Q.  Turning back to Exhibit 9, I have a
3    couple of questions about the section that reads --
4    the numbered items that follow, par consequént,
13:54:38  5    the -- as a result.
6         Item No. 1 reads, "Philippe Boudal and
7    Adolfo de Basilio are coming together so that
8    operational follow-up of manufacturing in Zaragoza
9    is done under the direct control of Ethypharm
13:54:57 10    Industries."
11         Do you see that?
12    A.  Yes.
13    Q.  Do you have an understanding as to what
14    that is a reference to?
13:55:04 15    A.  Yes.
16    Q.  And what is that understanding?
17    A.  In the change of organization, it was
18    decided that the industrial management or director
19    was in charge of the -- the Ethypharm Group of the
13:55:40 20    activities of Ethypharm Group.  By that, I mean of
21    France, the three sides in France, China, India,
22    and everything which could be linked to

Page 133

13:55:58  1    manufacturing, made by third parties or not; and,
2    one of them being Spain.
3         And so it was asked that Philippe
4    Boudal, who before was only responsible for the
13:56:20  5    French sides, from the moment onward, where he was
6    in charge of the whole entire group was, and the
7    surveillance of the industrial department and
8    part -- and one of those was Spain.
9         This is my understanding.
13:56:45 10    Q.  Okay.  Thank you.
11         As to Item No. 3, which reads for the
12    record, "As soon as the management transfer is
13    established, Ethypharm Spain proceeds with the
14    layoff of four persons (advance notice at
13:57:00 15    December 31st, 2000" --
16    A.  (In French) Oui.
17    Q.  -- "the only people to remain being
18    Adolfo de Basilio and one assistant; small premises
19    can be found."
13:57:10 20    MR. FINE:  Objection.  The document's
21    infraction.
22

34  (Pages 130 to 133)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

84674ccb-ca8b

JT-A-584

ESQUIRE DEPOSITION SERVICES

Page 134

13:57:13 1 BY MR. MINGOLLA:
2    Q. Do you -- do you see that sentence?
3    A. Yes.
4    Q. Do you have an understanding as to what
13:57:18 5 that references to?
6    A. Yes.
7    Q. Do you recall whether the layoff
8 mentioned in Item No. 3 did, in fact, take place?
9    A. Yes, it took place, but I don't know
13:57:45 10 whether it took place on the 31st of December.
11    Q. Was Mr. de Basilio involved in the
12 discussions about the possible closing of Ethypharm
13 Spain?
14    A. Yes.
13:58:07 15    Q. Do you recall discussing that subject
16 with him?
17    A. Yes.
18    Q. And do you know what Mr. de Basilio's
19 opinion on that subject was?
13:58:22 20    A. Yes.
21    Q. And what was that?
22    A. He was not really in agreement. Rarely

Page 135

13:58:37 1 have I known chiefs of enterprises who were in
2 agreement to close down their installations,
3 whether this happens at Ethypharm in the
4 pharmaceutical industry, in a law firm, or in
13:58:55 5 whatever other structure.
6    Q. Mm-hmm.
7    A. But I don't know if I responded well to
8 your question.
9    Q. Let me ask you this.
13:59:07 10    Do you remember any specific reason or
11 reasons that Mr. de Basilio articulated as to why
12 Ethypharm Spain should not be closed?
13    A. Many, many reasons.
14    Q. Well, what --
13:59:46 15    A. All the reasons which a boss in a
16 company brings up when you want to close down a
17 facility. For example, that the customer service
18 is better when it's local than central; that the
19 commission department works much better when one is
14:00:14 20 present in the country than when it is handled in
21 Paris; and, it is way better to do the regulatory
22 affairs on a local level than on a central level;

Page 136

14:00:27 1 that if you are physically present in a country it
2 is easier for you to deal with the authorities than
3 if you are not physically present in that country.
4    So I can go on, on all night long.
14:00:55 5    That it was he, himself, who recruited
6 the member of his team, and he did not see himself
7 as dismissing them. And so he had plenty of very,
8 very, very good reasons.
9    Q. Do you remember whether, during any of
14:01:14 10 the discussions as to whether to close Ethypharm
11 Spain, the issue of Laboratorios Belmac arose?
12    A. No, I do not see any link.
13    Q. Okay.
14    A. That had absolutely no link. It was
14:01:41 15 comfortably independent.
16    Q. I'd like to show you the next exhibit.
17    MR. MINGOLLA: It's Exhibit 10?
18    THE COURT REPORTER: (Nodded
19 affirmatively.)
14:02:02 20    (Germain Deposition Exhibit No. 10
21    was marked for Identification.)
22

Page 137

14:02:10 1 BY MR. MINGOLLA:
2    Q. Feel free to look at the entire
3 document, although for the first few questions, I'm
4 only going to ask you about the first two pages,
14:02:16 5 okay?
6    And while you're looking at it, let me
7 identify it for the record.
8    Exhibit 10 is a multipage document
9 bearing production numbers EP 009103 through 9109
14:02:41 10    (Witness reviews document.)
11    A. (In English) Okay.
12    Q. Do you recognize this document?
13    A. No.
14    Q. Do you see that your name is listed
14:03:28 15 among the recipients in "To" line at the top?
16    Do you see that?
17    A. Yes.
18    Q. And the document is from Adolfo
19 de Basilio; is that correct?
14:03:47 20    A. That's correct.
21    Q. And could you read the subject line,
22 please?

35 (Pages 134 to 137)

84674ccb-ca8t    JT-A-585

ESQUIRE DEPOSITION SERVICES

Page 138

14:03:48 1    A. Actions and observations on the "C.R. de
2    la Réunion Éthypharm Espagne du 4-10-00."
3        Q. Would you translate that please?
4        THE INTERPRETER: Where do you see this?
14:04:12 5    Yeah.
6        THE WITNESS: The actions and
7    observations on the "C.R. de la Réunion Éthypharm
8    Espagne from April -- no, from the 4th of October
9    2000.
14:04:23 10    Yes.
11    BY MR. MINGOLLA:
12        Q. That's -- thank you.
13        Do you recall visiting Spain in or
14    around October of 2000 to visit Ethypharm Spain's
14:04:41 15    offices?
16        A. No, I don't recall but it is not
17    impossible.
18        Q. Do you have an understanding as to what
19    the first two pages of Exhibit 10 are?
14:04:56 20    A. No.
21        Q. In looking at Item No. 1 of Exhibit 10
22    under the heading Document synthétique Belmac, do

Page 139

14:05:13 1    you see that?
2        A. (In French) Oui.
3        Q. Mr. de Basilio writes in the first
4    sentence, "I'm sorry to tell you that I haven't
14:05:19 5    been able to obtain a brochure from Belmac."
6        Do you see that sentence?
7        A. Yes.
8        Q. Do you remember ever asking
9    Mr. de Basilio for a brochure from Belmac?
14:05:34 10    A. No.
11        Q. Do you have any understanding as to what
12    brochure Mr. de Basilio is -- is referencing there?
13        A. (In English) No.
14        Q. Let's turn to Item No. 3, the
14:05:48 15    Organigramme.
16        Do you see that?
17        It's -- I think you're on the wrong
18    page. We're still on the first page.
19        Do you know what an Organigramme is?
14:06:07 20    A. (In French) Oui.
21        Q. And what is it?
22        A. An Organigramme is a -- is a document.

Page 140

14:06:31 1    It's a document that describes the functions of the
2    people who work in the company, the structure of
3    the company, the organization of the company.
4        Q. Do you recall ever asking Mr. de Basilio
14:06:45 5    to obtain an Organigramme from Belmac?
6        A. No, I don't recall.
7        Q. Do you know whether anyone else at
8    Ethypharm France requested that Mr. de Basilio
9    obtain an Organigramme from Belmac?
14:07:13 10    A. I have no idea.
11        Q. Later on in Item No. 3 Mr. de Basilio
12    writes, "I hope you realize how difficult for me is
13    to maintain confidentiality under these
14    circumstances."
14:07:25 15        Do you see that?
16        A. Yes.
17        Q. Do you have an understanding as to what
18    Mr. de Basilio is referring to there?
19        A. No.
14:07:38 20        Q. Let's look at Item No. 4. And the last
21    sentence of that section references a possible sell
22    of products and equipment to Belmac.

Page 141

14:07:52 1        Do you see that?
2        A. Yes.
3        Q. Do you recall -- do you know what that's
4    in reference to?
14:08:08 5        A. What do you mean? For the -- for the --
6        Q. Let me -- let me --
7        THE INTERPRETER: Okay.
8        Q. -- read the sentence into the record.
9        "Hence, my recommendation is to leave
14:08:14 10    this idea unless we either sell products and
11    equipment to Belmac or we take manufacturing to our
12    premises in France or we sell Ethypharm Spain to
13    someone else."
14        Do you see that sentence?
14:08:43 15        The sentence beginning with Hence.
16        Do you see that sentence?
17        A. I see it.
18        Q. And do you see the reference to the
19    possible sale of products and equipment to Belmac?
14:09:34 20        (Whereupon, at 2:09:29 p.m.,
21    Mr. Bostwick entered the proceedings.)
22        A. I see it.

36 (Pages 138 to 141)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

84674ccb-ca8b-

JT-A-586

ESQUIRE DEPOSITION SERVICES

Page 142

14:09:42 1    Q. Do you know -- do you know what that is
        2    in reference to?
        3    A. No. Because I believe that as far as I
        4    remember the -- the machines belong to Ethypharm;
14:10:06 5    the personnel was Belmac; and, the side belonged to
        6    Belmac.
        7        So I do not see what Ethypharm could
        8    sell as far as material goes to Belmac.
        9    Q. The last clause of that sentence
14:10:33 10   references a possible sale of Ethypharm Spain to
        11   someone else.
        12       Do you see that?
        13   A. I do not understand that. That must be
        14   a mistake, a typing mistake.
14:10:59 15   Q. Do you ever recall -- I'm sorry.
        16   A. Because Ethypharm Spain at my time was
        17   never for sale. The only structure which -- I
        18   mean, the only project, which we have this, regards
        19   to Spain was the restructuring in order to close on
14:11:25 20   a local level in Spain, but I do not see what there
        21   was for sale.
        22   Q. Do you recall any discussions in

Page 143

14:11:34 1    Ethypharm in 2000 concerning the possible sell of
        2    the Spanish subsidiary to someone else?
        3        Yes.
        4    A. No.
14:11:56 5    Q. Item No. 5 says -- says, "Edition of CoA
        6    by Belmac."
        7        Do you see that?
        8    A. Yes.
        9    Q. Do you know what CoA is a reference to?
14:12:06 10   A. No.
        11   Q. Okay.
        12   A. Co -- no.
        13   Q. Okay.
        14       MR. MINGOLLA: Let's go off the record.
14:12:17 15   THE WITNESS: (In English.)
        16       THE VIDEOGRAPHER: This ends tape number
        17   two of the Germain deposition.
        18       The time is 14:12:01.
        19       Off the record.
14:21:02 20       (Whereupon, at 14:12:01 p.m., a recess
        21   was taken, and the proceedings resumed at
        22   14:30:15 p.m., this same day.)

Page 144

14:21:02 1        (Germain Deposition Exhibit No. 11
        2            was marked for Identification.)
        3        THE VIDEOGRAPHER: On the record with
        4    tape number three of the testimony of Pierre
14:30:33 5    Germain in the matter of Ethypharm versus Bentley
        6    Pharmaceuticals.
        7        The date is August 1st, 2066.
        8        The time is 14:30:15.
        9    BY MR. MINGOLLA:
14:30:44 10   Q. Mr. Germain, I'd like to hand to you
        11   what's been marked as Exhibit No. 11 and ask you to
        12   take a moment to review it, please.
        13       (Witness reviews document.)
        14   Q. And for the record, Exhibit 11 is a
14:30:56 15   one-page document bearing production No. EP 005980.
        16   A. (In French) Oui.
        17   Q. Do you recognize this document?
        18   A. No.
        19   Q. Do you see yourself listed as a cc?
14:31:20 20   A. That's correct.
        21   Q. And the date of this document is
        22   November 9th, 2000; is that correct?

Page 145

14:31:29 1    A. Correct.
        2    Q. The -- the sender of this e-mail is
        3    someone by the name of Laurence Guggenbuhl,
        4    G-U-G-G-E-N-B-U-H-L.
14:31:41 5        Do you see that?
        6    A. (In French) Oui.
        7    Q. Do you know who that person is?
        8    A. Yes.
        9    Q. And who is he?
14:31:57 10   A. She is responsible for purchasing.
        11   Q. Oh.
        12       Purchasing what?
        13   A. All.
        14   Q. Does that include purchasing raw
14:32:13 15   materials for Omeprazole?
        16   A. All, yes.
        17   Q. And is that purchasing for all of the
        18   subsidiaries of Ethypharm?
        19   A. In principle, yes. But she did not have
14:32:51 20   to do much with China and India, and the reason for
        21   that being the distance.
        22   Q. The -- the -- the recipient of this

37 (Pages 142 to 145)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

84674ccb-ca8b-    JT-A-587

ESQUIRE DEPOSITION SERVICES

Page 146

14:33:04 1   e-mail there is a -- an e-mail
2   Ethypharm@Ethypharm.es.
3       Do you see that?
4       A. Yes, I see that.
14:33:17 5   Q. Do you know what Ethypharm.es is a
6   reference to?
7       A. No.
8       Q. The e-mail, the first two words are,
9   "Bonjour Adolfo" or hello Adolfo.
14:33:34 10      Do you see that?
11      A. Actually, I believe this is a mistake,
12   because you see in the past before and after the
13   e-mail address, and I have never seen it.
14      Q. Okay. Do you see the first two words of
14:33:58 15   the e-mail, Bonjour Adolfo?
16      A. Yes.
17      Q. Do you know who Adolfo is?
18      A. I imagine it is Adolfo de Basilio.
19      Q. Okay.
14:34:12 20      A. That's maybe.
21      Q. The first paragraph immediately before
22   the two hyphens says, "I remind you that our

Page 147

14:34:21 1   immediate objective is to place all of our exotic
2   markets to this new origin."
3       Do you see that?
4       A. Yes, I see that.
14:34:37 5   Q. Do you have an understanding as to what
6   that is in reference to?
7       A. Yes, at the time. And I don't know if
8   it is still the case now. The purchasing and
9   customer departments defined what exotic markets
14:35:17 10   everything, which was outside of the principal
11   markets. That means that the figures, the turnover
12   the business of Ethypharm, was distributed on five
13   or six countries in principle and then 30 percent
14   only for a multitude of small countries. And these
14:36:00 15   countries were called exotic countries or exotic
16   markets: Venezuela, Brazil, east -- eastern
17   countries, Africa.
18      Q. The second hyphen reads, "The 2001
19   objective is to past all production to the Spanish
14:36:24 20   market."
21      Do you see that?
22      A. Yes.

Page 148

14:36:27 1   Q. Do you have an understanding as to what
2   that is a reference to?
3       A. The objective officer of the company is
4   to do what is mentioned here, meaning to transfer
14:37:04 5   with regards to raw material that told these little
6   countries this was objective and objective does not
7   necessarily mean that this is going to be
8   implemented.
9       Q. The next sentence says, "Via the
14:37:27 10   October 30th, 2000, mail, regulatory affairs
11   communicated the documents to be supplied and the
12   procedures to be followed with the Spanish
13   government."
14      Do you see that sentence?
14:37:52 15   A. (In French) Oui.
16      Q. Do you have an understanding what the
17   reference to les affaires réglementaires is in
18   reference to?
19      A. (In French) Ouais.
14:38:01 20   Q. What is that?
21      A. Regulatory affairs where Mrs. Hélène
22   Carpentier is the direct -- I mean, the leader, the

Page 149

14:38:19 1   manager, at that time. They have as an objective
2   to communicate to the local authorities all the
3   information once there is transfer of a file.
4       Q. And is Madam Carpentier -- was she, as
14:38:44 5   of November 2000, an employee in France at
6   Ethypharm?
7       A. She was, at that moment in time, the
8   responsible person for regulatory affairs for the
9   group.
14:39:03 10   Q. And did she work in France?
11      A. She works out of Saint Cloud.
12      Q. The next paragraph reads, "To go faster
13   in this matter, it was agreed with P. Vernade" --
14   V-E-R-N-A-D-E -- "that she draw up Part II C of the
14:39:28 15   pharmaceutical documentation on the basis of
16   elements that you will supply."
17      Do you see that sentence?
18      A. Yes.
19      Q. Who is P. Vernade?
14:39:46 20   A. I don't know but I assume that this is a
21   woman because it says she.
22      Q. Mm-hmm.

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

84674ccb-ca8b-

JT-A-588

ESQUIRE DEPOSITION SERVICES

Page 150

14:40:00 1    A.  And I assume that she is a member of
2    Hélène Carpentier's team.
3    Q.  The sentence continues "To wit" or A
4    savoir."
14:40:11 5    A.  (In French) Oui.
6    Q.  And the second hyphenated point is "A
7    declaration by the finished product manufacturer
8    certifying that the synthesis process, the
9    specification, and the analysis methods are not
14:40:23 10   changed."
11       Do you see that sentence?
12    A.  Yes.
13    Q.  Do you have an understanding as to what
14    that is a reference to?
14:40:46 15   A.  You'll see the documents, which need to
16    be communicated to the authorities, traditional
17    documents.  So this means that the analysis
18    documents, the stability studies that are not
19    mentioned here but which also need to be
14:41:07 20   communicated, the letter for DMF, and then the
21    statements with everything which has to do with --
22    with technic, including -- including the methods

Page 151

14:41:31 1    you analyze -- the analyst data analyzes the
2    quality -- the quality process --
3       THE WITNESS:  Process, yeah.
4       THE INTERPRETER:  I wanted to say
14:41:42 5    clearly.
6       THE WITNESS:  (In English) Do you say
7    traditional?
8       THE INTERPRETER:  I mean, the
9    traditional documents.
14:41:51 10   BY MR. MINGOLLA:
11    Q.  The reference to the finished product
12    manufacturer, or in France du fabricant du produit
13    fini, do you know who or what that entity is?
14    A.  That's complicated.  The intellectual,
14:42:21 15   the finished product, it's the one who makes
16    available -- well, there are two things.
17       There is the --
18    Q.  Mm-hmm.
19    A.  -- the exploitant and you have the
14:42:38 20   manufacturer.
21       The exploitant may be the manufacturer
22    or the two entities are different.  In this case I

Page 152

14:42:56 1    don't know who is the exploiting company.
2       On the other hand, the manufacturer from
3    the moment onwards was this -- had to do with the
4    site in Zaragoza, for example.  So was, without any
14:43:20 5    doubt, Belmac because this is the law.
6    Q.  Earlier this morning you provided me
7    with testimony about the first of two meetings with
8    Mr. Murphy that you recalled in the year 2000.
9    A.  Two or three, two or three I said.
14:43:52 10   Q.  Okay.  Do you remember in the first
11    meeting you testified occurred when you were
12    introduced to Mr. Murphy --
13    A.  I believe, yes.
14    Q.  -- by Mr. Debrégeas or Mr. Leduc?
14:44:24 15   A.  That's what I said.
16    Q.  I'd like to now ask you some questions
17    about any other meetings you remember having taken
18    place between yourself and Mr. Murphy.
19       And what -- did you recall meeting
14:44:43 20   Mr. Murphy in -- in Saint Cloud later on in -- in
21    the year of 2000?
22    A.  We -- we saw each other in Paris one

Page 153

14:44:57 1    time.
2    Q.  And do you recall approximately when
3    this meeting took place in Paris?
4    A.  No.
14:45:06 5    Q.  Do you recall who, in addition to
6    yourself and Mr. Murphy was -- attended that
7    meeting?
8    A.  I remember that I saw Mr. Murphy alone.
9    Q.  Do you recall how long that meeting
14:45:29 10   lasted?
11    A.  No.
12    Q.  Do you remember any subjects that were
13    discussed during that meeting?
14    A.  Yes.
14:45:46 15   Q.  And what was discussed?
16    A.  The topics which were of object --
17    subject to discussion is Mr. Murphy weren't very
18    clear.  At the time, I was convinced that
19    concerning the strategy of developing Ethypharm in
14:46:27 20   the American markets that some intelligent
21    agreements should be made between or have to be
22    made between Bentley's (sic) and Ethypharm for

39 (Pages 150 to 153)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

ESQUIRE DEPOSITION SERVICES

Page 154

14:46:49 1 reasons and as to complement -- being a
2 complement -- be an addition to the technological
3 assets of one group, because Ethypharm, they had a
4 financial situation and a manufacturing capacity,
14:47:23 5 which was not necessarily the same at Bentleys
6 (sic) at that time.
7 Well, I -- in short, I had the strong
8 conviction -- the strong conviction that things
9 could happen between those two companies. And then
14:48:08 10 there was -- and I'm sure that this was the same
11 for Mr. Murphy towards me, but, for me, towards
12 Mr. Murphy we had this reciprocal confidentiality.
13 We had trust in each other.
14 And so we mentioned in broad outlines
14:48:34 15 the possible deals of agreement, joint venture,
16 et cetera.
17 So -- well, that's what we talked about.
18 The subject was of importance to me, because I had
19 the feeling that Ethypharm was not physically
14:49:12 20 present enough in the United States, that Bentley
21 presented an opportunity. Maybe I was right or
22 maybe I was wrong. And that Ethypharm was also a

Page 155

14:49:34 1 means to accelerate the development of Bentley's.
2 Our discussions never saw the
3 implementation, because I was always clearly
4 stopped in my discussions about possibilities with
14:50:07 5 Mr. Murphy, and by Mr. Leduc, and
6 Patrice Debrégeas.
7 We did not trust Mr. Murphy because of
8 the Belmac past history. There is Belmac that was
9 not my problem because I never was part of that.
14:50:47 10 Q. Do you recall either Mr. Leduc or
11 Mr. Debrégeas specifically saying that they did not
12 trust Mr. Murphy?
13 A. (In English) Yes.
14 Q. What -- to the best of your recollection
14:50:59 15 can you tell me exactly what either or both of them
16 said to you in that regard?
17 A. No.
18 Q. Aside from a general statement to the
19 effect that either or both that Mr. Debrégeas and
14:51:21 20 Mr. Leduc did not trust Mr. Murphy, do you remember
21 any statement of reasons as to why they did not
22 trust Mr. Murphy?

Page 156

14:51:47 1 A. Yes.
2 Q. And what was that reason or what were
3 those reasons?
4 A. Because of a conflictual (sic) situation
14:52:07 5 with Belmac, which dates back to a time period
6 where I had nothing to do with Belmac, and I never
7 tried to enter deeper into this matter because I
8 had other things to do.
9 My assignment, my mission was to develop
14:52:35 10 Ethypharm and not to -- to be one other participant
11 or one more participant in this historical
12 background, which dates back and so many years, and
13 where I had no knowledge about.
14 Q. Do you recall whether Mr. Murphy
14:52:59 15 requested this meeting with you or whether you
16 requested this meeting with Mr. Murphy?
17 A. It seems to me that we both like to have
18 the meeting.
19 Q. Do you recall how far in advance you
14:53:20 20 learned that Mr. Murphy would be in Paris?
21 A. No.
22 Q. You mentioned a number of -- you

Page 157

14:53:47 1 mentioned broad outlines of possible deals. You
2 meant -- do you remember the specifics of any
3 possible deal with Bentley?
4 A. Yes, we developed ideas about
14:54:23 5 co-development, possibilities of joint venture, and
6 then on a more humorous note, like you do from time
7 to time, you were imagining a capitalistic
8 partnership. And, of course, I told him at the
9 time that everything which had to do with a
14:55:03 10 capitalistic partnership had nothing to do with
11 me --
12 Q. Could --
13 A. -- unfortunately for me.
14 Q. Could you tell me what you mean by a
14:55:18 15 "capitalistic partnership"?
16 A. It was more humor than serious. It
17 would go into the direction of merging possibility.
18 But it was more a joke because Mr. Murphy is an
19 intelligent man, and he knew very well that this
14:55:59 20 type of discussion that I was not the right person
21 to talk to.
22 Q. So this was a joke that Mr. Murphy

40 (Pages 154 to 157)

84674ccb-ca8b    JT-A-590

ESQUIRE DEPOSITION SERVICES

Page 158

14:56:08 1 raised himself as opposed to you raising the
2 possibility of a capitalistic partnership?
3 A. No. But that was not a joke where the
4 discussions we had on co-development, development,
14:56:44 5 technology, and the commercial nature.
6 Q. Do you recall any specific product or
7 products that were the subject of a possible
8 co-development deal between Ethypharm and Bentley?
9 A. There were no products. It had more to
14:57:17 10 do with technologies either because Ethypharm
11 worked on a number of technologies and where
12 Bentley was a complimentary asset or technology in
13 projects on which Bentley was working at the time
14 and for which Ethypharm could have been an
14:57:56 15 accelerator.
16 Q. You also mentioned a possibility of a
17 joint venture or joint ventures.
18 Do you remember that?
19 A. Yes, these -- yes, I -- I mentioned that
14:58:17 20 these ideas of marketing, which go together with
21 development.
22 Q. Did you ever see any draft agreements

Page 159

14:58:29 1 with respect to any of the possible deals you've
2 just described in the past few minutes?
3 A. No; for one reason.
4 Q. And what is that reason?
14:58:57 5 A. Every time where I tried, I -- I got the
6 name -- no -- I received a definite -- no, a
7 definite -- sorry.
8 I received a definite -- a definite now
9 from Gérard Leduc and from Patrice Debrégeas.
14:59:26 10 Q. And when you say "no," you mean N-O?
11 A. (In English.) N-O.
12 Q. Do you recall any other meetings with
13 Mr. Murphy later on in the year 2000?
14 A. No. Maybe once but I'm not sure. On
14:59:57 15 the other hand, we were in contact. And I
16 reorganized having been able to undertake
17 successfully these with Bentley's (sic) and the
18 condition was that I got Mr. Leduc and Mr. Murphy
19 at the same table to talk about their problem
15:00:44 20 Belmac, where I had no insight, and where Mr. Leduc
21 and Mr. Debrégeas would have told me, Well, now we
22 can go ahead because we build up trust towards him.

Page 160

15:01:25 1 MR. MINGOLLA: Will you mark this as the
2 next exhibit.
3 (Germain Deposition Exhibit No. 12
4 was marked for Identification.)
15:01:31 5 BY MR. MINGOLLA:
6 Q. You've been handed what's been marked as
7 Exhibit 12, and if you could just review those
8 first two pages, and while I identify them for the
9 record, please.
15:01:41 10 A. (In French) Oui.
11 Q. Exhibit 12 is a two-page document
12 bearing production Nos. EP 003283 and 003284.
13 (Witness reviews document.)
14 A. (In French) Oui.
15:02:32 15 Q. Do you recognize -- have you looked at
16 both pages, the first two pages of Exhibit 12?
17 A. (In English) Mm-hmm.
18 (Through the Interpreter) The first one.
19 Q. Okay. And why don't you take a moment
15:02:43 20 and review the second page as well.
21 (Witness reviews document.)
22 A. (In English) Okay.

Page 161

15:03:00 1 Q. Do you recognize what's been marked as
2 Exhibit 12?
3 A. Yes, I see it.
4 Q. And what is it?
15:03:13 5 A. It is internal notes; everything by Yves
6 Liorzou.
7 Q. And the date of this document is
8 November 22nd, 2000; is that correct?
9 A. Yes.
15:03:34 10 Q. And the subject line under Note Interne
11 is Belmac meeting, the November 22nd, 2000.
12 Do you see that?
13 A. Yes.
14 Q. Do you recall the meeting described on
15:03:45 15 the first page of Exhibit 12?
16 A. No, I do not recall this meeting.
17 Q. Okay. And turning to the second page of
18 Exhibit 12, do you see that the -- under Note
19 Interne it, again, says Belmac meeting of
15:04:17 20 November 22nd 2,000.
21 Do you see that?
22 A. Yes.

41 (Pages 158 to 161)

84674ccb-ca8b-                    JT-A-591

ESQUIRE DEPOSITION SERVICES

Page 162

15:04:21 1    Q. And the participants listed at that
         2    meeting are a Mr. Liorzou, Mr. de Basilio, and
         3    Mr. Herrera.
         4        Do you see that?
15:04:30 5    A. Yes.
         6    Q. Do you recall those three gentlemen
         7    meeting concerning Belmac in or around November of
         8    2000?
         9    A. No.
15:04:49 10   Q. Do you recall any meeting which you and
         11   Mr. Leduc and Mr. Murphy were -- were discussing
         12   issues pertaining to Belmac while you were employed
         13   at Ethypharm --
         14       THE INTERPRETER: Who did you mention?
15:05:09 15   Oh.
         16   BY MR. MINGOLLA:
         17   Q. Belmac, discussed Belmac while you were
         18   employed at Ethypharm.
         19   A. Yes, I do recall.
15:05:24 20   Q. And -- and what do you recall about that
         21   meeting?
         22   A. I don't have any memory.

Page 163

15:05:33 1    Q. But to be clear, the first page of
         2    Exhibit 12 is not the -- is not the meeting that
         3    you remember?
         4    A. Which page? I don't --
15:05:51 5    Q. The first page of Exhibit 12.
         6    A. (In French) Oui.
         7        (In English) Mm-hmm.
         8    Q. My question is, is this summary the
         9    meeting that you remember taking place between
15:06:04 10   yourself, Mr. Leduc, and Mr. Murphy?
         11   A. (In French) Oui.
         12   Q. It is?
         13   A. I do not have any precise recollection
         14   if the meeting took place on the 22nd of
15:06:34 15   November 2000, no, I don't.
         16   Q. The meeting that you do remember with
         17   yourself, Mr. Murphy, and Mr. Leduc, do you
         18   remember whether the subject of the possibility of
         19   closing Ethypharm Spain arose?
15:07:07 20   A. No, I do not remember that. The memory
         21   I have of that is that I encountered Mr. Murphy
         22   several times in order to talk with him about

Page 164

15:07:29 1    topics I brought up just before. By that, I mean
         2    global agreements with Bentley's (sic) between
         3    Bentley's (sic) and Ethypharm, but I never -- I
         4    never was able to convince General Leduc to go any
15:08:02 5    further with that thought because of an ambiguous
         6    situation of which I know nothing with Belmac, and
         7    so a lack of trust of General Leduc towards
         8    Mr. Murphy.
         9        I also recall having said that the
15:08:48 10   global contractual aspect between Belmac and
         11   Ethypharm was not clear enough that there was
         12   several -- that there was several agreements which
         13   were -- which was signed in the course of time, but
         14   there was no general contract, which is maybe, and
15:09:27 15   this is how I explain it to myself, the lack of
         16   trust of Gerard Leduc towards Jim Murphy.
         17       And I'll very clearly, and with detail
         18   of the meeting, I don't recall any -- any specific
         19   moment because it was clear that I was not
15:10:01 20   participating or involved, and I did not want to be
         21   involved in the Belmac historical past problems,
         22   because about ten years prior to my arrival, there

Page 165

15:10:27 1    were sufficiently -- there was a sufficient number
         2    of people who entered these discussions, and I did
         3    not see the interest to be one more inter-global.
         4    Q. The global agreements that you
15:10:44 5    referenced a few moments ago --
         6    A. (In French) Oui.
         7    Q. -- concerning the possible code of
         8    element of technology --
         9    A. (In French) Oui.
15:11:04 10   Q. -- or the possible joint ventures, were
         11   those agreements that you envisioned being between
         12   Bentley and the Ethypharm group?
         13   A. Where? I don't know what you mean.
         14   Q. A few moments ago you testified about
15:11:36 15   possible global agreements?
         16   A. Between Bentley and Ethypharm.
         17   Q. And when you say Ethypharm, do you mean
         18   the Ethypharm group or a particular subsidiary of
         19   Ethypharm's?
15:12:03 20       THE INTERPRETER: What was the question?
         21   BY MR. MINGOLLA:
         22   Q. Or any subsidiary of Ethypharm.

42 (Pages 162 to 165)

84674ccb-ca8b-

JT-A-592

ESQUIRE DEPOSITION SERVICES

Page 166

15:12:10 1    A.  No, global.  We never came that far in
2    our discussions to be able to talk about the
3    projects which could be put into reality much later
4    on.
15:12:45 5        So we were now -- we are at the level
6    where any discussions are brought if this
7    development would take place with America, Japan,
8    any other country.  He never came that far.
9        Q.  Do you recall whether you specifically
15:13:01 10   ever discussed Belmac with Mr. Murphy?
11       A.  Yes, I spoke about Belmac with
12   Mr. Murphy.
13       Q.  Do you recall how frequently you spoke
14   about Belmac with Mr. Murphy?
15:13:28 15      A.  We brought up the Belmac subject every
16   time we saw each other or we had each other on the
17   phone for one simple reason.  And for one reason,
18   that one reason being that this Belmac problem was
19   that the problem that hindered us to be able to
15:14:03 20  dive into subjects which are of interest to both of
21   us and which came from me.
22       Q.  Do you recall ever telling Mr. Murphy

Page 167

15:14:11 1    that Mr. Leduc did not trust Mr. Murphy?
2        THE INTERPRETER:  Did he ever tell who?
3        MR. MINGOLLA:  Mr. Murphy.
4        THE WITNESS:  I -- I try to be
15:14:37 5    well-mannered.  But yes, I brought the subject up
6    and he was completely aware of it that the level of
7    trust between him and Gérard Leduc was an essential
8    element to undertake discussions between Ethypharm
9    and Bentley.
15:15:09 10  BY MR. MINGOLLA:
11       Q.  Do you recall what Mr. Murphy's
12   reaction, if any, was to that statement?
13       A.  No.  Mr. Murphy is somebody who is very
14   well-mannered.
15:15:31 15      Q.  Did Mr. Murphy appear troubled by that
16   statement?
17       A.  No.
18       Q.  Did Mr. --
19       A.  No.  But I, like many others, I have the
15:16:03 20  feeling that he was concerned about the situation
21   between Belmac and Ethypharm.  But neither he nor I
22   ever brought up the contents of that situation --

Page 168

15:16:23 1    of the Belmac situation.
2        Q.  Can you tell me -- you said at each
3    meeting or phone call that you had with Mr. Murphy
4    you discussed the Belmac issue; is that correct?
15:16:46 5    A.  I did not say that the subject of Belmac
6    came up in that conversation.  I said that the
7    Belmac subject came up at one moment or another and
8    it just was brought up to the table, because it
9    prevented us from -- further our ideas on
15:17:23 10  development.
11       Q.  Do you recall whether you brought up the
12   Belmac subject or whether it was a subject that
13   Mr. Murphy brought up?
14       A.  The two, both.  He -- when he gives me
15:17:56 15  information and tried to justify his position, and
16   I know that to be able to find solutions, meaning
17   solutions which I could not -- he could not put
18   together myself because I had -- I needed
19   Mr. Murphy for that.
15:18:27 20      Q.  Did --
21       A.  I needed Mr. Leduc for that.
22       THE INTERPRETER:  Sorry.

Page 169

15:18:31 1    BY MR. MINGOLLA:
2        Q.  Did Mr. Murphy ever tell you what, if
3    anything, he would do to try to improve the Belmac
4    situation?
15:18:55 5    A.  You mean if he ever talked to me about
6    something like that or if he had ideas.
7        Q.  Let's start with the first.
8        Did Mr. Murphy ever tell you that he
9    would do something to try to improve the Belmac
15:19:08 10  situation?
11       A.  No.
12       Q.  Did Mr. Murphy ever tell you that he had
13   ideas as something that could be done to try to
14   improve the Belmac situation?
15:19:25 15      A.  No.
16       Q.  Did you ever offer any suggestions to
17   Mr. Murphy as to how to improve the Belmac
18   situation?
19       A.  No, because this was a very complex
15:19:50 20  historical topic, and I did not have solutions
21   myself, no.
22       Q.  Did you ever ask either Mr. Leduc or

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

84674ccb-ca8b·                                                    JT-A-593

ESQUIRE DEPOSITION SERVICES

---

Page 170

15:20:02  1    Mr. Debrégeas for a detailed background about the
       2    Belmac situation?
       3        A.  Yes, I -- I asked because I wanted to
       4    understand.
15:20:25  5        Q.  And do you recall when you asked for the
       6    background about the Belmac situation?
       7        A.  No -- many times.
       8        Q.  And do you recall either or both of
       9    Mr. Leduc or Mr. Debrégeas providing you with a
15:20:47 10    background?
      11        A.  No.
      12        Q.  At any point --
      13        A.  Never clear.  There was never a clearer
      14    response.
15:21:02 15        Q.  Did you ever tell either Mr. Leduc or
      16    Mr. Debrégeas that, as the general director of the
      17    Ethypharm Group, you needed to have a complete
      18    understanding of the Belmac situation?
      19        A.  No.  Why?
15:21:35 20        Q.  Okay.  Why not?
      21        A.  Because I knew that this was a
      22    historical event and that there was several people

Page 171

15:21:54  1    who were affected by the same situation, that
       2    General Leduc was personally involved in this
       3    story, and that I had 100,000 other subjects to
       4    deal which -- with which were under my
15:22:29  5    responsibility.
       6        Q.  Do you remember when you ceased working
       7    at Ethypharm?
       8        A.  I stayed with Ethypharm for one and a
       9    half years.
15:22:59 10        Q.  So at some point in 2001 you left
      11    Ethypharm's employment?
      12        A.  It was in the middle of 2001.
      13        MR. MINGOLLA:  Let's have this marked as
      14    Exhibit 13, please.
15:23:34 15        (Germain Deposition Exhibit No. 13
      16        was marked for Identification.)
      17    BY MR. MINGOLLA:
      18        Q.  My question for you simply is going to
      19    be whether you recognize this document.
15:23:40 20        If you want to read the whole thing,
      21    you're welcome to do so.
      22        And while you're reviewing it, let me

Page 172

15:23:59  1    identify it for the record.
       2        Exhibit 13 is a multipage document
       3    bearing production Nos. EP 002009 through 2041.
       4        A.  No.
15:24:13  5        Q.  You have not seen that document before?
       6        A.  No.  The date on it is -- no, I think I
       7    left in May, beginning of May.
       8        Q.  Of 2001?
       9        A.  Yes, I believe, from memory.
15:24:48 10        Q.  What -- what --
      11        A.  I do not know this document.
      12        Q.  Okay.  Why -- why did you cease working
      13    at Ethypharm?
      14        A.  I -- I left.
15:25:07 15        Q.  Did you leave voluntarily or were you
      16    fired?
      17        A.  Yes, voluntary.
      18        Q.  And why did you leave Ethypharm after
      19    just 18 months?
15:25:29 20        A.  I was in disagreement with a certain
      21    number of decisions taken with regards to strategy
      22    and the relation between the shareholders and the

Page 173

15:25:58  1    management, the -- the mode of function.
       2        Q.  Do you recall specifically any decisions
       3    with which you disagreed?
       4        A.  Yes.
15:26:18  5        Q.  And what were they?
       6        A.  That's personal however.
       7        Q.  I must nevertheless ask you to tell me
       8    what those decisions were.
       9        MR. FINE:  If you'd like to go off the
15:26:33 10    record, you know, I can see if there's a problem
      11    with this.
      12        MR. MINGOLLA:  Okay.
      13        Let's go off the record for one moment,
      14    please.
15:26:40 15        THE VIDEOGRAPHER:  The time is 15:26:14.
      16    Off the record.
      17        (Discussion held off the record.)
      18        THE VIDEOGRAPHER:  On the record.
      19        The time is 15:29:21.
15:29:50 20    BY MR. MINGOLLA:
      21        Q.  Mr. -- Mr. Germain, do you know what --
      22    can you identify any decisions with which you

---

44 (Pages 170 to 173)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

84674ccb-ca8l

JT-A-594

ESQUIRE DEPOSITION SERVICES

Page 174

15:29:57 1 disagreed which prompted your decision to leave
2 Ethypharm.
3    A. I left Ethypharm because of two major
4 reasons. The first one is from the position of a
15:30:33 5 director general working at the -- working at the
6 side of two shareholders present in the company and
7 being not always in -- in agreement among each
8 other for the global or daily choices of the level
9 of company. It is a position which is very
15:31:19 10 difficult, very sporty.
11        The second reason for which I left I was
12 in total disagreement with regards to the decision
13 of the shareholders to -- to defer the --
14    Q. Can I move up?
15:32:08 15        MR. FINE: Yeah, move up would be --
16 would be like accelerate or move up.
17        THE WITNESS: Accelerate -- accelerate
18 the decision of the shareholders to introduce the
19 share on the -- on the study exchange.
15:32:24 20        I thought that this was a real mistake
21 and that it could never work. And out of respect,
22 I do not remain in a company where I cannot respect

Page 175

15:32:45 1 the strategical decisions anymore.
2        And the last point. So I had the two
3 shareholders as my superiors, and I was without any
4 doubt a little bit closer to one of them, which is
15:33:11 5 very, very difficult to live this on a daily basis.
6        That's it.
7 BY MR. MINGOLLA:
8    Q. Was the shareholder with whom you were
9 closer Mr. Debrégeas?
15:33:25 10    A. No.
11    Q. Mr. Leduc?
12    A. Yes.
13    Q. Okay. Earlier in your answer you -- you
14 discussed that you were not always in agreement
15:33:36 15 with global choices of the two shareholders.
16    A. Again?
17    Q. Let me ask it this way.
18        I believe you testified that you were
19 not always in agreement -- strike that, strike
15:34:03 20 that.
21        You testified, I believe, that the two
22 shareholders, that is Mr. Leduc and Mr. Debrégeas,

Page 176

15:34:11 1 were not always in agreement on the global or daily
2 choices.
3    A. (In English) All together, between
4 him -- between all three of them.
15:34:19 5        (Through the Interpreter) All three of
6 them, yeah. So among them.
7    Q. Mm-hmm. Do you recall specifically any
8 global choice or decision that they were not in
9 agreement on?
15:34:40 10    A. No, it was quasi systematic and
11 cultural.
12    Q. Did Mr. Leduc attempt to persuade you
13 not to -- to resign from Ethypharm?
14    A. Yes.
15:34:58 15    Q. And he was unsuccessful, I take it?
16    A. That's correct.
17    Q. What did Mr. Leduc say, if anything, in
18 an effort to convince you to stay on at Ethypharm?
19    A. He used every argument you can possibly
15:35:32 20 use in this type of proceeding. It was more
21 psychological in nature because I did not ask
22 anything of the financial side.

Page 177

15:35:50 1    Q. Why did you think it was a -- a mistake
2 on the part of Mr. Leduc and Mr. Debrégeas to
3 accelerate the listing of the shares on the stock
4 exchange?
15:36:23 5    A. I think that, since the catastrophe of
6 the Internet bubble, the companies involved in
7 biotechnology, such as Ethypharm, if they want to
8 know any type of success in this way of doing
9 things, then you have to be ready with regards to
15:36:58 10 organization, concerning a process in place, on
11 concerning the figures and results and so on.
12        And a company that's -- that --
13 that's -- that has its shares sold on the stock
14 exchange is a company which is managed in a
15:37:16 15 different way than a company that has its shares in
16 an autonomous way. It just needs preparation. And
17 this doesn't happen from today to tomorrow. You
18 need time.
19    Q. Did -- at any point during the period
15:37:56 20 you were employed at Ethypharm, did Mr. Murphy ever
21 tell you that Mr. Herrera had the authority to act
22 on behalf of Bentley Pharmaceuticals?

45 (Pages 174 to 177)

84674ccb-ca8b-    JT-A-595

ESQUIRE DEPOSITION SERVICES

## Page 178

| | |
|---|---|
| 15:38:21 1 | A. No, never. |
| 2 | MR. MINGOLLA: I have no further |
| 3 | questions at this time, subject to the possibility |
| 4 | of asking you some more questions after Mr. Fine |
| 15:38:31 5 | poses some questions to you. |
| 6 | But at this point, thank you very much. |
| 7 | Let's go off the record. |
| 8 | THE VIDEOGRAPHER: The time is 15:38:23. |
| 9 | Off the record. |
| 15:38:54 10 | (Whereupon, at 15:38:23 p.m., a recess |
| 11 | was taken, and the proceedings resumed at |
| 12 | 15:51:27 p.m., this same day.) |
| 13 | THE VIDEOGRAPHER: On the record. |
| 14 | The time is 15:51:27. |
| 15:51:54 15 | EXAMINATION BY COUNSEL FOR THE PLAINTIFFS |
| 16 | BY MR. FINE: |
| 17 | Q. Good afternoon, Mr. Germain. |
| 18 | Thank you for coming back. |
| 19 | Um, as you recall from this morning, my |
| 15:52:15 20 | name is Jonathan Fine, and I represent Ethypharm |
| 21 | here. |
| 22 | And -- and I would like to ask you a few |

## Page 179

| | |
|---|---|
| 15:52:29 1 | questions in response to some of the subjects that |
| 2 | Mr. Mingolla raised earlier today. |
| 3 | And -- |
| 4 | A. Very well. |
| 15:52:43 5 | Q. -- I'd like to show you a document and |
| 6 | have it marked as an exhibit. |
| 7 | (Germain Deposition Exhibit No. 14 |
| 8 | was marked for Identification.) |
| 9 | THE WITNESS: (In French) Merci. |
| 15:53:02 10 | BY MR. MINGOLLA: |
| 11 | Q. And please take a few moments to review |
| 12 | it. |
| 13 | And for the record, I will identify the |
| 14 | document as a document bearing production |
| 15:53:24 15 | No. BEL001071. |
| 16 | (Witness reviews document.) |
| 17 | A. (In English) Okay. |
| 18 | Q. And is this document a facsimile? |
| 19 | A. You asked me that question. I don't |
| 15:54:05 20 | know. |
| 21 | Q. Does it appear to be a fax or a letter? |
| 22 | A. A fax, no; a fax, maybe. |

## Page 180

| | |
|---|---|
| 15:54:16 1 | Q. Okay. And at the top of the document |
| 2 | the fax appears to be or the document appears to be |
| 3 | from Bentley Pharmaceuticals; is that correct? |
| 4 | A. Yeah, that's correct. |
| 15:54:34 5 | Q. And it is dated October 6th, 2000; is |
| 6 | that correct? |
| 7 | A. Correct. |
| 8 | Q. And it is addressed to Pierre Germain. |
| 9 | That's you; is that correct? |
| 15:54:50 10 | A. Correct. |
| 11 | Q. And it's from Mr. James R. Murphy; is |
| 12 | that correct? |
| 13 | MR. MINGOLLA: Objection. Foundation. |
| 14 | BY MR. FINE: |
| 15:55:00 15 | Q. The document appears to be from |
| 16 | Mr. James R. Murphy; is that correct? |
| 17 | A. Correct. |
| 18 | Q. Do you have any reason to believe that |
| 19 | this document is not from Mr. James R. Murphy? |
| 15:55:19 20 | A. No, I don't have any reason. |
| 21 | Q. Okay. And underneath Mr. Murphy's name |
| 22 | appears the title Chairman and CEO; is that |

## Page 181

| | |
|---|---|
| 15:55:27 1 | correct? |
| 2 | A. That's what's written here. |
| 3 | Q. And that is Chairman and CEO of Bentley |
| 4 | Pharmaceuticals; is that correct? |
| 15:55:43 5 | MR. MINGOLLA: Objection. Foundation. |
| 6 | BY MR. FINE: |
| 7 | Q. You can answer the question. |
| 8 | A. That's what is written here. |
| 9 | Q. Okay. And if you look down a little |
| 15:55:54 10 | bit, the letter begins, Dear Pierre. |
| 11 | A. (In French) Oui. |
| 12 | Q. Okay. And did you receive this fax? |
| 13 | A. Seemingly, yes. |
| 14 | Q. Do you have any reason to believe that |
| 15:56:17 15 | you did not receive this fax? |
| 16 | A. No. |
| 17 | Q. Okay. And if you look at the top of the |
| 18 | document you'll see the date October 25th, 2004. |
| 19 | A. (In French) Oui. |
| 15:56:33 20 | Q. Okay. Do you know what that refers to? |
| 21 | A. No. |
| 22 | Q. Were you at Ethypharm in 2004? |

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

84674ccb-ca8b          JT-A-596

ESQUIRE DEPOSITION SERVICES

Page 182

15:56:43  1     A.  No.
          2     Q.  Thank you.
          3         If you look down to where it says, Dear
          4     Pierre, the first paragraph says, "Thank you for
15:56:54  5     spending time with me during my visit to Paris."
          6         Is that correct?
          7         And --
          8     A.  Yes.
          9     Q.  -- "I apologize for being tired, but
15:57:02 10     with only three hours of sleep, I was not as
         11     enthusiastic as usual."
         12         Is that correct?
         13     A.  Yes.
         14     Q.  Um, and below that are three points; is
15:57:20 15     that correct?
         16     A.  (In French) Oui.
         17     Q.  Okay.  And the first point appears to,
         18     Bentley will assume the oversight of the operation.
         19         MR. MINGOLLA:  Objection.
15:57:35 20         It misreads the document.
         21     BY MR. FINE:
         22     Q.  Bentley will assume the administrative

Page 183

15:57:40  1     oversight of the operation and guarantee Ethypharm
          2     income --
          3     A.  (In French) Oui.
          4     Q.  -- through royalties equal in value
15:58:04  5     to -- and it goes on.
          6         My question to you is:  Did you discuss
          7     these three points with Mr. Murphy?
          8         MR. MINGOLLA:  Objection.  Vague.
          9     BY MR. FINE:
15:58:23 10     Q.  And let me rephrase that.
         11         When -- did Mr. Murphy discuss these
         12     three points with you during his visit to Paris?
         13         MR. MINGOLLA:  I still object as vague.
         14     BY MR. FINE:
15:58:44 15     Q.  You can answer.
         16         MR. MINGOLLA:  And as to foundation.
         17         THE WITNESS:  I don't have -- I don't
         18     have a very precise memory of the contents of our
         19     discussions.
15:59:07 20         On the other hand, as I specified
         21     before, Mr. Murphy tried to clarify the
         22     situation -- shed light on the situation, the same

Page 184

15:59:26  1     as I did.  But since, anyway, this did not come
          2     from me from my side that it was Mr. Gérard Leduc
          3     who was the responsible person for that.  I could
          4     not do anything --
15:59:48  5         MR. FINE:  Okay.
          6         THE WITNESS:  -- anything precise.
          7     BY MR. FINE:
          8     Q.  Um, I'm not sure I understand.  So if I
          9     could ask perhaps in a different way.
15:59:58 10         Did Mr. Murphy discuss the subjects of
         11     points one, two, and three with you in his meeting
         12     with Paris?
         13         MR. MINGOLLA:  Objection.  Asked and
         14     answered.
16:00:29 15     BY MR. FINE:
         16     Q.  You may answer.
         17     A.  The way it is written here, yes.
         18     Q.  And --
         19         MR. FINE:  I have no further questions.
16:00:42 20     EXAMINATION BY COUNSEL FOR THE DEFENDANT
         21         (Continued)
         22     BY MR. MINGOLLA:

Page 185

16:00:43  1     Q.  I have a couple of questions for you,
          2     Mr. Germain.
          3         Do you recall receiving this document in
          4     or around October of 2000?
16:00:59  5     A.  No.
          6         MR. MINGOLLA:  No further questions.
          7         Thank you very much.
          8         THE VIDEOGRAPHER:  This ends tape number
          9     three and concludes the testimony of Pierre Germain
16:01:10 10     in the matter of Ethypharm versus Bentley
         11     Pharmaceutical (sic).
         12         The date is August 1st, 2006.
         13         The time is 1600 hours, 52 seconds.
         14         Off the record.
16:01:21 15         (Whereupon, at 16:00:52, the videotaped
         16     deposition was concluded.)
         17         (Signature not waived.)
         18
         19
         20
         21
         22

47 (Pages 182 to 185)

84674ccb-ca8b-

JT-A-597

# ESQUIRE DEPOSITION SERVICES

## Page 186

```
16:01:21  1        ACKNOWLEDGMENT OF DEPONENT
          2        I,PIERRE GERMAIN, do hereby acknowledge that I
          3    have read and examined the foregoing testimony, and
          4    the same is a true, correct and complete
16:01:21  5    transcription of the testimony given by me and any
          6    corrections appear on the attached Errata sheet
          7    signed by me.
          8
          9
16:01:21 10    _____    _____
         11        (DATE)            (SIGNATURE)
         12
         13
         14
         15
         16
         17
         18
         19
         20
         21
         22
```

## Page 187

```
16:01:21  1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
          2        I, Tristan-Joseph, Registered Professional
          3    Reporter, the officer before whom the foregoing
          4    proceedings were taken, do hereby certify that the
16:01:21  5    foregoing transcript is a true and correct record of
          6    the proceedings; that said proceedings were taken by
          7    me stenographically and thereafter reduced to
          8    typewriting under my supervision; and that I am
          9    neither counsel for, related to, nor employed by any
16:01:21 10    of the parties to this case and have no interest,
         11    financial or otherwise, in its outcome.
         12        IN WITNESS WHEREOF, I have hereunto set my hand
         13    and affixed my notarial seal this   day of
         14        2006.
16:01:21 15    My commission expires:
         16    December 30, 2008.
         17
         18
         19    _____
16:01:21 20    NOTARY PUBLIC IN AND FOR THE
         21    DISTRICT OF COLUMBIA
         22
```

## Page 188

```
16:01:21  1            E R R A T A  S H E E T
          2        IN RE: ETHYPHARM S.A. FRANCE, and ETHYPHARM
          3    S.A. SPAIN Vs. BENTLEY PHARMACEUTICALS, INC.
          4    RETURN BY: _____
16:01:21  5    PAGE   LINE   CORRECTION AND REASON
          6    ____  ____   _____
          7    ____  ____   _____
          8    ____  ____   _____
          9    ____  ____   _____
16:01:21 10    ____  ____   _____
         11    ____  ____   _____
         12    ____  ____   _____
         13    ____  ____   _____
         14    ____  ____   _____
16:01:21 15    ____  ____   _____
         16    ____  ____   _____
         17    ____  ____   _____
         18    ____  ____   _____
         19    ____  ____   _____
16:01:21 20    ____  ____   _____
         21    ____  ____   _____
         22    ____  ____   _____
         22        (DATE)         (SIGNATURE)
```

## Page 189

```
16:01:21  1      E R R A T A  S H E E T  C O N T I N U E D
          2        IN RE: ETHYPHARM S.A. FRANCE, and ETHYPHARM
          3    S.A. SPAIN Vs. BENTLEY PHARMACEUTICALS, INC.,
          4    RETURN BY: _____
16:01:21  5    PAGE   LINE   CORRECTION AND REASON
          6    ____  ____   _____
          7    ____  ____   _____
          8    ____  ____   _____
          9    ____  ____   _____
16:01:21 10    ____  ____   _____
         11    ____  ____   _____
         12    ____  ____   _____
         13    ____  ____   _____
         14    ____  ____   _____
16:01:21 15    ____  ____   _____
         16    ____  ____   _____
         17    ____  ____   _____
         18    ____  ____   _____
         19    ____  ____   _____
16:01:21 20    ____  ____   _____
         21    ____  ____   _____
         22    ____  ____   _____
         22        (DATE)         (SIGNATURE)
```

48 (Pages 186 to 189)

84674ccb-ca8l

JT-A-598

ESQUIRE DEPOSITION SERVICES

Page 190

**A**

abbreviation 62:3
able 90:8 104:4
  113:20 129:7
  139:5 159:16
  164:4 166:2,19
  168:16
absent 64:14
absolutely 26:11
  36:6 92:20 136:14
abundantly 126:5
accelerate 155:1
  174:16,17,17
  177:3
accelerator 158:15
accepted 20:22
accepting 23:1
accidentally 89:14
accommodate
  12:16
accompanying
  121:12
account 100:4
accurately 77:15
acknowledge 186:2
ACKNOWLED...
  186:1
act 177:21
actions 6:20 138:1
  138:6
activities 46:16
  124:2 132:20
activités 69:15,17
actual 128:9
actuelles 69:16
addition 7:21 153:5
  154:2
address 11:8,9
  146:13
addressed 76:18
  85:11 180:8
administer 63:17
administrative
  182:22

administrators
  29:13 32:7
admit 91:19
admitted 100:5
Adolf 5:21
Adolfo 5:7,13,14
  6:5,10 36:8 44:8
  76:11 85:11,20
  86:5 99:7 104:13
  106:1 111:4
  117:18 118:14
  132:7 133:18
  137:18 146:9,9,15
  146:17,18
adorable 89:8
advance 133:14
  156:19
Advantis 32:11,13
Adventis 32:16
adéquation 69:17
affaires 148:17
affairs 83:9,14
  102:11,17 103:3
  135:22 148:10,21
  149:8
affiliate 37:15,16
  37:19 38:3 41:11
  45:18 46:22 52:14
  80:2 102:16 114:9
  130:20 131:2
affiliated 61:12
affiliates 38:17
  70:6 79:6,17,18
  80:2 100:4 102:18
affiliation 46:17
  80:4 114:12
  117:17
affilier 37:14
affirmatively 84:16
  136:19
affixed 187:13
Africa 147:17
afternoon 178:17
agency 76:22 77:5

77:5,7 101:15
Agnés 5:22 99:9,12
  99:22
ago 14:8,9,15,16
  16:1 25:11 42:20
  82:11 97:12
  101:18 105:11,15
  126:11 165:5,14
agree 116:16
agreed 12:18
  115:21 116:12
  131:12 149:13
agreement 2:12
  4:15 7:21 22:11
  50:17 71:4 78:11
  80:7 81:19 83:12
  83:13 103:2 112:1
  116:22 117:2,4,11
  117:20 118:1
  134:22 135:2
  154:15 174:7
  175:14,19 176:1,9
agreements 52:13
  153:21 158:22
  164:2,12 165:4,11
  165:15
ahead 95:11 159:22
aimé 64:20,21
all-day 90:19
aloud 64:19
ambiguous 164:5
America 166:7
American 153:20
AMM 99:19 100:11
  100:22 101:2,4,15
  101:18 102:2,6
  103:6 108:20
  109:20 111:22
  112:2,22 113:3,7
  113:22 114:4,10
  114:16 115:3,4,9
  116:20
AMMs 113:17,18
  113:20

analysis 150:9,17
analyst 151:1
analyze 151:1
analyzes 151:1
Angell 3:14
answer 12:11 17:4
  20:13 31:9 41:2
  42:16 47:6 63:9
  70:21 72:4 87:15
  87:18 95:22 96:2
  112:18 113:21
  122:18 125:15
  175:13 181:7
  183:15 184:16
answered 69:6
  72:10 114:18
  129:3 184:14
answers 11:21
anybody 28:11
anymore 21:21
  121:13 175:1
anyway 83:10
  184:1
apologize 182:9
apparently 59:3
appear 167:15
  179:21 186:6
appeared 65:6
appears 49:17
  180:2,2,15,22
  182:17
applied 114:4
applies 114:9 131:4
apply 61:11
approximately
  9:12 14:18 153:2
April 54:22 138:8
aqueous 116:8
area 87:1
argument 176:19
Argumentative
  43:8
arose 72:15 136:11
  163:19

arrangement 77:15
arrival 72:9 125:22
  164:22
arrive 57:7 127:13
arrived 27:19
  32:21 33:20 35:17
  57:2 71:22 121:5
arriving 125:20
articulated 135:11
aside 17:19 22:22
  48:10 82:21 88:14
  101:15 155:18
asked 17:12,13
  28:21 63:14 97:3
  102:19 105:18
  114:17 130:7
  133:3 170:3,5
  179:19 184:13
asking 11:17
  109:10 139:8
  140:4 178:4
asks 21:13
aspect 24:15 66:3
  118:3,15 120:13
  164:10
aspects 24:17,19,21
asset 158:12
assets 31:2,4,6
  154:3
assignment 14:9
  126:21 127:14
  156:9
assignments 14:10
  121:15
assist 10:16
assistant 133:18
assume 81:16
  149:20 150:1
  182:18,22
assumed 100:5
assumption 59:6
astonished 66:2
ate 58:1
attached 4:13,20

JT-A-599

ESQUIRE DEPOSITION SERVICES

Page 191

5:10 6:7,14,22 7:9
7:14 186:6
**attempt** 12:9
176:12
**attended** 153:6
**attention** 103:18
121:17
**attorney** 49:16
**attorneys** 15:10
16:17 17:1
**August** 1:17 6:15
9:12 75:12 119:18
120:5,6,10 124:19
125:6 144:7
185:12
**authored** 120:1
127:22
**authoring** 126:20
**authorities** 102:3,7
102:22 109:19
117:3 136:2 149:2
150:16
**authority** 100:20
101:20 177:21
**authorization**
100:17,19 116:20
122:21
**authorizations**
102:19
**autonomous**
177:16
**available** 19:18
151:16
**Avant** 69:14
**avec** 5:2 64:22
**Avenue** 3:15 11:10
**Avi** 31:19 121:8
**aware** 41:6 42:2
78:15 83:15 167:6
**a.m** 1:18 8:4 9:12
46:4,6 57:3 66:12
72:6

**B**
**B** 4:10

**Baach** 2:4 3:5 9:10
**back** 17:6,7 72:14
77:16 87:14,17
95:1,22 96:1 98:6
100:10 107:14
125:9,10 132:2
156:5,12 178:18
**background**
156:12 170:1,6,10
**backs** 104:1
**badly** 18:11
**band-aid** 63:16
**bank** 29:12
**banks** 13:15
**based** 46:20
**Basilio** 5:7,13,21
6:5,11,19 36:8,11
36:15,19 37:9
38:5,11,17 39:3,8
39:15,16,22 40:10
62:14 76:11 82:15
82:20 85:21 96:19
97:8 99:7 101:8
101:14 102:6
104:13 106:1
111:4 117:18
118:14,20 132:7
133:18 134:11
135:11 137:19
139:3,9,12 140:4
140:8,11,18
146:18 162:2
**Basilio's** 134:18
**basis** 37:22 60:16
77:18 121:22
149:15 175:5
**Bates-stamped**
4:17,22 5:5,12,16
5:20 6:3,8,16 7:1
7:10,16,22 8:6
**bearing** 49:18,21
55:12 75:22 85:1
93:21 98:16
110:17 119:10

137:9 144:15
160:12 172:3
179:14
**beaucoup** 64:20,21
**becoming** 22:7
**Beecham** 89:10,11
89:14
**beginning** 18:19
141:15 172:7
**begins** 60:5 64:20
68:4 108:2,12
181:10
**behalf** 3:2,11
177:22
**behavior** 64:12
**BEL** 49:18
**believe** 16:7 17:18
20:14 22:4 23:18
27:15 34:9 35:19
43:3 44:22 48:8
48:13,20 59:1
76:15 91:7 99:15
142:3 146:11
152:13 172:9
175:18,21 180:18
181:14
**Belmac** 4:16 7:11
7:15,22 39:9,10
40:1 41:8,11,15
41:21 42:3,4,7,11
42:12,19 43:4,6
43:12,18 44:3
45:11,14,18 46:22
47:8 51:15,22
64:3,15 65:2,3,7
65:19 68:10 77:9
77:15 78:7,12,22
80:8,15 83:17
85:12,16,19 94:8
95:15 97:10
110:10 113:13
114:16 115:17
116:11,16 117:5
117:12 118:1,7,8

118:9,11,16,19
124:12,17,21
136:11 138:22
139:5,9 140:5,9
140:22 141:11,19
142:5,6,8 143:6
152:5 155:8,8
156:5,6 159:20
161:11,19 162:7
162:12,17,17
164:6,10,21
166:10,11,14,15
166:18 167:21
168:1,4,5,7,12
169:3,9,14,17
170:2,6,18
**Belmac's** 57:11
108:19
**belong** 142:4
**belonged** 142:5
**BEL000548** 4:18
**BEL000553** 4:18
**BEL001071** 8:7
179:15
**BEL051024** 5:20
93:22
**Benham** 5:9 83:6
**Bentley** 1:9 3:11
8:4 9:6,21 40:10
40:15,18 41:7,12
44:17,20 45:5,17
46:12,15 47:2,7
47:12 57:10 75:10
115:2,9 144:5
154:20 157:3
158:8,12,13
165:12,16 167:9
177:22 180:3
181:3 182:18,22
185:10 188:3
189:3
**Bentleys** 42:19
154:5
**Bentley's** 45:8,18

48:16 115:12
153:22 155:1
159:17 164:2,3
**best** 15:21,21
155:14
**better** 135:18,19,21
**big** 28:15
**biotechnology**
177:7
**Bis** 108:19 109:11
109:13,14,19
**bit** 56:12 89:8
175:4 181:10
**bits** 128:11
**board** 26:14 29:3,5
29:6,13 30:13
31:7
**Bonjour** 146:9,15
**boss** 44:6 45:8,16
135:15
**Boston** 3:16
**Bostwick** 66:13
72:7 104:19
141:21
**bottom** 49:14 51:1
51:16,18 66:10,21
**Boudal** 5:3 6:11,18
23:8 31:18 54:17
54:20 56:22 79:8
117:16 118:15,20
132:6 133:4
**box** 76:6
**Brazil** 34:6 42:21
43:5,7,11,12
131:3,4 147:16
**break** 12:9,11,15
12:19 45:21
**brief** 63:15 75:4
**briefly** 49:8 63:5
67:8 74:21
**brings** 135:16
**Britain** 34:3
**broad** 120:13
154:14 157:1

ESQUIRE DEPOSITION SERVICES

brochure 139:5,9
139:12
brought 164:1
166:6,15 167:5,22
168:8,11,13
**Bruno** 31:19 71:6
118:18
**bubble** 177:6
budgetary 37:4
budgets 27:11
**build** 159:22
**bulk** 46:20
**bullet** 108:9,11,12
109:4,21
**business** 5:18 33:19
33:22 34:1,10
41:15 46:12 94:3
94:15,19 147:12
**B-I-S** 108:19

— **C** —

**C** 3:1 4:1 9:1 107:1
149:14 189:1
call 20:17 108:19
168:3
called 10:20 19:19
19:22 20:9 39:8
40:10,14 44:8
147:15
**Calls** 81:14
**Canada** 34:6
**Cantabria** 107:18
107:20 108:6
**Cap** 32:20
capacity 13:10
21:15 121:9 154:4
**capital** 31:3,4,6
32:3 123:3
capitalistic 157:7
157:10,15 158:2
car 13:15
card 94:3,6,10,15
95:19
cards 94:19
care 28:7

**Cared** 5:19
carefully 73:1
**Carpentier** 5:9 6:1
83:8 117:14,22
118:2 148:22
149:4
**Carpentier's** 150:2
**Carta** 4:19
case 9:8 65:1 70:8
81:9 96:12 97:1
103:4 112:16
117:18 147:8
151:22 187:10
catastrophe 177:5
cc 5:14,22 6:12 7:5
7:19 85:7 99:4
144:19
ce 69:14
cease 172:12
ceased 171:6
central 135:18,22
**CEO** 180:22 181:3
certain 58:7 63:18
64:12 104:15
121:16 172:20
**CERTIFICATE**
187:1
**Certified** 9:14
certify 187:4
certifying 150:8
cetera 154:16
**CEU** 23:15
chairman 44:20
86:6 180:22 181:3
chance 76:2
change 74:21 75:5
80:20 106:3,7
115:21 116:4,6,12
116:16,17 117:12
117:20 118:21
132:17
changed 73:19
150:10
changes 103:21

106:4
changing 80:14
82:3 106:3
charge 24:9,19
26:20 36:16 52:13
79:5 80:1 83:7,8
85:18,19 102:17
117:17 118:3
130:13 132:19
133:6
chart 112:7
chief 44:20
chiefs 135:1
**China** 34:6 132:21
145:20
choice 176:8
choices 174:8
175:15 176:2
**Cinfa** 115:17
116:12 117:6
circumstances 96:8
140:14
clarify 11:20 29:16
72:17 183:21
clause 142:9
clear 12:2 40:21
86:18 87:20 126:5
153:18 163:1
164:11,19 170:13
clearer 170:13
clearly 104:17
151:5 155:3
164:17
clear-cut 129:21
client 71:15
clients 65:4 115:16
117:5
clone 108:19
close 135:2,16
136:10 142:19
closed 130:15
131:18 135:12
closer 175:4,9
closing 125:3,13

130:1,3 134:12
163:19
**Cloud** 23:20 91:5,7
92:9 149:11
152:20
**CoA** 143:5,9
code 165:7
**Columbia** 2:14
187:21
**Combe-Reinhardt**
5:22 99:9
**Combe-Reinhar...**
99:12
combination 101:5
102:10
come 120:20 184:1
comfortably 129:7
136:15
coming 111:17,18
132:7 178:18
comment 86:10
commented 86:8
commercial 24:15
26:22 37:21 39:5
52:12,14 81:20
158:5
commission 135:19
187:15
committee 31:6,13
committees 31:1
common 81:19
communicate 17:2
38:4,10 39:3,7
40:9 47:11,21
48:11 149:2
communicated
38:22 47:16 48:1
48:2 148:11
150:16,20
communication
24:14 26:20 86:11
communications
36:4 39:22 40:5
44:10

companies 13:16
91:16 114:11
120:13 154:9
177:6
company 21:19,20
24:20 32:22 37:20
37:22 39:8 40:10
40:14,17 57:11
72:22 73:5 82:12
82:12 94:5 99:13
111:18 112:15
113:4 115:5 123:7
127:13,19 128:17
135:16 140:2,3,3
148:3 152:1 174:6
174:9,22 177:12
177:14,15
compensated 18:16
complement 154:1
154:2
complete 170:17
186:4
completely 66:4
167:6
complex 112:13
169:19
complicated 151:14
complimentary
158:12
**Compound** 38:14
42:13
**Compra** 4:19
**Compromiso** 4:19
**Compte** 5:2
computer 128:3,6
concerned 104:16
167:20
concerning 41:22
42:7 52:12 70:22
79:8 108:7 124:21
143:1 153:19
162:7 165:7
177:10,11
concluded 185:16

JT-A-601

ESQUIRE DEPOSITION SERVICES

Page 193

concludes 185:9
conclusions 6:13
  68:4 121:18 122:1
condition 159:18
conditions 53:15,15
confidential 6:17
  128:13
confidentiality
  140:13 154:12
confirmation
  122:20
conflictual 156:4
consequént 132:4
constant 25:18
consult 13:12
consultant 13:7,10
  18:20 19:4
consulting 13:9,19
  14:3,7,14,20 15:9
  15:20 16:4,8,20
  17:17,19,21
contact 36:12 38:19
  159:15
contacted 104:3
content 38:8
contents 167:22
  183:18
continue 123:10,18
  124:3 131:8
Continued 107:12
  184:21
continues 150:3
continuing 65:8
contract 22:20
  24:18 25:8 37:21
  53:13 54:11 65:7
  65:18 78:15,17
  79:10,11,13 83:19
  164:14
contracts 24:21
  25:2 53:21 54:6
  66:6 77:10 78:19
  78:19,21,22 79:3
  79:5,15,22 80:3

80:15 82:4 83:15
  83:20,20 84:2
contractual 65:21
  66:3 164:10
contrat 64:22
Contrato 4:12
control 25:19 27:12
  70:13 132:9
conversation 168:6
conviction 154:8,8
convince 164:4
  176:18
convinced 153:18
copies 66:6
copy 94:3 109:16
  119:21 128:9
copying 94:2
correct 24:1 25:13
  49:14 54:12,13
  56:17,19,22 75:16
  82:15 84:3 90:13
  96:4,17 101:12,22
  119:18,21,22
  137:19,20 144:20
  144:22 145:1
  161:8 168:4
  176:16 180:3,4,6
  180:7,9,10,12,16
  180:17 181:1,4
  182:6,12,15 186:4
  187:5
CORRECTION
  188:5 189:5
corrections 186:6
correctly 84:1
costs 61:11
counsel 9:18 10:22
  107:11 178:15
  184:20 187:9
countries 34:3
  126:8 147:13,14
  147:15,15,17
  148:6
country 34:5

100:21 135:20
  136:1,3 166:8
couple 68:2 132:3
  185:1
course 21:10 23:3
  33:6 61:8 65:20
  117:16 126:2
  130:13 157:8
  164:13
court 1:1 9:7,16
  10:8,12,16 11:22
  17:7 84:15 87:17
  96:1 98:1 125:10
  136:18
covered 66:4
co-development
  157:5 158:4,8
creating 25:16
crossed 44:13
  89:13,13
cultural 176:11
currently 12:22
customer 71:10,12
  71:12,16,18 72:1
  72:2 79:9 80:22
  83:7 135:17 147:9
customers 77:12
  80:16 103:22
  104:15 118:9,13
c'est 65:2
C-A-N-T-A-B-R-...
  107:18
C-I-N-F-A 115:17
C.A 1:8
C.R 6:20 138:1,7

**D**
D 4:10 9:1 24:13
  107:1 189:1
daily 130:10 174:8
  175:5 176:1
dans 69:14
data 151:1
date 66:8,15,19
  75:12 76:8 85:9

99:1 110:22
  119:17 144:7,21
  161:7 172:6
  181:18 185:12
  186:11 188:22
  189:22
dated 5:10,15 6:1,6
  6:15 89:22 180:5
dates 156:5,12
day 46:6 53:17
  64:18 71:20 91:17
  106:18 143:22
  178:12 187:13
de 4:12,19,19 5:7
  5:13 6:5,11,19,21
  36:8,11,15,19
  37:9 38:5,11,17
  39:3,8,15,16,22
  40:10 62:14 64:22
  65:1,1,2,3 68:4
  76:11 82:15,20
  85:21 96:19 97:8
  99:7 101:8,14
  102:6 104:13
  106:1 111:4
  117:18 118:14,20
  132:7 133:18
  134:11,18 135:11
  137:19 138:1,7
  139:3,9,12 140:4
  140:8,11,18
  146:18 162:2
deal 84:4 120:12
  127:19 136:2
  157:3 158:8 171:4
deals 154:15 157:1
  159:1
dealt 38:9 71:6
Dear 86:5 181:10
  182:3
Debrégeas 7:7 23:5
  23:6,10,12 26:3
  26:10 32:6 88:17
  90:13 92:10,11,17

92:22 127:6
  128:14 131:15
  152:14 155:6,11
  155:19 159:9,21
  170:1,9,16 175:9
  175:22 177:2
December 133:15
  134:10 187:16
decided 80:21
  132:18
decision 82:12,13
  83:11 121:7 174:1
  174:12,18 176:2
decisions 81:3,8,13
  81:18,19 172:21
  173:2,8,22 175:1
decision-taking
  127:3
declaration 150:7
deeper 156:7
Defendant 1:11
  3:11 9:21 10:22
  107:11 184:20
Defendants 9:4
defer 174:13
define 112:8
defined 37:2
  104:17 147:9
defines 114:10
definite 159:6,7,8,8
Delaware 1:2 9:8
delays 57:8
Delie 31:19 71:6
  118:18
delivery 8:5 34:18
  80:22
department 71:12
  71:18 72:1 79:8
  133:7 135:19
departments 81:21
  147:9
departure 27:22
  28:4,9
depending 38:8

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-602

ESQUIRE DEPOSITION SERVICES

Page 194

| | | | | |
|---|---|---|---|---|
| ) 79:12 | 59:11,12 106:9 | 183:11 184:10 | 76:10,13,16,18 | **drafting** 126:11,18 |
| **depends** 79:11 | 108:21 151:22 | **discussed** 62:9 | 78:9 80:11 82:14 | **drafts** 53:7 83:19 |
| 113:5 114:13 | 177:15 184:9 | 65:11 68:12 69:12 | 84:5,9 85:1,3,5,9 | 83:20 127:22 |
| **deploy** 24:10 126:4 | **difficult** 140:12 | 69:20 89:7 93:5,9 | 86:3,15 93:20,21 | **draw** 149:14 |
| **DEPONENT** 186:1 | 174:10 175:5 | 130:2,4 153:13,15 | 98:16,18,21 99:1 | **Drug** 8:5 |
| **deposed** 11:12 | **difficulty** 94:1 | 162:17 166:10 | 101:7 103:12 | **drugs** 34:19 |
| **deposition** 1:15 2:1 | **dinner** 91:13 | 168:4 175:14 | 105:19 110:12,16 | **du** 6:21 11:10 |
| 9:3,9,14,17 11:16 | **dinners** 91:17 | **discussing** 15:1 | 110:17,18,20 | 70:14 77:1 138:2 |
| 33:7 49:1 50:7 | **dire** 65:2 | 68:15 92:17 | 111:1,15 119:10 | 151:12,12 |
| 55:4 75:1,6 84:17 | **direct** 44:13 103:17 | 134:15 162:11 | 119:12,14,17,21 | **Dubois** 27:15,18 |
| 93:14 98:9 107:3 | 121:17 127:5 | **discussion** 30:4 | 120:1 121:22 | 28:20 |
| 119:3 136:20 | 132:9 148:22 | 58:17 65:15 70:2 | 122:15 126:14 | **duly** 10:20 107:10 |
| 143:17 144:1 | **directed** 97:8 111:5 | 124:20 125:7 | 128:10,12,17,21 | **duties** 21:22 22:17 |
| 160:3 171:15 | **direction** 31:2 | 153:17 157:20 | 129:2,22 137:3,8 | 24:6 25:12,15 |
| 179:7 185:16 | 32:17 60:22 | 173:17 | 137:10,12,18 | 27:3,9 84:1 120:8 |
| **des** 6:13 60:6 69:19 | 157:17 | **discussions** 65:20 | 138:22 139:22 | **D'autre** 108:2 |
| **describe** 14:19 | **directly** 17:2 26:4 | 65:22 130:8,12 | 140:1 144:13,15 | **d'embaucher** 69:19 |
| 15:12 16:19 21:22 | 26:12 102:10 | 134:12 136:10 | 144:17,21 160:1 | **d'Ethypharm** |
| 22:17 24:6 30:16 | 119:15 120:14,20 | 142:22 155:2,4 | 160:13,21 161:7 | 61:18 |
| 63:5 | 125:22 | 158:4 165:2 166:2 | 171:19 172:2,5,11 | **D.C** 1:16 2:7 3:7 |
| **described** 17:20 | **director** 19:5,11,15 | 166:6 167:8 | 179:5,14,14,16,18 | 9:11 |
| 31:13 32:3 81:4 | 22:2,8 23:8,9,14 | 183:19 | 180:1,2,15,19 | **D.M** 3:4 |
| 90:6 159:2 161:14 | 23:18,22 24:7 | **dismissal** 95:13 | 181:18 182:20 | **déembaucher** |
| **describes** 22:20 | 26:5,18,19,19,21 | 96:8 | 185:3 | 69:14 |
| 140:1 | 27:4,14 32:22 | **dismissed** 86:9 | **documentation** | **définissions** 69:15 |
| **description** 63:15 | 35:8 36:17 37:12 | 95:15 96:11,14 | 149:15 | |
| **designated** 52:11 | 38:3 39:13 43:2 | **dismissing** 136:7 | **documents** 22:15 | **E** |
| **detail** 122:18 | 43:16 44:4,5 | **distance** 145:21 | 49:8,11 53:16 | **E** 3:1,1 4:1,10,10 |
| 164:17 | 52:14 78:6 86:7 | **distributed** 46:18 | 128:11,22 129:20 | 6:10 9:1,1 107:1,1 |
| **detailed** 170:1 | 92:12 121:6,8 | 147:12 | 129:20 148:11 | 107:1 188:1,1,1 |
| **determination** | 127:18 132:18 | **distribution** 27:12 | 150:15,17,18 | 189:1,1,1,1 |
| 29:11 | 170:16 174:5 | **District** 1:1,2 2:14 | 151:9 | **earlier** 54:10 73:9 |
| **develop** 156:9 | **directors** 26:14 | 9:7,8 187:21 | **document's** 133:20 | 83:22 89:2 108:5 |
| **developed** 34:20 | 27:2 29:3,5,7,22 | **dive** 166:20 | **Dodge** 3:14 | 125:20 152:6 |
| 157:4 | 30:14 31:2,8 | **DMF** 112:1,3,5,11 | **doing** 13:8 49:9 | 175:13 179:2 |
| **developing** 25:16 | 91:16 | 112:14 150:20 | 55:10 84:8,22 | **easier** 12:8 136:2 |
| 153:19 | **disagreed** 173:3 | **document** 5:18 | 177:8 | **east** 147:16 |
| **development** 31:21 | 174:1 | 22:13,17,19,19 | **doubt** 54:21 103:1 | **eastern** 147:16 |
| 39:6 46:16,19 | **disagreement** | 49:13,18,20 50:9 | 152:5 175:4 | **Edition** 143:5 |
| 155:1 158:4,21 | 172:20 174:12 | 50:13,16 53:1,5 | **downward** 73:19 | **Edwards** 3:14 |
| 166:7 168:10 | **discovered** 64:17 | 55:3,10,12,14,17 | **Dr** 111:10,18 | **effect** 155:19 |
| **diet** 58:8 | **discrepancy** 59:14 | 55:20 56:3,9 | 112:16 | **effort** 176:18 |
| **difference** 29:11 | **discuss** 12:19 27:21 | 58:11 59:19 67:16 | **draft** 7:21 158:22 | **eight** 39:20 48:3 |
| **different** 34:21 | 87:3 92:9 183:6 | 75:19,21,22 76:8 | **drafted** 127:8 | **either** 52:8,13 |
| | | | | 67:19 68:16 79:5 |

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-603

ESQUIRE DEPOSITION SERVICES

Page 195

| | | | | |
|---|---|---|---|---|
| 88:17 90:12 92:16 | **England** 113:19 | 68:19 | 28:19 29:2,4,7 | 144:5 145:18 |
| 116:17 141:10 | **English** 4:13,20 | **envisioned** 165:11 | 30:9,11 31:14 | 147:12 149:6 |
| 155:10,15,19 | 5:11 6:2,7,14,22 | **EP** 5:1,1,5,6,12,16 | 32:5,9,21 33:5,7 | 153:19,22 154:3 |
| 158:10 169:22 | 7:9,14 10:12,13 | 5:17 6:4,4,9,16 | 33:10,19,20 34:1 | 154:19,22 156:10 |
| 170:8,15 | 11:13 13:2 18:2,5 | 7:2,2,10,17,17,22 | 34:2,4,16,21,22 | 158:8,10,14 |
| **element** 165:8 | 18:8 33:17 35:4 | 8:1 49:21 55:13 | 35:1,9,15,17,18 | 162:13,18 163:19 |
| 167:8 | 37:15 50:18 51:2 | 76:1 85:2 98:17 | 36:1,4,5,12,15,20 | 164:3,11 165:12 |
| **elements** 149:16 | 55:15 56:15 58:15 | 110:17 119:11 | 37:8,9 38:6 39:4 | 165:16,17,18,22 |
| **elevator** 13:14 | 60:7 66:18 67:6 | 137:9 144:15 | 39:13 40:2 41:5 | 167:8,21 170:17 |
| **elevators** 13:14 | 68:5 69:3 73:11 | 160:12 172:3 | 41:14,21 42:3,4,7 | 171:7,8 172:13,18 |
| **emotion** 35:6 | 76:4 80:9 85:4 | **equal** 183:4 | 42:12,12,17,18,21 | 174:2,3 176:13,18 |
| **employed** 12:22 | 88:7 94:4,8 95:3 | **equipment** 140:22 | 43:2,5,6,11,11,12 | 177:7,20 178:20 |
| 13:3 18:21 19:1 | 96:6 97:17 101:21 | 141:11,19 | 43:17 44:12,16 | 181:22 183:1 |
| 29:3 30:9 31:14 | 102:14 103:13,19 | **Eric** 23:7 31:18 | 45:6 46:11 47:13 | 185:10 188:2,2 |
| 32:4,9,10,12,18 | 107:21 108:4,16 | 120:2 | 47:15,22 48:7,19 | 189:2,2 |
| 32:19 34:13 35:1 | 109:7,14 111:4,6 | **Errata** 186:6 | 50:10,13 51:15,21 | **Ethypharm's** 16:17 |
| 36:3 37:7 38:5 | 114:2 115:15 | **es** 65:3 | 51:22 52:2,7,12 | 35:21 165:19 |
| 39:4 40:1 41:5,13 | 119:13 120:18 | **escape** 25:10 | 53:8,22 59:3,8 | 171:11 |
| 44:11,15 45:6 | 121:20 137:11 | **escapes** 37:14 | 60:21 61:14 71:8 | **Ethypharm.es** |
| 46:10 47:12,15,22 | 139:13 143:15 | **Espagne** 6:21 61:18 | 71:8,11,11,21,22 | 146:5 |
| 48:18 50:10,13 | 151:6 155:13 | 138:2,8 | 72:1,15 73:5,10 | **Ethypharm@Et...** |
| 53:8,22 61:14 | 159:11 160:17,22 | **espagn/Portugal** | 73:11,15,16,20 | 146:2 |
| 71:8,8,20 73:19 | 163:7 176:3 | 70:15 | 75:10 76:17,19 | **Euro** 16:6 17:18 |
| 76:17 78:5 79:16 | 179:17 | **ESQ** 3:4,13 | 77:16 78:6,7 79:2 | 62:6 |
| 83:16 89:19 95:8 | **ensuite** 69:17 | **Esquire** 9:14,17 | 79:16 81:10 82:8 | **European** 101:4 |
| 102:7 120:15,19 | **entailed** 15:13 | **essential** 167:7 | 82:9,21,22 83:16 | **event** 58:3,5 170:22 |
| 127:11 130:5 | **enter** 156:7 | **est** 69:18 | 83:17 89:19 96:14 | **eventually** 21:1 |
| 162:12,18 177:20 | **entered** 66:13 | **established** 74:3 | 99:13,16 100:2,3 | **everybody** 28:16 |
| 187:9 | 83:16 104:19 | 122:1 133:13 | 101:12 102:8 | **evolution** 129:21 |
| **employee** 99:16 | 141:21 165:2 | **estimate** 15:21,21 | 104:4 105:12 | **evolutions** 69:13 |
| 101:11 149:5 | **enterprise** 30:22 | 39:14 | 110:1,4,8 112:19 | **evolve** 127:14 |
| **employees** 31:1 | 112:15,17,21,22 | **et** 5:3 69:15,17 | 113:6,15,16 114:4 | **exact** 36:18 45:9 |
| 35:18,22 36:20 | 115:13 117:1 | 154:16 | 117:10 120:15,20 | 57:16 89:4 119:19 |
| 73:10,15,19 | **enterprises** 135:1 | **Ethypharm** 1:5,6 | 121:5 124:20 | **exactly** 41:20 48:8 |
| **employer** 13:5 | **enthusiastic** 182:11 | 3:2,3 4:17 7:5 9:5 | 125:3,7,14,17,20 | 65:22 88:18 96:17 |
| **employment** 22:10 | **entire** 61:2 127:11 | 9:5 10:2 13:20 | 126:5,18 127:12 | 155:15 |
| 23:2 34:15 35:22 | 128:12 133:6 | 14:4,7,10,14,20 | 129:8 130:1,3,5 | **EXAMINATION** |
| 48:6 171:11 | 137:2 | 15:10 16:4,9 | 130:10 131:17 | 4:2 10:22 107:11 |
| **en** 69:16 | **entities** 51:3,7,18 | 17:21 19:5,6,8,9 | 132:9,19,20 | 178:15 184:20 |
| **enact** 24:10 25:12 | 51:20 151:22 | 19:12,15,18 21:17 | 133:13 134:12 | **examined** 10:21 |
| **encountered** 88:16 | **Entitled** 50:16 | 22:2,8 23:1,13 | 135:3,12 136:10 | 107:10 186:3 |
| 163:21 | **entity** 33:8 151:13 | 24:1,8 25:1,20 | 138:14 140:8 | **example** 63:18,19 |
| **ends** 74:22 143:16 | **entry** 56:14 57:18 | 26:5 27:4,7,14,18 | 141:12 142:4,7,10 | 81:9 114:3 135:17 |
| 185:8 | 58:1,12,18 68:8 | 27:19,22 28:1,4 | 142:16 143:1 | 152:4 |

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-604

ESQUIRE DEPOSITION SERVICES

| | | | | |
|---|---|---|---|---|
| **exception** 34:4 71:4 | **explaining** 77:18 | **fax** 5:7,13,21 6:5 | 77:20 81:14 82:18 | **focus** 88:9,12 89:18 |
| **exchange** 174:19 | **explanation** 89:4 | 86:11 179:21,22 | 87:11 97:22 109:5 | **follow** 132:4 |
| 177:4,14 | 96:20 97:4,4 | 179:22 180:2 | 114:6,17 116:7 | **followed** 148:12 |
| **exchanged** 94:19 | **exploit** 114:12 | 181:12,15 | 128:4 133:20 | **follows** 10:14,21 |
| **exchanges** 48:13 | **exploitant** 151:19 | **Fe** 32:11,13,16,17 | 173:9 174:15 | 86:4 107:10 |
| **executive** 44:20 | 151:21 | 32:18 | 178:4,16,20 | **follow-up** 132:8 |
| **exemption** 71:5 | **exploiting** 112:14 | **fears** 70:7 | 180:14 181:6 | **foregoing** 186:3 |
| **exhibit** 4:11 49:1 | 112:17,21 115:13 | **February** 16:13 | 182:21 183:9,14 | 187:3,5 |
| 49:17,20 50:2,12 | 117:1 152:1 | **Feel** 137:2 | 184:5,7,15,19 | **foreign** 71:1 |
| 50:15,20 51:1,17 | **exploits** 113:4 | **feeling** 154:19 | **fini** 151:13 | **forget** 34:7 |
| 52:8,8,20 53:3,7,8 | **exported** 77:9 78:7 | 167:20 | **finished** 13:17 | **forgot** 26:22 95:15 |
| 55:4,8,12,21 | **expressed** 70:7 | **fees** 61:7 | 150:7 151:11,15 | **form** 118:18 |
| 56:14 58:11 66:11 | **extent** 14:22 16:17 | **Fenal** 31:20 | **fire** 36:20 37:2 | **formal** 22:19 23:6 |
| 66:17 67:7 68:3 | **e-mail** 7:3 38:21 | **Ferrer** 104:2 | **fired** 96:17 172:16 | **formula** 67:8 |
| 69:4 75:6,16,22 | 145:2 146:1,1,8 | **fewer** 91:1 | **firing** 37:5 96:21 | 103:21 106:3 |
| 76:6,21 80:5,6,11 | 146:13,15 | **FF** 61:19 | 97:5 | 116:9 |
| 80:13 84:7,17,21 | | **Fifteen** 35:4,5 | **firm** 135:4 | **formulation** 80:20 |
| 85:1 89:2,20 | **_____F_____** | **figure** 64:7,16,17 | **first** 10:20 11:6 | 105:1 106:7 116:5 |
| 93:13,14,18 95:1 | **F** 2:5 3:6 4:10 9:11 | **figures** 59:2,9 61:1 | 14:13,21 15:9,20 | 116:6,9,18 |
| 98:8,9,13,16 | 107:1 | 64:16 130:22 | 16:5 20:8 22:4 | **found** 133:19 |
| 99:19 107:3,15 | **Fabricación** 4:12 | 131:1 147:11 | 31:10,16 48:22 | **foundation** 26:17 |
| 110:13,16 111:8 | **fabricant** 151:12 | 177:11 | 49:13 51:17 56:13 | 82:18 114:7 128:4 |
| 112:12 115:14 | **fabrication** 123:18 | **file** 112:2 149:3 | 58:22 61:17 68:8 | 180:13 181:5 |
| 117:21 119:2,3,8 | **fabriquer** 65:3 | **files** 121:16 | 71:20 76:21 77:8 | 183:16 |
| 119:10 132:2 | **facilities** 65:9 | **final** 74:4 | 86:2,13,22 88:2 | **four** 13:11 14:4,8,8 |
| 136:16,17,20 | 110:11 | **finance** 24:13 | 88:12,15,21 90:5 | 14:11,18 17:22 |
| 137:8 138:19,21 | **facility** 135:17 | **financial** 23:7 | 90:12 91:6,12 | 22:9,15 25:9 |
| 144:1,11,14 160:2 | **facsimile** 8:2 | 26:18 121:6,8 | 92:2 93:6 94:16 | 39:17 48:9 115:6 |
| 160:3,7,11,16 | 179:18 | 154:4 176:22 | 99:18 102:15 | 126:3 133:14 |
| 161:2,15,18 163:2 | **fact** 23:21 42:17 | 187:11 | 103:5,6,20 104:6 | **fourth** 115:14 |
| 163:5 171:14,15 | 43:13 64:13,14 | **find** 67:18 128:16 | 111:8 116:22 | 117:21 |
| 172:2 179:6,7 | 70:11 95:15 | 168:16 | 121:18,21 125:8 | **framework** 37:1,2 |
| **exhibits** 48:22 49:6 | 104:16 113:9 | **fine** 3:4 4:4 10:1,1 | 126:2 137:3,4 | 37:3,4,5 80:3 |
| 49:6 | 123:21 134:8 | 14:22 15:4,6 | 138:19 139:3,18 | 112:2 124:17 |
| **existence** 100:8 | **factory** 47:8,9 | 16:10,21 20:10 | 146:8,14,21 152:7 | **France** 1:5 3:3 9:5 |
| **existing** 126:8 | **fair** 90:10 | 26:15,17 29:16,20 | 152:10 160:8,16 | 11:11 19:6,9 |
| **exists** 21:20 | **fait** 64:21 | 30:18 34:11 35:10 | 160:18 161:15 | 32:17 42:12 52:7 |
| **exited** 72:7 | **far** 37:11 80:2 | 38:14 40:3,6,19 | 163:1,5 169:7 | 83:17,21 95:9 |
| **exotic** 147:1,9,15 | 110:6 142:3,8 | 42:13 43:8 45:20 | 174:4 182:4,17 | 105:2,16 106:6,10 |
| 147:15 | 156:19 166:1,8 | 47:4 49:12 50:5 | **five** 35:19 36:2 | 122:21 132:21,21 |
| **expires** 187:15 | **fashion** 37:21 | 51:8 54:1 59:10 | 39:18 48:3 73:10 | 140:8 141:12 |
| **explain** 37:18 112:4 | 52:19 | 59:13,17,19 60:11 | 73:15 84:14 115:7 | 149:5,10 151:12 |
| 122:13 164:15 | **fast** 127:14 | 60:15 63:2,7,10 | 147:12 | 188:2 189:2 |
| **explained** 108:5 | **faster** 149:12 | 63:11 67:15 77:17 | **flash** 71:2,5 118:18 | **francs** 62:5 |
| | **faut** 69:15,18 | | | |

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

ESQUIRE DEPOSITION SERVICES

Page 197

frankly 58:20
Frederic 31:20
free 137:2
French 10:13,13
  51:6 56:20 57:1
  60:6 61:22 62:2,5
  69:13 76:12 77:4
  78:14 86:1 89:21
  94:7,11 95:5
  100:12,15 107:19
  108:10,14 110:19
  111:7 119:5 125:5
  133:5,16 139:2,20
  144:16 145:6
  148:15,19 150:5
  160:10,14 163:6
  163:11 165:6,9
  179:9 181:11,19
  182:16 183:3
frequently 38:4,8
  39:4 94:19 166:13
front 84:11 107:15
  121:21
fulfill 28:12
full 11:3
function 25:4
  121:11,11,13
  173:1
functions 24:12
  37:12,19 38:2
  140:1
further 164:5 168:9
  178:2 184:19
  185:6
future 93:10
futures 69:13
F-E-R-R-E-R
  104:2

_____ G _____
G 7:12 9:1 67:12
  107:1
galanic 34:19
Galligos 31:19
Gasca 86:9 95:4,6

96:5,8,17
Gasca's 96:21 97:5
  97:9
geared 122:16
Gemini 32:20
general 11:10 19:5
  19:11,15 22:1,7
  23:14,18,22 24:7
  26:5 27:4,14
  32:17,22 35:8
  36:17 39:13 43:2
  43:17 52:10 53:18
  56:6 61:7 78:6
  86:7 92:12 120:7
  120:9,11 121:9
  127:18 155:18
  164:4,7,14 170:16
  171:2 174:5
generally 35:12
  52:18 73:1
generic 108:20
  109:17
gens 69:19
gentlemen 162:6
Gerard 164:16
Germain 1:15 2:1
  4:2,11 5:3,8,15
  6:1,6,12,18 7:6,13
  8:3 9:4 10:19
  11:2,5 12:22 18:2
  18:16 30:8 46:10
  49:1,5 50:2 54:14
  55:4 75:1,6,9,15
  84:17 86:7,10
  93:14 94:2 98:9
  98:12 107:3,8,14
  111:6 119:3 122:2
  136:20 143:17
  144:1,5,10 160:3
  171:15 173:21
  178:17 179:7
  180:8 185:2,9
  186:2
Germany 34:3

113:19 130:21,22
getting 117:11
give 11:7,15 31:9
  89:3 97:4 113:21
  126:7
given 103:20 186:5
gives 168:14
Glaxo 104:2
global 61:5 73:4
  81:18 82:12
  113:20 164:2,10
  165:4,15 166:1
  174:8 175:15
  176:1,8
globally 71:11
  122:10,12
go 29:18 46:1 59:22
  60:13 63:10 67:12
  74:20 89:6 95:11
  106:12 127:22
  136:4 143:14
  149:12 157:17
  158:20 159:22
  164:4 173:9,13
  178:7
goes 142:8 183:5
going 45:22 60:15
  72:4 89:3 91:8
  100:10 103:19
  108:18 109:5
  124:2 137:4 148:7
  171:18
good 11:2 136:8
  178:17
government 101:3
  101:16 102:3
  148:13
governmental
  100:20 101:15,19
  102:7
Great 34:3
grounds 109:6
group 19:7,8,12,15
  19:18 22:2,8 23:9

24:1,8,10,11,12
  24:19 25:13,17,21
  26:6 27:4 30:9
  32:2 34:21 35:1,9
  37:6 39:13 41:6
  42:17 43:3,17
  53:13 60:22 61:2
  70:12 78:6 82:8
  82:21 83:2 102:11
  103:3 113:15
  114:9 121:6
  132:19,20 133:6
  149:9 154:3
  165:12,18 170:17
groupe 69:14
groups 43:11
GS 68:19,20 69:2
guarantee 183:1
Guggenbuhl 7:3
  145:3
guidelines 11:15
gynecologic 63:20
gynecology 63:20
G-E-R-M-A-I-N
  11:6
G-U-G-G-E-N-B...
  145:4
Gérard 7:18 19:21
  25:5 26:2 32:6
  52:17 79:6 159:9
  167:7 184:2

_____ H _____
H 4:10 5:22 188:1
  189:1
half 16:15 24:5
  91:3 93:1 171:9
hand 24:16 74:1
  78:18 95:18 127:1
  144:10 152:2
  159:15 183:20
  187:12
handed 49:5 55:8
  93:17 98:12 122:1
  160:6

handle 121:15
handled 135:20
handwriting 49:16
happen 154:9
  177:17
happened 21:6
  22:5 58:6 70:9
  92:13 94:18
happening 108:6
happens 135:3
head 11:22 15:4
heading 138:22
hear 20:3 28:8 44:7
  87:14 95:21 97:19
  98:6 125:8
heard 20:18 30:13
  40:14,16 44:19
  64:6 124:8
hearing 20:2
hearsay 28:7
held 2:1 9:9 30:4
  173:17
hello 146:9
hereunto 187:12
Herrera 5:14 44:8
  44:11 57:9,19
  58:12,17,19 68:16
  74:14,18 85:12,16
  90:2 97:9 162:3
  177:21
hidden 106:2
higher 130:22
hindered 166:19
hire 36:20 37:2
hiring 37:3
historical 156:11
  164:21 169:20
  170:22
history 155:8
honestly 64:18
hope 140:12
hotels 13:15
hour 90:21
hours 91:1,3 93:1

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-606

ESQUIRE DEPOSITION SERVICES

Page 198

) 182:10 185:13
house 131:6,7
human 24:14 26:21
  73:2
humor 157:16
humorous 157:6
hundred 71:13
  100:6
Huntington 3:15
hyphen 147:18
hyphenated 150:6
hyphens 146:22
Héléne 5:9 83:8
  117:14 148:21
  150:2

I
idea 69:2 102:12
  140:10 141:10
ideas 157:4 158:20
  168:9 169:6,13
Identification 49:3
  55:5 75:7 84:18
  93:15 98:10 107:4
  119:4 136:21
  144:2 160:4
  171:16 179:8
identify 10:5 49:10
  55:11 75:19 84:22
  93:20 98:15
  110:15 119:8
  137:7 160:8 172:1
  173:22 179:13
Igonet 6:10 23:7
  31:18 120:2,3,5,6
  120:14,20 121:6
Igonet's 120:8
II 63:7 109:6 116:7
  149:14
il 64:20,21 69:14
imagine 56:5 62:16
  70:5 77:6,7 80:19
  81:11 91:2 93:8
  94:18 105:2,22
  106:3 110:10

113:8 115:3,11
  123:21 146:18
imagined 106:6
imagining 157:7
immediate 147:1
immediately 19:3
  125:20 146:21
impact 127:5
imperative 83:11
implementation
  155:3
implemented 148:8
importance 29:1
  154:18
important 12:3
  53:19 60:8 64:16
  72:9 126:9
importants 60:6
impossible 89:12
  102:18 138:17
improve 34:19
  60:22 169:3,9,14
  169:17
include 19:8 25:16
  27:5 145:14
includes 82:7
including 150:22
  150:22
income 183:2
Incorporated 9:7
increase 15:16
independent
  136:15
India 34:6 111:9,17
  132:21 145:20
Indian 111:19
indicate 9:19
indicated 73:14
  90:11
indicates 57:9
  80:13 121:21
  123:17 124:10
  125:2
indicating 66:22

individual 44:7
individuals 30:10
  31:17 52:22 53:4
  126:17
industrial 15:15
  23:9 26:19 61:7
  79:9 81:20 132:18
  133:7
Industries 132:10
industry 13:14,14
  13:15 20:5 21:14
  24:13 135:4
informal 23:6
information 38:21
  149:3 168:15
informed 37:6
infraction 133:21
initials 56:17,18,21
insight 159:20
insist 97:18
installations 135:2
installed 126:6
insufficiently 126:8
intellectual 24:22
  25:2 151:14
intelligent 153:20
  157:19
intended 34:19
interacted 118:20
interactions 43:18
interdiratá 65:2
interest 59:9
  130:20 165:3
  166:20 187:10
interested 128:19
intermediary 47:7
internal 7:15 161:5
international 101:6
Interne 7:11
  161:10,19
Internet 177:6
interpret 10:12
interpretation
  105:19

interpreted 10:13
interpreter 3:21
  10:4,6,9,15 13:4
  15:2,5 29:8 35:5
  37:13,16 40:4
  47:14 49:4 59:11
  59:16,18 60:12,17
  67:14,18 72:17
  73:22 98:2 107:22
  109:9 138:4 141:7
  151:4,8 160:18
  162:14 165:20
  167:2 168:22
  176:5
Interpreter's 29:8
interviewed 23:17
inter-global 165:3
introduce 9:18
  174:18
introduced 88:16
  90:12 93:8 152:12
investments 127:4
involve 15:9
involved 52:7,22
  53:4 81:2,12
  117:22 118:6
  126:18 134:11
  164:20,21 171:2
  177:6
issue 68:11 69:11
  69:20 72:14 78:20
  130:1,3 136:11
  168:4
issued 100:20 101:2
  101:19
issues 58:18 162:12
Italy 34:3
item 56:13 57:9
  69:10 70:4,14
  78:10 80:13 82:2
  107:17 123:6,9,17
  124:10,14 125:2
  132:6 133:11
  134:8 138:21

139:14 140:11,20
  143:5
items 122:9 132:4
I,PIERRE 186:2

J
J 7:13 57:19 58:19
James 5:19 7:19
  8:2 94:9 180:11
  180:16,19
Japan 34:6 114:3,5
  166:7
Jim 57:10 58:12
  164:16
Jmingolla@eapd...
  3:18
Joannesse 7:20
  25:9 52:17
job 1:20 12:8 21:8
  21:14 22:20 28:12
  28:13
joining 28:19
joint 154:15 157:5
  158:17,17 165:10
joke 157:18,22
  158:3
Jonathan 3:4 10:1
  178:20
Jonathan.fine@...
  3:9
Joseph 3:13 9:20
June 7:20
juridique 65:1
justify 168:15

K
keep 84:9,10
kilometers 71:13
kind 13:6
knew 21:19,19 27:1
  37:11 40:16 45:15
  64:15 157:19
  170:21
know 11:19 12:15
  19:22 21:5,12,14

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-607

ESQUIRE DEPOSITION SERVICES

21:16,17,21 22:9
23:10 25:22 27:13
27:16,17 28:10,14
29:2,22 30:12
33:7 34:8 35:18
35:22 36:10,14,19
40:12,20 41:20,20
44:16,18 45:5,12
45:13,15,19 47:2
52:4,6,21 53:2,3
55:21 58:16 62:3
62:14,22 64:5
66:18 68:22 71:7
72:10 73:2,18
74:1 76:2 77:4
78:6 79:2 80:3,10
80:12 81:12 82:6
86:5 88:13,18
89:11 92:2,7,16
92:22 93:10 94:21
95:6,8,12,19
96:10,11,13,15,16
96:18 97:3 98:3
99:10 100:13
101:14 102:5,9,9
102:14 103:9,16
104:21 105:3,8,20
107:20 109:13
110:6,11 112:4
113:9,11,12
114:15,22 115:1,8
115:11 117:7,10
117:21 118:5,16
118:19 120:1,8
121:2 123:1,8,14
128:18 129:1,8,13
131:17,22 134:9
134:18 135:7
139:19 140:7
141:3 142:1,1
143:9 145:7 146:5
146:17 147:7
149:20 151:13
152:1 164:6

165:13 168:16
172:11 173:10,21
177:8 179:20
181:20
**knowledge** 156:13
**known** 20:5 95:14
100:6 135:1

---
**L**
---

**la** 6:21 68:4 138:2,7
**lab** 103:4
**Laboratorios** 4:15
4:16 39:8,10 40:1
41:7,15 43:4,6,18
44:3 45:11,14
51:14,15,21 83:17
113:13 114:16
136:11
**laboratory** 83:12
111:19
**labs** 115:7
**Lacer** 104:2
**lack** 164:7,15
**large** 61:9 127:18
**lasted** 90:17 153:10
**late** 57:7
**Laurence** 7:3 145:3
**law** 9:9 135:4 152:5
**laws** 38:1
**lawyers** 12:18
**layoff** 133:14 134:7
**le** 7:11 64:21 69:14
70:15
**leader** 44:5 148:22
**leading** 45:16 53:12
**learn** 19:17 28:3
**learned** 156:20
**learning** 64:2 96:7
**leave** 141:9 172:15
172:18 174:1
**leaves** 28:11,17
**leaving** 28:20
**Leclerc** 11:10
**Leduc** 7:12,18
19:21,22 20:6,8

20:16 21:2,9,18
21:22 22:6,22
23:16 25:5 26:2,9
28:19 32:6 52:17
79:6 88:17 90:13
92:10,11,17,22
127:6 128:14
131:12 152:14
155:5,10,20 159:9
159:18,20 162:11
163:10,17 164:4,7
164:16 167:1,7
168:21 169:22
170:9,15 171:2
175:11,22 176:12
176:17 177:2
184:2
**left** 35:21 51:21
73:14 132:1
171:10 172:7,14
174:3,11
**left-hand** 51:14
**legal** 9:15 24:17,19
24:21 52:16 79:7
112:10 115:12
117:8 120:12
**lengthy** 12:11
93:19
**les** 148:17
**letter** 4:21 6:10,17
7:18 85:11,20
99:4,6,8 111:3
150:20 179:21
181:10
**let's** 29:18 39:16
46:1 59:22 74:20
88:8,8,12 103:17
106:12 114:3
139:14 140:20
143:14 169:7
171:13 173:13
178:7
**level** 24:20 31:5
53:16 61:1,5 81:9

81:18 101:6
102:20 135:22,22
142:20 166:5
167:6 174:8
**levels** 67:12
**Lewis** 2:4 3:5 9:10
**life** 73:4 128:6
**lifetime** 128:16
**light** 183:22
**Lily** 3:21 10:6,11
**limited** 118:11
**line** 108:21 137:15
137:21 161:10
188:5 189:5
**link** 136:12,14
**linked** 86:17
132:22
**Liorzou** 5:3,8 6:12
6:18 31:19 52:15
54:17,20 56:6,19
71:4 79:7 83:6
117:14 118:14,20
161:6 162:2
**liquid** 67:8 68:9
116:9
**lis** 108:12
**list** 99:13 106:10,10
**listed** 51:4,18 66:15
66:19 76:5 85:7
94:6,13 99:1,3
110:22 119:20
137:14 144:19
162:1
**listen** 28:7
**listing** 177:3
**literally** 88:21
**little** 14:15,15 18:3
18:6,9 56:12
68:20 89:8 104:1
104:1 148:5 175:4
181:9
**live** 11:9 175:5
**LLP** 3:14
**local** 38:1 52:14

79:17,18 101:4
102:20,22 113:20
113:22 114:12
135:18,22 142:20
149:2
**located** 9:10 23:19
34:5 71:13,19
72:8
**logic** 131:13
**logical** 131:11
**long** 13:8 14:13,17
16:14 21:4 22:13
24:3 32:12 61:13
90:16 97:12
106:10 122:19
129:13,16 136:4
153:9
**longer** 12:9
**long-standing** 66:3
**look** 137:2 140:20
181:9,17 182:3
**looked** 80:6,6 89:2
160:15
**looking** 56:13 86:2
137:6 138:21
**lot** 103:15
**lower** 72:22
**luckily** 127:17
**lui-même** 65:3
**lunch** 91:8,10,12
**luncheon** 106:16
**lunches** 58:6 91:16
**l'Agence** 77:1
**l'Espagne** 6:14

---
**M**
---

**M** 7:13
**machines** 142:4
**Madam** 117:22
149:4
**Madrid** 33:14
54:16 56:10
125:18
**magical** 38:20
**mail** 48:13 148:10

JT-A-608

ESQUIRE DEPOSITION SERVICES

Page 200

main 25:5 45:8
  53:18 60:20
maintain 140:13
maintained 121:14
major 174:3
making 74:13 81:2
  81:13
man 89:8 91:15
  96:13 157:19
manage 72:22
managed 24:11
  177:14
management 27:11
  30:10 31:1,12
  52:16 79:7 81:1
  132:18 133:12
  173:1
manager 23:9
  52:15 64:8,10
  149:1
managing 100:2
manner 52:10
  80:22
Manu 50:16
manufacture
  109:16
manufactured
  34:20 41:19 46:18
  105:4 106:9
  109:22 123:20,22
  124:1
manufacturer 42:8
  109:17 122:21
  150:7 151:12,20
  151:21 152:2
manufacturers
  113:4
manufacturing
  4:14 13:16 41:22
  47:3 50:16 65:8
  77:11 80:15 82:3
  104:5,16,21 105:4
  105:10,15 106:5,6
  116:18 123:10,15

132:8 133:1
  141:11 154:4
March 48:18 54:17
  54:22 56:11 57:13
  61:13 62:9 64:3
  65:11 66:9 67:3
  68:12 69:21 72:13
  74:5,14 89:22
  90:7
marché 70:15
mark 84:12 160:1
marked 48:22 49:2
  55:5 66:11 75:7
  75:16 80:11 84:7
  84:18,21 93:12,15
  93:17 98:7,10,13
  107:4 110:13
  119:2,4 136:21
  144:2,11 160:4,6
  161:1 171:13,16
  179:6,8
market 100:18
  102:19 103:22
  131:6,7 147:20
marketing 158:20
markets 147:2,9,11
  147:16 153:20
Mars 5:4
Massachusetts
  3:16
Mateo 86:8 95:4
material 61:9
  111:16,17,17,20
  112:1,8 116:18
  142:8 148:5
materials 145:15
matter 9:5 75:10
  131:3 144:5
  149:13 156:7
  185:10
matters 15:1
mean 13:21 26:13
  26:18 29:12 30:20
  34:12,18 37:19,20

38:1 39:15 42:4
  48:1 59:2 61:6
  63:10 64:9 70:21
  71:2 83:5,18
  109:10 122:11
  124:1 132:20
  141:5 142:18
  148:7,22 151:8
  157:14 159:10
  164:1 165:13,17
  169:5
meaning 148:4
  168:16
means 24:13 30:12
  62:5,12 63:6,15
  64:10 65:13 69:6
  70:1 79:9,10
  110:9 113:15
  147:11 150:17
  155:1
meant 83:5 109:11
  157:2
mechanically 129:6
medication 34:18
  34:18 63:18,19
  76:22 77:7
meet 20:19 21:1
  48:6 92:14,15
meeting 7:16 20:22
  21:4,7,18 22:2,4,5
  54:14 55:19 56:10
  57:12,16,18 58:12
  58:19,22 59:1
  60:9 62:9,11,15
  64:3,6,8,11 65:11
  65:15,18 66:6,8
  68:12,17 69:12,21
  70:10 72:14 73:4
  74:5,8,11,15,18
  76:22 86:6,8,14
  86:14,19,20 87:3
  87:6,21,22 88:2,5
  88:12,14 90:1,6,7
  90:12,16,19 91:2

91:4 92:3,13,15
  92:18 93:5 94:16
  152:11,19 153:3,7
  153:9,13 156:15
  156:16,18 161:11
  161:14,16,19
  162:2,7,10,21
  163:2,9,14,16
  164:18 168:3
  184:11
meetings 22:6
  28:18 38:18 48:10
  87:7,7,9,13 88:9
  152:7,17 159:12
member 29:6 31:10
  31:11 136:6 150:1
members 26:13
  31:12 64:11
Memorandum 7:15
memory 14:18
  35:20 36:22 41:11
  44:4 85:18 91:6
  95:17 113:16
  162:22 163:20
  172:9 183:18
mention 162:14
mentioned 42:6,20
  56:2 57:16 58:5
  65:12 73:3 82:11
  96:12 101:18
  105:15 112:3
  120:2 134:8 148:4
  150:19 154:14
  156:22 157:1
  158:16,19
mentioning 124:8
menu 91:22
Merci 119:5 179:9
Mercredi 5:4
merging 157:17
Messrs 26:9 54:17
met 57:14 91:12
  96:5
methods 150:9,22

mettions 69:16
microgranules 65:8
micrograules 65:3
middle 171:12
million 61:19 62:5
mind 45:20 64:19
  88:10 97:14
Mingolla 3:13 4:3
  9:20,20 11:1
  16:11 17:3 20:12
  29:18 30:7,19
  34:14 35:13 37:17
  39:1 40:5,8 41:1
  42:15 43:15 45:22
  46:9 47:5,15,18
  48:21 49:15 50:1
  50:8 51:11 54:3
  55:2,7 59:20,21
  60:18 63:4,8,13
  66:14 67:20 68:1
  72:19 73:7 74:20
  75:14 77:19,21
  78:4 82:1,19 84:6
  84:10,19 87:14,19
  93:12,16 95:21
  96:3 97:19 98:4
  98:11,20 104:20
  106:12 107:13
  109:12 114:14,20
  116:10 119:1,6
  125:8,12 128:7
  134:1 136:17
  137:1 138:11
  143:14 144:9
  151:10 160:1,5
  162:16 165:21
  167:3,10 169:1
  171:13,17 173:12
  173:20 175:7
  178:2 179:2,10
  180:13 181:5
  182:19 183:8,13
  183:16 184:13,22
  185:6

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-609

ESQUIRE DEPOSITION SERVICES

Page 201

Minimum 38:7
minute 126:2
minutes 55:19 56:7
 65:12 70:1 82:11
 94:17 97:2 159:2
Mischaracterizes
 20:10 35:10 87:11
misheard 87:15
misreads 182:20
missing 27:2
mission 156:9
missions 121:15
mistake 142:14,14
 146:11 174:20
 177:1
mistranslating
 29:15
Mm-hmm 50:18
 51:2 56:15 67:6
 68:5 80:9 91:18
 94:4 95:3 101:21
 114:2 115:5
 117:15 126:1
 130:9 135:6
 149:22 151:18
 160:17 163:7
 176:7
mode 173:1
modification 81:17
Moi-même 111:7
molecule 115:5
moment 25:11 30:1
 49:7 75:18 84:20
 95:2 98:14 101:18
 104:3 105:11,15
 106:13 119:7
 120:16 126:11
 133:5 144:12
 149:7 152:3
 160:19 164:19
 168:7 173:13
moments 42:20
 165:5,14 179:11
money 15:19 16:3

17:16
monopole 70:14
month 38:7 67:2
months 14:8,8,18
 16:15,15 61:16,16
 126:3 172:19
morning 11:2 60:9
 152:6 178:19
move 174:14,15,16
MRP 103:6,9
multipage 49:17,20
 137:8 172:2
multiple 102:3
multitude 147:14
Murphy 5:19 7:13
 7:19 8:2 43:21
 44:3,16,19 45:5
 45:10,13,16 47:17
 47:22 48:6,11
 57:10,12,14,19
 58:13,16,19 68:16
 74:7,11 86:7,8,16
 86:19 87:3,6,21
 88:14,16,22 89:7
 90:2 91:9,11 92:4
 92:8,14,16,19,21
 93:5 94:10,16
 95:16,19 96:9,10
 97:3 152:8,12,18
 152:20 153:6,8,17
 154:11,12 155:5,7
 155:12,20,22
 156:14,16,20
 157:18,22 159:13
 159:18 162:11
 163:10,17,21
 164:8,16 166:10
 166:12,14,22
 167:1,3,13,15
 168:3,13,19 169:2
 169:8,12,17
 177:20 180:11,16
 180:19 183:7,11
 183:21 184:10

Murphy's 167:11
 180:21
mutual 101:5
Médicament 77:1

---

**N**

N 3:1 4:1,1,10 9:1
 107:1,1,1 189:1,1
name 9:13 10:6
 11:3,5,5,6 20:2,2
 20:3 21:19 25:6
 33:3 37:13 76:5
 77:10 78:7 94:9
 94:13 99:12 100:7
 111:18 112:22
 113:3 114:19
 115:4 123:7
 129:14 137:14
 145:3 159:6
 178:20 180:21
names 25:9 27:2
 32:8
natural 127:15
nature 33:19 41:15
 46:12 65:21 79:10
 79:11,12 158:5
 176:21
necessarily 126:6
 148:7 154:5
need 12:14 98:6
 116:19,21 150:15
 150:19 177:18
needed 37:6 71:3
 117:5 168:18,21
 170:17
needs 71:5 177:16
negatively 15:4
negotiation 50:20
 52:7 53:1,5 118:4
 118:6
negotiations 53:14
neither 89:14
 167:21 187:9
never 38:22 44:13
 48:17 95:18 96:5

124:7 128:6
 142:17 146:13
 155:2,9 156:6
 164:3,4 166:1,8
 170:13,13 174:21
 178:1
nevertheless
 114:12 173:7
new 46:20 62:18
 92:11 116:19
 147:2
night 136:4
nine 119:2
Nodded 84:15
 136:18
nods 11:22
normal 28:10 37:21
 91:2
Normally 52:11
Northwest 9:11
nos 49:1 55:13 69:5
 69:15 85:2 98:17
 160:12 172:3
notably 127:6
notarial 187:13
Notary 2:14 187:1
 187:20
note 7:11 29:9
 157:6 161:10,18
noted 78:1
notes 161:5
notice 133:14
notre 69:15
nous 64:22 65:1
 69:15,16
nouvelles 62:18
November 7:4
 144:22 149:5
 161:8,11,20 162:7
 163:15
number 9:3 63:18
 72:22 73:3,18
 74:22 75:9 84:14
 104:15 111:21

143:16 144:4
 156:22 158:11
 165:1 172:21
 185:8
numbered 99:18
 100:10 132:4
numbers 49:18,21
 137:9
numerical 59:9
nutshell 46:19
 113:14
n'a 64:20,21
n'ayons 64:22
N-O 159:10,11
N.W 2:5 3:6
nécessaire 69:19

---

**O**

O 4:1,10 9:1 107:1
 107:1,1 189:1
obeys 37:22
object 60:15 101:5
 109:5 153:16
 183:13
objecting 59:13
objection 14:22
 16:10,21 20:10
 26:15 30:18 34:11
 35:10 38:14 40:3
 40:6,19 42:13
 43:8 47:4 50:5
 51:8 54:1 63:2,7
 67:15 77:17,21
 78:1 81:14 82:18
 87:11 114:6,17
 116:7 128:4
 133:20 180:13
 181:5 182:19
 183:8 184:13
objective 125:17,19
 147:1,19 148:3,6
 148:6 149:1
objectives 60:20
 72:21
obligatory 76:19

JT-A-610