ESQUIRE DEPOSITION SERVICES

observations 6:20
  138:1,7
obtain 13:5 103:15
  109:20 111:22
  112:1 139:5 140:5
  140:9
obtained 101:15
  102:6 103:6
occurred 152:11
occurring 57:5
October 8:3 138:8
  138:14 148:10
  180:5 181:18
  185:4
offer 23:2 169:16
offered 21:8,13
  23:21
office 23:19
officer 44:20 148:3
  187:3
offices 2:2 9:10
  33:10 48:16 92:9
  138:15
official 86:11
oh 59:12 87:6 98:4
  145:11 162:15
okay 12:20,21 15:5
  29:8,20 43:16
  45:2 52:6 55:15
  58:13,14,15 59:5
  59:20 67:20 76:4
  84:5 91:14 95:1
  98:4,19 102:13,15
  102:21 103:17
  104:14 105:21
  108:1 109:18
  110:12 111:8
  112:20 119:13
  124:4 133:10
  136:13 137:5,11
  141:7 143:11,13
  146:14,19 152:10
  160:19,22 161:17
  170:20 172:12

173:12 175:13
  179:17 180:1,21
  181:9,12,17,20
  182:17 184:5
old 80:14 82:3
Olm 3:21 10:6,11
OME 123:9,14
Omeprazole 7:8
  42:1,8 64:4 65:8
  68:8 78:11 80:8
  106:4 108:7 111:9
  111:16 113:7
  114:16 115:6,9
  123:16,19,22
  124:22 145:15
once 38:7 54:20
  65:6 73:4 113:16
  149:3 159:14
ones 53:18,19
one-page 5:18
  75:22 93:21
  110:17 119:10
  144:15
onward 133:5
onwards 152:3
opens 63:12
operate 37:20
operation 121:13
  182:18 183:1
operational 24:12
  132:8
operations 72:15
opinion 34:2
  134:19
opportunity 154:21
opposed 158:1
optimization 61:4
  61:11
order 12:2,8 15:15
  31:9 63:17,19
  108:20 109:16,20
  111:22 112:1
  121:15 142:19
  163:22

Organigramme
  139:15,19,22
  140:5,9
organisation 69:16
organization 15:14
  15:15 29:10
  127:16,20 132:17
  140:3 177:10
Organizational
  39:5
organizations 72:3
origin 112:15 147:2
originating 111:9
ou 65:4
Ouais 148:19
ought 130:15
oui 51:6 56:20 57:1
  61:22 62:2 76:12
  78:14 86:1 89:21
  94:7,11 95:5
  100:12,15 108:10
  108:14 109:14
  110:19 125:5
  133:16 139:2,20
  144:16 145:6
  148:15 150:5
  160:10,14 163:6
  163:11 165:6,9
  181:11,19 182:16
  183:3
Oury 31:21
outcome 187:11
outlines 22:4
  154:14 157:1
outside 50:6 147:10
oversaw 30:10
oversight 182:18
  183:1
O'Toole 3:22 9:13

─────── P ───────
P 3:1,1,13 5:2,3 6:1
  6:18 7:13 9:1
  107:1 149:13,19
page 4:2,11 49:13

50:22 51:1,10,17
  51:18 56:13 57:18
  66:10,11,21 69:4
  108:9 139:18,18
  160:20 161:15,17
  163:1,4,5 188:5
  189:5
pages 1:21 22:14
  22:16 137:4
  138:19 160:8,16
  160:16
pain 63:20
Pakistan 113:19
Palmer 3:14
par 132:4
paragraph 61:18
  62:17 64:1 77:8
  99:18,19 100:10
  101:1 103:6,18
  111:8 112:12
  115:14 117:21
  146:21 149:12
  182:4
parameters 27:17
parent 57:11
Paris 11:9,10 38:17
  71:13,14,19,19
  72:8 86:6,17,19
  87:21 135:21
  152:22 153:3
  156:20 182:5
  183:12 184:12
part 17:11 58:22
  61:9 69:22 72:3,5
  108:3 118:4,6
  125:8 133:8
  149:14 155:9
  177:2
participant 130:11
  156:10,11
participants 7:12
  162:1
participated 58:22
participating 127:3

164:20
particular 165:18
parties 9:19 79:3
  133:1 187:10
partnership 157:8
  157:10,15 158:2
party 80:14
pas 64:20,21,22
Pascal 31:21
Pascale 7:6
patch 63:16
patches 63:3,15
patent 24:18
patents 24:22
paths 89:13
Patrice 7:7 23:5,5
  26:2 32:6 88:17
  127:6 128:14
  155:6 159:9
PB 56:21
PD 67:12
pending 17:8
people 20:5,6 23:7
  25:9 32:7 37:2,3,3
  37:5 52:11 80:1
  81:10 85:19 100:3
  100:7 127:2,5,5
  133:17 140:2
  165:2 170:22
percent 64:4,17
  131:6 147:13
period 32:16 36:3
  39:12 45:11 74:3
  127:7 130:4 156:5
  177:19
permanent 127:9
person 12:3 24:9
  25:5 31:3 36:16
  38:12 45:8 48:10
  52:13 79:14 83:7
  95:13 99:10,16
  117:17 130:13
  145:7 149:8
  157:20 184:3

ESQUIRE DEPOSITION SERVICES

Page 203

personal 173:6
personally 48:5
  95:20 126:14
  129:2 171:2
personnel 72:21
  73:1,3 142:5
persons 32:3,4
  79:17,22 133:14
persuade 176:12
pertaining 162:12
pertinent 125:11
Petite 68:19
PG 56:16 59:8 69:5
  69:6
PGs 67:12
Ph 6:18
pharmaceutical
  13:13 20:4 21:20
  83:12 103:4
  111:19 114:11
  127:19 135:4
  149:15 185:11
pharmaceuticals
  1:9 3:12 8:5 9:6
  9:21 40:11,15
  41:7 44:17,21
  45:5 46:12,15,17
  47:3 75:11 115:2
  115:9 144:6
  177:22 180:3
  181:4 188:3 189:3
pharmacists 26:20
Phase 63:7 109:6
  116:7
Philippe 5:14 6:11
  23:8 31:18 79:8
  117:16 118:14
  132:6 133:3
phone 20:17 38:19
  48:12 108:5
  166:17 168:3
phonetic 31:20,20
phrase 30:13
  124:18

physically 34:5
  129:6 136:1,3
  154:19
pieces 12:12
Pierre 1:15 2:1 4:2
  5:8,9 6:6,12 7:6
  8:3 9:4 10:19
  11:6 75:9 83:6
  107:8 111:6 122:2
  144:4 180:8
  181:10 182:4
  185:9
place 61:3 88:3,6
  90:6 91:4 134:8,9
  134:10 147:1
  152:18 153:3
  163:9,14 166:7
  177:10
places 126:6
Plaintiff 10:2
Plaintiffs 1:7 3:2
  178:15
plan 17:15 61:4
  126:4,12,19,21
  127:8,10,21 128:2
  128:9,17,20 129:9
  129:17
planes 57:8
plant 47:3
please 9:18 10:4,8
  10:16 11:3,7,19
  11:21 12:15,19
  14:19 15:12 16:19
  17:6 24:6 30:16
  37:18 45:4 67:21
  69:10 72:19 75:20
  77:22 93:13 95:22
  97:20 98:8 119:9
  131:9 137:22
  138:3 144:12
  160:9 171:14
  173:14 179:11
plenty 78:18 113:2
  136:7

PLLC 2:4 3:5
point 12:14 14:4
  23:21 65:15 92:10
  108:9,11,12 109:4
  109:21 120:19
  150:6 170:12
  171:10 175:2
  177:19 178:6
  182:17
points 60:6,8
  122:18 182:14
  183:7,12 184:11
portion 125:11
pose 65:17
poses 178:5
position 19:17
  23:10,22 24:4
  32:15 35:14 36:14
  44:2,17 45:4,14
  85:16 121:9
  168:15 174:4,9
positions 32:15
possibilities 113:2
  155:4 157:5
possibility 64:13
  125:13 157:17
  158:2,16 163:18
  178:3
possible 87:16
  102:2 134:12
  140:21 141:19
  142:10 143:1
  154:15 157:1,3
  158:7 159:1 165:7
  165:10,15
possibly 105:16
  176:19
potential 103:21
pour 65:3,4 70:15
powder 65:9
power 36:20 37:1
powers 37:9
practically 64:4
preceded 27:13

precise 89:5 120:4
  163:13 183:18
  184:6
precisely 34:10
  68:13 122:7,10
premises 110:1,5,8
  133:18 141:12
preparation 50:6
  177:16
prepared 55:21
  56:7
prepares 112:11
present 3:20 58:17
  62:15 88:13 92:11
  92:18 108:18
  115:6 127:2
  135:20 136:1,3
  154:20 174:6
presented 59:8
  92:21 154:21
president 23:14
  44:5 57:10 94:14
prevent 63:19
prevented 168:9
previous 87:18
  96:2
previously 89:9
  107:9
pre-existing 83:13
  103:2
pricing 53:14
principal 36:11
  131:16 147:10
principle 145:19
  147:13
print 128:8
prior 18:19,20
  21:17 22:7 23:1
  28:19 32:9,18
  112:18 164:22
privileged 15:1
  17:1
probably 100:6
problem 155:9

  159:19 166:18,19
  173:10
problems 164:21
procedures 36:22
  148:12
proceeding 52:18
  176:20
proceedings 37:1
  46:5 66:13 72:7
  104:19 106:17
  141:21 143:21
  178:11 187:4,6,6
proceeds 133:13
process 127:9
  150:8 151:2,3
  177:10
product 34:17
  41:22 46:20 105:3
  109:22 124:11,16
  150:7 151:11,15
  158:6
production 49:18
  49:21 55:13 76:1
  78:11 80:7 85:2
  93:22 98:17 106:9
  110:17 119:11
  137:9 144:15
  147:19 160:12
  172:3 179:14
Productivity 15:18
products 34:20
  41:19,20 46:17
  105:4,8 106:8
  114:13 123:10
  140:22 141:10,19
  158:7,9
produit 151:12
professional 2:13
  44:14 187:2
program 71:1
progress 128:19
progressive 80:22
progressively
  80:14 82:2

ESQUIRE DEPOSITION SERVICES

Page 204

project 14:14,17,21
  15:9,12,20 16:5,8
  16:12,14,16,20
  17:11,17 142:18
projects 17:19 74:1
  127:16 158:13
  166:3
prompted 174:1
property 24:22
  25:3
proposals 83:4
propose 20:20
protection 24:18,22
  25:3
protéen 65:1
provide 11:21
provided 14:6,20
  152:6
providing 170:9
Présentation 61:18
psychological
  176:21
Public 2:14 187:1
  187:20
Pulan 31:19 121:8
Purchase 4:21
purchases 61:11
purchasing 61:4,5
  145:10,12,14,17
  147:8
pure 108:20
purports 101:8
Pursuant 2:12
pursue 58:7
put 61:3 63:17
  100:17 102:19
  166:3 168:17
put-on-the-market
  116:19
P-I-E-R-R-E 11:6
p.m 57:2 104:18
  106:16,18 107:2
  141:20 143:20,22
  178:10,12

**Q**
quality 24:13 112:8
  112:9 151:2,2
quasi 176:10
que 64:21 69:14,15
  69:16
question 11:20 15:7
  16:2 17:5,8 29:17
  31:10 43:13 45:2
  51:12 52:9 54:4
  67:21 70:14,22
  72:4,10 78:3
  86:13 89:4 90:5,9
  101:17 105:7,13
  109:8,10,11
  112:13 118:11
  122:16 125:9
  129:4 135:8 163:8
  165:20 171:18
  179:19 181:7
  183:6
questions 11:18,19
  12:9 21:9,11,13
  58:10,11 65:17
  68:3 69:6,7 70:5
  74:4 104:6 129:19
  132:3 137:3
  152:16 178:3,4,5
  179:1 184:19
  185:1,6
qui 65:1,2 69:14
quite 58:20 87:15
  122:11

**R**
R 3:1 5:19 8:2 9:1
  24:13 94:9 107:1
  107:1 180:11,16
  180:19 188:1,1
  189:1,1
raised 70:6 158:1
  179:2
raising 158:1
rarely 58:7 134:22

raw 61:9 111:16,16
  111:17,20 112:1,8
  116:17 145:14
  148:5
reaction 167:12
read 17:6,7 18:8,14
  60:7,13 69:8
  87:17 96:1 103:19
  108:2,11,15
  125:10 137:21
  141:8 171:20
  186:3
reading 64:19
reads 77:9 132:3,6
  133:11 147:18
  149:12
ready 177:9
real 174:20
reality 166:3
realize 140:12
really 16:1 58:6
  89:15 98:2 134:22
reason 76:15 99:15
  124:6 135:10
  145:20 156:2
  159:3,4 166:17,17
  166:18 174:11
  180:18,20 181:14
  188:5 189:5
reasons 27:22 28:3
  28:9 80:21 81:1,3
  82:10 95:13 96:13
  96:15,20 97:5,8
  131:9 135:11,13
  135:15 136:8
  154:1 155:21
  156:3 174:4
recall 19:13 20:14
  25:6 27:2 28:22
  36:18 39:21 48:8
  50:11,14 53:9,21
  54:6 58:6 62:18
  64:2,18 65:10,14
  65:22 66:1,5

68:13,15 69:11,20
  69:22 72:13 73:12
  73:17 74:6,10,13
  74:17 78:8 79:15
  83:22 86:13,19,19
  87:5,20 88:18
  91:8,10 93:3,4,11
  94:15 95:11,16
  96:7,19,22 97:11
  97:12,16 110:21
  119:16 124:19
  127:7 129:15,16
  130:17 131:12
  134:7,15 138:13
  138:16 140:4,6
  141:3 142:15,22
  152:19 153:2,5,9
  155:10 156:14,19
  158:6 159:12
  161:14,16 162:6
  162:10,19,20
  164:9,18 166:9,13
  166:22 167:11
  168:11 170:5,8
  173:2 176:7
  178:19 185:3
recalled 152:8
recalling 91:20
receive 15:19 16:3
  17:16 76:16 102:2
  181:12,15
received 76:20
  111:21 119:15,20
  159:6,8
receiving 94:15
  185:3
recess 46:4 75:4
  106:17 143:20
  178:10
recipient 99:8
  145:22
recipients 137:15
reciprocal 154:12
recognize 50:2 52:1

52:5 55:16,18
  76:13 85:5 98:21
  110:20 119:14
  137:12 144:17
  160:15 161:1
  171:19
recollection 55:20
  56:4,10 57:15
  58:4,20 155:14
  163:13
recommendation
  141:9
record 9:2 10:5
  11:4,22 12:2
  29:18 30:3,4,5
  46:1,3,7 49:10,17
  55:11 60:8 74:20
  75:3,8,20 84:22
  93:20 98:15
  106:12,15 107:5
  108:4,15 110:15
  119:9 125:11
  133:12 137:7
  141:8 143:14,19
  144:3,14 160:9
  172:1 173:10,13
  173:16,17,18
  178:7,9,13 179:13
  185:14 187:5
recruited 136:5
recruiting 37:3
  70:12
recruitment 70:7
redacted 49:14
Reddy 111:10,18
  112:16
Reddy's 7:8
reduced 187:7
reduction 61:4,5,10
  72:16,20 73:3
  74:2
refer 33:7 40:17
reference 61:17,19
  61:21 62:18,20

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-613

ESQUIRE DEPOSITION SERVICES

68:22 78:10 80:10
80:19 81:17 82:6
83:4 90:1 95:4
100:11,13 103:9
104:10,12 106:5
107:17 109:4
110:8 111:14,20
116:3,4 123:1,14
124:14 132:14
141:4,18 142:2
143:9 146:6 147:6
148:2,17,18
150:14 151:11
**referenced** 86:14
100:22 114:1
117:20 126:11
165:5
**references** 70:18
76:22 80:7,18
86:4 99:19 102:15
103:6 111:9 122:6
123:9 134:5
140:21 142:10
**referencing** 139:12
**referred** 63:1 71:19
78:22 79:3 105:11
112:11,18
**referring** 33:8
40:18,21 70:4
87:4 104:22
140:18
**refers** 68:19 181:20
**reflected** 77:15
78:19
**reflections** 17:14
**refresh** 56:3,9
**regard** 155:16
**regards** 24:17,20
37:5 53:13 59:1
61:6 65:21 70:6
79:10 83:4 99:21
105:1 106:2
124:18 131:16
142:18 148:5

172:21 174:12
177:9
**Registered** 2:13
187:2
**regular** 28:10,14
**regulatory** 83:9,14
102:11,17 103:3
118:3 135:21
148:10,21 149:8
**related** 187:9
**Relating** 54:2
**relation** 41:21
172:22
**relations** 66:2,2,3
**relationship** 41:6
41:10 42:3,6,11
43:4 44:14 77:20
**relationships** 43:10
**remain** 27:18
133:17 174:22
**remember** 15:22
26:22 27:1 31:17
32:8 42:9 45:9
48:4 54:14,16,18
54:19 57:5,12,14
58:3,21 61:15
68:11 70:8,10
79:1 83:21 86:16
87:2 88:2,5,8,20
90:16 91:11 95:12
97:2,6 100:8,9
105:17 122:17
125:6 126:12
129:12 135:10
136:9 139:8 142:4
152:10,17 153:8
153:12 155:20
157:2 158:18
163:3,9,16,18,20
171:6
**remind** 146:22
**Rendu** 5:2
**renegotiation**
53:14

**reorganization**
126:4,12,19,21
127:8,10,21 128:2
128:9,17,20 129:9
129:14,17
**reorganized** 159:16
**repeat** 17:5
**rephrase** 183:10
**replaced** 121:7
**report** 26:4 35:8
120:14,20
**reported** 1:22 26:8
26:12,14
**reporter** 2:13 9:16
10:8,12,16 11:22
17:7 84:15 87:17
96:1 98:1 125:10
136:18 187:1,3
**reporting** 27:11
**represent** 9:19 32:3
50:15 94:2 178:20
**represented** 64:3
**representing** 9:13
9:17,21 10:1
**represents** 31:4,6
61:9 131:5
**request** 12:16 97:8
**requested** 92:2,13
92:15 140:8
156:15,16
**requesting** 86:11
96:19
**require** 16:16
**required** 16:20
17:9,11
**research** 31:21
46:16,20
**researching** 124:8
**reservations** 56:8
**residential** 11:8
**resign** 176:13
**resources** 24:14
26:21
**respect** 32:2 52:20

54:11 71:9 84:2
90:11 113:7,22
117:19 118:6
159:1 174:21,22
**respond** 52:9 60:17
73:6 90:8 128:5
**responded** 26:7
105:22 121:10
135:7
**response** 45:7
89:16 118:12
170:14 179:1
**responsibilities**
22:1,18,21 24:7
25:12,15 27:3,6
27:10 71:9 82:22
84:2 120:9
**responsibility**
24:17 25:2 54:11
82:21 83:2 114:10
126:22 171:5
**responsible** 45:8
117:11,13 133:4
145:10 149:8
184:3
**ressources** 69:17
**restaurant** 91:21
**restructured** 72:3
**restructuring**
142:19
**result** 86:10 132:5
**results** 39:6 59:2,3
59:9 177:11
**resumed** 46:5
106:17 107:9
143:21 178:11
**retrait** 65:1
**return** 16:4 188:4
189:4
**Reunido** 4:12
**Reunidos** 4:20
**Reunion** 5:2 7:11
**review** 55:9 75:19
76:3 84:21 93:19

98:15 110:14
119:8 122:8
144:12 160:7,20
179:11
**reviewing** 171:22
**reviews** 49:11
55:14 75:21 85:3
98:18 103:12
110:18 119:12
137:10 144:13
160:13,21 179:16
**RH** 69:13
**right** 13:21 42:22
51:15,22 67:3
79:18 154:21
157:20
**rights** 124:11,16,21
**Riofrio** 58:2
**risk** 97:13
**road** 63:11
**Robinson** 2:4 3:5
9:10
**role** 23:12 45:10
50:19
**Roseline** 7:19 52:17
**rough** 60:12
**royalties** 183:4
**RPR** 1:22
**Rubió** 104:2
**rumors** 28:5,8
**réelle** 64:22
**réglementaires**
148:17
**répondu** 69:5
**réunion** 6:21 68:4
90:1 138:2,7

_____ S _____
**S** 3:1 4:1,10 9:1
107:1 188:1 189:1
**Saint** 23:20 91:4,7
92:9 149:11
152:20
**sale** 141:19 142:10
142:17,21

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-614

ESQUIRE DEPOSITION SERVICES

)sales 64:4
Santa 32:12,16,17
　32:18
Sante 32:11
satisfaction 72:11
　73:6
satisfactory 89:16
saving 61:19
savoir 150:4
saw 53:18 78:18,18
　83:19,19 88:21
　89:19 152:22
　153:8 155:2
　166:16
saying 155:11
says 56:14,16 57:18
　58:1,19 59:7 65:5
　67:7,11 68:8 69:5
　78:10 82:2 86:4
　108:4,18 109:22
　115:16,20 116:11
　121:22 122:19
　143:5,5 146:22
　148:9 149:21
　161:19 182:3,4
scaling 72:14
seal 187:13
second 16:8 22:5
　29:19 31:11 32:2
　46:1 50:22 86:22
　88:5 108:8 117:2
　147:18 150:6
　160:20 161:17
　174:11
seconds 185:13
secretary 120:7,9
　120:11 121:9
　129:10
section 68:3,6 69:5
　132:3 140:21
sections 12:10
see 43:12 50:9,12
　51:3,5,17 53:7,21
　56:14 57:20 60:5

61:17,21 62:17,20
66:15,20 67:9,13
67:16 68:6,21
70:15 76:5,10
77:2,9 78:13 82:5
85:7,13,22 90:3
94:5,9 99:3,20
100:11 101:9
103:7,7 104:7
107:17 108:3
109:1 110:2,22
111:11 115:18,22
116:13 122:3,22
123:12 125:4
128:8 132:11
134:2 136:6,12
137:14,16 138:4
139:1,6,16 140:15
141:1,14,16,17,18
141:22 142:7,12
142:20 143:7
144:19 145:5
146:3,4,10,12,14
147:3,4,21 148:14
149:17 150:11,15
158:22 161:3,12
161:18,21 162:4
165:3 173:10
181:18
seeing 123:21
seek 118:21
seeking 117:22
Seemingly 181:13
seen 48:1 50:4
　86:16,21 95:18
　122:17 146:13
　172:5
sell 34:17 140:21
　141:10,12 142:8
　143:1
semester 86:22
sender 145:2
sense 120:13
　122:14 126:7

sent 7:4 82:14
　101:7,8
sentence 59:7,12,22
　60:5 63:1 64:20
　67:7 76:21 77:9
　78:13 80:5 86:2
　102:15 103:5,20
　104:7,12 105:19
　105:20 108:1,2,3
　109:1,21 110:2
　115:18,20 116:11
　121:18,21 122:3
　122:19 134:2
　139:4,6 140:21
　141:8,14,15,16
　142:9 148:9,14
　149:17 150:3,11
separate 88:9
series 11:17 127:22
　129:19,20
serious 157:16
service 71:10,12,15
　71:16,18 72:1,2
　83:8 135:17
services 9:14,17
　12:6 14:7,20 16:4
ses 65:4
set 187:12
seulement 69:18
share 174:19
shared 25:4
shareholder 175:8
shareholders 25:5
　25:19,20 26:1
　121:10,12 172:22
　174:6,13,18 175:3
　175:15,22
shares 177:3,13,15
shed 183:22
sheet 112:7 186:6
Shook 15:4
short 154:7
shorter 12:10
SHORTHAND

187:1
show 55:2 64:13
　110:12 136:16
　179:5
showed 59:8
sic 42:19 49:6,6
　106:2 115:13
　153:22 154:6
　156:4 159:17
　164:2,3 185:11
side 51:14 142:5
　174:6 176:22
　184:2
sides 34:21 132:21
　133:5
sign 52:12 79:22
signature 52:1
　185:17 186:11
　188:22 189:22
signed 77:10 78:11
　78:16 79:5,14,17
　80:7 164:13 186:7
signs 80:2
Similar 45:7
similarly 12:10
　51:16
simple 60:20
　166:17
simply 171:18
single 63:14
sir 28:5
site 71:13 104:5,17
　104:21 105:5
　116:19 124:8
　152:4
sites 105:6,9,10,16
　106:9
sitting 53:20 74:6
　96:16
situation 154:4
　156:4 164:6
　167:20,22 168:1
　169:4,10,14,18
　170:2,6,18 171:1

183:22,22
six 39:20 61:15,16
　91:19 147:13
skim 49:8
skin 63:17
sleep 182:10
SLR 9:8
small 28:15 69:2
　133:18 147:14
Smar 11:10
SmithKline 89:10
　89:10,11,14
soit 69:14
sold 177:13
solutions 168:16,17
　169:20
solved 67:12
somebody 28:16
　79:5 102:17
　167:13
soon 133:12
sorry 15:3 37:13
　59:10,13 84:11,13
　87:7 139:4 142:15
　159:7 168:22
sought 79:16
Spain 1:6 3:3 9:6
　33:1,5,7,10,11,19
　34:1 35:15,18
　36:1,5,12,15,21
　37:10 38:16 39:14
　39:15,19 42:4,12
　42:17 46:17,21
　47:3 54:19 59:8
　61:10,12 64:16
　68:9 70:11 71:9
　71:16 72:15 73:10
　73:16 74:2 77:16
　79:2 81:10 82:9
　82:22 83:3,21
　85:19 95:9 101:12
　106:5 113:6 115:7
　115:10,13,16,21
　117:12,18,20

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-615

ESQUIRE DEPOSITION SERVICES

118:8,9 121:19
123:11,18,19
124:9 125:3,14
130:2,3,15,21
131:1,2,17 133:2
133:8,13 134:13
135:12 136:11
138:13 141:12
142:10,16,19,20
163:19 188:3
189:3
**Spain's** 78:7
138:14
**Spanish** 18:10,12
18:14 36:17 70:6
77:5,6 101:2,16
102:6,16,18
103:22 118:9
143:2 147:19
148:12
**speak** 12:3 16:17
18:2,7,10 22:22
23:4
**speaking** 52:18
77:21
**Specialist** 9:15
**specific** 39:21 40:4
55:20 57:15 58:4
64:18 74:7,10,13
74:17 78:17 86:17
100:22 101:19
117:19 135:10
158:6 164:18
**specifically** 52:21
53:21 65:14 118:5
155:11 166:9
173:2 176:7
**specification** 150:9
**specifics** 157:2
**specified** 183:20
**speculation** 81:15
114:6
**spend** 127:15
**spending** 182:5

**spoke** 20:8 23:11
23:13 67:8 166:11
166:13
**sporty** 174:10
**stability** 150:18
**stands** 112:5
**start** 27:5 39:16
169:7
**started** 19:14 60:21
73:11
**state** 11:3
**statement** 74:7,10
74:14,17 97:20
155:18,21 167:12
167:16
**statements** 150:21
**States** 1:1 9:7 48:15
126:10 131:5
154:20
**status** 65:18
**stay** 24:3 176:18
**stayed** 92:22 171:8
**stenographically**
187:7
**stock** 177:3,13
**stopped** 14:8 65:7
155:4
**story** 95:13 171:3
**strategic** 126:9
**strategical** 17:14
17:14 175:1
**strategically** 126:9
**strategies** 25:16
**strategy** 24:10,11
25:13 70:13
153:19 172:21
**Street** 2:5 3:6 9:11
**strike** 18:19 21:16
54:15 64:1 67:21
81:7 98:5 130:2
175:19,19
**strong** 154:7,8
**structure** 36:17
115:12 135:5

140:2 142:17
**structures** 70:12
74:2
**studies** 150:18
**study** 174:19
**subcontracts** 113:5
**subject** 6:19 7:7 8:4
39:2 62:8 65:10
67:11 68:14,15
86:17 87:2 130:10
134:15,19 137:21
153:17 154:18
158:7 161:10
163:18 166:15
167:5 168:5,7,12
168:12 178:3
**subjects** 38:8 39:2
39:5 87:2,5 93:4,9
153:12 166:20
171:3 179:1
184:10
**submit** 109:19
**subsequent** 122:8
**subsidiaries** 17:22
19:9 27:6 34:22
35:7 145:18
**subsidiary** 32:22
33:4 42:21 81:9
114:4 143:2
165:18,22
**substance** 12:20
**success** 177:8
**successfully** 159:17
**sufficient** 165:1
**sufficiently** 165:1
**suggestion** 20:19
**suggestions** 83:5
169:16
**Suite** 2:6 3:6
**summary** 163:8
**superiors** 175:3
**supervision** 187:8
**supplied** 148:11
**supply** 149:16

**support** 15:15
**sur** 6:13
**sure** 29:14 37:22
53:11 54:8 60:19
71:15,16 79:20
89:15 100:1
103:14 154:10
159:14 184:8
**surprise** 64:13
**surprised** 64:7 66:1
**surveillance** 25:18
133:7
**swear** 10:8
**swearing** 10:16
**Swiss** 34:8
**Switzerland** 34:8
**sworn** 10:12,21
107:10
**synthesis** 150:8
**synthétique** 138:22
**system** 38:21
**systematic** 176:10
**s'il** 69:18,18
**S.A** 1:5,6 3:2,3 4:16
4:17 9:5,6 51:21
52:2 188:2,3
189:2,3

——— **T** ———
**T** 4:1,1,10 107:1
188:1,1 189:1,1,1
**tab** 71:2,5 118:18
**table** 159:19 168:8
**tackled** 65:13 87:6
**take** 12:14 45:20
49:7 75:18 84:20
91:4 98:14 100:4
114:3 119:7
127:17 134:8
141:11 144:12
160:19 166:7
176:15 179:11
**taken** 9:4 46:5 75:4
81:19 106:17
143:21 152:17

172:21 178:11
187:4,6
**talk** 157:21 159:19
163:22 166:2
**talked** 20:15 89:8
111:15 154:17
169:5
**talking** 38:2 40:16
94:17
**tam-tam** 38:22
**tape** 9:3 74:22 75:9
143:16 144:4
185:8
**tapes** 74:21
**tasks** 28:13
**team** 64:11 136:6
150:2
**teams** 25:7,8
**technic** 150:22
**technical** 80:21
81:3,6,19 103:13
103:14,16 112:6,7
112:7 118:15
**technically** 45:19
**technique** 38:22
**technological** 38:20
154:2
**technologies** 71:1,2
158:10,11
**technology** 8:6
62:18,19,22 71:3
158:5,12 165:8
**telephone** 38:12
**tell** 21:6 45:4 54:22
94:1 97:15 104:4
113:18 139:4
155:15 157:14
167:2 168:2 169:2
169:8,12 170:15
173:7 177:21
**telling** 166:22
**ten** 35:19 36:2 48:4
73:10,15 130:22
164:22

JT-A-616

ESQUIRE DEPOSITION SERVICES

Page 208

term 30:20
termination 97:9
terminology 112:6
terms 53:15
terrible 91:20
testified 10:21
 52:22 54:10 73:9
 107:10 152:11
 165:14 175:18,21
testify 51:9
testifying 18:17
testimony 12:20
 20:11 35:11 75:9
 83:22 87:12
 105:17 144:4
 152:7 185:9 186:3
 186:5
tests 111:21
text 60:14
thank 10:3,7 12:17
 41:4 55:6 63:22
 72:12 133:10
 138:12 178:6,18
 182:2,4 185:7
thereof 112:9
thing 28:14 42:18
 42:19 128:13
 171:20
things 30:22 38:20
 108:6 116:21
 127:19 151:16
 154:8 156:8 177:9
think 22:3,5 40:13
 83:3 87:13 88:1
 89:1 91:6 96:6
 103:13 115:12
 129:3 139:17
 172:6 177:1,5
third 80:14 112:12
 133:1
third-party 77:11
 82:3
thought 164:5
 174:20

three 22:9,15 25:9
 32:7,14 39:17
 48:9,12,13 61:15
 74:4 91:1,3 93:1
 126:3 132:21
 144:4 152:9,9
 162:6 176:4,5
 182:10,14 183:7
 183:12 184:11
 185:9
Thursday 7:4
time 11:18 12:3
 14:6 20:8 23:8
 26:1 30:2,6 34:12
 34:15 46:2,8 47:1
 52:16 53:12 54:18
 54:21 62:11 74:3
 75:2,13 83:7
 85:17 88:15,21
 89:18 91:12,20,21
 93:10 95:14 97:12
 106:14 107:6
 112:14 117:13
 120:16 124:7
 127:7,11,15,18
 129:21 142:16
 143:18 144:8
 147:7 149:1,7
 153:1,18 154:6
 156:5 157:6,7,9
 158:13 159:5
 164:13 166:16
 173:15,19 177:18
 178:3,8,14 182:5
 185:13
times 38:15,18
 39:14,17,19 47:21
 48:3,5,9,12,13
 54:19 130:22
 163:22 170:7
tired 105:14 182:9
title 23:13,16 35:14
 36:14,18 44:2,17
 45:9,10,14,17

82:20 94:12
 121:18 180:22
tobacco 63:19
today 12:6,14,19
 18:17 53:20 54:10
 73:9 74:6 84:1
 89:2 96:16 122:1
 177:17 179:2
today's 11:16 33:6
told 44:22 79:4
 96:15 148:5 157:8
 159:21
tomorrow 177:17
top 137:15 180:1
 181:17
topic 65:13 169:20
topics 38:9 153:16
 164:1
total 35:2 174:12
touch 73:2
touched 128:6
traditional 21:12
 37:11,19 38:2
 150:16 151:7,9
transcript 187:5
transcription 186:5
transfer 80:21
 111:16,22 124:10
 124:16 133:12
 148:4 149:3
transferring
 124:21
translate 12:12
 97:22 104:11
 138:3
translation 4:14,21
 5:11 6:3,8,15 7:1
 7:9,14 30:18 40:6
 59:17 60:13 65:5
 86:3 103:20
 108:17 121:20
translator 12:6,12
transmitted 122:2
travaus 6:13

travel 48:15
tried 126:4 156:7
 159:5 168:15
 183:21
trigger 64:11
trimester 86:22
Tristan-Joseph
 1:22 2:13 9:16
 187:2
troubled 167:15
true 186:4 187:5
trust 154:13 155:7
 155:12,20,22
 159:22 164:7,16
 167:1,7
try 11:20 12:11,15
 58:7 64:11 72:22
 122:13 167:4
 169:3,9,13
Tuesday 1:17
turn 50:22 66:10
 108:8 139:14
turning 69:4 95:1
 104:1 132:2
 161:17
turnover 147:11
Twenty-ninth 66:9
two 14:12 16:15
 22:9 23:7 26:1,7,8
 26:21 27:1 30:22
 32:6 34:7 48:12
 48:13,22 51:3,17
 54:21 74:4 75:9
 87:9,13 88:1,9,18
 91:16 93:2 115:16
 116:21 137:4
 138:19 143:17
 146:8,14,22
 151:16,22 152:7,9
 152:9 154:9 160:8
 160:16 168:14
 174:3,6 175:2,15
 175:21 184:11
two-page 55:12

85:1 98:16 110:16
 160:11
two-thirds 57:17
type 71:15 83:10
 128:2 129:2
 157:20 176:20
 177:8
typed 128:22 129:8
types 78:18
typewriting 187:8
typewritten 128:21
typing 142:14
T.J 3:22 9:13

**U**

U 189:1
Uh-huh 59:16
um 49:12,12,15
 54:10 178:19
 182:14 184:8
Un 60:6
underneath 94:13
 99:12 180:21
understand 11:18
 12:5 16:1 18:4
 30:20,21 31:7
 40:18 42:5 43:13
 51:12 54:4 61:20
 69:6 70:21 77:14
 78:2 92:1 101:17
 105:14 106:11
 117:9 122:11,14
 129:18 130:19
 131:2 142:13
 170:4 184:8
understanding
 33:18 37:8 41:14
 41:18 46:11,14
 70:3,17,20 79:21
 80:17 85:15 96:4
 97:7 101:1 104:9
 109:3 110:7
 111:13 116:2,15
 122:5 123:19
 124:13,15,18

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-617

ESQUIRE DEPOSITION SERVICES

Page 209

132:13,16 133:9
134:4 138:18
139:11 140:17
147:5 148:1,16
150:13 170:18
**understandment**
106:2
**understood** 12:1
16:22 46:22 106:1
**undertake** 159:16
167:8
**Undertaking** 4:22
**une** 64:22
**unfortunately**
157:13
**United** 1:1 9:7
48:15 126:10
131:4 154:20
**unknown** 96:14
**unsuccessful**
176:15
**use** 12:5 63:20
176:20
**usines** 65:2
**usual** 182:11
**usually** 28:11
**U.S** 46:15
**U.S.A** 57:11

___
**V**
**vague** 16:10 40:3
42:14 47:4 51:8
77:17 95:17 97:13
183:8,13
**vaguely** 41:16
97:11,15
**vagueness** 97:14
**valeu** 64:22
**value** 183:4
**various** 130:21
**vein** 70:10
**Venezuela** 147:16
157:5 158:17
**ventures** 158:17

165:10
**verbal** 11:21
**Vernade** 7:6
149:13,19
**verra** 69:18
**versus** 9:6 75:10
144:5 185:10
**Video** 9:15
**videographer** 3:22
9:2 10:3,7,15 30:1
30:5 46:2,7 74:22
75:5,8 106:14
107:5 143:16
144:3 173:15,18
178:8,13 185:8
**videotape** 75:5
**videotaped** 1:15
9:3 185:15
**view** 130:14,18
**visit** 39:19 138:14
182:5 183:12
**visited** 39:14
**visiting** 54:16 56:10
138:13
**voluntarily** 172:15
**voluntary** 172:17
**vont** 108:13
**vraiment** 69:18
**Vs** 1:8 188:3 189:3
**V-E-R-N-A-D-E**
149:14

___
**W**
**wages** 13:5
**waived** 185:17
**want** 15:2,3 27:5
29:14 51:9 63:10
129:5 131:8
135:16 164:20
171:20 177:7
**wanted** 20:18 151:4
170:3
**warranty** 112:9
**Washington** 1:16
2:7 3:7 9:11

**wasn't** 65:7 89:12
121:12 130:10
**way** 23:6,6 34:5
38:13,16 42:18
46:22 57:17 64:12
89:12 103:1,14
106:6 135:21
175:17 177:8,15
177:16 184:9,17
**ways** 103:16
**welcome** 107:14
171:21
**well-mannered**
167:5,14
**went** 38:15,16
52:18 54:19 97:21
128:13
**weren't** 153:17
**We're** 84:5 139:18
**we've** 94:16
**WHEREOF**
187:12
**wish** 60:4
**wit** 150:3
**withdrawing** 65:9
**witness** 10:17,20
29:21 35:12 37:15
38:15 40:7,20
43:9 47:16 49:11
55:6,14 63:3
72:20 75:21 78:2
81:16 84:8 85:3
97:21 98:18,19
103:12 107:9
109:7 110:18
114:8,19 116:8
119:5,12 128:5
137:10 138:6
143:15 144:13
151:3,6 160:13,21
167:4 174:17
179:9,16 183:17
184:6 187:12
**woman** 149:21

**word** 29:12
**words** 146:8,14
**work** 13:2,4,6,9,10
13:19 14:3 15:14
15:18 17:21 20:4
28:12 121:19,22
127:10 140:2
149:10 174:21
**worked** 28:13,13
89:9 113:14
158:11
**working** 13:13 15:9
16:22 19:14 27:16
60:21 76:19 100:3
124:7 158:13
171:6 172:12
174:5,5
**works** 135:19
149:11
**world** 21:21 61:1
103:4 131:6
**worldwide** 53:15
61:1
**wouldn't** 64:19
**write** 18:5,12
**writes** 139:3 140:12
**writing** 18:9 24:18
54:12 86:12
**written** 22:10 62:12
96:20 97:1,4
181:2,8 184:17
**wrong** 139:17
154:22
**wrote** 126:3,15

___
**X**
**x** 1:4,12 4:10,10

___
**Y**
**Y** 5:3 6:18
**yeah** 37:16 42:20
45:22 59:18 67:18
138:5 151:3
174:15 176:6
180:4

**year** 14:15,16 16:1
16:13 67:4 87:9
87:21 152:8,21
159:13
**years** 13:11 14:4,11
17:22 24:5 32:14
91:20 156:12
164:22 171:9
**Yentla** 31:19
**yield** 15:16,17
46:21 59:2 60:22
**YL** 56:18
**Yves** 5:8 6:11 31:18
52:15 56:5 71:4
79:7 83:6 117:14
118:14 161:5

___
**Z**
**Zaragoza** 47:8
105:2,16 110:1,5
110:8 124:1,5
132:8 152:4
**zone** 117:17

___
**Á**
**á** 65:2 69:5

___
**É**
**également** 108:13
**Éthypharm** 6:21
138:2,7

___
**$**
**$700,000** 62:7

___
**0**
**00** 5:10
**002009** 7:22 172:3
**002041** 8:1
**003272** 5:16 85:2
**003273** 5:17
**003283** 7:17 160:12
**003284** 7:17 160:12
**003595** 5:12 76:1
**004863** 5:1 49:21

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-618

ESQUIRE DEPOSITION SERVICES

004865 5:1
00548 49:18
005910 5:5 55:13
005911 5:6
005915 6:4 98:17
005916 6:4
005980 7:10 144:15
006124 6:9 110:17
007998 6:16 119:11
009103 7:2 137:9
009109 7:2
02199 3:16
04-1300 9:8
04-13000-SLR 1:8

**1**
1 1:17,21 4:12 49:1
   49:6,13,17 50:2
   50:15,20 51:1
   52:8,20 53:7
   56:13 69:10 70:4
   75:12 80:11 101:1
   123:6,9,17 132:6
   138:21
1st 9:12 144:7
   185:12
1:09 107:2
10 4:3 6:17 53:16
   136:17,20 137:8
   138:19,21
10:02 7:5
10:05:57 46:2,4
10:18:04 46:6,8
10:30 57:3
10:53:52 66:12
100,000 171:3
107 6:5
11 7:3 55:13 144:1
   144:11,14
11/22/00 7:16
11:04:03 72:6
11:08:12 75:2
11:18/15 75:13
111 3:15
119 6:10

12 7:11 160:3,7,11
   160:16 161:2,15
   161:18 163:2,5
12th 85:10
12/05/00 5:15
12:07:50 104:18
12:10:22 106:14,16
12:45 57:2
1201 2:5 3:6 9:11
13 7:18 171:14,15
   172:2
13:09:41 106:18
136 6:17
14 8:2 179:7
14:12:01 143:18,20
14:30:15 143:22
144 7:3
1470 11:10
15:26:14 173:15
15:29:21 173:19
15:38:23 178:8,10
15:51:27 178:12,14
16 98:17
16:00:52 185:15
160 7:11
1600 185:13
171 7:18
175555 1:20
178 4:4
179 8:2
18 99:2 172:19
18th 110:4 111:1
18/05/00 6:6
18/05/2000 6:2
184 4:3
189 1:21

**2**
2 4:19 49:2,6,20
   50:12 51:17 52:8
   53:3,8 57:9 66:11
   66:17 78:10
   103:18

2,000 161:20
2:09:29 141:20
20 53:16
200 8:3 113:17
2000 5:4 6:15 7:4
   19:13 23:17 48:18
   48:20 54:17 56:11
   57:13,15 61:13
   62:9 64:3 65:11
   67:5 68:12 69:21
   72:14 74:5,14
   76:9 77:16 85:10
   86:20,22 87:10,22
   89:22 90:7 99:2
   110:4 111:1 113:6
   113:12 114:15
   115:1,8 119:18
   120:5,6,10 124:20
   125:7,21 133:15
   138:9,14 143:1
   144:22 148:10
   149:5 152:8,21
   159:13 161:8,11
   162:8 163:15
   180:5 185:4
20004 2:7 3:7
2001 7:20 147:18
   171:10,12 172:8
2004 181:18,22
2006 1:17 9:12
   75:12 185:12
   187:14
2008 187:16
202)833-8900 2:8
   3:8
2041 172:3
2066 144:7
22 6:15
22nd 119:18 120:6
   161:8,11,20
   163:14
22/11/00 7:12
23rd 67:1
25th 181:18

29 5:4
29th 57:13 61:13
   62:9 64:3 65:11
   68:12 69:21 72:13
   74:5,14 89:22
   90:7

**3**
3 5:2 55:4,8,12,21
   56:14 58:11 67:7
   68:3 69:4 70:14
   80:13 82:2 89:2
   89:20 107:17
   124:10 133:11
   134:8 139:14
   140:11
30 53:16 147:13
   187:16
30th 148:10
31st 133:15 134:10

**4**
4 5:7,10 61:19 62:5
   75:6,16,22 76:6,9
   76:21 80:5,6,13
   125:2 140:20
4MFF 60:10 62:4
4MMF 62:5
4th 138:8
4-10-00 6:22 138:2
40 17:18
4865 49:21
49 4:12,19

**5**
5 5:13 84:17,21
   85:1 95:1 143:5
50 131:6
50,000 17:18
50/50 26:2
500 2:6 3:6
52 185:13
55 5:2
553 49:19

**6**
6 5:18 8:3 93:14,18
6th 180:5
60 64:4,17
600 100:7
600,000 62:6
617)239-0164 3:17

**7**
7 5:21 98:9,13,16
   99:19 107:15
700 100:3
73 85:2
75 5:7

**8**
8 6:5 7:20 107:3
   110:13,16 111:8
   112:12 115:14
   117:21
8:59 1:18 9:12
80,000 16:6
84 5:13
85 11:10

**9**
9 6:10 7:4 119:3,8
   119:10 132:2
9th 144:22
9:02 8:4
9:33:21 30:2
9:34:55 30:6
9109 137:9
93 5:18
98 5:21

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-619

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2                 DISTRICT OF DELAWARE

 3  - - - - - - - - - - - - - - - -

 4  ETHYPHARM S.A. FRANCE and      :

 5  ETHYPHARM S.A. SPAIN,          :

 6              Plaintiffs,         :

 7  VS.                            :   CASE NO.

 8  BENTLEY PHARMACEUTICALS,       :   04-13000-SLR

 9  INC.,                          :

10              Defendant.          :

11  - - - - - - - - - - - - - - - -

12

13        VIDEOTAPED DEPOSITION OF ADOLFO HERRERA,

14  a witness called by and on behalf of the

15  Plaintiffs, taken pursuant to the applicable

16  provisions of the Federal Rules of Civil

17  Procedure, before Sandra L. Bray, Registered

18  Diplomate Reporter, CSR Number 103593, and

19  Notary Public in and for Commonwealth of

20  Massachusetts, at the offices of Edwards Angell

21  Palmer & Dodge LLP, 111 Huntington Avenue,

22  Boston, Massachusetts, on Thursday, July 20,

23  2006, commencing at 2:23 p.m.

24
```

Page 2

1 APPEARANCES:
2  Representing the Plaintiffs:
3    BAACH ROBINSON & LEWIS PLLC
4    1201 F Street, NW
5    Suite 500
6    Washington, D.C. 20004
7    BY: DWIGHT P. BOSTWICK, ESQUIRE
8      JONATHAN D. FINE, ESQUIRE
9
10 Representing the Defendant:
11   EDWARDS ANGELL PALMER & DODGE LLP
12   111 Huntington Avenue
13   Boston, Massachusetts 02199
14   BY: CRAIG E. STEWART, ESQUIRE
15
16 Representing Laboratorios Belmac S.A.:
17   IBERFORO
18   28014 Madrid-CI
19   Marques de Cubas, 6
20   Madrid, Spain
21   BY: REBECA CORRAL GREGORIO, ESQUIRE
22     RAFAEL GARCIA-PALENCIA
23
24

Page 4

1        INDEX
2 WITNESS:                   PAGE NO.
3 ADOLFO HERRERA
4 BY MR. BOSTWICK              6
5
6
        EXHIBITS
7
  NO.    DESCRIPTION         PAGE NO.
8
  1    Declaration of Adolfo Herrera    30
9
  2    Fax to Mr. Gonzalez from
10   Mr. De Basilio, dated 3-4-98        56
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 3

1 ALSO PRESENT:
2   Ivelissa I. Escalera, Translator
3   Jane Lamb-Ruiz, Check Translator
4   Kristin Zarnetske, Videographer
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 5

1        PROCEEDINGS
2   (The Spanish Ministerio del Interior
3   identification of the deponent was noted
4   for the record.)
5       THE VIDEOGRAPHER: This is Tape Number
6 1 of the videotaped deposition of Mr. Adolfo
7 Herrera, taken by Plaintiffs, in the matter of
8 Ethypharm S.A. France and Ethypharm S.A. Spain,
9 Plaintiffs, versus Bentley Pharmaceuticals,
10 Inc., Defendants, in the United States District
11 Court, District of Delaware, Case Number
12 04-13000(SLR). This deposition is being held on
13 July 20th, 2006, at approximately 2:23 p.m.
14      My name is Kristin Zarnetske,
15 representing Esquire Deposition Services. The
16 court reporter, also in association with
17 Esquire, is Sandra Bray.
18      This deposition is being held at the
19 law firm of Edwards Angell Palmer & Dodge at
20 111 Huntington Avenue, Boston, Massachusetts.
21      Will counsel present please introduce
22 themselves for the record?
23      MR. BOSTWICK: Yes, Dwight Bostwick
24 and Jonathan Fine for the Plaintiffs in this

2 (Pages 2 to 5)

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**

JT-A-621

Page 6

1 matter, Ethypharm S.A. France and Ethypharm S.A.
2 Spain.
3        MR. STEWART: Craig Stewart for the
4 Defendant, Bentley Pharmaceuticals,
5 Incorporated. Also present is Rafael Garcia-
6 Palencia, counsel for Laboratorios Belmac S.A.,
7 and Rebeca Corral, also for Laboratorios Belmac
8 S.A.
9        THE VIDEOGRAPHER: Thank you. Will
10 the court reporter please swear in the witness?
11 And please swear in the interpreter.
12        IVELISSA I. ESCALERA,
13 a translator in the Commonwealth of
14 Massachusetts, who, being by me first duly sworn
15 to translate from the English language into the
16 Spanish language and from the Spanish language
17 into the English language, thereupon acted as
18 translator for the witness herein; and
19        ADOLFO HERRERA, having duly sworn or
20 affirmed that his testimony would be the truth,
21 the whole truth, and nothing but the truth,
22 testified as follows:
23           * * *
24        MR. STEWART: Before we begin, it may

Page 7

1 be -- I think we should probably also have our
2 check translator be introduced and the check
3 translator be sworn as well.
4        MR. BOSTWICK: Okay. And just to
5 clarify, that's a translator to observe -- an
6 extra translator to observe the proceedings and
7 see if there's anything that she would add or
8 change to that, and she has been -- she is
9 Bentley's check translator, so to speak.
10       MR. STEWART: Right. Would you
11 introduce yourself for the record, please?
12       MS. LAMB-RUIZ: I'm Jane Lamb-Ruiz,
13 and I'm an interpreter and translator,
14 Spanish-English, English-Spanish.
15       MR. STEWART: And would the
16 stenographer please swear Miss Lamb-Ruiz,
17 please?
18       JANE LAMB-RUIZ,
19 a translator in the Commonwealth of
20 Massachusetts, who, being by me first duly sworn
21 to translate from the English language into the
22 Spanish language and from the Spanish language
23 into the English language, thereupon acted as
24 check translator.

Page 8

1    EXAMINATION BY MR. BOSTWICK:
2 Q. Mr. Herrera, good afternoon.
3 A. (Through translator): Good afternoon.
4 Q. I take it you are currently the general manager
5    of Laboratorios Belmac in Spain?
6 A. Yes, that's how it is.
7 Q. Have you ever had a deposition taken before?
8 A. Not in United States.
9 Q. Does that mean you have had -- you have
10    participated in a deposition process somewhere
11    other than the United States?
12 A. Yes, I have participated in Spain at the court
13    as a witness in depositions.
14 Q. What -- can you tell me on how many occasions?
15 A. Two.
16 Q. Who were the disputes between in those
17    instances?
18 A. With other pharmaceutical companies.
19 Q. Both instances were while you have been general
20    manager of Laboratorios Belmac; is that correct?
21 A. Yes.
22 Q. Who were the other two companies that the
23    disputes were between?
24 A. One was Merck, and the other one was Pfizer.

Page 9

1 Q. Can you briefly tell me what the nature of the
2    dispute was with Merck?
3 A. Trademark infractions.
4        MS. LAMB-RUIZ: Trademark
5    infringement.
6 Q. And in that dispute, did it involve
7    microgranulization or pelletization?
8 A. No.
9 Q. And it did not relate to omeprazole or
10    lansoprazole?
11 A. No.
12 Q. How about the nature of the second dispute with
13    Pfizer? Can you describe that for me briefly?
14 A. Infraction of patents -- of trademarks, excuse
15    me.
16        MS. LAMB-RUIZ: Patent infringement.
17 Q. Did that patent infringement case with Pfizer
18    relate in any way to microgranulation or
19    pelletization processes?
20 A. No.
21 Q. And it did not involve omeprazole or
22    lansoprazole either?
23 A. No.
24 Q. Before we go further, let me just explain a few

3 (Pages 6 to 9)

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**

JT-A-622

Page 10

1  things about the deposition process so I'm sure
2  you're comfortable.
3      MS. LAMB-RUIZ:  Deposition rather than
4  procession.
5      THE TRANSLATOR:  Gracias.
6 Q.  First, we have a translator here to assist you.
7  Do you understand that?
8 A.  Perfectly.
9 Q.  I understand that you speak English, but because
10  Spanish is my native language, that you would
11  prefer to answer the questions in Spanish and to
12  hear the questions in Spanish.
13 A.  Spanish is my native language, and I understand.
14  I do write English, but not that well.
15 Q.  And it's perfectly appropriate for you to take
16  the deposition in Spanish.
17 A.  Correct.
18 Q.  And I want to clarify that if there's something
19  that you don't understand about my questions,
20  please stop me and ask for clarification.
21 A.  I will do that.
22 Q.  You have also been sworn in by the court
23  reporter, and that means that you must testify
24  truthfully in this proceeding.

Page 11

1 A.  I'm Catholic and Christian.
2 Q.  Most specifically, it means that you can't
3  testify falsely, but also you must not leave out
4  important information.
5 A.  Correct.
6 Q.  Now, the court reporter will take down the
7  questions and answers today.
8 A.  Very good.
9 Q.  And we will take breaks occasionally throughout
10  today and tomorrow, but if there's any time when
11  you feel as though you need a break, simply tell
12  me.
13 A.  Thank you very much.
14 Q.  Do you have any questions for me about the
15  process here today?
16 A.  No.
17 Q.  You have indicated that you are currently the
18  general manager of Laboratorios Belmac in Spain,
19  correct?
20 A.  Correct.
21 Q.  And am I correct that Laboratorios Belmac is a
22  wholly owned subsidiary of Bentley
23  Pharmaceuticals?
24      (Verbal exchange between translators)

Page 12

1 A.  That's correct.
2      MR. BOSTWICK:  Just so that I -- let's
3  go off the record for just a moment.  Okay?
4      THE VIDEOGRAPHER:  The time is
5  2:35 p.m.  We're going off the record.
6      (Discussion off the record)
7      THE VIDEOGRAPHER:  The time is
8  2:46 p.m.  We're back on the record.
9 Q.  Mr. Herrera, when did you first become employed
10  at Laboratorios Belmac?
11 A.  October the 1st, 1997.
12 Q.  How were you hired?
13 A.  I was working at another company which had
14  relationships with Belmac Labs, and the general
15  director, Clemente Gonzalez Azpetia, made me
16  offer, a job offer.
17 Q.  What was the other company that you were working
18  for?
19 A.  Llorente Laboratories.
20 Q.  Could you spell that for us, please?
21 A.  L as in Larry, L as in Larry, O as in Oliver, R
22  as in Robert, E as in Edward, N as in Nancy, D
23  as in David, E as in Edward.
24      THE TRANSLATOR:  Let me spell this

Page 13

1  again.  L as in Larry, L as in Larry, O as in
2  Oliver, R as in Robert, E as in Edward, N as in
3  Nancy, T as in Thomas, E as in Edward.
4 Q.  And what position were you hired into at
5  Laboratorios Belmac?
6 A.  Director -- general director -- deputy general
7  manager.  Excuse me.
8 Q.  And what were your duties in that position?
9 A.  I was helping the general director in charge of
10  the responsibilities of the manufacturing plant
11  and fundamentally bring products to the company,
12  look for new businesses.
13 Q.  And I take it that your direct boss in that job
14  was Clemente Gonzalez?
15 A.  Yes, this is correct.
16 Q.  What was your starting salary?
17 A.  It's difficult to remember, but approximately
18  between 12 to 13 millions of pesetas because
19  during those days it was pesetas.
20 Q.  Do you know what that translates to in dollars
21  approximately?
22 A.  About 70, 80 million -- about 70,000, $80,000.
23 Q.  How long did you hold -- strike that.  Did you
24  ultimately become general manager of

4 (Pages 10 to 13)

JT-A-623

Page 14

1    Laboratorios Belmac?
2 A.  Yes, afterwards.
3 Q.  When?
4 A.  Approximately June or July of the year 1999.
5 Q.  Did you have any other jobs between your job as
6     deputy and your job as general manager?
7 A.  No.
8 Q.  What are your general duties as the general
9     manager of Laboratorios Belmac?
10 A.  Reorganize the manufacturing plant, establish
11    the strategies in conjunction with the general
12    directorship to develop -- for development, and
13    establish financial policies for the company.
14 Q.  Have your responsibilities changed since July
15    1999 until now?
16 A.  No.
17 Q.  Is general manager the only position you have
18    held at Laboratorios Belmac from 1999 to the
19    present?
20 A.  Yes.
21 Q.  Who hired you to be general manager around June
22    or July of 1999?
23 A.  Yes, we're talking about 1999?
24 Q.  Yes.

Page 15

1 A.  I was employed by the company in 1997.
2 Q.  Okay. My question is a little bit different.
3 A.  Excuse me.
4 Q.  You became general manager around July of 1999,
5     correct?
6 A.  Correct.
7 Q.  Who hired you to be the general manager of
8     Laboratorios Belmac around July of 1999?
9        MR. STEWART:  Objection, incorrect
10    translation.
11       THE TRANSLATOR:  I'm just asking him
12    to repeat the question -- his answer. Excuse
13    me.
14 A.  Around June, July 1999, I changed positions, and
15    the change was made by Clemente -- or the offer
16    was made by Clemente Gonzalez Azpetia.
17 Q.  Do I understand you to testify that Clemente
18    Gonzalez Azpetia hired you to be general manager
19    of Laboratorios Belmac?
20 A.  Correct.
21 Q.  Did Jim Murphy hire you to be general manager of
22    Laboratorios Belmac?
23 A.  No.
24 Q.  Did Jim Murphy have -- strike that. Is it your

Page 16

1     understanding that Jim Murphy had nothing to do
2     with hiring you to be general manager of
3     Laboratorios Belmac?
4        MR. STEWART:  Objection.
5 A.  No.
6 Q.  Did Mr. Murphy have anything to do with hiring
7     you to be general manager of Laboratorios Belmac
8     in July of 1999?
9 A.  Mr. Clemente Gonzalez Azpetia communicated his
10    decision to Mr. Murphy.
11 Q.  Did you speak with Mr. Murphy about taking on
12    the position of general manager of Laboratorios
13    Belmac?
14 A.  No.
15 Q.  What was your salary as general manager?
16       MR. STEWART:  At what time?
17 Q.  When you began.
18 A.  We can say approximately 1 to 2 millions of
19    pesetas.
20 Q.  Is that the raise?
21       MR. STEWART:  Objection, incorrect
22    translation of the witness' testimony.
23 Q.  Does that mean that your total salary as general
24    manager in 1999 was 13 or 14 million pesetas?

Page 17

1 A.  Yes.
2 Q.  Did that salary change between 1999 and today?
3 A.  Yes.
4 Q.  Can you tell me how it changed?
5 A.  Along the pass of the years.
6 Q.  How about in the year 2000, what was your
7     salary?
8 A.  Honestly, I don't remember.
9 Q.  2001?
10 A.  Maybe 20, 22 millions of pesetas.
11 Q.  And how about 2002?
12 A.  Approximately 30 millions, but I'm not
13    100 percent sure of my answer.
14 Q.  2003?
15 A.  35, 36.
16 Q.  Million pesetas?
17 A.  Yes.
18 Q.  2004?
19 A.  About 40 millions, but I don't remember.
20 Q.  What is your current salary for Laboratorios
21    Belmac?
22 A.  Approximately 350,000 euros.
23 Q.  350,000 euros. In any of those years that I
24    mentioned, 1999 to the present, did you receive

5 (Pages 14 to 17)

JT-A-624

Page 18

1 bonuses?

2 A.  Yes.

3 Q.  Can you tell me what bonuses you received in

4     what years?

5 A.  Every year, I have received some bonus, and it

6     could be approximately, you know -- most likely,

7     it was included -- included in my salary.  I

8     don't have the specific numbers.  I'm just

9     thinking global number.

10 Q.  Who decided your salary -- the amount of your

11    salary and your bonus?

12 A.  The compensation committee of Bentley

13    Pharmaceuticals.

14 Q.  Have you ever received shares of Bentley stock?

15 A.  I have received stock options.

16 Q.  In what years have you received stock options?

17 A.  I believe the first year was year 1999.

18 Q.  Have you received stock options from -- well,

19    strike that.  Are these stock options of Bentley

20    Pharmaceuticals stock?

21 A.  Yes.

22 Q.  No, not Laboratorios Bentley.  Let me ask the

23    question again.  Are these Bentley

24    Pharmaceuticals stock options?

Page 19

1 A.  Yes, Bentley Pharmaceuticals.

2 Q.  And who -- is it Bentley's compensation

3     committee that decides whether to give you stock

4     options?

5 A.  Yes.

6 Q.  Have you received stock options from Bentley

7     every year since 1999?

8 A.  Yes.

9 Q.  Can you estimate for me the value of the stock

10    options that you have received from Bentley?

11 A.  No.

12 Q.  Why not?

13 A.  Because I have never executed my stock options.

14 Q.  How -- can you tell me how many shares of stock

15    you are permitted to exercise?

16    MR. STEWART:  At what time?  And

17    please translate my objection or my comment, my

18    point of clarification.

19 A.  Can you repeat the question because I kind of

20    lost track?

21 Q.  Okay.  How -- I'm trying to get an estimate of

22    how much you have received in terms of stock

23    options from Bentley, and I realize it's a

24    little difficult because you haven't exercised

Page 20

1 them yet.

2 A.  That's true.

3 Q.  So if you were to -- are you married?

4 A.  Yes.

5 Q.  If you were to tell your wife, "Here's how much

6     Bentley has given to me in stock options," how

7     would you explain that to her?

8 A.  What is different is that I would not tell my

9     wife.

10 Q.  All right.  How about your best friend?

11 A.  I would not tell my best friend either.

12 Q.  All right.  How about me?

13 A.  I would just say that it has been decided by the

14    compensation committee to give me the offer or

15    the option of stock options.

16 Q.  How much do you hold?  How many stock options do

17    you hold today?

18 A.  I honestly don't know exactly.  You know, maybe

19    something about 200,000 or 300,000.  You know, I

20    really don't know.  I have never been concerned

21    about it.

22 Q.  Do I understand that answer to mean that you

23    hold 200 to 300,000 shares of Bentley stock?

24    MR. STEWART:  Objection, objection,

Page 21

1 mischaracterization of testimony.

2     THE TRANSLATOR:  I'm sorry.  Can you

3     repeat your objection again?

4     MR. BOSTWICK:  Craig, we have never

5     had the -- we've been doing this about now for

6     three or four weeks.  We have never had the

7     translator translate the objections for the

8     witness.  This witness speaks English.  He can

9     hear your objections.  We don't need to

10    interrupt this and cause confusion.  He's

11    already lost a couple of questions.  She loses

12    her train of thought.  That's just patently

13    unreasonable.  So I'm going to ask you refrain.

14    MR. STEWART:  It's not patently

15    unreasonable.

16    MR. BOSTWICK:  Have we ever done it

17    before, Craig?  How many depositions have we

18    done to date?

19    MR. STEWART:  The fact we haven't done

20    it before doesn't mean we shouldn't do it now,

21    because, frankly, in the other depositions, as I

22    reflect on it, I wish I had.

23    MR. BOSTWICK:  I'm sure you do.

24    MR. STEWART:  The only part of your

6 (Pages 18 to 21)

JT-A-625

Page 22

1  objection -- the only part of your colloquy that
2  makes any sense is whether this witness in the
3  context understands the nature of my objection.
4       MR. BOSTWICK: Actually, the objection
5  is not for the witness. It's for the Court.
6  The witness has no right to even hear -- if what
7  you're telling me is you're trying to highlight
8  what he should say through your objections, then
9  you're just flat-out wrong in terms of the law.
10 It's not for the witness. It's for the Court.
11 If we want to continue this, we should go off
12 the record, but I would prefer to ask him the
13 question again through the court reporter and
14 let her continue, but this doesn't need to be
15 this way. I don't know why today is somehow
16 different than all the other days that we've
17 had. It's much more contentious, and quite
18 frankly, you're being unreasonable about the
19 translation issues.
20      MR. STEWART: It's not contentious at
21 all on my part. I'm simply trying to have an
22 accurate translation and have the proceedings
23 translated accurately into Mr. De Basilia --
24 Mr. Herrera's native language. I'll lose the

Page 23

1  client by referring to the witness by the wrong
2  name.
3       MR. BOSTWICK: Well, we don't need to
4  translate the objections. And why don't we read
5  back the question for the witness since I'm sure
6  we've all forgotten.
7       If you can read back the last question
8  in English, and then she can translate it, and
9  we'll all be back on track.
10      (Reporter read back the last question.)
11      MR. STEWART: Objection,
12 mischaracterization of testimony.
13 Q.  That you may exercise at certain times.
14 A.  Yes.
15 Q.  Can you exercise those shares today if you wish?
16 A.  Not all of them.
17 Q.  Approximately what percentage?
18 A.  Approximately 60 or 70 percent.
19 Q.  Okay. Let me ask you about any positions you
20 may hold with Bentley Pharmaceuticals. Do you
21 hold any positions with Bentley Pharmaceuticals?
22 A.  Vice president of Bentley Pharmaceuticals since
23 January or February of 2005 approximately.
24 Q.  Who hired you to be the vice president of

Page 24

1  Bentley Pharmaceuticals around 2005?
2 A.  I wasn't hired by anyone. I don't receive any
3  compensation. It was communicated to me by the
4  committee of Bentley Pharmaceuticals that I have
5  been assigned this position.
6 Q.  When you say it was communicated to you by the
7  committee of Bentley Pharmaceuticals, was it --
8  do you mean the board of directors?
9 A.  That's what I understand. Mr. Jim Murphy as the
10 responsible person or president of Bentley
11 Pharmaceuticals, he communicated to me that it
12 had been decided by the director committee of
13 Bentley Pharmaceuticals that I will be the vice
14 president.
15      MR. BOSTWICK: And -- I'm sorry.
16 Could you read back that last answer, please?
17      (Reporter read back the last answer.)
18 Q.  You have spoke -- spoken of the director
19 committee. Do you know -- because you speak
20 some English, could you tell me what that term
21 is called in English, director committee?
22 A.  I understand of it as the board of directors,
23 you know, like the committee of directors.
24 Q.  Are you sure this was in 2005 or could it have

Page 25

1  been earlier?
2 A.  I remember that it was communicated to me at the
3  beginning of 2005. If it was decided prior to
4  that, I don't know. It was communicated to me
5  at the beginning of 2005.
6 Q.  How do you remember that it was communicated to
7  you at the beginning of 2005? Do you have a
8  specific recollection of the conversation with
9  Mr. Murphy?
10      MR. STEWART: Objection, two
11 questions, and either the stenographer -- the
12 translator translates the question or I need a
13 short colloquy with the witness to make sure
14 that he has the objection.
15      MR. BOSTWICK: The witness doesn't get
16 the objection. He knows you've objected, but he
17 doesn't get an explanation.
18      MR. STEWART: The objection stands.
19 Q.  Do you remember the question?
20 A.  Not very well.
21      MR. BOSTWICK: Neither do I. Why
22 don't we ask the court reporter.
23      (Reporter began to read the question
24      back.)

7 (Pages 22 to 25)

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**

JT-A-626

Page 26

1 Q.  Let me actually start my question over. It'll
2      be easier.
3 A.  You've testified that you were informed that you
4      were the vice president of Bentley in 2005,
5      correct?
6          MR. STEWART: Objection.
7 A.  Correct.
8 Q.  And you were -- that was communicated to you by
9      Mr. Murphy, correct?
10 A.  Correct.
11 Q.  Do you have a specific memory of Mr. Murphy
12      telling that to you in 2005?
13 A.  Yes, that's how it was, and it was a
14      communication via phone.
15 Q.  You were in Spain and he was in the United
16      States?
17 A.  Yes, that's how it was.
18 Q.  And Mr. Murphy called you or did you call
19      Mr. Murphy?
20 A.  Mr. Murphy called me.
21 Q.  And can you tell me with as much detail as
22      possible what was said in that telephone call?
23 A.  He said congratulations, the committee of board
24      or -- board of directors have decided that you

Page 27

1      become the vice president of the company.
2 Q.  Did he tell you what -- first of all, is that
3      all you remember of the telephone conversation?
4 A.  Yes.
5 Q.  Did he tell you what the salary would be for
6      that new position?
7 A.  No.
8 Q.  And you don't receive a salary for that position
9      today?
10 A.  No.
11 Q.  In other words, it's correct that you only
12      receive a salary from Laboratorios Belmac? Is
13      that true?
14 A.  Correct.
15 Q.  Did Mr. Murphy tell you that your job duties
16      would change in any way as a result of this new
17      position?
18 A.  During another conversation, I asked him, "Do I
19      have any additional responsibilities?"
20 Q.  And what did he say?
21 A.  Mr. Murphy responded to me, "Adolfo, this is
22      more of a recognition of your work and to help
23      me on specific things for Pharmaceuticals
24      Bentley as a consequence of your knowledge of

Page 28

1      the world of pharmaceuticals."
2          MR. STEWART: Objection,
3      mistranslation.
4          MR. BOSTWICK: Do you have a
5      suggestion for the translation, an improvement
6      of that?
7          MS. LAMB-RUIZ: It was from before,
8      "general recognition," not just "recognition."
9          MR. BOSTWICK: Pardon?
10          MS. LAMB-RUIZ: I knew the award --
11      the new position was awarded on him in general
12      recognition, not just recognition.
13          MR. BOSTWICK: The new position was in
14      general recognition of prior work, not just
15      recognition of prior work?
16          MS. LAMB-RUIZ: Right.
17 Q.  Mr. Herrera, the general recognition for prior
18      work is work performed at Laboratorios Belmac,
19      correct?
20 A.  Correct, as a subsidiary 100 percent of
21      Pharmaceuticals Bentley.
22 Q.  As 100 percent subsidiary of Bentley
23      Pharmaceuticals, is that what you mean?
24 A.  That's correct.

Page 29

1 Q.  Am I correct from these answers that you've just
2      given me that your job duties haven't changed
3      significantly since you became vice president of
4      Bentley?
5 A.  No, they haven't changed. Practically they
6      haven't changed nothing at all.
7 Q.  Mr. Herrera, Mr. Murphy often took handwritten
8      notes of telephone conversations he had with you
9      or meetings with other people. Did you ever
10      take notes of meetings or telephone calls?
11 A.  No.
12 Q.  So it is your general practice not to take notes
13      at meetings?
14          MR. STEWART: Objection,
15      mischaracterization.
16 A.  When I'm in meetings outside from the office and
17      I'm negotiating contracts with other companies
18      or possible collaborations with other companies,
19      I do take my notes, my own notes, and I base on
20      my contacts. When I'm conversing with internal
21      staff in my company, normally I do not take
22      notes. I basically just base everything from my
23      head, you know; maybe some mistake that I make.
24          MR. BOSTWICK: Why don't we take a

8 (Pages 26 to 29)

Page 30

1    five-minute break.
2 Q.  Is that okay with you?
3 A.  Yes, and I can go to the men's room.  Perfectly.
4         THE VIDEOGRAPHER:  The time is
5    3:26 p.m.  We're going off the record.
6         (Recess)
7         (Declaration of Adolfo Herrera was
8         marked Exhibit Number 1 for
9         identification.)
10        THE VIDEOGRAPHER:  The time is
11   3:45 p.m.  We're back on the record.
12 Q.  Mr. Herrera, I have asked the court reporter to
13   give you what has been marked as Exhibit 1.
14 A.  Thank you very much.
15 Q.  And do you recognize this document to be a
16   declaration that you signed in this case?
17 A.  Yes, it's my signature.
18 Q.  On Page 13?
19 A.  Yes, that's correct.
20 Q.  And are those your initials at the bottom of
21   each page as well?
22 A.  Yes.
23 Q.  And you reviewed that document carefully before
24   signing it in November of 2004?

Page 31

1 A.  Yes.
2 Q.  And have you reviewed that document in
3    preparation for your deposition here today?
4 A.  Yes.
5 Q.  Let me ask you a few questions about some of the
6    items in the declaration.
7 A.  Very good.
8 Q.  On Page 4, Paragraph 11, the first sentence
9    reads -- and I'll have the translator read it in
10   Spanish, but you can read it in whatever
11   language you're comfortable.  It says, "One of
12   the three directors and all of the senior
13   management team of Belmac are distinct from
14   Bentley.  The members of Belmac's board are
15   James Murphy, Michael Price, and myself."
16        My first question to you is, has the
17   Laboratorios Belmac board consisted of Jim
18   Murphy, Michael Price, and yourself since 1999?
19 A.  Yes.
20 Q.  Anybody else?
21 A.  No.
22 Q.  And it's true today that James Murphy, Michael
23   Price, and yourself all hold positions at
24   Bentley?

Page 32

1 A.  My position is as vice president, as before I
2    explained my position.
3 Q.  Okay.  And Mr. Murphy and Mr. Price are also
4    officers of Bentley, correct?
5         MR. STEWART:  Objection.
6 A.  When you say officials, what exactly --
7    officers, what exactly are you meaning?
8 Q.  Well, what position do you understand that James
9    Murphy holds at Bentley?
10 A.  President of Bentley Pharmaceuticals.
11 Q.  Is he also chairman of the board or CEO?
12 A.  Yes.
13 Q.  Is he also chairman of the board of directors of
14   Bentley?
15 A.  Honestly, I don't know.
16 Q.  What position does Michael Price hold at Bentley
17   Pharmaceuticals?
18 A.  Financial vice president.
19 Q.  And is it your understanding that Mr. Murphy and
20   Mr. Price have held those positions at Bentley
21   since 1999?
22 A.  That's how I understand it.
23 Q.  Let me ask you to turn to Page 2.  And toward
24   the end of Paragraph 3, part of that sentence

Page 33

1    reads, "Belmac is not dependent on Bentley for
2    funding."
3 A.  I cannot see it.
4         THE TRANSLATOR:  Do you want me to
5    point it out?
6         MR. BOSTWICK:  Uh-huh.
7         THE TRANSLATOR:  "Belmac funding."
8 A.  For financial -- for their financials.
9 Q.  Do you see now where it says that Belmac is not
10   dependent on Bentley for funding?
11 A.  Yes, I can see it.
12 Q.  Are you aware of a loan or an extension of
13   credit of 6 to 7 million euros given by Bentley
14   to Laboratorios Belmac sometime before 2003 or
15   2004?
16 A.  Yes, but it's not exactly in that way.  I would
17   like to clarify the concept.
18 Q.  Please.
19 A.  In this page, we're talking about financing.
20   When we're talking about 6 to 7 million euros,
21   we're talking about a concept that is based on
22   the management fees.  And that comes we had to
23   pay Bentley Pharmaceuticals a certain amount of
24   money, and that has been recollected on our

9 (Pages 30 to 33)

JT-A-628

Page 34

1  books in a time period of three to four years.
2  And there was no --
3      MR. STEWART: Objection as to
4  translation.
5      MR. BOSTWICK: Let's let her finish.
6 A.  There's no movement from --
7      THE TRANSLATOR: I lost it.
8 A.  There was no movement of monies from Belmac to
9  Bentley Pharmaceuticals.  At a certain given
10  point, we were concerned in terms of a
11  possibility of fiscal problem at a certain
12  point.
13      MR. STEWART: Objection as to
14  translation.
15 A.  At that moment, it was recognized as a loan to
16  expand the capital, and with this situation,
17  with this agreement of management fees, what we
18  were doing is the salvation of 35 percent of
19  that monies.
20      MR. STEWART: Objection as to
21  translation.
22 A.  That 35 percent, that represents approximately
23  2 million euros.  We were saving it from the
24  taxes point of view because the taxing system in

Page 35

1  Spain is very high, but we have never need money
2  for our financing.  Bentley has never
3  guaranteed --
4      THE TRANSLATOR: He used the word
5  "abalado," which I'm not familiar with, and he
6  suggested "guaranteed."
7 A.  -- with banks or any organization.
8      MR. BOSTWICK: There were a couple of
9  objections to the translation in that phrase.
10  In the future, I'd appreciate if we object at
11  the end of the translation, but if you have any
12  suggestions on your views of what was right or
13  wrong, I'd like to hear them.
14      MR. STEWART: On those specific
15  translations --
16      MR. BOSTWICK: Maybe we could hear it
17  from the court -- from the translator.
18      MR. STEWART: I'm not pretending to do
19  it.  I'm simply introducing it.  Our translator
20  made a couple of notes with respect to some of
21  the words used.  If you would, please.
22      MS. LAMB-RUIZ: Yeah.  The witness
23  said that the company was worried about a tax
24  problem rather than a fiscal problem, and that

Page 36

1  there was a 35 percent was I believe the
2  contribution to capital increase.  I may be
3  wrong, but it was capital increase.  And then
4  that they didn't have to pay income tax on that
5  35 percent.  And finally, that they'd never had
6  the financial backing of Bentley.  They were
7  never "abalado" by Bentley.
8 Q.  Mr. Herrera, you mentioned, I believe, that this
9  was -- this amount of money was paid or -- was
10  booked in a three to four-year period; is that
11  correct?
12 A.  Three, four, five.
13 Q.  What years were those?
14 A.  It could be, you know, from the year 1997 to
15  year, you know, approximately 2002, 2001.
16 Q.  And the way this was recorded on Laboratorios
17  books and records was management fees?
18 A.  Yes, that's correct.
19 Q.  Meaning Bentley managing affairs of Laboratorios
20  Belmac?
21      MR. STEWART: Objection.
22 A.  No.
23 Q.  What is correct?
24 A.  The correct is instead we are a subsidiary of

Page 37

1  Pharmaceuticals Bentley, and Bentley designates
2  a certain amount of expenses to the subsidiary.
3      MR. STEWART: Objection.
4      MR. BOSTWICK: Please do that at the
5  end.
6      MR. STEWART: If we do it at the end,
7  how is the translator going to pick up during
8  the course of the translation?
9      MR. BOSTWICK: She's going to do her
10  best job, and if you've got a problem, at the
11  end, we'll hear from her, but that's very
12  distracting, I'm sure, as she's trying to do her
13  job.
14 Q.  Can you repeat your answer, please?
15 A.  Bentley designates certain expenditures to the
16  affiliated company, for corporate services, as
17  for example; when they have to do the entire
18  accounting system and consolidate accounts, as
19  an example, as I say.
20 Q.  What was your role in the recording of these
21  loans in the books of Laboratorios Belmac?
22      MR. STEWART: Objection.
23 A.  That is done directly by my financial
24  department.

10 (Pages 34 to 37)

JT-A-629

Page 38
1 Q. Who at your financial department?
2 A. My direct -- my financial director.
3 Q. Who is that?
4 A. Today, Mr. Emilio Barta.
5 Q. And who was -- who held that position from 1997
6   to the present?
7 A. Prior, it was Ester Sanchez.
8 Q. Those are the only two from 1997 to the present?
9 A. No, Miss Ester Sanchez has been in the position
10   of financial director I believe it was since
11   1999 until the year 2005.
12 Q. Who held the position between 1997 and 1999?
13 A. Jose Maria Esteve.
14 Q. Do you want to spell that for the record?
15 A. Ester Sanchez or Esteve --
16 Q. The last name Esteve.
17 A. E as in Edward, S as in Sam, Tom as in Thomas, E
18   as in Edward, V as in Victor, E as in Edward.
19 Q. Did your -- strike that. Did those individuals
20   at Laboratorios Belmac speak with anyone at
21   Bentley Pharmaceuticals about this matter?
22 A. Not Jose Maria Esteve because the subject came
23   about afterwards. Ester Sanchez.
24 Q. Who did she speak with?

Page 39
1 A. With the vice president of finance of Bentley
2   Pharmaceuticals, Mike Price.
3 Q. And how about the last individual? Who did the
4   last individual deal with at Bentley
5   Pharmaceuticals on this topic?
6 A. Are we referring to Ester Sanchez or who are we
7   referring to? I just lost --
8 Q. Sanchez. Sanchez.
9 A. With Mike Price.
10 Q. Anyone else that you're aware of from Bentley
11   Pharmaceuticals?
12 A. No.
13 Q. Let me ask you to look at Exhibit 1 again.
14 A. Yes.
15 Q. Page 4, Paragraph 8. And let me read this out
16   loud, and the translator can translate it for
17   you. That paragraph reads, "Throughout my
18   tenure, I have maintained" -- "through my
19   tenure" --
20 A. Okay, that's fine.
21 Q. Do you know what the word "tenure" means in
22   English?
23 A. Yes.
24 Q. "Throughout my tenure, I have maintained and

Page 40
1   continue to maintain day-to-day control over the
2   operations of Belmac and need not seek
3   authorization or direction in the day-to-day
4   operation of the Zaragoza plant from Belmac
5   board or Bentley."
6       THE TRANSLATOR: I'm sorry. I have to
7   repeat this.
8       MR. BOSTWICK: That's okay.
9       (The translator repeated.)
10 Q. Do you understand so far?
11 A. Perfectly.
12 Q. "Indeed, I need not and generally do not consult
13   with Belmac's board or Bentley unless I will
14   exceed the delegation --
15       (Verbal exchange between translators)
16 Q. -- of responsibility." You understand that
17   paragraph, correct?
18 A. Yes, that's correct.
19 Q. Is it your position, Mr. Herrera, that you have
20   very broad authority as the general manager in
21   Spain?
22 A. Yes.
23 Q. Is it your position that you make many decisions
24   without speaking with Mr. Murphy or Bentley?

Page 41
1 A. Yes.
2 Q. Are there a number of matters you decide where
3   Bentley or Mr. Murphy have no idea what you're
4   doing?
5 A. That is true.
6 Q. Let's look at the last sentence again of
7   Paragraph 8. And again, it reads, "Indeed, I
8   did not" -- "I need not and generally do not
9   consult with Bentley's board" -- "Belmac's board
10   or Bentley unless I will exceed the delegation
11   of responsibility." Correct?
12 A. Correct.
13 Q. So is it correct to say that when you do speak
14   with Bentley or with Mr. Murphy, it's about a
15   very important topic?
16       MR. STEWART: Objection.
17 A. It's not correct.
18 Q. What is correct?
19 A. I inform my president of Belmac Labs in terms of
20   how the business is progressing and how
21   different negotiations that are in process are
22   moving along. I inform him.
23 Q. Does Mr. Murphy provide advice on those topics?
24       MR. STEWART: Objection; vague, time.

11 (Pages 38 to 41)

**Page 42**

1 A.  I insist once more again.  I inform him of the
2     progress of a negotiation and the declaration of
3     anything in process.
4 Q.  Does Mr. Murphy ever tell you what to do in
5     those negotiations?
6         MR. STEWART:  Objection; vague,
7     unspecific, and no parameters as to time.
8 Q.  While you have been general manager --
9 A.  No.
10        MR. BOSTWICK:  Why don't you translate
11    "while you" --
12        (The translator translated.)
13 Q.  -- has Mr. Murphy ever told you what to tell
14    another party in a negotiation?
15 A.  No.
16 Q.  To be very specific, in your relationship with
17    Ethypharm, did Mr. Murphy ever tell you what to
18    say to Ethypharm in response to drafts of
19    contracts, for example?
20 A.  No.
21 Q.  You're absolutely sure of that?
22 A.  Yes.
23 Q.  Did Mr. Murphy ever send you draft contracts
24    relating to Ethypharm with handwritten changes

**Page 43**

1     or proposals?
2 A.  Once, he sent me a draft of a contract that
3     Ethypharm had sent him.
4 Q.  Only one time you recall?
5 A.  I only remember once.
6 Q.  Tell me about that time.
7 A.  I think it was around mid, towards the end of
8     the year 2001.
9 Q.  And do you recall what the contract -- what
10    contract it was that we're talking about?
11 A.  I believe -- I remember it was a contract to do
12    with technology and manufacturing of omeprazole.
13    I believe it had to do with omeprazole.
14 Q.  Did you take Mr. Murphy's suggestions?  Did you
15    accept them?
16 A.  He didn't make any suggestions.
17 Q.  What did he do?
18 A.  He just sent it to me.
19 Q.  With no suggestions or changes?
20 A.  No.
21 Q.  So that we're clear, it's your testimony that
22    Mr. Murphy never told you how to respond to
23    draft contracts with Ethypharm?
24 A.  No.

**Page 44**

1 Q.  In other words, that's correct?
2 A.  Yes, that's how I remember it.
3 Q.  Okay.  At the end of Paragraph 8 of your
4     declaration, I understand that to mean that you
5     have spoken or consulted with Belmac's board or
6     Bentley on matters that did exceed the
7     delegation of your responsibility; is that
8     correct?
9         MR. STEWART:  Objection, form.
10 A.  When I have consulted, I have consulted with my
11    president of Laboratorios Belmac, Mr. James
12    Murphy, never with Bentley, and if it has been
13    on the day of my delegation of responsibility.
14 Q.  Do you -- I don't understand your response.  Can
15    you say it again?
16 A.  I can even clarify it further if that's what you
17    desired.
18 Q.  Thank you.
19 A.  When I have considered or when it has been
20    necessary because of my powers of
21    responsibilities, you know, powers of
22    representation and, for example, I'm talking
23    about -- we're talking about assets of the
24    company.

**Page 45**

1         MR. STEWART:  Note my objection to the
2     translation.
3 A.  In that case, I have consulted with my president
4     of Laboratorios Bentley -- Belmac.  Excuse me.
5         MR. BOSTWICK:  If you had an
6     objection, does the translator have something to
7     add to that answer or to the translation of the
8     answer?
9         MS. LAMB-RUIZ:  Of that particular
10    answer?
11        MR. BOSTWICK:  Yes.
12        MS. LAMB-RUIZ:  Yes, "activos" are
13    assets.
14        THE TRANSLATOR:  I did say assets.  He
15    corrected me.  I asked him what he meant by
16    "activos," and then he said assets.
17        MS. LAMB-RUIZ:  I'm not sure he knows
18    how to translate.
19        MR. BOSTWICK:  Anything else?
20        MS. LAMB-RUIZ:  Capacities, he's
21    talking about in his capacity, his various
22    capacities.
23 Q.  Can you give me -- well, let's refer to
24    Paragraph 9.  This may help me understand.  The

12 (Pages 42 to 45)

JT-A-631

Page 46

1  last sentence says, "Belmac" -- and that's
2  Laboratorios Belmac, correct?
3 A.  Yes.
4 Q.  -- "negotiates its own contracts and agreements
5  and does not need Bentley's approval to do so
6  unless the size of those contracts will exceed
7  the thresholds established in the delegation of
8  responsibilities."
9      Does that sentence mean that there are
10  certain -- there's an amount over which you
11  generally discuss contracts and other matters
12  with Bentley or Mr. Murphy?
13 A.  I consult issues with Mr. Murphy, president of
14  Belmac Labs, and the word "consult" is not
15  correct.  When they have been or we have done a
16  purchase of some asset, of the sale of any
17  assets of the company, in that case, because it
18  exceeds my limited -- it exceeds my limits of my
19  capacities.
20      THE TRANSLATOR:  He's using the word
21  "politicas," and I'm referring as capacities.
22 A.  In that case, I have to speak with my president,
23  Mr. James Murphy.
24 Q.  And the translator has used the word

Page 47

1  "capacities."  Did you mean "powers" in English
2  or "capacities"?
3 A.  We can use both, you know, powers or capacities.
4  You can use both.
5 Q.  And is the limit of your authority 20 million
6  pesetas?  Is that correct?
7 A.  For assets operations in the specific.
8 Q.  That didn't seem -- can you try that again?
9  Because that translation doesn't seem to be an
10  English sentence.  And let me give you an actual
11  question.  What is your understanding of what
12  the $20 million -- 20-million-peseta limitation
13  apply to?
14      MR. STEWART:  Objection as to
15  translation.
16 A.  I understand that that limit applies to the
17  purchase or the selling of assets of
18  operations -- by operations.  Excuse me.
19 Q.  Can you give me an example of circumstances
20  where you felt you needed to discuss matters
21  or -- speak with Mr. Murphy about matters over
22  your authority?
23 A.  As an example, when we decided -- and when I
24  said "we," I'm referring to myself with my

Page 48

1  committee in Spain -- to purchase Codeisan,
2  which was a product of Merck Abello and it was a
3  very large amount of money, in that specific
4  case, I had to call my president because I don't
5  have the powers to sign on that specific type of
6  operation because it exceeds the limit that I
7  have by operations.  Is it clear?
8 Q.  Yes.
9      MR. BOSTWICK:  I just want to make
10  sure your translation was "exceed," not "exist,"
11  right?
12      THE TRANSLATOR:  Exceed.
13 Q.  Do you discuss general strategies with
14  Mr. Murphy?
15      MR. STEWART:  Objection.  Time?
16 Q.  For the entire time you've been general manager.
17      MR. STEWART:  Including the present?
18 Q.  From 1999 to the present.
19      MR. STEWART:  Objection.
20 A.  I define the company's strategies.  I have a
21  directorship team --
22      MR. STEWART:  Objection as to
23  translation.
24 A.  -- and with him, I define the strategies to

Page 49

1  take.
2      THE TRANSLATOR:  He mentioned un grupo
3  de directors.  I translated it as a team of
4  directors.
5      MR. BOSTWICK:  Could you read the last
6  answer back, please?
7      (Reporter read back the last answer.)
8 Q.  Did you mean that with Mr. Murphy you decide
9  what strategies to take or with your team?
10 A.  As I stated on my affidavit, Page Number 4, I
11  don't decide the strategies of the company with
12  Mr. Murphy.  I decide my strategies with my
13  senior management officers of Belmac.
14 Q.  Is Mr. Murphy a part of that team?
15 A.  No.
16 Q.  Do you ever discuss strategy -- do you ever
17  speak with Mr. Murphy about the strategies of
18  either Bentley or Laboratorios Belmac?
19 A.  I comment with him and converse about the
20  strategies that have been decided at Belmac by
21  myself with my senior management officers.
22 Q.  Let's talk about your -- Laboratorios Belmac and
23  its relationship with Ethypharm.  I have some --
24 A.  Our relationship with Ethypharm, correct?

13 (Pages 46 to 49)

Page 50

1 Q. Yes. Did Mr. Murphy participate in that
2     relationship with Ethypharm from 1997, when you
3     joined the company, to 2003?
4 A.  Mr. Murphy with myself has been present at some
5     meeting that I had with Ethypharm.
6 Q.  Did Mr. Murphy participate in discussions
7     regarding the nature and scope of the
8     manufacturing relationship with Ethypharm?
9 A.  I can speak in terms of the two meetings that I
10    have been with him.
11 Q. Okay. Why don't we --
12        MR. STEWART: You're welcome to
13    continue, but I'd like to take a break in the
14    next five minutes or so. We've been going for
15    over an hour now.
16 Q. Let's talk briefly about these two meetings, and
17    then we'll take a break. Tell me about the
18    first meeting.
19 A.  Three meetings.
20 Q. Three meetings.
21 A.  That I remember of.
22 Q. When was the first meeting that you're thinking
23    of?
24 A.  Approximately on the first quarter of the year

Page 51

1     1998, you know, the first quarter, you know,
2     April, March, May, you know. I will never
3     forget.
4 Q.  You will never forget; is that correct?
5 A.  Yes, it's correct.
6 Q.  Why do you have such a good memory of this
7     event?
8 A.  Because that meeting was a consequence of, a
9     result of because Laboratorios Belmac could have
10    been sold to a German group, which is Swartz
11    Pharma. For that specific circumstances, I will
12    not forget that meeting because I had just
13    arrived at the company and I thought they're
14    going to sell me now. It's a joke, you know.
15 Q. Right. What did the Swartz -- the potential
16    Swartz sale have to do with the Ethypharm
17    meeting?
18 A.  Because of the issue that Swartz was going to
19    buy Belmac Laboratories and they have revised
20    all the contracts that were current.
21        MR. STEWART: Objection, translation.
22        MS. LAMB-RUIZ: Reviewing.
23 Q. Go ahead, please.
24 A.  There was no clear or defined relationship

Page 52

1     between Belmac and -- Ethypharm and Laboratorios
2     Belmac.
3 Q.  Is it my understanding that because Swartz was
4     interested in buying the company around early
5     1998, Swartz wanted to see a clearer, more
6     formal contract between Ethypharm and
7     Laboratorios Belmac?
8 A.  We can say that Swartz had not a clarity of the
9     relationship between the two laboratories, and
10    they wanted something signed that will define
11    better this relationship.
12 Q. Is it for that reason that you and Mr. Murphy
13    and others met with Ethypharm around April or
14    May of 1998?
15 A.  Yes, we went -- Mr. Murphy, Mr. Clemente
16    Gonzalez Azpetia, which was the general
17    director, Mr. Fernando Berenguer, and myself.
18 Q. Where did you hold the meeting?
19 A.  At the Ethypharm offices in France.
20 Q. Who did you meet with at Ethypharm?
21 A.  With Claude Dubois, Adolfo de Basilio, Domingo
22    Bernabe, Roseline Joannesse. I know how to
23    pronounce her name, but I don't know how to
24    write it correctly.

Page 53

1 Q.  Okay. Do you also remember whether --
2 A.  If my memory serves me well, at some point, we
3     saw Patrice DeBregeas.
4 Q.  DeBregeas?
5 A.  DeBregeas.
6 Q.  Do you also remember whether or not you saw
7     Gerard Leduc for a portion of that meeting?
8        THE TRANSLATOR: Degeas?
9        MR. BOSTWICK: DeBregeas. I'm sorry.
10    Leduc was my question.
11 A.  I don't remember.
12 Q. Can you tell me what you recall about that
13    meeting?
14 A.  What I remember is that there was some
15    discussion and Roseline Joannesse was bringing
16    drafts of contracts or confidential agreements,
17    and we were discussing in terms of those.
18        MR. BOSTWICK: Okay. Did you have any
19    objection to that last answer? I'm sorry.
20 Q. Did you say confidential agreements or
21    confidentiality agreements?
22 A.  Confidentiality agreements.
23        MR. BOSTWICK: Why don't we go off the
24    record?

14 (Pages 50 to 53)

JT-A-633

Page 54

1    THE VIDEOGRAPHER: The time is
2  4:48 p.m. on July 20th, 2006. This is the end
3  of Tape Number 1 of the videotaped deposition of
4  Mr. Adolfo Herrera.
5    (Recess)
6    THE VIDEOGRAPHER: The time is
7  5:17 p.m. on July 20th, 2006. This is Tape
8  Number 2 of the videotaped deposition of
9  Mr. Adolfo Herrera.
10    (Whereupon, Ms. Lamb-Ruiz became the
11    translator and Ms. Escalera became the
12    check translator.)
13 Q.  Mr. Herrera, when we last spoke, we were
14  discussing a meeting in around April of 1998,
15  correct?
16    THE WITNESS: Correct.
17 Q.  There were some Ethypharm representatives and
18  some individuals including yourself, Mr. Murphy?
19 A.  Correct.
20 Q.  Can you tell me anything more that you remember
21  about that meeting?
22 A.  As I recall, we spent about two or three hours
23  approximately, and as I said yesterday, we were
24  looking at different confidentiality agreements.

Page 55

1  And after talking about those topics
2  specifically, after about two, two and a half
3  hours, Mr. Murphy had to get on a plane, and he
4  left the meeting. And we spoke for a little bit
5  more, maybe an hour, hour and a half.
6 Q.  Can you recall the -- other than passing
7  confidentiality agreements, do you recall the
8  subject matters of the meeting?
9 A.  We were trying to sign an agreement in order to
10  clarify the situation that existed between the
11  two companies.
12 Q.  And is that -- what two companies are you
13  referring to?
14 A.  Between Laboratorios Belmac and Ethypharm.
15 Q.  And the relationship you're talking about
16  involves the manufacture of omeprazole,
17  lansoprazole?
18 A.  Yes, the manufacture of lansoprazole --
19  omeprazole. Sorry. Omeprazole.
20 Q.  And was this an attempt in 1998 to look at the
21  entirety of the relationship between those
22  companies?
23 A.  It was to clarify the situation between the two
24  companies.

Page 56

1 Q.  Do you recall whether one of the confidentiality
2  agreements that was passed out in the meeting
3  related to who owned the technology and know-how
4  relating to omeprazole?
5 A.  Yes. It was an agreement that decided or that
6  defined who was the owner of the technology and
7  the know-how.
8 Q.  And I think we can just say "know-how" as a term
9  in English. Is that okay?
10 A.  That seems right to me.
11 Q.  Did the parties also discuss draft supply
12  agreements?
13 A.  No. Basically, it was the manufacturing and the
14  confidentiality agreements.
15 Q.  I'm going to show you another document.
16 A.  Have we finished with this one?
17 Q.  Actually, let's leave that aside because we may
18  refer back to it.
19    MR. BOSTWICK: And we have to actually
20  get her to write Exhibit 2 on it first.
21    (Fax to Mr. Gonzalez from Mr. De
22    Basilio, dated March 4, 1998 was marked
23    Exhibit Number 2 for identification.)
24 Q.  Before we take a look at that, Mr. Herrera, do

Page 57

1  you recall if the meeting took place in English
2  or Spanish or French?
3 A.  The meeting, in fact, was in English, but Senor
4  Gonzalez Aspetia does not speak English -- does
5  not understand any English. And, therefore, I
6  that time -- I can assure that at the time I
7  understood much less English then than I do now.
8  And really, Mr. Fernando Berenguer helped us to
9  understand what was being -- going on.
10 Q.  Was the meeting held in English -- well, strike
11  that. Let's take a look at this document. Do
12  you recognize this document?
13 A.  Yes, I do.
14 Q.  What do you recognize that document to be?
15 A.  I'm going to read it.
16    MR. BOSTWICK: Perhaps while you're
17  reading that document, we can have the
18  translator translate the first sentence. I
19  don't have a translation of this. If we could
20  just read that into the record. On the first
21  page, there's a message. Could you translate
22  that for us?
23    THE TRANSLATOR: "Sir, below, we are
24  sending you the letter that Ethypharm proposes

15 (Pages 54 to 57)

Page 58

1   that you sign" -- "that Belmac" -- sorry, I have
2   to read it myself and then translate it.
3           MR. BOSTWICK: That's okay. That's
4   fine.
5           THE TRANSLATOR: "Below, please find
6   the letter that Ethypharm proposes for your
7   signature by Belmac and Bentley and the draft
8   contract for omeprazole."
9 Q.   And you've had a time -- a moment to look at
10  that document, sir?
11 A.  Yes.
12 Q.  Does that refresh your memory what those
13  documents are?
14 A.  I would suppose these documents come after the
15  meeting that was held. I suppose it comes
16  later.
17 Q.  Do you recall if these specific documents were
18  handed out at the meeting or not?
19 A.  I don't think so.
20 Q.  Do you -- you had said that there were drafts
21  that were being handed out at the meeting,
22  correct?
23 A.  Yes.
24 Q.  Were they drafts that were like these documents,

Page 59

1   if they weren't actually these documents?
2           MR. STEWART: Objection; form, vague.
3 A.  They could be. The fact is I don't remember, to
4   tell you the truth.
5 Q.  Do you recall -- let's go to the second page,
6   256. Do you recall discussing that Bentley and
7   Belmac would both sign a certification relating
8   to the omeprazole regarding -- relating to the
9   know-how regarding omeprazole?
10 A. I don't remember. We were talking about Belmac
11  the whole time.
12 Q.  So you don't remember one way or the other
13  whether there was a discussion about Bentley and
14  Belmac signing this agreement?
15          THE TRANSLATOR: Sorry. A contract,
16  right?
17      (Mr. Bostwick nodded.)
18 A. What I recall is what we were discussing was the
19  Belmac Laboratories and clarify the relationship
20  between Belmac and Ethypharm, and I don't
21  remember anything about Bentley being discussed.
22 Q.  Do you -- does this -- does your review of this
23  document help you recall anything else about
24  that April 1998 meeting?

Page 60

1 A.  No.
2 Q.  On the very first page of the exhibit, sir, do
3   you recognize the handwriting?
4 A.  It's mine.
5 Q.  Can you tell us what it says?
6 A.  Yes.
7 Q.  Glad I asked.
8 A.  Why are you happy?
9 Q.  I'm happy that I asked that, that it's your
10  handwriting.
11 A.  Yes, it's mine. This, I don't even understand.
12 Q.  So the top right-hand corner, you don't
13  understand?
14 A.  No.
15          MR. STEWART: Can we know if that is
16  his handwriting on the top right-hand corner?
17 Q.  Is all of the handwriting on this first page
18  yours?
19 A.  Yes.
20 Q.  Except for the signature of Adolfo de Basilio,
21  correct?
22 A.  Yes.
23 Q.  So you don't know what's at the right-hand
24  corner. Can you tell us where it says 2001 --

Page 61

1 A.  No, I don't have any idea of that.
2 Q.  The top?
3 A.  No, I don't. It could say "resposada" or
4   "reposada."
5 Q.  What does that mean in English?
6 A.  It doesn't mean anything.
7           MR. BOSTWICK: But I'm asking you as
8   the translator. You're just giving me the
9   Spanish.
10          Let's go off the record for a moment.
11          THE VIDEOGRAPHER: Stand by. The time
12  is 5:32 p.m. Off the record.
13      (Discussion off the record)
14          THE VIDEOGRAPHER: The time is
15  5:33 p.m. We're back on the record.
16 Q.  Can I ask you to repeat your last answer about
17  what is on the top right-hand corner of the
18  page?
19 A. Reposada.
20          MR. BOSTWICK: And what does that mean
21  in English? And I'm asking the translator.
22          THE TRANSLATOR: The "resposada" is a
23  feminine adjective which means rested.
24 Q.  Do you have any idea what you meant by that?

16 (Pages 58 to 61)

Page 62

1 A. No.
2 Q. How about below -- the handwriting that is below
3    Adolfo de Basilio's signature?
4 A. What specifically?
5 Q. All of it.
6 A. Very good. Alsina is the name of a person.
7 Q. Who is that person?
8 A. He was the sales and marketing director of
9    another company.
10 Q. Why do you think you were writing his name on
11    this document?
12 A. It relates to what's written on the right-hand
13    side.
14 Q. Okay. And what is written on the right-hand
15    side?
16 A. It says "increase receipts."
17        THE TRANSLATOR: Just a second.
18 A. Increase revenues. Can I say a word in English?
19 Q. Certainly.
20        THE WITNESS: Residuals.
21        THE TRANSLATOR: Increase residuals.
22 Q. Is that what it says after the first arrow?
23 A. "Increase of residuals."
24 Q. Ahh. Okay. And what is underneath that phrase?

Page 63

1 A. "Decrease of the solution."
2 Q. And what's underneath that?
3 A. "Unstable." Lack of stability. Lack of
4    stability. "Is increasing."
5 Q. And at the bottom?
6 A. "Diplococos."
7 Q. Is that diplococos in English?
8 A. It's the same word in Spanish and in English.
9    It means that the pellets are stuck together.
10 Q. So perhaps now you can describe for me what all
11    that means together in the context of this
12    person's name.
13 A. Yes. Shall I go ahead?
14 Q. Please.
15 A. This is a complaint from the sales and marketing
16    manager, director of a company, saying that the
17    product, the omeprazole pellets, had a lot of
18    residuals, that it dissolved poorly, that it
19    wasn't stable, and that it had manufacturing
20    defects so that the pellets stuck together.
21 Q. Does that relate to this -- do those comments
22    relate to this -- these drafts that come behind
23    it or was that something you were writing
24    because you were on a phone call with him?

Page 64

1 A. Because I was on a phone call to him, for sure.
2    I'd like to explain that often people call me,
3    and whatever paper is in front of me and I take
4    notes down in any old way.
5 Q. And what is -- there are two arrows at the
6    bottom and some words there. Can you describe
7    those for me?
8 A. This arrow means organic solvents.
9 Q. Okay. And what does that mean in the context of
10    your --
11 A. There's also an increase or a high level of
12    organic solvents.
13        MS. ESCALERA: The translation never
14    took place. Your question was never translated.
15 Q. Can I ask you about the handwriting on the right
16    side of this document?
17 A. Yes.
18 Q. What does that say?
19 A. It says, "Media as Bermasol." Bermasol is our
20    registered trademark.
21 Q. I'm sorry. It says -- can you say that again?
22    Can you give me your answer again?
23 A. "Media, media for Bermasol."
24        MR. BOSTWICK: Media.

Page 65

1        MS. ESCALERA: I don't think that's
2    the most accurate translation.
3 Q. Can I have you explain what you mean by that
4    comment on the right?
5 A. This comment that's here, "Medium for Bermasol,"
6    I don't know exactly what it means.
7        MR. STEWART: Can we go off the record
8    for a minute, please?
9        THE VIDEOGRAPHER: Stand by. The time
10    is 5:42 p.m. We're going off the record.
11        (Recess)
12        THE VIDEOGRAPHER: The time is
13    5:43 p.m. We're back on the record.
14        MR. BOSTWICK: We're going to go off
15    the record for the day.
16        THE VIDEOGRAPHER: Thank you. The
17    time is 5:43 p.m. on July 20th, 2006. This is
18    the end of Tape Number 2 of the videotaped
19    deposition of Mr. Adolfo Herrera. This
20    deposition will be adjourned until July 20th at
21    9 a.m.
22        MR. STEWART: That will be July 21st
23    actually.
24        THE VIDEOGRAPHER: July 21st. Thank

17 (Pages 62 to 65)

Page 66

1    you.
2         (Deposition suspended at 5:43 p.m.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 68

1                    CERTIFICATE
2
3    COMMONWEALTH OF MASSACHUSETTS
4    SUFFOLK, SS
5         I, Sandra L. Bray, Registered Diplomate
6    Reporter and Notary Public in and for the
7    Commonwealth of Massachusetts, do hereby
8    certify:
9         That ADOLFO HERRERA, the witness whose
10   deposition is hereinbefore set forth, was duly
11   sworn by me and that such deposition is a true
12   record of my stenotype notes taken in the
13   foregoing matter, to the best of my knowledge,
14   skill and ability.
15        IN WITNESS WHEREOF, I have hereunto set
16   my hand this 4th day of August, 2006.
17
18   _____
     Sandra L. Bray, RDR
19   Registered Diplomate Reporter
20
21
22
23
24

Page 67

1             CERTIFICATE
2    I, ADOLFO HERRERA, do hereby certify that I
3    have read the foregoing transcript of my
4    testimony, given on July 20, 2006, and I further
5    certify that said transcript is a true and
6    accurate record of said testimony (with the
7    exception of the corrections listed below):
8    Page      Line       Correction
9
10
11
12
13
14
15
16
17   Dated at          , this
18   day of          , 2006.
19
          ADOLFO HERRERA
20
     SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
21
22
23
     slb
24

18 (Pages 66 to 68)

| A | | | | |
|---|---|---|---|---|
| **abalado** 35:5 36:7 | 63:13 | **asking** 15:11 61:7,21 | 60:20 | 33:13,23 34:9 35:2 36:6,7 |
| **Abello** 48:2 | **Ahh** 62:24 | **Aspetia** 57:4 | **Basilio's** 62:3 | 36:19 37:1,1 |
| **ability** 68:14 | **Alsina** 62:6 | **asset** 46:16 | **began** 16:17 25:23 | 37:15 38:21 |
| **absolutely** 42:21 | **amount** 18:10 33:23 36:9 | **assets** 44:23 45:13,14,16 | **beginning** 25:3 25:5,7 | 39:1,4,10 40:5,13,24 |
| **accept** 43:15 | 37:2 46:10 48:3 | 46:17 47:7,17 | **behalf** 1:14 | 41:3,10,14 |
| **accounting** 37:18 | **Angell** 1:20 2:11 5:19 | **assigned** 24:5 **assist** 10:6 | **believe** 18:17 36:1,8 38:10 | 44:6,12 45:4 46:12 49:18 |
| **accounts** 37:18 | **answer** 10:11 15:12 17:13 | **association** 5:16 | 43:11,13 **Belmac** 2:16 | 58:7 59:6,13 59:21 |
| **accurate** 22:22 65:2 67:6 | 20:22 24:16 24:17 37:14 | **assure** 57:6 **attempt** 55:20 | 6:6,7 8:5,20 11:18,21 | **Bentley's** 7:9 19:2 41:9 |
| **accurately** 22:23 | 45:7,8,10 49:6,7 53:19 | **August** 68:16 **authority** 40:20 | 12:10,14 13:5 14:1,9,18 | 46:5 **Berenguer** |
| **acted** 6:17 7:23 | 61:16 64:22 | 47:5,22 | 15:8,19,22 16:3,7,13 | 52:17 57:8 **Bermasol** |
| **activos** 45:12 45:16 | **answers** 11:7 29:1 | **authorization** 40:3 | 17:21 27:12 28:18 31:13 | 64:19,19,23 65:5 |
| **actual** 47:10 | **Anybody** 31:20 **APPEARAN...** | **Avenue** 1:21 2:12 5:20 | 31:17 33:1,7 33:9,14 34:8 | **Bernabe** 52:22 **best** 20:10,11 |
| **add** 7:7 45:7 | 2:1 | **award** 28:10 | 36:20 37:21 | 37:10 68:13 |
| **additional** 27:19 | **applicable** 1:15 | **awarded** 28:11 **aware** 33:12 | 38:20 40:2,4 41:19 44:11 | **better** 52:11 **bit** 15:2 55:4 |
| **adjective** 61:23 | **applies** 47:16 | 39:10 | 45:4 46:1,2 | **board** 24:8,22 |
| **adjourned** 65:20 | **apply** 47:13 **appreciate** | **Azpetia** 12:15 15:16,18 16:9 | 46:14 49:13 49:18,20,22 | 26:23,24 31:14,17 |
| **Adolfo** 1:13 4:3 4:8 5:6 6:19 | 35:10 **appropriate** | 52:16 **a.m** 65:21 | 51:9,19 52:1 52:2,7 55:14 | 32:11,13 40:5 40:13 41:9,9 |
| 27:21 30:7 52:21 54:4,9 | 10:15 **approval** 46:5 | B | 58:1,7 59:7 59:10,14,19 | 44:5 **bonus** 18:5,11 |
| 60:20 62:3 65:19 67:2,19 | **approximately** 5:13 13:17,21 | **B** 4:6 **BAACH** 2:3 | 59:20 **Belmac's** | **bonuses** 18:1 18:3 |
| 68:9 | 14:4 16:18 17:12,22 18:6 | **back** 12:8 23:5 23:7,9,10 | 31:14 40:13 41:9 44:5 | **booked** 36:10 **books** 34:1 |
| **advice** 41:23 | 23:17,18,23 34:22 36:15 | 24:16,17 25:24 30:11 | **Bentley** 1:8 5:9 6:4 11:22 | 36:17 37:21 **boss** 13:13 |
| **affairs** 36:19 | 50:24 54:23 | 49:6,7 56:18 61:15 65:13 | 18:12,14,19 18:22,23 19:1 | **Boston** 1:22 2:13 5:20 |
| **affidavit** 49:10 | **April** 51:2 52:13 54:14 | **backing** 36:6 **banks** 35:7 | 19:6,10,23 20:6,23 23:20 | **Bostwick** 2:7 4:4 5:23,23 |
| **affiliated** 37:16 | 59:24 | **Barta** 38:4 **base** 29:19,22 | 23:21,22 24:1 24:4,7,10,13 | 7:4 8:1 12:2 21:4,16,23 |
| **affirmed** 6:20 | **arrived** 51:13 | **based** 33:21 | 26:4 27:24 | 22:4 23:3 |
| **afternoon** 8:2,3 | **arrow** 62:22 64:8 | **basically** 29:22 56:13 | 28:21,22 29:4 31:14,24 32:4 | 24:15 25:15 25:21 28:4,9 |
| **agreement** 34:17 55:9 | **arrows** 64:5 **aside** 56:17 | **Basilia** 22:23 **Basilio** 4:10 | 32:9,10,14,16 32:20 33:1,10 | 28:13 29:24 33:6 34:5 |
| 56:5 59:14 | **asked** 27:18 30:12 45:15 | 52:21 56:22 | | |
| **agreements** 46:4 53:16,20 53:21,22 54:24 55:7 56:2,12,14 | 60:7,9 | | | |
| **ahead** 51:23 | | | | |

Page 70

35:8,16 37:4
37:9 40:8
42:10 45:5,11
45:19 48:9
49:5 53:9,18
53:23 56:19
57:16 58:3
59:17 61:7,20
64:24 65:14
bottom 30:20
63:5 64:6
Bray 1:17 5:17
68:5,18
break 11:11
30:1 50:13,17
breaks 11:9
briefly 9:1,13
50:16
bring 13:11
bringing 53:15
broad 40:20
business
41:20
businesses
13:12
buy 51:19
buying 52:4

C
C 5:1 67:1,1
call 26:18,22
48:4 63:24
64:1,2
called 1:14
24:21 26:18
26:20
calls 29:10
capacities
45:20,22
46:19,21 47:1
47:2,3
capacity 45:21
capital 34:16
36:2,3
carefully 30:23
case 1:7 5:11
9:17 30:16
45:3 46:17,22

48:4
Catholic 11:1
cause 21:10
CEO 32:11
certain 23:13
33:23 34:9,11
37:2,15 46:10
Certainly 62:19
CERTIFICATE
68:1
certification
59:7
certify 67:2,5
68:8
chairman
32:11,13
change 7:8
15:15 17:2
27:16
changed 14:14
15:14 17:4
29:2,5,6
changes 42:24
43:19
charge 13:9
check 3:3 7:2,2
7:9,24 54:12
Christian 11:1
circumstances
47:19 51:11
Civil 1:16
clarification
10:20 19:18
clarify 7:5
10:18 33:17
44:16 55:10
55:23 59:19
clarity 52:8
Claude 52:21
clear 43:21
48:7 51:24
clearer 52:5
Clemente
12:15 13:14
15:15,16,17
16:9 52:15
client 23:1
Codeisan 48:1

collaborations
29:18
colloquy 22:1
25:13
come 58:14
63:22
comes 33:22
58:15
comfortable
10:2 31:11
commencing
1:23
comment
19:17 49:19
65:4,5
comments
63:21
committee
18:12 19:3
20:14 24:4,7
24:12,19,21
24:23 26:23
48:1
Commonwe...
1:19 6:13
7:19 68:3,7
communicat...
16:9 24:3,6
24:11 25:2,4
25:6 26:8
communicati...
26:14
companies
8:18,22 29:17
29:18 55:11
55:12,22,24
company
12:13,17
13:11 14:13
15:1 27:1
29:21 35:23
37:16 44:24
46:17 49:11
50:3 51:13
52:4 62:9
63:16
company's
48:20

compensation
18:12 19:2
20:14 24:3
complaint
63:15
concept 33:17
33:21
concerned
20:20 34:10
confidential
53:16,20
confidentiality
53:21,22
54:24 55:7
56:1,14
confusion
21:10
congratulati...
26:23
conjunction
14:11
consequence
27:24 51:8
considered
44:19
consisted
31:17
consolidate
37:18
consult 40:12
41:9 46:13,14
consulted 44:5
44:10,10 45:3
contentious
22:17,20
context 22:3
63:11 64:9
continue 22:11
22:14 40:1
50:13
contract 43:2,9
43:10,11 52:6
58:8 59:15
contracts
29:17,20
42:19,23
43:23 46:4,6
46:11 51:20

53:16
contribution
36:2
control 40:1
conversation
25:8 27:3,18
conversations
29:8
converse
49:19
conversing
29:20
corner 60:12
60:16,24
61:17
corporate
37:16
Corral 2:21 6:7
correct 8:20
10:17 11:5,19
11:20,21 12:1
13:15 15:5,6
15:20 26:5,7
26:9,10 27:11
27:14 28:19
28:20,24 29:1
30:19 32:4
36:11,18,23
36:24 40:17
40:18 41:11
41:12,13,17
41:18 44:1,8
46:2,15 47:6
49:24 51:4,5
54:15,16,19
58:22 60:21
corrected
45:15
Correction
67:8
corrections
67:7
correctly 52:24
counsel 5:21
6:6
couple 21:11
35:8,20
course 37:8

court 1:1 5:11
 5:16 6:10
 8:12 10:22
 11:6 22:5,10
 22:13 25:22
 30:12 35:17
Craig 2:14 6:3
 21:4,17
credit 33:13
CSR 1:18
Cubas 2:19
current 17:20
 51:20
currently 8:4
 11:17
_____
    D
_____
D 2:8 4:1 5:1
 12:22
date 21:18
dated 4:10
 56:22 67:17
David 12:23
day 44:13
 65:15 67:18
 68:16
days 13:19
 22:16
day-to-day
 40:1,3
de 2:19 4:10
 22:23 49:3
 52:21 56:21
 60:20 62:3
deal 39:4
DeBregeas
 53:3,4,5,9
decide 41:2
 49:8,11,12
decided 18:10
 20:13 24:12
 25:3 26:24
 47:23 49:20
 56:5
decides 19:3
decision 16:10
decisions
 40:23

declaration 4:8
 30:7,16 31:6
 42:2 44:4
Decrease 63:1
defects 63:20
Defendant 1:10
 2:10 6:4
Defendants
 5:10
define 48:20
 48:24 52:10
defined 51:24
 56:6
Degeas 53:8
del 5:2
Delaware 1:2
 5:11
delegation
 40:14 41:10
 44:7,13 46:7
department
 37:24 38:1
dependent
 33:1,10
deponent 5:3
deposition
 1:13 5:6,12
 5:15,18 8:7
 8:10 10:1,3
 10:16 31:3
 54:3,8 65:19
 65:20 66:2
 68:10,11
depositions
 8:13 21:17,21
deputy 13:6
 14:6
describe 9:13
 63:10 64:6
DESCRIPTION
 4:7
designates
 37:1,15
desired 44:17
detail 26:21
develop 14:12
development
 14:12

different 15:2
 20:8 22:16
 41:21 54:24
difficult 13:17
 19:24
diplococos
 63:6,7
Diplomate 1:18
 68:5,19
direct 13:13
 38:2
direction 40:3
directly 37:23
director 12:15
 13:6,6,9
 24:12,18,21
 38:2,10 52:17
 62:8 63:16
directors 24:8
 24:22,23
 26:24 31:12
 32:13 49:3,4
directorship
 14:12 48:21
discuss 46:11
 47:20 48:13
 49:16 56:11
discussed
 59:21
discussing
 53:17 54:14
 59:6,18
discussion
 12:6 53:15
 59:13 61:13
discussions
 50:6
dispute 9:2,6
 9:12
disputes 8:16
 8:23
dissolved
 63:18
distinct 31:13
distracting
 37:12
District 1:1,2
 5:10,11

document
 30:15,23 31:2
 56:15 57:11
 57:12,14,17
 58:10 59:23
 62:11 64:16
documents
 58:13,14,17
 58:24 59:1
Dodge 1:21
 2:11 5:19
doing 21:5
 34:18 41:4
dollars 13:20
Domingo 52:21
draft 42:23
 43:2,23 56:11
 58:7
drafts 42:18
 53:16 58:20
 58:24 63:22
Dubois 52:21
duly 6:14,19
 7:20 68:10
duties 13:8
 14:8 27:15
 29:2
Dwight 2:7
 5:23
D.C 2:6
_____
    E
_____
E 2:14 4:1,6 5:1
 5:1 12:22,23
 13:2,3 38:17
 38:17,18 67:1
 67:1
earlier 25:1
early 52:4
easier 26:2
Edward 12:22
 12:23 13:2,3
 38:17,18,18
Edwards 1:20
 2:11 5:19
either 9:22
 20:11 25:11
 49:18

Emilio 38:4
employed 12:9
 15:1
English 6:15
 6:17 7:21,23
 10:9,14 21:8
 23:8 24:20,21
 39:22 47:1,10
 56:9 57:1,3,4
 57:5,7,10
 61:5,21 62:18
 63:7,8
English-Spa...
 7:14
entire 37:17
 48:16
entirety 55:21
Escalera 3:2
 6:12 54:11
 64:13 65:1
Esquire 2:7,8
 2:14,21 5:15
 5:17
establish
 14:10,13
established
 46:7
Ester 38:7,9,15
 38:23 39:6
Esteve 38:13
 38:15,16,22
estimate 19:9
 19:21
Ethypharm 1:4
 1:5 5:8,8 6:1
 6:1 42:17,18
 42:24 43:3,23
 49:23,24 50:2
 50:5,8 51:16
 52:1,6,13,19
 52:20 54:17
 55:14 57:24
 58:6 59:20
euros 17:22,23
 33:13,20
 34:23
event 51:7
exactly 20:18