Page 72

| | | | | |
|---|---|---|---|---|
| 32:6,7 33:16 65:6 | falsely 11:3 familiar 35:5 far 40:10 | forgotten 23:6 form 44:9 59:2 formal 52:6 | given 20:6 29:2 33:13 34:9 67:4 | 35:13,16 37:11 held 5:12,18 |
| **EXAMINATION** 8:1 | **Fax** 4:9 56:21 **February** 23:23 | **forth** 68:10 **four** 21:6 34:1 | **giving** 61:8 **Glad** 60:7 | 14:18 32:20 38:5,12 57:10 |
| example 37:17 37:19 42:19 44:22 47:19 47:23 | Federal 1:16 feel 11:11 fees 33:22 34:17 36:17 | 36:12 four-year 36:10 France 1:4 5:8 6:1 52:19 | global 18:9 go 9:24 12:3 22:11 30:3 51:23 53:23 | 58:15 help 27:22 45:24 59:23 helped 57:8 |
| exceed 40:14 41:10 44:6 46:6 48:10,12 | felt 47:20 feminine 61:23 Fernando | frankly 21:21 22:18 French 57:2 | 59:5 61:10 63:13 65:7,14 going 12:5 | helping 13:9 hereinbefore 68:10 |
| exceeds 46:18 46:18 48:6 | 52:17 57:8 finally 36:5 | friend 20:10,11 front 64:3 | 21:13 30:5 37:7,9 50:14 | hereunto 68:15 Herrera 1:13 |
| exception 67:7 exchange 11:24 40:15 | finance 39:1 financial 14:13 32:18 33:8 | fundamentally 13:11 funding 33:2,7 | 51:14,18 56:15 57:9,15 65:10,14 | 4:3,8 5:7 6:19 8:2 12:9 28:17 29:7 |
| excuse 9:14 13:7 15:3,12 45:4 47:18 | 36:6 37:23 38:1,2,10 financials 33:8 | 33:10 further 9:24 44:16 67:4 | Gonzalez 4:9 12:15 13:14 15:16,18 16:9 | 30:7,12 36:8 40:19 54:4,9 54:13 56:24 |
| executed 19:13 | financing 33:19 35:2 | future 35:10 | 52:16 56:21 57:4 | 65:19 67:2,19 68:9 |
| exercise 19:15 23:13,15 | find 58:5 fine 2:8 5:24 | _____ **G** | good 8:2,3 11:8 31:7 | Herrera's 22:24 |
| exercised 19:24 | 39:20 58:4 finish 34:5 | G 5:1 Garcia 6:5 | 51:6 62:6 Gracias 10:5 | high 35:1 64:11 |
| exhibit 30:8,13 39:13 56:20 56:23 60:2 | finished 56:16 firm 5:19 first 6:14 7:20 | GARCIA-PAL... 2:22 general 8:4,19 | GREGORIO 2:21 group 51:10 | highlight 22:7 hire 15:21 hired 12:12 |
| exist 48:10 existed 55:10 expand 34:16 | 10:6 12:9 18:17 27:2 31:8,16 50:18 | 11:18 12:14 13:6,6,9,24 14:6,8,8,11 | grupo 49:2 guaranteed 35:3,6 | 13:4 14:21 15:7,18 23:24 24:2 |
| expenditures 37:15 | 50:22,24 51:1 56:20 57:18 | 14:17,21 15:4 15:7,18,21 | _____ **H** | hiring 16:2,6 hold 13:23 |
| expenses 37:2 explain 9:24 20:7 64:2 | 57:20 60:2,17 62:22 | 16:2,7,12,15 16:23 28:8,11 28:14,17 | H 4:6 half 55:2,5 | 20:16,17,23 23:20,21 31:23 32:16 |
| 65:3 explained 32:2 | fiscal 34:11 35:24 | 29:12 40:20 42:8 48:13,16 | hand 68:16 handed 58:18 | 52:18 holds 32:9 |
| explanation 25:17 | five 36:12 50:14 | 52:16 generally | 58:21 handwriting | honestly 17:8 20:18 32:15 |
| extension 33:12 | five-minute 30:1 | 40:12 41:8 46:11 | 60:3,10,16,17 62:2 64:15 | hour 50:15 55:5,5 |
| extra 7:6 | flat-out 22:9 follows 6:22 | Gerard 53:7 German 51:10 | handwritten 29:7 42:24 | hours 54:22 55:3 |
| _____ **F** | foregoing 67:3 68:13 | give 19:3 20:14 30:13 45:23 | happy 60:8,9 head 29:23 | Huntington 1:21 2:12 |
| F 2:4 67:1 fact 21:19 57:3 59:3 | forget 51:3,4 51:12 | 47:10,19 64:22 | hear 10:12 21:9 22:6 | 5:20 |

**I**

IBERFORO 2:17
idea 41:3 61:1 61:24
identification 5:3 30:9 56:23
important 11:4 41:15
improvement 28:5
included 18:7
including 18:7 48:17 54:18
income 36:4
Incorporated 6:5
incorrect 15:9 16:21
increase 36:2 36:3 62:16,18 62:21,23 64:11
increasing 63:4
indicated 11:17
individual 39:3 39:4
individuals 38:19 54:18
inform 41:19 41:22 42:1
information 11:4
informed 26:3
Infraction 9:14
infractions 9:3
infringement 9:5,16,17
initials 30:20
insist 42:1
instances 8:17 8:19
interested 52:4
Interior 5:2
internal 29:20

interpreter 6:11 7:13
interrupt 21:10
introduce 5:21 7:11
introduced 7:2
introducing 35:19
involve 9:6,21
involves 55:16
issue 51:18
issues 22:19 46:13
items 31:6
It'll 26:1
Ivelissa 3:2 6:12

**J**

James 31:15 31:22 32:8 44:11 46:23
Jane 3:3 7:12 7:18
January 23:23
Jim 15:21,24 16:1 24:9 31:17
Joannesse 52:22 53:15
job 12:16 13:13 14:5,6 27:15 29:2 37:10,13
jobs 14:5
joined 50:3
joke 51:14
Jonathan 2:8 5:24
Jose 38:13,22
July 1:22 5:13 14:4,14,22 15:4,8,14 16:8 54:2,7 65:17,20,22 65:24 67:4
June 14:4,21 15:14

**K**

kind 19:19
knew 28:10
know 13:20 18:6 20:18,18 20:19,20 22:15 24:19 24:23 25:4 29:23 32:15 36:14,15 39:21 44:21 47:3 51:1,1,2 51:14 52:22 52:23 60:15 60:23 65:6
knowledge 27:24 68:13
knows 25:16 45:17
know-how 56:3,7,8 59:9
Kristin 3:4 5:14

**L**

L 1:17 12:21,21 13:1,1 68:5 68:18
laboratories 12:19 51:19 52:9 59:19
Laboratorios 2:16 6:6,7 8:5 8:20 11:18,21 12:10 13:5 14:1,9,18 15:8,19,22 16:3,7,12 17:20 18:22 27:12 28:18 31:17 33:14 36:16,19 37:21 38:20 44:11 45:4 46:2 49:18,22 51:9 52:1,7 55:14
Labs 12:14 41:19 46:14

Lack 63:3,3
Lamb-Ruiz 3:3 7:12,12,16,18 9:4,16 10:3 28:7,10,16 35:22 45:9,12 45:17,20 51:22 54:10
language 6:15 6:16,16,17 7:21,22,22,23 10:10,13 22:24 31:11
lansoprazole 9:10,22 55:17 55:18
large 48:3
Larry 12:21,21 13:1,1
law 5:19 22:9
leave 11:3 56:17
Leduc 53:7,10
left 55:4
letter 57:24 58:6
let's 12:2 34:5 41:6 45:23 49:22 50:16 56:17 57:11 59:5 61:10
level 64:11
LEWIS 2:3
limit 47:5,16 48:6
limitation 47:12
limited 46:18
limits 46:18
Line 67:8
listed 67:7
little 15:2 19:24 55:4
Llorente 12:19
LLP 1:21 2:11
loan 33:12 34:15
loans 37:21

long 13:23
look 13:12 39:13 41:6 55:20 56:24 57:11 58:9
looking 54:24
lose 22:24
loses 21:11
lost 19:20 21:11 34:7 39:7
lot 63:17
loud 39:16

**M**

Madrid 2:20
Madrid-Cl 2:18
maintain 40:1
maintained 39:18,24
management 31:13 33:22 34:17 36:17 49:13,21
manager 8:4 8:20 11:18 13:7,24 14:6 14:9,17,21 15:4,7,18,21 16:2,7,12,15 16:24 40:20 42:8 48:16 63:16
managing 36:19
manufacture 55:16,18
manufacturing 13:10 14:10 43:12 50:8 56:13 63:19
March 51:2 56:22
Maria 38:13,22
marked 30:8 30:13 56:22
marketing 62:8 63:15

Page 74

**Marques** 2:19
**married** 20:3
**Massachuse...**
  1:20,22 2:13
  5:20 6:14
  7:20 68:3,7
**matter** 5:7 6:1
  38:21 68:13
**matters** 41:2
  44:6 46:11
  47:20,21 55:8
**mean** 8:9 16:23
  20:22 21:20
  24:8 28:23
  44:4 46:9
  47:1 49:8
  61:5,6,20
  64:9 65:3
**meaning** 32:7
  36:19
**means** 10:23
  11:2 39:21
  61:23 63:9,11
  64:8 65:6
**meant** 45:15
  61:24
**media** 64:19,23
  64:23,24
**Medium** 65:5
**meet** 52:20
**meeting** 50:5
  50:18,22 51:8
  51:12,17
  52:18 53:7,13
  54:14,21 55:4
  55:8 56:2
  57:1,3,10
  58:15,18,21
  59:24
**meetings** 29:9
  29:10,13,16
  50:9,16,19,20
**members**
  31:14
**memory** 26:11
  51:6 53:2
  58:12
**mentioned**

17:24 36:8
  49:2
**men's** 30:3
**Merck** 8:24 9:2
  48:2
**message** 57:21
**met** 52:13
**Michael** 31:15
  31:18,22
  32:16
**microgranul...**
  9:18
**microgranuli...**
  9:7
**mid** 43:7
**Mike** 39:2,9
**million** 13:22
  16:24 17:16
  33:13,20
  34:23 47:5,12
**millions** 13:18
  16:18 17:10
  17:12,19
**mine** 60:4,11
**Ministerio** 5:2
**minute** 65:8
**minutes** 50:14
**mischaracte...**
  21:1 23:12
  29:15
**mistake** 29:23
**mistranslation**
  28:3
**moment** 12:3
  34:15 58:9
  61:10
**money** 33:24
  35:1 36:9
  48:3
**monies** 34:8
  34:19
**movement**
  34:6,8
**moving** 41:22
**Murphy** 15:21
  15:24 16:1,6
  16:10,11 24:9
  25:9 26:9,11

26:18,19,20
  27:15,21 29:7
  31:15,18,22
  32:3,9,19
  40:24 41:3,14
  41:23 42:4,13
  42:17,23
  43:22 44:12
  46:12,13,23
  47:21 48:14
  49:8,12,14,17
  50:1,4,6
  52:12,15
  54:18 55:3
**Murphy's**
  43:14

**N**

**N** 4:1 5:1 12:22
  13:2
**name** 5:14 23:2
  38:16 52:23
  62:6,10 63:12
**Nancy** 12:22
  13:3
**native** 10:10,13
  22:24
**nature** 9:1,12
  22:3 50:7
**necessary**
  44:20
**need** 11:11
  21:9 22:14
  23:3 25:12
  35:1 40:2,12
  41:8 46:5
**needed** 47:20
**negotiates**
  46:4
**negotiating**
  29:17
**negotiation**
  42:2,14
**negotiations**
  41:21 42:5
**Neither** 25:21
**never** 19:13
  20:20 21:4,6

35:1,2 36:5,7
  43:22 44:12
  51:2,4 64:13
  64:14
**new** 13:12 27:6
  27:16 28:11
  28:13
**nodded** 59:17
**normally** 29:21
**Notary** 1:19
  68:6
**Note** 45:1
**noted** 5:3
**notes** 29:8,10
  29:12,19,19
  29:22 35:20
  64:4 68:12
**November**
  30:24
**number** 1:18
  5:5,11 18:9
  30:8 41:2
  49:10 54:3,8
  56:23 65:18
**numbers** 18:8
**NW** 2:4

**O**

**O** 5:1 12:21
  13:1
**object** 35:10
**objected** 25:16
**objection** 15:9
  16:4,21 19:17
  20:24,24 21:3
  22:1,3,4
  23:11 25:10
  25:14,16,18
  26:6 28:2
  29:14 32:5
  34:3,13,20
  36:21 37:3,22
  41:16,24 42:6
  44:9 45:1,6
  47:14 48:15
  48:19,22
  51:21 53:19
  59:2

**objections**
  21:7,9 22:8
  23:4 35:9
**observe** 7:5,6
**occasionally**
  11:9
**occasions**
  8:14
**October** 12:11
**offer** 12:16,16
  15:15 20:14
**office** 29:16
**officers** 32:4,7
  49:13,21
**offices** 1:20
  52:19
**officials** 32:6
**okay** 7:4 12:3
  15:2 19:21
  23:19 30:2
  32:3 39:20
  40:8 44:3
  50:11 53:1,18
  56:9 58:3
  62:14,24 64:9
**old** 64:4
**Oliver** 12:21
  13:2
**omeprazole**
  9:9,21 43:12
  43:13 55:16
  55:19,19 56:4
  58:8 59:8,9
  63:17
**once** 42:1 43:2
  43:5
**operation** 40:4
  48:6
**operations**
  40:2 47:7,18
  47:18 48:7
**option** 20:15
**options** 18:15
  18:16,18,19
  18:24 19:4,6
  19:10,13,23
  20:6,15,16
**order** 55:9

Page 75

organic 64:8
  64:12
organization
  35:7
outside 29:16
owned 11:22
  56:3
owner 56:6

___ P ___

P 2:7 5:1
page 4:2,7
  30:18,21 31:8
  32:23 33:19
  39:15 49:10
  57:21 59:5
  60:2,17 61:18
  67:8
paid 36:9
PAINS 67:20
Palencia 6:6
Palmer 1:21
  2:11 5:19
paper 64:3
paragraph
  31:8 32:24
  39:15,17
  40:17 41:7
  44:3 45:24
parameters
  42:7
Pardon 28:9
part 21:24 22:1
  22:21 32:24
  49:14
participate
  50:1,6
participated
  8:10,12
particular 45:9
parties 56:11
party 42:14
pass 17:5
passed 56:2
passing 55:6
patent 9:16,17
patently 21:12
  21:14

patents 9:14
Patrice 53:3
pay 33:23 36:4
pelletization
  9:7,19
pellets 63:9,17
  63:20
PENALTIES
  67:20
people 29:9
  64:2
percent 17:13
  23:18 28:20
  28:22 34:18
  34:22 36:1,5
percentage
  23:17
perfectly 10:8
  10:15 30:3
  40:11
performed
  28:18
period 34:1
  36:10
PERJURY
  67:20
permitted
  19:15
person 24:10
  62:6,7
person's 63:12
pesetas 13:18
  13:19 16:19
  16:24 17:10
  17:16 47:6
Pfizer 8:24
  9:13,17
Pharma 51:11
pharmaceuti...
  8:18
pharmaceuti...
  1:8 5:9 6:4
  11:23 18:13
  18:20,24 19:1
  23:20,21,22
  24:1,4,7,11
  24:13 27:23
  28:1,21,23

32:10,17
  33:23 34:9
  37:1 38:21
  39:2,5,11
phone 26:14
  63:24 64:1
phrase 35:9
  62:24
pick 37:7
place 57:1
  64:14
Plaintiffs 1:6
  1:15 2:2 5:7,9
  5:24
plane 55:3
plant 13:10
  14:10 40:4
please 5:21
  6:10,11 7:11
  7:16,17 10:20
  12:20 19:17
  24:16 33:18
  35:21 37:4,14
  49:6 51:23
  58:5 63:14
  65:8
PLLC 2:3
point 19:18
  33:5 34:10,12
  34:24 53:2
policies 14:13
politicas 46:21
poorly 63:18
portion 53:7
position 13:4,8
  14:17 16:12
  24:5 27:6,8
  27:17 28:11
  28:13 32:1,2
  32:8,16 38:5
  38:9,12 40:19
  40:23
positions
  15:14 23:19
  23:21 31:23
  32:20
possibility
  34:11

possible 26:22
  29:18
potential 51:15
powers 44:20
  44:21 47:1,3
  48:5
Practically
  29:5
practice 29:12
prefer 10:11
  22:12
preparation
  31:3
present 3:1
  5:21 6:5
  14:19 17:24
  38:6,8 48:17
  48:18 50:4
president
  23:22,24
  24:10,14 26:4
  27:1 29:3
  32:1,10,18
  39:1 41:19
  44:11 45:3
  46:13,22 48:4
pretending
  35:18
Price 31:15,18
  31:23 32:3,16
  32:20 39:2,9
prior 25:3
  28:14,15,17
  38:7
probably 7:1
problem 34:11
  35:24,24
  37:10
Procedure
  1:17
proceeding
  10:24
proceedings
  7:6 22:22
process 8:10
  10:1 11:15
  41:21 42:3
processes

9:19
procession
  10:4
product 48:2
  63:17
products 13:11
progress 42:2
progressing
  41:20
pronounce
  52:23
proposals 43:1
proposes
  57:24 58:6
provide 41:23
provisions
  1:16
Public 1:19
  68:6
purchase
  46:16 47:17
  48:1
pursuant 1:15
p.m 1:23 5:13
  12:5,8 30:5
  30:11 54:2,7
  61:12,15
  65:10,13,17
  66:2

___ Q ___

quarter 50:24
  51:1
question 15:2
  15:12 18:23
  19:19 22:13
  23:5,7,10
  25:12,19,23
  26:1 31:16
  47:11 53:10
  64:14
questions
  10:11,12,19
  11:7,14 21:11
  25:11 31:5
quite 22:17

___ R ___

Page 76

**R** 5:1 12:21 13:2 67:1
**Rafael** 2:22 6:5
**raise** 16:20
**RDR** 68:18
**read** 23:4,7,10 24:16,17 25:23 31:9,10 39:15 49:5,7 57:15,20 58:2 67:3
**reading** 57:17
**reads** 31:9 33:1 39:17 41:7
**realize** 19:23
**really** 20:20 57:8
**reason** 52:12
**Rebeca** 2:21 6:7
**recall** 43:4,9 53:12 54:22 55:6,7 56:1 57:1 58:17 59:5,6,18,23
**receipts** 62:16
**receive** 17:24 24:2 27:8,12
**received** 18:3 18:5,14,15,16 18:18 19:6,10 19:22
**Recess** 30:6 54:5 65:11
**recognition** 27:22 28:8,8 28:12,14 28:15,17
**recognize** 30:15 57:12 57:14 60:3
**recognized** 34:15
**recollected** 33:24
**recollection** 25:8

**record** 5:4,22 7:11 12:3,5,6 12:8 22:12 30:5,11 38:14 53:24 57:20 61:10,12,13 61:15 65:7,10 65:13,15 67:6 68:12
**recorded** 36:16
**recording** 37:20
**records** 36:17
**refer** 45:23 56:18
**referring** 23:1 39:6,7 46:21 47:24 55:13
**reflect** 21:22
**refrain** 21:13
**refresh** 58:12
**regarding** 50:7 59:8,9
**registered** 1:17 64:20 68:5,19
**relate** 9:9,18 63:21,22
**related** 56:3
**relates** 62:12
**relating** 42:24 56:4 59:7,8
**relationship** 42:16 49:23 49:24 50:2,8 51:24 52:9,11 55:15,21 59:19
**relationships** 12:14
**remember** 13:17 17:8,19 25:2,6,19 27:3 43:5,11 44:2 50:21 53:1,6,11,14 54:20 59:3,10 59:12,21
**Reorganize**

14:10
**repeat** 15:12 19:19 21:3 37:14 40:7 61:16
**repeated** 40:9
**reporter** 1:18 5:16 6:10 10:23 11:6 22:13 23:10 24:17 25:22 25:23 30:12 49:7 68:6,19
**reposada** 61:4 61:19
**representation** 44:22
**representati...** 54:17
**representing** 2:2,10,16 5:15
**represents** 34:22
**residuals** 62:20,21,23 63:18
**respect** 35:20
**respond** 43:22
**responded** 27:21
**response** 42:18 44:14
**responsibilit...** 13:10 14:14 27:19 44:21 46:8
**responsibility** 40:16 41:11 44:7,13
**responsible** 24:10
**resposada** 61:3,22
**rested** 61:23
**result** 27:16 51:9
**revenues**

62:18
**review** 59:22
**reviewed** 30:23 31:2
**Reviewing** 51:22
**revised** 51:19
**right** 7:10 20:10,12 22:6 28:16 35:12 48:11 51:15 56:10 59:16 64:15 65:4
**right-hand** 60:12,16,23 61:17 62:12 62:14
**Robert** 12:22 13:2
**ROBINSON** 2:3
**role** 37:20
**room** 30:3
**Roseline** 52:22 53:15
**Rules** 1:16

**S**

**S** 4:6 5:1 38:17
**salary** 13:16 16:15,23 17:2 17:7,20 18:7 18:10,11 27:5 27:8,12
**sale** 46:16 51:16
**sales** 62:8 63:15
**salvation** 34:18
**Sam** 38:17
**Sanchez** 38:7 38:9,15,23 39:6,8,8
**Sandra** 1:17 5:17 68:5,18
**saving** 34:23
**saw** 53:3,6
**saying** 63:16
**says** 31:11

33:9 46:1 60:5,24 62:16 62:22 64:19 64:21
**scope** 50:7
**second** 9:12 59:5 62:17
**see** 7:7 33:3,9 33:11 52:5
**seek** 40:2
**sell** 51:14
**selling** 47:17
**send** 42:23
**sending** 57:24
**senior** 31:12 49:13,21
**Senor** 57:3
**sense** 22:2
**sent** 43:2,3,18
**sentence** 31:8 32:24 41:6 46:1,9 47:10 57:18
**serves** 53:2
**services** 5:15 37:16
**set** 68:10,15
**shares** 18:14 19:14 20:23 23:15
**short** 25:13
**show** 56:15
**side** 62:13,15 64:16
**sign** 48:5 55:9 58:1 59:7
**signature** 30:17 58:7 60:20 62:3
**signed** 30:16 52:10 67:20
**significantly** 29:3
**signing** 30:24 59:14
**simply** 11:11 22:21 35:19
**sir** 57:23 58:10

60:2
situation 34:16
  55:10,23
size 46:6
skill 68:14
slb 67:23
sold 51:10
solution 63:1
solvents 64:8
  64:12
sorry 21:2
  24:15 40:6
  53:9,19 55:19
  58:1 59:15
  64:21
Spain 1:5 2:20
  5:8 6:2 8:5,12
  11:18 26:15
  35:1 40:21
  48:1
Spanish 5:2
  6:16,16 7:22
  7:22 10:10,11
  10:12,13,16
  31:10 57:2
  61:9 63:8
Spanish-Eng...
  7:14
speak 7:9 10:9
  16:11 24:19
  38:20,24
  41:13 46:22
  47:21 49:17
  50:9 57:4
speaking
  40:24
speaks 21:8
specific 18:8
  25:8 26:11
  27:23 35:14
  42:16 47:7
  48:3,5 51:11
  58:17
specifically
  11:2 55:2
  62:4
spell 12:20,24
  38:14

spent 54:22
spoke 24:18
  54:13 55:4
spoken 24:18
  44:5
SS 68:4
stability 63:3,4
stable 63:19
staff 29:21
Stand 61:11
  65:9
stands 25:18
start 26:1
starting 13:16
stated 49:10
States 1:1 5:10
  8:8,11 26:16
stenographer
  7:16 25:11
stenotype
  68:12
Stewart 2:14
  6:3,3,24 7:10
  7:15 15:9
  16:4,16,21
  19:16 20:24
  21:14,19,24
  22:20 23:11
  25:10,18 26:6
  28:2 29:14
  32:5 34:3,13
  34:20 35:14
  35:18 36:21
  37:3,6,22
  41:16,24 42:6
  44:9 45:1
  47:14 48:15
  48:17,19,22
  50:12 51:21
  59:2 60:15
  65:7,22
stock 18:14,15
  18:16,18,19
  18:20,24 19:3
  19:6,9,13,14
  19:22 20:6,15
  20:16,23
stop 10:20

strategies
  14:11 48:13
  48:20,24 49:9
  49:11,12,17
  49:20
strategy 49:16
Street 2:4
strike 13:23
  15:24 18:19
  38:19 57:10
stuck 63:9,20
subject 38:22
  55:8
subsidiary
  11:22 28:20
  28:22 36:24
  37:2
SUFFOLK 68:4
suggested
  35:6
suggestion
  28:5
suggestions
  35:12 43:14
  43:16,19
Suite 2:5
supply 56:11
suppose 58:14
  58:15
sure 10:1
  17:13 21:23
  23:5 24:24
  25:13 37:12
  42:21 45:17
  48:10 64:1
suspended
  66:2
Swartz 51:10
  51:15,16,18
  52:3,5,8
swear 6:10,11
  7:16
sworn 6:14,19
  7:3,20 10:22
  68:11
system 34:24
  37:18
S.A 1:4,5 2:16

5:8,8 6:1,1,6
6:8
_____
T
T 4:6 13:3 67:1
  67:1
take 8:4 10:15
  11:6,9 13:13
  29:10,12,19
  29:21,24
  43:14 49:1,9
  50:13,17
  56:24 57:11
  64:3
taken 1:15 5:7
  8:7 68:12
talk 49:22
  50:16
talking 14:23
  33:19,20,21
  43:10 44:22
  44:23 45:21
  55:1,15 59:10
Tape 5:5 54:3,7
  65:18
tax 35:23 36:4
taxes 34:24
taxing 34:24
team 31:13
  48:21 49:3,9
  49:14
technology
  43:12 56:3,6
telephone
  26:22 27:3
  29:8,10
tell 8:14 9:1
  11:11 17:4
  18:3 19:14
  20:5,8,11
  24:20 26:21
  27:2,5,15
  42:4,13,17
  43:6 50:17
  53:12 54:20
  59:4 60:5,24
telling 22:7
  26:12

tenure 39:18
  39:19,21,24
term 24:20
  56:8
terms 19:22
  22:9 34:10
  41:19 50:9
  53:17
testified 6:22
  26:3
testify 10:23
  11:3 15:17
testimony 6:20
  16:22 21:1
  23:12 43:21
  67:4,6
Thank 6:9
  11:13 30:14
  44:18 65:16
  65:24
they'd 36:5
things 10:1
  27:23
think 7:1 43:7
  56:8 58:19
  62:10 65:1
thinking 18:9
  50:22
Thomas 13:3
  38:17
thought 21:12
  51:13
three 21:6
  31:12 34:1
  36:10,12
  50:19,20
  54:22
thresholds
  46:7
Thursday 1:22
time 11:10 12:4
  12:7 16:16
  19:16 30:4,10
  34:1 41:24
  42:7 43:4,6
  48:15,16 54:1
  54:6 57:6,6
  58:9 59:11

Page 78

| | | | | |
|---|---|---|---|---|
| 61:11,14 65:9 | 57:19 64:13 | **un** 49:2 | 65:12,16,24 | 35:22 54:16 |
| 65:12,17 | 65:2 | **underneath** | **videotaped** | 62:20 68:9,15 |
| **times** 23:13 | **translations** | 62:24 63:2 | 1:13 5:6 54:3 | **word** 35:4 |
| **today** 11:7,10 | 35:15 | **understand** | 54:8 65:18 | 39:21 46:14 |
| 11:15 17:2 | **translator** 3:2 | 10:7,9,13,19 | **view** 34:24 | 46:20,24 |
| 20:17 22:15 | 3:3 6:13,18 | 15:17 20:22 | **views** 35:12 | 62:18 63:8 |
| 23:15 27:9 | 7:2,3,5,6,9,13 | 24:9,22 32:8 | **VS** 1:7 | **words** 27:11 |
| 31:3,22 38:4 | 7:19,24 8:3 | 32:22 40:10 | | 35:21 44:1 |
| **told** 42:13 | 10:5,6 12:24 | 40:16 44:4,14 | ⎯⎯⎯ **W** ⎯⎯⎯ | 64:6 |
| 43:22 | 15:11 21:2,7 | 45:24 47:16 | **want** 10:18 | **work** 27:22 |
| **Tom** 38:17 | 25:12 31:9 | 57:5,9 60:11 | 22:11 33:4 | 28:14,15,18 |
| **tomorrow** | 33:4,7 34:7 | 60:13 | 38:14 48:9 | 28:18 |
| 11:10 | 35:4,17,19 | **understanding** | **wanted** 52:5,10 | **working** 12:13 |
| **top** 60:12,16 | 37:7 39:16 | 16:1 32:19 | **Washington** | 12:17 |
| 61:2,17 | 40:6,9 42:12 | 47:11 52:3 | 2:6 | **world** 28:1 |
| **topic** 39:5 | 45:6,14 46:20 | **understands** | **wasn't** 24:2 | **worried** 35:23 |
| 41:15 | 46:24 48:12 | 22:3 | 63:19 | **write** 10:14 |
| **topics** 41:23 | 49:2 53:8 | **understood** | **way** 9:18 22:15 | 52:24 56:20 |
| 55:1 | 54:11,12 | 57:7 | 27:16 33:16 | **writing** 62:10 |
| **total** 16:23 | 57:18,23 58:5 | **United** 1:1 5:10 | 36:16 59:12 | 63:23 |
| **track** 19:20 | 59:15 61:8,21 | 8:8,11 26:15 | 64:4 | **written** 62:12 |
| 23:9 | 61:22 62:17 | **unreasonable** | **weeks** 21:6 | 62:14 |
| **trademark** 9:3 | 62:21 | 21:13,15 | **welcome** 50:12 | **wrong** 22:9 |
| 9:4 64:20 | **translators** | 22:18 | **went** 52:15 | 23:1 35:13 |
| **trademarks** | 11:24 40:15 | **unspecific** | **weren't** 59:1 | 36:3 |
| 9:14 | **true** 20:2 27:13 | 42:7 | **we'll** 23:9 | |
| **train** 21:12 | 31:22 41:5 | **Unstable** 63:3 | 37:11 50:17 | ⎯⎯⎯ **X** ⎯⎯⎯ |
| **transcript** 67:3 | 67:5 68:11 | **use** 47:3,4 | **we're** 12:5,8 | **X** 4:1,6 |
| 67:5 | **truth** 6:20,21 | | 14:23 30:5,11 | |
| **translate** 6:15 | 6:21 59:4 | ⎯⎯⎯ **V** ⎯⎯⎯ | 33:19,20,21 | ⎯⎯⎯ **Y** ⎯⎯⎯ |
| 7:21 19:17 | **truthfully** 10:24 | **V** 38:18 | 43:10,21 | **Yeah** 35:22 |
| 21:7 23:4,8 | **try** 47:8 | **vague** 41:24 | 44:23 61:15 | **year** 14:4 17:6 |
| 39:16 42:10 | **trying** 19:21 | 42:6 59:2 | 65:10,13,14 | 18:5,17,17 |
| 45:18 57:18 | 22:7,21 37:12 | **value** 19:9 | **we've** 21:5 | 19:7 36:14,15 |
| 57:21 58:2 | 55:9 | **various** 45:21 | 22:16 23:6 | 38:11 43:8 |
| **translated** | **turn** 32:23 | **Verbal** 11:24 | 50:14 | 50:24 |
| 22:23 42:12 | **two** 8:15,22 | 40:15 | **WHEREOF** | **years** 17:5,23 |
| 49:3 64:14 | 25:10 38:8 | **versus** 5:9 | 68:15 | 18:4,16 34:1 |
| **translates** | 50:9,16 52:9 | **vice** 23:22,24 | **wholly** 11:22 | 36:13 |
| 13:20 25:12 | 54:22 55:2,2 | 24:13 26:4 | **wife** 20:5,9 | **yesterday** |
| **translation** | 55:11,12,23 | 27:1 29:3 | **wish** 21:22 | 54:23 |
| 15:10 16:22 | 64:5 | 32:1,18 39:1 | 23:15 | |
| 22:19,22 28:5 | **type** 48:5 | **Victor** 38:18 | **witness** 1:14 | ⎯⎯⎯ **Z** ⎯⎯⎯ |
| 34:4,14,21 | | **Videographer** | 4:2 6:10,18 | **Zaragoza** 40:4 |
| 35:9,11 37:8 | ⎯⎯⎯ **U** ⎯⎯⎯ | 3:4 5:5 6:9 | 8:13 16:22 | **Zarnetske** 3:4 |
| 45:2,7 47:9 | **Uh-huh** 33:6 | 12:4,7 30:4 | 21:8,8 22:2,5 | 5:14 |
| 47:15 48:10 | **ultimately** | 30:10 54:1,6 | 22:6,10 23:1 | |
| 48:23 51:21 | 13:24 | 61:11,14 65:9 | 23:5 25:13,15 | ⎯⎯⎯ **$** ⎯⎯⎯ |

$20 47:12
$80,000 13:22

**0**
02199 2:13
04-13000(SLR)
  5:12
04-13000-SLR
  1:8

**1**
1 4:8 5:6 16:18
  30:8,13 39:13
  54:3
1st 12:11
100 17:13
  28:20,22
103593 1:18
11 31:8
111 1:21 2:12
  5:20
12 13:18
1201 2:4
13 13:18 16:24
  30:18
14 16:24
1997 12:11
  15:1 36:14
  38:5,8,12
  50:2
1998 51:1 52:5
  52:14 54:14
  55:20 56:22
  59:24
1999 14:4,15
  14:18,22,23
  15:4,8,14
  16:8,24 17:2
  17:24 18:17
  19:7 31:18
  32:21 38:11
  38:12 48:18

**2**
2 4:9 16:18
  32:23 34:23
  54:8 56:20,23
  65:18

**2:23** 1:23 5:13
**2:35** 12:5
**2:46** 12:8
20 1:22 17:10
  47:5 67:4
20th 5:13 54:2
  54:7 65:17,20
20-million-pe...
  47:12
200 20:23
200,000 20:19
2000 17:6
20004 2:6
2001 17:9
  36:15 43:8
  60:24
2002 17:11
  36:15
2003 17:14
  33:14 50:3
2004 17:18
  30:24 33:15
2005 23:23
  24:1,24 25:3
  25:5,7 26:4
  26:12 38:11
2006 1:23 5:13
  54:2,7 65:17
  67:4,18 68:16
21st 65:22,24
22 17:10
256 59:6
28014 2:18

**3**
3 32:24
3-4-98 4:10
3:26 30:5
3:45 30:11
30 4:8 17:12
300,000 20:19
  20:23
35 17:15 34:18
  34:22 36:1,5
350,000 17:22
  17:23
36 17:15

**4**
4 31:8 39:15
  49:10 56:22
4th 68:16
4:48 54:2
40 17:19

**5**
5:17 54:7
5:32 61:12
5:33 61:15
5:42 65:10
5:43 65:13,17
  66:2
500 2:5
56 4:10

**6**
6 2:19 4:4
  33:13,20
60 23:18

**7**
7 33:13,20
70 13:22 23:18
70,000 13:22

**8**
8 39:15 41:7
  44:3
80 13:22

**9**
9 45:24 65:21

Page 69

1              UNITED STATES DISTRICT COURT

2                  DISTRICT OF DELAWARE

3  - - - - - - - - - - - - - - - -

4  ETHYPHARM S.A. FRANCE and    :

5  ETHYPHARM S.A. SPAIN,        :

6              Plaintiffs,      :

7  VS.                          :   CASE NO.

8  BENTLEY PHARMACEUTICALS,     :   04-13000-SLR

9  INC.,                        :

10             Defendant.       :

11  - - - - - - - - - - - - - - - -

12

13          VIDEOTAPED CONTINUED DEPOSITION OF ADOLFO

14  HERRERA, a witness called by and on behalf of

15  the Plaintiffs, taken pursuant to the applicable

16  provisions of the Federal Rules of Civil

17  Procedure, before Sandra L. Bray, Registered

18  Diplomate Reporter, CSR Number 103593, and

19  Notary Public in and for Commonwealth of

20  Massachusetts, at the offices of Edwards Angell

21  Palmer & Dodge LLP, 111 Huntington Avenue,

22  Boston, Massachusetts, on Friday, July 21, 2006,

23  commencing at 9:05 a.m.

24

Page 70

1 APPEARANCES:

2 Representing the Plaintiffs:

3    BAACH ROBINSON & LEWIS PLLC

4    1201 F Street, NW

5    Suite 500

6    Washington, D.C. 20004

7    BY: DWIGHT P. BOSTWICK, ESQUIRE

8       JONATHAN D. FINE, ESQUIRE

9

10 Representing the Defendant:

11    EDWARDS ANGELL PALMER & DODGE LLP

12    111 Huntington Avenue

13    Boston, Massachusetts 02199

14    BY: CRAIG E. STEWART, ESQUIRE

15

16 Representing Laboratorios Belmac S.A.:

17    IBERFORO

18    28014 Madrid-CI

19    Marques de Cubas, 6

20    Madrid, Spain

21    BY: REBECA CORRAL GREGORIO, ESQUIRE

22       RAFAEL GARCIA-PALENCIA

23

24

Page 71

1 ALSO PRESENT:

2    Ivelissa I. Escalera, Translator

3    Kristin Zarnetske, Videographer

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 72

1         I N D E X
2 WITNESS:                  PAGE NO.
3 ADOLFO HERRERA
4 BY MR. BOSTWICK           75, 189
5 BY MR. STEWART            181
6
        E X H I B I T S
7
 NO.    DESCRIPTION        PAGE NO.
8
 3    Document titled Acuerdo de
9    Produccion            83
10 4  Document titled Acuerdo de
    Produccion            83
11
 5    Document titled Production
12   Agreement, dated 11-19-99    83
13 6  Bentley Pharmaceuticals Board
    of Directors 7-29-98 Meeting
14   Minutes              106
15 7  Fax to Ms. Joannesse from
    Mr. Rodriguez, dated 4-8-99    112
16
 8    Letter to Mr. DeBregeas from
17   Mr. Murphy, dated 4-9-99    114
18 9  Letter from Mr. Herrera,
    dated 6-11-99          117
19
 10   Document titled Contrato de
20   Fabricacion          119
21 11  Document titled Carta de
    Compromiso de Compra and Other
22   Documents            119
23 12  Fax to Mr. Herrera from
    Mr. De Basilio, dated 12-5-00  128
24

Page 73

1    E X H I B I T S, Continued
2 NO.    DESCRIPTION        PAGE NO.
3 13   Fax to Mr. Alvarez from
    Mr. Herrera, dated 10-31-00    136
4
 14   Fax to Mr. Murphy from
5    Mr. Leduc, dated 6-8-01    141
6 15  Fax to Mr. Murphy from
    Mr. Herrera, dated 6-15-02    147
7
 16   Confidentiality Agreement    152
8
 17   Press Release        154
9
 18   Letter from Ilhem Gadry to
10   Mr. Herrera, dated 12-6-01,
    and Enclosure          155
11
 19   Side Letter          157
12
 20   Copy of E-mail from
13   Mr. Fitzgibbons, dated
    1-22-02, and Attachment    165
14
 21   Document titled Contrato de
15   Transferencia de Tecnologia y
    Cesion de Know How      166
16
 22   Letter Fax to Mr. Herrera from
17   Mr. Leduc, dated 2-1-02    169
18
19
20
21
22
23
24

2 (Pages 70 to 73)

Page 74

1       PROCEEDINGS
2       THE VIDEOGRAPHER:  The time is
3   9:05 a.m. on July 21st, 2006.  This is Tape
4   Number 1, Volume 2, the continued videotaped
5   deposition of Mr. Adolfo Herrera.
6           IVELISSA I. ESCALERA,
7   a translator in the Commonwealth of
8   Massachusetts, who, being by me previously first
9   duly sworn to translate from the English
10  language into the Spanish language and from the
11  Spanish language into the English language,
12  thereupon acted as translator for the witness
13  herein; and
14          ADOLFO HERRERA, having previously duly
15  sworn or affirmed that his testimony would be
16  the truth, the whole truth, and nothing but the
17  truth, testified as follows:
18              *  *  *
19  CONTINUED EXAMINATION BY MR. BOSTWICK:
20 Q.  Mr. -- good morning.
21      THE WITNESS:  I would like one page.
22      THE TRANSLATOR:  Can you pass one of
23  the notepads, please?
24      MR. STEWART:  Sorry.  You need a piece

Page 75

1   of paper so that you can make notes on?
2       THE WITNESS:  (Through translator):
3   If he's asking me something and something comes
4   to my mind and I just want to write it down as
5   he's asking the question, he just want to have
6   something to write it down so I don't forget if
7   it's not objection.
8       MR. BOSTWICK:  It's not objectionable
9   to me.
10      MR. STEWART:  Let me just -- let's
11  just talk for a minute.
12      MR. BOSTWICK:  Go off the record.
13      THE VIDEOGRAPHER:  The time is
14  9:06 a.m.  We're off the record.
15      (Recess)
16      THE VIDEOGRAPHER:  The time is
17  9:09 a.m.  We're back on the record.
18 Q.  Good morning, Mr. Herrera.
19 A.  (Through translator):  Good morning to you too.
20 Q.  Yesterday, when we left off, you were talking
21  about -- you had mentioned to me that you
22  remembered three meetings that Murphy attended
23  with Ethypharm.  And do you recall we had been
24  discussing an April 1998 meeting?

Page 76

1 A.  Correct.
2 Q.  If you could look at Exhibit 2 for a moment.
3   I'm not sure if I asked you this question.
4   There was an individual whose name is in the
5   circle that you wrote on the left-hand side?
6 A.  Yes.
7 Q.  What is the name of that person?
8 A.  Alsina.
9 Q.  Can we spell that?
10 A.  A as in apple, L as in Larry, S as in Sam, I as
11  in India, N as in Nancy, A as in apple.
12 Q.  And where was Alsincia -- Alsina from?
13 A.  Another pharmaceutical company.
14 Q.  Which company?
15 A.  Uquifa.
16 Q.  And that is spelled -- how is that spelled?
17 A.  U as in umbrella -- U Q U I F A.
18 Q.  And was Uquifa a client of Ethypharm's for the
19  purchase of omeprazole during 1998?
20 A.  Yes.
21 Q.  Did Uquifa also purchase other products from
22  Ethypharm that you know?
23 A.  No, and they also submit the prime material also
24  too.

Page 77

1 Q.  Do I understand that Uquifa also provided the
2   raw material for the omeprazole product?
3 A.  Correct.
4 Q.  For the production of omeprazole at Laboratorios
5   Belmac, correct?
6 A.  That was it, correct.
7 Q.  For Ethypharm?
8 A.  Yes.
9 Q.  I recall that you had indicated that the purpose
10  of the April 1998 agreement was to try -- the
11  1998 meeting with Ethypharm was to try to get a
12  signed global agreement.  Do you recall --
13      MR. STEWART:  Objection as to form.
14 Q.  Do you recall whether such an agreement was ever
15  signed?
16      MR. STEWART:  Objection as to the
17  premise on which the question is based and a
18  matter of form.
19 Q.  Was -- let me ask the question.  Was a global
20  agreement between Ethypharm and Laboratorios
21  Belmac or Bentley signed around 1998 as a result
22  of the April meeting?
23 A.  No.  We are always talking about Belmac Labs.
24 Q.  Is -- was there any agreement signed as a result

3 (Pages 74 to 77)

Page 78

1  of the April 1998 meeting?
2 A.  No.
3 Q.  So there was no written document, correct?
4 A.  No.
5 Q.  Did you have further discussions with Ethypharm
6    representatives following that April 1998
7    meeting about a signed contract?
8        MR. STEWART:  Objection.  With whom?
9 Q.  With Ethypharm representatives.
10 A.  I would like a clarification.  Are we talking
11    about this agreement?
12 Q.  Yes.  After your April 1998 meeting, correct,
13    did you have discussions in the summer or the
14    fall of 1998 with Ethypharm representatives to
15    try to sign an agreement with Ethypharm?
16 A.  We did have meetings, but none in specific to
17    this agreement, to the signing of this
18    agreement.
19 Q.  How about the types of drafts -- the drafts that
20    are attached to Exhibit 2?  Did you have
21    discussions with Ethypharm representatives about
22    those drafts following the 1998 meeting?
23 A.  I could have had some meeting because usually I
24    had meetings with Adolfo de Basilio.

Page 79

1 Q.  As you sit here today, do you recall any of
2    those meetings or discussions?
3 A.  Yes.
4 Q.  You recall discussing these drafts in Exhibit 2
5    with Mr. De Basilio?
6 A.  Not exactly with this draft, but in part of
7    another agreement that was also signed -- that
8    it was signed in 1998.
9 Q.  Okay.  What agreement are you talking about?
10 A.  In the one that we transmitted to them in the
11    month of September, and they signed the
12    correspondent confidentiality agreement.  They
13    compromised themselves to save --
14        THE WITNESS:  To keep.
15 A.  -- to keep the confidentiality about our
16    manufacturing methods and analytical methods
17    with its correspondent validations, and the
18    phrase that defined that agreement of
19    confidentiality is the same phrase that it was
20    in the contract that they send to us in
21    September of 1997.
22 Q.  In September of 1997 or '98?
23 A.  1997.
24 Q.  Okay.  As to -- I just want to refer to the

Page 80

1    meeting in April of 1998 to make sure we've
2    completed our discussion of that topic, okay?
3 A.  Very good.
4 Q.  The drafts in Exhibit 2, do you have any
5    specific memory of discussing those drafts with
6    Adolfo de Basilio?
7 A.  Yes.
8 Q.  What do you recall about those discussions?
9 A.  What I remember is that when I took a look at
10    this contract, it did not reflect the reality,
11    the real situation, and for that reason -- and
12    for that reason, they were requiring from us
13    information of our product and our manufacturing
14    method and with our formulations, and that gave
15    place (sic) to the signed of the contract that
16    was signed in September 1998 of confidentiality
17    in which we gave them our know-how.
18 Q.  Do you recall -- is that all you can recall
19    about the discussions regarding these specific
20    contracts in Exhibit 2?
21 A.  Yes, because I told him that this contract to me
22    was not acceptable.
23 Q.  Can you recall why, what provisions were not
24    acceptable?

Page 81

1 A.  In specific, everything that referred to the
2    know-how.
3 Q.  Can you point me to what you're talking about?
4 A.  I have to read it.
5 Q.  Okay.
6 A.  As an example, Number 12.  Yes, Number 12 on
7    Page 5.
8 Q.  What's wrong with that -- what did you find
9    objectionable about that portion of the
10    document?
11 A.  The definition of the know-how by Ethypharm
12    communicated to Laboratorios Belmac.  The same
13    as this letter at the front of the second page
14    that came with -- in which a certification is
15    pretended of the recognition of the know-how.
16 Q.  Hadn't Belmac signed many, many documents with
17    those same provisions before this?
18 A.  In terms of specific contracts with Ethypharm?
19 Q.  Yes.
20 A.  As far as I'm aware, no.  At least during my
21    tenure as general director, no.
22 Q.  Are you aware of -- are you aware that there
23    were a number of signed confidentiality
24    agreements from Laboratorios Belmac that clearly

4 (Pages 78 to 81)

Page 82

1  stated that the know-how was -- were clearly the
2  property of Ethypharm?
3          MR. STEWART: Objection. The topics
4  that Mr. Bostwick is now getting into are the
5  substance of what is properly the subject of
6  Phase 2 discovery. I realize in terms of the
7  issues of agency, we can't always divorce the
8  substance of the topics from the issue of
9  agency. However, I think at this point we are
10  now getting into examination pertaining to the
11  details of that subject. And so I think it's --
12  we are at the point now where we're going beyond
13  the scope of Phase 1 discovery.
14          MR. BOSTWICK: I'm going to ask a few
15  more questions in the area, simply because it's
16  not me who raised it. It was Mr. Herrera.
17          MR. STEWART: It doesn't matter
18  whether Mr. Herrera raised it. What matters is
19  if you're going to pursue it.
20          MR. BOSTWICK: I'm going to pursue it
21  if I can find -- tell you what. Let's go off
22  the record for just a moment.
23          THE VIDEOGRAPHER: The time is
24  9:27 a.m. We're going off the record.

Page 83

1          (Recess)
2          MR. BOSTWICK: Let's mark this as 3.
3  And what's the Bates stamp number?
4          MR. STEWART: Belmac 006200.
5          (Exhibits Numbers 3 - 5 were marked for
6  identification.)
7          THE VIDEOGRAPHER: The time is
8  9:32 a.m. We're back on the record.
9 Q.  Mr. Herrera, because you've raised the issue of
10  whether -- of signing confidentiality agreements
11  relating to know-how and because you have
12  discussed your problems with Article 12, the
13  confidentiality provision, in Exhibit 2, I want
14  to make sure we have a clear record on this
15  point.
16          MR. STEWART: Objection. In the first
17  place, this issue was put in -- was put on the
18  table by Mr. Bostwick's questions with respect
19  to the agreement attached to Exhibit 2. Then he
20  called on Mr. Herrera to go through the
21  agreement and find places where Mr. Herrera
22  objected, that this was not the reality of the
23  situation as he understood it at the time that
24  Mr. De Basilio was asking to sign the agreement.

Page 84

1  Mr. Bostwick invited that discussion.
2  Mr. Herrera responded as to the areas that he
3  considered to be objectionable. Mr. Bostwick
4  then responded to ask Mr. Herrera questions
5  pertaining to that particular issue.
6          MR. BOSTWICK: This is a classic
7  speaking objection. The record stands for
8  itself. We don't need --
9          MR. STEWART: It is a speaking
10  objection. You did not pose a question to
11  Mr. Herrera.
12          MR. BOSTWICK: Not yet.
13          MR. STEWART: You made a speech. Now
14  I'm making a speech. I'm putting on the record
15  that your speech is not accurate.
16          MR. BOSTWICK: The record speaks for
17  itself.
18          MR. STEWART: Yes, but the record, as
19  one judge used to say, is not wired for sound at
20  this particular time. So I'm going on record
21  that the foundation for this question that you
22  provided is wrong, that you are getting into the
23  substance of the -- the substance of the alleged
24  misappropriation of trade secrets and whose

Page 85

1  technology is whose. You are the one who
2  acidulously made sure that we not inquire into
3  the nature of that technology. I'm not going to
4  permit you to get into the details of this
5  subject with this witness.
6          MR. BOSTWICK: Why don't you listen to
7  my question, see if you have an objection to it.
8          MR. STEWART: I already had an
9  objection to the speech. Now, I'll listen to
10  the question.
11 Q.  Mr. Herrera, you testified, I believe, that you
12  did not know of agreements that were signed
13  which indicated that know-how was Ethypharm's
14  property, and I'm specifically talking about the
15  know-how related to omeprazole. And here's my
16  question. I'm putting in front of you three
17  exhibits, Exhibit 3, 4, and 5. And don't those
18  documents clearly say that Laboratorios Belmac
19  is manufacturing omeprazole with the patents and
20  technology of Ethypharm?
21          MR. STEWART: Objection to the
22  characterization of Mr. Herrera's testimony.
23  Objection to the length of the question, which
24  assumes facts not in evidence. Objection to the

5 (Pages 82 to 85)

**Esquire Deposition Services**
**866-619-3925**

JT-A-653

Page 86

1    form.
2 Q.  You can answer.
3 A.  Thank you. The first document, which is Exhibit
4    Number 3, is not my signature. I had not
5    started at the company yet. And as I can see,
6    it has been signed by the prior general
7    director, and it talks about patent and
8    technology of Ethypharm.
9 Q.  Exhibit 4.
10 A.  The second document, Exhibit 4, is signed by the
11   prior general director, and it doesn't talk
12   about patents.
13 Q.  It just talks about the technology of Ethypharm,
14   correct?
15 A.  Correct.
16 Q.  And that the microgranulars technology relating
17   to omeprazole is Ethypharm's technology,
18   correct?
19       MR. STEWART: Objection. And we have
20   not been given -- counsel at least on this side
21   of the table have not been given English
22   translations of the document. So Mr. Bostwick
23   may have an English translation. He's not
24   provided me with one, and our agreement with

Page 87

1    respect to the conduct of these depositions
2    require that for documents not in native
3    language that we be provided with English
4    translations.
5       MR. BOSTWICK: That's fair. Let me
6    just have the translator translate Article 2.
7    Can you translate Article 2 for me, please, for
8    Mr. Stewart?
9       THE TRANSLATOR: "By the indication of
10   PharmAlliance, the microgranules will be
11   manufactured by Belmac Laboratories, applying
12   the Ethypharm S.A. technology."
13 Q.  Is that a correct statement?
14 A.  Yes.
15 Q.  And that document was signed by the acting
16   general director in 1997, correct?
17 A.  Yes.
18 Q.  How about Exhibit 5? And that's in English. Do
19   you need the translator to read you Article 1 in
20   Spanish?
21 A.  No.
22 Q.  You understand it in English?
23 A.  Yes.
24 Q.  And this indicates clearly, does it not, that

Page 88

1    the pellets of omeprazole are manufactured with
2    the technology of Ethypharm, correct?
3 A.  Yes, not with the know-how.
4 Q.  This document is signed by you while you're
5    general manager, correct?
6 A.  Correct.
7 Q.  Now, I'm going to respect our agreement and our
8    clarification before, and I'm not going to ask
9    you questions about the distinctions between the
10   technology and know-how and patents at this
11   juncture. That will come at a later time. But
12   I just want to make it clear on this record
13   today that you and many other individuals at
14   Laboratorios Belmac did sign agreements
15   indicating that the pellets of omeprazole were
16   manufactured with the technology of Ethypharm,
17   correct?
18       MR. STEWART: Objection.
19 A.  What it says here is that they were manufactured
20   with Ethypharm's technology, but it doesn't make
21   any relation to the know-how, which is something
22   completely different.
23 Q.  Well, if you want to keep answering the question
24   that way, I'll continue and go down that path.

Page 89

1       MR. STEWART: Objection, objection.
2    That's a speech. That's not a question.
3       MR. BOSTWICK: Here comes --
4 Q.  But if you want your lawyer to instruct you to
5    answer my specific question, then I'll close off
6    my area of questioning. And my question is that
7    you are aware as Belmac's general manager that
8    there are dozens of agreements signed by
9    Laboratorios Belmac over the years that indicate
10   that the technology that is used to manufacture
11   omeprazole is Ethypharm's property, correct?
12       MR. STEWART: Objection. The question
13   now expands to a multiplicity of documents that
14   this witness may or may not have seen. You are
15   doing precisely what you promised that you would
16   not do, namely, you are asking an argumentative
17   question with respect to -- with respect to
18   documents and with respect to an area, namely,
19   the alleged misappropriation of trade secrets
20   that are reserved to Phase 2 of discovery. This
21   witness has answered your question with respect
22   to the document you put before him. He agreed
23   with you that this was signed and it was with
24   respect to the technology. You didn't like the

6 (Pages 86 to 89)

**Esquire Deposition Services**
**866-619-3925**

JT-A-654

Page 90

1  answer, and now you want to get a different
2  answer; and I'm going to instruct this witness
3  not to answer that question on the grounds that
4  you have -- that you are exceeding the bounds of
5  Phase 1 discovery. And you are free to do
6  whatever you want with respect to this issue.
7 Q.  All right. Let me ask a question, and it's a
8  yes-or-no question. In your position as general
9  manager of Laboratorios Belmac, you are
10  responsible for knowing about the agreements
11  that Laboratorios Belmac signs; aren't you?
12      MR. STEWART: Time?
13 Q.  At all times.
14 A.  Correct.
15 Q.  And you were aware while you were general
16  manager of Belmac that Laboratorios Belmac had
17  signed numerous documents like Exhibit 3,
18  Exhibit 4, and Exhibit 5, right?
19      MR. STEWART: Objection.
20 A.  Documents signed by the numerous general
21  directors with other companies, not with
22  Ethypharm, for marketing relations.
23 Q.  Okay. Were you aware that documents, such as
24  Exhibits 3, 4, and 5, stating that the

Page 91

1  omeprazole pellets were manufactured with the
2  technology of Ethypharm were signed on dozens of
3  occasions by Laboratorios Belmac employees while
4  you were general manager?
5      MR. STEWART: Objection.
6 A.  Yes, due to marketing issues at a specific
7  moment or times, trying to help Ethypharm.
8 Q.  Well, you were making -- Laboratorios Belmac was
9  making a lot of money as well, correct, under
10  this arrangement?
11 A.  They were making money, just as Ethypharm's
12  labs.
13 Q.  Laboratorios Belmac was making money, Bentley
14  was making money, and Ethypharm was making
15  money, correct?
16      MR. STEWART: Objection. I instruct
17  the witness not to answer. This is
18  argumentative, and you've now been at this now
19  for the last half an hour with respect to a
20  topic that has nothing to do with agency.
21      MR. BOSTWICK: I've just included
22  Bentley in my question. We're talking about
23  money that was made in omeprazole. How is not
24  related to agency?

Page 92

1      MR. STEWART: How is this
2  argumentative question relating to whether --
3  relating to whether this witness has facts
4  relevant to whether Laboratorios Belmac was
5  acting as an agent for Bentley?
6      MR. BOSTWICK: What's the grounds for
7  your objection?
8      MR. STEWART: The grounds for the
9  objection is it exceeds the scope of discovery
10  on Phase 1.
11      MR. BOSTWICK: All right. Why don't
12  you read back the question, please? And you can
13  either instruct him not to answer or you can
14  preserve the objection, but I, quite frankly,
15  don't understand it.
16      (Reporter read back the last question.)
17      MR. STEWART: I preserve my objection.
18  You may answer the question.
19 A.  No. Belmac Laboratories was making money.
20  Ethypharm Laboratories were making money.
21 Q.  Bentley was making no money out of the Ethypharm
22  relationship with Belmac? Is that your
23  testimony?
24 A.  Once again, I would like to emphasize the

Page 93

1  relationships between Ethypharm and Laboratorios
2  Belmac is based on Spanish companies, not with
3  Bentley.
4 Q.  Did Bentley make money off of the arrangement
5  between Ethypharm and Laboratorios Belmac?
6      MR. STEWART: At what time?
7 Q.  While you were general manager.
8 A.  We are 100 percent subsidiary of Bentley
9  Pharmaceuticals.
10 Q.  So the answer is yes?
11 A.  The answer is that if we are 100 percent
12  subsidiary of Bentley, then the finance will be
13  consolidated under the parent company.
14 Q.  Okay. Turning back to Exhibit 3, is Leciva --
15  strike that. Prior to the termination of the
16  relationship with Ethypharm in 2001 -- in 2002,
17  was Leciva a customer and client of Ethypharm's?
18 A.  Yes.
19 Q.  In Exhibit 4, prior to the termination of the
20  relationship with Ethypharm in 2002, was
21  PharmAlliance a client and customer of
22  Ethypharm?
23 A.  It was a client of Ethypharm.
24 Q.  For omeprazole?

7 (Pages 90 to 93)

**Esquire Deposition Services**
**866-619-3925**

JT-A-655

Page 94

1 A. Yes.

2 Q. And Exhibit 5 -- I'm sorry. We've already asked
3    about Exhibit 5. Pardon me. Can you tell me
4    anything else about Exhibit 2 -- the draft
5    agreement in Exhibit 2 that was objectionable to
6    you around the time of April to September of
7    1998?

8 A. I was not in agreement with the same issues
9    always, the topic of the know-how.

10 Q. Did you have discussions about the draft in
11    Exhibit 2 with Mr. Murphy?

12       MR. STEWART: Which draft?

13 Q. Either of the drafts in Exhibit 2.

14 A. By phone, we probably spoke with my own general
15    director at the time, Clemente Gonzalez Azpetia.

16 Q. Did you speak -- I didn't understand that
17    answer. Did you and Mr. Gonzalez speak with
18    Mr. Murphy about the draft contracts in
19    Exhibit 2?

20 A. And Mr. Berenguer, yes, by phone.

21 Q. You spoke with Mr. Murphy?

22 A. As Belmac's president.

23 Q. So you spoke with Mr. Murphy about the
24    contracts -- the draft contracts in Exhibit 2

Page 95

1    along with Clemente Gonzalez and Mr. Berenguer,
2    correct?

3 A. Yes, that's how I remember it.

4 Q. Did you do that on one occasion or more than one
5    occasion?

6 A. On one occasion.

7 Q. Tell me what you recall about that telephone
8    conversation.

9 A. That we were like -- just like always, that this
10    contract was not acceptable.

11 Q. Do you recall the specifics of those
12    conversations at all?

13 A. That's just what I remember honestly.

14 Q. So you don't remember anything else, correct?

15 A. Correct.

16 Q. Do you recall whether Mr. Murphy provided any
17    suggestions or comments about this draft?

18 A. No.

19 Q. Is your answer that you don't recall or that he
20    didn't?

21 A. What I remember is that he made no comment.

22 Q. Did Mr. Murphy ever provide comments or advice
23    on drafts of contracts from Ethypharm?

24 A. That I remember, no.

Page 96

1 Q. You had mentioned that there were three
2    meetings, I believe, where Mr. Murphy was
3    present with Ethypharm representatives.

4 A. Yes.

5 Q. And we've talked about one in or around April
6    1998.

7 A. Yes, that's correct.

8 Q. Can you tell me about the second meeting?

9 A. Yes.

10 Q. Please do.

11 A. If I remember correctly, it was with the change
12    of general directors of Ethypharm France --
13    general manager.

14 Q. Do you remember who the new general manager was?

15 A. Pierre Germain.

16 Q. That's Pierre Germain?

17       THE WITNESS: Pierre Germain.

18 Q. And for the record, is that G E R M A I N?

19 A. Yes.

20 Q. Do you recall the date of that meeting?

21 A. It was around the time that the contracts were
22    signed for omeprazole -- for the manufacturing
23    of omeprazole, the submitted letters of
24    omeprazole, and the signing of contracts of

Page 97

1    aspirin, Vincamine, Indometicin, and there was
2    one more, but I don't remember the other one. I
3    don't remember any more.

4 Q. Who was present at this meeting?

5 A. It wasn't exactly a meeting. It was a dinner --

6       THE TRANSLATOR: I'm sorry.

7 A. -- a meal at the restaurant that is next to
8    Ethypharm.

9 Q. And who attended this meal?

10 A. From Belmac Laboratories, Jim Murphy and myself,
11    and from Ethypharm Labs, Pierre Germain, Adolfo
12    de Basilio. I'm not sure if Yves Liorzou was
13    present, and I don't remember if there was
14    anyone else.

15 Q. Do you recall if Gerard Leduc was present at
16    that meeting?

17 A. No, he wasn't.

18 Q. Did you all sit at one table for this meal?

19 A. Yes, as I remember, yes.

20 Q. Do you ever recall going to Ethypharm and going
21    out to a meal at a restaurant and sitting at
22    different tables?

23 A. What meeting are we talking about?

24 Q. Any meeting.

8 (Pages 94 to 97)

**Esquire Deposition Services**
**866-619-3925**

JT-A-656

Page 98

1 A.  There was one. I think it was the third
2      meeting, which we went to Paris, and that was
3      towards the end of the year 2000. And Jim,
4      myself were meeting with Pierre Germain, and
5      later on, we went to eat. And it could be that
6      at that one Gerard Deluc was present.
7 Q.  Leduc.
8          THE TRANSLATOR: Leduc.
9 A.  That's what I remember.
10 Q.  So let's go back to the second meeting -- or the
11      second meal, the one in France with Jim Murphy,
12      Pierre Germain, Adolfo de Basilio, and Yves
13      Liorzou. Do you recall what was discussed at
14      that meal?
15 A.  It was like making contact, you know, with all
16      of us because Mr. Germain had just begun as
17      general manager of Ethypharm France.
18 Q.  Do you recall any specifics of that discussion?
19 A.  When someone new comes into a company, what has
20      been tried to do is to introduce this new person
21      that just started at the company. We talk about
22      our relationships and that our relationships
23      were formalized because we had signed some
24      contracts approximately about ten, fifteen days

Page 99

1      prior to his arrival which had formalized the
2      relationship between the two companies.
3 Q.  Did you talk about those contracts at that
4      meeting?
5 A.  Not in specific about the contracts, about the
6      content of the contract. We talk about that our
7      relationship had been formalized and that we had
8      this contract signed and that we had to continue
9      our collaborations so we will become stronger
10      together. It was a meal with good intentions
11      and good relations.
12 Q.  Do you remember anything else about what was
13      said at that meeting?
14 A.  You know, some logistics, you know, of supplying
15      or productions, you know, but nothing in
16      specific.
17 Q.  Is that all you can recall about that meal?
18 A.  That's what I can remember.
19 Q.  How about the third -- strike that. Was there
20      anything that was going to happen after that
21      second -- after that meeting or that meal that
22      you were just talking about?
23          MR. STEWART: Objection, vague.
24 Q.  Was there any action plan, any action to be

Page 100

1      taken?
2 A.  That I remember, no. We just talked about
3      incrementing the collaboration of both
4      companies.
5 Q.  And the companies you're talking about are?
6 A.  Belmac and Ethypharm.
7 Q.  How about the last meeting that you recall
8      toward the end of 2000? Please tell me about
9      that meeting.
10 A.  I remember that Jim Murphy and I arrived, and we
11      went to see Pierre Germain. And Pierre
12      commented that he couldn't get clearly to
13      understand the intentions of his bosses, and his
14      bosses were Gerard Deluc --
15 Q.  Leduc.
16 A.  -- Leduc and Patrice DeBregeas.
17 Q.  DeBregeas. Continue.
18 A.  We were commenting that the relationship among
19      both companies from the business standpoint,
20      they were satisfactory, but in reality, the
21      Ethypharm business, it was directed by us, not
22      by Ethypharm Spain, by which I was thinking or
23      analyzing to have an agreement with Belmac
24      Laboratories to offer to them their clients from

Page 101

1      the marketing standpoint and arrive to a
2      financial agreement and close Ethypharm Spain.
3 Q.  Okay. Let me make sure that I understand. You
4      and Jim Murphy came to the offices of Ethypharm
5      in France, correct?
6 A.  Correct.
7 Q.  And you told Mr. Germain of an idea that
8      Laboratorios Belmac could take over the
9      operations of Ethypharm Spain; is that correct?
10      Isn't that correct?
11 A.  No, that's not correct.
12 Q.  Can you explain it to me again?
13 A.  Yes, of course. Pierre Germain explained to Jim
14      Murphy and I that he doesn't understand clearly
15      why Ethypharm Spain is opened, that he was
16      thinking of close the company in Spain, just
17      eliminate all the overhead and arrive to a
18      marketing agreement to transfer his clients to
19      us --
20          THE TRANSLATOR: Excuse me, not
21      marketing agreement, commercial agreement.
22 Q.  A commercial agreement to transfer the clients
23      to Laboratorios Belmac?
24 A.  Exactly.

9 (Pages 98 to 101)

JT-A-657

Page 102

1 Q. And was that an agreement where -- strike that.
2     Was that an idea that included Laboratorios
3     Belmac paying something to Ethypharm for the
4     transfer of the clients to Belmac?
5 A.  Not exactly a pay, but it was more of like a
6     payment. For example, you know, I transfer
7     these clients to you and when you sell stuff,
8     then I get like a commission.
9 Q.  So, in other words, if you sold the omeprazole
10    product, Ethypharm would get a commission from
11    Laboratorios Belmac?
12         THE TRANSLATOR: What was the product?
13    I'm sorry.
14         MR. BOSTWICK: Omeprazole.
15 A. Yes.
16 Q.  Did I understand you to say that he didn't
17    understand -- Mr. Germain didn't understand
18    Mr. DeBregeas' and Mr. Leduc's position on this
19    issue?
20 A.  I didn't say that. What I said was that
21    Mr. Germain commented to us that his
22    relationship or his ability to understand his
23    bosses, it was complicated. It was as a general
24    comment within a conversation, not specifically

Page 103

1     related to this topic.
2 Q.  How did you and Mr. Murphy respond to the idea
3     that Mr. Germain set forth to you?
4 A.  That we could get to an agreement in respect to
5     those issues.
6 Q.  Okay. Do you recall anything else that you
7     spoke about with Mr. Germain before going to
8     lunch or for your meal?
9 A.  No, because I was, you know, walking around
10    Ethypharm. I don't remember clearly if Adolfo
11    de Basilio was also there, but I know other
12    people in Ethypharm. So I was just saying hi to
13    some people.
14 Q.  You ultimately went out to a meal, correct?
15 A. Yes.
16 Q.  Who went to the meal?
17 A.  In addition to myself and Mr. Murphy, Germain,
18    of course, came along. I'm not sure if Leduc
19    came and de Basilio came, and maybe other people
20    did come.
21 Q.  Do you remember whether one group sat at one
22    table and another group of people sat at another
23    table?
24 A.  It could have been that I was sitting -- it

Page 104

1     could have been that I was having a meal with
2     Adolfo de Basilio and that Jim was sitting with
3     Germain and Leduc because that's what I
4     remember. I just remember having a meal with de
5     Basilio.
6 Q.  Do you recall being upset about not being
7     invited to sit with the bosses?
8 A.  No. It was a very small restaurant with very
9     small tables. When I have gone to Ethypharm
10    France, we have always gone to the same place,
11    which is right at the corner, and the tables are
12    tiny, tiny, tiny. I imagine that you have been
13    in France and are aware, familiar with how the
14    restaurants are set up.
15 Q.  Do you recall any discussions that you had at
16    the restaurant with Mr. De Basilio?
17 A.  You know, talking about nonimportant stuff, you
18    know.
19 Q.  Was one of the words --
20 A.  Trivial means not important, about the family,
21    you know, those types of things that are not
22    important.
23 Q.  To some people, they are.
24         MR. STEWART: Not with respect to

Page 105

1     business.
2 Q.  Do you recall -- did Mr. Murphy ever tell you
3     what subjects were discussed at his table?
4 A.  We left together. He commented to me that they
5     had spoken about drug delivery technology, which
6     is technology of Bentley Pharmaceuticals.
7 Q.  Drug delivery technologies?
8         THE TRANSLATOR: Drug delivery
9     technologies.
10 Q.  Is that correct?
11 A.  This is correct, yes.
12 Q.  Do you recall that Mr. Murphy told you they
13    discussed issues relating to Laboratorios Belmac
14    at the table with the bosses?
15 A.  No, I don't remember.
16         MR. STEWART: Is this a good time to
17    take a break?
18         MR. BOSTWICK: Yes, that is a good
19    break. Thank you for the suggestion.
20         THE VIDEOGRAPHER: The time is
21    10:27 a.m. on July 21st, 2006. This is the end
22    of Tape Number 1, Volume 2 of the videotaped
23    deposition of Mr. Adolfo Herrera.
24         (Recess)

10 (Pages 102 to 105)

JT-A-658

Page 106

1    THE VIDEOGRAPHER: The time is
2    10:49 a.m. on July 21st, 2006. This is Tape
3    Number 2, Volume 2 of the videotaped deposition
4    of Mr. Adolfo Herrera.
5 Q.  Welcome back.
6 A.  Thank you.
7 Q.  I'm going to show you a document which I believe
8    will be marked Exhibit 6.
9       (Bentley Pharmaceuticals Board of
10      Directors July 29, 1998 Meeting Minutes
11      was marked Exhibit Number 6 for
12      identification.)
13 Q. Do you -- have you ever seen minutes of the
14    board of directors of Bentley Pharmaceuticals?
15      MR. STEWART: You mean outside of the
16    preparation for this deposition, if any?
17      MR. BOSTWICK: Outside the preparation
18    for this deposition, exactly, if any.
19 A. Never.
20 Q. So even as a vice president of Bentley, you've
21    never seen minutes of Bentley's board minutes --
22    meetings?
23 A. That's correct, I have never seen that.
24 Q. Well, I will represent to you that these have

Page 107

1    been produced to us as minutes of Bentley board
2    meetings. And the date on the first page is
3    July 29th, 1998. What I'll ask you to do is
4    turn to Page 2619. And before asking you
5    questions about this specific document, let me
6    ask you -- let me refresh your memory that we
7    discussed your receipt of stock options
8    yesterday. Do you recall that discussion?
9 A. Yes.
10 Q. Do you know whether other people at Laboratorios
11    Belmac have received stock options from Bentley?
12 A. Yes.
13 Q. How many employees of Laboratorios Belmac have
14    received Bentley stock options that you know of?
15 A. It depends on the policies of the general
16    manager of Belmac at the time.
17 Q. In other words, it depends on -- it has depended
18    on your policies since 1999?
19 A. What it means, that there's in existence an
20    assignment by the parent company in which it's
21    defined that there is 40 or 50 or 60 stock
22    options that the general manager of Laboratorios
23    Belmac could assign to his or her employees.
24    The process, which is the way I do, you know,

Page 108

1    they communicate it to me, you know, that there
2    is, for example, 50 million stock option --
3       THE WITNESS: 50,000.
4 A. -- 50,000 stock options --
5       THE TRANSLATOR: Sorry.
6 A. -- available for the employees, and what I do is
7    that I send the distribution list with these
8    options to the employees. That's normal
9    procedure.
10 Q. Who do you send the list to?
11 A. To the vice president, Michael Price, of Bentley
12    Pharmaceuticals.
13 Q. And then the compensation committee at Bentley
14    decides?
15 A. I'm going to explain to you a little bit more
16    clear the process. The procedure is Jim Murphy
17    communicates to me as president of Belmac that
18    he has to submit to his board of directors of
19    Bentley Pharmaceuticals what will be my payroll
20    just as the assigned stock options, just as the
21    package, which will be assigned by the board of
22    directors as is required by the president of
23    Laboratorios Belmac. So Jim Murphy communicates
24    this to me. I distribute the options of the --

Page 109

1    the stock options to the employees, and I
2    communicate it to the vice president of Bentley
3    Pharmaceuticals.
4 Q. Michael Price?
5 A. Exactly.
6 Q. How many Laboratorios Belmac employees generally
7    receive options -- stock options each years?
8       MR. STEWART: Objection as to whether
9    we're talking past, present.
10 Q. While you have been general manager.
11 A. Approximately about ten to twelve people.
12 Q. Are these generally the top people in
13    Laboratorios Belmac?
14 A. Top positions or mid-positions.
15 Q. And if I could have you look at the list on
16    Page 2619 and 2620, I count 17 people who
17    received stock options in 1998. Is that
18    correct?
19       MR. STEWART: Are you asking him to
20    count?
21 A. I'm counting 15.
22       MR. BOSTWICK: Yes.
23 Q. Do you see the two on the side as well?
24 A. No, no, I didn't. I'm sorry. I only saw, like,

11 (Pages 106 to 109)

Page 110

1  directly going down.
2 Q.  So this is the way this document was produced to
3      us.
4 A.  Yes, there are 17.
5 Q.  Can you look at that list and tell me whether
6      there are other people that you know of that
7      have received stock options from Bentley?  And
8      I'm talking about Laboratorios Belmac employees.
9 A.  Well, no.  You know, in the year 1998, I did not
10     develop this list.  Also, you know, I didn't put
11     this list together.
12 Q.  So starting in 1999, you did put the list
13     together?
14 A.  I suppose that I did.
15 Q.  From 1999 to, say, 2004, can you tell me the
16     people that have been on the list you have sent
17     to Mr. Price?
18 A.  From memory?
19 Q.  Yes.  You can also look at this list of 17
20     people and tell me whether they're the same or
21     different.
22 A.  There's many people of that list --
23        THE TRANSLATOR:  Sorry.
24 A.  There's many people off this list that no longer

Page 111

1  receive because they're no longer at the
2  company.  For example, we can talk about Ester
3  Sanchez, Paloma Rodriguez Irizabel.
4 Q.  Can you spell that last name, please?
5 A.  I R I Z A B E L.  Juan Carlos Asencio, Antonio
6      Cabodevilla, Jose Maria Clua, C L U A, Carlos
7      Moran, Ignacio Morano, Carmen Galisteo,
8      Concepcion Hernandez.  I don't know how many so
9      far, but maybe like one more.
10 Q.  Is Concha Sanchez on that list?
11 A.  Yes.  Yes.
12 Q.  Just so I understand, the people you have just
13     named are Laboratorios Belmac employees,
14     correct?
15 A.  Correct.
16 Q.  And those people have also been given Bentley
17     stock options while you were general manager of
18     Belmac?
19 A.  Correct.
20 Q.  Are there any more that you can recall?
21 A.  Rosa Mar Hernandez.  And someone else could be.
22 Q.  There may be some more, in other words?
23 A.  Maybe two, three, four more people.  I'm not
24     sure.  There's eleven here, so it could be a few

Page 112

1  more.
2 Q.  Let's -- let me turn your attention to 1999.  Do
3      you recall during 1999 that Mr. Gonzalez Azpetia
4      gave some interviews with local press regarding
5      omeprazole and microgranulation?  Do you recall
6      that?
7 A.  The Diarios Medico, which is a specialized
8      newspaper, usually call companies just trying to
9      obtain some article of each company to be
10     published at their pages.  The Diarios Medico
11     called him, and he offered an interview.
12 Q.  Do you recall that Ethypharm was upset about
13     those interviews?
14 A.  I remember once that Ethypharm, it was upset
15     because of an advertisement -- newspaper
16     advertisement.
17 Q.  Let me show you a document.
18        (Fax to Ms. Joannesse from
19        Mr. Rodriguez, dated April 8, 1999 was
20        marked Exhibit Number 7 for
21        identification.)
22 Q.  This is a document that is in English, and I
23     would just like you to look at the third page,
24     9114.  And I'll ask you, have you ever seen that

Page 113

1  letter before?
2 A.  Yes.
3 Q.  When?
4 A.  I suppose it was a long time ago.
5 Q.  What do you recognize this letter to be?
6 A.  As I can see, it is a complaint.
7 Q.  Do you recall around this period of April 1999
8      Mr. DeBregeas writing to Mr. Murphy at Bentley
9      Pharmaceuticals about his problems with Spanish
10     newspaper articles that related to pelletization
11     of omeprazole?
12 A.  Yes.  And what's the question, please?
13        MR. BOSTWICK:  Could we repeat?
14        (Reporter read back the last question.)
15 A.  I remember having seen this letter, but I don't
16     remember anything else in specific regarding
17     this topic.
18 Q.  Do you recall who gave you a copy of that
19     letter?
20 A.  I imagine that my general manager did show it to
21     me.
22 Q.  Clemente Gonzalez?
23 A.  I suppose that he was.
24 Q.  Do you recall having a conversation with

12 (Pages 110 to 113)

JT-A-660

Page 114

1    Mr. Gonzalez about this letter?
2 A.  Very briefly, I remember, you know, that he
3    showed me this letter, but, you know, nothing
4    else.
5 Q.  Do you remember discussing the issues raised in
6    this letter with Mr. Murphy?
7 A.  I honestly don't remember.
8 Q.  Let me show you another exhibit.
9         (Letter to Mr. DeBregeas from
10        Mr. Murphy, dated April 9, 1999 was
11        marked Exhibit Number 8 for
12        identification.)
13 Q.  Have you ever seen that letter before?
14 A.  Yes.
15 Q.  In what context?
16 A.  In the context that my general manager must have
17    shown me this response.
18 Q.  In April 1999, your general manager or -- the
19    general manager of Laboratorios Belmac was still
20    Mr. Gonzalez Azpetia; is that correct?
21 A.  Yes.
22 Q.  So you had not yet become general manager in
23    April, correct?
24 A.  No, not yet.

Page 115

1 Q.  Do you recall the conversation you had with
2    Mr. Gonzalez Azpetia about Exhibit 8?
3 A.  What I remember is that Mr. Gonzalez Azpetia did
4    show me this letter and that we talked about it
5    that, you know, it had been responded directly
6    from Mr. Jim Murphy.
7 Q.  What did you discuss about the fact that it had
8    been responded to by Mr. Murphy?
9 A.  There was no conversation or discussion in terms
10    of the letter -- the response to the letter.  It
11    was just the issue or the comment that
12    Mr. Murphy did respond to the letter to
13    Ethypharm.
14 Q.  Did you speak with Mr. Gonzalez about whether
15    Mr. Gonzalez thought this was an appropriate
16    response?
17 A.  What I do remember about this letter is that
18    when it was shown to me and I talked about it
19    with Mr. Gonzalez and he said to me, "What do
20    you think about this," I just said, "I prefer
21    not to comment."  And it was a polite letter.
22 Q.  Why did you prefer not to answer?
23        THE TRANSLATOR: Do you want to ask
24    the question again or do you --

Page 116

1 Q.  Why did you prefer not to answer Mr. Gonzalez
2    about what you thought about this letter?
3 A.  Well, you know, I just said -- he said, "What do
4    you think?"  I said, "It is a letter.  It is a
5    polite letter, and it doesn't have any meaning
6    to me."
7 Q.  Did Mr. Murphy ever talk to you about this
8    letter?
9 A.  That I remember, no.
10 Q.  Did Mr. Gonzalez express his view of this
11    letter?
12 A.  No.  The only comment that Mr. Gonzalez said
13    was, like, "Here we go again, the same as always
14    with the same issues with Ethypharm."
15 Q.  What did you understand that Mr. Gonzalez meant
16    by that?
17 A.  That we're always with the same stories about,
18    you know, the know-how, technology.
19 Q.  Can you explain that comment more to me?
20 A.  It had to do with the issue that the
21    relationship in between both companies were not
22    clarified and that we were always, you know,
23    going over the same stories.
24 Q.  What stories were those?

Page 117

1 A.  The same that we have defined prior.
2 Q.  I'm sorry.  What have we defined?
3 A.  You know, we were always, like, 1997, they send
4    us a contract.  We don't sign the contract
5    because it's not possible to sign this contract.
6    The relationship among both companies prior to
7    this were never too clear, so there was no clear
8    understanding or agreement between the two
9    companies.  And because of some news articles
10    that came across through an interview, Patrice
11    DeBregeas sent a letter to Mr. Murphy that we
12    were always -- you know, the same issue as
13    always.
14 Q.  Let me show you another document.
15        (Letter from Mr. Herrera, dated June 11,
16        1999 was marked Exhibit Number 9 for
17        identification.)
18 Q.  Do you recognize this document?
19 A.  Yes.  It's signed by me.
20 Q.  And it's signed by you as the general manager,
21    correct?
22 A.  Correct.
23 Q.  Of Laboratorios Belmac?
24 A.  That's true.

13 (Pages 114 to 117)

Page 118

1 Q. So as of June 11th, 1999, you have been
2 appointed general manager of Laboratorios
3 Belmac, correct?
4 A. Correct.
5 Q. And this letter is written in English?
6 A. Correct.
7 Q. Did you write all of this letter yourself?
8 A. No.
9 Q. Who did?
10 A. I wrote it in Spanish, and then a person in the
11 company translated the letter for me.
12 Q. Who did that? Do you know?
13 A. Paloma Rodriguez Irizabel. She is bilingual.
14 She studied at the British school.
15 Q. Did you discuss this letter with Mr. Murphy
16 before sending it?
17 A. No.
18 Q. Let me take you back for a moment to your
19 meeting with Pierre Germain and Mr. Murphy. Do
20 you recall that?
21     MR. BOSTWICK: Not DeBregeas.
22     THE TRANSLATOR: Excuse me.
23     MR. STEWART: Objection.
24 Q. With Mr. Murphy, Mr. Germain, and yourself.

Page 119

1     MR. STEWART: Objection. Which
2 meeting? There were at least two that I
3 remember.
4 Q. The meeting that I'm referring to is the meeting
5 where there was a discussion about the possible
6 closing down of the Ethypharm Spain operations.
7 Did that meeting take place in English, French
8 or Spanish?
9 A. English.
10 Q. Was there a translator present?
11 A. No. As I had mentioned before, I can understand
12 more or less. Writing is what I don't do so
13 good or so well. I would love to be able to
14 write English also.
15 Q. I would love to be able to speak any other
16 language. Let me show you another two documents
17 actually.
18     (Document titled Contrato de Fabricacion
19     was marked Exhibit Number 10 for
20     identification.)
21     (Document titled Carta de Compromiso de
22     Compra and Other Documents was marked
23     Exhibit Number 11 for identification.)
24 Q. I would ask you to take a look at Documents 10

Page 120

1 and 11. And I'd ask you to tell me if you
2 recognize them.
3 A. Perfectly.
4 Q. Can you tell me what these documents are?
5 A. One is a manufacturing contract between
6 Laboratorios Belmac and Ethypharm. The other
7 one is a letter -- a compromising letter -- a
8 compromise purchasing letter between
9 Laboratorios Belmac and Laboratories Ethypharm
10 that clarified the relationship between the two
11 companies at the moment.
12 Q. Which one of those documents is the
13 manufacturing contract?
14 A. Exhibit Number 10.
15 Q. And did you sign both of these documents?
16 A. Yes.
17 Q. And who signed the documents for Ethypharm?
18 A. Adolfo de Basilio, general manager of Ethypharm.
19 Q. Were they both signed at the same time?
20 A. And in conjunction or at the same time of the
21 other contracts of aspirin, Vincamine, and
22 Indometicin, and there's one more, but I don't
23 remember.
24 Q. What can you tell me about the negotiations that

Page 121

1 led to signing these agreements?
2 A. On a good day, Adolfo de Basilio gave me a call,
3 telling me that we had to formalize our
4 relationship between both companies in reference
5 to different products. And then we were
6 conversing by phone, and then I went to see him.
7 I remember that he showed me a contract in
8 French, and they called it charts book or
9 notebook. I know how to say it in French, not
10 in English. Cargos -- I just don't know how to
11 translate it to. It was a contract in French,
12 in the French language. And I asked him, you
13 know, what in specific these contracts are
14 referring to, and he told me that it was
15 referring to all the products that we have in
16 relation for both of us. I asked him if he was
17 referring to aspirin, Vincamine. That wouldn't
18 be no problem, but that the contract about
19 omeprazole had to be a different contract
20 because it was different circumstances.
21 Q. Go ahead.
22 A. For that reason, he made an agreement with me
23 that he was going to send to me the contract
24 models.

14 (Pages 118 to 121)

**Esquire Deposition Services**
**866-619-3925**

Page 122

1 Q. Did you say to Mr. Adolfo de Basilio that the
2    omeprazole had to be different or was
3    Mr. Basilio saying that to you?
4 A. I told him that it had to be different, and he
5    understood.
6 Q. Perhaps you can help me understand. Why did
7    they have to be different?
8 A. Because as compared to the other products, they
9    were products that we did not have any
10   relationship in the market, commercial
11   relationship in the market, and those products
12   were certain process of manufacturing for other
13   companies exclusively of Ethypharm. It was a
14   contract -- a concept of contract, and the
15   omeprazole, it was different. And for that
16   reason, we agreed that it had to be different
17   contracts. I'm not sure if I did answer your
18   question.
19 Q. I think so. Did you speak with anybody other
20   than Mr. De Basilio from Ethypharm about
21   Exhibits 10 and 11 during this negotiation
22   process?
23 A. This was a relationship -- direct relationship
24   between Adolfo de Basilio and myself, and when I

Page 123

1    used to visit Ethypharm, there was also Eloi
2    Gonzalez and Ignacio Alvarez.
3 Q. Did you discuss -- strike that. Did
4    Mr. Gonzalez and Mr. Alvarez participate in the
5    negotiations relating to Exhibits 10 and 11?
6 A. I wanted to be specific in mentioning that the
7    signature of these contracts were made in record
8    time. I don't remember the specifics of why.
9    And what I remember was that the contracts were
10   sent to me. I conversed or discussed with
11   Mr. De Basilio. I did go to his company at some
12   time to discuss these contracts, and a lawyer
13   then could have been present. I don't know -- I
14   don't remember. What I do remember is that I
15   was very focussed with Adolfo de Basilio in
16   terms of this contract because he was in a rush
17   to have them signed.
18 Q. Was -- do you recall a reason why he was in a
19   rush to have them signed?
20 A. I can make my own personal judgment, but I don't
21   know for sure.
22 Q. What is your personal judgment?
23 A. My personal judgment is that there had arrived a
24   new general manager, which was Pierre Germain,

Page 124

1    and he wanted to have -- organize the
2    relationship between the two companies.
3 Q. Did you speak with Mr. Germain about Exhibits 10
4    and 11 at this time?
5 A. No.
6 Q. Did you speak with anybody else at Ethypharm
7    that you can recall about Exhibits 10 or 11?
8 A. No.
9 Q. And I'm only talking about while these are being
10   negotiated.
11 A. No. For me, it was direct relationships between
12   two general managers of two Spanish companies,
13   and the contracts were signed according to the
14   law and courts.
15 Q. Do you recall anyone else from Laboratorios
16   Belmac participating in the negotiations
17   relating to Exhibit 10 and Exhibit 11?
18 A. Directly, it was just by myself, but I was also
19   working -- in my office was working Fernando
20   Berenguer.
21 Q. Was Clemente Gonzalez a part of the discussions
22   with Ethypharm?
23 A. No.
24 Q. Did he provide information or advice to you

Page 125

1    about these contracts outside the presence of
2    Ethypharm?
3 A. No.
4 Q. How about Mr. Murphy? Did you have discussions
5    with Mr. Murphy about Exhibits 10 and 11 during
6    this time period of March 2000?
7 A. No.
8 Q. Did you ever have discussions with Mr. Murphy
9    about -- well, strike that. Did you ever speak
10   with Mr. Murphy about Exhibits 10 or 11?
11       MR. STEWART: I assuming that you mean
12   exclusive of conversations with counsel, in
13   which conversations where counsel was present.
14 A. On what period of time? In which period of
15   time?
16 Q. Any time.
17 A. These documents were negotiated and signed
18   directly from me with Mr. Adolfo de Basilio.
19   After they were signed, during my usual
20   conversation with my president, the president of
21   Belmac, I explained to him that I have signed a
22   manufacturing contract and a supply contract.
23 Q. Do you recall --
24 A. And I insist that it was on record time.

15 (Pages 122 to 125)

Page 126

1 Q. Do you recall the date of the discussion with
2    Mr. Murphy that you're referring to?
3 A. No.
4 Q. Do you remember how long after these documents
5    were signed that you had that conversation?
6 A. I just remember it was afterwards. You know,
7    we're talking about six years ago. I just
8    remember it was afterwards.
9 Q. Do you have a recollection of whether it was
10   within a week or within a month or within six
11   months? What is your best estimate?
12 A. A short period of probably, like, two or three
13   weeks. It was a short period. It was something
14   that surprised me a lot. After such a long time
15   of being talking about it and negotiated, that
16   we were able to sign this in such a short period
17   of time.
18 Q. What -- do you recall whether Mr. Murphy said
19   anything to you in your discussion with him?
20 A. I don't remember. I don't remember.
21 Q. Is there anything else that stands out in your
22   mind about the signing of these documents, 11 --
23   10 and 11?
24 A. Yeah, there's things that come to mind.

Page 127

1 Q. Can you tell me what's coming to mind?
2 A. What comes to mind is that in this document, I
3    introduced modifications, and the ones that come
4    to mind is that I introduce Article E, that this
5    contract would not limit the manufacturing of
6    the product from Belmac for its own and its
7    clients. I also introduced an agreement that I
8    don't remember why, but it came with a time
9    limit of a year and it changed it to two years.
10       THE TRANSLATOR: So he's talking
11   about --
12 Q. Are you talking about G?
13       THE TRANSLATOR: G, that he remembered
14   that it was introduced as a one-year limit, and
15   it was changed, as you see in G, that the
16   present agreement will have a duration of two
17   years.
18 Q. Am I correct that you proposed that the
19   agreement last for a period of one year?
20 A. Of two. On the draft, it came as a one-year,
21   and I introduced the two years because I
22   couldn't understand why an agreement of one
23   year. One-year agreement is like nothing. And
24   in Article G, I also introduced that Belmac

Page 128

1    manufacture currently because in others where it
2    said that Belmac will manufacture. Those are
3    the corrections that I remembered.
4 Q. And that's on Exhibit 10, correct?
5 A. Yes.
6 Q. And you were talking about Paragraphs G -- C --
7 A. D as in David, E as in Edward, G as in George.
8 Q. D, E, and G, correct?
9 A. D, E, G, correct.
10 Q. Do you recall anything about Exhibit 11 along
11   those same lines, in other words, things that
12   were changed?
13 A. The same thing. The compromise letter for two
14   years. That was it.
15 Q. I'm going to show you another document.
16       (Fax to Mr. Herrera from Mr. De Basilio,
17       dated December 5, 2000 was marked
18       Exhibit Number 12 for identification.)
19 Q. Do you recognize this document?
20 A. Yes.
21 Q. What do you recommend -- what do you recall
22   about this document?
23 A. You know, the only thing that I can remember is
24   that it had been sent to me because I see it

Page 129

1    here, but I did not remember this document.
2 Q. Do you remember why Mr. Mateo Gasca was
3    dismissed from Laboratorios Belmac?
4 A. More or less.
5 Q. Who is Mateo Gasca?
6 A. A person that was working in microgranules.
7 Q. For Laboratorios Belmac?
8 A. Yes, that's how it was.
9 Q. For many years?
10 A. Yes.
11 Q. What do you recall about why Mr. Gasca was fired
12   from Laboratorios Belmac?
13 A. I remember that he had been assigned other
14   responsibilities independent of the
15   manufacturing of microgranules, and he was
16   working in specific areas of development that
17   had nothing to do with omeprazole. And there
18   was a development committee, did not complete
19   their functions, and he was a difficult person
20   from the perspective of personal relationships.
21   And for that reason, he was dismissed. I also
22   want to make the point that his brother was
23   working also in the company, and he continues
24   working in the company with no problems.

16 (Pages 126 to 129)

Page 130

1 Q. Who fired Mr. Gasca?

2 A. It was during my tenure as general manager.

3 Q. So is it your testimony that you fired him?

4 A. I as general manager, I'm responsible for all

5   the terminations that took place within the

6   company, in all the areas of the company. I'm

7   the only one that has the authority to sign

8   terminations.

9 Q. Does Mr. Murphy have authority to sign

10   terminations?

11 A. He is the president of Belmac Laboratories, but

12   as far as I'm aware and specifically during my

13   tenured time -- and I imagine that even before

14   my time, but I can only speak for during my

15   time. I am responsible for the day-to-day

16   operations and I have the authority to take care

17   of the day-to-day operations. And I have the

18   delegated power to utilize all the power that

19   has been assigned to me by -- the powers that

20   have been delegated to me by the board of

21   directors of Laboratorios Belmac.

22 Q. I'll come back to that. I want to follow up in

23   that area, but let's stick with Mr. Gasca's

24   termination for a moment. Okay? Was it your

Page 131

1   idea alone to fire Mr. Gasca or was it -- did

2   somebody come to you and say, "I think he should

3   be fired"?

4 A. Let me see. I'm the general manager of Belmac

5   Laboratories. I lived in Madrid, and my offices

6   are in Madrid. Manufacturing plant is in

7   Zaragoza, 350 kilometers from Madrid. I am

8   responsible for manufacturing, responsible of

9   development, responsible of control, responsible

10   for everything that falls under operations of a

11   plant. If Mr. Mateo Gasca is terminated, it is

12   as a consequence that his bosses require to he

13   be terminated.

14 Q. Who were his bosses?

15 A. The directors of manufacturing -- the

16   corresponding directors of manufacturing.

17 Q. And it's those people that recommended Mr. Gasca

18   be fired?

19 A. Yes.

20 Q. Who are those people?

21 A. I imagine that around the year 2000, it must

22   have been Mr. Jose Luis Monterde and Mr. Antonio

23   Cabodevilla. I don't remember specifically if

24   Mr. Jose Luis was on the way out of the company

Page 132

1   or already had left his company, but had to be

2   among these two people, both of them.

3 Q. So it was either one or both of those two

4   gentlemen that recommended --

5 A. I think it was both of them because there's a

6   director of industrial relationships and there's

7   a director -- industrial operations and there's

8   a director of manufacturing.

9 Q. And can you tell me as closely as you can why

10   those gentlemen recommended that Mr. Gasca be

11   fired?

12 A. What I remember was commented to me was that he

13   wasn't completing his functions, responsible for

14   his functions, responsibilities, and he was a

15   difficult person, you know, from the social

16   relationship with his co-workers.

17   Independently, that he was better or worse at

18   his job. People that generate conflicts within

19   a company cannot be kept. That's what I

20   remember.

21      MR. STEWART: Can we take a break, a

22   short break now?

23      MR. BOSTWICK: Sure. Would you -- I

24   could go for another five or ten minutes, we

Page 133

1   could break for lunch, if you'd like. I'm very

2   close to a stopping point. Is that better or

3   not?

4      Let's go off the record.

5      THE VIDEOGRAPHER: The time is

6   12:07 p.m. We're going off the record.

7      (Discussion off the record)

8      (Luncheon recess)

9      THE VIDEOGRAPHER: The time is

10   1:10 p.m. on July 21st, 2006. This is the end

11   of Tape Number 2, Volume 2 of the videotaped

12   deposition of Mr. Adolfo Herrera.

13      (Off the record)

14      THE VIDEOGRAPHER: The time is

15   1:14 p.m. on July 21st, 2006. This is Tape

16   Number 3, Volume 2 of the videotaped deposition

17   of Mr. Adolfo Herrera.

18 Q. Welcome back from lunch, Mr. Herrera.

19   Mr. Herrera, during your testimony, you have

20   spoken about the nature of your authority as the

21   general manager of Belmac. Correct?

22      THE TRANSLATOR: He questioned. I

23   used the word "testimonio," and he didn't

24   understand. I used the word "this process."

17 (Pages 130 to 133)

Page 134

1      MR. BOSTWICK: And did he answer yes?
2      THE TRANSLATOR: Yes.
3 Q.  I want to be clear. Jim Murphy is your boss at
4      Laboratorios Belmac, correct?
5 A.  Is my president.
6 Q.  And that also means he is your boss?
7 A.  Yes, we can consider it that way.
8 Q.  He also holds -- Jim Murphy also holds the title
9      of consejero delegado unico, correct?
10 A.  I think so.
11 Q.  And consejero delegado unico means that
12     Mr. Murphy is the sole person holding all the
13     powers at Laboratorios Belmac to delegate as he
14     decides, correct?
15 A.  Under the board of directors representation.
16 Q.  Now, Jim Murphy is also the CEO and chairman of
17     the board for Bentley, correct?
18 A.  Correct.
19 Q.  And that is his main job; isn't it?
20 A.  Yes, we can interpret that way within Bentley
21     Pharmaceuticals.
22 Q.  And you did speak with Mr. Murphy, your boss,
23     about important matters that have taken place at
24     Laboratorios Belmac since you became general

Page 135

1      manager in 1999, correct?
2 A.  Yes.
3 Q.  And if Mr. Murphy doesn't like how you're making
4      decisions, he can fire you, correct?
5 A.  He's the president of Belmac.
6 Q.  So the answer is yes?
7 A.  Yes.
8 Q.  Did you ever have to get authorization from
9      Mr. Murphy before providing information to
10     Ethypharm?
11 A.  When I decided not to continue the manufacturing
12     contracts and supply contracts that were
13     current, because it was an important topic for
14     the company, I communicated to Mr. Murphy my
15     decision and I consulted with him.
16 Q.  Were there other occasions where you acquired
17     Mr. Murphy's authorization before providing
18     information to Ethypharm?
19 A.  That I remember of? No.
20 Q.  In fact, didn't you tell Adolfo de Basilio on a
21     number of occasions, "I'll have to get back to
22     you on that issue because I have to discuss it
23     with Mr. Murphy"?
24 A.  In some occasion with the objective of gaining

Page 136

1      more time during my negotiations with him.
2 Q.  So, in other words, you did tell that to Adolfo
3      de Basilio on certain occasions?
4 A.  With the objective of gaining time in my
5      negotiations with Ethypharm Laboratories.
6 Q.  So, in other words, when you told Mr. De Basilio
7      that you needed to speak with Mr. Murphy, that
8      just wasn't true?
9 A.  I will be informing to Mr. Murphy of the things
10     that I would be doing along the way in terms of
11     the normal relationships.
12 Q.  You were using Mr. Murphy as a negotiation
13     tactic with Mr. De Basilio; is that correct?
14 A.  At some point, we could say that I used
15     Mr. Murphy's name just to gain time in my
16     negotiations.
17 Q.  Let me show you a document.
18         (Fax to Mr. Alvarez from Mr. Herrera,
19         dated October 31, 2000 was marked
20         Exhibit Number 13 for identification.)
21     MR. STEWART: Do we have a translation
22 of this or are we going to ask our --
23     MR. BOSTWICK: No, I'm going to have
24 to ask. The second page is all in English, and

Page 137

1      I will ask the translator to translate just the
2      line on the message.
3 Q.  First, let me ask you to take a quick look at
4      that document, Mr. Herrera.
5 A.  Yes, of course.
6 Q.  And while you're doing that, I'm going to have
7      the translator translate into English the little
8      message on the first page.
9      THE TRANSLATOR: "Dear Ignacio, as you
10     have solicitated, enclosed I'm sending to you a
11     copy of our company's chart."
12 Q.  Did you have to get approval from Bentley or
13     Mr. Murphy before sending this chart to
14     Ethypharm?
15 A.  No.
16 Q.  Did you tell Adolfo de Basilio that you needed
17     to get authorization from Mr. Murphy in order to
18     get -- in order to give a copy of this chart?
19 A.  It could have been that I had made the comment
20     to him that I needed the permission of the
21     president of Belmac Laboratories.
22 Q.  In fact, isn't it true that you told Mr. Adolfo
23     de Basilio that you had to get authorization
24     from Bentley in the U.S.A. to give this chart?

18 (Pages 134 to 137)

JT-A-666

Page 138

1 A. I don't think that I presented it in that way.
2 I think I presented it as Laboratorios Belmac.
3 I could have made a mistake, but I always
4 present everything from Laboratorios Belmac.
5 Q. Let's talk about Ethypharm and its importance to
6 Laboratorios Belmac and Bentley. I have
7 gathered some statistics that were reported by
8 Bentley Pharmaceuticals to the United States
9 Government as a part of its public duties as a
10 publicly traded company, and I'm going to ask
11 you if this is consistent with your
12 understanding. In 1999, is it true that
13 100 percent of Bentley's sales came from Spain?
14 A. It could have been.
15 Q. In the year 2000, did 99 percent of Bentley's
16 sales come from Laboratorios Belmac in Spain?
17 A. It could have been.
18 Q. And in 2001, did 98 to 99 percent of Bentley's
19 sales come from Spain?
20 A. It could be -- could have been.
21 Q. And in the year 2002, did 99 percent of
22 Bentley's sales come from Laboratorios Belmac in
23 Spain?
24 A. It could have been.

Page 139

1 Q. And in 2001, the year you provided notice of
2 termination to Ethypharm --
3     MR. BOSTWICK: I'm sorry. Can you
4 read back the question?
5     THE TRANSLATOR: I'm sorry. Can you
6 repeat? I lost the name.
7     (Reporter read back the last partial
8     question.)
9 Q. -- isn't it true that 56 percent of the net
10 sales of Spain came from omeprazole?
11 A. I don't have the data in front of me, but it
12 could have been.
13 Q. Isn't it true that in 2001, the revenue from
14 Spain was approximately $26 million U.S.?
15 A. It could have been.
16     THE TRANSLATOR: And I used
17 "ganancias," and he correct me it's not
18 "ganancias."
19     MR. BOSTWICK: I'm sorry. Could you
20 read --
21     THE TRANSLATOR: Revenue, I used the
22 word "ganancias." And he corrected me that
23 revenue is "ingresos."
24 Q. So about half of that $26 million relates to the

Page 140

1 sales of omeprazole, correct?
2 A. It could have been, but I don't have the data in
3 front of me.
4 Q. So is it fair to say that Ethypharm has provided
5 Laboratorios Belmac and Bentley with a very
6 profitable business arrangement?
7     MR. STEWART: Objection.
8 A. I'm not going to speak in terms of Bentley
9 Laboratories. I'm going to speak about Belmac
10 Laboratories. Commercially, we sell our
11 product, and we have our benefits, not only from
12 this product but from other products also. And
13 for me, the way that you presented or
14 appreciated these numbers is not correct.
15 Q. What's incorrect about that?
16 A. I haven't mentioned the numbers yet. The
17 appreciation that you made the comment is not
18 correct.
19 Q. Can you explain that to me?
20 A. When you made the comment that Ethypharm had
21 provided a product of a lot of -- a very
22 profitable product to Belmac.
23     MR. STEWART: A very what?
24     THE TRANSLATOR: Profitable.

Page 141

1 Q. So, in other words, you think that Ethypharm did
2 not provide a very profitable commercial
3 arrangement to Laboratorios Belmac?
4 A. What I'm saying is that we have contracts that
5 had a renewal date that they were never renewed.
6     MR. BOSTWICK: Let me have this marked
7 for an exhibit.
8     (Fax to Mr. Murphy from Mr. Leduc, dated
9     June 8, 2001 was marked Exhibit Number
10     14 for identification.)
11 Q. I'd ask you to take a look at this document,
12 Mr. Herrera, and see if you can tell me if
13 you've ever seen it before.
14 A. Yes.
15 Q. When did you see that document?
16 A. This document was sent to me by Jim Murphy.
17 Q. Was it sent shortly after June 8th, 2001?
18 A. I suppose so, but I don't remember exactly.
19 Q. Do you understand this document to be a letter
20 and a fax from Gerard Leduc to Mr. Murphy at
21 Bentley Pharmaceuticals?
22 A. That's how I understand it.
23 Q. And it attaches a lengthy draft of an agreement
24 between Ethypharm and Laboratorios Belmac,

19 (Pages 138 to 141)

JT-A-667

Page 142

1   correct? Is that correct?
2 A.   Correct.
3 Q.   What do you recall about any conversation you
4      had with Mr. Murphy about this letter and draft?
5 A.   I remember a conversation on which when we were
6      commenting, we didn't understand the reason why
7      Mr. Murphy received this letter because at that
8      time we had regulated the organization that we
9      had of the relationship with Ethypharm, that
10     Laboratorios Belmac had regulated the
11     organization with Laboratories Ethypharm with
12     the contracts that had been signed on March 20,
13     23rd, 24th of the year 2000.
14 Q.  Do you mean regularized, not regulated?
15 A.  The relationship between Laboratorios Belmac and
16     Ethypharm were clarified and were organized with
17     the contracts that were signed on March of 2000.
18 Q.  Did you and Mr. Murphy have a conversation about
19     whether to respond to Mr. Leduc?
20 A.  The conversation that we had was that personally
21     this contract made no sense to me.
22 Q.  Did you and Mr. Murphy consider relaying that
23     information to anybody in Ethypharm?
24 A.  That conversation that we had was specifically

Page 143

1      related to this document, only to the document.
2      No -- there was no discussion about relating
3      this information to anyone else.
4 Q.   Is it true that you and Mr. Murphy had already
5      decided as of June 2001 to terminate the
6      manufacturing agreements with Ethypharm?
7 A.   I had had -- I had already had a conversation
8      with my president -- I don't know whether it was
9      before this or after this; I honestly don't
10     remember -- that my decision most likely would
11     have been of not continuing the contracts that
12     we had signed on March 2000.
13 Q.  Now, you say your decision. Did Mr. Murphy
14     agree with this?
15 A.  I explained to Mr. Murphy the reasons why I
16     believed that the contracts should not have
17     been -- should not be continuing, but I still
18     had to think more about it, process more about
19     it.
20 Q.  What were the reasons?
21 A.  The reasons were because at the market at that
22     moment it was believed that Ethypharm France had
23     problems and they were terminating people. The
24     same thing was happening in Spain. The behavior

Page 144

1      that they had in 1997, sending a letter, saying
2      that they were going to remove all the -- that
3      they will take all the machinery and they will
4      stop the manufacture at our plant, that we had
5      signed a confidentiality agreement of our
6      know-how in the year 1998, and the one that we
7      had submitted to Ethypharm and they had
8      recognized it, and they have signed that
9      agreement. The issue that we have our own
10     formulations and that we were submitting our own
11     patents and the loss of trust as a result from;
12     for example, when they were signing that
13     contract, they only wanted to sign it for one
14     year.
15         All of that -- I concluded from all of
16     that as the person responsible to maintain the
17     best interests of our company, all of that took
18     me to make the decision that the best thing was
19     not to continue the contract. At that moment,
20     that was what I was thinking, and I had to
21     finish, you know, thinking about it thoroughly
22     before I made my final decision regarding to
23     those terms.
24 Q.  When did the conversation -- strike that. These

Page 145

1      are all things that you talked about with
2      Mr. Murphy?
3 A.   That's why I consulted with him, and I said to
4      him this was a very important topic and that I
5      would consult with him the issue.
6 Q.   Do you recall when you had this specific
7      conversation with Mr. Murphy?
8 A.   The exact dates, you know, it's kind of hard,
9      but I think that, you know, the month of May,
10     April, you know, I did make a comment to him.
11 Q.  Let me refer you to Exhibit 1. It's at the very
12     bottom. And let me refer you to Page 7 and
13     Number 20, Paragraph 20. When it says, "In
14     November 2001, Belmac determined that it would
15     not renew its manufacturing agreement with
16     Ethypharm," what you're saying is you discussed
17     this with Mr. Murphy long before that?
18         MR. STEWART: Objection.
19 A.   What I'm trying to say is that I had thought of
20     this possibility with a lot of prior time, but
21     as I said before, I had to really analyze
22     thoroughly that decision.
23 Q.  How did you --
24 A.  And that decision became final at that date.

20 (Pages 142 to 145)

Page 146

1 Q.  In November of 2001?
2 A.  Yes, that's when it was communicated.
3 Q.  To analyze this important situation, what steps
4    did you take?
5 A.  To speak with my president of Laboratorios
6    Belmac by phone and to explain to him what I
7    already stated.
8 Q.  That's Mr. Murphy, correct?
9 A.  Correct.
10 Q.  And you spoke to him on the phone in the United
11    States?
12 A.  I was in Spain.
13 Q.  Ahh.  Where was Mr. Murphy?
14 A.  In the United States.
15 Q.  At his offices at Bentley Pharmaceuticals, Inc.?
16 A.  I suppose he was.
17 Q.  And what else did you do to analyze this
18    important situation?
19 A.  You know, I believe I had explained all the
20    topics with clarity just a while ago, and the
21    other thing was that because of Ethypharm
22    behavior, I had no trust in them.
23 Q.  Between April of 2001 and November of 2001, did
24    you perform any studies or analyze profit or do

Page 147

1    anything else to analyze this situation?
2 A.  I was conscious that because of all the reasons
3    that I already stated, it was convenient not to
4    continue this relationship.
5 Q.  And for that reason, did you move ahead with
6    plans with your omeprazole and lansoprazole
7    patents?
8 A.  For a long period of time, we had been working
9    with our formulation and our patents, and to
10    submit a patent or obtain a patent is not
11    something that happens from one day to another.
12 Q.  I show you a document.
13        (Fax to Mr. Murphy from Mr. Herrera,
14        dated June 15, 2002 was marked Exhibit
15        Number 15 for identification.)
16 Q.  Mr. Herrera, before I discuss that document, is
17    it true that in addition to taking time to file
18    patents, it costs money to do the work necessary
19    to file the patents?
20 A.  Yes.
21 Q.  It's a commitment of resources?
22 A.  Yes.
23 Q.  You have to do studies, correct?
24 A.  Correct.

Page 148

1 Q.  And these are expensive?
2 A.  Correct.
3 Q.  And it takes time?
4 A.  Correct.
5 Q.  And you have to spend time on research and
6    development?
7 A.  Yes.
8 Q.  And one has to make sure that you're not
9    infringing on the patents of other companies,
10    correct?
11 A.  Correct.
12 Q.  And in the case of omeprazole, you had to make
13    sure that you weren't infringing on
14    AstraZeneca's patent, correct?
15        THE TRANSLATOR:  Infringing on what
16    patent?
17        MR. BOSTWICK:  AstraZeneca's patent.
18 Q.  Is that correct?
19 A.  Any patent.
20        THE WITNESS:  In force.
21 Q.  Any patent in force?
22 A.  Correct.
23 Q.  Such as AstraZeneca or Ethypharm, correct?
24 A.  Correct.

Page 149

1 Q.  When did that work start?
2 A.  I cannot remember with an exact time.
3 Q.  How much did it cost?
4 A.  I don't know exactly.
5 Q.  You discussed this with Mr. Murphy, though,
6    correct?
7 A.  What I informed him was that we were developing
8    our own formulations.
9 Q.  Did Mr. Murphy agree with spending money and
10    time and effort in that way?
11 A.  Those were my decisions.
12 Q.  Did Mr. Murphy agree with those decisions or
13    disagree?
14 A.  Mr. Murphy has always made the comment and has
15    told me, "The business, you run the business; I
16    run the daily operations."
17 Q.  Did Mr. Murphy agree with your decisions to
18    spend money and time and effort in this way?
19 A.  He didn't say the opposite to me.
20 Q.  Can you look at this exhibit now, Exhibit -- I
21    believe it's 15?  And this is a fax from you to
22    Mr. Murphy at Bentley Pharmaceuticals; is that
23    correct?
24        THE WITNESS:  Uh-huh.

21 (Pages 146 to 149)

JT-A-669

Page 150

1 Q.  Yes?
2 A.  Yes, that's how it's stated, stated as
3    organization.
4 Q.  And as part of your development plan, you are
5    planning to submit and register lansoprazole,
6    omeprazole tablets, omeprazole acuoso, and
7    that's at June 15th, 2001, correct?
8 A.  Correct.
9 Q.  And is one of the reasons you're discussing this
10   with Mr. Murphy so that you will be prepared in
11   case you terminate the contract with Ethypharm?
12 A.  No.
13 Q.  What is the reason that you're registering
14   lansoprazole, omeprazole tablets, and omeprazole
15   acuoso in June 15th, 2001?
16 A.  This is my plan that I specifically have
17   designed, and I'm communicating it to my
18   president at Laboratorios Belmac, what is the
19   product plan that could be interesting in the
20   American market.
21 Q.  So that's a plan that involves Bentley as well
22   as Laboratorios Belmac, correct?
23 A.  No.
24 Q.  Well, you say -- you write, "In our development

Page 151

1    plan." When you say "our development plan,"
2    doesn't that mean your plan with Mr. Murphy?
3 A.  No, under no concept.
4 Q.  This is about registration in the United States,
5    correct?
6 A.  Correct.
7 Q.  And that does not involve Bentley
8    Pharmaceuticals, Inc.?
9 A.  What I'm communicating is that these products
10   could be very interesting in the American market
11   from my point of view, and I'm communicating it
12   to my president of Laboratorios Belmac.
13 Q.  Isn't that a more interesting idea for the
14   chairman of the board of Bentley Pharmaceuticals
15   in the United States?
16       MR. STEWART:  Objection;
17   argumentative, calls for speculation on the part
18   of this witness.
19 A.  I'm communicating this to my president of
20   Laboratorios Belmac since we are 100 percent
21   subsidiary of Bentley Pharmaceuticals, and I'm
22   communicating it to him with the specific point
23   of the presence of it on the American market.
24 Q.  In November of 2001, you send a notice of

Page 152

1    termination to Ethypharm, correct?
2 A.  Yes, correct.
3 Q.  And this notice indicates your intention to
4    terminate the relationship with Ethypharm in
5    four months, correct?
6       MR. STEWART:  Objection.
7 A.  It's not correct.
8 Q.  What is correct?
9 A.  On the letter, it was indicated the intentions
10   of not continuing at the expiration date of the
11   contract, and it is offered to Ethypharm the
12   negotiation of new contracts so Ethypharm would
13   not have any type of problems and could continue
14   their relationships with their clients.
15 Q.  And PharmAlliance was one of those clients,
16   correct?
17 A.  PharmAlliance got in touch with us, but
18   PharmAlliance was one of their clients, that's
19   correct.
20 Q.  I show you a document.
21       (Confidentiality Agreement was marked
22       Exhibit Number 16 for identification.)
23 Q.  Do you recognize this document?
24 A.  It's signed by me.

Page 153

1 Q.  Is it true, Mr. Herrera, that on the very same
2    day that you sent notice of Laboratorios
3    Belmac's intention to end the Ethypharm
4    relationship, you signed an agreement with one
5    of Ethypharm's clients relating to omeprazole
6    pellets?
7 A.  And confidentiality agreement.
8 Q.  And at this point in time, you were still under
9    contract with Ethypharm, correct?
10 A.  Correct.
11 Q.  And you would be under contract for another four
12   months, correct?
13 A.  Correct.
14 Q.  Do you think that that was appropriate?
15 A.  You know, the clients come to you and they ask
16   for information as a consequence of problems
17   that they are experiencing.
18 Q.  Is it a coincidence that you signed this
19   confidentiality agreement on the same day that
20   you sent the termination letter?
21 A.  That's the way I interpret it to be.
22       MR. STEWART:  Will you be at a
23   stopping point in the next ten minutes or so?
24       MR. BOSTWICK:  Not yet.

22 (Pages 150 to 153)

**Esquire Deposition Services**
**866-619-3925**

JT-A-670