Page 154

Q. I show you another exhibit.
(Press Release was marked Exhibit Number 17 for identification.)
MR. STEWART: I'm going to want to take a break sometime between now and the next fifteen minutes.
Q. Do you recognize this document, Mr. Herrera?
A. Yes.
Q. Is it also a coincidence, Mr. Herrera, that on the exact same date that you sent a notice of termination to Ethypharm and that you signed a confidentiality agreement with one of the Ethypharm's clients that Bentley in the United States announced the filing of four new patents for omeprazole and lansoprazole?
A. That is a coincidence? That's the question?
Q. Yes.
A. I suppose it is.
Q. It's not part of an organized plan?
A. No. I am not responsible for any publication.
Q. Who's responsible for this publication, Exhibit 17?
A. In the United States.
Q. Bentley?

Page 155

A. Si.
Q. Mr. Murphy?
A. I don't know.
Q. Did you see this Exhibit 17 before it was released to the public?
A. No.
Q. Is the first sentence true, which reads that, "Bentley Pharmaceuticals, Inc., a drug delivery company with a commercial presence in Europe, announced today that through its wholly owned Spanish subsidiary, Laboratorios Belmac, it has submitted four new patents over the past year for improved formulations of orally delivered products"? Is that a true statement?
A. I believe so.
MR. STEWART: We can take a break now.
THE VIDEOGRAPHER: The time is 2:15 p.m. We're going off the record.
(Recess)
THE VIDEOGRAPHER: The time is 2:31 p.m. We're back on the record.
Q. Mr. Herrera, let me show you another document here.
(Letter to Mr. Herrera from Ilhem Gadry,

Page 156

dated December 6, 2001, and Enclosure were marked Exhibit Number 18 for identification.)
Q. Mr. Herrera, this is a document in English, and if you need any help translating any portion, you can tell us. My question to you generally is whether you recognize this document.
A. Yes, I recognize it.
Q. What is it?
A. As this letter states, it is a confidentiality agreement for omeprazole, Enalapril, Simvastatine between us and PharmAlliance.
Q. The second and third page of this document are actually not confidentiality agreements or they appear not to be confidentiality agreements, but this is the way the document was produced to us by Belmac. Can you explain what the last two pages of Exhibit what --
THE TRANSLATOR: 18.
Q. -- 18 are?
A. Is an agreement of supplying, marketing, and distribution.
Q. Between PharmAlliance and Laboratorios Belmac?
A. Correct.

Page 157

Q. Relating to omeprazole, correct?
A. Correct.
Q. Do you know if and when this document was signed?
A. Well, from what I can observe, it was in February, but I don't see my signature in here.
Q. So you think it's February 2002. Is that correct or no?
A. Correct.
Q. Do you know whether this document was ultimately signed?
A. I believe it was.
Q. And do you believe it was around February of 2002?
A. Yes, it could have been more or less.
Q. Let me show you another document.
(Side Letter was marked Exhibit Number 19 for identification.)
Q. Again, this is a document in English, correct?
A. Yes.
Q. And if you need any help translating any portion in order to answer my questions, please just say so. Okay? Okay?
THE WITNESS: Uh-huh.

Page 158

Q. I think you have to say yes for the translator.
A. Yes.
Q. Do you recognize Exhibit 19?
A. Honestly, I don't remember it.
Q. It has a line for your signature on the second page, correct?
A. Correct.
Q. Do you know whether this document was signed?
A. I don't think so, but I'm not sure.
Q. And this indicates that it's a side letter to an agreement between Leciva and Uquifa. Is this correct?
A. Yes.
Q. And Leciva and Uquifa were both clients of Ethypharm, correct?
A. Correct.
Q. And this indicates that it's to be concluded in January of 2003. I want to refer you to Paragraph 3, and I'm not sure -- this is very legal language. So I'll ask the translator to do the best she can. It says, "Belmac shall indemnify and hold Leciva harmless."
THE TRANSLATOR: It's almost identify?
MR. BOSTWICK: Indemnify, which in

Page 159

English means -- how would you describe?
Q. Do you understand this paragraph in English, Mr. Herrera?
A. More or less, I do.
Q. More or less. What do you understand that paragraph to mean in general?
MR. STEWART: I'm going to object. The witness has testified that he doesn't recognize this document. There really hasn't been any foundation as to the agreement that this document purports to be a side letter to, and while we recognize the names Belmac and Leciva are names we've heard before in connection with this case, there really isn't any -- you haven't established any connection that I can see anyway between this witness and the document. And so the purpose of your question to have him tell his understanding of this paragraph, I don't see it as relevant to anything.
MR. BOSTWICK: Why don't I first -- without getting into a long colloquy, one answer is that his signature line is on the last page, but let me establish a little more foundation.

Page 160

Fair point here.
Q. Do you recall discussing agreements with Leciva and Uquifa relating to the manufacture and sale of omeprazole around 2002 or 2003?
A. I don't remember.
Q. Do you have agreements with Leciva and Uquifa today for the sale of omeprazole?
A. With Leciva, I have no agreement. And Uquifa supplies me with the raw material.
Q. This -- what do you understand generally Paragraph 3 to mean?
A. That Belmac will maintain -- indemnify any loss, any liability or any claim or anything that can come as a result.
Q. Why -- was this agreement under consideration while you were general manager; do you know?
A. First of all, I do not remember this document. And after we terminated our contracts, we continue supplying clients of Ethypharm. Among those were Leciva, and we continued supplying what they request. And this, I don't remember. You know, maybe somebody send it to me. It could have been Uquifa. I don't know, but I don't remember having it been signed, and we

Page 161

have no relationships with Leciva.
Q. Can you turn to the second page of the document? The person who is listed as the signatory is Jan Sotola. Do you see that?
A. Yes.
Q. Do you know that person?
A. I don't know this person.
Q. Is there somebody in your department either in Madrid or Zaragoza that is in charge of dealing with clients like Leciva or Uquifa or PharmAlliance?
THE TRANSLATOR: What was the third one?
MR. BOSTWICK: PharmAlliance.
A. No.
Q. Do you personally do all the customer relations work for Laboratorios Belmac?
A. No. You have asked me in specific about three clients, Leciva, Uquifa, and PharmAlliance.
Q. For other clients that you have relating to omeprazole, is there a commercial director or a commercial department that is in charge of relationships with omeprazole clients?
A. With the clients in relationship to omeprazole,

Page 162

no. With all -- lots of our clients of many of our products.
Q. Who -- is it one person or more than one person?
A. Three people.
Q. Who are they today?
A. Ignacio Alvarez, Roman Tutor, and our plant director in terms of client satisfaction, Antonio Cabodevilla.
MR. BOSTWICK: Could I have the last answer read back?
(Reporter read back the last answer.)
Q. Could you spell the last name of Mr. Roman Tutor?
A. T U T O R.
Q. Have those same three people been responsible for client relations since the year 2000?
A. No.
Q. How has it changed?
A. These people are responsible for relationship with clients; Roman Tutor, approximately since the year 2004; Ignacio Alvarez, approximately since the year 2003, and Antonio Cabodevilla, since the year 2001 or 2002.
Q. Who was in charge of client relations for

Page 163

Laboratorios Belmac from 2000 to 2003?
A. I personally.
Q. Did anyone assist you in that role?
A. Unfortunately, no.
Q. Going back --
MR. BOSTWICK: Can we go off the record for just a moment?
THE VIDEOGRAPHER: Sure. The time is 2:52 p.m. We're going off the record.
(Discussion off the record)
THE VIDEOGRAPHER: The time is 2:53 p.m. We're back on the record.
Q. Referring you to Document or -- Exhibit Number 16, Mr. Herrera, did Bentley understand that Belmac was in the process of renegotiating omeprazole contracts with Ethypharm clients during late 2001 and early 2002?
MR. STEWART: Objection to the term "renegotiation."
A. Some clients of Ethypharm will come to us, to Belmac Laboratories, as a consequence of the problems that they had experienced of supplying with Ethypharm Laboratories.
Q. Was Bentley Pharmaceuticals aware of this during

Page 164

late 2001 and early 2002?
A. Once again, I informed to my president, the president of Belmac, how things are going and any issues. So I imagine that I did converse with him about it.
Q. So because Mr. Murphy was both president of Laboratorios Belmac and Bentley, you understood that Bentley knew that Belmac was in the process of renegotiating omeprazole contracts with Ethypharm customers?
MR. STEWART: Objection as to "renegotiation" and to the extent it's been asked and answered.
Q. Is that correct?
A. No, it's not correct.
Q. What's wrong with that statement?
A. As I will say once more again, I communicate to my president of Laboratorios Belmac the progress of our business, and within those communications, I suppose that I do inform him that there are clients of Ethypharm that have come to us because of the problems with supply.
Q. Around late 2001 and early 2002?
A. It could have been.

Page 165

Q. Okay. Let me show you another document.
(Copy of E-mail from Mr. Fitzgibbons, dated January 22, 2002, and Attachment were marked Exhibit Number 20 for identification.)
Q. And once again, Mr. Herrera, this is a document in English, of course, and if you need any help translating any portion in order to answer my questions, simply ask. Okay?
A. That's how I will do.
Q. My first question is, do you recognize this document?
A. No, I don't recognize it.
Q. If you turn to Page 2 -- you're on the correct page. The second page of the exhibit, in other words. You see the subject says "operations update, January 22nd, 2002"? Do you see that?
A. Yes.
Q. And it's addressed to Bentley Pharmaceuticals board of directors?
A. That's what is written here.
Q. Have -- are you on the Bentley board of directors today because you're also vice president of Bentley or not?

Page 166

A. No.
Q. Have you ever seen a Bentley Pharmaceuticals operations update?
A. No.
Q. Okay. Do you see in Number 1e, it says, "Ethypharm customers for omeprazole in process of recontracting with Laboratorios Belmac"? Do you see that sentence?
A. Yes.
Q. And that was true in January 22, 2002?
A. That's what it states here.
Q. And that's consistent with your memory?
A. It's consistent with --
Q. I'm sorry. Did you say "consistent" or "inconsistent"?
A. I'm sorry. It is consistent with me communicating with my president of Belmac of clients from Ethypharm that are approaching us because of the problems that -- supplying problems that they are experiencing with Ethypharm.
Q. I'll show you another document after we have it marked.
(Document titled Contrato de

Page 167

Transferencia de Tecnologia y Cesion de Know How was marked Exhibit Number 21 for identification.)
Q. And I ask you if you recognize it.
A. Yes, I do recognize it.
Q. Can you tell me what you understand this document to be?
A. A contract -- a transfer of technology and assignment of know-how agreement.
Q. And what technology and assignment of know-how is being transferred to what party?
A. Bentley transfer to Belmac Laboratories technology.
Q. What type of technology?
A. Enhancers with the increased ab -- for the increase of absorption -- transdermal absorption.
Q. Transdermal absorption, correct?
A. Correct.
Q. And how much -- strike that. Did you participate in the decision to enter into this agreement between Bentley Pharmaceuticals and Laboratorios Belmac?
A. I communicated to my president of Belmac that I

Page 168

would like to attend of commercial exploration of technologies of a lot of commercial interest.
Q. Is it your testimony that this -- entering this agreement was your idea?
A. Yes.
Q. Why aren't you a signatory to the agreement?
A. I don't know.
Q. How much money is Laboratorios Belmac obligated to pay Bentley under this agreement?
A. It's stated right here.
Q. Where?
A. Article 4.
Q. And can you tell me how much that is?
A. 500,000 euros.
Q. And that's currently about $600,000, is that correct, U.S.?
A. Yes.
Q. And that's every year?
A. Yes. Not for all years. It is for each -- per year.
Q. There are also some services to be given from Bentley to Belmac, correct?
A. Correct.
Q. What services does Bentley give to Belmac for

Page 169

this price?
A. To help the staff preparation of this technology.
Q. Is this part of a management fee as well?
A. There is technology transfer here.
Q. I show you another document.
(Letter to Mr. Herrera from Mr. DeBregeas and Mr. Leduc was marked Exhibit Number 22 for identification.)
Q. And I will ask you if you recognize that document.
A. Yes, I do recognize it.
Q. What is this?
A. I consider it an invitation from Mr. DeBregeas and Mr. Leduc to have a meeting prior to the date of our contract's termination.
Q. Did you have such a meeting?
A. Yes.
Q. Where did that meeting take place?
A. In St. Cloud in Paris, which are the office of Ethypharm.
Q. Who attended that meeting?
A. From Belmac, Dr. Fernando Berenguer and myself, and from Ethypharm, Gerard Leduc, Patrice

Page 170

DeBregeas, an American attorney, and Roseline Joannesse.
Q. Were Mr. Leduc and Mr. DeBregeas in attendance the entire time of the meeting or did they go in and out?
A. If my memory serves me well, Mr. Leduc assisted -- attended the entire meeting, and Mr. DeBregeas was absent maybe two or three times during the meeting for a very short period of time.
Q. How long did the meeting last?
A. Approximately, I'm thinking that it lasted two and a half hours to three hours.
Q. How did the meeting start?
A. The meeting began introducing ourselves, you know, introducing ourself to the person that we didn't know, which was the American attorney. We asked, you know, what was the reason of the presence of this gentleman. And Gerard Leduc or Patrice DeBregeas, one of the two -- I think it was Patrice DeBregeas -- he answered that it was a friend that was present over there and they just had invited him to the meeting, that they invited him to the meeting.

Page 171

Q. Then what happened?
A. We asked what was the purpose of inviting a friend to a meeting when we could have brought our friends to the meeting. I was speaking specifically of our own attorneys. Because I couldn't understand what was the reason of an attorney being present in a meeting that the intention was to try to resolve a problem.
Q. Did you get an answer?
A. Yes. They said to me, "Well, you know, we want to explain to you what is the situation."
Q. And what did they explain?
A. They explained that a cancellation or termination of our contract would be produced in a short period of time and we were infringement to the cancellation --
MR. STEWART: Excuse me?
A. And we were infringement to the cancellation.
THE TRANSLATOR: I'm just asking him to explain what he means by "infringio," because I believe I don't understand specifically his meaning.
A. That we didn't have the right to use their know-how and their technology.

Page 172

Q. This is what Ethypharm is explaining to you? Is the answer yes?
A. Yes.
Q. Continue, please.
A. This was not just a problem, you know, involving Spain, Belmac Laboratories, that they were also willing to sue in the United States our parent company. At that moment, I mentioned to them that these were relationships between Spanish companies and that we had nothing to do with our parent company on these negotiations. At the same time, I requested a recess, and I went out to speak with Fernando Berenguer.
Q. Did you -- what did you say to Fernando Berenguer? Did you get him on the phone?
A. No, we were together at the meeting.
Q. Ahh, ahh. Okay. I'm sorry. When you went out of the room to talk to Fernando Berenguer, what did you discuss with him?
A. We were trying to decide if at that moment we will terminate the meeting and we would leave, and we decided just trying to find a solution so we would not live without supplies, the clients of Ethypharm. We decided to return to the meeting.

Page 173

Q. And did you return to the meeting?
A. Yes.
Q. What happened next?
A. We explained to them that we were not in agreement with what they had presented, and the same thing that we had offered, the same thing that we had offered them, a new supply agreement, the same thing that we had offered them at the letter of no continuance of the contract. We were offering them at that moment the same thing, as the opportunity to a new supply contract from Belmac to Ethypharm.
Q. What was Ethypharm's response?
A. The American attorney, that was not acceptable because their know-how.
Q. Ethypharm's know-how?
One moment. You have to give an answer for the court reporter. I asked, did you mean the know-how of Ethypharm?
A. Yes. Yes, what I tried to say to you is that the American attorney said that it was not acceptable because it was the know-how of Ethypharm.

Page 174

Q. Okay. Thank you.
A. And my response was that the know-how, it was the know-how of Belmac. As the document at that moment, I show it to him, at which Ethypharm Spain, signed by Adolfo de Basilio in September of 2000 -- no, excuse me, September of 1998, recognizing that we were submitting to them all the manufacturing methods and analytical methods with the agreement -- the confidentiality agreement of ten years.
At that moment, I passed the mentioned document to the American attorney. The American attorney read the document and said to Roseline Joannesse that he was not familiar with that document, and Roseline Joannesse felt very uncomfortable; and she exited the room at that moment.
Q. Okay. Do you recall what happened after this?
A. It was a situation in which about five minutes later Gerard Leduc and Patrice DeBregeas said to Fernando Berenguer and to myself that it was time to go and eat, and we went to eat at a restaurant that is right at the corner, which is the same restaurant as always. And there, we

Page 175

conversed that it was beneficial to arrive at an agreement for the good of both companies, and my response to them was, like, "Why not?"
And when we went to get a taxi, Leduc said, "No, I'll get it for you." And when he said good-by to us, he said, "Okay, so we are in agreement that we have to come up with an agreement." And that's all I remember.
MR. BOSTWICK: The tape is going to run out, so we're going to pause.
THE VIDEOGRAPHER: Thank you. The time is 3:29 p.m. on July 21st, 2006. This is the end of Tape Number 3, Volume 2 of the videotaped deposition of Mr. Adolfo Herrera.
(Off the record)
THE VIDEOGRAPHER: The time is 3:34 p.m. on July 21st, 2006. This is Tape Number 4, Volume 2 of the videotaped deposition of Mr. Adolfo Herrera.
Q. Mr. Herrera, we were just talking about a meeting in St. Cloud in February or March of 2002. Do you recall?
A. Yes, I remember.
Q. Do you recall saying at that meeting that Belmac

Page 176

would not use Ethypharm technology or know-how to manufacture for Belmac's clients?
A. We had our own know-how.
Q. Do you recall saying that Belmac would not use Ethypharm technology and know-how in manufacturing omeprazole for Belmac's customers?
A. It is clear understanding. Is implicit.
Q. Do you recall saying that Belmac would not use Ethypharm machinery to manufacture omeprazole for Belmac's clients?
A. Yes, that's how it was.
Q. Did you call Mr. Murphy at any time during that meeting?
A. No.
Q. Did you make any calls to anyone during that meeting?
A. No.
Q. Did you contact Mr. Murphy after that meeting?
A. Yes.
Q. What did you tell him about that meeting?
A. I suppose that I did call him maybe at one or two days afterwards, and I commented to him what took place, which is what I already stated here.
Q. What was Mr. Murphy's response?

Page 177

A. You know, thank you very much for the information.
Q. He had no reaction other than that?
A. No. I explained to him the entire situation. I explained to him what had taken place, and he said, "Well, you know, very good."
Q. Was an agreement reached after that to resolve the differences between the parties?
A. Ethypharm asked us, Belmac Laboratories, to continue supplying with our product for their clients, and that's how we continue it for approximately one more year. Ethypharm was sending us the orders, the orders of goods, and we supplied them. You know, we got an agreement with the prices of supplying, and that's what we did.
Q. Do you recall an incident where a judge and an expert went to the Zaragoza plant in around 2003?
A. Yes, mid-2003 or towards the end of 2003. I think it was towards the end of 2003 or beginnings of 2004, but, you know, somewhere around that period of time.
Q. Were you at the Zaragoza plant at the time?

Page 178

A. No.
Q. You were in Madrid?
A. Yes. I suppose that I was.
Q. How did you learn of this incident?
A. My manufacturing plant director communicated it to me.
Q. Who was that?
A. Antonio Cabodevilla.
Q. What did Mr. Cabodevilla tell you?
A. That the judicial secretary with one more person from Ethypharm and I think also with Adolfo de Basilio, but I really don't remember. What I remember is -- what I remember well, that it was judicial secretary with one more person from Ethypharm France.
Q. And what happened?
A. That they produce a document of every detail of their visit; what they observed, what they saw.
Q. And did Mr. Cabodevilla tell you about that as it was happening or after it occurred?
A. No, he called me to let me know that there was a visit from a judicial secretary with one person from Ethypharm France and they had to have this visit and they will be requesting documents or

Page 179

whatever they needed to see.
Q. What I'm trying to understand is whether Mr. Cabodevilla actually called you while this was taking place?
A. He calls me at the moment that the judicial visit arrives.
Q. Did you speak with Mr. Murphy?
A. No.
Q. Did you ever speak with Mr. Murphy about this incident?
A. During this process, during the time this process was taking place, no, but afterwards.
Q. What did you tell Mr. Murphy?
MR. STEWART: I would instruct the witness not to reveal communications that were made in the presence of counsel.
MR. BOSTWICK: That's fair.
Q. Let me ask another question. When you spoke with Mr. Murphy about this event, was there a lawyer present either in Spain or in the U.S.?
A. No.
Q. Okay. Can you tell me what you discussed with Mr. -- what you said to Mr. Murphy about this event?

Page 180

A. That the judicial secretary with one person from France had visited the location and that they were putting together a document and requesting other documents.
Q. Did you ever learn that the expert who was with the judge determined that the process that was being used at the time of the visit was the same process that was being used for the manufacture of omeprazole for Ethypharm?
MR. STEWART: Objection. Goes to subjects which are reserved for Phase 2 of discovery. You may answer.
A. No.
MR. BOSTWICK: That's all I have.
MR. STEWART: Just give me a couple minutes. Then I'll finish up.
MR. BOSTWICK: Let's go off the record.
THE VIDEOGRAPHER: The time is 3:47 p.m. We're going off the record.
(Off the record)
(Recess)
THE VIDEOGRAPHER: The time is 3:55 p.m. We're back on the record.

Page 181

EXAMINATION BY MR. STEWART:
Q. Good afternoon, Mr. Herrera.
A. Good afternoon.
Q. As you know, my name is Craig Stewart, and I'm counsel for Bentley Pharmaceuticals in this matter; and I have only a few questions to ask you.
First, with respect to the meeting on February 21st of 2002 that you were providing your recollection of, when did that meeting begin?
A. Approximately 9:30, 10 o'clock morning.
Q. And approximately what time did you go to lunch with Mr. Leduc and the others?
A. Approximately 1, 1:15 in the afternoon. As you know, France, they eat early.
Q. Maybe early for Spain.
A. That's true.
Q. Do you happen to know the time difference between Paris, France and Exeter, New Hampshire or the east coast of the United States?
A. The same difference as in Spain exists, six hours.
Q. Now, at the time meeting on February 21st, would

Page 182

you tell me again the people who were present on behalf of Ethypharm as you understood it?
A. On my right, it was Gerard Leduc, Patrice DeBregeas. In front of me, it was the American attorney. Next to him, it was Roseline Joannesse, and Fernando Cabodevilla was to my left. That's how I remember it.
Q. And is it correct that the American attorney explained what he understood to be the legal situation with respect to who owned the technology?
A. Yes.
Q. Did the American attorney, to your understanding, say or suggest that Ethypharm would bring a lawsuit in the United States?
A. He said that they could take that action.
Q. What did you respond, if anything?
A. I said to him that that was not my problem because we were talking about relationships among American -- excuse me, Spanish companies, negotiations that were established within these companies, and they were subject to Spanish court system and laws, agreements that had been signed between Belmac Laboratories and

Page 183

Ethypharm.
Q. Now, you are not a member of the board of directors of Bentley Pharmaceuticals; is that correct?
THE TRANSLATOR: Ethypharm?
MR. STEWART: I'm sorry. Of Bentley Pharmaceuticals, I thought I said.
A. No.
Q. Have you ever been a member of the board of Bentley Pharmaceuticals?
A. No.
Q. What is your understanding of how your compensation is determined, specifically your salary?
A. My president of Belmac Laboratories, Jim Murphy, by phone lets me know that he's going to submit to the board of directors of Bentley Pharmaceuticals my salary for the upcoming year and it has to be approved by the compensation committee of Bentley Pharmaceuticals and that as soon as he receives a response, he will let me know.
Q. Mr. Bostwick asked you yesterday whether you had ever had your deposition taken before. Do you

Page 184

recall that question?
A. Yes, I remember.
Q. And you responded, "Not in the United States, but in Spain." Do you recall that?
A. Yes, I remember.
Q. And do you recall that you testified to Mr. Bostwick that your depositions were in connection with two cases, a patent infringement action against Laboratorios Belmac by Merck and one by Pfizer? Is that correct?
THE TRANSLATOR: And the second one, by Pfizer?
MR. STEWART: By Pfizer.
A. Correct.
Q. And with respect to the infringement action by Merck, can you tell us what the result was?
MR. BOSTWICK: Objection, relevance.
A. We won.
Q. And with respect to the action by Pfizer, what was the result of that action?
MR. BOSTWICK: Same objection.
A. That we won.
Q. Turn, if you would, to Exhibit 12, please.
A. Yes, just give me a moment. I have to look for

Page 185

it.
Q. It looks like this. There's an English translation, I think, on the top.
In the letter from Adolfo de Basilio to you, Mr. De Basilio said to you that Pierre Germain understood that Mateo Gasca had been dismissed and that Mr. Germain had asked Mr. De Basilio to inquire for an official communication of the facts of the dismissal in writing. Is that your understanding of what Mr. De Basilio was requesting in his letter to you of December 5 -- I'm sorry, May 5 -- May 12th, 2000?
A. Yes.
Q. Did you ever speak to Mr. Germain directly regarding the facts concerning Mr. Gasca's dismissal?
A. No.
Q. Did you ever ask anyone why Mr. Germain was interested?
A. No.
Q. And what were the reasons that Mr. -- that Mr. Gasca was dismissed, to your understanding?
A. As I responded to the same question as by

Mr. Bostwick, they were the official reasons that were considered for this dismissal, but independent to those reasons, I had my own personal reasons.
Q. What reasons were those?
A. I had information that he was working for another pharmaceutical company.
Q. At the same time that he was working for Laboratorios Belmac?
A. At the same time.
Q. Which company was that?
A. I don't remember the exact name of the company, but it was a company related with pelletization.
MR. BOSTWICK: I'm sorry. With what?
THE TRANSLATOR: Pelletization.
A. Micropellets.
MR. BOSTWICK: Thank you.
Q. Did you ever confirm that that was the case?
A. Yes, it was true.
Q. Did you ever request Bentley to loan money to Laboratorios Belmac for anything having to do with its operations or acquisitions?
A. No.
Q. To your knowledge, has Bentley ever loaned

money, cash to Belmac?
A. No.
Q. Now, in your capacity as general manager of Laboratorios Belmac, you have the authority to negotiate contracts, correct?
A. Yes.
Q. And to sign contracts on behalf of Belmac; is that right?
A. Yes. That's true.
Q. And is it your testimony that you -- with respect to Exhibits 10 and 11 --
A. Yes.
Q. And these are the manufacturing agreement and the purchasing agreement, dated March 23, 2000, correct?
THE TRANSLATOR: Can I see them for a second?
(Documents handed to the translator.)
A. Correct.
Q. Did you need permission from Jim Murphy to negotiate and sign these contracts?
A. No.
Q. Did you ask him for permission to negotiate and sign these contracts?

A. No.
Q. During the course of your employment as general manager from June of 1999 to the present --
THE TRANSLATOR: June 2000?
MR. STEWART: June of 1999.
THE TRANSLATOR: Sorry.
Q. -- have you negotiated and signed contracts with companies other than Ethypharm?
A. Yes.
Q. Can you give me the approximate number?
A. 300, 350. I would say between 300 to 400 at least.
Q. And of that number of contracts, how many of those contracts have you requested permission from Jim Murphy to negotiate and to sign?
MR. BOSTWICK: I'm going to object because we don't know what those contracts relate to in any way, and to the extent that these questions call for a legal conclusion regarding whether he has legal authority under Spanish law, I'll object, but otherwise he can answer.
Q. You may answer.
A. I have never requested permission from him.

Q. At any time, did you tell Adolfo de Basilio that you had authority to sign contracts on behalf of Bentley Pharmaceuticals, Incorporated?
A. Never.
Q. At any time, did you tell any employee of Ethypharm that you had such authority?
A. Never.
Q. At any time, did you ever tell Adolfo de Basilio or any other employee of Ethypharm that you were authorized to act on behalf of Bentley Pharmaceuticals?
A. Never.
MR. STEWART: I have nothing further.
RE-EXAMINATION BY MR. BOSTWICK:
Q. When you had indicated that you had confirmed that Mr. Gasca was working for another company at the time he was working for Laboratorios Belmac, how did you confirm that?
A. With a visitor's ID card --
Q. Where did you --
A. -- from Mateo Gasca.
Q. Where did you get that visitor's ID card?
A. Someone gave it to me.
Q. And you don't recall the company?

Page 190

A. I know that it's a company to do with micropellets. I don't remember the name.
Q. How long after you fired Mr. Gasca did you confirm -- did you feel that you confirmed that?
A. You know, it was almost a very short period of time, like approximately a week.
Q. After he was fired?
A. Yes.
MR. BOSTWICK: Thank you very much for your efforts here today.
MR. STEWART: I join in the thanks for your time and your patience. Thank you.
THE WITNESS: Thank you very much.
THE VIDEOGRAPHER: The time is 4:19 on July 21st, 2006. This is the end of Tape Number 4, Volume 2 of the videotaped deposition of Mr. Adolfo Herrera.
(Deposition concluded at 4:19 p.m.)

Page 191

CERTIFICATE

I, ADOLFO HERRERA, do hereby certify that I have read the foregoing transcript of my testimony, given on July 20, 2006, and I further certify that said transcript is a true and accurate record of said testimony (with the exception of the corrections listed below):

Page Line Correction

Dated at , this day of , 2006.

ADOLFO HERRERA

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

slb

Page 192

CERTIFICATE

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, SS

I, Sandra L. Bray, Registered Diplomate Reporter and Notary Public in and for the Commonwealth of Massachusetts, do hereby certify:

That ADOLFO HERRERA, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of my stenotype notes taken in the foregoing matter, to the best of my knowledge, skill and ability.

IN WITNESS WHEREOF, I have hereunto set my hand this 4th day of August, 2006.

Sandra L. Bray, RDR
Registered Diplomate Reporter

**A**

**ab** 167:15
**ability** 102:22 192:14
**able** 119:13,15 126:16
**absent** 170:8
**absorption** 167:16,17,18
**acceptable** 80:22,24 95:10 173:15 173:23
**accurate** 84:15 191:6
**acidulously** 85:2
**acquired** 135:16
**acquisitions** 186:22
**act** 189:10
**acted** 74:12
**acting** 87:15 92:5
**action** 99:24 99:24 182:16 184:9,15,19 184:20
**Acuerdo** 72:8 72:10
**acuoso** 150:6 150:15
**addition** 103:17 147:17
**addressed** 165:19
**Adolfo** 69:13 72:3 74:5,14 78:24 80:6 97:11 98:12 103:10 104:2 105:23 106:4 120:18 121:2 122:1,24 123:15 125:18 133:12,17 135:20 136:2 137:16,22 174:5 175:14 175:19 178:11 185:4 189:1,8 190:17 191:2 191:19 192:9
**advertisement** 112:15,16
**advice** 95:22 124:24
**affirmed** 74:15
**afternoon** 181:2,3,15
**agency** 82:7,9 91:20,24
**agent** 92:5
**ago** 113:4 126:7 146:20
**agree** 143:14 149:9,12,17
**agreed** 89:22 122:16
**agreement** 72:12 73:7 77:10,12,14 77:20,24 78:11,15,17 78:18 79:7,9 79:12,18 83:19,21,24 86:24 88:7 94:5,8 100:23 101:2,18,21 101:21,22 102:1 103:4 117:8 121:22 127:7,16,19 127:22,23 141:23 144:5 144:9 145:15 152:21 153:4 153:7,19 154:12 156:11,21 158:11 159:10 160:8 160:15 167:9 167:22 168:4 168:6,9 173:6 173:9 174:9 174:10 175:2 175:7,8 177:7 177:14 187:13,14
**agreements** 81:24 83:10 85:12 88:14 89:8 90:10 121:1 143:6 156:14,15 160:2,6 182:23
**ahead** 121:21 147:5
**ahh** 146:13 172:17,17
**alleged** 84:23 89:19
**Alsina** 76:8,12
**Alsincia** 76:12
**Alvarez** 73:3 123:2,4 136:18 162:6 162:21
**American** 150:20 151:10,23 170:1,17 173:15,22 174:12,12 182:4,8,13,20
**analytical** 79:16 174:8
**analyze** 145:21 146:3,17,24 147:1
**analyzing** 100:23
**Angell** 69:20 70:11
**announced** 154:14 155:10
**answer** 86:2 89:5 90:1,2,3 91:17 92:13 92:18 93:10 93:11 94:17 95:19 115:22 116:1 122:17 134:1 135:6 157:22 159:22 162:10,11 165:8 171:9 172:2 173:19 180:12 188:22,23
**answered** 89:21 164:13 170:21
**answering** 88:23
**Antonio** 111:5 131:22 162:8 162:22 178:8
**anybody** 122:19 124:6 142:23
**anyway** 159:16
**appear** 156:15
**APPEARAN...** 70:1
**apple** 76:10,11
**applicable** 69:15
**applying** 87:11
**appointed** 118:2
**appreciated** 140:14
**appreciation** 140:17
**approaching** 166:18
**appropriate** 115:15 153:14
**approval** 137:12
**approved** 183:19
**approximate** 188:10
**approximately** 98:24 109:11 139:14 162:20,21 170:12 177:12 181:12,13,15 190:6
**April** 75:24 77:10,22 78:1 78:6,12 80:1 94:6 96:5 112:19 113:7 114:10,18,23 145:10 146:23
**area** 82:15 89:6 89:18 130:23
**areas** 84:2 129:16 130:6
**argumentative** 89:16 91:18 92:2 151:17
**arrangement** 91:10 93:4 140:6 141:3
**arrival** 99:1
**arrive** 101:1,17 175:1
**arrived** 100:10 123:23
**arrives** 179:6
**article** 83:12 87:6,7,19 112:9 127:4 127:24 168:12
**articles** 113:10 117:9
**Asencio** 111:5
**asked** 76:3 94:2 121:12 121:16 161:18 164:13

170:18 171:2 173:19 177:9 183:23 185:7
**asking** 75:3,5 83:24 89:16 107:4 109:19 171:19
**aspirin** 97:1 120:21 121:17
**assign** 107:23
**assigned** 108:20,21 129:13 130:19
**assignment** 107:20 167:9 167:10
**assist** 163:3
**assisted** 170:7
**assumes** 85:24
**assuming** 125:11
**AstraZeneca** 148:23
**AstraZeneca's** 148:14,17
**attached** 78:20 83:19
**attaches** 141:23
**Attachment** 73:13 165:3
**attend** 168:1
**attendance** 170:3
**attended** 75:22 97:9 169:22 170:7
**attention** 112:2
**attorney** 170:1 170:17 171:7 173:15,22 174:12,13 182:5,8,13
**attorneys** 171:5
**August** 192:16
**authority** 130:7 130:9,16 133:20 187:4 188:20 189:2 189:6
**authorization** 135:8,17 137:17,23
**authorized** 189:10
**available** 108:6
**Avenue** 69:21 70:12
**aware** 81:20,22 81:22 89:7 90:15,23 104:13 130:12 163:24
**Azpetia** 94:15 112:3 114:20 115:2,3
**a.m** 69:23 74:3 75:14,17 82:24 83:8 105:21 106:2

**B**

**B** 72:6 73:1 111:5
**BAACH** 70:3
**back** 75:17 83:8 92:12,16 93:14 98:10 106:5 113:14 118:18 130:22 133:18 135:21 139:4 139:7 155:21 162:10,11 163:5,12 180:24
**based** 77:17 93:2
**Basilio** 72:23 78:24 79:5 80:6 83:24 97:12 98:12 103:11,19 104:2,5,16 120:18 121:2 122:1,3,20,24 123:11,15 125:18 128:16 135:20 136:3 136:6,13 137:16,23 174:5 178:12 185:4,5,8,10 189:1,8
**Bates** 83:3
**began** 170:15
**beginnings** 177:22
**begun** 98:16
**behalf** 69:14 182:2 187:7 189:2,10
**behavior** 143:24 146:22
**believe** 85:11 96:2 106:7 146:19 149:21 155:15 157:12,13 171:21
**believed** 143:16,22
**Belmac** 70:16 77:5,21,23 81:12,16,24 83:4 85:18 87:11 88:14 89:9 90:9,11 90:16,16 91:3 91:8,13 92:4 92:19,22 93:2 93:5 97:10 100:6,23 101:8,23 102:3,4,11 105:13 107:11,13,16 107:23 108:17,23 109:6,13 110:8 111:13 111:18 114:19 117:23 118:3 120:6,9 124:16 125:21 127:6 127:24 128:2 129:3,7,12 130:11,21 131:4 133:21 134:4,13,24 135:5 137:21 138:2,4,6,16 138:22 140:5 140:9,22 141:3,24 142:10,15 145:14 146:6 150:18,22 151:12,20 155:11 156:17,23 158:21 159:12 160:12 161:17 163:1 163:15,21 164:3,7,8,18 166:7,17 167:12,23,24 168:8,22,24 169:23 172:6 173:13 174:3 175:24 176:4 176:8 177:9 182:24 183:15 184:9 186:9,21 187:1,4,7 189:18
**Belmac's** 89:7 94:22 153:3 176:2,6,10
**beneficial** 175:1
**benefits** 140:11
**Bentley** 69:8 72:13 77:21 91:13,22 92:5 92:21 93:3,4 93:8,12 105:6 106:9,14,20 107:1,11,14 108:11,13,19 109:2 110:7 111:16 113:8 134:17,20 137:12,24 138:6,8 140:5 140:8 141:21 146:15 149:22 150:21 151:7 151:14,21 154:13,24 155:8 163:14 163:24 164:7 164:8 165:19 165:22,24 166:2 167:12 167:22 168:9 168:22,24 181:5 183:3,6 183:10,17,20 186:20,24 189:3,10
**Bentley's** 106:21 138:13,15,18 138:22
**Berenguer** 94:20 95:1 124:20 169:23 172:13,15,18 174:21
**best** 126:11 144:17,18 158:21 192:13

**better** 132:17
133:2
**beyond** 82:12
**bilingual**
118:13
**bit** 108:15
**board** 72:13
106:9,14,21
107:1 108:18
108:21
130:20
134:15,17
151:14
165:20,22
183:2,9,17
**book** 121:8
**boss** 134:3,6
134:22
**bosses** 100:13
100:14
102:23 104:7
105:14
131:12,14
**Boston** 69:22
70:13
**Bostwick** 70:7
72:4 74:19
75:8,12 82:4
82:14,20 83:2
84:1,3,6,12
84:16 85:6
86:22 87:5
89:3 91:21
92:6,11
102:14
105:18
106:17
109:22
113:13
118:21
132:23 134:1
136:23 139:3
139:19 141:6
148:17
153:24
158:24
159:21
161:14 162:9

163:6 175:9
179:17
180:14,17
183:23 184:7
184:17,21
186:1,14,17
188:16
189:14 190:9
**Bostwick's**
83:18
**bottom** 145:12
**bounds** 90:4
**Bray** 69:17
192:5,18
**break** 105:17
105:19
132:21,22
133:1 154:5
155:16
**briefly** 114:2
**bring** 182:15
**British** 118:14
**brother** 129:22
**brought** 171:3
**business**
100:19,21
105:1 140:6
149:15,15
164:19

**C**
**C** 74:1 111:6
128:6 191:1,1
**Cabodevilla**
111:6 131:23
162:8,22
178:8,9,19
179:3 182:6
**call** 112:8
121:2 176:12
176:21
188:19
**called** 69:14
83:20 112:11
121:8 178:21
179:3
**calls** 151:17
176:15 179:5

**cancellation**
171:13,16,18
**capacity** 187:3
**card** 189:19,22
**care** 130:16
**Cargos** 121:10
**Carlos** 111:5,6
**Carmen** 111:7
**Carta** 72:21
119:21
**case** 69:7
148:12
150:11
159:14
186:18
**cases** 184:8
**cash** 187:1
**CEO** 134:16
**certain** 122:12
136:3
**CERTIFICATE**
192:1
**certification**
81:14
**certify** 191:2,5
192:8
**Cesion** 73:15
167:1
**chairman**
134:16
151:14
**change** 96:11
**changed** 127:9
127:15
128:12
162:18
**characterizat...**
85:22
**charge** 161:9
161:22
162:24
**chart** 137:11
137:13,18,24
**charts** 121:8
**circle** 76:5
**circumstances**
121:20
**Civil** 69:16

**claim** 160:13
**clarification**
78:10 88:8
**clarified**
116:22
120:10
142:16
**clarity** 146:20
**classic** 84:6
**clear** 83:14
88:12 108:16
117:7,7 134:3
176:7
**clearly** 81:24
82:1 85:18
87:24 100:12
101:14
103:10
**Clemente**
94:15 95:1
113:22
124:21
**client** 76:18
93:17,21,23
162:7,16,24
**clients** 100:24
101:18,22
102:4,7 127:7
152:14,15,18
153:5,15
154:13
158:14
160:19
161:10,19,20
161:23,24
162:1,20
163:16,20
164:21
166:18
172:23 176:2
176:10
177:11
**close** 89:5
101:2,16
133:2
**closely** 132:9
**closing** 119:6
**Cloud** 169:20

175:21
**Clua** 111:6
**coast** 181:21
**coincidence**
153:18 154:9
154:16
**collaboration**
100:3
**collaborations**
99:9
**colloquy**
159:22
**come** 88:11
103:20
126:24 127:3
130:22 131:2
138:16,19,22
153:15
160:14
163:20
164:22 175:7
**comes** 75:3
89:3 98:19
127:2
**coming** 127:1
**commencing**
69:23
**comment**
95:21 102:24
115:11,21
116:12,19
137:19
140:17,20
145:10
149:14
**commented**
100:12
102:21 105:4
132:12
176:22
**commenting**
100:18 142:6
**comments**
95:17,22
**commercial**
101:21,22
122:10 141:2
155:9 161:21

161:22 168:1 168:2
**Commercially** 140:10
**commission** 102:8,10
**commitment** 147:21
**committee** 108:13 129:18 183:20
**Commonwe...** 69:19 74:7 192:3,7
**communicate** 108:1 109:2 164:17
**communicat...** 81:12 135:14 146:2 167:24 178:5
**communicates** 108:17,23
**communicati...** 150:17 151:9 151:11,19,22 166:17
**communicati...** 185:8
**communicati...** 164:20 179:15
**companies** 90:21 93:2 99:2 100:4,5 100:19 112:8 116:21 117:6 117:9 120:11 121:4 122:13 124:2,12 148:9 172:10 175:2 182:20 182:22 188:8
**company** 76:13,14 86:5 93:13 98:19 98:21 101:16 107:20 111:2 112:9 118:11 123:11 129:23,24 130:6,6 131:24 132:1 132:19 135:14 138:10 144:17 155:9 172:8,11 186:7,11,12 186:13 189:16,24 190:1
**company's** 137:11
**compared** 122:8
**compensation** 108:13 183:13,19
**complaint** 113:6
**complete** 129:18
**completed** 80:2
**completely** 88:22
**completing** 132:13
**complicated** 102:23
**Compra** 72:21 119:22
**compromise** 120:8 128:13
**compromised** 79:13
**compromising** 120:7
**Compromiso** 72:21 119:21
**Concepcion** 111:8
**concept** 122:14 151:3
**concerning** 185:16
**Concha** 111:10
**concluded** 144:15 158:17 190:18
**conclusion** 188:19
**conduct** 87:1
**confidentiality** 73:7 79:12,15 79:19 80:16 81:23 83:10 83:13 144:5 152:21 153:7 153:19 154:12 156:10,14,15 174:9
**confirm** 186:18 189:18 190:4
**confirmed** 189:15 190:4
**conflicts** 132:18
**conjunction** 120:20
**connection** 159:14,15 184:8
**conscious** 147:2
**consejero** 134:9,11
**consequence** 131:12 153:16 163:21
**consider** 134:7 142:22 169:14
**consideration** 160:15
**considered** 84:3 186:2
**consistent** 138:11
166:12,13,14 166:16
**consolidated** 93:13
**consult** 145:5
**consulted** 135:15 145:3
**contact** 98:15 176:18
**content** 99:6
**context** 114:15 114:16
**continuance** 173:10
**continue** 88:24 99:8 100:17 135:11 144:19 147:4 152:13 160:19 172:4 177:10,11
**continued** 69:13 73:1 74:4,19 160:20
**continues** 129:23
**continuing** 143:11,17 152:10
**contract** 78:7 79:20 80:10 80:15,21 95:10 99:6,8 117:4,4,5 120:5,13 121:7,11,18 121:19,23 122:14,14 123:16 125:22,22 127:5 142:21 144:13,19 150:11 152:11 153:9 153:11 167:8 171:14 173:11,13
**contracts** 80:20 81:18 94:18,24,24 95:23 96:21 96:24 98:24 99:3,5 120:21 121:13 122:17 123:7 123:9,12 124:13 125:1 135:12,12 141:4 142:12 142:17 143:11,16 152:12 160:18 163:16 164:9 187:5,7,21,24 188:7,13,14 188:17 189:2
**contract's** 169:16
**Contrato** 72:19 73:14 119:18 166:24
**control** 131:9
**convenient** 147:3
**conversation** 95:8 102:24 113:24 115:1 115:9 125:20 126:5 142:3,5 142:18,20,24 143:7 144:24 145:7
**conversations** 95:12 125:12 125:13
**converse** 164:4
**conversed** 123:10 175:1
**conversing** 121:6
**copy** 73:12 113:18 137:11,18

JT-A-684

165:2
corner 104:11 174:23
CORRAL 70:21
correct 76:1 77:3,5,6 78:3 78:12 86:14 86:15,18 87:13,16 88:2 88:5,6,17 89:11 90:14 91:9,15 95:2 95:14,15 96:7 101:5,6,9,10 101:11 103:14 105:10,11 106:23 109:18 111:14,15,19 114:20,23 117:21,22 118:3,4,6 127:18 128:4 128:8,9 133:21 134:4 134:9,14,17 134:18 135:1 135:4 136:13 139:17 140:1 140:14,18 142:1,1,2 146:8,9 147:23,24 148:2,4,10,11 148:14,18,22 148:23,24 149:6,23 150:7,8,22 151:5,6 152:1 152:2,5,7,8 152:16,19 153:9,10,12 153:13 156:24 157:1 157:2,8,9,19 158:6,7,12,15 158:16 164:14,15 165:14 167:18,19 168:16,22,23 182:8 183:4 184:10,14 187:5,15,19
corrected 139:22
Correction 191:8
corrections 128:3 191:7
correctly 96:11
correspondent 79:12,17
corresponding 131:16
cost 149:3
costs 147:18
counsel 86:20 125:12,13 179:16 181:5
count 109:16 109:20
counting 109:21
couple 180:15
course 101:13 103:18 137:5 165:7 188:2
court 69:1 173:19 182:23
courts 124:14
co-workers 132:16
Craig 70:14 181:4
CSR 69:18
Cubas 70:19
current 135:13
currently 128:1 168:15
customer 93:17,21 161:16
customers 164:10 166:6 176:6

D

D 70:8 72:1 74:1 128:7,8 128:9
daily 149:16
data 139:11 140:2
date 96:20 107:2 126:1 141:5 145:24 152:10 154:10 169:16
dated 72:12,15 72:17,18,23 73:3,5,6,10 73:13,17 112:19 114:10 117:15 128:17 136:19 141:8 147:14 156:1 165:3 187:14 191:17
dates 145:8
David 128:7
day 121:2 147:11 153:2 153:19 191:18 192:16
days 98:24 176:22
day-to-day 130:15,17
de 70:19 72:8 72:10,19,21 72:21,23 73:14,15,15 78:24 79:5 80:6 83:24 97:12 98:12 103:11,19 104:2,4,16 119:18,21,21 120:18 121:2 122:1,20,24 123:11,15 125:18 128:16 135:20 136:3 136:6,13 137:16,23 166:24 167:1 167:1 174:5 178:11 185:4 185:5,7,10 189:1,8
dealing 161:9
Dear 137:9
DeBregeas 72:16 100:16 100:17 102:18 113:8 114:9 117:11 118:21 169:8 169:14 170:1 170:3,8,20,21 174:20 182:4
December 128:17 156:1 185:12
decide 172:20
decided 135:11 143:5 172:22,24
decides 108:14 134:14
decision 135:15 143:10,13 144:18,22 145:22,24 167:21
decisions 135:4 149:11 149:12,17
Defendant 69:10 70:10
defined 79:18 107:21 117:1 117:2
definition 81:11
DELAWARE 69:2
delegado 134:9,11
delegate 134:13
delegated 130:18,20
delivered 155:13
delivery 105:5 105:7,8 155:8
Deluc 98:6 100:14
department 161:8,22
depended 107:17
depends 107:15,17
deposition 69:13 74:5 105:23 106:3 106:16,18 133:12,16 175:14,18 183:24 190:16,18 192:10,11
depositions 87:1 184:7
describe 159:1
DESCRIPTION 72:7 73:2
designed 150:17
detail 178:17
details 82:11 85:4
determined 145:14 180:6 183:13
develop 110:10
developing 149:7
development

129:16,18 131:9 148:6 150:4,24 151:1
**Diarios** 112:7 112:10
**difference** 181:19,22
**differences** 177:8
**different** 88:22 90:1 97:22 110:21 121:5 121:19,20 122:2,4,7,15 122:16
**difficult** 129:19 132:15
**dinner** 97:5
**Diplomate** 69:18 192:5 192:19
**direct** 122:23 124:11
**directed** 100:21
**directly** 110:1 115:5 124:18 125:18 185:15
**director** 81:21 86:7,11 87:16 94:15 132:6,7 132:8 161:21 162:7 178:5
**directors** 72:13 90:21 96:12 106:10,14 108:18,22 130:21 131:15,16 134:15 165:20,23 183:3,17
**disagree** 149:13
**discovery** 82:6 82:13 89:20
90:5 92:9 180:12
**discuss** 115:7 118:15 123:3 123:12 135:22 147:16 172:19
**discussed** 83:12 98:13 105:3,13 107:7 123:10 145:16 149:5 179:22
**discussing** 75:24 79:4 80:5 114:5 150:9 160:2
**discussion** 80:2 84:1 98:18 107:8 115:9 119:5 126:1,19 133:7 143:2 163:10
**discussions** 78:5,13,21 79:2 80:8,19 94:10 104:15 124:21 125:4 125:8
**dismissal** 185:9,17 186:2
**dismissed** 129:3,21 185:7,23
**distinctions** 88:9
**distribute** 108:24
**distribution** 108:7 156:22
**DISTRICT** 69:1 69:2
**divorce** 82:7
**document** 72:8 72:10,11,19
72:21 73:14 78:3 81:10 86:3,10,22 87:15 88:4 89:22 106:7 107:5 110:2 112:17,22 117:14,18 119:18,21 127:2 128:15 128:19,22 129:1 136:17 137:4 141:11 141:15,16,19 143:1,1 147:12,16 152:20,23 154:7 155:22 156:4,7,13,16 157:3,10,16 157:19 158:8 159:9,11,17 160:17 161:2 163:13 165:1 165:6,12 166:22,24 167:7 169:6 169:11 174:3 174:12,13,15 178:17 180:3
**documents** 72:22 81:16 85:18 87:2 89:13,18 90:17,20,23 119:16,22,24 120:4,12,15 120:17 125:17 126:4 126:22 178:24 180:4 187:18
**Dodge** 69:21 70:11
**doing** 89:15 136:10 137:6
**dozens** 89:8 91:2
**Dr** 169:23
**draft** 79:6 94:4 94:10,12,18 94:24 95:17 127:20 141:23 142:4
**drafts** 78:19,19 78:22 79:4 80:4,5 94:13 95:23
**drug** 105:5,7,8 155:8
**due** 91:6
**duly** 74:9,14 192:10
**duration** 127:16
**duties** 138:9
**DWIGHT** 70:7
**D.C** 70:6

E

**E** 70:14 72:1,6 73:1 74:1,1 96:18 111:5 127:4 128:7,8 128:9 191:1,1
**early** 163:17 164:1,23 181:16,17
**east** 181:21
**eat** 98:5 174:22 174:22 181:16
**Edward** 128:7
**Edwards** 69:20 70:11
**effort** 149:10 149:18
**efforts** 190:10
**either** 92:13 94:13 132:3 161:8 179:20
**eleven** 111:24
**eliminate** 101:17
**Eloi** 123:1
**emphasize** 92:24
**employee** 189:5,9
**employees** 91:3 107:13 107:23 108:6 108:8 109:1,6 110:8 111:13
**employment** 188:2
**Enalapril** 156:11
**enclosed** 137:10
**Enclosure** 73:10 156:1
**English** 74:9 74:11 86:21 86:23 87:3,18 87:22 112:22 118:5 119:7,9 119:14 121:10 136:24 137:7 156:4 157:19 159:1,2 165:7 185:2
**Enhancers** 167:15
**enter** 167:21
**entering** 168:3
**entire** 170:4,7 177:4
**Escalera** 71:2 74:6
**ESQUIRE** 70:7 70:8,14,21
**establish** 159:24
**established** 159:15 182:21
**Ester** 111:2
**estimate** 126:11
**Ethypharm** 69:4,5 75:23 76:22 77:7,11

JT-A-686

78:14,15,21 81:11,18 82:2 85:20 86:8,13 87:12 88:2,16 90:22 91:2,7 91:14 92:20 92:21 93:1,5 93:16,20,22 93:23 95:23 96:3,12 97:8 97:11,20 98:17 100:6 100:21,22 101:2,4,9,15 102:3,10 103:10,12 104:9 112:12 112:14 115:13 116:14 119:6 120:6,9,17,18 122:13,20 123:1 124:6 124:22 125:2 135:10,18 136:5 137:14 138:5 139:2 140:4,20 141:1,24 142:9,11,16 142:23 143:6 143:22 144:7 145:16 146:21 148:23 150:11 152:1 152:4,11,12 153:3,9 154:11 158:15 160:19 163:16,20,23 164:10,21 166:6,18,21 169:21,24 172:1,24 173:13,20,24 174:4 176:1,5 176:9 177:9 177:12 178:11,15,23 180:9 182:2 182:14 183:1 183:5 188:8 189:6,9

**Ethypharm's** 76:18 85:13 86:17 88:20 89:11 91:11 93:17 153:5 154:13 173:14,17

**Europe** 155:9

**euros** 168:14

**event** 179:19 179:24

**evidence** 85:24

**exact** 145:8 149:2 154:10 186:12

**exactly** 79:6 97:5 101:24 102:5 106:18 109:5 141:18 149:4

**examination** 74:19 82:10 181:1

**example** 81:6 102:6 108:2 111:2 144:12

**exceeding** 90:4

**exceeds** 92:9

**exception** 191:7

**exclusive** 125:12

**exclusively** 122:13

**excuse** 101:20 118:22 171:17 174:6 182:20

**Exeter** 181:20

**exhibit** 76:2 78:20 79:4 80:4,20 83:13 83:19 85:17 86:3,9,10 87:18 90:17 90:18,18 93:14,19 94:2 94:3,4,5,11 94:13,19,24 106:8,11 112:20 114:8 114:11 115:2 117:16 119:19,23 120:14 124:17,17 128:4,10,18 136:20 141:7 141:9 145:11 147:14 149:20,20 152:22 154:1 154:2,22 155:4 156:2 156:18 157:17 158:3 163:13 165:4 165:15 167:2 169:9 184:23

**exhibits** 83:5 85:17 90:24 122:21 123:5 124:3,7 125:5 125:10 187:11

**existence** 107:19

**exists** 181:22

**exited** 174:16

**expands** 89:13

**expensive** 148:1

**experienced** 163:22

**experiencing** 153:17 166:20

**expert** 177:18 180:5

**expiration** 152:10

**explain** 101:12 108:15 116:19 140:19 146:6 156:17 171:11,12,20

**explained** 101:13 125:21 143:15 146:19 171:13 173:5 177:4,5 182:9

**explaining** 172:1

**exploration** 168:1

**express** 116:10

**extent** 164:12 188:18

**E-mail** 73:12 165:2

**F**

**F** 70:4 76:17 191:1

**Fabricacion** 72:20 119:18

**fact** 115:7 135:20 137:22

**facts** 85:24 92:3 185:9,16

**fair** 87:5 140:4 160:1 179:17

**fall** 78:14

**falls** 131:10

**familiar** 104:13 174:14

**family** 104:20

**far** 81:20 111:9 130:12

**fax** 72:15,23 73:3,4,6,16 112:18 128:16 136:18 141:8 141:20 147:13 149:21

**February** 157:6 157:7,13 175:21 181:9 181:24

**Federal** 69:16

**fee** 169:4

**feel** 190:4

**felt** 174:15

**Fernando** 124:19 169:23 172:13,14,18 174:21 182:6

**fifteen** 98:24 154:6

**file** 147:17,19

**filing** 154:14

**final** 144:22 145:24

**finance** 93:12

**financial** 101:2

**find** 81:8 82:21 83:21 172:22

**FINE** 70:8

**finish** 144:21 180:16

**fire** 131:1 135:4

**fired** 129:11 130:1,3 131:3 131:18 132:11 190:3 190:7

**first** 74:8 83:16 86:3 107:2 137:3,8 155:7 159:21 160:17 165:11 181:8

**Fitzgibbons** 73:13 165:2

**five** 132:24

174:19
**focussed** 123:15
**follow** 130:22
**following** 78:6 78:22
**follows** 74:17
**force** 148:20 148:21
**foregoing** 191:3 192:13
**forget** 75:6
**form** 77:13,18 86:1
**formalize** 121:3
**formalized** 98:23 99:1,7
**formulation** 147:9
**formulations** 80:14 144:10 149:8 155:13
**forth** 103:3 192:10
**foundation** 84:21 159:10 159:24
**four** 111:23 152:5 153:11 154:14 155:12
**France** 69:4 96:12 98:11 98:17 101:5 104:10,13 143:22 178:15,23 180:2 181:16 181:20
**frankly** 92:14
**free** 90:5
**French** 119:7 121:8,9,11,12
**Friday** 69:22
**friend** 170:22 171:3
**friends** 171:4
**front** 81:13 85:16 139:11 140:3 182:4
**functions** 129:19 132:13,14
**further** 78:5 189:13 191:4

G

**G** 74:1 96:18 127:12,13,15 127:24 128:6 128:7,8,9
**Gadry** 73:9 155:24
**gain** 136:15
**gaining** 135:24 136:4
**Galisteo** 111:7
**ganancias** 139:17,18,22
**GARCIA-PAL...** 70:22
**Gasca** 129:2,5 129:11 130:1 131:1,11,17 132:10 185:6 185:23 189:16,21 190:3
**Gasca's** 130:23 185:16
**gathered** 138:7
**general** 81:21 86:6,11 87:16 88:5 89:7 90:8,15,20 91:4 93:7 94:14 96:12 96:13,14 98:17 102:23 107:15,22 109:10 111:17 113:20 114:16,18,19 114:22 117:20 118:2 120:18 123:24 124:12 130:2 130:4 131:4 133:21 134:24 159:6 160:16 187:3 188:2
**generally** 109:6,12 156:6 160:10
**generate** 132:18
**gentleman** 170:19
**gentlemen** 132:4,10
**George** 128:7
**Gerard** 97:15 98:6 100:14 141:20 169:24 170:19 174:20 182:3
**Germain** 96:15 96:16,17 97:11 98:4,12 98:16 100:11 101:7,13 102:17,21 103:3,7,17 104:3 118:19 118:24 123:24 124:3 185:6,7,15,19
**getting** 82:4,10 84:22 159:22
**give** 137:18,24 168:24 173:18 180:15 184:24 188:10
**given** 86:20,21 111:16 168:21 191:4
**global** 77:12 77:19
**go** 75:12 82:21 83:20 88:24 98:10 116:13 121:21 123:11 132:24 133:4 163:6 170:4 174:22 180:17 181:13
**Goes** 180:10
**going** 82:12,14 82:19,20,24 84:20 85:3 88:7,8 90:2 97:20,20 99:20 103:7 106:7 108:15 110:1 116:23 121:23 128:15 133:6 136:22,23 137:6 138:10 140:8,9 144:2 154:4 155:18 159:7 163:5,9 164:3 175:9 175:10 180:20 183:16 188:16
**Gonzalez** 94:15,17 95:1 112:3 113:22 114:1,20 115:2,3,14,15 115:19 116:1 116:10,12,15 123:2,4 124:21
**good** 74:20 75:18,19 80:3 99:10,11 105:16,18 119:13 121:2 175:2 177:6 181:2,3
**goods** 177:13
**good-by** 175:6
**Government** 138:9
**GREGORIO** 70:21
**grounds** 90:3 92:6,8
**group** 103:21 103:22

H

**H** 72:6 73:1
**half** 91:19 139:24 170:13
**Hampshire** 181:20
**hand** 192:16
**handed** 187:18
**happen** 99:20 181:19
**happened** 171:1 173:4 174:18 178:16
**happening** 143:24 178:20
**happens** 147:11
**hard** 145:8
**harmless** 158:22
**heard** 159:13
**help** 91:7 122:6 156:5 157:21 165:7 169:2
**hereinbefore** 192:10
**hereunto** 192:15
**Hernandez** 111:8,21
**Herrera** 69:14 72:3,18,23 73:3,6,10,16

74:5,14 75:18
82:16,18 83:9
83:20,21 84:2
84:4,11 85:11
105:23 106:4
117:15
128:16
133:12,17,18
133:19
136:18 137:4
141:12
147:13,16
153:1 154:7,9
155:22,24
156:4 159:3
163:14 165:6
169:7 175:14
175:19,20
181:2 190:17
191:2,19
192:9
**Herrera's**
85:22
**hi** 103:12
**hold** 158:22
**holding** 134:12
**holds** 134:8,8
**honestly** 95:13
114:7 143:9
158:4
**hour** 91:19
**hours** 170:13
170:13
181:23
**Huntington**
69:21 70:12

**I**

**IBERFORO**
70:17
**ID** 189:19,22
**idea** 101:7
102:2 103:2
131:1 151:13
168:4
**identification**
83:6 106:12
112:21

114:12
117:17
119:20,23
128:18
136:20
141:10
147:15
152:22 154:3
156:3 157:18
165:5 167:3
169:9
**identify** 158:23
**Ignacio** 111:7
123:2 137:9
162:6,21
**Ilhem** 73:9
155:24
**imagine**
104:12
113:20
130:13
131:21 164:4
**implicit** 176:7
**importance**
138:5
**important**
104:20,22
134:23
135:13 145:4
146:3,18
**improved**
155:13
**incident**
177:17 178:4
179:10
**included** 91:21
102:2
**inconsistent**
166:15
**Incorporated**
189:3
**incorrect**
140:15
**increase**
167:16
**increased**
167:15
**incrementing**

100:3
**indemnify**
158:22,24
160:12
**independent**
129:14 186:3
**Independently**
132:17
**India** 76:11
**indicate** 89:9
**indicated** 77:9
85:13 152:9
189:15
**indicates**
87:24 152:3
158:10,17
**indicating**
88:15
**indication** 87:9
**individual** 76:4
**individuals**
88:13
**Indometicin**
97:1 120:22
**industrial**
132:6,7
**inform** 164:20
**information**
80:13 124:24
135:9,18
142:23 143:3
153:16 177:2
186:6
**informed** 149:7
164:2
**informing**
136:9
**infringement**
171:15,18
184:8,15
**infringing**
148:9,13,15
**infringio**
171:20
**ingresos**
139:23
**inquire** 85:2
185:8

**insist** 125:24
**instruct** 89:4
90:2 91:16
92:13 179:14
**intention** 152:3
153:3 171:8
**intentions**
99:10 100:13
152:9
**interest** 168:2
**interested**
185:20
**interesting**
150:19
151:10,13
**interests**
144:17
**interpret**
134:20
153:21
**interview**
112:11
117:10
**interviews**
112:4,13
**introduce**
98:20 127:4
**introduced**
127:3,7,14,21
127:24
**introducing**
170:15,16
**invitation**
169:14
**invited** 84:1
104:7 170:23
170:24
**inviting** 171:2
**involve** 151:7
**involves**
150:21
**involving**
172:5
**Irizabel** 111:3
118:13
**issue** 82:8 83:9
83:17 84:5
90:6 102:19

115:11
116:20
117:12
135:22 144:9
145:5
**issues** 82:7
91:6 94:8
103:5 105:13
114:5 116:14
164:4
**Ivelissa** 71:2
74:6

**J**

**Jan** 161:3
**January**
158:18 165:3
165:17
166:10
**Jim** 97:10 98:3
98:11 100:10
101:4,13
104:2 108:16
108:23 115:6
134:3,8,16
141:16
183:15
187:20
188:15
**Joannesse**
72:15 112:18
170:2 174:14
174:15 182:6
**job** 132:18
134:19
**join** 190:11
**JONATHAN**
70:8
**Jose** 111:6
131:22,24
**Juan** 111:5
**judge** 84:19
177:17 180:6
**judgment**
123:20,22,23
**judicial** 178:10
178:14,22
179:5 180:1

**July** 69:22 74:3 105:21 106:2 106:10 107:3 133:10,15 175:12,17 190:15 191:4
**juncture** 88:11
**June** 117:15 118:1 141:9 141:17 143:5 147:14 150:7 150:15 188:3 188:4,5

**K**

**keep** 79:14,15 88:23
**kept** 132:19
**kilometers** 131:7
**kind** 145:8
**knew** 164:8
**know** 73:15 76:22 85:12 98:15 99:14 99:14,15 102:6 103:9 103:11 104:17,18,21 107:10,14,24 108:1 110:6,9 110:10 111:8 114:2,3 115:5 116:3,18,22 117:3,12 118:12 121:9 121:10,13 123:13,21 126:6 128:23 132:15 143:8 144:21 145:8 145:9,10 146:19 149:4 153:15 155:3 157:3,10 158:8 160:16 160:22,23 161:6,7 167:2 168:7 170:16 170:17,18 171:10 172:5 177:1,6,14,22 178:21 181:4 181:16,19 183:16,22 188:17 190:1 190:5
**knowing** 90:10
**knowledge** 186:24 192:13
**know-how** 80:17 81:2,11 81:15 82:1 83:11 85:13 85:15 88:3,10 88:21 94:9 116:18 144:6 167:9,10 171:24 173:16,17,20 173:23 174:2 174:3 176:1,3 176:5
**Kristin** 71:3

**L**

**L** 69:17 76:10 111:5,6 192:5 192:18
**Laboratories** 87:11 92:19 92:20 97:10 100:24 120:9 130:11 131:5 136:5 137:21 140:9,10 142:11 163:21,23 167:12 172:6 177:9 182:24 183:15
**Laboratorios** 70:16 77:4,20 81:12,24 85:18 88:14 89:9 90:9,11 90:16 91:3,8 91:13 92:4 93:1,5 101:8 101:23 102:2 102:11 105:13 107:10,13,22 108:23 109:6 109:13 110:8 111:13 114:19 117:23 118:2 120:6,9 124:15 129:3 129:7,12 130:21 134:4 134:13,24 138:2,4,6,16 138:22 140:5 141:3,24 142:10,15 146:5 150:18 150:22 151:12,20 153:2 155:11 156:23 161:17 163:1 164:7,18 166:7 167:23 168:8 184:9 186:9,21 187:4 189:17
**labs** 77:23 91:12 97:11
**language** 74:10,10,11 74:11 87:3 119:16 121:12 158:20
**lansoprazole** 147:6 150:5 150:14 154:15
**Larry** 76:10
**lasted** 170:12
**late** 163:17 164:1,23
**law** 124:14 188:21
**laws** 182:23
**lawsuit** 182:15
**lawyer** 89:4 123:12 179:20
**learn** 178:4 180:5
**leave** 172:21
**Leciva** 93:14 93:17 158:11 158:14,22 159:13 160:2 160:6,8,20 161:1,10,19
**led** 121:1
**Leduc** 73:5,17 97:15 98:7,8 100:15,16 103:18 104:3 141:8,20 142:19 169:8 169:15,24 170:3,6,19 174:20 175:4 181:14 182:3
**Leduc's** 102:18
**left** 75:20 105:4 132:1 182:7
**left-hand** 76:5
**legal** 158:20 182:9 188:19 188:20
**length** 85:23
**lengthy** 141:23
**letter** 72:16,18 73:9,11,16 81:13 113:1,5 113:15,19 114:1,3,6,9 114:13 115:4 115:10,10,12 115:17,21 116:2,4,5,8 116:11 117:11,15 118:5,7,11,15 120:7,7,8 128:13 141:19 142:4 142:7 144:1 152:9 153:20 155:24 156:10 157:17 158:10 159:11 169:7 173:10 185:4 185:11
**letters** 96:23
**let's** 75:10 82:21 83:2 98:10 112:2 130:23 133:4 138:5 180:17
**LEWIS** 70:3
**liability** 160:13
**limit** 127:5,9,14
**line** 137:2 158:5 159:23 191:8
**lines** 128:11
**Liorzou** 97:12 98:13
**list** 108:7,10 109:15 110:5 110:10,11,12 110:16,19,22 110:24 111:10
**listed** 161:3 191:7
**listen** 85:6,9
**little** 108:15 137:7 159:24
**live** 172:23
**lived** 131:5
**LLP** 69:21 70:11
**loan** 186:20
**loaned** 186:24
**local** 112:4
**location** 180:2
**logistics** 99:14

JT-A-690

**long** 113:4 126:4,14 145:17 147:8 159:22 170:11 190:3
**longer** 110:24 111:1
**look** 76:2 80:9 109:15 110:5 110:19 112:23 119:24 137:3 141:11 149:20 184:24
**looks** 185:2
**loss** 144:11 160:12
**lost** 139:6
**lot** 91:9 126:14 140:21 145:20 168:2
**lots** 162:1
**love** 119:13,15
**Luis** 131:22,24
**lunch** 103:8 133:1,18 181:13
**Luncheon** 133:8

M

**M** 96:18
**machinery** 144:3 176:9
**Madrid** 70:20 131:5,6,7 161:9 178:2
**Madrid-CI** 70:18
**main** 134:19
**maintain** 144:16 160:12
**making** 84:14 91:8,9,11,13 91:14,14 92:19,20,21 98:15 135:3
**management** 169:4
**manager** 88:5 89:7 90:9,16 91:4 93:7 96:13,14 98:17 107:16 107:22 109:10 111:17 113:20 114:16,18,19 114:22 117:20 118:2 120:18 123:24 130:2 130:4 131:4 133:21 135:1 160:16 187:3 188:3
**managers** 124:12
**manufacture** 89:10 128:1,2 144:4 160:3 176:2,9 180:8
**manufactured** 87:11 88:1,16 88:19 91:1
**manufacturing** 79:16 80:13 85:19 96:22 120:5,13 122:12 125:22 127:5 129:15 131:6 131:8,15,16 132:8 135:11 143:6 145:15 174:8 176:6 178:5 187:13
**Mar** 111:21
**March** 125:6 142:12,17 143:12 175:21 187:14
**Maria** 111:6
**mark** 83:2
**marked** 83:5 106:8,11 112:20 114:11 117:16 119:19,22 128:17 136:19 141:6 141:9 147:14 152:21 154:2 156:2 157:17 165:4 166:23 167:2 169:8
**market** 122:10 122:11 143:21 150:20 151:10,23
**marketing** 90:22 91:6 101:1,18,21 156:21
**Marques** 70:19
**Massachuse...** 69:20,22 70:13 74:8 192:3,7
**Mateo** 129:2,5 131:11 185:6 189:21
**material** 76:23 77:2 160:9
**matter** 77:18 82:17 181:6 192:13
**matters** 82:18 134:23
**meal** 97:7,9,18 97:21 98:11 98:14 99:10 99:17,21 103:8,14,16 104:1,4
**mean** 106:15 125:11 142:14 151:2 159:6 160:11 173:20
**meaning** 116:5 171:22
**means** 104:20 107:19 134:6 134:11 159:1 171:20
**meant** 116:15
**Medico** 112:7 112:10
**meeting** 72:13 75:24 77:11 77:22 78:1,7 78:12,22,23 80:1 96:8,20 97:4,5,16,23 97:24 98:2,4 98:10 99:4,13 99:21 100:7,9 106:10 118:19 119:2 119:4,4,7 169:15,17,19 169:22 170:4 170:7,9,11,14 170:15,23,24 171:3,4,7 172:16,21 173:1,2 175:21,24 176:13,16,18 176:20 181:8 181:10,24
**meetings** 75:22 78:16 78:24 79:2 96:2 106:22 107:2
**member** 183:2 183:9
**memory** 80:5 107:6 110:18 166:12 170:6
**mentioned** 75:21 96:1 119:11 140:16 172:8 174:11
**mentioning** 123:6
**Merck** 184:9,16
**message** 137:2 137:8
**method** 80:14
**methods** 79:16 79:16 174:8,8
**Michael** 108:11 109:4
**microgranul...** 86:16
**microgranul...** 112:5
**microgranules** 87:10 129:6 129:15
**micropellets** 186:16 190:2
**mid-positions** 109:14
**mid-2003** 177:20
**million** 108:2 139:14,24
**mind** 75:4 126:22,24 127:1,2,4
**minute** 75:11
**minutes** 72:14 106:10,13,21 106:21 107:1 132:24 153:23 154:6 174:19 180:16
**misappropri...** 84:24 89:19
**mistake** 138:3
**models** 121:24
**modifications** 127:3
**moment** 76:2 82:22 91:7 118:18 120:11 130:24

143:22 144:19 163:7 172:8,20 173:11,18 174:4,11,17 179:5 184:24
**money** 91:9,11 91:13,14,15 91:23 92:19 92:20,21 93:4 147:18 149:9 149:18 168:8 186:20 187:1
**Monterde** 131:22
**month** 79:11 126:10 145:9
**months** 126:11 152:5 153:12
**Moran** 111:7
**Morano** 111:7
**morning** 74:20 75:18,19 181:12
**move** 147:5
**multiplicity** 89:13
**Murphy** 72:17 73:4,6 75:22 94:11,18,21 94:23 95:16 95:22 96:2 97:10 98:11 100:10 101:4 101:14 103:2 103:17 105:2 105:12 108:16,23 113:8 114:6 114:10 115:6 115:8,12 116:7 117:11 118:15,19,24 125:4,5,8,10 126:2,18 130:9 134:3,8 134:12,16,22 135:3,9,14,23 136:7,9,12 137:13,17 141:8,16,20 142:4,7,18,22 143:4,13,15 145:2,7,17 146:8,13 147:13 149:5 149:9,12,14 149:17,22 150:10 151:2 155:2 164:6 176:12,18 179:7,9,13,19 179:23 183:15 187:20 188:15
**Murphy's** 135:17 136:15 176:24

**N**

**N** 72:1 74:1 76:11 96:18
**name** 76:4,7 111:4 136:15 139:6 162:12 181:4 186:12 190:2
**named** 111:13
**names** 159:12 159:13
**Nancy** 76:11
**native** 87:2
**nature** 85:3 133:20
**necessary** 147:18
**need** 74:24 84:8 87:19 156:5 157:21 165:7 187:20
**needed** 136:7 137:16,20 179:1
**negotiate** 187:5,21,23 188:15
**negotiated** 124:10 125:17 126:15 188:7
**negotiation** 122:21 136:12 152:12
**negotiations** 120:24 123:5 124:16 136:1 136:5,16 172:11 182:21
**net** 139:9
**never** 106:19 106:21,23 117:7 141:5 188:24 189:4 189:7,12
**new** 96:14 98:19,20 123:24 152:12 154:14 155:12 173:8 173:12 181:20
**news** 117:9
**newspaper** 112:8,15 113:10
**nonimportant** 104:17
**normal** 108:8 136:11
**Notary** 69:19 192:6
**notebook** 121:9
**notepads** 74:23
**notes** 75:1 192:12
**notice** 139:1 151:24 152:3 153:2 154:10
**November** 145:14 146:1 146:23 151:24
**number** 69:18 74:4 81:6,6 81:23 83:3 86:4 105:22 106:3,11 112:20 114:11 117:16 119:19,23 120:14 128:18 133:11,16 135:21 136:20 141:9 145:13 147:15 152:22 154:2 156:2 157:17 163:13 165:4 166:5 167:2 169:9 175:13 175:18 188:10,13 190:15
**numbers** 83:5 140:14,16
**numerous** 90:17,20
**NW** 70:4

**O**

**O** 74:1 162:14
**object** 159:7 188:16,21
**objected** 83:22
**objection** 75:7 77:13,16 78:8 82:3 83:16 84:7,10 85:7 85:9,21,23,24 86:19 88:18 89:1,1,12 90:19 91:5,16 92:7,9,14,17 99:23 109:8 118:23 119:1 140:7 145:18 151:16 152:6 163:18 164:11 180:10 184:17,21
**objectionable** 75:8 81:9 84:3 94:5
**objective** 135:24 136:4
**obligated** 168:8
**observe** 157:5
**observed** 178:18
**obtain** 112:9 147:10
**occasion** 95:4 95:5,6 135:24
**occasions** 91:3 135:16 135:21 136:3
**occurred** 178:20
**October** 136:19
**offer** 100:24
**offered** 112:11 152:11 173:7 173:8,9
**offering** 173:11
**office** 124:19 169:20
**offices** 69:20 101:4 131:5 146:15
**official** 185:8 186:1
**okay** 79:9,24 80:2 81:5 90:23 93:14 101:3 103:6 130:24 157:23,23

165:1,9 166:5 172:17 174:1 174:18 175:6 179:22
**omeprazole** 76:19 77:2,4 85:15,19 86:17 88:1,15 89:11 91:1,23 93:24 96:22 96:23,24 102:9,14 112:5 113:11 121:19 122:2 122:15 129:17 139:10 140:1 147:6 148:12 150:6,6,14,14 153:5 154:15 156:11 157:1 160:4,7 161:21,23,24 163:16 164:9 166:6 176:6,9 180:9
**once** 92:24 112:14 164:2 164:17 165:6
**ones** 127:3
**one-year** 127:14,20,23
**opened** 101:15
**operations** 101:9 119:6 130:16,17 131:10 132:7 149:16 165:16 166:3 186:22
**opportunity** 173:12
**opposite** 149:19
**option** 108:2
**options** 107:7 107:11,14,22 108:4,8,20,24 109:1,7,7,17 110:7 111:17
**orally** 155:13
**order** 137:17 137:18 157:22 165:8
**orders** 177:13 177:13
**organization** 142:8,11 150:3
**organize** 124:1
**organized** 142:16 154:19
**ourself** 170:16
**outside** 106:15 106:17 125:1
**overhead** 101:17
**owned** 155:10 182:10
**o'clock** 181:12

P

**P** 70:7 74:1
**package** 108:21
**page** 72:2,7 73:2 74:21 81:7,13 107:2 107:4 109:16 112:23 136:24 137:8 145:12 156:13 158:6 159:23 161:2 165:14,15,15 191:8
**pages** 112:10 156:18
**PAINS** 191:20
**Palmer** 69:21 70:11
**Paloma** 111:3 118:13
**paper** 75:1
**paragraph** 145:13 158:19 159:2 159:6,19 160:11
**Paragraphs** 128:6
**Pardon** 94:3
**parent** 93:13 107:20 172:7 172:11
**Paris** 98:2 169:20 181:20
**part** 79:6 124:21 138:9 150:4 151:17 154:19 169:4
**partial** 139:7
**participate** 123:4 167:21
**participating** 124:16
**particular** 84:5 84:20
**parties** 177:8
**party** 167:11
**pass** 74:22
**passed** 174:11
**patent** 86:7 147:10,10 148:14,16,17 148:19,21 184:8
**patents** 85:19 86:12 88:10 144:11 147:7 147:9,18,19 148:9 154:14 155:12
**path** 88:24
**patience** 190:12
**Patrice** 100:16 117:10 169:24 170:20,21 174:20 182:3
**pause** 175:10
**pay** 102:5 168:9
**paying** 102:3
**payment** 102:6
**payroll** 108:19
**pelletization** 113:10 186:13,15
**pellets** 88:1,15 91:1 153:6
**PENALTIES** 191:20
**people** 103:12 103:13,19,22 104:23 107:10 109:11,12,16 110:6,16,20 110:22,24 111:12,16,23 131:17,20 132:2,18 143:23 162:4 162:15,19 182:1
**percent** 93:8 93:11 138:13 138:15,18,21 139:9 151:20
**Perfectly** 120:3
**perform** 146:24
**period** 113:7 125:6,14,14 126:12,13,16 127:19 147:8 170:9 171:15 177:23 190:5
**PERJURY** 191:20
**permission** 137:20 187:20,23 188:14,24
**permit** 85:4
**person** 76:7 98:20 118:10 129:6,19 132:15 134:12 144:16 161:3 161:6,7 162:3 162:3 170:16 178:10,14,22 180:1
**personal** 123:20,22,23 129:20 186:4
**personally** 142:20 161:16 163:2
**perspective** 129:20
**pertaining** 82:10 84:5
**Pfizer** 184:10 184:12,13,19
**pharmaceuti...** 76:13 186:7
**Pharmaceuti...** 69:8 72:13 93:9 105:6 106:9,14 108:12,19 109:3 113:9 134:21 138:8 141:21 146:15 149:22 151:8 151:14,21 155:8 163:24 165:19 166:2 167:22 181:5 183:3,7,10,18 183:20 189:3 189:11
**PharmAlliance** 87:10 93:21 152:15,17,18 156:12,23 161:11,14,19
**Phase** 82:6,13 89:20 90:5 92:10 180:11
**phone** 94:14 94:20 121:6

146:6,10 172:15 183:16
**phrase** 79:18 79:19
**piece** 74:24
**Pierre** 96:15,16 96:17 97:11 98:4,12 100:11,11 101:13 118:19 123:24 185:5
**place** 80:15 83:17 104:10 119:7 130:5 134:23 169:19 176:23 177:5 179:4,12
**places** 83:21
**Plaintiffs** 69:6 69:15 70:2
**plan** 99:24 150:4,16,19 150:21 151:1 151:1,2 154:19
**planning** 150:5
**plans** 147:6
**plant** 131:6,11 144:4 162:6 177:18,24 178:5
**please** 74:23 87:7 92:12 96:10 100:8 111:4 113:12 157:22 172:4 184:23
**PLLC** 70:3
**point** 81:3 82:9 82:12 83:15 129:22 133:2 136:14 151:11,22 153:8,23 160:1
**policies** 107:15 107:18
**polite** 115:21 116:5
**portion** 81:9 156:5 157:21 165:8
**pose** 84:10
**position** 90:8 102:18
**positions** 109:14
**possibility** 145:20
**possible** 117:5 119:5
**power** 130:18 130:18
**powers** 130:19 134:13
**precisely** 89:15
**prefer** 115:20 115:22 116:1
**premise** 77:17
**preparation** 106:16,17 169:2
**prepared** 150:10
**presence** 125:1 151:23 155:9 170:19 179:16
**present** 71:1 96:3 97:4,13 97:15 98:6 109:9 119:10 123:13 125:13 127:16 138:4 170:22 171:7 179:20 182:1 188:3
**presented** 138:1,2 140:13 173:6
**preserve** 92:14 92:17
**president** 94:22 106:20 108:11,17,22 109:2 125:20 125:20 130:11 134:5 135:5 137:21 143:8 146:5 150:18 151:12,19 164:2,3,6,18 165:24 166:17 167:24 183:15
**press** 73:8 112:4 154:2
**pretended** 81:15
**previously** 74:8,14
**price** 108:11 109:4 110:17 169:1
**prices** 177:15
**prime** 76:23
**prior** 86:6,11 93:15,19 99:1 117:1,6 145:20 169:15
**probably** 94:14 126:12
**problem** 121:18 171:8 172:5 182:18
**problems** 83:12 113:9 129:24 143:23 152:13 153:16 163:22 164:22 166:19,20
**procedure** 69:17 108:9 108:16
**process** 107:24 108:16 122:12,22 133:24 143:18 163:15 164:8 166:6 179:11 179:12 180:6 180:8
**Produccion** 72:9,10
**produce** 178:17
**produced** 107:1 110:2 156:16 171:14
**product** 77:2 80:13 102:10 102:12 127:6 140:11,12,21 140:22 150:19 177:10
**production** 72:11 77:4
**productions** 99:15
**products** 76:21 121:5,15 122:8,9,11 140:12 151:9 155:14 162:2
**profit** 146:24
**profitable** 140:6,22,24 141:2
**progress** 164:18
**promised** 89:15
**properly** 82:5
**property** 82:2 85:14 89:11
**proposed** 127:18
**provide** 95:22 124:24 141:2
**provided** 77:1 84:22 86:24 87:3 95:16 139:1 140:4 140:21
**providing** 135:9,17 181:9
**provision** 83:13
**provisions** 69:16 80:23 81:17
**public** 69:19 138:9 155:5 192:6
**publication** 154:20,21
**publicly** 138:10
**published** 112:10
**purchase** 76:19,21
**purchasing** 120:8 187:14
**purports** 159:11
**purpose** 77:9 159:17 171:2
**pursuant** 69:15
**pursue** 82:19 82:20
**put** 83:17,17 89:22 110:10 110:12
**putting** 84:14 85:16 180:3
**p.m** 133:6,10 133:15 155:18,21 163:9,12 175:12,17 180:20,24 190:18

**Q**

**question** 75:5

76:3 77:17,19 84:10,21 85:7 85:10,16,23 88:23 89:2,5 89:6,12,17,21 90:3,7,8 91:22 92:2,12 92:16,18 113:12,14 115:24 122:18 139:4 139:8 154:16 156:6 159:18 165:11 179:18 184:1 185:24
**questioned** 133:22
**questioning** 89:6
**questions** 82:15 83:18 84:4 88:9 107:5 157:22 165:9 181:6 188:19
**quick** 137:3
**quite** 92:14

**R**

**R** 74:1 96:18 111:5 162:14 191:1
**RAFAEL** 70:22
**raised** 82:16 82:18 83:9 114:5
**raw** 77:2 160:9
**RDR** 192:18
**reached** 177:7
**reaction** 177:3
**read** 81:4 87:19 92:12 92:16 113:14 139:4,7,20 162:10,11 174:13 191:3
**reads** 155:7
**real** 80:11
**reality** 80:10 83:22 100:20
**realize** 82:6
**really** 145:21 159:9,14 178:12
**reason** 80:11 80:12 121:22 122:16 123:18 129:21 142:6 147:5 150:13 170:18 171:6
**reasons** 143:15,20,21 147:2 150:9 185:22 186:1 186:3,4,5
**REBECA** 70:21
**recall** 75:23 77:9,12,14 79:1,4 80:8 80:18,18,23 95:7,11,16,19 96:20 97:15 97:20 98:13 98:18 99:17 100:7 103:6 104:6,15 105:2,12 107:8 111:20 112:3,5,12 113:7,18,24 115:1 118:20 123:18 124:7 124:15 125:23 126:1 126:18 128:10,21 129:11 142:3 145:6 160:2 174:18 175:22,24 176:4,8 177:17 184:1 184:4,6 189:24
**receipt** 107:7
**receive** 109:7 111:1
**received** 107:11,14 109:17 110:7 142:7
**receives** 183:21
**recess** 75:15 83:1 105:24 133:8 155:19 172:12 180:22
**recognition** 81:15
**recognize** 113:5 117:18 120:2 128:19 152:23 154:7 156:7,8 158:3 159:9,12 165:11,13 167:4,5 169:10,12
**recognized** 144:8
**recognizing** 174:7
**recollection** 126:9 181:10
**recommend** 128:21
**recommended** 131:17 132:4 132:10
**recontracting** 166:7
**record** 75:12 75:14,17 82:22,24 83:8 83:14 84:7,14 84:16,18,20 88:12 96:18 123:7 125:24 133:4,6,7,13 155:18,21 163:7,9,10,12 175:15 180:18,20,21 180:24 191:6 192:12
**refer** 79:24 145:11,12 158:18
**reference** 121:4
**referred** 81:1
**referring** 119:4 121:14,15,17 126:2 163:13
**reflect** 80:10
**refresh** 107:6
**regarding** 80:19 112:4 113:16 144:22 185:16 188:20
**register** 150:5
**Registered** 69:17 192:5 192:19
**registering** 150:13
**registration** 151:4
**regularized** 142:14
**regulated** 142:8,10,14
**relate** 188:18
**related** 85:15 91:24 103:1 113:10 143:1 186:13
**relates** 139:24
**relating** 83:11 86:16 92:2,3 105:13 123:5 124:17 143:2 153:5 157:1 160:3 161:20
**relation** 88:21 121:16
**relations** 90:22 99:11 161:16 162:16,24
**relationship** 92:22 93:16 93:20 99:2,7 100:18 102:22 116:21 117:6 120:10 121:4 122:10,11,23 122:23 124:2 132:16 142:9 142:15 147:4 152:4 153:4 161:24 162:19
**relationships** 93:1 98:22,22 124:11 129:20 132:6 136:11 152:14 161:1 161:23 172:9 182:19
**relaying** 142:22
**Release** 73:8 154:2
**released** 155:5
**relevance** 184:17
**relevant** 92:4 159:19
**remember** 80:9 95:3,13,14,21 95:24 96:11 96:14 97:2,3 97:13,19 98:9 99:12,18 100:2,10 103:10,21 104:4,4 105:15 112:14 113:15,16 114:2,5,7 115:3,17 116:9 119:3

120:23 121:7 123:8,9,14,14 126:4,6,8,20 126:20 127:8 128:23 129:1 129:2,13 131:23 132:12,20 135:19 141:18 142:5 143:10 149:2 158:4 160:5 160:17,21,24 175:8,23 178:12,13,13 182:7 184:2,5 186:12 190:2

**remembered** 75:22 127:13 128:3

**remove** 144:2

**renegotiating** 163:15 164:9

**renegotiation** 163:19 164:12

**renew** 145:15

**renewal** 141:5

**renewed** 141:5

**repeat** 113:13 139:6

**reported** 138:7

**reporter** 69:18 92:16 113:14 139:7 162:11 173:19 192:6 192:19

**represent** 106:24

**representation** 134:15

**representati...** 78:6,9,14,21 96:3

**Representing** 70:2,10,16

**request** 160:21 186:20

**requested** 172:12 188:14,24

**requesting** 178:24 180:3 185:11

**require** 87:2 131:12

**required** 108:22

**requiring** 80:12

**research** 148:5

**reserved** 89:20 180:11

**resolve** 171:8 177:7

**resources** 147:21

**respect** 83:18 87:1 88:7 89:17,17,18 89:21,24 90:6 91:19 103:4 104:24 181:8 182:10 184:15,19 187:11

**respond** 103:2 115:12 142:19 182:17

**responded** 84:2,4 115:5 115:8 184:3 185:24

**response** 114:17 115:10,16 173:14 174:2 175:3 176:24 183:21

**responsibilit...** 129:14 132:14

**responsible** 90:10 130:4 130:15 131:8

131:8,9,9 132:13 144:16 154:20,21 162:15,19

**restaurant** 97:7,21 104:8 104:16 174:23,24

**restaurants** 104:14

**result** 77:21,24 144:11 160:14 184:16,20

**return** 172:24 173:2

**reveal** 179:15

**revenue** 139:13,21,23

**RE-EXAMIN...** 189:14

**right** 90:7,18 92:11 104:11 168:10 171:23 174:23 182:3 187:8

**ROBINSON** 70:3

**Rodriguez** 72:15 111:3 112:19 118:13

**role** 163:3

**Roman** 162:6 162:12,20

**room** 172:18 174:16

**Rosa** 111:21

**Roseline** 170:1 174:13,15 182:5

**Rules** 69:16

**run** 149:15,16 175:10

**rush** 123:16,19

**S**

**S** 72:6 73:1 74:1 76:10

**salary** 183:14 183:18

**sale** 160:3,7

**sales** 138:13 138:16,19,22 139:10 140:1

**Sam** 76:10

**Sanchez** 111:3 111:10

**Sandra** 69:17 192:5,18

**sat** 103:21,22

**satisfaction** 162:7

**satisfactory** 100:20

**save** 79:13

**saw** 109:24 178:18

**saying** 103:12 122:3 141:4 144:1 145:16 175:24 176:4 176:8

**says** 88:19 145:13 158:21 165:16 166:5

**school** 118:14

**scope** 82:13 92:9

**second** 81:13 86:10 96:8 98:10,11 99:21 136:24 156:13 158:5 161:2 165:15 184:11 187:17

**secretary** 178:10,14,22 180:1

**secrets** 84:24 89:19

**see** 85:7 86:5 100:11 109:23 113:6 121:6 127:15 128:24 131:4 141:12,15 155:4 157:6 159:16,19 161:4 165:16 165:17 166:5 166:8 179:1 187:16

**seen** 89:14 106:13,21,23 112:24 113:15 114:13 141:13 166:2

**sell** 102:7 140:10

**send** 79:20 108:7,10 117:3 121:23 151:24 160:22

**sending** 118:16 137:10,13 144:1 177:13

**sense** 142:21

**sent** 110:16 117:11 123:10 128:24 141:16,17 153:2,20 154:10

**sentence** 155:7 166:8

**September** 79:11,21,22 80:16 94:6 174:5,6

**serves** 170:6

**services** 168:21,24

**set** 103:3 104:14 192:10,15

JT-A-696

**short** 126:12 126:13,16 132:22 170:9 171:15 190:5
**shortly** 141:17
**show** 106:7 112:17 113:20 114:8 115:4 117:14 119:16 128:15 136:17 147:12 152:20 154:1 155:22 157:16 165:1 166:22 169:6 174:4
**showed** 114:3 121:7
**shown** 114:17 115:18
**Si** 155:1
**sic** 80:15
**side** 73:11 76:5 86:20 109:23 157:17 158:10 159:11
**sign** 78:15 83:24 88:14 117:4,5 120:15 126:16 130:7 130:9 144:13 187:7,21,24 188:15 189:2
**signatory** 161:3 168:6
**signature** 86:4 123:7 157:6 158:5 159:23
**signed** 77:12 77:15,21,24 78:7 79:7,8 79:11 80:15 80:16 81:16 81:23 85:12 86:6,10 87:15 88:4 89:8,23 90:17,20 91:2 96:22 98:23 99:8 117:19 117:20 120:17,19 123:17,19 124:13 125:17,19,21 126:5 142:12 142:17 143:12 144:5 144:8 152:24 153:4,18 154:11 157:4 157:11 158:8 160:24 174:5 182:24 188:7 191:20
**signing** 78:17 83:10 96:24 121:1 126:22 144:12
**signs** 90:11
**simply** 82:15 165:9
**Simvastatine** 156:12
**sit** 79:1 97:18 104:7
**sitting** 97:21 103:24 104:2
**situation** 80:11 83:23 146:3 146:18 147:1 171:11 174:19 177:4 182:10
**six** 126:7,10 181:22
**skill** 192:14
**slb** 191:23
**small** 104:8,9
**social** 132:15
**sold** 102:9
**sole** 134:12
**solicitated** 137:10
**solution** 172:22
**somebody** 131:2 160:22 161:8
**soon** 183:21
**sorry** 74:24 94:2 97:6 102:13 108:5 109:24 110:23 117:2 139:3,5,19 166:14,16 172:17 183:6 185:12 186:14 188:6
**Sotola** 161:4
**sound** 84:19
**Spain** 69:5 70:20 100:22 101:2,9,15,16 119:6 138:13 138:16,19,23 139:10,14 143:24 146:12 172:6 174:5 179:20 181:17,22 184:4
**Spanish** 74:10 74:11 87:20 93:2 113:9 118:10 119:8 124:12 155:11 172:9 182:20,22 188:21
**speak** 94:16,17 115:14 119:15 122:19 124:3 124:6 125:9 130:14 134:22 136:7 140:8,9 146:5 172:13 179:7 179:9 185:15
**speaking** 84:7 84:9 171:4
**speaks** 84:16
**specialized** 112:7
**specific** 78:16 80:5,19 81:1 81:18 89:5 91:6 99:5,16 107:5 113:16 121:13 123:6 129:16 145:6 151:22 161:18
**specifically** 85:14 102:24 130:12 131:23 142:24 150:16 171:5 171:21 183:13
**specifics** 95:11 98:18 123:8
**speculation** 151:17
**speech** 84:13 84:14,15 85:9 89:2
**spell** 76:9 111:4 162:12
**spelled** 76:16 76:16
**spend** 148:5 149:18
**spending** 149:9
**spoke** 94:14,21 94:23 103:7 146:10 179:18
**spoken** 105:5 133:20
**SS** 192:4
**St** 169:20 175:21
**staff** 169:2
**stamp** 83:3
**standpoint** 100:19 101:1
**stands** 84:7 126:21
**start** 149:1 170:14
**started** 86:5 98:21
**starting** 110:12
**stated** 82:1 146:7 147:3 150:2,2 168:10 176:23
**statement** 87:13 155:14 164:16
**states** 69:1 138:8 146:11 146:14 151:4 151:15 154:14,23 156:10 166:11 172:7 181:21 182:15 184:3
**stating** 90:24
**statistics** 138:7
**stenotype** 192:12
**steps** 146:3
**Stewart** 70:14 72:5 74:24 75:10 77:13 77:16 78:8 82:3,17 83:4 83:16 84:9,13 84:18 85:8,21 86:19 87:8 88:18 89:1,12 90:12,19 91:5 91:16 92:1,8 92:17 93:6 94:12 99:23 104:24 105:16 106:15 109:8

109:19 118:23 119:1 125:11 132:21 136:21 140:7 140:23 145:18 151:16 152:6 153:22 154:4 155:16 159:7 163:18 164:11 171:17 179:14 180:10,15 181:1,4 183:6 184:13 188:5 189:13 190:11
**stick** 130:23
**stock** 107:7,11 107:14,21 108:2,4,20 109:1,7,17 110:7 111:17
**stop** 144:4
**stopping** 133:2 153:23
**stories** 116:17 116:23,24
**Street** 70:4
**strike** 93:15 99:19 102:1 123:3 125:9 144:24 167:20
**stronger** 99:9
**studied** 118:14
**studies** 146:24 147:23
**stuff** 102:7 104:17
**subject** 82:5 82:11 85:5 165:16 182:22
**subjects** 105:3 180:11
**submit** 76:23 108:18 147:10 150:5 183:16
**submitted** 96:23 144:7 155:12
**submitting** 144:10 174:7
**subsidiary** 93:8,12 151:21 155:11
**substance** 82:5,8 84:23 84:23
**sue** 172:7
**SUFFOLK** 192:4
**suggest** 182:14
**suggestion** 105:19
**suggestions** 95:17
**Suite** 70:5
**summer** 78:13
**supplied** 177:14
**supplies** 160:9 172:23
**supply** 125:22 135:12 164:22 173:8 173:13
**supplying** 99:14 156:21 160:19,20 163:22 166:19 177:10,15
**suppose** 110:14 113:4 113:23 141:18 146:16 154:18 164:20
176:21 178:3
**sure** 76:3 80:1 83:14 85:2 97:12 101:3 103:18 111:24 122:17 123:21 132:23 148:8 148:13 158:9 158:19 163:8
**surprised** 126:14
**sworn** 74:9,15 192:11
**system** 182:23
**S.A** 69:4,5 70:16 87:12

**T**

**T** 72:6 73:1 162:14,14 191:1,1
**table** 83:18 86:21 97:18 103:22,23 105:3,14
**tables** 97:22 104:9,11
**tablets** 150:6 150:14
**tactic** 136:13
**take** 101:8 105:17 118:18 119:7 119:24 130:16 132:21 137:3 141:11 144:3 146:4 154:5 155:16 169:19 182:16
**taken** 69:15 100:1 134:23 177:5 183:24 192:12
**takes** 148:3
**talk** 75:11 86:11 98:21 99:3,6 111:2 116:7 138:5 172:18
**talked** 96:5 100:2 115:4 115:18 145:1
**talking** 75:20 77:23 78:10 79:9 81:3 85:14 91:22 97:23 99:22 100:5 104:17 109:9 110:8 124:9 126:7 126:15 127:10,12 128:6 175:20 182:19
**talks** 86:7,13
**tape** 74:3 105:22 106:2 133:11,15 175:9,13,17 190:15
**taxi** 175:4
**technologies** 105:7,9 168:2
**technology** 85:1,3,20 86:8,13,16,17 87:12 88:2,10 88:16,20 89:10,24 91:2 105:5,6 116:18 167:8 167:10,13,14 169:3,5 171:24 176:1 176:5 182:11
**Tecnologia** 73:15 167:1
**telephone** 95:7
**tell** 82:21 94:3 95:7 96:8 100:8 105:2 110:5,15,20
120:1,4,24 127:1 132:9 135:20 136:2 137:16 141:12 156:6 159:18 167:6 168:13 176:20 178:9 178:19 179:13,22 182:1 184:16 189:1,5,8
**telling** 121:3
**ten** 98:24 109:11 132:24 153:23 174:10
**tenure** 81:21 130:2
**tenured** 130:13
**term** 163:18
**terminate** 143:5 150:11 152:4 172:21
**terminated** 131:11,13 160:18
**terminating** 143:23
**termination** 93:15,19 130:24 139:2 152:1 153:20 154:11 169:16 171:14
**terminations** 130:5,8,10
**terms** 81:18 82:6 115:9 123:16 136:10 140:8 144:23 162:7
**testified** 74:17 85:11 159:8 184:6
**testimonio**

133:23
**testimony** 74:15 85:22 92:23 130:3 133:19 168:3 187:10 191:4 191:6
**thank** 86:3 105:19 106:6 174:1 175:11 177:1 186:17 190:9,12,13
**thanks** 190:11
**thing** 128:13 128:23 143:24 144:18 146:21 173:7 173:7,9,12
**things** 104:21 126:24 128:11 136:9 145:1 164:3
**think** 82:9,11 98:1 115:20 116:4 122:19 131:2 132:5 134:10 138:1 138:2 141:1 143:18 145:9 153:14 157:7 158:1,9 170:20 177:21 178:11 185:3
**thinking** 100:22 101:16 144:20,21 170:12
**third** 98:1 99:19 112:23 156:13 161:12
**thoroughly** 144:21 145:22
**thought** 115:15 116:2 145:19 183:7
**three** 75:22 85:16 96:1 111:23 126:12 161:18 162:4 162:15 170:8 170:13
**time** 74:2 75:13 75:16 82:23 83:7,23 84:20 88:11 90:12 93:6 94:6,15 96:21 105:16 105:20 106:1 107:16 113:4 120:19,20 123:8,12 124:4 125:6 125:14,15,16 125:24 126:14,17 127:8 130:13 130:14,15 133:5,9,14 136:1,4,15 142:8 145:20 147:8,17 148:3,5 149:2 149:10,18 153:8 155:17 155:20 163:8 163:11 170:4 170:10 171:15 172:12 174:22 175:12,16 176:12 177:23,24 179:11 180:7 180:19,23 181:13,19,24 186:8,10 189:1,5,8,17 190:6,12,14
**times** 90:13 91:7 170:9
**tiny** 104:12,12 104:12
**title** 134:8
**titled** 72:8,10 72:11,19,21 73:14 119:18 119:21 166:24
**today** 79:1 88:13 155:10 160:7 162:5 165:23 190:10
**told** 80:21 101:7 105:12 121:14 122:4 136:6 137:22 149:15
**top** 109:12,14 185:3
**topic** 80:2 91:20 94:9 103:1 113:17 135:13 145:4
**topics** 82:3,8 146:20
**touch** 152:17
**trade** 84:24 89:19
**traded** 138:10
**transcript** 191:3,5
**transdermal** 167:16,18
**transfer** 101:18 101:22 102:4 102:6 167:8 167:12 169:5
**Transferencia** 73:15 167:1
**transferred** 167:11
**translate** 74:9 87:6,7 121:11 137:1,7
**translated** 118:11
**translating** 156:5 157:21 165:8
**translation** 86:23 136:21 185:3
**translations** 86:22 87:4
**translator** 71:2 74:7,12,22 75:2,19 87:6 87:9,19 97:6 98:8 101:20 102:12 105:8 108:5 110:23 115:23 118:22 119:10 127:10,13 133:22 134:2 137:1,7,9 139:5,16,21 140:24 148:15 156:19 158:1 158:20,23 161:12 171:19 183:5 184:11 186:15 187:16,18 188:4,6
**transmitted** 79:10
**tried** 98:20 173:21
**Trivial** 104:20
**true** 117:24 136:8 137:22 138:12 139:9 139:13 143:4 147:17 153:1 155:7,14 166:10 181:18 186:19 187:9 191:5 192:11
**trust** 144:11 146:22
**truth** 74:16,16 74:17
**try** 77:10,11 78:15 171:8
**trying** 91:7 112:8 145:19 172:20,22 179:2
**turn** 107:4 112:2 161:2 165:14 184:23
**Turning** 93:14
**Tutor** 162:6,13 162:20
**twelve** 109:11
**two** 99:2 109:23 111:23 117:8 119:2,16 120:10 124:2 124:12,12 126:12 127:9 127:16,20,21 128:13 132:2 132:3 156:17 170:8,12,20 176:22 184:8
**type** 152:13 167:14
**types** 78:19 104:21

**U**

**U** 76:17,17,17 111:6 162:14
**Uh-huh** 149:24 157:24
**ultimately** 103:14 157:10
**umbrella** 76:17
**uncomfortable** 174:16
**understand** 77:1 87:22 92:15 94:16

101:14 102:16,17,17 102:22 111:12 116:15 119:11 122:6 127:22 133:24 141:19,22 142:6 159:2,5 160:10 163:14 167:6 171:6,21 179:2
**understanding** 117:8 138:12 159:18 176:7 182:14 183:12 185:10,23
**understood** 83:23 122:5 164:7 182:2,9 185:6
**Unfortunately** 163:4
**unico** 134:9,11
**United** 69:1 138:8 146:10 146:14 151:4 151:15 154:13,23 172:7 181:21 182:15 184:3
**upcoming** 183:18
**update** 165:17 166:3
**upset** 104:6 112:12,14
**Uquifa** 76:15 76:18,21 77:1 158:11,14 160:3,6,8,23 161:10,19
**use** 171:23 176:1,4,8
**usual** 125:19
**usually** 78:23 112:8
**utilize** 130:18
**U.S** 139:14 168:16 179:20
**U.S.A** 137:24

**V**

**vague** 99:23
**validations** 79:17
**vice** 106:20 108:11 109:2 165:23
**Videographer** 71:3 74:2 75:13,16 82:23 83:7 105:20 106:1 133:5,9,14 155:17,20 163:8,11 175:11,16 180:19,23 190:14
**videotaped** 69:13 74:4 105:22 106:3 133:11,16 175:14,18 190:16
**view** 116:10 151:11
**Vincamine** 97:1 120:21 121:17
**visit** 123:1 178:18,22,24 179:6 180:7
**visited** 180:2
**visitor's** 189:19,22
**Volume** 74:4 105:22 106:3 133:11,16 175:13,18 190:16
**VS** 69:7

**W**

**walking** 103:9
**want** 75:4,5 79:24 83:13 88:12,23 89:4 90:1,6 115:23 129:22 130:22 134:3 154:4 158:18 171:10
**wanted** 123:6 124:1 144:13
**Washington** 70:6
**wasn't** 97:5,17 132:13 136:8
**way** 88:24 107:24 110:2 131:24 134:7 134:20 136:10 138:1 140:13 149:10,18 153:21 156:16 188:18
**week** 126:10 190:6
**weeks** 126:13
**Welcome** 106:5 133:18
**went** 98:2,5 100:11 103:14,16 121:6 172:12 172:17 174:22 175:4 177:18
**weren't** 148:13
**we're** 75:14,17 82:12,24 83:8 91:22 109:9 116:17 126:7 133:6 155:18 155:21 163:9 163:12
175:10 180:20,24
**we've** 80:1 94:2 96:5 159:13
**WHEREOF** 192:15
**wholly** 155:10
**willing** 172:7
**wired** 84:19
**witness** 69:14 72:2 74:12,21 75:2 79:14 85:5 89:14,21 90:2 91:17 92:3 96:17 108:3 148:20 149:24 151:18 157:24 159:8 159:16 179:15 190:13 192:9 192:15
**won** 184:18,22
**word** 133:23 133:24 139:22
**words** 102:9 104:19 107:17 111:22 128:11 136:2 136:6 141:1 165:16
**work** 147:18 149:1 161:17
**working** 124:19,19 129:6,16,23 129:24 147:8 186:6,8 189:16,17
**worse** 132:17
**wouldn't** 121:17
**write** 75:4,6 118:7 119:14
150:24
**writing** 113:8 119:12 185:9
**written** 78:3 118:5 165:21
**wrong** 81:8 84:22 164:16
**wrote** 76:5 118:10

**X**

**X** 72:1,6 73:1

**Y**

**y** 73:15 167:1
**Yeah** 126:24
**year** 98:3 110:9 127:9,19,23 131:21 138:15,21 139:1 142:13 144:6,14 155:12 162:16,21,22 162:23 168:18,20 177:12 183:18
**years** 89:9 109:7 126:7 127:9,17,21 128:14 129:9 168:19 174:10
**yesterday** 75:20 107:8 183:23
**yes-or-no** 90:8
**Yves** 97:12 98:12

**Z**

**Z** 111:5
**Zaragoza** 131:7 161:9 177:18,24
**Zarnetske** 71:3