| $ | | | | |
|---|---|---|---|---|
| **$26** 139:14,24 | **11th** 118:1 | **1998** 75:24 | 142:13,17 | 181:9,24 |
| **$600,000** | **11-19-99** 72:12 | 76:19 77:10 | 143:12 | 190:15 |
| 168:15 | **111** 69:21 | 77:11,21 78:1 | 162:16 163:1 | **22** 73:16 165:3 |
| | 70:12 | 78:6,12,14,22 | 174:6 185:13 | 166:10 169:9 |
| **0** | **112** 72:15 | 79:8 80:1,16 | 187:14 188:4 | **22nd** 165:17 |
| **006200** 83:4 | **114** 72:17 | 94:7 96:6 | **20004** 70:6 | **23** 187:14 |
| **02199** 70:13 | **117** 72:18 | 106:10 107:3 | **2001** 93:16 | **23rd** 142:13 |
| **04-13000-SLR** | **119** 72:20,22 | 109:17 110:9 | 138:18 139:1 | **24th** 142:13 |
| 69:8 | **12** 72:23 81:6,6 | 144:6 174:6 | 139:13 141:9 | **2619** 107:4 |
| | 83:12 128:18 | **1999** 107:18 | 141:17 143:5 | 109:16 |
| **1** | 184:23 | 110:12,15 | 145:14 146:1 | **2620** 109:16 |
| **1** 74:4 82:13 | **12th** 185:12 | 112:2,3,19 | 146:23,23 | **28014** 70:18 |
| 87:19 90:5 | **12-5-00** 72:23 | 113:7 114:10 | 150:7,15 | **29** 106:10 |
| 92:10 105:22 | **12-6-01** 73:10 | 114:18 | 151:24 156:1 | **29th** 107:3 |
| 145:11 | **12:07** 133:6 | 117:16 118:1 | 162:23 | |
| 181:15 | **1201** 70:4 | 135:1 138:12 | 163:17 164:1 | **3** |
| **1e** 166:5 | **128** 72:23 | 188:3,5 | 164:23 | **3** 72:8 83:2,5 |
| **1-22-02** 73:13 | **13** 73:3 136:20 | | **2002** 93:16,20 | 85:17 86:4 |
| **1:10** 133:10 | **136** 73:3 | **2** | 138:21 | 90:17,24 |
| **1:14** 133:15 | **14** 73:4 141:10 | **2** 74:4 76:2 | 147:14 157:7 | 93:14 133:16 |
| **1:15** 181:15 | **141** 73:5 | 78:20 79:4 | 157:14 160:4 | 158:19 |
| **10** 72:19 | **147** 73:6 | 80:4,20 82:6 | 162:23 | 160:11 |
| 119:19,24 | **15** 73:6 109:21 | 83:13,19 87:6 | 163:17 164:1 | 175:13 |
| 120:14 | 147:14,15 | 87:7 89:20 | 164:23 165:3 | **3:29** 175:12 |
| 122:21 123:5 | 149:21 | 94:4,5,11,13 | 165:17 | **3:34** 175:17 |
| 124:3,7,17 | **15th** 150:7,15 | 94:19,24 | 166:10 | **3:47** 180:20 |
| 125:5,10 | **152** 73:7 | 105:22 106:3 | 175:22 181:9 | **3:55** 180:24 |
| 126:23 128:4 | **154** 73:8 | 106:3 133:11 | **2003** 158:18 | **300** 188:11,11 |
| 181:12 | **155** 73:10 | 133:11,16 | 160:4 162:22 | **31** 136:19 |
| 187:11 | **157** 73:11 | 165:14 | 163:1 177:19 | **350** 131:7 |
| **10-31-00** 73:3 | **16** 73:7 152:22 | 175:13,18 | 177:20,21 | 188:11 |
| **10:27** 105:21 | 163:14 | 180:11 | **2004** 110:15 | |
| **10:49** 106:2 | **165** 73:13 | 190:16 | 162:21 | **4** |
| **100** 93:8,11 | **166** 73:15 | **2-1-02** 73:17 | 177:22 | **4** 72:10 85:17 |
| 138:13 | **169** 73:17 | **2:15** 155:18 | **2006** 69:22 | 86:9,10 90:18 |
| 151:20 | **17** 73:8 109:16 | **2:31** 155:21 | 74:3 105:21 | 90:24 93:19 |
| **103593** 69:18 | 110:4,19 | **2:52** 163:9 | 106:2 133:10 | 168:12 |
| **106** 72:14 | 154:3,22 | **2:53** 163:12 | 133:15 | 175:18 |
| **11** 72:21 | 155:4 | **20** 73:12 | 175:12,17 | 190:16 |
| 117:15 | **18** 73:9 156:2 | 142:12 | 190:15 191:4 | **4th** 192:16 |
| 119:23 120:1 | 156:19,20 | 145:13,13 | 191:18 | **4-8-99** 72:15 |
| 122:21 123:5 | **181** 72:5 | 165:4 191:4 | 192:16 | **4-9-99** 72:17 |
| 124:4,7,17 | **189** 72:4 | **2000** 98:3 | **21** 69:22 73:14 | **4:19** 190:14,18 |
| 125:5,10 | **19** 73:11 | 100:8 125:6 | 167:2 | **40** 107:21 |
| 126:22,23 | 157:18 158:3 | 128:17 | **21st** 74:3 | **400** 188:11 |
| 128:10 | **1997** 79:21,22 | 131:21 | 105:21 106:2 | |
| 187:11 | 79:23 87:16 | 136:19 | 133:10,15 | **5** |
| | 117:3 144:1 | 138:15 | 175:12,17 | **5** 72:11 81:7 |

Page 214

83:5 85:17
87:18 90:18
90:24 94:2,3
128:17
185:12,12
**50** 107:21
108:2
**50,000** 108:3,4
**500** 70:5
**500,000** 168:14
**56** 139:9

---
**6**
**6** 70:19 72:13
106:8,11
156:1
**6-11-99** 72:18
**6-15-02** 73:6
**6-8-01** 73:5
**60** 107:21

---
**7**
**7** 72:15 112:20
145:12
**7-29-98** 72:13
**75** 72:4

---
**8**
**8** 72:16 112:19
114:11 115:2
141:9
**8th** 141:17
**83** 72:9,10,12

---
**9**
**9** 72:18 114:10
117:16
**9:05** 69:23 74:3
**9:06** 75:14
**9:09** 75:17
**9:27** 82:24
**9:30** 181:12
**9:32** 83:8
**9114** 112:24
**98** 79:22
138:18
**99** 138:15,18
138:21

ESQUIRE DEPOSITION SERVICES

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


- - - - - - - - - - - - - x

ETHYPHARM S.A. FRANCE,        :

and ETHYPHARM S.A. SPAIN,  :

       Plaintiffs,       :

     Vs.                :  C.A. No. 04-13000-SLR

BENTLEY PHARMACEUTICALS,  :

INC.,                     :

      Defendant.       :

- - - - - - - - - - - - - x


Videotaped Deposition of ROSELINE JOANNESSE

Washington, D.C.

Thursday, July 20, 2006

9:04 a.m.



Job No.:  175300

Pages 1-341

Reported by:  TRISTAN-JOSEPH, RPR

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-4f

JT-A-703

ESQUIRE DEPOSITION SERVICES

|  | Page 2 |
|---|---|
| 1 | Deposition of ROSELINE JOANNESSE, held at |
| 2 | the offices of: |
| 3 | |
| 4 | BAACH, ROBINSON & LEWIS PLLC |
| 5 | 1201 F Street, N.W. |
| 6 | Suite 500 |
| 7 | Washington, D.C. 20004 |
| 8 | (202)833-8900 |
| 9 | |
| 10 | |
| 11 | |
| 12 | Pursuant to agreement, before |
| 13 | Tristan-Joseph, Registered Professional Reporter and |
| 14 | Notary Public of the District of Columbia. |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |

|  | Page 4 |
|---|---|
| 1 | A P P E A R A N C E S  (Continued) |
| 2 | ALSO PRESENT: |
| 3 | DIDIER DEVYNCK, Interpreter |
| 4 | (Morning session) |
| 5 | SIVANH KHAMVONGSA, Interpreter |
| 6 | (Afternoon Session) |
| 7 | T.J. O'TOOLE, Certified Legal |
| 8 | Video Specialist |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |

|  | Page 3 |
|---|---|
| 1 | A P P E A R A N C E S |
| 2 | ON BEHALF OF PLAINTIFFS ETHYPHARM S.A. |
| 3 | FRANCE AND ETHYPHARM S.A. SPAIN: |
| 4 | BRUCE R. GRACE, ESQ. |
| 5 | Baach, Robinson & Lewis PLLC |
| 6 | 1201 F Street, N.W., Suite 500 |
| 7 | Washington, D.C. 20004 |
| 8 | (202)833-8900 |
| 9 | Bruce.grace@baachrobinson.com |
| 10 | |
| 11 | ON BEHALF OF DEFENDANT BENTLEY |
| 12 | PHARMACEUTICALS, INC.: |
| 13 | VERONICA C. ABREU, ESQ. |
| 14 | PATRICIA M. HIGGINS, ESQ. |
| 15 | Edwards Angell Palmer & Dodge LLP |
| 16 | 111 Huntington Avenue |
| 17 | Boston, Massachusetts 02199 |
| 18 | (617)239-0750 |
| 19 | (617)239-6019 |
| 20 | Vabreu@eapdlaw.com |
| 21 | Phiggins@eapdlaw.com |
| 22 | |

|  | Page 5 |
|---|---|
| 1 | C O N T E N T S |
| 2 | EXAMINATION OF ROSELINE JOANNESSE      PAGE |
| 3 | By Ms. Abreu            16 |
| 4 | By Mr. Grace           315 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | I N D E X   O F   E X H I B I T S |
| 10 | (Attached to the Transcript.) |
| 11 | JOANNESSE DEPOSITION EXHIBIT        PAGE |
| 12 | No 1.   Business card of James. R. Murphy,    62 |
| 13 | Chairman, Chief Executive Officer of |
| 14 | Bentley Pharmaceuticals, Inc. |
| 15 | Bates-number EP 009250. |
| 16 | No. 2   Contrato de Fabricación, and its    74 |
| 17 | Attached English translated version. |
| 18 | Bates-number EP 002542 to EP 002547. |
| 19 | No. 3   Manifiesta, and its attached     80 |
| 20 | English translated version. |
| 21 | Bates-stamped EP 008066 to |
| 22 | EP 008073. |

2 (Pages 2 to 5)

e70537fb-d96b-4

JT-A-704

ESQUIRE DEPOSITION SERVICES

Page 6

1    No. 4    Acuerdo De Produccion, and its    108
2         Attached English translated version.
3         Bates-stamped EP 009232 to EP
4         009237.
5    No. 5    Ethypharm Laboratorios Belmac.    110
6         Bates-stamped EP 008054 to EP008190.
7    No. 6    Ethypharm Laboratorios Belmac, and    111
8         Its English translated attachment
9         (Pending Lawsuit). Bates-stamped
10        EP 007452.
11   No. 7    An Agreement between Ethypharm and    122
12        Laboratorios Belmac S.A.
13        Bates-stamped EP 009214 to
14        EP 009228.
15   No. 8    Contrato Belmac.    135
16        Bates-stamped BEL006371, BEL006389
17        to BEL006396.
18   No. 9    Contrato De Fabricación Por    139
19        Terceros De Productos Farmacéuticos
20        dated 3/9/97. Bates-stamped
21        EP 009177 to EP 009196.
22   No. 10   A fax from Adolfo de Basilio to    141

Page 7

1         Patrice Debrégeas, and its attached
2         English translation, dated
3         February 24, 2000. Bates-stamped
4         EP 002199.
5    No. 11   Contrato De Fabricación, and its    144
6         Attached English translation
7         (Manufacturing Agreement By and
8         Between). Bates-stamped BEL000548
9         to BEL000550.
10   No. 12   A letter from Adolfo Herrera to    153
11        Adolfo de Basilio, and its English
12        translation, dated November 14,
13        2001. Bates-stamped BENTL008366.
14   No. 13   Carta De Compromiso De Compra, and    163
15        Its attached English translation.
16        Bates-stamped EP 004863 to
17        EP 004865.
18   No. 14   A letter from Adolfo Herrera Málaga    166
19        To Adolfo de Basilio on November 14,
20        2001. Bates-stamped EP 002928.
21   No. 15   Contrato De Fabricación De    173
22        Indometacina Migrogranulos, and its

Page 8

1         attached English Translation
2         (Manufacturing Agreement of
3         Indometacine Microgranules), between
4         Ethypharm S.A. and Laboratorios
5         Belmac, March 23, 2000.
6         Bates-stamped EP 008098 to
7         EP 008101.
8    No. 16   Contrato De Fabricación De    180
9         Vincamina Migrogranulos between
10        Ethypharm S.A. and Laboratorios
11        Belmac, and its attached English
12        translation (Manufacturing Agreement
13        Of Vincamine Microgranules).
14        Bates-stamped EP 008114 to
15        EP 008116.
16   No. 17   Contrato De Fabricación De    180
17        Aspirina Migrogranulos between
18        Ethypharm S.A. and Laboratorios
19        Belmac, and its attached English
20        translation (Manufacturing Agreement
21        Of Aspirine Microgranules).
22        Bates-stamped EP 008108 to

Page 9

1         EP 008111.
2    No. 18   Contrato De Fabricación De    180
3         Piroxicam Migrogranulos between
4         Ethypharm S.A. and Laboratorios
5         Belmac, and its attached English
6         translation (Manufacturing Agreement
7         Of Piroxicam Microgranules).
8         Bates-stamped EP 008103 to
9         EP 008106.
10   No. 19   An e-mail from Ethypharm to Adolfo    187
11        de Basilio, sent Wednesday, May 16,
12        2001, 1 p.m. Subject: RV: Contrat
13        Transfert Belmac, and its attached
14        English translation. Bates-stamped
15        EP 009206.
16   No. 20   Letter from Gérard Leduc to James    194
17        Murphy, dated June 8, 2001.
18        Bates-stamped EP 002009 to
19        EP 002041.
20   No. 21   Faxes sent to Mr. James Murphy on    208
21        June, 8, 2001, August 10th, 2001 and
22        September 17th, 2001, from Mrs.

3 (Pages 6 to 9)

ESQUIRE DEPOSITION SERVICES

Page 10

1      Roseline Joannesse.  Bates-stamped
2      EP 002195 to EP 002198.
3    No. 22   An e-mail from Roseline Joannesse to  216
4      Herrera@belmac.com, cc to Gérard
5      Leduc and Patrice Debrégeas on
6      Thursday, March 21, 2002, 7:09 p.m.
7      Subject:  Agreement.  Bates-stamped
8      EP 008591.
9    No. 23   An e-mail to Mr. Herrera from Gérard  222
10      Leduc, March 21, 2002.  Contrato De
11      Fabricación Y Suministro, and its
12      attached English Translation
13      (Manufacturing and Supplying
14      Agreement).  Bates-stamped EP 004844
15      and EP008593 to EP 008597.
16    No. 24   The Complaint.              246
17    No. 25   Redacted ACUERDO De SECRETO, and its  250
18      Attached English translation
19      (Confidentiality Agreement).
20      Bates-stamped BEL000601 to
21      BEL000603.
22    No. 26   A letter from Adolfo Herrera to    254

Page 11

1      Adolfo de Basilio, date April 9,
2      2002, and its attached English
3      translation.  Bates-stamped
4      EP 008582 to EP 008582.
5    No. 27   A letter from Roseline Joannesse to  260
6      David Zubeldia, March 21, 2003.
7      Bates-stamped EP008727 to EP008729.
8    No. 28   Acuerdo De Secreto and its attached  274
9      English translation (Secrecy
10      Agreement between Ethypharm and
11      Belmac S.A.  Bates-stamped EP 008089
12      to EP 008090.
13    No. 29   ACUERDO DE CONFIDENCIALIDAD and its  276
14      Attached English translation
15      (Confidentiality Agreement.
16      Bates-stamped EP 002741 to
17      EP 002745.
18    No. 30   Confidentiality Agreement between    279
19      Belmac Corporation and Ethypharm
20      S.A. July 11, 1995.  Bates-stamped
21      EP 008081 to EP 008083.
22    No. 31   A fax from Adolfo de Basilio to    283

Page 12

1      James Murphy, 6/4/98.  Bates-stamped
2      EP 003262 to EP 003263.
3    No. 32   A telefax from Václav Rejholec to    289
4      Mr. de Basilio, dated May 20, 1997.
5      Bates-stamped EP 009200 to
6      EP 009201.
7    No. 33   Letter of Intent.              298
8      Bates-stamped EP 009199.
9    No. 34   A letter from Maria-Jose Rodriguez  299
10      To Roseline Joannesse, dated 8/4/99.
11      Bates-stamped EP 009112 to
12      EP 009119.
13    No. 35   Confidentiality & Non-Disclosure   321
14      Agreement.  Bates-stamped EP 00245
15      to EP 002454.
16    No. 36   Facsimile transmittal from James R.  327
17      Murphy to Patrice Debrégeas, dated
18      January 28, 1997.  Subject:  Lab.
19      Belmac Manufacturing for Ethypharm.
20      Bates-stamped EP 002106 and
21      EP 002108.
22    No. 37   A letter from Gérard Leduc to James

Page 13

1      Murphy, a copy of a letter sent by
2      Spanish subsidiary, Ethypharm, S.A.,
3      dated April 18, 2002, and its
4      English translation.  Bates-stamped
5      EP 002471 to EP002474.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

4  (Pages 10 to 13)

e70537fb-d96b-

JT-A-706

ESQUIRE DEPOSITION SERVICES

---

Page 14

1    PROCEEDINGS
2        THE VIDEOGRAPHER: On the record with
3    tape number one of the videotaped deposition of
4    Roseline Joannesse taken by the Defendants in the
09:04:22 5    matter of Ethypharm S.A. Spain and Ethypharm S.A.
6    France versus Bentley Pharmaceuticals,
7    Incorporated, in the United States District Court
8    for the District of Delaware, Civil Action
9    No. 04-1300 SLR.
09:04:42 10        This deposition is being taken at the
11    law offices of Baach, Robinson & Lewis, located at
12    1201 F Street, Northwest, in Washington, D.C. on
13    July 20th, 2006, at approximately 9:04 a.m.
14        My name is T.J. O'Toole, representing
09:05:02 15    Esquire Deposition Services. I am the Certified
16    Legal Video Specialist.
17        The Court Reporter is Tristan-Joseph,
18    also representing Esquire Deposition Services.
19        Will counsel please introduce themselves
09:05:15 20    and indicate which parties they represent.
21        MS. ABREU: Good morning, Ms. Joannesse.
22    I'm Veronica Abreu and, with my

---

Page 15

09:05:19 1    colleague Patricia Higgins, we represent the
2    Defendant, in this case, Bentley Pharmaceuticals,
3    Inc.
4        MR. GRACE: I'm Bruce Grace representing
09:05:29 5    Ethypharm.
6        THE VIDEOGRAPHER: Thank you.
7        Will the Court Reporter -- I'm sorry.
8        Will the Interpreter please identify
9    himself for the record.
09:05:37 10        THE INTERPRETER: My name is Didier
11    Devynck, and I'm the Interpreter.
12        THE VIDEOGRAPHER: Thank you.
13        With the Court Reporter please swear in
14    the Interpreter.
09:05:43 15    Whereupon,
16        DIDIER DEVYNCK
17    was called as an Interpreter, and, having first been
18    duly sworn, to interpret English into French and
19    French into English, translated as follows:
09:05:52 20        THE VIDEOGRAPHER: Thank you.
21        Will the Interpreter please assist the
22    Court Reporter in swearing in the witness.

---

Page 16

1    Whereupon,
2        ROSELINE JOANNESSE
3    Was called as a witness and, having first been duly
4    sworn, was examined and testified as follows:
10:31:43 5        EXAMINATION BY THE DEFENDANT
6    BY MS. ABREU:
7        Q.   Fair enough. Well, good morning,
8    Ms. Joannesse.
9        A.   Good morning.
09:06:30 10        Q.   Before we begin, I'd like to thank you
11    for coming here all the way from -- from France.
12    And -- and as you -- as I introduced myself
13    earlier, my name is Veronica Abreu, and I represent
14    the Defendant, in this case, Bentley
09:06:49 15    Pharmaceuticals.
16        As you may know, Bentley
17    Pharmaceuticals -- Ethypharm S.A. Spain and
18    Ethypharm S.A. France have brought a case in the
19    United States against Bentley.
09:07:12 20        Mr. Joannesse, would you mind stating
21    and spelling your full name for the record, please.
22        A.   (In English) My name is Roseline

---

Page 17

09:07:22 1    Joannesse, R-O-S-E-L-I-N-E; Joannesse, J-O-A,
2    double N, E, double S, E.
3        Q.   Great. And what is your current
4    address?
09:07:36 5        A.   (In English) my current address is One
6    Cheninbrun. Do you want me to spell?
7        Q.   Please, for the record, yes.
8        A.   C-H-E-N-I-N-B-R-U-N, Nouailla,
9    N-O-U-A-I, double l, a; Maupertues,
09:07:49 10    M-A-U-P-E-R-T-U-E-S, in the department of Vien 86
11        THE INTERPRETER: I want to make one
12    correct. Is N-O-U-I -- N-O-U-R -- sorry.
13    N-O-U-A-I-L-L-É with an accent.
14        THE WITNESS: What did I say? A?
09:08:28 15        THE INTERPRETER: A.
16        THE WITNESS: Oh, all right.
17    Yeah, sorry.
18    BY MS. ABREU:
19        Q.   It's okay. Have you ever been deposed
09:08:30 20    in an American -- for an American case before?
21        A.   No. It's the first time.
22        Q.   It's the first time, okay.

5  (Pages 14 to 17)

e70537fb-d96b-4€

JT-A-707

ESQUIRE DEPOSITION SERVICES

Page 18

09:08:35 1    Have you ever been deposed anywhere else
2    in the world --
3        A.  No.
4        Q.  -- before?  Okay.
09:08:37 5    So let me review some basic guidelines
6    of what an American deposition looks like with you
7    before we begin.
8        I will be asking you questions today.  I
9    ask that you please respond verbally --
09:08:49 10        A.  Mm-hmm.
11        Q.  -- because if you just go like this
12    (indicating), you nod your head, or like that
13    (indicating), he can't write that down on the
14    record.  So if you could please respond --
09:08:58 15        A.  Mm-hmm.
16        Q.  -- verbally that would be very helpful.
17        If you don't understand a question,
18    please say so, and I will rephrase it for you.
19        A.  Mm-hmm.
09:09:09 20        Q.  Your answers are given under oath, as
21    you know, that you've been sworn in.
22        Do you -- do you understand that?

Page 19

09:09:14 1        A.  Yes, yes, I know.
2        Q.  Okay.  We also ask that only one person
3    speak at a time.  So, you know, I will finish my
4    question and then you can respond just for clarity
09:09:27 5    of the record.  And that, of course, includes the
6    translator.
7        The translator is here for your -- we --
8    we understand that you're fluent in English and
9    that's -- that's great.  But if -- if, you know, if
09:09:42 10    you need help with anything --
11        A.  Mm-hmm.
12        Q.  -- he's here for that purpose.
13        And if you need a break at any time
14    during today's deposition, please let me know.
09:09:53 15        A.  Mm-hmm.
16        Q.  And we'll -- we'll take a break as soon
17    as there's a good breaking point.  The only thing
18    is that we will not be taking a break between a
19    question and an answer.  Okay?
09:10:04 20        A.  Okay.
21        Q.  We ask that you please do not discuss
22    your testimony here today with Ethypharm's

Page 20

09:10:11 1    attorneys during the breaks.
2        A.  Mm-hmm.
3        Q.  Great.  Are you currently employed
4    Ms. Joannesse?
09:10:20 5        A.  No.
6        Q.  Okay.  Where was your last employment?
7        A.  In Brussels, Belgium.
8        Q.  Okay.  And what were the dates of that
9    employment?
09:10:32 10        A.  From January 2004 until this month.
11        Q.  And where did you work in Brussels?
12        A.  I worked for the company Eli Lilly.
13        Q.  And what did they?
14        A.  It's pharmaceutical products.
09:10:52 15        Q.  Oh, okay.  Yeah.  Eli --
16        THE INTERPRETER:  Eli Lilly.
17        MS. ABREU:
18        Q.  Is that Eli Lilly?
19        A.  Eli Lilly.
09:10:56 20        Q.  Okay, okay.  All right.
21        And what was your position there?
22        A.  I was an attorney.

Page 21

09:11:02 1        Q.  What kind of attorney?
2        A.  I was working for an area which is
3    called Europe and middle size, which includes eight
4    different countries:  Scandinavian, Portugal,
09:11:11 5    Switzerland, and Benedicts.
6        Q.  Okay.  Did you -- what kind of law did
7    you practice there?
8        A.  European law, any type of product claim,
9    procedure to be put in place like privacy
09:11:28 10    agreements.  You do, you know, in a pharmacy, in a
11    company, in fact, you know.
12        Q.  Are you licensed to practice in Belgium?
13        A.  No.
14        Q.  Okay.
09:11:42 15        A.  But I was not practicing Belgium law
16    specifically.
17        Q.  And it was EU law that -- that you were
18    dealing with --
19        A.  We were --
09:11:48 20        Q.  -- primarily?
21        A.  -- general, you know.  And when we had
22    any specific questions, we would refer to a local

6 (Pages 18 to 21)

e70537fb-d96b-

JT-A-708

ESQUIRE DEPOSITION SERVICES

| Page 22 | Page 24 |
|---|---|

**Page 22**

09:11:53 1 counsel.

2 Q. Okay. And what were your duties and

3 responsibilities there aside from, you know,

4 reviewing agreements and that kind of thing?

09:12:06 5 A. Giving any advice to make sure that what

6 was done in the company was correct, in the light

7 of the law, and revising promotion material,

8 dealing with product price, and preparing that as

9 agreements.

09:12:24 10 What else? Putting in place data --

11 data privacy procedures, documentation retention,

12 DonRay procedures, all these types of things, you

13 know --

14 Q. Yeah.

09:12:37 15 A. -- which are put in place collectively

16 by the company.

17 Q. Okay. And we understand you're not

18 currently employed at the moment. Are you about to

19 start a new job in France?

09:12:48 20 A. Yes.

21 Q. And where is that?

22 A. I start again with Ethypharm in Jan. --

**Page 23**

09:12:51 1 in September.

2 Q. Oh, okay.

3 And in what position?

4 A. I'll be legal counsel to the president.

09:12:59 5 Q. And that would be who? What is the name

6 of the president to -- for --

7 A. Gérard Leduc.

8 Q. And when were you hired by Ethypharm to

9 start again in December?

09:13:24 10 A. Can you repeat the question?

11 Q. Sure. When were you hired --

12 A. When --

13 Q. -- start again in September at

14 Ethypharm?

09:13:34 15 A. Well, over the past few months.

16 Q. Past few months?

17 A. Yeah, well, I had discussion that could

18 stay with Lilly or start again with Ethypharm --

19 Q. I see.

09:13:43 20 A. -- so.

21 Q. Okay. And who hired you?

22 A. Gérard Leduc, the general manager.

**Page 24**

09:14:01 1 Q. And did you get any sort of signing

2 bonus to start again at Ethypharm or any form of

3 advanced compensation?

4 A. No, no, not at all.

09:14:14 5 Q. Okay. Did they pay for your relocation

6 back to France?

7 A. No, no.

8 Q. At some point in the past were you

9 employed at Ethypharm?

09:14:26 10 A. Yes, I --

11 Q. And --

12 A. -- was.

13 Q. -- what were those dates of your

14 employment?

09:14:32 15 A. August 1997 -- well, '96, '96 -- it's a

16 long time ago -- and until end of August 2003.

17 Q. Okay. And what -- during that period,

18 in 1986, what was your title at Ethypharm when you

19 first joined?

09:15:03 20 A. I was executive attaché.

21 Q. And what does that mean?

22 THE WITNESS: In French?

**Page 25**

09:15:11 1 THE INTERPRETER: Yeah. Executive

2 attaché would be correct, yes.

3 BY MS. ABREU:

4 Q. And -- and during what years did you

09:15:16 5 hold that position?

6 A. I just can't recall exactly, because I

7 change title afterwards I became head of --

8 responsible for contracts, something like that.

9 And I don't remember exactly the title I had at the

09:15:34 10 time. And then I became in charge of contract

11 industry of property.

12 Q. So you were executive attaché, then head

13 of contracts?

14 A. Yes.

09:15:42 15 Q. And then?

16 A. What was my title.

17 (Inquiry to the Interpreter.)

18 THE INTERPRETER: Legal director for

19 contracting and industry property.

09:15:55 20 BY MS. ABREU:

21 Q. Do you remember when you became legal

22 director?

7 (Pages 22 to 25)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-4636-871h-564441310ed

JT-A-709

ESQUIRE DEPOSITION SERVICES

| Page 26 |
|---|

09:15:58  1    A.  The year exactly, 2001, 2000.  It's
2    something like that.  I would not recall exactly
3    the date, you know.  I'm sorry for that.
4    Q.  No problem.
09:16:11  5        And before becoming a legal director
6    you're head of contracts?
7    A.  Yes.
8    Q.  Okay.  And before that executive
9    attaché?
09:16:17 10    A.  Yes.
11    Q.  What were your responsibilities as
12    executive attaché?
13    A.  I was preparing contracts, following up
14    on contracts and industrial property matters, doing
09:16:32 15    plenty of different things for -- for the
16    management.
17    Q.  In a legal capacity or not or in an
18    executive capacity?
19    A.  In your executive and legal capacity,
09:16:46 20    both.
21    Q.  So both?
22    A.  Mm-hmm.

| Page 27 |
|---|

09:16:48  1    Q.  Okay.  And do you remember approximately
2    how many years you worked as an executive attaché?
3    I know you don't --
4    A.  No --
09:17:03  5    Q.  -- remember --
6    A.  -- no, I don't.
7    Q.  -- precisely?
8    A.  I couldn't tell you precisely.
9    Q.  A year?  Two years?  Four years?
09:17:09 10    A.  Maybe three, three years, something like
11    that or more.  I just can't -- can't recall
12    exactly.
13    Q.  Okay.  And did you do anything else
14    aside for preparing contracts for management as an
09:17:23 15    executive attaché?
16    A.  I did plenty of things here that I
17    prepared.  You know, at the time, this was a small
18    company.  So you were doing plenty of different
19    tasks.  I mean, it's just not like in big companies
09:17:33 20    where everybody has a specific role --
21    Q.  Uh-huh.
22    A.  -- so.

| Page 28 |
|---|

09:17:36  1    Q.  And what were some of those tasks that
2    you had?
3    A.  It was taking care of export as well.  I
4    was taking care of trademarks, filling out for the
09:17:49  5    subjects with -- with external counsels, preparing
6    agreements, as I told you.  I just can't recall all
7    the -- all the things I've done during that period.
8    Q.  Were you involved with patent
9    applications?
09:18:09 10    A.  Not -- not so much at that time.
11    Q.  Okay.  With confidentiality agreements?
12    A.  Yes.
13    Q.  Yes.
14    A.  Yes.
09:18:15 15    Q.  Okay.
16    A.  That's part of the agreements.
17    Q.  Just general agreement, okay.
18        And what was -- who did you report to as
19    executive attaché?
09:18:28 20    A.  Gérard Leduc.
21    Q.  Anyone else?
22    A.  My direct reporting was Gérard Leduc,

| Page 29 |
|---|

09:18:40  1    the direct one.
2    Q.  Okay?  And is that -- were you part of
3    an office of a specific division or office of
4    Ethypharm?
09:18:48  5    A.  No, it was too small.
6    Q.  Too small.
7    A.  It's a small company.
8    Q.  How many people worked at Ethypharm at
9    that time?
09:18:55 10    A.  Eighteen people, roughly.
11    Q.  Okay.  And how long did you work as head
12    of contracts?
13    A.  Exactly I can't tell you, but for -- for
14    some years as well.  I mean, six, seven years.  I
09:19:11 15    just can't recall exactly, you know.  I have not
16    revised by C.V. so.
17    Q.  Okay.  So maybe from approximately 1990
18    through '96?
19    A.  I just can't tell you.  Frankly, I can't
09:19:26 20    tell you --
21    Q.  Okay.
22    A.  -- because I just don't have the head --

8 (Pages 26 to 29)

e70537fb-d96b-4

JT-A-710

ESQUIRE DEPOSITION SERVICES

Page 30

| | | |
|---|---|---|
| 09:19:27 | 1 | the dates in my head. |
| | 2 | Q.  Sure.  And what were your duties and |
| | 3 | responsibilities as head of contracts? |
| | 4 | A.  Again, you know, taking care of all the |
| 09:19:36 | 5 | contracts, again, or industry of property.  And I |
| | 6 | became more involved with patent applications as |
| | 7 | well.  And while preparing joint venture, joint |
| | 8 | venture contracts, creation of companies. |
| | 9 | Q.  And when you say "creation of |
| 09:20:03 | 10 | companies," you mean -- |
| | 11 | A.  Well -- |
| | 12 | Q.  -- subsidiaries? |
| | 13 | A.  Yes, subsidiaries. |
| | 14 | Q.  Anything else? |
| 09:20:16 | 15 | A.  Again, you know, the daily work I have |
| | 16 | in type of -- in this field so. |
| | 17 | Q.  And when you say "this field," what do |
| | 18 | you mean? |
| | 19 | A.  Well, I know this area of contracting |
| 09:20:29 | 20 | industrial property. |
| | 21 | Q.  Okay.  And as head of contracts were you |
| | 22 | part of a specific department at Ethypharm? |

Page 31

| | | |
|---|---|---|
| 09:20:36 | 1 | A.  Well, slowly by slowly the legal |
| | 2 | department was created, you know.  So initially, we |
| | 3 | were two people, and then we -- we hired more -- |
| | 4 | more lawyers to work. |
| 09:20:53 | 5 | Q.  Who were the initial two people? |
| | 6 | A.  Myself and -- and another lawyer who |
| | 7 | left the company afterwards. |
| | 8 | Q.  And what is that other lawyer's name? |
| | 9 | A.  It was at the time -- well, we had |
| 09:21:01 | 10 | several.  We had Cecile Violette and Cecile |
| | 11 | Raynaud. |
| | 12 | THE INTERPRETER:  Spelling it? |
| | 13 | C-E-C-I-L-E V-I-O-L-E-T-T-E. |
| | 14 | Cr -- again, Cecile and R-A-Y-N-A-U-D. |
| 09:21:32 | 15 | BY MS. ABREU: |
| | 16 | Q.  Okay.  And who did you report to as head |
| | 17 | of contracts? |
| | 18 | A.  Gérard Leduc. |
| | 19 | Q.  Okay.  And then you said you became the |
| 09:21:46 | 20 | director of -- the legal director? |
| | 21 | A.  Not the legal director because there was |
| | 22 | a shared, legal matters which were not in my hands. |

Page 32

| | | |
|---|---|---|
| 09:21:56 | 1 | Q.  Okay. |
| | 2 | A.  So I was dealing mainly with all the |
| | 3 | contractual aspects, IP, and aspects of new |
| | 4 | technology. |
| 09:22:24 | 5 | Q.  And that was part of the legal |
| | 6 | department? |
| | 7 | A.  Mm-hmm. |
| | 8 | Q.  Okay.  And you said that there was a |
| | 9 | share of legal aspects that were not in your hands. |
| 09:22:31 | 10 | A.  Yes. |
| | 11 | Q.  Who hands were they -- was that? |
| | 12 | A.  Half to Debrégeas, and some of Mr. |
| | 13 | Debrégeas. |
| | 14 | Q.  And what did he do? |
| 09:22:38 | 15 | A.  He was doing all the other aspects in a |
| | 16 | company, company law, and relationship litigation |
| | 17 | and suppliers, these type of things.  So all the |
| | 18 | things which were related to -- to the company, |
| | 19 | business of others, and the agreements, and IP |
| 09:23:03 | 20 | things. |
| | 21 | Q.  Okay.  So he handled all litigation |
| | 22 | matters and litigation with suppliers and -- |

Page 33

| | | |
|---|---|---|
| 09:23:07 | 1 | A.  Yes. |
| | 2 | Q.  -- and dealing with customers? |
| | 3 | A.  Yes.  It was customers.  It was -- it |
| | 4 | depends.  I mean, if it was in relation with an |
| 09:23:15 | 5 | agreement, I would do it. |
| | 6 | Q.  Okay.  And who did you report to? |
| | 7 | A.  Who did I report to? |
| | 8 | Q.  Uh-huh. |
| | 9 | A.  Gérard Leduc. |
| 09:23:32 | 10 | Q.  So always to Gérard Leduc?  Okay. |
| | 11 | A.  Well, I was working also with Patrice |
| | 12 | Debrégeas but it's mainly Gérard Leduc. |
| | 13 | Q.  Okay.  And do you remember approximately |
| | 14 | how long you had the position of legal director? |
| 09:23:47 | 15 | A.  Who? |
| | 16 | Q.  You. |
| | 17 | A.  Roughly, it should be three years; |
| | 18 | roughly, I would say.  I forget. |
| | 19 | Q.  Okay.  And in any of your positions did |
| 09:24:06 | 20 | you deal with clients at all with customers at the |
| | 21 | firm? |
| | 22 | A.  Yes. |

9 (Pages 30 to 33)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-4

JT-A-711

ESQUIRE DEPOSITION SERVICES

Page 34

09:24:10 1    Q.  Yes?
2    A.  Yes, I was dealing with clients
3    negotiating agreements.
4    Q.  Okay.  Both as France and outside of
09:24:22 5    France?
6    A.  Yeah.
7    Q.  And did you -- in your position would
8    you negotiate any agreement with clients?
9    A.  Well, roughly, yes.  Yes, I would say in
09:24:48 10    the agreement.
11    MR. GRACE:  I'm just going to object.  I
12    thought it was vague.
13    MS. ABREU:  Okay.
14    BY MS. ABREU:
09:25:01 15    Q.  And in your positions you also mentioned
16    that you were responsible for drafting all
17    agreements that Ethypharm entered into; is that
18    correct?
19    A.  Yes.
09:25:12 20    Q.  Okay.
21    A.  But I was not the only one at the end
22    drafting agreements.

Page 35

09:25:16 1    Q.  Who was -- who else was drafting
2    agreements at the end?
3    A.  Well, I had a team of lawyers.
4    Q.  Did you supervise them?
09:25:23 5    A.  Yes.
6    Q.  Okay.  So would you have reviewed any
7    agreements that they drafted as well?
8    A.  Most of them.
9    Q.  Anything that would have been considered
09:25:38 10    important for the company you would have expected
11    to have drafted or reviewed yourself?
12    A.  Yes.
13    Q.  Okay.  And who -- who was in your team
14    of lawyers that -- that you supervised that also
09:25:57 15    drafted agreements?
16    A.  There were three lawyers: Agnes Naquin,
17    N-A-Q-U-I-N.
18    THE INTERPRETER:  The first name is
19    Agnes.
09:26:12 20    THE WITNESS:  Jurjulie Neliot.
21    THE INTERPRETER:  G -- J-U-R-J-U-L-I-E.
22    Neliot?

Page 36

09:26:19 1    THE WITNESS:  Neliot, N-E-L-I-O-T.
2    And the last name, which is not an easy
3    one.
4    THE INTERPRETER:  Juliette,
09:26:28 5    J-U-L-I-E-T-T-E.
6    THE WITNESS:  Oposcinzky,
7    O-P-O-S-C-I-N-Z-K-Y.
8    THE INTERPRETER:  Z-K --
9    THE WITNESS:  Yeah.  Z-K-Y.
09:26:35 10    THE INTERPRETER:  Z-K-Y.
11    THE WITNESS:  I can't remember.  I'm not
12    so sure of the spelling of this last name.
13    BY MS. ABREU:
14    Q.  Fair enough.
09:27:08 15    Do you remember approximately when Agnes
16    joined Ethypharm and joined your team?
17    A.  Frankly speaking, no.  Maybe 2000, 2001,
18    something like that.
19    Q.  How about Jurjulie?
09:27:30 20    A.  Jurjulie, around the same period.
21    Q.  Okay.
22    A.  And Juliette is a little bit before.

Page 37

09:27:38 1    Q.  So maybe '99 for Juliette or 2000?
2    A.  No, more than that.  Let's say '98.  But
3    again, I'm not sure of the dates.
4    Q.  Okay.  So prior to '98 would it be fair
09:27:52 5    to say that you and maybe Cecile, the two Ceciles,
6    were the only people involved in --
7    A.  I wouldn't say --
8    Q.  -- drafting contracts?
9    A.  -- we were -- I wouldn't say we were the
09:28:05 10    only people because some -- some of the agreements
11    were sometimes drafted by the subsidiaries
12    themselves but --
13    Q.  Oh, I see.
14    A.  -- most of the things, which were coming
09:28:14 15    to France, were drafted in France.
16    Q.  And when agreements were drafted by the
17    subsidiaries, would the subsidiaries run those
18    agreements by you or --
19    A.  It depends, it depends.  That should
09:28:32 20    have been the rule but that was not always the
21    case.
22    Q.  Mm-hmm.  Okay.  And you said that as

10  (Pages 34 to 37)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-4l

JT-A-712

ESQUIRE DEPOSITION SERVICES

Page 38

09:28:47 1 head of contracts you're involved in the creation
2 of some subsidiaries.
3 Were you involved in the creation of
4 Ethypharm Spain?
09:28:55 5 A. No.
6 Q. No. Who was involved in the creation of
7 Ethypharm Spain?
8 A. The management and some external lawyers
9 at the time in Spain.
09:29:06 10 Q. Do you -- who in management was involved
11 in that?
12 A. Gérard Leduc, Patrice Debrégeas.
13 Q. And do you recall the names of the
14 outside lawyers?
09:29:20 15 A. No.
16 Q. Do you recall what country those outside
17 lawyers practiced in?
18 A. Excuse me, can you repeat?
19 Q. Sure.
09:29:30 20 Do you recall where those outside
21 lawyers practiced?
22 A. In Spain.

Page 39

09:29:33 1 Q. In Spain?
2 A. Yeah, Madrid in Spain.
3 Q. In Madrid?
4 A. With the machine, in Madrid, yes,
09:29:43 5 because the subsidiary was based in Madrid.
6 Q. Okay. Could you tell me a little bit
7 about your educational background. Where did you
8 go to a university?
9 A. I went to Université de Tours. And then
09:30:02 10 I --
11 Q. Could you please spell that for the
12 record?
13 A. Sure. T-O-U-R-S.
14 Q. Mm-hmm.
09:30:13 15 A. And then I did school in Paris.
16 THE INTERPRETER: That school is
17 publicized basically.
18 BY MS. ABREU:
19 Q. And when you're at the Université de
09:30:20 20 Tours, what -- what -- what did you get your degree
21 in?
22 A. I got a degree in languages.

Page 40

09:30:28 1 Q. What licenses?
2 A. English and Spanish.
3 Q. Are you fluent in both of those
4 languages?
09:30:41 5 A. Well, you can judge by yourself in
6 English.
7 (Laughter.)
8 Q. Sure.
9 A. And Spanish it's the same.
09:30:45 10 Q. Okay. So you can both speak and -- and
11 read --
12 A. And read.
13 Q. -- and --
14 A. Yeah.
09:30:49 15 Q. -- and write fluently in all of those
16 languages?
17 A. Write in Spanish, not so much --
18 Q. Okay.
19 A. -- no. So it's not difficult to write
09:30:58 20 than to speak and read, I have haven't practiced
21 enough --
22 Q. Yeah.

Page 41

09:31:02 1 A. -- writing.
2 Q. Right. But do you write English
3 fluently?
4 A. Yes.
09:31:06 5 Q. Okay. And you read English fluently?
6 A. Yes.
7 Q. And you certainly speak English
8 fluently; do you agree?
9 A. Yes, I suppose.
09:31:18 10 Q. All right. So would you say that you
11 speak Spanish fluently?
12 A. Yes.
13 Q. And you read Spanish fluently?
14 A. Yes.
09:31:25 15 Q. And how would you characterize your
16 writing in Spanish?
17 A. Not so -- so -- not so good. I make too
18 many grammatic -- grammatical mistakes.
19 Q. Okay. Okay. Back to your degrees. In
09:31:43 20 Ceonspool (phonetic), what did you get your degree
21 in?
22 A. In international relations.

11 (Pages 38 to 41)

e70537fb-d96b-46

JT-A-713

ESQUIRE DEPOSITION SERVICES

Page 42

09:31:55  1    Q.  Was that your last university degree?
        2    A.  No.  I also did the CP in Strasburg,
        3    Université of Strasburg to graduate in patent and
        4    trademark law.
09:32:17  5    Q.  And when did you get that degree?
        6    A.  Ninety-five for trademarks; in '96, for
        7    patents.  Yeah, I think it's '95 and '96.
        8    Q.  And prior to 1995 and 1996, did you have
        9    any legal degree?
09:32:40 10    A.  Not -- not as such.
       11    Q.  Okay.  And when you say "not as such,"
       12    what do you mean by that?
       13    A.  I -- I did some -- I studied law during
       14    my -- my -- my studies at the Université of Tours,
09:32:54 15    because this was part of the university courses and
       16    also at Ceonspool where I did also international
       17    law.
       18    Q.  Okay.  And when you say you studied law
       19    does that mean you took a course or two?
09:33:10 20    A.  Yes, there were -- there was a course.
       21    Q.  Okay.
       22    A.  -- yeah.

Page 43

09:33:13  1    Q.  But you didn't have a degree in law --
        2    A.  No.
        3    Q.  -- until 1995 --
        4    A.  No.
09:33:16  5    Q.  -- and 1996?  Okay.
        6        And were you licensed?  Are you licensed
        7    to practice law in France?
        8    A.  No.
        9    Q.  Are you licensed to practice law
09:33:31 10    anywhere in the world?
       11    A.  No.  You mean to practice law in front
       12    of the bar, obviously, because, in fact, when you
       13    worked in a company you don't need to be registered
       14    to any bar at all.
09:33:49 15    Q.  Are you licensed to practice law in any
       16    form?
       17        MR. GRACE:  Objection.  Calls for a
       18    legal conclusion.
       19        MS. ABREU:  No, counsel --
09:33:58 20        MR. GRACE:  But you can answer as a
       21    matter of fact.
       22

Page 44

09:34:03  1    BY MS. ABREU:
        2    Q.  Yeah, you can -- it's a matter of fact.
        3    You can answer the question.
        4    A.  Well, not as such.  I mean, if you're
09:34:06  5    talking about matters of trade --
        6        MR. GRACE:  Actually, just, you know,
        7    it's not just a matter of fact.  I mean the word
        8    "license" means have permission to.
        9        THE WITNESS:  Yeah.
09:34:12 10        MS. ABREU:  Counsel, I'm entitled to
       11    know her educational background in training and --
       12        MR. GRACE:  No, I understand.  But I'm
       13    just saying it's not just a matter of fact.
       14        MS. ABREU:  It is a matter of fact, and
09:34:19 15    I'm entitled to the answer.
       16    BY MS. ABREU:
       17    Q.  And if you could please answer the
       18    question.
       19    A.  Yes.  Well, if you're talking about
09:34:23 20    having a degree, I don't have a degree in law --
       21    Q.  Mm-hmm.
       22    A.  -- as such.  I have a lot of experience.

Page 45

09:34:29  1    Because I've practiced law for many, many years,
        2    and I learned quite a lot.  And I believe that I
        3    have proved that I have some capacity to practice
        4    law in a company, not in front of the court,
09:34:41  5    obviously.
        6    Q.  Sure.  And we'll -- and we'll certainly
        7    ask about your experience.
        8        What I'd like to understand right now is
        9    your -- whether you're licensed to practice, in a
09:34:53 10    company, law.  And we understand you're not
       11    licensed to practice before a bar.
       12        What is the procedure in France for
       13    practicing law inside of a -- a company?  What kind
       14    of qualifications do you need?
09:35:06 15    A.  Well, you need to -- to -- to know law.
       16    I mean, you don't need to, sort of, have a degree.
       17    You have experience.  You have the degree at the
       18    university, but you don need to be registered.
       19    It's different from the -- from the UK, for
09:35:20 20    example, where you have to -- to register and to --
       21    to be trained every year to keep your -- your
       22    license --

12  (Pages 42 to 45)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-4

JT-A-714

ESQUIRE DEPOSITION SERVICES

Page 46

09:35:26 1    Q. Mm-hmm.
2    A. -- to practice. That's not the same in
3    France at all.
4    Q. Mm-hmm.
09:35:30 5    A. But if you want to go to a court,
6    obviously, you need to have a certain degree.
7    Q. Okay. But if you don't want to go to
8    court and you just want to practice inside a
9    corporation, what is the procedure in France?
09:35:40 10    A. Well, the procedure is that either you
11    have a law degree from a university or either you
12    have experience.
13    Q. Okay. And how do you obtain that
14    experience?
09:35:50 15    A. Well, it's throughout the years.
16    Q. Okay.
17    A. I'm working with external legal
18    counsel --
19    Q. Okay.
09:35:56 20    A. -- now.
21    Q. Are you licensed to practice law before
22    the European Trademark and Patent Office?

Page 47

09:36:03 1    A. No.
2    Q. Okay. Before the French Trademark and
3    Patent Office?
4    A. No.
09:36:23 5    Q. Are you licensed to practice law in any
6    context anywhere?
7    MR. GRACE: Objection.
8    BY MS. ABREU:
9    Q. You're entitled to answer. Yeah, you
09:36:33 10    can answer the question.
11    MR. GRACE: Go ahead and answer it.
12    THE WITNESS: Okay.
13    No.
14    BY MS. ABREU:
09:36:38 15    Q. Okay. You mentioned you had some
16    experience practicing law. I'd like to talk to you
17    about that a little bit.
18    A. Mm-hmm.
19    Q. What kind of legal training do you have
09:36:55 20    aside from a --
21    A. Well --
22    Q. -- degree?

Page 48

09:36:58 1    A. -- I participated to a -- to different
2    legal training, which are organized by private
3    company, by a private firm, as you know, to
4    improve -- you have some companies like -- well,
09:37:13 5    you want the name of one? Tell you anything but,
6    you know, you have plenty of companies organization
7    things, some competition law, on your EU law, on
8    contractual law. So I attended these type of -- of
9    seminars.
09:37:30 10    Q. And were these seminars run by -- when
11    you say private company, do you mean private
12    corporations?
13    A. Yes, private corporations.
14    Q. Okay. Do you recall how many seminars,
09:37:43 15    approximately, you've attended throughout your
16    career?
17    A. No. You're talking about a period of 17
18    years. So, I mean, it's --
19    Q. Okay.
09:37:48 20    A. -- it's a bit difficult to recall.
21    Q. Would you say you attended one or two a
22    year?

Page 49

09:37:55 1    A. Yes, roughly.
2    Q. Okay.
3    A. Maybe more sometimes.
4    Q. Do you have any other legal training
09:38:08 5    besides attending these seminars?
6    A. I learned a lot from external counsels,
7    working will external counsels. So, I mean, if you
8    can count that as legal training, but that teaches
9    you a lot.
09:38:25 10    Q. How often did you work with outside
11    counsel?
12    A. On a regular basis.
13    Q. Okay. When you say "on a regular
14    basis," do you say -- do you mean once or twice a
09:38:35 15    month? Once or twice a year?
16    A. It depends on the subject you have to
17    deal with. It's when you have something to --
18    to -- to treat. I mean, you contact an external
19    lawyer --
09:38:49 20    Q. Okay.
21    A. -- so.
22    Q. Do you recall approximately with what

13 (Pages 46 to 49)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-

JT-A-715

ESQUIRE DEPOSITION SERVICES

Page 50

09:38:53  1   frequency you contacted external --
        2       A.  Well --
        3       Q.  -- lawyers?
        4       A.  -- we'll one or two months, once or
09:38:57  5   twice a month.  But that can be on a regular basis.
        6   But sometimes it can be every -- every day if you
        7   have something to -- to discuss.  It depends on the
        8   subject matter.
        9       Q.  Sure.  And how long have you worked in a
09:39:19 10   legal capacity inside corporations?
       11       A.  For -- well, as such, more than 15
       12   years.
       13       Q.  Okay.  And was the bulk of that at
       14   Ethypharm of that -- of those 15 --
09:39:47 15       A.  Yes.
       16       Q.  -- years?
       17       A.  Yes.
       18       Q.  Okay.  Okay.
       19       A.  So except for -- for the past two or
09:39:52 20   three years.
       21       Q.  For the past two or three years that you
       22   were in --

Page 51

09:39:55  1       A.  Yeah.
        2       Q.  -- Brussels?
        3           So say 13 of those years were at
        4   Ethypharm?
09:40:01  5       A.  Mm-hmm.
        6       Q.  So your experience was pretty much the
        7   experience you had at Ethypharm drafting
        8   contracts --
        9       A.  Mm-hmm.
09:40:09 10       Q.  -- and -- and -- and some involvement in
       11   IP; is that correct?
       12       A.  Yes.
       13       Q.  Okay.  Okay.  Is there any other legal
       14   training or education or licensing that you have
09:40:22 15   that we have not yet discussed?
       16       A.  I don't believe so, no.
       17       Q.  Okay.  Okay.  Okay.  Fair enough.
       18           Aside from Mr. -- let's talk about
       19   Mr. Leduc for a little bit, because you mentioned
09:40:39 20   you reported to him.
       21       A.  Mm-hmm.
       22       Q.  Do you know what his educational

Page 52

09:40:43  1   background is?
        2       A.  He's a chemical engineer.  He graduate
        3   also in patent and trademark at the University of
        4   Strasburg.
09:40:56  5       Q.  Mm-hmm.
        6       A.  And he did an MBA in marketing,
        7   something like that so.
        8       Q.  Do you know if he's licensed to practice
        9   law?
09:41:06 10       A.  No.  As far as I know, no.
       11       Q.  Did he have any legal role at Ethypharm?
       12           MR. GRACE:  Objection.  Calls for a
       13   legal conclusion.
       14           THE WITNESS:  Was --
09:41:22 15   BY MS. ABREU:
       16       Q.  You can answer.
       17       A.  He was a general manager of the --
       18       Q.  Okay.
       19       A.  -- company.
09:41:27 20       Q.  Just general manager.
       21           Did he work with the legal department?
       22       A.  Was working as general manager.

Page 53

09:41:32  1       Q.  Okay.  During your employment at
        2   Ethypharm were you ever on the Ethypharm Board of
        3   Directors?
        4       A.  Yes, at a -- at a period.
09:41:48  5       Q.  Do you recall what that period was?
        6       A.  2000, 2000-2002.
        7       Q.  Okay.  And what was your role on the
        8   Board of Directors during that period?
        9       A.  Just -- just having to look at the
09:42:12 10   problems, you know, with the other directors in
       11   improving the -- the management and the functioning
       12   of the company.  And as far as I was concerned.
       13   That was in relation with the legal department, my
       14   share of the legal department.
09:42:24 15       Q.  Mm-hmm.  Would you also say that by
       16   looking at problems you had a managerial role?
       17       A.  Some way.
       18       Q.  Okay.  Prior to Ethypharm were you
       19   employed?
09:42:47 20       A.  No.
       21       Q.  Okay.  Were you in school?
       22       A.  Yes.

14  (Pages 50 to 53)

e70537fb-d96b-

JT-A-716

ESQUIRE DEPOSITION SERVICES

Page 54

09:42:48 1      Q. Okay. So you joined Ethypharm right
2 after school?
3      A. Yes.
4      Q. Okay. What were the circumstances of
09:42:56 5 your depart -- departure from Ethypharm?
6      A. My husband was now in Brussels, the
7 Urban Commission.
8      Q. Mm-hmm. And this was in August of --
9      A. Yes.
09:43:06 10      Q. -- 2003?
11      A. Yes.
12      Q. So did you resign your position at
13 Ethypharm?
14      A. Yes.
09:43:37 15      Q. Were you asked to leave?
16      A. No.
17      Q. Before you left Ethypharm in August of
18 2003, had you been -- had your performance been
19 reviewed?
09:43:56 20      A. Yes --
21      Q. Okay.
22      A. -- as everyone.

Page 55

09:43:58 1      Q. Okay. Sure. And what were the -- what
2 kind of performance reviews did you get in, let's
3 say, the last performance review before you left
4 Ethypharm.
09:44:09 5      A. Well, everything was fine.
6      Q. Okay.
7      A. No, it was not a performance review as
8 in big companies, where you have everything, which
9 is very --
09:44:19 10      Q. Sure.
11      A. -- straight. It's just talking more --
12      Q. Sure.
13      A. -- and fixing the problems.
14      Q. Sure. And what did they say about your
09:44:24 15 performance?
16      A. Nothing special. I mean it was fine.
17      Q. Okay. Was it Mr. Leduc who reviewed
18 the --
19      A. Yes.
09:44:32 20      Q. -- performance?
21      A. Yes.
22      Q. And is your husband still on Commission?

Page 56

09:44:44 1      A. No, he is not. That's why I'm back.
2      Q. Okay. Fair enough. All right. Okay.
3      Ms. Joannesse, have you ever of my
4 client Bentley Pharmaceuticals, Inc.?
09:45:00 5      A. Yes.
6      Q. Okay. Is it okay with you if I refer to
7 Bentley as Bentley during this deposition?
8      A. Yes.
9      Q. Okay. Have you ever heard of
09:45:09 10 Laboratorios Belmac S.A.?
11      A. Yes.
12      Q. Yes.
13      And what is your understanding of what
14 Laboratorios Belmac S.A. does?
09:45:22 15      A. Manufacturing pharmaceutical products.
16      Q. Okay. And where is it located?
17      A. S.A. -- S.A., you're talking about the
18 Spanish or the American one corporation.
19      Q. Laboratorios --
09:45:32 20      A. Laboratorios.
21      Q. -- Belmac S.A.?
22      A. So it's located in Madrid and Zaragoza.

Page 57

09:45:38 1      Q. And Madrid and Zaragoza.
2      And do you know -- are you aware of any
3 relationship between Bentley and Laboratorios
4 Belmac?
09:45:52 5      A. Yes.
6      Q. And what is that relationship?
7      A. Bentley is the mother company of
8 Laboratorios Belmac.
9      Q. Okay. And when you say "mother
09:45:52 10 company," would it -- would you say is that -- does
11 that mean Laboratorios Belmac is a subsidiary of
12 Bentley Pharmaceuticals?
13      A. I don't know exactly the exact -- the
14 format of the relationship between the companies.
09:46:03 15      Q. Mother company in France, when you say
16 something is a mother company, what do you mean by
17 that?
18      A. It's owning the capital of -- of the
19 subsidiary. Actually, it's a parent company.
09:46:16 20      Q. A parent, okay.
21      So -- so -- so Bentley is the parent
22 company of Laboratorios Belmac S.A. you're saying?

15 (Pages 54 to 57)

e70537fb-d96b-46

JT-A-717

ESQUIRE DEPOSITION SERVICES

| Page 58 | Page 60 |
|---|---|

Page 58

09:46:21 1    A. I'd be very careful with the words in
2    English to make sure that we use the -- I used the
3    proper words. And what I mean is that Bentley is
4    owning the capital of the Laboratorios Belmac.
09:46:35 5    Q. Just like Ethypharm France owns --
6    A. Yes.
7    Q. -- Ethypharm Spain?
8    A. Yes.
9    Q. So Ethypharm Spain is a subsidiary of
09:46:42 10   Ethypharm France --
11   A. Yes.
12   Q. -- correct?
13   A. Yes, correct.
14   Q. So Laboratorios Belmac is a subsidiary
09:46:45 15  of Bentley; is that correct?
16   A. I -- I think so, yes.
17   Q. Okay.
18   A. That's my understanding.
19   Q. That's your understanding.
09:46:50 20       And was that your understanding while
21   you worked at Ethypharm?
22   A. Yes.

Page 59

09:46:54 1    Q. Okay. During this deposition is it okay
2    if I refer to Laboratorios Belmac S.A. as Belmac?
3    A. Yes.
4    Q. Okay. Have you ever heard of James
09:47:08 5   Murphy?
6    A. Yes.
7    Q. Okay. And -- and who is he?
8    A. Is the president of Bentley and -- and
9    also he had -- I think he has a position as
09:47:18 10  director, something like that, in Belmac.
11   Q. In Belmac in Spain?
12   A. But for me, he's the president of
13   Bentley, first.
14   Q. Okay. But you are aware, while you
09:47:26 15  worked at Ethypharm that he had both positions --
16   A. Yes.
17   Q. -- correct? Okay.
18       And when -- do you recall approximately
19   when you first met Mr. Murphy?
09:47:40 20  A. No, I can't tell. You know, I just met
21   him in the corridor once, but I won't say exactly
22   which -- which year it was.

Page 60

09:47:46 1    Q. And in the corridor of where?
2    A. The offices there in -- in France.
3    Q. Okay. Do you remember whether that was
4    early on in your tenure at Ethypharm or toward the
09:48:03 5   end of it?
6    A. Toward the end, I would say. We were in
7    Saint Cloud already.
8    Q. Saint Cloud.
9       So around the year 2000, 2003, something
09:48:16 10  like that?
11   A. No, before that.
12   Q. Okay.
13   A. I think so. But I -- I just can't
14   remember --
09:48:21 15  Q. You can't?
16   A. -- exactly the day, but I think it was
17   before -- it was, for sure, before 2003.
18   Q. Okay. So --
19   A. It was probably 1999 or 2000, maybe
09:48:30 20  2000, but I just don't recall exactly.
21   Q. Okay. Had you heard of Mr. Murphy
22   before you met him?

Page 61

09:48:41 1    A. Oh, yes.
2    Q. Okay. From whom?
3    A. From the exchange we had on the issues
4    in relation with Belmac.
09:48:52 5   Q. Mm-hmm?
6    A. So correspondence between Mr. Debrégeas
7    and Mr. Leduc.
8    Q. Okay. And when would you say was the
9    first time you heard Mr. Murphy's name?
09:49:03 10  A. It's difficult to say. I mean, I think
11   it's -- I think it's when -- when Belmac
12   Corporation bought Rimafar, around these years. I
13   can't remember exactly. But from the beginning,
14   the name appeared in the -- in the conversation,
09:49:25 15  but I wouldn't say exactly the year either, but
16   some time ago.
17   Q. Okay. And from the beginning, were you
18   aware that he had both roles, the one in Belmac in
19   Spain and the one in Bentley in the United States?
09:49:43 20  A. Yes.
21   Q. Okay. And at that time, I understand it
22   may have been called Belmac Corporation but I'll

16 (Pages 58 to 61)

e70537fb-d96b-4e

JT-A-718

ESQUIRE DEPOSITION SERVICES

| | Page 62 |
|---|---|
| 09:49:52 1 | refer -- |
| 2 | A. Yes. |
| 3 | Q. -- Bentley in the United -- |
| 4 | A. Yeah. |
| 09:49:56 5 | Q. -- in the United States. And it's |
| 6 | Belmac Corporation United States -- |
| 7 | A. Yeah. |
| 8 | Q. -- as Bentley for -- for ease of |
| 9 | reference. Is that okay with you? |
| 09:50:01 10 | A. That's fine. |
| 11 | Q. Okay. |
| 12 | MS. ABREU: I'd like to mark the |
| 13 | business card, please, as Exhibit 1. |
| 14 | (Joannesse Deposition Exhibit No. 1 |
| 09:50:16 15 | was marked for Identification.) |
| 16 | (Witness reviews document.) |
| 17 | BY MS. ABREU: |
| 18 | Q. Ms. Joannesse if you could please review |
| 19 | Exhibit 1 and tell me if you have seen that |
| 09:51:07 20 | document before? |
| 21 | A. Most probably, yes. |
| 22 | Q. Okay. Okay. |

| | Page 63 |
|---|---|
| 09:51:14 1 | A. Most probably. |
| 2 | Q. And is it -- is it okay with you, can we |
| 3 | agree that that is Mr. Murphy's business card from |
| 4 | Bentley Pharmaceuticals Inc.? |
| 09:51:25 5 | A. Yes. |
| 6 | Q. Okay. And is it fair to say, given your |
| 7 | prior testimony today, that throughout your |
| 8 | employment at Ethypharm, as you said from the very |
| 9 | beginning after -- shortly after Belmac Corporation |
| 09:51:39 10 | purchased Rimafar, that you were aware that |
| 11 | Mr. Murphy had those positions as Chairman and CEO |
| 12 | of Bentley Pharmaceuticals Inc.? |
| 13 | A. Yes. |
| 14 | Q. Okay. Thank you. |
| 09:51:56 15 | A. We can use -- |
| 16 | Q. You can keep that. |
| 17 | A. Ah. |
| 18 | Q. We'll just keep putting all the -- |
| 19 | A. Okay. |
| 09:51:59 20 | Q. -- exhibits on top of each other and the |
| 21 | Court Reporter will take them at the end. |
| 22 | Okay. During your employment at |

| | Page 64 |
|---|---|
| 09:52:06 1 | Ethypharm in -- in France was there -- you |
| 2 | mentioned that Ethypharm Spain was a subsidiary -- |
| 3 | A. Mm-hmm. |
| 4 | Q. -- is that correct? |
| 09:52:19 5 | Were you ever involved with the business |
| 6 | of Ethypharm S.A. Spain? |
| 7 | A. No. |
| 8 | Q. Okay. Were you ever involved with any |
| 9 | of the legal issues in the contracts of Ethypharm |
| 09:52:28 10 | Spain? |
| 11 | A. Yes, sometimes on some location, yes. |
| 12 | Q. Okay. And what was that involvement |
| 13 | that you had? |
| 14 | A. When we -- we had customers for Spain, |
| 09:52:42 15 | for example, we were drafting some agreements, as I |
| 16 | told you before. |
| 17 | Q. Did you also draft agreements with the |
| 18 | suppliers of Ethypharm Spain? |
| 19 | A. With the suppliers themselves, not so |
| 09:53:05 20 | many. |
| 21 | Q. Okay. |
| 22 | A. No. We had not so many. |

| | Page 65 |
|---|---|
| 09:53:08 1 | Q. While you were there, who was the |
| 2 | biggest customer of Ethypharm Spain at the time? |
| 3 | Do you recall? |
| 4 | A. When? Which time? |
| 09:53:16 5 | Q. Throughout your tenure at Ethypharm, if |
| 6 | it changed, if you could please -- |
| 7 | A. The biggest -- |
| 8 | Q. -- tell us. |
| 9 | A. -- customers, it depends on -- on the |
| 09:53:23 10 | products, obviously, that we had. They had several |
| 11 | customers. |
| 12 | Q. For Omeprazole, who was the biggest |
| 13 | customer? |
| 14 | A. For -- for Omeprazole, they had |
| 09:53:34 15 | different, and I think that Belmac was probably |
| 16 | the -- the biggest customer. |
| 17 | Q. Okay. So were you involved in drafting |
| 18 | agreements between Ethypharm Spain or any Ethypharm |
| 19 | entity in Laboratorios Belmac? |
| 09:53:50 20 | A. Yes. Some of them, yes. |
| 21 | Q. And who was involved in draft -- who |
| 22 | else was involved in drafting agreements with -- |

17 (Pages 62 to 65)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-4...

JT-A-719

ESQUIRE DEPOSITION SERVICES

| Page 66 | Page 68 |
|---|---|
| 09:53:58 1 with Belmac? | 09:56:02 1 involved with? |
| 2 A. As I told you, some time. But for | 2 A. Agreement and IP. |
| 3 Belmac, itself, I can't tell. But sometime the | 3 Q. Do you recall about how frequently you |
| 4 subsidiary was working, drafting small agreements | 4 were in touch with Ethypharm Spain during your |
| 09:54:12 5 themselves or asking a local attorney to do it. | 09:56:23 5 tenure at Ethypharm? |
| 6 Q. They drafted small disagreements, but | 6 A. Like, again, it depends on the subject |
| 7 any major or an employment agreement -- | 7 you have to deal with. But I would say every month |
| 8 A. Mm-hmm. | 8 obviously, at least once -- once a month. |
| 9 Q. -- would have been run by you. Correct? | 9 Q. Were you ever in touch with Ethypharm |
| 09:54:27 10 A. Normally, yes. | 09:56:38 10 Spain concerning Belmac? |
| 11 Q. Okay. Did you have any positions at any | 11 A. Yes. |
| 12 other Ethypharm entity -- | 12 Q. Okay. And when was that? |
| 13 A. No. | 13 A. Different moment during over the -- the |
| 14 Q. -- while -- you were at just France? | 14 years. I mean, depending if there was anything to |
| 09:54:41 15 A. Yes. | 09:56:55 15 discuss and -- and/or any -- anything I had to |
| 16 Q. Okay. | 16 prepare. |
| 17 MR. GRACE: You should let counsel | 17 Q. Okay. Were you ever in touch with the |
| 18 finish her question before you answer. | 18 Spanish subsidiary concerning draft agreements with |
| 19 THE WITNESS: Mm-hmm. | 19 Laboratorios Belmac? |
| 09:54:49 20 MR. GRACE: Okay. You're talking over | 09:57:05 20 A. Yes. |
| 21 her a little bit. | 21 Q. And who did you contact at Ethypharm |
| 22 THE WITNESS: Okay. Sorry. | 22 Spain? Who was your primary contact? |

| Page 67 | Page 69 |
|---|---|
| 09:54:58 1 BY MS. ABREU: | 09:57:12 1 A. Adolfo de Basilio. |
| 2 Q. And did you have any interactions with | 2 Q. Anyone else besides Mr. de Basilio? |
| 3 the Spanish subsidiary as during your tenure at | 3 A. No. |
| 4 Ethypharm? | 4 Q. Were you ever -- did you ever |
| 09:55:07 5 A. Normal interaction. You know, you have | 09:57:23 5 communicate with Mr. de Basilio regarding Bentley |
| 6 when you're working with a subsidiary, which are | 6 in the United States? |
| 7 your clients. | 7 A. Yes. |
| 8 Q. Okay. And what -- what was that normal | 8 Q. And when was that? |
| 9 interaction? | 9 A. On different occasions, when we've had |
| 09:55:18 10 A. Helping the business. | 09:57:34 10 any major issue in the relationship between |
| 11 Q. And when you say that, what do you mean? | 11 Ethypharm and Belmac. |
| 12 Did you exchange drafts with the subsidiaries? | 12 Q. And could you describe such major |
| 13 A. Yes, yes. | 13 issues. |
| 14 Q. Okay. Did you communicate with the | 14 A. It was more a question of whether we're |
| 09:55:33 15 subsidiaries about customers? | 09:57:51 15 continuing the relationship, the cooperation |
| 16 A. Yes. In time, yes, when the legal | 16 between the two companies or not. |
| 17 issues were involved. | 17 Q. And what was the relationship between |
| 18 Q. Were you involved with litigation of the | 18 Ethypharm and Bentley in the United States? |
| 19 subsidiaries? | 19 A. Excuse me, can you repeat? |
| 09:55:56 20 A. Depending on the type of litigation. | 09:58:06 20 Q. Sure. |
| 21 Sometime, yes. | 21 A. Yeah. |
| 22 Q. What kinds of litigation were you | 22 Q. When you say whether to continue the |

18 (Pages 66 to 69)

e70537fb-d96b-4

JT-A-720

ESQUIRE DEPOSITION SERVICES

| Page 70 | |
|---|---|
| 09:58:10 | 1 | relationship -- |
| | 2 | A. Yes. |
| | 3 | Q. -- what was that relationship with |
| | 4 | Bentley in the United States? |
| 09:58:12 | 5 | A. Whether we would come to manufacturing |
| | 6 | the product -- the products in the Spanish plant, |
| | 7 | Belmac Spanish plant. |
| | 8 | Q. In Laboratorios Belmac? |
| | 9 | A. In Laboratorios Belmac. |
| 09:58:23 | 10 | Q. So with regard to whether to continue |
| | 11 | the relationship with Laboratorios -- |
| | 12 | A. Yes. |
| | 13 | Q. -- Belmac? Okay. Okay. |
| | 14 | Any other major issues that you would |
| 09:58:35 | 15 | have discussed with Bentley with Mr. de Basilio? |
| | 16 | A. No. It's all around the terms of |
| | 17 | corporation (sic), the corporation (sic) strategy. |
| | 18 | Q. And when you say the corporation (sic) |
| | 19 | strategy, do you mean that of Ethypharm? |
| 09:58:55 | 20 | A. Between the two -- two companies, |
| | 21 | Ethypharm and Bentley Belmac, the two groups of |
| | 22 | companies. |

| Page 71 | |
|---|---|
| 09:59:00 | 1 | Q. Okay. |
| | 2 | MR. GRACE: The word -- you were saying |
| | 3 | a word "corporation." You're saying cooperation? |
| | 4 | THE WITNESS: Cooperation. |
| 09:59:11 | 5 | MR. GRACE: Okay. |
| | 6 | THE WITNESS: Cooperation. |
| | 7 | BY MS. ABREU: |
| | 8 | Q. Oh, cooperation? |
| | 9 | A. Yes. |
| 09:59:14 | 10 | Q. Okay. All right. |
| | 11 | A. Sorry. Yeah. |
| | 12 | Q. Okay. |
| | 13 | MS. ABREU: Thank you for clarifying |
| | 14 | that. |
| 09:59:21 | 15 | BY MS. ABREU: |
| | 16 | Q. Did you ever contact or communicate with |
| | 17 | Mr. de Basilio regarding Omeprazole? |
| | 18 | A. Yes. |
| | 19 | Q. Okay. And how often did you communicate |
| 09:59:32 | 20 | with him about that? |
| | 21 | A. Whenever necessary. |
| | 22 | Q. Okay. And any other pellet drugs in |

| Page 72 | |
|---|---|
| 09:59:43 | 1 | Spain did you communicate with Mr. de Basilio -- |
| | 2 | A. Yes. |
| | 3 | Q. -- about? |
| | 4 | A. Yes. |
| 09:59:48 | 5 | Q. Okay. |
| | 6 | A. All the -- all the pellets were |
| | 7 | manufactured, yes. |
| | 8 | Q. And -- and where did Ethypharm |
| | 9 | manufacture -- Ethypharm Spain manufacture pellets |
| 09:59:56 | 10 | drugs in Omeprazole? |
| | 11 | A. At Belmac's plant. |
| | 12 | Q. In Zaragoza? |
| | 13 | A. In Zaragoza. |
| | 14 | Q. Okay. Did Ethypharm ever manufacture or |
| 10:00:15 | 15 | contract for the manufacturing of Omeprazole with |
| | 16 | pellet drugs in Bentley in the United States? |
| | 17 | A. Bentley was not a manufacturer as far as |
| | 18 | I know. |
| | 19 | Q. Okay. Okay. And do you recall |
| 10:00:44 | 20 | approximately when Ethypharm began to manufacture |
| | 21 | Omeprazole and other pellet drugs in Zara -- at |
| | 22 | Belmac's plant in Zaragoza? |

| Page 73 | |
|---|---|
| 10:00:58 | 1 | A. It began before Belmac, beyond Rimafar. |
| | 2 | I think it was in the early nineties. |
| | 3 | Q. Okay. And do you recall who -- who was |
| | 4 | the primary contact at Ethypharm at labor -- at |
| 10:01:21 | 5 | Laboratorios Rimafar in the early nineties? |
| | 6 | A. No, I don't recall the name. |
| | 7 | Q. Okay. Does Mr. Perez de Ayala sound |
| | 8 | familiar? |
| | 9 | A. Yes, I've seen his name, yes. |
| 10:01:41 | 10 | Q. Okay. And you -- you mentioned that |
| | 11 | the relation -- that Ethypharm began to |
| | 12 | manufacturer Omeprazole and pellet drugs at Rimafar |
| | 13 | before it was purchased by -- |
| | 14 | A. Mm-hmm. |
| 10:01:55 | 15 | Q. -- what was then Belmac Corporation -- |
| | 16 | A. Mm-hmm. |
| | 17 | Q. -- is that correct? |
| | 18 | A. Yes. |
| | 19 | Q. Okay. Were you -- during that early |
| 10:02:02 | 20 | period with Rimafar, and do you recall if there |
| | 21 | were any written agreements or any written draft |
| | 22 | agreements with Rimafar for the manufacturer of the |

19 (Pages 70 to 73)

e70537fb-d96b-4

JT-A-721

ESQUIRE DEPOSITION SERVICES

| | Page 74 | | Page 76 |
|---|---|---|---|
| 10:02:11 1 | Omeprazole and other pellets drugs? | 10:04:11 1 | Q. -- as the file for Laboratorios -- |
| 2 | A. Yes, there was something which was | 2 | A. Yes. |
| 3 | drafted, not binding, but it was something which | 3 | Q. -- Belmac? |
| 4 | was drafted and -- but which was not fully signed. | 4 | A. Yes. |
| 10:02:26 5 | Q. Do you recall who drafted it? | 10:04:14 5 | Q. Okay. And that was in it? |
| 6 | A. No. | 6 | A. Yes. |
| 7 | Q. Do you recall whether it was somebody at | 7 | Q. Okay. And you said you don't know who |
| 8 | Ethypharm or somebody at Rimafar who drafted it? | 8 | drafted this? |
| 9 | A. I can't tell. | 9 | A. No. |
| 10:02:33 10 | Q. Okay. | 10:04:21 10 | Q. Do you recall anything about the |
| 11 | MS. ABREU: I'm going to show you a | 11 | negotiation of this agreement? |
| 12 | document that I'd like marked as Exhibit 2. | 12 | A. No. I didn't participate. |
| 13 | (Joannesse Deposition Exhibit No. 2 | 13 | Q. You didn't participate? |
| 14 | was marked for Identification.) | 14 | A. No. |
| 10:03:17 15 | BY MS. ABREU: | 10:04:27 15 | Q. Do you know who participated in the |
| 16 | Q. And if you could please let me know when | 16 | negotiation of this? |
| 17 | you've had a chance to -- to review that. | 17 | A. Well, Mr. Debrégeas. |
| 18 | I'm not going to ask you details about | 18 | Q. Mm-hmm. |
| 19 | the terms, but if you could just please take a look | 19 | A. Because he signed the agreement. |
| 10:03:26 20 | at it, familiarize yourself with the document. | 10:04:36 20 | Q. Mm-hmm. |
| 21 | MS. HIGGINS: This is two? | 21 | A. And Mr. de Ayala for -- on behalf of |
| 22 | MS. ABREU: Yeah, this is two. | 22 | Rimafar, but I can't tell if there were other |

| | Page 75 | | Page 77 |
|---|---|---|---|
| 10:03:36 1 | THE WITNESS: Well, I've seen this | 10:04:49 1 | people. |
| 2 | document along with the agreements that was part of | 2 | Q. Okay. And if you could please read |
| 3 | the agreement that Ethypharm signed. As I told | 3 | right under where it says Contrato De Fabricación |
| 4 | you, I was not involved with the drafting. | 4 | manufacturing Contract. |
| 10:03:47 5 | BY MS. ABREU: | 10:04:58 5 | A. Mm-hmm. |
| 6 | Q. Okay. | 6 | Q. Who were the parties as listed there to |
| 7 | A. And -- well, I know this agreement | 7 | the agreement? |
| 8 | because it was part of the documents we had. | 8 | A. This is from S.A., the subsidiary and |
| 9 | Q. The part -- the documents, did you keep | 9 | Laboratorios Rimafar. |
| 10:03:54 10 | a file in -- | 10:05:11 10 | Q. Okay. And when you say the subsidiary, |
| 11 | A. Yes. | 11 | do you mean the Spanish subsidiary -- |
| 12 | Q. -- the legal -- | 12 | A. The Spanish subsidiary, yes. |
| 13 | Was that in your file? | 13 | Q. -- of Ethypharm? |
| 14 | A. Yes. | 14 | And is Laboratorios Rimafar also located |
| 10:03:56 15 | Q. Okay. Did you have a file that was | 10:05:18 15 | in Madrid? |
| 16 | specific for agreements with Laboratorios Belmac? | 16 | A. Yes. |
| 17 | A. Yes. | 17 | Q. Okay. And Mr. Debrégeas was |
| 18 | Q. Okay. Did you have a file that was | 18 | representing the Ethypharm Spanish subsidiary -- |
| 19 | specific for any agreements with Bentley? | 19 | A. Yes. |
| 10:04:09 20 | A. Yes, to say. | 10:05:28 20 | Q. -- is that correct? |
| 21 | Q. Well, was it the same file as -- | 21 | Did Mr. Debrégeas have a position in |
| 22 | A. Yes. | 22 | Ethypharm Spain at the time? |

20 (Pages 74 to 77)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-

JT-A-722

ESQUIRE DEPOSITION SERVICES

Page 78

10:05:35 1    A.  Yes.
2    Q.  And --
3    A.  He was the president, as I mentioned.
4    Q.  Okay.  And did he also have a position
10:05:40 5  in Ethypharm in France at the time?
6    A.  Yes.  He was the president.
7    Q.  And Ethypharm France is not a party to
8  this agreement, is it?
9    A.  No.  But it doesn't need to be.
10:05:58 10    Q.  Okay.  And why is that?
11    A.  Because it's an agreement on
12  manufacturing a product which involves the
13  subsidiary and the Spanish company.
14    Q.  To your knowledge, as -- as
10:06:13 15  being -- as an attorney, do you know if there was
16  any legal impediment to Ethypharm France being a
17  party to this agreement?
18    A.  No.
19    Q.  No?  Okay.
10:06:24 20    So if -- if Mr. Debrégeas wanted to, he
21  could have also said Ethypharm France and Ethypharm
22  Spain; is that correct?

Page 79

10:06:34 1    A.  Usually these type of agreements, they
2  have also purpose to be given to the authorities,
3  you know, to show who is manufacturing, who are the
4  contractors.  And this is normal that you have it
10:06:47 5  between the two Spanish companies --
6    Q.  Okay.
7    A.  -- and not to involve the French
8  company, even if it has an impact, obviously, on
9  the signature of this agreement.
10:06:56 10    Q.  But there's no legal prohibition to
11  involving the French company here; is -- is that
12  correct?
13    MR. GRACE:  Objection.  Calls for a
14  legal conclusion.
10:07:05 15    You can answer --
16    MS. ABREU:  You can answer.
17    MR. GRACE:  -- to the extent of your
18  understanding.
19    MS. ABREU:  Yes.
10:07:11 20    THE WITNESS:  I don't think so.  But I
21  think it's not necessary.
22

Page 80

10:07:13 1  BY MS. ABREU:
2    Q.  Okay.  It's not necessary but there's no
3  prohibition?
4    A.  Prohibition as such, no --
10:07:19 5    Q.  Okay.
6    A.  -- as far as I know.
7    Q.  Do you know whether this particular
8  agreement was ever shown to the Spanish
9  authorities?
10:07:24 10    A.  I couldn't tell you.
11    Q.  Okay.
12    A.  No.
13    Q.  Okay.
14    MS. ABREU:  And I would like to mark
10:07:41 15  another document as Exhibit 3, the 6 November '92,
16  yeah.  Okay.  Thank you.
17    (Joannesse Deposition Exhibit No. 3
18    was marked for Identification.)
19  BY MS. ABREU:
10:08:26 20    Q.  Ms. Joannesse, if you could please let
21  me know when you've had a chance to review that
22  document.

Page 81

10:08:31 1    (Witness reviews document.)
2  BY MS. ABREU:
3    Q.  Have you seen the document marked as
4  Exhibit 3 before?
10:10:11 5    A.  Yes.
6    Q.  Okay.  Was this one of the documents
7  that was in your Belmac --
8    A.  Yes.
9    Q.  -- Bentley file?
10:10:16 10    A.  Mm-hmm.
11    Q.  Did you have any involvement in drafting
12  this agreement -- this -- this document?
13    A.  No.
14    Q.  Okay.  Can you tell us what the document
10:10:26 15  marked as Exhibit 3 is?
16    A.  It's a declaration made by Mr. Perez de
17  Ayala which confirms the -- confirms some of the
18  terms of the manufacturing of the products of
19  Ethypharm at Belmac and all about the investments
10:10:55 20  made at Laboratorios Belmac by Ethypharm --
21    Q.  Okay.
22    A.  -- namely the machines.

21  (Pages 78 to 81)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

ESQUIRE DEPOSITION SERVICES

Page 82

10:11:05 1    Q. And machines. And does it also attach a
         2    list of machines --
         3        A. Yes.
         4        Q. -- that were placed at a -- at the
10:11:12 5    Zaragoza --
         6        A. Yes.
         7        Q. -- facility --
         8        A. Mm-hmm.
         9        Q. -- by Ethypharm?
10:11:17 10       A. Yes.
         11       Q. Okay. Okay. And when you say that
         12   Ethypharm placed with Belmac and Belmac was in
         13   Spain obviously. Right?
         14       A. Yes, because the machines were in Spain.
10:11:30 15       Q. Okay. And can you tell us, to your
         16   knowledge, were any machines of Ethypharm's ever
         17   placed anywhere other than at the Zaragoza facility
         18   and Laboratorios Belmac?
         19       A. No, because, I mean, that was the object
10:11:49 20   of the corporation, manufacturing in Spain.
         21       Q. Okay. So no machines were ever shipped
         22   to United States to any --

Page 83

10:11:57 1        A. No.
         2        Q. -- Bentley facility?
         3        Okay.
         4        MR. GRACE: You need to let counsel
10:12:01 5    finish her question before you answer.
         6        MS. ABREU: Counsel, I think you've
         7    already stated that to the witness.
         8        MR. GRACE: Well, consider it restated
         9    until the witness does it. Please don't comment on
10:12:16 10   what I comment on.
         11       MS. ABREU: Well, if it's coaching the
         12   witness.
         13       MR. GRACE: Well, excuse me. It wasn't
         14   coaching the witness. For this record to be clear,
10:12:18 15   the witness needs to wait for you to finish your
         16   question.
         17       MS. ABREU: And I've already reviewed
         18   that with her earlier today, counsel. And I'd
         19   appreciate not interrupting my questioning.
10:12:27 20       MR. GRACE: No, I wasn't interrupting
         21   your questioning. I waited until you were finished
         22   and then until the witness came, and I wasn't

Page 84

10:12:32 1    coaching the witness.
         2        BY MS. ABREU:
         3        Q. Ms. Joannesse, if you could please look
         4    at the first page of the document marked as
10:12:40 5    Exhibit 3 and tell me right under where it says
         6    Manifesta.
         7        A. Mm-hmm.
         8        Q. Could you read that first sentence and
         9    tell us who this manifestation is between which
10:12:51 10   companies?
         11       A. It's between Laboratorios Belmac S.A.
         12   and Ethypharm S.A.
         13       Q. Okay. And is Ethypharm S.A. the Spanish
         14   subsidiary or the French company?
10:13:02 15       A. It does not say in this document.
         16       Q. Okay. So it's unclear.
         17       Okay. And I'd like you to -- and you
         18   understand -- to your understanding of under French
         19   law, does an agreement with a subsidiary company
10:13:22 20   also buying the parent corporation?
         21       A. I would say that it binds primarily the
         22   subsidiary, but, obviously, the parent company is

Page 85

10:13:40 1    involved in the -- in the -- as a link with what
         2    the subsidiary is doing, is responsible, as the
         3    terms, probably, I should say it in French.
         4        Q. And what is the basis of that link? Is
10:13:54 5    it the fact that the parent corporation owns the
         6    subsidiary?
         7        A. Yes.
         8        Q. Okay. Okay. And to your understanding,
         9    does an agreement under Spanish law that binds,
10:14:10 10   that -- that is with a subsidiary corporation, say
         11   in Ethypharm Spain --
         12       A. Mm-hmm.
         13       Q. -- also bind the parent corporation?
         14       A. I don't know Spanish law --
10:14:20 15       Q. Okay.
         16       A. -- so I can't tell.
         17       Q. Okay. Do you recall any written
         18   agreement between Ethypharm, either Spain or
         19   France, and Rimafar that was ever signed, executed
10:14:42 20   in full?
         21       A. No.
         22       Q. And are you aware that Rimafar was

22 (Pages 82 to 85)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-4

JT-A-724

ESQUIRE DEPOSITION SERVICES

| | Page 86 |
|---|---|
| 10:14:52 1 | subsequently purchased by Belmac Corporation? |
| 2 | A. Yeah, I learned it, yes. |
| 3 | Q. Okay. Do you recall when you learned |
| 4 | that fact? |
| 10:15:02 5 | A. No, not exactly. |
| 6 | Q. Okay. Did you have any contacts with |
| 7 | Belmac Corporation prior to its purchase of |
| 8 | Rimafar? |
| 9 | A. No. |
| 10:15:13 10 | Q. Okay. To your knowledge, did anyone |
| 11 | else at Ethypharm have any contacts with Belmac |
| 12 | Corporation prior to its purchase of Rimafar? |
| 13 | A. I don't know. |
| 14 | Q. To your knowledge, does either of the |
| 10:15:31 15 | Exhibits, 3 or Exhibit 2, apply to Lanzoprazole or |
| 16 | any other pellet drug asides from Omeprazole? |
| 17 | A. I think it applies to any product which |
| 18 | was manufactured in the factory. |
| 19 | Q. Okay. |
| 10:16:02 20 | A. Yeah. |
| 21 | Q. And do you recall which products |
| 22 | Ethypharm manufactured at the Zaragoza facility of |

| | Page 87 |
|---|---|
| 10:16:10 1 | Rimafar? |
| 2 | A. There were several products. I don't |
| 3 | recall all the names, but you had Indometacin, |
| 4 | Piroxican, Lanzoprazole, Diclofenac maybe. I just |
| 10:16:27 5 | don't recall. |
| 6 | Q. Ms. Joannesse, would you mind, for the |
| 7 | record, just perhaps writing down the name of the |
| 8 | products for the court reporter. |
| 9 | A. Yes. |
| 10:16:34 10 | (Illustrating.) |
| 11 | Q. Thank you. |
| 12 | And was Omeprazole -- just to clarify, |
| 13 | was Omeprazole also part of those or -- |
| 14 | A. Yes. |
| 10:17:04 15 | Q. -- one of those products? |
| 16 | A. Yes, mm-hmm. |
| 17 | Q. Would you mind writing that down for the |
| 18 | court reporter as well. |
| 19 | (Illustrating.) |
| 10:17:15 20 | Q. Okay. Is it okay with you if during |
| 21 | today's deposition I refer to Omeprazole and all of |
| 22 | those other products as the other pellet drugs? |

| | Page 88 |
|---|---|
| 10:17:26 1 | A. Mm-hmm. |
| 2 | Q. Okay. Thank you. That'll make things a |
| 3 | little faster for all of us. |
| 4 | Once Rimafar was purchased by Bentley, |
| 10:17:39 5 | which is now -- was then -- |
| 6 | A. Mm-hmm. |
| 7 | Q. -- Belmac Corporation, did Ethypharm |
| 8 | continue to pursue the manufacturer of Omeprazole |
| 9 | and other pellets drugs at the Zaragoza facility? |
| 10:17:54 10 | A. Yes. |
| 11 | Q. Okay. Do you know that as part of that |
| 12 | relationship for the manufacturer of these drugs, |
| 13 | if people -- if people at Ethypharm were in contact |
| 14 | with people at Laboratorios Belmac with regard to |
| 10:18:10 15 | this -- to the manufacturer? |
| 16 | A. Yes. |
| 17 | Q. Okay. Were you in contact with anyone |
| 18 | at Laboratorios Belmac? |
| 19 | A. No. |
| 10:18:18 20 | Q. Who would you say are the -- were the |
| 21 | primary contact people for Ethypharm at |
| 22 | Laboratorios Belmac for the manufacturing of these |

| | Page 89 |
|---|---|
| 10:18:26 1 | drugs? |
| 2 | A. Adolfo de Basilio. |
| 3 | Q. Do you know who Mr. de Basilio's primary |
| 4 | contacts were at Belmac? |
| 10:18:38 5 | A. I think it varies over the years. So I |
| 6 | can't tell exactly the name -- |
| 7 | Q. Okay. |
| 8 | A. -- just know the last name, Mr. Adolfo |
| 9 | Herrera. |
| 10:18:48 10 | Q. Okay. Prior to Mr. Herrera do you |
| 11 | remember any names? |
| 12 | A. No, frankly not. |
| 13 | Q. Okay. Have you ever heard of Clemente |
| 14 | Gonzalez Azpeitia? |
| 10:19:00 15 | A. Yes. |
| 16 | Q. Do you recall whether Mr. Clemente |
| 17 | Gonzalez was one of the contracts with |
| 18 | Mr. de Basilio at Belmac? |
| 19 | A. I would imagine. |
| 10:19:12 20 | Q. And who did you contact primarily when |
| 21 | you had to discuss an agreement or some other |
| 22 | intellectual property matter involving Laboratorios |

23 (Pages 86 to 89)

e70537fb-d96b-4

JT-A-725

ESQUIRE DEPOSITION SERVICES

| Page 90 |
|---|

10:19:31 1    Belmac?
2    A.  I would not contact Belmac directly.
3    Q.  Okay.  Would you go through
4    Mr. de Basilio always?
10:19:39 5    A.  Yes.
6    Q.  And do you know whether anybody else at
7    Ethypharm France would be in contact with -- direct
8    contact with anyone at Laboratorios Belmac?
9    A.  Yes.
10:20:01 10    Q.  And who -- who were those people?
11    A.  You had different people according to
12    the subject.  You had Domingo Bernabe.
13    Q.  Mm-hmm.
14    A.  You also had the people from the
10:20:12 15    insurance quality department, assurance quality
16    department, Marcelle Gavoille and Pierre Fontani.
17    You had people from Ethypharm France.
18    I'll write out the names.
19    Q.  Please.
10:20:28 20    A.  And from -- from the manufacturing part,
21    Pascal Oury, Philippe Boudal.
22        Well, you know it's a long corporation,

| Page 91 |
|---|

10:20:36 1    so you have plenty of people who got involved with
2    the manufacturer of products in Spain.
3    Q.  Okay.  And do you know if the persons
4    you just mentioned were they in contact with folks
10:20:55 5    down in the Zaragoza facility to your knowledge?
6    A.  They were in contact with people at
7    Zaragoza facility, yes.
8    Q.  Do you know who?
9    A.  No.
10:21:01 10    Q.  To your knowledge, did any of the
11    persons you've just mentioned have any contacts
12    with anyone at Bentley in the United States?
13    A.  No, no.
14    Q.  Okay.  Do you recall the frequency of
10:21:22 15    contacts between the persons that you just
16    mentioned --
17    A.  Can I just ask you --
18    Q.  Oh.
19    A.  -- five minutes --
10:21:29 20    Q.  No problem.
21    A.  -- so I can take names.
22    Q.  Take your time.

| Page 92 |
|---|

10:21:31 1        (Illustrating.)
2    BY MS. ABREU:
3    Q.  Do you recall the frequency with which
4    the -- you know, Mr. Bernabe, Ms. Gavoille,
10:22:00 5    Fontani, Oury, and Boudal, would be in contact with
6    Belmac personnel down in the Zaragoza facility?
7    A.  Mr. Bernabe was more frequently in
8    contact because he was working on that, Omeprazole.
9    And the others, it would depend on the need.
10:22:24 10    Q.  And Mr. Bernabe, to your knowledge,
11    how -- when you say frequent, would it be on a
12    monthly?  On a weekly basis?
13    A.  I can't say exactly.  You know, I'm
14    not -- not -- I was not involved in that, in his
10:22:38 15    traveling to Spain so, but he was --
16    Q.  Okay.
17    A.  -- frequently in Zaragoza, yes.
18    Q.  Okay.  Did you ever personally travel to
19    Spain?
10:22:50 20    A.  Yes.
21    Q.  And when was that?
22    A.  November 2002 or December 2002.  I

| Page 93 |
|---|

10:23:02 1    just -- it sounds like it's November-December.
2    Q.  And what was the purpose of your trip to
3    Spain?
4    A.  Infringement action.
10:23:16 5    Q.  Against whom?
6    A.  Belmac.
7    Q.  And where was that infringement action?
8    A.  It's taking place in Zaragoza.
9    Q.  In Spanish courts?
10:23:33 10    A.  Yes.
11    Q.  And during that trip, the
12    November-December of 2002 were you involved in --
13    where did you go?
14    A.  I go to the law offices of our patent
10:23:53 15    attorney.
16    Q.  Is that an outside patent attorney?
17    A.  Uh, yes.
18    Q.  And do you recall his name?
19    A.  Yes.  Antonio Castan.
10:24:01 20    Q.  Would you please spell that for the
21    court reporter?
22    A.  Yeah.

24  (Pages 90 to 93)

ESQUIRE DEPOSITION SERVICES

| | Page 94 |
|---|---|
| 10:24:13 1 | Q. And did you go anywhere else? |
| 2 | Did you go to the Zaragoza plant at all |
| 3 | during that trip? |
| 4 | A. No. |
| 10:24:21 5 | Q. Okay. And the infringement action |
| 6 | against Belmac, was that a patent infringement? |
| 7 | A. Yes. |
| 8 | Q. And what was the basis of the lawsuit? |
| 9 | What were the allegations by Ethypharm? |
| 10:24:43 10 | A. Belmac. |
| 11 | MR. GRACE: To the extent that they're |
| 12 | public. I mean, you can talk about what's in the |
| 13 | public document. |
| 14 | THE WITNESS: Okay. |
| 10:24:55 15 | Just thinking it over, whether it's |
| 16 | public or not, because, I mean, there is a lawsuit |
| 17 | which is in place, and I don't know where -- at |
| 18 | which state it is right now because I have left the |
| 19 | company to -- |
| 10:25:06 20 | MS. ABREU: Counsel -- |
| 21 | THE WITNESS: -- even follow it. |
| 22 | MS. ABREU: -- just for -- to clarify |

| | Page 95 |
|---|---|
| 10:25:06 1 | for the record, is there an objection associated |
| 2 | with that instruction? |
| 3 | MR. GRACE: Yes. |
| 4 | MS. ABREU: And what is that objection? |
| 10:25:14 5 | MR. GRACE: Attorney/client privilege. |
| 6 | MS. ABREU: Okay. And are you |
| 7 | instructing the client not to answer with respect |
| 8 | to matters that are not -- Ms. Joannesse not to |
| 9 | answer with matters that are not -- |
| 10:25:23 10 | MR. GRACE: Let -- let me understand. |
| 11 | Are you asking her questions about |
| 12 | allegations in the Spanish lawsuit? |
| 13 | MS. ABREU: In the Spanish lawsuit, |
| 14 | yeah, at this change -- |
| 10:25:29 15 | MR. GRACE: Okay. |
| 16 | MS. ABREU: -- in point. |
| 17 | MR. GRACE: Don't you have the Complaint |
| 18 | in that lawsuit? |
| 19 | MS. ABREU: Counsel, this is discovery, |
| 10:25:35 20 | and I'm entitled to ask questions. I'm just trying |
| 21 | to clarify for the record, because as, you know, |
| 22 | courts do like to have a clear record on |

| | Page 96 |
|---|---|
| 10:25:40 1 | instructions not to answer. |
| 2 | And if you could please clarify that. |
| 3 | MR. GRACE: You can answer what the |
| 4 | allegations are in the public lawsuit to the extent |
| 10:25:48 5 | that they're public. |
| 6 | THE WITNESS: Well, I'd rather not |
| 7 | answer to it, because I don't know exactly what is |
| 8 | public and what is not public. |
| 9 | So obviously, I know what was the |
| 10:26:10 10 | purpose of this infringement action. But now, I |
| 11 | would like to put the -- the action at stake -- |
| 12 | MS. ABREU: Mm-hmm. |
| 13 | THE WITNESS: -- so if you can |
| 14 | understand. |
| 10:26:21 15 | BY MS. ABREU: |
| 16 | Q. Do you -- |
| 17 | A. Rephrase your -- your question -- |
| 18 | Q. Let me rephrase the question. |
| 19 | A. -- maybe -- |
| 10:26:26 20 | Q. Okay. |
| 21 | A. -- in a different way. |
| 22 | Q. Does it involve the -- an allegation |

| | Page 97 |
|---|---|
| 10:26:29 1 | that Belmac is infringing in Ethypharm patent for |
| 2 | Omeprazole? |
| 3 | A. Yes. |
| 4 | Q. Okay. And does it involve the |
| 10:26:45 5 | allegation that Ethypharm -- the basis for that |
| 6 | allegation of infringement, is that Ethypharm -- |
| 7 | Belmac is continuing to manufacture Omeprazole in |
| 8 | Spain in the Zaragoza facilities right now? |
| 9 | A. Right now, I can't tell you because I |
| 10:26:56 10 | have -- |
| 11 | Q. Or at that time. |
| 12 | A. But at the time, yes. |
| 13 | Q. Okay. Did you ever visit the Zaragoza |
| 14 | facility? |
| 10:27:06 15 | A. No. |
| 16 | Q. Okay. |
| 17 | A. Never. |
| 18 | Q. Did you ever -- aside from this trip to |
| 19 | -- during that trip to Spain in December of 2002 or |
| 10:27:15 20 | November of 2002, did you meet with anyone from |
| 21 | Belmac? |
| 22 | A. No. |

25 (Pages 94 to 97)

e70537fb-d96b-4f

JT-A-727

ESQUIRE DEPOSITION SERVICES

Page 98

10:27:20  1    Q. Did you meet with Adolfo de Basilio?
         2    A. Yes.
         3    Q. Okay.
         4    A. Yes.
10:27:24  5    Q. And what was the purpose of that
         6    meeting?
         7    A. Adolfo de Basilio, I just thinking of --
         8    yes, I did meet with him.
         9    Q. Okay.
10:27:36 10    A. Just discussed the infringement
         11   action --
         12   Q. Okay.
         13   A. -- of Omeprazole.
         14   Q. And what did you discuss?
10:27:43 15    MR. GRACE: Objection.
         16   Don't go into your discussions with
         17   Mr. De Basilio.
         18   MS. ABREU: Counsel, could you please,
         19   for clarity of the record, state the basis for the
10:27:54 20   objection.
         21   MR. GRACE: Attorney/client privilege.
         22   MS. ABREU: Okay.

Page 99

10:27:57  1    Bentley reserves the -- its rights to
         2    take this matter up with the court.
         3    BY MS. ABREU:
         4    Q. As part of the -- did you go to Spain
10:28:10  5    ever in any other time aside from this trip?
         6    A. Maybe I went once or twice but just
         7    to -- for business purpose, yes.
         8    Q. Okay. For Ethypharm business --
         9    A. Yes, Ethypharm --
10:28:24 10    Q. -- or come --
         11   A. -- business.
         12   Q. And did you ever meet -- who did you
         13   meet with on those other two trips?
         14   A. Customers and -- and attorneys as well
10:28:35 15   for -- for further subjects.
         16   Q. Okay. Did any of either of those two
         17   trips involve Belmac?
         18   A. Just one.
         19   Q. Okay. And do you recall when that trip
10:28:47 20   was?
         21   A. It was just before the infringement
         22   action to meet the lawyer.

Page 100

10:28:53  1    Q. Is that the November-December 2002?
         2    A. Must be maybe one month before,
         3    something like that. But I don't just -- I don't
         4    recall exactly the date, but it was just before to
10:29:05  5    prepare -- to prepare the infringement action.
         6    Q. Okay. And that was also meeting with
         7    Mr. Castan?
         8    A. Yes.
         9    Q. To prepare the infringement action
10:29:13 10   against Belmac Spain?
         11   A. Yes.
         12   Q. Okay. Did you ever visit Belmac's --
         13   either Belmac's Madrid office or the Zaragoza
         14   facility?
10:29:23 15    A. No.
         16   Q. What documents, if any, were exchanged
         17   between Ethypharm and Belmac as part of this
         18   arrangement throughout the years for the
         19   manufacturer of Omeprazole and other pellet drugs?
10:29:39 20    A. You had plenty of -- of documents
         21   exchanged, a lot of documents, which were needed,
         22   you know, to go forth for the purpose of daily

Page 101

10:29:51  1    business in Spain. And sometime (sic) we try to
         2    clarify the corporation but that was not on this --
         3    Belmac.
         4    Q. So would you say that draft agreements
10:30:11  5    were exchanged?
         6    A. That they were exchanged, both with
         7    Belmac and Bentley.
         8    Q. And were confidentiality statements
         9    exchanged?
10:30:30 10    A. Yes.
         11   Q. And who were they exchanged with?
         12   A. Some of them were with -- with
         13   employees.
         14   Q. Of Belmac?
10:30:39 15    A. Of Belmac, yes.
         16   Q. Any others?
         17   A. I think that's all for confidentiality
         18   agreements.
         19   Q. Okay. And were there any documents
10:30:52 20   concerning orders that were placed by Ethypharm
         21   exchanged with Laboratorios Belmac?
         22   A. I would imagine so, but I didn't see

26 (Pages 98 to 101)

## ESQUIRE DEPOSITION SERVICES

|  | Page 102 |
|---|---|
| 10:31:02 1 | these type of documents. |
| 2 | Q. Did you ever see any orders of Ethypharm |
| 3 | for Omeprazole or other pellet drugs being sent to |
| 4 | Bentley -- |
| 10:31:12 5 | A. No, I was not -- |
| 6 | Q. -- in the United States? |
| 7 | A. -- involved with this. |
| 8 | Q. Okay. To your knowledge were any bills |
| 9 | or invoices exchanged between Ethypharm and Belmac |
| 10:31:21 10 | concerning Omeprazole or other pellet drugs? |
| 11 | A. I can't tell. |
| 12 | Q. Okay. How about export licenses or |
| 13 | authorization to export Omeprazole or other drugs |
| 14 | outside of -- of -- of Spain? |
| 10:31:37 15 | A. What do you want to know in this |
| 16 | respect. |
| 17 | Q. Do you know if Belmac ever exchanged |
| 18 | that with Ethypharm, any such documents? |
| 19 | A. I don't know. |
| 10:31:47 20 | Q. Okay. |
| 21 | A. I would imagine it's the daily business, |
| 22 | so it was done by the Spanish subsidiary. |

|  | Page 103 |
|---|---|
| 10:31:53 1 | Q. Okay. What kind of documents were done |
| 2 | out of France pertaining to -- to the relationship |
| 3 | with Belmac? |
| 4 | A. The main, main agreement, global |
| 10:32:08 5 | agreements. |
| 6 | Q. So any manufacturing contracts? |
| 7 | A. Manufacturing contracts, I'm not sure |
| 8 | we -- we -- we probably prepared or not to and |
| 9 | requested to by the FDA, but some of the |
| 10:32:28 10 | manufacturing contracts that were necessary for |
| 11 | registration purposes, so they were frequently done |
| 12 | in Spanish -- |
| 13 | Q. Mm-hmm. |
| 14 | A. -- so. |
| 10:32:41 15 | Q. And when you say they were necessary for |
| 16 | registration purposes, what is the basis of that |
| 17 | statement? |
| 18 | A. For -- for being able to manufacture |
| 19 | product, you have to tell the authorities who is |
| 10:32:51 20 | doing what. |
| 21 | Q. Mm-hmm. |
| 22 | A. So they have to -- they need to see |

|  | Page 104 |
|---|---|
| 10:32:56 1 | some -- some agreements -- |
| 2 | Q. Mm-hmm. |
| 3 | A. -- stating exactly who is doing what and |
| 4 | what are the responsibilities of each of the |
| 10:33:02 5 | parties. |
| 6 | Q. Okay. Were you involved in sending such |
| 7 | agreements to the Spanish authorities? |
| 8 | A. No. |
| 9 | Q. Have you ever seen or been cc'd on |
| 10:33:11 10 | correspondence any -- |
| 11 | A. No. |
| 12 | Q. -- of these agreements to the Spanish |
| 13 | authorities? |
| 14 | A. No -- |
| 10:33:16 15 | Q. Okay. |
| 16 | A. -- not for sending to the authorities, |
| 17 | no. |
| 18 | Q. Who sent it to the authorities to your |
| 19 | knowledge? |
| 10:33:21 20 | A. Either Ethypharm Spain or Belmac, the |
| 21 | one who is required to submit this type of |
| 22 | document. |

|  | Page 105 |
|---|---|
| 10:33:29 1 | Q. Were you ever told by anyone at |
| 2 | Ethypharm Spain or at Belmac that they had |
| 3 | forwarded a manufacturing agreement to the Spanish |
| 4 | authorities? |
| 10:33:37 5 | A. Yes. They were also with them, yes. |
| 6 | Q. And who told you that? |
| 7 | A. Adolfo de Basilio. |
| 8 | Q. Do you recall when he told you that? |
| 9 | A. No. |
| 10:33:55 10 | Q. And when you say Spanish authorities, do |
| 11 | you mean the Spanish Ministry of Health? |
| 12 | A. Yes. |
| 13 | Q. To your knowledge, did Ethypharm give |
| 14 | any customer list or names of its customers to |
| 10:34:13 15 | Laboratorios Belmac in Spain? |
| 16 | A. I would imagine so, yes. |
| 17 | Q. Okay. To your knowledge, did Ethypharm |
| 18 | ever give a list of customers or the name of its |
| 19 | customers to Bentley in the United States? |
| 10:34:29 20 | A. I can't tell. |
| 21 | Q. You don't know? |
| 22 | A. No, I don't know. |

27 (Pages 102 to 105)

ESQUIRE DEPOSITION SERVICES

Page 106

| 10:34:33 | 1 | Q. Okay. To your knowledge, did Ethypharm |
| | 2 | ever give a customer list for the names of its |
| | 3 | customers to Jim Murphy? |
| | 4 | A. I don't know. |
| 10:34:40 | 5 | Q. Okay. To your knowledge, did Belmac |
| | 6 | ever interact directly with Ethypharm's customers? |
| | 7 | A. I think so. I seen it happen. I -- I |
| | 8 | can't tell you exactly when but I seen it happen. |
| | 9 | Q. Okay. I'd like to show you a couple of |
| 10:35:11 | 10 | documents. |
| | 11 | A. Mm-hmm. |
| | 12 | MS. ABREU: All right. We'll go back to |
| | 13 | this. And the court reporter needs a break. |
| | 14 | So we'll take a little break now -- |
| 10:35:58 | 15 | THE WITNESS: Okay. |
| | 16 | MS. ABREU: -- and then we'll go back to |
| | 17 | that same question. |
| | 18 | And I'll just have you reread what I |
| | 19 | said, okay? |
| 10:36:07 | 20 | THE VIDEOGRAPHER: This ends tape number |
| | 21 | one of the Joannesse deposition. |
| | 22 | The time is 10:35:53. |

Page 107

| 10:36:12 | 1 | Off the record. |
| | 2 | (Whereupon, at 10:35:53 a.m., a recess |
| | 3 | was taken, and the proceedings resumed at |
| | 4 | 10:49:15 a.m., this same day.) |
| 10:49:18 | 5 | THE VIDEOGRAPHER: On the record with |
| | 6 | tape number two of the testimony of Roseline |
| | 7 | Joannesse in the matter of Ethypharm versus Bentley |
| | 8 | Pharmaceuticals. |
| | 9 | The date is July 20th, 2006. |
| 10:49:30 | 10 | The time is 10:49:15. |
| | 11 | EXAMINATION BY COUNSEL FOR THE DEFENDANT |
| | 12 | (Continued) |
| | 13 | BY MS. ABREU: |
| | 14 | Q. Good morning, again, Ms. Joannesse. |
| 10:49:39 | 15 | A. Good morning. |
| | 16 | MS. ABREU: And if I could just have the |
| | 17 | court reporter read back the last thing before |
| | 18 | we -- that I said before we took a break. |
| | 19 | (Whereupon, the court reporter read back |
| 10:50:04 | 20 | the pertinent portion of the record.) |
| | 21 | MS. ABREU: And if we could mark the |
| | 22 | next exhibit. |

Page 108

| 10:50:07 | 1 | (Joannesse Deposition Exhibit No. 4 |
| | 2 | was marked for Identification.) |
| | 3 | MS. ABREU: I'm sorry, what was the |
| | 4 | exhibit number on that? |
| 10:50:55 | 5 | MS. HIGGINS: Four. |
| | 6 | MS. ABREU: Four, okay. |
| | 7 | BY MS. ABREU: |
| | 8 | Q. And Ms. Joannesse, if you could please |
| | 9 | let me know when you've had a chance to review |
| 10:51:15 | 10 | Exhibit 4. |
| | 11 | A. Mm-hmm. |
| | 12 | (Witness reviews document.) |
| | 13 | BY MS. ABREU: |
| | 14 | Q. Okay. Have you seen Exhibit 4 before -- |
| 10:52:03 | 15 | A. No. |
| | 16 | Q. -- Ms. Joannesse? |
| | 17 | A. No. |
| | 18 | Q. You have not? |
| | 19 | A. No. |
| 10:52:14 | 20 | Q. And do you recall earlier today when I |
| | 21 | asked you if Laboratorios Belmac had any direct |
| | 22 | communications with Ethypharm clients? |

Page 109

| 10:52:15 | 1 | A. Yes. |
| | 2 | Q. Okay. Do you recall that? |
| | 3 | A. Yes. |
| | 4 | Q. To your knowledge, is Carlo Eber -- Erba |
| 10:52:20 | 5 | an Ethypharm client? |
| | 6 | A. It is an Ethypharm client for some |
| | 7 | products, yeah. |
| | 8 | Q. Okay. And would you agree that |
| | 9 | Exhibit 4 states that it is a production agreement? |
| 10:52:36 | 10 | A. That's what is written, yes. |
| | 11 | Q. Okay. And is it also written that it is |
| | 12 | been Laboratorios Belmac S.A. from Zaragoza |
| | 13 | represented by Clement Gonzalez Azpeitia and Carlo |
| | 14 | Erba? |
| 10:52:48 | 15 | A. That's what is written. |
| | 16 | Q. Okay. |
| | 17 | A. But that's not a formal agreement. It's |
| | 18 | a draft. |
| | 19 | Q. It's a draft. |
| 10:52:59 | 20 | Do you -- do you know who may have been |
| | 21 | involved in drafting agreements with Laboratorios |
| | 22 | Belmac, aside from yourself, perhaps on Ethypharm's |

28 (Pages 106 to 109)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-

JT-A-730