ESQUIRE DEPOSITION SERVICES

| | Page 110 |
|---|---|
| 10:53:12 1 | behalf if it involved an Ethypharm client? |
| 2 | A. I don't know who drafted this particular |
| 3 | agreement, frankly. |
| 4 | Q. Okay. Okay. |
| 10:53:26 5 | I'd like to also show you the next |
| 6 | document. |
| 7 | MS. ABREU: If we could have it marked |
| 8 | as Exhibit 5. |
| 9 | (Joannesse Deposition Exhibit No. 5 |
| 10:53:32 10 | was marked for Identification.) |
| 11 | BY MS. ABREU: |
| 12 | Q. If you could take a look at that. |
| 13 | (Witness reviews document.) |
| 14 | BY MS. ABREU: |
| 10:55:06 15 | Q. And I'm going to focus on page 1 and |
| 16 | then I will point you to another -- |
| 17 | A. Mm-hmm. |
| 18 | Q. -- portion of the document that you can |
| 19 | review more fully. But -- |
| 10:55:14 20 | A. Okay. |
| 21 | Q. -- have you seen page 1 before? |
| 22 | A. No. |

| | Page 111 |
|---|---|
| 10:55:18 1 | Q. No. |
| 2 | Do you -- do you know whose file this |
| 3 | is? |
| 4 | A. I would imagine it's something which was |
| 10:55:22 5 | done by Ethypharm Spain. It's -- it comes -- |
| 6 | Q. What is the language in which it is |
| 7 | written? |
| 8 | A. French. |
| 9 | Q. Okay. |
| 10:55:36 10 | A. I recognize. |
| 11 | Q. You recognize that it's written in |
| 12 | French. |
| 13 | Does Mr. de Basilio speak French? |
| 14 | A. Yes. |
| 10:55:44 15 | Q. Fluently? |
| 16 | A. Sufficiently enough to, yes, yes -- |
| 17 | Q. Okay. Okay. |
| 18 | A. -- good enough. |
| 19 | MS. ABREU: I'd like to show you and |
| 10:55:59 20 | have marked as Exhibit 6 a -- that's the 2001 list. |
| 21 | (Joannesse Deposition Exhibit No. 6 |
| 22 | was marked for Identification.) |

| | Page 112 |
|---|---|
| 10:56:39 1 | BY MS. ABREU: |
| 2 | Q. If you could review that. |
| 3 | Can we agree, Ms. Joannesse, that that |
| 4 | appears to be the same list as the first page of |
| 10:56:48 5 | Exhibit 5? |
| 6 | A. Mm-hmm. |
| 7 | Q. Do you see where there is -- do you see |
| 8 | a handwritten -- |
| 9 | A. Yes. |
| 10:56:55 10 | Q. -- handwriting on that? |
| 11 | Do you recognize that handwriting? |
| 12 | A. No. |
| 13 | Q. Could you please tell us what the |
| 14 | handwriting says? |
| 10:57:06 15 | A. Litigation pending. |
| 16 | Q. Litigation pending. Okay. |
| 17 | Does Labor -- or does Ethypharm Spain |
| 18 | have its own separate legal department? |
| 19 | A. No. |
| 10:57:17 20 | Q. Okay. Was all of the legal work done |
| 21 | out of the legal department in Ethypharm France? |
| 22 | A. Not all. I mean, they were external |

| | Page 113 |
|---|---|
| 10:57:25 1 | counsel as well. |
| 2 | Q. External counsel. |
| 3 | But I mean internal -- |
| 4 | A. No, no internal. |
| 10:57:29 5 | Q. Okay. So that would have been in -- in |
| 6 | your department in Ethypharm France -- |
| 7 | A. Yes. |
| 8 | Q. -- is that correct? |
| 9 | A. Yes. |
| 10:57:37 10 | Q. Okay. To your knowledge, who in your |
| 11 | department kept files pertaining to Belmac and |
| 12 | Belmac agreements? |
| 13 | A. Me. |
| 14 | Q. You? |
| 10:57:45 15 | A. Yes. |
| 16 | Q. Okay. Do you recall if this was ever in |
| 17 | your files? |
| 18 | A. No. |
| 19 | Q. Okay. |
| 10:57:55 20 | A. No, it was not in my file. |
| 21 | Q. Okay. |
| 22 | A. Not as far as I recall. |

29 (Pages 110 to 113)

e70537fb-d96b-46

JT-A-731

ESQUIRE DEPOSITION SERVICES

| Page 114 | Page 116 |
|---|---|
| 10:58:00  1    Q.  Okay.  Do you recall any -- whether any | 10:59:53  1    (Witness reviews document.) |
| 2    of the particular agreements listed on this list | 2    A.  Mm-hmm. |
| 3    was -- were included in your files? | 3    Q.  Okay.  Can you tell us who -- have you |
| 4    A.  Yes. | 4    seen this before? |
| 10:58:08  5    Q.  And what were they? | 10:59:59  5    A.  No. |
| 6    A.  What they were? | 6    Q.  You have not, okay. |
| 7    Q.  Which -- which of these particular | 7    A.  No. |
| 8    agreements were included in your file? | 8    Q.  Can you tell us what the writing says |
| 9    A.  Well, from the title, I would say the | 9    this agreement is? |
| 10:58:19 10    Contrato De Fabricación, Manufacturing Agreement's | 11:00:27 10    A.  It's a document, which is a declaration |
| 11    confidentiality.  And I'd have to review the | 11    regarding the manufacturing of the products |
| 12    agreement themself (sic) -- | 12    Omeprazole for Cinfa by Belmac, and this is |
| 13    Q.  Sure. | 13    something which is needed for the -- for |
| 14    A.  -- to know whether I had been or not. | 14    registration purposes. |
| 10:58:30 15    There are some -- probably I don't have, | 11:00:43 15    Q.  Okay.  And is that consistent with your |
| 16    which are the last -- those between Belmac for | 16    understanding that Belmac had direct contacts and |
| 17    sure, I don't have. | 17    communications with Ethypharm clients? |
| 18    Q.  Between Belmac and -- | 18    A.  Yes. |
| 19    A.  And other companies. | 19    Q.  Okay.  To your knowledge, was there any |
| 10:58:43 20    Q.  -- and other parties such as Belmac and | 11:00:56 20    equivalent document between Cinfa and Bentley |
| 21    Zyma? | 21    Pharmaceuticals in the United States? |
| 22    A.  Yes. | 22    A.  I -- I don't know. |

| Page 115 | Page 117 |
|---|---|
| 10:58:46  1    Q.  Belmac Pharmaceutical? | 11:01:05  1    Q.  Okay.  You don't know of any? |
| 2    A.  Yes. | 2    A.  No -- |
| 3    Q.  Or Belmac Fournier -- | 3    Q.  Okay. |
| 4    A.  Cinfa. | 4    A.  -- I don't know of any. |
| 10:58:47  5    Q.  Cinfa. | 11:01:10  5    Q.  Okay.  Can you tell us, aside from the |
| 6    A.  All these, I don't have. | 6    documents listed here, do you recall any documents |
| 7    Q.  Okay.  Do you know who may have had | 7    back to page 1 or -- of Exhibit 5 or Exhibit 6, can |
| 8    those? | 8    you tell us any documents that were included in |
| 9    A.  Apparently, Ethypharm Spain had them, I | 9    your files that are not listed on this list? |
| 10:58:59 10    guess, I imagine. | 11:01:40 10    A.  Yes.  There are -- well, these are |
| 11    Q.  Do you -- | 11    probably signed documents.  So obviously, there are |
| 12    A.  Because I don't have them, and it's | 12    documents which are draft documents which are not |
| 13    listed on Ethypharm Spain documents so. | 13    listed, and that's normal.  Otherwise, I can't |
| 14    Q.  Okay.  Okay.  Could you take a look | 14    tell.  I don't have all the documents in my head. |
| 10:59:11 15    at -- it's toward the end of this document.  It's | 11:01:57 15    I know those I had in my file, but if there are |
| 16    a -- it's a contract between Belmac and Cinfa? | 16    more, maybe. |
| 17    A.  Mm-hmm. | 17    Q.  So you believe there's some draft |
| 18    Q.  Which -- | 18    documents that are missing? |
| 19    A.  Which I -- | 19    A.  Draft documents, yes.  But that may not |
| 10:59:24 20    Q.  It is Bates-labeled EP 008157. | 11:02:12 20    be the purpose of this file -- |
| 21    A.  5787? | 21    Q.  Okay. |
| 22    Q.  8157. | 22    A.  -- because it seems that everything is |

30 (Pages 114 to 117)

e70537fb-d96b-

JT-A-732

ESQUIRE DEPOSITION SERVICES

Page 118

11:02:24 1  signed documents.
2  Q. Sure.
3  Do you recall any signed documents that
4  are missing that -- that were in your file but that
11:02:24 5  are not in this file?
6  A. I tell you I don't have the -- in my
7  heads the list of all the documents that I had
8  filed in my files. So --
9  Q. Mm-hmm.
11:02:30 10  A. -- I know it dates back three -- more
11  than three years ago.
12  Q. Sure.
13  Before you left Ethypharm, while you
14  were employed at Ethypharm, did you ever destroy
11:02:39 15  any documents in your file?
16  A. No.
17  Q. In your Belmac --
18  A. No.
19  Q. -- or Bentley file?
11:02:44 20  No?
21  A. No.
22  Q. Okay.

Page 119

11:02:44 1  A. I'm not the type of destroying.
2  Q. Sure.
3  At the time you left Ethypharm was that
4  file still there?
11:02:51 5  A. Yes.
6  Q. Okay.
7  A. Yes.
8  Q. Did you have any list of documents
9  that -- or index to that file?
11:02:59 10  A. No, I was not so well organized. I
11  had -- my -- my file was classified, but I just
12  don't remember if I made a list. I received a list
13  once from Spain with the documents they sent me,
14  but they didn't send me everything, but that's all.
11:03:19 15  Q. Do you --
16  A. So I don't have -- it's not well
17  organized as you may expect it.
18  Q. Sure, sure.
19  Do you recall approximately how big your
11:03:28 20  Belmac-Bentley file was?
21  A. Oh, yes. It's -- it was very big
22  because it was over several, several years --

Page 120

11:03:36 1  Q. Sure.
2  A. -- so.
3  Q. And could you tell us approximately was
4  it a meter? A meter and a half?
11:03:41 5  A. Yeah, several, several boxes.
6  Q. Several boxes?
7  A. Yes.
8  Q. Okay. Do you remember approximately how
9  many boxes?
11:03:51 10  A. Well, two -- two cartons, maybe. It
11  depends because it -- it was classified by year --
12  Q. Sure.
13  A. -- so --
14  Q. So two cartons about a meter each?
11:04:02 15  A. Yes, maybe.
16  Q. Okay.
17  A. Maybe it was including all elements
18  until I left.
19  Q. Sure.
11:04:10 20  And out of those two cartons about a
21  meter each, do you recall how many documents named
22  Bentley specifically?

Page 121

11:04:22 1  A. There were -- well, probably a big
2  binder.
3  Q. A big binder?
4  A. Yeah. Well, it depends because it's --
11:04:32 5  you know, it -- it was documents both with Belmac
6  and Bentley. Everything was in the same carton so
7  it was not specific to Bentley.
8  Q. Sure.
9  A. So everything, you know, you could find
11:04:43 10  things on Bentley in the big cartons or not. To
11  tell you, it's the size of one binder of one
12  carton, I can tell, I mean, but it's -- everything
13  is -- was just one file.
14  Q. It was all one file. Right?
11:04:56 15  A. Yes.
16  Q. I understand that.
17  But out of that one file, do you
18  remember approximately how many of those documents
19  named Bentley specifically?
11:05:04 20  A. Frankly speaking. No.
21  Q. No?
22  A. Not.

31 (Pages 118 to 121)

e70537fb-d96b-4

JT-A-733

ESQUIRE DEPOSITION SERVICES

| Page 122 | |
|---|---|

11:05:06 1    Q. Okay. Was it --
2    A. It was a draft agreements. You know, in
3    the binders, you have several drafts of several
4    documents. It would probably be the same,
11:05:13 5    different level of preparations, letters. There
6    were some exchange of letters that Bentley had --
7    Q. Mm-hmm.
8    A. -- if you want to speak about Bentley
9    specifically.
11:05:24 10    Q. Mm-hmm.
11    A. You had agreements, which were involving
12    Bentley's, draft agreements involving Bentley's.
13    So, I mean, it's difficult to say. It's --
14    Q. Okay. Would you say the majority of the
11:05:34 15    documents in that file were concerning Belmac?
16    A. Obviously, yes.
17    Q. Okay. Okay. I'd like to show you some
18    drafts.
19    MS. ABREU: Number 7.
11:05:50 20    (Joannesse Deposition Exhibit No. 7
21    was marked for Identification.)
22    THE WITNESS: Thank you.

| Page 123 | |
|---|---|

11:06:30 1    BY MS. ABREU:
2    Q. If you could please let me know when
3    you've had a chance to review the document marked
4    as Exhibit 7.
11:06:40 5    (Witness reviews document.)
6    A. Yes.
7    Q. Okay. Have you seen this document
8    before?
9    A. Yes, yes, I have.
11:07:09 10    Q. Did you -- were you involved in drafting
11    this --
12    A. Yes.
13    Q. -- document?
14    Who asked you to draft this document?
11:07:16 15    A. The management: Mr. Debrégeas and
16    Mr. Leduc.
17    Q. Did you draft this by yourself?
18    A. Yes.
19    Q. And can you tell me what this document
11:07:32 20    is?
21    A. This is an agreement regarding the
22    collaboration between the two companies trying to

| Page 124 | |
|---|---|

11:07:38 1    put in written -- in writing an agreement in
2    principal.
3    Q. Okay. And when you say "collaboration,"
4    do you mean with regard to Omeprazole and the other
11:07:48 5    pellet drugs in Spain?
6    A. Yes.
7    Q. And could you tell us -- could you read
8    to us the company's lifted -- listed after it says
9    between the undersigned --
11:08:01 10    A. Mm-hmm.
11    Q. -- could you read that first sentence.
12    A. Ethypharm S.A. with corporate domicile
13    at Marques de la Ensenada, 16, Madrid, Spain.
14    Q. And who represents Ethypharm S.A.
11:08:15 15    Madrid, Spain?
16    A. Mr. Debrégeas.
17    Q. Okay. And who is the other party to the
18    document if you could read --
19    A. Laboratorios Belmac S.A. with corporate
11:08:23 20    domicile at Paseo de la Castellana 149, Madrid.
21    Q. Okay. And who represents -- could you
22    read the line that says below Belmac represented

| Page 125 | |
|---|---|

11:08:35 1    by?
2    A. Represented by its Executive Director:
3    Mr. James R. Murphy.
4    Q. Okay. And could you tell me,
11:08:43 5    Ms. Joannesse, where in that document we can see
6    the word "Bentley"?
7    A. There is no word of Bentley in this
8    document, as you can read.
9    Q. Okay. So Bentley is not mentioned in
11:08:56 10    that.
11    And at this time you agree, would you
12    not, that you testified earlier that from the very
13    beginning you knew that Mr. Murphy was both -- had
14    a role at Laboratorios Belmac and also his role as
11:09:14 15    chairman and CEO of Bentley; is that --
16    A. Yes.
17    Q. -- correct?
18    So you knew when you drafted this
19    agreement that he also had a position at Bentley
11:09:23 20    Pharmaceuticals --
21    A. Yes.
22    Q. -- is that correct?

32 (Pages 122 to 125)

e70537fb-d96b-

JT-A-734

ESQUIRE DEPOSITION SERVICES

---

**Page 126**

11:09:25 1    A.  Yes.
2         It was just as Mr. Debrégeas had both
3    positions with the two companies.
4    Q.  Sure, sure.
11:09:31 5        Why is it that you did not list
6    Mr. Murphy's position at Bentley Pharmaceutical on
7    this agreement?
8    A.  Because these agreements were between
9    two Spanish companies located in -- in Spain.  But
11:09:41 10  that doesn't mean that the parent company were not
11   involved --
12   Q.  Mm-hmm.
13   A.  -- in -- in the corporation contained in
14   this.  But that's normal that the agreement being
11:09:58 15  signed between the two Spanish company (sic), the
16   people assigned on their own behalf on these two
17   companies.
18   Q.  Okay.  And would you agree,
19   Ms. Joannesse, that earlier today you told me that
11:10:04 20  there were no legal impediments to adding the name
21   of -- as long as the Spanish subsidiary was listed
22   that there was no legal impediment, to your

---

**Page 127**

11:10:14 1    knowledge, to also listing the parent company in an
2    agreement?
3    A.  Yes.  But that doesn't mean that it has
4    to be.
11:10:21 5    Q.  Okay.
6    A.  So you can't --
7    Q.  But there was no legal impediment to
8    that.  Correct?
9    A.  As far as I know.
11:10:25 10   Q.  Okay.
11   A.  I may be misunderstanding --
12   Q.  Sure.
13   A.  -- or mistaken.
14   Q.  Could you please turn to the second page
11:10:43 15  of this agreement.
16        Do you see under clause two where it
17   says that Ethypharm rents Belmac's facilities
18   located in Zaragoza?
19   A.  Mm-hmm.
11:11:03 20  Q.  Do you see the second paragraph under
21   clause two that mentions machinery and
22   equipments --

---

**Page 128**

11:11:07 1    A.  Mm-hmm.
2    Q.  -- used to manufacture and control
3    Ethypharm's products that were -- were those
4    machines -- is that -- is it your understanding
11:11:17 5    that these machines refer to the machines you
6    referred to earlier that were installed at the
7    Zaragoza facility.
8    A.  Yes.
9    Q.  Okay.  And is it also your understanding
11:11:28 10   that there were no machines installed in any
11   Bentley facility in the United States --
12   A.  Yes.
13   Q.  -- that refers to here?  Okay.
14        And why were no machines installed in --
11:11:43 15  in any Bentley facilities in the United States?
16   A.  Because Bentley was not a
17   manufacturer --
18   Q.  Okay.
19   A.  -- of the product and the product was to
11:11:51 20  be manufactured in Spain.
21   Q.  Do you see under clause three --
22   A.  Mm-hmm.

---

**Page 129**

11:12:03 1    Q.  -- where it mentions that Ethypharm is
2    also renting from Belmac technicians that have been
3    trained locally by Ethypharm?
4    A.  Mm-hmm.
11:12:14 5    Q.  Does that -- what does the word
6    "locally" refer to?
7    A.  Locally it means that they have been
8    trained in the plant.
9    Q.  In Zaragoza?
11:12:25 10   A.  In Zaragoza.
11   Q.  Okay.  Do you know who was trained by
12   Ethypharm --
13   A.  No --
14   Q.  -- in Zaragoza?
11:12:30 15   A.  -- I don't know the name of -- of the
16   people.
17   Q.  Do you know who at Ethypharm trained the
18   Belmac employees in Zaragoza?
19   A.  I would imagine Domingo Bernabe and
11:12:39 20  maybe other people coming from France.
21   Q.  Okay.  Do you know who else from France
22   would have been there with Mr. Bernabe?

---

33 (Pages 126 to 129)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-46

JT-A-735

ESQUIRE DEPOSITION SERVICES

Page 130

11:12:51 1    A. No.
2    Q. Okay. To your knowledge were any
3    Bentley employees ever trained by Mr. Bernabe?
4    A. I don't know. I don't know.
11:13:01 5    Q. Okay. You don't know of any?
6    A. No, I don't know.
7    Q. Okay. Do you see under clause four
8    where it says that Ethypharm has communicated to
9    Belmac confidential information --
11:13:20 10    A. Mm-hmm.
11    Q. -- among which, but not limited to,
12    documentation relative to manufacturing processes,
13    quality and analytical procedures?
14    A. Mm-hmm.
11:13:32 15    Q. Do you know to whom Ethypharm
16    communicated the -- such confidential information?
17    A. To whom precisely, not. I mean, it has
18    been done over the years. So I would imagine
19    several people have been involved in it and have
11:13:47 20    received the confidential information.
21    Q. Okay. Would you -- would it have been
22    your practice to have the people who received the

Page 131

11:13:57 1    confidential information signed one of the
2    confidentiality agreements that you drafted?
3    A. Normally, there is a general
4    confidentiality agreement to be signed by the
11:14:06 5    company and, in which every employee, and the
6    mother company, and everybody normally is involved.
7    I don't know if it was done at the time
8    that Rimafar, which is the very beginning of the
9    corporation. I know that we had specific
11:14:22 10    confidentiality agreements signed with some of the
11    employees because these employees were very much
12    involved in the manufacturing process.
13    Q. In Zaragoza?
14    A. In Zaragoza.
11:14:35 15    Q. Okay.
16    A. There may be other confidentiality
17    agreements which were signed but I don't recall.
18    Q. Okay. Do you recall any confidentiality
19    agreements being signed by any employees of Bentley
11:14:47 20    in the United States?
21    A. Of Bentley, not.
22    Q. Okay. Do you recall -- I understand you

Page 132

11:14:54 1    don't know to whom specifically --
2    A. Yes.
3    Q. -- the confidential information was
4    given, but is it your understanding that it was
11:15:01 5    given to people in Zaragoza to Belmac employees in
6    Zaragoza?
7    A. I think it was given -- they were given
8    to people at Bent -- at Belmac for sure.
9    Q. In -- in Spain?
11:15:09 10    A. Zaragoza or Madrid, I don't know.
11    Q. Okay. To your knowledge was any such
12    confidential information given to any employee of
13    Bentley in the United States?
14    A. I don't know. I don't know
11:15:19 15    specifically.
16    Q. Okay. To your knowledge was any such
17    confidential information ever given to Mr. Murphy?
18    A. I don't know. But Mr. Murphy was -- was
19    very aware -- aware of all the problems. So that,
11:15:37 20    I can't tell.
21    Q. But don't know if it was --
22    A. Yes.

Page 133

11:15:41 1    Q. -- specifically --
2    A. Yes.
3    Q. -- given to him?
4    Was this document marked as Exhibit
11:15:47 5    Seven signed to your knowledge?
6    A. No, it's not signed.
7    Q. And do you know why it wasn't signed?
8    A. Because, like most agreements, you know,
9    you prepare them and they -- they were discussed
11:16:02 10    and finally we didn't reach an agreement or I don't
11    know. Well, you know, it's --
12    Q. Sure.
13    A. -- difficult to say.
14    Q. Were you involved in the discussions or
11:16:11 15    negotiations of Exhibit 7?
16    A. Well, I -- I did prepare it.
17    Q. Mm-hmm.
18    A. I did review. And if -- I don't know
19    for this specific one if anybody had made any
11:16:22 20    comments on it. But usually when there was
21    comments, I was involved with the comments. But I
22    was not involved with direct negotiation.

34 (Pages 130 to 133)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-4

JT-A-736

ESQUIRE DEPOSITION SERVICES

Page 134

11:16:32 1   Q.  Okay.  Do you know who was?

2   A.  Well, I would imagine Patrice Debrégeas,

3 Gerard Leduc, and Adolfo de Basilio.

4   Q.  And on behalf of Belmac do you know?

11:16:41 5   A.  Well, besides local people, the general

6 manager at Belmac, Jim Murphy, was involved with

7 all strategy agreements.

8   Q.  Do --

9   A.  He was aware of it and --

11:16:55 10   Q.  Do you --

11   A.  -- he was discussing with

12 Patrice Debrégeas and Gerard Leduc directly.

13   Q.  With -- with regard to Exhibit 7?

14   A.  For this one specifically, I can't tell.

11:17:08 15   Q.  Okay.

16   A.  But I know that's -- usually, that was

17 the process.

18   Q.  Okay.  And the G -- the general manager

19 of Belmac?

11:17:10 20   A.  Yes, the general manager of Belmac as

21 well, obviously.

22   Q.  Okay.  So the general manager and the

Page 135

11:17:17 1 executive director of Belmac?

2   A.  Yeah.  But this one, for this specific

3 one, I guess that Jeff -- James Murphy was

4 involved --

11:17:23 5   Q.  Okay.

6   A.  -- because his name was down, and it's

7 in English.

8   Q.  Okay.  And -- but you don't recall that

9 specifically?

11:17:30 10   A.  Specifically, not.

11   Q.  Okay.

12   The bug is here.

13   If I could show you another draft.

14   A.  Mm-hmm.

11:18:38 15   MS. ABREU:  Okay.  I'd like to have that

16 marked as the next exhibit, please.

17   (Joannesse Deposition Exhibit No. 8

18   was marked for Identification.)

19   (Witness reviews document.)

11:19:26 20 BY MS. ABREU:

21   Q.  And again, Ms. Joannesse, if you could

22 please let me know when you've had a chance to

Page 136

11:19:31 1 review Exhibit 8.

2   (Witness reviews document.)

3   A.  Yes.

4   Q.  Okay.  Have you seen this document

11:19:39 5 before?

6   A.  Not in my file.

7   Q.  Not in your file?

8   A.  Mm-hmm.

9   Q.  But have you seen it outside of your

11:19:46 10 file?

11   A.  In the preparation of the -- the

12 deposition.

13   Q.  Aside from that, do you recall seeing

14 it --

11:19:50 15   A.  No.

16   Q.  -- before?

17   A.  No.

18   Q.  Okay.  Do you recognize the handwriting

19 on page 1?

11:19:56 20   A.  No, I don't recognize.  It can be

21 Mr. de Basilio or somebody else.

22   Q.  Okay.  Do you recall whether you or any

Page 137

11:20:09 1 -- were -- were you involved in negotiations around

2 this time between Ethypharm and Laboratorios

3 Belmac?

4   A.  No.  In this type of contract, you know,

11:20:24 5 Fabricación Por Terceros De Productos

6 Farmacéuticos, these are very technical contracts

7 usually, you know.  It's not main -- main

8 agreements --

9   Q.  If I could --

11:20:33 10   A.  -- so.

11   Q.  -- ask, just -- just for clarity of the

12 record, if you wouldn't mind giving us in English

13 what Contrato De Fabricación Por Terceros means?

14   A.  It's a tall manufacturing agreement.

11:20:46 15 It's a manufacturing agreement for third parties of

16 pharmaceuticals products.

17   Q.  Okay.  And could you tell us which

18 companies this is -- this agreement states that

19 it's between, this -- this draft?

11:21:01 20   A.  Apparently, it's between Ethypharm S.A.

21 And Belmac I would imagine, because the first part

22 is not -- is not filled in.

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-4

JT-A-737

ESQUIRE DEPOSITION SERVICES

| Page 138 | Page 140 |
|---|---|

**Page 138**

11:21:10 1  Q. Okay. Belmac S.A. and Ethypharm S.A.

2  A. Mm-hmm.

3  Q. Do you know whether this refers to

4  Belmac -- Ethypharm S.A. France or Spain?

11:21:18 5  A. I would imagine it's Ethypharm Spain.

6  Q. And would you turn to Annex Two, which I

7  believe states which drugs this agreement pertains

8  to?

9  A. No.

11:21:42 10  Q. Okay.

11  A. There's no Annex Two.

12  Q. It's not attached. Okay.

13  Could you please turn to the first page

14  of the contract that's attached to that, that

11:22:08 15  states what is dated 3/09/1997.

16  A. I just have one document.

17  MS. HIGGINS: Do you want it?

18  MS. ABREU: Oh, did you only give -- is

19  this attached to it? Oh, okay. Yes, please.

11:22:27 20  I apologize.

21  We'll mark as Exhibit 9, okay?

22  It's this one (indicating). It's

**Page 139**

11:22:32 1  3/9/97.

2  BY MS. ABREU:

3  Q. And Ms. Joannesse, can you -- to your

4  knowledge was -- have you -- to your knowledge, was

11:23:10 5  Exhibit 8 ever executed?

6  A. I can't tell.

7  Q. Okay. You -- so you don't know?

8  A. No, I don't know.

9  MS. ABREU: I'd like to have this marked

11:25:49 10  as the next exhibit, please.

11  (Joannesse Deposition Exhibit No. 9

12  was marked for Identification.)

13  THE WITNESS: Thank you.

14  MS. ABREU: If I could just check one

11:26:21 15  thing in that before . . .

16  Thank you.

17  BY MS. ABREU:

18  Q. If you could take some time to review

19  that.

11:27:47 20  (Witness reviews document.)

21  BY MS. ABREU:

22  Q. Have you seen that document before,

**Page 140**

11:28:42 1  Ms. Joannesse?

2  A. Uh, this particular one, no. But I

3  recall I have seen this type of document, Contrato

4  De Fabricación, this manufacturing agreements for

11:28:51 5  third parties, but this particular draft -- this

6  particular document, no.

7  Q. Okay. And I presume, then, if you

8  haven't seen them, that you're not involved in

9  drafting it?

11:29:06 10  A. No. And they are in Spanish so you can

11  see.

12  Q. To your knowledge, who would have

13  drafted agreements in Spanish between Ethypharm

14  S.A. and Laboratorios Belmac --

11:29:19 15  A. Um --

16  Q. -- on Ethypharm --

17  A. I believe that they were searching the

18  assistance of Mr. Perez Sendino but I -- I don't

19  know exactly if it's him who drafted this, but I

11:29:28 20  would imagine he did it, or maybe it comes from

21  Belmac. I don't know, otherwise, so.

22  Q. And who is Mr. Sendino?

**Page 141**

11:29:35 1  A. He was the outside counsel.

2  Q. And is that outside counsel of Ethypharm

3  Spain in Madrid?

4  A. Mm-hmm, yes. But this -- this first

11:29:51 5  draft could come from Belmac as well.

6  Q. Okay.

7  A. I mean, I don't know.

8  Q. So would you agree that this is a draft

9  between Ethypharm S.A. and Laboratorios Belmac

11:30:04 10  S. A.?

11  A. Yes, it's the same document as -- as the

12  former one, No. 8.

13  Q. Okay.

14  MS. ABREU: I'd like to mark that as the

11:31:11 15  next exhibit, please.

16  (Joannesse Deposition Exhibit No. 10

17  was marked for Identification.)

18  THE WITNESS: Thank you.

19  (Witness reviews document.)

11:31:59 20  BY MS. ABREU:

21  Q. Have you had a chance to -- to review

22  Exhibit 10?

36 (Pages 138 to 141)

e70537fb-d96b-4

JT-A-738

ESQUIRE DEPOSITION SERVICES

Page 142

11:32:03 1    A. I probably did because I've been copied.
2    Q. You've been copied on it, okay.
3    A. Mm-hmm.
4    Q. And could you tell us what it states, if
11:32:11 5    you wouldn't mind translating that into English?
6    A. Yes.
7        You will find attached the agreements to
8    be signed with Belmac as well as other documents
9    which have already been signed today and which
11:32:24 10    seems very important to -- which seems important to
11    us.
12    Q. And who is it from?
13    A. From Adolfo de Basilio.
14    Q. And who is it to?
11:32:34 15    A. To Patrice Debrégeas.
16    Q. And you mentioned you were copied on it.
17    A. It's addressed to me, yeah.
18    Q. Okay. Okay. And could you tell us the
19    date of that -- of Exhibit 10?
11:32:46 20    A. Twenty-fourth of February 2000.
21    Q. Okay. And would it have been your
22    practice to review any documents that were sent --

Page 143

11:32:59 1    that were copied to you?
2    A. Yes.
3    Q. Okay. Would it have been your practice
4    to review any contracts that may have been attached
11:33:07 5    to documents sent -- sent to you?
6    A. Probably, yes.
7    Q. Do you know if there were any -- there
8    were ever any executed manufacturing agreements
9    between Ethypharm Spain and Belmac?
11:33:47 10    A. I know of the first one of 1991. It's
11    Rimafar. It was Rimafar so it's not with Belmac.
12    Small -- it's probably a small manufacturing
13    agreements. But a big one, summarizing the whole
14    corporation -- cooperation between the parties, I
11:34:05 15    don't recall.
16    Q. Okay. And just to clarify, the
17    agreement with Rimafar was -- I believe it was your
18    testimony earlier today that it was not signed in
19    its entirety; is that correct?
11:34:17 20    A. Right, correct.
21    Q. So it wasn't --
22    A. No.

Page 144

11:34:20 1    Q. -- fully executed.
2        MS. ABREU: I'd like to -- I'd like to
3    mark that as the next exhibit for identification,
4    please.
11:35:10 5        (Joannesse Deposition Exhibit No. 11
6        was marked for Identification.)
7        (Witness reviews document.)
8    BY MS. ABREU:
9    Q. Have you seen this document --
11:35:43 10    A. Yes.
11    Q. -- before --
12    A. Yes.
13    Q. -- Exhibit 11?
14    A. Yes.
11:35:46 15    Q. And could you tell us what it is.
16    A. It's a manufacturing agreement.
17    Q. And who was it between?
18    A. It's between Laboratorios Belmac and
19    Laboratorios Ethypharm S.A.
11:35:58 20    Q. And who represents Laboratorios Belmac
21    in the agreement marked as Exhibit 11?
22    A. Adolfo Herrera.

Page 145

11:36:05 1    Q. And who represents Ethypharm S.A. in the
2    document marked as Exhibit 11?
3    A. Adolfo de Basilio.
4    Q. Were you involved in drafting this
11:36:15 5    agreement?
6    A. No.
7    Q. Do you know who was?
8    A. Ethypharm Spain probably and Belmac, but
9    I think it was done locally.
11:36:27 10    Q. And when you say Ethypharm Spain, does
11    that include Adolfo de Basilio?
12    A. I imagine so. I imagine he has reviewed
13    it for signing it.
14    Q. Okay. Did you review this document
11:36:39 15    before it was signed?
16    A. I just don't recall. I think probably
17    I -- I saw it, but this is not the type of document
18    I would have accepted to be signed.
19    Q. But you saw it before it was signed?
11:36:57 20    A. I can't recall exactly but I -- maybe,
21    maybe. And if I -- if I saw it, I probably made
22    comments, because I -- I wouldn't have agreed to

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-4(

JT-A-739

ESQUIRE DEPOSITION SERVICES

Page 146

11:37:09 1 this type of document to be signed.
2 Q. Why not?
3 A. Because it was not reflecting properly
4 the corporation.
11:37:18 5 Q. And what do you mean by that?
6 A. It looks as a manufacturing agreement
7 only, and it's -- it's not sufficiently covering
8 the exact situation between the two companies.
9 We've tried to make other agreements in the past,
11:37:38 10 and this one was more small agreement.
11 Q. Okay. Between -- so -- and when you say
12 between the two companies, between Belmac --
13 A. Yes --
14 Q. -- and Ethypharm?
11:37:47 15 A. -- just the working documents, something
16 which would help the business going on.
17 Q. Were you involved in the negotiation of
18 this agreement?
19 A. No.
11:37:54 20 Q. Do you know who it was?
21 A. Oh, uh, Adolfo -- Adolfo I suppose
22 and -- the two Adolfos.

Page 147

11:38:01 1 Q. The two Adolfos.
2 So just to clarify for the record, do
3 you mean by the two Adolfos, Mr. de Basilio and
4 Mr. Herrera?
11:38:11 5 A. Mr. Herrera, yes.
6 Q. Okay. To your knowledge was
7 Mr. de Basilio directed by anyone at Ethypharm to
8 enter into and negotiate this agreement?
9 A. That's a question you have to ask
11:38:27 10 Mr. de Basilio because I can't answer for him.
11 Q. But to your knowledge.
12 A. Well, there was a general manager at the
13 time. There was Pierre Germain, at the time, who
14 was directing the Ethypharm S.A. France company.
11:38:43 15 There was also Gerard Leduc and Patrice Debrégeas
16 so.
17 Q. Who did Mr. De Basilio report to at the
18 time?
19 A. I think Pierre Germain.
11:38:57 20 Q. And who did Mr. Germain report to?
21 A. Patrice Debrégeas and Gerard Leduc.
22 Q. Are you -- to your knowledge, did anyone

Page 148

11:39:21 1 travel to the United States when negotiating this
2 agreement marked as Exhibit 11?
3 A. I can't tell.
4 Q. You don't know?
11:39:27 5 A. No, I don't know.
6 Q. Okay. To your knowledge was the
7 agreement marked as Exhibit 11 negotiated in Spain
8 between the two Adolfos, Mr. Debrégeas and
9 Mr. Herrera?
11:39:41 10 A. As I told you, I believe so, but I can't
11 swear this was the case.
12 Q. Could you please turn to page 2 of that
13 agreement.
14 A. Mm-hmm.
11:39:54 15 Q. Do you recognize the signature below
16 Ethypharm S.A.?
17 A. Yes.
18 Q. And whose signature is that?
19 A. Adolfo de Basilio.
11:40:03 20 Q. Okay. Do you recognize the signature on
21 behalf of Belmac S.A.?
22 A. No, I don't recognize the signature.

Page 149

11:40:11 1 Q. Do you have any reason to believe that
2 that is not Mr. Herrera's signature?
3 A. I have no reason to believe it is not
4 his signature.
11:40:18 5 Q. Okay. But you agree, do you not, that
6 it states -- page 1 states that Mr. Herrera is
7 representing Belmac in this agreement?
8 A. Yes, that's what is written.
9 Q. Okay. Could you please tell me,
11:40:29 10 Ms. Joannesse, where in this agreement there is a
11 reference to Bentley Pharmaceuticals?
12 A. There is no reference to Bentley
13 Pharmaceuticals.
14 Q. Could you please tell me, Ms. Joannesse,
11:40:40 15 where in this agreement there is a reference to
16 Mr. Jim Murphy?
17 A. There is no reference to Mr. Jim Murphy.
18 Q. Did you, personally, around -- in or
19 around March of 2000 when this agreement was signed
11:41:04 20 after you saw it, did you ever ask anyone at
21 Bentley to join Belmac as a signatory to this
22 agreement?

38 (Pages 146 to 149)

e70537fb-d96b-4

JT-A-740

ESQUIRE DEPOSITION SERVICES

| | | Page 150 |
|---|---|---|
| 11:41:13 | 1 | A. No. |
| | 2 | Q. Okay. To your knowledge, did anyone |
| | 3 | else at Ethypharm ever ask in or around March of |
| | 4 | 2000 ever ask anyone at Bentley to join |
| 11:41:23 | 5 | Laboratorios Belmac -- |
| | 6 | A. I don't know. |
| | 7 | Q. -- as a signatory to Exhibit 11? |
| | 8 | A. I don't know. |
| | 9 | Q. Okay. So you don't -- you haven't heard |
| 11:41:32 | 10 | of anyone -- |
| | 11 | A. No. |
| | 12 | Q. -- who did that? Okay. |
| | 13 | Could you please turn to page 2 of the |
| | 14 | documented marked as Exhibit 11. |
| 11:41:53 | 15 | Do you see a clause F? |
| | 16 | A. Mm-hmm. |
| | 17 | Q. Could you please -- and we would rely on |
| | 18 | your language abilities, if you wouldn't mind |
| | 19 | reading that into the record in English. |
| 11:42:05 | 20 | A. F, you mean. Right? |
| | 21 | Q. F. |
| | 22 | A. It means that the parties renounced, |

| | | Page 151 |
|---|---|---|
| 11:42:22 | 1 | expressly renounced, to the court that -- come to |
| | 2 | them and agreed that the courts of Madrid will |
| | 3 | be -- will be those which -- to which we -- the |
| | 4 | parties will refer in case of litigation between |
| 11:42:42 | 5 | them that cannot be resolved in an amicably way. |
| | 6 | Q. Okay. After you saw this agreement |
| | 7 | before it was signed did you ever suggest to |
| | 8 | Mr. de Basilio that he include that the courts of |
| | 9 | the United States should have jurisdiction over |
| 11:43:01 | 10 | disputes concerning the agreement marked as |
| | 11 | Exhibit 11? |
| | 12 | A. No. |
| | 13 | Q. To your knowledge, did anyone else at |
| | 14 | Ethypharm ever suggest to Mr. Basilio -- de |
| 11:43:16 | 15 | Basilio, before he signed this agreement, that he |
| | 16 | should also include that the courts of the United |
| | 17 | States would have jurisdiction over any disputes |
| | 18 | concerning the agreement marked as Exhibit 11? |
| | 19 | A. I don't know if anyone suggested that to |
| 11:43:26 | 20 | him. |
| | 21 | Q. Okay. Do you know whether this |
| | 22 | agreement is still in effect? |

| | | Page 152 |
|---|---|---|
| 11:43:37 | 1 | A. It's not anymore. |
| | 2 | Q. It's not. |
| | 3 | Do you recall how it ended? |
| | 4 | A. Yes. |
| 11:43:40 | 5 | Q. And how was that? |
| | 6 | A. There was a termination letter, which |
| | 7 | was sent to both this agreement and another |
| | 8 | agreement, which is directly related to this one, |
| | 9 | which is a purchase agreement commitment by Belmac |
| 11:43:55 | 10 | from Rimafar. And both agreements were terminated. |
| | 11 | They were signed the same day and another were |
| | 12 | terminated the same day. It was in November 2001. |
| | 13 | Q. Okay. Do you recall who that letter was |
| | 14 | from? |
| 11:44:12 | 15 | A. Yes. From Belmac. |
| | 16 | Q. And do you recall who at Belmac? |
| | 17 | A. I think that Adolfo Herrera signed. |
| | 18 | Q. Okay. And we'll have that for you in |
| | 19 | one minute. |
| 11:44:26 | 20 | If I could just have you turn to the |
| | 21 | annex of the agreement marked as Exhibit 11. |
| | 22 | A. Mm-hmm. |

| | | Page 153 |
|---|---|---|
| 11:44:32 | 1 | Q. And tell us which pharmaceutical product |
| | 2 | this agreement concerns. |
| | 3 | A. It concerns Omeprazole. |
| | 4 | Q. Thank you. |
| 11:45:18 | 5 | MS. ABREU: If I could have that |
| | 6 | document marked as Exhibit 12, please. |
| | 7 | (Joannesse Deposition Exhibit No. 12 |
| | 8 | was marked for Identification.) |
| | 9 | THE WITNESS: Thank you. |
| 11:45:33 | 10 | (Witness reviews document.) |
| | 11 | BY MS. ABREU: |
| | 12 | Q. Have you had a chance to review |
| | 13 | exhibit -- the document marked as Exhibit 12? |
| | 14 | A. Yes. |
| 11:46:21 | 15 | Q. And is that -- have you seen that |
| | 16 | document before? |
| | 17 | A. Yes. |
| | 18 | Q. And is that the document you referred to |
| | 19 | when you stated that the manufacturing agreement |
| 11:46:33 | 20 | marked as Exhibit 11 was terminated? |
| | 21 | A. Yes. |
| | 22 | Q. Okay. Could you tell us the date on the |

39 (Pages 150 to 153)

e70537fb-d96b

JT-A-741

ESQUIRE DEPOSITION SERVICES

Page 154

11:46:39  1  document marked as Exhibit 12?
         2       A.  Yes.  Fourteenth of November 2001.
         3       Q.  And could you please tell us who -- who
         4  exhibit -- who this letter is from.
11:46:52  5       A.  Belmac -- Laboratorios Belmac.
         6       Q.  And who is representing Laboratorios
         7  Belmac?
         8       A.  Adolfo Herrera.
         9       Q.  Okay.  And who is -- is Exhibit 12 sent
11:47:02 10  to?
        11       A.  Laboratorios Ethypharm S.A.,
        12  Adolfo de Basilio.
        13       Q.  Thank you.
        14            And could you please read into the
11:47:16 15  record paragraph 1 of that --
        16       A.  This one?
        17       Q.  -- letter.
        18       Yes, please.
        19       A.  We -- we sent this letter as counterpart
11:47:36 20  to the manufacturing agreement of microgranules of
        21  Omeprazole, dated or signed on the 23rd of
        22  March 2000.

Page 155

11:47:59  1       Q.  And could you please read into the
         2  record the last paragraph -- the third paragraph of
         3  that letter.
         4       A.  As a consequence, we inform you that
11:48:09  5  from this date we consider as terminated in all its
         6  effects the manufacturing agreement that is
         7  mentioned herein above.
         8       Q.  Okay.  How is it that you came to see
         9  this letter?
11:48:26 10       A.  Because it was the end of an agreement.
        11       Q.  Okay.  Who -- who sent this letter to
        12  you?
        13       A.  Adolfo de Basilio.
        14       Q.  Okay.  He forwarded it to you?
11:48:37 15       A.  Yes.
        16       Q.  And do you know --
        17       A.  It was me or to Mr. Debrégeas, Gerard
        18  Leduc.  So it was sent to me afterwards.
        19       Q.  Okay.  And was it in or around
11:48:44 20  November 14th of 2001 when you first saw this
        21  letter?
        22       A.  Yes.

Page 156

11:48:49  1       Q.  Okay.  Prior to seeing this letter were
         2  you aware that the contract marked as Exhibit 11
         3  was about to be terminated?
         4       A.  No.
11:48:59  5       Q.  Was this the first time you found out?
         6       A.  Yes.
         7       Q.  Can you tell us what this stationery, on
         8  what stationery the letter marked as Exhibit 12 is
         9  on?
11:49:17 10       A.  It's on Laboratorios Belmac stationery.
        11       Q.  Thank you.
        12            Did anyone ever explain to you why this
        13  agreement was terminated by Mr. Herrera?
        14       A.  Because -- well, this, at the time, that
11:49:47 15  they -- they had their own patent and their own
        16  formulation of Omeprazole.
        17       Q.  And just to clarify for the record, I --
        18  when you say "they," who do you mean?
        19       A.  Well, Belmac Bentley, both, because
11:50:01 20  they -- Bentley had mentioned also they had patents
        21  on Omeprazole.  So it was -- they were talking --
        22  they were talking about the two companies at the

Page 157

11:50:10  1  same time.
         2       Q.  Have you ever seen a patent for
         3  Omeprazole in Spain under the name of Bentley?
         4       A.  No.  But there was a publication that --
11:50:19  5  made by Bentley stating they had taken four new
         6  patents on Omeprazole, and I think it's
         7  Lanzoprazole as well.
         8       Q.  And is that a press release in the
         9  United States?
11:50:30 10       A.  It is a press release --
        11       Q.  Okay.
        12       A.  -- yes.
        13            I don't recall exactly what type of
        14  press release it was.  It was a press release by
11:50:36 15  Bentley.
        16       Q.  Uh-huh.  And are you aware of -- that
        17  under United States law the SEC requires a parent
        18  company to also report on the activities of its
        19  subsidiaries in public statements?
11:50:52 20       A.  Probably.  But, I mean --
        21       Q.  Well, okay.
        22            Back to the patents.  Do you know that

40  (Pages 154 to 157)

ESQUIRE DEPOSITION SERVICES

| | Page 158 |
|---|---|
| 11:50:58 1 | Laboratorios Belmac had patents for Omeprazole in |
| 2 | Spain? |
| 3 | MR. GRACE: Objection. |
| 4 | Do you mean had patents pending or had |
| 11:51:06 5 | patents? |
| 6 | MS. ABREU: Or had patents, either -- |
| 7 | either issued patents or pending patents. |
| 8 | THE WITNESS: Well, it was probably |
| 9 | pending patents because we asked Laboratorios |
| 11:51:16 10 | Belmac to show us that this formulation was |
| 11 | different from what we had, and they -- they |
| 12 | refused to show it to us. |
| 13 | We asked them to show us and the |
| 14 | confidentiality, obviously, because we wanted to |
| 11:51:35 15 | secure that they were not using our formulation for |
| 16 | continuing manufacturing of Omeprazole, and they |
| 17 | refused. |
| 18 | And when I left the company, I don't |
| 19 | recall that the patient -- the patents were were |
| 11:51:55 20 | issued, but I don't recall. |
| 21 | BY MS. ABREU: |
| 22 | Q. Okay. So just to help me understand |

| | Page 159 |
|---|---|
| 11:52:02 1 | your testimony, did you want to see the Belmac |
| 2 | patent application to ensure that they were not |
| 3 | using -- |
| 4 | A. Yes. |
| 11:52:11 5 | Q. -- Ethypharm's formulation -- |
| 6 | A. Right. |
| 7 | Q. -- in that patent application? |
| 8 | A. Right. |
| 9 | Q. Okay. And when you say Ethypharm's |
| 11:52:14 10 | formulation, is that the same formulation involved |
| 11 | in the patent infringement suit in Spain? |
| 12 | A. Yes. There is the -- the -- it's the |
| 13 | same formulation. The one which what -- with which |
| 14 | the product commercialized was effectively |
| 11:52:32 15 | manufactured. |
| 16 | Q. Okay. And is the formulation that is |
| 17 | involved in the patent infringement suit in Spain |
| 18 | the formulation for which Ethypharm has a patent? |
| 19 | A. The formulation in the patent has been |
| 11:52:55 20 | improved over the years. |
| 21 | Q. Mm-hmm. |
| 22 | A. So there may be slight improvement in |

| | Page 160 |
|---|---|
| 11:52:58 1 | it, but he basic formulation is the same. |
| 2 | Q. Okay. And is there anything else that |
| 3 | you knew about why this agreement was terminated |
| 4 | that you have not yet -- we have not yet discussed? |
| 11:53:16 5 | A. No. That's -- no. We also had an |
| 6 | aqueous formulation, and it was a -- a change of |
| 7 | formulation that there was no reason for |
| 8 | terminating this agreement from the part of |
| 9 | Ethypharm at least. |
| 11:53:34 10 | So Belmac terminated and I tell you the |
| 11 | reasons I know, which are that they said they |
| 12 | wanted to -- to manufacture their own formulation. |
| 13 | Q. And when you say they say, is that |
| 14 | something that Mr. Herrera said? |
| 11:53:53 15 | A. Yes. |
| 16 | Q. Okay. And to your knowledge, the |
| 17 | document marked as Exhibit 11, the manufacturing |
| 18 | agreement, does that refer to the organic |
| 19 | formulation of Omeprazole or the aqueous |
| 11:54:08 20 | formulation that you mentioned you also had? |
| 21 | A. Organic. |
| 22 | Q. Organic, okay. |

| | Page 161 |
|---|---|
| 11:54:14 1 | So the termination that the -- of the |
| 2 | document marked as Exhibit 12, which terminates the |
| 3 | document marked as Exhibit 11, also refers to the |
| 4 | organic -- |
| 11:54:21 5 | A. Yes. |
| 6 | Q. -- formulation? |
| 7 | A. They had no rights to manufacture the |
| 8 | aqueous formulation. |
| 9 | Q. Okay. To your knowledge, did Ethypharm |
| 11:54:29 10 | ever give any information to anyone at Belmac about |
| 11 | the aqueous formulation? |
| 12 | A. Yes. There were some sample -- samples, |
| 13 | and there is a confidentiality agreement, which was |
| 14 | signed in this respect. |
| 11:54:38 15 | Q. Okay. And while we're looking for the |
| 16 | next document, Ms. Joannesse, after you saw |
| 17 | Exhibit 12, the letter terminating that contract, |
| 18 | did you -- did you follow up on that at all? |
| 19 | Did you do anything in response to |
| 11:55:29 20 | that -- |
| 21 | A. Yes. |
| 22 | Q. Well, what did you do? |

41 (Pages 158 to 161)

e70537fb-d96b-

JT-A-743

ESQUIRE DEPOSITION SERVICES

Page 162

11:55:33  1     A.  We tried to consider the consequences of
        2   this letter of termination for the business,
        3   because Ethypharm still had customers supplied from
        4   the Belmac factory and also Belmac was buying lots
11:55:50  5   of Omeprazole granules from Ethypharm under the
        6   Purchase Agreement that you are going to show me --
        7     Q.  Mm-hmm.
        8     A.  -- the next exhibit.
        9     Q.  Okay.
11:56:01 10     (Laughter.)
       11     Q.  You're good.
       12     (Laughter.)
       13     Q.  So -- so then were you involved then in
       14   trying to negotiate the fulfillment of these
11:56:15 15   orders?
       16     A.  Yes --
       17     Q.  Okay.
       18     A.  -- yes.
       19     Q.  Okay.  So let's show you that and then
11:56:17 20   we'll follow up on that, okay?
       21         MS. ABREU:  If I could please have this
       22   document marked as Exhibit 13.

Page 163

11:56:34  1         (Joannesse Deposition Exhibit No. 13
        2         was marked for Identification.)
        3         THE WITNESS:  Thank you.
        4         (Witness reviews document.)
11:57:30  5   BY MS. ABREU:
        6     Q.  Have you seen Exhibit 13 before?
        7     A.  Yes.
        8     Q.  And when was the first time you saw
        9   Exhibit 13?
11:57:36 10     A.  At the same time as the Exhibit 12, yes,
       11   contract -- no, 12 -- 11.
       12     Q.  Okay.  So in or around March 23rd of
       13   2000?
       14     A.  Mm-hmm.
11:57:49 15     Q.  Did you see Exhibit 13 before it was
       16   signed by Mr. de Basilio?
       17     A.  No.
       18     Q.  Okay.
       19     A.  I don't recall.  I don't recall.
11:57:59 20     Q.  You don't recall?
       21     A.  Yeah.  I prefer to say I don't recall
       22   because, you know, we've seen so many documents,

Page 164

11:58:05  1   but I don't recall this one.
        2     Q.  Okay.  Can you tell us who or what this
        3   document is?
        4     A.  Yes.  It's a letter, commitment --
11:58:23  5   commitment letter to purchase products.
        6     Q.  And which products does it refer to?
        7     A.  It refers to Omeprazole.
        8     Q.  And who is this commitment between,
        9   which companies?
11:58:35 10     A.  Laboratorios Belmac S.A. and
       11   Laboratorios Ethypharm S.A. represented by Adolfo
       12   Herrera and represented by Adolfo de Basilio.
       13     Q.  Thank you.
       14         To your knowledge, did anyone -- did
11:58:52 15   either you or anyone at Ethypharm ever suggest to
       16   Mr. de Basilio to also include Bentley
       17   Pharmaceuticals as a signatory to the document
       18   marked Exhibit 13?
       19     A.  No.
11:59:05 20     Q.  And do you recall earlier today that it
       21   was -- that you stated it was your understanding
       22   that there were no legal prohibitions from

Page 165

11:59:15  1   including a parent company along with a subsidiary
        2   in -- in draft agreements?
        3         MR. GRACE:  Objection to the extent it
        4   misstates prior testimony.
11:59:23  5   BY MS. ABREU:
        6     Q.  You can answer the question.
        7     A.  As I told you, as far as I know.
        8     Q.  Okay.  And as far as you know would
        9   there have been any legal prohibitions then to
11:59:33 10   include Bentley Pharmaceuticals as well as Belmac
       11   as a signatory to Exhibit 13?
       12     A.  No.
       13         MR. GRACE:  Objection.  Vague and overly
       14   general.
11:59:44 15   BY MS. ABREU:
       16     Q.  You can answer the question.
       17     A.  No, not as far as I know.  But I'd like
       18   to say that these type of agreements are really
       19   working documents --
11:59:52 20     Q.  Mm-hmm.
       21     A.  -- for the daily business.
       22         So actually it's normal that they are

42  (Pages 162 to 165)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-

JT-A-744

ESQUIRE DEPOSITION SERVICES

Page 166

11:59:58 1 between the two Spanish companies because it's in
2 relation with the daily business and more in the
3 strategy -- strategy of the corporation.
4 Q. And is it your knowledge, then, that the
12:00:11 5 day-to-day business was conducted between the two
6 Spanish companies pertaining to Omeprazole?
7 A. Yes, that's my understanding.
8 Q. And is it -- do you have the same
9 understanding that the day-to-day business was also
12:00:22 10 conducted between the two Spanish companies with
11 regard to the other pellet drugs?
12 A. Yes.
13 Q. Okay.
14 MS. ABREU: And then I would like to
12:00:42 15 have this document marked as the next exhibit,
16 please.
17 (Joannesse Deposition Exhibit No. 14
18 was marked for Identification.)
19 THE WITNESS: Thank you.
12:01:05 20 (Witness reviews document.)
21 BY MS. ABREU:
22 Q. Ms. Joannesse, have you seen the

Page 167

12:01:19 1 document marked as Exhibit 14 before?
2 A. Yes.
3 Q. Could you please tell us what that
4 document is.
12:01:27 5 A. It's a termination letter of the letter
6 committing to purchase product.
7 Q. Okay. So is this, then, the termination
8 letter terminating the document marked as
9 Exhibit 13?
12:01:39 10 A. Right.
11 Q. And could you tell us what the date on
12 that letter is?
13 A. Fourteenth of November 2001.
14 Q. And could you tell us who it's from?
12:01:48 15 A. It's from Laboratorios Belmac.
16 Q. Signed by whom?
17 A. Adolfo Herrera Málaga.
18 Q. And who is it to?
19 A. Laboratorios Ethypharm S.A., Doctor
12:01:57 20 Adolfo de Basilio.
21 Q. And could you tell us the stationery on
22 which Exhibit 14 is written?

Page 168

12:02:10 1 A. Yes. Laboratorios Belmac S.A.
2 Q. Okay. And could you please read us the
3 first paragraph and the last paragraph of that
4 letter.
12:02:21 5 A. We address ourself as the party to the
6 letter of commitment to purchase, which has been
7 signed on the 23rd of March 2000.
8 And the last paragraph, As a
9 consequence, we inform you that from this day that
12:02:38 10 you should consider us terminating all the effects
11 of this commitment to purchase.
12 Q. Do you recall when was the first time
13 that you saw this letter?
14 A. At the same time as the
12:02:50 15 termination letter of the manufacturing agreement.
16 Q. Okay. Do you recall how you came to see
17 that letter?
18 A. What do you mean by how I came to see?
19 Q. Who showed it to you?
12:03:04 20 A. No, I don't remember who showed it to
21 me, but it was sent to the mother company, to
22 Ethypharm France.

Page 169

12:03:14 1 Q. Okay. Did anyone ever explain why
2 Mr. Herrera sent Mr. de Basilio the document marked
3 as Exhibit 14?
4 A. I think the reasons are the same as for
12:03:26 5 the termination of the manufacturing contract,
6 because the two contracts were related together.
7 So I suppose that they didn't -- they considered
8 that they didn't need to purchase any more
9 Omeprazole from -- from Ethypharm because they had
12:03:40 10 their own formulation.
11 Q. Because Belmac had its own formulation?
12 A. Yes.
13 Q. Is that the same formulation that Belmac
14 was seeking patents in -- in Spain for?
12:03:50 15 A. I don't know. I haven't seen their
16 formulation --
17 Q. Okay.
18 A. -- so.
19 Q. But, to your knowledge, is that what
12:03:55 20 Mr. Herrera told the other people at Ethypharm?
21 A. Yes.
22 Q. Okay. Do you -- after you saw this

43 (Pages 166 to 169)

ESQUIRE DEPOSITION SERVICES

Page 170

12:04:05  1   document and received the termination -- and again,
          2   I'm referring to the document marked as Exhibit
          3   14 -- did you follow up on this issue at all?
          4       A. Yes, I did.
12:04:15  5       Q. And what did you do?
          6       A. Again, the same as for the manufacturing
          7   agreement, considering what would be the
          8   consequences of these termination letters.
          9       Q. And what were those consequences?
12:04:34 10       A. Well, just exactly, if effectively,
         11   Belmac would have a new product on the market after
         12   termination of the relationship with Ethypharm.
         13       Q. And when you say "new product," do you
         14   mean Omeprazole?
12:04:52 15       A. Yes. A new formulation, their
         16   formulation of Omeprazole.
         17       Q. Okay. And what did you find?
         18       A. I think that is within the infringement
         19   action, so I don't know if I can tell.
12:05:03 20       Q. Okay. What is it?
         21           MR. GRACE: Yeah, if this concerns your
         22   things that you -- that investigations that you

Page 171

12:05:14  1   conducted --
          2           THE WITNESS: Mm-hmm.
          3           MR. GRACE: -- in connection with the
          4   Spanish infringement action --
12:05:19  5           THE WITNESS: Yes.
          6           MR. GRACE: -- then I rather you not
          7   going into it here.
          8           THE WITNESS: Yeah.
          9           MR. GRACE: Okay?
12:05:25 10           THE WITNESS: Okay.
         11           That's what I think as well. That's why
         12   I answered like this.
         13           MR. GRACE: Sure.
         14   BY MS. ABREU:
12:05:30 15       Q. Sure.
         16           But as far as -- as -- as you are aware
         17   then, the new formulation is involved in a patent
         18   infringement action in Spain, the one that --
         19   that -- that you investigated; is that correct?
12:05:38 20           MR. GRACE: Objection.
         21   BY MS. ABREU:
         22       Q. Without telling me what it is.

Page 172

12:05:41  1           MR. GRACE: Objection.
          2   BY MS. ABREU:
          3       Q. You can answer the question.
          4       A. Can -- can you just specify your
12:05:46  5   question a little bit?
          6       Q. Sure.
          7           You mentioned that you considered the
          8   consequences of the termination of these letters --
          9       A. Mm-hmm.
12:05:53 10       Q. -- and one of the matters that you
         11   looked into was the formulation that Belmac was
         12   going to use --
         13       A. Mm-hmm.
         14       Q. -- to continue to manufacture
12:06:04 15   Omeprazole.
         16       A. Mm-hmm.
         17       Q. And my question is: Is it your
         18   understanding that that is the same formulation
         19   that is involved in the patent infringement action
12:06:13 20   in Spain between Ethypharm and Belmac?
         21       A. I would think so, yes.
         22       Q. Okay.

Page 173

12:06:22  1           MS. ABREU: I think this is a good time
          2   for us to take a little break.
          3           THE VIDEOGRAPHER: The time is 12:06:08
          4   Off the record.
12:06:30  5           (Whereupon, at 12:06 p.m., a recess was
          6   taken, and the proceedings resumed at 12:21:51 p.m.,
          7   this same day.)
          8           THE VIDEOGRAPHER: On the record.
          9           The time is 12:21:51.
12:22:11 10   BY MS. ABREU:
         11       Q. Good afternoon, Ms. Joannesse.
         12           I have a few questions before we break
         13   for lunch today.
         14           MS. ABREU: And I'd like to have a
12:22:24 15   document marked as Exhibit 15.
         16           (Joannesse Deposition Exhibit No. 15
         17           was marked for Identification.)
         18           THE WITNESS: Thank you.
         19   BY MS. ABREU:
12:23:02 20       Q. Have you had a chance to review that
         21   document?
         22       A. Mm-hmm.

44  (Pages 170 to 173)

e70537fb-d96b-4

JT-A-746

ESQUIRE DEPOSITION SERVICES

Page 174

12:23:15 1    Q. Have you seen it before?
2    A. Yes.
3    Q. And what is it?
4    A. It's a small manufacturing agreement on
12:23:18 5    Indometacina Microgranules.
6    Q. And when was the first time you saw this
7    manufacturing agreement marked as Exhibit 15?
8    A. Probably when I started collecting all
9    the agreements between the two companies. In 2002,
12:23:35 10    something like that.
11    Q. Okay. And can you tell us what the
12    agreements says, which companies are parties to
13    this agreement?
14    A. Yes.
12:23:50 15    Ethypharm S.A. Madrid represented by
16    Adolfo de Basilio and Laboratorios Belmac Madrid
17    represented by Adolfo Herrera.
18    Q. Okay. Could you please tell us where in
19    this document there is a reference to Bentley
12:24:03 20    Pharmaceuticals?
21    A. There is no reference to Bentley
22    Pharmaceuticals in this document.

Page 175

12:24:10 1    Q. Okay. Did you review this document
2    before it was signed?
3    A. No. This, again, is a small working
4    docket -- document to -- from the manufacturing --
12:24:20 5    Q. Do you know who drafted it?
6    MR. GRACE: Excuse me. Let her -- let
7    her finish.
8    THE WITNESS: So it's a small -- I was
9    saying it's a small working document manufacturing
12:24:27 10    agreement between the two Spanish companies, as it
11    is Spanish. I imagine it was drafted in Spanish in
12    Spain, but I don't know who drafted it. It can be
13    Belmac or anybody charged by this by Ethypharm
14    Spain.
12:24:45 15    BY MS. ABREU:
16    Q. Okay. And you would agree, would you
17    not, that this is a manufacturing agreement
18    concerning the drug Indometacina?
19    A. Yes.
12:24:54 20    Q. Okay. And can you tell us whether there
21    is any reference to Mr. Jim Murphy anywhere in this
22    document?.

Page 176

12:25:08 1    A. No.
2    Q. Okay. And do you recall whether
3    Ethypharm ever gave any intellectual property or
4    any information concerning Indometacina to
12:25:25 5    Laboratorios Belmac?
6    A. Well, for the manufacturer of the
7    product, Laboratorios Belmac got the manufacturing
8    files, the process, and with the formula.
9    Q. Do you recall who at Laboratorios Belmac
12:25:41 10    got that file and -- and formula?
11    A. I don't know who got that -- Belmac
12    itself. Again, most probably, someone at the plant
13    or the general manager.
14    Q. At the plant in Zaragoza or the
12:25:59 15    general --
16    A. Yes.
17    Q. -- manager of Belmac?
18    A. Yeah.
19    Q. Okay. To your knowledge were -- were
12:25:59 20    those files regarding the manufacture of
21    Inometacina ever given to anyone at Bentley in the
22    United States?

Page 177

12:26:07 1    A. I don't know.
2    Q. Would you please turn to the page
3    numbered EP 008101.
4    A. Mm-hmm.
12:26:25 5    Q. That's the page with the signatures
6    at --
7    A. Mm-hmm.
8    Q. -- the bottom.
9    Can you tell us the date of that
12:26:31 10    agreement?
11    A. It seems to be 23rd of March 2000.
12    Q. Okay. Do you see under article three --
13    A. Mm-hmm.
14    Q. -- that would be the fifth paragraph
12:26:46 15    down --
16    A. Mm-hmm.
17    Q. -- the paragraph that starts with El
18    presente contrato.
19    A. Mm-hmm.
12:26:53 20    Q. Could you please read us what that
21    paragraph says?
22    A. The present agreement is -- is submitted

45 (Pages 174 to 177)

e70537fb-d96b-

JT-A-747

ESQUIRE DEPOSITION SERVICES

Page 178

12:27:00 1 to Spanish law and any litigation in relation to
2 this agreement will be -- will be submitted to the
3 Spanish court.
4 Q. Okay. Do you recall having ever advised
12:27:18 5 Mr. de Basilio that he should also include courts
6 of the United States has having jurisdictions over
7 any agreements between Ethypharm S.A., Madrid, and
8 Laboratorios Belmac in Spain?
9 A. No.
12:27:35 10 Q. Okay. Do you recall -- to your
11 knowledge, did anyone else at Ethypharm ever
12 suggest to Mr. De Basilio that he should a clause
13 submitting any contracts between Ethypharm S.A.
14 Spain and Belmac S.A. Spain to jurisdiction of the
12:27:55 15 courts of the United States?
16 A. I don't know because I know not.
17 Q. Okay. To your knowledge is this
18 manufacturing contract marked as Exhibit 15 still
19 enforced?
12:28:16 20 A. In fact, I don't know. I haven't seen
21 any termination letter for this one. So it depends
22 on the terms, I mean, on the duration. It's

Page 179

12:28:26 1 probably -- I haven't seen any office -- any
2 official termination letter like for the Omeprazole
3 for this contract before I left the company in
4 2003.
12:28:42 5 Q. Okay. Had you ever heard from anyone
6 that this particular document marked as Exhibit 15
7 had been terminated?
8 A. No.
9 Q. All right. Do you recall ever
12:29:00 10 suggesting to Mr. de Basilio or to anyone else at
11 Ethypharm that they should include Bentley
12 Pharmaceuticals as the signatory to any agreements
13 with -- alongside Laboratorios Belmac, including
14 the agreement marked as Exhibit 15?
12:29:16 15 A. No.
16 Q. I'd like to show you another document.
17 A. Mm-hmm.
18 Q. I'd like to show you another three
19 documents, actually.
12:30:20 20 MS. ABREU: If I could have those
21 documents marked as the next three exhibits,
22 please.

Page 180

12:30:23 1 (Joannesse Deposition Exhibit Nos. 16
2 through 18 were marked for
3 Identification.)
4 THE WITNESS: Thank you.
12:31:03 5 BY MS. ABREU:
6 Q. And Ms. Joannesse, if you could please
7 take your time to review those exhibits.
8 And just to make sure we're talking
9 about the same documents, which document do you
12:31:15 10 have -- could you tell me the drug to which
11 Exhibits 16 refers to?
12 A. Sixteen is Vincamina -- Vincamine.
13 Q. Okay. And 17?
14 A. Seventeen is Aspirina.
12:31:31 15 Q. And 18?
16 A. Piroxicam.
17 Q. And have you seen Exhibits 16, 17, and
18 18 before?
19 A. The same contract as for Indometacina.
12:31:43 20 They were all done probably together at the same
21 time.
22 Q. Okay. So it's the same contract as --

Page 181

12:31:49 1 A. Yeah.
2 Q. -- Exhibit 15?
3 A. Yes.
4 Q. Okay. The same language, the same --
12:31:55 5 A. The same language, the same, exactly.
6 Everything is the same, that were small contracts.
7 And I haven't seen any determination for
8 these, but the production of these products where
9 almost terminated or reduced at different times.
12:32:10 10 So I don't know if -- if they're asked of
11 production of these products in Spain.
12 Q. Okay. Do you know when the -- the
13 manufacturer of these products was terminated --
14 A. No.
12:32:20 15 Q. -- or reduced by Belmac?
16 A. No. I think it's -- it's little by
17 little was already --
18 Q. It was -- would it be --
19 A. I think so.
12:32:32 20 Q. -- fair to say that it was --
21 A. Yeah.
22 Q. -- phased out?

46 (Pages 178 to 181)

e70537fb-d96b-4

JT-A-748

ESQUIRE DEPOSITION SERVICES

Page 182

12:32:35  1    A.  Yeah, probably phased out or taken
2    again, taken back the production and taken back in
3    France.
4    Q.  Okay.
12:32:40  5    A.  Yeah.
6    Q.  Do you know who decided to phase out
7    projection of -- of the drugs listed in Exhibits 15
8    through 18?
9    A.  No.  That's a strategy from Ethypharm
12:32:48 10  France from another company.
11    Q.  From Ethypharm France, okay.
12        Do you know who at Ethypharm France made
13    the decision to phase out the production of these
14    drugs?
12:32:58 15    A.  No, I can't tell exactly, but it's
16    always in the hands of Patrice Debrégeas and Gerard
17    Leduc in the end.
18    Q.  Okay.  Okay.
19    A.  It's a question of reorganization of
12:33:07 20  the -- the plants.
21    Q.  Okay.  And just to -- to clarify for the
22    record, Ms. Joannesse, would you agree that all of

Page 183

12:33:14  1    the exhibits marked 15 through 18 were signed on
2    March 23rd of 2000?
3    A.  That's what I can read.
4    Q.  Is that what -- is that consistent with
12:33:23  5    what you see in front of you?
6    A.  Yeah.
7    Q.  Do you recall reviewing any of these
8    exhibits or seen any of these exhibits before they
9    were signed?
12:33:31 10    A.  No.
11    Q.  Would you agree that all of the exhibits
12    marked 15 through 18 were signed -- were between
13    Ethypharm S.A. Madrid represented by Mr. Adolfo de
14    Basilio and Laboratorios Belmac, Madrid,
12:33:50 15  represented by Adolfo Herrera?
16    A.  Yes.
17    Q.  Would you agree that Exhibits 15 through
18    18 were all signed by these two gentlemen,
19    Mr. de Basilio and Mr. Herrera, on behalf of
12:34:09 20  Ethypharm S.A. and Laboratorios Belmac?
21    A.  Yes.
22    Q.  Would you agree that Bentley

Page 184

12:34:12  1    Pharmaceuticals is not a party to any of the
2    exhibits of 15 through 18?
3    A.  Yes.
4    Q.  And would you agree, as you mentioned
12:34:28  5    earlier, that you did not suggest to Mr. de Basilio
6    to include Bentley as a party in any agreements,
7    including Exhibits 15 through 18, that he signed
8    with Laboratorios Belmac in Spain?
9    A.  Just considering the way you formulated
12:34:52 10  your question as saying any agreement, I can tell
11    on these one, no.
12    Q.  These exhibits, 15 through 18?
13    A.  Yes.
14    Q.  Okay.  How about the Omeprazole
12:35:01 15  contract, which I believe was marked as Exhibit 11?
16    A.  Yes, the same, because it was done at
17    the same time.
18    Q.  So, yes, as in --
19    A.  Just that --
12:35:10 20    Q.  -- you did not tell them to include --
21    A.  Just that the terms any in your
22    question --

Page 185

12:35:14  1    Q.  Sure.
2    A.  -- could refer to other contracts, and
3    those we have seen them until now.
4    Q.  Sure.  And what I -- so with regard to
12:35:26  5    Exhibits 11, the Omeprazole agreement signed on
6    March 23rd, 2000 --
7    A.  Mm-hmm.
8    Q.  -- and Exhibits 15 through 18, is it,
9    then, to clarify for the record, your testimony
12:35:32 10  that you did not advise Mr. de Basilio to include
11    Bentley as a party alongside Laboratorios Belmac?
12    A.  Yes.
13    Q.  Okay.  To your knowledge, did anyone
14    else at Ethypharm suggest to Mr. de Basilio that he
12:35:47 15  should include Bentley Pharmaceuticals, as a party,
16    alongside Laboratorios Belmac in Exhibits 11 or 15
17    through 18?
18    A.  To my knowledge, no.
19    Q.  To your knowledge was any intellectual
12:36:08 20  property concerning Vincamina, Aspirina, or
21    Piroxicam ever given to anyone from Ethypharm to
22    anyone at Laboratorios Belmac?

47  (Pages 182 to 185)

e70537fb-d96b-

JT-A-749

ESQUIRE DEPOSITION SERVICES

Page 186

12:36:18 1    A. Yes, there were -- there some know-how
2    in the formulation and the process, manufacturing
3    process, and this was included in the documents
4    which were handed for the manufacturer of the
12:36:28 5    products.
6    Q. And do you know to whom those documents
7    were handed at -- at Laboratorios Belmac?
8    A. No --
9    Q. Okay.
12:36:34 10    A. -- not specifically.
11    Q. To your knowledge was it somebody at the
12    plant in Zaragoza that these documents were handed
13    to?
14    A. The people at the plant should have them
12:36:45 15    in order to perform the work.
16    Q. Okay. And was any intellectual property
17    or trade secrets regarding any of the drugs in
18    Exhibits -- Exhibits 15 through 18 ever given to
19    anyone at Bentley in the United States?
12:37:03 20    A. I can't tell. I don't know.
21    Q. Okay. So, to your knowledge, it was
22    not?

Page 187

12:37:13 1    A. To my knowledge, I don't know.
2    MS. ABREU: Okay. I'd like to mark this
3    document for identification as Exhibit 19, I
4    believe.
12:37:50 5    MS. HIGGINS: Mm-hmm.
6    (Joannesse Deposition Exhibit No. 19
7    was marked for Identification.)
8    BY MS. ABREU:
9    Q. Ms. Joannesse, if you could take some
12:38:17 10    time to review Exhibit No. 19.
11    (Witness reviews document.)
12    Q. Have you seen the document marked as
13    Exhibit 19 before?
14    A. I don't remember. Yeah, probably, I
12:40:42 15    was. I saw it, yeah, because I was copied. I can
16    see, although there is a mistake in my name.
17    Q. Is that -- do you see where it says
18    Roseline Joannesse?
19    A. Roseline with double "n" so sometime it
12:40:59 20    doesn't work, but I -- probably I saw it from when
21    it was given to me at the time, yeah, because I was
22    copied in any case.

Page 188

12:41:09 1    Q. Okay. You'll agree, then, that you were
2    copied in the e-mail sent to Roseline Joannesse?
3    A. Yes.
4    Q. Yeah, okay. Can you tell us the date of
12:41:17 5    that document?
6    A. Sixteenth of May 2001.
7    Q. Okay. And what is this document about?
8    A. It's about the draft of a new contract
9    between Ethypharm and Belmac. And Mr.
12:41:36 10    Mr. de Basilio is -- is arguing about the -- the
11    fact that the delay in the -- in the preparation of
12    this document was not his fault, and he -- he had
13    been considered as faulty in this respect. And he
14    gives the sequence of preparation of this contract
12:41:56 15    and asked if this document was already sent to
16    Mr. Murphy. And that's it.
17    Q. Mm-hmm. Now would you agree that in
18    May 16th of 2001 the document marked as Exhibit 11
19    had not yet -- had been signed?
12:42:18 20    A. Marked as exhibit, yes -- yes, yes, it
21    was signed, yes, obviously.
22    (Laughter.)

Page 189

12:42:29 1    Q. Would you agree that that March 23rd
2    contract for the manufacturing of Omeprazole marked
3    as Exhibit 11 had not yet been canceled --
4    A. Yes.
12:42:41 5    Q. -- by May 16th of --
6    A. Yes.
7    Q. -- 2001?
8    Okay. What is your -- do you see on --
9    in the first paragraph of this e-mail marked as
12:42:59 10    Exhibit 19 --
11    A. Mm-hmm.
12    Q. -- do you see the phrase -- and if you
13    could please read it into the English transcript as
14    well, je suis d'accord su le fait de protéger nos
12:43:08 15    intérês.
16    A. I agree with the fact that we should
17    protect our interests.
18    Q. Do you see -- what is your understanding
19    of what Mr. de Basilio meant when he said that?
12:43:25 20    A. What he meant is that he had the feeling
21    that the relationship between the two companies was
22    not protecting sufficiently the way -- the way we

48 (Pages 186 to 189)

e70537fb-d96b-

JT-A-750

ESQUIRE DEPOSITION SERVICES

Page 190

12:43:44  1  were -- the agreements under which we were working
        2  were not protecting sufficiently Ethypharm's
        3  interests.
        4      Q.  Okay.  And do you understand that phrase
12:43:52  5  to also refer to the agreement marked as Exhibit 11
        6  as not sufficiently protecting Ethypharm's
        7  interests?
        8      A.  I would think so, yeah.
        9      Q.  Could you please explain to me the last
12:44:06 10  sentence of that paragraph that starts with RJ.
       11      A.  Roseline Joannesse.
       12      Q.  Okay.  And could you read that and
       13  explain what SVP is as well, if you could read that
       14  entire sentence in English.
12:44:16 15      A.  RJ -- well, forward this -- yeah, the
       16  trans -- the translation is -- is not exactly the
       17  meaning.
       18      What is -- what is meant is Roseline
       19  please tell him to -- to revise the text rapidly,
12:44:47 20  please.  And tell him that I'm going to -- to be --
       21  to be -- I'm trying to find the words.
       22      THE INTERPRETER:  Upset.

Page 191

12:45:04  1      THE WITNESS:  Upset, yeah, I that was
        2  not sufficient.
        3      THE INTERPRETER:  Yeah.
        4      THE WITNESS:  I'll be upset very soon.
12:45:06  5  BY MS. ABREU:
        6      Q.  Okay.  And who is SVP?  That they ask
        7  you to forward to?
        8      A.  SVP is please.
        9      Q.  Oh, okay.  SVP.
12:45:12 10      A.  SVP.
       11      Q.  Okay.  And does this -- this quotation
       12  of -- said that he would be upset soon, is that
       13  Mr. Debrégeas?
       14      A.  Yes.  Mr. Debrégeas say he will be very
12:45:21 15  upset if he doesn't move forward more rapidly.
       16      Q.  Okay.  And do you see in -- in -- could
       17  you please read the second paragraph to us.
       18      A.  During the first week of April,
       19  Mr. Álvarez, during the meeting with Mr. Debrégeas,
12:45:44 20  and talking about the contractor situation was
       21  Belmac asked Roseline Joannesse to prepare an
       22  agreement that I was waiting since November 22nd,

Page 192

12:45:54  1  2000.
        2      Q.  Mm-hmm.  Do you recall being asked to
        3  prepare such an agreement?
        4      A.  Probably.  I don't recall very precisely
12:46:02  5  the moment I was asked to prepare it, but I
        6  apparently was asked to prepare it, yeah.
        7      Q.  So you recall what it is that they asked
        8  you to prepare?
        9      A.  Well, the type of contract was certainly
12:46:14 10  a global contract, the type of contract we have
       11  always been willing to have, summarizing the
       12  cooperation between the two groups of company.
       13      Q.  And when you mean a global contract,
       14  what do you mean by that?
12:46:28 15      A.  Well, something which recognize exactly
       16  what everyone is doing and what especially that we
       17  have -- when we had wrote to Belmac, the know-how,
       18  the technology, the recognition that all these did
       19  not belong to Belmac, situation of machines and all
12:46:52 20  the things, which were discussed in principal, the
       21  agreement in principal, which was not put in -- in
       22  writing.

Page 193

12:46:59  1      Q.  Okay.  And when you -- you refer to the
        2  situation, the machines, do you refer to the
        3  machines set up or installed in the Zaragoza
        4  facility --
12:47:08  5      A.  Yes.
        6      Q.  -- of Belmac?
        7      A.  Yes.
        8      Q.  Okay.  And where he says that he -- the
        9  last sentence, could you please read the last
12:47:24 10  sentence of that e-mail to us in English.
       11      A.  I ignore if this document has been sent
       12  to Mr. Murphy, but I would like to know who has
       13  released the rumor of the delay of one month.
       14      Q.  Okay.  And when he said this document,
12:47:47 15  does -- what -- what is your understanding of what
       16  that refers to?
       17      A.  The contract.
       18      Q.  The -- the draft contract?
       19      A.  The draft of the contract.
12:47:56 20      Q.  Is this the draft that they -- said that
       21  they were waiting for you to draft?
       22      A.  Yes, yes.

49 (Pages 190 to 193)

e70537fb-d96b-4

JT-A-751

ESQUIRE DEPOSITION SERVICES

Page 194

12:48:01 1    Q.  Okay.  Do you recall who asked you to --
2    to send that draft to Mr. Murphy?
3    A.  Yes.  Mr. Debrégeas and Mr. Leduc.
4    Q.  And did they tell you why they wanted
12:48:13 5    to -- you to send that to Mr. Murphy?
6    A.  Because when they had to speak about the
7    strategy or -- well, the cooperation between the
8    two companies, everything was going to Mr. Murphy.
9    They spoke -- they were speaking directly to
12:48:30 10    Mr. Murphy.
11    Q.  Okay.  And when you say between the two
12    companies, you mean Ethypharm and Laboratorios
13    Belmac?
14    A.  No -- well, in fact, between Ethypharm
12:48:41 15    and Bentley, Ethypharm S.A. Spain and Belmac Spain
16    Q.  Okay.  I'd like you to show -- to show
17    you -- let's go to the June 8, 2001 -- another
18    document, which I will ask to be marked as
19    Exhibit 20.
12:49:12 20    (Joannesse Deposition Exhibit No. 20
21    was marked for Identification.)
22    THE WITNESS:  Thank you.

Page 195

12:50:10 1    BY MS. ABREU:
2    Q.  Ms. Joannesse, have you seen the
3    document marked as Exhibit 20 before?
4    A.  Yes.
12:50:14 5    Q.  And when was the first time you saw the
6    document marked as Exhibit 20?
7    A.  When I prepared it.
8    Q.  So you drafted this document?
9    A.  Yes.
12:50:21 10    Q.  Okay.  Did anyone else assist you in
11    drafting this document?
12    A.  Well, no.  But obviously, this -- the
13    terms were discussed with the management of the
14    company, Mr. Patrice Debrégeas and Gérard Leduc.
12:50:35 15    Q.  Okay.  So you drafted this and you
16    discussed the terms with --
17    A.  Yes, yes.
18    Q.  -- Mr. Debrégeas and Mr. Leduc?
19    A.  Yes.
12:50:45 20    Q.  Okay.  Did -- who asked you to draft
21    this document?
22    A.  Mr. Debrégeas, Mr. Leduc.

Page 196

12:50:52 1    Q.  Do you recall when you began drafting
2    it?
3    A.  Apparently, too late.
4    (Laughter.)
12:51:02 5    A.  Because my -- well, since that -- well,
6    there is an indication, which is the 1st of May --
7    no, the 21st of May, 2001.  So I don't know if it's
8    really the very first draft.  No, it's not the very
9    first draft.  So, probably, I drafted it in April
12:51:25 10    or something like that.
11    Q.  Of 2001?
12    A.  2001.
13    Q.  Okay.
14    A.  Yes.  You can see a -- he -- he mentions
12:51:31 15    he made some corrections.  He -- he read the
16    document before in April so probably it was
17    prepared in April.
18    Q.  So is it your understanding that
19    Exhibit 20 is the draft agreement to which
12:51:42 20    Exhibit 19 refers?
21    A.  I think so, yes.
22    Q.  Okay.  And is it your understanding,

Page 197

12:51:48 1    then, that Exhibit 20 is also the draft agreement
2    that Mr. Leduc and Mr. Debrégeas requested that you
3    forward it to Mr. Murphy as referred to in
4    Exhibit 19?
12:51:59 5    A.  Yes.
6    Q.  Okay.  And do you recall why
7    Mr. Debrégeas and Mr. Leduc wanted you to draft
8    this agreement?
9    A.  Well, as I -- as -- as mentioned by
12:52:20 10    Mr. Leduc, I mean, it's to realize the relationship
11    between Ethypharm and -- and Belmac, because, I
12    mean, we've been trying for several -- on several
13    occasions to -- to have a global agreement, and we
14    didn't succeed.  Hence, all the small documents,
12:52:41 15    which were assigned.
16    Q.  Okay.  And just to clarify for the
17    record, when you say, as mentioned by Mr. Leduc,
18    were you looking at --
19    A.  The letter of -- addressed to Mr. Murphy
12:52:51 20    and Bentley, dated June 8th, 2001.
21    Q.  And is that the page in Exhibit 20
22    Bates-labeled EP 002011?

50 (Pages 194 to 197)

e70537fb-d96b-

JT-A-752

ESQUIRE DEPOSITION SERVICES

Page 198

12:53:02  1    A.  Right.
2    Q.  Okay.  And could you tell us,
3  Ms. Joannesse, what the -- this draft agreement is
4  about?
12:53:14  5    A.  Yes.  It's a technology license and
6  manufacturing agreement.
7    Q.  And could you will please look at the
8  first page of that draft agreement and read to us
9  where it says between the undersigned?
12:53:30 10    A.  Yes.
11    Q.  Could you please read to us who the
12  undersigned are?
13    A.  Ethypharm S.A. with corporate domicile
14  at Marques de la Ensenada in Madrid, a company
12:53:41 15  belonging to Ethypharm S.A. 21 ru Saint Matthieu,
16  Houdan, France, represented by its president
17  Mr. Patrice Debrégeas; and, on the other part,
18  Laboratorios Belmac, S.A. with corporate domicile
19  at C Montearagon 9, Spain, Madrid, a company
12:54:02 20  belonging to Bentley Pharmaceuticals Inc., 65
21  Lafayette Road, Third Floor, North Hampton, USA,
22  represented by its Executive Director Ms. -- Mr.

Page 199

12:54:12  1  James R. Murphy.
2    Q.  Okay.  And I believe there was a line
3  above that that you may not have read into the
4  record.  Could you --
12:54:22  5    A.  Hereinafter called Ethypharm and here
6  hereinafter called Bel -- Belmac.
7    Q.  Okay.  So is it your understanding,
8  then, that Mr. Murphy is Executive Director of
9  Belmac?
12:54:33 10    A.  And Bentley.  He's representing both.
11  He's the Executive Director of Belmac, but in the
12  present case, where -- they were effectively
13  signing on behalf of the company Belmac and
14  Ethypharm S.A. Spain respectively.
12:54:56 15    Q.  Mm-hmm.
16    A.  But we were -- it was an agreement
17  considering all companies --
18    Q.  Yeah.
19    A.  -- or two companies were mentioned, the
12:55:05 20  two -- the mother company at the same time.
21    Q.  Okay.  Could you -- aside from the line
22  that says Laboratorios Belmac S.A., A company

Page 200

12:55:14  1  belonging to Bentley Pharmaceuticals --
2    A.  Mm-hmm.
3    Q.  -- hereinafter called Belmac Represented
4  by its executive director Jim Murphy, could you
12:55:21  5  please tell us where it says that Mr. Murphy is
6  representing Bentley Pharmaceuticals?
7    A.  I'd agree with you it's not mentioned as
8  such in the documents.
9    Q.  Okay.  And could you tell us what drugs
12:55:40 10  this document refers to?  And perhaps Annex A might
11  be of help to you.
12    A.  Yes.
13      It concerns the different products that
14  are manufactured by Belmac:  Omeprazole, Piroxicam
12:55:52 15  Vincamine, Aspirine, Indomethacin, and
16  Lanzoprazole.
17    Q.  And to your knowledge were those all the
18  pellet drugs that Belmac manufactured for Ethypharm
19  in Zaragoza?
12:56:13 20    A.  Yes.
21    Q.  Okay.  And Ms. Joannesse, when you
22  drafted the sentence on page 1 that says

Page 201

12:56:33  1  Laboratorios Belmac, A company belonging to Bentley
2  Pharmaceuticals, what was your understanding of --
3  of the phrase, A company belonging to Bentley
4  Pharmaceuticals?
12:56:48  5    A.  Bentley Pharmaceuticals holds the
6  capital of Laboratorios Belmac, and is controlling.
7    Q.  Is the shareholder both --
8    A.  Yeah --
9    Q.  -- Belmac --
12:56:55 10    A.  -- it's controlling there, Belmac.
11    Q.  Did you understand at the time you
12  drafted this that Belmac was a subsidiary of
13  Bentley?
14    A.  Yes.
12:57:05 15    Q.  Okay.  Do you know who was involved in
16  negotiating this agreement?
17    A.  In this one?
18    Q.  This -- I should say this draft, I
19  apologize.
12:57:20 20    A.  This draft, yes.  Normally, it was James
21  Murphy who was the first person to comment on it.
22    Q.  Mm-hmm.

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-4

JT-A-753

ESQUIRE DEPOSITION SERVICES

| Page 202 | Page 204 |
|---|---|
| 12:57:26 1   A. It was addressed first to him. | 12:59:39 1   power for us, do you mean that it was your |
| 2   Q. And is this the letter that Mr. Gérard | 2   understanding? |
| 3   Leduc sent to Mr. Murphy attaching the agreement -- | 3   A. That was my understanding, yes. And |
| 4   A. Yes. | 4   each time we had litigation, he was the only one |
| 12:57:36 5   Q. -- on June 8th, 2001? | 12:59:49 5   who was able to -- to discuss with Gérard Leduc and |
| 6   A. Yes. | 6   Patrice Debrégeas and take decisions -- |
| 7   Q. Okay. And did Mr. Leduc send this to | 7   Q. Mm-hmm. |
| 8   Mr. Murphy shortly after you had drafted this | 8   A. -- in relation with Belmac -- to Belmac. |
| 9   agreement? | 9   Q. Mm-hmm. Did Mr. Murphy ever tell you |
| 12:57:50 10   A. I think so. | 13:00:07 10   that Adolfo Herrera did not have the power to |
| 11   Q. To your knowledge was anyone else | 11   negotiate agreements with -- |
| 12   involved in the discussions about this draft? | 12   A. I haven't personally talked to |
| 13   A. I don't know. | 13   Mr. Murphy, so he never told me that, and I don't |
| 14   Q. On behalf of Ethypharm was Mr. Leduc | 14   if he told it to anybody. |
| 12:58:04 15   involved in the discussions using this draft? | 13:00:17 15   Q. Okay. To your knowledge, did anyone |
| 16   A. Yes, yes. Mr. Leduc would have been | 16   ever tell you that Mr. Murphy told them, anyone |
| 17   involved, yes. | 17   else at Ethypharm ever tell you that Mr. Murphy |
| 18   Q. Anybody else to your knowledge? | 18   told them that Mr. Herrera or any of the general |
| 19   A. Probably Patrice Debrégeas as well, if | 19   managers of Belmac did not have the power to |
| 12:58:16 20   needed, yeah. | 13:00:32 20   negotiate agreements with Ethypharm? |
| 21   Q. Okay. Did you draft the letter from | 21   A. Nobody told me. But I think Mr. Herrera |
| 22   Mr. Leduc to Mr. Murphy dated June 8th, 2001, that | 22   was in the same position as Adolfo de Basilio. |

| Page 203 | Page 205 |
|---|---|
| 12:58:28 1   is the third page of Exhibit 20? | 13:00:41 1   Q. As the general manager -- |
| 2   A. No. I think Mr. Leduc drafted it and | 2   A. As a general manager -- |
| 3   sometime I was just rephrasing things, you know -- | 3   Q. -- of the subsidiary? |
| 4   Q. Okay. | 4   A. -- of the subsidiary. |
| 12:58:40 5   A. -- in English just to -- but the | 13:00:47 5   Q. Okay. And you understood, did you not, |
| 6   content, the ideas, were given by Mr. Leduc. | 6   that Mr. Murphy was the president of Laboratorios |
| 7   Q. Okay. Do you recall who at Ethypharm | 7   Belmac? |
| 8   made the decision to send this draft agreement | 8   A. I don't remember exactly his title, but |
| 9   marked as Exhibit 20 to Mr. Murphy? | 9   it seems to be exactly the character in this one. |
| 12:58:56 10   A. Mr. Leduc and Mr. Debrégeas. | 13:00:55 10   Q. Of Laboratorios -- |
| 11   Q. Did they ever tell you why they wanted | 11   A. Yes. |
| 12   to send this Exhibit 20 to Mr. Murphy? | 12   Q. -- Belmac? |
| 13   A. Because during all the discussions and | 13   A. Yes. |
| 14   all the cooperation with -- between Ethypharm and | 14   Q. Okay. |
| 12:59:14 15   Belmac and Bentley, he was the one who was the -- | 13:00:58 15   A. It's probably something we checked at |
| 16   the -- who had the power to decide on this type of | 16   the time. |
| 17   issue for us. I mean, that's -- | 17   Q. Okay. Was this a document -- this draft |
| 18   Q. Mm-hmm. | 18   marked as Exhibit 20 ever signed? |
| 19   A. -- any time we had problem and any time | 19   A. No. |
| 12:59:32 20   we had to something major to discuss, not the daily | 13:01:10 20   Q. Why not? |
| 21   business, we would refer to him. | 21   A. Because we had no answer from Mr. Murphy |
| 22   Q. Mm-hmm. And when you say he had the | 22   for the draft. |

52  (Pages 202 to 205)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-⌐

JT-A-754

ESQUIRE DEPOSITION SERVICES

Page 206

13:01:14 1    Q. Oh, he never responded?
2    A. No, not even telling, you know, I
3    received or I'm not the -- the correct person to
4    receive this type of document. If I recall very
13:01:26 5    well, I sent one or two reminders asking for his
6    comments with no answer.
7    Q. Okay. And what did you do after
8    Mr. Murphy never responded to the draft as
9    Exhibit 20?
13:01:44 10    A. I didn't do anything. I'm just trying
11    to recall the sequence of events. I'm sorry.
12    Q. No problem. Take your time.
13    A. Yeah -- no, I didn't do anything.
14    And -- and then after I think it's November when
13:02:07 15    they terminated the other contracts. So that's
16    probably why we didn't follow up afterwards.
17    Q. Okay. I believe we need to change
18    tapes, and we'll continue the questions after
19    they've had a chance to do that?
13:02:20 20    THE VIDEOGRAPHER: This ends tape number
21    two of the Joannesse deposition.
22    The time is 13:02:07.

Page 207

13:02:27 1    Off the record.
2    (Whereupon, at 13:02:07 p.m., the
3    videographer changed tapes, and the proceedings
4    resumed at 13:02:53 p.m., this same day.
13:02:59 5    THE VIDEOGRAPHER: On the record with
6    tape number three of the testimony of Roseline
7    Joannesse in the matter of Ethypharm versus Bentley
8    Pharmaceuticals.
9    The date is July 20th, 2006.
13:03:10 10    The time is 13:02:53.
11    EXAMINATION BY COUNSEL FOR THE DEFENDANT
12    (Continued)
13    BY MS. ABREU:
14    Q. Okay. We're back on the record,
13:03:17 15    Ms. Joannesse.
16    You mention right before we went off the
17    record that Mr. Murphy never responded to
18    Mr. Leduc's letter of June 8th and the draft
19    contract marked as Exhibit --
13:03:29 20    A. Mm-hmm.
21    Q. -- 20 despite the fact that you followed
22    up and tried to get his attention; is that correct?

Page 208

13:03:46 1    A. That's correct.
2    MS. ABREU: I would like to mark another
3    document as -- for identification as Exhibit 21.
4    (Joannesse Deposition Exhibit No. 21
13:03:46 5    was marked for Identification.)
6    BY MS. ABREU:
7    Q. And if you could please review that.
8    (Witness reviews document.)
9    A. Yeah.
13:04:14 10    Q. Ms. Joannesse, do you -- have you seen
11    the documents marked as Exhibit 21 before?
12    A. Yes.
13    Q. Okay. And could you please tell us what
14    Exhibit 21 is.
13:04:22 15    A. Twenty-one is the -- the fax I sent to
16    Mr. Murphy on September 17, 2001, in which I was
17    asking him kindly to answer to my former faxes of
18    June 8th and August 10th, 2001.
19    Q. Okay. And do you understand -- is it
13:04:43 20    your understanding that the faxes you refer to of
21    June 8th is Exhibit 20?
22    A. Yes, yes, sorry.

Page 209

13:04:52 1    Q. Okay.
2    A. Mm-hmm.
3    Q. And the fax of August 10th, if you could
4    please turn the page --
13:04:59 5    A. Mm-hmm.
6    Q. -- to page 2 of Exhibit 21 and tell me
7    if that is the fax that you referred to?
8    A. That's the fax I was referring to.
9    Q. Okay. And what was the -- could you
13:05:09 10    please read what the fax that you sent to
11    Mr. Murphy on August 10th, 2001, states?
12    A. Yes.
13    It say, "Much to our surprise, we
14    haven't received any answer to Mr. Leduc's letter
13:05:23 15    of June 8th, 2001, which was sent to your attention
16    both by fax and by express mail."
17    Do you want me to read more?
18    Q. Please.
19    A. "Could you please let us have some news
13:05:36 20    in this respect and potentially some dates in order
21    to organize a meeting between our two companies."
22    Q. Okay. So is it your recollection, then,

53 (Pages 206 to 209)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-

JT-A-755

ESQUIRE DEPOSITION SERVICES

| Page 210 |
|---|

13:05:47 1  Ms. Joannesse, that Mr. Murphy never responded to
2  Mr. Leduc's attempts to contact him --
3  A. Yes.
4  Q. -- with regard to the draft of
13:05:55 5  Exhibit 20?
6  A. As far as I know, yes.
7  Q. Okay. As far as you know, okay.
8  I'd like to turn your attention back to
9  Exhibit 20 for a minute to the letter, the -- from
13:06:10 10  Mr. Leduc to Mr. Murphy dated June 8th, 2001.
11  A. Mm-hmm.
12  Q. The second to last paragraph, do you see
13  where it says, If you agree, we could meet,
14  preferably in Paris between the 3rd and 6th of
13:06:26 15  July 2001.
16  Do you know if such a meeting ever took
17  place?
18  A. No. We got no answer to the -- to the
19  fax.
13:06:34 20  Q. Okay. And if you could please turn to
21  page 2 of the draft agreement --
22  A. Mm-hmm.

| Page 211 |
|---|

13:06:53 1  Q. -- marked as Exhibit 20.
2  And do you see where it says
3  paragraph 3?
4  A. Mm-hmm.
13:06:59 5  Q. And I will read a portion that into --
6  of that into the record.
7  It says, Ethypharm and Belmac have been
8  cooperating since 1990 for the manufacture,
9  control, and/or encapsulation and/or conditioning
13:07:13 10  in Belmac's premises of some of Ethypharm's
11  products, listed in Annex A.
12  Is it -- what is your understanding of
13  the word premises as referred to in Paragraph 3?
14  A. It's defined.
13:07:32 15  Q. Mm-hmm.
16  A. So there is a definition. And it's
17  defined in 1.8 page 5.
18  Q. Mm-hmm.
19  A. "Premises shall mean Belmac's factory
13:07:45 20  located at Zaragoza, Poligono Malpica Calle C 4
21  Spain."
22  Q. Great. Thank you.

| Page 212 |
|---|

13:07:56 1  And what is your understanding of the
2  sentence, We have been -- Ethypharm and Belmac have
3  been cooperating since 1990?
4  Do you -- did you -- was it your
13:08:08 5  understanding that that phrase would refer to
6  Belmac's predecessor Laboratorios Rimafar as well?
7  A. Yes.
8  Q. And could you please turn to page 23 of
9  the draft agreement marked as Exhibit 20.
13:08:40 10  A. Twenty-?
11  Q. Three.
12  A. -- three.
13  Q. It's the -- it's labeled EP 002034.
14  A. Mm-hmm.
13:08:49 15  Q. And do you see where it says Clause 20
16  Notices?
17  A. Mm-hmm.
18  Q. And do you see where it says be of -- it
19  says, The notifications or communications derived
13:09:01 20  from this Agreement should be sent to the following
21  addresses and fax numbers."
22  And Clause b list an address for

| Page 213 |
|---|

13:09:08 1  Ethypharm S.A. Madrid to the attention of
2  Mr. Patrice Debrégeas --
3  A. Mm-hmm.
4  Q. -- with copy do Ethypharm S.A. in Saint
13:09:18 5  Cloud, France --
6  A. Mm-hmm.
7  Q. -- is that correct?
8  A. Yes.
9  Q. And do you see where it says For
13:09:22 10  Laboratorios Belmac in Clause a?
11  A. It doesn't say anything because it had
12  to be filled in.
13  Q. It had to be filled in?
14  A. Yeah.
13:09:30 15  Q. Okay.
16  A. So probably we would have this copy to
17  Bentley as well.
18  Q. Okay.
19  A. Yes.
13:09:33 20  Q. And is there anyplace in here that says
21  for Labor -- for Bentley, any contact information
22  for Bentley Pharmaceuticals?

54 (Pages 210 to 213)

e70537fb-d96f

JT-A-756

ESQUIRE DEPOSITION SERVICES

| Page 214 | Page 216 |
|---|---|

**Page 214**

13:09:41 1     A. It had to be filled in. So, I mean, no,
2   it's very frequent in a draft like that when you
3   don't have all the elements of each party fill in
4   where -- where the notice has to be sent --
13:09:52 5     Q. Okay.
6     A. -- so.
7     Q. Why didn't you pre-draft for Bentley?
8     A. I couldn't have done pre-drafted -- a
9   pre-draft probably, but, I mean, I didn't do it --
13:10:03 10     Q. Okay.
11     A. -- so.
12     Q. Okay. And could you please turn to
13   page 26 of the draft agreement marked as
14   Exhibit 20, and that is, for clarity of the
13:10:16 15   record --
16     A. Yeah.
17     Q. -- EP 002037.
18     And do you see the signature line that
19   you drafted signed at Madrid --
13:10:25 20     A. Yes.
21     Q. -- of -- for Ethypharm S.A. Mr. Patrice
22   Debrégeas?

**Page 215**

13:10:30 1     A. Mm-hmm.
2     Q. And for Belmac S.A., Mr. James Murphy --
3     A. Mm-hmm.
4     Q. -- Executive Director?
13:10:36 5     A. Mm-hmm.
6     Q. Is there any signature line for
7   Bentley --
8     A. No.
9     Q. -- by Mr. James Murphy?
13:10:44 10     A. But this is -- mine was what we had put
11   on the first page.
12     Q. Okay.
13     A. So, I mean, the agreement is between the
14   two companies, but it doesn't mean that the mother
13:10:49 15   companies are not involved in the negotiation.
16     Q. Okay. So the agreement is between
17   Ethypharm S.A. and Belmac?
18     A. And Belmac, yes.
19     Q. Okay. Okay. Do you recall whether
13:11:01 20   Mr. Herrera ever responded to this draft --
21     A. No.
22     Q. -- of Exhibit 20?

**Page 216**

13:11:09 1     A. No.
2     Q. Okay. Did anyone from Belmac ever
3   respond to this draft?
4     A. Not as far as I know.
13:11:16 5     Q. Okay.
6     MS. ABREU: If I could have this
7   document marked as Exhibit 22, please.
8     (Joannesse Deposition Exhibit No. 22
9     was marked for Identification.)
13:12:11 10     (Witness reviews document.)
11   BY MS. ABREU:
12     Q. Ms. Joannesse, do you recall seeing
13   Exhibit 22 before?
14     A. I probably have seen it because I signed
13:12:17 15   it so --
16     Q. Okay.
17     A. -- I sent it.
18     Q. You sent it from your e-mail address at
19   Ethypharm?
13:12:22 20     A. Yes.
21     Q. -- to Mr. Herrera at Belmac?
22     A. Yes, apparently, yeah.

**Page 217**

13:12:26 1     Q. Okay. And do you agree that the date on
2   that is March 21, 2002?
3     A. Yes.
4     Q. And what is this about?
13:12:38 5     A. I think it is in relation with another
6   agreement which was proposed by Belmac after a
7   meeting in France, but that doesn't relate to the
8   one we have just seen.
9     Q. Okay. And when you say after a meeting
13:13:07 10   in France, do you -- do you recall whether that
11   meeting took place approximately in February of
12   2002?
13     A. I would imagine so.
14     Q. Okay. In Saint Cloud?
13:13:20 15     A. Yeah.
16     Q. Okay. And do you see where it says,
17   Please find attached -- "Dear Mr. Herrera, please
18   find attached anticipated copy by e-mail of
19   Mr. Leduc's letter and of your revised proposal."
13:13:40 20     Is it your recollection that Mr. Herrera
21   revised a proposal that was drafted by Ethypharm
22   or --

55 (Pages 214 to 217)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

ESQUIRE DEPOSITION SERVICES

Page 218

13:13:48 1    A. No, it's the -- it's the opposite. And
2    your revised proposal, and your revised proposal.
3    I don't know exactly what it refers. I
4    don't know if you have the attachment. It's
13:14:04 5    difficult for me to -- to know --
6    Q. Sure.
7    A. -- because I know that I reviewed
8    something to propose something after the meeting,
9    which was so ministral (sic) as a supply agreement
13:14:16 10    only.
11    Now it's difficult for me to -- to say
12    exactly what it is all about.
13    Q. Okay.
14    MS. ABREU: Counsel, I believe we have
13:14:24 15    requested the attachments to this e-mail before,
16    and I would request that they please be produced in
17    time for me to question Ms. Roseline Joannesse this
18    afternoon.
19    We've requested this before at a prior
13:14:35 20    deposition, and they have not been forwarded to us.
21    BY MS. ABREU:
22    Q. Was it your recollection, Ms. Joannesse,

Page 219

13:14:41 1    that -- did this letter refer to Exhibit 20 at all?
2    A. I don't know. Frankly, I don't know.
3    Q. Okay.
4    A. I -- I don't think so or maybe, but I
13:14:58 5    don't think so. I just don't know.
6    Q. Okay.
7    A. It's possible but, no, I don't think so.
8    Q. Okay. And do you recall --
9    A. No.
13:15:13 10    Q. -- why you negotiated the drafts
11    referred to in Exhibit 22 with Mr. Herrera?
12    A. In fact, what we wanted to have this
13    draft discussed in the initial proposal, this
14    proposal, but I think, if I remember well, it came
13:15:33 15    back with -- it was after the termination of the --
16    of the contract presented. Yes, it was after
17    termination of the Omeprazole contracts.
18    Q. And -- and by that, just to clarify for
19    the record, do you mean Exhibit 11?
13:15:48 20    A. Yes --
21    Q. Okay.
22    A. -- I think so.

Page 220

13:15:50 1    And we -- we were willing to -- to --
2    to -- to -- I think there was further discussion to
3    make sure that we would continue the cooperation as
4    long as we needed it for our customers.
13:16:08 5    Q. Okay. And also just to clarify for the
6    record, as you -- you mentioned that you wanted to
7    discuss, and then you pointed to this with
8    Mr. Herrera, did you point to the document marked
9    as Exhibit 20?
13:16:22 10    A. This one (indicating) you mean? This?
11    Q. The one below that. You had pointed to
12    the document below that saying that you wanted to
13    discuss this with Mr. Herrera.
14    A. No, I said that -- I didn't say we
13:16:33 15    wanted -- or I mis -- mis -- I didn't express me
16    correctly. But --
17    Q. Sure.
18    A. -- what I said we want -- that's the
19    type of agreement we wanted to sign with Belmac,
13:16:42 20    the one that was sent to Mr. Murphy.
21    Q. And is that the one marked as exhibit --
22    A. As Exhibit 20 -- 20.

Page 221

13:16:51 1    Q. Okay.
2    A. That's the one we -- we intended to --
3    to sign, because it was recognizing a certain
4    number of things, especially in industrial
13:16:56 5    property.
6    Q. Okay.
7    A. Now if I recall, after the meeting,
8    we -- I think I got a mere supply agreement, which
9    was absolutely different from what we had proposed
13:17:11 10    initially --
11    Q. And is this after the February --
12    A. Yes, after --
13    Q. -- 2002 meeting?
14    A. Yes, yes.
13:17:17 15    So that was not the same type of
16    document at all.
17    Q. And who sent you that supply agreement
18    after the meetings of February of 2002?
19    A. It came through Adolfo de Basilio.
13:17:34 20    Q. Okay. Do you know who gave it to
21    Mr. de Basilio?
22    A. I think it's Belmac.

56 (Pages 218 to 221)

e70537fb-d96b-

JT-A-758

ESQUIRE DEPOSITION SERVICES

Page 222

13:17:41 1    Q. Mr. Herrera?
2    A. Yes.
3    Q. So your recollections were the draft
4    contracts that were attached to the e-mail marked
13:17:49 5    as Exhibit 22 ever signed or executed by anyone at
6    Belmac?
7    A. No.
8    Q. Okay. Were they ever signed or executed
9    by anyone at Bentley?
13:17:58 10    A. No.
11    Q. Okay.
12    MS. ABREU: I'd like to have this
13    document marked as Exhibit 23, please.
14    (Joannesse Deposition Exhibit No. 23
13:18:23 15    was marked for Identification.)
16    THE WITNESS: That's the document, this
17    e-mail is referring to.
18    BY MS. ABREU:
19    Q. Oh, is it Exhibit 23?
13:18:52 20    A. It's Exhibit 23.
21    Q. Okay. And is that -- to your
22    recollection is Exhibit 23 the document that was

Page 223

13:18:54 1    attached to that e-mail?
2    A. Yes.
3    Q. Okay.
4    A. You can see it because -- and then
13:18:57 5    you'll see the first Word document is called
6    Belmac020321.
7    Q. Mm-hmm.
8    A. And it is the letter sent by Mr. Leduc,
9    a copy of the e-mail letter -- e-mail, the letter
13:19:07 10    sent by Mr. Leduc.
11    Q. Mm-hmm.
12    A. And the revised, it's the Suministro02B
13    it says, Supply Agreement.
14    Q. Okay. Thank you for clarifying that.
13:19:19 15    MR. GRACE: So I guess it has been
16    produced.
17    MS. ABREU: Yeah.
18    BY MS. ABREU:
19    Q. Yeah. Thank you for clarifying that,
13:19:23 20    Ms. Joannesse.
21    And have you seen these doc -- the
22    document marked as Exhibit 23 before?

Page 224

13:19:30 1    A. Yes, yes. And that's exactly what I was
2    telling you.
3    This is what we received after the
4    meeting of February and there was -- there was a
13:19:42 5    problem of e-mails, because it came through the
6    Spanish subsidiary and -- and it reached us very,
7    very late, more than two weeks late.
8    I don't know what happened to the e-mail
9    system, and it was -- it was stuck in the e-mail
13:20:00 10    system. And -- and -- well, we got it very late.
11    Q. Mm-hmm.
12    A. And, in fact, as -- as mentioned by
13    Mr. Leduc, this is a document in order to enable
14    the product to continue to be manufactured in the
13:20:27 15    plant after termination of the -- of the -- the
16    other agreements because they -- we were faced with
17    a problem with our customers and -- but that was
18    not the type of agreement we -- which corresponded
19    to what had been discussed.
13:20:40 20    And I made modification in this text,
21    which are underlined to improve it a little bit and
22    to -- to cover -- it would better our interest

Page 225

13:20:56 1    because it was really a, again, a small agreement.
2    Q. Sure. And just to clarify a couple of
3    things, Ms. Joannesse, you testified that
4    Mr. Leduc, in the letter dated March 21, 2002,
13:21:14 5    marked as Exhibit 21, referred to the attached
6    draft manufacturing agreement for the product.
7    A. Mm-hmm.
8    Q. What do you mean by "the product"?
9    A. Omeprazole and --
13:21:26 10    Q. Okay.
11    A. -- I don't remember what was inside.
12    Yeah, so Omeprazole, you had a different
13    set of -- of products: Indometacina, Piroxicam,
14    Aspirina, and Lanzoprazole. Always the same.
13:21:37 15    Q. Okay. And is that what is in the Annex
16    to page 5 of Exhibit 23?
17    A. Page 5, yes.
18    Q. Okay. And when you say the canceled --
19    the one you said earlier the canceled --
13:21:51 20    Exhibit 23, the cover letter from Mr. Leduc, also
21    refers to -- they were attempting to negotiate this
22    to replace the other agreement that was cancelled.

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-

JT-A-759

ESQUIRE DEPOSITION SERVICES

Page 226

13:22:01  1        Is that -- do you -- are you referring
2    to Exhibit 11 when you mentioned the other
3    agreement?
4        A.  Yes, when -- because we had -- because
13:22:11  5    the others had been canceled, the Exhibit 11 had
6    been canceled.
7        Q.  Okay.
8        A.  We were faced with a situation where
9    Belmac would not supply anymore -- would not
13:22:25 10    manufacture any more of the products --
11        Q.  Okay.
12        A.  -- of the customers.
13        Q.  Okay.  Thank you for clarifying that.
14        Did you draft the cover letter for
13:22:32 15    Mr. Leduc to Mr. Herrera, page 1 of Exhibit 23?
16        A.  Again, as I told you before, they were
17    drafting their own letter, and I would review the
18    wording, particularly in English.
19        Q.  Okay.  Do you recall reviewing the
13:22:51 20    wording of this particular letter?
21        A.  Most probably on this particular one.
22        Q.  And when you mentioned that -- you

Page 227

13:23:00  1    mentioned that the changes to the draft agreement
2    that starts on the second page of Exhibit 23, you
3    mentioned that you had made those changes.
4        Did anyone request you to make those
13:23:14  5    changes?
6        A.  There were -- the -- the agreement was
7    submitted to me, and I considered it was not
8    sufficient to cover our -- our interest in the --
9    in the situation.  So I made the changes.  And each
13:23:29 10    time, when I was preparing the agreement like that,
11    I would show it to Mr. Leduc who would agree, or
12    not, to the changes I've made.  That's usually it.
13        Q.  Mm-hmm.  Do you recall who gave you that
14    agreement for you to review and revise?
13:23:45 15        A.  Well, I told you it derived through
16    Adolfo de Basilio.  So probably Adolfo sent it
17    directly to -- to me or to Mr. Leduc.  I don't
18    know.  But, as I told you, we had -- I had a
19    problem, a technical problem, in getting this
13:24:00 20    agreement.
21        Q.  Okay.  And after you had revised this --
22    let's look at the revision that you made to

Page 228

13:24:11  1    protect --
2        A.  Mm-hmm.
3        Q.  -- Ethypharm's interests on -- starting
4    on the second page of Exhibit 23, okay?
13:24:16  5        A.  Mm-hmm.
6        Q.  Can you please tell us where it says,
7    Entre, which I believe, and correct me if I'm
8    wrong, means between --
9        A.  Mm-hmm.
13:24:27 10        Q.  -- in Spanish.
11        Could you tell us who that agreement is
12    between?
13        A.  Yes.  It's between Laboratorios Belmac
14    S.A. Madrid, and Laboratorios Ethypharm industry
13:24:46 15    S.A., Houdan, France.
16        Q.  And who is representing Laboratorios
17    Belmac S.A. Madrid?
18        A.  Mr. Herrera.
19        Q.  And who is representing Ethypharm
13:24:57 20    Industries in France?
21        A.  Mr. Leduc --
22        Q.  Okay.

Page 229

13:25:00  1        A.  -- as president.
2        Q.  And could you please tell us,
3    Ms. Joannesse, where in this agreement you made a
4    revision to include Bentley Pharmaceuticals as a
13:25:13  5    party?
6        A.  I didn't include Bentley because, again,
7    it was a small manufacturing agreement.
8        Q.  Okay.  But you will agree, do you not,
9    as you mentioned earlier, that there was nothing,
13:25:26 10    no legal impediment to your including Bentley
11    Pharmaceuticals alongside Laboratorios Belmac in
12    this draft?
13        A.  As I said before, as far as I know --
14        Q.  Okay.
13:25:39 15        A.  -- yes.
16        Q.  Let's go back to the cover letter.
17        Do you see where it says in paragraph 3,
18    As you know, we -- we view this as a most important
19    matter and are asking our U.S. Attorney to review
13:25:56 20    it?
21        A.  Mm-hmm.
22        Q.  What is your understanding of that

58 (Pages 226 to 229)