ESQUIRE DEPOSITION SERVICES

## Page 230

13:26:00 1   sentence?

2       A.  It means that the draft -- and I think

3   you have to put it in relation with the licenses.

4   "Your draft does not reflect all the aspects

13:26:09 5   discussed during our meeting of February 21st,

6   2001, and mentioned in our initial proposal."

7       And, "As you know, we view this as a

8   most important matter and are asking our U.S.

9   Attorney to review it."

13:26:25 10       Is that we -- it's probably in relation

11   with a discussion, which were held during the

12   meeting of February, during which certain proposals

13   and certain things have been discussed, and that we

14   would like to see in writing, and which were not

13:26:41 15   recognized in this small manufacturing agreement.

16       Q.  Mm-hmm.  And is this -- and the meeting

17   of February is the meeting of February 21st --

18       A.  Mm-hmm.

19       Q.  -- 2002?

13:26:52 20       A.  I think so.

21       Q.  Okay.  And do you know who was the U.S.

22   attorney that is referred to in this letter?

## Page 231

13:26:59 1       A.  Yes.

2       Q.  And who was --

3       A.  It's --

4       Q.  -- that?

13:27:02 5       A.  -- Mr. Larry Meyer.

6       Q.  And why is it that Mr. Meyer would

7   review an agreement between two Spanish companies?

8       MR. GRACE:  Objection.

9       In your -- I rather -- I think you

13:27:22 10   shouldn't answer that if it's going to get into

11   your thought processes as an attorney representing

12   Ethypharm.

13       THE WITNESS:  Mm-hmm.

14       MR. GRACE:  Okay.  So I object on the

13:27:32 15   basis of the attorney/client privilege.

16       MS. ABREU:  And is that also an

17   instruction not to answer, counsel?

18       MR. GRACE:  Yes.

19       MS. ABREU:  Okay.

13:27:40 20       Bentley reserves its rights to take this

21   matter up with the court and to re-depose

22   Ms. Joannesse on the issue.

## Page 232

13:27:54 1   BY MS. ABREU:

2       Q.  During that February 21, 2002, meeting

3   was Mr. Meyer present?

4       A.  Yes.

13:28:02 5       Q.  Okay.  And Mr. Herrera was present,

6   wasn't he?

7       A.  Yes.

8       Q.  Okay.  During that meeting was there any

9   discussion as to why Mr. Meyer should be reviewing

13:28:10 10   an agreement between two Spanish companies?

11       A.  I don't think you have to keep it at the

12   level of Spain -- Spain.  I think it was something

13   which involved two groups of companies, one French,

14   one, American, having subsidiaries in Spain.

13:28:30 15       Q.  Mm-hmm.

16       A.  So that's probably -- that's how you

17   should view the situation.

18       Q.  Okay.  And is that why Mr. Meyer was

19   asked to review this?

13:28:39 20       A.  Yeah, I think so.

21       Q.  Okay.  Was this agreement that's marked

22   as exhibit -- this draft that was marked as

## Page 233

13:28:48 1   Exhibit 23 ever signed --

2       A.  No.

3       Q.  -- or executed?

4       A.  No.

13:28:52 5       Q.  And why not?

6       A.  Because it was not corresponding, I

7   think to -- it was -- I don't know for the part of

8   Belmac, in fact, because it was sent back to

9   Belmac.

13:29:08 10       Q.  Mm-hmm.

11       A.  As far as we were concerned we -- we

12   agreed -- we managed to agree, otherwise, with

13   Belmac for the continuation of the production of

14   the products and to termination of -- of the things

13:29:18 15   so.

16       Q.  And is that the continued manufacture of

17   the Omeprazole and other pellet drugs --

18       A.  Yes.

19       Q.  -- for Ethypharm and --

13:29:25 20       A.  Yes.

21       Q.  -- Ethypharm's client after March 23 --

22       A.  Yes.

59 (Pages 230 to 233)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

ESQUIRE DEPOSITION SERVICES

Page 234

13:29:28 1    Q. -- of 2002?
2    A. Right.
3    Q. Okay. And we'll get into that later as
4    well.
13:29:40 5    Do you recall who was involved -- who
6    else aside from -- was there anyone else aside from
7    Mr. Leduc and Mr. Herrera who was involved in the
8    negotiation of Exhibit 23?
9    A. Exhibit 23, of this document?
13:29:54 10    Q. (Nodded affirmatively).
11    A. Adolfo de Basilio --
12    Q. Mm-hmm.
13    A. -- most probably.
14    MS. ABREU: Thank you, Ms. Joannesse. I
13:30:04 15    think this will be a good time for us to break for
16    lunch.
17    THE VIDEOGRAPHER: The time is 13:29:49
18    Off the record.
19    (Whereupon, at 13:29:49 p.m., a luncheon
13:30:40 20    recess was taken, and the proceedings resumed at
21    14:15 p.m., this same day.)
22

Page 235

13:30:40 1    A F T E R N O O N   P R O C E E D I N G S
2    [14:13:12 p.m.]
3    THE VIDEOGRAPHER: We're back on the
4    record after our lunch break.
14:13:28 5    The time is 14:13:12 or 2:13 p.m.
6    We have a new Interpreter. I'd like to
7    ask her to identify herself for the record.
8    THE INTERPRETER: Sivanh Khamvongsa, and
9    living at Woodbridge. And interpreting in French
14:13:46 10    and English.
11    THE VIDEOGRAPHER: And I need you to put
12    your microphone on, please.
13    THE INTERPRETER: Okay.
14    Will the court reporter please swear in
14:13:55 15    the Interpreter.
16    THE VIDEOGRAPHER: Thank you.
17    Whereupon,
18    SIVANH KMAMVONGSA
19    was called as an Interpreter, and, having first been
14:14:07 20    duly sworn, to interpret English into French and
21    French into English, translated as follows:
22    Whereupon,

Page 236

1    ROSELINE JOANNESSE
2    Resumed as a witness and, having previously been
3    duly sworn, was examined and testified as follows:
4    EXAMINATION BY COUNSEL FOR THE DEFENDANT
5    (Continued)
6    BY MS. ABREU:
7    Q. Good afternoon, Ms. Joannesse.
8    A. Good afternoon.
9    Q. I hope you had a good lunch, albeit
14:14:21 10    short.
11    I'd like to talk to you a little bit
12    about the February 21, 2002, meeting that you
13    mentioned earlier today.
14    A. Mm-hmm.
14:14:34 15    Q. Do you recall where that meeting was?
16    A. Yes. This meeting took place in
17    Saint Cloud, France.
18    Q. And where in Saint Cloud?
19    A. At Ethypharm's offices.
14:14:49 20    Q. And do you recall who was present?
21    A. Yes. Belmac's part, you had Mr. Adolfo
22    Herrera, and another gentleman, if I recall, the

Page 237

14:15:01 1    name was Berenguer something.
2    Q. Fernando Berenguer?
3    A. Yeah, probably, yeah.
4    And from behalf of Ethypharm, you had
14:15:13 5    Mr. Patrice Debrégeas, Mr. Gérard Leduc, Mr. Larry
6    Meyer, and myself.
7    Q. And do you recall was it -- did that
8    meeting start in the morning?
9    A. I just don't remember.
14:15:30 10    Q. You don't remember?
11    A. No.
12    Q. Okay. Do you remember whether it was
13    before or after lunch?
14    A. No, I don't remember. We -- yeah . . .
14:15:42 15    Q. What do you recall about that meeting?
16    A. What I recalled is that we discussed the
17    cooperation and the basis of cooperation. We -- we
18    weren't -- I don't remember exactly all the
19    details. I know also that I remembered that
14:16:06 20    Mr. Herrera told us that he -- had a new
21    formulation, new patents, and that the product that
22    would be put in the market would be put with the

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-4

JT-A-762

ESQUIRE DEPOSITION SERVICES

## Page 238

14:16:22 1 marketing authorization, which would be changed to
2 taken into account the new formulation.
3 And we asked Mr. Herrera to get access
4 to the patents and the confidentiality agreement to
14:16:39 5 check where if our rights were -- were secured and
6 were denied, yes, were denied.
7 I also remember that they went out and
8 they asked for a break in the session at the time
9 to make a phone call, and they went to a room next
14:17:02 10 to the main meeting room. And I remember that
11 Mr. Larry Meyer talked on behalf of Ethypharm and
12 and expressed the -- the wishes of Ethypharm as far
13 as the corporation was concerned.
14 And that's roughly what I remember. I
14:17:34 15 don't remember all the details of the meeting.
16 Q. Okay. Let's go back to what you said
17 Mr. Herrera told the people present that he had a
18 new formulation --
19 A. Mm-hmm.
14:17:45 20 Q. -- new patents for the product that he
21 would put on the market.
22 Was that for Omeprazole?

## Page 239

14:17:51 1 A. Yes, yes, it was for Omeprazole. I
2 remember this particularly, because I was very much
3 concerned about patents.
4 Q. Sure.
14:18:00 5 And was the new formulation, what he --
6 what Laboratorios Belmac used to manufacturer
7 Omeprazole in -- in Zaragoza?
8 A. Can -- can you repeat, please.
9 Q. Did he -- did Mr. Herrera say that this
14:18:15 10 new formulation, to which you referred, was what
11 Laboratorios Belmac was using to manufacturer
12 Omeprazole in Zaragoza?
13 A. I don't think he was saying was using
14 but would use --
14:18:31 15 Q. Okay.
16 A. -- would use once the contract is
17 terminated.
18 Q. And did Mr. -- when Mr. Herrera
19 mentioned new patents, is -- are those Spanish
14:18:43 20 patents --
21 A. Yes, those --
22 Q. -- on Omeprazole?

## Page 240

14:18:46 1 A. -- pendings.
2 Q. You said pending?
3 A. Yeah --
4 Q. Okay.
14:18:52 5 A. -- pending.
6 Q. Okay. So they were Spanish patent
7 applications?
8 A. I don't know if they were -- purely, I
9 don't remember if they were purely a Spanish patent
14:19:02 10 application or EP patent application. That, I
11 can't say.
12 Q. And EP, just to clarify for the record
13 would be a --
14 A. European --
14:19:17 15 Q. European union?
16 A. -- patent.
17 Q. European patent?
18 A. European patent.
19 Q. And when Mr. Herrera said that he had --
14:19:20 20 he had these new patents on Omeprazole, did he --
21 did you understand him to mean Belmac?
22 A. Well, the company, the group of company.

## Page 241

14:19:30 1 Q. Okay.
2 A. Obviously, we were discussing Belmac's
3 priority.
4 Q. Okay.
14:19:35 5 A. That's all.
6 Q. And -- and did Belmac have -- did
7 Bentley have any operations in Spain aside from
8 Laboratorios Belmac that made Omeprazole?
9 A. As far as I knew, no.
14:19:48 10 Q. Mm-hmm. Did Bentley Pharmaceuticals,
11 the American company, have any operations in the
12 EU?
13 A. I don't know.
14 Q. Okay. And when you also mentioned the
14:20:04 15 product, did that Mr. Herrera mentioned the product
16 that he would put on the market did you understand
17 him to mean Omeprazole?
18 A. Omeprazole, yes.
19 Q. Okay. Okay. Did Mr. Herrera ever show
14:20:17 20 you the patent application --
21 A. No.
22 Q. -- for Omeprazole?

61 (Pages 238 to 241)

e70537fb-d96b-4f

JT-A-763

ESQUIRE DEPOSITION SERVICES

Page 242

14:20:21 1    A.  No.  We just got the -- the numbers --
2    well, not the numbers, just information.  I don't
3    even know if we had the numbers.  I don't recall
4    through the year, press release --
14:20:32 5    Q.  Mm-hmm.
6    A.  -- that I mentioned earlier on.  And
7    they -- they confirmed that they had these patents,
8    but they were not published at the time of the
9    discussion.
14:20:47 10    Q.  Were they published after -- at any time
11    after the -- the discussion?
12    A.  They were not published in the next --
13    well, in the next few months where I was still with
14    Ethypharm and now I don't know, because I've not
14:21:03 15    worked on this subject since I left the company,
16    obviously.
17    Q.  And you mentioned that Mr. Meyer spoke
18    on behalf of Ethypharm during this meeting.
19    A.  Mm-hmm.
14:21:18 20    Q.  When did Ethypharm retain Mr. Myer's
21    services?
22    A.  A long time ago.  A long time ago for

Page 243

14:21:25 1    different subjects, not for this one, not
2    particularly.  So it was -- it was dealing on
3    different subject for the company.
4    Q.  Do you remember approximately how long
14:21:36 5    before the February 21, 2002, meeting Mr. Meyer was
6    retained?
7    A.  For -- for this particular subject or
8    for other subjects?
9    Q.  For any subject.
14:21:52 10    A.  I think at least five -- five years
11    years, something like that, maybe.  I think he was
12    already involved in some things in 1999.  So I
13    would say, yeah, probably; just don't know exactly.
14    Q.  And where does Mr. Meyer work?
14:22:13 15    A.  Where does he work?
16    Was working for a law firm.  I have -- I
17    forgotten the -- the name.  I just can't recall the
18    name of a law firm, in the U.S., obviously.
19    Q.  In -- in the U.S.?
14:22:30 20    A.  Yes.
21    Q.  Do you recall where in the U.S.?
22    A.  Good question.  East Coast for.

Page 244

14:22:41 1    Q.  East Coast.  Okay.
2    A.  -- sure.
3    Q.  To your knowledge is Mr. Meyer licensed
4    to practice as an attorney in the United States?
14:22:49 5    A.  Yes.
6    Q.  Is he licensed to practice as an
7    attorney in France?
8    A.  No.
9    Q.  Is he licensed to practice as an
14:22:55 10    attorney in Spain?
11    A.  No, as far as I know.
12    Q.  And who at Ethypharm retained his
13    services?
14    A.  Patrice Debrégeas and Gérard Leduc.
14:23:13 15    Q.  Prior to the February 21st, 2002,
16    meeting, did Mr. Meyer have any involvement with
17    matters pertaining to Belmac or Bentley?
18    A.  Um --
19    MR. GRACE:  And just answer that yes or
14:23:26 20    no.  Don't go into what the matters might have
21    been.
22    THE WITNESS:  Yes.

Page 245

14:23:32 1    BY MS. ABREU:
2    Q.  And when did he have such involvement?
3    A.  Just very few -- few months, one or two
4    months before only.
14:23:43 5    Q.  So by December of 2001?
6    A.  Yes, maybe November, December.  I just
7    don't recall exactly.
8    Q.  And what matters pertaining to
9    Omeprazole was he involved in?
14:23:59 10    MR. GRACE:  Okay.  I'm going to instruct
11    you not to answer that based on the attorney/client
12    privilege.
13    MS. ABREU:  Bentley reserves its rights
14    to take this matter up with the court.
14:24:11 15    BY MS. ABREU:
16    Q.  Why did Ethypharm retain Mr. Myer's
17    services?
18    MR. GRACE:  Okay.  I'm going to instruct
19    you not to answer.
14:24:21 20    MS. ABREU:  Same reservation of rights.
21    BY MS. ABREU:
22    Q.  Ms. Joannesse, I'm going to show you the

62  (Pages 242 to 245)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-4

JT-A-764

ESQUIRE DEPOSITION SERVICES

Page 246

14:24:37 1 Complaint in this action.
2     A. Mm-hmm.
3     MS. ABREU: Please have this marked as
4 the next exhibit, which I believe is Exhibit 24.
14:25:11 5     (Joannesse Deposition Exhibit No. 24
6     was marked for Identification.)
7     THE WITNESS: Thank you.
8 BY MS. ABREU:
9     Q. Could you please take a bit of time to
14:25:29 10 review that document.
11     (Witness reviews document.)
12     A. Do you want me to read all the document?
13     Q. If you could please turn to
14 paragraph 102?
14:26:12 15     A. Paragraph 102. Page 4?
16     Q. Page 23.
17     A. Oh.
18     Q. That Paragraph 102.
19     A. Oh, sorry.
14:26:30 20     Q. That's okay.
21     A. Okay.
22     Q. Do you understand that that paragraph

Page 247

14:26:34 1 refers to the February 21st --
2     A. Mm-hmm.
3     Q. -- 2002 meeting attended by Mr. Herrera
4 and Mr. Berenguer?
14:26:42 5     A. Yes.
6     Q. Do you see the last sentence that reads,
7 "Finally, EThypharm representatives, including U.S.
8 counsel, stated that, under the circumstances, it
9 appeared that in order to protect its valuable
14:26:54 10 assets, Ethypharm would be forced to bring a
11 lawsuit against Bentley in the United States."
12     A. Yes.
13     Q. Do you recall that being said during the
14 February 2001 meeting?
14:27:09 15     A. Yes.
16     Q. And do you recall if Mr. Meyer is the
17 U.S. counsel referred to in the Complaint --
18     A. Yes.
19     Q. -- is that it? Okay.
14:27:31 20     And is it your understanding that during
21 that February 21st, 2002, meeting attended by
22 Mr. Herrera and Mr. Berenguer, Mr. Meyer was

Page 248

14:27:47 1 talking about suing Bentley in the United States on
2 behalf of Ethypharm?
3     A. Yes, that's what's mentioned.
4     Q. Okay. Do you recall the draft of what
14:28:00 5 you referred to as the "Global Agreement" marked as
6 Exhibit 20?
7     A. Mm-hmm.
8     Q. Was Mr. Meyer involved in assisting with
9 that draft?
14:28:12 10     A. No. As far as I remember, no.
11     Q. During the February 21st of 2002
12 meeting, do you recall whether the March 23rd,
13 2000, agreement, marked as Exhibit 11, was reviewed
14 by anyone present in the room?
14:28:41 15     A. No, the document was not reviewed.
16     Q. Was it discussed?
17     A. The -- the agreement, as such, was not
18 discussed. It was more of the situation which
19 probably was discussed.
14:29:01 20     Q. Okay. And was there a discussion with
21 regard to whether that agreement fully protected
22 Ethypharm's interest?

Page 249

14:29:03 1     A. I don't think we talked about this
2 particular agreement at all. I mean, it's just a
3 question of protecting the interest of Ethypharm as
4 a whole.
14:29:10 5     Q. And what was said about protecting the
6 interest of Ethypharm as a whole?
7     A. Making sure that Belmac would not use
8 the know-how that had been transmitted during all
9 these years of collaboration in an unauthorized
14:29:26 10 way.
11     So I'm trying to find open -- I think
12 that they we were opened to a corporation with
13 Bentley and Belmac, but certainly not leaving
14 the -- the things unsettled or unwritten as it was
14:29:44 15 until now, protecting the fact that we had a -- a
16 know-how. We had -- we -- we -- Belmac was putting
17 a product on the market, and it was our
18 formulation, and we wanted to secure that if they
19 were continuing to put it on the market with our
14:30:05 20 formulation, at least, we would get something, and
21 that they would not take all the know-how or the --
22 the information they had received during all these

63 (Pages 246 to 249)

e70537fb-d96b-4f

JT-A-765

ESQUIRE DEPOSITION SERVICES

Page 250

14:30:18 1 years to continue marketing a product without
2 giving any -- anything to Ethypharm.
3     Q.  And what did Mr. Herrera respond?
4     A.  I don't know exactly what he responded
14:30:33 5 at that time.  I don't recall.  I just recall that
6 he said that -- that they didn't need to have our
7 formulation anymore because they had their own.
8     Q.  I would like to show you another
9 document that I'd like to have marked as
14:31:22 10 Exhibit 25, please.
11             (Joannesse Deposition Exhibit No. 25
12             was marked for Identification.)
13         THE WITNESS:  Thank you.
14 BY MS. ABREU:
14:31:53 15     Q.  Ms. Joannesse, have you seen Exhibit 25
16 before?
17     A.  Uh, yes.
18     Q.  And when was the first time you saw
19 Exhibit 25?
14:32:08 20     A.  When I collected all the agreements from
21 Ethypharm Spain.
22     Q.  And did you mention earlier that was

Page 251

14:32:15 1 around 2000, 2002?
2     A.  Probably.
3     Q.  And could you tell us what Exhibit 25
4 is?
14:32:23 5     A.  It's a confidentiality agreement between
6 Ethypharm Spain represented by Adolfo de Basilio,
7 as general manager, and Belmac represented by
8 Clemente González Azpeita, as general manager.  And
9 this document is signed 30th of September 1998.
14:32:42 10     Q.  Were you involved in drafting this
11 document.
12     A.  No.
13     Q.  Do you know who was?
14     A.  Probably it was prepared directly in
14:32:52 15 Spain.
16     Q.  Did you review this document before it
17 was signed?
18     A.  I'm not sure.  No, I don't think so.
19 I'm not sure, frankly.
14:33:06 20     Q.  And you don't recall?
21     A.  No, I don't recall.
22     Q.  Just could you turn to page 2 of that

Page 252

14:33:12 1 document --
2     A.  Mm-hmm.
3     Q.  -- please?
4         Could you read the first sentence?
14:33:16 5     A.  Yes.
6         Belmac has transmitted to Ethypharm the
7 following documentation of time from the
8 registration file of the specialty Belmazol
9 20 milligram microgranules of Omeprazole.  Methods
14:33:28 10 of manufacturing and validation of the same.
11 Method of analysis and validation of the same.
12     Q.  And could you please read the second
13 sentence.
14     A.  This information is transferred only for
14:33:43 15 the purpose of enabling Ethypharm to deliver this
16 to its clients as mentioned in Annex A and to
17 continue with its clients, its commercial
18 relationship.
19     Q.  Is it your understanding that Belmazol
14:33:59 20 is a form of Omeprazole?
21     A.  Belmazol is a trade -- the commercial
22 name of Omeprazole, as sold by Belmac in Spain.

Page 253

14:34:09 1     Q.  Do you recall any discussions about this
2 document during the February 21st, 2002, meeting?
3     A.  No.
4     Q.  But it is your understanding, isn't it,
14:34:29 5 based upon this document, that Belmac did give some
6 confidential information to Ethypharm?
7     A.  Yes.  But I think you have to understand
8 more what it relates to.  This is they give you
9 information which are contained in the registration
14:34:45 10 file, because it has been formatted into the
11 format, special format in order to enable the
12 company, which is mentioned behind, Acheva, to use
13 it for its sole registration Dosia.
14     Q.  Mm-hmm.
14:34:59 15     A.  That doesn't mean that the method of
16 manufacturing are analysis, et cetera.  It belongs
17 to Belmac.  It just mean that the way it was
18 included in the registration file was Belmac's
19 property because it affected either registration
14:35:15 20 file on Belmazol was their property.
21     Q.  Okay.  Can you tell us where in this
22 agreement it says that the method of manufacturing

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-4

JT-A-766

ESQUIRE DEPOSITION SERVICES

## Page 254

14:35:24 1 and the method of analysis is not Belmac's

2 property?

3     A. It is not mentioned in this document,

4 but it comes from history.

14:35:39 5     Q. Do you recall anything else that was

6 said during that February 21st, 2002, meeting?

7     A. Not more than what I've just said

8 before.

9     Q. Do you recall when you left that

14:35:50 10 meeting?

11     A. Probably at the end.

12     Q. Do you recall the circumstances of

13 leaving that meeting?

14     A. Because it was finished, I imagine.

14:36:48 15     MS. ABREU: I'd like to have the

16 following document marked as Exhibit 26, please.

17     (Joannesse Deposition Exhibit No. 26

18     was marked for Identification.)

19     THE WITNESS: Thank you.

14:37:11 20     (Witness reviews document.)

21 BY MS. ABREU:

22     Q. Ms. Joannesse, have you seen Exhibit 26

## Page 255

14:37:45 1 before?

2     A. Yes.

3     Q. And what is Exhibit 26?

4     A. Exhibit 26 is a letter sent by Adolfo

14:37:53 5 Herrera, as a general manager of Belmac, to

6 Ethypharm Spain, Adolfo de Basilio on the 9th of

7 April 2002.

8     And in this letter you have some terms

9 of supply of the microgranules of Omeprazole, which

14:38:15 10 are applicable to orders that Ethypharm had made to

11 Belmac prior to the 23rd of March 2002, which is

12 the termination date of Exhibit No. 11, and that

13 gives the condition, in which Belmac was ready to

14 supply this product.

14:38:40 15     Q. And could you please read us the first

16 paragraph of this document.

17     A. As a follow-up to our talk -- to our

18 conversation and as a answer to your letter of

19 the -- of the 2nd of April, in which you ask us

14:38:57 20 to -- for -- that you -- you ask that for

21 transition period and before the -- final

22 negotiation of the supply contract with

## Page 256

14:39:13 1 Laboratorios Belmac and Ethypharm S.A., we deliver

2 the orders that you have -- have made for

3 microgranules of Omeprazole, and we indicate hereby

4 the prices of supply as well as the conditions.

14:39:34 5     Q. Okay. Were you -- what is your

6 knowledge of the subject?

7     A. My knowledge is that we were faced with

8 a very difficult situation after the termination of

9 the letter of the -- of the agreement of supply by

14:39:50 10 Belmac. And because we had to deliver some

11 customers, and we needed to find an agreement with

12 Belmac to continue the supply of the product, that

13 was the result of discussions that Adolfo de

14 Basilio and Adolfo Herrera had together, in which

14:40:11 15 should resolve, at least temporarily, the

16 situation.

17     Q. Okay. On -- on -- and is it your

18 recollection that Mr. de Basilio had asked

19 Mr. Herrera to fulfill those orders?

14:40:24 20     A. That he want, sorry?

21     Q. That -- is it your recollection that

22 Mr. de Basilio had requested --

## Page 257

14:40:30 1     A. Mm-hmm.

2     Q. -- as stated in paragraph 1 that Mr.

3 Herrera fulfill those orders for at least a

4 temporary period of time after the -- after

14:40:36 5 March 23rd of 2002?

6     A. Yes.

7     Q. Okay. You mentioned earlier today,

8 Ms. Joannesse, that you had been involved in --

9 in -- in this subject of fulfilling orders --

14:40:48 10     A. Mm-hmm.

11     Q. -- for Ethypharm clients after the --

12 the Exhibit 11 was terminated.

13     Could you tell us what your involvement

14 was?

14:40:58 15     A. Well, just making sure that we were --

16 everything would be legal. So making sure that the

17 requests -- the requests were made in a way that

18 would be legal and that we would not create any

19 more problem in the future between Ethypharm and

14:41:20 20 Belmac --

21     Q. And --

22     A. -- and the customers.

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-4f

JT-A-767

ESQUIRE DEPOSITION SERVICES

| Page 258 | Page 260 |
|---|---|

Page 258

14:41:24 1    Q.  In so doing, did you have any
2    communications with Belmac, with anyone at Belmac?
3    A.  I personally not.
4    Q.  Okay.  Did anyone else at Ethypharm have
14:41:33 5    any communications with Belmac regarding this
6    issue?
7    A.  Adolfo de Basilio.
8    Q.  Was he the only one?
9    A.  I think so.  I can't -- I can't swear he
14:41:42 10   was the only one but I think so.
11   Q.  Did you have any communications with
12   Ethypharm's customers regarding this issue with --
13   of Belmac's continued supply of Omeprazole after
14   March 23rd of 2002?
14:41:59 15   A.  As far as I'm concerned, not directly,
16   but the team was in contact with the customers.  I
17   don't know what they say.  I mean --
18   Q.  And who was the team that was in contact
19   with?
14:42:12 20   A.  Well, the different people in charge of
21   the relationship with the customers and the -- and
22   supply of products.

Page 259

14:42:18 1    Q.  And who were those people?
2    A.  Well, different people at Ethypharm S.A.
3    France from the industry.  Like, I think -- I don't
4    know the names, but I think you had met Natalie
14:42:28 5    Neves, N-E-V-E-S, Natalie, and maybe other people
6    from the team that just don't have all the names in
7    my head.
8    Q.  Yves Liorzou?
9    A.  Maybe Yves, maybe Yves, yes.
14:42:47 10   Q.  Was Mr. de Basilio, to your knowledge,
11   involved in this?
12   A.  Probably.  Also Adolfo, I mentioned him
13   because it's obvious.
14   Q.  And to your knowledge is -- is Natalie
14:42:59 15   Neves still at Ethypharm.
16   A.  Natalie Neves, she -- she was at
17   Ethypharm France, yes.
18   Q.  Okay.  To your knowledge is she still
19   employed at Ethypharm France?
14:43:11 20   A.  I think so.  I can't say -- I can't tell
21   you, you know.  I haven't had any contact with her
22   for some time.

Page 260

14:43:16 1    Q.  Was she there when you left --
2    A.  Yes --
3    Q.  -- Ethypharm France?
4    A.  -- she was still there.
14:43:46 5         MS. ABREU:  I'd like to have this next
6    document marked for identification as Exhibit 27,
7    please.
8         (Joannesse Deposition Exhibit No. 27
9         was marked for Identification.)
14:44:26 10        THE WITNESS:  Thank you.
11        (Witness reviews document.)
12        THE WITNESS:  No, I don't remember this
13   one.  I realized I signed it so.
14   BY MS. ABREU:
14:48:32 15   Q.  Have you seen this document, Exhibit 27
16   before?
17   A.  I can say yes.  It's in my name so.
18   Q.  Do you recall drafting Exhibit 27?
19   A.  I drafted it but not -- well, I mean, my
14:48:47 20   Spanish is not good enough to write such a letter.
21   So I did it with Adolfo de Basilio and --
22   Q.  Did anyone assist in the drafting?

Page 261

14:48:58 1    A.  Yes.  Probably, our external counsel,
2    Spanish counsel.
3    Q.  And what would his name be?
4    A.  Perez Sendino.
14:49:12 5    Q.  Could you please tell us what this
6    document is or what this letter?
7    A.  Well, it's very long so.  I've gone
8    through it very rapidly and I just don't recall
9    everything.  But it's mainly regarding the
14:49:22 10   situation of delivery of a product that we had for
11   one of our customers in Ethypharm, and -- on this.
12        This effectively was a strange situation
13   because we had to deliver some orders after
14   termination so that was all around this -- this
14:49:37 15   issue.
16   Q.  And when you say after termination, do
17   you mean after the termination of exhibit or the
18   contract marked as Exhibit 11?
19   A.  Right.
14:49:48 20   Q.  Okay.  And were these orders that have
21   been placed -- when had Cinfa placed the orders
22   that Exhibit 27 refers to?

66 (Pages 258 to 261)

e70537fb-d96b-4

JT-A-768

ESQUIRE DEPOSITION SERVICES

Page 262

14:49:59 1    A. I don't know when they had placed it,
2    but they have placed it before so we -- we had an
3    obligation to deliver.
4    Q. Okay. Before the termination of --
14:50:05 5    A. Yes.
6    Q. -- of the --
7    A. Yes.
8    Q. -- Exhibit 11?
9    A. Yes, I think so. Just don't recalling
14:50:09 10    the detail but . . .
11    Q. And could you read to us paragraph 2 of
12    Exhibit 27.
13    A. Paragraph 2, which on the Sinceramente
14    or the Me parece?
14:50:22 15    Q. Oh, I apologize the Me parece.
16    A. Me parece.
17    It seems to me that he's -- we are
18    repeating view -- we have to repeat and -- and to
19    tell you, again, that to remind -- to remind you
14:50:50 20    that the manu -- the supply agreement we had or our
21    Spanish subsidiary had with Belmac and which was
22    reviewed every two years was terminated in

Page 263

14:51:02 1    March 2002 by Belmac.
2    Q. And why did you have to remind Cinfa
3    again of that fact?
4    A. Because I think they -- well, if I
14:51:23 5    remember, because everything was far away. I think
6    that it seemed that they were not -- they were
7    asking for the supply continuously of the product,
8    and we -- we had informed them of the problem, and
9    we're not helping sufficiently in -- in resolving
14:51:34 10    the problem of deliveries.
11    Q. Could you read on page 2 the last
12    paragraph of page 2.
13    A. Además, mientras estabamos?
14    Q. If you could please read that first
14:51:46 15    sentence.
16    A. Moreover, while we were discussing
17    and -- and studying the condition of a license and
18    registering of our new aqueous formula, Cinfa
19    seemed to have chosen to take product formulated
14:52:08 20    and elaborated by another company.
21    Q. Do you recall what other company that
22    sentence refers to?

Page 264

14:52:15 1    A. No.
2    Q. And could you review on page 3 the
3    second paragraph.
4    A. Habíamos creído fielmente?
14:52:31 5    Q. Yes.
6    A. We always believed and nothing made us
7    believe the opposite that the interest of Cinfa and
8    Ethypharm were to continuous -- was to continue to
9    collaborate closely and including -- and including
14:53:00 10    increasing our relationship through alternatives
11    and possibilities -- possibilities on the basis
12    of -- let me -- let me start again, because the
13    sentence is very complicated, unless you have the
14    translation already.
14:53:28 15    Q. There is a translation behind that --
16    A. So --
17    Q. -- that may be helpful to you.
18    A. Yes, that would be more helpful to me
19    because it's a very complicated sentence.
14:53:37 20    "We have faithfully believed, and you
21    have not said anything on the contrary in a
22    negative and clear way, that the interest of Cinfa

Page 265

14:53:40 1    and Ethypharm was to move forward working closely
2    and even improving our relation through
3    alternatives and possibilities arising from the
4    certain fact that the agreement between Ethypharm
14:53:51 5    and Belmac has already finished and under no
6    circumstance was it imagined that in March 2003 you
7    continue making orders to be manufactured by
8    Belmac."
9    Q. Do you recall Cinfa continuing to place
14:54:05 10    orders with Belmac after the termination of -- of
11    Exhibit 11?
12    A. Yes, yes, yes they did; definitely, they
13    did.
14    Q. Did you ever -- was this letter ever
14:54:18 15    sent to Cinfa?
16    A. Yes, it was.
17    Q. And did Cinfa ever respond to this
18    letter?
19    A. I don't remember.
14:54:27 20    Q. Okay. And Exhibit 27 does not refer to
21    Bentley anywhere, does it?
22    A. No, it does not.

67  (Pages 262 to 265)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-4

JT-A-769

ESQUIRE DEPOSITION SERVICES

Page 266

14:54:37 1    Q. Did you ever send Cinfa a letter similar
2    to Exhibit 27 that did refer to Bentley?
3        A. No, because they didn't know Bentley. I
4    mean, it's -- we're in Spain.
14:54:46 5    Q. Okay.
6        A. There was no reason for them to know
7    Bentley.
8        Q. Did you ever have any communications
9    with Bentley about Belmac's continued manufacturer
14:54:59 10   of Omeprazole, or other pellet drugs, for Ethypharm
11    or for Ethypharm customers after the termination of
12    Exhibit 11?
13        A. As far as I'm concerned, no.
14        Q. Okay. Do you know whether anyone else
14:55:11 15   at Ethypharm had such communications with Bentley?
16        A. I don't know. Maybe management. But I
17    don't know.
18        Q. Do you recall when you mentioned earlier
19    that Mr. Herrera had stated that he would continue
14:55:34 20   to manufacture Omeprazole after the termination of
21    Exhibit 11 with their new formula?
22        A. Mm-hmm.

Page 267

14:55:44 1    Q. Okay. To your knowledge was the --
2    do -- do you recall also earlier today when you
3    mentioned that their had been modifications made to
4    the formula that -- or -- or any confidential
14:56:00 5    information that Ethypharm had given to Belmac
6    concerning Omeprazole and other pellet drugs?
7        A. Can you clarify your question, please,
8    because --
9        Q. Sure.
14:56:12 10       You stated earlier, did you not, that
11    Ethypharm had given Belmac, Laboratorios Belmac,
12    some confidential information --
13        A. Mm-hmm.
14        Q. -- formulas, and -- and other
14:56:25 15   confidential technological information concerning
16    Omeprazole.
17        A. Yes.
18        Q. Do you recall that?
19        To your knowledge were any modifications
14:56:36 20   made to this technology, this formula, where this
21    information that Ethypharm gave to Laboratorios
22    Belmac?

Page 268

14:56:44 1    A. Well, throughout the years, throughout
2    the collaboration, things -- things -- things
3    have -- whoops, sorry -- the formulation has been
4    slightly modified to meet some -- some problems met
14:56:55 5    during the fabric -- during the manufacturing so.
6        Q. Do you know who was involved in
7    modifying that?
8        A. Domingo Bernabe certainly and maybe
9    other people from Ethypharm S.A. France in the
14:57:12 10   development section.
11        Q. And do you know where Mr. Bernabe
12    participated in making these modifications?
13        A. Well, probably mainly at the Zaragoza
14    plant, but maybe some of the modifications have
14:57:27 15   been made also in France but -- but I can't --
16        Q. Do you know --
17        A. -- swear.
18        Q. -- with whom Mr. Bernabe had contacts at
19    the Zaragoza plant regarding these modifications to
14:57:40 20   the Omeprazole technology?
21        A. No.
22        Q. To your knowledge were any modifications

Page 269

14:57:46 1    made by anyone at Bentley in the United States to
2    Ethypharm's Omeprazole technology?
3        A. I don't know.
4        Q. After the termination of the agreement
14:58:02 5    marked as Exhibit 11 do you know whether there was
6    any dispute between Ethypharm and Laboratorios
7    Belmac concerning Ethypharm's machinery that was in
8    installed in the Zaragoza plant?
9        A. Well, we wanted to take our machinery
14:58:19 10   away and, in fact, Belmac said that they had no
11    problem but it was delayed all the time. And so
12    it's only -- and after I left the company in
13    September, or something like that, or August,
14    September, that the machine -- machinery was taken
14:58:38 15   away.
16        Q. Do you recall who was involved in this
17    dispute with Belmac about the machines?
18        A. What do you mean by who was involved in
19    its --
14:58:51 20   Q. Who on the part of the Ethypharm S.A.
21    communicated with Laboratorios Belmac regarding the
22    removal of Ethypharm's machines?

68 (Pages 266 to 269)

e70537fb-d96b-4

JT-A-770

ESQUIRE DEPOSITION SERVICES

Page 270

14:59:01  1     A.  Probably, I did sometimes, maybe at some
        2   point.  Otherwise, after I left, I know that there
        3   was Eric Igonet.  I think he -- he did -- he dealed
        4   with -- with this.  And Katherine Calamine, maybe
14:59:17  5   it was somebody else as well.
        6     Q.  Okay.
        7     A.  And the people in charge of
        8   manufacturing as well.
        9     Q.  Okay.  Could you please tell who Eric
14:59:25 10   Igonet is?
       11     A.  Well, he was the former finance --
       12   finance -- finance manager and general secretary of
       13   Ethypharm.
       14     Q.  Of Ethypharm France?
14:59:44 15     A.  Yes, Ethypharm France.  He was the
       16   general secretary at the end.
       17     Q.  Was he general secretary around the time
       18   of this dispute involving the --
       19     A.  Yes.
14:59:46 20     Q.  -- machines?
       21       And what is the role of the general
       22   secretary of Ethypharm France?

Page 271

14:59:52  1     A.  It was to -- to -- to -- to deal with
        2   all type of litigations and with suppliers and
        3   corporate companies, business.
        4     Q.  Was Mr. Igonet on the board of
15:00:07  5   Ethypharm -- on the board of directors, excuse me?
        6     A.  I think so.
        7     Q.  And who is Katherine Calimene?
        8     A.  Katherine Calimene was someone working
        9   in the finance department as well.
15:00:28 10     Q.  Do you recall who at Laboratorios
       11   Belmac, you and -- and Mr. Igonet and Ms. Calimene
       12   dealt with regarding the dispute over the --
       13   Ethypharm's machines?
       14     A.  The first one was Mr. Herrera, but then
15:00:42 15   it was probably a technical director, but I don't
       16   recall the name.
       17     Q.  Does Antonio Cabodevilla sound familiar?
       18     A.  Yes, yes.
       19     Q.  Okay.
15:00:53 20     A.  Right.
       21     Q.  Anyone else?
       22     A.  I don't know, no.

Page 272

15:00:55  1     Q.  Okay.  Did you ever conduct anyone at
        2   Bentley regarding the dispute over Ethypharm's
        3   machines?
        4     A.  As far as I'm concerned, no.
15:01:02  5     Q.  Do you -- to your knowledge, did anyone
        6   else at Ethypharm ever contact anyone at Bentley
        7   with regard to the dispute over the machines?
        8     A.  I don't know.
        9     Q.  Okay.  Did you ever account Jim Murphy
15:01:13 10   with regard to the disputes over the machines at --
       11   in Zaragoza?
       12     A.  As far as I'm concerned, no.
       13     Q.  Okay.  And to your knowledge, did anyone
       14   else at Ethypharm ever contact Jim Murphy about the
15:01:24 15   dispute over the machines?
       16     A.  I don't know.
       17     Q.  Ms. Joannesse, do you know whether
       18   Laboratorios Belmac needed any authorization from
       19   the Spanish Ministry of Health to market or sell
15:01:47 20   the Omeprazole in Spain?
       21     A.  Yes, like every pharmaceutical
       22   companies.

Page 273

15:01:52  1     Q.  And do you know whether Laboratorios
        2   Belmac was authorized by the Spanish of Ministry of
        3   Health to manufacture Omeprazole and other pellet
        4   drugs in Spain?
15:02:02  5     A.  Yes, they needed to have an
        6   authorization to manufacture.
        7     Q.  And to your knowledge was Bentley
        8   Pharmaceuticals United States company authorized by
        9   the Spanish Ministry of Health to market Omeprazole
15:02:15 10   in Spain?
       11     A.  I don't see why they should be
       12   authorized because they were not marketing
       13   Omeprazole in Spain.
       14     Q.  You mentioned earlier that you were
15:02:30 15   involved in drafting some confidentiality
       16   agreements --
       17     A.  Mm-hmm.
       18     Q.  -- with employees of Laboratorios Belmac
       19   pertaining to Omeprazole and other pellet drugs; is
15:02:39 20   that correct?
       21     A.  I didn't say I -- I was involved in the
       22   drafting.  I just mentioned that there was some

69  (Pages 270 to 273)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-4626-871b-5544444240-1

JT-A-771

ESQUIRE DEPOSITION SERVICES

Page 274

15:02:44 1 confidentiality agreements with employees. Yes,
2 there are --
3    Q. Okay.
4    A. -- some -- some confidentiality
15:02:52 5 agreements with employees.
6        MS. ABREU: I'd like to have the
7 following document marked as Exhibit 28, please.
8 It starts with Bates label 00 -- EP 008089.
9        (Joannesse Deposition Exhibit No. 28
15:03:40 10       was marked for Identification.)
11       THE WITNESS: Thank you.
12       (Witness reviews document.)
13 BY MS. ABREU:
14    Q. Ms. Joannesse, have you seen Exhibit 28
15:04:30 15 before?
16    A. Probably, probably.
17    Q. Were you involved in drafting
18 Exhibit 28?
19    A. No. This is --
15:04:36 20    Q. Do you -- do you --
21    A. This is a standard confidentiality
22 agreement.

Page 275

15:04:43 1    Q. Do you recall who may have been involved
2 in drafting this agreement?
3    A. I don't know. Someone at Ethypharm
4 Spain. No, frankly speaking, I don't know.
15:04:56 5    Q. Could you tell us who this
6 confidentiality agreement is between?
7    A. It's between Ethypharm France
8 represented by its affiliate from Spain and Belmac,
9 Spain, Madrid represented by its medical director
15:05:18 10 Dr. Manuel Espuelas.
11    Q. And who is representing Ethypharm France
12 and Ethypharm Spain?
13    A. Adolfo de Basilio is the authorized
14 signature.
15:05:38 15    Q. And could you tell us what this
16 confidentiality, what is the subject of this
17 confidentiality agreement?
18    A. Yes.
19       Ethypharm is transmitting some technical
15:05:44 20 documentation of Omeprazole to Belmac for Belmac to
21 consider whether they want to use it. That's
22 usually the type of agreement you're -- you're

Page 276

15:06:03 1 assigning when you are giving some confidential
2 information to be included in the registration
3 Dosia.
4    Q. Do you recall any such doc -- any
15:06:15 5 documents similar to Exhibit 28 being signed
6 between Ethypharm, either France or Spain, and
7 Bentley Pharmaceuticals in the United States?
8    A. No.
9       MS. ABREU: I would like to mark the
15:06:32 10 next documents as Exhibit 29, please. It starts
11 with EP 002741 through EP 002745.
12       (Joannesse Deposition Exhibit No. 29
13       was marked for Identification.)
14       THE WITNESS: Thank you.
15:07:49 15 BY MS. ABREU:
16    Q. Ms. Joannesse, have you seen Exhibit 29
17 before?
18    A. Yes.
19    Q. Were you involved in drafting
15:07:56 20 Exhibit 29?
21    A. No.
22    Q. Do you re -- do you know who was?

Page 277

15:08:02 1    A. No.
2    Q. Can you please tell me what Exhibit 29
3 is?
4    A. These are specific confidentiality
15:08:10 5 agreements with -- signed by the employees that
6 were directly involved in the develop and
7 manufacturing of Omeprazole.
8    Q. And when you say the employees, do
9 you -- are you referring to employees of Belmac?
15:08:27 10    A. Yes, sorry.
11    Q. That's okay.
12    A. This is Belmac.
13    Q. And can you tell us who those employees
14 are that signed the confidentiality agreements
15:08:38 15 marked as Exhibit 29?
16    A. Well, from the names that you have, you
17 have Mr. González Azpeitia, and he's the general
18 manager. I think that's just -- and you have from
19 the names you have Antonio Cabodevilla, which you
15:08:55 20 told me was a technical director. And the rest I
21 don't know. I guess that they are technicians.
22    Q. Okay. Do you see where it says Mr. --

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-4

JT-A-772

ESQUIRE DEPOSITION SERVICES

Page 278

15:09:09 1 the first page refers to Mr. Mateo Gasca --
2 A. Yes.
3 Q. -- who resides in Zaragoza?
4 A. Mm-hmm.
15:09:17 5 Q. And the second page, as you mentioned --
6 A. Azpeitia.
7 Q. -- Azpeita.
8 And the third page --
9 A. Carlos --
15:09:23 10 Q. -- do you see --
11 A. -- Asensio.
12 Q. Carlos Asensio. He's also a resident of
13 Zaragoza.
14 The fourth page Mr. Cabodevilla --
15:09:31 15 A. Mm-hmm.
16 Q. -- also a resident of Zaragoza.
17 And the last page Mr. Jose Luis
18 Monterde, also a resident of Zaragoza.
19 A. Mm-hmm.
15:09:35 20 Q. When was the first time you saw
21 Exhibit 29?
22 Do you remember?

Page 279

15:09:45 1 A. When I collected the agreement from
2 Ethypharm Spain.
3 Q. And -- and you kept this in your -- in
4 your Belmac --
15:09:50 5 A. Yes.
6 Q. -- /Bentley file?
7 A. Yes.
8 Q. And do you recall ever collecting a
9 similar agreement signed by any Bentley employees
15:10:02 10 in the United States?
11 A. No. But that was not necessary because
12 the things was in Zaragoza, and technicians were
13 working in Zaragoza and were putting their hands on
14 the product so.
15:10:09 15 Q. And it wasn't necessary because the
16 employees of Bentley and the United States had not
17 manufactured Omeprazole for Ethypharm?
18 A. Yeah.
19 MS. ABREU: I'd like to show you another
15:10:39 20 document and have it marked as the next Exhibit,
21 which I believe is Exhibit 30.
22 (Joannesse Deposition Exhibit No. 30

Page 280

15:10:49 1 was marked for Identification.)
2 (Witness reviews document.)
3 THE WITNESS: Mm-hmm.
4 BY MS. ABREU:
15:11:43 5 Q. Ms. Joannesse, have you seen Exhibit 30
6 before?
7 A. Yes.
8 Q. When was the first time you saw
9 Exhibit 30?
15:11:52 10 A. Probably, when I was collecting -- or I
11 don't remember. Maybe I -- maybe I drafted it.
12 Maybe I drafted it.
13 Q. Okay. Can you --
14 A. It's possible.
15:12:00 15 Q. -- tell us the date of Exhibit 30?
16 A. It was dated July 11th, 1995.
17 Q. Do you recall who else was involved in
18 drafting Exhibit 30?
19 A. In drafting, probably nobody else, but
15:12:22 20 in the preparation Mr. Debrégeas and -- and
21 Mr. Leduc as well.
22 Q. And to the best of your recollection was

Page 281

15:12:31 1 it Mr. Leduc and Mr. Debrégeas who requested that
2 you draft Exhibit 30?
3 A. Well, as it is signed by Mr. Debrégeas,
4 I would say it was Mr. Debrégeas.
15:12:41 5 Q. And could you tell us who this agreement
6 is between?
7 A. This agreement is with -- between Belmac
8 Corporation in Tampa U.S. represented by Mr. James
9 Murphy, President, Chief Executive Officer, and the
15:12:58 10 company is referred as Belmac and Ethypharm S.A.
11 located at rue Saint Matthieu in Houdan, France,
12 represented by Patrice Debrégeas, President and,
13 and called Ethypharm.
14 Q. And is this document signed?
15:13:17 15 A. It is signed.
16 Q. Okay. Do you recognize the signature
17 for Ethypharm France?
18 A. Yes.
19 Q. And whose signature is that?
15:13:24 20 A. Mr. Debrégeas.
21 Q. Okay. And is the document signed on
22 behalf of Belmac Corporation?

71 (Pages 278 to 281)

e70537fb-d96b-

JT-A-773

ESQUIRE DEPOSITION SERVICES

Page 282

15:13:33 1    A. Yes.
2    Q. And who is it signed by?
3    A. James Murphy.
4    Q. What is this -- what is Exhibit 30?
15:13:41 5    What is this confidentiality agreement
6    about?
7    A. Well, it's about the possibility of the
8    companies to exchange information on the U.S.
9    company which researches and develops transdermal
15:13:55 10    products, and Ethypharm was interested in
11    participating -- participating in the acquisition
12    of this company with Belmac Corporation.
13    Q. So were -- just to clarify, then, were
14    Ethypharm France and Belmac Corporation in the
15:14:11 15    United States considering jointly purchasing a U.S.
16    company?
17    A. Right.
18    Q. And do you recall the name of that
19    United States company?
15:14:19 20    A. No.
21    Q. Do you recall whether this
22    confidentiality agreement had anything to do with

Page 283

15:14:33 1    the manufacture of Omeprazole in Spain?
2    A. No. It's on transdermal products.
3    Q. And is that different from pellet drugs?
4    A. It is different, yes.
15:14:53 5    Q. Is this the -- aside from Exhibit 30 --
6    A. Mm-hmm.
7    Q. -- do you recall any confidentiality
8    agreements between Ethypharm, either France or
9    Spain, and Bentley in the United States or Belmac
15:15:06 10    Corporation in the United States?
11    A. I think there was another one, but I'm
12    sorry I don't remember all the agreements signed.
13    Q. Okay, fine.
14    MS. ABREU: I'd like to have the next
15:15:47 15    document marked for identification as Exhibit 31.
16    (Joannesse Deposition Exhibit No. 31
17    was marked for Identification.)
18    THE WITNESS: Thank you.
19    (Witness reviews document.)
15:16:50 20    THE WITNESS: Yes.
21    BY MS. ABREU:
22    Q. Have you seen Exhibit No. 31 before?

Page 284

15:16:54 1    A. Yes.
2    Q. When was the first time you saw
3    Exhibit 31?
4    A. The last thing, I probably prepared it.
15:17:00 5    Q. You recall you drafted it?
6    A. Yes, probably drafted it.
7    Q. Do you recall who asked you to draft it?
8    A. Well, I probably drafted it on the
9    request of Gérard Leduc and Patrice Debrégeas.
15:17:16 10    Q. And why did you draft this document?
11    A. Excuse me?
12    Q. I apologize. Why did you draft
13    Exhibit 31?
14    A. Well, probably because they asked me to
15:17:27 15    do it to put into papers, at least, a commitment
16    by Belmac and -- and Bentley recognizing the
17    ownership of Ethypharm on patent formulation,
18    et cetera, know-how.
19    Q. And with regard to Omeprazole?
15:17:51 20    A. Yes, probably -- well, or all the
21    products as well. I mean, it's not mention of --
22    their products, you have an amount, a certain

Page 285

15:17:57 1    number of products and pellets, among which
2    Omeprazole pellets and its derivatives. So it's
3    not only Omeprazole pellets.
4    Q. And do you recall when you drafted this
15:18:09 5    document?
6    A. No, I don't recall exactly the
7    circumstances, but apparently it dates back to
8    1998, so April of 1998.
9    Q. And could you please read to us the
15:18:28 10    first sentence of the first paragraph.
11    A. Which one?
12    Q. Dr. Clemente Gonzales Azpeita.
13    A. Dr. Clemente Gonzales Azpeita, in the
14    name and in presentation of Laboratorios Belmac
15:18:40 15    S.A., with registered office in Monteraragon,
16    No. 9, Madrid, and with tax identification number,
17    as general manager.
18    Mr. James Murphy -- R. Murphy, in the
19    name and representation of Bentley Pharmaceuticals,
15:18:54 20    Inc., with registered office in One Urban Centre,
21    Suite 548, 4830 Wes Kennedy Boulevard, Tampa,
22    Florida, USA, as Chairman and Chief Executive

72 (Pages 282 to 285)

e70537fb-d96b-4

JT-A-774

ESQUIRE DEPOSITION SERVICES

Page 286

15:19:11  1  Officer.
2      Q. Okay. And is that with Ethypharm S.A.
3  Spain?
4      A. Well, it's a -- it's a declaration.
15:19:18  5  It's not an agreement. So it's with anybody.
6      Q. Okay. Is it a declaration regarding
7  Omeprazole and pellet technology in the
8  relationship with Ethypharm Spain?
9      A. I think it's both in Ethypharm Spain and
15:19:36 10  Ethypharm France and it's mentioned Ethypharm
11  Spain, Ethypharm has manufacturing agreement with
12  Laboratorios Belmac for manufacturing pellets and a
13  certain number of products developed by Ethypharm.
14      So apparently, the way it is drafted it
15:19:53 15  refers to Ethypharm Spain, yeah.
16      Q. And you would agree, would you not, that
17  in this draft -- this draft is drafted so that
18  Laboratorios Belmac and Bentley Pharmaceuticals
19  undertake not to divulge the information to third
15:20:09 20  parties and that would be the information
21  concerning Omeprazole and other pellet drugs --
22      A. Yes.

Page 287

15:20:14  1      Q. -- is that correct?
2      A. Mm-hmm.
3      Q. Do you recall this draft confidentiality
4  agreement having been ever sent to Mr. Murphy?
15:20:26  5      A. This is not a confidentiality agreement.
6  This is a declaration. And this draft, I think,
7  was sent -- yes, it was sent to Mr. Murphy because
8  the fax cover page showed that Adolfo de Basilio
9  did send it to Mr. Murphy.
15:20:46 10      Q. And do you recall whether Mr. Murphy
11  ever responded to this draft declaration?
12      A. No. Frankly speaking, I don't recall.
13      Q. To your knowledge was this draft
14  declaration ever signed by Mr. Murphy or
15:20:56 15  Mr. Gonzales?
16      A. I don't think so, either.
17      Q. But you would agree, would you not,
18  Ms. Joannesse, that in this particular draft you
19  did include both Laboratorios Belmac and Bentley
15:21:16 20  Pharmaceuticals as a party?
21      A. Mm-hmm.
22      Q. Whereas the contracts we reviewed, the

Page 288

15:21:21  1  draft agreements we reviewed this morning did not?
2      A. Which one?
3      Q. All of the draft agreements we reviewed
4  this morning?
15:21:30  5      A. Well, it depends, yeah.
6      Q. Exhibit 11 does not, does it?
7      A. Yes.
8      Q. Exhibit --
9      A. But as I told you, most the agreements
15:21:33 10  we had reviewed today, they were small agreements
11  to take into consideration, an urgent situation,
12  regarding the manufacturing of -- of -- of the --
13  of the products in Spain.
14      Why this type of document is, frankly,
15:21:46 15  a -- a recognition of the property of the know-how
16  by both the subsidiary and the mother company, and
17  that's something which -- which should have been --
18  which -- which was the agreement in principal. And
19  that was, again, a small document with to -- to
15:22:10 20  secure our interests, which finally was not signed
21  again.
22      Q. And do you recall any -- any documents

Page 289

15:22:18  1  at all, whether small or not small, that were ever
2  signed by both Belmac S.A. and Bentley in the --
3      A. No.
4      Q. -- United States?
15:22:28  5      A. No.
6      Q. Do you recall any agreements, whether
7  small or not small that were ever signed between
8  Ethypharm, either France or Spain, and Bentley in
9  the United States by itself concerning Omeprazole
15:22:38 10  and other pellet drugs?
11      A. No, besides all those we have reviewed
12  already, no.
13      Q. Ms. Joannesse, are you aware of any
14  statements made by Laboratorios Belmac directly to
15:23:10 15  Ethypharm's clients concerning the ownership of
16  technology to manufacture Omeprazole?
17      A. I don't know what Belmac says to the
18  customers.
19      MS. ABREU: I'd like to mark this
15:23:40 20  document as Exhibit 32, please.
21      (Joannesse Deposition Exhibit No. 32
22      was marked for Identification.)

73 (Pages 286 to 289)

e70537fb-d96b-4636-871b-5644444040-d

JT-A-775

ESQUIRE DEPOSITION SERVICES

Page 290

15:24:10  1      THE WITNESS: Thank you.
        2      (Witness reviews document.)
        3      BY MS. ABREU:
        4      Q. Have you had a chance to
15:24:42  5  review Exhibit --
        6      A. Yes.
        7      Q. -- 32?
        8      Have you seen this before?
        9      A. I probably have seen it because I was
15:24:48 10  copied so.
       11      Q. And what is the first page of
       12  Exhibit 32?
       13      A. It's a letter from one of our customer
       14  in Republic Czech, Czech Republic. We call it
15:24:56 15  Leciva, dated 20th of March 1997, which request a
       16  statement specifying one cooperation between
       17  Ethypharm and Belmac works in the manufacturing of
       18  Omeprazole pellets because they need it for the
       19  registration file.
15:25:21 20      Q. Okay. And do you understand page 2 to
       21  be the statement requested by Leciva to Mr. de
       22  Basilio?

Page 291

15:25:30  1      A. Yes, it is.
        2      Q. Do you recall any request by any
        3  Ethypharm clients or statements on the cooperation
        4  between Ethypharm and Bentley --
15:25:39  5      A. No.
        6      Q. -- for the manufacturing --
        7      A. No.
        8      Q. -- of Omeprazole?
        9      A. I was copied of this type of document
15:25:42 10  but, frankly, it was going to Adolfo de Basilio,
       11  who was managing the customers.
       12      Q. Did Adolfo de Basilio ever tell you that
       13  any Ethypharm customer requested a statement on
       14  cooperation between Ethypharm and Bentley?
15:25:56 15      A. I don't -- frankly speaking, I don't
       16  recall either. I mean, he probably send me a --
       17  the document because there was some official
       18  documents for the file but --
       19      Q. But you don't remember ever seeing --
15:26:06 20      A. I don't remember --
       21      Q. -- such a document?
       22      A. -- seeing it because we had an agreement

Page 292

15:26:08  1  with Leciva, so probably they sent it to me as well
        2  so that I included it in the -- in the file, you
        3  know, the agreement.
        4      Q. Do you recall ever seeing or hearing
15:26:17  5  about a statement issued by Bentley Pharmaceuticals
        6  to an -- an Ethypharm customer concerning the
        7  collaboration with Ethypharm for the manufacturer
        8  of Omeprazole in Spain?
        9      A. No.
15:26:43 10      Q. Ms. Joannesse, have you had any personal
       11  contacts with Jim Murphy, aside from the one time
       12  you mentioned today that you met him in the
       13  hallway?
       14      A. Personal contact, no, no.
15:26:57 15      Q. Did you have any communications with
       16  Mr. Murphy that we did not discuss today?
       17      A. And there was a telephone conversation
       18  with Gérard Leduc and James Murphy. I don't recall
       19  exactly the date. And I was there but that's all.
15:27:12 20  But I didn't talk to Mr. Murphy, I mean. It was
       21  not a --
       22      Q. Do you recall approximately when that

Page 293

15:27:19  1  conversation --
        2      A. No --
        3      Q. -- took place?
        4      A. -- I just told you I -- I don't recall.
15:27:22  5      Q. Do you recall whether it was before or
        6  after the termination of the agreement marked as
        7  Exhibit 11?
        8      A. No.
        9      Q. Do you recall whether it was toward the
15:27:31 10  end of your employment at Ethypharm or the middle?
       11      A. No, it was before the -- the end of
       12  my -- my employment.
       13      Q. Do you --
       14      A. Also probably -- probably I -- I just
15:27:41 15  couldn't tell you probably before, I would. But
       16  for them, I'm not sure at all. Now frankly
       17  speaking, I don't know. I don't remember.
       18      Q. Do you recall what that telephone
       19  conversation was about?
15:27:51 20      A. Cooperation about -- cooperation between
       21  the companies and -- and Omeprazole and these
       22  type -- these types of things.

74 (Pages 290 to 293)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-

JT-A-776

ESQUIRE DEPOSITION SERVICES

Page 294

15:28:00  1    Q.  So --
          2    A.  But I don't remember the details.  But
          3   it was when we had conversations when I was
          4   participating.  It was because we were talking
15:28:08  5   about the collaboration with Belmac and Omeprazole.
          6    Q.  Okay.  So it was about the cooperation
          7   with --
          8    A.  Mm-hmm.
          9    Q.  -- lab (sic) Belmac and Omeprazole?
15:28:16 10    A.  Yeah.
         11    Q.  Do you recall who -- who initiated that
         12   tele -- telephone conversation?
         13    A.  It was between Gérard Leduc and James
         14   Murphy, but I don't know who called whom.  I mean,
15:28:29 15   they arranged for a phone call together.
         16    Q.  Okay.  And you were asked to join
         17   Mr. Leduc in his office --
         18    A.  Yes.
         19    Q.  -- for that phone call?
15:28:39 20    A.  Mm-hmm.
         21    Q.  And do you recall any other
         22   communications of any form with Mr. Murphy that you

Page 295

15:28:46  1   ever had during your employment at Ethypharm?
          2    A.  As far as I'm concerned, no.
          3    Q.  Anywhere in your files you -- or
          4   anywhere else, do you recall ever seeing a
15:29:05  5   confidentiality agreement between -- signed by Jim
          6   Murphy with Ethypharm regarding Omeprazole or
          7   another pellet drug?
          8    A.  Not to Omeprazole and pellets drug.
          9    Q.  How about anything else?
15:29:23 10    A.  Yes.  There was another one.  I think
         11   it's transdermal things, something like that.
         12    Q.  Is it the one that I showed you --
         13    A.  No.
         14    Q.  -- about the purchase --
15:29:36 15    A.  No.
         16    Q.  -- of the U.S. corporation?
         17    A.  No.  Another one, the products.
         18    Q.  Do you recall the date --
         19    A.  No.
15:29:48 20    Q.  -- of that agreement?
         21       And was agreement in your files at
         22   Ethypharm?

Page 296

15:29:56  1    A.  Yes, I think so.
          2       MS. ABREU:  Counsel, we would like to
          3   request production of that agreement.
          4       MR. GRACE:  It's been marked as an
15:30:12  5   exhibit.
          6       COURT REPORTER:  May I take a break
          7   soon?
          8       MS. ABREU:  Sure.
          9       Why don't we take a break for the court
15:30:24 10   reporter.
         11       THE VIDEOGRAPHER:  This ends tape number
         12   three of the Joannesse deposition.
         13       The time is 15:30:12.
         14       Off the record.
15:30:33 15       (Whereupon, at 15:30:12 p.m., a recess
         16   was taken, and the proceedings resumed at
         17   15:38:25 p.m., this same day.)
         18       THE VIDEOGRAPHER:  On the record with
         19   tape number four of the testimony of Roseline
15:30:30 20   Joannesse in the matter of Ethypharm versus Bentley
         21   Pharmaceuticals.
         22       The date is July 20th, 2006.

Page 297

15:38:42  1       The time is 15:38:25.
          2   BY MS. ABREU:
          3    Q.  Good afternoon, Ms. Joannesse.
          4       Do you recall seeing any signed
15:38:57  5   agreement between Ethypharm and James Murphy
          6   concerning Omeprazole or pellet drugs in Spain?
          7    A.  No.
          8    Q.  Do you recall ever seeing any signed
          9   agreement between James Murphy and Ethypharm
15:39:10 10   concerning the manufacturing of Omeprazole with
         11   other pellets drugs anywhere in the world?
         12    A.  I don't think so.
         13    Q.  Aside from the June 8th, 2001, draft,
         14   which I believe is marked as Exhibit 20, do you
15:39:27 15   recall ever negotiating a draft between Ethypharm
         16   and Jim Murphy with regarding the manufacture of
         17   Omeprazole or other pellet drugs that had
         18   Mr. Murphy as a signatory?
         19    A.  I just -- I don't think so, but I'm not
15:39:52 20   sure because we had prepared so many drafts over
         21   the years, which were not signed in the end.
         22   That's a very difficult question if I don't have

75 (Pages 294 to 297)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-4

JT-A-777

ESQUIRE DEPOSITION SERVICES

Page 298

15:40:02 1 the whole file with me.
2 Q. Sure.
3 A. But just like that, we'd probably say
4 no.
15:40:13 5 Q. Aside from yourself, do you know who
6 else at Ethypharm had any contacts or
7 communications with Mr. Murphy?
8 A. Gérard Leduc and Patrice Debrégeas and
9 also Claude Dubois and Pierre Germain, and maybe
15:40:30 10 others that I don't know, I mean, but for sure
11 these people had.
12 Q. Aside from Mr. Murphy, did you ever have
13 any contacts or communications with anyone who was
14 employed at Bentley Pharmaceuticals in the United
15:40:47 15 States?
16 A. No.
17 Q. Okay. Did you ever visit Bentley
18 Pharmaceuticals in the United States?
19 A. No.
15:40:53 20 MS. ABREU: I'd like to have this
21 document marked as Exhibit 33, please.
22 (Joannesse Deposition Exhibit No. 33

Page 299

15:41:24 1 was marked for Identification.)
2 (Witness reviews document.)
3 THE WITNESS: Yes.
4 BY MS. ABREU:
15:42:59 5 Q. Have you seen Exhibit 33 before?
6 A. I don't recall at all, frankly speaking.
7 Q. And I'm presuming, then, that you don't
8 recall whether you were involved in drafting this?
9 A. No, no, no.
15:43:16 10 Q. Okay.
11 MS. ABREU: I'd like to mark this
12 document for identification as Exhibit 34, please.
13 (Joannesse Deposition Exhibit No. 34
14 was marked for Identification.)
15:44:08 15 THE WITNESS: Thank you.
16 BY MS. ABREU:
17 Q. Have you seen Exhibit 34 before,
18 Ms. Joannesse?
19 A. Yes, yes, I have.
15:44:25 20 Q. Can you tell me what it is?
21 A. Well, in fact, the first page is simply
22 the address of Bentley transmitted by the secretary

Page 300

15:44:33 1 of Ethypharm Spain to me, in which was needed for
2 the letter that Mr. Debrégeas wanted to send to
3 Mr. Murphy.
4 And this was letter was a letter
15:44:48 5 concerning certainly a surprise on certain articles
6 and advertisement that was published in Spanish
7 newspapers, and which we're referring to Omeprazole
8 and perhaps technology as if it was Belmac
9 technology.
15:45:06 10 Q. And can you tell us the date of that
11 letter from Mr. Debrégeas to Mr. Murphy?
12 A. Yes.
13 The letter dates back to April 8, 1999.
14 Q. And prior to Ms. Rodríquez's sending you
15:45:20 15 Mr. Murphy's address in the United States, did you
16 have that address in your files?
17 A. If I had this address, I wouldn't have
18 needed to get it from Ethypharm Spain.
19 Q. Were you involved in drafting the letter
15:45:35 20 from Mr. Debrégeas to Mr. Murphy dated April 8,
21 1999, in Exhibit 34?
22 A. Again, the content was drafted probably

Page 301

15:45:43 1 by Mr. Debrégeas. Maybe I reviewed it in terms of
2 English but that's probably all.
3 Q. Could you take a look at the second to
4 last --
15:45:59 5 A. Mm-hmm.
6 Q. -- paragraph of that letter, the one
7 that starts with, We want to correct any
8 misunderstanding.
9 A. Mm-hmm.
15:46:08 10 Q. Do you see where it says that we trust
11 you will take all appropriate measures to remind
12 your Spanish subsidiary of its obligations?
13 A. Where is that?
14 Yes, yes, yeah.
15:46:21 15 Q. And do you understand the term Spanish
16 subsidiary to be referring to Laboratorios Belmac
17 in Spain?
18 A. Yes.
19 Q. And did you ever see any response from
15:46:34 20 Mr. Murphy to this?
21 A. Yes, I see he responded.
22 Q. Okay. And did you send this letter on

76 (Pages 298 to 301)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-4·

JT-A-778

ESQUIRE DEPOSITION SERVICES

Page 302

15:46:46 1  behalf of Mr. Debrégeas to Mr. Murphy or did he
2  send it himself?
3     A. Oh, he sent it himself, most probably.
4     Q. Did you have any other contacts with
15:47:01 5  that of Mr. Murphy or anyone else at Bentley that
6  we have not had discussed today or any other
7  communications of any form?
8     A. No.
9     Q. To your knowledge, did Ethypharm ever
15:47:15 10  enter into a contract with Bentley Pharmaceuticals
11  to manufacture Omeprazole or any other pellets
12  drugs in the United States?
13     A. No. I think we've discussed that.
14     Q. Did anyone at Bentley ever tell you that
15:47:31 15  the general managers of Belmac, such as Mr. Adolfo
16  Herrera, Clemente Azpeitia, or Mr. Ayala, or anyone
17  else at Belmac had the authority to bind Bentley in
18  its relationships with Ethypharm?
19     A. No.
15:47:50 20     Q. To your knowledge, did anyone at Bentley
21  ever tell anybody else at Ethypharm that the
22  general managers of Belmac, such as Adolfo Herrera,

Page 303

15:47:59 1  Mr. Clemente, Gonzalez Azpeitia, Mr. Ayala, or
2  anyone else at Bent -- at Belmac have the authority
3  to bind Bentley in its --
4     A. I can't speak --
15:48:11 5     Q. -- relationship with Ethypharm?
6     A. -- for the others. I don't know for --
7  for the others.
8     Q. Okay. But did -- did you ever overhear
9  anybody say that they had been told such a thing?
15:48:23 10     A. I don't know. I mean --
11     Q. No?
12     A. No.
13     Q. Did you ever ask -- I -- I guess the
14  only person at Bentley with whom you communicated
15:48:37 15  was Mr. Murphy --
16     A. Mm-hmm.
17     Q. -- is that correct?
18        Did you ever ask Mr. Murphy if Belmac
19  and the -- and its general managers had the
15:48:44 20  authority to bind Bentley --
21     A. No.
22     Q. -- in its relationship with Ethypharm?

Page 304

15:48:48 1     A. No, I haven't asked Mr. Murphy such a
2  question.
3     Q. Do you know whether anybody else at
4  Ethypharm asked Mr. Murphy such a question?
15:48:55 5     A. I don't know. As far as I know, I don't
6  know.
7     Q. Did either Mr. Murphy or anyone else who
8  works for Bentley Pharmaceuticals ever tell you
9  that Belmac had the authority to act as Bentley's
15:49:11 10  agent in its relationship with Ethypharm?
11     A. No one told me such a thing.
12     Q. To your knowledge, did anyone at Bentley
13  or Mr. Murphy ever tell anybody else at Ethypharm
14  that Belmac had the authority to act as Bentley's
15:49:27 15  agent in its relationship with Ethypharm?
16     A. I don't know what was told to the
17  others.
18     Q. But you have never heard of the others
19  being told such a --
15:49:35 20     A. I hadn't heard, no.
21     Q. Did Mr. Murphy or anyone else at Bentley
22  ever tell you that Bentley would guarantee Belmac's

Page 305

15:49:45 1  obligations to Ethypharm?
2     A. No one told me, no.
3     Q. To your knowledge, did Mr. Murphy or
4  anyone else at Bentley ever tell anybody at
15:49:56 5  Ethypharm that Bentley would guarantee Belmac's
6  obligations toward Ethypharm?
7     A. I can tell you that may be possible but
8  I can't tell you.
9     Q. And you have no knowledge --
15:50:05 10     A. No, I have --
11     Q. -- of such a thing?
12     A. -- no knowledge.
13     Q. Did you ever meet any of Belmac's
14  general managers, aside from Mr. Herrera that
15:50:13 15  February 2002 meeting?
16     A. No. The former ones, I've never met.
17     Q. Okay. Did Mr. Herrera ever tell you
18  that he couldn't answer one of these questions
19  because he had to ask Jim Murphy or consult with
15:50:30 20  Jim Murphy?
21     A. Not in such way. We know that he was
22  referring to the United States for certain big

77 (Pages 302 to 305)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-779

# ESQUIRE DEPOSITION SERVICES

## Page 306

15:50:41 1 decisions, but he didn't tell me I have to speak
2 with Mr. Murphy.
3 　　Q.　Did he ever tell you that he had to
4 consult with the United States about anything?
15:50:53 5 　　A.　Sometimes it happens.
6 　　Q.　About what?
7 　　A.　I think that during the meeting of
8 February 21 --
9 　　Q.　Mm-hmm.
15:51:01 10 　　A.　-- he asked for a break in order to call
11 the U.S., if I recall properly.
12 　　Q.　And aside from that meeting in
13 February 21, do you recall Mr. Herrera ever tell
14 you that he had to consult with the U.S. about
15:51:15 15 anything?
16 　　A.　Telling me directly, no.
17 　　Q.　Okay.　Have you heard of him telling you
18 anyone else that?
19 　　A.　I think that he -- he probably has to
15:51:24 20 say something like for to Adolfo de Basilio but --
21 　　Q.　Do you recall Adolfo de Basilio telling
22 you that -- that Mr. Herrera told -- told him that?

## Page 307

15:51:33 1 　　A.　You know it's difficult to answer such a
2 question.　I mean, it's not -- it's the feeling,
3 you know.　It's the -- the general cooperation that
4 was working like that, you know, that -- like --
15:51:44 5 just like Adolfo de Basilio had to refer to
6 Ethypharm for certain issues.　Adolfo Herrera had
7 to refer to the United States.　That's the feeling
8 I had of the situation --
9 　　Q.　And?
15:51:57 10 　　A.　-- and, obviously, he didn't tell me
11 directly this or not.
12 　　Q.　Sure.
13 　　　　　Is that feeling based on -- on
14 Mr. de Basilio's relationship with the mother
15:52:06 15 company in France?
16 　　A.　No, it's based on the -- on the whole
17 circumstances on the way things were -- were
18 working.
19 　　Q.　Okay.　But no one ever told you, did
15:52:15 20 they, that Mr. Herrera had to consult with the
21 United States?
22 　　A.　No, except that when -- when during this

## Page 308

15:52:20 1 meeting, I think that he said he would call the
2 U.S.
3 　　Q.　In February 21st --
4 　　A.　Yes.
15:52:25 5 　　Q.　-- 2002?
6 　　A.　Yes, I think so.
7 　　Q.　And do you recall whether he said that
8 after Mr. Meyer had said that Ethypharm would be
9 forced to sue Bentley in the United States?
15:52:36 10 　　A.　I don't know if he said it after or
11 before, but it's probably it's in relation, at
12 least, it was involving the U.S.　I don't know.
13 Maybe, yeah.
14 　　Q.　Okay.　About the -- their lawsuit --
15:52:45 15 　　A.　Yes.
16 　　Q.　-- in the United States?
17 　　A.　Yes, maybe.
18 　　Q.　Did -- did Mr. Herrera ever tell you
19 that he had been -- been given the authority to
15:52:58 20 account on behalf of Bentley in his dealings with
21 Ethypharm?
22 　　A.　No.

## Page 309

15:53:05 1 　　Q.　To your knowledge, did Mr. Herrera ever
2 tell anyone else at Ethypharm that he had the
3 authority to act on behalf of Bentley --
4 　　A.　No.
15:53:12 5 　　Q.　-- in his dealings with Ethypharm?
6 　　A.　I don't know, to my knowledge.
7 　　Q.　Let's go back to your files and
8 documents at Ethypharm, okay?
9 　　　　　Do you recall when Ethypharm made the
15:53:36 10 decision to bring the patent infringement suit
11 against Belmac in Spain?
12 　　　　　MR. GRACE:　Objection.
13 　　　　　I'm going to direct you not to answer
14 that.
15:53:48 15 　　　　　MS. ABREU:　I'm asking about when.
16 That's a -- a question of fact.
17 　　　　　MR. GRACE:　The direction stands.
18 　　　　　MS. ABREU:　I see.
19 　　　　　MR. GRACE:　Yeah.
15:53:55 20 　　　　　In other words, don't -- don't answer
21 it.
22 　　　　　MS. ABREU:　Don't answer it?

## ESQUIRE DEPOSITION SERVICES
## 1-866-619-3925

e70537fb-d96b-

JT-A-780

# ESQUIRE DEPOSITION SERVICES

## Page 310

15:53:59 1      MR. GRACE: Do not answer it.

2      THE WITNESS: Mm-hmm.

3      MS. ABREU: And is that an instruction

4  on the basis of privilege, counsel?

15:54:03 5      MR. GRACE: Yes.

6      MS. ABREU: Bentley reserves its rights

7  to take this matter up with the court.

8  BY MS. ABREU:

9      Q. Did your files contain any documents

15:54:10 10  pertaining to the lawsuits against Belmac in -- in

11  Spain?

12      A. Yes.

13      Q. Okay. Did your files and documents

14  contain any documents concerning a lawsuit against

15:54:22 15  Bentley in the United States?

16      A. No. No. I don't think so.

17      Q. And you stated earlier that you never

18  destroyed any of your documents; is that correct?

19      A. No.

15:54:45 20      Q. And that file was still there in its

21  entirety when you left --

22      A. Mm-hmm.

## Page 311

15:54:49 1      Q. -- Ethypharm?

2      A. I hope so, at least.

3      Q. Okay. Do you recall whether after the

4  termination of -- of the agreement and marked --

15:55:06 5  the agreement marked as Exhibit 11 whether Bentley

6  Pharmaceuticals ever manufactured any pellet drugs

7  or -- on behalf of Ethypharm?

8      A. After the termination of the agreement,

9  yes, they did.

15:55:23 10      Q. Bentley Pharmaceuticals --

11      A. Oh --

12      Q. -- in the --

13      A. -- I'm sorry.

14      Q. -- United States?

15:55:24 15      A. Sorry. I didn't realize. No, Bentley

16  never manufactured any pellets.

17      Q. Okay. Either before or after --

18      A. Or after.

19      Q. Okay. But Belmac did continue to

15:55:37 20  manufacturer that --

21      A. Yes.

22      Q. -- right?

## Page 312

15:55:39 1      Do you recall approximately when Belmac

2  ceased manufacturing and fulfilling the orders

3  about the firms and its -- and its customers for

4  Omeprazole?

15:55:48 5      A. Well, I think it's after my departure,

6  around my departure, because when machines were

7  taken away.

8      Q. So around August --

9      A. Around August, September, something like

15:56:03 10  that, probably, but . . .

11      Q. Ms. Joannesse, did you review any

12  documents in preparation for today's deposition?

13      A. Yes.

14      Q. Do you recall reviewing any -- did you

15:56:29 15  use any documents to refresh your recollection for

16  your testimony today?

17      A. Those we have seen today together, but

18  not -- some them because some of them I had not

19  seen before.

15:56:40 20      Q. Did you see -- did you use any documents

21  to refresh your recollection for your testimony

22  today that we have not seen here today?

## Page 313

15:56:52 1      A. A difficult question. I think we have

2  seen most of them.

3      Q. Do you recall any specific documents

4  that you used to refresh your recollection that we

15:57:00 5  have not seen today?

6      A. Probably the transdermal confidentiality

7  agreement with Bentley --

8      Q. Okay.

9      A. -- yeah.

15:57:10 10  We haven't seen this one. And -- and

11  there was some notes from Mr. Murphy, handwritten

12  notes, as well. And I don't remember all the

13  documents, you see, so. I think we have seen lot

14  of them because the package is already there.

15:57:36 15      Q. Okay.

16      MS. ABREU: I'd like to request the

17  documents reviewed by Ms. Joannesse to refresh her

18  recollection today.

19  BY MS. ABREU:

15:57:50 20      Q. Aside from speaking to counsel --

21      A. Mm-hmm.

22      Q. -- did you speak to anybody else

79 (Pages 310 to 313)

e70537fb-d96b-4(

JT-A-781

ESQUIRE DEPOSITION SERVICES

Page 314

15:57:54  1    regarding your testimony here today?
       2        A.  No.
       3        Q.  Okay.  When you were negotiating the
       4    terms of your employment with Ethypharm that you're
15:58:06  5    about to begin in September --
       6        A.  Mm-hmm.
       7        Q.  -- did anyone ever discuss the case
       8    against Bentley in the United States with you?
       9        A.  No.
15:58:15 10        Q.  Okay.
      11        A.  No.
      12        Q.  Okay.
      13        MS. ABREU:  Thank you, Ms. Joannesse.
      14    I have no further questions.
15:58:21 15        THE WITNESS:  Thank you.
      16        MS. ABREU:  Do you?
      17        MR. GRACE:  All right.  Let's take a
      18    ten-minute break and then I'll ask some questions.
      19        THE VIDEOGRAPHER:  The time is 15:58:13
15:58:32 20    Off the record.
      21        (Whereupon, at 15:58:13 p.m., a recess
      22    was taken, and the proceedings resumed at

Page 315

15:58:37  1    16:10:19 p.m., this same day.)
       2        THE VIDEOGRAPHER:  On the record.
       3        The time is 16:10:19.
       4    EXAMINATION BY COUNSEL FOR THE PLAINTIFFS
16:10:39  5    BY MR. GRACE:
       6        Q.  Hello.  As I indicated on the record
       7    before, I'm Bruce Grace.
       8        I'm going to be asking you a number of
       9    questions on different topics, so I'm going to be
16:10:52 10    jumping around a little bit, and I'll try to orient
      11    you before I go on to a new topic.  But if I don't,
      12    just make sure you ask me.
      13        A.  Mm-hmm.
      14        Q.  All right?  Do you understand that?
16:11:02 15        A.  Yeah.
      16        Q.  Okay.  Let's see.
      17        And I'll be asking questions largely
      18    about documents that have already been marked as
      19    exhibits.
16:11:21 20        And the first one I'd like to look at,
      21    if we could, is the document that was marked as
      22    Exhibit 25.  So if you could take a moment to get

Page 316

16:11:32  1    that in front of you.
       2        A.  Yes.
       3        Q.  And you've already discussed this, but
       4    just to orient ourselves, could you state briefly
16:11:49  5    what this document is?
       6        A.  Yes.  It's a confidentiality agreement
       7    signed between Ethypharm Spain and Belmac,
       8    represented respectively by general manager,
       9    Adolfo de Basilio, and the general manager of
16:12:05 10    Belmac, Clemente González Azpeitia, which was
      11    signed in -- on the 30th of September 1998.
      12        And this is a confidentiality agreement
      13    which relates to the transmission of some
      14    documentation included in the registration files of
16:12:22 15    Belmazol.
      16        And this documentation is stated with
      17    thoughts of manufacturing -- manufacturing and
      18    validation of the methods of manufacturing in the
      19    analysis methods --
16:12:39 20        Q.  Okay.
      21        A.  -- and its validation.
      22        Q.  Now I'd like you to help me out, if you

Page 317

16:12:44  1    could for a minute.  You used a phase registration
       2    file.
       3        Can you tell me what that means in the
       4    context of pharmaceutical companies?
16:12:55  5        A.  Yes.
       6        When you want to put a product on to the
       7    market, you have to obtain the marketing
       8    authorization.  And to obtain this marketing
       9    authorization, you have to compile registration
16:13:07 10    file or files which contains a certain number of
      11    elements, first, for all the manufacturing process
      12    and formula -- formula, but also toxilogical
      13    studies, bio-equivalence or clinical studies,
      14    according to the type of products you're asking,
16:13:23 15    methods of analysis, well, all series of documents,
      16    which is mentioned by the authorities, and that
      17    will enable the authorities to decide whether the
      18    drug is safe or not.
      19        Q.  And is a -- is a registration file, when
16:13:41 20    a company prepares, is it a confidential document?
      21        A.  It is considered as a confidential
      22    document.  There is -- if it's a new product, you

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-4636-871b-56441f1319cd

JT-A-781A

ESQUIRE DEPOSITION SERVICES

Page `318

16:13:50 1    have the rule of exclusivity in Europe to access
2    these documents. Once it -- this rule of
3    exclusivity is gone, then you can access the
4    document to make bio-equivalent studies, for
16:14:02 5    example, for general products.
6        Q. Is it a -- is it a significant
7    expenditure of time and resources to put together a
8    registration file?
9        A. It depends on the type of products you
16:14:17 10    are -- you are trying to -- to get. If it's a new
11    product, effectively this is a lot of time and
12    money. If it's a generic product, it will be less
13    costly, because you just have to -- to make
14    reference to the documentation of the other
16:14:33 15    original products, but do some bio-equivalent
16    studies so it's lighter. But it still -- still it
17    represents some sometime. I mean, it's -- it's --
18    it depends on what the authorities are requesting
19    in the file and what is access -- accessible.
16:14:50 20        Q. Okay. Now can you tell me what was the
21    purpose of Ethypharm wanting to have access to --
22    well, first of all, the registration file, was that

Page 319

16:15:13 1    a file prepared by Belmac or by Ethypharm?
2        A. Now that's probably a file prepared by
3    Belmac using the information provided by Ethypharm.
4        Q. And what was the Ethypharm's reason for
16:15:16 5    wanting to get from Belmac information that it had
6    already given to Belmac?
7        A. Because it's formatted. It's already --
8    it's -- it's prepared under a certain format. It's
9    put in order so it's -- Ethypharm doesn't have --
16:15:33 10    didn't have such a ready file.
11        And in the present case, they wanted it
12    to have one of their customers in Czech Republic
13    Leciva, and having access to this documentation,
14    which was already prepared, was very helpful to
16:15:50 15    obtain the marketing authorization in the Czech
16    Republic.
17        Why Ethypharm had never requested any
18    marketing authorization for this formulation of
19    Omeprazole and, therefore, it never put all
16:16:04 20    together all the information.
21        Q. Now if -- if someone wanted to use --
22    there's a portion of this document which says

Page 320

16:16:15 1    that -- and I'll paraphrase -- that Belmac has
2    provided to Ethypharm the following documentation
3    and then there's a bullet point and it says --
4        A. Mm-hmm.
16:16:25 5        Q. -- and it says -- and this is all using
6    a translation -- production method and
7    validation --
8        A. Mm-hmm.
9        Q. -- is the same.
16:16:31 10        Do you see the -- the language that I'm
11    referring to?
12        A. Yes, yes.
13        Q. If someone wanted to use that statement
14    as evidence that information concerning the
16:16:42 15    production method of the Omeprazole pellets was
16    Belmac's information as opposed to Ethypharm's, do
17    you think that's a valid interpretation of that --
18    of that language?
19        MS. ABREU: Objection. Calls for
16:16:56 20    speculation. Argumentative and delves far too
21    deeply into these two issues.
22

Page 321

16:17:02 1    BY MR. GRACE:
2        Q. You may answer.
3        A. So shall I answer?
4        Q. Yes, you may answer.
16:17:07 5        A. Okay.
6        Well if you don't how it works in the
7    pharmaceutical industry, you believe that
8    effectively it belongs to Belmac.
9        Now I think that in the file you have
16:17:26 10    plenty of different documents that show that it was
11    not Belmac.
12        Q. Okay.
13        MR. GRACE: Let me mark, if I could, as
14    the next exhibit. This will be Exhibit 35, a
16:17:49 15    document.
16        THE WITNESS: Thirty-five. It's a new
17    one. Yeah, okay.
18        (Joannesse Deposition Exhibit No. 35
19        was marked for Identification.)
16:18:02 20        THE WITNESS: Thank you.
21    BY MR. GRACE:
22        Q. Could you tell us what this document is?

81 (Pages 318 to 321)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-⌐

JT-A-782

ESQUIRE DEPOSITION SERVICES

Page 322

16:18:16  1    A.  This is a confidentiality non-disclosure
2    agreement made on the 10th of February, 2000,
3    between Bentley Pharmaceuticals, Inc., and -- a
4    U.S. company, and Ethypharm France.
16:18:34  5    Q.  Does this document relate to Omeprazole?
6    A.  No.
7    Q.  What does it relate to?
8    A.  It relates, if you look at the second
9    paragraph, to -- well, transdermal product, its
16:18:46  10   enhancement and absorption and permeation of drugs
11   through bio -- biological membranes.
12        So it's transdermal drugs.
13   Q.  Okay.  Thank you.
14        MR. GRACE:  Would you mark this as the
16:19:03  15   next exhibit, please.
16        Thanks.
17        (Joannesse Deposition Exhibit No. 36
18        was marked for Identification.)
19   THE WITNESS:  Thank you.
16:19:20  20   (Witness reviews document.)
21   BY MR. GRACE:
22   Q.  Would you tell us what Exhibit 36 is.

Page 323

16:20:07  1    A.  This is a fax addressed by Bentley
2    Pharmaceutical, Inc., U.S.A. and by as Chairman and
3    CEO, James R. Murphy, to Patrice Debrégeas at
4    Ethypharm.  This fax was sent on the 28th of
16:20:25  5    January 1997.  And the subject matter was
6    Laboratorios Belmac manufacturing for Ethypharm.
7    Q.  Okay.  Had you ever seen this document
8    before?
9    A.  Yes, in the file.
16:20:39  10   Q.  All right.  Do you know whether you
11   were -- you were given a copy of this document
12   around the time that it was received in Ethypharm?
13   A.  Yes.  Because it's indicated on the top
14   that I got a copy.  Claude Dubois sent a copy to
16:20:54  15   Eric Igonet and myself.
16   Q.  Okay.  And how is that indicated there?
17   A.  CD arrow to EI R -- stroke RG.
18   Q.  Okay.  And -- and you're -- you're RT?
19   A.  RT is --
16:21:12  20   Q.  Oh, RG.
21   A.  Yes, RJ, RJ, sorry.
22   Q.  That's down below there?

Page 324

16:21:18  1    A.  Yeah --
2    Q.  Okay.
3    A.  -- on top.
4    Q.  Okay, thank you.
16:21:21  5        All right.  Does this document relate --
6    if -- the subject line says Lab Belmac
7    Manufacturing for Ethypharm.
8        Do you understand that this document
9    relates to the manufacturing of Omeprazole?
16:21:39  10   A.  It relates to manufacturing of
11   Omeprazole and other products most probably, but
12   Omeprazole among them, yes, sure.
13   Q.  And I think you -- you mentioned this,
14   but who is it from?
16:21:52  15   A.  It's from James Murphy, James R. Murphy,
16   Chairman and CEO of Bentley Pharmaceutical (sic).
17   Q.  Okay.  Do you know whether -- whether
18   Mr. Murphy was Chairman and CEO of -- of Belmac
19   of Laboratorios Belmac?
16:22:06  20   A.  Well, from all the documents we have
21   seen, he was mentioned as Executive Director --
22   Q.  Okay.

Page 325

16:22:12  1    A.  -- of Belmac.
2    Q.  So when you see Chairman and CEO, do you
3    understand that to be Mr. Murphy in his capacity as
4    Bentley?
16:22:22  5    A.  Yes, I would -- I would interpret it
6    as -- as Chairman and CEO of Bentley
7    Pharmaceuticals.
8    Q.  Now Mr. Murphy says in this -- he says,
9    Ever since I assumed control of Laboratorios
16:22:41  10   Belmac.
11        Do you see that?
12   A.  Yes.
13   Q.  When you saw this document back in 1997,
14   did that surprise you?
16:22:55  15   A.  No, it doesn't surprise me because, as I
16   say before, I mean, for -- for me Bentley and
17   Belmac was -- wouldn't say the same, because
18   legalese it's wrong to say it's the same.  But, I
19   mean, it's -- when you were talking to Bentley, you
20   were talking about usually, except for a few
16:23:17  20   matters that we've seen of transdermal issues.  We
21   were talking about issues related to Belmac,
22

82  (Pages 322 to 325)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b-

JT-A-783

ESQUIRE DEPOSITION SERVICES

Page 326

16:23:27 1  Laboratorios Belmac, Spain.
2      Q. And did you understand that -- that --
3  that Ethypharm could fruitfully have a discussion
4  with Mr. Murphy that would have an impact on it's
16:23:48 5  relationship in connection with Omeprazole and the
6  manufacture of Omeprazole in Spain?
7      MS. ABREU: Objection. Vague and
8  argumentative.
9  BY MR. GRACE:
16:24:01 10     Q. You can go ahead and answer.
11     A. Okay.
12        I'm sorry, I'm not -- I'm going to ask
13  you to repeat the question.
14     Q. It was -- it was a long question.
16:24:21 15        Did you understand that it made sense
16  for Ethypharm to have discussions with Mr. Murphy
17  on matters relating to the manufacture of
18  Omeprazole in Spain?
19     A. Yes, yes, yes.
16:24:38 20        It's just like when you want to -- to
21  discuss, you know, strategy issues, this was not
22  done at the level of Adolfo de Basilio. That was

Page 327

16:24:48 1  done at the level of Patrice Debrégeas and Gérard
2  Leduc. And in the case of Bentley, Belmac, each
3  time we had a problem, a major issue with Belmac,
4  we would always refer to Bentley and James Murphy.
16:25:02 5  That's my understanding.
6      MR. GRACE: Would you will mark this as
7  the next exhibit, please.
8        (Joannesse Deposition Exhibit No. 37
9        was marked for Identification.)
16:25:38 10     THE WITNESS: Thank you.
11     (Witness reviews document.)
12     THE WITNESS: Mm-hmm.
13  BY MR. GRACE:
14     Q. Have you had a chance to look at
16:26:50 15  Exhibit 37?
16     A. Yes, I think so. I just did not recall
17  it but, yes.
18     Q. Okay. Can you describe for us what it
19  is?
16:27:01 20     A. Well, first of all, it's a cover page,
21  faxed cover page, sending a copy of the information
22  that was sent to the Spanish subsidiary of Bentley

Page 328

16:27:18 1  Belmac by our subsidiary Ethypharm S.A., Spain, and
2  this fax was sent by Gérard Leduc to Mr. Murphy of
3  Bentley on the 18th of April 2002.
4      Q. All right. Now can you help us to
16:27:38 5  understand what was the relationship between
6  Bentley Belmac and Ethypharm in this time period?
7      MS. ABREU: Objection. Confusing.
8  Incompletes Bentley and Belmac.
9  BY MR. GRACE:
16:28:01 10     Q. You can answer.
11     A. The relationship between Bentley Belmac
12  and Ethypharm at that time?
13     Q. Yes.
14     A. Well, as I -- as I said, no, I did not
16:28:13 15  recall this document when I was asked if they -- if
16  we had any contact with Bentley after the letter
17  determination of the -- the agreements. But this
18  letter was effectively sent to Bentley to inform
19  them of the difficulties we had after the
16:28:33 20  determination of the agreement with Belmac.
21     Q. Okay. So by the time this letter is
22  sent -- let's just get the chronology set, there --

Page 329

16:28:41 1  what's been marked as Exhibit 11, the manufacturing
2  agreement --
3     A. Mm-hmm.
4     Q. -- had been canceled; is that right?
16:28:48 5     A. Yes.
6     Q. Okay.
7     A. Yes.
8     Q. And is it right that at this time there
9  were certain difficulties that Ethypharm was
16:28:57 10  experiencing with relationship to the -- to the
11  manufacturer of Omeprazole?
12     A. Yes.
13     Q. And Mr. Leduc, through this fax, brings
14  those difficulties to the -- to the attention of --
16:29:12 15  of Mr. Murphy?
16     A. Right.
17     Q. Now is -- is this sent to Mr. Murphy at
18  Bentley or is it sent to Mr. Murphy at Laboratorios
19  Belmac?
16:29:27 20     A. No it's sent to Mr. Murphy at Bentley.
21  It was a fax number in the U.S.
22     MR. GRACE: Okay. Thank you.

83 (Pages 326 to 329)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b

JT-A-784

ESQUIRE DEPOSITION SERVICES

Page 330

16:29:44 1    I have no further questions.
2    EXAMINATION BY COUNSEL FOR THE DEFENDANT
3    (Continued)
4    BY MS. ABREU:
16:29:47 5    Q. Ms. Joannesse, I have just a couple of
6    short, little questions and then we'll get you on
7    your way to France.
8    If you could please turn to Exhibit 35.
9    A. Mm-hmm.
16:29:58 10    Q. You mentioned that exhibit -- this
11    confidentiality agreement marked as Exhibit 25
12    concerns transdermal drugs --
13    A. Mm-hmm.
14    Q. -- which have nothing to do with
16:30:08 15    Omeprazole or other pellet drugs; is that correct?
16    A. Yes, that's correct.
17    Q. Does it concern transdermal -- does it
18    concern Spain in any way?
19    A. No.
16:30:16 20    Q. Okay. I notice it says in paragraph 7
21    that any disputed should be under English law.
22    A. Mm-hmm.

Page 331

16:30:24 1    Q. Do you know which country this --
2    A. No. It's probably -- I don't know which
3    country is considered because it was apparently a
4    general corporation. And if it's English law, it's
16:30:38 5    because we didn't want it to be U.S. law, and they
6    didn't want it to be French law. So sometimes
7    that's very common in -- in Europe.
8    Q. Mm-hmm.
9    A. You choose another law, another system,
16:30:48 10    which is acceptable by both parties.
11    Q. Okay.
12    A. And the U.S. English law is usually
13    commonly used. When you have a relationship with
14    American, you can have Swiss law as well, some.
16:31:02 15    Q. Sure.
16    So the transdermal drugs that are
17    referred to this -- this agreement concerns
18    transdermal drugs and that communications regarding
19    transdermal drugs between Ethypharm and Bentley
16:31:17 20    were completely unrelated to Omeprazole or anything
21    that was happening in Spain; is that correct?
22    A. I think so, yes.

Page 332

16:31:23 1    Q. Okay. If you could please turn to -- to
2    Exhibit 36.
3    A. Mm-hmm.
4    Q. Do you see where it says in the first
16:31:31 5    page, I am writing -- "Dear Patrice, I am writing
6    with regard to the fax that I received from your
7    Spanish office"?
8    A. Mm-hmm.
9    Q. Is it your understanding that Mr. Murphy
16:31:41 10    was responding to correspondence from Ethypharm?
11    A. I suppose so.
12    Q. Okay. You -- do you recall when you
13    mentioned earlier today that you were aware that
14    Mr. Murphy had a role, president or executive
16:32:03 15    director, as you state, in Laboratorios Belmac?
16    A. Mm-hmm, yes, I recall.
17    Q. Is that correct?
18    A. Yes.
19    Q. Okay. Do you know if Mr. Murphy lives
16:32:14 20    in Spain?
21    A. I don't know.
22    Q. Okay. To your knowledge, does

Page 333

16:32:17 1    Mr. Murphy have an address in Spain?
2    A. I don't know.
3    Q. Okay.
4    A. To my knowledge, I don't know.
16:32:20 5    Q. But to your knowledge Mr. Murphy does
6    have a business address in the United States; is
7    that correct?
8    A. Yes.
9    Q. Okay. So if you needed to contact the
16:32:28 10    executive director, president of Belmac, you would
11    typically contact Mr. Murphy in the United States;
12    is that correct?
13    A. Probably, yes.
14    Q. And could you please turn to page 2.
16:32:40 15    A. Mm-hmm.
16    Q. Do you see toward the very end of the
17    document where it says, "I suggest the following
18    people be in attendance during the first part of
19    February"?
16:32:52 20    A. Mm-hmm.
21    Q. Do you see where it says on behalf of
22    Ethypharm Mr. Debrégeas and Mr. de Basilio?

84   (Pages 330 to 333)

e70537fb-d96b-

JT-A-785

ESQUIRE DEPOSITION SERVICES

Page 334

16:32:58 1    A.  Mm-hmm.
2    Q.  Do you see where it says on behalf of
3    Laboratorios Belmac James --
4    A.  Mm-hmm.
16:33:01 5    Q.  -- Murphy, Clemente Gonzalez,
6    Dr. Monterde, and Mateo Gasca?
7    A.  Mm-hmm.
8    Q.  Could you please point to anywhere in
9    this document that says on behalf of Bentley
16:33:12 10    Pharmaceuticals?
11    A.  No.  But again, I mean you have Patrice
12    Debrégeas, who can act on both Ethypharm S.A. and
13    Ethypharm Spain.  So it's not because it's listed
14    like this that it doesn't mean that there is no --
16:33:30 15    no influence of the parent company.
16    Q.  But you agree, do you not, that James
17    Murphy's name is listed under the heading
18    Laboratorios --
19    A.  Yes --
16:33:32 20    Q.  -- Belmac?
21    A.  -- just as Patrice Debrégeas' name is
22    listed under Ethypharm.

Page 335

16:33:38 1    Q.  Okay.  You mentioned earlier in
2    discussing Exhibit 36 that each -- each time
3    Ethypharm had any major issue --
4    A.  Mm-hmm.
16:33:52 5    Q.  -- with Laboratorios Belmac they would
6    always refer to Murphy.
7    Was that typically initiate -- well,
8    initiated by Ethypharm where they had problems with
9    Belmac they would contact Mr. Murphy?
16:34:07 10    A.  Well, that was the reality, yeah.
11    Q.  Okay.  And let's turn to Exhibit 37 --
12    A.  Mm-hmm.
13    Q.  -- if you could, please.
14    You mentioned that Mr. Leduc sent the
16:34:27 15    letter from -- from Mr. de Basilio to Mr. Herrera
16    to Mr. Murphy; is that correct?
17    A.  Mm-hmm, yes.
18    Q.  And you mentioned that he did that
19    because he was having difficulties with Mr. Herrera
16:34:46 20    in Belmac in Spain --
21    A.  Mm-hmm.
22    Q.  -- is that correct?

Page 336

16:34:48 1    A.  Mm-hmm.
2    Q.  To your knowledge, did Mr. Murphy
3    request this information?
4    A.  I don't know if he request this but --
16:34:54 5    Q.  So, to your knowledge, this was
6    initiated by Mr. Leduc?
7    A.  Yes, yes.
8    MS. ABREU:  Okay.  Thank you very much.
9    THE WITNESS:  You're welcome.
16:35:01 10    MS. ABREU:  I hope you have a good trip
11    back to Spain.
12    THE WITNESS:  No, to France.
13    MS. ABREU:  Oh, to France.
14    (Laughter.)
16:35:05 15    MS. ABREU:  I apologize.
16    I have no further questions.
17    MR. GRACE:  Just one --
18    THE WITNESS:  Thank you.
19    MR. GRACE:  -- one more.
16:35:08 20    THE WITNESS:  Yes.
21    EXAMINATION BY COUNSEL FOR THE PLAINTIFFS
22    (Continued)

Page 337

16:35:09 1    BY MR. GRACE:
2    Q.  Just following up on that last question.
3    Were you ever aware of any communication
4    from Mr. Murphy back to Mr. Leduc saying stop
16:35:20 5    sending me things about Belmac, Laboratorios
6    Belmac?
7    A.  No, never.
8    Q.  Okay.
9    MR. GRACE:  No further questions.
16:35:28 10    THE WITNESS:  Okay.
11    MS. ABREU:  Thank you.
12    THE VIDEOGRAPHER:  This ends tape number
13    four and concludes the testimony of
14    Roseline Joannesse in the matter of Ethypharm
16:35:36 15    versus Bentley Pharmaceuticals.
16    The date is July 20th, 2006.
17    The time is 16:35:25.
18    Off the record.
19    (Whereupon, at 16:35:25 p.m., the
16:35:45 20    videotaped deposition was concluded.)
21    (Signature not waived.)
22

85  (Pages 334 to 337)

e70537fb-d96b-4(

JT-A-786

ESQUIRE DEPOSITION SERVICES

Page 338

1       ACKNOWLEDGMENT OF DEPONENT
2       I, ROSELINE JOANNESSE, do hereby acknowledge
3    that I have read and examined the foregoing
4    testimony, and the same is a true, correct and
5    complete transcription of the testimony given by me
6    and any corrections appear on the attached Errata
7    sheet signed by me.
8
9
10    _____    _____
11    (DATE)              (SIGNATURE)
12
13
14
15
16
17
18
19
20
21
22

Page 339

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2       I, Tristan-Joseph, Registered Professional
3    Reporter, the officer before whom the foregoing
4    proceedings were taken, do hereby certify that the
5    foregoing transcript is a true and correct record of
6    the proceedings; that said proceedings were taken by
7    me stenographically and thereafter reduced to
8    typewriting under my supervision; and that I am
9    neither counsel for, related to, nor employed by any
10    of the parties to this case and have no interest,
11    financial or otherwise, in its outcome.
12       IN WITNESS WHEREOF, I have hereunto set my hand
13    and affixed my notarial seal this    day of
14       2006.
15    My commission expires:
16    December 30, 2008.
17
18
19    _____
20    NOTARY PUBLIC IN AND FOR THE
21    DISTRICT OF COLUMBIA
22

Page 340

1       E R R A T A   S H E E T
2       IN RE:  ETHYPHARM S.A. FRANCE, and ETHYPHARM
3    S.A. SPAIN Vs. BENTLEY PHARMACEUTICALS, INC.
4    RETURN BY:  _____
5    PAGE    LINE    CORRECTION AND REASON
6    ____  ____  _____
7    ____  ____  _____
8    ____  ____  _____
9    ____  ____  _____
10    ____  ____  _____
11    ____  ____  _____
12    ____  ____  _____
13    ____  ____  _____
14    ____  ____  _____
15    ____  ____  _____
16    ____  ____  _____
17    ____  ____  _____
18    ____  ____  _____
19    ____  ____  _____
20    ____  ____  _____
21    ____  ____  _____
22    _____
22    (DATE)            (SIGNATURE)

Page 341

1       E R R A T A   S H E E T   C O N T I N U E D
2       IN RE:  ETHYPHARM S.A. FRANCE, and ETHYPHARM
3    S.A. SPAIN  Vs.  BENTLEY PHARMACEUTICALS, INC.,
4    RETURN BY:  _____
5    PAGE    LINE    CORRECTION AND REASON
6    ____  ____  _____
7    ____  ____  _____
8    ____  ____  _____
9    ____  ____  _____
10    ____  ____  _____
11    ____  ____  _____
12    ____  ____  _____
13    ____  ____  _____
14    ____  ____  _____
15    ____  ____  _____
16    ____  ____  _____
17    ____  ____  _____
18    ____  ____  _____
19    ____  ____  _____
20    ____  ____  _____
21    ____  ____  _____
22    _____
22    (DATE)            (SIGNATURE)

86 (Pages 338 to 341)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

e70537fb-d96b

JT-A-787

ESQUIRE DEPOSITION SERVICES

| A | | | | |
|---|---|---|---|---|
| **abilities** 150:18 | 254:15,21 260:5 | 216:18 299:22 | 236:7,8 297:3 | 153:2,19 154:20 |
| **able** 103:18 204:5 | 260:14 274:6,13 | 300:15,16,17 | **agent** 304:10,15 | 155:6,10 156:13 |
| **Abreu** 3:13 5:3 | 276:9,15 279:19 | 333:1,6 | **Agnes** 35:16,19 | 160:3,8,18 161:13 |
| 14:21,22 16:6,13 | 280:4 283:14,21 | **addressed** 142:17 | 36:15 | 162:6 168:15 |
| 17:18 20:17 25:3 | 289:19 290:3 | 197:19 202:1 | **ago** 24:16 61:16 | 170:7 174:4,7,13 |
| 25:20 31:15 34:13 | 296:2,8 297:2 | 323:1 | 118:11 242:22,22 | 175:10,17 177:10 |
| 34:14 36:13 39:18 | 298:20 299:4,11 | **addresses** 212:21 | **agree** 41:8 63:3 | 177:22 178:2 |
| 43:19 44:1,10,14 | 299:16 309:15,18 | **Además** 263:13 | 109:8 112:3 | 179:14 184:10 |
| 44:16 47:8,14 | 309:22 310:3,6,8 | **Adolfo** 6:22 7:10 | 125:11 126:18 | 185:5 190:5 |
| 52:15 62:12,17 | 313:16,19 314:13 | 7:11,18,19 9:10 | 141:8 149:5 | 191:22 192:3,21 |
| 67:1 71:7,13,15 | 314:16 320:19 | 10:22 11:1,22 | 175:16 182:22 | 196:19 197:1,8,13 |
| 74:11,15,22 75:5 | 326:7 328:7 330:4 | 69:1 89:2,8 98:1,7 | 183:11,17,22 | 198:3,6,8 199:16 |
| 79:16,19 80:1,14 | 336:8,10,13,15 | 105:7 134:3 | 184:4 188:1,17 | 201:16 202:3,9 |
| 80:19 81:2 83:6 | 337:11 | 142:13 144:22 | 189:1,16 200:7 | 203:8 210:21 |
| 83:11,17 84:2 | **absolutely** 221:9 | 145:3,11 146:21 | 210:13 217:1 | 212:9,20 214:13 |
| 92:2 94:20,22 | **absorption** 322:10 | 146:21 148:19 | 227:11 229:8 | 215:13,16 217:6 |
| 95:4,6,13,16,19 | **accent** 17:13 | 152:17 154:8,12 | 233:12 286:16 | 218:9 220:19 |
| 96:12,15 98:18,22 | **acceptable** 331:10 | 155:13 164:11,12 | 287:17 334:16 | 221:8,17 223:13 |
| 99:3 106:12,16 | **accepted** 145:18 | 167:17,20 174:16 | **agreed** 145:22 | 224:18 225:1,6,22 |
| 107:13,16,21 | **access** 238:3 318:1 | 174:17 183:13,15 | 151:2 233:12 | 226:3 227:1,6,10 |
| 108:3,6,7,13 | 318:3,19,21 | 204:10,22 221:19 | **agreement** 2:12 | 227:14,20 228:11 |
| 110:7,11,14 | 319:13 | 227:16,16 234:11 | 6:11 7:7 8:2,12,20 | 229:3,7 230:15 |
| 111:19 112:1 | **accessible** 318:19 | 236:21 251:6 | 9:6 10:7,14,19 | 231:7 232:10,21 |
| 122:19 123:1 | **account** 238:2 | 255:4,6 256:13,14 | 11:10,15,18 12:14 | 238:4 248:5,13,17 |
| 135:15,20 138:18 | 272:9 308:20 | 258:7 259:12 | 28:17 33:5 34:8 | 248:21 249:2 |
| 139:2,9,14,17,21 | **Acheva** 253:12 | 260:21 275:13 | 34:10 66:7 68:2 | 251:5 253:22 |
| 141:14,20 144:2,8 | **acknowledge** 338:2 | 287:8 291:10,12 | 75:3,7 76:11,19 | 256:9,11 262:20 |
| 153:5,11 158:6,21 | **ACKNOWLED...** | 302:15,22 306:20 | 77:7 78:8,11,17 | 265:4 269:4 |
| 162:21 163:5 | 338:1 | 306:21 307:5,6 | 79:9 80:8 81:12 | 274:22 275:2,6,17 |
| 165:5,15 166:14 | **acquisition** 282:11 | 316:9 326:22 | 84:19 85:9,18 | 275:22 279:1,9 |
| 166:21 171:14,21 | **act** 304:9,14 309:3 | **Adolfos** 146:22 | 89:21 103:4 105:3 | 281:5,7 282:5,22 |
| 172:2 173:1,10,14 | 334:12 | 147:1,3 148:8 | 109:9,17 110:3 | 286:5,11 287:4,5 |
| 173:19 175:15 | **action** 14:8 93:4,7 | **advanced** 24:3 | 114:12 116:9 | 288:18 291:22 |
| 179:20 180:5 | 94:5 96:10,11 | **advertisement** | 123:21 124:1 | 292:3 293:6 295:5 |
| 187:2,8 191:5 | 98:11 99:22 100:5 | 300:6 | 125:19 126:7,14 | 295:20,21 296:3 |
| 195:1 207:13 | 100:9 170:19 | **advice** 22:5 | 127:2,15 131:4 | 297:5,9 311:4,5,8 |
| 208:2,6 216:6,11 | 171:4,18 172:19 | **advise** 185:10 | 133:10 137:14,15 | 313:7 316:6,12 |
| 218:14,21 222:12 | 246:1 | **advised** 178:4 | 137:18 138:7 | 322:2 328:20 |
| 222:18 223:17,18 | **activities** 157:18 | **affiliate** 275:8 | 143:17 144:16,21 | 329:2 330:11 |
| 231:16,19 232:1 | **Acuerdo** 6:1 10:17 | **affirmatively** | 145:5 146:6,10,18 | 331:17 |
| 234:14 236:6 | 11:8,13 | 234:10 | 147:8 148:2,7,13 | **agreements** 21:10 |
| 245:1,13,15,20,21 | **adding** 126:20 | **affixed** 339:13 | 149:7,10,15,19,22 | 22:4,9 28:6,11,16 |
| 246:3,8 250:14 | **address** 17:4,5 | **afternoon** 4:6 | 151:6,10,15,18,22 | 32:19 34:3,17,22 |
| | 168:5 212:22 | 173:11 218:18 | 152:7,8,9,21 | 35:2,7,15 37:10 |

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

ESQUIRE DEPOSITION SERVICES

Page 343

37:16,18 64:15,17
65:18,22 66:4
68:18 73:21,22
75:2,16,19 79:1
101:4,18 103:5
104:1,7,12 109:21
113:12 114:2,8
122:2,11,12 126:8
131:2,10,17,19
133:8 134:7 137:8
140:4,13 142:7
143:8,13 146:9
152:10 165:2,18
174:9,12 178:7
179:12 184:6
190:1 204:11,20
224:16 250:20
273:16 274:1,5
277:5,14 283:8,12
288:1,3,9,10
289:6 328:17
**Agreement's**
114:10
**Ah** 63:17
**ahead** 47:11 326:10
**albeit** 236:9
**allegation** 96:22
97:5,6
**allegations** 94:9
95:12 96:4
**alongside** 179:13
185:11,16 229:11
**alternatives** 264:10
265:3
**American** 17:20,20
18:6 56:18 232:14
241:11 331:14
**amicably** 151:5
**amount** 284:22
**analysis** 252:11
253:16 254:1
316:19 317:15
**analytical** 130:13
**and/or** 68:15 211:9

211:9
**Angell** 3:15
**annex** 138:6,11
152:21 200:10
211:11 225:15
252:16
**answer** 19:19 43:20
44:3,15,17 47:9
47:10,11 52:16
66:18 79:15,16
83:5 95:7,9 96:1,3
96:7 147:10 165:6
165:16 172:3
205:21 206:6
208:17 209:14
210:18 231:10,17
244:19 245:11,19
255:18 305:18
307:1 309:13,20
309:22 310:1
321:2,3,4 326:10
328:10
**answered** 171:12
**answers** 18:20
**anticipated** 217:18
**Antonio** 93:19
271:17 277:19
**anybody** 90:6
133:19 175:13
202:18 204:14
286:5 302:21
303:9 304:3,13
305:4 313:22
**anymore** 152:1
226:9 250:7
**anyplace** 213:20
**apologize** 138:20
201:19 262:15
284:12 336:15
**apparently** 115:9
137:20 192:6
196:3 216:22
285:7 286:14
331:3

**appear** 338:6
**appeared** 61:14
247:9
**appears** 112:4
**applicable** 255:10
**application** 159:2,7
240:10,10 241:20
**applications** 28:9
30:6 240:7
**applies** 86:17
**apply** 86:15
**appreciate** 83:19
**appropriate** 301:11
**approximately**
14:13 27:1 29:17
33:13 36:15 48:15
49:22 59:18 72:20
119:19 120:3,8
121:18 217:11
243:4 292:22
312:1
**April** 11:1 13:3
191:18 196:9,16
196:17 255:7,19
285:8 300:13,20
328:3
**aqueous** 160:6,19
161:8,11 263:18
**area** 21:2 30:19
**arguing** 188:10
**argumentative**
320:20 326:8
**arising** 265:3
**arranged** 294:15
**arrangement**
100:18
**arrow** 323:17
**article** 177:12
**articles** 300:5
**Asensio** 278:11,12
**aside** 22:3 27:14
47:20 51:18 97:18
99:5 109:22 117:5
136:13 199:21

234:6,6 241:7
283:5 292:11
297:13 298:5,12
305:14 306:12
313:20
**asides** 86:16
**asked** 54:15 108:21
123:14 158:9,13
181:10 188:15
191:21 192:2,5,6
192:7 194:1
195:20 232:19
238:3,8 256:18
284:7,14 294:16
304:1,4 306:10
328:15
**asking** 18:8 66:5
95:11 206:5
208:17 229:19
230:8 263:7
309:15 315:8,17
317:14
**aspects** 32:3,3,9,15
230:4
**Aspirina** 8:17
180:14 185:20
225:14
**Aspirine** 8:21
200:15
**assets** 247:10
**assigned** 126:16
197:15
**assigning** 276:1
**assist** 15:21 195:10
260:22
**assistance** 140:18
**assisting** 248:8
**associated** 95:1
**assumed** 325:9
**assurance** 90:15
**attach** 82:1
**attached** 5:10,17
5:19 6:2 7:1,6,15
8:1,11,19 9:5,13

10:12,18 11:2,8
11:14 138:12,14
138:19 142:7
143:4 217:17,18
222:4 223:1 225:5
338:6
**attaching** 202:3
**attachment** 6:8
218:4
**attachments**
218:15
**attaché** 24:20 25:2
25:12 26:9,12
27:2,15 28:19
**attempting** 225:21
**attempts** 210:2
**attendance** 333:18
**attended** 48:8,15
48:21 247:3,21
**attending** 49:5
**attention** 207:22
209:15 210:8
213:1 329:14
**attorney** 20:22 21:1
66:5 78:15 93:15
93:16 229:19
230:9,22 231:11
244:4,7,10
**attorneys** 20:1
99:14
**attorney/client**
95:5 98:21 231:15
245:11
**August** 9:21 24:15
24:16 54:8,17
208:18 209:3,11
269:13 312:8,9
**authorities** 79:2
80:9 103:19 104:7
104:13,16,18
105:4,10 317:16
317:17 318:18
**authority** 302:17
303:2,20 304:9,14

ESQUIRE DEPOSITION SERVICES

308:19 309:3
**authorization**
102:13 238:1
272:18 273:6
317:8,9 319:15,18
**authorized** 273:2,8
273:12 275:13
**Avenue** 3:16
**aware** 57:2 59:14
61:18 63:10 85:22
132:19,19 134:9
156:2 157:16
171:16 289:13
332:13 337:3
**Ayala** 73:7 76:21
81:17 302:16
303:1
**Azpeita** 251:8
278:7 285:12,13
**Azpeitia** 89:14
109:13 277:17
278:6 302:16
303:1 316:10
**a.m** 1:17 14:13
107:2,4

**B**

**b** 5:9 212:22
**Baach** 2:4 3:5
14:11
**back** 24:6 41:19
56:1 106:12,16
107:17,19 117:7
118:10 157:22
182:2,2 207:14
210:8 219:15
229:16 233:8
235:3 238:16
285:7 300:13
309:7 325:13
336:11 337:4
**background** 39:7
44:11 52:1
**bar** 43:12,14 45:11
**based** 39:5 245:11

253:5 307:13,16
**basic** 18:5 160:1
**basically** 39:17
**Basilio** 6:22 7:11
7:19 9:11 11:1,22
12:4 69:1,2,5
70:15 71:17 72:1
89:2,18 90:4 98:1
98:7,17 105:7
111:13 134:3
136:21 142:13
145:3,11 147:3,7
147:10,17 148:19
151:8,14,15
154:12 155:13
163:16 164:12,16
167:20 169:2
174:16 178:5,12
179:10 183:14,19
184:5 185:10,14
188:10 189:19
204:22 221:19,21
227:16 234:11
251:6 255:6
256:14,18,22
258:7 259:10
260:21 275:13
287:8 290:22
291:10,12 306:20
306:21 307:5
316:9 326:22
333:22 335:15
**Basilio's** 89:3
307:14
**basis** 49:12,14 50:5
85:4 92:12 94:8
97:5 98:19 103:16
231:15 237:17
264:11 310:4
**Bates** 274:8
**Bates-labeled**
115:20 197:22
**Bates-number** 5:15
5:18

**Bates-stamped**
5:21 6:3,6,9,13,16
6:20 7:3,8,13,16
7:20 8:6,14,22 9:8
9:14,18 10:1,7,14
10:20 11:3,7,11
11:16,20 12:1,5,8
12:11,14,20 13:4
**becoming** 26:5
**began** 72:20 73:1
73:11 196:1
**beginning** 61:13,17
63:9 125:13 131:8
**behalf** 3:2,11 76:21
110:1 126:16
134:4 148:21
183:19 199:13
202:14 237:4
238:11 242:18
248:2 281:22
302:1 308:20
309:3 311:7
333:21 334:2,9
**Bel** 199:6
**Belgium** 20:7 21:12
21:15
**believe** 45:2 51:16
117:17 138:7
140:17 143:17
148:10 149:1,3
184:15 187:4
199:2 206:17
218:14 228:7
246:4 264:7
279:21 297:14
321:7
**believed** 264:6,20
**Belmac** 6:5,7,12,15
8:5,11,19 9:5,13
11:11,19 12:19
56:10,14,21 57:4
57:8,11,22 58:4
58:14 59:2,2,10
59:11 61:4,11,18

61:22 62:6 63:9
65:15,19 66:1,3
68:10,19 69:11
70:7,8,9,13,21
73:1,15 75:16
76:3 81:7,19,20
82:12,12,18 84:11
86:1,7,11 88:7,14
88:18,22 89:4,18
90:1,2,8 92:6 93:6
94:6,10 97:1,7,21
99:17 100:10,17
101:3,7,14,15,21
102:9,17 103:3
104:20 105:2,15
106:5 108:21
109:12,22 113:11
113:12 114:16,18
114:20 115:1,3,16
116:12,16 118:17
121:5 122:15
124:19,22 125:14
129:2,18 130:9
132:5,8 134:4,6
134:19,20 135:1
137:3,21 138:1,4
140:14,21 141:5,9
142:8 143:9,11
144:18,20 145:8
146:12 148:21
149:7,21 150:5
152:9,15,16 154:5
154:5,7 156:10,19
158:1,10 159:1
160:10 161:10
162:4,4 164:10
165:10 167:15
168:1 169:11,13
170:11 172:11,20
174:16 175:13
176:5,7,9,11,17
178:8,14 179:13
181:15 183:14,20
184:8 185:11,16

185:22 186:7
188:9 191:21
192:17,19 193:6
194:13,15 197:11
198:18 199:6,9,11
199:13,22 200:3
200:14,18 201:1,6
201:9,10,12
203:15 204:8,8,19
205:7,12 211:7
212:2 213:10
215:2,17,18 216:2
216:21 217:6
220:19 221:22
222:6 226:9
228:13,17 229:11
233:8,9,13 239:6
239:11 240:21
241:6,8 244:17
249:7,13,16 251:7
252:6,22 253:5,17
255:5,11,13 256:1
256:10,12 257:20
258:2,2,5 262:21
263:1 265:5,8,10
267:5,11,11,22
269:7,10,17,21
271:11 272:18
273:2,18 275:8,20
275:20 277:9,12
279:4 281:7,10,22
282:12,14 283:9
284:16 285:14
286:12,18 287:19
289:2,14,17
290:17 294:5,9
300:8 301:16
302:15,17,22
303:2,18 304:9,14
309:11 310:10
311:19 312:1
316:7,10 319:1,3
319:5,6 320:1
321:8,11 323:6

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-790