UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

ETHYPHARM S.A. FRANCE AND
ETHYPHARM S.A. SPAIN,

    Plaintiffs,

v.

BENTLEY PHARMACEUTICALS, INC.,

    Defendant.

Civil Action No. 04-1300-SLR

**JOINT APPENDIX OF DEPOSITION TRANSCRIPTS**

**VOLUME III**
**(PAGES A-551 – A-821)**

Francis J. Murphy (I.D. 223)
**MURPHY SPADARO & LANDON**
1011 Centre Road
Suite 210
Wilmington, DE 19805
(302) 472-8100
(302) 472-8135

*Attorneys for Plaintiffs*

**OF COUNSEL:**

Dwight P. Bostwick
Jonathan D. Fine
**BAACH ROBINSON & LEWIS PLLC**
1201 F Street, NW.
Suite 500
Washington, D.C. 20004
(202) 833-8900
(202) 466-5738

Dated: August 25, 2006

John L. Reed (I.D. 3023)
Denise Seastone Kraft (I.D. 2778)
Joseph B. Cicero (I.D. 4388)
**EDWARDS ANGELL PALMER & DODGE LLP**
919 N. Market Street, 15th Floor
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263

*Attorneys for Defendant*

**OF COUNSEL:**

Craig E. Stewart
Joseph P. Mingolla
Veronica C. Abreu
**EDWARDS ANGELL PALMER & DODGE LLP**
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100
(617) 227-442-

BOS111 12062378.1

# INDEX TO JOINT APPENDIX OF DEPOSITION TRANSCRIPTS

|     | Deponent | Page Nos. |
| --- | --- | --- |
| 1.  | Ignacio Alvarez | JT-A-1 – JT-A-57 |
| 2.  | Angel Perez de Ayala | JT-A-58 – JT-A-97 |
| 3.  | Clemente Gonzalez Azpeitia | JT-A-98 – JT-A-197 |
| 4.  | Adolfo de Basilio | JT-A-198 – JT-A-309 |
| 5.  | Patrice Debregeas | JT-A-310 – JT-A-432 |
| 6.  | Claude Dubois | JT-A-433 – JT-A-494 |
| 7.  | Paul Fitzgibbons | JT-A-495 – JT-A-550 |
| 8.  | Pierre Germain | JT-A-551 – JT-A-619 |
| 9.  | Adolfo Herrera | JT-A-620 – JT-A-702 |
| 10. | Roseline Joannesse | JT-A-703 – JT-A-821 |
| 11. | Gerard Leduc | JT-A-822 – JT-A-893 |
| 12. | Yves Liorzou | JT-A-894 – JT-A-955 |
| 13. | Lawrence G. Meyer | JT-A-956 – JT-A-1011 |
| 14. | James R. Murphy | JT-A-1012 – JT-A-1113 |

BOS111 12062378.1

| 15. | Michael D. Price | JT-A-1114 – JT-A-1200 |
|---|---|---|
| 16. | Concha Sanchez | JT-A-1201 – JT-A-1230 |

BOS111 12062378.1