UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

ETHYPHARM S.A. FRANCE AND
ETHYPHARM S.A. SPAIN,

              Plaintiffs,

    v.

BENTLEY PHARMACEUTICALS, INC.,

              Defendant.

Civil Action No. 04-1300-SLR

## JOINT APPENDIX OF DEPOSITION TRANSCRIPTS

### VOLUME IV
### (PAGES A-822 – A-1011)

Francis J. Murphy (I.D. 223)
**MURPHY SPADARO & LANDON**
1011 Centre Road
Suite 210
Wilmington, DE 19805
(302) 472-8100
(302) 472-8135

*Attorneys for Plaintiffs*

John L. Reed (I.D. 3023)
Denise Seastone Kraft (I.D. 2778)
Joseph B. Cicero (I.D. 4388)
**EDWARDS ANGELL PALMER & DODGE LLP**
919 N. Market Street, 15th Floor
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263

*Attorneys for Defendant*

**OF COUNSEL:**

Dwight P. Bostwick
Jonathan D. Fine
**BAACH ROBINSON & LEWIS PLLC**
1201 F Street, NW.
Suite 500
Washington, D.C. 20004
(202) 833-8900
(202) 466-5738

Dated:  August 25, 2006

**OF COUNSEL:**

Craig E. Stewart
Joseph P. Mingolla
Veronica C. Abreu
**EDWARDS ANGELL PALMER & DODGE LLP**
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100
(617) 227-442-

## INDEX TO JOINT APPENDIX OF DEPOSITION TRANSCRIPTS

|  | Deponent | Page Nos. |
|---|---|---|
| 1. | Ignacio Alvarez | JT-A-1 – JT-A-57 |
| 2. | Angel Perez de Ayala | JT-A-58 – JT-A-97 |
| 3. | Clemente Gonzalez Azpeitia | JT-A-98 – JT-A-197 |
| 4. | Adolfo de Basilio | JT-A-198 – JT-A-309 |
| 5. | Patrice Debregeas | JT-A-310 – JT-A-432 |
| 6. | Claude Dubois | JT-A-433 – JT-A-494 |
| 7. | Paul Fitzgibbons | JT-A-495 – JT-A-550 |
| 8. | Pierre Germain | JT-A-551 – JT-A-619 |
| 9. | Adolfo Herrera | JT-A-620 – JT-A-702 |
| 10. | Roseline Joannesse | JT-A-703 – JT-A-821 |
| 11. | Gerard Leduc | JT-A- 822 – JT-A-893 |
| 12. | Yves Liorzou | JT-A-894 – JT-A-955 |
| 13. | Lawrence G. Meyer | JT-A-956 – JT-A-1011 |
| 14. | James R. Murphy | JT-A-1012 – JT-A-1113 |

| 15. | Michael D. Price | JT-A-1114 – JT-A-1200 |
|-----|------------------|------------------------|
| 16. | Concha Sanchez | JT-A-1201 – JT-A-1230 |

Page 1

1           IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF DELAWARE

3

4 - - - - - - - - - - - - - x

5 ETHYPHARM S.A. FRANCE,      :

6 and ETHYPHARM S.A. SPAIN, :

7            Plaintiffs,      :

8      Vs.                    :   C.A. No. 04-13000-SLR

9 BENTLEY PHARMACEUTICALS,    :

10 INC.,                      :

11            Defendant.      :

12 - - - - - - - - - - - - x

13

14

15      Videotaped Deposition of GÉRARD LEDUC

16             Washington, D.C.

17                9:17 a.m.

18

19

20 Job No.:  6740

21 Pages 1-208

22 Reported by:  TRISTAN-JOSEPH, RPR

Page 2

1      Deposition of GÉRARD LEDUC, held at the
2 offices of:
3
4      BAACH, ROBINSON & LEWIS PLLC
5      1201 F Street, N.W.
6      Suite 500
7      Washington, D.C. 20004
8      (202)833-8900
9
10
11
12      Pursuant to agreement, before
13 Tristan-Joseph, Registered Professional Reporter and
14 Notary Public of the District of Columbia.
15
16
17
18
19
20
21
22

Page 4

1      A P P E A R A N C E S (Continued)
2      ALSO PRESENT:
3        DIDIER DEVYNCK, Interpreter
4        T.J. O'TOOLE, Videographer
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

Page 3

1      A P P E A R A N C E S
2    ON BEHALF OF PLAINTIFFS ETHYPHARM S.A.
3    FRANCE AND ETHYPHARM S.A. SPAIN:
4      DWIGHT P. BOSTWICK, ESQ.
5      JONATHAN D. FINE, ESQ.
6      Baach, Robinson & Lewis PLLC
7      1201 F Street, N.W., Suite 500
8      Washington, D.C. 20004
9      (202)833-8900
10     Dwight.bostwick@baachrobinson.com
11
12    ON BEHALF OF DEFENDANT BENTLEY
13    PHARMACEUTICALS, INC.:
14      CRAIG E. STEWART, ESQ.
15      JOSEPH P. MINGOLLA, ESQ.
16      Edwards Angell Palmer & Dodge LLP
17      111 Huntington Avenue
18      Boston, Massachusetts 02199
19      (617)239-0164
20      Cstewart@eapdlaw.com
21      Jmingolla@eapdlaw.com
22      Vabreu@eapdlaw.com

Page 5

C O N T E N T S

2 EXAMINATION OF GÉRARD LEDUC      PAGE
3    By Mr. Stewart      16
4    By Mr. Bostwick      198
5
6     INTERRUPTED TRANSLATIONS
7 PAGE        LINE
8 93        3
9 94        18
10 110       13
11 135       9
12 139       17
13
14     INDEX OF EXHIBITS
15    (Attached to the Transcript.)
16 LEDUC DEPOSITION EXHIBIT      PAGE
17 No. 1   Thirty-one page Plaintiffs Complaint.  23
18 No. 2   A one-page fax from Adolfo de    34
19      Basilio to G. Leduc, date 29/1/91.
20      Bates-stamped EP 006674.
21 No. 3   A two-page fax from A. De Basilio  34
22      To G. Leduc, 8th February 1991.

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**

JT-A-823

Page 6

1    Bates-stamped EP 006670 to EP
2    006671.
3 No. 4    A one-page fax to G. Leduc,    46
4    Debrégeas, P. Oury, from A.
5    Basilio, dated November 14, 1991.
6    Re:  Omeprazole pallet, and its
7    accompanied French and English
8    translations. Bates-stamped
9    EP 006645 to EP 006647.
10 No. 5    A six-page Contrat De Fabricacion    50
11    (Manufacturing Agreement).
12    Bates-stamped EP 002542 to
13    EP 002547.
14 No. 6    A fifteen-page fax from E. Igonet,    56
15    G. Leduc from A. Basilio.
16    Contracto De Frabricacion
17    (Manufacturing Contract) and its
18    accompanied English version.
19    Bates-stamped EP 006056 to EP
20    009069.
21 No. 7    A two-page message from Mr. Perez    56
22    De Ayala from Gérard Leduc, dated

Page 7

1    June 23, 1992, and its accompanied
2    English version.  Bates-stamped
3    EP 006847 to EP 006848.
4 No. 8    A three-page facsimile from Angel    56
5    Perez de Ayala (Belmac) to Mr.
6    Leduc (Ethypharm), dated 7/13/92.
7    Bates-stamped EP 0027217 to
8    EP 002719.
9 No. 9    The fax cover sheet of October 11,    65
10    1992 from Adolfo de Basilio to Srs.
11    Debrégeas, Leduc with an attached
12    document called Manifesta.
13    Bates-stamped EP 004685 to EP
14    004693, EP 008066 to EP 008073.
15 No. 10    Note Interne (Internal Memorandum).    99
16    Belmac meeting of 11/22/00.
17    Participants:  G. Leduc, M.J.
18    Murphy, P. Germain, Bates-labeled
19    EP003283.  Internal Memorandum,
20    Belmac meeting of 11/22/00. Ref:
21    Omeprazol Organic Formula.
22    Participants:  Mr. Liorzou, Mr. de

Page 8

1    Basilio, Mr. Herrera.
2    Bates-stamped EP0083284.
3 No. 11    This is a cover fax from Javier    118
4    Santos and a Memorandum of
5    Understanding, March 15, 1995.
6    Bates-stamped EP 009082 to EP
7    009091.
8 No. 12    A fifteen-page fax message to    125
9    Patrice Debrégeas from James
10    Murphy, dated July 13, 1995.
11    Bates-stamped EP 009008 to
12    EP 009022.
13 No. 13    An eight-page Contrato De    131
14    Fabricación Por Tercers De
15    Productos Farmaceuticos.
16    Bates-stamped BEL006381 to
17    BEL006388.
18 No. 14    A one-page set of handwritten notes    132
19    With Belmac Bates No. 006371.
20 No. 15    An eight-page Contrato De    132
21    Fabricación Por Terceros De
22    Productos Farmaceuticos (Contract

Page 9

1    Of Manufacturing Pharmaceutical
2    Products For Third Parties), and
3    its attached English Version.
4    Bates-stamped BEL006372 to
5    BEL006379.
6 No. 16    An eight-page Contrato De    132
7    Fabricación Por Terceros De
8    Productos Farmaceuticos, and its
9    attached English version.
10    Bates-stamped BEL006389 to
11    BEL006396.
12 No. 17    A two-page Confidentiality and    142
13    Non-Disclosure Agreement.
14    Bates-stamped EP 002453 to
15    EP 002454.
16 No. 18    A fax from Adolfo De Basilio to    147
17    James Murphy, dated 6/4/98.
18    Bates-stamped EP 003262 to
19    EP 003263.
20 No. 19    A memorandum from Adolfo de Basilio    155
21    To Patrice Debrégeas and Gérard
22    Leduc, Dated June 21, 1999, and its

3 (Pages 6 to 9)

Page 10

1    accompanied English version.
2    Bates-stamped EP 000945 to
3    EP 00946.
4 No. 20    A 17-page Contrato De Licencia    158
5    (Licensing Agreement, and its
6    attached English version,
7    Bates-labeled EP 005159 to
8    EP 005175.
9 No. 21    Addendum No. 1 to the License    158
10    Agreement and the Supply Contract
11    signed between Laboratorious DAVUR
12    SL and ETHYPHARM S.A. on September
13    23, 1999. Bates-labeled EP 001477
14    to EP 001478.
15 No. 22    The Contrato De Fabricación    162
16    (Manufacturing Agreement), and its
17    English version. Bates-stamped
18    BEL000548 to BEL000553.
19 No. 23    Carta De Compromiso De Compra    163
20    (Letter of Purchase Undertaking),
21    and its English version. Bates
22    Nos. EP 004863 to EP 004865.

Page 11

1 No. 24    Contrato De Fabricación De    172
2    Vincamina Migrogranulos, between
3    Ethypharm S.A. and Laboratorios
4    Belmac (Manufacturing Agreement Of
5    Vincamine Microganules), and its
6    English version. Bates-stamped
7    EP 008113 to EP 008116.
8 No. 25    Contrato De Fabricación De    172
9    Indometacina Migroganulos
10    (Manufacturing Agreement of
11    Indometacine Microgranules), and
12    its attached English version.
13    Bates-stamped EP 008098 to
14    EP 008101.
15 No. 26    Contrato De Fabricación De    172
16    Piroxicam Migrogranulos,
17    (Manufacturing Agreement of
18    Piroxicam Microgranules, and its
19    attached English version.
20    Bates-stamped EP 008103 to
21    EP 008106.
22 No. 27    Contrato De Fabricación De Aspirina    172

Page 12

1    Migrogranulos (Manufacturing
2    Agreement Of Aspirine
3    Microgranules), and its attached
4    English Version. EP 008108 to
5    EP 008111.
6 No. 28    A letter from Gérard Leduc to James    174
7    Murphy, June 8, 2001, and a Draft
8    of Agreement, Technology License
9    and Manufacturing Agreement.
10    Bates-labeled EP 001977 to
11    EP 002008.
12 No. 29    Termination of the Manufacturing    179
13    Agreement, March 14, 2001, and its
14    English version. Bates-stamped
15    BENTL008365 through BENTL008366.
16 No. 30    A letter of November 14, 2001,    179
17    Providing Notice of Termination of
18    the Purchase Commitment letter, and
19    its attached English version.
20    Bates-labeled EP 002928.
21 No. 31    A fax from Adolfo de Basilio to    182
22    Esmieu-Fournel, Pierre-Jean, Gérard

Page 13

1    Leduc, Patrice Debrégeas, cc: Yves
2    Liorzou, Philippe Boudal, Eric
3    Cailleret, Eric Igonet. Subject:
4    Bentley's press release.
5    Bates-labeled EP 007104.
6 No. 32    A facsimile to Mr. Herrera on    185
7    February 1, 2002, from Gérard Leduc
8    and Patrice Debrégeas.
9    Bates-labeled EP 004846 to
10    EP 004847.
11 No. 33    A facsimile to Mr. Herrera on    187
12    March 21, 2002, from Gérard Leduc.
13    Bates-stamped EP 004844.
14 No. 34    Contrato De Fabricación Y    193
15    Suministro (Manufacturing and
16    Supplying Agreement) and its
17    English version. Bates-stamped
18    EP 008593 to EP 008597.
19
20
21
22

4 (Pages 10 to 13)

Page 14

1        PROCEEDINGS                                    09:02:59

2        THE VIDEOGRAPHER:  On the record with

3 tape number one of the videotaped deposition of

4 Mr. Gérard M. Leduc taken by the Defendants (sic)

5 in the matter of Ethypharm S.A. France and          09:17:18

6 Ethypharm S.A. Spain versus Bentley Pharmaceuticals

7 Incorporated, in the United States District Court

8 for the District of Delaware, Civil Action

9 No. 04-1300-SLR.

10      This deposition is being held at the Law       09:17:39

11 Offices of Baach, Robinson & Lewis located at 1201

12 F Street, Northwest, in Washington, D.C. on

13 July 15, 2006, at approximately 9:17 a.m.

14      My name is T.J. O'Toole representing

15 Esquire Deposition Services.  I am the Certified     09:17:58

16 Legal Video Specialist.  The court reporter is

17 Tristan-Joseph also representing Esquire Deposition

18 Services.

19      Will counsel please introduce themselves

20 and indicate which parties they represent.           09:18:12

21      MR. STEWART:  Craig Stewart.  With me is

22 Joseph Mingolla of the law firm of Edwards Angell

Page 15

1 Palmer & Dodge, counsel for the Defendant Bentley    09:18:19

2 Pharmaceuticals Incorporated.

3      MR. BOSTWICK:  Dwight Bostwick, and in

4 and out will be Jonathan Fine.  Both of us are from

5 the law firm of Baach, Robinson & Lewis, and we      09:18:31

6 represent the Plaintiffs in this action.

7      THE VIDEOGRAPHER:  Thank you.

8      Will the interpreter please identify

9 himself for the record.

10      THE INTERPRETER:  Didier Devynck, and           09:18:41

11 I'm the Interpreter.

12      THE VIDEOGRAPHER:  Thank you.

13      Will the court reporter please swear in

14 the interpreter.

15 Whereupon,                                           09:18:45

16      DIDIER DEVYNCK

17 was sworn by the court reporter to interpret English

18 into French and French into English.

19      THE VIDEOGRAPHER:  Will the Interpreter

20 please assist the court reporter in swearing in the  09:18:55

21 witness.

22 Whereupon,

Page 16

1        GÉRARD LEDUC

2 Was called as a witness and, having first been duly

3 sworn, was examined and testified as follows:

4      EXAMINATION BY COUNSEL FOR THE DEFENDANT

5 BY MR. STEWART:                                      09:19:21

6    Q.  Good morning, Mr. Leduc?

7    A.  (In English) Good morning.

8    Q.  As you know, my name is Craig Stewart.

9 I represent the Defendant in this case Bentley

10 Pharmaceuticals Incorporated.                        09:19:27

11      Okay.  Would you please state your name

12 and residence address for the record?

13    A.  May name is Gérard Leduc.  I live at --

14 I live at La gauge (phonetic), La brosse in the

15 department of Ruede in France.                        09:19:58

16    Q.  Do you speak English?

17    A.  Yes.

18    Q.  And do you write English?

19    A.  (In English) Yes.

20      (Through the Interpreter) Yes.               09:20:16

21    Q.  And do you understand written English?

22    A.  Yes.

Page 17

1    Q.  Do you speak Spanish?                          09:20:23

2    A.  No.

3    Q.  Do you understand written Spanish?

4    A.  No.

5    Q.  Okay.  Have you had your deposition            09:20:31

6 taken before?

7    A.  In this case?

8    Q.  In the United States.

9    A.  No.  I had a deposition for the United

10 States but not in the United States.                 09:20:59

11    Q.  Okay.  As you probably know, then, you

12 have sworn to tell the truth and there are

13 penalties under U.S. law for not telling the truth.

14      Do you understand?

15    A.  Correct.                                       09:21:22

16    Q.  Okay.  And if at any time during this

17 deposition you need to take a break, let us know

18 and we will be happy to accommodate.

19    A.  Thank you in advance.

20    Q.  The only exception will be if I have           09:21:42

21 posed a question we will not take a break until

22 you've answered the pending question.

5 (Pages 14 to 17)

Page 18

1    Do you understand?    09:21:51
2    A.  That's okay.
3    Q.  And Mr. Bostwick and I have agreed that
4 during these proceedings that during the break and
5 the -- that if there is a break in your testimony,    09:22:04
6 that you are not permitted to discuss the substance
7 of your testimony with your counsel.
8    Do you understand?
9    A.  Okay.
10    Q.  Okay.  By whom are you employed, sir?    09:22:27
11    A.  Ethypharm S.A.
12    Q.  Where is the headquarters of
13 Ethypharm S.A.?
14    A.  In France.
15    Q.  And what city?    09:22:49
16    A.  Houdan.
17    Q.  Houdan?
18    A.  H-O-U-D-A-N.  In the department of
19 Yvelines.
20    Q.  What facilities of Ethypharm S.A. are    09:23:04
21 located in Saint-Cloud?
22    A.  General services.

Page 19

1    Q.  Where is your office?    09:23:21
2    A.  In Saint-Cloud.
3    Q.  What is located at Houdan?
4    A.  The headquarters historically have not
5 been changed, and also the very first plant.    09:23:44
6    Q.  Okay.  Ethypharm S.A. is a corporation;
7 is that correct?
8    A.  Yes.
9    Q.  Is Ethypharm S.A. a publicly traded
10 corporation?    09:23:59
11    A.  No.
12    Q.  When was Ethypharm S.A. formed as a
13 corporation?
14    A.  1977.
15    Q.  Was that founded by yourself and    09:24:21
16 Mr. Patrice Debrégeas?
17    A.  No, but there were others.
18    Q.  Okay.  Are you a stockholder in
19 Ethypharm S.A.?
20    A.  Yes.    09:24:42
21    Q.  And what is the percentage ownership
22 that you have?

Page 20

1    A.  Me and my family, 42.5.    09:24:49
2    Q.  Would you describe the business of
3 Ethypharm S.A.
4    A.  Certainly.  The '85 model historically
5 until today is to deliver products with a    09:25:22
6 particular presentation.  There being three
7 technologies:  The pellets, microgranules,
8 fast-dissolving tablets.
9    Q.  Fast-dissolving tablets?
10    THE INTERPRETER:  Yes.    09:26:15
11    A.  And presentations allowing absorption of
12 unsoluble products orally.  The way we operate is
13 to develop this product, all the technologies to
14 make these products, and then give license to third
15 parties.  This means not only the technique but    09:27:06
16 also all the know-how from manufacturing, all the
17 know-how for registration, and all the know-how for
18 marketing.
19    Q.  Registration of marketing, okay.
20    A.  Marketing to other large companies.    09:27:47
21 They will never sell directly.
22    Q.  I need a clarification.  I understood

Page 21

1 you to say that there were three main forms of    09:28:02
2 presentation.
3    A.  Currently.
4    Q.  Pellets, one; microgranules --
5    A.  Oh, he said microgranules are the same    09:28:24
6 thing.
7    Q.  Okay, good.  And then -- so pellets and
8 microgranules is one.  Yes?  You have to say yes.
9    A.  (In English) Yes.  (In French) oui.
10    Q.  Because the stenographer.    09:28:39
11    A.  (In English) Yeah, okay.  (In French)
12 Oui.
13    Q.  And fast-dissolving tablets is two?
14    A.  Yes.
15    Q.  And technique to provide absorption    09:28:50
16 of -- absorption into the skin of insolulable
17 pharmaceuticals?
18    A.  Orally.  Not for -- not for the skin.
19    Q.  Okay, oral absorption.
20    Ethypharm S.A. has wholly-owned    09:29:14
21 subsidiaries; does it not?
22    A.  Yes.

6 (Pages 18 to 21)

Page 22
09:29:23

1    Q.   And in 19 -- in 1991, one of its
2 wholly-owned subsidiaries was Ethypharm S.A. Spain;
3 is that right?
4    A.   Yes.
5    Q.   From time to time do you refer to        09:29:46
6 Ethypharm S.A., that is the French company as
7 Ethypharm S.A. France?
8    A.   Yes.
9    Q.   Is there an easier way to -- when I'm
10 speaking of the French parent company, how should   09:30:12
11 I -- how should I say it?
12    A.   It's the company that owns all of the
13 subsidiaries, all the industrial policy, the
14 strategy, and the agreements go up as in all groups
15 to the mother company.        09:30:43
16    Q.   My question is more simple.  In -- in --
17 during our deposition, if I refer to Ethypharm
18 France, will you understand that I'm referring to
19 the parent corporation?
20    A.   It seems natural.        09:31:09
21    Q.   Okay.  And if I refer to Ethypharm
22 Spain, will you understand I'm referring to

Page 23
09:31:15

1 Ethypharm's Spanish subsidiary?
2    A.   Yes.
3    Q.   Okay.
4        MR. STEWART:  May I have marked, please,
5 a copy of the Complaint.        09:31:28
6        (Discussion held off the record.)
7        (Leduc Deposition Exhibit No. 1 was
8        marked for Identification.)
9 BY MR. STEWART:
10    Q.   Mr. Leduc, I've -- we've had marked as    09:32:22
11 Exhibit 1 the Complaint in this action.
12        Do you recognize Exhibit 1 as the
13 Complaint that your counsel has filed against
14 Bentley Pharmaceuticals, Incorporated?
15    A.   Yes.        09:32:49
16    Q.   Did you see a draft of Exhibit 1 before
17 it was filed with the court?
18    A.   Yes.
19    Q.   Have you provided information that was
20 used in the Complaint?        09:33:06
21    A.   I think, yes.
22    Q.   The Complaint refers in many places to

Page 24
09:33:25

1 Belmac S.A. or Laboratiorious Belmac S.A.;
2        Do you understand that Laboratiorious
3 Belmac is a wholly-owned subsidiary of Bentley
4 Pharmaceuticals, Incorporated?
5    A.   Yes, it's clearer now that Bentley        09:33:57
6 changed its name.
7    Q.   And you are aware that Bentley -- or can
8 we agree that Bentley -- that Bentley
9 Pharmaceuticals, Incorporated, changed its name in
10 or around January of 1996?        09:34:14
11    A.   Yes, it's possible.  I don't -- I don't
12 recall exactly, but that's about the date.
13    Q.   Okay.  And that the name of Bentley
14 Pharmaceuticals before approximately that date was
15 Belmac Corporation?        09:34:39
16    A.   That's correct.
17    Q.   I may be -- when I refer to Belmac
18 Corporation, U.S., will you understand I'm
19 referring to the parent corporation, Belmac
20 Corporation?        09:35:01
21    A.   As for Ethypharm, yes.
22    Q.   Okay.  Describe for me, please, your

Page 25
09:35:16

1 duties -- let me withdraw that.
2        What is your current title?
3    A.   President and CEO.
4    Q.   And for how long have you held that
5 title?        09:35:29
6    A.   For Ethypharm S.A., since November of
7 2005.
8    Q.   That's for Ethypharm France?
9    A.   Yes.
10    Q.   What titles do you hold, if any, for    09:35:52
11 subsidiaries of Ethypharm France?
12    A.   Just about always title of
13 administrator.
14    Q.   What duties or power does the title
15 "administrator" typically carry?        09:36:20
16    A.   There are variations according to the
17 countries, but, in general, that administrators of
18 the board.  They participate in the strategy and
19 also in the decisions that are made by the mother
20 company.  The application, they are very involved   09:37:09
21 in the application of the decisions that are made
22 by the mother company.

7 (Pages 22 to 25)

Page 26
09:37:18

1    Q.  Okay.  And from the period 1990 through
2  2003 what position did you hold with Ethypharm
3  Spain?
4    A.  Administrator.
5    Q.  And what position did you hold with    09:37:40
6  Ethypharm France from during the same period, 1990
7  through 19 -- through 2003?
8    A.  General manager.  And there was a change
9  in the law, and I don't know when, maybe three or
10  four years ago, and the title became delegate    09:38:16
11  general manager.
12    Q.  Delegate?
13    THE INTERPRETER:  Delegate.
14    Yeah.
15    MR. STEWART:  Sorry?    09:38:26
16    THE INTERPRETER:  By law.
17    MR. STEWART:  By law.
18  BY MR. STEWART:
19    Q.  Did the change in title make any
20  difference to your duties?    09:38:38
21    A.  No.
22    Q.  Please describe your duties from 1990

Page 27
09:38:51

1  until -- well, why don't we say up until
2  November of 2005.
3    A.  In Ethypharm S.A. there was -- there
4  were, at that time, two stockholders.
5    Q.  I'm not -- and I may not have been    09:39:18
6  clear.  I'm referring to -- I'm referring to your
7  title with respect to Ethypharm France -- I'm
8  sorry, your duties with respect to Ethypharm
9  France.
10    A.  Let's go again.  So at that time there    09:39:33
11  were two stockholders that was Mr. Debrégeas, he's
12  a pharmacist, and neither pharmacist, nor doctor.
13  So in the pharmaceutical laboratory in France, the
14  law requires that the president of the CEO -- or
15  the president and CEO or the general manager, they    09:40:12
16  are pharmacists.
17    So Patrice was dealing with all the
18  technique, the development plans.  And I was in
19  charge of agreements -- agreements and industrial
20  property.    09:40:47
21    Q.  And marketing?
22    A.  We don't -- we don't sell products

Page 28
09:41:06

1  directly so it's a -- it's a license.
2    Q.  So licensing?
3    A.  Yes.  For the rest, that is essentially
4  finance, we were doing that together.  And during
5  that time, the company expanded and got structured.    09:41:33
6    Beginning in '92 or '93, there were
7  assistant general managers or --
8    THE WITNESS:  (In English) Vice
9  presidents.
10    A.  (Through the Interpreter) -- vice    09:42:13
11  presidents that were hired and that were in charge
12  in my place of business relations or almost in
13  negotiations with local managers.
14    And I think it's in '92 that the Claude
15  Dubois was hired as vice president, and he was in    09:42:37
16  charge with Spain and discussions with the United
17  States also.
18    Pierre Germain followed suits, I'm -- I
19  don't know, maybe 2000, I think.  And he took over,
20  maybe with some discretions, at least the industry    09:43:14
21  activity, just little portions of the subsidiaries.
22    One can talk a lot about the structure,

Page 29
09:43:29

1  but I think this is sufficient to summarize.
2    Q.  That's fine.
3    Did Pierre Germain take over the
4  responsibilities of Claude Dubois when Mr. Dubois
5  was terminated?    09:43:42
6    A.  I think he took over at least
7  three-quarters of his responsibilities with maybe a
8  small gap of a few months.  I don't remember
9  exactly when one left and the other one came.
10    Q.  With respect to Ethypharm Spain, what    09:44:13
11  were your specific responsibilities?
12    MR. BOSTWICK:  Objection.  Time frame.
13    MR. STEWART:  From 1992 through 2002.
14    THE INTERPRETER:  2002, you say?
15    MR. STEWART:  Yes, 1992 through 2002.    09:44:34
16    THE WITNESS:  I know we had a joint
17  intervention, all the technical problems were dealt
18  with by Patrice Debrégeas, and the other types of
19  problems were the responsibility of either Pierre
20  Germain or Claude Dubois, but I was always    09:45:19
21  informed.  I was -- I was kept in the loop.  And
22  maybe not in detail but sufficiently to be -- to be

8 (Pages 26 to 29)

Page 30

1 informed, yes.    09:45:41

2        MR. BOSTWICK: Before you go on,

3 Mr. Leduc, if you have something longer to say, it

4 might be helpful to the translator if you -- if you

5 stop midway so he can translate accurately    09:45:53

6 throughout.

7        THE INTERPRETER: Right, okay.

8        THE WITNESS: I'll try not to be too

9 long in the sentences to be translated.

10 BY MR. STEWART:    09:46:13

11    Q.  What was your -- would you please

12 describe your education, in particular, any

13 professional education.

14    A.  I am a chemical engineer. Following

15 that, I had a law degree in the industry of    09:46:38

16 property. I had a private firm.

17        MR. BOSTWICK: Let me interrupt, yeah,

18 just for minute.

19        When you translated industrial property,

20 is that correct or was it intellectual property.    09:46:55

21        THE WITNESS: Yeah, it's -- I believe

22 it's intellectual property as applied to industry.

Page 31

1 There are two different. Intellectual property    09:47:04

2 covers concepts and models but -- and designs, but

3 industrial property is mostly patents.

4 BY MR. STEWART:

5    Q.  Okay.    09:47:36

6    A.  It's the same thing in the United

7 States.

8    Q.  Please continue.

9    A.  So I had a private practice for five,

10 six years. But before that I also got an MBA. And    09:47:56

11 when Ethypharm was created, I stopped my private

12 practice.

13    Q.  How long did you -- did you have your

14 private practice?

15    A.  Six or seven years.    09:48:24

16    Q.  In France -- in France is there a

17 concept known as limited liability for

18 corporations?

19    A.  Yes.

20    Q.  Did you study that concept in law    09:48:48

21 school?

22    A.  Yes. Yes. And Ethypharm was a limited

Page 32

1 liability company before becoming an S.A.    09:49:05

2    Q.  Okay.

3    A.  If you want details in French law,

4 you're almost obligated to turn a limited liability

5 company into an S.A. starting at a certain level of    09:49:37

6 sales because, otherwise, you have to multiply all

7 the commissioners and it becomes too heavy.

8        Because being a limited liability

9 company allows to get some exemptions, and there

10 are many more controls. And when the company    09:50:11

11 grows, these controls become too heavy.

12        But I can give you my card, and I'll

13 give you a consultation in French law, if you need

14 it. It was a joke.

15    Q.  I understand. There is one point I am    09:50:32

16 curious about is when -- when you refer to a

17 limited liability company, what is the -- what's

18 the -- what do you understand is the basic concept

19 of a limited liability company as opposed to --

20        MR. BOSTWICK: Objection. Calls for a    09:50:53

21 legal conclusion.

22        THE INTERPRETER: He understood the

Page 33

1 translation.    09:51:03

2        THE WITNESS: A limited liability

3 company has a capital x amount and its liability

4 towards third parties is not -- is not permitted

5 beyond this capital.    09:51:28

6 BY MR. STEWART:

7    Q.  Okay. So that, for example, you, as a

8 shareholder, your personal assets would not be at

9 risk?

10    A.  No, I didn't say that. I said a limited    09:51:53

11 liability company is not responsible -- is not

12 liable beyond its capital. But if the manager of

13 the company makes mistakes and then he can be -- he

14 can be called personally but not the company.

15    Q.  Okay. Let me show you -- I'm going to    09:52:34

16 talk about the -- the first couple of years of the

17 relationship between, first, Ethypharm and a

18 company called Rimafar and then -- and then

19 Ethypharm and Laboriatorious Belmac.

20        Was there a time that Ethypharm Spain    09:53:15

21 was having business dealings with a company called

22 Rimafar S.A.?

9 (Pages 30 to 33)

Page 34

1   A.  Absolutely.                                    09:53:34

2   Q.  Do you recall -- let me just --

3       MR. STEWART:  Let's have marked as the

4 next two exhibits -- yeah, yeah.  Actually, let's

5 do this one as well.                                 09:53:49

6       Exhibit 2 is a fax dated January 29,

7 1999.

8       (Leduc Deposition Exhibit No. 2 was

9       marked for Identification.)

10      MR. STEWART:  And then Exhibit 3,              09:54:23

11 another fax dated February 8, 1991.

12      (Leduc Deposition Exhibit No. 3 was

13      marked for Identification.)

14      MR. BOSTWICK:  Are you requesting that

15 he look and read both of these or . . . ?           09:55:13

16      MR. STEWART:  I just want to give him a

17 chance to look them over quickly.

18 BY MR. STEWART:

19   Q.  Do you -- do you recognize these

20 documents, Mr. Leduc, as copies of faxes that        09:55:27

21 were -- that pertained to Ethypharm Spain's

22 relationship with Rimafar?

---

Page 35

1   A.  Yes, of course.  That was sent to Eddie       09:55:58

2 from Spain and also it's a letter to Eddie from

3 France.  It says discussions with Adolfo de

4 Basilio, who is responsible for France -- or for

5 Spain, were coordinated from France.                09:56:26

6   Q.  Okay.  And you were a recipient of these

7 two documents.  Correct?

8   A.  Yes.

9   Q.  Describe for me, please, when -- first,

10 when did Ethypharm Spain begin dealing with          09:56:43

11 Rimafar S.A.?

12   A.  The exact date, I don't have a precise

13 memory.  Let's say in maybe 1990, that corresponds

14 to a change, were forced to find a way to

15 manufacture in Spain.                                09:57:27

16      Since until 1992, it was not possible in

17 Spain to import from the city products in bulk, and

18 so the only solution was to manufacturer them in

19 Spain.

20   Q.  Was that as -- that as a matter of           09:57:55

21 Spanish law?

22   A.  (In English) Yes.

---

Page 36

1       (Through the Interpreter) And in 1992,        09:58:00

2 European law that was enforced forced Spain to open

3 its borders but with a ten-year schedule for

4 enforcement, so we still have to.  So we were in    09:58:35

5 the plant of the Made laboratories in Made.

6   Q.  Of the?

7   A.  The plant of the Made laboratory, which

8 was a subsidiary of the S.A. group.

9   Q.  How do you spell "Made"?

10   A.  M-A-D-E.                                      09:58:55

11   Q.  Okay.

12   A.  The operations of Ethypharm -- Ethypharm

13 Spain were beginning to expand a lot, and it was no

14 longer possible to stay at Made, only for room       09:59:26

15 issues, capacity.

16   Q.  What was the -- well, what was the

17 business of Ethypharm Spain?

18      MR. BOSTWICK:  Objection.  Vague.

19      THE WITNESS:  We're just products with

20 the Spanish Department of Health and find the        09:59:46

21 licensees in Spain and manufacturer for them.

22

---

Page 37

1 BY MR. STEWART:                                      09:59:57

2   Q.  What products were being manufactured by

3 Ethypharm Spain in the period 1990 to 1992?

4   A.  We contacted Rimafar.  Rimafar was, at        10:00:25

5 the time, a plant.  And one plant told us that

6 they were interested in manufacturing for third

7 parties, and with transfer of our technologies and

8 working under our control without having to do a

9 specific pharmaceutical laboratory.

10      I think at the time our problems are          10:01:07

11 with four products: Felodipine, Vincamine,

12 Aspirine, and mostly Omeprazole and Lanzoprazole

13 also.  And that was important, because in Spain it

14 was allowed and not in France to manufacture

15 Omeprazole.                                          10:01:40

16   Q.  Was that because in Spain Spanish law

17 did not recognize the patent that was -- that was

18 held in Omeprazole?

19   A.  Yes, as I said the law changed in '92.

20 And the products that were registered before '92,    10:02:22

21 whether or not they were patented in their country

22 of origin, weren't enforced in Spain.

10 (Pages 34 to 37)

Page 38
10:02:32

1   Q.   Who -- so in, let's say, 1991, what
2 products was -- what products were being
3 manufactured by Ethypharm Spain?
4   A.   That's what I mentioned a little while
5 ago. Maybe I forgot one or two and maybe          10:03:04
6 Viclofenac also.
7   Q.   So Felodipine, Vincamine, Aspirine and
8 Metrazole and Omeprazole?
9   A.   And Viclofenac.
10   Q.   Could you -- how do we spell that?        10:03:20
11   A.   The active principal of the Voltaren in
12 the United States, V-I-C-L-O-F-E-N-A-C.
13   Q.   What is it used for?
14   A.   Oh, pain.
15       (In English) Sorry, sorry.                 10:04:02
16 BY MR. STEWART:
17   Q.   So who held the -- what -- which --
18 which companies or company held the patent on
19 Omeprazole?
20   A.   I think we filed the patents for         10:04:36
21 Omeprazole at Ethypharm Spain because that's where
22 we had to perform the development -- oh, finalize

Page 39
10:04:47

1 the development. Because the studies were
2 initiated, it took us about seven or eight years to
3 develop this product and it was in France and some
4 also in Canada.
5   Q.   Did AstraZeneca also have a patent on     10:05:10
6 Omeprazole?
7   A.   Absolutely.
8   Q.   What other companies, to your knowledge,
9 claim patents on Omeprazole?
10       MR. BOSTWICK: Objection. Time frame.      10:05:31
11 BY MR. STEWART:
12   Q.   1992 and earlier. Actually, I'm
13 interested -- I'm interested in the -- in what
14 companies had patents in 1992.
15   A.   There were probably four or five          10:05:59
16 companies that did also a lot of work on Omeprazole
17 but very few got patents. And furthermore, there
18 are -- few of them did not see the patent cancelled
19 later.
20       For example, there was a Turkish company   10:06:24
21 for which Ethypharm filed for proposition in Europe
22 but their patent was never delivered.

Page 40
10:06:42

1       And even recently in Spain, STV, a large
2 producer, we obtained the application of that
3 patent. They no longer have a patent. There
4 aren't very many companies, the companies at
5 Ethypharm that had patents in all the countries,    10:07:02
6 recognize and confirmed in all countries. And
7 that's why, for us, this product has a value that
8 it doesn't have for others.
9   Q.   So in the period 1992 through 2003, did
10 Ethypharm have -- have a valid patent on            10:07:39
11 Omeprazole?
12       MR. BOSTWICK: I'm going to object on
13 the Phase II grounds here.
14       THE WITNESS: The patents were not
15 delivered in all countries during that period. We  10:08:10
16 had initial patents but they were our improvements
17 also. It's a series of patents. It's not only one
18 patent.
19 BY MR. STEWART:
20   Q.   All right. Just a couple of more         10:08:26
21 questions in this area, just for background, and
22 then I'm done.

Page 41
10:08:37

1       Did Ethypharm have a license arrangement
2 with AstraZeneca with regard to Omeprazole?
3       MR. BOSTWICK: Objection. Phase II.
4       THE WITNESS: Yes. But later in 1990 --
5 in '90, '91, '92, no, the agreements with           10:09:09
6 AstraZeneca must have been as far as I remember
7 1996.
8 BY MR. STEWART:
9   Q.   Okay.
10   A.   Or later.                                 10:09:28
11   Q.   Okay. Okay. So did Ethypharm Spain and
12 Ethypharm -- well, withdraw that.
13       Did Ethypharm Spain reach an agreement
14 with Rimafar S.A. in the period 1991?
15   A.   Do you say Ethypharm Spain or Ethypharm  10:10:08
16 S.A.?
17   Q.   Well, first, let's take Ethypharm Spain.
18   A.   Okay. I think I was -- I think I was
19 clear on one point. Ethypharm Spain was there to
20 administer things, but all the decisions,           10:10:49
21 especially about agreements were made by Ethypharm
22 France, and that's why I asked the question.

11 (Pages 38 to 41)

Page 42

1    Q.  Fine. Then let's -- the -- was an    10:10:58
2 agreement reached between Ethypharm France and
3 Rimafar?
4    A.  An agreement was discussed in detail.
5 Since one day, and to date, that has been the case.    10:11:40
6 That's why we had a meeting in Madrid.  That was
7 Mr. Debrégeas, myself, Adolfo de Basilio.  And for
8 the other side, Guys Deliana and one or two other
9 team persons from Buenos Aires, including perhaps a
10 consultant who was a former director of Juan Bulonk    10:12:13
11 (phonetic).  I'm not sure, but I think there was at
12 least -- and one other person.  And they started
13 sending an agreement that had been exchanged
14 between us and that maybe included 20 pages.
15    And I left the meeting because I had to    10:12:50
16 go back to Paris that evening.  And when I left we
17 had finished signing approximately one-third of the
18 contract, and the rest had been discussed through
19 exchanges, I believe.  And to my surprise -- to my
20 surprise, after I left, they went to a restaurant    10:13:35
21 and they never finalized the rest of the -- of the
22 agreement.

Page 43

1    And I understand from Patrice Debrégeas    10:13:53
2 that it was difficult afterwards because they did
3 not seem to really want to pursue the discussion.
4 But in the morning, 37 we were in agreement,
5 everything was moving forward normally.    10:14:09
6    Q.  Would you describe, please, what the --
7 the basic terms of the agreement between Ethypharm
8 and Rimafar.  And when I say "Ethypharm," I mean
9 Ethypharm Spain -- Ethypharm France as being
10 administered through Ethypharm Spain.    10:14:31
11    MR. BOSTWICK:  Objection.  Ambiguous.
12    THE WITNESS:  And I say that is
13 relatively simple because it's like this in all the
14 countries of the world.  And that was the case in
15 the previous agreements that we had with BASF.    10:15:02
16    So the basis of the agreement, the
17 object was manufacturing for Ethypharm France or
18 Spain or any other company of the Ethypharm group
19 of products in the form of microgranules.  Based on
20 technology and know-how and information from    10:15:59
21 Ethypharm France because everything goes back to
22 the mother company.

Page 44

1    Before transferring the information, the    10:16:25
2 signing of drastic confidential provisions, and the
3 recognition that the products for these products
4 and technologies, the contractor, before knowing
5 us, had absolutely no knowledge of.    10:17:00
6    Even though, maybe, some elements may
7 have been known in some parts of the world, all the
8 companies of the group with which -- with which we
9 have agreements recognize that all the technologies
10 is ours and they didn't have any knowledge of it    10:17:42
11 before.
12    Okay.  The other important point was to
13 make sure that Rimafar had GNP facilities that we
14 could deliver to our customers with reasonable
15 quality, and Rimafar did not have them.    10:18:12
16    So that, as we had done with Made, for
17 our part, which is the manufacturing of
18 microgranules, so we had to train the people and
19 tell them you have to do this, you have to do this,
20 you have to do that, and upgrade the manufacturing    10:19:00
21 level so that they would be able to deliver what
22 was required for both for manufacturing and for the

Page 45

1 other parts.    10:19:12
2    To avoid all problems, we were also the
3 ones who were indicating which equipment had to be
4 purchased, all the size, which size and all the
5 specifications came from us.    10:19:37
6    Q.  Okay.
7    A.  Roughly, manufacturing agreement and
8 know-how to transfer like all pharmaceutical groups
9 do all the time without any problem.
10    Q.  Where was Rimafar's plant?    10:20:02
11    A.  Zaragoza.
12    Q.  And did Rimafar make any pharmaceutical
13 products for Ethypharm before it was purchased by
14 Belmac Corporation?
15    A.  I'm unable to answer precisely.  In my    10:20:33
16 opinion, we had discussions.  Since this contract
17 had not been signed in 1991, we must still have
18 been in discussions.  But I think we had started
19 validation tests and things like that to advance on
20 the technical point, level.    10:21:04
21    But again, we had not reached a final
22 agreement since, once again, we had -- had been

12 (Pages 42 to 45)

Page 46

1 left with that partially signed agreement.    10:21:22

2     What we had already done is that we had

3 some individual secrecy agreements on some elements

4 so we could at least get started and test the

5 validity -- and to test the validity and see if it    10:22:03

6 was possible to go all the way.

7    Q.  Okay.  Now before Belmac Corporation

8 purchased Rimafar, Ethypharm had installed some of

9 its machinery in Zaragoza; is that true?

10    A.  I cannot tell you because I've been    10:22:40

11 clear that on the technical level and I don't

12 follow the solution at that level.  I think I knew

13 at the time but I don't recall.

14    Q.  Okay.

15    MR. BOSTWICK:  Steve --    10:22:58

16    MR. STEWART:  Craig.

17    MR. BOSTWICK:  I have a -- I need a

18 little bathroom break in a minute --

19    MR. STEWART:  Sure.

20    MR. BOSTWICK:  -- or when you get a    10:23:01

21 chance.

22    MR. STEWART:  I'll just -- we'll just

Page 47

1 take care of this point and then we can.    10:23:03

2    MR. BOSTWICK:  No problem.

3    MR. STEWART:  If I can remember.

4    MR. BOSTWICK:  This is four?

5    Yes.    10:23:10

6    (Leduc Deposition Exhibit No. 4 was

7    marked for Identification.)

8 BY MR. STEWART:

9    Q.  Mr. Leduc, I'm showing you what we've

10 marked as Exhibit 4.  And for -- I'd ask if you    10:23:33

11 could look at the attachment to Mr. de Basilio's

12 fax.  And -- and there's an English translation --

13    A.  (In English) okay.

14    Q.  -- and see if that refreshes your memory

15 as to whether machinery, at least some machinery,    10:24:12

16 had been installed in the Rimafar plant.

17    A.  What refreshes my memory in this exhibit

18 is the handwritten note that is there.

19    Q.  Ah.  And who's handwritten note is that?

20    A.  For me, for the first two sentences, the    10:24:39

21 three lines after that, Mr. Debrégeas, and all the

22 rest from me.

Page 48

1    THE INTERPRETER:  Okay.    10:24:55

2    THE WITNESS:  If you will, I will read

3 them to you in French.

4 BY MR. STEWART:

5    Q.  And you'll translate that?    10:24:59

6    THE INTERPRETER:  Okay.

7    MR. STEWART:  And then we'll take a

8 break?

9    MR. BOSTWICK:  Okay.

10    THE WITNESS:  The first sentence is I    10:25:10

11 sent this to Patrice Debrégeas to ask him if he

12 agrees with that.  And so from Patrice, this is a

13 matter that is concerning the roof.  Then,

14 therefore, it is not to be followed by Adolfo.  It

15 must be followed by Gérard Leduc, Pascal Oury, and    10:25:40

16 Patrice Debrégeas.

17 BY MR. STEWART:

18    Q.  And the Adolfo you are referring to is

19 Adolfo de Basilio?

20    A.  I think that's the only Adolfo I know in    10:25:52

21 Spain.  The other -- the other one was Spain, and

22 it goes many years before.  That's also a joke.

Page 49

1    Q.  I understand the jokes.  Those    10:26:08

2 translate --

3    A.  (In English) Okay.

4    Q.  -- just fine, yeah.

5    A.  The product is interesting because I    10:26:16

6 tell Patrice Debrégeas.  And as for me, I don't

7 have any problems as far as I'm concerned.  But as

8 for the technical problems, it was to be clear with

9 Adolfo de Basilio and tell him not to intervene.

10    Similarly, management of the    10:26:46

11 collaboration with Rimafar is your responsibility.

12 That is what I want.  That was the way of this.  So

13 for me, I'm not even going to look in detail these

14 kind of things.  The technical problems is for you

15 to look at.  That this has two consequences and I    10:27:15

16 cannot tell -- first of all, I never went to the

17 Rimafar plant in my life.  And I can be out of

18 order by dates because I'm totally unable to

19 remember exactly because I was not following that.

20    Q.  Okay.    10:27:42

21    A.  But, however, I can tell you that the

22 fact that I was writing this to my partner is rare

13 (Pages 46 to 49)

Page 50

10:27:53
1 that I was writing things like that. It meant that
2 the agreement was still not signed and it was
3 beginning to create intellectual -- intellectual
4 problems for me, not because of Patrice Debrégeas
10:28:19
5 but because of the fact that the others -- the
6 others were not doing the work as we had planned,
7 even though it had been agreed that it was
8 necessary.
9     Q.  Okay.  And then, finally, then we'll go.
10      When you say that you've never been to     10:28:33
11 the Rimafar facilities --
12      We should have marked on the --
13      THE INTERPRETER:  Neither had Belmac
14 or --
15 BY MR. STEWART:     10:28:47
16    Q.  Wait a minute.  So you've never been to
17 the plant at Zaragoza, either when the plant was
18 owned by Rimafar or when the plant was owned by
19 Laboratorious Belmac?
20    A.  No, one plant before.     10:29:07
21      MR. STEWART:  Okay.
22      Let's take our break.

Page 51

10:29:14
1      THE VIDEOGRAPHER:  This ends tape number
2 one of the Leduc deposition.  The time is 10:29:05.
3      Off the record.
4      (Whereupon, at 10:29:05 a.m., a recess
5 was taken, and the proceedings resumed at     10:29:21
6 10:40:15 a.m., this same day.)
7      (Leduc Deposition Exhibit No. 5 was
8      marked for Identification.)
9      THE VIDEOGRAPHER:  On the record with
10 tape number two of the testimony of Gérard Leduc in     10:40:17
11 the matter of Ethypharm versus Bentley
12 Pharmaceuticals.  The date is July 15, 2006.  The
13 time is 10:40:15.
14 BY MR. STEWART:
15    Q.  Mr. Leduc, during the break, we've     10:40:33
16 marked a document with a date of November 29, 1991,
17 and the Spanish title is Contrato De Fabricación,
18 and it's been marked as -- okay.
19      And that this has been marked as Exhibit
20 5?  Okay.     10:41:07
21      Do you recognize Exhibit 5?
22    A.  Yes.

Page 52

10:41:13
1    Q.  And what is this document?
2    A.  That's the document I was referring to
3 earlier when I said that some pages had been signed
4 exactly, and I see six pages, and that's
5 exactly six pages.     10:41:39
6    Q.  Okay.  Whose -- the agreement is between
7 on the -- as it -- as it shows on the first page
8 between Ethypharm S.A. Spain and Laboratiorious
9 Rimafar S.A.; is that right?
10      MR. BOSTWICK:  Objection.     10:42:04
11 Characterization.
12 BY MR. STEWART:
13    Q.  And I'll -- I'll make -- I'll make clear
14 that it is a draft of that.
15    A.  Yes.     10:42:21
16    Q.  Yes, okay.  Whose handwriting appears on
17 the -- on the document?
18    A.  Pérez de Ayala and Patrice Debrégeas,
19 right, Patrice Debrégeas.
20    Q.  And Pérez de Ayala is listed as the     10:42:45
21 director general of Rimafar; is that right?
22    A.  Yes, Rimafar is a purely Spanish

Page 53

10:43:04
1 company.
2    Q.  Okay.  And at the time that this -- at
3 the time that this document was initialed had the
4 United States Belmac Corporation purchased Rimafar
5 to your knowledge?     10:43:24
6    A.  No, I don't think so.
7    Q.  Have you had any contact with the U.S.
8 Belmac Corporation, later that became Bentley?
9      MR. BOSTWICK:  Objection.  Time frame.
10 BY MR. STEWART:     10:43:50
11    Q.  At any time from November 29, 1991,
12 earlier.
13    A.  Concerning Rimafar, no.
14    Q.  Have you had any contact with Belmac
15 Corporation U.S., later Bentley, in any other     10:44:08
16 capacity?
17    A.  When?
18    Q.  1991.
19    A.  What I remember clearly is in the
20 discussions with the Belmac Corporation.  And when     10:44:52
21 I say "Belmac," it's Belmac U.S. because I only see
22 one person in the U.S.  It was the president,

14 (Pages 50 to 53)

Page 54
10:45:03

1 first, with Jean-Francois Rossignol, who was in
2 Tampa I believe. Before the purchase of Rimafar,
3 yes, we discussed it with somebody I've known for
4 20 years. Jean-Francois Rossignol, I was
5 discussing it with him when it was with Carloerbe    10:45:34
6 in New York on other projects.
7    Q.   Carlo?
8    A.   Carloerbe. It's an Italian group.
9    Q.   How do we spell Carloerbe?
10    A.   C-A -- C-A-R-L-O-E-R-B-E.    10:45:52
11       But I don't see what that has to do with
12 what's the matter at hand. It's a completely
13 different subject. I don't know exactly when
14 Belmac Corporation bought Rimafar. But what I know
15 is that for all -- on all these important matters    10:46:31
16 concerning Spain, we were able to discuss jointly
17 with the U.S.
18    Q.   Okay. Pérez de Ayala was the -- well --
19 is -- was the director general of Rimafar at the
20 time of this draft agreement. Correct?    10:46:52
21    A.   Yes.
22    Q.   And he continued as director general

Page 55
10:47:09

1 after the U.S. Belmac Corporation acquired Rimafar.
2 Correct?
3       MR. BOSTWICK: Objection. Time frame.
4       THE WITNESS: Yes, I think so.
5 BY MR. STEWART:    10:47:19
6    Q.   Okay. What was your first -- what was
7 your first contact with the U.S. Belmac Corporation
8 following the purchase of -- by Belmac Corporation
9 of Rimafar?
10    A.   We had contacts I think -- and I think    10:47:58
11 with Rossignol.
12    Q.   Who was -- who is Rossignol?
13    A.   He was the president of Belmac before
14 Jim Murphy. And afterwards, with Mr. Murphy
15 directly.    10:48:21
16    Q.   Do you have in mind a date of your first
17 contact with Belmac Corporation?
18    A.   No.
19    Q.   Okay.
20       MR. STEWART: (To Mr. Mingolla) Let's    10:48:57
21 have two documents but it came to three actually.
22 This one (indicating.)

Page 56
10:49:01

1 BY MR. STEWART:
2    Q.   To your knowledge did the U.S. Belmac
3 Corporation have any manufacturing facilities when
4 it purchased Rimafar?
5    A.   When?    10:49:28
6    Q.   In the United States.
7    A.   I don't think it had an American
8 presence. They had headquarters that's for sure
9 and different laboratories. And I have developed
10 that product in India and in China. And Ethypharm    10:50:00
11 France is driving things there.
12       And the fact that you don't have a
13 facility in the United States doesn't mean that
14 you're not in charge of operations. But I don't
15 think they had manufacturing facilities in the U.S.    10:50:29
16    Q.   Okay. Did Belmac Corporation U.S., to
17 your knowledge, have any -- was it in the business
18 of manufacturing microgranules?
19    A.   No.
20    Q.   Okay. Okay.    10:50:56
21       MR. STEWART: Do we have -- we're going
22 to mark a couple of exhibits.

Page 57
10:51:00

1       First, a -- another draft of a Contrato
2 De Fabricación with a fax cover posted, dated
3 March 31, 1992. The draft agreement date is
4 March 24, 1992. That would be six.
5       Oh, sorry. The translation should be    10:51:42
6 clipped. There you go.
7       Then a letter dated June 23, 1992, from
8 Mr. Leduc.
9       And a letter -- a facsimile transmission
10 from Angel Pérez de Ayala to Mr. Leduc.    10:52:29
11       (Leduc Deposition Exhibit Nos. 6
12       through 8 were marked for
13       Identification.)
14 BY MR. STEWART:
15    Q.   Mr. Leduc, you're aware that at some    10:53:11
16 time after U.S. Belmac Corporation acquired Rimafar
17 that Rimafar's name was changed to Laboratorious
18 Belmac S.A.; is that correct?
19    A.   Yes.
20    Q.   Okay. And have you -- if you take a    10:53:36
21 look at the document we've marked as Exhibit 6,
22 dated March 24, 1992.

15 (Pages 54 to 57)

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**

JT-A-836

Page 58

```
1    A.  Yes.                                          10:53:55
2    Q.  Do you know who prepared this document?
3    A.  No.
4    Q.  Did you ever review it?
5    A.  I probably have read it, yes. I don't         10:54:16
6 recall.
7    Q.  And was -- was this document ever signed
8 to your knowledge?
9    A.  I don't think it was signed but I'm not
10 sure.                                               10:54:44
11   Q.  Okay.
12   A.  If I read now, I think some things are
13 missing, so I don't think it was signed like this.
14   Q.  Okay. What was your responsibility with
15 respect to contracts of this type?                  10:55:08
16       MR. BOSTWICK: Objection. Vague. And
17 time frame.
18       MR. STEWART: The time frame I will put
19 in 1992.
20       MR. BOSTWICK: My other objection           10:55:29
21 stands.
22       THE WITNESS: For manufacturing
```

Page 59

```
1 contracts, I was taking a look at them and was      10:55:36
2 giving my agreement. But the manufacturing
3 portion, like I indicated before, was not something
4 I was supervising; that the legal issues and the
5 know-how and the coverage and partition that, yes,  10:56:06
6 I was looking at very thoroughly. And that's the
7 tenor of my reply of June 23rd.
8 BY MR. STEWART:
9    Q.  So was it your -- was it understood
10 in -- in Ethypharm that contracts of this type      10:56:29
11 needed your approval before they would be signed?
12       MR. BOSTWICK: Pardon me. Same
13 objections.
14       THE WITNESS: It's not as formal as
15 this, but, let's say, that I have to look at them,   10:57:05
16 and if I had comments about that, yes, I was
17 supposed to make my comments.
18 BY MR. STEWART:
19   Q.  Did you make any comment that this
20 document was to be signed between Ethypharm S.A.     10:57:17
21 and Laboratorious Belmac S.A. and not between
22 Ethypharm S.A. and Laboratorious Belmac S.A. and
```

Page 60

```
1 Belmac Corporation U.S.A.?                           10:57:32
2    A.  Okay. I did make that, kind of,
3 comment, but I indicated in my letter that -- I
4 said in my letter that things weren't in agreement,
5 that Pérez de Ayala was sending us things that       10:58:40
6 obviously were discussed with the United States.
7       The big difference was that before
8 Rimafar was in Spain and now you always had to
9 wait, there were always gaps. It was clear that
10 things had to be discussed with the United States,  10:59:07
11 it was the only solution. Nothing was happening
12 anymore in Spain. They had lost -- that had lost
13 the autonomy because their mother company had
14 changed their name.
15   Q.  My question is: Did you ever consider   10:59:27
16 having Belmac Corporation U.S. be part of the
17 manufacturing agreement?
18   A.  At that time, no. There was no reason.
19 The strategy and decisions were made both by Paris
20 and by the United States. And the music was played  11:00:12
21 in Spain. It's just like writing a score, and then
22 after that, you have musicians who played, and
```

Page 61

```
1 that's exactly that.                                 11:00:37
2       But it was considered later, because
3 several years later Jim Murray asked us if it was
4 possible to have an agreement with a transfer to
5 the United States. The same thing, if you had had   11:01:00
6 a company in Scandinavia, I assume it's the United
7 States would have asked us. That's normal.
8    Q.  I don't understand that last part.
9       Would have asked what?
10   A.  That's an example, when you transfer    11:01:36
11 know-how, you will discuss with a mother company
12 the technique and the detail. You do that with a
13 subsidiary, but the -- all the -- all the important
14 things other than the mother company. Even if it
15 is signed locally, that doesn't change anything.    11:01:55
16       I want to make a comment at this level.
17 It is so obvious that I'm wondering why the
18 question was asked three or four times.
19   Q.  Which question was that?
20   A.  Why you were discussing with the United  11:02:37
21 States and why it was not done only with Spain.
22 It's as simple as that. All of the questions bring
```

16 (Pages 58 to 61)

Page 62
11:02:54

1 back to that point. When the Rimafar or Belmac
2 Spain sends something for an agreement, it's always
3 France that receives them and discusses them.
4    Q.  Well, I'm a little lost in terms of your
11:03:19
5 question to me but let me — let me go on.
6        At the time of Exhibit 6, March of 1992,
7 had you had any discussions of any kind with Jim
8 Murphy?
9    A.  I don't recall. I don't think he had —
11:03:56
10 he was there at that time.
11    Q.  Okay. Let's turn to Exhibit 7 I think
12 you have in front of you.
13    A.  (In French) Oui.
14    Q.  In the letter would you read, please,
11:04:16
15 the fourth paragraph. Actually, let's start with
16 the third paragraph.
17    MR. BOSTWICK:  To himself?
18    MR. STEWART:  No, out loud please.
19    MR. BOSTWICK:  You want him to read that
11:04:35
20 in French out loud?
21    MR. STEWART:  Yes, I just want to have
22 the translation to make sure we're set on that.

Page 63
11:04:45

1    MR. BOSTWICK:  I'm just —
2 BY MR. STEWART:
3    Q.  "I suggest you insisting with."
4    A.  "I suggest you insist with
11:04:47
5 Mr. Jean-Francois Rossignol so that I can finally
6 have a direct relationship to settle this issue. I
7 have left many messages at Belmac, both in France
8 and the United States for more than three months
9 without having any feedback."
10    Q.  Okay. Who did you — who did you leave
11:05:17
11 the messages with in Belmac in France?
12    A.  I think I requested a conversation with
13 Jean-Francois Rossignol.
14    Q.  Did you — did the U.S. Belmac
15 Corporation have an office in France?
11:05:42
16    A.  They had a subsidiary in France, yes.
17    Q.  Okay. And who did you leave messages
18 with at Belmac Corporation in the U.S.?
19    A.  Suddenly the same thing, to try to have
20 Rossignol on the phone.
11:06:09
21    Q.  Okay. And turn —
22    A.  The reason, a blocked situation in

Page 64
11:06:22

1 Spain, we were discussing but there was no
2 possibility.
3    Q.  I'm sorry, what was that, the reason?
4        THE INTERPRETER:  The reason was a
11:06:30
5 blocked situation, the situation in Spain —
6    Q.  Once blocked?
7        THE INTERPRETER:  — we were discussing,
8 there was no possibility.
9        THE WITNESS:  (In English) No decision
11:06:35
10 from the Spanish.
11 BY MR. STEWART:
12    Q.  Would you look at the fax from Mr. Pérez
13 de Ayala to mister — to yourself Mr. Leduc,
14 Exhibit 8.
11:06:59
15        Is this Mr. Pérez de Ayala's response to
16 your letter of — to your fax of June 23, 1992?
17    A.  Yes, it's a reply.
18    Q.  And did you ever receive a response from
19 Belmac Corporation in the United States?
11:07:43
20    A.  I cannot confirm or not. What I know is
21 that I finally got — well, seen y'all at one time
22 or another that's for sure.

Page 65
11:08:12

1    Q.  Take a look at the letter that Mr. Pérez
2 de Ayala wrote to you. Paragraph — he has a point
3 sixth, I think he calls it. And I'm — I will read
4 that to you and you could, perhaps, translate that.
5 All right?
11:08:36
6        "The relationship between Rimafar and
7 Ethypharm is previous to the appearance of our
8 president Mr. Rossignol and I am obliged to clarify
9 this point myself."
10        What — what did you understand him to
11:08:59
11 mean by that?
12    A.  I understood by that, I'm still the one
13 in charge of the relationship and we must move
14 forward, and I'm still in charge.
15    Q.  That is Mr. Ayala saying he was —
11:09:29
16    A.  (In English) Yes.
17    Q.  — still in charge?
18    A.  Yes.
19    Q.  Let's turn to, let's see, Manifesta.
20 The fax cover sheet of October 11, 1992, from
11:09:45
21 Adolfo Basilio — de Basilio with an attached
22 document called Manifesta.

17 (Pages 62 to 65)

Page 66

1        (Leduc Deposition Exhibit No. 9 was       11:10:04
2        marked for Identification.)
3 BY MR. STEWART:
4    Q.  Okay.  Do you recognize that exhibit --
5 that Mr. de Basilio's fax was addressed to       11:10:44
6 Mr. Debrégeas and yourself, Mr. Leduc?
7    A.  Yes.
8    Q.  And can you tell us what this -- what
9 this Manifesta -- Manifesta was?
10   A.  Two things.  I don't see any handwritten   11:11:17
11 things by me.  I see one from Patrice.  I don't see
12 anything from me.  It is about the communication of
13 a purely technical elements, at least machinery to
14 be used for manufacturing and technical documents,
15 completely technical, as a type of agreement that  11:12:00
16 is normal to do locally.  And I question the fact
17 that they had to look very thoroughly at these
18 kinds of things.
19   Q.  So did you say that you -- that you --
20      THE INTERPRETER:  I doubt -- he doubts    11:12:27
21 the fact.
22      MR. STEWART:  You doubt that you.

Page 67

1       THE INTERPRETER:  That's right.  Doubts.   11:12:32
2       MR. STEWART:  Okay, fine.
3 BY MR. STEWART:
4    Q.  Who was going to be -- which company was
5 going to be the production of the pharmaceutical    11:12:35
6 products of Ethypharm?
7    A.  By law, it was the ones who were holding
8 a fee chart, so it was a Spanish company.  There
9 was no way to do it otherwise.
10   Q.  So that would have been Laboriatorious     11:13:06
11 Belmac?
12   A.  Yes, it was total obligation.
13   Q.  Okay.  And Laboriatorious Belmac had a
14 manufacturing facility in Zaragoza, Spain.
15 Correct?                                           11:13:22
16   A.  Yes.
17   Q.  What was your understanding as to the
18 number of employees that Laboriatorious Belmac had
19 at the plant and at its headquarters from -- at any
20 time from 1992 to 2002?                            11:13:35
21      MR. BOSTWICK:  Objection.  Form.
22 Ambiguous.

Page 68

1       THE WITNESS:  Since I never went there,     11:13:54
2 it's a little difficult.  But I imagine there might
3 have been something like between 70 and 120, 130
4 people.
5 BY MR. STEWART:                                    11:14:13
6    Q.  And as I understand it, Ethypharm had
7 supplied machinery for the manufacturer of micro
8 pellets; is that correct?
9    A.  Probably, yes.  Again, I cannot get into
10 the details of the technical part but I believe    11:14:41
11 it's correct.
12   Q.  Okay.  In addition to that -- that
13 machinery, are you aware of what other machinery
14 Laboriatorious Belmac had at Zaragoza?
15   A.  No, same answer.  I do not -- I know        11:14:57
16 nothing about that.
17   Q.  Would you describe, please, the
18 financial arrangements between Laboriatorious
19 Belmac and -- and Ethypharm.  Who was being paid
20 for what?                                          11:15:19
21      MR. BOSTWICK:  Objection.  Vague.  And
22 time frame.

Page 69

1       MR. STEWART:  The time frame is -- let's    11:15:29
2 take it -- I'm interested in the financial
3 arrangements from 1992 through 2002.  I understand
4 they may have changed.
5       MR. BOSTWICK:  Same objection.            11:15:46
6 BY MR. STEWART:
7    Q.  Can you answer my question?
8    A.  I'm going to answer on a general level.
9 When one does a contracting agreement with someone,
10 you try to understand what price they're going to   11:16:11
11 be able to manufacturer, given their local labor
12 costs, and you try to negotiate something where
13 both have an acceptable margin.  And this after
14 that is translated into either royalties or --
15      THE WITNESS:  (In English) Margin.        11:16:56
16      THE INTERPRETER:  Margin.
17      THE WITNESS:  In the case of Belmac
18 Spain, there was an important additional element.
19 They had understood that the -- all the product
20 that we were developing was very important for the  11:17:14
21 Spanish market.
22      And they quickly -- they quickly

18 (Pages 66 to 69)

**Page 70**

1 discussed the fact that they could have the   11:17:27

2 manufacturing for -- for their own products. There

3 was a very high interest for us for their classical

4 Spanish -- for them, yeah, for them, sorry, for

5 them for their classical Spanish business.   11:17:46

6 BY MR. STEWART:

7    Q.   When you say classical Spanish

8 business --

9         THE INTERPRETER:  They're unusual or

10 they're normal.   11:17:54

11        THE WITNESS:  Yeah, generics were their

12 important business.

13 BY MR. STEWART:

14    Q.   What was your understanding of their, as

15 you put it, their classical business, their usual   11:18:07

16 business?

17        THE INTERPRETER:  What was that?

18 BY MR. STEWART:

19    Q.   What -- what is -- what is -- what is

20 your understanding, Mr. Leduc?   11:18:15

21        MR. BOSTWICK:  Objection.  Vague.

22        THE WITNESS:  Their classical activities

**Page 71**

1 was the manufacturing of generic products for the   11:18:28

2 Spanish market and then to be able to do it for

3 other territories outside.  They always wanted to

4 do that.

5 BY MR. STEWART:   11:18:40

6    Q.   So what I'm -- what I'm trying to

7 understand, and I have some knowledge of it but not

8 complete, what were the elements of the -- of the

9 deal between Ethypharm and Ethypharm Spain?

10        MR. BOSTWICK:  Objection.   11:19:07

11 Characterization and form.

12        THE WITNESS:  (In English) Saint Paul,

13 we give you -- we transfer to you all the details

14 out to the manufacturing of several products.

15 including Omeprazole.  We give you also --   11:19:37

16        (Through the Interpreter) We'll transfer

17 to you what is necessary for the manufacturing of

18 several products.  The same thing for all that is

19 related to manufacturing.  We are able to tell you

20 which machine to use, et cetera.   11:19:54

21        The same thing for analytical

22 techniques.  Then you tell us what it costs to

**Page 72**

1 manufacturing -- to manufacture in acceptable   11:20:09

2 quantities.  And then we agree on the role by which

3 you have one part of the margin and we have the

4 other part.

5        At this point, I hope since you asked   11:20:34

6 your question, about which you have complete

7 knowledge, you understand the difference between

8 having a registration with a department with

9 registration papers and being able to manufacture

10 the product, which is completely different.   11:21:06

11        Because in the case of Omeprazole with

12 Rimafar, I believe had the technical documents that

13 were coming from a third party.

14 BY MR. STEWART:

15    Q.   For manufacturer or for registration?   11:21:29

16    A.   For both.  That means they didn't have

17 the technology.  They had the registration know-how

18 but not the manufacturing know-how.  What was

19 missing was the manufacturing, that was the

20 interest for us to have that.   11:21:59

21    Q.   You've -- you've gone into an area which

22 I am going to pursue not long but --

**Page 73**

1    A.   (In English) Okay.   11:22:08

2    Q.   -- before we do that, I want to finish

3 our discussion regarding the financial deal?

4    A.   (In English) Please go ahead.

5    Q.   Okay.  The -- as I understand it,   11:22:16

6 Ethypharm sold finished micro pellets of Omeprazole

7 to Laboratorious Belmac so that it could sell to

8 its own customers; is that correct?

9        THE INTERPRETER:  Did you say Belmac

10 Spain?   11:22:51

11        MR. STEWART:  Laboritorious Belmac.

12        THE WITNESS:  No.

13 BY MR. STEWART:

14    Q.   No.  Did Ethypharm sell Belmac --

15 sell -- sell anybody tablets that it had -- that   11:23:05

16 Belmac had manufactured?

17    A.   First of all, it's a little upsetting

18 that there's no tablets.  We've been talking about

19 capsules from the beginning.

20    Q.   Sorry, sorry.  No, I --   11:23:32

21    A.   He said the basic problem so.

22    Q.   No, I should have -- I should have

19 (Pages 70 to 73)

**Page 74**
11:23:38

1 corrected it myself. I knew that. Okay. Sorry.

2    Okay. So —

3    A.  The pattern is exactly opposite to what

4 described in the -- at first. We just left out the

5 equipment to do the manufacturing, the registration    11:24:10

6 of the products, et cetera. And for our --

7    Q.  Yes.

8    A.  -- Spanish customers, we had to

9 manufacture locally, and Belmac had to too, and

10 that's what they did actually. They could not sell    11:24:36

11 to third parties. They had to sell directly to our

12 customers or to customers if they found some, but

13 with our agreement. And their interest was to have

14 this publication margin because, for us, Belmac

15 Rimafar was a manufacturing plant, nothing else.    11:25:13

16    As such, we gave them later a list of

17 our customers and prices and putting forth some

18 experts, like we did. And that's the parent.

19    Q.  All right. When you say that Ethypharm

20 had to manufacture locally, as I understand it,    11:25:51

21 that means that Ethypharm needed to have a Spanish

22 manufacturing facility; is that right?

**Page 75**
11:26:22

1    A.  Yes, or have an agreement with the

2 Spanish manufacturer.

3    Q.  Okay. And was there a certificate? Was

4 there a license that, or some other official

5 document, that Belmac needed, Laboratiorious Belmac    11:26:37

6 needed, from the government of Spain?

7    MR. BOSTWICK: Objection. Vague.

8    THE WITNESS: Of course. A fecha.

9 BY MR. STEWART:

10    Q.  A fecha?    11:26:59

11    A.  I am unable to translate.

12    Q.  Okay.

13    A.  In Spanish it's called a fecha.

14    Q.  Okay. And --

15    A.  These are things that could be    11:27:10

16 purchased. It was expensive at the time but.

17    Q.  Okay. And Belmac -- Laboratiorious

18 Belmac had that fecha?

19    A.  Yes.

20    Q.  Okay. Now I understand that    11:27:21

21 Laboratiorious Belmac marketed its own brand of

22 Omeprazole called Belmazol.

**Page 76**
11:27:41

1    MR. BOSTWICK: Objection. Time frame.

2 BY MR. STEWART:

3    Q.  And between --

4    A.  Yes.

5    Q.  -- 1990 -- at any time between 1992 and    11:27:45

6 2002.

7    A.  At any time, I don't know. But at this

8 other time, yes. Yeah, there were these products

9 and I think they had started a registration within

10 an agreement that they could not make these    11:28:14

11 products with Andromaco or STV, I don't remember,

12 our competitors.

13    Q.  Did you say that they did -- that

14 they -- that that Belmac was entering into

15 agreements with your competitors?    11:28:35

16    A.  I think they had agreements for the

17 registration before they had asked to be able to

18 use our -- okay, yeah. Before -- before being able

19 to use our manufacturing for their products.

20    Q.  But at some point did Ethypharm agree    11:29:19

21 that it would sell to Belmac, sell to

22 Laboriatorious Belmac, the Omeprazole product for

**Page 77**
11:29:33

1 them to, in turn, sell to Laboriatorious Belmac

2 customers?

3    A.  In pharmacy, first of all, when you

4 change manufacturing and manufacturing is not the

5 same you have to file these verifications with the    11:30:09

6 departments. When they asked us and they said we

7 purchase from third parties, so I think it was just

8 like the launch. I'm not absolutely sure. And

9 they probably came to see us and they said we know

10 the Spanish market. We can probably bring you    11:30:50

11 customers. Why not discuss this? And that's all.

12    Q.  Did Ethypharm ever sell Omeprazole to

13 Laboratiorious Belmac for its own use?

14    MR. BOSTWICK: Objection. Vague.

15    THE WITNESS: This has been definitely    11:31:44

16 discussed when Belmac saw that we had developed a

17 very stable formulation using water instead of the

18 organic excepient. And knowing that, in pharmacy,

19 organic excepients disappear more and more for

20 environmental reasons and also for toxicity    11:32:12

21 reasons.

22    And they asked us if it would be

20 (Pages 74 to 77)

Page 78

1 possible to have a new transfer for this    11:32:27
2 formulation. And we clearly answered that if they
3 were interested we would do it, but based on
4 manufacturing made in France, because we had all
5 the equipment to make this -- to do this    11:32:47
6 manufacturing in France.
7        The problem was that -- the problem was
8 I believe for Spain because you probably have in
9 your files the fact that Jim Murphy also made a
10 request. He was in interested for the United    11:33:11
11 States.
12 BY MR. STEWART:
13    Q. All right. Let me get back to some
14 hopefully simple terms.
15        Did Ethypharm Spain receive invoices    11:33:39
16 from Laboritorious Belmac for payment?
17    A. Probably. But why? I don't know.
18 Maybe we invoiced for excepients or -- perhaps,
19 also, that there was the issue of sharing the
20 margin. So we had to -- to issue invoices.    11:34:25
21        So that during that time, from 1992
22 through 2000, the relationships are directed by

Page 79

1 Claude Dubois but also by the financial director.    11:34:55
2    Q. What's his name?
3    A. Erique Igonet. And I don't know the
4 detail of -- the details of invoicing between the
5 two companies.    11:35:13
6    Q. Did -- did Ethypharm ever receive an
7 invoice from U.S. Belmac Corporation or later from
8 Bentley Pharmaceuticals for anything?
9    A. I don't think there had been any
10 invoice. But what was clear -- what was clear when    11:35:55
11 we had the dissolution of rules or the distribution
12 of new technologies, et cetera, Murphy would come
13 and see Pierre Germain, Claude Dubois, and myself
14 two or three times in Paris. So the rules were set
15 in as detailed a way as possible but, once again,    11:36:39
16 the music was played in Spain.
17    Q. All right. Right now, all I want to
18 know is, is what were the rules? Regardless of who
19 set the rules, I just -- I just want to hear a
20 clear statement of what were the -- what were the    11:36:56
21 terms between Ethypharm and Laboritorious Belmac,
22 regardless of who set the terms, in terms of who

Page 80

1 sold what to whom and what moneys were obtained?    11:37:10
2 That's all I want to know.
3        MR. BOSTWICK: Objection. Vague.
4        THE WITNESS: I already answered the
5 same question --    11:37:29
6        MR. STEWART: Okay.
7        THE WITNESS: -- ten minutes ago.
8 BY MR. STEWART:
9    Q. Okay. All right. Did Ethypharm ever
10 ship any product to Belmac Corporation U.S. or to    11:37:41
11 Bentley in the United States?
12    A. I don't know. What I know is that when
13 we discussed the possibility of license one
14 American laboratory was -- that was --
15        THE INTERPRETER: The name?    11:38:25
16        THE WITNESS: Burks, Manuel & Rosel.
17        There was somebody with us, supplier of
18 raw materials. And were mentioned that if the
19 product was to come from Spain the lab had to --
20 the lab had to inspect at our contractor's Belmac.    11:39:02
21        Some time later we were surprised to see
22 that Bentley was making proposals, no, not making

Page 81

1 proposals. They were doing advertisement saying    11:39:27
2 that they had the ability to manufacture
3 Omeprazole. And we saw signs of the American
4 market that there were proposing to license
5 generics in the United States.    11:39:53
6        MR. STEWART: Can I have my question
7 back to Mr. Leduc please before this answer.
8        (Whereupon, the court reporter read back
9 the pertinent portion of the record.)
10 BY MR. STEWART:    11:40:00
11    Q. Do you have my question? What is the
12 answer to my question?
13    A. What did I answer?
14        (Whereupon, the court reporter read back
15 the previous answer.)    11:47:24
16        THE WITNESS: (In English) No, before.
17 A little bit before I said something.
18        (Whereupon, the court reporter read back
19 the pertinent portion of the record.)
20 BY MR. STEWART:    11:41:23
21    Q. So I don't know? Is that your answer to
22 -- was that your answer to my question?

21 (Pages 78 to 81)

Page 82

```
1        (Whereupon, the court reporter read back    11:41:24
2 the pertinent portion of the record.)
3     A.  I don't know.
4     Q.  You don't know?
5     A.  (In English) No. I don't believe the --   11:41:26
6     Q.  Do you have any information which would
7 suggest to you that Bentley Pharmaceuticals, Inc.
8 ever shipped any product to Ethypharm?
9     A.  Why -- why would Bentley ship products
10 to Ethypharm?                                       11:41:51
11    Q.  I have no idea. I'm asking you -- I'm
12 asking you whether you have any information that
13 Bentley Pharmaceuticals, Inc., ever shipped product
14 to Ethypharm?
15    A.  It's impossible. It's impossible. They      11:42:12
16 are not the ones who manufacture but they was the
17 ones who were deciding whether or not Spain would
18 manufacture for on our behalf.
19        MR. STEWART: Okay. Why don't we take
20 just about 10 minutes. Okay?                        11:42:34
21        MR. BOSTWICK: Okay.
22        THE VIDEOGRAPHER: The time is 11:42:24.
```

Page 83

```
1        Off the record.                              11:42:40
2        (Whereupon, at 11:42:24 a.m., a recess
3 was taken, and the proceedings resumed at
4 11:53:27 a.m., this same day.)
5        THE VIDEOGRAPHER: On the record.             11:53:38
6        The time is 11:53:27.
7 BY MR. STEWART:
8     Q.  Mr. Leduc, would you tell me, please,
9 the people at Laboritorious Belmac in Spain that
10 you had contact with?                               11:53:59
11        MR. BOSTWICK: Objection. Time period.
12        THE WITNESS: When?
13 BY MR. STEWART:
14    Q.  From 1992 to 2002.
15    A.  Perez de Ayala.                              11:54:22
16    Q.  And who was he again?
17    A.  The general manager of Buenos Aires, and
18 later on Bill McSpain. Originally, there was
19 somebody from Onepuike (phonetic). I don't
20 remember the name. Then the contacts, there were    11:54:48
21 several years where I didn't have any precise
22 contacts with -- with Spain but.
```

Page 84

```
1     Q.  What years were those?                      11:55:19
2     A.  Between '96, '97, and 2002, I think. It
3 was essentially people from my side who are
4 managing the normal contacts between both sides.
5 And then, again, contacts with Jim Murphy when he   11:56:23
6 appeared with the Belmac Corporation and then
7 Bentley in the United States.
8        (Interrupted translation.)
9     Q.  Before we get -- before we get to Jim
10 Murphy, let me -- let's go back to Laboratorious    11:56:35
11 Belmac, okay? How about -- how about --
12    A.  Mr. Ariard (phonetic), I don't remember
13 if it was somebody from --
14    Q.  My -- just we're getting a little --
15        THE INTERPRETER: Okay.                       11:57:03
16    Q.  -- at least I'm -- and we're getting a
17 little off with my question.
18        I'm looking for contacts that you had
19 with people at Laboriatorious Belmac in the period
20 1992 to 2000. And you've told me Perez de Ayala.    11:57:14
21        Did you have any contact with Clemente
22 Gonzalez?
```

Page 85

```
1     A.  It's a name that I know, we probably        11:57:48
2 discussed once or twice when he was at meetings,
3 but he was not my -- he wasn't my regular party.
4     Q.  Okay. Did you have contact with Adolfo
5 Herrera?                                             11:58:02
6     A.  That, yes.
7     Q.  Okay. And he was the director general
8 of Laboritorious Belmac after Clemente Gonzalez.
9 Correct?
10    A.  Yes.                                         11:58:17
11    Q.  Did you have any contact with Fernando
12 Berenguer?
13    A.  I got back in contact with the Bentley
14 subsidiary when it became clear that there was
15 going to be a serious problem. At that time         11:58:48
16 Herrera, yes.
17    Q.  I'm sorry, I don't know that name. How
18 do you -- how do you spell that?
19        THE INTERPRETER: Herrera?
20        THE WITNESS: (In English) Adolfo            11:59:00
21 Herrera.
22 BY MR. STEWART:
```

22 (Pages 82 to 85)

Page 86
11:59:04

1    Q.   Oh, Adolfo Herrera, okay.

2    A.   Herrera.

3         THE INTERPRETER: Yes, sir.

4 BY MR. STEWART:

5    Q.   Go ahead.                                    11:59:21

6    A.   The second name that you mentioned, I

7 think somebody who came to the meeting that I saw

8 for the first time and the only time at a meeting

9 came with an American attorney Mr. Meyer. I

10 remember him very well, and if that's the name, I'm   11:59:49

11 not sure of the name, but if that's the same

12 person, because he told me very clearly, if you

13 want to have an accident in Spain, I am very

14 powerful and you will get absolutely nowhere. And

15 when somebody tells me you will get nowhere, that   12:00:22

16 gives us the idea of doing something.

17    Q.   And was that idea to sue Bentley in the

18 United States?

19    A.   He clearly told me you can do nothing in

20 Spain. I believe he paused because I don't see why   12:00:40

21 we would have done anything more than for the

22 patent in Spain, because it was clear that what

Page 87
12:01:10

1 Bentley was after was the technology and say that

2 it was theirs and that was outside Spain and that's

3 all.

4    Q.   You've given me three -- three names of

5 people that you had contact with at Laboratorious   12:01:23

6 Belmac?

7    A.   Yes, I give you three names that I

8 remember. I probably met others.

9         MR. BOSTWICK: Objection. I think he

10 said four. But are you -- you all have gone over   12:01:40

11 four.

12        MR. STEWART: There was another person,

13 but he was an employee --

14        MR. BOSTWICK: Okay. I just want to --

15        MR. STEWART: -- of some other company.   12:01:51

16        MR. BOSTWICK: -- object for the record.

17 BY MR. STEWART:

18    Q.   Just so that I -- that I have it, that

19 we're clear, did you have any communication with a

20 man named Monterde?                                 12:02:02

21    A.   That's the name that's -- rings a bell,

22 but is it somebody who has previously -- is that

Page 88
12:02:34

1 the one who was coming from Juan Bulonk?

2    Q.   No, no.

3    A.   (In English) No.

4    Q.   This is an employee -- this is an

5 employee of Laboriatorious Belmac. Okay.           12:02:39

6    A.   It's a name that I know but I don't know

7 what I did with him.

8    Q.   Okay. Mateo Gasca?

9    A.   No.

10   Q.   Antonio Cabodevilla?                        12:02:53

11   A.   No.

12   Q.   No, okay. Juan Carlos Asensio?

13   A.   No.

14   Q.   Okay. What was your involvement, if

15 any, in negotiating the financial terms between    12:03:12

16 Laboriatorious Belmac and Ethypharm?

17        MR. BOSTWICK: Objection. Vague.

18        THE WITNESS: I was not involved.

19 Again, it was making the calculations and the basis

20 of the negotiation was made from the indications   12:03:44

21 given by -- from information given by Igonet.

22

Page 89
12:03:53

1 BY MR. STEWART:

2    Q.   Okay. Tell me all the people at Bentley

3 Pharmaceuticals that you had communications with?

4    A.   When?

5    Q.   I'm interested in the period from 1992   12:04:17

6 through 2002. And I understand that Bentley was

7 Belmac Corporation. To make it simple, all those

8 people that you believed were employed by Belmac --

9 let me withdraw that. That could get us into --

10 never mind.                                        12:04:45

11        Let me -- let's go back.

12    A.   It's a simple answer.

13    Q.   Okay. Let me pose the question and then

14 we'll have the answer, all right?

15        Tell me all the people that you had      12:05:02

16 communications with at Bentley Pharmaceuticals.

17    A.   As with -- as with all the customers,

18 it's the president generally, and his secretary.

19 And I have no reason to have contacts with any

20 other than that.                                   12:05:24

21    Q.   And who was that?

22    A.   I remember having contacts with Austin

23 (Pages 86 to 89)

Page 90
12:05:31

1 Young. I remember having a contact with an Italian
2 man, whose name I don't remember. And I think he
3 was in charge of the -- all of the business in
4 Europe. And 95 percent of the contacts were, I
5 believe, Jim Murphy.                          12:05:59
6    Q.  Anyone else?
7    A.  No, not that I remember.
8    Q.  How many times did you -- how many times
9 did you meet with Mr. Murphy?
10    A.  I believe I met him for serious         12:06:41
11 discussions approximately four times.
12    Q.  And was that between --
13    A.  I also saw him one maybe two or three
14 times in the -- on the premises of Ethypharm in
15 France. But I just -- just, at that time, simply   12:07:03
16 said hello and two or three words. There were so
17 many present, so there was no reason to.
18    Q.  And this was from the time period of
19 1995 to 2002?
20    A.  Yes.                                    12:07:28
21    Q.  Okay. And approximately how many times
22 do you recall talking to Mr. Murphy on the

Page 91
12:07:36

1 telephone in the same period?
2    A.  Approximately, the same number of times.
3    Q.  Approximately, four times for serious --
4    A.  Four or five times, yes. But in those
5 cases, I don't need to say hello because we are to   12:08:05
6 discuss problems.
7    Q.  I'm sorry. It was or was not to say
8 hello?
9    A.  It was not to say hello.
10    Q.  It was not to say hello.               12:08:16
11    A.  It was to discuss problems.
12    Q.  Okay. When did you start using e-mail,
13 if ever?
14    A.  Five, six, seven years ago. But I'm the
15 only one not using it directly, always with a   12:08:49
16 secretary, never directly. In other words, he
17 cannot find an e-mail coming directly from Gérard
18 Leduc to somebody on the -- from the outside.
19    Q.  Did you ever discuss with Jim Murphy
20 production methods?                            12:09:24
21    MR. BOSTWICK:  Objection. Vague.
22    THE WITNESS:  No, no. But there was

Page 92
12:09:43

1 I really no reason.
2 BY MR. STEWART:
3    Q.  Sure, okay. Did you ever discuss with
4 Jim Murphy the formula that was being used in the
5 manufacturer of Omeprazole and Lansoprazole?   12:09:53
6    MR. BOSTWICK:  Same objection.
7    THE WITNESS:  I don't see the reason why
8 we would have discussed a technical problem like
9 this. Jim knew perfectly that taking Jim the
10 formulation were housed, so why would he have asked  12:10:27
11 us what do you think of this formulation.
12 BY MR. STEWART:
13    Q.  That all may be, but I -- all I need to
14 know is whether you have a memory of discussing
15 with Jim Murphy a formula for manufacture of   12:10:43
16 Omeprazole or Lansoprazole?
17    MR. BOSTWICK:  Objection. Asked and
18 answered.
19    THE WITNESS:  No.
20 BY MR. STEWART:                               12:10:52
21    Q.  No?
22    A.  No.

Page 93
12:10:54

1    Q.  Okay. Did you ever discuss with Jim
2 Murphy the type of machinery that was being used to
3 manufacturer Omeprazole, Lansoprazole, or
4 pharmaceuticals products for Ethypharm?
5    MR. BOSTWICK:  Object on vagueness         12:11:35
6 grounds.
7    THE WITNESS:  Not in detail but the --
8 not in detail, but the matter of the investment of
9 the volume to be invested, that's something he
10 probably discussed with me. Whether or not it was   12:12:00
11 to be a hundred thousand dollars or $2 million, but
12 he probably discussed that with me but I cannot
13 confirm.
14 BY MR. STEWART:
15    Q.  Okay. Did you discuss with Jim Murphy   12:12:10
16 financial terms between -- let me withdraw that.
17    Did you discuss with Jim Murphy the
18 price to be charged per thousand doses of
19 pharmaceutical product?
20    A.  No, not the price, but the method by   12:12:35
21 which we could reach an agreement to share the
22 margin, that I discussed with him. And part of

24 (Pages 90 to 93)

Page 94
12:13:10

1 the – the details then were later strongly
2 discussed by Claude Dubois who had all the elements
3 to discuss the elements of price and also
4 quality --
5    Q.  Was that – was that –                          12:13:29
6    A.  – which was our problem.
7    Q.  Which was?
8    A.  Our problem.
9       THE WITNESS:  (In English) A big
10 problem.                                             12:13:32
11 BY MR. STEWART:
12    Q.  The discussion regarding the method to
13 reach an agreement on price, where did that
14 discussion take place?
15    A.  I don't remember.  But there were          12:14:22
16 discussions with --
17       (Interrupted translation.)
18    Q.  I'm sorry, the first answer is I don't
19 remember?
20    A.  Yeah, I don't know anymore.  I don't       12:14:28
21 remember.
22    Q.  Okay.

Page 95
12:14:31

1    A.  There have been discussions with Igonet,
2 Adolpho, then a general director, I don't remember
3 the name, who had proposed -- oh, yes -- three
4 ways --
5       (In English) To split the margins.          12:14:42
6       (Through the Interpreter) -- to split
7 the margins.  There were royalties and fixed fees
8 for those --
9       (Interrupted translation.)
10    Q.  Was this a general director of --          12:14:58
11 general elect -- general director of Belmac?
12    A.  Yes.
13    Q.  Okay.  And do you remember his name?
14    A.  No, I don't remember who it was at the
15 time.                                               12:15:15
16    Q.  And do you -- do you -- do you remember
17 whether Mr. Murphy was part of that discussion?
18    A.  He was not part of the discussions
19 between Igonet and the Spanish, but I know that
20 because nothing was coming out, Claude Dubois came  12:15:52
21 to see me and said, Well, now, we have to discuss
22 with Jim Murphy because everything is blocked.

Page 96
12:15:59

1    Q.  Was this the meeting with -- with Dubois
2 and Murphy in February of 1997?
3    A.  No.  No.  I think it's before that
4 Dubois came to see me and said, Look, nothing is --
5 nothing is going anywhere.  So we have to ask him    12:16:34
6 to come by and we have to meet with him.  I think
7 it was before that.
8    Q.  Okay.
9    A.  But Dubois was also very concerned about
10 the lack of capacity to produce quality products    12:16:55
11 and by the noncompliance of Laboriatorious Belmac.
12    Q.  Did you have any discussions yourself
13 with Mr. Murphy regarding lack of capacity and lack
14 of compliance with GMP?
15    A.  Yes, but briefly.  But the dilemma, the     12:17:31
16 main problem was to solve the quality issues
17 because they had come to see me to see if we could
18 expand the agreement.
19    Q.  Okay.  When did he come to tell you that
20 -- when did he come to see you regarding expanding  12:18:13
21 the agreement?
22    A.  After some people left.  After

Page 97
12:18:25

1 discussions, at least three or four discussions
2 with Pierre Germain.
3    Q.  Discussions that Murphy had with Pierre
4 Germain?
5    A.  Yes.                                          12:18:43
6    Q.  And what was the date of that meeting?
7    A.  I don't remember.  2000, 2001.
8    Q.  Okay.  Now Dubois left, he told us, in
9 around February of 2000?
10       MR. BOSTWICK:  Objection.  Form.            12:19:16
11 BY MR. STEWART:
12    Q.  So does that -- does that refresh your
13 memory as to when the meeting was with Murphy?
14       MR. BOSTWICK:  Objection.  Form.
15       THE WITNESS:  I think there were           12:19:37
16 contacts with Pierre Germain starting in September.
17 BY MR. STEWART:
18    Q.  Of what year?
19    A.  The year of Claude Dubois' departure.
20    Q.  Yes.                                        12:19:49
21    A.  And there must have been things that
22 were said, and we probably met in February or March

25 (Pages 94 to 97)

Page 98

1 of the following year. I think there were also,

2 independently of Pierre, some contacts with

3 Patrice. I don't know what -- how intense they

4 were, because Patrice and Jim got along pretty well

5 on a personal level.    12:20:31

6    Q. Okay. So what is your best recollection

7 of the meeting that you had with Jim Murphy -- what

8 is the best recollection of when you had this

9 meeting with Jim Murphy regarding expanding the

10 relationship with Ethypharm?    12:20:52

11    MR. BOSTWICK: Without the benefit of

12 the documents?

13    MR. STEWART: Right.

14    MR. BOSTWICK: You can answer.

15    THE WITNESS: I think it was the spring    12:21:15

16 of the following year, so it was the spring of --

17 Claude Dubois left when?

18 BY MR. STEWART:

19    Q. He told us, as a -- as a functional

20 matter, he left in February of 2000.    12:21:30

21    MR. BOSTWICK: I'm going --

22    THE WITNESS: There's a chance that --

Page 99

1    MR. BOSTWICK: I'll object to the form.    12:21:38

2    THE WITNESS: -- that was the spring of

3 2001.

4    MR. BOSTWICK: Object to the form and

5 manner of questioning.    12:21:46

6    MR. STEWART: Okay.

7 BY MR. STEWART:

8    Q. Mr. Leduc, turn to Exhibit 1.

9    Well, I was looking for an allegation in

10 the Complaint that referenced a meeting in 2001 but    12:22:43

11 I don't see it. So -- so I'll have to simply ask

12 you. Tell me what -- who was at this meeting that

13 we think was sometime in the spring of 2001.

14    A. Simply Murphy, Pierre Germain, and

15 myself.    12:23:21

16    Q. Okay. All right. All right. Well, I

17 think -- I think I may have a document that may

18 help you.

19    A. (In English) Okay.

20    (Leduc Deposition Exhibit No. 10 was    12:23:30

21    marked for Identification.)

22    MR. STEWART: Okay. Let's have this

Page 100

1 marked as the next exhibit, a Note Interne, Exhibit    12:24:22

2 10 or 11?

3    MR. MINGOLLA: Exhibit 11.

4    MR. STEWART: For some reason I'm

5 missing 10. Do we have 10?    12:25:05

6    MR. BOSTWICK: That's Exhibit 10.

7    THE WITNESS: (In English) This one,

8 yes, 10.

9    MR. STEWART: Okay.

10    MR. BOSTWICK: The 10 just --    12:25:05

11    MR. STEWART: Well, let's go off the

12 record for now.

13    MR. BOSTWICK: Yeah.

14    THE VIDEOGRAPHER: The time is 12:24:52.

15    Off the record.    12:25:06

16    (Discussion held off the record.)

17    THE VIDEOGRAPHER: On the record. The

18 time is 12:28:44.

19    MR. STEWART: Okay. For the record, by

20 agreement of counsel, the document which is a fax    12:29:03

21 cover sheet from Adolfo Basilio, and faxed

22 information dated October 11, 1992, with an

Page 101

1 attached document called Manifesta, beginning with    12:29:19

2 EP 004685 has been remarked as Exhibit 9 to keep in

3 the proper sequence. And it's stipulated that any

4 reference to this document will be changed on the

5 record to Exhibit 9.    12:29:36

6    And also, the document which was just

7 identified with Bates No. EP 003283, a Note

8 Interne, is -- has been marked as Leduc 10.

9    Is that acceptable?

10    MR. BOSTWICK: That confirms and counsel    12:30:01

11 concurs.

12    MR. STEWART: Okay.

13 BY MR. STEWART:

14    Q. Mr. Leduc, tell us what this Note

15 Interne is, Exhibit 10.    12:30:10

16    A. This note is a summary of what was

17 discussed in two different groups. I thought it

18 was in the spring but no. Obviously, it was in

19 November.

20    Q. This the same meeting that you were    12:30:39

21 referring to; is that right?

22    A. Yes.

26 (Pages 98 to 101)

Page 102

```
                                          12:30:44
1    Q.  Before we get into the details of the
2 Exhibit 10, tell me how the meeting came about.
3        MR. BOSTWICK:  Objection.  Asked and
4 answered.
5        MR. STEWART:  Come on.               12:31:04
6        THE WITNESS:  I think Pierre Germain had
7 several contacts with Jim Murphy and told me now he
8 wants to see you in Paris to settle the problems.
9 BY MR. STEWART:
10   Q.  What was the problem?                12:31:28
11   A.  The problem was that, first of all, we
12 still didn't have a contract, a signed contract.
13       Secondly, that they were suggesting the
14 transfer of the know-how also for the acquiesce
15 form.  And we also wanted the possibility to       12:32:00
16 provide Spanish customers with this formulation.
17       So that we wanted to be able to either
18 directly, or through Belmac, to supply Spanish
19 customers with formulations that were previously
20 exquisitely from Belmak.                    12:32:44
21   Q.  And you had this discussion with
22 Mr. Leduc, with Mr. Murphy, and Mr. Germain; is
```

Page 103

```
                                          12:32:59
1 that correct?
2    A.  You said Leduc.
3    Q.  Yes, sorry.  You're Mr. Leduc.
4        At the same time was there also a
5 meeting between Mr. Liorzou, Mr. de Basilio, and   12:33:12
6 Mr. Herrera?
7    A.  Yes.
8    Q.  What was the subject of that meeting?
9    A.  No more problems between the local
10 subsidiaries.  But they were not concerned with our 12:33:35
11 strategic discussion.
12   Q.  Turn to the Note Interne of the meeting
13 with Mr. Liorzou, Mr. de Basilio, and Mr. Herrera.
14       I would ask that the -- our translator
15 Mr. Devynck translate -- let's see -- let me        12:34:10
16 withdraw that.
17       There's a translation which we have
18 appended to the Note Interne of the meeting with
19 Liorzou to de Basilio and Herrera.
20   A.  (In French) Oui.                      12:34:39
21   Q.  Do you see that?
22   A.  (In French) Oui.
```

Page 104

```
                                          12:34:46
1    Q.  And in the translation it says, It was
2 agreed that Ethypharm send a draft contract to
3 Belmac -- Belmac, paren, capital GC, paren, before
4 mid-December."
5        THE WITNESS:  (In English) GC -- GC,    12:35:01
6 what is GC?
7 BY MR. STEWART:
8    Q.  That's what I was going to ask you.
9    A.  (In English) I don't know.  If it's me,
10 the GL, I cannot this -- GC, I don't know.          12:35:11
11       MR. BOSTWICK:  I'm sorry, Craig.  Which
12 meeting are you reading from, the one with him in
13 it or --
14       MR. STEWART:  No, I beg your pardon.
15       Yeah, I was reading the wrong one.  I    12:35:34
16 was reading the wrong one.  I -- I was reading, you
17 know, the -- let me start the question again.  I
18 made a mistake.
19       THE WITNESS:  (In English ) No problem.
20       MR. BOSTWICK:  And I'll just -- before   12:35:49
21 we start, I'll object to foundation in the sense
22 that he wasn't at the meeting apparently.  So --
```

Page 105

```
                                          12:35:55
1        MR. STEWART:  Yeah.
2        MR. BOSTWICK:  -- to the extent you're
3 asking him questions, you appear to be asking just
4 based on his reading of this document?
5        MR. STEWART:  That's correct.          12:36:04
6 BY MR. STEWART:
7    Q.  The document I'm referring to is
8 EP 003284.  Do you have that?
9    A.  Yes.
10   Q.  And --                                12:36:18
11       MR. BOSTWICK:  Let me -- may I make one
12 other -- is he supposed to be looking at the French
13 version so he gets a clear view of what was
14 actually written or is he supposed to be looking at
15 the -- or the rough translation?                   12:36:27
16       MR. STEWART:  Well, I will -- I will --
17 I will read the translation because I can't read
18 the French.  Then I'll ask him a question.
19 The trans -- translator will -- will translate.
20       MR. BOSTWICK:  Okay.                    12:36:43
21       Why don't you look at the French.
22
```

27 (Pages 102 to 105)