Page 106
12:36:47

1 BY MR. STEWART:

2    Q.  "Ethypharm wants to stop doing the

3 logistics on the purchases of excipients for the

4 manufacturer of Omeprazol in Spain."

5        What does this sentence -- what do you      12:37:07

6 understand is -- is meant by this sentence?

7    A.  We were purchasing the excipients, and

8 for practical reasons, it was simpler that Belmac

9 do it.

10    Q.  The second sentence says, "It is          12:37:44

11 proposing that Belmac invoice it for its Belmac's

12 manufacturing costs, as presently, plus, the

13 purchase of excipients."

14        What did you understand was meant by

15 that sentence?                                    12:38:13

16    A.  The same thing as for the first one.  It

17 means exactly the same thing.

18        MR. BOSTWICK:  And I would just make a

19 tran -- a suggestion for the translator.

20        There's already a direct French thing,    12:38:22

21 so I don't think you should translate the rough

22 version back to --

Page 107
12:38:30

1        THE INTERPRETER:  I think this way you

2 can make sure that, you know, in the translation --

3 in the translation we can make sure that the

4 translation has been correct.

5        MR. STEWART:  That's fine, right.          12:38:37

6        MR. BOSTWICK:  Right.  Just read the

7 French --

8        THE INTERPRETER:  Yeah.

9        MR. BOSTWICK:  -- directly, yeah.

10 BY MR. STEWART:                                   12:38:45

11    Q.  And the third sentence says, "Ethypharm

12 invoices the finished product to Belmac as

13 presently."

14        Okay.  What does that mean?

15    A.  I don't know what it means.              12:39:01

16    Q.  Do you know what finished product is

17 being referred to?

18    A.  I don't know if it's the package for it

19 or, no, for me, it's not . . .

20        (In English) I don't know.  I don't      12:39:18

21 know.

22    Q.  Okay.  And then Belmac had a proposal.

Page 108
12:39:23

1 Correct?

2    A.  (In English) Mm-hmm.

3    Q.  And the last sentence, "They do not want

4 to use the Active Principal coming -- then there's

5 a bracket, P.A., bracket coming from India for     12:39:39

6 marketing reasons."

7    A.  Marketing reasons were those of Belmac.

8    Q.  Okay.  Do you understand what is meant

9 by the term active -- is the term "active

10 principal," is that -- is that the proper           12:39:58

11 translation?

12    A.  Yes.

13        MR. BOSTWICK:  Wait.

14 BY MR. STEWART:

15    Q.  Does that also refer to as the active      12:40:05

16 pharmaceutical ingredient?

17    A.  It's the raw material before the

18 processing.

19    Q.  Well, can --

20        MR. BOSTWICK:  Make sure you give time    12:40:20

21 for the translation.  We seem to be switching.  I

22 think you're speaking in French and he's speaking

Page 109
12:40:29

1 in English.

2        THE INTERPRETER:  It's the origin.

3        MR. BOSTWICK:  And that answers, yeah --

4 for the court reporter.

5 BY MR. STEWART:                                    12:40:37

6    Q.  Did you have any discussions with either

7 Mr. Liorzou or Mr. de Basilio regarding the

8 discussions that they were having?

9        MR. BOSTWICK:  Objection.  Time frame.

10        MR. STEWART:  Both.  Either before or      12:41:01

11 after.

12        THE WITNESS:  Before I imagine that we

13 just had a -- had a briefing like we always do

14 before we receive people.  During, no, because we

15 were all in the same room, in the same group.  And  12:41:26

16 after, most likely, I mean, I'm -- I'm not sure

17 that our group told them what we had discussed, but

18 I'm sure that they had to tell us what they had

19 done.

20 BY MR. STEWART:                                   12:41:53

21    Q.  What conclusions were reached with

22 respect to the group, that with respect to the

28 (Pages 106 to 109)

Page 110
12:42:03

1 operational group, Liorzou, de Basilio, and
2 Herrera?
3        MR. BOSTWICK: Objection. Foundation
4 and vague.
5        THE WITNESS: I don't know what        12:42:27
6 conclusions, but I remember that we, with Murphy,
7 thought that things were --
8        MR. STEWART: Okay, so --
9        THE WITNESS: -- were finding things
10 simple.        12:42:33
11 BY MR. STEWART:
12    Q.    Wait a minute. Wait a minute. So you
13 do not know what conclusions were reached with
14 respect to the meeting that was held with Liorzou,
15 de Basilio, and Herrera; is that right?        12:42:39
16    A.    That exchanged the point of views to
17 change how to work locally but that's all.
18    Q.    Okay. And what conclusions were
19 reached, if any, arising out of the meeting that
20 you had with Murphy and Germain?        12:43:08
21    A.    Frankly, I think we had come, again, to
22 a clear strategy decision. We needed to have a

Page 111
12:43:43

1 clear oral agreement in manufacturing in Spain, who
2 owned what in this operation. He's very lucky that
3 we discussed the quantities that were rising a lot
4 at that time so --
5        (Interrupted Translation.)        12:44:18
6    Q.    Quantities of what?
7    A.    A little bit of everything but mostly
8 about Belmac, and the other products too. And then
9 we had problems with Aspirine at a certain time,
10 capacity, and clearly to have an overall agreement        12:44:37
11 that would cover all the little individual
12 agreements that had been made that where -- that
13 were made so that things would be working but that
14 was not sufficient for the other group to cover the
15 liability of both groups.        12:45:22
16        (In English) Sorry.
17        THE INTERPRETER: He said, Sorry, I was
18 long, so long that . . .
19 BY MR. STEWART:
20    Q.    Turn to the -- turn to the text of the        12:45:39
21 meeting with yourself, Murphy, and Germain.
22        The first sentence says in my

Page 112
12:45:51

1 translation, "It was agreed that Ethypharm send a
2 draft contract to Belmac, paren, GC, paren, before
3 mid-December."
4    A.    I think -- I think it is GL. I think it        12:46:13
5 says me.
6    Q.    Ah. Okay. GL.
7        So what does this sentence mean to you?
8        What do you understand by this sentence?
9    A.    It means that since things were not        12:46:48
10 moving, I propose to send again the text to be
11 reviewed in a -- in a reasonably quick time frame.
12    Q.    So that --
13    A.    (In English) I'm taking care of what
14 happened in the last --
15        (Through the Interpreter) I'm taking        12:47:04
16 care of what had happened previously, avoiding what
17 had happened previously.
18    Q.    All right. So that you were -- you were
19 going to undertake --
20    A.    (In English) Right.        12:47:08
21    Q.    -- to send --
22    A.    (In English) Right.

Page 113
12:47:09

1    Q.    -- a draft contract --
2    A.    (In English) Mm-hmm.
3    Q.    -- to Belmac --
4    A.    (In English) Right.
5    Q.    -- before mid-December?        12:47:13
6    A.    (In English) Right.
7        (Through the Interpreter) And I think it
8 was in December, perhaps later, maybe three or four
9 months --
10    Q.    June --        12:47:24
11    A.    -- later.
12    Q.    -- June or so of 2001?
13        THE COURT REPORTER: This proceeding
14 needs to be more controlled. Because you're asking
15 him a question, and he's answering, and he's not        12:47:26
16 translating.
17        MR. STEWART: Yeah.
18        MR. BOSTWICK: And the other thing I
19 noticed, every once in a while, if I may, is that
20 you'll give a longer answer, and you'll start with        12:47:43
21 the translation, and you'll interrupt --
22        MR. STEWART: I know.

29 (Pages 110 to 113)

Page 114

1    MR. BOSTWICK: -- the translation and    12:47:49
2 then ask another question, because you don't like
3 it, but we're not getting the full --
4    MR. STEWART: Right.
5    MR. BOSTWICK: -- answer.    12:47:54
6    MR. STEWART: Well, it's not that I
7 don't like it.
8    MR. BOSTWICK: It's just something that
9 pops into your head.
10    MR. STEWART: It's something that pops    12:48:02
11 into my head, okay.
12    MR. BOSTWICK: But if you can all --
13    THE INTERPRETER: Okay.
14    MR. BOSTWICK: -- if you were a little
15 shorter.    12:48:05
16    MR. STEWART: I think we better have
17 that last answer back then.
18    (Whereupon, the court reporter read back
19 the previous answer.)
20    MR. BOSTWICK: Yes.    11:47:24
21    THE WITNESS: (In French) Oui.
22

Page 115

1 BY MR. STEWART:    12:48:40
2    Q. Okay. Turn, please, to the second
3 sentence. "Belmac is Ethypharm's licensee for
4 Spain regardless of the formula used."
5    A. That's what Murphy suggested and it    12:49:05
6 seemed clearer to me like this.
7    Q. What was the significance of that
8 statement?
9    A. It meant that they were our licensee and
10 it was clearer about who owned what. And then that    12:49:29
11 we agreed to give them the specification that had
12 been made for the manufacturing and also the --
13 yeah, for the technical filing of the department
14 for the administrators.
15    Q. Who had agreed to give who the technical    12:50:08
16 specification?
17    A. We accepted to say that if you want the
18 acquiesce formula, if you are our licensee, it's
19 okay.
20    Q. Okay. So Ethypharm was prepared to    12:50:28
21 provide the acquiesce formula to Belmac provided
22 that Belmac agreed that it was Ethypharm's -- was

Page 116

1 Ethypharm's know-how; is that right?    12:50:49
2    MR. BOSTWICK: Objection to form and --
3    THE WITNESS: That's very partial.
4 BY MR. STEWART:
5    Q. Well, what's the rest of it then?    12:51:14
6    A. To have the general agreement that had
7 been discussed several times. And for me, I had
8 been definitely accepted by Jim Murphy on the -- on
9 the principle. And not always talked with the
10 principle but to go ahead and sign it.    12:51:44
11    MR. STEWART: Okay. I'm told by our
12 videographer that we have only a few moments, so
13 why don't we go off the record.
14    THE VIDEOGRAPHER: This ends tape number
15 two of the Leduc deposition.    12:51:58
16    The time is 12:51:49. Off the record.
17    (Whereupon, at 12:51:49 a.m., a luncheon
18 recess was taken, and the proceedings resumed at
19 13:47:27 p.m., this same day.)
20
21
22

Page 117

1    A F T E R N O O N   P R O C E E D I N G S    12:52:04
2          [13:47:27]
3    THE VIDEOGRAPHER: On the record with
4 tape number three of the testimony of Gérard Leduc
5 in the matter of Ethypharm versus Bentley    13:47:31
6 Pharmaceuticals. The date is July 15, 2006. The
7 time is 13:47:27.
8    MR. STEWART: And actually, maybe I'll
9 just do this right now.
10 Whereupon,
11    GÉRARD LEDUC
12 Resumed as a witness and, having previously been
13 duly sworn, was examined and testified as follows:
14 BY MR. STEWART:
15    Q. Mr. Leduc, I'm going to come back to    13:47:56
16 the -- the other meetings that you had with
17 Mr. Murphy. But for now, I want to ask you some
18 questions about some drafts of agreements between
19 Ethypharm Spain and Laboriatorious Belmac.
20    MR. STEWART: If we may have the next    13:48:31
21 exhibit marked, please.
22    This is a cover fax from Javier Santos

30 (Pages 114 to 117)

Page 118

1 and a Memorandum of Understanding.                13:48:37

2        MR. BOSTWICK: And this is Exhibit 11, I

3 understand.

4        THE COURT REPORTER: (Nodded

5 affirmatively.)                                   13:49:01

6        (Leduc Deposition Exhibit No. 11 was

7        marked for Identification.)

8 BY MR. STEWART:

9    Q.  Mr. Leduc, have you seen what we have

10 marked as Exhibit 11 as far as today?            13:49:30

11   A.  Let me take a look at the documents.

12   Q.  Sure.

13       (Witness reviews document.)

14   A.  No.

15   Q.  He's not?                                  13:50:50

16   A.  No.

17   Q.  Turn, if you would, just for a moment,

18 to page 009083. And I'm directing your attention

19 to the first paragraph of the memorandum of

20 understanding.                                   13:51:17

21       MR. BOSTWICK: The draft?

22       MR. STEWART: The draft, that's correct.

Page 119

1 BY MR. STEWART:                                   13:51:26

2    Q.  And I'm going to read the first

3 paragraph.

4        Mr. James R. Murphy on behalf and in

5 representation of Laboratorious Belmac, S.A.,     13:51:36

6 hereinafter refer to as, quote, Belmac, end quote,

7 with corporate domicile at Paseo de la Castellana,

8 28046 Madrid; he uses the faculties and powers

9 granted to him as Executive Director of Belmac.

10       Were you aware that Mr. Murphy was the     13:52:31

11 executive director of Belmac, at least as of March

12 of 1995?

13       MR. BOSTWICK: I'll object just because

14 he said he hasn't seen this document.

15       MR. STEWART: I understand.                 13:52:50

16       THE WITNESS: No, there was no doubt for

17 me that there was something in the Spanish -- just

18 like I am administrator of some subsidiaries, but I

19 don't think that changes anything. Actually, I'm

20 sure it doesn't change anything.                 13:53:30

21       What I was discussing with Murphy, I was

22 talking to Murphy Bentley. In addition, this is a

Page 120

1 draft obviously prepared by Belmac. And I'm not   13:53:43

2 surprised that this kind of detail would have been

3 prepared. It's clear that what I discussed with

4 Murphy I discussed with the group.

5 BY MR. STEWART:                                   13:54:05

6    Q.  Why are you not surprised that this

7 document prepared, that you believed to be prepared

8 by Belmac, was prepared with this kind of detail?

9    A.  Because the property already had a

10 strategy that was to try to focus everything on   13:54:40

11 Spain and not at the group level. But for me, that

12 doesn't change anything.

13       At the time, I wouldn't have been

14 surprised because it happened to me to sign

15 contracts locally. Mainly when you -- when you     13:55:10

16 draft -- when you do drafts, sometimes you don't

17 put everything in there.

18   Q.  Is it fair to say that -- let me

19 withdraw that.

20       Do I understand your testimony to be       13:55:39

21 that you were aware that Jim Murphy had some type

22 of position in Laboratorious Belmac similar to

Page 121

1 your position in an Ethypharm subsidiary?          13:56:10

2    A.  Yes. But that was not the point I was

3 considering, once again.

4    Q.  I only want --

5    A.  I was talking with Murphy. For me,          13:56:32

6 there was no doubt.

7    Q.  All right. But it is so that you

8 understood that Jim Murphy had a position in

9 Laboratorious Belmac?

10   A.  My conclusion is so what.                   13:56:52

11   Q.  Okay. You mentioned that you believed

12 that this document with Jim Murphy appearing on

13 behalf of Laboratorious Belmac was part of his

14 strategy.

15   A.  No.                                         13:57:29

16       MR. BOSTWICK: I'll object to form and

17 mischaracterization.

18       THE WITNESS: No. I said simply if this

19 document had been prepared normally, as if -- as it

20 is indicated below for Spain and for France, it    13:57:55

21 would have been normal that even in a draft you put

22 both also, the first line.

31 (Pages 118 to 121)

Page 122
13:58:13

1    Now to say that it was an intention, I
2 don't see that because I don't know that at all.
3 But it's just simply a fact.
4 BY MR. STEWART:
5    Q.    What -- what do you mean put both?    13:58:22
6    A.    Bentley.
7        MR. STEWART: May I have Mr. Leduc's
8 answer back, please, not just -- not this last
9 answer but the answer just prior to my follow-up.
10        (Whereupon, the court reporter read back    11:47:24
11 the previous answer.)
12        THE WITNESS: If you try to plan a major
13 agreement for your company, and that was a major
14 agreement, how, being president of the two
15 groups, how can you ask not to make sure that the    13:59:31
16 board of director of the mother company accepts the
17 condition for the subsidiary.
18        For me, it's so obvious that I don't
19 even ask the question. But I understand that the
20 question is posed to me.    13:59:58
21 BY MR. STEWART:
22    Q.    So is it your -- is it your position

Page 123
14:00:08

1 that a major agreement that involved a parent
2 corporation would -- you would expect that the
3 parent corporation would also be part of the
4 agreement in addition to a subsidiary?
5    A.    It's the case there, since we had an    14:00:53
6 agreement with Murphy/Bentley, a clear verbal
7 agreement, he wanted to do things. It would have
8 been normal that a draft had both, but it's so
9 important for me. That's how they are made in the
10 group and the group is that both are there. I    14:01:22
11 don't have a concern. It's so obvious that I don't
12 see what the problem is.
13    Q.    Okay.
14    A.    I would add that when we have a
15 subsidiary, which will present 80 percent of the    14:01:54
16 group's operations, how could one think that
17 there's not first the agreement of the mother
18 subcompany.
19    Q.    The -- is it your understanding that at
20 certain times Laboriotorious Belmac accounted for    14:02:23
21 80 percent of the revenues of Bentley?
22    A.    I'm not sure of the figure. But when I

Page 124
14:02:54

1 see the price for leases that has been made from
2 time to time concerning specifically Omeprazole, I
3 understood that the main assets, Bentley's assets,
4 were of the Spanish subsidiary. Therefore,
5 Omeprazole represented a lot for them.    14:03:14
6    Q.    And did you have that understanding
7 in -- in the year 2000?
8    A.    That was also as Murphy explained.
9    Q.    Did you have that understanding in the
10 period 1995 to 2000?    14:03:37
11    A.    That was not our problem. We -- we
12 needed to -- to have some manufacturing in Spain so
13 I was not looking at what Belmac presented for
14 Bentley. It was interesting for the group.
15        And, frankly, at the beginning there was    14:04:17
16 also friends, there were things, that the
17 communication that alerted me, there were those
18 that mentioned we are making Omeprazole without
19 mentioning any agreement.
20    Q.    Okay. Just so that I have it, though,    14:04:42
21 for the time period in question, was it your
22 understanding that in 2002 Laboriatorious Belmac

Page 125
14:05:04

1 accounted for a substantial, in the 80 percent
2 area, part of Bentley's revenues?
3    A.    My answer is in the revenues I don't
4 know, but in assets, yes.
5    Q.    Okay.    14:05:30
6        MR. STEWART: Can I have marked as the
7 next exhibit a fax cover sheet from Jim Murphy to
8 Patrice Debrégeas with an attached agreement.
9        It's Exhibit 12?
10        THE COURT REPORTER: (Nodded    14:06:03
11 affirmatively.)
12        MR. STEWART: Okay.
13        (Leduc Deposition Exhibit No. 12 was
14            marked for Identification.)
15 BY MR. STEWART:    14:06:04
16    Q.    And my question, Mr. Leduc, is have you
17 seen Exhibit 12 before, that is the fax from Jim
18 Murphy to Patrice Debrégeas and the attached
19 agreement?
20        (Witness reviews document.)    14:06:20
21    A.    I cannot be sure that I saw it.
22    Q.    Okay.

32 (Pages 122 to 125)

Page 126

1    A. My question is the changes, is that Jim    14:07:26
2 who made them?
3    Q. One of the wonderful things about
4 American procedure is that the lawyer gets to ask
5 the questions mostly. But the answer to your    14:07:46
6 question for this one time is: I don't know.
7    A. I know.
8    Q. Oh, good. I was going to ask you.
9    A. It was a quotation that comes from RG in
10 '95 -- or RJ, I'm sorry, in '95.    14:08:09
11    Q. Ah. Where do you see that?
12    A. (In English) On every page, every page
13 at the top.
14    MR. BOSTWICK: Yeah, if you could --
15    THE WITNESS: (Through the Interpreter)    14:08:32
16 Every page at the top.
17    MR. STEWART: Every -- every page at the
18 top?
19    THE INTERPRETER: (Indicating.)
20    MR. STEWART: Oh, I see. RJ. Okay.    14:08:42
21 BY MR. STEWART:
22    Q. Now are you --

Page 127

1    MR. BOSTWICK: Where? I'm sorry.    14:08:47
2    MR. STEWART: Would you -- would you --
3    MR. BOSTWICK: Oh.
4    THE INTERPRETER: Small print at the
5 top, the top left.    14:08:51
6 BY MR. STEWART:
7    Q. This is typewritten print at the top
8 left?
9    A. Yes.
10    Q. And you read that as RJ?    14:08:58
11    A. Yes.
12    Q. And RG -- or RJ is Roseline Joannesse?
13    A. Yes.
14    Q. Okay. And who was Roseline Joannesse?
15    A. She's a legal director.    14:09:19
16    Q. And from this, do you have a -- do you
17 have an opinion as to who was responsible for the
18 typewritten draft of this document?
19    A. Yes, yes, of course.
20    Q. And who?    14:09:43
21    A. Roseline Joannesse?
22    Q. On behalf of Ethypharm?

Page 128

1    A. Yes. Some she sent to the Spanish    14:09:51
2 subsidiary and to us to give the -- to give Belmac
3 in Spain as a follow up to what we had discussed
4 with Jim Murphy and Jim Bentley as --
5    MR. STEWART: Jim Murphy you mean?    14:10:34
6    THE INTERPRETER: Jim Murphy as Bentley.
7    THE WITNESS: The contract had -- the
8 contract had to be executed to subsidiaries. And
9 like I said this morning, we had to wait on the
10 music and somebody had to play it. And the actors    14:10:45
11 who had to play were the Spanish people.
12    MR. BOSTWICK: Can we --
13    THE WITNESS: And, therefore, I assume
14 that what is handwritten is by Jim Murphy's hand
15 but I'm not sure either.    14:11:06
16 BY MR. STEWART:
17    Q. All right. Referring --
18    MR. BOSTWICK: Can I just ask one
19 question to make sure our privilege is protected
20 here? I'm perfectly certain -- can I simply ask.    14:11:12
21    Do you think this is Roseline
22 Joannesse's -- you don't think that this is

Page 129

1 Roseline Joannesse's handwriting?    14:11:20
2    THE WITNESS: (In English) I'm sure.
3    I know that I think -- but, yeah.
4    MR. BOSTWICK: Okay, okay.
5    MR. STEWART: That's fine.    14:11:41
6    MR. BOSTWICK: Thank you.
7    MR. STEWART: All right.
8    THE INTERPRETER: Remember to speak
9 French.
10    MR. BOSTWICK: Okay, thank you.    14:11:44
11    MR. STEWART: Very good, very good.
12 BY MR. STEWART:
13    Q. Turning to the -- to -- not to the note,
14 not to the handwritten notes but to the typewritten
15 portion of the agreement.    14:11:57
16    So the paragraph or the phrase on
17 page 9009, the first page of the agreement, the
18 phrase that reads Laboriatorious Belmac S.A. with
19 corporate domicile at the address that is written,
20 hereinafter call Belmac represented by its    14:12:41
21 executive director Mr. James L. Murphy, that was
22 drafted by Roseline Joannesse. Correct?

33 (Pages 126 to 129)

Page 130
14:13:03

1    A.  Yes.

2    Q.  She was the composer of that particular

3 line of music; is that right?

4    A.  She was exhibiting the music.  She had

5 not composed.                                    14:13:19

6    Q.  All right.  I have to get those -- that

7 analogy straight.

8    A.  We can go back to much simpler things if

9 she has trouble following the music.

10    Q.  Okay.  The -- did Roseline Joannesse     14:13:34

11 report to you?

12    A.  Yes.

13    Q.  Okay.  Where was her office in

14 connection with -- in proximity to yours?

15    A.  As far as I can remember at the time,    14:14:02

16 probably she had to change a floor and walk

17 probably 20 meters to go from her office to the

18 stairs and then 20 meters to go to from the stairs

19 to my office.

20    Q.  She was in the same city as you.  Yes?   14:14:27

21    A.  To work?

22    Q.  Yes.

Page 131
14:14:36

1    A.  (In English) Saint Cloud.

2    Q.  She was in the same building?

3    A.  In Saint Cloud.

4    Q.  So she's in the same room?

5    A.  Absolutely.                               14:14:40

6    Q.  Thank you.

7       MR. STEWART:  All right.  Let's mark the

8 exhibit.  Let's skip over this for a minute.

9       MR. MINGOLLA:  Okay.

10      MR. STEWART:  To mark as the next          14:15:04

11 exhibit, a draft agreement with Bates

12 No. BEL006381.

13      THE WITNESS:  Can I make simply a small

14 comment that amuses me a lot?

15      I see that if it's true that it's by the   14:15:20

16 hand of Jim Murphy, on pages 16 and 17 that I just

17 read quickly, he suppressed the exclusivity clause

18 and the noncompetition clause.  It's amusing.

19      (Leduc Deposition Exhibit No. 13 was

20      marked for Identification.)                14:15:42

21      MR. STEWART:  And I'd like to have

22 marked as the next exhibit a set of handwritten

Page 132
14:16:21

1 notes with Belmac Bates No. 006371.  That's

2 Exhibit 14.

3       (Leduc Deposition Exhibit No. 14 was

4       marked for Identification.)

5       MR. STEWART:  And then two more            14:16:49

6 exhibits.  Another draft of a contract at this time

7 with Belmac.  The very first page is Belmac 006372.

8 Exhibit 15.

9       (Leduc Deposition Exhibit No. 15 was

10      marked for Identification.)                14:17:12

11      MR. STEWART:  And finally, another -- a

12 third draft of the agreement.  This is -- has

13 Belmac Bates No. 006389.

14      (Leduc Deposition Exhibit No. 16 was

15      marked for Identification.)                14:17:26

16 BY MR. STEWART:

17    Q.  Okay.  Mr. Leduc, I have very few

18 questions to ask you about these documents.  So I

19 would like to ask you my question.  And then if you

20 need time to review them, review the document      14:18:13

21 thoroughly to answer it, by all means take that

22 time.

Page 133
14:18:25

1       The first question, though, pertains to

2 Exhibit 14.  Do you recognize the handwriting?

3       MR. BOSTWICK:  I'm sorry, which --

4 which?

5       THE WITNESS:  No.                          14:18:37

6       MR. STEWART:  It's the handwritten note.

7       MR. BOSTWICK:  Okay, thank you.

8       THE WITNESS:  No.

9 BY MR. STEWART:

10    Q.  And then the next question applies to    14:18:45

11 Exhibits 13, 15, and 16.  And have you seen these

12 documents before today?

13    A.  No, I don't believe so.  In addition, I

14 indicated during the preamble that contracts in

15 Spanish, since I don't speak Spanish, these are    14:19:20

16 manufacturing contracts so I think this was seen

17 directly by Dubois or Zalma (phonetic), but

18 typically them but not by me.

19    Q.  Roseline Joannesse is fluent in Spanish;

20 is that right?                                     14:19:45

21    A.  She speaks Spanish well, yes.

22    Q.  Would Roseline typically be involved in

34 (Pages 130 to 133)

Page 134

1 preparing or assisting in the preparation of    14:19:54

2 manufacturing contracts in Spanish?

3    A.  She would make the contracts in Spanish

4 but I think she would be able to be a liaison for

5 discussions and at least with Patrice Debrégeas,    14:20:27

6 since that was his responsibility.

7    Q.  I'm sorry.  Did you say that she would

8 be able to draft the contracts in Spanish or would

9 not be?

10    A.  It was not customary.    14:20:44

11    Q.  Okay.  Are you able to tell who prepared

12 the drafts, Exhibits 13, 15, and 16?

13    A.  (In English) No.

14      (Through the Interpreter) No.

15    Q.  Okay.  Were you involved in any way in    14:21:10

16 attempting to get a signed manufacturing agreement

17 in 1997?

18    A.  What I was involved in was to define

19 something broader and manufacturing contracts and

20 many agreements and like confidentially to the    14:21:54

21 agreements concerning particular products.  There

22 was no reason that it would come to me.  And this

Page 135

1 is a contract that doesn't cover everything.    14:22:07

2    Q.  This agreement meaning which -- which

3 number?

4    A.  When I see some contracts that have been

5 translated to English, I try to see a little bit    14:22:24

6 what was in them.  These are partial contracts.

7      This is not what we were discussing as a

8 general level with Murphy and this strategy, and

9 these are contracts that rule the relationship

10 between the two subsidiaries.  It's clear it's a    14:22:56

11 very partial contract.

12      (Interrupted translation.)

13    Q.  Well, let me -- when you say the -- the

14 translation is a partial translation simply to save

15 time but --    14:23:15

16    A.  But in this case, is it partial?

17      MR. BOSTWICK:  He's pointing to an

18 exhibit.  Why don't we at least -- 15, okay.

19 BY MR. STEWART:

20    Q.  What exhibit are you pointing to?    14:23:34

21    A.  Exhibit 15.

22    Q.  Okay.  And you believe that Exhibit 15

Page 136

1 is a partial doc -- is a partial draft agreement?    14:23:40

2    A.  I don't have to believe.  I know what --

3 what it was discussing with Murphy was something

4 that would cover everything.

5    Q.  Okay.    14:23:58

6    A.  And not only manufacturing.

7    Q.  All right.  So just so I -- so I

8 understand where we are here.  The draft

9 agreements, Exhibits 13, 15, and 16 were

10 manufacturing agreements but they did not cover    14:24:24

11 everything that was at issue; is that fair?

12    A.  It's correct but it's not complete.

13    Q.  Okay.  Please.

14    A.  What I mean is that I did not -- I

15 didn't have to enter into this kind of detail    14:24:50

16 because my position was not this.  It was normal

17 that I wouldn't see it and that's why I answered it

18 very clearly that -- very clearly that I didn't

19 think I saw them at any moment.

20    Q.  All right.  Now what were the -- what    14:25:12

21 was the nature of the agreement that you were

22 focusing on and that you wanted to get signed?

Page 137

1      MR. BOSTWICK:  Objection.  Vague.  Time    14:25:28

2 period.

3 BY MR. STEWART:

4    Q.  Well, the time period I'll put it as the

5 two -- from the period 1997, say, March of 1997    14:25:33

6 through 2002.

7    A.  We used a period of time with respect to

8 my preoccupation.  My prohibition was since 1992.

9    Q.  Okay.  Then fine.  Since 1992 to 2002.

10    A.  To have a manufacturing agreement -- a    14:26:16

11 manufacturing agreement with the Spanish

12 individually or any plant in Spain that would be a

13 pharmaceutical laboratory with as an initial -- an

14 initial condition that we would transfer all the

15 elements that would allow this plant to    14:26:37

16 manufacturer; that this plant would accept, since

17 it was the case, to say that all the elements were

18 not theirs, but they were Ethypharm's elements;

19 that they were also committing not to use them on

20 behalf of third parties or on their own behalf or    14:27:14

21 to manufacturer products with the -- with the

22 different active principles but with the same

35 (Pages 134 to 137)

Page 138
14:27:27

1 technology. After that, there are some business
2 conditions that the main point is that.
3    Q.   Okay.
4    A.   For me, there was no problem because
5 several times Jim Murphy told me there's no      14:27:54
6 problem. This is your technology. And we are not
7 here to do anything but to find a business
8 agreement to split the margins when we have
9 customers.
10    Q.   Okay.                                    14:28:33
11    A.   Normal business relationships.
12    Q.   Okay. Do you recall attending a meeting
13 in April of 1998?
14    A.   I cannot confirm totally but I think we
15 had a meeting that was in 1998. Just a little     14:29:10
16 while ago we stopped. I already had them confused
17 with a meeting in November. I remember once having
18 a drink at the terrace. It's an outdoor cafe in
19 Saint John Madepre (phonetic) with Jim Murphy, and
20 the weather was nice. So I couldn't imagine it was 14:29:45
21 November.
22       (In English) This is why I was thinking

Page 139
14:29:58

1 it was in the spring 2000 --
2       (Through the Interpreter) That's why he
3 was thinking it was in the Spring. So I think
4 there was something in April 2002.
5    Q.   Okay. The meeting in April of -- wait a   14:30:08
6 minute. You said April of 2002?
7       THE INTERPRETER: That's what he said.
8       THE WITNESS: 2002 or 2003, I don't know
9 but the weather was nice.
10 BY MR. STEWART:                                   14:30:33
11    Q.   Okay. All right. Well, I want to ask
12 you about a meeting that I'm reasonably sure took
13 place in April of 1998, but since you mentioned
14 April of 2002, let me ask you about that.
15       What -- what was the purpose of this       14:31:06
16 meeting with Jim Murphy?
17       And let us say for the moment it's April
18 of 2002. If it -- if you -- if you -- if your
19 recollection changes, let me know.
20    A.   It's before, yes, because 2002 is when   14:31:33
21 things were beginning to get a lot more difficult.
22    Q.   Right. Okay.

Page 140
14:31:44

1       (Interrupted translation.)
2 BY MR. STEWART:
3    Q.   First -- I'm sorry to interrupt, excuse
4 me. The meeting we are now talking about occurred
5 at a cafe in Saint Germain?                        14:31:49
6    A.   Let's say I remember discussions where I
7 was not with essentially Jim Murphy and Pierre
8 Germain. And Pierre Germain told me, Listen, he's
9 proposing something and it might be a good idea if
10 you came, even just for 15 or 20 minutes, because  14:32:23
11 it's about strategy matters and to know if you want
12 to know or not or don't want to do or not to do.
13    Q.   This is Pierre Germain talking to you?
14    A.   (In English) Yes.
15       (Through the Interpreter) Yes.            14:32:45
16    Q.   Okay. Okay.
17    A.   So I went. I don't think I had dinner.
18 I think I had a drink with Pierre Germain and Jim
19 Murphy. And their proposal, among other things,
20 was the following, I recognize -- I acknowledge    14:33:13
21 that you have technologies that we are interested
22 in.

Page 141
14:33:24

1    Q.   This is you talking to Jim Murphy?
2    A.   (In English) Jim Murphy.
3    Q.   Jim Murphy talking to you?
4    A.   (In English) Mm-hmm. We also developed
5 technologies for transdermals and creams. Maybe we 14:33:37
6 can do something a little more global, in which you
7 will transfer these technologies and transdermals
8 with a certain value.
9       And for my part, I can also buy this
10 technology and not only use it but buy it. And in  14:34:12
11 this case make a payment or the equivalent of a
12 payment and to settle, to -- to acquire the
13 technologies to settle the acquisition of the
14 technologies.
15    Q.   Is this Jim Murphy still speaking to you 14:35:02
16 or you speaking to him also?
17    A.   It's still Jim Murphy talking to me.
18    Q.   Okay.
19    A.   My reaction was to say before we trade
20 technologies that I don't know, your technologies  14:35:24
21 that I don't know, we must first resolve the
22 ongoing problem, since we've been working together

36 (Pages 138 to 141)

Page 142
14:35:43

1 for several years. And I would like, first, to
2 solve the problems before seeking other problems.
3    Q.  What did he say?
4    A.  That he was going to continue
5 discussions with Pierre Germain to try to -- to try        14:36:16
6 to define further the proposal because I thought it
7 was a little vague too.
8    Q.  Okay. Okay.
9        MR. STEWART:  Let me have marked as the
10 next exhibit a Confidentiality and Nondisclosure       14:37:00
11 Agreement.
12       Seventeen?
13       THE COURT REPORTER:  (Nodded
14 affirmatively.)
15       (Leduc Deposition Exhibit No. 17 was           14:37:22
16       marked for Identification.)
17       THE WITNESS:  That, I know.
18 BY MR. STEWART:
19    Q.  And would you tell us what Exhibit 17
20 is. It's an agreement for technology for                14:37:34
21 enhancement of absorption, which could cover
22 several products, including a new formulation for

Page 143
14:38:24

1 Omeprazole, Fenofibrate. And certainly, also
2 products like Itraconizole. And again, we had
3 obtained registrations in other territories and
4 including those in fabricating and manufacturing,
5 and I still did not have a general agreement --          14:38:57
6    Q.  Okay.
7    A.  -- specifically.
8    Q.  The confidentiality, can we agree that
9 this is a confidentiality and nondisclosure
10 agreement?                                               14:39:15
11    A.  Quite.
12    Q.  And it was signed by you, Gérard Leduc
13 on behalf of Ethypharm France. Yes?
14    A.  Yes.
15    Q.  And it was signed by Jim Murphy on        14:39:35
16 behalf of Bentley Pharmaceuticals, Inc. Correct?
17    A.  Yes.
18    Q.  And is the -- the -- I'm going to read
19 the second paragraph.
20       "Whereas, Bentley and Ethypharm agree    14:39:53
21 each to allow the other access to certain
22 confidential information, trade secrets or

Page 144
14:40:12

1 proprietary information relating to the affairs of
2 each Company with respect to enhancement of
3 absorption and permeation of drugs through
4 biological membranes and only for the purpose of
5 contemplation some form of business relationship."    14:40:41
6       Does this paragraph, that I have just
7 read, summarize the purpose of the confidentiality
8 agreement regarding exchange of information?
9    A.  Yes.
10    Q.  Okay. Does this agreement -- did this    14:41:15
11 agreement have anything to do with the manufacture
12 of Omeprazole?
13    A.  Directly, no. But for the future, yes,
14 because it could include formula changes, which
15 was -- which were planned in the acquiesce -- the    14:41:45
16 acquiesce form notably. The only question I ask
17 myself, when looking at this, is to know whether
18 this, the -- the -- mentioning the membranes could
19 cover also the technology of Bentley's transdermal
20 technology. And I don't have an answer.               14:42:27
21    Q.  Let's see.
22    A.  For me, this corresponds mostly to the

Page 145
14:42:55

1 period where we had the acquiesce technology and
2 that could go to Omeprazole.
3    Q.  The third -- the fourth paragraph says,
4 "The confidential information transmitted will be
5 listed by the disclosing party in a letter          14:43:13
6 accompanying said information."
7       Was such a letter ever written?
8    A.  Likely, yes, but it's impossible to tell
9 if it was really the case and certainly don't have
10 the memory that allows me -- that allows me to --    14:43:48
11 to tell --
12    Q.  Okay.
13    A.  -- to tell what was done.
14    Q.  Do you have in mind a list of
15 confidential information that applied to this        14:44:03
16 agreement?
17    A.  No.
18    Q.  Okay. Did this agreement, in your mind,
19 apply to a future business relationship or did it
20 apply to the existing relationship between           14:44:29
21 Ethypharm and Bentley's subsidiary Laboriatorious
22 Belmac?

37 (Pages 142 to 145)

Page 146
14:44:58

1    A.  When you sign a confident -- a secrecy
2 agreement, it's generally for information that you
3 will give in the future.  But also, generally, it's
4 for something that follows something that is
5 ongoing.  And simply, as it evolves, other      14:45:19
6 informations -- other information comes, and when
7 you don't have a general agreement, you are forced
8 to have individual agreements.
9    Q.  Okay.  And at this time --
10    A.  There are -- there are many secrecy      14:45:45
11 agreements.
12    MR. STEWART:  I'm sorry, there are many?
13    THE INTERPRETER:  There are many secrecy
14 agreements.
15 BY MR. STEWART:      14:45:52
16    Q.  You said secrecy agreements?
17    A.  Yeah.
18    Q.  At this time, February of 2000, you did
19 not have a general agreement; is that right?
20    MR. BOSTWICK:  Objection. Vague.      14:46:03
21    THE WITNESS:  Signed, no.  But the
22 agreement, in principle, with Jim Murphy was clear.

Page 147
14:46:12

1 BY MR. STEWART:
2    Q.  Okay.
3    A.  For me, there was no doubt we were in
4 agreement.
5    MR. STEWART:  Yes, we're going to do      14:46:23
6 this.
7 BY MR. STEWART:
8    Q.  Mr. Leduc, I warned you that I was going
9 to try to ask some questions about a meeting that I
10 believe took place in April of 1998.  And to help      14:46:35
11 us, I'd like to have marked as the next exhibit a
12 fax by Adolfo de Basilio dated April 6, 1998.
13    MR. STEWART:  This will be 18?
14    (Nodded affirmatively.)
15    MR. STEWART:  Thank you.      14:47:14
16    (Leduc Deposition Exhibit No. 18 was
17    marked for Identification.)
18    MR. BOSTWICK:  Always -- it looks like
19 we're -- no, okay.  We're okay.  Pardon me.
20 BY MR. STEWART:      14:47:40
21    Q.  Do you recognize Mr. -- Mr. de Basilio's
22 fax to you in the attached document?

Page 148
14:47:53

1    A.  Yes.
2    Q.  Can you tell us the circumstances as to
3 how it was that this document came in to -- in to
4 being?
5    A.  Precisely, maybe not.  What I know is      14:48:12
6 that there was a secrecy agreement proposal that
7 was made and that obviously I've changed some
8 points, that the following pages with some changes
9 that I wanted to have.
10    The decision I'll remember, if I took      14:48:53
11 part in the discussions, but all I knew is that I
12 wanted this to be very clear, but there were items
13 and some points to be changed.  And I must have
14 made some changes that I would have to find in my
15 memory, which is not very easy.      14:49:19
16    Q.  Do you -- can you tell me what those
17 changes were?
18    A.  No.  But I imagine that formulation was
19 not precise enough, and Mr. Murphy added a number
20 of precise points to show -- to really show it was      14:49:42
21 ours.
22    Q.  Okay.  Who prepared the document that is

Page 149
14:49:58

1 on page 3263?
2    A.  I don't know.  Perhaps Roseline, perhaps
3 Adolfo, maybe another legal person.
4    Q.  Okay.  You see that there is a
5 certification by Clemente Gonzales Azpeita on      14:50:34
6 behalf of Laboratiorious Belmac, and by James R.
7 Murphy on behalf of Bentley Pharmaceuticals, Inc.;
8 is that correct?
9    A.  Yes.
10    Q.  And the first paragraph says, "Ethypharm      14:50:58
11 S.A. (Spain), quote, (Ethypharm), end quote, has a
12 manufacturing agreement with Laboriatorious Belmac
13 S.A for manufacturing Omeprazole pellets and a
14 certain number of other products developed by
15 Ethypharm in Laboriatorious Belmac S.A.'s plant in      14:51:32
16 Zaragoza."
17    Is this a true statement?
18    A.  Yes.
19    Q.  Did Ethypharm have a manufacturing
20 agreement with Bentley?      14:51:55
21    A.  Definitely, yes.  Since we were in
22 agreement on the principle of this strategy with

38 (Pages 146 to 149)

Page 150
14:52:21

1 Murphy, with Bentley, and what was missing was that
2 final signed agreement. But as for us, we kept
3 working as if we didn't have it and it was
4 upsetting. But clearly, we had a verbal agreement
5 and discussions for many years and you keep working   14:52:45
6 with this prime work, because my opinion is that we
7 had an agreement even if it was not formalized.
8     Q. Okay. The next sentence,
9 "Laboriatorious Belmac S.A. is audited regularly by
10 Ethypharm to assure that GMP are followed under   14:53:09
11 Ethypharm's Q.A. requirements."
12     Is that a true statement?
13    A. Yes.
14    Q. Was Bentley Pharmaceuticals ever audited
15 by Ethypharm?   14:53:40
16    A. But why do you want to audit something
17 other than a plant which produces? Bentley did not
18 have to be GMP. Bentley, for me, is like my
19 headquarters in Saint Cloud, as the place where
20 decisions are made, not the place where products   14:54:14
21 are made.
22    Q. Okay. Laboriatorious Belmac had a plant

Page 151
14:54:24

1 in Zaragoza. Correct?
2     And --
3    A. Yes.
4    Q. -- Laboriatorious Belmac had
5 administrative offices in Madrid. Correct?   14:54:29
6    A. Yes, I had administrative offices at the
7 time in Madrid.
8    Q. But you had --
9    A. But no plant in Spain.
10    Q. -- you had administrative offices as the   14:54:47
11 administrator of Ethypharm Spain?
12    A. That was the company, Ethypharm Spain,
13 that had offices, whether it was where Adolfo de
14 Basilio, the people who are dealing with the
15 relationships with the ministries.   14:55:14
16    Q. Ethypharm --
17    A. When I didn't have Claude Dubois or
18 Pierre Germain or others, it is true that I had
19 some -- some people had seen me sitting in the
20 offices over there.   14:55:38
21    Q. Did Ethypharm France have offices in
22 Madrid?

Page 152
14:55:45

1    A. No.
2    Q. And so the answer to my question, did
3 Ethypharm ever audit Bentley Pharmaceuticals, the
4 answer is no?
5    A. One doesn't have to ask discretion when   14:56:16
6 you -- when one talks about the pharmacy and knows
7 what it's about. Manufacturing is not an office.
8    Q. And so it may be perfectly evident to
9 you, but just to make sure that everyone
10 understands, that Ethypharm never audited Bentley   14:56:37
11 Pharmaceuticals?
12     MR. BOSTWICK: Object as asked and
13 answered.
14     MR. STEWART: No, it hasn't been
15 answered.   14:56:50
16     THE WITNESS: It's as if you ask me, Is
17 it true that you have never killed somebody in
18 Russia, as much relations?
19     You cannot have notice of something that
20 does not exist.   14:57:22
21     So why would you want me to answer this
22 type of question? It does nothing to edit.

Page 153
14:57:38

1 BY MR. STEWART:
2    Q. I have --
3    A. Is it true that I did not order the
4 plant on the moon? Yes, I never ordered a plant on
5 the moon. But if that pleases you, I've never went   14:57:47
6 to see what -- what copier, what was -- what was
7 the copy -- what was Bentley's copier -- Bentley's
8 copier in the United States.
9    Q. All right.
10    A. (In English) Okay?   14:58:07
11    Q. I'll take that answer as agreement that
12 you never -- that Ethypharm never audited --
13     MR. BOSTWICK: Objection.
14 BY MR. STEWART:
15    Q. Let's -- we're almost through with   14:58:20
16 this -- with this complicated document.
17     Can we agree that Bentley -- well, let
18 me -- let me withdraw the question.
19     Yeah. Can we -- can we agree that
20 Bentley did not itself use any machinery that   14:58:48
21 belonged to Ethypharm?
22    A. Listen, if you want to make a one,

39 (Pages 150 to 153)

Page 154
14:59:14

1 single page of a secrecy agreement talk, this page
2 shows me that when I needed to get in to a major
3 point, which was to protect my know-how, I had to
4 go to Bentley to discuss with Murphy. That's all.
5  Q.  Okay. I understand that was your --  14:59:42
6 that was your -- that is your point. I -- I just
7 want to have a -- I just -- I want to have just a
8 couple of facts cleared up.
9  A.  I am at your disposal.
10  Q.  Thank you. Bentley Pharmaceuticals,  15:00:06
11 Inc., did not have any machinery of Ethypharm in
12 its facilities in the United States, did it?
13  A.  I hope not.
14  Q.  Okay. Do you have any reason to think
15 it did?  15:00:24
16  A.  No.
17  Q.  Okay.
18  MR. BOSTWICK:  Shall we take, maybe, a
19 five-minute break?
20  MR. STEWART:  Sure.  15:00:34
21  THE VIDEOGRAPHER:  The time is 15:00:23.
22  Off the record.

Page 155
15:00:40

1  (Whereupon, at 15:00:23 p.m., a recess
2 was taken, and the proceedings resumed at
3 15:10:43 p.m., this same day.)
4  THE VIDEOGRAPHER:  On the record.
5  The time is 15:10:43.  15:10:55
6  MR. STEWART:  I'd like to mark as the
7 next exhibit a memorandum to Mr. Debrégeas and
8 Mr. Leduc from Adolfo de Basilio, dated June 21,
9 1999.
10  (Leduc Deposition Exhibit No. 19 was  15:11:22
11  marked for Identification.)
12 BY MR. STEWART:
13  Q.  Mr. Leduc, following our earlier
14 procedure, let me ask you a question. And if you
15 need to study the document, just let me know.  15:11:55
16  Can you tell me what this letter is
17 referring to?
18  A.  This letter says nothing except that
19 Adolfo Herrera was named general director.
20  Q.  Okay. Well, let me -- let me read to  15:12:49
21 you the first -- the first sentence that I have in
22 translation.

Page 156
15:12:55

1  We are sending you, attached, the last
2 letter that we have received from Belmac,
3 concerning which Mr. Perez-Sendino thought that it
4 can break the deadlock in certain matters that we
5 have pending such as:  Diltiazem license,  15:13:24
6 et cetera.
7  A.  He said, I'm stopping you. The letter
8 is not here. This is an accompanying letter.
9  Q.  And I don't have it.
10  A.  What -- what -- what do you want to be  15:13:47
11 said?
12  Q.  What I want to -- what I want you to
13 tell me is whether you know what the deadlock --
14  A.  (In English) No.
15  Q.  -- is -- is that is referenced here.  15:13:57
16 Okay.
17  A.  What I see is that there were ongoing
18 discussions. But if we don't have the letter, what
19 do you want us to do?
20  Q.  Okay. What I want, not you to do, but I  15:14:14
21 would ask your counsel if they could look for the
22 letter that is referred to as in Exhibit 19 and

Page 157
15:14:26

1 we'll send you a note on that.
2  MR. BOSTWICK:  Okay. Did you get the
3 note about that last one? We did look into the
4 last one from the last deposition. And apparently,
5 the attachments were right behind in sequence.  15:14:34
6  MR. STEWART:  They were?
7  MR. BOSTWICK:  Yeah. It may not -- in
8 other words --
9  MR. STEWART:  Okay.
10  MR. BOSTWICK:  -- my understanding is  15:14:41
11 the way the -- the computers work is sometimes
12 they're not the same document but it's in
13 sequential order --
14  MR. STEWART:  Okay. All right.
15 We'll --  15:14:53
16  MR. BOSTWICK:  -- because the way the
17 electronic --
18  MR. STEWART:  Okay.
19  MR. BOSTWICK:  -- form captures them --
20  MR. STEWART:  All right.  15:14:59
21  MR. BOSTWICK:  -- but they were in
22 sequential order. That's the way it looks anyway.

40 (Pages 154 to 157)

Page 158

```
 1        MR. STEWART: All right.                    15:14:59
 2        MR. STEWART: Two more documents.
 3 Actually -- yeah. Right. Two more documents.
 4     Okay. The next document is a document
 5 is a document that has E -- the Bates No.         15:15:27
 6 EP 005159, Contracto De Licencia, with an
 7 attachment translation. That'll be Exhibit 20?
 8        (Nodded affirmatively.)
 9        MR. STEWART: Okay.
10        (Leduc Deposition Exhibit No. 20 was       15:16:01
11        marked for Identification.)
12        MR. STEWART: And as Exhibit 21, a
13 document that is an addendum to the license
14 agreement -- addendum number one to the license
15 agreement and the supply contract.               15:16:09
16        (Leduc Deposition Exhibit No. 21 was
17        marked for Identification.)
18        (Witness reviews documents.)
19        THE WITNESS: There are many pages left
20 blank. Is that normal?                           15:17:05
21 BY MR. STEWART:
22     Q. Pages in the original Spanish?
```

Page 159

```
 1     A. No, in the translation.                   15:17:17
 2     Q. In the -- the translation is a -- is a
 3 partial translation and it -- it concerns only
 4 matters which I -- which I don't intend to ask
 5 about.                                           15:17:25
 6     A. (In English) Okay.
 7     Q. My questions will be quite general with
 8 regard to this document.
 9        And the first question is, Do you
10 recognize the license agreement, and then you'll  15:17:43
11 note that in -- in the -- in Exhibit 20 there's
12 also a document which has been translated as Supply
13 Agreement.
14     A. Yes.
15     Q. All right. And does your signature or     15:18:04
16 initials appear?
17     A. Yes.
18     Q. And you signed this license -- this
19 licensed agreement on behalf of Ethypharm; is that
20 right?                                           15:18:24
21     A. Yes, for both actually.
22     Q. For --
```

Page 160

```
 1     A. French and Spain.                         15:18:32
 2     Q. French and Spain. And this agreement
 3 was signed by Laboriatorious Davur by Mr. Fernando
 4 Berenguer Zuñiga. Correct?
 5     A. Yes. Whom I don't know.                    15:18:47
 6     Q. Okay. And Laboriatorious Belmac Davur,
 7 is that a subsidiary of Bentley Pharmaceuticals,
 8 Inc.?
 9     A. I imagine.
10     Q. Okay.                                      15:19:25
11     A. It's mentioned in Bentley's documents as
12 being part of the subsidiaries in Spain.
13     Q. Okay. When you say part of Bentley's
14 documents, you don't mean -- you don't mean
15 Exhibit 20. You mean some other document?        15:19:37
16     A. Yes, priced documents, for example.
17     Q. Okay. Now did you consider this an
18 agreement between Ethypharm France and Ethypharm
19 Spain, and on the one hand, and Laboriatorious
20 Davor on the other?                              15:20:00
21     A. Yes.
22     Q. Did you also consider it an agreement
```

Page 161

```
 1 between Ethypharm France and Ethypharm Spain on the  15:20:12
 2 one hand and Bentley Pharmaceuticals, Incorporated,
 3 on the other?
 4     A. I consider that is -- that is a license
 5 agreement on the one hand that concern Ethypharm    15:20:37
 6 through its Spanish subsidiary, which is mentioned
 7 which -- because -- because the rights for the
 8 parties that I mentioned that is the license
 9 agreement. And for the manufacturing, it's a
10 contract jointly between Ethypharm S.A. and         15:21:07
11 Laboriatorious Davur because, here again, the Davur
12 industry is the company that manufacturers with
13 plant.
14        And, therefore, when the license
15 agreement is signed by the mother company, the      15:21:30
16 manufacturing is performed by Ethypharm industries,
17 which is a subsidiary, which was because now they
18 have merged.
19        And since I was president of the
20 Ethypharm industries, I signed a supply agreement   15:21:53
21 with Davur, which was a licensee of Ethypharm
22 France through its subsidiary from Spain.
```

41 (Pages 158 to 161)

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**

JT-A-862

Page 162
15:22:16

1        There's nothing complicated here.
2 That's what everybody does.
3        Q.   The mother company of Laboratorious
4 Davur S.L., Bentley Pharmaceuticals didn't sign
5 this agreement.  Correct?                    15:22:35
6        A.   Yes.
7        Q.   And, therefore --
8        A.   I don't see --
9        Q.   In other words --
10       A.   I don't see for what reason they would   15:22:56
11 have signed it.  There was no transfer of know-how.
12 There was no reason.
13       Q.   And you did not consider Bentley
14 Pharmaceuticals, Inc. as a party to this agreement,
15 did you?                                      15:23:19
16       A.   They didn't need to execute an agreement
17 in this particular case, no.
18       Q.   Okay.
19       A.   They were -- they were perfectly aware
20 but there was no reason to -- there was no reason   15:23:41
21 to participate in an agreement for a simple license
22 agreement and a simple supply agreement.

Page 163
15:24:00

1        Q.   Okay.
2        MR. STEWART:  Just for the manufacturing
3 agreement.  Okay.
4        MR. MINGOLLA:  Okay.
5        MR. STEWART:  I'd like to mark as the   15:24:47
6 next exhibit a Contrato De Fabricación, Belmac
7 Bates No. 000548.
8        (Leduc Deposition Exhibit No. 22 was
9        marked for Identification.)
10       MR. STEWART:  Okay.  And the Cara De --   15:25:24
11 an agreement document titled Contra -- Carta De
12 Compromiso De Compra we'll identify as Exhibit 23.
13       (Leduc Deposition Exhibit No. 23 was
14       marked for Identification.)
15 BY MR. STEWART:                               15:26:04
16       Q.   Mr. Leduc, have you seen the
17 Manufacturing Agreement before today?
18       A.   No.
19       Q.   Have you seen the Letter of Purchase
20 Undertaking prior to today?                   15:26:25
21       A.   No.
22       Q.   And that -- I assume that means that you

Page 164
15:26:34

1 I never -- well, let me withdraw that.
2        Have you seen a Manufacturing Agreement
3 between Laboratorious Belmac and Laboratorious
4 Ethypharm which in substance is identical to
5 Exhibit 22?                                   15:26:50
6        A.   I don't think so.
7        Q.   So this comes as a surprise to you that
8 there is such a -- that there's such a document?
9        A.   No, I'm not surprised at all.  Why do
10 you want me to -- need to see a document like that?   15:27:41
11 It was just to show other people that -- that
12 Belmac was authorized -- Ethypharm's customer so
13 that they would know that Belmac was authorized to
14 manufacture these products, according to the
15 process and specifications, yeah.  These are very   15:28:02
16 normal things that subsidiaries can do, and it's
17 just surprising --
18       Q.   Explain please what you mean --
19       MR. BOSTWICK:  Excuse me.  I don't think
20 we just got the last translation.            15:28:22
21       THE WITNESS:  Surprise.  It takes me by
22 surprise.

Page 165
15:28:29

1 BY MR. STEWART:
2        Q.   Okay.  Do you -- do you know who drafted
3 Exhibit 22 and Exhibit 23?
4        A.   (In English) No.
5        (Through the Interpreter) No.          15:28:41
6        Q.   And would you explain what you -- what
7 you meant when you said that this Exhibit 22 was
8 prepared to be shown to other people -- I believe
9 you said customers.
10       A.   Yes.  When you sign the Manufacturing   15:29:13
11 Agreement -- no.  The first days of product, you
12 must announce where -- where it is made, what --
13 which plant it is made, under which conditions.
14       So you make a very short contract
15 without giving all the details of the general   15:29:42
16 contract that authorizes that at least the customer
17 knows that when he signs supplied contract
18 agreement with Ethypharm, and he's going to receive
19 products coming from a plant that is not
20 Ethypharm's plant, this is made with Ethypharm's   15:30:09
21 authorization and according to Ethypharm's
22 techniques.  And that's as simple as that.

42 (Pages 162 to 165)

Page 166
15:30:35

1    Q. This document is signed by Adolfo De --
2 Basilio and Adolfo -- for Ethypharm S.A. Correct?
3    A. Ethypharm Spain, yes.
4    Q. And it's signed by Laboritorious Belmac
5 by Adolfo Herrera?    15:30:55
6    A. Yes. It had to be because it was the
7 manufacturing site.
8    Q. What was the reason that -- let me
9 ask -- let me withdraw that.
10    Was this document -- was this document    15:31:36
11 intended to be submitted to the -- to a -- to a
12 government agency of Spain?
13    MR. BOSTWICK: Which -- which document?
14    MR. STEWART: Exhibit 22.
15    THE WITNESS: I don't know.    15:31:54
16 BY MR. STEWART:
17    Q. Okay. Was this document prepared for
18 so-called administrative reasons?
19    MR. BOSTWICK: Objection. Vague.
20    THE WITNESS: I imagine but I don't know    15:32:16
21 exactly the reason why it was prepared. I don't
22 know.

Page 167
15:32:22

1 BY MR. STEWART:
2    Q. Well, was it prepared to set forth the
3 terms of the manufacturing relationship between
4 Ethypharm Spain and Laboritorious Belmac?
5    MR. BOSTWICK: Objection. Form.    15:32:48
6    THE WITNESS: Not to set forth terms but
7 there is a transfer price that is indicated. It'd
8 be just for tax reasons, for balance sheet reasons,
9 transfer price or simply discussions with
10 customers. I, frankly, have no idea of the    15:33:13
11 intended recipient.
12 BY MR. STEWART:
13    Q. And my apologies if I've asked you this
14 question. Have you seen Exhibit 23, the Carta de
15 Compromiso De Compra today?    15:33:26
16    MR. BOSTWICK: Objection. Asked and
17 answered.
18    THE WITNESS: Yes, I just saw it. Yes,
19 I saw it.
20 BY MR. STEWART:    15:33:43
21    Q. When did you first see this document?
22    A. Here.

Page 168
15:33:49

1    Q. Here? Okay.
2    A. Yes.
3    Q. Is it customary to show a customer the
4 terms of price between Ethypharm and a -- between
5 Ethypharm and a supplier of product?    15:34:05
6    A. It depends. It can be a negotiation
7 technique. But if it's the tax authorities that
8 ask you where to transfer price between France and
9 Spain, yeah, then -- then it's an indication. But
10 again, my answer is really sincere. I don't -- I    15:34:43
11 don't know why that was made.
12    Q. Was the -- was the agreement -- was --
13 I'm referring now to the Letter of Purchase
14 Undertaking.
15    A. It looks more like the final    15:35:26
16 negotiation to set forth a price for year 2000.
17    Q. And does it appear to you that this is
18 the -- let me -- let me withdraw that.
19    Does it appear to you that this was the
20 price that was agreed upon between Ethypharm Spain    15:35:49
21 and Laboritorious Belmac?
22    MR. BOSTWICK: Objection. Form.

Page 169
15:36:05

1    THE WITNESS: It's likely. The price in
2 itself had to be set forth. The translation had to
3 be done locally, but the role had been discussed
4 with Bentley. At least the intention was to split
5 the margins and, therefore, we calculate the    15:36:41
6 payment price by -- from Spain and its customers.
7 BY MR. STEWART:
8    Q. Did you discuss the margins with
9 Bentley?
10    A. The principal of the way to be    15:37:17
11 compensated for both, yes.
12    Q. How about the actual numbers?
13    A. No, since it was a split margin or
14 royalties you had to calculate the final price so.
15 And then all the adjustments and all costs were    15:37:52
16 made locally.
17    Q. And who -- who were the ones who did all
18 the adjustments locally?
19    A. The two financial directors.
20    Q. And who were those?    15:38:10
21    A. For us it was Igonet, for a long time.
22 And on that side, I don't know.

43 (Pages 166 to 169)

Page 170

1    Q.  You've told us that you believed that    15:38:33
2 the agreement regarding the manufacture of
3 Omeprazole was between Ethypharm on the one hand
4 and Bentley on the other.
5    Is that your testimony?    15:38:52
6    A.  No.  Like I said, Ethypharm needed a
7 plant in Spain to manufacture several products, not
8 Omeprazole, to be comfortable with the fact that
9 the Spanish plant could be approved to be GMP --
10 no, to be -- to be accredited to the GMP.  And that    15:39:36
11 we didn't have any problem or security of the
12 know-how, so to work with people with whom we had
13 the legal security.
14    So that's an agreement that is related
15 only to Omeprazole.  That is to say the Ethypharm    15:40:06
16 plant that was with BASF, and that really didn't
17 cause any problem, would change, would go to
18 somebody else.  And that's why we discussed with
19 Juan Puni (phonetic), who said -- who just happened
20 to have a friend in Oymathal (phonetic), that would    15:40:33
21 be -- that would be interested in that and this
22 happens that Oymathal was acquired by Bentley after

Page 171

1 that.  And that -- that value of the Ethypharm    15:40:43
2 company that is essentially its technology and its
3 product we could continue working with the people
4 who had the morality and the manufacturing
5 security, which was the case with BASF and    15:41:05
6 Onkudline (phonetic.)
7    Q.  Well, are you aware of any written
8 agreement between Bentley pharmaceuticals,
9 Incorporated, and Ethypharm for the manufacturer of
10 Omeprazole and other Ethypharm products?    15:41:25
11    MR. BOSTWICK:  Objection.  Vague.
12    THE WITNESS:  The general -- the general
13 agreement was not -- there was for many years that
14 this verbal agreement, but the final general
15 agreement was never signed.    15:42:13
16 BY MR. STEWART:
17    Q.  Did you ever -- did you ever offer to --
18 let me withdraw that.
19    Before -- before Adolfo de Basilio
20 signed Exhibit 23 for Ethypharm Spain, did he need    15:43:07
21 approval from anyone at -- at Ethypharm France?
22    A.  He probably had to speak about it

Page 172

1 with -- at that time it was -- there were two    15:43:39
2 people, I imagine, Eric Igonet and Pierre Germain.
3    Q.  Do you know whether he did so?
4    A.  No.
5    Q.  No?    15:43:57
6    A.  No.
7    Q.  Do you know whether either Pierre
8 Germain or Eric Igonet ever considered adding
9 Bentley Pharmaceuticals, Incorporated, as a party
10 to the Manufacturing Agreement?    15:44:10
11    MR. BOSTWICK:  Objection.  Speculation.
12    THE WITNESS:  I don't see why they would
13 have considered it.  For these type of things, you
14 didn't have to add it.
15 BY MR. STEWART:  Okay.  Let me mark as the next    15:44:37
16 couple of exhibits contracts, the Exhibit 24, a
17 contract for Vincamina Microgranulos.
18    (Leduc Deposition Exhibit No. 24 was
19    marked for Identification.)
20    MR. STEWART:  Exhibit 25, Indometacine    15:45:28
21 Microgranules.
22    (Leduc Deposition Exhibit No. 25 was

Page 173

1    marked for Identification.)    15:45:39
2    MR. STEWART:  And Exhibit 26, Piroxicam
3 Microgranules.
4    (Leduc Deposition Exhibit No. 26 was
5    marked for Identification.)    15:46:00
6    MR. STEWART:  And Exhibit 27, Aspirine
7 Microgranules.
8    (Leduc Deposition Exhibit No. 27 was
9    marked for Identification.)
10 BY MR. STEWART:    15:46:42
11    Q.  And Mr. Leduc, have you seen these
12 manufacturing contracts prior to today?
13    A.  No.
14    Q.  Okay.  Do you know who prepared these    15:46:59
15 agreements?
16    A.  Unlikely, directly in that way --
17    Q.  Okay.
18    A.  -- which is normal by the Spanish
19 subsidiary.
20    Q.  All right.  I have the -- this question    15:47:23
21 with respect to Exhibit 22 as well as Exhibits 24,
22 through 26.

44 (Pages 170 to 173)

Page 174

1    A.  (In English) Yeah.                          15:47:47

2    Q.  To your understanding was there anything

3  that, as of a legal nature, that would have

4  prevented Ethypharm S.A. Spain from or Ethypharm

5  France from insisting that the agreement be also    15:48:09

6  signed by Bentley Pharmaceuticals, Inc.?

7    A.  Why would we have asked them to sign

8  that.  It was Bentley that was manufacturing.  It

9  was Bentley that was telling the Spanish subsidiary

10 that was deciding that its Spanish subsidiary could  15:48:54

11 manufacture or got into some strategies that were

12 set forth by the parent company.

13         What was missing was the general

14 signed -- written agreement that we would have had

15 to have materialized.  A verbal agreement is quite   15:49:16

16 sufficient, except that when there is a problem

17 with the verbal agreement, how can you prove that

18 both parties were understanding the same thing?

19    Q.  That is a problem.  All right.

20         MR. STEWART:  The next is a cover sheet   15:50:09

21 from Mr. Gérard Leduc to Mr. Jim Murphy with an

22 attached Technology License and Manufacturing

Page 175

1  Agreement.                                          15:50:25

2         (Leduc Deposition Exhibit No. 28 was

3         marked for Identification.)

4  BY MR. STEWART:

5    Q.  Mr. Leduc, can you tell us -- can we --      15:51:02

6  will you confirm for us that this is a letter

7  that -- that this -- that exhibit --

8         MR. MINGOLLA:  Twenty-eight.

9  BY MR. STEWART:

10   Q.  -- Exhibit 28 contains a letter that you     15:51:17

11 wrote to Jim Murphy at Bentley Pharmaceuticals?

12   A.  Yes.

13   Q.  And that attached to that letter is a

14 proposed Technology License And Manufacturing

15 Agreement?                                           15:51:46

16   A.  That was the agreement that we had

17 discussed in November that should have been sent

18 before December.  I don't remember what happened.

19 That things got a little complicated because

20 they're commenting that things are not going as      15:52:20

21 planned.

22         Once more, it's the general agreement

Page 176

1  that should have been formalized once and for all.   15:52:31

2  And it was covering all the little agreements that

3  could have been reached in between.  And it is

4  something that I sent to stop discussing very

5  partial things every time.                          15:52:55

6    Q.  All right.  And in your letter you say

7  that -- let me -- I withdraw that.

8    A.  (In English) Mm-hmm.

9    Q.  Was this -- was the -- who -- who

10 prepared the draft of the technology license and     15:53:10

11 manufacturing agreement?

12   A.  Essentially myself and Roseline

13 Joannesse with probably interventions on some

14 questions by Adolf de Basilio, Pierre Germain.  She

15 was the one there.  But the writer wasn't Joannesse  15:53:43

16 and him supervisor of the writing.

17   Q.  Okay.  Now you've told us the purpose of

18 this agreement to collect into one document all of

19 the terms that you believe should have existed.

20         MR. BOSTWICK:  Objection.                  15:54:14

21 Mischaracterization.

22         THE WITNESS:  And also for the future,

Page 177

1  essentially for the future.                          15:54:21

2  BY MR. STEWART:

3    Q.  And the agreement, as drafted by you and

4  Roseline Joannesse between, on the one hand,

5  Ethypharm S.A. Spain, represented but by its         15:54:31

6  president -- oh, sorry -- a company belonging to

7  Ethypharm S.A. -- S.A. France represented by

8  Patrice Debrégeas.  Yes?

9    A.  Yes.

10   Q.  And on the other part, Laboritarious       15:55:08

11 Belmac accompanied belonging to Bentley represented

12 by Jim Murphy.  Correct?

13   A.  Yes.

14   Q.  Is it your understanding -- however,

15 there is no -- this agreement does not purport to    15:55:25

16 be between Ethypharm and Bentley Pharmaceuticals

17 directly, does it?

18         MR. BOSTWICK:  Objection.  Objection --

19 I'm sorry -- to form.

20         THE WITNESS:  I don't know.  You're a     15:55:56

21 lawyer.  What do you think?  I mean, that's not a

22 question I'm asking you, but don't you think that

45 (Pages 174 to 177)

Page 178
15:56:01

1 all four are tied.

2        THE VIDEOGRAPHER: Counsel?

3        MR. STEWART: Yeah.

4        We'll continue this.

5        THE VIDEOGRAPHER: This ends tape number     15:56:09

6 three of the Leduc deposition.

7        The time is 15:55:59. Off the record.

8        (Whereupon, at 15:55:59 p.m., the

9 videographer replaced the videotape, and the

10 proceedings resumed at 15:56:45 p.m., this same     15:56:23

11 day.)

12        THE VIDEOGRAPHER: On the record with

13 tape number four of the testimony of Gérard Leduc

14 in the matter of Ethypharm versus Bentley

15 Pharmaceuticals. The date is July 15, 2006. The     15:56:53

16 time is 15:56.45.

17 BY MR. STEWART:

18     Q.   Mr. Leduc, please turn to page

19 EP 002004. Okay.

20     A.   No problem. I knew it was there.     15:57:27

21     Q.   And can we agree that the signature

22 blocks that appear on page -- on that page 04 --

Page 179
15:57:39

1 Ethypharm S.A. by Mr. Patrice Debrégeas, President,

2 and for Belmac S.A. by James Murphy, Executive

3 Director.

4     A.   Yes.

5     Q.   Now were you aware that in November of     15:58:05

6 2001 Adolfo Herrera sent a letter to Adolfo de

7 Basilio --

8        THE INTERPRETER: What's the date?

9        MR. STEWART: November 14th.

10 BY MR. STEWART:     15:58:39

11     Q.   -- giving notice of termination of a --

12 of the manufacturing contract between Ethypharm

13 Spain and Laboriatorious Belmac?

14     A.   Yes, I am aware of that. And actually

15 that day there were two simultaneous events.     15:59:08

16     Q.   Before we get to those simultaneous

17 events, were you aware that on the same day Adolfo

18 Herrera sent a letter to Adolfo de Basilio --

19     A.   (In English) Right.

20     Q.   -- providing notice of termination of     15:59:32

21 the purchase commitment letter signed on March 23,

22 2000? Okay.

Page 180
15:59:43

1     A.   Yes.

2        MR. STEWART: Mark as the next -- the

3 exhibit, the Termination of the Manufacturing

4 Agreement, Exhibit 29.

5        (Leduc Deposition Exhibit No. 29 was     15:59:54

6        marked for Identification.)

7        MR. STEWART: And as term -- and I'd

8 like the stenographer to mark as exhibit -- for

9 identification as Exhibit 30, a letter of

10 November 14th, 2001, providing Notice of     16:00:17

11 Termination of the Purchase Commitment letter.

12        (Leduc Deposition Exhibit No. 30 was

13        marked for Identification.)

14 BY MR. STEWART:

15     Q.   Mr. Leduc, following receipt of the --     16:00:58

16 of these two Notices of Termination, were you

17 involved in discussions concerning the relationship

18 between Ethypharm and Belmac -- and Laboratorious

19 Belmac and Bentley?

20        MR. BOSTWICK: Objection.     16:01:20

21 Mischaracterization.

22        THE WITNESS: Yes.

Page 181
16:01:29

1 BY MR. STEWART:

2     Q.   Tell us what you did?

3     A.   I would like for us to get back to my

4 previous remark. At the same time we received the

5 termination letter, Jim Murphy and Bentley     16:01:51

6 announced to the press -- announced in the press

7 release that basically there's a technique for

8 Omeprazole and the Omeprazole products at Belmac,

9 and introduces that as an important asset for the

10 company.     16:02:31

11        At that time we began to tell each other

12 that we were -- that we were being robbed, getting

13 robbed. And we began to look at the state -- the

14 status of a relationship with our customers,

15 because that was the most important in the first --     16:03:04

16 in the first stage, which the contract could

17 sustain true damage, who are unable to deliver.

18 And several months later, these people said, Well,

19 that's over.

20        That since we saw that the Bentley     16:03:49

21 company was taking this opportunity to explain that

22 they had something really important, we began

46 (Pages 178 to 181)

Page 182

```
1 seriously to ask the question that would react to      16:04:01
2 prevent this misappropriation of the know-how.
3        There were two sides.  One was our old
4 customers and also the Bentley's shareholders.
5 That sudden -- that suddenly had the feeling that       16:04:33
6 there were -- the owners of microgranule products
7 when they never had been.
8        So we began to look very seriously again
9 at all the files we got in Bentley and Belmac, and
10 it's true that I began to work again with the file      16:05:01
11 that of which I hadn't been in charge for several
12 years.
13     Q.  Let me show you a -- an e-mail that
14 appears from Adolfo de Basilio with -- to -- to you
15 and Patrice Debrégeas.                                  16:05:27
16        MR. STEWART:  Which -- what -- where are
17 we at?
18        MR. MINGOLLA:  Thirty-one.
19        MR. BOSTWICK:  Exhibit 31.
20        (Leduc Deposition Exhibit No. 31 was           16:05:36
21        marked for Identification.)
22 (Witness reviews document.)
```

Page 183

```
1 BY MR. STEWART:                                         16:06:20
2     Q.  Have you had a chance to read
3 Exhibit 31?
4     A.  Yes.
5     Q.  In -- his his e-mail, Mr. de Basilio says       16:06:33
6 in the last sentence, "Meeting in their factory
7 scheduled for 29 November has been delayed due to
8 arrival of Bentley's president.  A new date was
9 going to be proposed today, hence, I wait for
10 comments.  The news in the market say that for         16:07:08
11 Lansoprazole Belmac has acquired Viñas patent.
12 Keep in mind that teva is inside Belmac."
13        What was the meeting that was -- that
14 Mr. de Basilio was referring to in that sentence?
15     A.  I don't know.                                  16:07:48
16     Q.  Okay.  Do you know what he meant by the
17 phrase, "Keep in mind that teva is inside Belmac"?
18     A.  It's one of the important customers of
19 Ethypharm.
20     Q.  Okay.  And what did he mean that "teva         16:08:07
21 is inside Belmac"?
22        You're shaking your head.  You don't
```

Page 184

```
1 know?                                                   16:08:17
2     A.  (In English) I don't know.
3        (Through the Interpreter) I don't know.
4 Perhaps it was a shareholder but I don't know.  I
5 don't have the --                                       16:08:26
6     Q.  Okay.
7     A.  -- feeling.
8     Q.  And was it -- was there any significance
9 to the news that -- that Belmac has acquired Viñas
10 patent.                                                 16:08:37
11        It's V-I-Ñ-A-S.
12     A.  Well, when you steal something, you
13 always say that's -- that's not why -- it's not so
14 bad that you stole, you had an agreement through
15 the third party.                                        16:09:00
16     Q.  So it was your belief that -- that
17 Laboriatorious Belmac -- I don't understand.  I --
18 I withdrawal that.
19        I don't understand what -- what you --
20 what you meant by that.                                 16:09:20
21     A.  It's clear.  Would you like me to
22 repeat?
```

Page 185

```
1     Q.  I think I would.                                16:09:32
2     A.  When you take something that does not
3 belong to you, one of the excuses that you try to
4 find is that you acquired that from a third party.
5     Q.  So you're -- you're -- are you saying           16:09:53
6 that the -- that the news in the market that for
7 Lansoprazole Belmac has acquired Viñas patent --
8        MR. BOSTWICK:  No.  Wait.
9 BY MR. STEWART:
10     Q.  -- was --                                      16:10:17
11        MR. BOSTWICK:  Well, wait a minute.
12        MR. STEWART:  No, that wasn't it.
13        MR. BOSTWICK:  It's half the question.
14 BY MR. STEWART:
15     Q.  -- was an excuse to cover Belmac from           16:10:19
16 charges that it had taken Ethypharm's technology?
17     A.  In any case, that's the way to explain
18 what Belmac was doing with the Lansoprazole, which
19 was to propose the product to third parties.
20     Q.  Okay.                                          16:11:07
21        MR. STEWART:  Let me have marked as the
22 next exhibit, a letter dated February 1, 2002, to
```

47 (Pages 182 to 185)

Page 186
16:11:28

1 Adolfo Herrera. It appears to be signed by Patrice

2 Debrégeas and Mr. Leduc.

3       Thirty-two.

4          (Leduc Deposition Exhibit No. 32 was

5          marked for Identification.)          16:11:36

6          (Witness reviews document.)

7 BY MR. STEWART:

8    Q.   That's your signature on Exhibit 32.

9 Correct?

10   A.   Yes.                                  16:12:36

11   Q.   Why were you writing to Mr. Herrera

12 instead of, for example, Mr. Murphy?

13   A.   He's the one who had sent the

14 termination letter.

15   Q.   The -- this -- this first sentence of   16:12:54

16 your letter, Exhibit 32, says, We have received,

17 through Adolfo de Basilio, a copy of your letter

18 dated January 2, 2002, addressed to our subsidiary

19 Ethypharm S.A. in Spain.

20        Now Mr. Herrera's termination letter was  16:13:30

21 sent in November --

22   A.   (In English) Right.

Page 187
16:13:37

1    Q.   -- of 2001. Correct?

2    A.   Yes.

3    Q.   Okay. Do you know what -- what the

4 letter is that is -- do you -- do you have in mind

5 the letter of January 2nd, 2002?                16:13:47

6    A.   No.

7    Q.   Is it fair to say that the -- there was

8 correspondence with Mr. Herrera which resulted in a

9 meeting on February the -- on February the 8 --

10 February the 21st?                             16:14:08

11   A.   Maybe that's what the letter was asking.

12 I don't know if this meeting occurred at this -- at

13 that moment but we were requesting a meeting.

14       MR. STEWART:  Okay.  So let's have

15 marked as the next exhibit, a letter from Mr. Leduc  16:14:57

16 to Mr. Herrera dated March 21, 2002.

17          (Leduc Deposition Exhibit No. 33 was

18          marked for Identification.)

19       MR. STEWART:  While Mr. Leduc is looking

20 at Exhibit 33, can I have his last answer back,   16:15:26

21 please.

22          (Whereupon, the court reporter read back

Page 188
11:47:24

1 the previous answer.)-

2 BY MR. STEWART:·

3    Q.   Mr. Leduc, does this letter refresh your

4 recollection that the meeting occurred on

5 February 21, 2002?                             16:15:59

6    A.   No.  To refresh my memory, I see that

7 actually it had -- it occurred, from what I wrote.

8 I don't have a recollection of this meeting, and I

9 don't know if I was there.  However, I can say the

10 problem at the time was to -- except the fact that  16:16:43

11 some customers had ongoing orders, and the

12 agreement, since it had been resonated rightly or

13 wrongly, that's another story, that we had

14 obligations with respect to these customers, and we

15 had to find ways not to have cancellation of     16:17:22

16 contracts and legal penalties for breach of

17 contract.  If we were to finalize these orders, we

18 had to have an agreement to authorize Belmac in

19 question -- to continue manufacturing during that

20 period.                                        16:18:02

21   Q.   Okay.  Do you recall a meeting at any

22 time after -- at any time in the spring of 2002

Page 189
16:18:13

1 where Mr. Murphy was present?

2    A.   No.  What I remember is that there was a

3 meeting with -- with an American attorney Larry

4 Meyer.

5    Q.   Was that an attorney that you had hired?  16:18:37

6    A.   Yes.  With Herrera and a third person,

7 whose name I don't have anymore, to get -- to get

8 the status of on damages that we were incurring

9 outside the Spanish territory.  You too, Bentley

10 and Belmac sweared to continue manufacturing     16:19:26

11 products from the know-how that we had transmitted

12 to them.

13   Q.   Was Roseline Joannesse also at that

14 meeting?

15   A.   Yes.                                    16:19:41

16   Q.   And what did -- and obviously you were

17 there as well?

18   A.   Yes.  I may not have attended the whole

19 meeting but -- but most of it.

20   Q.   Okay.  Would you tell me as best you --  16:19:59

21 as you can recollect whose -- who said what at the

22 meeting?

48 (Pages 186 to 189)

Page 190

| | |
|---|---|
| 1    A.  There was a meeting that lasted | 16:20:22 |

1    A.  There was a meeting that lasted    16:20:22
2 relatively -- relatively a long time, in which we
3 indicated clearly that what Belmac wanted to do,
4 because we knew they wanted to continue
5 manufacturing without our agreement, it was    16:20:47
6 something that was not allowed neither by local
7 law, as far as patents were concerned, nor as far
8 as the know-how was concerned, contacts with
9 customers, equipment, and stability, elements of
10 stability for the selection of raw materials.    16:21:43
11        And furthermore, we had an agreement
12 with -- we had agreements with other international
13 companies.  And these agreements could be seriously
14 compromised.  And, in general, we were incurring
15 considerable prejudice.  And that's where I had    16:22:14
16 heard the supra sentence.
17        (In English) If you do something in
18 Spain --
19        (Through the Interpreter) If you do
20 something in Spain, you will get absolutely    16:22:32
21 nowhere.  And my advice is to do nothing at all
22 because at any rate you can't do anything.

Page 191

1    Q.  And who -- who made that statement?    16:22:48
2        MR. BOSTWICK:  I don't think he's
3 finished.
4        MR. STEWART:  I'm sorry.
5        THE WITNESS:  And that made me react    16:22:56
6 even faster by saying, Well, then, if you stop
7 threatening me.  Who said that?  It was neither
8 Ferrian (phonetic) or it was somebody I was seeing
9 for the first time, a Spanish man, whose name was
10 mentioned once.  I think like --    16:23:22
11 BY MR. STEWART:
12    Q.  Fernando -- Fernando Berenguer?
13    A.  Yes.
14    Q.  Okay.  What did Mr. Herrera say?
15    A.  He was saying our intention is not to    16:23:39
16 steal something from you.  When you left things,
17 and we will just use what we have developed.  We
18 can't keep working because we have a lot of work to
19 do.
20        Nonetheless, we agreed that there were    16:24:10
21 one of two delicate things for which he was -- for
22 which he was trying to see if he could continue

Page 192

1 manufacturing, and they asked us to leave our    16:24:25
2 machinery, our equipment.
3    Q.  He asked you to leave the -- he asked
4 Ethypharm to leave the machine?
5    A.  Yes, for -- for a certain amount of    16:24:37
6 time.  We said that's certainly a solution, but if
7 you use it to manufacture for yourself, and all
8 that, we are not -- we -- we don't agree.  And he
9 told us, no, no, we bought -- we bought the
10 machinery.    16:25:00
11    Q.  Well, Mr. Herrera had offered to
12 continue manufacturing Omeprazole and other
13 products for Ethypharm using Ethypharm's machines;
14 did he not?
15        MR. BOSTWICK:  Objection.    16:25:24
16 Mischaracterization.
17        THE WITNESS:  He even proposed to buy
18 them back.
19 BY MR. STEWART:
20    Q.  Okay.  And what result -- what was the    16:25:31
21 conclusion on that point?
22    A.  The internal conclusion is that they are

Page 193

1 making fun of us.  External conclusion, we have to    16:25:44
2 avoid -- avoid having problems with two or three
3 customers.  So let's talk about a small period of
4 time and let's defend -- let's protect our
5 interest.    16:26:13
6    Q.  And Ethypharm left its machinery at
7 Laboritorious -- at Laboritorious Belmac for a
8 time; is that right?
9    A.  Belmac's argument was the best is to
10 take commissions back during the summer, because    16:26:33
11 during the summer we stop, and then we'll have time
12 to organize things.  Then we knew that they were
13 continuing to manufacturer without process and
14 exactly the same formulation without changing the
15 formulation for themselves.    16:26:57
16    Q.  When did the machinery get removed?
17    A.  I don't know but I think it was during
18 the closing time, maybe in August, or I don't know.
19    Q.  In August of what year?
20        MR. BOSTWICK:  Objection.  Asked and    16:27:25
21 answered.
22        THE WITNESS:  I don't remember which

49 (Pages 190 to 193)

Page 194

16:27:35

1 year that is, what year when we stopped.

2    MR. STEWART: Okay.

3    Please mark a -- well, it appears to be

4 a draft contract with some revisions

5 Ethypharm 8593.    16:27:51

6    (Leduc Deposition Exhibit No. 34 was

7    marked for Identification.)

8    (Witness reviews document.)

9    THE WITNESS: (In English) Uh-huh.

10 BY MR. STEWART:    16:28:55

11    Q. Okay. Do you recognize this document?

12    A. Yes.

13    Q. And what is it, please?

14    A. It was a document that was prepared to

15 allow continuation for certain time, in spite of    16:29:16

16 the contract termination, for manufacturing and

17 supply of the five or six products that we're

18 concerned by the manufacturing in Spain. That is

19 to say Indometacin, Piroxican, Aspirine, and

20 Lansoprazole.    16:29:46

21    Q. Who prepared the original draft of the

22 agreement?

Page 195

16:30:04

1    A. I think it was the Madrid attorney

2 Perez-Sendino.

3    Q. Who was he employed by?

4    A. It's an external, it's an outside law

5 firm.    16:30:19

6    A. You mentioned him earlier.

7    Q. Mm-hmm. Ah. Okay. Was it -- was it

8 done -- was the document prepared by the attorney

9 for Laboratorious Belmac or the attorney for

10 Ethypharm?    16:30:33

11    A. For Ethypharm.

12    Q. For Ethypharm. Okay. And let me see if

13 I can get the name of that attorney.

14    Was the attorney -- was the attorney

15 Javier Santos?    16:31:16

16    A. (In English) No, no.

17    Q. No? How about Mr. Perez-Sendino?

18    A. Yes, he's a Madrid attorney.

19    Q. He's a?

20    A. He's a Madrid attorney.    16:31:34

21    Q. He's a Madrid attorney. Okay.

22    And was a final draft -- a final copy of

Page 196

16:31:41

1 this agreement ever signed?

2    A. I don't know.

3    Q. Okay. Finally -- well, I hope finally.

4    (Laughter.)

5    MR. BOSTWICK: You've got everybody's    16:31:59

6 hopes up.

7    MR. STEWART: I know. Actually, maybe,

8 I should withdraw that.

9    MR. BOSTWICK: I say that in every

10 translation.    16:32:04

11    MR. STEWART: I get my own hopes up.

12    MR. BOSTWICK: He withdrawals it.

13    (Laughter.)

14 BY MR. STEWART:

15    Q. Ethypharm brought suit against    16:32:20

16 Laboratorious Belmac in the commercial court in

17 Spain; is that correct?

18    A. I don't know if it's right to say

19 commercial court in Spain, because in Europe, all

20 problems are both commercial and penal --    16:32:51

21    Q. Well, let me --

22    A. -- or it's just real property.

Page 197

16:32:57

1    Q. Why don't we let it go. Why don't we --

2 why don't we put -- I'll leave it at this.

3    Did Ethypharm bring a lawsuit --

4 Ethypharm bring a lawsuit in Spain against

5 Laboritorious Belmac?    16:33:09

6    A. If you want to be precise, the question

7 should be, Did Ethypharm bring suit against -- for

8 a patent counter --

9    Q. Infringement.

10    THE INTERPRETER: Infringement?    16:33:33

11    MR. STEWART: The patent infringement.

12    THE INTERPRETER: Infringement --

13    MR. STEWART: Yeah, that's fine.

14    THE INTERPRETER: -- against

15 Laboratorious Belmac in Spain?    16:33:36

16 BY MR. STEWART:

17    Q. Oh, I'll take that -- I'll take that

18 suggestion.

19    A. My answer is yes.

20    Q. Yes. And was that Ethypharm -- that was    16:33:43

21 Ethypharm France that brought suit against --

22    A. The one who brings suit is the owner of

50 (Pages 194 to 197)

Page 198

1 the patent.    16:33:53

2    Q.   And that was Ethypharm France. Yes?

3    A.   Yes.

4    Q.   What -- what is the status of that

5 litigation?    16:33:59

6    A.   It's ongoing.

7    Q.   Has any decision been -- been -- been

8 made by the court on any substantive matter?

9    A.   No.

10       MR. STEWART: Okay. Okay. That's all I    16:34:20

11 have.

12       THE WITNESS: As you know, patents are

13 only national, so there was no choice. It had to

14 be Spain.

15       MR. BOSTWICK: Okay.    16:34:36

16       MR. STEWART: Now having listened to

17 Mr. Leduc's answer, I can say that's all I have.

18       MR. BOSTWICK: Okay. Why don't we go

19 off the record just for a few minutes.

20       THE VIDEOGRAPHER: The time is 16:34:38.    16:34:52

21       Off the record.

22       (Whereupon, at 16:34:38 p.m., a recess

Page 199

1 was taken, and the proceedings resumed at    16:34:59

2 16:43:05 p.m., this same day.)

3       THE VIDEOGRAPHER: On the record. The

4 time is 16:43:05.

5       EXAMINATION BY COUNSEL FOR THE PLAINTIFFS    16:43:21

6 BY MR. BOSTWICK:

7    Q.   Mr. Leduc, can I have you turn to

8 Exhibit 28.

9    A.   I've got it.

10    Q.   Okay. And this is a letter from you to    16:43:40

11 Mr. Murphy at Bentley in the U.S.; is that correct?

12    A.   Yes.

13    Q.   Why did you send this to Mr. Murphy at

14 the headquarters Bentley in the U.S.A. rather than

15 the subsidiary?    16:44:16

16    A.   Because the agreements, the important

17 discussions, have always been between headquarters.

18    Q.   And who did you understand had the final

19 authority over the relationship between the

20 companies? Bentley or Belmac?    16:44:43

21    A.   Bentley.

22    Q.   Okay. And I want to take you back to --

Page 200

1 let me show you another document, Exhibit 10, I    16:45:02

2 believe it was.

3    A.   I've got it.

4    Q.   And do you remember the -- the questions

5 that Mr. Stewart asked you about the meeting in    16:45:23

6 November of 2000 with you and Mr. Murphy and

7 Mr. Germain at one table and Mr. Liorzou,

8 Mr. de Basilio and Mr. Herrera at another table?

9    A.   Yes.

10    Q.   Okay. Why were you dealing with    16:45:56

11 Mr. Murphy and not Mr. Herrera?

12    A.   Because he was the one who was making

13 the decisions.

14    Q.   Okay. Did -- based on your experience

15 with Bentley and Belmac, could you and Mr. Murphy    16:46:22

16 have decided at that table in November of 2000 to

17 end the relationship between the companies?

18    A.   If this had been our intention, yes.

19 But we didn't -- we did not discuss that at that

20 time.    16:47:00

21    Q.   Okay. Could Mr. Liorzou,

22 Mr. de Basilio, and Mr. Herrera at their -- their

Page 201

1 table have decided to terminate the relationship    16:47:09

2 between the parties and come over and tell you and

3 Mr. Murphy that?

4       MR. STEWART: Objection. Form.

5       THE WITNESS: No, they have absolutely    16:47:30

6 no power to do that.

7 BY MR. BOSTWICK:

8    Q.   Okay. Now without -- strike that.

9       I want to draw your attention to another

10 meeting that you talked about with Mr. Stewart, and    16:47:49

11 that is the meeting with Mr. Meyer, and

12 Mr. Herrera, and the other gentleman who was from

13 Spain.

14    A.   What was the date? Was that April 2002?

15    Q.   Well, let me -- just to make sure we're    16:48:21

16 talking about the same one, why don't you look at

17 Exhibit No. 33.

18       THE INTERPRETER: Thirty-three you say?

19       MR. BOSTWICK: Yes --

20       THE WITNESS: (In English) Okay.    16:48:34

21       MR. BOSTWICK: -- 33.

22

51 (Pages 198 to 201)

Page 202

BY MR. BOSTWICK: 16:48:38

Q. Well, I believe if you look at the second paragraph it says, at the end, "Your draft does not reflect all aspects discussed during our meeting of February 21st, 2002." 16:48:48

A. So that's why -- that's -- that is 2002, okay.

Q. Okay. And this is a meeting with Mr. Meyer, Ethypharm's lawyer. Correct?

A. Roseline Joannesse, myself, Adolfo Herrera. The -- and -- and what is the name? What was it? 16:49:14

Q. The other person who is from Spain. Okay.

Was Patrice Debrégeas there for all or a portion of the meeting? 16:49:41

A. I don't know precisely, but it's very likely that he came from time to time, because it was a meeting that lasted a long time. So if he was there, I think he would have gone 25 to 30 percent of the time. 16:50:09

Q. Okay. Why did Ethypharm bring a U.S.

Page 203

lawyer to this meeting rather than a Spanish lawyer? 16:50:20

A. Because the matter in question was the matter that had to be dealt with between headquarters, and the headquarters of Belmac is Bentley in the United States. 16:50:53

Q. Okay. Did the representatives from Laboriatorious Belmac call anyone during the meeting?

MR. STEWART: Objection. Form. 16:51:04

THE WITNESS: Well, that -- I assume that there was a deadlock or some kind, some important sentence. It's not one time. It's several times. They always called Jim Murphy.

BY MR. BOSTWICK: 16:51:36

Q. Okay. Throughout your involvement in the relationship between Bentley, Belmac, and Ethypharm, did you have the understanding that Belmac needed the authorization of headquarters regarding important aspects of the relationship? 16:52:04

MR. STEWART: Object. Objection. Form.

THE WITNESS: Of course, it was always

Page 204

dealt with between the two headquarters. And as far as Ethypharm is concerned, the same thing. It's France that was deciding over the strategy and the details, where one more time that's what we -- that's what I said three times. 16:52:25 16:52:42

It was the Spanish subsidiary that was following them. But upon instructions from the French headquarters, and on their side it was the same thing.

MR. BOSTWICK: Okay. I don't have any further questions. 16:53:01

MR. STEWART: I have nothing.

THE VIDEOGRAPHER: This ends tape number four and concludes the testimony of Gérard Leduc in the matter of Ethypharm versus Bentley Pharmaceuticals. The date is July 15th, 2006. The time is 16:53:04. 16:53:07

Off the record.

(Whereupon, at 4:53 p.m., the videotaped deposition was concluded.) 16:53:19

(Signature not waived.)

Page 205

16:53:19

ACKNOWLEDGMENT OF DEPONENT

I,GÉRARD LEDUC, do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcription of the testimony given by me and any corrections appear on the attached Errata sheet signed by me. 16:53:19

16:53:19

________________ ________________

(DATE) (SIGNATURE)

Page 206
16:53:19

1 CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2    I, Tristan-Joseph, Registered Professional

3 Reporter, the officer before whom the foregoing

4 proceedings were taken, do hereby certify that the

5 foregoing transcript is a true and correct record of    16:53:19

6 the proceedings; that said proceedings were taken by

7 me stenographically and thereafter reduced to

8 typewriting under my supervision; and that I am

9 neither counsel for, related to, nor employed by any

10 of the parties to this case and have no interest,    16:53:19

11 financial or otherwise, in its outcome.

12    IN WITNESS WHEREOF, I have hereunto set my hand

13 and affixed my notarial seal this    day of

14    2006.

15 My commission expires:    16:53:19

16 December 30, 2008.

17

18

19 _____

20 NOTARY PUBLIC IN AND FOR THE    16:53:19

21 DISTRICT OF COLUMBIA

22

---

Page 207
16:53:19

1    E R R A T A   S H E E T

2    IN RE: ETHYPHARM S.A. FRANCE, and ETHYPHARM

3 S.A. SPAIN  Vs.  BENTLEY PHARMACEUTICALS, INC.

4 RETURN BY: _____

5 PAGE    LINE    CORRECTION AND REASON    16:53:19

6 ____  ____  _____

7 ____  ____  _____

8 ____  ____  _____

9 ____  ____  _____

10 ____  ____  _____    16:53:19

11 ____  ____  _____

12 ____  ____  _____

13 ____  ____  _____

14 ____  ____  _____

15 ____  ____  _____    16:53:19

16 ____  ____  _____

17 ____  ____  _____

18 ____  ____  _____

19 ____  ____  _____

20 ____  ____  _____    16:53:19

21 ____  ____  _____

22 _____

22    (DATE)        (SIGNATURE)

---

Page 208
16:53:19

1    E R R A T A   S H E E T   C O N T I N U E D

2    IN RE: ETHYPHARM S.A. FRANCE, and ETHYPHARM

3 S.A. SPAIN  Vs.  BENTLEY PHARMACEUTICALS, INC.,

4 RETURN BY: _____

5 PAGE    LINE    CORRECTION AND REASON    16:53:19

6 ____  ____  _____

7 ____  ____  _____

8 ____  ____  _____

9 ____  ____  _____

10 ____  ____  _____    16:53:19

11 ____  ____  _____

12 ____  ____  _____

13 ____  ____  _____

14 ____  ____  _____

15 ____  ____  _____    16:53:19

16 ____  ____  _____

17 ____  ____  _____

18 ____  ____  _____

19 ____  ____  _____

20 ____  ____  _____    16:53:19

21 ____  ____  _____

22 ____  ____  _____

22    (DATE)        (SIGNATURE)

---

53 (Pages 206 to 208)

**A**

ability 81:2
able 44:21 54:16
 69:11 71:2,19
 72:9 76:17,18
 102:17 134:4,8,11
absolutely 34:1
 39:7 44:5 77:8
 86:14 131:5
 190:20 201:5
absorption 20:11
 21:15,16,19
 142:21 144:3
accept 137:16
acceptable 69:13
 72:1 101:9
accepted 115:17
 116:8
accepts 122:16
access 143:21
accident 86:13
accommodate
 17:18
accompanied 6:7
 6:18 7:1 10:1
 177:11
accompanying
 145:6 156:8
accounted 123:20
 125:1
accredited 170:10
accurately 30:5
acknowledge
 140:20 205:3
ACKNOWLEDG...
 205:2
acquiesce 102:14
 115:18,21 144:15
 144:16 145:1
acquire 141:12
acquired 55:1
 57:16 170:22
 183:11 184:9
 185:4,7
acquisition 141:13
action 14:8 15:6
 23:11
active 38:11 108:4
 108:9,9,15 137:22
activities 70:22
activity 28:21
actors 128:10
actual 169:12
add 123:14 172:14
added 148:19
addendum 10:9
 158:13,14
adding 172:8

addition 68:12
 119:22 123:4
 133:13
additional 69:18
address 16:12
 129:19
addressed 66:5
 186:18
adjustments 169:15
 169:18
administer 41:20
administered 43:10
administrative
 151:5,6,10 166:18
administrator
 25:13,15 26:4
 119:18 151:11
administrators
 25:17 115:14
Adolf 176:14
Adolfo 5:18 7:10
 9:16,20 12:21
 35:3 42:7 48:14
 48:18,19,20 49:9
 65:21 85:4,20
 86:1 100:21
 147:12 149:3
 151:13 155:8,19
 166:1,2,5 171:19
 179:6,6,17,18
 182:14 186:1,17
 202:10
Adolpho 95:2
advance 17:19
 45:19
advertisement 81:1
advice 190:21
affairs 144:1
affirmatively 118:5
 125:11 142:14
 147:14 158:8
affixed 206:13
agency 166:12
ago 26:10 38:5 80:7
 91:14 138:16
agree 24:8 72:2
 76:20 143:8,20
 153:17,19 178:21
 192:8
agreed 18:3 50:7
 104:2 112:1
 115:11,15,22
 168:20 191:20
agreement 2:12
 6:11 9:13 10:5,10
 10:16 11:4,10,17
 12:2,8,9,13 13:16
 41:13 42:2,4,13

42:22 43:4,7,16
 45:7,22,46:1 50:2
 52:6 54:20 57:3
 59:2 60:4,17 61:4
 62:2 66:15 69:9
 74:13 75:11 76:10
 93:21 94:13 96:18
 96:21 100:20
 111:1,10 116:6
 122:13,14 123:1,4
 123:6,7,17 124:19
 125:8,19 129:15
 129:17 131:11
 132:12 134:16
 135:2 136:1,21
 137:10,11 138:8
 142:11,20 143:5
 143:10 144:8,10
 144:11 145:16,18
 146:2,7,19,22
 147:4 148:6
 149:12,20,22
 150:2,4,7 153:11
 154:1 158:14,15
 159:10,13,19
 160:2,18,22 161:5
 161:9,15,20 162:5
 162:14,16,21,22
 162:22 163:3,11
 163:17 164:2
 165:11,18 168:12
 170:2,14 171:8,13
 171:14,15 172:10
 174:5,14,15,17
 175:1,15,16,22
 176:11,18 177:3
 177:15 180:4
 184:14 188:12,18
 190:5,11 194:22
 196:1
agreements 22:14
 27:19,19 41:5,21
 43:15 44:9 46:3
 76:15,16 111:12
 117:18 134:20,21
 136:9,10 146:8,11
 146:14,16 173:15
 176:2 190:12,13
 199:16
agrees 48:12
Ah 47:19 112:6
 126:11 195:7
ahead 73:4 86:5
 116:10
Aires 42:9 83:17
alerted 124:17
allegation 99:9
allow 137:15

143:21 194:15
allowed 37:14
 190:6
allowing 20:11
allows 32:9 145:10
 145:10
Ambiguous 43:11
 67:22
American 56:7
 80:14 81:3 86:9
 126:4 189:3
amount 33:3 192:5
amuses 131:14
amusing 131:18
analogy 130:7
analytical 71:21
Andromaco 76:11
Angel 7:4 57:10
Angell 3:16 14:22
announce 165:12
announced 181:6,6
answer 45:15 68:15
 69:7,8 81:7,12,13
 81:15,21,22 89:12
 89:14 94:18 98:14
 113:20 114:5,17
 114:19 122:8,9,9
 122:11 125:3
 126:5 132:21
 144:20 152:2,4,21
 153:11 168:10
 187:20 188:1
 197:19 198:17
answered 17:22
 78:2 80:4 92:18
 102:4 136:17
 152:13,15 167:17
 193:21
answering 113:15
answers 109:3
Antonio 88:10
anybody 73:15
anymore 60:12
 94:20 189:7
anyway 157:22
apologies 167:13
apparently 104:22
 157:4
appear 105:3
 159:16 168:17,19
 178:22 205:7
appearance 65:7
appeared 84:6
appearing 121:12
appears 52:16
 182:14 186:1
 194:3
appended 103:18

application 25:20
 25:21 40:2
applied 30:22
 145:15
applies 133:10
apply 145:19,20
approval 59:11
 171:21
approved 170:9
approximately
 14:13 24:14 42:17
 90:11,21 91:2,3
April 138:13 139:4
 139:5,6,13,14,17
 147:10,12 201:14
area 40:21 72:21
 125:2
argument 193:9
Ariard 84:12
arising 110:19
arrangement 41:1
arrangements
 68:18 69:3
arrival 183:8
Asensio 88:12
asked 41:22 61:3,7
 61:9,18 72:5
 76:17 77:6,22
 92:10,17 102:3
 152:12 167:13,16
 174:7 192:1,3,3
 193:20 200:5
asking 82:11,12
 105:3,3 113:14
 177:22 187:11
aspects 202:4
 203:20
Aspirina 11:22
Aspirine 12:2 37:12
 38:7 111:9 173:6
 194:19
asset 181:9
assets 33:8 124:3,3
 125:4
assist 15:20
assistant 28:7
assisting 134:1
assume 61:2 128:13
 163:22 203:11
assure 150:10
AstraZeneca 39:5
 41:2,6
attached 5:15 7:11
 9:3,9 10:6 11:12
 11:19 12:3,19
 65:21 101:1 125:8
 125:18 147:22
 156:1 174:22

Page 210

175:13 205:7
attachment 47:11
158:7
attachments 157:5
attempting 134:16
attended 189:18
attending 138:12
attention 118:12
201:9
attorney 86:9 189:3
189:5 195:1,8,9
195:13,14,14,18
195:20,21
audit 150:16 152:3
andited 150:9,14
152:10 153:12
August 193:18,19
Austin 89:22
authorities 168:7
authority 199:19
authorization
165:21 203:19
authorize 188:18
authorized 164:12
164:13
authorizes 165:16
autonomy 60:13
Avenue 3:17
avoid 45:2 193:2,2
avoiding 112:16
aware 24:7 57:15
68:13 119:10
120:21 162:19
171:7 179:5,14,17
Ayala 6:22 7:5
52:18,20 54:18
57:10 60:5 64:13
65:2,15 83:15
84:20
Ayala's 64:15
Azpeita 149:5
a.m 1:17 14:13 51:4
51:6 83:2,4
116:17

B

B 5:14
Baach 2:4 3:6 14:11
15:5
back 42:16 43:21
62:1 78:13 81:7,8
81:14,18 82:1
84:10 85:13 89:11
106:22 114:17,18
117:15 122:8,10
130:8 181:3
187:20,22 192:18
193:10 199:22

background 40:21
bad 184:14
balance 167:8
based 43:19 78:3
105:4 200:14
BASF 43:15 170:16
171:5
basic 32:18 43:7
73:21
basically 181:7
Basilio 3:14 21 6:5
6:15 7:10 8:1
9:16,20 12:21
35:4 42:7 48:19
49:9 65:21,21
100:21 103:5,13
103:19 109:7
110:1,15 147:12
151:14 155:8
166:2 171:19
176:14 179:7,18
182:14 183:5,14
186:17 200:8,22
Basilio's 47:11 66:5
147:21
basis 43:16 88:19
Bates 8:19 10:21
101:7 131:11
132:1,13 158:5
163:7
Bates-labeled 7:18
10:7,13 12:10,20
13:5,9
Bates-stamped 5:20
6:1,8,12,19 7:2,7
7:13 8:2,6,11,16
9:4,10,14,18 10:2
10:17 11:6,13,20
12:14 13:13,17
bathroom 46:18
becoming 32:1
beg 104:20
began 181:11,13,22
182:8,10
beginning 28:6
36:13 50:3 73:19
101:1 124:15
139:21
behalf 3:2,12 82:18
119:4 121:13
127:22 137:20,20
143:13,16 149:6,7
159:19
belief 184:16
believe 30:21 42:19
54:2 68:10 72:12
78:8 82:5 86:20
90:5,10 133:13

135:22 136:2
147:10 165:8
176:19 200:2
202:2
believed 89:8 120:7
121:11 170:1
bell 87:21
Belmac 7:5,16,20
8:19 11:4 24:1,1,3
24:15,17,19 33:19
45:14 46:7 50:13
50:19 53:4,8,14
53:20,21,21 54:14
55:1,7,8,13,17
56:2,16 57:16,18
59:21,22 60:1,16
62:1 63:7,11,14
63:18 64:19 67:11
67:13,18 68:14,19
69:17 73:7,9,11
73:14,16 74:9,14
75:5,5,17,18,21
76:14,21,22 77:1
77:13,16 78:16
79:7,21 80:10,20
83:9 84:6,11,19
85:8 87:6 88:5,16
89:7,8 95:11
96:11 102:18,20
104:3 106:8,11
107:12,22 108:7
111:8 112:2 113:3
115:3,21,22
117:19 119:5,6,9
119:11 120:1,8,22
121:9,13 123:20
124:13,22 128:2
129:18,20 132:1,7
132:7,13 145:22
149:6,12,15 150:9
150:22 151:4
156:2 160:6 163:6
164:3,12,13 166:4
167:4 168:21
177:11 179:2,13
180:18,19 181:8
182:9 183:11,12
183:17,21 184:9
184:17 185:7,15
185:18 188:18
189:10 190:3
193:7 195:9
196:16 197:5,15
199:20 200:15
203:5,8,17,19
Belmac's 106:11
193:9
Belmat 104:3

Belmazol 75:22
belong 185:3
belonged 153:21
belonging 177:6,11
BEL000548 10:18
BEL000553 10:18
BEL006372 9:4
BEL006379 9:5
BEL006381 8:16
131:12
BEL006388 8:17
BEL006389 9:10
BEL006396 9:11
benefit 98:11
Bentley 1:9 3:12
14:6 15:1 16:9
23:14 24:3,5,7,8,8
24:13 51:11 53:8
53:15 79:8 80:11
80:22 82:7,9,13
84:7 85:13 86:17
87:1 89:2,6,16
117:5 119:22
122:6 123:21
124:14 128:4,6
143:16,20 149:7
149:20 150:1,14
150:17,18 152:3
152:10 153:17,20
154:4,10 160:7
161:2 162:4,13
169:4,9 170:4,22
171:8 172:9 174:6
174:8,9 175:11
177:11,16 178:14
180:19 181:5,20
182:9 189:9
199:11,14,20,21
200:15 203:6,17
204:15 207:3
208:3
Bentley's 13:4
124:3 125:2
144:19 145:21
153:7,7 160:11,13
182:4 183:8
BENTL008365
12:15
BENTL008366
12:15
Berenguer 85:12
160:4 191:12
best 98:6,8 189:20
193:9
better 114:16
beyond 33:5,12
big 60:7 94:9
Bill 83:18

biological 144:4
bit 81:17 111:7
135:5
blank 158:20
blocked 63:22 64:5
64:6 95:22
blocks 178:22
board 25:18 122:16
borders 36:3
Boston 3:18
Bostwick 3:14 5:4
15:3,3 18:3 29:12
30:2,17 32:20
34:14 36:18 39:10
40:12 41:3 43:11
46:15,17,20 47:2
47:4 48:9 52:10
53:9 55:3 58:16
58:20 59:12 62:17
62:19 63:1 67:21
68:21 69:5 70:21
71:10 75:7 76:1
77:14 80:3 82:21
83:11 87:9,14,16
88:17 91:21 92:6
92:17 93:5 97:10
97:14 98:11,14,21
99:1,4 100:6,10
100:13 101:10
102:3 104:11,20
105:2,11,20
106:18 107:6,9
108:13,20 109:3,9
110:3 113:18
114:1,5,8,12,14
114:20 116:2
118:2,21 119:13
121:16 126:14
127:1,3 128:12,18
129:4,6,10 133:3
133:7 135:17
137:1 146:20
147:18 152:12
153:13 154:18
157:2,7,10,16,19
157:21 164:19
166:13,19 167:5
167:16 168:22
171:11 172:11
176:20 177:18
180:20 182:19
185:8,11,13 191:2
192:15 193:20
196:5,9,12 198:15
198:18 199:6
201:7,19,21 202:1
203:15 204:10
Boudal 13:2

bought 54:14 192:9
  192:9
bracket 108:5,5
brand 75:21
breach 188:16
break 17:17,21 18:4
  18:5 46:18 48:8
  50:22 51:15
  154:19 156:4
briefing 109:13
briefly 96:15
bring 61:22 77:10
  197:3,4,7 202:22
brings 197:22
broader 134:19
brosse 16:14
brought 196:15
  197:21
Buenos 42:9 83:17
building 131:2
bulk 35:17
Bulonk 42:10 88:1
Burks 80:16
business 20:2 28:12
  33:21 36:17 56:17
  70:5,8,12,15,16
  90:3 138:1,7,11
  144:5 145:19
buy 141:9,10
  192:17

_____ C _____
C 3:1 4:1 5:1 14:1
  117:1 208:1
Cabodevilla 88:10
cafe 138:18 140:5
Cailleret 13:3
calculate 169:5,14
calculations 88:19
call 129:20 203:8
called 7:12 16:2
  33:14,18,21 65:22
  75:13,22 101:1
  203:14
calls 32:20 65:3
Canada 39:4
cancellation 188:15
cancelled 39:18
capacity 36:15
  53:16 96:10,13
  111:10
capital 33:3,5,12
  104:3
capsules 73:19
captures 157:19
Cara 163:10
card 32:12
care 47:1 112:13,16

Carlo 54:7
Carloerbe 54:5,8,9
Carlos 88:12
carry 25:15
Carta 10:19 163:11
  167:14
case 16:9 17:7 42:5
  43:14 69:17 72:11
  123:5 135:16
  137:17 141:11
  145:9 162:17
  171:5 185:17
  206:10
cases 91:5
Castellana 119:7
cause 170:17
cc 13:1
CEO 25:3 27:14,15
certain 32:5 111:9
  123:20 128:20
  141:8 143:21
  149:14 156:4
  192:5 194:15
certainly 20:4
  143:1 145:9 192:6
certificate 75:3
  206:1
certification 149:5
Certified 14:15
certify 206:4
cetera 71:20 74:6
  79:12 156:6
chance 34:17 46:21
  98:22 183:2
change 26:8,19
  35:14 61:15 77:4
  110:17 119:20
  120:12 130:16
  170:17
changed 19:5 24:6
  24:9 37:19 57:17
  60:14 69:4 101:4
  148:7,13
changes 119:19
  126:1 139:19
  144:14 148:8,14
  148:17
changing 193:14
Characterization
  52:11 71:11
charge 27:19 28:11
  28:16 56:14 65:13
  65:14,17 90:3
  182:11
charged 93:18
charges 185:16
chart 67:8
chemical 30:14

China 56:10
choice 198:13
circumstances
  148:2
city 18:15 35:17
  130:20
Civil 14:8
claim 39:9
clarification 20:22
clarify 65:8
classical 70:3,5,7,15
  70:22
Claude 28:14 29:4
  29:20 79:1,13
  94:2 95:20 97:19
  98:17 151:17
clause 131:17,18
clear 27:6 41:19
  46:11 49:8 52:13
  60:9 79:10,10,20
  85:14 86:22 87:19
  105:13 110:22
  111:1 120:3 123:6
  135:10 146:22
  148:12 184:21
cleared 154:8
clearer 24:5 115:6
  115:10
clearly 53:19 78:2
  86:12,19 111:10
  136:18,18 150:4
  190:3
Clemente 84:21
  85:8 149:5
clipped 57:6
closing 193:18
Cloud 131:1,3
  150:19
collaboration 49:11
collect 176:18
Columbia 2:14
  206:21
come 79:12 80:19
  96:6,17,19,20
  102:5 110:21
  117:15 134:22
  201:2
comes 126:9 146:6
  164:7
comfortable 170:8
coming 72:13 88:1
  91:17 95:20 108:4
  108:5 165:19
comment 59:19
  60:3 61:16 131:14
commenting 175:20
comments 59:16,17
  183:10

commercial 196:16
  196:19,20
commission 206:15
commissioners 32:7
commissions
  193:10
commitment 12:18
  179:21 180:11
committing 137:19
communication
  66:12 87:19
  124:17
communications
  89:3,16
companies 20:20
  38:18 39:8,14,16
  40:4,4 44:8 79:5
  190:13 199:20
  200:17
company 22:6,10
  22:12,15 25:20,22
  28:5 32:1,5,9,10
  32:17,19 33:3,11
  33:13,14,18,21
  38:18 39:20 43:18
  43:22 53:1 60:13
  61:6,11,14 67:4,8
  87:15 122:13,16
  144:2 151:12
  161:12,15 162:3
  171:2 174:12
  177:6 181:10,21
compensated
  169:11
competitors 76:12
  76:15
Complaint 5:17
  23:5,11,13,20,22
  99:10
complete 71:8 72:6
  136:12 205:5
completely 54:12
  66:15 72:10
compliance 96:14
complicated 153:16
  162:1 175:19
composed 130:5
composer 130:2
Compra 10:19
  163:12 167:15
compromised
  190:14
Compromiso 10:19
  163:12 167:15
computers 157:11
concept 31:17,20
  32:18
concepts 31:2

concern 123:11
  161:5
concerned 49:7
  96:9 103:10 190:7
  190:8 194:18
  204:2
concerning 48:13
  53:13 54:16 124:2
  134:21 156:3
  180:17
concerns 159:3
concluded 204:20
concludes 204:14
conclusion 32:21
  121:10 192:21,22
  193:1
conclusions 109:21
  110:6,13,18
concurs 101:11
condition 122:17
  137:14
conditions 138:2
  165:13
confident 146:1
confidential 44:2
  143:22 145:4,15
confidentiality 9:12
  142:10 143:8,9
  144:7
confidentially
  134:20
confirm 64:20
  93:13 138:14
  175:6
confirmed 40:6
confirms 101:10
confused 138:16
connection 130:14
consequences 49:15
consider 60:15
  160:17,22 161:4
  162:13
considerable
  190:15
considered 61:2
  172:8,13
considering 121:3
consultant 42:10
consultation 32:13
contact 53:7,14
  55:7,17 83:10
  84:21 85:4,11,13
  87:5 90:1
contacted 37:4
contacts 55:10
  83:20,22 84:4,5
  84:18 89:19,22
  90:4 97:16 98:2

102:7 190:8
contains 175:10
contemplation
144:5
continuation
194:15
continue 31:8 142:4
171:3 178:4
188:19 189:10
190:4 191:22
192:12
continued 4:1 54:22
continuing 193:13
Contra 163:11
contract 6:17 8:22
10:10 42:18 45:16
102:12,12 104:2
112:2 113:1 128:7
128:8 132:6 135:1
135:11 158:15
161:10 165:14,16
165:17 172:17
179:12 181:16
188:17 194:4,16
contracting 69:9
Contracto 6:16
158:6
contractor 44:4
contractor's 80:20
contracts 58:15
59:1,10 120:15
133:14,16 134:2,3
134:8,19 135:4,6
135:9 172:16
173:12 188:16
Contrat 6:10
Contrato 8:13,20
9:6 10:4,15 11:1,8
11:15,22 13:14
51:17 57:1 163:6
control 37:8
controlled 113:14
controls 32:10,11
conversation 63:12
coordinated 35:5
copier 153:6,7,8
copies 34:20
copy 23:5 153:7
186:17 195:22
corporate 119:7
129:19
corporation 19:6
19:10,13 22:19
24:15,18,19,20
45:14 46:7 53:4,8
53:15,20 54:14
55:1,7,8,17 56:3
56:16 57:16 60:1

60:16 63:15,18
64:19 79:7 80:10
84:6 89:7 123:2,3
corporations 31:18
correct 17:15 19:7
24:16 30:20 35:7
54:20 55:2 57:18
67:15 68:8,11
73:8 85:9 103:1
105:5 107:4 108:1
118:22 129:22
136:12 143:16
149:8 151:1,5
160:4 162:5 166:2
177:12 186:9
187:1 196:17
199:11 202:9
205:5 206:5
corrected 74:1
CORRECTION
207:5 208:5
corrections 205:7
correspondence
187:8
corresponds 35:13
144:22
costs 69:12 71:22
106:12 169:15
counsel 14:19 15:1
16:4 18:7 23:13
100:20 101:10
156:21 178:2
199:5 206:9
counter 197:8
countries 25:17
40:5,6,15 43:14
country 37:21
couple 33:16 40:20
56:22 154:8
172:16
course 35:1 75:8
127:19 203:22
court 1:1 14:7,16
15:13,17,20 23:17
81:8,14,18 82:1
109:4 113:13
114:18 118:4
122:10 125:10
142:13 187:21
196:16,19 198:8
cover 7:9 8:3 57:2
65:20 100:21
111:11,14 117:22
125:7 135:1 136:4
136:10 142:21
144:19 174:20
185:15
coverage 59:5

covering 176:2
covers 31:2
Craig 3:14 14:21
16:8 46:16 104:11
creams 141:5
create 50:3
created 31:11
Cstewart@eapdl...
3:20
curious 32:16
current 25:2
Currently 21:3
customary 134:10
168:3
customer 164:12
165:16 168:3
customers 44:14
73:8 74:8,12,12
74:17 77:2,11
89:17 102:16,19
138:9 165:9
167:10 169:6
181:14 182:4
183:18 188:11,14
190:9 193:3
C-A 54:10
C-A-R-L-O-E-R-...
54:10
C.A 1:8

**D**

D 3:5 5:14 14:1
117:1 208:1
damage 181:17
damages 189:8
date 5:19 24:12,14
35:12 42:5 51:12
51:16 55:14 57:3
97:6 117:6 178:15
179:8 183:8
201:14 204:16
205:12 207:22
208:22
dated 6:5,22 7:6
8:10 9:17,22 34:6
34:11 57:2,7,22
100:22 147:12
155:8 185:22
186:18 187:16
dates 49:18
Davor 160:20
Davur 10:11 160:3
160:6 161:11,11
161:21 162:4
day 42:5 51:6 83:4
116:19 155:3
178:11 179:15,17
199:2 206:13

days 165:11
de 5:18,21 6:10,16
6:22 7:5,10,22
8:13,14,20,21 9:6
9:7,16,20 10:4,15
10:19,19 11:1,1,8
11:8,15,15,22,22
12:21 13:14 35:3
42:7 47:11 48:19
49:9 51:17 52:18
52:20 54:18 57:2
57:10 60:5 64:13
64:15 65:2,21
66:5 83:15 84:20
103:5,13,19 109:7
110:1,15 119:7
147:12,21 151:13
155:8 158:6 163:6
163:10,11,12
166:1 167:14,15
171:19 176:14
179:6,18 182:14
183:5,14 186:17
200:8,22
deadlock 156:4,13
203:12
deal 71:9 73:3
dealing 27:17 35:10
151:14 200:10
dealings 33:21
dealt 29:17 203:4
204:1
Debrégeas 6:4 7:11
8:9 9:21 13:1,8
19:16 27:11 29:18
42:7 43:1 47:21
48:11,16 49:6
50:4 52:18,19
66:6 125:8,18
134:5 155:7 177:8
179:1 182:15
186:2 202:15
December 113:8
175:18 206:16
decided 200:16
201:1
deciding 82:17
174:10 204:3
decision 64:9
110:22 148:10
198:7
decisions 25:19,21
41:20 60:19
150:20 200:13
defend 193:4
Defendant 1:11
3:12 15:1 16:4,9
Defendants 14:4

define 134:18 142:6
definitely 77:15
116:8 189:17
degree 30:15
Delaware 1:2 14:8
delayed 183:7
delegate 26:10,12
26:13
Deliana 42:8
delicate 191:21
deliver 20:5 44:14
44:21 181:17
delivered 39:22
40:15
department 16:15
18:18 36:20 72:8
115:13
departments 77:6
departure 97:19
depends 168:6
DEPONENT 205:2
deposition 1:15 2:1
5:16 14:3,10,15
14:17 17:5,9,17
22:17 23:7 34:8
34:12 47:6 51:2,7
57:11 66:1 99:20
116:15 118:6
125:13 131:19
132:3,9,14 142:15
147:16 155:10
157:4 158:10,16
163:8,13 172:18
172:22 173:4,8
175:2 178:6 180:5
180:12 182:20
186:4 187:17
194:6 204:20
describe 20:2 24:22
26:22 30:12 35:9
43:6 68:17
described 74:4
designs 31:2
detail 29:22 42:4
49:13 61:12 79:4
93:7,8 120:2,8
136:15
detailed 79:15
details 32:3 68:10
71:13 79:4 94:1
102:1 165:15
204:4
develop 20:13 39:3
developed 56:9
77:16 141:4
149:14 191:17
developing 69:20
development 27:18