Page 50

1    that Belmac had acknowledged, you know, as was
2    important for it to do, that this was Ethypharm
3    technology, Ethypharm know-how, Ethypharm
4    processes and Ethypharm equipment, but also
5    understood that Belmac was permitted, in addition
6    to servicing Ethypharm's customers -- which I
7    thought were going to be preferentially
8    serviced -- to service its own customers, so that
9    would have been consistent with my understanding.
10   You know, obviously the provision is consistent
11   with my understanding.
12      Q   A moment ago you indicated that Belmac
13   had acknowledge it was Ethypharm's know-how and
14   knowledge and such.
15      A   Right.
16      Q   Did you ever see a written contract to
17   that effect? And by that I mean a signed written
18   contract, as opposed to a draft contract.
19      A   I -- I recall that in response to a
20   letter that Mr. DeBregeas sent to Mr. Murphy in
21   -- in, I believe, about 1999, that Mr. Murphy

Page 51

1    acknowledged, you know, the fact that -- you
2    know, that certainly the technologies and the
3    know-how and the other intellectual assets were
4    Ethypharm's.
5    And that was a letter that -- you know, I have
6    got to go back and think about it a little bit,
7    but that was a letter that was written because in
8    the course of these discussions that Ethypharm
9    was having with the major companies that it was
10   trying to exploit its intellectual property with,
11   one of the things they had to be very much aware
12   of was, you know, the fact that their property
13   was their property, and they couldn't permit
14   someone to be claiming their assets if in fact
15   they weren't their assets. And if I recall --
16   and I think I'm correct on this -- the letter
17   that we sent to Murphy was responded to with --
18   with an absolute acceptance of that premise. And
19   that's always been my understanding, that there
20   was never a dispute -- you know, I know there is
21   a dispute now. Because Belmac had filed some of

Page 52

1    its own patents, but at that time in France,
2    there was never a dispute about the fact that
3    this was Ethypharm technology.
4    I mean -- now, is there a specific division that
5    I could point to? No. And I don't know whether
6    there was a contract signed to that effect.
7      Q   Okay. The following question is a
8    yes-or-no question.
9      A   You do that to me when I talk on too
10   long; I understand.
11      Q   No, I'm just trying not to invade on
12   privilege issues.
13      A   That's okay; if I talk too much, just
14   shut me down.
15      Q   No, I encourage witnesses to testify.
16   Did you -- have you ever provided any legal
17   advice to Ethypharm France concerning whether or
18   not to close Ethypharm Spain?
19      A   No.
20      MR. MINGOLLA: May I have this marked
21   as Exhibit 4, please?

Page 53

1      (Meyer Deposition Exhibit No. 4 marked
2    for identification.)
3    BY MR. MINGOLLA:
4      Q   You have been handed what's been marked
5    as Exhibit 4, and if you just -- I'm not going to
6    ask you to study the document, if you would just
7    skim it, and while you're doing so, let me
8    identify it for the record.
9    What's been marked as Exhibit 4 is a multi-page
10   document bearing production numbers EP 002009
11   through 2041.
12      A   Those are your Bates stamp numbers?
13      Q   Yes. And my first question to you
14   which you ought to have in mind while you're
15   skimming the document is whether you recognize
16   this document.
17      A   I don't recognize it, but I was aware
18   that -- that there were discussions about
19   finalizing, if you will, an agreement between the
20   parties in this time frame.
21      Q   And this time frame being June of 2001?

14 (Pages 50 to 53)

Page 54

1    A    Yeah, roughly.
2    I mean, you know, I mean, I think that -- you
3    know, as I said before, you know, I was always
4    aware of the tensions between them, and I think
5    that maybe there hadn't been an omnibus
6    agreement, which I would call this, and I'm
7    certain that I was aware of what was going on
8    here, because this would have been something that
9    Roseline Joannesse, you know, was very much
10   involved in, and she would -- you know, she
11   really functioned; I mean, she's a very competent
12   woman; she really functioned as, you know, sort
13   of in-house general counsel of sorts, and she
14   would have from time to time asked me about
15   things like this, but I wouldn't have
16   participated in the drafting of it.  She might
17   say what I did think about something, but this
18   would be something that she would have prepared,
19   and she worked really quite closely with
20   Mr. Leduc, so when I look at this and I see who
21   is on the cc list, I suspect that this was a

Page 55

1    Roseline-generated document sent to Murphy by
2    Gerard.  And I wouldn't have been copied, but I
3    was aware, particularly in the fact that I have
4    probably looked at this sort of thing before that
5    meeting in February, 2002.
6    Q    But just to be clear, you don't recall
7    seeing this specific draft contract that begins
8    on page EP 002012 and the following pages.
9    A    No.  No, I don't.  I mean, as I sit
10   here today, I do not.
11   Q    Okay.  And if you turn to page 26 of
12   the draft agreement, which bears production
13   number EP 002037 --
14   A    Right.
15   Q    -- do you see that the signature blocks
16   on the draft agreement are for Ethypharm, S.A.,
17   to be signed by Mr. Patrice DeBregeas, on the one
18   hand, and then Belmac, S.A., to be signed by
19   Mr. James Murphy as executive director?
20   A    I see that.
21   Q    Are you aware of any legal impediment

Page 56

1    that would have prevented Ms. Joannesse from
2    adding Bentley Pharmaceuticals as a signatory to
3    this contract?
4    A    Am I aware of any legal impediment?
5    No, I'm not.
6    Q    The issues you described a few moments
7    ago, which you called -- which I believe you
8    described as drug manufacturing issues that
9    Ethypharm had with Belmac, were those based in
10   Spain, the timely delivery issue?  I mean, were
11   those issues that arose in Spain?
12   A    Well, I think that the reason why they
13   were addressed to both Belmac and Bentley was,
14   sure, the physical activities were taking place
15   in Spain, but, know, as I have always understood
16   the situation, the direction was coming from New
17   Hampshire.  I realize Murphy had, you know, two
18   hats, he had that managing director hat that you
19   pointed out earlier and he had the CEO of Bentley
20   hat.
21   But everything I ever saw about this always

Page 57

1    related -- and principally what I saw about it,
2    particularly in the later years, I would check
3    releases of Bentley from the New York Stock
4    Exchange, and I would see that, you know, Bentley
5    was really talking about what was happening at
6    Belmac.  And so although the physical activities
7    were taking place in Spain, it was really a
8    Bentley-driven operation.  That's always been my
9    understanding, I mean, and that's my
10   understanding as I sit here today.
11   Q    The -- the reference you just made to
12   your perception of direction coming from New
13   Hampshire --
14   A    Yes.
15   Q    -- and you just mentioned statements
16   made to the New York Stock Exchange, is there any
17   other basis for your belief that directions as to
18   activities in Spain were in fact coming from New
19   Hampshire, in addition to the letter you
20   referenced a few moments ago?
21   A    Well, the letter of '97 was certainly,

15 (Pages 54 to 57)

Page 58

1  I think, my first -- that was my first awareness,
2  if you will, that Bentley had taken over Belmac,
3  but I recall -- and I may be wrong on this,
4  because these recollections are -- you know, are
5  not as vivid as they were at the time, but I
6  recall in preparation for the meeting we had in
7  February of 2002, that I looked through the press
8  releases that Bentley had been -- been issuing
9  about Belmac.
10  I think I was aware that the board was
11  controlled -- the Belmac board was controlled by
12  Bentley, that possibly I was aware -- I thought
13  maybe he was CEO of both, but he was obviously he
14  was the managing director of Belmac and he was
15  the CEO of Bentley. And so I just had the
16  impression that we were dealing with sort of the
17  classic situation where the parent subsidiary and
18  the parent is really controlling the subsidiary
19  fairly closely.
20  This wasn't a situation where you had a different
21  general manager and you had a different board in

Page 59

1  Spain. And I'm only giving you the best of my
2  recollection. My recollection was that there
3  really was one operation; it was Bentley guys on
4  the Belmac board, and sure, you had Adolfo
5  Herrera there, and he was the guy who came to the
6  meeting with a board of directors member in
7  February, but the fact is that I really sort of
8  saw them as a combined -- a combined entity.
9  Q  You just mentioned Mr. Herrera's name.
10  Do you know what position or positions he had at
11  Laborotorios Belmac as of 2002?
12  A  I assume that if he wasn't the general
13  manager, he was close. He was close.
14  Q  And do you know what position or
15  positions Mr. Herrera had in Bentley
16  Pharmaceuticals?
17  A  Don't know.
18  Q  Do you know if he had any?
19  A  Do not know. Do not know.
20  Q  Are you aware that as of 2002, Bentley
21  was a publicly-traded company?

Page 60

1  A  I thought they were, yes.
2  Q  And as a publicly-traded company, they
3  have reporting obligations to the SEC?
4  A  Sure do.
5  Q  And are you aware of any requirement
6  that the results of wholly-owned subsidiaries be
7  consolidated when they make statements to the
8  SEC?
9  A  I suspect that a wholly-owned
10  subsidiary, meaning 80 percent or better
11  ownership, would have had to be consolidated.
12  Q  And if Bentley owned one hundred
13  percent of the shares of Laborotorios Belmac, it
14  would be subject to those requirements?
15  A  There would be no question, but they
16  also would be subject to the requirement that
17  they report truthfully about their activities.
18  Q  And do you have any -- do you have any
19  understanding that Bentley did not truthfully
20  report its activities?
21  A  Yes. Yes.

Page 61

1  Q  Can you please tell me what your
2  understanding is in that regard?
3  A  I think it's pretty clear that what
4  Bentley has been saying about its technology and
5  its activities, meaning its activities as carried
6  out by its Belmac subsidiary, were clearly a
7  misrepresentation of the situation, that the
8  activities of Belmac were really, you know, more
9  like contract manufacturers working for
10  Ethypharm, and the technology, the underlying
11  technology, not only the patents, but the
12  processes and certainly the equipment, belonged
13  to Ethypharm.
14  It was a situation where, if Ethypharm and Belmac
15  operated this way for five years, and at the end
16  of the fifth year the relationship terminated,
17  Belmac was now an empty plant with no technology.
18  But what happened instead of that was, over the
19  period of time, certainly from '97, '98, '99, the
20  people at Belmac, under the direction of the
21  people at Bentley, proceeded to file their own

16 (Pages 58 to 61)

JT-A-971

Page 62

1  patent applications for omeprazole and
2  lanzoprazole using underlying Ethypharm
3  technology, use the processes and the know-how,
4  particularly -- because these glads that are used
5  for production, it really all comes down to
6  know-how -- used the know-how that they learned
7  from Ethypharm to basically create their own
8  production, their own patent base, their own
9  processes, and, by the way continued to use the
10  Ethypharm equipment in manufacturing for
11  themselves.
12  So that when the contract was cancelled, as it
13  had a right to be, instead of there being,
14  really, the end of the contract manufacturing, as
15  you would expect, Belmac had, quite frankly, very
16  cleverly, gone out and created the basis for them
17  to continue to operate and to continue to go
18  forward with now technology which I say was, in
19  my judgment, was completely derived from the
20  underlying Ethypharm technology.
21  And that's -- you know, and I don't think -- I

Page 63

1  don't think there's been one mention anywhere,
2  anywhere -- I mean, maybe there's been a mention
3  of a lawsuit in passing by Bentley, but I don't
4  -- you know, and I don't read this stuff as
5  carefully as I would if I were the SEC lawyer for
6  Bentley, but the fact is, I don't see any real
7  acknowledgment by Bentley that what they're
8  doing here is really subject to this lawsuit, but
9  also subject to challenge.
10  I mean, look, my background -- you know, I don't
11  want to get on the soap box, but my background is
12  Justice Department and FTC and false advertising,
13  have done a lot of securities advice. I'm kind
14  of a stickler for detail, and I just don't see it
15  here, and that's what I base my comments on.
16     Q   Have you done any independent
17  investigation as to the underlying technology
18  that Belmac claims that it has developed? And
19  I'm talking about you, personally.
20     A   Well, what I have done is -- remember,
21  I have looked at all the underlying omeprazole

Page 64

1  patents. I have looked at the testimony --
2  that's independent. I have looked at --
3     Q   Which patents are you referring to?
4  Are you talking Belmac's?
5     A   The Astra patents.
6     Q   Are you talking about -- are you
7  referencing the patents that Belmac has applied
8  for?
9     A   Can I --
10     Q   You can; I just wanted to make sure
11  before you went off --
12     A   Let me clarify my answer.
13     Q   Sure. Please do.
14     A   In the course of the negotiations I had
15  for Ethypharm, I have looked carefully at the
16  underlying Astra patents. Some of these are only
17  in Swedish. I have looked very carefully at the
18  Ethypharm patents. I have looked very carefully
19  at the arguments Astra has made everywhere they
20  have sought to enforce those patents, in a
21  Bic-Goulding proceeding, in an proceeding brought

Page 65

1  against Takata, both U.K. proceedings.
2     Q   What time frame are we dealing with
3  here?
4     A   This would be in the '99-2000 time
5  frame.
6     Q   Okay.
7     A   And it became clear to me that any
8  improvement patents, any improvement patents
9  other than possibly miniscule drug development
10  patents, were clearly going to be almost
11  impossible, impossible to come up with. And, you
12  know, the fact of the matter is that, you know,
13  there are obviously lots of documents in the
14  patent law that, you know, permit people to
15  improve patents and file improvements.
16  I thought that it was going to be almost
17  impossible to improve upon all the drug delivery
18  and underlying compound patents with respect to
19  omeprazole. And lanzoprazole as well.
20  And so therefore, when I say that it's
21  inconceivable to me that a small operation like

17 (Pages 62 to 65)

Page 66

1    Belmac could have come up with omeprazole
2    patents -- which I have been told, you know,
3    pattern the Ethypharm patents -- it's just
4    impossible for me to believe that Belmac did not
5    either develop their patents from the Ethypharm
6    patents, simply copied those patents or made
7    non-material modifications in the filings in
8    order to achieve those patents.
9    Did -- have I ever seen the Belmac patents? No,
10   I have never seen the Belmac patents.
11       Q   So when you say you have been told, you
12   have been told by whom?
13       A   Roseline Joannesse at the time, in
14   2001, 2002 for sure, and she had been talking
15   with their patent lawyers; Mr. Leduc for sure,
16   who is a -- you know, he doesn't practice patent
17   law anymore, but was a patent lawyer by training,
18   and obviously Mr. DeBregeas.
19       Q   But just so the record is clear, you
20   have not personally looked at the patents and
21   patent applications by Belmac?

Page 67

1        A   I have not personally, and I suspect
2    they're in Spanish, so they wouldn't help me a
3    lot.
4        Q   Me, too.
5    And with respect to the know-how that Belmac
6    claims to have developed on its own, have you
7    done any independent investigation yourself as to
8    what that know-how encompasses?
9        A   No.
10           MR. FINE:  Objection.  We're way out of
11   phase one here.
12           MR. MINGOLLA:  I'm asking simply a
13   yes-or-no question.
14       A   No.
15   BY MR. MINGOLLA:
16       Q   You mentioned a couple of answers ago
17   your understanding that the technology, know-how
18   and patents belonged to Ethypharm.
19       A   Yes.
20       Q   You also mentioned that under the
21   direction of Bentley, Belmac basically took that

Page 68

1    technology, know-how and patents, and I would
2    like to know the basis for your statement that it
3    was under the direction of Bentley that Belmac
4    did that.
5        A   Well, if -- you know, if the board is
6    controlled by Bentley, and if Murphy, starting in
7    '97, says he's taking control of Belmac and, you
8    know, our discussions deal with Bentley's
9    announcements, that's -- you know, I mean, it
10   just seems to be sort of a common-sense result.
11   I mean, if Bentley does in fact control the board
12   and if Murphy is saying in '97 that he's taken
13   control, then I assume that Bentley is directing
14   their activities.
15   Now, I don't know -- is there a memo from Bentley
16   to Belmac saying "Go do this"?  I --
17       Q   Have you ever seen such a memo?
18       A   No, I hadn't.
19       Q   Have you ever heard of such a verbal
20   instruction to that effect ever being given by
21   anybody at Bentley to anyone at Belmac?

Page 69

1        A   I assume the results are the only thing
2    we can look to.
3        Q   So is that a no?
4        A   Yes.
5        Q   That is correct?
6        A   Yes.
7        Q   Thank you.
8    Have you ever represented both a parent and a
9    wholly-owned subsidiary of a parent?
10       A   Sure.  Sure.
11       Q   And have you ever represented a parent
12   and a wholly-owned subsidiary of a parent where
13   there have been overlapping members of the board
14   of directors?
15       A   Yes.
16       Q   Have you ever represented both a parent
17   and a subsidiary where there have been
18   overlapping officers?
19       A   Yes.
20       Q   Is that unusual, in your experience?
21       A   That is not unusual.  What is unusual

18 (Pages 66 to 69)

Page 70

1  is to have a board that is not, at least on
2  paper, independent. You know, most subsidiaries
3  and even most wholly-owned subsidiaries have a
4  board that, particularly in today's
5  Sarbanes-Oxley world, where the board is capable
6  of at least showing titular independence by
7  having a board that technically is not aligned
8  with the parent.
9      Q    And --
10     A    And that may be the case at Bentley; I
11  mean...
12     Q    Sitting here today, do you have any
13  reason to believe that the board of directors of
14  Bentley Pharmaceuticals is not independent?
15     A    Bentley?
16     Q    Um-hmm.
17     A    No.
18     Q    Are you -- have you ever studied the
19  requirements of the Spanish corporate law
20  pertaining to the composition of a board of
21  directors of a Spanish company?

Page 71

1      A    No, I haven't.
2      Q    I would like to just go through one
3  more document and then take a break, if that's
4  okay.
5      A    Okay, sure.
6  Are we off the record?
7          MR. MINGOLLA:  Why don't we take a
8  break now.
9          THE VIDEOGRAPHER:  The time is
10  10:38:04.  Off the record.
11  (Brief recess.)
12          (Meyer Deposition Exhibit No. 6 marked
13  for identification.)
14          (Meyer Deposition Exhibit No. 7 marked
15  for identification.)
16          THE VIDEOGRAPHER:  On the record.  The
17  time is 10:49:37.
18  BY MR. MINGOLLA:
19     Q    Mr. Meyer, welcome back.  If you could
20  take what has been marked as Exhibit 6 and just
21  review that for just a moment, please.  And while

Page 72

1  you're doing so, let me identify it for the
2  record.
3  Exhibit 6 is a two-page document bearing
4  production numbers BENTL 008366 and 8365.
5      A    I see that.
6      Q    And while you're at it, why don't you
7  look at Exhibit 7, which, for the record, bears
8  production number EP 002928.
9      A    Okay.
10     Q    Do you recognize Exhibit 6?
11     A    I do.
12     Q    And what is it?
13     A    A notice of termination under an
14  existing contract from Belmac to Ethypharm.
15     Q    And who signed Exhibit 6?
16     A    Adolfo Herrera.
17     Q    Do you recall when you first saw
18  Exhibit 6?
19     A    Sometime after, obviously, November
20  14th, but probably closer to February of 2002.
21     Q    And with respect to Exhibit 7, have you

Page 73

1  seen that document before?
2      A    This -- this document, I don't recall
3  seeing. But obviously, you know, they were part
4  and parcel of the same notice.
5      Q    Do you recall when you first learned
6  that the contract that had been entered into
7  between Belmac and Ethypharm Spain had been
8  terminated by Belmac?
9      A    I -- as I said, sometime after November
10  14th, obviously, but probably -- probably, you
11  know, in the December time frame, January time
12  frame, because I think there was a question of
13  getting your schedules, because obviously we
14  wanted to talk about this. This was of concern
15  to us, and particularly at this particular time
16  frame, and so a meeting was set up, which is
17  referenced in the complaint as the meeting which
18  you all sort of briefly referred to. So let's
19  just say sometime before January.
20     Q    Okay. Did you have any discussions
21  with anyone at Ethypharm about the termination of

19 (Pages 70 to 73)

Page 74

1  the contract --
2         MR. FINE: Objection.
3         MR. MINGOLLA: -- prior to February of
4  '02?
5         MR. FINE: Objection. So your answers
6  are not privileged.
7     A  Yes.
8     Q  Did you have any conversations with
9  anyone at Belmac concerning the termination of
10 the contract prior to February of 2002?
11    A  No.
12    Q  Did you have any conversations with
13 anyone at Bentley Pharmaceuticals about the
14 termination of the contracts?
15    A  No.
16 We don't have an Exhibit 5. Did we go to six and
17 seven intentionally?
18        MR. MINGOLLA: I think you may be
19 right. Let's go off the record for a second,
20 please.
21        THE VIDEOGRAPHER: The time is

Page 75

1  10:53:03. Off the record.
2         (Discussion off the record.)
3         THE VIDEOGRAPHER: On the record. The
4  time is 10:53:28.
5         MR. MINGOLLA: For the record, the
6  parties have conferred and agreed that there is
7  no Exhibit 5 to the deposition of Mr. Meyer, and
8  rather than attempt to go back and re-pose
9  questions, we will just omit that number
10 entirely, and if there are any future exhibits,
11 we will start with the next number, which will be
12 Exhibit 8.
13        MR. FINE: That's correct.
14        MR. MINGOLLA: Thank you.
15    Q  Let's now talk about this meeting in
16 February of 2002, okay?
17    A  Okay.
18    Q  I trust you remember a meeting in or
19 around that time frame?
20    A  Yes.
21    Q  And who attended that meeting? Could

Page 76

1  you give me a complete list?
2     A  Adolfo Herrera.
3     Q  And who is he?
4     A  General manager type, director of
5  operations, a fellow at Belmac.
6     Q  Okay.
7     A  Someone who -- you know, a Z-named
8  fellow, you know, an older man, tall, older man,
9  virtually said nothing in the meeting, but sort
10 of distinguished older man, quite tall, named
11 Zingana or something like that.
12    Q  If I suggest to you the name Fernando
13 Berenguer, is that --
14    A  That's not it.
15    Q  Why don't we look at the complaint, and
16 specifically, paragraph -- I think it's 101.
17    A  It's Zuniga.
18    Q  So Mr. Berenguer Zuniga, Z-U-N-I-G-A?
19    A  Yes.
20    Q  And Berenguer is B-E-R-E-N-G-U-E-R? Is
21 that the individual you were referring to?

Page 77

1     A  That's right, but it was always a Z
2  name to me, okay? So we have Herrera and the
3  member of the board I described, Zuniga.
4     Q  And he was there on behalf of who?
5     A  Belmac. He was on the board -- as I
6  understood him, he was on the board of Belmac.
7  That's at least what was my recollection.
8     Q  Okay.
9     A  And you had Mr. Leduc, Mr. DeBregeas,
10 both of whom came and went in that meeting;
11 Roseann -- Roseline Joannesse, and myself.
12    Q  Anyone else that you can remember?
13    A  No. And I actually thought Mr. Murphy
14 was going to be there, but he wasn't, and there
15 was nobody from Bentley, and I don't think there
16 was anybody else from Ethypharm.
17    Q  Did you request that Mr. Murphy attend?
18    A  No, I was told by -- I was told by, I
19 think, Roseline that we thought Mr. Murphy might
20 be attending. I never saw an attendance sheet; I
21 just --

20 (Pages 74 to 77)

Page 78

1    MR. FINE: I'm going to object to the
2 extent that that's getting into Roseline's
3 impressions, but...
4    Q    How much advance notice of the meeting
5 did you receive, if any?
6    A    I think that -- you know, obviously,
7 you know, I'm in Paris on occasion. I don't
8 think I was there just because -- because I
9 happened to be in Paris. I think I probably had
10 some notice. I don't honestly recall how much.
11 This was in February, and so it would have
12 clearly been some notice.
13    Q    Just so I'm clear, do you mean that you
14 went to Paris for this meeting or you happened to
15 be in Paris, and while there, sat in on this
16 meeting?
17    A    I recall going to Paris for a couple of
18 things, but one of which was this meeting.
19    Q    Okay. And when you say for a couple
20 things, were they a couple of things all
21 pertaining to Ethypharm?

Page 79

1    A    Yes. Yes.
2    Q    Did you request that the meeting take
3 place?
4    A    I think the meeting -- I think it was
5 important that we have the meeting, based on the
6 sort of tactical and strategic advice I was
7 giving Ethypharm, but certainly I think it was
8 Mr. DeBregeas and Leduc wanted the meeting as
9 well.
10    Q    Do you know whether someone at
11 Ethypharm proposed the meeting in the first
12 instance or someone from Belmac or someone from
13 Bentley?
14    A    Well, in the exhibit -- and that would
15 be Exhibit 6 -- you will see that that last
16 parenthetical is that, you know, "We would like
17 to work with you on a new contract which will
18 meet your needs," et cetera.
19 So, you know, quite frankly, I just noticed that
20 when I looked at it a minute ago. I don't know
21 whether or not that led to the meeting or whether

Page 80

1 or not it was at our request, you know, and
2 obviously we wanted the meeting as well as they
3 did.
4    Q    You had not seen Exhibit 6 in or around
5 November of 2001; is that right?
6    A    I had not seen that until after it was
7 sent, and I probably saw it only when I got to
8 Paris.
9    Q    And the letter is in Spanish, of
10 course.
11    A    Yes. Yes.
12    Q    And sitting here today, you don't
13 specifically remember whether it was Belmac who
14 specifically asked for this February, 2002
15 meeting, or someone at Ethypharm?
16    A    I had thought that it was our meeting,
17 but, you know, having just looked at the
18 document, all I can say is I can't -- you know, I
19 can't speak specifically to that.
20    Q    What was your understanding of the
21 purpose of the meeting?

Page 81

1    A    I think the purpose of the meeting was
2 twofold. Number one, we had become increasingly
3 concerned about what Bentley was saying and not
4 saying about the relationship.
5 We were now very concerned that -- that this
6 termination suggested that Belmac had
7 successfully, if you will, misappropriated our
8 technology, know-how, processes and use of
9 equipment, that they had really gotten to a point
10 where they now might, you know, as a
11 going-out-the-door favor for us, still be a
12 contract manufacturer, but that essentially, you
13 know, they had now done all that they needed to
14 be independent in the marketplace, even though
15 what they had done had come from Ethypharm.
16 And that -- and that was something of real
17 agitation for Mr. Leduc and Mr. DeBregeas.
18 And so that the meeting and the reason that they
19 had me there was, still began at that
20 point -- I mean, it may seem like it's taking
21 forever, but we began at that point to seriously

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-976

Page 82

1  consider the fact that we were going to have to
2  bring this lawsuit and that we were going to have
3  to bring a lawsuit to rectify this
4  misappropriation of property. And we also were
5  looking very seriously at what else we might have
6  to do, you know, relative to the Bentley
7  situation here in the States.
8      Q   You indicated a moment ago that the
9  purpose of the meeting was twofold. The first
10  was, you were concerned about what Bentley was
11  saying and not saying.
12     A   Right.
13     Q   You then went on to say that, in your
14  view, the termination suggested that Belmac had
15  successfully misappropriated the know-how and
16  technology of Belmac (sic); is that correct?
17     A   Yes.
18     Q   And is that the second of the twofold
19  reasons, or is the second reason yet to come?
20     A   You know, I think, you know, when
21  you're in a situation like this, you know,

Page 83

1  whether it be two reasons or three or four
2  subparts, you know, we were extraordinarily
3  unhappy with the way in which this relationship
4  had evolved, and that obviously was the principal
5  reason for DeBregeas and Leduc being at this
6  meeting.
7  It was very unusual to have them both at a
8  meeting, very unusual, you know, to have them
9  both on the same page at the same time. But the
10  reason was that, you know, they really felt that,
11  you know, even though they always in those days,
12  you know, would say that they were lovers --
13  they're Frenchmen; they were lovers, not
14  fighters, that they never brought lawsuits, that
15  this is something that they -- it really was
16  alien to them to bring a lawsuit like this, but
17  they were really aggrieved, aggrieved by the
18  situation.
19  And now, whether or not that's two parts or not,
20  and, you know, as I think through this, it was
21  clear that the meeting was to register our

Page 84

1  strongest possible objections to these people to
2  see whether or not there was any possibility that
3  Bentley/Belmac would -- you know, would -- you
4  know, would modify its course of conduct.
5      Q   Do you know whether Mr. Murphy was
6  invited to attend the meeting and simply chose
7  not to?
8      A   I don't know that.
9      Q   Do you know whether anyone at Bentley
10 was invited to attend the meeting and simply
11 chose not to?
12     A   I don't know that.
13     Q   Focussing on your concern about what
14 Bentley was saying and not saying, what
15 manifestations of concern do you recall, sitting
16 here today, being made to anyone at Bentley on
17 that issue prior to February of 2002?
18     A   Well, let me just tell you that, you
19 know, by now, we have looked at the November
20 14th -- I have seen this November 14th letter of
21 termination in Spanish. It wasn't translated,

Page 85

1  but, you know, I could read dates. And Exhibit 6
2  and Exhibit 7, I don't know whether or not 7 was
3  handed to me at the same time, but Exhibit 6
4  spoke to it.
5  But also, there were press releases from Bentley.
6  I mean, you know, the termination is November
7  14th. On the same day, Bentley is announcing to
8  the public that it's filed four omeprazole
9  patents, and as I said before, whether it just be
10 me in my limited technical ability -- although I
11 was a physics and math major -- you know, I
12 thought that was impossible, and that had to be
13 the product of untoward activity.
14 That was announced. If I'm not mistaken, that
15 was November 14th as well. And we also are
16 beginning to learn that our customers, our
17 customers are now being approached and asked to
18 sign contracts. You know, the Ethypharm
19 customers are now being asked to sign contracts
20 with Belmac.
21 So you have a situation which, to me, was classic

22 (Pages 82 to 85)

Page 86

1 contract manufacturing, in which we owned the
2 technology. That was acknowledged, in my
3 opinion. We owned the processes. That was
4 acknowledged. We had a piece of equipment there
5 in Spain operating, and it was a situation where
6 now we're being told that the contract
7 manufacturer is terminating our relationship,
8 proceeds to announce that it has its own patents,
9 which we don't believe is possible, has started
10 to contract with other customers, customers of
11 ours prior to the termination of this agreement,
12 and no mention is made of any continuing
13 relationship.
14 Now, that picture at the time, which led to the
15 principal discussion at the meeting, was, you
16 know, what are we going to do about this, and
17 most of the discussion with Adolfo Herrera
18 concerned the equipment.
19 I mean, you know, obviously, you know, I probably
20 made speeches that were a little harsher than
21 that to those present about the violation of the

Page 87

1 SEC Act and the violation of American law and the
2 fact that if you have read the Bentley press
3 releases, if you have read the Bentley's filings
4 with the SEC and the New York Stock Exchange, you
5 know, you would think that Ethypharm was some bit
6 player that possibly helped them paint the
7 building. You know, this wasn't the case at all.
8 We thought it was classic misrepresentation.
9 But the focus of the meeting, the focus of the
10 meeting really evolved to, you know, we wanted to
11 basically shut them down at that stage, and we
12 wanted the piece of equipment that was our glad
13 back, and that was really where the discussion
14 led.
15    Q    You have mentioned on a couple of
16 occasions the word "glat," or is it "glad"?
17    A    Glad.
18    Q    Is that an acronym or was that the name
19 of a machine, or...
20    A    It's the name of a machine. They call
21 them a glat. Now.

Page 88

1    Q    G-L-A-D?
2    A    Yes. But it's always been pronounced
3 "glat," as opposed to "glad."
4    Q    Okay. You mentioned a November 14th,
5 2001 press release.
6    A    Right. Something like that, yes.
7    Q    Do you recall when you first saw that
8 document?
9    A    I suspect I would have saw that
10 document -- would have seen that document in the
11 same time frame that that letter would have been
12 shown to me, looking at, well, "Look what they're
13 doing," this sort of thing.
14    Q    Do you recall whether that was during
15 2001 or was that in 2002, leading up to the
16 February meeting?
17    A    I think -- I think we're talking about
18 November 14th, 2001, and the press release would
19 be November 14th, 2001, because it was virtually
20 the same day, and then the contract with the
21 Ethypharm customers, same day, and these would

Page 89

1 have been shown to me in, obviously, the time
2 frame just immediate before this February, 2002
3 meeting.
4    Q    And so my question is, do you
5 specifically recall when you first saw the
6 November 14th, 2001 press release?
7    A    I do not.
8    Q    Do you know whether the patent
9 applications that were -- that had been filed
10 for, in what country those applications had been
11 filed?
12 I guess a more artful way of putting that
13 question, do you know where the patent
14 applications were filed that were referenced in
15 the November 14th, 2001 press release you just
16 alluded to?
17    A    You know, I don't know whether those
18 were filed in more countries or other countries
19 than Spain. I do not recall.
20    Q    Do you recall them having been filed in
21 Spain, at least?

23 (Pages 86 to 89)

Page 90

1    A    Yes.
2    Q    And do you know whether Bentley filed
3  them in Spain or Belmac filed them in Spain?
4    A    I would assume that Belmac had filed
5  them in Spain.
6    Q    And why would you make that assumption?
7    A    Well, it would be natural for the
8  Spanish subsidiary to be filing, you know,
9  registrations or patent applications in the
10 country of domicile.
11   Q    And just so the record is clear, did
12 you individually ever do an analysis of any of
13 those four patent applications that are
14 referenced in that press release?
15   A    No.
16   Q    Were you asked to attend this February,
17 2002 meeting?
18   A    Yes.
19   Q    By whom?
20   A    By, I suspect, Mr. DeBregeas, but it
21 might have been -- it might have been any one of

Page 91

1  the three other Ethypharm people; I mean, Leduc,
2  DeBregeas or Roseline. I did a lot with Roseline
3  in those days, and I suspect she may well have
4  said "You need to be there."
5    Q    Do you recall specifically any
6  documents that you reviewed prior to the meeting,
7  in preparation for the meeting?
8    A    Well, I certainly recall looking at the
9  termination letter and I certainly recall
10 probably looking at the underlying contracts, or,
11 you know, as explained to me by Roseline, who is,
12 you know, multi-lingual.
13 Certainly -- certainly looked at, you know, some
14 of the latest filings of Bentley, latest press
15 releases.
16   Q    And so when you say determination
17 letters, if you could just look briefly at
18 Exhibit 6 and Exhibit 7, do you specifically
19 recall reviewing either those documents or
20 translations of those documents in preparation
21 for the meeting?

Page 92

1    A    I was shown the Spanish version of 6,
2  and --
3    Q    Were you provided an interpretation?
4    A    No, I was given an oral interpretation.
5    Q    I see. With respect to Exhibits 2 and
6  3, do you recall being shown either of either
7  those documents or a translation of those
8  documents?
9    A    Truthfully, I don't recall, but I
10 suspect I was shown both, because, you know, she
11 had with her -- she is fairly organized.
12 Did you take her deposition?
13   Q    I did not.
14   A    Okay. She is a fairly organized woman,
15 and I suspect that she had -- usually she carried
16 this stuff around in an accordion file, and I
17 suspect she had all the materials with her.
18 Certainly they were on the table, because I know
19 exactly where we met, I know exactly where Adolfo
20 Herrera and Mr. Zuniga were sitting. I mean, I,
21 know, have been in that room a lot in St. Cloud.

Page 93

1    Q    Do you recall any other documents that
2  you reviewed in preparation for the meeting,
3  aside from the contracts and the letter of
4  termination?
5    A    Other than looking at a lot of the
6  Bentley filings at the SEC.
7    Q    Nothing else?
8    A    No.
9    Q    Did you do anything else to prepare for
10 the meeting?
11       MR. FINE: To the extent that that
12 doesn't call for privileged material.
13   A    I don't recall.
14 BY MR. MINGOLLA:
15   Q    Let me ask this way. I think this is a
16 yes-or-no question. I assume, but I'll ask you,
17 did you have any conversations with Mr. Leduc and
18 DeBregeas prior to the meeting?
19   A    Yes.
20   Q    And Ms. Joannesse?
21   A    Yes.

24 (Pages 90 to 93)

Page 94

1  Q  Any other individuals at Ethypharm that
2  you recall speaking with prior to the meeting?
3  A  I might very well have spoken to
4  Domingo, who -- you know, who is an Ethypharm
5  employee.
6  Q  Do you know what Domingo --is that his
7  first name?
8  A  Yeah, Domingo is his first name.  I
9  don't know what his last name is, but I believe
10  he would have -- he's probably in --
11  Q  Is it Bernabe?
12  A  Yeah, I think so.
13  Q  Anybody else that you can think of?
14  A  I might have spoken to Claude --
15  Claude -- I'm trying to think of Claude's last
16  name.  Like Dubois or something like that.
17  Usually on issues like this, there was a fellow
18  named Pascal who does -- Pascal Oury, who does,
19  you know, a lot of the technical issues.  I would
20  have possibly spoken to him.
21  I mean, I spoke to these people regularly; I

Page 95

1  mean, I knew them all at that stage, and -- you
2  know, and this was -- this was a significant
3  event, because it really did, you know, pertain
4  to a very large core asset of Ethypharm, an asset
5  that was quite valuable based on what we had by
6  then entered into with Astra, et cetera.
7  Q  Did any of the discussions that you had
8  with anyone at Ethypharm prior to this meeting
9  include any participants who were not employees
10  of Ethypharm?
11  A  Not that I recall.
12  Q  Did you have any discussions with
13  Mr. De Basilio prior to this February, 2002
14  meeting?  Adolfo de Basilio.
15  A  No, I didn't.
16  Q  Do you recall what time the meeting
17  began?
18  A  My recollection -- you know, first of
19  all, they never met early.  I mean, my
20  recollection, Mr. Leduc never came in the office
21  before 12:30 or so.  Or on rare occasions.

Page 96

1  My recollection is that it was a meeting that
2  took place at one or two o'clock in the afternoon
3  and then went for, you know, with a couple of
4  very distinct breaks, went for two and a half or
5  three hours, with a lot of back-and-forth,
6  repetitive, redundant, whatever.
7  Q  Did you keep a date planner or a
8  calendar back in February of 2002?
9  A  I suspect I did.
10  Q  Do you routinely include the times that
11  meetings start on those day planners?
12  A  No.  No.  I mean, I -- honestly, no, I
13  don't.  My Daytimers are about as sketchy as any
14  you have ever seen.
15  Q  Are you aware of any documents that
16  would indicate when this meeting in St. Cloud in
17  February of 2002 began?
18  A  Not that I have seen.  All I can tell
19  is that, if forced to put -- you know, I go to
20  the electric chair if I'm right or wrong, knowing
21  how Mr. Leduc is never there in the morning, I

Page 97

1  would say it couldn't have started before noon.
2  Q  So my question is, do you have a
3  specific recollection that this meeting began
4  after noon?
5  A  I do.  I do, because of the light in
6  that room.  Where -- that's on the Seine, and the
7  light in the morning is really dark, and it was a
8  bright, bright day.  And that's -- you know, and
9  I can see that, I can see the older gentleman
10  like he were here yesterday.  Because he never
11  said anything, so he looked --
12  Q  He's no longer here.  Unfortunately, he
13  is deceased.
14  A  Oh, he is.  All right.
15  Well, I knew he was an older gentleman.  No
16  disrespect.
17  Q  You were right.
18  And you said the meeting, you believe, lasted two
19  and a half to three hours?
20  A  I thought it was about that, yes.
21  Q  Did the entirety of the meeting take

Page 98

1  place in a conference room in St. Cloud?
2      A    It did. The -- Adolfo and this fellow
3  board member who is now deceased broke a couple
4  times, broke a couple of times to make phone
5  calls.
6      And let me just tell you, the first phone call,
7  the -- after giving them a fairly -- a fairly
8  firm speech about the fact that -- and telling
9  them directly, you know, that, "Look, I'm here as
10  U.S. counsel; this is a very valuable asset of
11  Ethypharm. You know, we feel that Belmac has
12  misappropriated the asset. We feel that, you
13  know, you have replicated our technology in these
14  patents filings. We feel you're stealing our
15  customers. We learned, you know, that you have
16  got people under contract who used to be our
17  customers. You know, we're outraged. And quite
18  frankly, you know, I'm here as U.S. counsel
19  because, quite frankly, we are seriously
20  contemplating suing Bentley for this activity.
21      And the other thing that, you know, we're really

Page 99

1  concerned about is the fact that, you know, we
2  need -- now with this termination, we need that
3  glad returned."
4      And whether or not, you know, we focused on that
5  or not, the discussion really turned around
6  Adolfo Herrera basically saying, "You can't have
7  it. It's in the middle of our production. We're
8  not using it. It's sitting in the middle of our
9  production. You can't get it --" and this was
10  February -- "You can't get it until August.
11  We're running full out; we're around that space,
12  and it's impossible."
13  You know, which was a completely unacceptable
14  answer. I mean, we had -- you know, we had --
15  Roseline speaks Spanish; you know, there's
16  animated discussions; there were side bars and
17  all that. Basically, you know, unacceptable.
18  And the first break, I remember it was a break --
19  you know, that actually was at their request in
20  which I thought they called Spain. And they
21  called Spain about, you know, when that

Page 100

1  equipment, you know, could be physically removed
2  and, you know, and they basically came back and
3  said, "No, the equipment can't be removed; it's
4  got to be August. We don't know whether it's
5  going to be the first part of August." These are
6  not big pieces of equipment, but they're big
7  enough. And the representations to us at that
8  date were absolutely firm, "not being used,
9  interfering with our production," you know, "We
10  cannot let you in to see it."
11  Now, just as an aside, I understand that a year
12  later, there was a judicial inspection of that
13  plant. A year later. I was told this by
14  Mr. DeBregeas. A year later a judge, apparently
15  on court order, went in. The machine was not
16  only still there, it was still being used and it
17  was still producing, you know, material, you
18  know, pursuant to the Ethypharm technology.
19  And obviously that's the basis of the lawsuit,
20  and that's what, obviously, the finders of fact
21  eventually are going to have to deal with.

Page 101

1  But the fact is that all I remember and all I can
2  speak to was the absolute animation by Adolfo
3  Herrera -- you know, the other fellow said
4  nothing -- about the fact that, "not using it;
5  haven't been using it for some time. In fact,
6  it's in our way, it's in our way; we have to work
7  around it, but we cannot let you in to move that
8  equipment."
9  And that's -- you know, and when I say a lot of
10  this was redundant, probably because I speak too
11  fast, probably because I don't pick up Spanish as
12  well as I should, it was one of these things that
13  went back and forth, and -- and at that time of
14  the meeting, it was really Adolfo on one side and
15  me on the other, with Roseline -- with DeBregeas
16  coming in and out and Leduc coming in and out.
17      Q    Was the principal language spoken at
18  this meeting English?
19      A    Yes. Yes.
20      Q    Except the occasional Spanish side bars
21  that you just mentioned between Roseline and --

26 (Pages 98 to 101)

JT-A-981

Page 102

1    A    Well, no, between the board member --
2    the only discussion that he -- he partook of was
3    Adolfo with him. And I do remember him being
4    represented as a board member, you know, and
5    that's all I can say. I mean, I didn't
6    understand more than that.
7    Q    Was it a round conference table?
8    A    It's an odd-shaped conference table,
9    but essentially round, yes.
10    Q    And you indicated that -- well, why
11    don't we take it this way. How did the meeting
12    begin? There were introductions, I assume?
13    A    Yeah, we all introduced ourselves,
14    sure. Fairly friendly.
15    Q    Had you ever met Mr. Herrera before?
16    A    I don't recall. I might have. You
17    know, he might have been introduced to me before
18    in terms of being in Ethypharm for a reason or
19    not. I can't speak to that. I don't recall.
20    Q    And did you introduce yourself as U.S.
21    counsel?

Page 103

1    A    Yes. Oh, yeah, sure.
2    Q    And did Mr. Herrera have a reaction
3    upon learning that you were a lawyer from the
4    United States?
5    A    No worse than most.
6    Q    What was that, if any?
7    A    I don't recall it. Being sarcastic. I
8    mean, I just -- you know, "Hello." I mean, I
9    don't recall a reaction one way or the other.
10    Q    Did he make a specific comment to the
11    effect of "I didn't know lawyers were going to be
12    here"?
13    A    You know, I hear that a lot, but I
14    don't recall. He might well have. I just don't
15    recall it.
16    Q    And then when the meeting actually
17    began --
18    A    Yes.
19    Q    -- who spoke first; do you remember?
20    A    It might very well have been Adolfo.
21    It might very well have been Adolfo. But if it

Page 104

1    wasn't Adolfo, then it was probably
2    Mr. DeBregeas, who might have very well have led
3    the meeting off.
4    Q    Do you remember a question being posed
5    at any point during the meeting, "Why isn't
6    Mr. Murphy here?"
7    A    I don't recall that.
8    Q    And so going back to how the meeting
9    began, did you make a statement at the beginning
10    of the meeting explaining your view of the
11    situation?
12    A    You know, when I spoke along the lines
13    of what I earlier said about the fact that I
14    thought that this raised very serious question of
15    U.S. law, et cetera, et cetera, and -- and how I
16    thought that the situation presented itself
17    fairly clearly, that, you know, that Bentley had
18    been misrepresenting Ethypharm's role, that they
19    had misappropriated, you know, like their
20    property, processes, know-how, et cetera, that
21    was later in the meeting. I mean, I didn't jump

Page 105

1    into this. I mean, I was sort of listening to
2    the interchange between the parties in terms of,
3    you know, why Adolfo Herrera felt that Belmac had
4    to cancel the contract, what they were prepared
5    to do to, you know, supply product short-term to
6    Ethypharm, why -- you know, why they felt that
7    the broader relationship was no longer necessary.
8    And I think there was a fair amount of time spent
9    on that kind of sort of scene-setting.
10    Q    Can we, before we move on, because I
11    would like to approach this in order, and this
12    might be the best way to do it, let's discuss the
13    scene-setting stage of the meeting.
14    A    Right.
15    Q    What did Mr. Herrera say in regard to
16    why he had to cancel the contract and his offer
17    to continue to manufacture?
18    A    Well, you know, basically, as I
19    remember the pitch from Herrera was that, you
20    know, they now had their own technology, they now
21    had their own knowledge, they had their own

27 (Pages 102 to 105)

Page 106

1   customer base, that, quite frankly, they really
2   didn't have the capacity or the ability to
3   continue to work for us, because they were moving
4   in a completely different direction, and that
5   therefore, although they would accommodate
6   Ethypharm's customers for a transition period,
7   that they had to move on.
8       Q   How long do you think Mr. Herrera's
9   statement or opening scene-setting lasted?
10      A   Well, whenever we got to that scene,
11  which would have been early; I mean, you know,
12  these are polite people. Leduc and DeBregeas are
13  gentlemen; they're Frenchmen. You know, I -- you
14  know, I don't think that took five or ten
15  minutes.
16      Q   Okay. And do you recall any questions
17  being posed to Mr. Herrera about his claim that
18  Belmac had its own technology and customer base?
19      A   Well, sure. Roseline -- Roseline could
20  barely sit down. I mean, she was so incensed by
21  this, you know, she -- you know, she stormed

Page 107

1   around, and she was just going nuts at this,
2   because it was -- in her way of thinking, it was
3   absolutely dishonest.
4   And so there were those kinds of normal tensions.
5   I mean, you know, she -- you know, she didn't
6   start screaming, you know, "That's not true," or
7   whatever, but she could barely contain herself,
8   she was that angry at that kind of
9   representation.
10      Q   And what do you recall, if anything,
11  her saying in response to Mr. Herrera's
12  representations?
13      A   Well, you know, "That's just simply not
14  true. That's just simply not the case."
15  I mean, she -- you know, one way or the other,
16  she made it clear that that was just not
17  something -- you know, that she agreed with at
18  all, I mean, and in fact, you know, I know for a
19  fact that subsequent to this meeting, she's the
20  one who went down to Spain to basically hire
21  counsel -- hire counsel who proceeded to get the

Page 108

1   order that I referenced that reflected the fact
2   that a year later, when the judge was in pursuant
3   to court order, they were still using the
4   equipment. I mean, that -- whatever happened
5   there speaks for itself, but I have been told
6   that it was as I described it.
7       Q   And those were -- the court order you
8   just alluded to pertained to Spanish legal
9   proceedings taking place in Spain; is that
10  correct?
11      A   Sure. Absolutely.
12      Q   Did Mr. Herrera at any point during the
13  meeting explain his understanding as to why they
14  had the right to do what he wanted to do?
15      A   Well, I mean, you know, sure. I mean,
16  you know, he explained that they had created
17  their own technology, they had gotten their own
18  equipment, they weren't using our equipment, it
19  was in the way, they had too much activity. You
20  know, continuing to service Ethypharm the way
21  they had, you know, made no sense for them, you

Page 109

1   know, and words to that effect.
2       Q   Do you recall any other specific
3   statements by Mr. Herrera at this meeting, other
4   than what you testified to already?
5       A   Truthfully, I mean, you know, no.
6       Q   Why don't we go through the list of
7   participants. You said Mr. Zuniga, Berenguer
8   Zuniga, was fairly silent, except for the
9   occasional --
10      A   He talked with --
11      Q   -- Spanish interaction with Mr.
12  Herrera?
13      A   Yes. You know, I remember him saying
14  absolutely nothing during that meeting.
15  Publicly.
16      Q   Okay. Because they had a couple of
17  breaks.
18      A   Yes.
19      Q   And do you remember -- you spoke about
20  Mrs. Joannesse's statement to the effect that
21  what Mr. Herrera said is simply not true.

28 (Pages 106 to 109)

Page 110

1    A   Right.

2    Q   Do you recall any other specific words

3 of hers at this meeting, or statements?

4    A   Well, to me, yes.  Sort of -- some

5 profane, some not.

6    Q   Well, let me ask you this:  Did she say

7 anything to you while the representatives of

8 Belmac were still in the room?

9    A   Not -- not in their hearing.

10    Q   Okay.  Do you recall any other

11 statements made by Ms. Joannesse within their

12 earshot?

13    A   Oh, sure.  Because, I mean, you know,

14 the things I have said, that, you know, this was

15 Ethypharm's property, that the equipment -- you

16 know, that we had reason to believe the equipment

17 was still being used, that we couldn't accept

18 their representations, that it was simply untrue.

19 That we had reasons not only to believe that the

20 product coming out of there was based on

21 Ethypharm technology, that we had actually seen

Page 111

1 product that had been delivered to our former

2 customers which Belmac was claiming was their

3 product.  And so, you know, that kind of sort of

4 continued back-and-forth.  Because, you know,

5 she's the one who lived with this every day,

6 she's the one who was really upset by the fact

7 that there had been this, if you will, you know,

8 sort of misappropriation, flagrant

9 misappropriation, and so she, you know, was just

10 agitated.

11 And so was DeBregeas and so was Leduc, but they,

12 you know, they showed -- they show those kind of

13 emotions differently, and Leduc, as I said, was

14 in and out of the meeting, as I recall.

15    Q   Have you ever heard of a product called

16 Belmazol?

17    A   Yes.

18    Q   And what's your understanding as to

19 what that product is?

20    A   I think that's the omeprazole that was

21 being -- you know, Belmazol is omeprazole, as I

Page 112

1 recall, and it's -- it's the Belmac product that

2 initially was supplied by Ethypharm and then

3 supplied by itself pursuant to, quote, "its

4 claimed technology."

5    Q   And have you personally ever done an

6 investigation as to whether Belmazol relies upon

7 or --

8    MR. FINE:  I'm going to object to this

9 as being well outside the scope of phase one.

10    MR. MINGOLLA:  It's a yes-or-no

11 question.

12    A   The answer to that would be no.

13 BY MR. MINGOLLA:

14    Q   Okay.  We have gone through Mr.

15 Herrera, Mr. Berenguer Zuniga and Ms. Joannesse.

16 Do you remember any specific statements by

17 Mr. Leduc at this February, 2002 meeting within

18 the presence of the Belmac representatives?

19    MR. FINE:  Could you clarify what you

20 mean by presence?

21    A   Not really.

Page 113

1 BY MR. MINGOLLA:

2    Q   Well, I assume that -- well, let me ask

3 you this:  Did Mr. DeBregeas speak with you

4 outside the earshot of the Belmac attendees at

5 that meeting?

6    A   Well, both Leduc and DeBregeas and

7 Joannesse all would speak to me.  We had a --

8 when I say this was a large room, this room would

9 be about a third the size of the room we're in.

10 The table would be slightly bigger, and so people

11 were spread out, so there would be these kind of

12 conversations continuously between the parties on

13 both sides.

14    MR. MINGOLLA:  So what I'm trying to

15 do, Jonathan, is carve those out, because I

16 assume you will assert the claim of privilege

17 there.

18    Q   So within the earshot of the Belmac

19 attendees at this meeting --

20    MR. FINE:  Objection.  Why don't you

21 say overheard by?

29 (Pages 110 to 113)

JT-A-984

1    MR. MINGOLLA: Okay.
2    Q   Do you remember any statements made by
3 Mr. DeBregeas to the Belmac attendees at the
4 meeting?
5    A   Well, you know, I think that, in his
6 own way, you know, more charming than I,
7 obviously, he expressed the same kind of, you
8 know, sort of outrage that this had happened;
9 that, really, you know, this was never the
10 intention of the parties; this was a relationship
11 that was designed to be of mutual benefit, this
12 was a relationship that he had talked to Murphy
13 about and had tried to fix from time to time;
14 that he could not believe that not only were you
15 filing patents which he claimed in that meeting
16 were based on technology -- and he is, you know,
17 one of the owners -- Leduc said the same thing,
18 that he felt that the patent technology was our
19 technology -- but what he really objected to and
20 objected to forcefully was the fact that
21 customers of ours, customers that we had

1 supplied, you know, for a long time, were now
2 being, you know, essentially asked to sign up
3 with Belmac for its own product.
4 And so that what you had going on -- and this is
5 something that DeBregeas addressed in the meeting
6 -- was the fact that you had the overall picture
7 of what we thought was the case, that Belmac --
8 Bentley/Belmac was stealing the technology,
9 filing new patent applications using the process
10 and know-how, and still using Ethypharm's own
11 machinery to manufacture omeprazole, which Belmac
12 then was selling to the customer list that they
13 had been supplying from the Ethypharm --
14 Ethypharm customer list.
15 In other words, they had basically taken the
16 Ethypharm customers and were knocking them off
17 one at a time.
18 And the better customers, the ones that were the
19 subject of all this tension we talked about
20 earlier this morning, you know, the delivery
21 tensions and all, the ones that were really the

1 good customers of Ethypharm were the ones that
2 sometimes got the worst service, and they were
3 the first people to be approached by Belmac in
4 this supplanting period of time after November
5 14th, obviously, or before November 14th, but
6 certainly after the notice of November 14th,
7 2001.
8    Q   Now, the five aspects of the case as
9 you saw it back in February of 2002, let's start
10 with the claim that Belmac had been stealing the
11 technology.
12    A   Right.
13    Q   That was activity that had taken place
14 in Spain?
15    A   That's where most of the activity was,
16 yes.
17    Q   The filing of patents, was that
18 activity that had taken place in Spain?
19    A   Sure.
20    Q   The stealing of know-how and the using
21 of know-how, was that activity that had taken

1 place in Spain?
2    A   Well, you know, certainly with
3 customers out of Spain as well. I mean, the
4 customer base was -- you know, was multi-country.
5    Q   And the continued use of Ethypharm
6 machinery, was that activity that was taking
7 place in Spain?
8    A   The activity -- the machine that we're
9 talking about was in the Belmac facility in
10 Spain, yes.
11    Q   And with respect to the claimed
12 takeover of customers that had been Ethypharm's
13 customers?
14    A   Right.
15    Q   Was that activity being done by
16 Mr. Herrera and his employees at Belmac in Spain?
17    A   Yes.
18    Q   Do you recall Mr. Herrera making any
19 response to any of the statements of
20 Mr. DeBregeas?
21    A   Oh, absolutely. I mean, he --

30 (Pages 114 to 117)

JT-A-985

Page 118

1    Q   What do you recall him saying in that
2   regard?
3    A   Both in response to Mr. DeBregeas and
4   specifically in response to my -- my questions,
5   he reiterated forcefully and angrily that, you
6   know, "How dare you suggest we're still using
7   this equipment? How dare you suggest that we
8   have stolen your technology? How dare you
9   suggest that we have taken your customers?" And
10   if he said to me once in the course of that
11   interchange, he said ten times that "That
12   equipment is not only not being used, it's in the
13   middle of our production and it's blocking our
14   activities." And he was really animated about
15   that.
16   So obviously, if this later judge --
17   judge-sanctioned, court-sanctioned judicial
18   examination is accurate, Mr. Herrera was -- you
19   know, was not telling the truth.
20    Q   And do you know for a fact whether that
21   court-sanctioned inspection did in fact determine

Page 119

1   that the machines were still being used?
2    A   I was told that -- I was told directly
3   by a couple of people at Ethypharm that they had
4   actually seen the judge's report, which said that
5   the machinery was actively engaged. In about
6   February of 2003.
7    Q   Okay. We have gone through
8   Mr. Herrera, Ms. Joannesse, Mr. Zuniga,
9   Mr. DeBregeas, yourself. Do you remember
10   anything -- any specific statements by Mr. Leduc
11   at the meeting?
12    A   Gerard -- Gerard does not -- Gerard's
13   English is good, it's terrific, but he does not
14   feel it is, so he is less inclined in a meeting
15   like that to take a lead role.
16   I mean, his English is -- truthfully, his English
17   is terrific, but he doesn't see it that way, so
18   my recollection of Gerard in this meeting is much
19   like my recollection of Gerard in lots of
20   meetings, that he takes a sort of back seat to
21   Mr. DeBregeas. And he said some things about the

Page 120

1   patents, he said some things about the
2   technology, but, you know, they weren't -- you
3   know, I mean, they don't sort of jump out at me.
4    Q   Do you recall if there were any
5   documents present in the room during this
6   meeting?
7    A   Oh, there were documents. I mean, you
8   know, I mean, Roseline had a whole binder of
9   documents there.
10    Q   That's a good point, so let me be a bit
11   more precise.
12   Do you recall the parties handing out to each
13   other any specific documents at this meeting?
14    A   Well, I'll -- you know, I don't recall,
15   but, I mean, I suspect that in the discussion of
16   the termination, you know, Herrera was pointing
17   out that they had every right to do this with a
18   four-month cancellation period, that they were
19   willing to work with us on transition, they were
20   willing to work with our customers.
21   But, you see, those were all sort of beside the

Page 121

1   point, because if we really felt they were
2   stealing our customers, you know, why did we want
3   them -- why did we want them still working with
4   our customers, because that was just a precursor
5   to, you know, additional theft.
6    Q   And my question is, do you specifically
7   recall, sitting here today, any specific
8   documents that were distributed at the meeting?
9   You references that there may have been the
10   termination letter, but I'm asking specifically
11   do you remember someone handing out a specific
12   document.
13    A   I know that I had a copy of the
14   termination letter and I had a copy of the press
15   release dated November 14th, 2001, the one that I
16   think talked about four separate patents. But, I
17   mean, you know, I may be wrong.
18    MR. MINGOLLA: Can I have this marked
19   as the next exhibit?
20    (Meyer Deposition Exhibit No. 8 marked
21   for identification.)

31 (Pages 118 to 121)

Page 122

1  BY MR. FINE:
2    Q   You have been handed now what's marked
3  as Exhibit 8. And if you wouldn't mind reading,
4  at least -- or at least skimming the document,
5  the last three pages of which are a translation.
6  And while you're doing so, I'll identify it for
7  the record.
8  Exhibit 8 is a three-page document bearing
9  production numbers BEL 000601 through 603.
10    A   Yep.
11  BY MR. MINGOLLA:
12    Q   Do you recognize this document?
13    A   Sort of. You know, it's this sort of
14  the document that I think -- you know, I may be
15  wrong, but, you know, I think one of the things
16  that Herrera said during this meeting was the
17  fact, you know, that in response to my talking
18  about the fact that what Bentley was doing was,
19  in my judgment, completely illegal, violated U.S.
20  law -- was pointing to the fact that -- you know,
21  I think the document was in Spanish at the time,

Page 123

1  and only Spanish; I don't think there was an
2  interpretation of this. But, you know, "Do you
3  see here, Mr. Meyer, that it's going to be --
4  have to be decided by courts in Spain," you know,
5  down here in the bottom of the document.
6    Q   Do you remember Mr. Herrera asking that
7  question to you?
8    A   You know, I sort remember him making a
9  big deal about the fact that, you know, this
10  wasn't a U.S. problem to me.
11    Q   What did he say in that regard?
12    A   I think it was sort of like, you know
13  -- you know, I mean, in response to the fact that
14  I thought that Bentley ran this operation,
15  that -- even though the, if you will, the
16  physical activities in large measure took place
17  in Spain, this was a subsidiary and an activity
18  controlled and driven by Bentley, that Bentley
19  was claiming credit for everything that was
20  happening in Belmac, and maybe properly under the
21  SEC law, but they were certainly misrepresenting

Page 124

1  Ethypharm's role and importance and their
2  ownership rights, and that this was really a
3  serious issue.
4  I probably, you know, in somewhat more articulate
5  fashion, made a big speech, okay, about the fact
6  that this was outrageous and we were going to
7  have to look at what we were going to do, et
8  cetera, et cetera, at which time, somebody stuck
9  a document in my face and said, "You see here, we
10  have 'tribunes Espa ol,' and that means we're
11  going to have to be in Spain," and my reaction at
12  the time -- my reaction at the time was, number
13  one, I don't speak Spanish, but number two, you
14  know, if I have -- you know, if I'm buying a
15  piece of property in Spain, you know, I'm buying,
16  you know, a guest house in Spain, you know,
17  obviously any dispute on that guest house or any
18  filing with the real property down there
19  is going to have to be decided by Spanish courts
20  and I sort of used these kinds of things as, you
21  know, as "Sure."

Page 125

1  I mean, you know, obviously, you know, on
2  registration issues and on the ability for Belmac
3  to do for Ethypharm what it was doing as a part
4  of the Bentley-Belmac relationship, you have got
5  to have -- you have got to have the Spanish
6  courts involved on the things that are sort of
7  typically and traditionally Spanish issues.
8  I'm not going to go in the -- I'm not going to
9  argue about a registration document or about
10  things that are really in the province of the
11  Spanish courts in the U.S. courts.
12  And so there was a disconnect. I mean, I don't
13  know -- I don't know -- you know, I don't know
14  what I said to Adolfo. I probably said, "Look, I
15  don't speak Spanish," but the fact is that I know
16  that in looking at this, after the meeting or
17  whatever document it was, I wasn't -- you know, I
18  mean, I wasn't -- I wasn't persuaded, put it that
19  way, that this wasn't something that really was a
20  dispute against Bentley, a New Hampshire company,
21  that was running and controlling and directing

32 (Pages 122 to 125)

Page 126

1   Belmac's activities.
2       Q    And if you turn to the bottom of the
3   second page of Exhibit 8?
4       A    Second page. Okay.
5       Q    Do you see the parties listed to
6   that --
7       A    Yes.
8       Q    -- are what? Are Ethypharm and --
9       A    Well, it would have to be Ethypharm
10  Spain, because that signature is Adolfo's.
11      Q    De Basilio?
12      A    Yes.
13      Q    And the other party is Laborotorios
14  Belmac?
15      A    Yes.
16      Q    And the date of the document is the
17  30th of September, 1998?
18      A    Yes.
19      Q    Do you recall stating to Ms. Joannesse
20  at this meeting that you had not seen the
21  document that's been marked as Exhibit 8 before?

Page 127

1       A    I don't recall it, but I might have.
2   Because I don't -- you know, I don't think I did
3   see it. I don't think I had seen it prior to
4   that meeting.
5       Q    And if you look at the top of the
6   last -- of the second-to-last page of the
7   document, which is the English translation.
8       A    The second-to-last page. Okay.
9       Q    And do you see the sentence that says
10  "Belmac has provided to Ethypharm the following
11  documentation obtained from the registration of
12  the medication Belmazol"? Do you see that?
13      A    Right.
14      Q    Were you aware as of the February, 2002
15  meeting in St. Cloud that an agreement -- that
16  this agreement had been entered into?
17      A    I was aware that agreements like this
18  would have to be entered into, because you see
19  the -- you know, if you have got -- if Ethypharm
20  has a customer and the omeprazole being sold to
21  that customer is Belmac -- Belmac-produced,

Page 128

1   Belmac-registered, then maybe the customer is a
2   wholesale customer. Maybe the customer is in
3   another country.
4   Obviously Ethypharm has got to give the dossier
5   or the registration file to that customer. So
6   this sort of stuff happens all the time.
7   I mean, even though Ethypharm gives the
8   underlying technology to Belmac, Belmac then does
9   what's needed to register with the Spanish health
10  authorities, creates a drug master file or drug
11  dossier, which in turn then has to be given back
12  to Ethypharm if a customer demands -- an
13  Ethypharm customer demands some proof of
14  production or certification.
15  Now, I don't know whether this applies perfectly
16  in this case, but these kinds of documents, there
17  is probably lots of documents like this. I mean,
18  I'm guessing.
19      Q    Were you involved -- I think I know the
20  answer to this question, but I nevertheless must
21  ask it. Were you involved in the drafting of

Page 129

1   Exhibit 8?
2       A    No. No.
3       Q    At the meeting, do you recall,
4   yourself, specifically threatening to bring a
5   lawsuit against Belmac?
6       A    No. I threatened a lawsuit against
7   Bentley.
8       Q    And did you threaten a lawsuit against
9   Bentley in the United States?
10      A    Yes.
11      Q    And what did you say in that regard?
12      A    I said that -- I mean, you know,
13  basically I think the question was, you know,
14  "What do you think we ought to do, Larry," you
15  know, from DeBregeas in the course of the
16  meeting. I mean, people in earshot. "What do
17  you think we ought to do?" And I said, "I think
18  we have to do what I have said, you know, is the
19  only alternative to resolving this matter."
20  And resolving this matter looked like it was
21  going to be impossible, you know, because you

33 (Pages 126 to 129)

JT-A-988

Page 130

1   had -- we believed that they were still using the
2   equipment, but we knew that they were stealing
3   our customers. And not only in Spain, but
4   elsewhere. And we knew that because customers
5   came to us with contracts that Belmac was
6   proposing: "Look, you have been getting shitty
7   service from Ethypharm, but we have been giving
8   you that service; contract directly with us."
9   Pardon my French.
10  That's right, this is on the record, isn't it?
11  But in any event, in any event, those kinds of
12  things were going on, so we had every reason to
13  believe that the kinds of sort of trade dispute
14  had blossomed to a point that it wasn't going to
15  be reconcilable.
16  And I'm going to just tell you, I really -- I
17  really was really troubled. I'm still troubled.
18  I was troubled at the time by the fact that this
19  appeared to be a real scam; you know, that you
20  would come in as a contract manufacturer; you
21  had -- you had -- you had exploited that

Page 131

1   situation, replicated the technology, stolen the
2   customers, and misrepresented over and over again
3   the role of Ethypharm in this relationship to the
4   public, to the shareholders, to the New York
5   Stock Exchange.
6   I mean, I really felt -- Joe, I'm being honest
7   with you, I felt very passionate about this. I
8   felt passionate about it because, you know, I
9   come out of Justice, I come out of the trade
10  commission. I really don't like to see this kind
11  of thing. I'm really kind of a stickler for
12  honesty. And the fact of the matter is that it
13  struck me as an incredibly dishonest scam on the
14  shareholders of Bentley and on the American
15  public. And that's the kind of speech I gave.
16  And, yeah, do I think we had a claim against
17  Belmac? As a -- as a -- Belmac? Belmac was
18  being driven and controlled by Bentley.
19  I honestly thought that at one point during this
20  meeting -- you said, you know, did I expect to
21  see Murphy? Yes, I did. Was it misimpression?

Page 132

1   Maybe. Where did I get it? I thought Murphy was
2   coming.
3   But the fact of the matter is that I had the
4   impression that one time during this meeting,
5   they actually recessed to talk to someone in New
6   Hampshire. Was I right or wrong? I'm not going
7   to ask them who they're calling or what they're
8   doing.
9   I know at one point they broke, and I know that
10  they said -- they came back and were talking
11  about whether or not they could get the machine
12  freed up earlier, and that's when they came back
13  saying, "No, it's got to be August." And I
14  remember that specifically because August, you
15  know, everything shuts down in August in Europe.
16  But, no, I mean, you know, I'm a little less
17  animated today than I was during the meeting.
18  Trust me.
19          MR. MINGOLLA: And I'll resume some
20  question about this, but I know we have to change
21  tapes, so...

Page 133

1           THE WITNESS: Okay, sure.
2           THE VIDEOGRAPHER: This ends tape
3   number one of the Meyer deposition. The time is
4   11:44:55. Off the record.
5   (Brief recess.)
6           THE VIDEOGRAPHER: On the record with
7   tape number two of the testimony of Lawrence
8   Meyer in the matter of Ethypharm versus Bentley
9   Pharmaceuticals. The date is August 4th, 2006.
10  The time is 11:45:49.
11  BY MR. MINGOLLA:
12      Q   Mr. Meyer, you mentioned a moment ago
13  in your answer that you believed that the
14  misappropriation -- I think you used the word
15  "scam," or at least misappropriation -- was being
16  driven and controlled by Bentley.
17      A   Yes.
18      Q   And I'm curious if, at this
19  September -- at this February, 2002 meeting in
20  St. Cloud, you made that point, and if so, how
21  did you explain that point to Mr. Herrera and

34 (Pages 130 to 133)

Page 134

1   Mr. Zuniga.
2       A    Well, I said -- you know, without being
3   histrionic about it, I said it exactly the way I
4   said it.  I said I thought that Bentley had been
5   telling the American public, their investors, the
6   New York Stock Exchange, that they were the
7   principal owner of all of this underlying
8   technology, as best evidenced by this November
9   14th press release, coming on the eve of the
10  cancellation of the contract notice, and that
11  there was never a fair and proper discussion
12  about the fact that they had acknowledged, and in
13  fact, Ethypharm technology had been driving all
14  of this activity, and there had, therefore, been
15  an embellishment, you know, an extraordinary
16  embellishment of the results of Bentley/Belmac to
17  the investors, and that's obviously how they
18  build value.
19  And I -- and that's what led -- you know, to
20  Herrera saying, you know, "You don't have any
21  action in the United States," and then throwing

Page 135

1   me the exhibit you pointed out to me.  And I may
2   have the wrong exhibit, but there was that kind
3   of interchange.  There was that kind of
4   interchange.
5       Q    So my next question was going to be,
6   what was Mr. Herrera's response, if any, to your
7   statement, and aside from what you just
8   testified, do you remember anything else
9   Mr. Herrera saying in response to your threatened
10  lawsuit in the U.S. against Bentley?
11      A    You know what I mean, lawyers are used
12  to this.  I mean, I got a pretty severe denial
13  that they were doing anything wrong, and I also
14  got a reiteration over and over again about the
15  fact that "We're not using your equipment," and
16  he kept focussing on "We're not using your
17  equipment, and, by the way, this is a Spanish
18  matter," and that's when -- that's when a
19  document like the last exhibit was -- you know,
20  was proffered.
21      Q    You mentioned today, I think on a

Page 136

1   couple of occasions, that there was at least one,
2   if not more breaks, recesses taken during the
3   course of the meeting.
4       A    Right.
5       Q    Do you remember, now that we have been
6   speaking about this meeting for a little bit
7   longer, do you have any better recollection as to
8   how many breaks were taken during the course of
9   this two and a half to three-hour meeting?
10      A    Well, I know two.  I know two, and all
11  I can tell you is what my impression was.
12  My first -- my first impression of one break was
13  that they had called Spain, asking specifically
14  about the equipment issue and whether or not they
15  could move more quickly, whether or not sometime
16  before August would work.  And the later break,
17  it was the second break that I thought they were
18  talking to New Hampshire.  You know, obviously
19  time differences are being what they are, and I
20  don't what time this would have been, but in my
21  way of thinking this was closer to five o'clock

Page 137

1   in the afternoon now, or 4:30 or whatever, and
2   they were calling New Hampshire, which would make
3   sense based on a six-hour time difference.
4   That's the best recollection I have.
5       Q    Do you know for a fact that, during
6   this second break that you remember, that either
7   Mr. Herrera or Mr. Zuniga or both did in fact
8   call Mr. Murphy?
9       A    I don't know that.  I don't know that.
10  I don't know that.
11      Q    Do you recall whether any of the
12  participants of the meeting ended up going out
13  for -- I guess it would have been either a late
14  lunch or an early dinner together after this
15  meeting?
16      A    I have absolutely no recollection of
17  what I did after that meeting.  Truthfully.
18      Q    Okay.  So what was the end result of
19  the meeting?  I mean, were there any action items
20  agreed to, or what?
21      A    I think that the action items agreed to

35 (Pages 134 to 137)

Page 138

1 during the meeting were that, you know, the
2 parties, you know, would see if they could, you
3 know, somehow, you know, work, transition with
4 their customers, and I think that was just
5 face-saving. I know that, you know, as I
6 testified earlier, Joe -- Roseline Joannesse went
7 down and hired Spanish counsel, went down the
8 path of seeking a court-ordered inspection of the
9 operations. I think we analyzed product that we
10 were seeing in those days.
11 And remember, this is an extraordinarily valuable
12 asset, because we do have a drug development deal
13 with Astra at that point, we have obligations
14 relative to our technology under that agreement,
15 we have obligations to make sure, you know, we're
16 not selling in certain countries, et cetera, et
17 cetera, and so the -- and so the issues were such
18 that, you know, we needed to proceed.
19 You know, I recommended that we look seriously at
20 a lawsuit here, depending on how the facts
21 developed.

Page 139

1 Remember, now we're in 2002, and we really don't
2 have, if you will, anything other than the
3 dispute as sort of framed out at that stage.
4     MR. FINE: And by the way, I would
5 recommend that we don't go into the legal advice
6 that you gave at the time.
7     THE WITNESS: All right.
8 BY MR. MINGOLLA:
9    Q   The purpose of my question was to focus
10 more on action items agreed to by the Belmac
11 participants and the Ethypharm participants. For
12 example, did Mr. Herrera say, "Here's what I'm
13 going to do in the next several weeks; thank you
14 for this meeting," and similarly, did anyone from
15 Ethypharm say "Here's what we're going to do"?
16 Do you remember any such agreement being --
17    A   All I remember is they were going to
18 work together on transition. I mean, they were
19 going to -- I think there was, you know, some
20 statement made about the fact that they would see
21 what they could do about getting any of the

Page 140

1 equipment to us sooner.
2 You know, that didn't seem credible to me. But
3 they were also going to work with -- these were
4 public statements in the meeting. They were
5 going to work on -- on some of the customer
6 issues, because the customer issues were still a
7 part of this discussion, one reason it was so
8 long. Customers were not getting product,
9 Ethypharm customers were behind in their
10 shipments. You know, we knew that some customers
11 were being pirated, et cetera, et cetera. So
12 that kind of back and forth.
13 You know, we -- you know, people shook hands; you
14 know, people left the meeting without throwing
15 rocks, but, I mean, it was obviously a taut
16 situation.
17    Q   And when you say transition issues were
18 discussed, are you talking about the -- what are
19 you talking about?
20    A   Just what I said. You know, the fact
21 is that, you know, in this notice, they were

Page 141

1 willing to work with Ethypharm in terms of
2 supplying their customers, so I had the distinct
3 impression that no matter how bad it was, how we
4 felt about it, there was still an effort to meet
5 the customers' needs, Ethypharm customer needs in
6 this interim period. And I don't know how long
7 it lasted. It might have lasted, you know, well
8 into a year or so that some Ethypharm customers
9 were still being supplied, because, after all,
10 they were still producing -- at least as we had
11 been led to believe, they were still producing
12 with the same machinery.
13    Q   Do you remember either Mr. Herrera or
14 Mr. Zuniga indicating that they would get in
15 touch with Mr. Murphy or anyone else at Bentley
16 and report back to Ethypharm?
17    A   Well, see, my impression -- you know,
18 obviously my impression was that they were --
19 they were checking with New Hampshire sometime
20 during the meeting, and my impression was that
21 the final decision on anything was being made by

Page 142

1  New Hampshire.
2      Now, do I recall Mr. Herrera saying he would have
3  to get Mr. Murphy's approval? No, I don't. No,
4  I don't.
5      Q    After the meeting ended, did you --
6  strike that.
7      At any point during the meeting, was there a
8  discussion about a possible new contract being
9  entered into between Ethypharm and Belmac?
10     A    I think there was a discussion of
11  whether or not they might put a contract together
12  for transition. I mean, you know. But I -- but
13  I don't -- I didn't play a role in that. I know
14  there was some discussion of how we're going to
15  deal with this, you know, "Tell us what we need,"
16  et cetera, you know, customers to be supplied, et
17  cetera.
18     Because whatever was really being said in the
19  meeting, you know, being sort of like acting
20  nice, in terms of working this out, was really
21  not, you know, a reflection of the meeting. The

Page 143

1  meeting was a -- was a hostile meeting.
2      Q    Do you recall anyone at the meeting
3  broaching the issue of a new agreement that would
4  solve all of the outstanding issues between the
5  parties?
6      A    I don't think -- I mean, put it this
7  way, I don't recall that, because we didn't think
8  that was possible. We thought that there had
9  been too significant a breach in terms of what
10  Belmac had done. But obviously Ethypharm really
11  had -- you know, every drug manufacturer has an
12  obligation to get their clients supplied, and
13  there were clients out there who relied on this
14  source of omeprazole. You know, even though
15  there may have been alternative, these were
16  Ethypharm customers that Ethypharm was trying to
17  get supplied.
18     Q    Do you have Exhibit 6 in front of you,
19  which is the letter of cancellation of the
20  manufacturing contract between Belmac and
21  Ethypharm?

Page 144

1      A    I do now.
2      Q    I'm turning to the English
3  translation --
4      A    Right.
5      Q    -- the second page of the document.
6  And in the -- you see P.S.?
7      A    Yes, sir.
8      Q    It says, "Since the manufacturing
9  contract of omeprazole microgranules of March 23,
10 2000 will be cancelled on March 23, 2002." Do
11  you see that reference?
12     A    Um-hmm.
13     Q    Do you recall whether Belmac continued
14  to manufacture omeprazole for Ethypharm after
15  March 23rd, 2002?
16     A    No, but based on the meeting, I'm
17  assuming they did. I'm assuming they did. I do
18  not know the answer to that question, but based
19  on this meeting, I'm assuming they did.
20     Q    After the February, 2002 meeting ended,
21  what role, if any, did you have with respect to

Page 145

1  seeking the return of any machinery of
2  Ethypharm's that was in Belmac's laboratory?
3      A    I would periodically hear from the
4  didn't and they would tell me what they were
5  doing and I knew what Roseline was up to in terms
6  of retention of Spanish counsel, and we talked
7  about, you know, obviously evaluating the
8  situation as the facts developed relative to our
9  promise, assurance that we would have to seek
10  redress against Belmac.
11     MR. MINGOLLA:  I would like to show you
12  one more document, an almost illegible one at
13  that, but let's have that marked as the next
14  exhibit, please.
15     THE WITNESS:  We can go back to 5 at
16  this point. Or we can go to 11.
17     (Meyer Deposition Exhibit No. 9 marked
18  for identification.)
19     MR. FINE:  Has this document been
20  produced before?
21     MR. MINGOLLA:  It was part of a court

37 (Pages 142 to 145)

Page 146

1    filing. I don't know if it's been -- another
2    copy has been produced, but it was included among
3    the exhibits to the motion to dismiss.
4        MR. FINE: In this action.
5        MR. MINGOLLA: Yes.
6    BY MR. MINGOLLA:
7    Q    If you could just take a moment and
8    review what has been marked as Exhibit 9.
9    And just for the record, it doesn't have a
10   production number, except for the bottom
11   right-hand corner does indicate A-41, and it's a
12   document on Belmac letterhead dated September
13   9th, 2003.
14   A    Right.
15   Q    My question is, have you ever seen this
16   document before?
17   A    No.
18   Q    Do you know whether -- do you know
19   whether Ethypharm eventually retrieved its
20   machinery from Belmac's facilities?
21   A    Well, you know, I had -- I have always

Page 147

1    assumed they did. I have always assumed that it
2    was after February of 2003, which was a year
3    after our meeting, and which was the apparent
4    judicial inspection. And if I'm reading this
5    document correctly, it looks to me like this is
6    what's happening on September 9th of 2003.
7    Q    Yes, but my question is, you had no
8    specific involvement in the attempt to get the
9    machinery out of Belmac's facilities?
10   A    No, I didn't.
11   Q    And you have never seen this document,
12   Exhibit 9, before?
13   A    I don't recall ever seeing it. I don't
14   recall ever seeing it.
15       MR. MINGOLLA: At this point I have no
16   other questions. Thank you very much, Mr. Meyer.
17       MR. FINE: I will have a few questions,
18   and I would like a few minutes to prepare them.
19       MR. MINGOLLA: Let's go off the record.
20       THE WITNESS: Wait a minute. Being
21   sabotaged by my own guys over here.

Page 148

1        THE VIDEOGRAPHER: The time is
2    11:58:42. Off the record.
3    (Brief recess.)
4        THE VIDEOGRAPHER: On the record. The
5    time is 12:01:03. I'm sorry, 12:08:03.
6    EXAMINATION BY COUNSEL FOR THE PLAINTIFF
7    BY MR. FINE:
8    Q    Hi. Good afternoon, Mr. Meyer. My
9    name, as you already know, is Jonathan Fine, and
10   I represent Ethypharm in this matter.
11   I would like to have the reporter mark as an
12   exhibit a document -- and I'm sorry, I don't have
13   a copy to give to opposing counsel, but I will
14   show it to him first.
15       (Meyer Deposition Exhibit No. 10 marked
16   for identification.)
17   BY MR. FINE:
18   Q    If you would please review that
19   document for a moment.
20   A    I remember this document.
21   Q    Okay. And my first question was, have

Page 149

1    you seen this document before.
2    A    Yes, I have.
3    Q    And you had testified earlier today
4    that you recalled seeing a letter from
5    Mr. Murphy, from Bentley, where Mr. Murphy
6    indicated that he had taken control of
7    Laborotorios Belmac or that Bentley had taken
8    control of Laborotorios Belmac. Is this the
9    letter to which you were referring?
10   A    Yes, it is, because the -- I mean, not
11   because of what he says in this letter about the
12   fact that he is assuming control of Belmac, it's
13   the fact that he's talking about the fact that
14   they had not been paid for a year and that we had
15   been very generous, you know, "Do you know
16   anybody else who would have carried you for a
17   year" type thing, and these were the tensions I
18   talked about.
19   But this is clearly the letter that I saw where
20   Murphy was essentially saying that he had taken
21   control of Belmac.

38 (Pages 146 to 149)

JT-A-993

Page 150

1    Q   And I would like you to focus on that
2  statement for a moment, if you would. Are you
3  aware of any document in which Mr. Murphy
4  indicated that he had relinquished control of
5  Belmac?
6    A   No.
7    Q   Are you aware of any document in which
8  Mr. Murphy indicated that Bentley had
9  relinquished control of Belmac?
10   A   No.
11   Q   Are you aware of any statement that
12  Mr. Murphy had made indicating that either he or
13  Bentley had relinquished control of Belmac?
14   A   No.
15       MR. FINE: I would like to have the
16  court reporter mark another exhibit, and I
17  apologize again, I don't have a copy of this, but
18  I will show it to opposing counsel first.
19       (Meyer Deposition Exhibit No. 11 marked
20  for identification.)
21  (Discussion off the record.

Page 151

1        THE WITNESS: Yep, I have seen this.
2  BY MR. FINE:
3    Q   And my next question is, does this
4  refresh your recollection at all about the events
5  that you described in 2002, specifically, your
6  meeting with Ms. Joannesse, Mr. Leduc,
7  Mr. DeBregeas, and Mr. Herrera and Mr. Zuniga?
8    A   Yes.
9    Q   And you had testified earlier today
10  that you had seen a press release by Bentley to
11  the effect that it, through Laborotorios Belmac,
12  had applied for a number of Spanish patents on
13  omeprazole. Is this the document to which you
14  were referring?
15   A   Yes.
16   Q   Returning for a moment to the meeting
17  in February of 2002 at which Mr. Leduc,
18  Mr. DeBregeas, yourself, Ms. Joannesse,
19  Mr. Herrera and Mr. Zuniga were present, you had
20  testified earlier today that you had the
21  impression that they -- and by "they," I mean

Page 152

1  Mr. Herrera and Mr. Zuniga -- were speaking with
2  New Hampshire; is that correct?
3    A   Yes.
4    Q   Okay. And Mr. Mingolla had asked you
5  whether you had ever asked whether or not they
6  would be checking with New Hampshire after this
7  meeting to run whatever discussions at the
8  meeting -- whatever discussions had occurred at
9  the meeting past people in New Hampshire at
10  Bentley Pharmaceuticals; is that correct?
11   A   Yes.
12   Q   Okay. Did either Mr. Herrera or
13  Mr. Zuniga state at the meeting that they would
14  not be speaking with people in New Hampshire
15  about the contents of that meeting?
16   A   No.
17   Q   Did either Mr. Herrera or Mr. Zuniga
18  indicate in any way that they would not be
19  seeking the approval or ratification of any
20  decisions or positions they had taken at that
21  meeting --

Page 153

1        MR. MINGOLLA: Objection.
2    Q   -- through Bentley in New Hampshire?
3    A   Well, the answer is no. And as I
4  indicated, I mean, Mr. Zuniga, you know, said
5  nothing. You know, I mean, just so we
6  understand, my testimony was the only person who
7  spoke on that side was Herrera, and of course he
8  said nothing about that.
9  Let me just say something about this. And it's
10  always helpful to have the documents.
11  The reason why I was so outraged, I, personally,
12  was so outraged, is because I had been the lawyer
13  who not only prepared, but drafted the Astra
14  agreement, and with, obviously, Astra's counsel
15  on the other side, I had also done the Venice
16  agreement with Ethypharm. And when I read in
17  here that Murphy was saying that "These patents
18  describe new technological --" dah, dah, dah, and
19  these advancements --" you know, " --
20  advancements orally administered, you know, are
21  going to go beyond its patented technology in

39 (Pages 150 to 153)

Page 154

1    delivery activities."
2    And what do they then say? "Bentley
3    Pharmaceutical is a drug delivery company
4    focussing upon improving the absorption of wid
5    and peptides through proprietary drug delivery
6    technology which it intends to commercialize in
7    the U.S. market by licensing to other
8    pharmaceutical companies."
9    And just so the record is clear, what I was
10   really, hopefully, in Herrera's face about was
11   the fact that Bentley was going to take these
12   Belmar -- Belmac-claimed activities and try to
13   sell them, if you were, in the same market that
14   we were actually already present on behalf of
15   Ethypharm and in transactions that we were
16   actually trying to close for Ethypharm.
17   And so, you know, when I look at this, it just
18   sort of brings it all back. And I saw this, you
19   know, before the meeting of February, and there
20   was what was really giving me, at the time, a far
21   more articulate and far more passionate speech

Page 155

1    about what I thought was going on here that was
2    actionable under U.S. law.
3        MR. FINE: Thank you, Mr. Meyer.
4        MR. MINGOLLA: I have a couple of
5    follow-up questions for you.
6    FURTHER EXAMINATION BY COUNSEL FOR THE DEFENDANT
7    BY MR. MINGOLLA:
8        Q    With respect to Exhibit 10, the January
9    28th, 1997 letter.
10       A    Yes.
11       Q    What did you do upon seeing this
12   letter, if anything?
13       MR. FINE: To the extent that your
14   responses don't go into matters that are
15   privileged.
16       A    This was -- this was really not
17   something that called for -- you know, it was
18   basically a for-information type thing in terms
19   of what they were doing with omeprazole. You
20   know, I discussed it with my client and discussed
21   the situation, but, you know, didn't do anything.

Page 156

1    BY MR. MINGOLLA:
2        Q    Do you recall who sent you that letter?
3        A    DeBregeas.
4        Q    Did you have an understanding back in
5    1997 as to what Mr. Murphy meant when he said --
6    can I just see it -- when he said "... since I
7    assumed control of Belmac"?
8        A    My sense was that he was running
9    Belmac.
10       Q    And at that point, did you know whether
11   Bentley -- strike that.
12   At that point, did you know whether Belmac was a
13   wholly-owned subsidiary of Bentley
14   Pharmaceuticals?
15       A    At that point, I doubt that I did.
16       Q    At that point, did you know whether
17   Mr. Murphy, in addition to being an officer of
18   Bentley Pharmaceuticals, also had a role or title
19   in Laborotorios Belmac?
20       A    I didn't know specifically, no.
21       MR. MINGOLLA: No further questions.

Page 157

1        THE WITNESS: Witness excused?
2        MR. FINE: Yes.
3        MR. MINGOLLA: Let's go off the record.
4        MR. FINE: I'm sorry, there is one more
5    thing that I need to get on the record. But
6    let's go off for a moment.
7        THE WITNESS: Are you having signature
8    waived? What are you doing in this?
9        MR. MINGOLLA: We haven't discussed it.
10   Actually, can we go off the record for a moment?
11       THE VIDEOGRAPHER: The time is
12   12:17:03. Off the record.
13   (Discussion off the record.)
14       THE VIDEOGRAPHER: On the record. The
15   time is 12:18:27.
16       MR. FINE: Thank you. I just wanted to
17   indicate on the record that Bentley had agreed to
18   provide Ethypharm's counsel with the Bates
19   numbers of some specific documents relating to
20   the allocation of time spent by certain Bentley
21   officers in relation to management fee

40 (Pages 154 to 157)

Page 158

1  arrangements with Laborotorios Belmac, and that
2  Ethypharm had not yet received that.
3  Also to indicate that in response to Ethypharm's
4  supplemental phase one requests, Bentley has
5  produced, after the close of deposition, except
6  for this deposition and the deposition of one
7  other witness, Mr. Fitzgibbons, who has not
8  indicated that he was aware of any of those
9  issues, approximately 30,000 pages of documents
10  and indicated that only a few of those related to
11  phase one and the majority to phase two, but that
12  those documents are undifferentiated by phase.
13      MR. MINGOLLA:  And I will just take
14  this opportunity briefly to register my dismay at
15  yet another attempt to clutter a deposition
16  transcript with a discovery-related claim, not
17  all of which we agree with.  We will deal with
18  those in due course.
19  With respect to the Bates number issue, we are
20  continuing to pursue those documents and even to
21  locate where they are, and if we locate them, we

Page 159

1  will in turn produce them as we agreed.
2  But at this point, moreover, there is no
3  prohibition, as far as I am aware, from Bentley
4  from producing phase two documents as well, but
5  at this point, that's all I would say on that
6  matter.  We will address the issue, to the extent
7  any issues remain, in due course outside of the
8  deposition context.
9  Thank you.
10      THE VIDEOGRAPHER:  This ends tape
11  number two and concludes the testimony of
12  Lawrence Meyer in the matter of Ethypharm versus
13  Bentley Pharmaceuticals.
14  The date is August 4th, 2006.  The time is
15  12:20:31.  Off the record.
16      (Signature not waived.)
17  (At 12:30 p.m., the deposition was concluded.)
18          - - -
19
20
21

Page 160

1          ACKNOWLEDGMENT OF DEPONENT
2      I, Lawrence G. Meyer, do hereby
3  acknowledge that I have read and examined the
4  foregoing pages of testimony, and the same is a
5  true, correct and complete transcription of the
6  testimony given by me, and any changes and/or
7  corrections, if any, appear in the attached
8  errata sheet signed by me.
9
10  _____   _____
11  Date            Name
12
13
14
15
16
17
18
19
20
21

Page 161

1  ESQUIRE DEPOSITION SERVICES
2  1020 19TH STREET, N.W.
3  SUITE 620
4  WASHINGTON, D.C. 20036
5  (202) 429-0014
6      ERRATA SHEET
7  Case Name: Ethypharm vs. Bentley Pharmaceuticals
8  Witness Name:  Lawrence G. Meyer
9  Deposition Date:  August 4, 2006
10  Job No.:  175561
11          Reason for
12  Page No.  Line No.  Correction    Correction
13
14
15
16
17        .
18
19
20  _____   _____
21    Signature          Date

41 (Pages 158 to 161)

JT-A-996

Page 162

```
1           CERTIFICATE OF NOTARY PUBLIC
2           I, George W. Tudor, the officer before
3   whom the foregoing deposition was taken, do
4   hereby certify that the witness whose testimony
5   appears in the foregoing deposition was duly
6   sworn by me; that the testimony of said witness
7   was taken stenographically by me and thereafter
8   reduced to typewriting by me or under my
9   direction; that said deposition is a true record
10  of the testimony given by said witness; that I am
11  neither attorney nor counsel for, nor related to
12  or employed by any of the parties to the action
13  in which this deposition is taken, and further,
14  that I am not a relative or employee of any
15  attorney or counsel employed by the parties
16  hereto or financially interested in this action.
17
    _____    _____
18  Date                George W. Tudor
    My Commission expires   Notary Public in and for
19  January 1, 2007         the District of Columbia
20
21
```

42 (Page 162)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-997

**A**

abilities 32:7
ability 85:10 106:2
    125:2
able 22:21
absolute 51:18 101:2
absolutely 100:8 107:3
    108:11 109:14
    117:21 137:16
absorption 154:4
accept 110:17
acceptance 51:18
accommodate 106:5
accordion 92:16
account 41:6
Accounting 7:21
accounts 40:12
accurate 118:18
achieve 66:8
acknowledge 50:13
    160:3
acknowledged 50:1
    51:1 86:2,4 134:12
acknowledgement 63:7
ACKNOWLEDGM...
    160:1
acronym 87:18
Act 10:20 87:1
acting 142:19
action 134:21 137:19
    137:21 139:10 146:4
    162:12,16
actionable 155:2
active 11:13 23:11
actively 20:6 119:5
activities 56:14 57:6,18
    60:17,20 61:5,5,8
    68:14 118:14 123:16
    126:1 154:1,12
activity 23:12 85:13
    98:20 108:19 116:13
    116:15,18,21 117:6,8
    117:15 123:17
    134:14
acts 29:14
actual 23:11 38:14
    44:13,14
adding 56:2
addition 50:5 57:19
    156:17
additional 121:5
address 7:2 159:6
addressed 56:13 115:5
administered 153:20
admit 49:12
admitted 8:6,8,10,12
    8:15,17

Adolfo 44:19 48:11,13
    48:15 59:4 72:16
    76:2 86:17 92:19
    95:14 98:2 99:6
    101:2,14 102:3
    103:20,21 104:1
    105:3 125:14
Adolfo's 126:10
advance 78:4
advancements 153:19
    153:20
advertising 63:12
advice 19:9 20:3,8,12
    20:14 23:5 31:19
    41:1,6 52:17 63:13
    79:6 139:5
afternoon 96:2 137:1
    148:8
aggrieved 83:17,17
agitated 111:10
agitation 81:17
ago 24:3 28:10 41:9,19
    42:18 50:12 56:7
    57:20 67:16 79:20
    82:8 133:12
agree 49:11 158:17
agreed 75:6 107:17
    137:20,21 139:10
    157:17 159:1
agreement 4:10,12,16
    37:6,19 46:18 49:13
    49:18 53:19 54:6
    55:12,16 86:11
    127:15,16 138:14
    139:16 143:3 153:14
    153:16
agreements 127:17
alien 83:16
aligned 70:7
allocation 157:20
alluded 89:16 108:8
alternative 129:19
    143:15
American 87:1 131:14
    134:5
amount 10:20 12:2
    22:3 23:17 105:8
analysis 90:12
analyzed 138:9
and/or 160:6
Angell 3:12
angrily 118:5
angry 107:8
animated 99:16 118:14
    132:17
asking 27:19 67:12
    121:10 123:6 136:13
announce 86:8

announced 85:14
announcements 68:9
announcing 85:7
answer 17:9 20:16 33:6
    33:19 35:19 46:5
    64:12 99:14 112:12
    128:20 133:13
    144:18 153:3
answered 46:14
answers 67:16 74:5
antitrust 10:5 11:2,3
anybody 68:21 77:16
    94:13 149:16
anymore 66:17
anyway 46:7
apologize 150:17
apparent 147:3
apparently 100:14
appear 29:4 160:7
APPEARANCES 3:1
appeared 40:8 130:19
appears 162:5
applications 62:1 66:21
    89:9,10,14 90:9,13
    115:9
applied 64:7 151:12
applies 128:15
appreciate 29:8 35:20
    43:12
approach 105:11
approached 85:17
    116:3
approval 142:3 152:19
approximate 35:5
approximately 5:13
    158:9
area 10:17
areas 10:17 11:6
Arent 10:13 18:5 19:7
argue 125:9
arguments 64:19
arising 24:18
arose 56:11
arrangement 36:11,15
    37:4,5,8
arrangements 32:5
    158:1
artful 89:12
articulate 124:4 154:21
ascertain 18:20
aside 31:1 93:3 100:11
    135:7
asked 46:13 54:14
    80:14 85:17,19 90:16
    115:2 152:4,5
aspects 116:8

assert 113:16
asset 20:9 95:4,4 98:10
    98:12 138:12
assets 19:10 51:3,14,15
assist 19:8
assistant 10:7
assists 9:12
associated 18:21 38:5
association 9:2
assume 48:11 59:12
    68:13 69:1 90:4
    93:16 102:12 113:2
    113:16
assumed 147:1,1 156:7
assuming 144:17,17,19
    149:12
assumption 90:6
assurance 145:9
Astra 36:3 64:5,16,19
    95:6 138:13 153:13
Astrazenica 35:8
Astra's 153:14
attached 160:7
attempt 75:8 147:8
    158:15
attend 77:17 84:6,10
    90:16
attendance 77:20
attended 28:20 75:21
attendees 113:4,19
    114:3
attending 77:20
attention 38:13 42:4
attorney 8:4 9:12
    162:11,15
August 1:15 2:5 5:12
    99:10 100:4,5 132:13
    132:14,15 133:9
    136:16 159:14 161:9
authorities 39:18
    128:10
Avenue 3:14 9:9
aware 25:7,11 32:11
    34:1,12 35:9,15
    36:15,19 37:8 45:17
    45:18 49:21 51:11
    53:17 54:4,7 55:3,21
    56:4 58:10,12 59:20
    60:5 96:15 127:14,17
    150:3,7,11 158:8
    159:3
awareness 58:1
A-41 146:11
a.m 2:6 5:13

**B**

B 10:7
Baach 2:11 3:3 5:11

15:15
Bachelor 7:20
back 11:3 23:16 24:16
    27:1 28:21 33:9,9
    38:13,20 39:10 40:14
    42:20 49:10 51:6
    71:19 75:8 87:13
    96:8 100:2 101:13
    104:8 116:9 119:20
    128:11 132:10,12
    140:12 141:16
    145:15 154:18 156:4
background 63:10,11
back-and-forth 96:5
    111:4
bad 141:3
bar 9:2
barely 106:20 107:7
bars 8:20 99:16 101:20
base 20:9 62:8 63:15
    106:1,18 117:4
based 33:21 56:9 79:5
    95:5 110:20 114:16
    137:3 144:16,18
basically 47:8 62:7
    67:21 87:11 99:6,17
    100:2 105:18 107:20
    115:15 129:13
    155:18
Basilio 48:14 95:13,14
    126:11
basis 41:14 57:17 62:16
    68:2 100:19
Bates 53:12 157:18
    158:19
bearing 43:17,19 53:10
    72:3 122:8
bears 55:12 72:7
becoming 36:14
began 81:9,21 95:17
    96:17 97:3 103:17
    104:9
beginning 7:18 22:18
    22:18 85:16 104:9
begins 55:7
behalf 77:4 154:14
BEL 122:9
belief 57:17
believe 17:13 25:4
    33:19,21 46:20 50:21
    56:7 66:4 70:13 86:9
    94:9 97:18 110:16,19
    114:14 130:13
    141:11
believed 130:1 133:13
Belmac 20:19,19 24:20
    24:21 25:3,5,16 26:7
    26:11,12,13,18 27:2