Page 234

1    A. Yes, I believe they didn't receive an answer
2       from me.
3    Q. And after September 15th, 2001, did they receive
4       an answer from you?
5    A. I don't believe they did.
6    Q. Did you discuss this -- do you recall discussing
7       this with Mr. Herrera?
8    A. I do not recall discussing it with him.
9           (Copy of E-mail to Mr. Price, et al.
10            from Mr. Simmons and Attachment were
11            marked Exhibit Number 47 for
12            identification.)
13   Q. I show you this document and ask you if you
14       recognize it.
15   A. No, I do not recognize this document at all.
16   Q. Does this refer to the earlier exhibit that I
17       showed you about two or three exhibits ago where
18       there was some tax planning issue in your words?
19   A. I believe it is.
20   Q. Okay.
21   A. It seems to fall in line with the tax planning
22       discussions that we were beginning to have.
23   Q. Okay. So am I correct that on October 23rd,
24       2001, just three weeks or so before you give

Page 235

1       notice to Ethypharm, there is an effort to
2       exchange preliminary and tentative tax planning
3       structures for the intellectual property
4       currently under development in Spain?
5    A. I don't know.
6    Q. So I asked you before who actually owned the
7       intellectual property, whether it was the
8       know-how, the patents, et cetera, and I
9       understand that Laboratorios Belmac filed for
10       the patents, for example, but do you know to a
11       certainty sitting here today as to which one of
12       these subsidiaries or parents or entities
13       actually owns the intellectual property that was
14       under development in Spain in October 2001
15       relating to omeprazole and lansoprazole?
16   A. I believe Laboratorios Belmac.
17   Q. Do you know that to a certainty?
18   A. Not 100 percent, but I feel quite comfortable
19       that it is Laboratorios Belmac.
20   Q. Why do you think that?
21   A. Because the inventors of the IP were employees
22       of Laboratorios Belmac. It was filed by
23       Laboratorios Belmac. It makes logical sense
24       that it would be Laboratorios Belmac, and I have

Page 236

1       not seen any documents transferring anything.
2    Q. If you look at the second page of this exhibit,
3       it's got --
4           MR. STEWART: We're still on Exhibit
5       47?
6           MR. BOSTWICK: Yes.
7    Q. It's a memo, dated October 19th, 2001, correct?
8    A. Yes.
9    Q. And there's a current structure, which is a few
10       weeks before the notice to Ethypharm, and that's
11       a pretty simple, straightforward structure,
12       correct; Bentley Pharmaceuticals at the top,
13       Laboratorios Belmac underneath?
14   A. This is a proposed or tentative, for-discussion-
15       purposes structure.
16   Q. Well, that -- I think the title on that says
17       Current Structure. Do you see that?
18   A. What page are you on?
19   Q. Maybe you're on the wrong page. 3093. In other
20       words, on 3093, two, three weeks before or --
21       three weeks or so before the notice to
22       Ethypharm, this structure for the IP and the tax
23       relating to the intellectual property currently
24       under development in Spain is a relatively

Page 237

1       simple, straightforward structure, correct?
2    A. Yes.
3    Q. Bentley on top, Laboratorios Belmac underneath,
4       correct?
5    A. Yes.
6    Q. Can you explain to me the proposed structure of
7       what's going to happen with the intellectual
8       property under development in Spain, which is on
9       the next page, 3094?
10   A. Not a possibility. I could not explain this.
11       As I said, I had not seen this. It was part of
12       tax planning, the potential ways for IP to be
13       held. It never came up to my level for review
14       and explanation.
15   Q. Okay. So there's -- it does say on that page,
16       3094, that there'd be a transfer of IP to this
17       Swiss branch of a Spanish holding company, and
18       you wind your way up to Bentley Pharmaceuticals
19       at the top of this food chain. Do you see that?
20           MR. STEWART: Are you asking him now
21       to simply repeat what he sees in the piece of
22       paper? Because he's already told you he has no
23       knowledge of this document.
24   Q. I'm just asking if my characterization of that

60 (Pages 234 to 237)



Page 238

1     graph appears to be correct to you.
2         MR. STEWART: Objection. The document
3     speaks for itself. You have it as an exhibit.
4  A. I don't know. I don't know this graph.
5  Q. Whose idea was it to change the structure -- the
6     proposed European structure around October 2001?
7  A. I don't think it was anybody's plan or proposal.
8     It was part of tax planning, what should we be
9     looking for in the future and should we be
10    exploring what would make sense for all the
11    intellectual property. This never went
12    anywhere. It never came to me for discussion.
13 Q. When you say it never went anywhere, was a
14    different structure ultimately implemented?
15 A. No.
16 Q. Pardon?
17 A. No. There's no other structure implemented
18    along these lines at all.
19 Q. Okay. So is it your understanding that the
20    current structure that exists today is the
21    structure that's set forth on Page 3093?
22 A. Yes. We have recently talked about other
23    possibilities with our Irish subsidiary that has
24    been formed within the last year.

Page 239

1  Q. When was -- what is it, Pharma -- Pharma de
2     Espana created, the wholly owned subsidiary of
3     Bentley, which is a Delaware corporation?
4  A. I don't know the date. It was formed -- it was
5     formed in contemplation of possible sale of the
6     subsidiary.
7  Q. Was it around this time period, 2001, or before
8     or after?
9  A. I really don't know.
10 Q. Is Mike Price a better person to ask about the
11    details of this arrangement?
12 A. Yes.
13 Q. We have looked at the termination letter or -- a
14    termination letter dated November 14th, and I
15    want to show you a document that has the same
16    date on it.
17        (Press Release, dated November 14, 2001
18        was marked Exhibit Number 48 for
19        identification.)
20 Q. I'll ask you to take a look at that and see if
21    you recognize it.
22        MR. STEWART: While the witness is
23    looking, can I take -- can I have Exhibit 45,
24    please?

Page 240

1         THE WITNESS: 45?
2         MR. STEWART: If you want to just hand
3     me the whole thing.
4         (Documents handed the counsel.)
5         MR. STEWART: Thank you.
6  A. Yes.
7  Q. Okay. You recognize that to be a press release
8     issued by Bentley on November 14th, 2001?
9  A. Yes.
10 Q. Why did you issue -- why did Bentley issue a
11    press release about the filing of patents
12    relating to omeprazole and lansoprazole on the
13    same day they terminated -- they gave notice of
14    termination of the agreement with Ethypharm?
15 A. I don't believe there was any connection nor any
16    contemplation. I would have to say to the best
17    of my knowledge that would be only by
18    coincidence.
19 Q. So that's sheer coincidence?
20 A. Yes.
21 Q. And is this statement that Bentley
22    Pharmaceuticals files for new patents, is that
23    true?
24 A. It says, "Announced through it's wholly owned

Page 241

1     Spanish subsidiary, Laboratorios Belmac."
2  Q. So that Bentley filed these through its wholly
3     owned Spanish subsidiary; that's correct?
4  A. No. It says, "Bentley Pharmaceuticals, a drug
5     delivery company with commercial presence in
6     Europe, announced today that through its wholly
7     owned Spanish subsidiary," meaning the Spanish
8     subsidiary filed, Laboratorios Belmac, "new
9     patents."
10 Q. Let's look at the title of that press release
11    first. The title says Bentley Pharmaceuticals
12    Files For New Patents. Do you see that?
13 A. Yes.
14 Q. And is that a true statement that Bentley
15    Pharmaceuticals files for new patents?
16 A. On a consolidated basis, when you consider the
17    subsidiaries in there, yes, it is.
18 Q. In there what?
19 A. In Bentley Pharmaceuticals, on a consolidated
20    basis.
21 Q. Meaning viewing the group as a whole, Bentley
22    and its subsidiaries?
23 A. Bentley and its subsidiaries -- Bentley together
24    with its subsidiaries or through its

61 (Pages 238 to 241)

JT-A-1072

Page 242

1    subsidiaries.
2    Q.  And is that the impression you're trying to give
3        the public and the shareholders, that Bentley
4        acts as a consolidated whole?
5    A.  No. I think we were very clear to the
6        shareholders. We clearly said in the first
7        paragraph that Bentley, a publicly traded
8        company, BNT, is a drug delivery company with a
9        commercial presence in Europe, and through its
10       wholly owned subsidiary, Spanish subsidiary.
11       Very clear.
12   Q.  It doesn't say, "and through." It says,
13       "Bentley Pharmaceuticals, Inc." --
14   A.  Right. It doesn't say "and." Bentley.
15   Q.  -- "through its wholly owned subsidiary,"
16       correct?
17   A.  Correct.
18   Q.  So that's a truer statement than Bentley
19       Pharmaceuticals files for new patents; is that
20       what you're saying?
21   A.  When you read the text, it's very clear, very
22       distinct. The title is a summary piece that's
23       just put up above. Bentley Pharmaceuticals in
24       the title because that's the publicly traded

Page 243

1        company, and then the subject, what is the news,
2        is new patents for omeprazole and lansoprazole.
3        Very typical press release.
4    Q.  Do you believe it is fair to say that Bentley
5        Pharmaceuticals was -- strike that. Do you feel
6        that it's fair to say that Laboratorios Belmac
7        was acting in concert with Bentley
8        Pharmaceuticals' strategy in filing these four
9        new patents for omeprazole and lansoprazole?
10   A.  No. Laboratorios Belmac was conducting its own
11       strategy.
12   Q.  And Bentley Pharmaceuticals had no input, no
13       direction or control over Laboratorios Belmac's
14       strategy to file four new patents for improved
15       orally delivered product, including omeprazole
16       and lansoprazole; is that correct?
17   A.  There is nobody within Bentley Pharmaceuticals
18       that has expertise in oral drug delivery
19       processes or products or patents to be able to
20       guide or interact with Laboratorios Belmac.
21       Hence, Laboratorios Belmac out of necessity must
22       act on its own and with its advisors and its own
23       patent counsels.
24   Q.  Well, sir, you could easily as a CEO not

Page 244

1        understand everything about a specific drug and
2        direct someone to file a patent on it, correct?
3            MR. STEWART: Objection.
4    A.  Yes.
5    Q.  Isn't that what's happening here?
6    A.  No.
7    Q.  This is not -- it's your position, I take it,
8        that this filing of the four patents relating to
9        omeprazole and lansoprazole is not a part of a
10       coordinated strategy designed by Bentley
11       headquarters in the U.S.?
12   A.  It is not designed by Bentley headquarters in
13       the U.S.
14   Q.  When was the press release drafted? Do you
15       know?
16   A.  I don't know.
17   Q.  Who drafts them?
18   A.  Sometimes I get involved. Sometimes Mike Price.
19       Other times it could be our investor relations
20       organization.
21   Q.  And there's a benefit to Bentley in Laboratorios
22       Belmac filing these four patents; isn't that
23       correct?
24   A.  Yes.

Page 245

1    Q.  Okay. And you actually are quoted at length
2        about the benefits to Bentley, correct?
3    A.  Yes.
4    Q.  Who created your quotation? Is that you talking
5        to your press people and they're quoting you?
6    A.  I don't know in this case. Sometimes the IR
7        group writes what they feel it is, and then we
8        edit it. Other times, we might change some
9        words or insert words. I don't know in this
10       particular case.
11   Q.  Was this given to you for your review, this
12       press release?
13   A.  Yes.
14   Q.  So you approved of its contents?
15   A.  Yes.
16           (Confidentiality Agreement was marked
17           Exhibit Number 49 for identification.)
18   Q.  I'm going to show you Exhibit 49, which is
19       another document dated the very same day,
20       November 14th, 2001, and it's a confidentiality
21       agreement between Laboratorios Belmac and
22       PharmAlliance. Do you see that?
23   A.  Yes.
24   Q.  And this relates to omeprazole; does it not?

62 (Pages 242 to 245)

Page 246

1  A.  Yes.
2  Q.  And PharmAlliance was a client of Ethypharm's,
3     correct?
4  A.  Yes.
5  Q.  So the very same day you give notice of
6     termination but haven't yet terminated the
7     contract with Ethypharm and the very same day
8     there's an announcement by Bentley of the new
9     patents, Laboratorios Belmac also enters into a
10    confidentiality agreement relating to
11    omeprazole; is that correct?
12        MR. STEWART:  Objection as to the
13    characterization of the use of the word "you,"
14    which is vague and unspecific.
15  A.  Adolfo Herrera apparently entered into an
16    agreement on this date with PharmAlliance.
17  Q.  Do you know anything about this?
18  A.  I was not aware of it.
19  Q.  Have you ever seen this document before?
20  A.  I don't recall seeing this.
21  Q.  You're aware that PharmAlliance was a customer
22    of Ethypharm?
23  A.  Yes.
24  Q.  Does this surprise you?

Page 247

1  A.  Does this surprise me?
2  Q.  Yes.
3  A.  No.
4  Q.  Is this something that you think is acceptable
5    and appropriate?
6        MR. STEWART:  Objection.
7  A.  Yes.
8  Q.  Okay.  Let me show you another document.
9        (Copy of E-mail to Mr. Murphy, et al.
10       from Mr. Fitzgibbons, dated November 20,
11       2001, and Attachment were marked Exhibit
12       Number 50 for identification.)
13  Q.  I ask if you recognize that document as a
14    project status report for Bentley
15    Pharmaceuticals, dated November 20th, 2001, with
16    a cover e-mail?
17  A.  Yes.
18  Q.  And you're one of the recipients on that e-mail
19    of November 30th, 2001?
20  A.  Yes.
21  Q.  This is one of these operation reports or
22    project status reports, correct?
23  A.  Yes.
24  Q.  If you look at 15, you see the new patents all

Page 248

1    listed as the Bentley -- on the Bentley project
2    status report, dated November 20th, 2001?
3  A.  Yes.
4  Q.  And the action to be taken is Jordan and Bob G.
5    to review patent issues, Jordan to have more
6    oversight on patents.  Do you see that?
7  A.  Yes.
8  Q.  And Jordan, again, is Bentley's attorney, not
9    Belmac's attorney, correct?
10  A.  Yes.
11  Q.  Who is Bob G.?
12  A.  Bob G. is head of research, responsible for the
13    patent -- patents of Bentley.
14  Q.  So you're getting Bentley lawyers more involved
15    in the Spanish patent situation; is that
16    correct?
17        MR. STEWART:  Objection.
18  A.  No.
19  Q.  They're going to review the patent issues,
20    correct?
21  A.  If you remember, we were looking at tax planning
22    and IP, and Jordan was in charge of doing that.
23    This is very consistent with what we talked
24    about previously.

Page 249

1  Q.  But that's not what this says.  This says,
2    "Jordan to have more oversight on patents."  And
3    you're referring to the Spanish patents here
4    listed on Number 15, correct?
5  A.  No.  This is an action item for the whole
6    Section 15 above and below.  So he was going to
7    look at the Spanish patents as well.
8  Q.  Okay.  And Jordan is going to visit Spain the
9    week the 6th of January, correct?
10  A.  Yes.
11  Q.  And Jordan is going to call and coordinate that;
12    is that correct?
13  A.  Yes.
14  Q.  And we saw an exhibit earlier with your personal
15    handwritten notes that had about five items.  I
16    apologize.  It's this document.  I don't know --
17    it was the undated document?
18        MR. STEWART:  What exhibit?
19        MR. BOSTWICK:  I don't have the
20    exhibit number on it.
21        MR. STEWART:  What does it look like?
22    What's the Bentley Bates number?
23        MR. BOSTWICK:  1227.  Is that it?
24        MR. STEWART:  Yes.

63 (Pages 246 to 249)

JT-A-1074

Page 250

1    MR. BOSTWICK: What's the exhibit
2    number?
3    MR. STEWART: 43.
4  Q. If you could take a look at Exhibit 43 again.
5    Now, is this -- is the list of patents on
6    Bentley 1228 essentially the same as the list of
7    patents in the Bentley project status report on
8    November 20th, 2001, 15a through e?
9  A. Yes.
10 Q. So that's a Bentley project, correct?
11 A. What's a Bentley project?
12 Q. This list of items.
13 A. This list of items here, these are patents from
14   Spain filed by the Spanish company, for which we
15   are taking a look at all of our intellectual --
16   Bentley's intellectual property and that of its
17   subsidiaries.
18 Q. Okay. In -- well, let me show it to you in this
19   manner.
20   (Diary Entry was marked Exhibit Number
21   51 for identification.)
22   MR. STEWART: Can we have a date for
23   Exhibit 51?
24   MR. BOSTWICK: It says for

Page 251

1    December 4th, 2001. Maybe the witness can tell
2    us if that's when it was created or whether
3    that's a planning item for December 4th?
4    MR. STEWART: I want to go off the
5    record for just a minute, please.
6    THE VIDEOGRAPHER: Stand by. The time
7    is 5:57 p.m. We're going off the record.
8    (Recess)
9    THE VIDEOGRAPHER: The time is
10   5:58 p.m. We're back on the record.
11 Q. My question to you about this current
12   document -- what is it, 51?
13 A. 51.
14 Q. -- yeah -- is whether there was a Spanish
15   meeting in Florida sometime around December of
16   2001.
17 A. No, there was not.
18 Q. Okay. Was there a plan to do that and then it
19   didn't occur?
20 A. This, I believe, was notes to myself saying,
21   "Hey, it might be nice to get everybody together
22   for a meeting." It never happened.
23 Q. Why did you think it would be nice around
24   December of 2001 to get everybody together for a

Page 252

1    meeting, these list of people?
2  A. Probably wanted to get out of the cold weather,
3    get into warm Florida weather. Other than that,
4    there's no recollection of why.
5  Q. Did Adolfo Herrera come over to the U.S.
6    sometime around the end of 2001 or the beginning
7    of 2002?
8  A. I don't know. I don't know.
9  Q. I show you this.
10   MR. STEWART: I'd going to need to
11   make my call.
12   MR. BOSTWICK: You want to do that
13   before we --
14   MR. STEWART: I think I ought to do
15   that.
16   THE VIDEOGRAPHER: The time is 6 p.m.
17   We're going off the record.
18   (Recess)
19   THE VIDEOGRAPHER: The time is
20   6:07 p.m. We're back on the record.
21   (Contrato de Transferencia de
22   Tecnologia y Cesion de Know How and
23   Translation was marked Exhibit Number 52
24   for identification.)

Page 253

1  Q. Mr. Murphy, I'm going to show you an Exhibit 52,
2    which is in Spanish. You and Mr. Price have
3    signed this document. I've provided a rough
4    translation here for your review in English.
5    After you've had a chance to look at that for a
6    minute, I'd like to know if you recognize that
7    document.
8  A. Okay.
9  Q. Do you recognize this document?
10 A. No, I don't recognize it.
11 Q. Now, this is a January 1st, 2002 transfer of
12   technology and assignment of know-how agreement.
13   Is that correct?
14 A. Yes.
15 Q. And it's signed by you on behalf of Laboratorios
16   Belmac as the sociedad unipersonal, correct?
17 A. Yes.
18 Q. And Mike Price on behalf of Bentley, correct?
19 A. Yes.
20 Q. What does sociedad unipersonal mean? Do you
21   know?
22   MR. STEWART: Are you asking him to
23   translate the Spanish?
24   MR. BOSTWICK: I'm asking if it's a

64 (Pages 250 to 253)

JT-A-1075

Page 254

1     title, what it means.
2 A.  I do not know.
3      MR. STEWART: Is there some — are you
4     testing out the translation that you have
5     provided in the English translation? Is there
6     an assertion that the translation that you
7     provided is not accurate? Is that why you're
8     asking him that question?
9      MR. BOSTWICK: No, that's a specific
10     title in Spanish, and I'm asking him since he
11     signed under it whether he knows what that title
12     means, not necessarily the translation of it,
13     but what the title means; just like if it says
14     CEO, what does that mean.
15 Q.  But do you know what that term "sociedad
16     unipersonal" means?
17 A.  I do not know.
18 Q.  I take it from your prior testimony you don't
19     recall signing this document. Is that the case?
20 A.  I don't recall, but I did sign this.
21 Q.  Okay. Is this a document of some importance to
22     Bentley and Belmac?
23 A.  I believe that this probably has to do with tax
24     planning again, with being able to document

Page 255

1     services that Bentley would provide to
2     Laboratorios Belmac to justify management
3     services fees and the distribution of overheads
4     there.
5 Q.  Okay. So basically, do I understand that
6     Belmac -- Laboratorios Belmac is going to pay
7     Bentley Pharmaceuticals a management fee of
8     sorts through this agreement?
9 A.  Bentley Pharmaceuticals receives management fees
10     from Laboratorios Belmac.
11 Q.  For managing --
12 A.  For various services. Wherever it can be of
13     service.
14 Q.  Okay. In other words, Laboratorios Belmac
15     receives fees for managing Laboratorios Belmac?
16      MR. STEWART: Objection. You said
17     Laboratorios Belmac receives fees for managing
18     Laboratorios Belmac.
19      MR. BOSTWICK: My mistake. Thank you.
20 Q.  Bentley Pharmaceuticals receives management fees
21     or fees for managing Laboratorios Belmac; is
22     that correct?
23 A.  No, for providing services to Laboratorios
24     Belmac.

Page 256

1 Q.  And how much does Bentley Pharmaceuticals
2     receive for that purpose?
3 A.  I don't know that exact amount.
4 Q.  Does it say under Item 4 here of your translated
5     version? Does it sound right to you that
6     Laboratorios Belmac pays Bentley Pharmaceuticals
7     500,000 euros per year?
8 A.  I don't know the exact amount. The accounting
9     department would know.
10 Q.  And that amounts -- $500,000 a year is
11     approximately -- euros is approximately
12     $600,000?
13      MR. STEWART: Objection.
14 Q.  Strike that. I need to ask that question again.
15     500,000 euros is approximately $600,000; is that
16     correct?
17      MR. STEWART: Objection.
18 A.  I don't know what the current exchange rate is.
19 Q.  Was Adolfo Herrera consulted with respect to
20     this transfer of technology and assignment of
21     know-how agreement?
22 A.  I don't know. I would think he would be.
23 Q.  Can you recall specifically sitting down with
24     Mr. Herrera and discussing this agreement with

Page 257

1     him?
2 A.  I don't recall that. I believe it may have been
3     Mike Price that may have talked to Adolfo
4     because this is an accounting issue.
5 Q.  Who prepared this document? Was it people in
6     the United States in your accounting group or
7     your tax group or was it people in Spain?
8 A.  It was in Spanish, so it would probably not be
9     prepared by the U.S. personnel.
10 Q.  Is this something Jordan Horvath was involved
11     with?
12 A.  I don't think so.
13 Q.  Does the transfer of technology and the
14     assignment of know-how in this arrangement go
15     from Bentley to Laboratorios Belmac or to
16     Laboratorios Belmac to Bentley (sic)?
17 A.  I'm not sure which direction this would be going
18     in. Bentley Pharmaceuticals is technology in
19     topical and transdermal, such as our topical
20     testosterone gel.
21 Q.  I'm sorry. Where are you reading?
22 A.  I'm just telling you. So our personnel -- if we
23     were to transfer any of our products into Spain
24     for commercialization, our personnel would have

65 (Pages 254 to 257)

Page 258

1  to go over there and train Laboratorios Belmac.
2  Q. In transdermal?
3  A. Uh-huh.
4  Q. Is -- have you sent people over from Bentley to
5    work on transdermal issues?
6  A. Yes.
7  Q. How many?
8  A. Three or four people.
9  Q. Okay. During what time period?
10  A. I don't know the exact time period, but it was
11    for intranasal insulin for other drug
12    delivery-based products from the U.S.
13  Q. And how much time have those three to four
14    people from Bentley spent in Spain on that
15    issue?
16  A. I'm not sure the amount of time, but they would
17    go for weeks at a time.
18  Q. In the aggregate, how much time in a year?
19  A. I don't know.
20  Q. A month?
21  A. If you have three or four people and they spend
22    approximately a week or a week, then that almost
23    adds up to a month. It might even be more.
24  Q. And so your best estimate sitting here now is

Page 259

1    that every year three or four people spend an
2    average of about a month at Laboratorios Belmac
3    helping them with transdermal issues?
4        MR. STEWART: Objection --
5  A. No.
6        MR. STEWART: -- mischaracterization
7    of testimony.
8  Q. What is your best estimate?
9  A. It's on occasion, and I don't know. It's on
10    occasion. It's not each and every year or
11    looking way back into the past, no.
12  Q. Who are the three or four people who go over and
13    do this for Bentley?
14  A. Eva Valasco, a technician, possibly Carl,
15    another technician in the laboratory, Bob Gyurik
16    would be the primary individuals.
17  Q. And for this, Bentley receives half a million
18    euros a year?
19  A. That's an example I gave you. I'm not saying
20    that all that alone is equal to the half
21    million. I do not know.
22  Q. What else does Bentley do for Laboratorios
23    Belmac to make this money?
24  A. I don't know.

Page 260

1  Q. Well, you are CEO of Bentley and you're the
2    president of Belmac. Can you help me understand
3    why Laboratorios Belmac is paying Bentley
4    Pharmaceuticals 500,000 euros a year under this
5    agreement that you signed with Mr. Price?
6  A. No, I can't answer it.
7  Q. Who would know the answer to that question?
8  A. Mr. Price and the accounting department in
9    Spain.
10        (Copy of E-mail to Mr. Murphy from
11        Ms. Sanchez, dated January 3, 2002 was
12        marked Exhibit Number 53 for
13        identification.)
14  Q. Let me show you this e-mail. It's dated, I
15    believe, the 3rd of January, 2002, but my
16    Spanish isn't too good. The date's in Spanish.
17  A. Yes.
18  Q. Okay. So two days after this technology and
19    know-how agreement, there's an e-mail from you
20    to Concha Sanchez, correct?
21  A. Yes.
22  Q. And Concha Sanchez is a secretary for Adolfo
23    Herrera; is that correct?
24  A. Yes.

Page 261

1  Q. At Laboratorios Belmac?
2  A. Yes.
3  Q. And you have indicated that you want to remind
4    Adolfo to send the complete omeprazole dossiers
5    for filing in the U.S.A.; is that correct?
6  A. For review to see if it would be compliant or
7    capable of being filed in the U.S.
8  Q. So one of the benefits that Bentley is getting
9    from Laboratorios Belmac is the omeprazole
10    dossiers and you're going to file for generics
11    in the U.S.; is that correct?
12  A. It was being explored we wanted to look into
13    doing that.
14  Q. Were those dossiers of omeprazole sent to you?
15  A. Yes.
16  Q. And did you file -- make generic filings in the
17    U.S.?
18  A. No.
19  Q. Okay. What -- why not?
20  A. The dossiers were not, in our opinion, to the
21    standards for filing in the U.S., and the U.S.
22    would require additional clinical studies.
23  Q. So they weren't sufficient?
24  A. We didn't feel they were sufficient for the U.S.

66 (Pages 258 to 261)

JT-A-1077

Page 262

1    Q.  Is Bentley currently taking those dossiers,
2        building on them in an effort to file
3        generically in the U.S.?
4    A.  We could.  That decision has not been made.
5    Q.  There's no plans internally to do that today?
6    A.  We're looking at it.  It's pretty late to file
7        on omeprazole in the U.S.  There's a lot of them
8        out there already.
9    Q.  How about lansoprazole?  Did the dossiers for
10       lansoprazole come over to the U.S. as well?
11   A.  Not to my recollection.
12   Q.  Have you made generic filings for lansoprazole
13       here in the U.S.?
14   A.  No.
15   Q.  Is that under exploration currently?
16   A.  It's being considered.
17          (Copy of E-mail to Mr. Bolling, et al.
18           from Mr. Fitzgibbons, dated January 22,
19           2002, and Attachment were marked Exhibit
20           Number 54 for identification.)
21   Q.  I'm showing you Exhibit 54, and I'd ask you to
22       confirm that that's an operations update,
23       January 22nd, 2002, of Bentley Pharmaceuticals,
24       Inc.

Page 263

1    A.  Yes.
2    Q.  And it's got a cover letter or -- a cover e-mail
3        on the front, and you're one of the recipients;
4        is that correct?
5    A.  Yes.
6    Q.  All right.  And under the Bentley
7        Pharmaceuticals Operations Update, the Spain
8        Activities, 1 A, is "filed for new patents for
9        improved orally delivered products, including
10       omeprazole and lansoprazole.  Press release
11       issued November 14th, 2001."  Correct?
12   A.  Yes.
13   Q.  And under E, it says, "Ethypharm's customers for
14       omeprazole in process of re-contracting with
15       Laboratorios Belmac."  Correct?
16   A.  Yes.
17   Q.  And is that true, that was happening on
18       January 22nd, 2001?
19   A.  I believe their customers had contacted us with
20       concerns about where they were going to get
21       their supply.
22   Q.  Is this a true statement, that in January 22nd,
23       2002, Ethypharm customers for omeprazole in
24       process of re-contracting with Laboratorios

Page 264

1        Belmac?
2             MR. STEWART:  Objection.  He just
3        answered the question.  Asked and answered.
4    A.  Some of them have contacted us, worried about
5        supply of omeprazole and wanted to discuss
6        recontracting with us.
7    Q.  And, in fact, we saw PharmAlliance on
8        November 14th, 2001 had already entered into a
9        confidentiality agreement; is that correct?
10   A.  I saw it.  You showed it to me here.
11   Q.  And this is all happening before the formal
12       termination, not the notice of termination, but
13       before the termination of the contract between
14       Ethypharm and Belmac, correct?
15   A.  Yes.
16             MR. BOSTWICK:  Okay.  I don't have any
17       further questions at this time.  I may if we
18       have some more questions for Mr. Murphy.
19             MR. STEWART:  I'll need about five,
20       five minutes or so to pull together my papers
21       for the hour and a half of questions that I
22       have.
23             THE VIDEOGRAPHER:  The time is 6:28.
24             MR. BOSTWICK:  You have an hour and a

Page 265

1        half of questions?  Okay.
2             THE VIDEOGRAPHER:  The time is
3        6:28 p.m.  We're going off the record.
4          (Recess)
5             THE VIDEOGRAPHER:  The time is
6        6:42 p.m.  We're back on the record.
7             MR. STEWART:  On the record?
8             MR. BOSTWICK:  Sure.
9        EXAMINATION BY MR. STEWART:
10   Q.  Mr. Murphy, as you know, I'm Craig Stewart, and
11       I represent Bentley Pharmaceuticals in this
12       matter.  I have really relatively few questions
13       to ask of you at this time, but just a few
14       things to touch up some points that Mr. Bostwick
15       raised.
16             Would you turn to Exhibit 52 for a
17       moment, please?  This is the so-called Transfer
18       of Technology and Assignment of Know-how
19       Agreement.
20   A.  Yes.
21   Q.  Did you have anything to do with the preparation
22       of this document?
23   A.  No.
24   Q.  Is it your understanding that Laboratorios

67 (Pages 262 to 265)

Page 266

1    Belmac has employees -- has its own employees?
2    A.  Yes.
3    Q.  Approximately how many employees?
4    A.  Approximately 350.
5    Q.  Does it have manufacturing facilities?
6    A.  Yes.
7    Q.  Does it have technology?
8    A.  Yes.
9    Q.  Does it have patents?
10   A.  Yes.
11   Q.  Does it have a need for services pertaining to
12        its operations in Spain?
13   A.  With regard to manufacturing?  With regard to
14        development or --
15   Q.  Any services, especially with respect to such
16        overhead services as accounting.
17   A.  Yes, it needs services such as reporting
18        services for SEC reporting and the conversion of
19        their statutory accounts to U.S. GAAP and such.
20   Q.  Now, Exhibit 52 you told us to your
21        understanding was drafted for -- it was prepared
22        at least in part for tax purposes.
23   A.  Yes.
24   Q.  Is that your testimony?

Page 267

1    A.  Yes.
2    Q.  Do you know what were the tax benefits that
3        would accrue to either Belmac or Bentley as a
4        result of this document?
5    A.  Yes.
6    Q.  In general, what were they?
7    A.  Laboratorios Belmac can account for a reasonable
8        amount of management fees paid to a parent
9        company, and by paying those fees, then they
10       would save the taxes. The tax rate is at
11       35 percent in Spain. So any reasonable fee that
12       would be allowed in management services fees or
13       any other fees would save them quite a bit of
14       money in taxes.
15   Q.  Turn, if you would, to Exhibit 50.
16   A.  Yes.
17   Q.  And in particular, turn to Page 3 of Exhibit --
18       of the document that is titled Project and
19       Status. Do you have it?
20   A.  Yes.
21   Q.  First, what is the -- what's the purpose of the
22       project and status report?
23   A.  This is just primarily to keep me up to date,
24       help me be organized because there's so many

Page 268

1        different projects with different universities,
2        with different discussions for potential
3        licensing or acquisition of products or it could
4        be anything. It's to help me keep my fingers on
5        the operation.
6    Q.  You say keep your fingers on the operation.
7        Does that mean keep your fingers on the
8        operation of -- do you mean so that you can
9        manage?
10            MR. BOSTWICK:  Objection, leading.
11   A.  Just so I can be updated as to the status of
12       everything and be aware of it and essentially
13       answer questions to the board of directors as
14       well.
15   Q.  If you turn to the Section 15, New Patents.
16   A.  Yes.
17   Q.  And Mr. Bostwick asked you some questions about
18       that section, in particular, on the action item,
19       "Jordan and Bob G. to review patent issues,
20       Jordan to have more oversight on patents." Do
21       you see that?
22   A.  Yes.
23   Q.  Now, you've told us that the Jordan in question
24       is a Jordan Horvath; is that right?

Page 269

1    A.  Jordan Horvath.
2    Q.  And at the time, he was in-house counsel for
3        Bentley Pharmaceuticals?
4    A.  Yes.
5    Q.  What was the oversight that Mr. Horvath was to
6        have? What was he to do?
7    A.  He was to keep me abreast of the status of all
8        patents, to make sure that if we were filing in
9        Europe that he was able to coordinate with U.S.
10       patent attorneys to make sure that no territory
11       in the U.S. or any other part of the world fell
12       through the cracks, and it was really to protect
13       the library of patents under the whole Bentley
14       umbrella.
15   Q.  Did Mr. Horvath have anything to do with respect
16       to the patents that are listed under Patent
17       Spain, first, second, third, fourth, and fifth
18       patent?
19   A.  No, nothing, other than just to report to me on
20       the status and follow up to make sure that all
21       of the different territories were filed.
22   Q.  Who was responsible for actually doing the work
23       to draft and file the patents that I've just
24       mentioned, 1, 2, 3, 4, and 5?

68 (Pages 266 to 269)

Page 270

1  A.  Laboratorios Belmac.
2  Q.  Turn, if you would, to Exhibit 37. It's a
3      document should be called Operations Update.
4  A.  Yes.
5  Q.  What is an operations -- what is the
6      operations -- as of 2001, what was the
7      operations update?
8          MR. BOSTWICK:  Objection, asked and
9      answered.
10  A.  The operations update was a summary provided by
11     Paul Fitzgibbons of all different activities
12     throughout Bentley and Laboratorios Belmac, and
13     it was provided to the board of directors, who
14     felt they would like to have more frequent
15     reports than our quarterly meetings.
16  Q.  And how does that differ from the project status
17     report that we spoke about a couple of moments
18     ago?
19  A.  At Paul's discretion, he would take just
20     highlights to keep them up to date.
21  Q.  These were highlights from the project status
22     reports?
23  A.  Yes.
24  Q.  And under Point 1, Spain Activities, little E,

Page 271

1      Ethypharm, Mr. Bostwick asked you some questions
2      about that item; did he not?
3  A.  Yes.
4  Q.  And Item e says, "Ethypharm - negotiations
5      terminated due to lack of full commitment from
6      Ethypharm." Have I read that correctly?
7  A.  Yes.
8  Q.  Now, you told Mr. Bostwick that you weren't sure
9      what that referred to; is that right?
10  A.  Right.
11  Q.  Mr. Bostwick asked you whether that referred to
12     the decision which was made -- ultimately made
13     not to renew the manufacturing agreement, right?
14  A.  Yes.
15  Q.  Turn, if you would, to Exhibit 8. Exhibit 8 is
16     at the end.
17  A.  Yes.
18  Q.  And Mr. Bostwick showed you Exhibit 8. Can you
19     tell us what Exhibit 8 is?
20  A.  It's a confidentiality and nondisclosure
21     agreement.
22  Q.  For what purpose?
23  A.  So that I could talk drug delivery systems and
24     enhancement of the permeation and absorption of

Page 272

1      drugs utilizing Bentley technology from the
2      United States.
3  Q.  And who were you talking about that stuff with?
4  A.  I was talking to Ethypharm, Ethypharm France.
5  Q.  And during what period were you talking about
6      enhancement of absorption and permeation of
7      drugs through biological membranes with
8      Ethypharm?
9  A.  Oh, I talked to them over a number of years,
10     stretching way back at various times.
11  Q.  All right. And the date of the confidentiality
12     and nondisclosure agreement?
13  A.  Yes, this was February 2000.
14  Q.  And I think Mr. Bostwick pointed out that the
15     actual signing date of this is April 2000. Is
16     that right?
17  A.  Yes.
18  Q.  Now, do you know whether the discussions
19     proceeded with Ethypharm with respect to this
20     topic during 2000 and up to, say, 2001?
21  A.  I believe that they did.
22  Q.  Showing you or calling your attention to
23     Exhibit 37, "Ethypharm, negotiations terminated
24     due to lack of full commitment from Ethypharm."

Page 273

1      Could this be the negotiations that were
2      referenced in this document, Exhibit 37?
3  A.  It could be.
4  Q.  Then, if you would turn, please, to Exhibit 31,
5      the manufacturing agreement.
6  A.  Yes.
7  Q.  Did you participate -- would you remind us what
8      Exhibit 31 is, please?
9  A.  Have to see the English translation. It's a
10     manufacturing contract.
11  Q.  And who was the manufacturing contract between?
12  A.  Between Laboratorios Belmac and Laboratorios
13     Ethypharm Spain.
14  Q.  And who was it signed by on behalf of
15     Laboratorios Belmac?
16  A.  Adolfo Herrera.
17  Q.  And for Laboratorios Ethypharm S.A.?
18  A.  It appears that would be Adolfo Basilio, but I'm
19     not sure if I recognize that.
20  Q.  Did you direct -- first, let me ask. Did you --
21     were you involved in the drafting of the
22     manufacturing contract between Laboratorios
23     Ethypharm and Laboratorios Belmac?
24  A.  No.

69 (Pages 270 to 273)

Page 274

1  Q.  Who drafted the agreement between Laboratorios
2      Belmac and Laboratorios Ethypharm?
3  A.  I believe it was probably Adolfo and Adolfo
4      Basilio.
5  Q.  Did Bentley Pharmaceuticals have anything to do
6      with the preparation of this agreement?
7  A.  No.
8  Q.  Did you direct Adolfo Herrera to draft the
9      manufacturing agreement?
10 A.  No.
11 Q.  And showing you or -- directing your attention
12     to Paragraph G of the manufacturing agreement,
13     what is required notice for either party to
14     cancel the agreement?
15 A.  Four months.
16 Q.  And turn, please, if you would, to Exhibit 39.
17 A.  Yes.
18 Q.  And Exhibit 39, I believe you told us, is from
19     your business journal that you kept during this
20     time?
21 A.  Yes.
22 Q.  And referring to the entry dated 5-23-01, I
23     believe it was your testimony that this was your
24     own internal tickler of things to think about;

Page 275

1      is that right?
2  A.  This could be or it could be relayed to me by
3      Mike Price.
4  Q.  I'm going to direct your attention to Item 4,
5      "Ethypharm expire May 2002, six-month notice
6      required, September." Do you see that?
7  A.  Yes.
8  Q.  And you wrote that, right?
9  A.  Yes.
10 Q.  Did you know at the time how many months was
11     required to provide notice in order to terminate
12     the March of -- March 23, 2000 manufacturing
13     agreement?
14 A.  Apparently not. I was wrong, six months.
15 Q.  And referring, please, to Exhibit 34. Is it
16     your -- now, you've -- tell us what Exhibit 34
17     is, please.
18 A.  Exhibit 34, as translated here, it appears to
19     be -- it is the -- giving notice.
20 Q.  I'm sorry?
21 A.  Communicating our decision to cancel the
22     manufacturing contract.
23 Q.  And did you see this letter before it was sent?
24 A.  No, I did not.

Page 276

1  Q.  It's your testimony that Adolfo Herrera advised
2      you that that would be his intention; is that
3      correct?
4  A.  Yes.
5  Q.  And it -- does it remain your testimony that
6      Mr. Herrera made that decision?
7  A.  Yes.
8  Q.  Did you at any time either explicitly or
9      implicitly direct Mr. Herrera to give notice of
10     nonrenewal of the manufacturing agreement?
11 A.  No.
12 Q.  Did you -- was there anything wrong with -- in
13     your judgment, with regard to Mr. Herrera of
14     giving notice of nonrenewal of the manufacturing
15     agreement?
16 A.  No.
17 Q.  Now, who were the -- to your knowledge, who were
18     the owners of Ethypharm France?
19 A.  I believe it was a partnership of Mr. Leduc and
20     Mr. DeBregeas.
21 Q.  And from time to time, you had discussions with
22     Mr. Leduc and Mr. DeBregeas?
23 A.  Yes.
24 Q.  At any time, did you ever tell Mr. Leduc or

Page 277

1      Mr. DeBregeas that any agreement made by
2      Laboratorios Belmac was -- should be considered
3      as an agreement by Bentley Pharmaceuticals,
4      Incorporated?
5  A.  No.
6  Q.  Do you have any reason to believe that either
7      Mr. Leduc or Mr. DeBregeas were aware you were
8      president of Laboratorios Belmac?
9  A.  I believe they both knew I was president of
10     Laboratorios Belmac.
11 Q.  And how would they have known that?
12 A.  Because routinely when I'm traveling in Europe,
13     I hand two cards out; one which is Laboratorios
14     Belmac, indicating me as president, and another
15     for the parent company in the United States,
16     Bentley.
17 Q.  Are you aware of any draft agreements in which
18     you are named as executive director of
19     Laboratorios Belmac?
20 A.  Yes, I believe there was some where I was called
21     executive director of Laboratorios Belmac.
22 Q.  And at any time, did you tell Mr. Leduc or
23     Mr. DeBregeas that actions taken by Laboratorios
24     Belmac should be -- would be actions that they

70 (Pages 274 to 277)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-1081

Page 278

1  should consider to be taken by Bentley
2  Pharmaceuticals?
3  A.  No.
4  Q.  Did you ever tell Mr. Leduc, Mr. DeBregeas or
5     anyone else at Ethypharm that Laboratorios
6     Belmac had authority to act on behalf of Bentley
7     Pharmaceuticals, Incorporated?
8  A.  No.
9  Q.  Did you ever tell Mr. Leduc, Mr. DeBregeas or
10    anyone else at Bentley that they should consider
11    any action that you took on behalf of
12    Laboratorios Belmac to bind Bentley
13    Pharmaceuticals, Incorporated?
14 A.  No.
15       MR. STEWART:  I have nothing further.
16       MR. BOSTWICK:  Okay.  Just a couple of
17    questions on Mr. Stewart's last point.
18    RE-EXAMINATION BY MR. BOSTWICK:
19 Q.  Can you refer to Exhibit 1, Paragraph 24?
20 A.  Yes.
21 Q.  This paragraph, why don't I give you a moment to
22    read it over, just the Paragraph 24.
23 A.  Uh-huh.
24       Yes.

Page 279

1  Q.  In this paragraph, you indicate when you
2     directly interacted with Ethypharm, it has been
3     in two different contexts.  Do you see that?
4  A.  Yes.
5  Q.  And the first contact you talk about is as in
6     the capacity of president of Belmac, and you
7     say, "To the extent I participated in these
8     issues, it was solely in my capacity as an
9     officer of Belmac and not on behalf of Bentley,"
10    correct?
11 A.  Yes.
12 Q.  Now, you said you think you may have given two
13    cards out to some of the individuals at
14    Ethypharm, correct?
15 A.  Yes.
16 Q.  What specific steps did you take to indicate to
17    people at Ethypharm when you were solely acting
18    as your capacity as an officer of Belmac and not
19    Bentley?
20 A.  When we had discussions, I would say, "In
21    Bentley or in the States, we have drug delivery
22    activities.  Do you have an interest in
23    products, these potential applications?"  Or if
24    I was responding to them at their request to try

Page 280

1  to intercede because they had a communication
2     problem with Belmac, they knew I was coming as
3     president of Belmac to try to solve that
4     problem.  The distinction was pretty easy to
5     see, and they both -- they all knew of my
6     capacity in the two different companies.
7  Q.  Okay.  Well, I can understand how they might
8     think you're representing both companies at all
9     times, but how is it that they would understand
10    that you're taking off your Bentley hat, you're
11    not acting for Bentley at all, and you're only
12    acting as Laboratorios Belmac in any specific
13    discussion?
14 A.  By the context of our discussion.
15 Q.  Can you give me -- let's talk about, for
16    example, the 1995 meetings when you come over to
17    talk to Mr. DeBregeas in Paris and Adolfo de
18    Basilio, and you introduce yourself, your role
19    at Bentley, your role at Belmac.  Can you give
20    me a specific factual example of what you did to
21    clarify when you were acting only in the
22    capacity as Laboratorios Belmac?
23 A.  I can't think of any specific one in 1995.
24 Q.  How about your meeting with Claude Dubois in

Page 281

1  1997?  Can you think of a specific example of
2     something you said or did to Mr. Dubois that
3     would clarify for him that at a certain point in
4     that discussion you had taken off your Bentley
5     hat and you were only talking to him as
6     Laboratorios Belmac?
7  A.  I think you can see that in his summary of his
8     memo, which I don't have handy here, but he made
9     the distinction.
10 Q.  Okay.  Well, not referring to his memo, but just
11    your memory and your understanding.  Can you
12    give me a specific action that you took, a
13    statement that you made or something that you
14    did that would clarify for Mr. Dubois that there
15    was a moment in time in the meeting where you
16    had taken off your Bentley hat and you were only
17    Laboratorios Belmac?
18 A.  I can't think of a single thing within that
19    discussion.
20 Q.  Okay.  How about any discussion that you ever
21    had with anyone at Ethypharm?  Can you provide
22    me with a specific factual example of something
23    that you did to let the people at Ethypharm know
24    that there was a moment in time in that

71 (Pages 278 to 281)

JT-A-1082

Page 282

1    discussion where you were not acting as Bentley
2    but you were only wearing one hat --
3    A.  Yes.
4    Q.  -- and it was a Laboratorios Belmac hat?
5    A.  Yes.
6    Q.  Okay.  When was that?
7    A.  When we signed the confidential agreement to
8    discuss the permeation of new drugs and the
9    application of drug delivery systems.
10   Q.  Okay.  That would be an example, if I'm
11   understanding you correct -- correctly, that
12   would be an example where you were saying, "I'm
13   only acting with my Bentley hat," correct?
14   A.  Yes.
15   Q.  Okay.  What I'm asking is when was there a time
16   when you can recall through your actions or a
17   specific statement you made that clarified for
18   the people at Ethypharm that you had taken off
19   your Bentley hat and you were only acting solely
20   in your capacity as an officer of Belmac and not
21   on behalf of Bentley?
22   A.  There were meetings we had in Paris where I
23   would come to try to, say, resolve problems they
24   were having in communication with Belmac, and

Page 283

1    then we would go into other business and other
2    discussions of, "Oh, what do we want to do with
3    this stateside pharmaceutical products for
4    permeation enhancement?"  We would talk about
5    the potential application of different products.
6    Q.  I understand you may have talked about different
7    topics, but how -- is there a specific statement
8    you made or something you did or said that would
9    let them know that at a certain moment you had
10   taken off your Bentley hat and you were
11   acting -- and I'm reading your affidavit --
12   solely in your capacity as officer of Belmac and
13   not on behalf of Bentley?
14   A.  I can't think of anything specific.
15       MR. BOSTWICK:  I don't have anything
16   further.
17       MR. STEWART:  Just one last document.
18   RE-EXAMINATION BY MR. STEWART:
19   Q.  Could you turn to Exhibit 40, please?
20   A.  These are out of order now.
21   Q.  If you want to pass over the top couple of
22   inches, I can see --
23   A.  I'm getting there.  It's out of order.  42.  Got
24   it.

Page 284

1    Q.  And Mr. Bostwick asked you some questions about
2    Exhibit 40.  And turn, if you would, to the
3    letter from Mr. Gerard Leduc, dated June 8,
4    2001.  Do you have it?
5    A.  Yes.
6    Q.  And that letter is addressed to you; is that
7    right?
8    A.  Yes.
9    Q.  And who -- what is the company that it is
10   addressed to?
11   A.  On the top right here?
12   Q.  Yes.
13   A.  It's Bentley Pharmaceuticals, Inc.
14   Q.  And let me read to you the first sentence.
15   "Dear sir:  Further to our discussion of the
16   beginning of year 2000, please find attached a
17   draft of agreement aiming at regularizing the
18   relationship between Ethypharm and Belmac."  Do
19   you see that?
20   A.  Yes.
21   Q.  Who did you understand to be the Belmac that is
22   referred to in that sentence?
23   A.  Laboratorios Belmac.
24   Q.  And Mr. Leduc attached to this letter a draft

Page 285

1    agreement, correct?
2    A.  Yes.
3    Q.  Was this an agreement that you had anything to
4    do with?
5    A.  No.
6    Q.  This was an agreement that was prepared by
7    Ethypharm, correct?
8    A.  This was prepared by Ethypharm.
9    Q.  And turn, if you would, to the last page of the
10   agreement, Page 26.
11   A.  Yes.
12   Q.  And would you read for us, please, what is
13   written in the signature blocks, first for
14   Ethypharm and then for Belmac?
15   A.  For Ethypharm S.A., Mr. Patrice DeBregeas,
16   president.
17   Q.  And this was the space for Mr. DeBregeas to date
18   and sign?
19   A.  Yes.
20   Q.  For Ethypharm S.A.?
21   A.  Yes.
22   Q.  For now Belmac?
23   A.  For Belmac, S.A., Mr. James R. Murphy, executive
24   director.

72 (Pages 282 to 285)



Page 286

1  Q.  And were you the executive director for Belmac,
2      S.A. at that time?
3  A.  I was the executive director.
4  Q.  For Laboratorios Belmac?
5  A.  Yes.
6  Q.  Mr. Murphy, are you aware of any signed
7      agreement between Ethypharm and Bentley
8      Pharmaceuticals, Incorporated with respect to
9      the manufacture of omeprazole or other
10     pharmaceuticals products for Ethypharm S.A. or
11     involving any technology which relates to the
12     manufacture of omeprazole?
13 A.  Between Bentley and Ethypharm, no.
14         MR. STEWART:  I have nothing further.
15         MR. BOSTWICK:  We can go on forever.
16         THE VIDEOGRAPHER:  The time is
17     7:15 p.m. on July 19th, 206.  This is the end of
18     Tape Number 4, and this completes the videotaped
19     deposition of Mr. James Murphy.
20         (Deposition concluded at 7:15 p.m.)
21
22
23
24

Page 287

1          C E R T I F I C A T E
2      I, JAMES R. MURPHY, do hereby certify that I
3  have read the foregoing transcript of my
4  testimony, given on July 19, 2006, and I further
5  certify that said transcript is a true and
6  accurate record of said testimony (with the
7  exception of the corrections listed below):
8  Page     Line     Correction
9
10
11
12
13
14
15
16
17  Dated at            , this
18  day of           , 2006.
19
20          JAMES R. MURPHY
21
   SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
21
22
23
24  slb

Page 288

1          CERTIFICATE
2
3  COMMONWEALTH OF MASSACHUSETTS
4  SUFFOLK, SS
5      I, Sandra L. Bray, Registered Diplomate
6  Reporter and Notary Public in and for the
7  Commonwealth of Massachusetts, do hereby
8  certify:
9      That JAMES R. MURPHY, the witness whose
10 deposition is hereinbefore set forth, was duly
11 sworn by me and that such deposition is a true
12 record of my stenotype notes taken in the
13 foregoing matter, to the best of my knowledge,
14 skill and ability.
15     IN WITNESS WHEREOF, I have hereunto set
16 my hand this 5th day of August, 2006.
17
18     _____
19     Sandra L. Bray, RDR
       Registered Diplomate Reporter
20
21
22
23
24

73 (Pages 286 to 288)

**A**

ability 42:5 43:9 199:15 214:3 288:14
able 46:16 78:23 119:14 142:21 168:9 184:19 185:6,9 195:10 243:19 254:24 269:9
abreast 197:24 205:5 269:7
absolutely 57:15 57:18,19 76:9
absorption 76:19 271:24 272:6
accept 41:18 43:1 60:22
acceptable 247:4
access 41:20 43:3
accommodate 22:10
account 41:18 42:6,8,24 43:10 188:9,12 267:7
accounted 46:14
accounting 48:19 49:11,12 50:15 50:17 256:8 257:4,6 260:8 266:16
accounts 266:19
accrue 267:3
accumulation 14:3
accurate 60:10 66:4 86:11,12,13 120:20,22,23 124:3 128:9 149:3 254:7 287:6
acknowledge 92:5
acknowledging 173:16
acquire 183:18
acquired 58:16
acquisition 268:3
act 84:14 132:13 243:22 278:6
acted 200:14
acting 72:18 83:8 84:7,9,12 243:7

279:17 280:11 280:12,21 282:1 282:13,19 283:11
action 5:17 43:8 164:2,16 195:3 195:13 198:9 201:12 202:13 203:5 204:9 231:12 248:4 249:5 268:18 278:11 281:12
actions 31:15 222:13 277:23 277:24 282:16
active 160:21 163:11
activities 58:17 64:19 99:18 115:9 167:20,20 167:21 198:1 206:17 207:1 224:17 225:18 225:19 263:8 270:11,24 279:22
activity 72:21 84:4
acts 242:4
actual 130:15 154:22 163:16 165:14 272:15
addition 43:18 61:22 62:19
additional 96:9 171:10 183:19 186:19,20,23 261:22
addressed 284:6 284:10
addressing 150:2 162:12
adds 258:23
adjustment 22:18
administer 183:22
Adolfo 19:12,16 19:17 20:14 26:23,24 27:1,4 28:15 33:10 34:8 34:17 54:24 55:3 55:11 57:10 77:21 79:21,22 80:21 89:1 91:15

93:12 96:17 110:2,14 111:19 121:14 126:13 127:1,18,19 149:9 156:20 175:18 186:12 186:12 187:1,2 189:3 194:22 195:20 197:3 203:16,17 204:12,13 208:20,21 212:9 212:10,13 217:7 217:10 219:21 222:7,12 229:22 246:15 252:5 256:19 257:3 260:22 261:4 273:16,18 274:3 274:3,8 276:1 280:17
Adolfo's 212:14
adopt 176:7
adopted 47:6 50:9
advantage 39:4
advised 276:1
advisors 243:22
affect 142:1
affidavit 14:16 16:2 34:12,13,16 43:14 51:22 283:11
affiliated 168:10
affirmed 8:10 86:1
afternoon 136:5,6 180:2
agency 60:3
agenda 134:16 163:24
agent 72:19
aggregate 26:13 26:20 258:18
ago 78:20 89:11 199:9,12 234:17 270:18
agree 98:7,8 104:5 107:22 127:24 148:22
agreed 9:13 19:19 20:5 125:15 139:6 148:10,18

161:4,17 195:13 195:16
agreeing 127:7
agreement 3:20 4:6 5:24 6:15 71:1 75:8,13 76:7,16 86:3 91:3 94:9 101:10 101:12,14,15 107:3,20 108:16 110:7 111:3 113:23 117:6 120:12 121:1 124:7,12,15 142:4 148:1 153:16,19,20,22 165:18 176:5,13 187:15 190:19 191:8 192:12 194:18 212:21 213:4,5 214:11 214:23 215:14 215:18 221:13 221:16,18,20,21 221:22,23 222:2 222:4,9,10 229:22 240:14 245:16,21 246:10,16 253:12 255:8 256:21,24 260:5 260:19 264:9 265:19 271:13 271:21 272:12 273:5 274:1,6,9 274:12,14 275:13 276:10 276:15 277:1,3 282:7 284:17 285:1,3,6,10 286:7
agreements 47:6 74:17 92:3 100:15 109:4 120:16 147:17 174:7 176:4,19 177:5 192:12 216:2 277:17
ahead 20:2 92:12
aiming 284:17
airline 70:5
al 4:16 5:19 6:12

6:16,23 125:4 205:12 234:9 247:9 262:17
alert 125:1 138:17
alerted 115:5 130:9
alerting 142:11,24 145:13 148:5 166:21 222:12
allegedly 194:20
allow 43:9
allowed 20:5 195:10 197:3 267:12
amended 86:17
amorphous 90:4 90:14
amount 61:8 112:21,22,23 113:8 152:24 256:3,8 258:16 267:8
amounts 63:24 256:10
analysis 193:21
analytical 141:14 210:13
Angell 1:20 2:10 7:19
announce 188:23 204:6,14,19,20 204:23 205:1,7
announced 240:24 241:6
announcement 94:6,7 246:8
annual 112:23
answer 9:7,9,20 29:7 42:2,3,4 45:14 46:10,11 49:9,10 51:1 57:18 60:5 61:10 63:10 69:17 88:8 124:14 133:11 138:20 139:19 162:9 223:10 233:20 234:1,4 260:6,7 268:13
answered 32:15 43:5 57:17 64:22 264:3,3 270:9
answering 38:16

Page 290

169:5
answers 10:12
anticipation 11:20
  93:16 209:24
anxious 81:15
anybody 106:8
  177:17 196:9
  214:8
anybody's 238:7
anyway 174:22
  183:24
apart 169:16
API 160:21 209:22
  210:1,3,6,13
apologize 37:17
  119:13 141:7
  249:16
apparently 55:6
  84:24 90:2 91:16
  131:23 139:17
  145:13 161:2,7
  171:14 214:19
  246:15 275:14
appear 114:11,12
  155:5 174:7
appearance 98:12
appearances 2:1
  107:22
appears 98:11
  107:19,23 143:9
  144:14 148:22
  154:15 161:16
  169:4,5 208:17
  238:1 273:18
  275:18
applicable 1:15
application 282:9
  283:5
applications
  279:23
applied 121:19
apprised 12:24
appropriate 160:7
  195:24 227:13
  230:10 247:5
approval 86:4
  195:2
approve 28:21
approved 22:20
  22:22 133:24
  168:14 245:14
approves 20:24

28:4,6
approximately
  7:13 24:19 25:19
  26:2,7 36:2 40:4
  44:1,15,20 46:13
  48:8 51:13 61:2
  61:5,12 62:6,15
  62:21 66:6 71:5
  73:21 199:2,9
  256:11,11,15
  258:22 266:3,4
approximation
  60:24 61:2
April 75:17
  110:22 111:17
  112:6,14 155:7
  155:24 156:14
  158:5 160:12
  168:22 170:3,22
  171:3 173:10
  213:22 272:15
aqueous 164:3,4,8
  164:15 185:15
  185:21 204:24
  217:22 218:10
  222:15,16 223:4
  223:6,7 224:15
area 208:24
areas 51:2 55:24
  81:17 201:9
argumentative
  29:7 32:8,22
  40:6,12 49:8
  57:6,17 199:16
arising 176:16
arrangement
  48:16 188:18,23
  239:11 257:14
arrangements
  70:9 134:22
arrived 179:13
articulation 152:8
aside 39:8,9 84:6
  126:23
asked 19:17 32:14
  42:23 57:16
  64:21 66:13,14
  85:23 101:3,7
  127:21 130:2
  138:24 158:9
  159:6 226:13,18
  227:2 235:6

264:3 268:17
  270:8 271:1,11
  284:1
asking 44:10 46:5
  98:6,9 99:22
  103:8,14,14
  148:15 155:3
  176:7 192:7
  202:23 233:20
  237:20,24
  253:22,24 254:8
  254:10 282:15
aspect 141:10
  147:2
aspects 68:3 200:9
assertion 254:6
assessing 199:21
  200:3
assignment
  253:12 256:20
  257:14 265:18
assist 146:15
assisted 215:17
Associates 101:9
association 7:17
assume 87:11
  133:5
assumed 132:18
  133:17 137:7,10
  138:15,18
assumes 40:18
  51:23
assuming 142:11
  190:7
attached 174:21
  175:3 284:16,24
attaching 93:13
attachment 5:16
  6:13,17,23
  171:14,24 197:8
  229:7 234:10
  247:11 262:19
attempt 90:10
  91:7 117:3,6
  120:11,24
  128:11
attempted 101:13
  114:17 121:1
  167:17
attempts 120:11
  153:1
attend 226:3

attendance 42:19
  163:10
attended 79:10
  85:17 155:11
  157:24 230:24
attending 22:1
  24:5
attention 22:7
  24:8 25:6 34:15
  124:19 166:9
  272:22 274:11
  275:4
attitude 184:9
attorney 78:9
  248:8,9
attorneys 269:10
August 150:24
  151:5 228:17
  230:1,16,22
  233:21,23
  288:16
author 97:6
authored 102:16
authority 19:21
  20:14 31:14
  34:18,21 36:7
  39:21 53:11 85:1
  85:5,23 86:2,17
  132:13 133:5
  278:6
authorization 20:2
  84:14
authorize 42:23
  87:24
authorized 25:18
  105:15 133:19
  231:6,11 232:21
authorizing 95:24
  96:1,7
autonomous 34:17
available 60:19
  61:9
Avenue 1:21 2:11
  7:20
average 259:2
await 185:24
award 23:4
awards 23:15
aware 13:2,14
  129:5,10 198:2
  213:14 233:6
  246:18,21

268:12 277:7,17
  286:6
awful 160:2,5
Ayala 17:17 87:17
  88:19
Azpetia 19:12
  78:24 80:1
Azpetia's 78:19
a.m 1:23 7:13
  36:20 37:4 67:6
  67:9 92:16,21
  107:10

**B**
B 3:6 4:1 5:1 6:1
  12:21 64:22
  165:1
BAACH 2:3
back 18:23 21:5
  31:19 32:24 33:2
  37:4,12 50:11,13
  51:1 56:14,19
  65:18 67:9 74:10
  77:2 83:20 92:3
  92:7 104:11
  107:13 115:4
  117:2 121:22,23
  121:24 126:5
  129:23,24 130:5
  130:9 131:3,14
  136:4 147:14
  150:8 152:10
  161:18,21 167:5
  173:24 174:18
  175:12 178:21
  187:12,21
  188:20 192:3,3
  192:16 215:24
  216:14 251:10
  252:20 259:11
  265:6 272:10
bad 178:10
bank 41:18 42:24
  43:10
barstools 181:4
base 185:6
based 25:12 87:7
  95:9 96:3 121:12
  122:1 193:7,8
basic 93:18 123:5
  185:10
basically 25:16

128:7 255:5
**Basilio** 3:21 4:3,8
4:11 5:13 77:21
80:12,22 87:2,8
89:1,8,16 91:15
93:12 96:17
110:2,14,21
111:19 115:15
121:15 126:13
127:1,19,20
149:9 156:19,20
186:12 189:10
273:18 274:4
280:18
**basis** 15:15 123:3
129:18 147:6
164:23 181:10
241:16,20
**batches** 142:5,8,16
145:3,11,15
146:1 148:6
161:9,10,17,20
162:16
**Bates** 3:13 36:23
118:11 249:22
**bathroom** 107:7
**becoming** 215:13
**began** 59:7 61:3
62:20 65:10
83:22
**beginning** 124:20
234:22 252:6
284:16
**begins** 9:14
**behalf** 1:14 7:24
8:2 50:22 84:12
105:3,7,9 253:15
253:18 273:14
278:6,11 279:9
282:21 283:13
**belief** 106:21
124:14
**believe** 12:1,12,23
19:3 25:9 30:7
31:13 33:8,11
35:13,16 36:6
46:13 54:4 63:5
63:8 67:19 68:20
68:23 78:6 80:10
82:8 89:5 105:14
105:20 110:24
111:4 114:15,19

119:5,7,21,23
120:3 121:11
122:1 125:3
127:8 131:9
138:14 139:6
140:19 142:7
143:15,15 145:7
151:13 152:12
152:12 157:4
158:23 166:21
169:19 171:9
175:17,22,23
176:1 179:1
189:5,14 190:22
191:10 192:10
193:3,8,10 195:9
197:18 198:19
213:7 217:6
219:23 220:5
221:3 229:7,17
230:7 233:2,9
234:1,5,19
235:16 240:15
243:4 251:20
254:23 257:2
260:15 263:19
272:21 274:3,18
274:23 276:19
277:6,9,20
**believed** 212:23
**Belmac's** 28:5
32:9,9 47:11
74:14 112:24
134:23 136:22
137:3,14 138:6
138:11 165:19
185:19 216:20
219:1 243:13
248:9
**Belmazol** 167:3,10
173:5,6
**beneficial** 167:13
168:6
**benefit** 35:12
244:21
**benefits** 245:2
261:8 267:2
**Bentley's** 28:2,8
28:10 30:23
41:10 50:3 53:1
53:11 55:3,20,21
65:2,9 66:1

84:14 85:1
132:13 133:5
136:22 168:2
210:14,18
216:19 218:19
224:20 225:18
225:19 248:8
250:16
**Berenguer** 79:13
162:11
**Bernard** 156:19
157:3
**best** 29:1 76:2
100:7 109:1
110:11 128:4
143:11 162:1
190:9 193:3
195:11,23 197:4
205:9 240:16
258:24 259:8
288:13
**better** 70:24 80:1
239:10
**beyond** 55:22 68:2
219:2
**big** 191:12
**bills** 153:9
**bind** 278:12
**biological** 76:20
272:7
**biotech** 123:24
**bit** 67:11,12 227:7
267:13
**blank** 113:1,8
**blocks** 285:13
**BNT** 164:17,20,21
164:22 165:1,6
242:8
**board** 3:9,11,15
3:23 4:14 6:8
20:23 21:6,14,15
21:22 22:1,2,11
22:12,15,19,23
23:11,13,15,21
24:2,11,15,16
24:17 25:9,17,17
27:20 28:2,6,8
28:18 29:14 30:3
30:5,14,18,24
31:2,12,18,21
32:1,6,10,13,19
33:4 34:23 35:2

35:19,21 36:8
38:21 42:4,11,16
42:23 43:7 45:16
50:4 68:11 73:8
73:12 85:8,13
86:1,3,7,8,21,22
122:6 123:9,19
196:15 205:22
205:23,24
206:13 230:15
230:21 231:1
268:13 270:13
**boat** 180:3
**Bob** 12:19 203:14
248:4,11,12
259:15 268:19
**boilerplate** 134:11
**boldfaced** 201:19
**Bolling** 6:22
262:17
**bonus** 22:24 23:3
23:7 28:16 59:8
60:7,14,16 62:1
63:12,17
**bonuses** 23:12
61:7,20 62:23
63:11,20 69:11
**borders** 55:22
68:3 219:2
**Boston** 1:22 2:12
7:20
**Bostwick** 3:4 7:23
7:23 8:14 16:16
23:19 26:10,14
26:17 32:24 35:8
35:11 36:19
37:14,20,23
43:12 44:10
45:23 46:5 50:8
56:12 59:12,20
60:4 66:9,19
84:19 89:15
92:12 100:1
101:24 103:12
107:8 109:13
118:12 119:13
121:6 125:20,24
135:22 144:12
154:10,19 155:1
158:5,14 165:21
174:4 175:5
178:2,6,22 187:3

188:4 190:15,18
208:6 215:11
222:24 225:23
226:11,23
227:16 228:1
236:6 249:19,23
250:1,24 252:12
253:24 254:9
255:19 264:16
264:24 265:8,14
268:10,17 270:8
271:1,8,11,18
272:14 278:16
278:18 283:15
284:1 286:15
**bottom** 56:15
118:23,24 169:2
201:20 231:4
**branch** 237:17
**branded** 123:4
**Bray** 1:17 7:17
288:5,18
**break** 9:18 36:18
64:4 65:3 66:10
66:11 178:9
187:4 220:22
221:1 222:20,23
222:24 223:10
226:7 227:5,7,15
227:21
**breakdown** 60:23
70:8 191:21
**breaking** 9:19
**breakout** 193:20
**breaks** 9:21
**bring** 72:20 90:10
167:11 168:7
180:13
**bringing** 127:13
141:23 167:21
**Bristol** 225:7
**broke** 138:24
**broker** 220:5,6,7
220:17
**brought** 225:5
**build** 68:1
**building** 54:8
262:2
**bullet** 151:21
157:9
**business** 21:17
52:8 53:10 58:22

Page 292

72:7,12,20,24
75:3 76:8 81:24
104:7 105:24
106:2,8,11,17
149:19,24
150:10,16
161:24 162:23
163:22 178:21
185:2,4 274:19
283:1

**C**

C 7:1 35:14,15
71:9 198:18
287:1,1
call 110:10 114:17
129:2,6 148:8
151:11 152:20
158:10,21 159:4
169:24 212:10
212:13 216:10
219:21 225:2
226:2,3 249:11
252:11
called 1:14 15:4
85:14 169:22
270:3 277:20
calling 272:22
calls 13:22,22 38:9
77:5 78:11
121:20
cancel 221:4,9,16
221:19 222:9
274:14 275:21
cancellation
226:19
capable 162:12
261:7
capacities 199:22
capacity 19:24
50:3 84:8 99:19
113:1 129:16
142:11,22 195:7
210:22 230:24
279:6,8,18 280:6
280:22 282:20
283:12
capital 43:3
card 72:7,12,22
cards 72:16,16,24
105:24,24 106:3
106:8,12,17

277:13 279:13
care 123:22
carefully 11:17
93:1
Carl 259:14
carry 55:21
231:12
Carta 5:10 174:13
case 1:7 7:11 9:13
11:5 83:10
109:20 112:23
125:16 151:9
208:15 224:3
245:6,10 254:19
cash 60:16 62:1
categories 114:22
115:1
caused 199:19
Celia 71:7
CEO 8:24 18:19
19:3 20:6 22:2
24:6 27:20 32:4
42:20 45:16 50:3
54:15 57:23
58:24 59:2,5
77:10 93:9
111:14 115:23
123:15 131:19
133:13,14,16
172:13 230:24
243:24 254:14
260:1
certain 47:6
161:20 203:23
215:12 217:17
281:3 283:9
certainly 9:24
25:13 53:21 57:3
60:20 80:1 83:18
107:8 149:8
191:22 214:4
certainty 235:11
235:17
**CERTIFICATE**
288:1
certify 287:2,5
288:8
Cesion 6:19
252:22
cetera 147:7 153:4
235:8
CFO 33:15 46:16

54:20 194:12
chain 237:19
chair 139:21
chairman 8:24
14:11 18:19 19:2
20:6 22:2 24:5
27:20 32:4 42:19
45:16 50:3 54:15
57:23 123:15
131:19 133:14
133:16 172:13
231:1
chance 253:5
change 92:13
201:3 238:5
245:8
changed 58:5,19
63:3 85:18
changes 53:24
151:17 152:7
character 113:3
characterization
39:17 45:21 49:7
93:22 138:13
231:24 237:24
246:13
charge 12:13
44:19 46:12
248:22
check 154:14
chemicals 124:1
chief 14:11 36:12
48:24
China 110:19,19
chitchat 178:21
choice 30:23
choose 32:5
chose 129:20
chosen 30:19
circumstance
129:20
circumstances
13:1 45:17
Civil 1:16
clarification 16:13
18:4 23:6 66:20
clarified 282:17
clarify 20:9
177:11 280:21
281:3,14
clarifying 67:4
Claude 77:15

135:18,20
156:23 280:24
clause 118:24
152:7
clear 15:22 25:7
32:3 189:17
242:5,11,21
clearly 46:9
126:12 173:4
242:6
Clemente 18:5
19:12,16 20:3
22:23 26:22 27:5
78:24 88:19
96:12,13 108:17
121:17 126:13
127:3,4,24 128:3
128:14 129:1
166:13 167:2
170:4
Clemente's 19:19
client 246:2
clinical 41:13
261:22
close 183:13,24
Cloud 159:4
coincidence
240:18,19
cold 252:2
collaborating
83:16 167:22
collaboration
90:12 168:1,6
collaborations
163:4
collaborative
81:16
collect 227:18
collecting 231:20
232:4
collectively 56:16
column 198:12,15
combining 83:10
95:20
come 20:1 35:2
78:2 93:16 146:9
252:5 262:10
280:16 282:23
comes 35:3 98:16
128:7 131:14
comfort 61:15
comfortable 38:16

235:18
coming 10:18
225:18 280:2
commencing 1:23
comment 38:11
commented 111:4
commenting
111:2
comments 111:6
114:21 132:20
commercial 42:24
43:10 191:16,23
241:5 242:9
commercializati...
257:24
commitment
112:24 207:5
271:5 272:24
commitments
162:13
committee 22:11
22:15 28:3 203:9
common 168:2
181:12
Commonwealth
1:19 288:3,7
communicating
127:7 275:21
communication
127:2 129:7
280:1 282:24
communications
127:22
companies 81:19
83:12 84:13
90:11,13 101:9
102:24 103:11
117:7 122:3,22
124:16 128:23
139:2 161:17
164:12 167:13
168:8 180:23
181:7,11,22
182:7 188:8
189:22 229:10
280:6,8
company 9:1
10:16 12:7 16:14
20:4 22:3,5
24:11 35:20 36:4
58:15 59:21
62:17 68:1,1,13

68:15 85:5
122:24 123:2,22
128:13 161:15
167:22 181:9
193:4 194:23
195:22,23 197:5
197:19,20
200:16 211:1
231:6 237:17
241:5 242:8,8
243:1 250:14
267:9 277:15
284:9
company's 190:8
231:10 232:23
compare 102:13
102:17,18
compel 43:17
compensation
22:10,14,16,18
28:3 47:20 59:19
60:2,13 63:20
203:9
competency
105:18 132:15
133:9
complete 36:4
39:5 49:20
185:17 261:4
completes 286:18
compliance 12:13
141:23
compliant 261:6
complying 12:14
Compra 5:10
174:13
Compromiso 5:10
174:13
computer 134:12
conceived 219:7
concept 111:23
112:1
concern 75:3
81:24 83:5
149:18 161:23
162:23 163:21
concerned 38:1
104:6
concerning 76:19
142:8 172:17
186:22
concerns 127:11

127:11,12
162:12 172:18
172:21 173:1,4
263:20
concert 133:24
243:7
Concha 260:20,22
conclude 100:8
concluded 286:20
conclusion 22:14
38:9 121:21
concrete 144:7
conditions 92:1,8
conducting 243:10
confer 176:2,3
conference 227:10
conferred 37:9
conferring 176:18
confidence 194:22
confident 73:2
confidential 59:18
76:18 224:2
282:7
confidentiality
3:20 6:15 75:7
75:13 76:6,15
165:18 245:16
245:20 246:10
264:9 271:20
272:11
confirm 211:7
223:16 230:20
233:22 262:22
confused 132:17
connection 93:23
93:23 240:15
consejero 35:3,10
35:13,23 36:3,9
36:14 38:6,17,23
40:3,9,16 68:7
195:8
consider 33:20
128:21 173:24
241:16 278:1,10
considered 174:2
262:16 277:2
considering 181:5
195:14 222:8
consist 33:5
consisted 60:13
185:1
consistency 14:23

consistent 12:9
110:16 122:17
145:14 248:23
consolidated
15:15 123:3
164:23 241:16
241:19 242:4
constant 149:10
consult 9:15
consultant 146:7,9
146:14
consultants
146:18
consulted 20:4
195:12 256:19
contact 78:15
81:23 83:4
149:10,15,23
150:7,9 162:22
216:7 279:5
contacted 131:24
263:19 264:4
contacts 75:1,2
77:2,5 149:17 161:22
contained 34:22
contemplating
216:13
contemplation
95:22 239:5
240:16
contents 133:23
134:2 245:14
context 94:1 96:5
109:20 162:7
175:16 203:1
211:21 280:14
contexts 74:24
279:3
continuation
184:14
continue 46:7
121:2,9 124:16
145:24 147:9
148:20 194:19
200:4 223:2
continued 4:1 5:1
6:1 143:13
188:17 216:20
continues 60:1
continuing 63:19
199:23

contract 82:7 95:9
96:3 100:20
110:4 113:11,15
115:3 116:7,10
116:11 117:13
150:15 152:15
152:22 153:1,3
167:20 221:9
222:20 226:9
229:8,19 246:7
264:13 273:10
273:11,22
275:22
contracts 151:15
151:16 152:10
152:17 175:14
176:10 221:4
contractual 101:8
Contrato 5:9 6:19
174:10 252:21
control 20:4 31:15
132:18,23 133:6
133:17,20 134:5
137:7,10 138:15
138:18 141:15
153:3 243:13
conversation
114:12 191:6,9
212:6
conversations
13:24 79:5,8
180:19
converse 78:23
conversion 266:18
convince 13:18
coordinate 249:11
269:9
coordinated
244:10
coordinating
200:11
copier 54:6
copy 5:15,19 6:12
6:16,21,22
125:23 129:1
175:3,4 197:6
205:12 234:9
247:9 260:10
262:17
copying 37:17
core 185:4
corporate 122:13

122:18 123:18
corporation 3:23
15:5 16:14,15,17
18:2,24 19:5,6
80:24 81:3,9
83:9 84:3,10
85:8,15,18 93:4
97:16,18 98:3
100:6,7,14 102:2
105:11 111:14
115:22 124:4
239:3
Corporation's
99:19
Corral 2:20 8:4
Correction 287:8
corrections 287:7
correctly 63:10
94:21 153:9,10
166:24 181:20
221:6,17 271:6
282:11
correspond
112:24
cost 145:20
costs 127:11
couches 181:2,3
182:5
counsel 7:21 8:5
9:15 13:24 37:7
109:19 198:22
200:16,18 240:4
269:2
counselor 38:5
89:13 92:10
counsels 243:23
counter 52:23
counterpart
129:19
counterproposals
143:18
countries 56:1,2,3
56:4 233:4
couple 37:12 64:4
65:1 156:3
171:10 179:24
226:7 227:13
270:17 278:16
283:21
course 21:17
58:23 68:4
128:20 142:1

Page 294

192:11 210:23
215:24
**court** 1:1 7:10,16
8:8 9:10 10:3
13:18 27:19 28:2
28:8 32:3,18
35:11 40:2,10
51:21 56:12
137:13 138:17
**courts** 176:17
**cover** 117:13
247:16 263:2,2
**cracks** 269:12
**Craig** 2:13 8:2
37:14 178:16
265:10
**created** 239:2
245:4 251:2
**creating** 41:19
43:2
**credit** 41:20 42:5
43:2 47:20
**credits** 47:21 48:4
48:8
**Cremides** 101:9
**criminal** 10:7
**crossed** 199:18
**CSR** 1:18
**Cubas** 2:18
**cumulative** 62:9
**current** 8:23 18:9
33:4 153:8 224:8
236:9,17 238:20
251:11 256:18
**currently** 20:13
40:22 63:2 95:1
235:4 236:23
262:1,15
**customer** 185:6
246:21
**customers** 176:15
185:11 263:13
263:19,23
**cut** 124:2

**D**
**D** 2:7 3:1 7:1 34:2
34:3 35:15,15
218:12
**damages** 13:15
**data** 225:15
**date** 17:20 19:4

67:4 75:17 83:20
87:22 95:12
106:12,18,24
156:14 158:3,4
182:18 189:16
190:1,23 198:3
199:8 200:14
208:17 221:12
221:21 225:2,5
225:18,21 226:5
226:10,14
227:19 239:4,16
246:16 250:22
267:23 270:20
272:11,15
285:17
**dated** 3:22 4:3,8
4:12,13,17,19,21
4:24 5:4,6,7,12
5:14,16,20,23
6:4,7,11,13,14
6:17,21,23 80:13
89:17 107:20
110:22 111:17
114:8 115:16
116:18 123:12
125:5 126:12
130:21 144:9
154:6 168:22
170:22 171:3
182:10 189:11
197:7 205:13
212:21 214:10
215:5 217:1
228:17 233:14
236:7 239:14,17
245:19 247:10
247:15 248:2
260:11,14
262:18 274:22
284:3 287:17
**dates** 63:24 65:20
87:10,11 106:1
186:1 227:12
**date's** 260:16
**day** 75:18 172:8
174:8 240:13
245:19 246:5,7
287:18 288:16
**days** 87:1,4 110:19
177:1 260:18
**day-to-day** 68:4

129:17 137:16
de 2:18 3:21 4:3,8
4:11 5:9,10,10
5:13 6:19,19,19
17:17 77:21
80:12,22 87:2,8
87:17 89:7,16
93:12 96:17
110:2,21 111:19
115:15 121:14
126:13 127:19
156:20 174:10
174:13,13
186:12 189:10
239:1 252:21,21
252:22 280:17
**deadline** 213:15
213:16
**deal** 58:17,18
129:14,19,20
191:12
**dealt** 207:15
**dear** 70:21 217:15
284:15
**DeBregeas** 4:13
4:18 5:5,7 77:10
89:3,8 96:17
101:12 108:8
114:13 115:2
116:6,17 117:9
121:14 130:20
131:3,4 166:13
167:6 169:12,15
170:10,21 171:2
172:9 173:1
276:20,22 277:1
277:7,23 278:4,9
280:17 285:15
285:17
**debriefed** 109:9
110:9 152:13
187:2
**debriefing** 110:11
110:16 111:8
113:18
**deceased** 79:15
**December** 80:13
80:21 81:14
84:22 85:9,14
86:22 87:13,20
88:18,24 96:10
96:18,22 99:1,20

103:16 104:5,17
251:1,3,15,24
**decide** 196:15
**decided** 191:7
207:7 219:9
**decision** 17:16
18:5,13 19:11,19
19:22 124:22
188:22 189:2,4,5
189:14 190:5,16
190:17 193:1,7
193:23 194:3,18
194:24 196:19
196:23 197:1,4
216:11 222:20
262:4 271:12
275:21 276:6
**decisions** 17:16
20:18 27:11,17
29:3 194:23
195:21 222:12
**declaration** 3:8
10:23 11:4 12:9
13:7,10,18 14:5
14:6,17 16:3
17:2 27:9 29:12
31:20 34:13,16
39:10,12,19 41:2
41:8 51:10 56:19
57:21 66:22
73:24 120:15
136:9,15,21
137:12 138:3,9
138:22 147:15
149:12 161:21
**declared** 47:21
**Defendant** 1:10
2:9 13:11
**Defendants** 7:10
**define** 90:7 101:19
122:24
**defined** 101:15
198:5
**defining** 58:20
**definitely** 152:19
**definition** 91:24
**degree** 61:15
176:23
**Delaware** 1:2 7:11
231:7 232:21
239:3
**delegado** 35:3,10

35:14,24 36:3,10
36:14 38:6,18,23
40:3,10,16 68:7
195:8
**delegate** 36:5
**delegated** 38:5
**delegating** 38:6,22
38:23
**delegation** 34:22
35:1 86:16
**delivered** 104:2
243:15 263:9
**delivery** 58:16
72:21 76:23 94:4
163:3,7 168:1,3
180:21 207:12
218:18 241:5
242:8 243:18
271:23 279:21
282:9
**delivery-based**
258:12
**demand** 95:8 96:2
96:8
**Denube** 156:19
157:3
**department** 88:9
256:9 260:8
**departure** 87:19
135:6
**depend** 50:14
**dependent** 41:4
51:10,15
**depends** 72:17
**deponent** 7:3
**deposition** 1:13
7:6,12,16,18 9:3
9:14 11:21 43:18
59:14 61:1 78:19
92:17,22 166:1,7
226:4 228:9,15
286:19,20
288:10,11
**DeRoche** 70:20
71:2,3
**describe** 40:9 46:6
58:2 67:22 68:10
74:23 122:23
123:3 126:23
183:7
**describing** 60:11
94:3

description 3:7
  4:2 5:2 6:2 39:13
  123:18 124:3
designate 93:8
designated 30:20
designation 204:1
designed 244:10
  244:12
detail 50:20 142:9
  183:3
details 13:3,4
  108:16 162:13
  163:7 180:20
  239:11
determine 32:12
develop 90:3,4
  103:3,21 164:11
  218:6
developed 41:9,14
  219:9
developing 15:22
development
  53:10 90:11
  103:5 185:2
  217:16,20 218:1
  218:3,6,8,20
  219:1,5,6 235:4
  235:14 236:24
  237:8 266:14
developmental
  218:13,15,16
diaries 109:18
  112:11 114:8
  151:8 202:24
  223:17 226:3
  227:9
diary 4:7,9,10,20
  4:22 5:3,17,21
  5:22 6:5,6,18
  109:10 112:6
  114:3 140:10,13
  151:5 155:24
  156:4,10,11
  202:13,18 208:8
  208:10,13,14
  211:3,8 219:15
  219:19 223:13
  226:5 250:20
differ 270:16
difference 59:1
  178:12 193:12
differences 127:2

different 60:12
  68:23 74:2 121:7
  138:7 160:18
  173:20 179:6
  185:23 194:20
  194:21 197:24
  232:2 233:4,5
  238:14 268:1,1,2
  269:21 270:11
  279:3 280:6
  283:5,6
difficult 37:10
  54:6 199:17
Diplomate 1:18
  288:5,19
direct 22:7 147:12
  150:9 244:2
  273:20 274:8
  275:4 276:9
directed 25:6
directing 210:22
  274:11
direction 243:13
  257:17
directly 37:8 88:7
  88:13 120:7
  150:4 169:13
  170:1 230:8
  279:2
director 14:12
  35:6 57:21 91:16
  277:18,21
  285:24 286:1,3
directors 3:10,12
  3:16,23 4:15 6:9
  20:24 21:7,14
  22:23 23:15,22
  24:2,17 28:3,9
  28:18 29:15
  30:14,19,24 31:2
  31:11,21 32:2,6
  32:20 34:23 35:2
  36:9 38:21 42:12
  73:8,13,19 85:8
  122:7 205:22,24
  206:1,12,13
  230:16 231:8
  268:13 270:13
dirty 180:8
disagree 195:17
disagreements
  130:12

disapprove 28:22
disclosable 205:4
disclose 27:19
  28:2 40:2 51:21
  59:22
disclosure 3:20
  93:13
disclosures 12:2
discovery 59:14
  63:22
discretion 270:19
discuss 43:19
  49:12 88:9
  103:16 114:18
  114:23 115:1
  116:6 134:16
  149:5 182:21
  196:15 215:18
  230:5 234:6
  264:5 282:8
discussed 81:3
  102:10 140:22
  149:9 176:9
  181:18 193:16
  194:13,14
  206:17,20
discusses 25:10
  149:12
discussing 93:18
  93:22 100:19
  147:1 150:14
  161:2 176:22
  181:4 182:13
  186:6,24 187:1
  193:23 194:2
  222:7 234:6,8
  256:24
discussion 83:18
  86:8 101:6 126:3
  134:14,19
  135:12 141:12
  142:4 175:10
  184:14 228:12
  238:12 280:13
  280:14 281:4,19
  281:20 282:1
  284:15
discussions 13:24
  73:5 80:9 91:16
  96:16 103:18
  108:13 121:13
  122:2 130:10

164:22 176:11
  177:4,14,17
  182:1 184:1
  186:22 234:22
  268:2 272:18
  276:21 279:20
  283:2
dismiss 13:8,12
dispute 130:12
  176:16
distinct 13:20
  74:24 179:10
  181:12 242:22
distinction 59:4
  280:4 281:9
distinguishment
  36:11
distributed 206:12
distribution
  123:23 184:19
  255:3
District 1:1,2 7:10
  7:11
division 57:9
divisions 53:6 55:1
  55:4 57:11
DMF 210:9
documentation
  43:15
documents 44:11
  50:2,22 73:16
  80:11 92:7
  105:14 125:17
  141:4 161:19
  166:11 171:7
  174:6 177:15,21
  228:20 236:1
  240:4
Dodge 1:21 2:10
  7:19
doing 53:14 82:5,6
  91:7 95:5 123:5
  128:4 178:10
  195:14 220:9,14
  220:17 230:7,11
  248:22 261:13
  269:22
dollars 41:19 43:1
dosage 94:24
  95:14
dossiers 261:4,10
  261:14,20 262:1

262:9
doubt 86:10
dozen 228:20
Dr 27:5 116:1,2
  129:13,15
draft 4:5 5:24 90:2
  92:3 101:10
  107:3,19,23
  110:2,14 120:24
  151:15 152:22
  164:17 165:6,18
  168:12 214:11
  214:23 215:18
  229:7 269:23
  274:8 277:17
  284:17,24
drafted 73:17
  244:14 266:21
  274:1
drafting 273:21
drafts 109:4 117:2
  152:9 244:17
dramatically 63:4
draw 139:23
  165:13 194:9
drink 9:22
driver's 7:2
drug 58:16 72:21
  94:3 163:3,6
  168:1,3 180:21
  207:12 210:10
  210:12 218:18
  241:4 242:8
  243:18 244:1
  258:11 271:23
  279:21 282:9
drugs 76:20,23
  123:24 272:1,7
  282:8
Dubois 4:16,21
  77:15 125:4
  135:18,20 139:8
  140:3 143:19
  144:8 147:2
  148:18 149:5
  156:19,23
  280:24 281:2,14
due 46:1 207:4
  271:5 272:24
duly 8:9 288:10
duties 10:16 40:9
  55:17 58:2,20

Page 296

59:2 67:20 68:10
Dwight 7:23
D.C 2:6

**E**

e 2:13 3:1,6 4:1
5:1 6:1 7:1,1
12:21,21 34:1
35:14,14,15,15
71:9 207:3 250:8
263:13 270:24
271:4 287:1,1
earlier 27:10
96:15 136:20
164:21 212:21
233:23 234:16
249:14
earliest 190:11
191:3
early 65:15 81:4
97:12 102:10
132:24 155:7
168:15 187:21
188:4 190:11
207:9 213:9,13
easier 150:6
171:11,19 172:2
178:13
easiest 67:22
easily 243:24
easy 144:24 280:4
economical 145:3
economically
145:20
edit 245:8
edits 53:24
education 143:10
Edwards 1:20
2:10 7:19
effect 193:18
effectively 33:17
64:8
effort 235:1 262:2
efforts 100:7
eight 66:3
either 27:4 70:22
74:4 77:8 85:6
87:22 89:7
100:17 142:17
170:14 185:16
186:21 212:4
226:6 267:3

274:13 276:8
277:6
elect 31:1
elected 30:5 32:18
elections 29:24
elects 29:14 30:14
31:21 32:1
elevated 19:2
eliminate 185:9,10
eliminating
184:17 209:16
elimination
184:20
employ 100:7
employed 8:20
59:9
employee 17:10,14
18:10,10 23:9
employees 17:5,6
20:18,19 23:16
24:19 25:19 26:3
27:11,12,16,18
28:10,11,20 29:2
29:3 31:17,18
65:2,6,9,21 66:1
66:5,17,24
235:21 266:1,1,3
employment 17:5
20:18 27:11,17
29:2
enact 146:17
enacted 146:15
enclose 117:13
encloses 214:23
enclosure 5:8
117:12 171:4
encompasses 44:9
encountered 140:6
encountering
126:21
encouraging
184:4,6
endorsed 177:2
engaged 101:9
122:24 123:22
English 78:21 79:9
79:22 80:2,5,7
108:3,19,20
117:19 125:22
137:18 157:19
253:4 254:5
273:9

enhancement
76:19 271:24
272:6 283:4
ensure 98:3
100:15
enter 88:22 100:8
100:14 161:10
161:10
entered 246:15
264:8
enterprise 58:21
enters 246:9
entire 38:14 39:6
66:7 162:7
entirety 25:4
44:24
entities 48:3 84:13
85:6 235:12
entity 64:13
115:23
entity's 47:7,10
50:9
entries 5:22 211:3
226:6,10
entry 4:7,9,10,20
4:22 5:3,17,21
6:5,6,18 109:10
112:6 114:3
140:10 151:5
155:24 202:13
208:10 211:12
219:15 223:13
250:20 274:22
entryway 53:2
EP 3:14 36:24
118:11
EP002866 3:14
36:24
equal 259:20
equals 142:16
equipment 186:19
186:23
equivalent 23:3,4
error 15:16
erythromycin
81:18 83:14 90:5
90:15 95:15
102:5 104:22
Espana 239:2
especially 266:15
Esquire 2:7,13,20
2:21 7:15,17

essence 88:15
essentially 68:11
113:17 127:9,21
134:5 148:13
167:8 184:15
229:3 250:6
268:12
establish 91:3
102:1,3 158:16
231:6 232:21
established 118:8
141:8
Estate 56:9
Esteve 33:6
estimate 61:15
62:11 258:24
259:8
et 4:16 5:19 6:12
6:16,23 125:4
147:7 153:4
205:12 234:9
235:8 247:9
262:17
ethical 123:23
Ethypharm's
103:6 128:10,18
153:23 167:1
246:2 263:13
Ethypharm-exp...
212:17
EU 219:2
euro 48:17
Europe 58:18
72:15 146:17
168:3 200:17,19
217:18 241:6
242:9 269:9
277:12
European 56:1,2
238:6
euros 44:2,14 48:9
48:21 49:2,8
256:7,11,15
259:18 260:4
Eva 259:14
event 25:4 113:2,6
126:18,24
143:23 144:2
180:15 191:15
205:4 227:5,10
events 157:23
208:14

everybody 251:21
251:24
evidence 40:19
51:24 232:1
evolved 58:6,19
exact 19:4 65:12
87:22 106:18
189:16 199:8
256:3,8 258:10
exactly 26:5 39:1
45:4 46:5,16
110:8 136:12
145:1 154:19
215:11 233:2
**EXAMINATION**
8:14 265:9
example 61:18
71:22 147:22
149:22 191:4
235:10 259:19
280:16,20 281:1
281:22 282:10
282:12
examples 74:9
exception 287:7
exceptions 9:19
exchange 59:21
165:2 235:2
256:18
exchanged 151:15
Exclusivity 152:1
Excuse 160:23
222:22
executed 11:14
175:17,18
executive 14:12
34:5 36:13 48:24
55:19 68:12
277:18,21
285:23 286:1,3
executives 50:14
exhibits 105:14
136:7 177:13
234:17
exist 135:4
existing 95:7 96:4
124:22 148:2
161:14
exists 238:20
expand 55:22 68:2
81:16 94:9,16,22
167:18 183:20

185:6,9,10
expanded 58:16
expanding 95:6
  163:4
expansion 42:6
  91:19
expected 110:15
expenses 44:19
  70:6,10 184:18
expertise 51:3
  243:18
experts 146:18
  162:19
expire 212:22
  213:5 275:5
explain 73:15 95:3
  167:9 171:7
  184:22 237:6,10
explained 27:23
  175:20
explaining 176:24
explanation
  143:11 237:14
explicitly 276:8
exploration
  262:15
explored 261:12
exploring 183:21
  238:10
express 74:2
  184:12 195:19
expressed 127:20
expresses 173:1,3
expression 98:24
  113:21 128:11
  224:20 225:9
extended 95:16,18
extending 49:7
extends 49:1
extension 51:13,18
  96:7
extent 13:21 34:21
  38:8 279:7
extremely 132:19
eyes 171:13
e-mail 5:15,19
  6:12,16,21,22
  197:6 205:12
  206:10 234:9
  247:9,16,18
  260:10,14,19
  262:17 263:2

**F**

F 2:4 287:1
**Fabricacion** 5:9
  174:10
facilities 90:21
  91:5 100:21
  103:6 135:7
  266:5
facility 42:6
  101:20 141:23
  142:1
facsimile 134:11
fact 24:24 30:17
  31:4 68:6 105:12
  135:12 137:10
  137:11 138:16
  138:21 155:16
  163:9 166:22
  181:5 183:13
  184:16 191:16
  192:20 196:18
  202:1 227:1
  229:15 264:7
factory 115:7
facts 12:24 14:2,3
  40:18 51:23
factual 280:20
  281:22
fair 13:17 14:24
  64:18 65:3 80:20
  84:19 98:23
  103:12 126:14
  138:12,14
  158:14 172:19
  178:22 179:12
  207:22 213:12
  224:7 226:20
  243:4,6
faith 91:22 98:3
fall 234:21
false 31:22
falsely 10:10
familiar 45:11,15
  98:17 142:20
  153:22 187:16
  225:13
far 91:23 92:2,6
  171:6
fashion 179:18
favor 48:2,11
fax 4:3,8,11,13,16
  4:18,23 5:4,7,12

5:23 6:3,7,10
  89:16 110:21
  115:15 116:17
  125:4 126:12
  130:20 131:24
  132:5 154:5
  166:21 168:21
  169:6,11 182:9
  182:15,21 186:7
  214:10 216:24
  218:21 228:16
  229:2 233:13,19
  233:20
faxed 172:9
faxes 233:24
February 36:1
  75:19 140:10
  143:7 144:9
  150:22 203:5
  205:11 207:9
  213:22 272:13
Federal 1:16
fee 255:7 267:11
feel 38:16 39:18
  40:1,8 73:2
  195:1,23,24
  235:18 243:5
  245:7 261:24
feels 25:5
fees 44:18 46:2,12
  255:3,9,15,17,20
  255:21 267:8,9
  267:12,13
fell 269:11
felt 19:16 101:7
  128:3 138:20,23
  190:8 195:11
  197:4 270:14
Fernando 79:13
fifteen 24:19
  25:19 26:6,7
  28:10
fifth 102:23
  269:17
figurative 67:23
figure 160:2
figures 193:19
file 29:22,24
  188:23 203:11
  203:22 210:10
  210:12 224:16
  225:24 243:14

244:2 261:10,16
  262:2,6 269:23
filed 179:2 205:3
  232:8,17,18
  235:9,22 241:2,8
  250:14 261:7
  263:8 269:21
files 12:2 210:15
  240:22 241:12
  241:15 242:19
filing 223:12
  232:4 240:11
  243:8 244:8,22
  261:5,21 269:8
filings 261:16
  262:12
filled 114:21
filling 143:10
  152:20
final 110:2,14
finance 41:11
  50:17
find 146:13 171:9
  171:19 284:16
finding 143:16
fine 2:7 8:1 36:19
  124:1 178:8
  187:7
fingers 268:4,6,7
finish 165:11
finished 58:9
  90:17 207:17
fire 17:17 20:14
  87:17
fired 27:21
firm 7:18 8:5
  128:3
first 13:5 14:10
  21:11,19 22:8
  37:12,21 47:5,19
  52:3 53:17 56:23
  70:20 71:8 75:20
  75:21 81:12
  90:23 91:3 93:3
  93:3 97:14 108:6
  118:4,9,10,16
  119:4 136:8
  151:21 157:5,22
  171:19,24
  172:16,24 173:2
  179:8,9,11
  182:14 183:5

206:9 211:6
  241:11 242:6
  267:21 269:17
  273:20 279:5
  284:14 285:13
fit 199:15
**Fitzgibbons** 5:16
  5:19 6:16,23
  197:7,15 205:13
  247:10 262:18
  270:11
five 89:13 155:6
  185:7 224:17
  225:8 249:15
  264:19,20
fix 189:8
fixed 112:21
flights 70:8
**Florida** 251:15
  252:3
focus 58:6,23
  67:24 180:20
follow 225:4,12
  269:20
followed 29:20
  148:13
following 48:2
  210:14,18,20,21
  217:21
follows 8:12
font 98:17
food 70:7 237:19
foregoing 287:3
  288:13
forever 286:15
forgave 44:24
form 90:4 154:5
formal 71:13
  175:24 193:20
  196:14 264:11
formality 73:14
formed 238:24
  239:4,5
forms 94:24 95:14
formulas 223:4
formulation
  159:14 160:13
  161:6,7 164:4,6
  164:7,8,10,11
  185:15,15,16,17
  185:20,22
  194:21 207:16

Page 298

**217:23 224:15**
**formulations**
88:13 95:17
204:24
**forth** 10:17 92:4,7
115:4 117:3
150:9 152:10
227:12 238:21
288:10
**forward** 193:4
207:21 224:22
**for-discussion**
236:14
**foundation** 49:17
158:15,16
**four** 33:5 87:4
181:22 182:7
221:5,7,8,9,11
243:8,14 244:8
244:22 258:8,13
258:21 259:1,12
274:15
**fourth** 101:23,24
269:17
**frame** 17:23 96:9
96:15 100:9
110:7 154:4
176:20 187:17
189:9
**framework** 93:18
147:7 161:13
**France** 1:4 7:8,24
58:14 77:10,13
77:16,19 81:13
90:20 91:4,10,12
91:13 96:22
124:1 131:16
135:17 156:23
177:15,17
181:23 272:4
276:18
**frankly** 49:19
**free** 25:11,13
**French** 118:6
**frequent** 270:14
**frequently** 138:1
164:22
**Friday** 5:18
202:14 203:5
**front** 36:16 105:2
141:2 263:3
**frustration** 128:11

**fulfill** 95:8 96:2
**full** 8:15 169:7
207:4 271:5
272:24
**function** 185:2
**funding** 41:4,21
51:11,15,19
**funds** 41:11 49:4
**furniture** 179:17
**further** 25:13 94:9
103:20,20 116:6
139:18 220:21
264:17 278:15
283:16 284:15
286:14 287:4
**future** 93:19
134:15 151:18
151:23 160:9
161:8 217:18
238:9
———————
**G**
**G** 7:1 35:15
207:14 248:4,11
248:12 268:19
274:12
**GAAP** 266:19
**Galenic** 88:9
**Garcia-Palencia**
2:21 8:4
**Geez** 179:24
**gel** 257:20
**general** 17:9,12,17
18:6,14 19:17
20:10,24 27:4,6
27:21 28:4,5,9
28:12,13,15,17
28:18 39:21
50:22 55:9 62:11
74:20 77:15,18
77:21 78:11,16
78:24 87:17
91:17 96:14
106:21 108:14
108:14 120:19
127:4,6 131:11
131:11 147:19
148:11 149:6
170:5 216:2
267:6
**generalized**
121:20

**generally** 16:19,22
70:8 74:3 77:3
121:13
**generate** 197:21
218:2
**generated** 193:11
219:6
**generic** 52:20
123:4 224:14
261:16 262:12
**generically** 262:3
**generics** 261:10
**gentlemen** 158:18
178:21
**Gerard** 77:12
185:24 284:3
**Germain** 5:12
77:18 179:4
182:9,16 186:7
186:10
**Germain's** 179:14
179:15
**getting** 70:24
108:15 143:10
248:14 261:8
283:23
**give** 8:15 12:5
20:2 39:20 46:21
50:19 53:11 60:7
60:17 61:15
70:17 72:7,14,15
72:16 85:5
109:13 143:11
144:6 148:8
149:1 154:3
178:23 182:12
211:20 234:24
242:2 246:5
276:9 278:21
280:15,19
281:12
**given** 10:6,15
22:24 23:2 26:3
28:9,11 36:8,8,9
37:7 39:6 62:7
62:10 73:3
105:23 106:11
106:11 120:20
120:20 146:3
161:19 171:7,8
172:1 213:9
245:11 279:12

287:4
**gives** 98:12
**giving** 46:9 58:8
106:2,7,16 143:8
171:23 179:15
189:21 216:13
216:18,22 224:8
224:11 275:19
276:14
**Glaxo** 223:19,20
223:21 225:6
**global** 124:7,12,15
153:16,19,20,22
207:21 224:21
**GMP** 127:12
141:12 145:16
146:11,17
**GMPs** 146:14,15
**go** 15:14 20:2
50:16 54:3 56:7
61:13 72:15 80:9
92:12 110:20
114:2 125:18,22
135:22 153:15
159:7 161:1
165:21 167:23
168:13 175:5
180:4,6,10,11
181:14 184:5
193:4 199:13
219:1,24 222:14
227:22,23 251:4
257:14 258:1,17
259:12 283:1
286:15
**goals** 55:21
**goes** 59:17
**going** 10:21,22
14:22 15:18
21:10 31:19
36:21 37:5 43:17
46:21 63:18 64:4
67:6 70:18 75:10
81:13 84:18,21
85:22 94:16
98:22,24 99:23
100:1 101:19
105:19 106:14
107:10 115:4
123:18 124:14
125:12,18 126:2
127:22 128:8,17

136:1 139:1
148:17,24
150:21 154:11
154:21 161:21
168:16 171:1
174:4,5,16,17
175:8 178:18,20
180:7,12 181:5
183:23 187:9
190:22 191:11
192:3,3,16
196:10 202:16
202:16 210:1
213:21 226:1,2,2
226:8 227:4,6,14
228:5 230:2,14
232:11 237:7
245:18 248:19
249:6,8,11 251:7
252:10,17 253:1
255:6 257:17
261:10 263:20
265:3 275:4
**Gonzalez** 18:6,14
19:12,16 22:24
26:22 27:5 78:19
78:24 80:1,2
88:20,21 96:12
96:13,16 108:17
121:17 126:13
127:4,24 128:12
129:1,13,15,18
129:23,24 130:5
130:9 162:11
170:4
**Gonzalez's** 22:17
166:14
**good** 64:5 78:21
80:6 98:3 118:3
127:12 136:5,6
141:24 157:19
159:11,13,14
160:12 161:4
174:23 187:4
195:22 228:3
260:16
**gotten** 114:20
**granted** 24:11
38:12,13 39:4
42:4
**granulation**
209:11

graph 238:1,4
great 58:17,18
GREGORIO 2:20
grew 58:18
grounds 63:20
  133:9
group 122:2
  241:21 245:7
  257:6,7
grow 81:20
growing 194:23
guess 69:14 123:7
  143:21 184:5
guidance 51:4
guide 50:15,16
  51:2 243:20
guiding 39:2
  195:22
gut 143:8
guy 179:23
guys 178:14
Gyurik 259:15

**H**

H 3:6 4:1 5:1 6:1
  8:18 12:21
half 203:19 259:17
  259:20 264:21
  265:1
halfway 211:12
Hampshire 7:2
  58:15
hand 53:9,11 55:6
  107:14 126:7
  208:12 240:2
  277:13 288:16
handed 189:17
  240:4
handle 200:12
  201:15,21
handling 141:14
handwriting
  108:1,3,4,22,24
  109:1,16 112:9
  114:6 117:19
  118:1,6,7,9,19
  118:22 119:2,3,9
  119:15 156:12
  203:3
handwritten
  118:15 219:18
  249:15

handy 281:8
happen 25:24 42:7
  95:22 196:10
  237:7
happened 86:6,11
  139:18 149:4
  251:22
happening 111:9
  244:5 263:17
  264:11
happy 107:15
  175:3 228:19
hard 137:16
  179:16
hat 180:23 225:10
  225:10 280:10
  281:5,16 282:2,4
  282:13,19
  283:10
hate 92:5
head 9:11 60:17
  60:21 97:22
  99:19 166:19
  248:12
headed 5:17
  202:13
headquarters
  14:18 16:20 19:9
  53:1,6 54:8 81:6
  93:5 98:4 105:3
  105:15 131:15
  131:15 133:15
  133:19 219:7
  244:11,12
health 123:21
hear 46:10 107:15
heard 13:4 176:17
heart 9:22
Hebert 12:19
held 7:12,18 12:22
  21:20 35:23
  38:17 39:20 40:2
  67:18 68:22 78:7
  139:12 199:2
  230:21 237:13
Helm 220:1,4,5,14
  220:15,16
help 80:11 108:21
  127:14 130:2,7
  148:15 154:3
  155:8,14,23
  165:13 168:7

185:6 186:13
  197:24 260:2
  267:24 268:4
helped 101:1,2
helping 143:22
  158:1 201:3
  259:3
helps 141:9
hereinbefore
  288:10
hereunto 288:15
Herrera 5:14 6:4
  19:12 20:10,14
  27:1,4 28:16
  33:6,10 34:8,17
  36:7 37:9 38:7
  40:17 54:24 55:3
  55:11 57:10
  79:21,22 137:23
  137:24 162:11
  175:18 176:3,10
  186:12 187:1,2
  189:3,11 190:4
  190:14,15 193:1
  194:5 195:2
  203:17 208:21
  210:14 216:24
  217:7,10,12
  218:1,19 219:10
  219:22 230:6,6
  234:7 246:15
  252:5 256:19,24
  260:23 273:16
  274:8 276:1,6,9
  276:13
Herrera's 34:21
  39:13 80:5
hesitate 38:11
Hey 216:10 251:21
hide 226:14
high 160:2,5
  198:18
higher 65:16,16
  65:16,18
highest 35:19,20
highlights 206:16
  270:20,21
highly 184:16
hire 18:5
hired 18:11 27:21
hires 17:5 20:17
  27:10,16 29:2

hiring 88:6 95:3
historic 180:15
history 167:23
hold 19:21 40:15
  40:21 64:18
  67:13 68:6,18
  73:11 199:1
holding 126:7
  178:7 237:17
honored 168:17
Horvath 5:15
  197:6 198:20,21
  201:12 231:9
  232:20 233:9
  257:10 268:24
  269:1,5,15
hot 198:1
hotel 87:11 140:1
  154:15 155:5
hotels 70:7
hour 227:6 264:21
  264:24
Huntington 1:21
  2:11 7:19
hypothetical
  133:21

**I**

IberForo 2:16 8:5
idea 74:1 113:21
  159:24 184:11
  199:10 213:20
  238:5
ideas 95:20
identification 7:3
  11:1 21:9 23:24
  37:2 42:14 46:20
  52:12 75:9 80:15
  85:11 89:18 97:2
  107:5 109:11
  110:23 112:7
  114:4 115:17
  116:19 122:9
  125:7 130:22
  140:11 144:10
  151:6 154:7
  156:1 168:24
  170:24 171:5
  174:12,15
  182:11 189:13
  197:9 202:15
  205:15 208:11

211:5 214:13
  217:2 219:16
  223:14 228:18
  230:18 233:15
  234:12 239:19
  245:17 247:12
  250:21 252:24
  260:13 262:20
identify 165:3
imagine 145:15
immediately 10:1
  15:23
implemented
  238:14,17
implications 233:5
implicitly 276:9
importance
  254:21
important 10:11
  17:13 27:19 28:1
  28:7 32:2,17
  39:18 40:1,9
  51:20 122:22
  128:22 137:11
  138:17,21,23
impossible 60:18
impression 242:2
improved 145:17
  145:18 209:10
  243:14 263:9
improvement
  185:20
improvements
  193:6
inches 283:22
incident 139:1
  166:10,20
include 58:20
  91:19 108:6
  113:14
included 217:21
includes 153:3
  217:21
including 17:6
  20:19 27:12,18
  29:3 56:17 102:4
  108:10 243:15
  263:9
inconsistent 57:3
  122:17
Incorporated
  277:4 278:7,13

Page 300

286:8
incorrect 102:12
  102:15
increase 23:1,2,6
  25:10 63:1,6
  87:24 88:4 96:8
  167:19
increased 88:4
  96:2,11
increases 23:12
increasing 95:8
  167:12
indefinite 124:13
independently
  52:4 56:20 57:1
  57:13 140:23
  164:11 193:4
  219:9
indicate 105:1
  111:21 158:19
  279:1,16
indicated 261:3
indicates 11:8
  47:5 66:23
  156:17 160:9
  176:1
indicating 94:7
  143:21 277:14
indication 24:9
  109:22 158:18
  158:19 161:13
  212:20 216:19
  220:13 222:19
  226:21
indications 118:15
  159:17
individual 12:18
  59:19 157:1
individuals 203:10
  259:16 279:13
individual's 59:19
inform 28:8 32:17
informal 181:10
information 10:12
  12:6 13:23 59:18
  76:18 142:7
informed 24:10
ingredient 160:22
initial 131:10
  231:7
initially 126:11
  181:15

input 111:22
  112:1,4 243:12
insert 245:9
inserted 113:19
inside 197:17
instance 130:4,15
  230:11
instructing 60:4
insulin 258:11
intellectual 170:11
  231:10 232:11
  232:23,24 233:3
  235:3,7,13
  236:23 237:7
  238:11 250:15
  250:16
intent 4:4 14:1
  97:1,11,15,22
  102:24 103:10
  231:12
intention 100:13
  276:2
interact 200:18
  243:20
interacted 279:2
interaction 149:13
interactions 74:24
intercede 127:21
  280:1
interest 64:19
  105:11 279:22
interested 83:16
interesting 184:21
interests 83:12
  134:1 168:2
  180:22 181:12
  190:9 193:3
  195:23 211:1
intermediary
  200:15
intermediate
  61:11 200:15
internal 274:24
internally 146:13
  262:5
international
  123:21
interpreter 38:13
  38:14 39:2
interrogatories
  175:24 179:2
interrupt 64:3

66:13
interview 166:22
  167:2
intimate 129:15
intranasal 232:17
  258:11
introduce 7:21
  280:18
introduced 140:7
introductions
  53:13
introductory
  52:18 83:21,23
  106:5
inventors 235:21
investor 244:19
invoiced 112:22
involve 134:19
involved 48:20
  74:13 86:14 88:7
  88:14 110:5
  120:8 129:11
  136:22 137:3,15
  137:16 138:6,11
  150:13 151:1
  154:1 162:22
  163:16 192:2,15
  199:21 200:3,8
  200:11 201:2
  206:6 244:18
  248:14 257:10
  273:21
involvement 41:10
  74:4 128:2
involving 85:24
  286:11
in-house 198:22
  269:2
IP 200:12,12
  235:21 236:22
  237:12,16
  248:22
IR 245:6
Ireland 55:23
Irish 238:23
irrelevant 158:13
issue 43:14 49:11
  49:12 50:15 60:3
  70:4 127:10
  129:5,10 130:6
  130:11 141:22
  166:12 169:12

169:16 173:7,15
  186:18 187:19
  194:14 195:18
  196:16 199:18
  233:7 234:18
  240:10,10 257:4
  258:15
issued 60:12
  189:15 205:4
  240:8 263:11
issues 9:24 48:19
  63:21 115:12
  140:22 141:16
  142:21 143:17
  146:11 151:17
  152:9,14,21
  170:6 198:1
  201:16 206:20
  207:14 225:16
  227:17 248:5,19
  258:5 259:3
  268:19 279:8
item 116:16
  145:16 163:24
  164:16 206:24
  212:16 227:19
  249:5 251:3
  256:4 268:18
  271:2,4 275:4
items 5:18 114:18
  114:24 115:1
  201:12 202:5,13
  203:5 204:9
  225:8 249:15
  250:12,13
it'll 198:11

————— J —————
J 35:14 201:12
James 1:13 3:3,8
  7:6 8:9,17 10:23
  13:11 92:18,23
  93:9 131:18
  134:8 166:2,8
  228:10,15
  285:23 286:19
  287:2,19 288:9
January 93:14,15
  96:10,18,22 99:1
  99:20 103:17
  104:6,16 125:5
  126:12 128:7

129:2 130:21
  131:7 136:16
  137:6 249:9
  253:11 260:11
  260:15 262:18
  262:23 263:18
  263:22
Japanese 133:17
Javier 101:10
Jean 70:20 71:2,3
  71:3,6
Jim 53:9,11 55:6
  74:12 201:12,20
  203:15 217:15
Joannesse 5:4 6:7
  6:11 78:4 168:22
  228:16 229:2
  233:13
job 60:10 195:22
John 33:24
Johnson 133:15
  133:15,16,16
joined 197:19,19
joint 90:20 91:3
  100:8 102:3
joking 179:18
Jonathan 2:7 8:1
Jordan 198:20
  233:9 248:4,5,8
  248:22 249:2,8
  249:11 257:10
  268:19,20,23,24
  269:1
journal 274:19
judgment 276:13
July 1:22 7:12
  23:22 24:3 92:16
  92:21 116:18
  117:10 120:9
  165:24 166:6
  219:15,22 222:8
  228:8,14 286:17
  287:4
juncture 128:22
  151:2
June 115:16
  214:11 215:5
  216:21 217:1,7
  229:4,20 233:20
  233:23 284:3
justify 255:2

Page 301

**K**

keep 21:3 130:9
   197:24 198:3
   200:13,13 205:5
   267:23 268:4,6,7
   269:7 270:20
kept 122:1 274:19
key 58:24
kidding 178:15,16
kill 70:18
kilo 159:19
kilogram 159:20
   159:22
kind 147:8
knew 230:1 277:9
   280:2,5
knowledge 16:13
   39:5 86:16
   129:15 149:5
   164:18 214:7
   237:23 240:17
   276:17 288:13
known 277:11
knows 254:11
know-how 108:9
   173:11 232:12
   235:8 253:12
   256:21 257:14
   260:19 265:18
Kristin 2:24 7:14

**L**

L 1:17 35:15 71:9
   288:5,18
label 174:22
Laboratories 32:9
laboratory 259:15
Labs 185:16
lack 113:9 207:4
   271:5 272:24
language 154:12
   165:7
lansoprazole
   76:10,13 82:16
   82:19,20 188:24
   200:10 209:19
   210:4,5,6,16
   217:22 218:9
   222:15 223:3,7
   224:14,15,23
   231:21 232:5,13
   232:15 235:15

240:12 243:2,9
   243:16 244:9
   262:9,10,12
   263:10
large 124:15
   195:19
larger 171:12
largest 27:6 62:1
   157:11,17
late 19:3 95:12
   102:10 132:24
   155:7 262:6
Laura 4:24 79:4
   154:5
law 7:18 8:5 73:18
   226:13
laws 38:10
lawsuit 10:18 13:1
   13:2,8,14 202:19
   203:1 211:10
lawyer 200:20,22
lawyers 110:3,4
   110:15 215:17
   248:14
leading 268:10
leads 114:19
leap 91:22
leave 10:11 162:18
   163:8 199:5,7
leaving 137:12
Leduc 5:23 77:12
   110:18 167:6
   185:24 186:3,10
   214:10,20 215:5
   215:12,24 216:7
   216:18 233:24
   276:19,22,24
   277:7,22 278:4,9
   284:3,24
Leduc's 229:4
left 68:5 199:14
leg 180:5
legal 7:15 20:13
   37:8 38:9
length 245:1
lengthy 39:12,17
letter 3:21 4:4,21
   5:5,13 71:21
   72:1 80:12,21
   83:9 84:11,12
   87:1,8 92:24
   94:1 97:1,11,11

97:15,21 104:17
   104:17 128:6,7
   129:2 131:2,7,10
   132:12 133:14
   133:24 134:2
   136:16 137:6
   144:8,16 150:20
   164:17 165:6
   170:3,18,21
   171:2,9,11,20
   172:1,8,17 173:2
   173:16 189:6,8
   189:10,15,21
   190:1,6 194:16
   196:11 215:24
   216:8 218:20
   229:4,13,14,16
   229:17,20
   239:13,14 263:2
   275:23 284:3,6
   284:24
letterhead 71:22
   72:2 80:24 105:2
   115:22 172:11
letters 71:16,19
   150:8 165:1,2
letting 183:22
let's 14:4,10 15:22
   17:2 21:3 29:11
   52:2,24 54:3
   57:20 61:11
   66:21 73:8 80:9
   92:24 94:5,6,7
   96:24 97:14 99:6
   99:17 100:1
   101:21 102:23
   104:13,18 112:5
   114:2 116:16
   118:3 141:9
   148:20 149:11
   153:14,15 158:2
   159:7 165:21
   168:3,4 170:2,19
   174:3 178:21
   180:2,8 181:14
   197:18 201:8
   202:12 205:10
   206:9 213:19
   215:3 216:23
   219:14 227:23
   241:10 280:15
level 101:5 108:11

146:22 198:15
   201:2 237:13
LEWIS 2:3
library 269:13
license 7:2
licensing 268:3
life 191:13
lifetime 192:11
light 168:17
liked 180:13
limitation 151:18
   151:23
limited 38:7 102:4
   162:21 163:15
line 29:14 41:19
   43:2 56:23 94:20
   105:2 131:20
   134:9 138:8
   142:3 172:16
   222:2 224:5,7
   234:21 287:8
lines 238:18
Liorzou 186:13
liquidated 47:22
list 155:8,16
   162:19 224:17
   250:5,6,12,13
   252:1
listed 63:9 102:6
   164:16 183:4
   202:5 225:8
   269:16 287:7
listen 148:8
listened 148:12
listening 143:16
listing 131:18
litigation 140:14
   156:5
little 67:10,12 74:4
   93:1 96:15 113:3
   144:6 157:9
   178:9 199:3
   211:18 220:20
   222:1 227:7
   270:24
LLP 1:21 2:10
loan 44:3,14,16,18
   44:24 45:18,21
   45:22 46:1
loaned 43:24
loans 47:22 48:4,8

local 131:10,11
location 140:21
locations 179:10
   181:13
logical 235:23
long 12:22 67:18
   71:3,10 89:11
   134:20 180:19
   197:16 199:1
longer 26:23
   198:23 199:3
look 11:7 13:5
   14:4,10 17:2
   21:3 25:8,13
   27:8 29:11,13
   37:15,19,22
   46:24 47:2 51:8
   52:2,13,24 57:20
   75:10 80:17
   85:21 92:24 94:6
   94:8 95:13 98:17
   100:2 101:21
   102:23 103:22
   104:18 112:5
   116:16 118:3
   122:10 136:8
   144:3 149:11
   153:14 156:2
   158:22 170:19
   171:18 174:3,9
   175:4 181:8,9
   198:1 201:8
   202:12 203:24
   206:8,9,24 207:3
   207:14 208:23
   212:16 213:19
   215:3 216:23
   217:3 219:14
   226:9 231:3
   236:2 239:20
   241:10 247:24
   249:7,21 250:4
   250:15 253:5
   261:12
looked 19:18
   64:12 99:7
   120:21 131:7
   140:7 174:20,23
   212:21 221:22
   233:7 239:13
looking 21:11
   55:22,23,23

Page 302

56:19 67:24 68:1
72:20 83:11,20
95:12 103:24
104:13 136:15
136:19 140:23
141:8 142:3
157:22 165:12
183:18,19 208:3
227:18 230:19
238:9 239:23
248:21 259:11
262:6
**looks** 75:18 118:5
**lose** 70:16
**lost** 178:19
**lot** 9:22 25:8,8
194:22 262:7
**low** 198:18
**lower** 65:14
**lowest** 65:24
**ludicrous** 153:2
**Luncheon** 136:2
**lunchtime** 179:24

**M**

**M** 8:18
**machines** 186:20
**Madrid** 2:19
47:17 140:6
**Madrid-CI** 2:17
**main** 13:17 77:12
**maintain** 144:22
145:1 184:19
**maintained**
146:22
**maintaining**
122:21 200:11
**majority** 31:1,11
31:17 32:19
78:16
**making** 91:22
127:15 142:17
142:18,23
143:18 168:18
**manage** 268:9
**managed** 233:4
**management**
44:18 46:2,12
54:11,14 57:11
68:5 88:11 122:2
148:8,14 163:9
197:14,22 198:4

199:16 202:8,9
230:9 255:2,7,9
255:20 267:8,12
**manager** 17:9,12
17:17 18:6,14
19:18 20:10 21:1
27:7,21 28:5,12
28:13,15,17,18
55:9 77:15,18,21
78:16 79:1 87:17
96:14 108:14,14
127:5 131:11,12
148:11 170:5
216:3
**managers** 27:4
74:20 78:12
120:19 127:6
147:20 149:6
**manager's** 28:4,6
39:21
**managing** 255:11
255:15,17,21
**manner** 129:22
250:19
**manufacture**
41:12 88:1 113:1
121:2,9 124:23
139:3 157:11,18
188:9 199:23
214:24 223:2
286:9,12
**manufactured**
173:9,10
**manufacturer**
52:20 123:4
**manufacturing**
4:5 41:9,13
81:17 82:7,7
83:5,17 88:7,12
90:7,15,21 91:5
91:20 94:10,13
94:17 95:9 96:3
105:9 107:3,20
108:10 109:4
110:6 111:3
113:7,14,22
116:11 122:1,19
123:1,22 127:12
128:18 129:16
134:3 141:24
142:9,21 144:22
145:2,24 148:12

152:16 157:4
161:3 162:16
167:20 173:19
176:4 185:3,7
187:15 188:11
188:16 192:12
201:4 212:20
213:4,5 221:13
221:21 222:4,10
266:5,13 271:13
273:5,10,11,22
274:9,12 275:12
275:22 276:10
276:14
**March** 107:20,23
108:11 109:6,10
109:23 110:7
154:6 155:7,7
205:13 207:9,17
208:10,17
212:17,21,22
213:4,6,22
221:12,16
275:12,12
**mark** 10:22 174:5
204:19
**marked** 10:24
21:8 23:23 37:1
37:5 42:13 46:19
52:11 75:8 80:14
85:10 89:17 97:1
107:4 109:10
110:22 112:6
114:3 115:16
116:18 122:8
125:6 130:21
140:10 144:9
151:5 154:6
155:24 168:23
170:23 171:4
174:11,14
182:10 189:12
189:18 197:8
202:14 205:14
208:10 211:4
214:12 217:1
219:15 223:13
228:17 230:17
233:14 234:11
239:18 245:16
247:11 250:20
252:23 260:12

262:19
**market** 103:4,22
167:5
**marketing** 123:23
224:14
**markings** 171:10
**marks** 204:16
**Marques** 2:18
**Massachusetts**
1:20,22 2:12
7:20 288:3,7
**master** 210:10,12
**material** 10:11
159:12,13 160:2
160:17,18 161:5
161:9
**matter** 7:7 99:13
99:15 103:18
155:16 227:14
265:12 288:13
**matters** 88:23
103:16
**mean** 22:5 30:2
31:6 35:18 50:1
50:7 59:5 61:9
63:8 68:15 84:2
119:2 137:15
141:1 160:1
164:5 167:14
171:22 183:8
185:7,12 188:6
205:1 210:4
211:23 220:16
220:24 221:24
222:4 223:6
253:20 254:14
268:7,8
**meaning** 48:4
76:24 95:11 96:4
100:13 144:20
145:2 190:13
241:7,21
**means** 10:6,10
24:15 31:14 35:5
64:8 73:16 74:12
157:20,21
160:11,14
164:13,20
184:23 186:2
206:5 207:11
211:22 220:18
221:18 223:9

254:1,12,13,16
**meant** 19:6 66:20
165:7 175:21
**mechanics** 185:19
**medication** 9:22
**meet** 78:5,6 84:21
87:14 116:6
128:5
**meetings** 30:18
73:11 77:5 78:2
93:24 127:17
179:6 181:13
182:22 183:13
206:18,21,22
270:15 280:16
282:22
**member** 21:23
32:10,13 35:19
35:21 68:11
**members** 22:19
24:10,12 30:4
31:7
**membranes** 76:21
272:7
**memo** 111:21
112:2 236:7
281:8,10
**memories** 143:7
**memory** 66:15
76:2 99:18,24
102:9 106:15,20
110:5,8 126:17
126:24 140:20
141:3,10 143:23
146:8 155:23
157:23 165:14
166:12,15
169:20,21 179:5
179:9 186:9,14
201:24 202:3
203:22 227:11
281:11
**mention** 51:20
167:8
**mentioned** 102:5
167:1,15 269:24
**Mercantile** 47:17
**merging** 181:10
**Messrs** 231:1
**met** 77:9 89:1
110:11,13
135:20 139:24

| | | | | |
|---|---|---|---|---|
| 140:1 147:5,9 | 104:15 125:19 | **mother** 128:12 | 12:18,20 16:14 | **negotiations** 84:15 |
| 148:18 180:24 | 175:23 220:15 | **motion** 13:7,12 | 16:18 47:13 | 88:22 89:6 91:24 |
| **methods** 173:20 | 251:5 253:6 | **move** 18:13 | 70:17,20,21 71:8 | 100:8 108:7,13 |
| **MHB** 145:3,4,9,10 | **minutes** 3:10,12 | 207:20 224:22 | 78:3 81:4 85:18 | 110:6 111:1 |
| 148:6 | 3:16,24 4:15 6:9 | 226:24 | 108:6 140:8 | 116:7 120:13 |
| **Michael** 49:13 | 21:8,13,15 23:22 | **moved** 18:11 | 144:18 155:17 | 122:12 129:21 |
| 54:19 233:10 | 24:2 25:9 42:13 | 58:14 | 155:20 167:1,8 | 151:1 207:4,8,11 |
| **microcapsulizat...** | 42:15 64:5 85:9 | **moving** 201:5 | 167:15 168:10 | 216:12 271:4 |
| 76:12 | 85:13 86:12,12 | **Murphy** 1:13 3:3 | 168:18 212:14 | 272:23 273:1 |
| **microgranulated** | 86:21 89:14 | 3:8,22 4:3,8,12 | 225:1,2 | **never** 9:4 36:11 |
| 82:9 90:9 124:24 | 122:8 123:10,19 | 4:13,17,19,21 | **named** 277:18 | 64:12,15 68:21 |
| **microgranulation** | 227:14 230:17 | 5:6,7,12,19,23 | **names** 154:14 | 71:21 82:19 |
| 81:18 82:10,12 | 230:21 264:20 | 6:3,7,10,16,21 | 155:3,8 156:18 | 91:23 92:1,3 |
| 82:13,21 83:1,2 | **mis** 93:21 | 7:7 8:9,15,17 | 156:18 | 101:14 121:1 |
| 83:5,17 151:18 | **mischaracteriza...** | 10:23 13:11 | **nations** 219:3 | 167:1 218:15 |
| 151:23 | 39:23 45:13 | 24:10 25:8 27:15 | **nature** 58:21 77:2 | 237:13 238:11 |
| **Micropellets** | 64:22 259:6 | 30:17 31:24 38:5 | 123:5 125:17 | 238:12,13 |
| 209:10 | **misleading** 29:1 | 38:22 41:17 | **near** 217:18 | 251:22 |
| **microtablet** 209:2 | **missing** 169:2 | 43:20,24 46:3,9 | **necessarily** 31:8 | **new** 7:2 48:1 |
| 209:3 | **misspelling** 155:19 | 64:7 67:10 74:13 | 254:12 | 58:15 94:24,24 |
| **middle** 74:11,16 | **misspoke** 67:3 | 80:13 85:23 | **necessary** 41:12 | 95:5,13,14,15,16 |
| 85:22 102:23 | **mistake** 37:17 | 89:16 92:18,23 | 43:4,20 215:17 | 153:6 161:8,13 |
| 147:16 | 183:10 255:19 | 92:24 93:9 | 231:12 | 161:16 164:10 |
| **midway** 24:9 | **misunderstanding** | 107:14 110:21 | **necessity** 243:21 | 167:21 185:16 |
| 137:1 | 15:21 | 115:15,21 | **need** 9:9 25:5 | 185:20,21 193:6 |
| **Mike** 33:10 42:5 | **modification** | 116:17 125:5,8 | 43:17 121:22 | 207:15 209:10 |
| 43:9 49:23 50:16 | 148:1 161:14 | 130:20 131:18 | 153:12 195:2 | 210:1 222:15 |
| 196:12 203:12 | **modifications** | 134:8 136:5 | 203:20 209:22 | 223:1,6,12 |
| 211:15,24,24 | 117:14,18 | 140:12 144:8 | 210:1,6,9 227:17 | 240:22 241:8,12 |
| 212:7,8 213:1 | **moment** 36:15,18 | 154:14 155:18 | 229:23 252:10 | 241:15 242:19 |
| 223:23 239:10 | 37:18 84:7 | 165:12 166:2,8,9 | 256:14 264:19 | 243:2,9,14 246:8 |
| 244:18 253:18 | 265:17 278:21 | 170:22 171:3,6 | 266:11 | 247:24 263:8 |
| 257:3 275:3 | 281:15,24 283:9 | 182:9 187:13 | **needed** 42:6 138:1 | 268:15 282:8 |
| **million** 13:14 44:1 | **moments** 226:7 | 201:13 205:12 | 210:13 | **news** 216:22 229:9 |
| 44:14,15,20 45:7 | 270:17 | 205:16 213:20 | **needs** 43:10 198:6 | 243:1 |
| 45:18 46:14 48:9 | **money** 44:18 46:1 | 214:10 216:24 | 198:12,13 | **newspaper** 166:23 |
| 48:17,21 49:1,7 | 153:1 178:19 | 226:8 228:10,15 | 227:11 266:17 | 251:21,23 |
| 51:14,14,19 | 259:23 267:14 | 228:16,19 231:8 | **negotiate** 85:1,5 | **nice** 180:17 181:2 |
| 112:23 142:15 | **month** 113:2,9 | 233:13,16 247:9 | 85:24 86:2 148:7 | 251:21,23 |
| 220:21,24 | 190:24 191:1 | 253:1 260:10 | 162:17,18 | **nod** 9:10 |
| 259:17,21 | 198:8,8,8 258:20 | 264:18 265:10 | **negotiated** 74:18 | **Non** 3:20 |
| **mind** 70:21 107:1 | 258:23 259:2 | 285:23 286:6,19 | 87:19 120:17 | **noncompete** |
| 158:4 165:13 | **monthly** 112:21 | 287:2,19 288:9 | 147:18,23 | 164:17 165:6,18 |
| 179:7 189:9 | 146:21 147:6 | **Murphy's** 22:17 | 175:18 176:13 | **nondisclosure** |
| **mindful** 15:19 | **months** 113:10 | 226:3 | **negotiates** 216:2 | 76:15 271:20 |
| **minds** 133:10 | 145:24 146:23 | **mutual** 100:14 | **negotiating** 74:6 | 272:12 |
| 214:3 | 147:5 149:2 | **Myers** 225:7 | 91:9,11,13,23 | **nonrenewal** |
| **mine** 117:22 118:2 | 150:14,18,22 | | 129:11 143:13 | 226:19 276:10 |
| 119:19,21,23 | 191:1 196:19 | **N** | 147:1 162:15 | 276:14 |
| 120:3,5 | 221:5,7,8,9,11 | N 3:1 7:1 35:14,15 | **negotiation** 91:18 | **Non-Disclosure** |
| **minimum** 113:8 | 274:15 275:10 | 165:1 | 92:6 101:11 | 75:7 |
| **minute** 92:11 | 275:14 | **name** 7:14 8:15 | 120:8 135:9 | **normal** 106:19 |
| | | | | **normally** 86:13 |

Page 304

119:3
Nos 3:13 36:23
Notary 1:19 288:6
notation 111:6
112:14 113:13
212:12
note 39:19 43:13
noted 7:4
notes 47:19 114:16
140:16,18 141:1
141:2,4 142:24
143:16 144:4
145:8,11,14
151:11 152:23
163:17 202:9,10
203:11,19,20
210:7 211:8
212:7 213:14
219:18 225:3,12
225:19,22 226:4
226:12 249:15
251:20 288:12
nothing's 198:9
notice 187:14
189:21 196:11
212:18,24 213:8
213:8,15,16
216:14 221:5,7
224:8,11 225:1
235:1 236:10,21
240:13 246:5
264:12 274:13
275:5,11,19
276:9,14
notified 175:19
190:7,14
notifying 110:18
noting 213:12
November 11:15
21:7,20 34:12
65:6 66:22 89:17
187:13 189:6,7
189:11 190:1,11
193:24 194:15
196:10,20 197:7
201:17,22 202:1
202:4 221:4,9
239:14,17 240:8
245:20 247:10
247:15,19 248:2
250:8 263:11
264:8

numbers 65:13,20
NW 2:4

O

O 7:1 34:2,3 35:14
35:14,15,15
object 133:8 226:2
231:23
objection 13:21
29:6 31:16 32:7
32:14,21 38:8
39:16,22 40:5,11
40:18,23 43:23
45:12,12,20
48:13 49:6,6,16
50:5,24 51:17,23
57:5,14,16 59:13
59:14,16,17,23
59:24 62:4,4
63:18,19 64:21
84:17,20 93:21
97:24 101:18
103:13 105:17
106:23 121:16
121:18 122:15
124:11 132:15
133:21 153:18
153:18 162:4
166:24 173:14
177:22 194:24
196:21 207:23
210:17 213:24
216:16 220:11
222:11 238:2
244:3 246:12
247:6 248:17
255:16 256:13
256:17 259:4
264:2 268:10
270:8
objective 122:13
146:3
objectives 122:18
147:5,9
obtain 135:3
obviously 80:19
125:13 126:10
131:22
occasion 15:12
83:11 106:4
179:4 259:9,10
occasions 72:14

89:2 125:11
167:24 186:17
occupancy 100:20
occur 94:4 113:9
251:19
occurred 24:24
89:7 94:5 166:10
October 42:12,16
122:7 123:12,19
182:10,18 186:4
186:7 190:10
234:23 235:14
236:7 238:6
offer 25:3 175:1
office 132:6
179:13,14
180:18 184:18
185:9 226:13
officer 12:13
14:12 49:1 279:9
279:18 282:20
283:12
officers 31:2,11
32:20 77:12
231:5,11
offices 1:20
153:24 159:1
183:24 184:24
official 10:15 34:4
47:16 49:15
85:17 99:19
Oh 70:21 79:21
97:8 190:17
194:8 199:8
211:20 221:8
272:9 283:2
Omeprazole/La...
56:9
once 9:13 73:22
205:3
once-a-year 73:21
one's 172:2
open 42:5 43:9
opened 42:10
opening 42:24
operate 57:13
231:9 232:22
operates 52:4
56:20 57:1
operation 13:20
134:24 183:14
183:22,23

216:11 247:21
268:5,6,8
operational 20:3
68:3 201:2 206:3
206:11,20
210:14,18 218:3
218:17 224:21
224:21
operations 34:18
53:5,5 57:9 74:5
74:14 88:15
136:23 137:3,14
137:15,17 138:7
138:11,14 206:5
206:17 207:14
212:2 262:22
263:7 266:12
270:3,5,6,7,10
operations/staff
206:22
opinion 195:19
261:20
opportunities
81:16 163:5
181:7 185:14
opportunity 25:3
47:1 116:5 163:2
183:18,20,21
226:9
opposed 149:7
option 129:9
215:23
options 23:16
24:12,20 25:18
26:3 60:12,13,15
60:15 61:6 69:14
170:2
oral 94:24 95:14
243:18
orally 243:15
263:9
order 22:9 147:9
195:2 275:11
283:20,23
orderly 135:6
orders 113:7,9
ordinary 21:17
organic 164:7
185:14,20
207:16 222:16
223:3,7
organization

58:10 122:21
244:20
organizations
134:16 163:5
organize 201:3
229:10
organized 267:24
orphan 123:24
OTC 52:20,22
ought 113:22
181:8,9 252:14
outside 200:16
overarching
101:15 124:7,12
overdue 134:20
overhead 44:19
183:17 184:20
185:10 266:16
overheads 255:3
oversight 185:2
248:6 249:2
268:20 269:5
owned 64:15
90:24 231:7
232:15,16,21
233:4 235:6
239:2 240:24
241:3,7 242:10
242:15
owners 276:18
ownership 166:15
owning 64:17
owns 232:14
235:13

P

P 7:1 8:18
page 3:2,7 4:2 5:2
6:2 11:7,11,11
13:5 16:5 21:11
21:19 22:7 24:8
24:9,18 42:22
52:24 53:4 54:3
54:11 56:7,22
75:20 76:4 85:21
93:4 109:18
114:8 118:4,9,10
118:11,16,19
119:4,6,8,11,17
134:17 136:24
137:1 140:13
143:5 147:16