151:8 155:4
157:22 158:6
159:7,8 160:16
160:16 161:1
169:6 201:8
203:19 208:23
211:13 215:3,7,8
222:14 224:13
230:19 231:4
236:2,18,19
237:9,15 238:21
267:17 285:9,10
287:8
**pages** 53:21,22
156:3 225:1
**paid** 70:9 267:8
**PAINS** 287:20
**Palmer** 1:21 2:10
7:19
**paper** 237:22
**papers** 264:20
**paper-clip** 174:17
**Paracetamol**
223:24
**paragraph** 11:7
14:10 16:5 17:2
17:3,4 20:17
22:8 27:8 29:13
31:20 34:15
38:15 39:7,10,11
41:1,7 47:5,19
51:9 52:3 56:23
57:20 65:5 74:10
74:11,16 75:1
76:14 81:11,12
83:13 85:22
90:23 94:8,24
100:12,18
101:21 102:23
108:6 111:23
113:4 120:16
137:1,2 138:2,4
144:19 146:6
147:16 149:11
149:12 161:22
162:8 185:12
215:16 242:7
274:12 278:19
278:21,22 279:1
**paragraphs** 37:12
38:2
**pardon** 144:22

238:16
**parent** 85:4 211:1
267:8 277:15
**parentheses** 14:13
47:22 159:15
**parents** 235:12
**Paris** 81:15 84:21
87:4,6,14 89:4
153:24 154:15
154:17 155:13
159:2 163:3
165:15 179:21
181:14 280:17
282:22
**part** 53:15,16
66:14 70:2 104:7
104:12 118:23
118:24 122:13
124:5 171:15
207:21 222:19
237:11 238:8
244:9 266:22
269:11
**participant** 163:11
**participants**
162:10
**participate** 67:24
96:16 135:10
273:7
**participated**
110:24 279:7
**participating**
109:3,7 122:11
123:14 210:23
**particular** 25:6
51:2 226:5
245:10 267:17
268:18
**particularly**
192:18
**parties** 9:13
100:13
**partners** 52:8
**partnership**
276:19
**partway** 219:24
**party** 100:16
274:13
**pass** 283:21
**passing** 150:8
**patent** 56:8 200:16
200:18 205:3

207:15,21 209:7
209:14,19,20
220:1,10,14,15
220:17 224:16
243:23 244:2
248:5,13,15,19
268:19 269:10
269:16,18
**patents** 56:9,16,18
188:23 200:8,17
205:3 208:24
210:16 222:15
223:1,6,12
224:17 225:8
231:20 232:4,8
232:13 235:8,10
240:11,22 241:9
241:12,15
242:19 243:2,9
243:14,19 244:8
244:22 246:9
247:24 248:6,13
249:2,3,7 250:5
250:7,13 263:8
266:9 268:15,20
269:8,13,16,23
**pathway** 218:13
**Patrice** 77:9 96:17
114:13 285:15
**Paul** 197:15,18,23
205:21 270:11
**Paul's** 270:19
**pay** 70:1 255:6
**paying** 178:12,13
260:3 267:9
**payments** 134:20
188:17
**pays** 256:6
**PDT** 157:15
**pelletization** 76:12
**PENALTIES**
287:20
**penalty** 10:7 11:9
27:15 31:24
**pending** 46:4
**people** 33:5 51:2
72:9 73:1,12
77:6,8 79:12
95:3 137:18
149:10 154:11
155:6 161:3
180:16 203:8

213:20 245:5
252:1 257:5,7
258:4,8,14,21
259:1,12 279:17
281:23 282:18
**perceive** 213:15
**percent** 22:24 23:3
23:7 32:4 62:16
62:17 64:7,9,10
64:19,24 235:18
267:11
**Perez** 17:17
**perform** 103:4
**period** 26:23 44:5
44:8,21,22 61:13
62:2 73:17 87:20
87:21,23 88:18
89:2,4,7 109:5,8
113:10 115:14
121:3 122:20
126:20 128:3
137:19 141:16
147:8 150:21
151:15 158:11
188:2 239:7
258:9,10 272:5
**periodic** 191:10
205:21
**periodically** 193:9
206:12
**perjury** 10:7 11:9
27:16 32:1
287:20
**permeation** 76:20
271:24 272:6
282:8 283:4
**permission** 49:14
**permitted** 9:14
**Perrigo** 3:19 52:11
52:18,19 57:4
**person** 33:12,17
33:21 36:4 107:1
216:1 239:10
**personal** 126:24
165:14 249:14
**personally** 30:20
**personnel** 88:10
94:18 95:8,21
96:2,8 183:17
184:18 257:9,22
257:24
**perspective**

166:18
**pertaining** 59:18
226:18 266:11
**pesetas** 112:21,23
113:8 142:16
160:6
**Peterson** 79:4
**Pharma** 239:1,1
**pharmaceutical**
123:21 160:21
220:7 283:3
**pharmaceuticals**
1:8 3:9,11,15
4:14 6:8 7:9 8:3
8:20 13:12 14:7
14:13,19 15:4
16:17 20:7,21:6
21:16 23:21
26:21 42:11 48:7
75:14 122:6
123:10,20,24
124:4 131:19
134:1 172:14
182:15 206:11
206:14 215:21
217:13 230:15
236:12 237:18
240:22 241:4,11
241:15,19
242:13,19,23
243:5,8,12,17
247:15 255:7,9
255:20 256:1,6
257:18 260:4
262:23 263:7
265:11 269:3
274:5 277:3
278:2,7,13
284:13 286:8,10
**PharmAlliance**
245:22 246:2,16
246:21 264:7
**phase** 63:21
**Philadelphia**
135:19,21
139:18 140:17
**phone** 77:9 114:17
152:20 225:2
**phoned** 152:13
**photograph** 54:4
**picked** 70:11
**picks** 70:6

**picture** 53:1 54:7
54:8 140:1,3,4,5
**piece** 162:6 237:21
242:22
**Pierre** 77:18 179:3
182:16 186:16
**place** 44:6,8 45:3
106:24 124:15
135:13,16 139:7
140:21 143:4
150:7 181:2
186:20 190:10
**Plaintiffs** 1:6,15
2:2 7:7,9
**plan** 164:2,17
210:15,18,20,21
210:22,23
217:16,20 218:6
218:11,15,20
219:1,5,6 224:21
224:21 238:7
251:18
**planning** 231:18
233:3 234:18,21
235:2 237:12
238:8 248:21
251:3 254:24
**plans** 216:20
218:2,3,8,16,17
224:8 262:5
**please** 7:21 8:8,16
33:1 46:7 50:12
104:10 121:23
128:12 150:17
188:19 239:24
251:5 265:17
273:4,8 274:16
275:15,17
283:19 284:16
285:12
**PLLC** 2:3
**plus** 23:7
**point** 15:2,3 16:12
25:16 64:6
151:21 157:10
161:6 172:19
183:8,9 184:22
185:13 187:23
204:23 214:5
220:12 230:1
231:19 232:3
270:24 278:17

281:3
**pointed** 272:14
**pointing** 173:4
**points** 265:14
**policy** 31:8
**portfolio** 58:17
68:2 183:15
**portion** 20:22 25:6
25:10 27:6 41:3
48:1 83:4 103:5
114:11 147:4
164:1 188:12
**portrayal** 149:3
**Portugal** 81:19
**position** 8:23
10:15 12:22
18:12,14 19:2
35:19,20,23
38:17 40:3 43:23
52:7 67:18,23
68:12,13,18,22
68:24 76:6 78:7
85:4 128:1
134:10 184:17
199:1,2 244:7
**positions** 12:10
67:12
**positive** 132:20
**possibilities**
238:23
**possibility** 128:16
237:10
**possible** 135:6
239:5
**possibly** 196:12
259:14
**potential** 94:3
160:18 221:12
237:12 268:2
279:23 283:5
**potentially** 212:22
213:6
**power** 34:22 35:1
36:4 37:9 39:20
40:15,21
**powers** 38:7,12,22
38:24 39:3,13
195:10
**practice** 50:1,19
50:21 127:13
**practices** 141:24
**predecessor** 16:14

16:16
**preliminary** 235:2
**preparation**
265:21 274:6
**prepared** 175:1
197:17 207:16
226:23 257:5,9
266:21 285:6,8
**preparing** 139:17
207:20,20
**presence** 241:5
242:9
**present** 2:23 7:21
8:3 14:2 21:22
26:9,10,12 60:8
62:2 143:23
146:22 152:9
162:14 166:12
**presentation** 3:19
52:11 53:8,9
57:4,8
**presentations**
53:12
**presented** 22:16
97:15,22 98:2
101:11,11
**president** 14:11
17:24 18:2,24
19:23 20:1 32:9
32:10 33:22 34:9
34:11 49:3 54:15
54:19 55:3,11,14
55:15,17,21
57:10,22 58:3
59:2,5 61:3
65:10 67:15,20
81:8,10 83:8
85:4 93:9 111:14
115:23 133:2,2
134:5,8 138:18
167:18 195:7
210:24 225:17
260:2 277:8,9,14
279:6 280:3
285:16
**press** 6:14 12:5
90:2,23 93:1
99:6 102:14
166:14 168:7,13
239:17 240:7,11
241:10 243:3
244:14 245:5,12

263:10
**presumably**
144:20 188:17
**pretty** 128:3
137:16 191:12
236:11 262:6
280:4
**previous** 39:1 51:1
158:22 160:16
161:18 192:21
229:20
**previously** 110:9
152:24 248:24
**Price** 6:12 33:6,10
33:15 34:3 40:21
42:5,23 43:9
49:13,23 50:16
54:19 194:7,8
196:12 203:12
211:16,20,23,24
212:1 213:1
231:8 232:20
233:10 234:9
239:10 244:18
253:2,18 257:3
260:5,8 275:3
**Price's** 43:18 51:4
primarily 267:23
**primary** 180:20
259:16
**prime** 191:22
**prior** 23:4 64:23
189:14 254:18
**priorities** 146:3
**priority** 198:15,18
198:18 202:5
**probably** 26:24
30:7 52:17 60:10
63:14 66:3 67:22
85:4 86:12 87:12
87:21 106:4
110:10 111:5
114:21 115:4
116:13,15
128:11,13 149:3
158:20 159:1,5
160:24 191:10
192:4 194:8
195:20 203:12
204:22 217:8
221:24 223:11
252:2 254:23

257:8 274:3
**problem** 115:6,7
149:1 199:19
280:2,4
**problems** 15:7
126:20 127:2,7
135:3 141:13,13
141:14,15
148:13 150:2,3
159:8 160:11
282:23
**procedural** 141:13
**Procedure** 1:17
**procedures** 145:17
210:13
**proceeded** 272:19
**process** 9:5 41:10
41:14 73:21
82:12 207:16
209:11,19
210:12 263:14
263:24
**processes** 243:19
**processing** 141:13
**produce** 176:14
210:13
**produced** 21:16
82:19 95:16,18
95:19 97:5 98:11
98:12 112:12
140:14 145:4
151:9 156:4
202:18,24
208:14,15 211:9
225:24 226:12
**product** 58:18
68:2 82:9,11,20
82:24 90:15
95:15 96:5
157:13,14,15,17
160:23 167:3,4
167:10 173:6,6
173:18 183:19
243:15
**production** 88:5
113:1,7 142:5,23
187:16
**products** 52:21
81:18 82:8 83:1
83:6 90:9 94:14
95:1,1,6,7,14
103:3,21,23

104:1 108:9,10
121:10 123:4,24
124:24 128:18
141:20,21 142:2
142:2 146:12
167:21 183:15
185:8,23 189:1
217:17 218:7,18
219:4 220:7,8
243:19 257:23
258:12 263:9
268:3 279:23
283:3,5 286:10
**profit** 220:22,24
**profitable** 122:21
134:24 184:17
187:23 188:6,7,7
191:18 192:7,13
192:18,21
**program** 83:14
**progressed** 204:23
**project** 197:16
247:14,22 248:1
250:7,10,11
267:18,22
270:16,21
**projections** 193:8
193:10
**projects** 268:1
**promote** 180:21
**promoting** 167:3,9
**promotion** 173:5
**properly** 30:1
**property** 170:11
231:10 232:11
232:14,23,24
233:3 235:3,7,13
236:23 237:8
238:11 250:16
**proposal** 22:17,20
134:23 142:13
142:15,17,18,18
142:19,22
148:19,23 238:7
**propose** 134:14,19
145:23 215:15
215:16
**proposed** 215:14
236:14 237:6
238:6
**proposing** 135:9
**proprietary**

100:15
**prosper** 81:20
**protect** 269:12
**protocol** 125:14
173:20
**provide** 53:24
111:22 112:3,24
113:6 125:11
134:24 183:2
255:1 275:11
281:21
**provided** 39:9,12
43:16 46:22
49:20 109:19
125:21 253:3
254:5,7 270:10
270:13
**providing** 112:1
255:23
**provisions** 1:16
**public** 1:19 12:2,5
12:11 93:13
168:18 181:6
242:3 288:6
**publicly** 9:1 10:15
59:20,22 60:19
64:13,14 69:16
181:9 192:22
242:7,24
**pull** 264:20
**pulling** 180:5
**purchase** 24:12
221:22,23
**purpose** 41:19
43:1 256:2
267:21 271:22
**purposes** 13:17
16:9 43:4 236:15
266:22
**pursuant** 1:15
**put** 43:14 55:6,8,9
63:19 96:13
104:13 113:22
186:20 197:14
212:15 222:20
242:23
**Putting** 84:6
**p.m** 107:13 126:2
126:5 136:1,4
165:24 166:6
175:8,12 187:9
187:12 228:5,8

251:7,10 252:16
252:20 265:3,6
286:17,20

---

**Q**

**qualified** 19:17
162:17
**qualities** 146:17
**quality** 146:7
**quantities** 129:16
148:9
**quantity** 115:8
**quarterly** 270:15
**quarters** 97:23
**question** 9:20
14:16 15:8 26:18
28:24 33:1,2
38:2 40:20 44:8
46:4 49:22 50:11
50:13 56:14
57:18 64:23
66:14,15,21 67:2
84:6,18 88:8
92:14 97:7,8
102:21 103:20
104:11 121:7,22
121:24 133:7
139:19 159:7
162:21 163:15
175:13 177:4,12
181:20 188:20
189:1 202:22
204:16,19 205:7
211:6 223:15
227:2 232:2
251:11 254:8
256:14 260:7
264:3 268:23
**questioning** 16:10
103:24 104:4
**questions** 9:6
14:22 25:11
63:19 65:1
104:14 158:15
169:5 226:13,18
227:1 264:17,18
264:21 265:1,12
268:13,17 271:1
278:17 284:1
**quite** 9:21 146:16
180:18 225:6
235:18 267:13

**quotation** 162:6
245:4
**quote** 14:14
**quoted** 245:1
**quoting** 245:5

---

**R**

**R** 1:13 3:3,8 7:1,6
8:9,17,18 10:23
12:21 34:2,3
35:14 93:9
131:18 218:12
285:23 287:1,2
287:19 288:9
**Rafael** 2:21 8:4
**raise** 138:21
**raised** 166:13
265:15
**raising** 166:24
169:12
**random** 61:11
**ranged** 66:5
**rate** 34:3 76:1
192:2 195:12
256:18 267:10
**ratified** 30:7
**rattle** 60:20
**raw** 159:11,13
160:2,17,18
161:4,9
**RDR** 288:18
**reach** 130:11
**reaction** 143:9
**read** 20:16,16
27:10 32:24 33:2
49:19 50:11,13
56:14 73:24
85:22 94:21
97:14 104:11
112:17,18,19
118:24 119:3
121:22,23,24
123:18 126:8
128:10 134:2
136:20 147:11
149:2 151:21
153:6,9,10 157:9
171:12,20 172:2
183:9,11 188:20
209:4 214:3
221:17 242:21
271:6 278:22

284:14 285:12
287:3
**reader** 134:6
**reading** 25:12
75:20,23 87:7
90:22 91:2 103:9
111:8 113:17
126:11,16 132:4
162:5 174:20
221:5 257:21
283:11
**reads** 14:11 17:4
29:14 74:17
149:17 231:5
**realize** 37:10
126:17
**realized** 180:6
**really** 29:17 38:1
48:16,19 59:4
61:8 63:23,24
80:2 83:21
113:18,19 142:8
143:22 146:18
158:1 160:1,3,8
161:3 169:21
184:24 185:22
186:17 190:20
191:1 220:18,19
239:9 265:12
269:12
**reason** 86:10
140:4 154:13
174:9 199:13
277:6
**reasonable** 105:13
132:11 133:4,10
133:23 134:6
153:7 184:10
267:7,11
**Rebeca** 2:20 8:4
**recall** 30:16 51:5,6
72:2,4,5,24
77:24 89:3,6
92:7 95:24 96:7
96:23 97:10,13
98:20,22 100:11
100:19,23 101:5
103:15,19 106:2
106:16,18 108:7
112:1,2 113:20
113:24 124:20
130:4 135:18

Page 308

139:4,11 140:22
141:12 142:3,4
142:17 143:2,3,4
143:18 144:16
144:17 150:13
150:19,24 151:3
153:15,23
165:17,20
166:19 176:9,18
176:20 177:13
177:16 181:17
182:1 184:3,7,8
184:8 186:3,5,6
186:8,18 193:23
194:2,6,14,17
196:12 200:7
201:7 216:18,22
217:5 229:15
230:7,11,13,14
234:6,8 246:20
254:19,20
256:23 257:2
282:16
receive 24:20
60:22 69:5,14
134:20 215:23
217:8 234:1,3
256:2
received 26:19
44:11 45:9 62:1
63:16 69:8,11
132:5,19 133:14
153:7 170:2
172:16 187:14
217:6 229:3
230:8
receives 28:16
255:9,15,17,20
259:17
receiving 105:13
112:2 129:6,7
132:12 144:16
recess 36:22 67:7
92:19 107:11
136:2 166:4
175:9 187:10
228:6,11 251:8
252:18 265:4
recessed 22:9
recipients 247:18
263:3
recognize 11:2,3,4

21:12,13 24:1
42:15 52:14
53:23 75:11
80:18 85:12
89:20,21 97:4
98:13 107:17,18
107:24 108:2
111:11 114:5
115:18 116:21
116:23 123:9
126:6,8 130:24
134:7 140:12,16
140:18 144:13
151:7 169:1
172:4 182:14
189:20 197:10
202:17 205:17
214:15,17 217:4
217:5 219:17
228:23 233:16
234:14,15
239:21 240:7
247:13 253:6,9
253:10 273:19
recognized 121:13
140:8
recognizing 168:5
recollect 49:24
53:22 152:19
155:21
recollection 44:17
95:13 101:1
106:6 108:12
109:2 110:12
124:6 130:15,19
132:7 139:14,23
147:12 153:17
154:17 155:9
179:3 194:9
205:9 252:4
262:11
recollections
145:12
recommendation
19:20 22:19
28:12,14
recommendations
28:19
recommends
28:16
recontracting
264:6

reconvened 22:16
record 7:4,22 8:16
36:17,21 37:4
66:12 67:6,9
102:18 107:10
107:13 125:19
125:23 126:2,3,5
135:23 136:1,4
165:22 166:3
175:6,8,10,12
178:18,20 187:9
187:12 227:22
227:24 228:5,12
251:5,7,10
252:17,20 265:3
265:6,7 287:6
288:12
recoup 178:19
reduced 63:4
refer 16:6 31:19
38:21 51:1 74:6
81:11 116:4
123:6,17 129:24
130:9 147:14
201:8 213:8
224:1,4 234:16
278:19
reference 81:12
114:12 154:4
172:17
referenced 47:13
103:23 273:2
referred 14:6,17
16:1 130:18
210:3 271:9,11
284:22
referring 15:13
16:19,22 21:4
74:1 100:11
116:10 121:5
129:22 130:5
137:23 138:5,7
146:20 169:11
201:18,19
218:19,24 249:3
274:22 275:15
281:10
refers 38:22 50:6
138:4 145:7
159:24 164:3
213:3,3 215:12
224:14 231:16

reflection 86:6
refresh 99:17,23
101:1,2 102:9
110:5,8 141:9
143:23 154:16
155:8,23 157:22
186:9,14 201:24
203:22 227:11
regard 80:11
88:19 110:13
129:7 132:5
177:18 181:19
181:20 185:13
204:24 266:13
266:13 276:13
regarding 17:6
20:19 27:12,17
29:3 43:15 48:4
63:20 84:15
88:22 108:9
116:7 122:12
124:23 176:3
regardless 195:11
regards 225:17
register 49:14
registered 1:17
47:13 288:5,19
registering 217:17
registration 47:17
167:4,10 185:19
registry 49:15
regular 73:11
78:11
regularizing
284:17
regulations 12:16
regulize 229:21
relate 90:19 99:14
160:4 162:2
172:24 201:9
related 90:19
145:8 149:24
181:22 224:4
relates 99:12
245:24 286:11
relating 20:22
44:12 90:8 91:21
94:13 108:8
109:5 116:11
128:17 135:13
139:3 141:20
150:9,16 181:16

188:24 214:23
231:21 232:5,12
232:13 235:15
236:23 240:12
244:8 246:10
relations 215:12
244:19
relationship 72:23
81:17 90:3,6,7
91:20 93:19
94:10,13,17,22
100:9 101:8,16
102:3 105:8
120:9 122:19,22
124:23 128:9,17
128:22 134:15
139:2 143:14
147:10 148:2
161:8,14 162:13
187:24 188:11
188:16 191:14
191:17,19 192:6
192:8,19 193:24
194:3,19 199:24
200:2 201:5
202:2 216:20
229:21 284:18
relationships 92:1
129:12 191:20
192:1,14
relatively 9:5 63:2
63:5,7 236:24
265:12
relayed 275:2
relaying 142:7
release 6:14 90:2
90:23 93:1,14
95:16 96:6 99:6
102:14 168:7,13
239:17 240:7,11
241:10 243:3
244:14 245:12
263:10
releases 12:5
relevance 59:10
59:12,14 60:2
relevancy 50:24
62:5 63:21
rely 51:1
remain 145:20
195:18 222:3,4
276:5

remember 17:21
63:12 65:12 78:3
78:4 80:19 86:8
86:14 88:3 89:9
89:23 91:11 97:5
98:1 100:5,10,17
108:15 109:3,7
126:10,19,19
127:1 129:6
135:21 139:19
141:5 147:1,7
161:18 163:12
166:21,23
167:17 169:15
170:16 176:6,12
176:22,23 177:7
179:10,18
180:19 181:13
182:6,13 186:17
186:22,23,24
191:6,9 193:19
196:1,2 199:8
216:9 229:14
231:17 248:21
remembered
101:3 169:22
remind 261:3
273:7
renegotiated
148:10
renegotiation
113:12
renew 271:13
renounce 48:3
renouncing 48:7
rent 146:21 147:6
reopening 88:9
repeat 14:9 56:11
104:10 150:17
188:19 201:18
237:21
rephrase 26:17
replace 19:11
report 62:15 148:9
203:9 247:14
248:2 250:7
267:22 269:19
270:17
reported 192:22
reporter 1:18 7:16
8:8 9:10 10:4
33:2 50:13 56:13

56:14 104:11
121:24 188:20,
288:6,19
reporter's 35:12
reporting 266:17
266:18
reports 197:16,22
198:4 247:21,22
270:15,22
represent 37:6
151:14 174:6
265:11
representations
52:8
representative
72:18 149:23
representatives
74:19 84:22
87:15 91:9 96:21
100:20 120:18
147:18
representing 2:2,9
2:15 7:15 280:8
request 43:16,22
127:9,15 128:1
165:9 279:24
requested 43:15
requesting 161:20
requests 36:5
215:13 229:9
require 95:21
261:22
required 9:7 59:22
73:18 212:18
274:13 275:6,11
requirement
212:24
requiring 113:11
RES 209:5,6
research 58:17
83:14 84:3 90:11
95:18 103:5
123:5 248:12
researched 95:19
research-based
58:10
reservations
154:15 155:6
resolution 150:3
231:4,13 232:19
resolve 127:10,14
130:5,11 282:23

resolved 43:7
231:5
respect 38:10
49:18 60:1,99:24
121:19 192:18
224:22 227:11
256:19 266:15
269:15 272:19
286:8
respond 39:1
133:22 229:13
229:15,17,24
230:12 233:23
responded 43:21
167:5 168:19
169:23 170:4,9
responding
131:21 134:13
185:22 229:14
230:5 279:24
response 87:9
131:3,6,14
169:17 179:1
184:9 185:24
229:4 230:10
responses 175:23
responsibilities
55:20 58:6 59:5
responsible 170:5
248:12 269:22
responsive 37:8
128:14 130:1,2
rest 119:4 153:6
restaurant 186:11
restaurant/bar
181:1
restricted 82:2
restrictive 152:5
153:2
restructure 88:15
result 223:10
267:4
return 45:8
revenues 167:12
183:16 188:13
review 11:17 25:4
73:19 143:6
153:2 215:14
220:1,10,14,16
220:17 237:13
245:11 248:5,19
253:4 261:6

268:19
reviewed 11:20
28:17 110:3,15
200:17
reviewing 109:3
111:2 152:15,16
200:8
revoke 39:20
revoked 86:17
re-contracting
263:14,24
re-evaluate 147:6
RE-EXAMINA...
278:18 283:18
Rhein 179:20
Rhone 179:20
right 9:14 10:14
14:23 15:5,8,9
16:10 27:2 34:8
48:21,24 56:2
62:19 66:24 67:1
68:17 69:24
73:11 75:21
78:10,22 83:22
87:13 93:3 95:2
104:20 105:1
106:1 108:21
110:1 117:12
118:12 123:7,17
127:1 136:8,11
136:12 137:9
138:24 143:24
144:20 163:14
170:19 177:11
183:7 187:5
190:23 191:12
195:21 197:2
206:8 214:17
224:20 229:9
242:14 256:5
263:6 268:24
271:9,10,13
272:11,16 275:1
275:8 284:7,11
rights 48:3,8
100:15 176:14
risky 92:13
river 179:20 180:8
ROBINSON 2:3
Rodriguez 5:4
168:21
role 68:10 78:3

167:18 169:4
280:18,19
room 226:4
227:10
rose 65:19
Roseline 78:4
229:2 233:19
rough 46:22 62:11
62:11 125:11
126:17 174:17
253:3
roughly 62:21
routine 106:19
routinely 72:15
277:12
rules 1:16 29:19
run 107:7 148:19
160:15
runs 73:23

**S**

S 3:6 4:1 5:1 6:1
7:1 34:1 35:14
sake 14:23
salaries 17:7 20:19
20:23 27:12,18
29:4
salary 20:24 23:1
23:2,9 25:10
28:4,6 59:8,15
60:7,14 61:3,5
61:12,18 62:20
62:22 63:1,7
69:5,8
sale 199:23 200:5
239:5
sales 167:12
Sanchez 6:21
260:11,20,22
Sandra 1:17 7:17
288:5,18
Santos 101:10
Sarbanes-Oxley
12:14
sat 13:3 186:11,13
save 267:10,13
saw 168:12 249:14
264:7,10
saying 73:2 75:2
91:22 93:12,22
148:14,24
153:12 167:7

Page 310

170:4 171:16
173:4,24 184:15
196:2 204:17
229:3 242:20
251:20 259:19
282:12
scenes 231:20,24
schedule 198:11
218:12
scientific 50:18
scientist 50:18
scope 58:20
searching 183:24
SEC 12:3,10
266:18
second 17:4 29:13
42:22 48:1 52:24
70:17 76:4,14
94:8,24 100:12
116:4 118:19
132:17 136:11
144:19 155:4
159:7,8 162:5
164:16 169:6
171:23 175:6
179:11 182:4
198:12 208:23
230:19 236:2
269:17
secrecy 100:15
secretary 70:13,23
71:4,6,10,13
79:2,3 260:22
secretary's 70:16
section 137:24
249:6 268:15,18
Sedor 33:24
seeing 193:20
226:16 246:20
seek 195:2,9
seeks 13:14
seen 53:19,20,21
53:21 152:18
175:14 218:15
218:17 236:1
237:11 246:19
sees 237:21
Seine 179:22,23
selected 179:17
selection 179:16
sell 194:19
send 71:16,18 87:1

129:1 146:14
230:8 261:4
sending 92:7 94:2
97:11 169:16
215:20
sense 25:12 59:8
60:7 111:1
148:16 181:11
184:2 235:23
238:10
sent 71:21 72:1
92:3 93:4 115:21
117:8 127:9
131:24 152:10
170:18 172:8,11
172:13 182:15
189:7 190:6
196:11 214:19
229:2 258:4
261:14 275:23
sentence 17:3,4
20:16 27:9 31:19
39:3,3 41:3 52:2
52:3 74:17 75:21
83:13 97:14
102:6 116:4
132:17 136:20
137:8 146:21
149:17 157:6,9
172:24 185:18
206:10,16
284:14,22
sentences 74:2
separate 13:19
174:5 179:6,9
227:17
September 191:3
212:18,24
216:14 224:16
233:14 234:3
275:6
sequence 226:17
226:22
serious 180:4,7
seriously 128:19
128:20
service 255:13
services 7:16
255:1,3,12,23
266:11,15,16,17
266:18 267:12
set 23:10,12 41:18

43:18 212:22
225:15 238:21
288:10,15
setting 39:8,9
126:22
sever 189:2 191:13
193:1 194:4
196:22 204:4,9
204:14 205:6
207:8 213:21
216:12 221:1
230:2
severed 189:23
192:6 193:14
severing 200:5
209:24
shareholder 12:6
30:6,9,13,18
47:7,10,11 50:9
64:10
shareholders
10:17 12:6 32:5
152:7 153:4
242:3,6
shares 26:20 28:9
28:11 30:20 32:5
32:11 45:1,9
48:2
Shaw 223:23
sheer 240:19
sheet 117:13
shifts 88:1
short 16:12 37:24
53:10 124:2
shortly 186:3
190:5 227:15
shoulder 37:15
show 10:21 21:10
23:14,18 36:15
37:5 41:23 42:10
46:17 52:10
70:22 74:9 75:6
85:7 89:12,19
96:24 107:2
111:10 115:13
122:5 125:3
130:3,23 140:9
151:4 155:22
168:20 171:1,14
171:23 175:22
178:24 189:8
197:10 202:16

205:10 208:1
211:2 214:9
230:14 234:13
239:15 245:18
247:8 250:18
252:9 253:1
260:14
showed 171:12
175:20 193:12
234:17 264:10
271:18
showing 80:16
112:8 154:13
166:11 205:16
220:9 262:21
272:22 274:11
shown 165:17
shows 120:7
sic 257:16
side 21:4 104:15
142:15 168:2,3
200:15
sides 83:24 84:1
sign 50:20,22
73:19,20 110:4
254:20 285:18
signature 11:12
76:4 117:16
118:13,16
165:19 285:13
signed 11:5,8,18
34:12 49:13 76:1
111:13 115:24
121:1 124:8
153:16,21
173:16 174:7
176:1,19 177:13
177:19 221:21
229:22 253:3,15
254:11 260:5
273:14 282:7
286:6 287:20
significant 34:17
40:14 191:15
signing 50:2
254:19 272:15
silent 195:18
similar 12:16 59:6
146:17
Simmons 6:12
234:10
simple 175:13

236:11 237:1
simpler 148:16
simply 14:7 67:3
171:11 176:8
237:21
single 27:21 86:14
281:18
sir 230:19 243:24
284:15
sit 98:21 106:7
179:5 181:3
sitting 139:21
181:1 196:1
235:11 256:23
258:24
situation 19:18
138:13 248:15
six 66:3 145:23
146:22 147:4
149:2 150:14,18
150:2 185:7
275:14
six-month 147:8
148:19 150:21
151:2 212:17,24
213:8,15,16
275:5
SK 223:21
skill 288:14
skin 76:24
skip 217:15
Slash 211:19
slb 287:23
SmithKline
223:22 225:6
sociedad 253:16
253:20 254:15
sole 30:9,13 36:3
40:15 47:7,10,11
50:9
solely 279:8,17
282:19 283:12
solve 148:14 149:1
280:3
solved 159:8
160:12
somebody 72:18
110:9,13,16,18
111:8 113:17
115:5 143:10
152:13,20
179:19

soon 179:13
sorry 26:15 29:21
29:23 37:14
39:11 45:14 58:8
74:5 86:19 90:17
105:22 117:8
119:6 139:16
195:1 199:7
202:22 208:5
232:9 257:21
275:20
sort 150:4 157:4
168:5 184:19
193:20
sorts 255:8
sound 256:5
sounds 160:1
source 160:17
161:4 209:22
210:2,3,6
sources 160:19
so-called 265:17
space 100:21
160:15 285:17
Spain 1:5 2:19 7:8
8:1 16:23 17:18
29:19 30:1 31:10
38:10 41:10,18
42:24 43:10 55:1
55:21,23 56:1,3
58:14 67:13,16
67:21 68:3,19
69:1,6,9,12,20
69:21,24 70:11
71:24 77:22
87:14 90:22 91:5
91:10,12,14,17
96:22 108:15
116:12 122:4
123:1 124:1
128:18 135:1
137:20 145:2
150:4 151:12
152:13,20
156:21 157:14
157:17 170:6
175:20 177:14
177:18 181:23
184:17,20,24
191:11 206:24
211:15 219:2
224:13 235:4,14

236:24 237:8
249:8 250:14
257:7,23 258:14
260:9 263:7
266:12 267:11
269:17 270:24
273:13
Spain's 49:15
56:15
Spain/Mike
211:20,23
Spanish 24:13
35:9,20 37:10
43:2 46:21 49:21
55:4 57:10 68:5
73:18 78:17 80:3
84:16 85:24
103:4,22 110:4
122:2 125:9
126:11 127:6
132:6,20 174:16
176:17 183:14
183:22,23
200:24 212:1
230:9 237:17
241:1,3,7,7
242:10 248:15
249:3,7 250:14
251:14 253:2,23
254:10 257:8
260:16,16
speak 78:17,20
80:2,3 81:15
108:19 129:12
137:18 200:24
speaking 68:4
78:1 169:15
speaks 79:22
238:3
specific 43:15 51:5
59:13 63:3 65:19
70:9 74:7 76:14
80:9 106:6,10,12
106:15,20,24
109:7 118:3
121:19 126:19
130:15,19 132:7
135:21 140:21
158:4 163:7
178:24 182:6
191:6,9 194:9
199:18 244:1

254:9 279:16
280:12,20,23
281:1,12,22
282:17 283:7,14
specifically 74:3
74:19 95:24
106:2 111:1
120:18 122:10
130:4 147:19,22
149:24 150:13
151:1 176:21
183:4 184:7
256:23
specifics 111:2
150:15 176:10
spell 12:20 35:8
71:8
spend 258:21
259:1
spent 152:24
258:14
spironolactone
95:17 104:1
spoke 49:23 77:8
79:9 96:21
270:17
spoken 183:12
sporadic 75:2
149:18
spring 153:24
Squibb 225:7
squiggle 211:18
SS 288:4
St 159:4
stab 145:10
stable 159:14,16
160:13 161:6,7
staff 78:14,15 88:4
132:20 206:18
206:21
stage 91:3 92:14
213:22
stand 222:9 251:6
standards 127:13
261:21
stands 49:22 145:4
176:7
start 58:8 179:8
starts 138:3
state 34:16
stated 66:23
142:20

statement 20:22
24:23 29:1,17
51:9 56:5 57:3
82:18 124:3
128:8 172:19
176:6 240:21
241:14 242:18
263:22 281:13
282:17 283:7
statements 11:23
14:4 29:12 51:22
74:7 110:1
166:14
States 1:1 7:10
83:15 131:21
132:1 134:12
135:16,19
146:14,16,19
257:6 272:2
277:15 279:21
stateside 283:3
stating 134:4
stationery 71:15
71:18,23 131:22
217:9
status 115:5
197:16 198:2,7
200:14,17
204:22 224:8
247:14,22 248:2
250:7 267:19,22
268:11 269:7,20
270:16,21
statute 10:8
statutory 29:19
73:16 266:19
steady 63:2,5,7
stenographer
156:8 178:19
208:4,9
stenotype 288:12
step 127:10 209:16
steps 105:16
279:16
Stewart's 278:17
stir 145:12
stock 23:16 24:12
24:20,20 25:18
26:3,4 28:9,11
45:1 48:11,11
59:8,21 60:8,13
61:6,20 62:9,14

62:23 64:17,24
69:14 165:2
stopping 64:5
storage 141:14
Stote 115:24 116:1
116:2
straightforward
9:5 236:11 237:1
strain 171:13
strained 215:13
strange 181:3
strategic 58:23
67:24
strategically 219:6
219:10
strategy 58:22
207:22 243:8,11
243:14 244:10
Street 2:4 15:14
stretching 272:10
strike 40:14 69:20
82:10 98:20
105:12 128:15
128:21 165:1
182:20 188:10
194:1 195:1
243:5 256:14
strikes 227:16
strike-out 119:12
strongly 167:5
struck 78:20
structure 134:23
236:9,11,15,17
236:22 237:1,6
238:5,6,14,17,20
238:21
structures 235:3
struggling 58:11
studies 261:22
stuff 272:3
subject 86:3 99:13
99:15,24 103:18
103:19 134:3
198:5 243:1
submitted 13:7
73:20 209:7,7,14
subscribed 48:2
subsequently
177:8,10
subsidiaries 56:17
58:13 64:15
235:12 241:17

Page 312

241:22,23,24
242:1 250:17
**subsidiary** 16:23
43:3 84:16 86:1
90:24 133:18
231:7 232:22
238:23 239:2,6
241:1,3,7,8
242:10,10,15
**substance** 9:15
154:21 181:16
182:21 186:6
**substantial** 188:12
**substantive** 182:1
182:5
**successful** 90:12
168:9
**sufficient** 261:23
261:24
**SUFFOLK** 288:4
**suggested** 146:7
**suggesting** 146:9
**suggests** 57:12
**Suite** 2:5
**summarize** 170:17
**summarizes**
205:21
**summarizing**
145:13
**summary** 50:19
56:17 144:14
197:14 242:22
270:10 281:7
**supply** 161:9,10
176:13 221:16
221:18,20,22
222:9 263:21
264:5
**support** 13:7,11
**sure** 10:2 15:1
19:4 26:22 30:22
35:12 37:20
53:16,20 65:4
87:12 91:14
95:11 101:12
107:15 111:7
112:17 113:16
114:15 117:22
117:23 118:1,23
119:2,16,18
120:1 125:20
145:3 164:15

187:6 194:12
196:13 232:7
257:17 258:16
265:8 269:8,10
269:20 271:8
273:19
**surely** 190:8
**surmise** 105:18
133:9
**surmising** 144:3
**surprise** 246:24
247:1
**surrounding**
141:17 142:5
**swear** 8:8 31:24
**swimming** 180:14
**Swiss** 237:17
**switch** 164:2
**swords** 199:19
**swore** 27:15
**sworn** 8:9 10:3
12:9 13:6 14:17
29:11 31:20
34:16 39:10,18
41:2 51:9 56:19
57:20 73:24
138:3 147:15
288:11
**systems** 271:23
282:9
**S.A** 1:4,5 2:15 7:8
7:8,24 8:1,6 16:6
273:17 285:15
285:20,23 286:2
286:10

_____

**T**

**T** 3:6 4:1 5:1 6:1
12:21 165:2
287:1,1
**table** 186:11,13
**tablet** 209:5,6
**tablets** 217:22
218:9
**tag** 140:8
**tailed** 65:18
**take** 9:10,18,21
14:4 18:23 27:8
29:11 40:8 43:8
44:5 46:24 47:1
51:8 52:7,13
61:11 64:4 65:3

66:9,11 67:15
69:21 74:12
75:10 77:3 78:10
80:17 92:24
100:2 104:18
105:16,21,23
108:21 112:5
117:24 118:5
123:9 128:15,16
129:9 130:6
135:13 136:7
138:20 139:7
145:10 149:11
153:14 156:2
163:2 165:12
170:6,19 171:18
174:3,9 175:4
177:3 178:9
180:8 187:4
189:20 195:3
202:12 206:9
217:3 222:13
226:6,7,9 227:5
227:15 231:11
239:20,23 244:7
250:4 254:18
270:19 279:16
**taken** 1:15 7:7 9:3
12:10 132:23
162:6 198:9
248:4 277:23
278:1 281:4,16
282:18 283:10
288:12
**takeover** 133:19
**takes** 44:8 135:16
**talent** 50:14
**talk** 15:14 67:12
73:8,23 83:23
115:8 125:16
129:12 142:10
163:3,4 164:14
170:2 202:1
216:3 271:23
279:5 280:15,17
283:4
**talked** 51:7 68:6
146:13 169:24
180:17 181:15
238:22 248:23
257:3 272:9
283:6

**talking** 45:15
58:12 62:22
67:10 74:8 76:17
79:19 95:2,5,6
105:8 115:11
118:11 123:2
160:17 163:1
179:18 182:22
188:3 211:24
217:17 232:24
245:4 272:3,4,5
281:5
**Tampa** 58:15
**tape** 7:5 92:13,17
92:21 166:1,6
228:9,14 286:18
**target** 145:11
**task** 201:15
**tax** 231:18 233:3,5
234:18,21 235:2
236:22 237:12
238:8 248:21
254:23 257:7
266:22 267:2,10
**taxes** 267:10,14
**team** 24:13 199:16
**teasing** 179:15
**technical** 200:9
**technician** 259:14
259:15
**technological**
199:21
**technologies** 95:10
95:20
**technology** 58:16
96:4 172:18
173:11,17 174:1
193:5 253:12
256:20 257:13
257:18 260:18
265:18 266:7
272:1 286:11
**Tecnologia** 6:19
252:22
**telephone** 77:5
78:11 79:5
110:10 114:12
114:13 151:11
158:10,21
212:10,13
219:21
**tell** 10:1,17 15:8

35:17 39:8 41:23
46:16 52:14 59:7
70:17,22 106:16
119:14 128:12
144:2 152:23
153:12 166:18
169:1 176:5,8
179:7 190:21
195:9 196:9
198:7 208:12
212:5 214:4,6
217:4 231:16
251:1 271:19
275:16 276:24
277:22 278:4,9
**telling** 38:14 100:6
150:2 164:13
257:22
**tempted** 180:13
**ten** 38:18 39:19
40:4 110:19
191:18
**tended** 199:16
**tentative** 235:2
236:14
**term** 16:3 35:18
92:5 124:11
153:19 254:15
**terminate** 124:22
125:2 139:2
148:17 188:22
190:18 191:8
193:24 194:3,19
207:7 216:12
221:1 275:11
**terminated** 177:9
177:10 188:18
192:5 207:4
240:13 246:6
271:5 272:23
**termination**
187:14,22 189:6
189:8,21 192:8
194:15 224:11
227:2 239:13,14
240:14 246:6
264:12,12,13
**terms** 9:24 50:22
62:9 63:11 67:3
74:17 91:24 92:8
93:17 108:22
120:8,16 129:11

143:13 147:17
148:1,20 201:2
territories 269:21
territory 269:10
testified 8:12
45:21 50:10
testify 10:10 98:9
105:19
testimony 8:10
9:16 10:6 39:23
45:13,19,24
48:15 49:17
64:23 82:23
106:1 130:14
137:19 165:5
190:4 210:19
254:18 259:7
266:24 274:23
276:1,5 287:4,6
testing 254:4
testosterone
257:20
text 107:24 169:9
171:12,20
242:21
thank 8:7 16:11
23:5 66:19 240:5
255:19
Thankfully 125:9
thanks 18:4 67:4
theme 73:23 74:1
they'd 73:20 125:1
thing 14:22 51:20
93:3 112:19
137:22 150:4
182:14 240:3
281:18
things 94:5 98:24
114:22 127:22
148:15 163:2
170:14 197:24
203:20,23
204:17 225:3,6,9
265:14 274:24
think 18:23 27:18
28:1,7,24 29:9
29:10 30:11,11
32:2,17 44:3
45:23 51:18
53:20 57:12
62:15 65:17,17
65:23,24 66:13

66:20 70:23
73:22 82:2,3,5
91:22 98:13
99:12 102:12
105:22 108:17
111:4,6 127:17
130:8,8 131:3
133:23 134:6
136:9 138:12,16
149:2 152:15,19
167:2 169:22,23
169:24 171:18
175:19 176:2
177:1 185:7
191:15 192:17
193:18 195:20
196:3,5 197:19
199:2,11,11
204:11 212:12
212:14 220:1
226:6,20 227:2,8
227:20 231:17
233:12 235:20
236:16 238:7
242:5 247:4
251:23 252:14
256:22 257:12
272:14 274:24
279:12 280:8,23
281:1,7,18
283:14
thinking 132:16
133:12
third 23:18 38:2
41:2 100:18
215:3,7,8,15
269:17
Thompson 71:7
71:10
thoroughly 49:19
thought 36:11
78:9 138:5 180:5
184:10 185:5,8
threat 128:15
three 12:23 33:8,9
73:19 74:9 113:9
114:18,24,24
137:17,20
156:18 158:18
160:18 165:2
183:3 199:3,3
225:1 234:17,24

236:20,21 258:8
258:13,21 259:1
259:12
throw 74:8
ticket 70:4,5
tickler 198:10
203:11,21,22
204:11,17 225:3
274:24
tie 204:4,14 205:6
209:24 213:21
tied 61:20 201:4
ties 161:18 189:2
189:21 191:13
193:2,14 194:4
196:22 200:5
204:9 207:8
216:12 221:1
230:2
times 25:24 60:12
65:20 69:22
72:20 78:16
137:17,21
244:19 245:8
272:10 280:9
title 13:6 55:19
68:7 236:16
241:10,11
242:22,24 254:1
254:10,11,13
titled 267:18
today 10:6 11:21
33:4 40:15 58:19
98:21 106:7
125:10 161:10
179:5 196:1
235:11 238:20
241:6 262:5
told 182:7 186:9
190:22 191:7
195:14 237:22
266:20 268:23
271:8 274:18
tomorrow 110:3
110:15
top 23:9 25:19
28:10 34:3 38:1
60:17,21 68:13
114:11 118:4
136:8 156:14
158:6,19 166:19
178:2 191:22

202:5 212:9
236:12 237:3,19
283:21 284:11
topic 135:19 139:7
198:5 201:9
208:24 272:20
topical 257:19,19
topics 135:13
182:2 183:3
283:7
total 24:11 112:22
112:22
totally 158:13
touch 265:14
track 106:14
197:23
traded 9:1 10:16
59:21 64:13,14
69:16 181:9
242:7,24
trademark 167:4
167:9
train 258:1
training 94:17
95:7 96:1
transaction 48:18
86:15
transactions 84:16
85:2,24
transcript 287:3,5
transdermal 76:21
76:22,23,24
103:3,21 115:9
232:18 257:19
258:2,5 259:3
transdermally
104:2
transfer 108:8
237:16 253:11
256:20 257:13
257:23 265:17
Transferencia
6:19 252:21
transferring 236:1
translate 253:23
translated 37:11
256:4 275:18
translation 3:14
3:18 4:17 5:9,11
5:14 6:20 36:24
37:19 46:18,22
49:20,21 86:11

125:6,12,14,22
126:9,16 154:9
174:10,14,17,21
174:23,24,24
175:2,2 189:12
252:23 253:4
254:4,5,6,12
273:9
translations 37:16
transmission
169:6
travel 69:20,24
70:1,4,9 81:13
84:21 87:4,13
traveled 69:21
traveling 277:12
tremendous
152:24
tremendously
58:7 61:16
trial 147:8 148:19
150:21
trials 41:13
tried 167:19,24
168:12 170:17
trigger 143:6
trips 96:22
trouble 157:5
222:1
true 11:24 15:3
20:13,23 23:9,14
24:23 29:9,10,17
29:21 30:4,21,23
31:9 35:1 38:20
41:17 43:6,24
44:23 54:17
68:21 84:9 96:20
122:11 132:23
148:4 173:8
196:18 207:7
213:23 240:23
241:14 263:17
263:22 287:5
288:11
truer 242:18
trunks 180:14
truth 8:10,11,11
10:17 212:5
try 15:16,18,22
90:10 125:11
127:10,22 128:5
129:14,18

Page 314

130:11 148:14
148:24 279:24
280:3 282:23
trying 63:9 72:19
90:3,7 94:22
95:13 115:3
128:13 146:13
167:8 178:17
198:2 242:2
turn 24:8 34:15
41:1,7 124:19
158:2 166:9
265:16 267:15
267:17 268:15
270:2 271:15
273:4 274:16
283:19 284:2
285:9
Turning 144:19
twelve-month
113:10
two 27:3 31:7
33:17,21 37:16
38:1 74:24 85:6
87:1 90:10,13
105:14,24,24
106:2,7 127:6
136:7 161:18
167:7 171:1,7
173:19 174:5,6
179:10 180:23
181:7,11,12
182:22 185:23
191:1 199:9,11
222:3,5 227:16
227:19 229:10
234:17 236:20
260:18 277:13
279:3,12 280:6
two-thirds 142:14
203:24
type 52:18 53:12
69:11 72:21
110:6 196:14
201:19
types 50:2 72:24
197:21
typical 243:3

_____
U
U 8:18 35:15
uh-huh 23:8 35:22

48:6,10 56:6
61:24 75:22 87:3
141:11 144:21
150:23 163:18
196:6 204:5
212:19 258:3
278:23
ultimately 45:8
188:22 238:14
271:12
umbrella 269:14
unable 113:6
unanimously 47:6
undated 249:17
underneath
236:13 237:3
understand 9:16
10:8,13,18 25:5
25:14 35:5,7,18
40:20 45:17
46:15 48:16,19
50:1,21 59:15,23
60:1 78:7 95:11
98:21 132:12
133:4,18 143:1
158:7 165:5
171:16,22
172:18,21
181:19 226:16
235:9 244:1
255:5 260:2
280:7,9 283:6
284:21
understanding
15:7 38:4 41:24
45:6 82:23 83:3
91:8 97:21
111:22 112:3
135:3 153:11
162:1 185:1,4
210:7 218:23,24
238:19 265:24
266:21 281:11
282:11
understandings
121:12
understands 49:18
understood 67:1
173:8
underway 84:5
Unfortunately
143:3

unico 35:4,15,24
36:3,10 38:6,18
38:23 40:3,10,16
68:7 195:8
unipersonal
253:16,20
254:16
unit 148:12
United 1:1 7:10
83:15 131:21
132:1 134:12
135:16,19
146:14,16,19
257:6 272:2
277:15
units 113:2
universal 154:12
universities 268:1
unspecific 246:14
unsupported
232:1
update 205:21
206:3,11,16
216:11 223:12
262:22 263:7
270:3,7,10
updated 203:23
268:11
updates 191:11
use 16:3 98:18
164:22 246:13
uses 82:20
Usually 212:9
utilizing 185:14
272:1
U.S 13:20 14:18
31:7,17 41:18
43:1 44:15 45:7
45:18 51:14 53:2
53:6 54:9 58:11
66:5 67:11 81:9
81:10 84:10
85:15 93:5 97:18
98:4 105:3,15
111:15 115:22
115:23 200:15
244:11,13 252:5
257:9 258:12
261:7,11,17,21
261:21,24 262:3
262:7,10,13
266:19 269:9,11

U.S.A 15:5 16:15
19:9 81:6 97:23
100:14 102:2
133:15,19 186:1
219:7 261:5

_____
V
vacuum 209:11
vague 84:17
121:18,19
124:12 231:24
246:14
Valasco 259:14
validation 168:8
value 60:12 62:11
Vaquero 4:23
154:5
variations 232:16
variety 225:6
various 24:12
108:9,10 127:17
128:23 255:12
272:10
vast 78:15
vehicle 64:14
venture 90:20
91:4 100:9
verbally 9:9
verify 125:13
156:3
versa 91:14
version 116:11
126:11 153:7
256:5
versus 7:9
vested 86:2
viable 145:21
184:11
vice 34:9,11 54:19
55:3,11,13,15,17
55:20 57:10
91:14
videographer 2:24
7:5,15 8:7 36:20
37:3 67:5,8
89:13 92:10,15
92:20 107:9,12
126:1,4 135:24
136:3 165:23
166:5 175:7,11
187:8,11 228:4,7
228:13 251:6,9

252:16,19
264:23 265:2,5
286:16
videotaped 1:13
7:6 92:17,22
166:1,7 228:9,15
286:18
view 17:12 172:19
173:15 180:17
viewed 64:16,16
viewing 241:21
visibility 167:11
168:7 172:22,23
visit 81:14 146:8
175:19 201:16
201:21 249:8
visiting 202:3
visits 163:3
void 113:11
vote 30:20 32:4,11
votes 28:21
VP 54:24
VS 1:7

_____
W
Wall 15:14
want 15:2 25:7
36:15 56:11 59:7
64:4 66:12,13
73:23 81:11
93:13 112:19
117:22 124:19
125:22 130:14
166:11 167:7,14
168:10 174:8
177:20 178:9
226:8 227:5,8,15
239:15 240:2
251:4 252:12
261:3 283:2,21
wanted 83:15
114:18,22 115:1
115:8 183:13
204:18 212:7
222:13 225:4
252:2 261:12
264:5
wanting 165:10
warm 252:3
Washington 2:6
wasn't 45:22 53:8
129:17 162:16

178:4 180:12
188:18 200:1,6
221:20
**waste** 61:1
**water** 9:23 36:18
**water-based** 164:8
**water-skiing**
179:19,23 180:5
180:8,11 181:15
**way** 29:19 31:6
55:5,6,7 64:12
64:16 67:1 80:3
96:11 106:19
142:14 149:2
155:4 169:20
176:6 203:24
225:23 232:2
237:18 259:11
272:10
**ways** 81:19 237:12
**wearing** 180:23
282:2
**weather** 252:2,3
**Wednesday** 1:22
**week** 249:9 258:22
258:22
**weekly** 79:5
**weeks** 78:20
190:24 234:24
236:10,20,21
258:17
**went** 61:14 87:5
91:15 103:15
117:2 131:10
202:1 238:11,13
**weren't** 83:8
261:23 271:8
**we'll** 15:18 21:3,4
65:2 148:19
180:4
**we're** 15:18 36:21
37:4 43:17 55:22
55:23 67:6,9
74:10 107:10,13
126:2,5 136:1,4
136:15 145:2
148:17 175:8,12
181:8 183:18,19
184:15 187:9,12
216:13 226:17
228:5 236:4
251:7,10 252:17

252:20 262:6
265:3,6
**we've** 37:11 46:22
68:6 81:3 115:3
118:8 120:20
125:9,10 141:8
159:6 208:2
216:10 218:17
227:6
**WHEREOF**
288:15
**wholly** 64:15
90:24 231:7
232:21 239:2
240:24 241:2,6
242:10,15
**wife** 70:23
**wife's** 70:21
**wild** 145:10
**wind** 237:18
**wishes** 101:22
102:1,3 128:5
168:17
**withdraw** 158:12
**witness** 1:14 3:2
8:8 13:23 25:3
37:22 38:10
49:18 60:2
105:18 107:6
121:21 133:9
174:19 178:4,15
187:6 214:2
227:10 239:22
240:1 251:1
288:9,15
**wondering** 132:8
**word** 157:6 176:2
246:13
**words** 28:15 31:5
45:6 63:6 69:17
80:4 99:14
102:14,17
129:22 131:6
145:17 150:20
156:12 157:12
177:11 183:8
184:8 200:3
220:15 234:18
236:20 245:9,9
255:14
**work** 70:3 124:16
148:24 199:17

258:5 269:22
**worked** 101:14
**working** 43:3
124:22 164:6,9
164:10 185:21
193:5
**works** 148:21
**world** 233:5
269:11
**worried** 264:4
**wouldn't** 55:7
105:7,12 119:14
133:18 141:7
148:7
**wound** 223:1
**write** 80:7 84:11
84:12 118:6
134:8 212:9
215:24 216:14
**writes** 245:7
**writing** 43:22 93:8
98:15,16 105:3,7
132:4 173:24
217:12
**written** 55:5,7
108:19 111:5
118:5 169:17
218:8,11,15,16
285:13
**wrong** 82:18
170:10 173:13
215:9 236:19
275:14 276:12
**wrote** 80:19 83:9
165:6 275:8

---

**X**

**X** 3:1,6 4:1 5:1 6:1

---

**Y**

**y** 6:19 8:18 252:22
**yeah** 63:14 115:20
118:1 131:5
180:4,6 203:13
232:10 251:14
**year** 23:4 28:13
58:4 60:18,18
61:11,17 62:7,21
63:3,12 71:5
73:17,22 76:2
137:18,21 142:5
142:16 187:22
192:17,18

197:20 199:9
238:24 256:7,10
258:18 259:1,10
259:18 260:4
284:16
**yearly** 147:6
**years** 12:23 38:18
39:19 40:4 60:14
60:15,16,16
63:16 65:15
101:13 146:16
168:9,16,19
180:1 191:18
192:21 199:3,4,9
199:12 222:3,5
272:9
**you-all** 43:13
**Yves** 186:12

---

**Z**

**Zaragoza** 88:10
90:22 91:5
100:21 101:20
103:7 145:24
146:8,10,15
173:10 186:21
**Zarnetske** 2:24
7:14

---

**$**

**$100,000** 63:17
**$300,000** 63:11
**$40** 13:14 159:19
**$40,000** 159:20
**$500,000** 256:10
**$6** 44:20 46:14
**$600,000** 61:23
62:22 256:12,15
**$7** 44:15 45:7,18
51:14,19

---

**0**

**002011** 215:10
**002865** 3:14 36:24
**00908** 118:11
**02-16-01** 5:18
202:14
**02199** 2:12
**02354** 231:3
**04-13000(SLR)**
7:11
**04-13000-SLR** 1:8

---

**1**

**1** 3:8 7:6 10:22,24
13:5 21:4 74:11
92:17 118:24
136:16,19
147:14 159:11
183:8,9 205:13
206:8,24 209:2
263:8 269:24
270:24 278:19
**1st** 253:11
**1-21-97** 4:17
**1-22-02** 6:23
**1-28-97** 4:19
**1-3-02** 6:21
**1.5** 220:21,24
**10** 3:8,23 22:24
23:3,7 36:20
85:10,12 228:17
**10th** 75:18 230:1
233:21,21,23
**10-13-00** 3:16
**10-23-01** 6:13
**10-6-00** 5:12
**10-8-96** 4:15
**10:01** 37:4
**10:43** 67:6
**10:52** 67:9
**100** 32:4 64:10
235:18
**103593** 1:18
**107** 4:6
**109** 4:7
**11** 4:3 39:10 89:18
89:22 99:11,12
99:14 102:18
104:16,22
105:14 201:8,20
**11-13-97** 3:10
**11-14-01** 5:14 6:14
**11-19-95** 4:3
**11-2-00** 5:16
**11-30-01** 6:17
**11:32** 92:16
**11:33** 92:21
**11:54** 107:10
**110** 4:8
**111** 1:21 2:11 7:19
**112** 4:9
**114** 4:10
**115** 4:12
**116** 4:13

| | | | | |
|---|---|---|---|---|
| **12** 4:4 74:10 97:2 97:3 99:14,23 102:19,21 137:1 138:2 201:9,20 | **175** 62:20 | 126:12 128:7 129:2 130:21 136:16 140:10 143:7 144:9 | 197:7,20,20 201:17 212:22 213:4 272:13,15 272:20 275:12 284:16 | 131:8 132:9,10 136:17 |
| **12th** 81:14 | **175,000** 61:5 | 149:22 151:5 153:16 281:1 | **20004** 2:6 | **21st** 107:20,23 |
| **12-6-94** 3:22 | **18** 4:11 66:6 74:16 112:6 115:17,18 120:15,16 142:10 147:16 | **1998** 23:22 24:3 25:22 65:6 66:16 66:17 153:15,24 154:6 155:7,24 156:14 158:5 160:8,12 173:16 173:22 188:14 | **2001** 187:13,22 188:5 189:11 190:2 192:5 196:11,20 203:6 205:14 207:10 208:10,18 211:3 211:12 213:13 213:23 214:11 215:5 216:21 217:1,7 219:15 219:22 222:8 228:17 230:1,16 230:22 233:14 234:3,24 235:14 236:7 238:6 239:7,17 240:8 245:20 247:11 247:15,19 248:2 250:8 251:1,16 251:24 252:6 263:11,18 264:8 270:6 272:20 284:4 | **211** 5:22 |
| **12-8-94** 3:23 | | | | **214** 5:24 |
| **12:03** 107:13 | **18th** 112:14 | | | **216** 6:4 |
| **12:36** 126:2 | **182** 5:12 | | | **219** 6:5 |
| **12:38** 126:5 | **189** 5:14 | | | **22** 4:18 130:22 136:13,14,18,19 136:19 211:3 262:18 |
| **12:55** 136:1 | **19** 1:22 4:13 89:17 116:19,20 118:4 120:6,7 287:4 | | | |
| **1201** 2:4 | | | | |
| **122** 4:15 | **19th** 7:12 92:16,21 93:15 104:16 165:24 166:6 228:8,14 236:7 286:17 | | | **22nd** 262:23 263:18,22 |
| **1227** 249:23 | | **1999** 19:11 166:10 168:22 170:3,22 171:3 173:10,22 188:14 | | **223** 6:6 |
| **1228** 250:6 | | | | **22785** 54:4 |
| **125** 4:17 | | | | **228** 6:7 |
| **13** 4:5 21:7 42:12 107:4 116:18 144:9 201:9,20 219:15 | **197** 5:16 | | | **23** 3:12 4:20 140:11,12,24 143:22 211:3 221:8,16 275:12 |
| | **1992** 30:12 | **2** | | |
| | **1993** 30:10 57:22 | **2** 3:9 21:3,8 57:20 92:22 111:23 114:3 134:17 151:24 155:24 156:14 158:5 159:14 160:12 166:1 184:5,6,12 197:7 209:10 269:24 | | |
| **13th** 21:20 42:16 117:10 219:22 222:8 | **1994** 17:16 27:22 30:10 57:22 58:5 58:10,19 60:8 62:2 65:10,22 66:2,7 68:21 69:22 71:12 77:4 78:10 80:13,21 84:23 85:9,14 86:22 87:13,20 88:24 96:10 99:1 99:20 101:6 102:10 103:17 104:6 138:3,10 | | | **23rd** 211:12 213:13 221:4,12 234:23 |
| | | | | **230** 6:9 |
| **130** 4:19 | | | | **23179** 201:8 |
| **14** 4:7 109:11,12 189:11 201:9,20 239:17 | | **2nd** 114:9 | **2002** 77:4 78:10 79:20 137:20 212:17,23 213:6 221:12 252:7 253:11 260:11 260:15 262:19 262:23 263:23 275:5 | **233** 6:11 |
| | | **2-page** 3:13,17 36:23 46:18 | | **234** 6:13 |
| | | **2-13-97** 4:21 | | **239** 6:14 |
| **14th** 190:1 194:15 196:10,20 239:14 240:8 245:20 263:11 264:8 | | **2-16-2001** 204:10 | | **24** 4:21 74:23 144:10,11 149:11 161:9,22 162:7 278:19,22 |
| | **1995** 17:16 18:5 36:1 57:23 65:10 67:19 89:17 93:15 97:12 99:1 99:3,5,20 101:6 102:10,10 103:17 104:6,16 107:20 108:11 109:6,10,23 110:7,22 111:3 111:17 112:6,14 114:3,9 115:16 116:18 117:10 120:10 121:8 124:6 280:16,23 | **2-5-97** 4:20 | | |
| | | **2:09** 136:4 | **2003** 44:23 54:17 54:22 55:4,12 | **245** 6:15 |
| **140** 4:20 | | **2:51** 165:24 | | **247** 6:17 |
| **144** 4:21 | | **2:57** 166:6 | **2004** 11:15 34:12 44:23 66:23 | **25** 4:22 151:6,7 |
| **15** 4:8 110:23 111:10 217:1 247:24 249:4,6 268:15 | | **20** 4:14 122:8 123:7 142:16 145:24 161:9 247:10 | **2005** 63:14,15 | **250** 6:18 |
| | | | | **252** 6:20 |
| | | | **2006** 1:23 7:12 92:16,21 165:24 166:6 228:8,14 287:4,18 288:16 | **26** 4:23 115:16 154:7,23,24 158:23 285:10 |
| **15a** 250:8 | | **20th** 126:12 128:7 129:2 131:7 247:15 248:2 250:8 | | **260** 6:21 |
| **15th** 217:7 234:3 | | | | **2619** 24:8,18 |
| **151** 4:22 | | **200** 189:7 | **202** 5:18 | **262** 6:23 |
| **154** 4:24 | | **2000** 42:12,17 75:17,19 76:2 182:10,18 186:4 186:7 187:21 188:4,14 192:5 192:17 194:1 | **205** 5:20 | **2620** 24:18 |
| **155** 5:3 | | | **206** 286:17 | **265** 3:5 |
| **16** 4:9 112:7,8 | | | **208** 5:21 | **2678** 22:7 |
| **16th** 203:5 | **1996** 122:7 123:12 123:20 124:4,6 | | **21** 3:10 4:16 41:7 125:5,7,8 126:7 | **27** 5:3 11:7 156:1 156:2,8 164:2 165:11 208:10 |
| **168** 5:4 | | | | |
| **17** 4:10 65:6,14,16 65:22 66:6,16,24 114:4 233:14 | **1997** 21:7,20 22:1 124:20 125:5 | | | **27th** 208:17 |
| **170** 5:6 | | | | **2756** 123:17 |
| **171** 5:8 | | | | **278** 3:4 |
| **174** 5:9,11 | | | | |

| | | | |
|---|---|---|---|
| **28** 5:4 109:10 130:21 151:5 168:23 | **36** 3:14 5:17 202:15,16,23 208:3,7 | 152:6 269:24 **5th** 288:16 **5-2-95** 4:10 | **7:15** 286:17,20 **75** 3:20 |
| **28th** 109:23 136:16 137:6 | **37** 5:19 205:14,16 208:4,5 270:2 272:23 273:2 | **5-22** 5:22 **5-23-01** 5:22 274:22 | **8** |
| **28014** 2:17 **283** 3:5 **2840** 85:21 | **38** 5:21 208:6,11 208:12 **39** 5:22 211:4,6 | **5-23-2001** 212:12 **5:04** 228:8 **5:19** 228:13 | **8** 3:4,20 11:7 17:2 20:17 27:8 75:8 85:9 122:7 161:10 168:22 |
| **29** 5:5 23:22 170:23 171:8,9 171:11,15 172:1 | 274:16,18 | **5:57** 251:7 **5:58** 251:10 | 214:11 271:15 271:15,18,19 284:3 |
| **29th** 24:3 | **4** | **50** 6:16 247:12 267:15 | **8th** 85:14 86:22 123:12,19 170:3 |
| **3** | **4** 3:13 37:1,6 39:9 62:16,17 64:7,9 64:19,24 65:5 | **500** 2:5 **500,000** 256:7,15 260:4 | 215:5 216:21 229:4,20 233:20 233:23 |
| **3** 3:11 23:20,23 53:4 152:2 166:7 184:22 185:13 | 110:22 152:4 212:16 228:14 256:4 269:24 | **51** 6:18 250:21,23 251:12,13 **52** 3:19 6:19 | **8-10-01** 6:7 **8-28-97** 4:22 **8-30-01** 6:9 |
| 209:16 228:9 260:11 267:17 269:24 | 275:4 286:18 **4th** 104:17 111:17 251:1,3 | 252:23 253:1 265:16 266:20 **53** 6:21 260:12 | **80** 3:22 **85** 3:24 **89** 4:3 |
| **3rd** 11:14 260:15 **3,774,000** 112:21 **3-1-01** 5:20 | **4-18-95** 4:9 **4-2-98** 5:3 **4-4-95** 4:8 | **54** 6:22 262:20,21 **55K** 159:22 **56,000** 24:12 | **9** |
| **3-27-01** 5:21 **3-28-95** 4:7 109:22 **3-31-98** 4:24 | **4-8-99** 5:4 **4-9-99** 5:6,7 **4:57** 228:5 | **6** | **9** 3:21 11:11 34:15 39:11 80:14,16 87:8 104:18,19 |
| **3:14** 175:8 **3:17** 175:12 **3:36** 187:9 | **40** 5:23 142:5,10 142:15 145:11 145:14 159:18 | **6** 2:18 3:17 44:1 44:14,15 45:7,17 46:19,23 48:9,17 | 104:21,22 105:14 170:22 171:3 178:2 |
| **3:55** 187:12 **30** 5:7 171:4,8,13 177:24 230:16 | 214:12,14 283:19 284:2 **40K** 159:20 | 48:21 49:1,7 51:13,14,18 66:6 80:13 182:10 | **9th** 207:17 **9-17-01** 6:11 **9:25** 1:23 7:13 |
| **30th** 230:22 247:19 **300,000** 62:6 | **40,000** 159:19 **41** 6:3 217:2,3 **42** 3:16 6:5 112:23 | 252:16 **6th** 80:21 182:18 186:4,7 249:9 | **9009** 118:20 **9010** 118:22 119:6 **9012** 119:9,15 |
| **3093** 236:19,20 238:21 **3094** 237:9,16 | 219:16 283:23 **43** 6:6 223:14,15 223:19 250:3,4 | **6-15-01** 6:4 **6-26-95** 4:12 **6-8-01** 5:23 | **9013** 119:17 **9014** 119:20 **9015** 119:22 |
| **31** 5:9 154:6 174:11 177:13 177:21 178:1,2,4 | **44** 6:7 228:18,22 **45** 6:8 230:17,20 239:23 240:1 | **6:07** 252:20 **6:28** 264:23 265:3 **6:42** 265:6 | **9016** 119:24 **9017** 120:2 **9019** 120:4 |
| 178:6 273:4,8 **32** 5:10 174:14 177:13,21 178:4 | **46** 3:18 6:10 233:15,16 **47** 6:12 234:11 | **600,000** 61:19 **7** | **94** 61:3 63:1 65:17 79:20 88:18 132:24 |
| 178:6 **33** 5:12 182:11,12 **34** 5:13 189:13,19 | 236:5 **48** 6:14 239:18 **49** 6:15 245:17,18 | **7** 3:19 29:13 31:20 41:1 51:9 52:3 52:12,13 56:23 | **95** 19:3,3 61:3 63:2 65:17 96:10 133:1 137:20 |
| 189:20 275:15 275:16,18 **35** 5:15 197:9,10 | **5** | 120:6 **7th** 75:17 **7-13-01** 6:5 | 168:15 **96** 61:12 **97** 4:4 61:11,12 |
| 267:11 **350** 266:4 | **5** 3:15 16:5 42:13 42:15 46:13 137:1 140:10 | **7-13-95** 4:13 **7-29-98** 3:12 | |

Page 1

1              UNITED STATES DISTRICT COURT

2                   DISTRICT OF DELAWARE

3     - - - - - - - - - - - - - -

4     ETHYPHARM S.A. FRANCE and      :

5     ETHYPHARM S.A. SPAIN,          :

6              Plaintiffs,           :

7     VS.                            :   CASE NO.

8     BENTLEY PHARMACEUTICALS,       :   04-13000-SLR

9     INC.,                          :

10             Defendant.            :

11    - - - - - - - - - - - - - -

12

13          DEPOSITION OF MICHAEL D. PRICE, a witness

14    called by and on behalf of the Plaintiffs, taken

15    pursuant to the applicable provisions of the

16    Federal Rules of Civil Procedure, before

17    Sandra L. Bray, Registered Diplomate Reporter,

18    CSR Number 103593, and Notary Public in and for

19    Commonwealth of Massachusetts, at the offices of

20    Edwards Angell Palmer & Dodge LLP,

21    111 Huntington Avenue, Boston, Massachusetts, on

22    Tuesday, July 25, 2006, commencing at 9:13 a.m.

23

24

JT-A-1114

Page 2

```
 1   APPEARANCES:
 2       Representing the Plaintiffs:
 3       BAACH ROBINSON & LEWIS PLLC
 4       1201 F Street, NW
 5       Suite 500
 6       Washington, D.C. 20004
 7       BY: JONATHAN D. FINE, ESQUIRE
 8            DWIGHT P. BOSTWICK, ESQUIRE
 9
10       Representing the Defendant:
11       EDWARDS ANGELL PALMER & DODGE LLP
12       111 Huntington Avenue
13       Boston, Massachusetts  02199
14       BY: JOSEPH P. MINGOLLA, ESQUIRE
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1         E X H I B I T S, Continued
 2   NO.     DESCRIPTION           PAGE NO.
 3   13    Copy of E-mail to Mr. Murphy
         from Mr. Fitzgibbons, dated
 4       11-30-01, and Attachment      171
 5   14    Copy of E-mail to Mr. Bolling,
         et al. from Mr. Fitzgibbons,
 6       dated 11-17-01        179
 7   15    Spanish Document and
         Translation           187
 8
16    Spanish Document, Bates
 9       Numbers BEL051001-051009    202
10   17    Spanish Document, Bates
         Numbers BEL051010-051015    203
11
18    Spanish Document from;
12       Ms. Villalobos, dated 12-30-03  205
13   19    Spanish Document D1-A, Bates
         Numbers BEL051020-051023    205
14
20    Invoice from Laboratorios
15       Belmac S.A.           206
16   21    Invoices from Pharma de Espana   210
17   22    Copy of E- mail, dated 12-12-01  224
18   23    Contrato de Tranferencia de
         Tecnologia y Cesion de Know
19       How, and Translation        227
20   24    Bentley Pharmaceuticals
         Board of Directors August 14-15,
21       2003 Meeting Minutes         236
22
23
24
```

Page 3

```
 1           I N D E X
 2   WITNESS:            PAGE NO.
 3   MICHAEL D. PRICE
 4   BY MR. FINE             7, 249
 5   BY MR. MINGOLLA           242
 6
 7
           E X H I B I T S
 8
     NO.    DESCRIPTION     PAGE NO.
 9
 1    2001 10-K          23
10
 2    Document Bates Numbers
11       BEL 006982-006987      33
12   3    Bentley Pharmaceuticals Inc.
         List of Subsidiaries    47
13
 4    1999 10-K          67
14
 5    2000 10-K          73
15
 6    2002 10-K          99
16
 7    Fax to Mr. De Basilio from
17       Mr. Murphy, dated 1-19-95    106
18   8    Press Release, dated 10-10-00   111
19   9    Press Release, dated 11-14-01   121
20   10    Presentation to Perrigo    125
21   11    Letter to Mr. De Basilio from
         Mr. Herrera, dated 11-14-01   161
22
12    Letter to Mr. De Basilio from
23       Mr. Herrera, dated 11-14-01   161
24
```

Page 5

```
 1         P R O C E E D I N G S
 2       (The Florida driver's license number as
 3       identification of the deponent was noted
 4       for the record.)
 5         MICHAEL D. PRICE, having duly sworn or
 6       affirmed that his testimony would be the truth,
 7       the whole truth, and nothing but the truth,
 8       testified as follows:
 9              *  *  *
10         MR. FINE: Okay. Thank you. Before
11       we begin, I'd like to put a brief statement on
12       the record. Actually, could we go off the
13       record for a second?
14         (Discussion off the record)
15         MR. FINE: As I just discussed with
16       Mr. Mingolla, I'd like to put a brief statement
17       on the record, that Ethypharm months ago
18       requested some documents relating to
19       intercompany transactions, including documents
20       relating to the forgiveness of approximately 6.7
21       million euros -- that's $8 million about -- in
22       credits extended to Laboratorios Belmac by
23       Bentley Pharmaceuticals during time periods
24       relevant to this litigation. In order to depose
```

Page 6

1  Bentley's executives and officers, including
2  Mr. Price, Bentley first agreed to produce
3  documents on this subject last Thursday evening,
4  and Ethypharm received a few documents
5  purporting to relate to the loan forgiveness
6  issue yesterday. They're in Spanish, and we
7  haven't had the opportunity to understand them
8  adequately. Ethypharm has agreed to go ahead
9  with this deposition and ask questions in this
10  area, but to the extent that our ability to
11  explore the area has been compromised, Ethypharm
12  reserves all its rights, including the right to
13  recall Mr. Price or Mr. Murphy or others for
14  further questioning on this subject.
15       MR. MINGOLLA: And if I may at this
16  point just interject and note that I will
17  refrain from commenting completely on the
18  substance of Mr. Fine's representation. We, of
19  course, will disagree that the documents were
20  requested months ago, that we responded actually
21  before the deadline set forth in the rules, and
22  we will address that issue, if need be, in due
23  course outside of the deposition.
24       * * *

Page 7

1       EXAMINATION BY MR. FINE:
2  Q.  Okay. Mr. Price, thank you for coming here
3       today. I really appreciate it. And I'd like to
4       go over a couple of sort of basics about a
5       deposition before we really start. Have you
6       ever been deposed before?
7  A.  I have.
8  Q.  You have. How many times?
9  A.  I would guess a half a dozen.
10  Q.  Okay. Basically -- were those in U.S. matters?
11  A.  They were U.S. matters.
12  Q.  The basic format of a deposition is that I'll
13       ask you questions and you answer them under
14       oath. Do you understand that?
15  A.  I do.
16  Q.  Okay. And for the benefit of our court
17       reporter, you have to answer my questions orally
18       because she can't take down a nod of the head or
19       uh-huh or huh-uh. That's sometimes unclear. So
20       if you could give a clear answer --
21  A.  Okay.
22  Q.  -- verbally rather than nodding your head, that
23       would be terrific. And if you need a break at
24       any time today, just let me know, and we'll see

Page 8

1       what we can do about taking a break. The
2       purpose of this isn't to torture. And the only
3       caveat on that is that we won't take a break
4       between a question and your answer, but we can
5       take a break after those.
6            And I'd ask you -- by agreement of the
7       parties, we've agreed for these depositions not
8       to discuss or if the witness, which is you in
9       this instance, would not discuss the substance
10       of your testimony with lawyers during the
11       deposition during a break, that would be good.
12  A.  Okay.
13  Q.  You're now employed by Bentley Pharmaceuticals,
14       Incorporated; is that correct?
15  A.  That's correct.
16  Q.  What is your present position or positions with
17       them?
18  A.  I am vice president, chief financial officer,
19       secretary, and treasurer.
20  Q.  Do you have any other positions with Bentley?
21  A.  Not with Bentley Pharmaceuticals, no.
22  Q.  Do you serve on Bentley's board of directors?
23  A.  I do not.
24  Q.  You do not. Have your positions with Bentley

Page 9

1       changed since you were first employed there?
2  A.  They have.
3  Q.  When were you first employed?
4  A.  In March of 1992.
5  Q.  And what positions did you hold in 1992?
6  A.  I was hired in March of 1992 as the director of
7       SEC reporting.
8  Q.  I'm sorry. Was that SEC?
9  A.  As in Securities and Exchange Commission
10       reporting.
11  Q.  And who hired you?
12  A.  I was hired by Mark Ayers, who was the CFO at
13       the time.
14  Q.  And what was your salary at that time?
15  A.  I think my beginning salary was $60,000 per
16       year.
17  Q.  Did you receive a bonus that year that you
18       recall?
19  A.  I think I got a modest bonus of $500 or
20       something like that.
21  Q.  Did you receive any other compensation that
22       year?
23  A.  I received stock options upon my hiring.
24  Q.  Approximately how many?

3 (Pages 6 to 9)

JT-A-1116

Page 10

1   A.   10,000, I think.
2   Q.   Okay.  And was there any other compensation that
3        year?
4   A.   Not that I recall.
5   Q.   And were you only the director of SEC reporting
6        at that time or did you also hold any other
7        positions?
8   A.   Later that year, I also became the director of
9        investor relations.
10  Q.   In 1995 -- 1992?
11  A.   That's right.
12  Q.   Director of investor relations.  Is that
13       correct?
14  A.   That's right.
15  Q.   And did that position come with any change in
16       salary or compensation?
17  A.   Not that I recall.
18  Q.   And in 1993, what positions did you hold?
19  A.   In 1993, I think I became vice president of
20       finance.
21  Q.   And your compensation in that year?
22  A.   I don't recall.
23  Q.   Was it approximately the same as it had been the
24       year before?

Page 11

1   A.   It was probably something higher but probably
2        not materially higher.
3   Q.   Okay.  And as VP of finance, did you also have
4        responsibility for SEC reporting?
5   A.   I did.
6   Q.   And did you also have responsibility for
7        investor relations?
8   A.   I did.
9   Q.   Okay.  And what other responsibilities did you
10       have at that time?
11  A.   I think I became corporate secretary during
12       1993.
13  Q.   And as corporate secretary, what do you do?
14  A.   I essentially record the minutes of the meetings
15       of the board of directors and to safeguard the
16       corporate documents.
17  Q.   And as director of SEC reporting, what do you
18       do -- what did you do?
19  A.   Make sure that all of the company's required
20       filings with the Securities and Exchange
21       Commission are made on a timely basis and are
22       accurate and complete.
23  Q.   And do you draft those filings yourself?
24  A.   I'm certainly involved in the drafting of those

Page 12

1        documents.
2   Q.   Who else drafts them with you?
3             MR. MINGOLA:  Are we talking present
4        day, back in 1993?
5             MR. FINE:  In 1993.
6   A.   The company's attorneys, who at the time were
7        Parker Chapin Flautau & Klimpl, would have been
8        involved in that process.
9   Q.   Was anybody else at Bentley involved in that
10       process?  Actually, I should qualify something.
11       Actually, at that time, I believe the company
12       was called Belmac Corporation?
13  A.   It was, that's correct.
14  Q.   Was anyone else at Belmac Corporation involved
15       in that process?
16  A.   Well, the documents were, once drafted, shared
17       with officers and directors for comments and
18       revisions and input.  I would say the primary
19       responsibility for drafting was me.
20  Q.   Okay.  And when you say officers and directors,
21       do you recall which officers and directors at
22       the time?
23  A.   I could go back and speculate on names at that
24       point, but whoever the existing officers and

Page 13

1        directors were at the time, they were shared
2        with.
3   Q.   Were there any officers and directors who you
4        recall didn't review those?
5   A.   They were certainly all given an opportunity to
6        do that.
7   Q.   And as director of investor relations, what were
8        your responsibilities?
9   A.   To establish and maintain contact with the
10       institutional investors as well as retail
11       investors in the company's stock, to take phone
12       calls from them and answer questions that they
13       had.
14  Q.   Did you have any responsibility for press
15       statements or press releases?
16  A.   I was involved with drafting press releases or
17       making sure that the press releases were
18       distributed.
19  Q.   Was anyone else at Belmac Corporation U.S.A.
20       also involved in drafting or revising press
21       statements or press releases?
22  A.   During that time frame?
23  Q.   Yes.
24  A.   Until I took control of the investor relations

4 (Pages 10 to 13)

JT-A-1117

Page 14

1    function, that was done by a person by the name
2    of Russ Ketchum.
3    Q.  So before you became director of investor
4        relations in 1992?
5    A.  Right, which I think was August of '92.
6    Q.  And did Mr. Ketchum or Ms. Ketchum stay on at
7        Belmac Corporation?
8    A.  No, he left in that time frame.
9    Q.  Did you have any other responsibilities in the
10       1992, 1993 time frame?
11   A.  Not that I recall.
12   Q.  Did your positions or responsibilities change in
13       1994?
14   A.  At some point, I became chief financial officer,
15       but I couldn't tell you if that was in 1994 or
16       perhaps even in 1995.
17   Q.  And what were your responsibilities as chief
18       financial officer?
19   A.  To make sure that the financial records of the
20       company were complete and accurate, to also make
21       sure that all of the filings that were required
22       by either the stock exchange or the Securities
23       and Exchange Commission were made on a timely
24       basis and were complete and accurate.

Page 15

1    Q.  And did your responsibilities as CFO include any
2        other responsibilities that you haven't
3        discussed under your responsibilities as VP of
4        finance or as vice president of finance?
5    A.  I think they were essentially the same, but I
6        think I probably had more of a responsibility
7        for dealing with the investors, the large
8        investors in the company stock.
9    Q.  What was your compensation when you were made
10       CFO in 1994 or 1995?
11   A.  I think by that time it had probably increased
12       to somewhere around 100,000 or more.
13   Q.  And is that salary?
14   A.  Base salary.
15   Q.  And did you receive any bonuses in 1994 or 1995?
16   A.  I would have to go back and look at our SEC
17       filings to determine that.
18   Q.  As you recall, do you recall receiving a bonus
19       at that time?
20   A.  If I did, it was a modest bonus.
21   Q.  Do you recall receiving any stock at that time
22       or in 1994 or 1995?
23   A.  I think I was awarded 1,000 shares of stock in
24       1993, but I don't think I received any stock in

Page 16

1    1994 or 1995.
2    Q.  Did you receive any options in 1994 or 1995?
3    A.  I did.
4    Q.  Approximately how many?
5    A.  I would have to go back and look at the records.
6        I don't recall.
7    Q.  Do you recall it being more than the 10,000 that
8        you received when you were hired on?
9    A.  It was.  It was more.
10   Q.  Was it --
11   A.  At one point, I received 90,000, but I couldn't
12       tell you what year that was.  That may have been
13       '93.
14   Q.  Okay.  And did your responsibilities or
15       position -- well, let me backtrack for a second.
16       As CFO, to whom did you report at Belmac
17       Corporation?
18   A.  I reported to the chairman, president, and CEO.
19   Q.  Who was that at that time?
20   A.  In what year?
21   Q.  1994 or 1995, when you became CFO.
22   A.  In early -- for the first three-quarters of the
23       year in '94, that would have been Donald
24       Boultbee, and for the last quarter of 1994 and

Page 17

1    from that point forward, it would have been Jim
2    Murphy.
3    Q.  Okay.  And in 1996 -- well, let me backtrack one
4        more time.  Who reported to you at that time in
5        1994 or 1995?  Or why don't we go through --
6        instead of names, why don't we go through which
7        departments or divisions?
8    A.  Okay.  It was essentially investor relations.
9        It was the accounting and finance department.
10   Q.  Anyone else?
11   A.  That was it.
12   Q.  Okay.  And approximately how many people are in
13       the -- were in the investment relations
14       department at that time?
15   A.  There was just one.
16   Q.  And who was that?
17   A.  In that time frame, it was either Jill Figuerdo
18       or I can't remember his first name but his last
19       name was Scime, spelled S C I M E.
20   Q.  And in the accounting and finance department?
21   A.  That would have been Elaine Melia, M E L I A;
22       Karen Garda, G A R D A; Michelle Bain, B A I N;
23       Shannon Gulledge, G U L L E D G E.
24   Q.  Anyone else?

5 (Pages 14 to 17)

JT-A-1118

Page 18

1   A. Those are the only names that come to mind.
2   Q. In 1996, did your responsibilities or positions
3       change at all?
4   A. I think by 1996, I think I had been made a
5       member of the board of directors, and I think
6       that happened in 1995, if I recall correctly,
7       but other than becoming a board member, my
8       duties and responsibilities did not change.
9   Q. And your compensation in 1996, do you recall
10      approximately how much you received in terms of
11      a salary?
12  A. I don't recall exactly, but I would guess that
13      it was somewhere around 100,000 or maybe a
14      little more.
15  Q. And do you recall receiving a bonus in 1996?
16  A. If I did, it was a relatively modest bonus.
17  Q. Do you recall receiving any stock or options in
18      1996?
19  A. I received 400,000 stock options in 1996.
20  Q. And did you receive any other compensation in
21      1996?
22  A. I don't recall receiving anything significantly
23      other than that.
24  Q. And when you say "significantly" --

Page 19

1   A. If there were, perhaps health insurance benefits
2       or 401(k) contributions or things of that
3       nature, all of which are spelled out in our
4       proxy statement.
5   Q. Okay. And in 1997, did your position or
6       responsibilities change at all?
7   A. No.
8   Q. And do you recall how much of a salary you
9       received in 1997?
10  A. I don't.
11  Q. Was it more or less than the approximately
12      100,000 --
13  A. It was more.
14  Q. -- you recall for 1996?
15  A. It increased each year.
16  Q. Do you recall approximately how much it
17      increased by?
18  A. I don't.
19  Q. Was it 50,000 or 25,000?
20          MR. MINGOLLA: Objection.
21  A. I really don't know.
22          MR. FINE: Counsel, if you could state
23      the basis for your objection.
24          MR. MINGOLLA: Asked and answered.

Page 20

1   Q. I'm just trying to get a better sense of going
2       through a couple things whether that triggers a
3       memory at all. 10,000?
4           MR. MINGOLLA: Objection, asked and
5       answered.
6   A. You know, I really don't know. If I had the
7       proxy statements here in front of me, I'd be
8       happy to run through them, but I don't recall.
9       It's almost ten years ago. I really don't
10      remember.
11  Q. In 1998, did your responsibilities change?
12  A. No.
13  Q. Do you recall approximately the compensation you
14      received in 1998?
15  A. I don't. I know that it increased each year,
16      but I couldn't tell you how much it increased
17      each year.
18  Q. Do you recall receiving a bonus in 1998?
19  A. I can't recall receiving it, but it's possible
20      that I did.
21  Q. Did you receive any stock or stock options in
22      1998?
23  A. I did not.
24  Q. Did you receive any other compensation in 1998?

Page 21

1   A. In 1998, I would have gotten a base salary,
2       perhaps a bonus, 401(k) contributions, health
3       insurance reimbursement, possibly some life
4       insurance. That's all I recall.
5   Q. And in 1999, did your positions or
6       responsibilities change at all at Bentley
7       Pharmaceuticals?
8   A. No, there was no change in my corporate
9       responsibilities.
10  Q. So in 1999, you were CFO with responsibilities
11      for investor relations, corporate secretary, and
12      in charge of SEC reporting?
13  A. And the finance department.
14  Q. And the finance department. And do you recall
15      approximately your compensation in 1999?
16  A. I don't.
17  Q. Okay. Did you receive any bonus or do you
18      recall receiving any bonus in 1999?
19  A. I received a -- I received 5,000 shares of stock
20      that year as -- essentially as an attempt to
21      equate my cost of living increase in New England
22      compared to what it was in Florida, but I
23      received no stock options.
24  Q. Do you recall approximately all-in how much you

6 (Pages 18 to 21)

JT-A-1119

Page 22

1    might have been compensated in 1999?
2    A.    I don't recall, but again, if I had the proxy
3         statement, I'd be happy to run through the
4         numbers with you.
5    Q.    In 2000, did your responsibilities change at all
6         from what they had been in 1999?
7    A.    No, they were the same.
8    Q.    Did your positions change at all in 2000?
9    A.    No, still the same.
10   Q.    Do you recall approximately how much you
11        received in salary in 2000?
12   A.    I don't.
13   Q.    Do you recall receiving a bonus in 2000?
14   A.    I can't specifically recall receiving a bonus in
15        2000.
16   Q.    Did you receive any stock or stock options in
17        2000?
18   A.    I received stock options in 2000, and I think
19        the number was 15,000.
20   Q.    Did you receive any other compensation in 2000?
21   A.    401(k) contribution, life insurance, and health
22        insurance benefits.
23   Q.    I'd like to show you a document.
24        MR. FINE:  I'd like to have it marked

Page 23

1    as Exhibit 1.
2         (2001 10-K was marked Exhibit Number 1
3         for identification.)
4    Q.    Do you recognize this document?
5    A.    I do.
6    Q.    What is this document?
7    A.    This is the company's annual report on Form 10-K
8         filed with the Securities and Exchange
9         Commission, and it's for the year ended
10        December 31st, 2001.
11   Q.    Were you involved in drafting this report?
12   A.    I was.
13   Q.    Okay.  Did you review the final version of this
14        report before it was filed?
15   A.    I did.
16   Q.    Okay.  Is this report an accurate statement of
17        the position of Bentley Pharmaceuticals for the
18        year 2001?
19   A.    Yes, it is.
20   Q.    Has any position of this document been restated?
21        MR. MINGOLLA:  Why don't you take the
22        time you need to review the document if you need
23        to to answer that question.
24   A.    May I have just a moment?

Page 24

1    Q.    Yes, absolutely.
2    A.    Okay.
3    Q.    In 2001, did your positions change at Bentley
4         Pharmaceuticals?
5    A.    No.
6    Q.    Did your responsibilities change?
7    A.    No.
8    Q.    Do you recall what you received in terms of
9         compensation in 2001?
10   A.    Not specifically, no.
11   Q.    Do you recall receiving a salary in 2001?
12   A.    I do.
13   Q.    Do you recall approximately how much that salary
14        was?
15   A.    I'm going to guess that it was perhaps 185,000.
16   Q.    Do you recall receiving a bonus in that year?
17   A.    It's possible I received a bonus, but I couldn't
18        tell you how much it was.
19   Q.    Do you recall receiving any stock or options in
20        that year?
21   A.    I received stock options, but I couldn't tell
22        you how many, and I don't think I received
23        shares of stock other than contributions to the
24        401(k) plan.

Page 25

1    Q.    Do you recall receiving any other compensation
2         in 2001?
3    A.    Just the typical base salary, possibly bonus
4         401(k) contributions, life insurance, and health
5         insurance benefits.  At one point, there were
6         15,000 shares of stock awarded to me, but I
7         couldn't tell you what year that was.
8    Q.    Was that reported --
9    A.    It was included in the proxy statement.
10   Q.    I'd like to draw your attention to a page
11        towards the back of the 10-K.  It's marked F-15.
12        It's in Note 7, titled Related Party Notes.  The
13        note says that the company provided loans to
14        each of Messrs. Murphy, Price, and Gyurik, who
15        are executive officers of the company, in the
16        amount of 250,000, 50,000, and 140,000,
17        respectively, in March 2000.  Do you recall the
18        circumstances of these loans in 2000?
19   A.    Yes.
20   Q.    Could you tell me a little bit about them?
21   A.    Sure.  The company had awarded stock to each of
22        those three officers.
23   Q.    Including yourself?
24   A.    Including myself, and at the time of the stock

7 (Pages 22 to 25)

Page 26

1   award, the shares were restricted so no taxes
2   were due at that time, but when the restrictions
3   were lifted, the tax consequences had to be
4   settled. And with that, having to be in a
5   position to sell the shares of stock to raise
6   the cash to pay the taxes, the company made a
7   loan to each of these three officers, myself
8   included, to allow us to be able to pay the tax
9   consequences on those shares of stock. And
10  those are the shares that I mentioned a few
11  moments ago about receiving 15,000 shares but I
12  couldn't recall the year that I received those.
13  Q.  And how were the amounts of the loans
14      calculated?
15  A.  They were a rough estimate of the tax
16      consequences due on the number of shares of
17      stock based on their fair market values.
18  Q.  And who calculated those loans?
19  A.  I'm sure I was probably involved in the process.
20  Q.  How were those loans approved? Were they
21      approved at the company level or did they have
22      to go up to the board of directors?
23  A.  I think the board of directors approved those
24      loans.

Page 27

1   Q.  Do you recall approximately when they were
2       approved?
3   A.  I assume it was in early 2000.
4   Q.  And if you look a sentence below, it says, "In
5       December 2001, the Compensation Committee of the
6       Company's Board of Directors agreed to amend the
7       loan agreements, resulting in the forgiveness of
8       principal and accrued interest." Can you tell
9       me something about the circumstances of that
10      loan forgiveness?
11          MR. MINGOLLA: Objection as to form.
12  A.  When you say tell you something about it, what
13      do you mean?
14  Q.  What do you recall about the circumstances of
15      the board of directors approving those loan
16      forgivenesses?
17  A.  I think there was a concept to forgive some
18      portion of the loan in each of X number of
19      successive years, and I think I recall a
20      percentage of it being forgiven in 2000 and then
21      maybe more or less the equivalent amount being
22      forgiven with the following year, with the idea
23      that it would be forgiven over X number of
24      years, perhaps even five years. I don't recall.

Page 28

1   Q.  Was that part of the arrangement in 2000 when
2       the loans were made?
3   A.  I don't think so.
4   Q.  Was it understood at the time that those loans
5       would be forgiven in that manner?
6           MR. MINGOLLA: Objection.
7   Q.  Did you understand at that time that those loans
8       would be forgiven in that manner?
9   A.  No one told me that the loans would be forgiven
10      at some time in the future. I was under the
11      assumption I would have to repay the loan.
12  Q.  During 2000, do you recall making payments on
13      that loan?
14  A.  No, I don't recall making any payments on it.
15  Q.  Do you have a copy of that loan agreement?
16  A.  I can find a copy of the loan agreement. I
17      think it was even filed as an exhibit to the SEC
18      filings.
19  Q.  Do you know if the amendments to that loan
20      agreement that are mentioned here in Note 7 were
21      filed as well?
22  A.  I would have to go look. I don't recall.
23  Q.  In 2002, did your responsibilities change at
24      all?

Page 29

1   A.  They did not.
2   Q.  Did your positions change at all?
3   A.  No.
4   Q.  Do you recall approximately what your
5       compensation was in 2002?
6   A.  I think it was about 200,000.
7   Q.  Did you receive any bonus in 2002?
8   A.  I think I did, but I couldn't tell you how much
9       it was.
10  Q.  Did you receive any stock or options in 2002?
11  A.  I think the only stock I received were as
12      contributions to my 401(k) plan, and I did
13      receive stock options; and I would speculate
14      that the number was 50,000.
15  Q.  Approximately how much were the 50,000 stock
16      options worth at the time?
17  A.  Worth in terms of?
18  Q.  Dollars.
19  A.  Well, they were granted at fair market value, so
20      on the day you received them, there's no
21      intrinsic value there. They're exercisable at
22      the price of the stock that day, so it's
23      nonetheless the stock appreciates in value that
24      there's any value there.

8 (Pages 26 to 29)

JT-A-1121

Page 30

1   Q. Have you exercised any of the stock options?
2        MR. MINGOLLA: Which options are we
3   referring to, the ones he received in 2002 or
4   any prior ones?
5        MR. FINE: 2002.
6   A. I don't think I have, but I would have to go
7   back and look at a schedule to tell you that for
8   sure.
9   Q. Did you exercise any of the options you received
10  in prior years or have you?
11  A. I have exercised options that I have received in
12  prior years.
13  Q. In 2003, did your position or responsibilities
14  change?
15  A. No.
16  Q. And do you recall approximately how much you
17  received in salary in 2003?
18  A. I would guess somewhere between 230 and 250,000.
19  Q. Did you receive any bonus in 2003?
20  A. I think I did, but I don't recall the amount.
21  Q. Did you receive any stock or options in 2003?
22  A. I received shares of stock in my 401(k) plan,
23  the maximum contribution, and I think I got
24  stock options that year, but I couldn't tell you

Page 31

1   how many.
2   Q. Did you also have any loan forgiveness in 2003?
3   A. I think the balance of the loan was forgiven in
4   2003.
5   Q. And was a portion of that loan also forgiven in
6   2002?
7   A. It was.
8   Q. You mentioned a few minutes ago that you're no
9   longer on the board of directors of Bentley
10  Pharmaceuticals.
11  A. That's right.
12  Q. When did that change occur?
13  A. I think that happened in 2004.
14  Q. How did that change occur?
15  A. I voluntarily resigned from the board in 2004 in
16  preparation for us being listed on the New York
17  Stock Exchange. We had been previously listed
18  on the American Stock Exchange, and there were a
19  lot of corporate governance reforms taking place
20  at that time; and we wanted to follow what was
21  considered good form as far as corporate
22  governance. So we wanted to minimize the number
23  of insiders that were included on the board and
24  have outsiders on the board. So I voluntarily

Page 32

1   resigned from the board in 2004 in advance of
2   being listed on the New York Stock Exchange.
3   Q. And in advance of 2004, how many independent
4   directors were on the board?
5   A. I would say there had been four or five outside
6   independent directors and four inside.
7   Q. Did any of your positions or responsibilities
8   other than leaving the board of directors change
9   after 2003?
10  A. No.
11  Q. Okay. Bentley Pharmaceuticals owns a
12  corporation called Laboratorios Belmac; is that
13  correct?
14  A. It owns the shares of a company called
15  Laboratorios Belmac S.A.
16  Q. Okay. Do you hold any position with
17  Laboratorios Belmac?
18  A. I don't hold a position other than a membership
19  on the board of directors.
20  Q. How long have you held a position on the board
21  of directors of Laboratorios Belmac?
22  A. I don't recall the date that I first became a
23  member of the board, but it probably dates back
24  into the 1990s.

Page 33

1   Q. Do you recall whether it was the early 1990s or
2   the later 1990s?
3   A. If I had to guess, I would say mid-1990s, but I
4   don't have the specific date.
5   Q. I'd like to show you another document.
6        (Document Bates Numbers BEL
7        006982-006987 was marked Exhibit Number
8        2 for identification.)
9   Q. If you turn to Page 2 of this exhibit, you'll
10  see a table marked Consejo de Administracion?
11  A. I see that.
12  Q. Do you know what consejo de administracion
13  means?
14  A. No, I don't.
15  Q. Do you have a rough understanding what it means?
16        MR. MINGOLLA: Objection.
17  A. I know "de" is "of," and I know "administracion"
18  is probably "administration," but I'm not sure
19  what "consejo" is.
20  Q. Do you know if that means board of directors?
21  A. I don't know.
22  Q. Okay. If you look to 1990 -- the column marked
23  1993 -- actually, it's the second column marked
24  1993.

JT-A-1122

Page 34

1    A.  Okay.
2    Q.  A date under that -- of the first row, the row
3         marked Belmac.
4    A.  Okay.
5    Q.  Does that refer to Laboratorios Belmac?
6    A.  I would assume this means Laboratorios Belmac
7         S.A.
8    Q.  And not Belmac Corporation?
9    A.  Not Belmac Corporation, no.
10   Q.  And the reason you would assume that?
11   A.  Primarily because the language is in Spanish and
12        there are two divisions here, one for Belmac and
13        one for Davur.
14   Q.  And if you look down on the second column for
15        1993, that's marked 16-12-1993.  And I'm
16        assuming that's a European date, so it would be
17        the 16th of December, 1993.  Is that what you
18        would understand?
19   A.  That's my assumption.
20   Q.  You'll notice that you're listed under vocales,
21        Michael D. Price.  That's you, correct?
22   A.  That's right.
23   Q.  Do you know what a vocales is?
24   A.  I do not.

Page 35

1    Q.  You're also listed again in that column; is that
2         correct?
3    A.  I am.
4    Q.  And you're listed there under consejeros; is
5         that correct?
6    A.  Yes.
7    Q.  Do you know what a consejero is?
8    A.  No, I don't.
9    Q.  Does this document help reflect -- refresh your
10        recollection as to when you might have been
11        appointed to the board of directors of
12        Laboratorios Belmac?
13   A.  Again, I would have assumed that it was in the
14        mid-1990s, and I'm not really sure what those
15        terms mean, so...
16   Q.  And if you look into the columns for 1994,
17        you're again listed as a vocales on all of those
18        columns; is that correct?
19   A.  That's right.
20   Q.  And you're also listed as a consejero on all of
21        those columns; is that correct?
22   A.  That's correct.
23   Q.  And if you turn to the next page and you look at
24        the top, it says Consejo de Adminis.  Is that

Page 36

1         about right?
2    A.  Yes, it looks to be --
3    Q.  It looks to be cut off.
4    A.  -- it's cut off from the prior page.
5    Q.  And you're also listed in each of the columns
6         there that has writing in it, the 1999 column,
7         2000, '01, '02, '02 again, '03, '04, and '05.
8         Is that accurate?
9    A.  That is correct.
10   Q.  And you're listed as a consejero in the 1999,
11        2000, 2001, and the first column of 2002; is
12        that correct?
13   A.  That's correct.
14   Q.  And then, you're listed as a consejero delegado
15        in the columns marked -- the second column for
16        2002, the column for 2003, '04, and '05; is that
17        correct?
18   A.  That's correct.
19   Q.  Do you recall what a consejero delegado is?
20   A.  I don't know.
21   Q.  Do you recall in 2002 being made a consejero
22        delegado?
23   A.  I don't recall that, no.
24   Q.  Do you recall any discussions about being made a

Page 37

1         consejero delegado?
2    A.  No.
3    Q.  Do you know how you were made a consejero
4         delegado?
5    A.  I don't recall.
6    Q.  And if you look down to the column marked Davur,
7         that's Laboratorios Davur; is that correct?
8    A.  That's my assumption, Laboratorios Davur S.L.
9    Q.  Is that another subsidiary of Bentley
10        Pharmaceuticals?
11   A.  That's a wholly owned subsidiary of Laboratorios
12        Belmac S.A.
13   Q.  And there's nothing on the columns labeled 6983
14        other than Davur, other than the titles
15        presidente, consejeros delegado, et cetera?
16   A.  That's correct.
17   Q.  And if you turn to the next page, beginning with
18        1998, there are individuals in those columns,
19        correct?
20   A.  Yes, there are.
21   Q.  And are you listed in any of those columns?
22   A.  I'm listed beginning in 1999, as of
23        November 29th, 1999.
24   Q.  As a vocales?

10 (Pages 34 to 37)

JT-A-1123

Page 38

1  A.  As a vocales.
2  Q.  And nothing in 2000 or 2001?
3  A.  There's nothing in those columns for 2000 and
4      2001.
5  Q.  Was Laboratorios Davur founded in 1998?
6  A.  That sounds about right.  It was founded in the
7      late 1990s.
8  Q.  So if there's nothing in a column before 1998,
9      that would indicate that no individual held that
10     position?
11 A.  I think the company was not even in existence
12     prior to that.
13 Q.  And do you know why there's nothing listed in
14     the columns for 2000 and 2001?
15         MR. MINGOLLA:  Objection, foundation.
16 Q.  Is there anything listed in the columns 2000 and
17     2001?
18 A.  There's nothing in 2000 or 2001 for Davur.
19 Q.  Do you know why there's nothing listed in the
20     columns for 2000 or 2001?
21 A.  I don't know.
22 Q.  And in the columns for 2002, both of those, in
23     the first one, you're listed -- in both of
24     those, you're listed as a vocale?

Page 39

1  A.  Right.
2  Q.  And, in fact, you're listed as a vocale in both
3      those columns 2002, 2003, 2004, and 2005, right?
4  A.  That's right.
5  Q.  And beginning in 2002, you're also listed as a
6      consejero delegado?
7  A.  Beginning in 2002.
8  Q.  And that's about the same time that you're
9      listed -- actually is at the same time that
10     you're listed as a consejero delegado for
11     Belmac; is that correct?
12 A.  Beginning in 2002, that's correct.
13 Q.  Do you know if you are at present either a
14     consejero or a consejero delegado of Belmac or
15     Davur?
16         MR. MINGOLLA:  I will object.
17 A.  I don't understand what those terms mean.  My
18     understanding is I'm a member of the board of
19     directors, but I don't know what these terms
20     are.
21 Q.  In your capacity as a member of the board of
22     directors or any other capacity, do you receive
23     compensation from Laboratorios Belmac?
24 A.  I do not.

Page 40

1  Q.  Do you receive compensation from Laboratorios
2      Davur?
3  A.  I do not.
4  Q.  Do you receive compensation from any other
5      Spanish company owned either in whole or in part
6      directly or indirectly by Bentley
7      Pharmaceuticals?
8  A.  I do not.
9  Q.  And that includes salary?
10 A.  That includes any form of compensation; salary,
11     bonus, stock options, benefits.  It includes
12     anything.
13 Q.  Do you recall approximately how many times
14     you've traveled to Spain --
15 A.  I would --
16 Q.  -- from -- let's see -- from 1993 to the present
17     in each year?
18         MR. MINGOLLA:  For any purpose?
19         MR. FINE:  For any purpose.
20 A.  I would say the average was three times per year
21     on average, but there were probably times that I
22     went as many as five times a year and as few as
23     one.
24 Q.  And for what purposes did you travel to Spain in

Page 41

1      that period?
2  A.  I would say primarily for information gathering,
3      to make sure that our filings with the
4      Securities and Exchange Commission were complete
5      and accurate and just to make sure I understood
6      the business model over there.
7  Q.  And how -- who did you meet with when you went
8      over for information gathering?
9  A.  Primarily the finance department and the general
10     manager.
11 Q.  And who was in the finance department
12     approximately -- let me rephrase that.  That's
13     pretty broad.  How many people were in the
14     finance department --
15         MR. MINGOLLA:  Objection.  What time?
16 Q.  -- of Laboratorios Belmac?
17 A.  You know, in the beginning, back in the early
18     1990s, I would say there were probably four to
19     six people in the finance department.  All the
20     way up through the present day, there are
21     probably ten people in the finance department.
22 Q.  And does Laboratorios Davur have a separate
23     department?
24 A.  Laboratorios Davur has its own set of employees.

11 (Pages 38 to 41)

JT-A-1124

Page 42

1   However, I think that -- I think there may be a
2   group of employees at Belmac that actually
3   performed the accounting functions for Davur and
4   Rimafar.
5   Q.  You mentioned the one purpose for which you go
6   over to Spain is to gather information.  Is that
7   for Bentley?
8   A.  That's for me to be able to file consolidated
9   financial statements and put proper disclosures
10  in those filings with the Securities and
11  Exchange Commission.
12  Q.  Which are filed for Bentley, is that correct?
13  A.  Which are Bentley filings.
14  Q.  And those people in the finance department at
15  Laboratorios Belmac, you testified that you meet
16  with them.  How much contact do you have with
17  them when you're not visiting Spain?
18        MR. MINGOLLA:  Objection, vague as to
19  time frame.
20  Q.  Let's say 1993 to 1999.
21  A.  In 1993, I had minimal contact with them.  You
22  know, we may speak on the phone occasionally if
23  I needed information or had questions, but as we
24  progressed through the years, '94, '95, '96, on

Page 43

1   into the '90s, I would say the contact became
2   more frequent.
3   Q.  Approximately how frequent?
4   A.  I don't know that we spoke every week, but
5   perhaps every two or three weeks.
6   Q.  Did you send e-mail back and forth?
7   A.  Not in the early 1990s.  I think we didn't start
8   using e-mail as a company until the late 1990s,
9   and initially, it was not very frequent.
10  Q.  Did you send faxes back and forth?
11  A.  I would say faxes were much more common back
12  then.
13  Q.  And was there anyone else in the finance
14  department at Bentley who had contact with
15  people in the finance department at Laboratorios
16  Belmac?
17        MR. MINGOLLA:  Objection, vague as to
18  time frame.
19  Q.  In the time frame we're talking about, '93 to
20  '99.
21  A.  In 1993 -- in early 1993, we still had a
22  controller at the company called David West, who
23  was responsible for the finances and accounting
24  of the company.  And I'm not sure who on his

Page 44

1   staff may have been responsible for
2   communicating, but once I became responsible for
3   the function, I would say it was me and Elaine
4   Melia, whose name I mentioned earlier, Karen
5   Garda, whose name I mentioned earlier.
6   Q.  And these -- you would have a weekly approximate
7   phone conversation with folks in the finance
8   department at Laboratorios Belmac; is that
9   right?
10        MR. MINGOLLA:  Objection.
11  A.  I don't know that it was weekly.  It was
12  periodic.  It was whenever it was necessary.
13  Q.  Approximately how many times per month?  I'm
14  trying to get a sense of, you know, how the
15  finance function works, so anything you could
16  tell me would be helpful.
17  A.  Well, they provided monthly financial
18  statements, so we were trying to consolidate the
19  financial statements and understand any
20  relationships that didn't appear as expected
21  through that process.  We would then ask
22  questions or try to get clarification.  So it
23  was something that probably happened in relation
24  to that monthly financial statement processing

Page 45

1   function.  So it's possible that during that
2   week that we were doing that, there may be
3   several phone calls or faxes during that week,
4   but maybe not so many the other three weeks of
5   the month, as an example.
6   Q.  And after 1999 -- say, from 1999 to 2002, what
7   was the nature and extent of your contacts with
8   the finance people at Laboratorios Belmac?
9   A.  Again, I think it was a similar process,
10  although I think that the methodology had
11  probably changed by then.  Perhaps they were
12  using e-mail.  Perhaps they were sending their
13  files over electronically as opposed to by fax
14  or by whatever other means, but still primarily
15  the contact was of a financial nature, to try to
16  understand the financial statements, what they
17  meant, what the trends were, et cetera.
18  Q.  And who was the contact with at Laboratorios
19  Belmac?
20  A.  It was different at different times, but in the
21  early '90s, it was with a gentleman by the name
22  of Federico de Salas.
23  Q.  In the mid-'90s?
24  A.  From the mid-'90s into the late '90s, maybe even

12 (Pages 42 to 45)

JT-A-1125

Page 46

1    in the early 2000s, it was Jose Maria Esteve.
2    Q.  And after Mr. Esteve?
3    A.  After that, Ester Sanchez.
4    Q.  Anyone else?
5    A.  Most recently, Emilio Barta Perez, over the last
6        several months, last year.
7    Q.  And did you have any contacts with anyone else
8        at Laboratorios Belmac about Laboratorios
9        Belmac's finances?
10   A.  A lady by the name of Paloma Rodriguez.
11   Q.  When was that?
12   A.  I would say that's over the past six years, six
13       or seven years.
14   Q.  And what's her position?
15   A.  She's now controller.
16   Q.  Controller --
17   A.  Of Belmac.
18   Q.  Does Laboratorios -- does Bentley
19       Pharmaceuticals have a controller now?
20   A.  We do.
21   Q.  And who's that?
22   A.  That's Bob Hebert, H E B E R T, and he's been
23       with the company for about three years now.
24   Q.  Three years.  Did you have responsibility for

Page 47

1    control from '93 to, say, 2003 when Mr. Hebert
2    came on board?
3        MR. MINGOLLA:  Objection, vague.
4    A.  Did I have responsibilities for?
5    Q.  The responsibilities for the control function at
6        Laboratorios -- sorry, at Bentley
7        Pharmaceuticals.
8    A.  As chief financial officer, I was ultimately
9        responsible for the financials of the company.
10       I was the principal financial officer of the
11       company, but I did have people that reported to
12       me that essentially performed the same function
13       that Bob Hebert now performs as controller, but
14       the title was not controller, and those
15       people --
16   Q.  What was that?
17   A.  -- were people I already mentioned, including
18       Elaine Melia and Karen Garda.
19   Q.  Other than -- well, let me give you another
20       document.
21       (Bentley Pharmaceuticals, Inc. List of
22       Subsidiaries was marked Exhibit Number 3
23       for identification.)
24   Q.  And to backtrack for just a second, other than

Page 48

1    Mr. De Salas, Mr. Esteve, Ester Sanchez, Emilio
2    Perez, and Paloma Rodriguez, are there any other
3    individuals with whom you've had contact at
4    Laboratorios Belmac about Belmac's finances?
5    A.  I guess you could loosely construe that the
6        conversations were about finances when I would
7        speak with the general managers of the company.
8    Q.  And who were they?
9    A.  Back in the early 1990s, it was Angel Perez de
10       Ayala.  After him came Clemente Gonzalez, and
11       after him, Adolfo Herrera.
12   Q.  And why do you say loosely construe?
13   A.  If I didn't get adequate answers or couldn't
14       understand the explanations given by somebody in
15       the finance department, I may have a follow-up
16       conversation just to make sure I had a complete
17       understanding, to make sure our filings with the
18       Securities and Exchange Commission were
19       accurate.
20   Q.  And do you recall any specific instances in
21       which you had those conversations with the
22       general managers?
23   A.  Not specifically, no.
24   Q.  For the earlier period, do you recall any of the

Page 49

1    specific conversations from, say, '93 to '99?
2    A.  Nothing specific, no.
3    Q.  Anything from '99 to 2002?
4    A.  No.
5    Q.  Anything from 2002 to the present?
6    A.  With respect to specific issues or?
7    Q.  Any specific conversations.  You said you had or
8        you testified you could loosely construe certain
9        conversations with the general managers as
10       relating to the finance function.
11       MR. MINGOLLA:  I'll object only to the
12       portion of the question "to the present." I
13       think that's beyond -- well beyond Phase 1.
14   A.  Just in general -- no specifics, but just in
15       general where the general manager may call up
16       and say, "We reported X number of millions of
17       revenues in euros and the number is X," but
18       nothing beyond that.
19   Q.  Anything from 2002 to 2004?
20   A.  Not specifically, no.
21   Q.  I'd like you to take a look at this exhibit,
22       which is, I think, Exhibit 3.  And I will
23       represent to you that this has been produced to
24       us and is called Bentley Pharmaceuticals,

13 (Pages 46 to 49)

JT-A-1126

Page 50

1    Incorporated List of Subsidiaries.
2  A.  Yes.
3  Q.  Is Pharma de Espana a subsidiary of Bentley
4      Pharmaceuticals?
5  A.  Pharma de Espana is a wholly owned subsidiary of
6      Bentley Pharmaceuticals, Inc.
7  Q.  How long has it been a wholly owned subsidiary
8      of Bentley Pharmaceuticals, Inc.?
9  A.  Since the late 1990s, maybe around 1997 or 1998.
10 Q.  And is this incorporated in the United States,
11     Pharma de Espana?
12 A.  It is.  It's a Delaware company.
13 Q.  Delaware company?
14 A.  Uh-huh.
15 Q.  And why was it incorporated?
16 A.  It was incorporated to be the shareholder of
17     Laboratorios Belmac.
18 Q.  I'm sorry.  I don't understand that.  What do
19     you mean by shareholder of Laboratorios Belmac?
20 A.  The shares of Laboratorios Belmac are owned by
21     Pharma de Espana, which are then owned by
22     Bentley Pharmaceuticals, Inc.
23 Q.  And is that a wholly owned subsidiary of Bentley
24     Pharmaceuticals, Inc.?

Page 51

1  A.  It was a wholly owned subsidiary of Pharma de
2      Espana.
3  Q.  Going back to Pharma de Espana, does Pharma de
4      Espana own any other things than shares in
5      Laboratorios Belmac?
6  A.  It also -- I would have to verify this.  I think
7      it now owns a company called Bentley API, Inc.
8      or Bentley API S.L.
9  Q.  Does it own anything else?
10 A.  No.
11 Q.  And Laboratorios Davur, you've testified, is a
12     wholly owned subsidiary of Laboratorios Belmac;
13     is that correct?
14 A.  That's correct.
15 Q.  And Laboratorios Belmac is a wholly owned
16     subsidiary of Pharma de Espana, which is a
17     wholly owned subsidiary of Bentley
18     Pharmaceuticals.  I'm trying to develop a sense
19     of the corporate structure here.
20 A.  That's correct.
21 Q.  Bentley Healthcare Corporation, what is that?
22 A.  Bentley Healthcare Corporation is owned by
23     Bentley Pharmaceuticals, I think.  If you want
24     to get a good sense for the corporate structure,

Page 52

1      you could look back in Exhibit Number 1 that we
2      talked about, and in Note 2, it will give you a
3      depiction of who owns who.  And that's on Page
4      F-8.
5  Q.  Why was Bentley Healthcare Corporation founded?
6  A.  I think that was a U.S. corporation.  It's a
7      Florida corporation, and I think it was
8      established back in the early 1990s to sell
9      disposable linens.
10 Q.  And when was -- early 1990s, you testified?
11 A.  I'm guessing in 1992, 1993 time frame.
12 Q.  And Belmac Health Corporation, when was that
13     incorporated?
14 A.  Probably in a similar time frame, but I can't
15     recall any of the specifics of the operations of
16     that company.
17 Q.  Is that a United States company?
18 A.  It is.
19 Q.  And Belmac Hygiene, Incorporated, when was that
20     founded?
21 A.  Belmac Hygiene was probably founded in the early
22     1990s.
23 Q.  And is that a U.S. entity?
24 A.  I think that's also a Florida company.

Page 53

1  Q.  And Belmac Holdings, Incorporated, when was that
2      incorporated?
3  A.  I think Belmac Holdings was incorporated before
4      I came to work at the company, so I don't know
5      the date.
6  Q.  And do you know what the purpose of Belmac
7      Holdings is or was?
8  A.  I don't know.
9  Q.  Do you know --
10 A.  It's not an active subsidiary.
11 Q.  And Belmac A.I., Incorporated, when was that
12     incorporated?
13 A.  I think that was incorporated before I came to
14     work here as well.
15 Q.  Is that an active subsidiary?
16 A.  It is not active.  As a matter of fact, the only
17     active companies on that list -- and by the way,
18     this list was put together because it was
19     Exhibit 21.2 to the annual report Form 10-K
20     filed with the Securities and Exchange
21     Commission that requires a list of all the
22     subsidiaries.  So the only active companies on
23     this list are Pharma de Espana, which is a
24     holding company; Laboratorios Belmac,

14 (Pages 50 to 53)

JT-A-1127

Page 54

1    Laboratorios Davur, and that's it. The others
2    are inactive.
3  Q. Okay. You've testified that you're the CFO of
4    Bentley Pharmaceuticals, Inc. and that you have
5    responsibility for drafting, reviewing, and
6    filing Bentley's public disclosures and SEC
7    filings; is that correct?
8  A. That's correct.
9  Q. Okay. I'd like you to explain to me a little
10   bit about how SEC filings have been drafted
11   since 1999. Could you run me through the
12   process for a 10-K?
13       MR. MINGOLLA: I assume you're
14   referring to Bentley filings?
15       MR. FINE: Yes. Did I say Bentley
16   Pharmaceuticals?
17       MR. MINGOLLA: Well, you didn't
18   mention any company specifically. I just wanted
19   to make sure you're asking for his understanding
20   about how Bentley prepares its SEC filings.
21  Q. Do any of Bentley's subsidiaries provide any SEC
22   filings?
23  A. Only Bentley Pharmaceuticals, Inc. The process,
24   for example, for an annual report on 10-K is to,

Page 55

1    first of all, complete the financial statements
2    that would be included as an exhibit to those
3    and then use that as the basis for drafting the
4    management's discussion and analysis section.
5  Q. When does that start, the drafting of the
6    financials?
7  A. I would say it probably starts right around year
8    end.
9  Q. And do you send out a request for information at
10   the year end?
11  A. We have a reporting package that is prepared by
12   the subsidiaries and audited by the accountants,
13   and then the audited financial results are
14   forwarded to Bentley Pharmaceuticals, Inc.,
15   where they're consolidated along with Bentley's
16   financial statements and consolidated financials
17   are prepared. And then it's those financials
18   that provide the basis for the annual report on
19   Form 10-K.
20  Q. And if you have questions about the financial
21   information being reported by the subs, you
22   would get in touch with the finance department
23   of the sub in question?
24  A. I or somebody working for me would do that, yes.

Page 56

1  Q. And generally, that's Laboratorios Belmac
2    because you've testified that Laboratorios
3    Davur's finances are handled by Laboratorios
4    Belmac in terms of financial reporting?
5  A. That's pretty much right. Laboratorios Belmac
6    has to provide its own financial statements on a
7    stand-alone basis on a statutory -- Spanish
8    statutory accounting basis to the Spanish
9    government. Davur has to provide its own.
10   Rimafar has to provide its own, but then each of
11   those three separate ones are rolled into
12   consolidated Belmac, which are then forwarded to
13   us.
14  Q. Who audits those in Spain?
15  A. That's Deloitte & Touche.
16  Q. And are those also audited in the United States?
17  A. They are -- I'm not going to say that they
18   duplicate the procedures that are performed in
19   Spain because the purpose of the financials in
20   Spain is really different than the purpose here
21   in the U.S. In Spain, it's primarily a tax
22   process over there, where they're trying to make
23   sure the financial statements are accurate for
24   tax-paying purposes, so they're completed in

Page 57

1    conformance with Spanish statutory requirements.
2    The accounting principles that are used in Spain
3    for the most part are the same as in the U.S.,
4    but there are certain differences, and those
5    differences have to be taken into account in
6    order to be able to transform those Spanish
7    statutory accounts into U.S. GAAP, or generally
8    accepted accounting principles, financial
9    statements format and then consolidated along
10   with Bentley's.
11  Q. Who performs that work? Who transforms the
12   Spanish statutory accounts --
13  A. A combined effort of both our Spanish employees
14   at Laboratorios Belmac before we get the
15   financials, and then there's some additional
16   adjustments that need to be made in the U.S.;
17   and Bentley performs those adjustments, but it's
18   relatively easy to take those audited financial
19   statutory statements and make those adjustments,
20   and then you don't have to duplicate all the
21   initial work that was performed on the Spanish
22   statutory financials, but then Deloitte can take
23   that as a beginning point and add it the
24   adjustments that get made.

15 (Pages 54 to 57)

JT-A-1128

Page 58

1  Q.  How long does that take?  So this starts at the
2     year end; by February, you guys have --
3  A.  I would say typically the process can begin by
4     late January, the audit process, and typically,
5     before the end of February, we have audited
6     financial Spanish statutory accounts.
7  Q.  And when do you have U.S. GAAP?
8  A.  The financials are typically finished up right
9     around the end of February on a consolidated
10    basis.  The statutory filings are now different,
11    but back in the time frame that we're speaking
12    of, the requirement was that the annual report
13    of Form 10-K had to be filed within 90 days of
14    year end.
15 Q.  And that's fiscal year end or --
16 A.  That's right, which is a calendar year for us.
17 Q.  Okay.  And then those financial statements, you
18    testified, are the basis for management's
19    discussion analysis?
20 A.  Right, and then in addition to that, there are
21    many other requirements that have to be included
22    on this annual report on Form 10-K.  For
23    example, you have to describe the properties
24    owned by the company, you have to describe the

Page 59

1     business of the company, you have to list the
2     officers and directors, their backgrounds, et
3     cetera.
4  Q.  Who does that background work?
5        MR. MINGOLLA:  Objection.  Are you
6     referring to all the background work he just
7     referenced or any specific aspect?
8  Q.  All of it with the exception of MD and A.
9  A.  It's a concerted effort by me and the other
10    people in the finance department.
11 Q.  And who are they?
12 A.  Today or --
13 Q.  Yes, today.
14 A.  It would be -- in addition to me, it would be
15    Bob Hebert, the controller; it would be Sandy
16    Cassetta, the accounting manager; it would be
17    Art Ludwig, L U D W I G, financial analyst;
18    maybe a little bit by Laurel Fauteux,
19    F A U T E U X.
20 Q.  In 1999?
21 A.  That would be Elaine Melia.  It was really just
22    Elaine Melia and me at that point.
23 Q.  So it sounds like the finance function at
24    Bentley has expanded pretty dramatically since

Page 60

1     1998?
2  A.  That's right, it's grown, primarily as a result
3     of the whole Sarbanes-Oxley requirements as far
4     as controls and segregation of duties, et
5     cetera.
6  Q.  And you testified earlier that the U.S. GAAP-
7     compliant financials are the basis for the MD
8     and A.  Could you tell me how the MD and A is
9     drafted?
10 A.  Sure.  There are specific requirements as far as
11    management's discussion and analysis, and those
12    are spelled out by the Securities and Exchange
13    Commission, but you have to try to give the
14    reader a view of what the company's business is
15    like from the views and from the viewpoint of
16    management.  So you're essentially trying to
17    explain what drove the increases in revenues,
18    what happened to margins, what's happening to
19    operating expenses in relation to the growth in
20    revenues, what's happening to the financial
21    position of the company, whether your liquidity
22    is improving or whether you have liquidity
23    issues that you may need to confront in the
24    future, et cetera.

Page 61

1  Q.  And in 1999, who wrote the first draft of the MD
2     and A?
3  A.  I'm going to speculate that I did.  I couldn't
4     tell you for sure, but I think I did.
5  Q.  And who reviewed that draft?
6        MR. MINGOLLA:  Objection, foundation.
7  A.  I can't specifically tell you who reviewed that
8     draft, but I can --
9  Q.  Did anyone review that draft before it was filed
10    with the SEC?
11 A.  I can tell you after I created the draft that it
12    was distributed to the officers of the company
13    and to the directors of the company, and
14    everybody had an opportunity to read it and
15    provide input.
16 Q.  Okay.  And about how long did that drafting
17    process take?
18 A.  You know, it's a process that begins early in
19    the year, and it has to be -- at that time, had
20    to be filed within 90 days of year end, so it's
21    something that primarily took place between days
22    30 and 90.
23 Q.  Did any attorneys review that draft?
24        MR. MINGOLLA:  Objection, foundation.

16 (Pages 58 to 61)

JT-A-1129

Page 62

1    Assumes one draft was in existence.
2  Q.  Did any attorneys review any draft of the MD and
3       A?
4  A.  In what time frame are we talking about?
5  Q.  In 1999.
6  A.  In 1999, our outside legal counsel was Parker
7       Chapin, and they were integrally involved in the
8       processes.
9  Q.  So were drafts exchanged back and forth with
10      Parker Chapin?
11  A.  Yes.
12            MR. FINE:  Okay.  I'd actually like to
13      take a quick break before we get some documents,
14      if that's okay with you.
15            THE WITNESS:  Sure.
16            (Recess taken from 10:26 a.m. to
17            10:42 a.m.)
18  Q.  I just wanted to come back to something pretty
19      quickly.  You said in, I think, 1996 that you
20      received 400,000 stock options?
21  A.  That's right.
22  Q.  What was that for?  Is that a lot of stock
23      options?
24  A.  It was a lot of stock options, and it was -- the

Page 63

1       company was having financial difficulty at the
2       time, and in order to entice the management
3       group to stay committed to the company, stay
4       local to the company and continue employment in
5       the company even though its future was
6       questionable at the time, the board of directors
7       proposed to the shareholders that the
8       shareholders approved at an annual meeting of
9       the shareholders that the existing management of
10      the company, including Jim Murphy, Bob Stote and
11      myself, received 600,000, 500,000, and 400,000
12      stock options respectively.
13  Q.  And have you exercised any of the stock options?
14  A.  I have exercised all 400,000 of those.
15  Q.  And how much did you realize from that?
16  A.  When you say realize, how much cash did I bring
17      home?
18  Q.  How much income before taxes did that produce or
19      how much cash did you bring home?
20  A.  Well, those are two very different answers.  It
21      produced income of in round numbers probably
22      $3 million.  How much cash did I bring home,
23      probably $400,000 because the rest of it is
24      still residing in shares of stock that I still

Page 64

1       own because I did not sell all the shares.  I
2       sold very few of the shares actually.
3  Q.  So you exercised the stock option for about
4       $3 million of Bentley stock and liquidated about
5       400,000 of that?
6  A.  Well, I was taxed on the intrinsic value, which
7       was roughly $3 million, between what I paid and
8       what the stock was worth at the time.  So I had
9       to pay taxes on the 3 million, but I sold only
10      enough shares to be able to raise enough capital
11      to be able to purchase the shares and still
12      own -- today, I still own more than 200,000 of
13      the shares.
14  Q.  How many shares of Bentley Pharmaceuticals do
15      you now own?
16  A.  200,300.
17  Q.  No fractional?
18  A.  No fractional.
19  Q.  And you know it to the penny?
20  A.  Yes.
21  Q.  Was this in part why the company extended a loan
22      in 2000 to offset --
23  A.  No, that wasn't really the issue.
24  Q.  -- another grant of stock?  And what were the

Page 65

1       financial difficulties that the company was in
2       at that time?
3  A.  If you go back to 1993, 1994, and 1995 and even
4       into 1996, the company didn't have sufficient
5       working capital.  The company was losing money.
6       It was depleting its existing cash reserves.  It
7       was involved in a lot of litigation.  It was a
8       struggling company, and the capital markets were
9       pretty tough at that point; and it was not easy
10      to go out and raise additional capital.
11  Q.  Were you involved in efforts to raise additional
12      capital?
13  A.  I was.
14  Q.  And who else was involved in those efforts?
15  A.  Toward the end, it was Jim Murphy who was
16      involved, but before he came back to the
17      company, it included Michael Harshbarger --
18      yeah, I would say primarily Michael Harshbarger
19      before then.
20  Q.  And what was the litigation that the company was
21      involved in?
22  A.  The company was primarily involved in litigation
23      with respect to wrongful termination lawsuits
24      from prior officers and employees.

17 (Pages 62 to 65)

JT-A-1130