Page 186

1   made, et cetera.
2   Q.  Do you report to Mr. Murphy or do you report to
3       Mr. Stote or both?
4   A.  Up until earlier this year, I reported directly
5       to Jim Murphy, and now that John Sedor is here,
6       I report directly to John Sedor, but I've
7       never --
8   Q.  Do you have an indirect reporting relationship
9       to Jim Murphy?
10  A.  I've never reported to Bob Stote. That's not
11      clear to me.
12  Q.  As the CFO of the company, it's not clear who
13      you report to?
14          MR. MINGOLLA: I'll object.
15  A.  It's not clear to me I report to Jim Murphy. I
16      report to Jim Sedor now.
17  Q.  Why is it not clear to you?
18          MR. MINGOLLA: I'll object as vague.
19  A.  Well, I had reported to Jim Murphy since 1994
20      until earlier this year, and now with John Sedor
21      coming on board, I now report to John Sedor but
22      have had a relationship with Jim Murphy since
23      1992. So would you say I still indirectly
24      report to Jim? I don't know -- I haven't seen

Page 187

1   an organizational chart that shows the reporting
2   since the change was made.
3   Q.  Okay. What were Mr. Stote's responsibilities at
4       Bentley from 1999 to 2003?
5   A.  I think he was primarily responsible for
6       anything clinical trials related, anything
7       medically related with respect to knowing what
8       indications the different products were used to
9       treat, to the side effects, to risks, to really
10      anything pharmaceutical. He's not only a
11      medical doctor, but he's also a pharmacist.
12  Q.  I'd like to move on to a different topic now,
13      and I'd like to give you another document.
14          (Spanish Document and Translation was
15          marked Exhibit Number 15 for
16          identification.)
17  Q.  And I'll represent to you that this is an
18      excerpt from the official Spanish commercial
19      registry in Madrid and that excerpts of it
20      relate to Laboratorios Belmac. And have you
21      ever seen this document before?
22  A.  I only recently saw this document in preparation
23      for this deposition.
24  Q.  Do you recognize this document?

Page 188

1   A.  I do not.
2   Q.  Do you know what this document is about?
3   A.  I've read the English translation on the third
4       page and have deduced what it's about.
5   Q.  What have you deduced that it's about?
6   A.  These are public documents that were filed by
7       the secretary of the company, evidencing what I
8       would call a recapitalization of amounts due to
9       Bentley Pharmaceuticals from Laboratorios
10      Belmac.
11  Q.  When you say "the company," you mean
12      Laboratorios Belmac?
13  A.  That were due to Bentley Pharmaceuticals from
14      Belmac.
15  Q.  Going back to an earlier part of your answer,
16      and I apologize if it wasn't clear. I think you
17      said these were documents filed by the secretary
18      of the company.
19  A.  The secretary of Laboratorios Belmac.
20  Q.  And they relate to a recapitalization?
21  A.  Right.
22  Q.  Of amounts owed by Laboratorios Belmac?
23  A.  To Bentley.
24  Q.  To Bentley. And what were the terms of the

Page 189

1   recapitalization -- well, first of all, were you
2   familiar with this debt owed to Bentley from
3   Laboratorios Belmac before you saw this
4   document?
5   A.  I was familiar with the amounts that were due.
6   I wouldn't call it a debt, but with the amounts
7   due, yes.
8   Q.  What would you call it?
9   A.  These were amounts that were owed from Belmac to
10  either Pharma de Espana or Bentley
11  Pharmaceuticals, Inc. with respect to royalties
12  that were payable and owing and for management
13  fees that were payable and owing.
14  Q.  And when were those amounts owed incurred by
15  Laboratorios Belmac?
16  A.  I would have to go back and look at the
17  documents to determine the dates to and from,
18  but I think that it was probably '99, 2000, 2001
19  or 2002 time frame.
20  Q.  And in that time frame, did you see documents
21  relating to these royalties and management fees?
22  A.  I did.
23  Q.  You did. And were those documents in English or
24  Spanish?

48 (Pages 186 to 189)

Page 190

1  A.  I think the original documents that were
2      drafted, whereby the -- you know, actually, as I
3      think about it, I don't recall whether they were
4      in Spanish or English. I was going to
5      speculate, and I don't know.
6  Q.  Would you have understood them if they were in
7      Spanish?
8  A.  No.
9  Q.  What did you understand about the royalties and
10     management fees from the time that they were
11     incurred in 1999 through 2000? I think that's
12     what you testified the time frame was.
13 A.  I can tell you the background of the
14     transaction.
15 Q.  Sure. I'm all ears.
16 A.  Bentley Pharmaceuticals, Inc., which is the
17     parent company ultimately for the Spanish
18     operations, provides certain services and
19     responsibilities that Belmac and/or Rimafar
20     benefit from, whether it's the fact that we're
21     listed on the U.S. stock exchange, whether the
22     American Stock Exchange or the New York Stock
23     Exchange, the fact we're a publicly traded
24     company, incur expenses to be a publicly traded

Page 191

1      company and access to the capital markets, the
2      responsibilities for filing all of the
3      Securities and Exchange Commission documents,
4      etc. And so those costs are allocated down to
5      the various operating companies, and they're
6      done via a management services agreement; and
7      that also, fortunately, has the effect of
8      creating additional expenses in Spain, which
9      reduces taxable income in Spain, which reduces
10     taxes in Spain. So it's a way to minimize the
11     taxes in Spain legitimately, and we've had
12     transfer pricing studies done to take a look at
13     how we do this and make sure that the different
14     tax authorities are getting the appropriate
15     taxes due, but these amounts were charged to
16     Belmac via management fees, and they were
17     charged on a monthly basis. And basically they
18     were determined by determining how much of Jim
19     Murphy's time, how much of my time, how much of
20     the controller's time, the director of research
21     and development's time, et cetera were devoted
22     to the operating entities, and then those costs
23     were allocated down and pushed down to those
24     entities.

Page 192

1  Q.  So who did the time allocations?
2  A.  Those were probably determined based on
3      conversations with people and probably
4      originally calculated by Elaine Melia.
5  Q.  Elaine Melia?
6  A.  Yes.
7  Q.  B E L I A?
8  A.  No, M E L I A.
9  Q.  And there were charges for Jim Murphy's time,
10     your time, R and D time. What else?
11 A.  You know, at the point that Jordan Horvath was
12     there, probably legal time.
13 Q.  And these were allocated down. And how were
14     they allocated? Is it a line item in the
15     Bentley budget or an allocation in the Belmac
16     budget? How does it work?
17 A.  Yes, it probably even showed up as a line item
18     in the budgets because it had -- it fortunately
19     had the benefit of reducing Spanish taxable
20     income and, of course, Spanish taxes. What you
21     don't see is if you take a look at these 10-Ks
22     that we've been looking at earlier, you're not
23     going to see any of that in there because once
24     you take the Spanish companies, exactly, they

Page 193

1      all eliminate -- and combine it with the U.S.
2      company, all those transactions eliminate for
3      consolidation purposes.
4  Q.  So this doesn't show up in SEC filings because
5      they all eliminate in consolidation?
6  A.  That's right, because all intercompany
7      transactions have to be eliminated for reporting
8      purposes.
9  Q.  Forgive me. I'm trying to get my head around
10     the transaction. What are the budget line items
11     called?
12 A.  It's just called management fees.
13 Q.  Management fees. And the time that's charged on
14     a monthly basis is time that Mr. Murphy spends
15     at Bentley doing Belmac work?
16         MR. MINGOLLA:  Objection as to form.
17 A.  It represents -- it was not based on actual
18     time. It was based on an estimate of how much
19     each of those individuals spend benefiting the
20     Spanish company and benefiting meaning that they
21     have access to the capital markets in the U.S.
22     by being a New York Stock Exchange listed
23     company, for example, and the costs with being a
24     publicly traded company and a way to allocate

49 (Pages 190 to 193)

JT-A-1162

Page 194

1    those costs and pass those costs down. It's
2    really a tax minimization strategy is what it
3    was.
4  Q.  And this started in 1999?
5  A.  I think it started in '99.
6  Q.  And whose idea was it?
7  A.  I think that it was developed in conjunction
8    with tax consultants in Spain as well as tax
9    consultants at Deloitte & Touche.
10  Q.  And the tax consultants in Spain were not at
11    Deloitte & Touche?
12  A.  No, we had separate tax consultants.
13  Q.  And the tax consultants at Deloitte & Touche
14    were Bentley tax consultants?
15  A.  They were.
16  Q.  And you mentioned a management services
17    agreement. Were those agreements signed?
18  A.  Uh-huh, they were.
19  Q.  And were they signed yearly or monthly?
20  A.  I think they were put in place, and I think they
21    were amended at various times. I don't know
22    that there was a separate one for each year, but
23    I think they were amended or superseded at
24    times.

Page 195

1  Q.  And who signed those agreements?
2  A.  I'd have to pull the agreements out to take a
3    look at it to see. I couldn't tell if Jim
4    Murphy or I or Adolfo. I'm not sure who signed
5    them.
6  Q.  So you have these agreements in your office?
7       MR. MINGOLLA:  Objection to form.
8  A.  The agreements are -- I don't know if they're in
9    my offices or in Spain's offices, but they're
10    somewhere in the company records.
11  Q.  In Spain or in the New Hampshire office?
12  A.  There should be a copy in each location.
13  Q.  Do you recall if the document's in English or
14    Spanish?
15  A.  I don't recall. I was trying to remember, and
16    honestly, I cannot recall if they're in Spanish
17    or English.
18  Q.  And these are the documents that you were
19    referring to when you couldn't recall whether
20    they were in Spanish or English?
21  A.  That's right.
22  Q.  And you also mentioned that there were transfer
23    pricing studies; is that right?
24  A.  Right, as part of determining that our tax

Page 196

1    provision is accurate, we had to make sure that
2    the intercompany transactions are appropriately
3    valued and priced, and we've done that.
4  Q.  And who did those studies?
5  A.  I think they were done by Houlihan Lokey, I
6    think.
7  Q.  Houlihan, how do you spell that?
8  A.  H O U L I H A N, L O K E Y.
9  Q.  And those were done -- I think you testified
10    earlier were done both on the Spanish side and
11    on the U.S. side? Were there two sets or one?
12  A.  Transfer pricing studies, you mean? No, I think
13    they were probably just done one time on this
14    side.
15  Q.  So Bentley did them on this side?
16  A.  It's really an issue of whether or not the
17    consolidated tax provision is accurately stated
18    or not.
19  Q.  Okay. And you also mentioned that there were
20    royalties; is that right?
21  A.  That's right.
22  Q.  Okay. What are those royalties?
23  A.  There was a product called Senioral, spelled
24    S E N I O R A L, that was sold from Laboratorios

Page 197

1    Belmac to Pharma de Espana, and Pharma de Espana
2    in turn licensed that product back to
3    Laboratorios Belmac for commercialization in
4    Spain; and we entered into an agreement whereby
5    Belmac would pay to Pharma de Espana a royalty
6    on sales of that product in Spain. So the
7    royalty payments that would be due and owing in
8    each month were accrued and accumulated and are
9    included in these numbers as well.
10  Q.  And are those the amounts that are accrued and
11    owing to Pharma de Espana?
12  A.  That's right.
13  Q.  And approximately how much was that?
14  A.  It looks like it was about 742,000 euros.
15  Q.  And that's about a million dollars, give or
16    take?
17  A.  Probably a little less than a million dollars.
18    Probably $900,000.
19  Q.  And the amounts for management fees owing to
20    Bentley are approximately how much?
21  A.  It looks like they total about 5.9 million
22    euros.
23  Q.  So 5.9 million euros, that's about
24    $6 1/2 million?

50 (Pages 194 to 197)

Page 198

1   A. Maybe even 7 1/2 million.
2   Q. Okay. And is this relationship ongoing?
3   A. It is.
4   Q. It is. So it's continuing today?
5   A. There are still management services being
6       provided, I think, and there are still royalties
7       being paid today.
8   Q. And have these services or these arrangements
9       been continuous since 1999?
10  A. I think modifications to the agreements have
11      happened at various dates.
12  Q. But there's never been a period of time where
13      there hasn't been an agreement in force?
14  A. I don't think so. I don't think so.
15  Q. So in 2003, there was some sort of agreement in
16      force for this?
17  A. I think so.
18  Q. And in 2004, there was some sort of agreement in
19      force?
20  A. I think so.
21  Q. And 2005 as well?
22  A. Yes.
23  Q. Okay. And did you consult with Jim Murphy about
24      these transactions? Let me strike that. How

Page 199

1       much is owing today?
2   A. How much does --
3           MR. MINGOLLA: Objection, vague.
4   Q. How much does Laboratorios Belmac owe Bentley
5       today under these arrangements?
6   A. I don't know. I couldn't tell you.
7   Q. Approximately?
8   A. I don't know.
9   Q. Has there been any other forgiveness of loans --
10      of these extensions of credit?
11  A. Since this date?
12  Q. Since this date.
13  A. No.
14  Q. Why was there a forgiveness of loans in
15      either -- in or around late 2003 or 2004?
16  A. Well, it was probably the combined result of two
17      different things. One was the fact that we had
18      raised capital here in the U.S. through Bentley
19      Pharmaceuticals. We had an offering in 2002.
20      Went out and raised money. The money that had just
21      been sitting on our balance sheet with no good
22      use for that capital. We were still looking for
23      opportunities to invest it and earn a proper
24      return on it. So it was sitting there earning a

Page 200

1       relatively low return, as low as 1 percent yield
2       at one point, but earning relatively low rates
3       of return. We didn't have a need for cash here
4       in the U.S. Even though Belmac owed Pharma de
5       Espana and Bentley Pharmaceuticals these
6       amounts, we didn't have any use for the capital.
7       And if the payments were made to us, there would
8       have to be a withholding tax paid in order to
9       transfer the funds over, and we felt no need to
10      incur that withholding tax to send the funds
11      over when we had no use for the funds anyway.
12          At the same time, we began to undergo
13      a tax review or, essentially, the equivalent of
14      a tax audit in Spain. And as they started
15      looking at these amounts, they were then going
16      to assess taxes with the withholding to send
17      over, and we developed the concept of why don't
18      we -- instead of doing that and paying taxes on
19      that, why don't we just treat that as additional
20      contributed capital and buy additional shares of
21      stock of Belmac and leave the cash in Spain
22      rather than bring it to the U.S. where we don't
23      need it.
24          And so that was the concept behind

Page 201

1       this recapitalization, and that's essentially
2       what happened is we took this 6.6 million, and
3       instead of paying the taxes on it and sending it
4       over to the U.S., just reinvested it into the
5       Spanish company and took additional shares of
6       ownership.
7   Q. Are you aware of any arrangement such as this
8       before 1999 between Laboratorios Belmac and
9       Bentley?
10  A. The only other ones that I was familiar with
11      dated back to times when -- back in the early
12      '90s when the company was struggling -- the
13      company being Belmac was struggling, it was
14      losing money, had negative cash flow.
15  Q. When you say Belmac, you mean Belmac
16      Corporation?
17  A. No, I mean Laboratorios Belmac. Laboratorios
18      Belmac was unprofitable from the time we
19      purchased it in March 1992 or February 1992 all
20      the way through probably sometime in '94, '95.
21      So consequently, we -- we meaning Bentley
22      Pharmaceuticals or the predecessor company,
23      Belmac Corporation -- had to fund operating
24      losses during that time frame, and those losses

51 (Pages 198 to 201)

JT-A-1164

Page 202

1    generated what was called less than the minimum
2    capital requirements for companies in Spain.
3    And so they had to be recapitalized in order to
4    continue to remain in business. So we did have
5    to go through that recapitalization process from
6    that point, but from the time they had become
7    self-sufficient and profitable and generating
8    its own positive cash flow probably from '95 on,
9    there were no additional transactions like that.
10          MR. FINE: Can we take a short break?
11          MR. MINGOLLA: Sure.
12          MR. FINE: Thanks.
13          (Recess taken from 3:14 p.m. to
14          3:25 p.m.)
15   Q.  I'd like to show you another document.
16          (Spanish Document, Bates Numbers
17          BEL051001-051009 was marked Exhibit
18          Number 16 for identification.)
19   Q.  And do you recognize this document? And I
20      apologize. We haven't had the opportunity to do
21      a full translation of this, so there's no
22      translation with it. We got it yesterday, so
23      it's -- you know, we received it yesterday, so
24      it's not really our fault.

Page 203

1          MR. MINGOLLA: Am I correct in
2      understanding just the first nine pages have
3      been marked as an exhibit?
4          MR. FINE: That's correct.
5    Q.  Do you recognize this document?
6    A.  I don't.
7    Q.  It's in Spanish?
8    A.  It's a Spanish document, and I was trying to
9      look through there to see if I could see
10      something that I could recognize that would
11      trigger something, but I'm not sure what it is.
12   Q.  Okay. It was produced to us as relating to the
13      subject matters we were just discussing, but if
14      you don't recognize it -- and I don't have a
15      translation -- I don't think I can go into it.
16      I'd like to reserve the opportunity to talk to
17      you about it further when we have a translation
18      or more documents that might illuminate what it
19      is.
20   A.  Okay.
21   Q.  I'd like to show you another document.
22          (Spanish Document, Bates Numbers
23          BEL051010-051015 was marked Exhibit
24          Number 17 for identification.)

Page 204

1    Q.  Do you recognize this document?
2    A.  I do not.
3    Q.  Okay. It also appears to be in Spanish; does it
4      not?
5    A.  It is in Spanish.
6    Q.  Okay. And it's initialed at the bottom with
7      two -- it looks like two sets of initials. One
8      appears to be JRM; is that right?
9    A.  That's right. I recognize Jim Murphy's initial.
10      As is typical in Europe, you only sign the
11      signature page, but you initial each page of the
12      legal document, and I recognize his initials as
13      the signer's.
14   Q.  Do you know whose the other initials are?
15   A.  I assuming those are Jorge Espinoza, who is the
16      secretary at Belmac. I don't recognize them,
17      but I'm assuming those are his.
18   Q.  Can you tell me anything else about this
19      document?
20   A.  I can tell that it was signed by Jorge Espinoza
21      as the secretary and Jim Murphy as the president
22      of Belmac, but I don't know what it is.
23   Q.  I'd also like to reserve the opportunity to go
24      into this at some point further when we've had

Page 205

1      an opportunity to translate.
2    A.  Okay.
3    Q.  I'd like to provide you with another document.
4          (Spanish Document from Ms. Villalobos,
5          dated December 30, 2003 was marked
6          Exhibit Number 18 for identification.)
7    Q.  Do you recognize this document?
8    A.  I do not.
9    Q.  It's also been produced to us as something that
10      relates to the subject matter that we were just
11      discussing, and I'd like to reserve the
12      opportunity to talk to you about it further in
13      the future.
14   A.  Okay.
15   Q.  It's in Spanish; is it not?
16   A.  It is in Spanish.
17   Q.  I'd like to show you another document.
18          (Spanish Document D1-A, Bates Numbers
19          BEL051020-051023 was marked Exhibit
20          Number 19 for identification.)
21   Q.  Do you recognize this document?
22   A.  No, I do not.
23   Q.  Okay. It's also in Spanish; is it not?
24   A.  It is in Spanish.

52 (Pages 202 to 205)

Page 206

1  Q. · Okay.  And I'm not even sure if it's one
2     document or two, but I'd like to reserve the
3     opportunity to talk to you about it in the
4     future if we need to.
5  A.  Okay.
6  Q.  I'd like to show you another document, and I'm
7     not sure.
8         MR. FINE:  I think I have an
9     additional copy for the lawyers.
10        (Invoice from Laboratorios Belmac S.A.
11        was marked Exhibit Number 20 for
12        identification.)
13 Q.  Do you recognize this document?
14 A.  I recognize this document because I saw it in
15     preparation for my deposition.
16 Q.  Okay.
17        MR. FINE:  I think I gave you my only
18     copy.
19        (Document handed to Mr. Fine.)
20 Q.  Can you tell me anything about this document?
21 A.  This is a document whereby, as I mentioned to
22     you a few moments ago, Laboratorios Belmac sold
23     to Pharma de Espana the product Senioral, and
24     this is basically the document evidencing the

Page 207

1     sale of that product to Pharma de Espana for 167
2     million pesetas.
3  Q.  And that number is at the bottom, total factura?
4  A.  That's right.  I'm not sure, but I think
5     that percent up at the top is supposed to say
6     167 as opposed to 1 percent sign 7, but it's 167
7     million pesetas total.
8  Q.  And the next page, what is that?
9  A.  I think the next page is where funds were
10     actually transferred to purchase Senioral from
11     Belmac, and the payment was not only for the 167
12     million pesetas purchase price, but also the
13     16 percent value added tax for IVA, they call it
14     in Spain, to come up with a total payment of
15     193,138,840 pesetas.
16 Q.  And does this payment cover the entirety of the
17     debt owed to Pharma de Espana we discussed a few
18     minutes ago?
19 A.  Pharma de Espana actually purchased this product
20     from Belmac and made a payment to Belmac for
21     this.
22 Q.  But Belmac owed certain amounts of money to
23     Pharma de Espana related to this transaction?
24 A.  That's right.

Page 208

1  Q.  Can you explain that to us again?
2  A.  Once again, they sold -- they meaning
3     Laboratorios Belmac, sold this product to Pharma
4     de Espana, Pharma de Espana in turn licensed the
5     rights to commercialize this product in Spain
6     back to Laboratorios Belmac in exchange for
7     royalty payments on those sales.
8  Q.  So were these sales of specific quantities of
9     the product or were these sales of the
10     intellectual property and rights to the product?
11 A.  You're referring to the amounts on the front
12     page of Exhibit 20.  Those amounts represent the
13     price that was being paid to Belmac for each of
14     those product presentations.  Those are four
15     different presentations of the product.  They're
16     either different strengths or different sizes of
17     prescription product.
18 Q.  Okay.  So those aren't actually a certain number
19     of pills?  Those would be the rights to
20     manufacture or -- if I'm getting it wrong,
21     please correct me.
22 A.  It's basically -- it's the product registration.
23     It's evidence -- this evidences transfer of
24     ownership of the product.  So, for example, the

Page 209

1     first product is probably a children's dosage
2     form, and the second one is for adults.  The
3     third one is probably 20 tablets, and the last
4     one is -- I don't know what that is, but it's --
5     could be -- some other form.  You probably
6     have -- you probably have two liquids, 150-
7     milliliter liquid for children and
8     150-milliliter for adults.  Maybe those are
9     either 20 milligrams or 20 tablets -- I don't
10     know what -- and then whatever the fourth
11     product presentation was.  I'm not sure, but
12     those were the prices with respect to each of
13     those four product presentations, and it totaled
14     167 million pesetas.
15 Q.  And was there a contract entered into for the
16     sale of those products from Laboratorios Belmac
17     to --
18 A.  I don't recall.
19 Q.  -- Pharma de Espana?
20 A.  I don't recall.
21 Q.  Again, I'd like to reserve the right to talk to
22     you a little bit more about this.
23 A.  Okay.
24 Q.  Then I'd like to have marked an additional

53 (Pages 206 to 209)

JT-A-1166

Page 210

1 exhibit.
2        (Invoices from Pharma de Espana was
3        marked Exhibit Number 21 for
4        identification.)
5        MR. FINE: And that's BEL 051 --
6 051027 through 52, and I don't know whether
7 that's consecutive.
8 Q.  Do you recognize this document?
9 A.  I do.  This document is actually a series of
10   documents that all represent invoices for the
11   royalties due on sales of Seniorial, due from
12   Belmac to Pharma de Espana.
13 Q.  And they're dated one for each month between
14   December '99 and December 2002?
15 A.  There's not one for each month.  For example,
16   the first document is for the 12 months ended
17   December 31st, 1999, and it totals 38.9 million
18   pesetas.  The next document then does begin a
19   monthly invoice for each month, beginning
20   January 2000, and you have monthly invoices
21   through December 31st, 2001, all in pesetas; and
22   the last page is for all of the year 2002.  And
23   it's expressed in euros rather than pesetas.
24 Q.  And did this arrangement continue on after

Page 211

1   December 31st, 2002?
2 A.  It did.
3 Q.  It did.  And do you know if there are invoices
4   for that period?
5 A.  There are invoices for the period subsequent to
6   that date, but I don't think they relate to the
7   capitalization that we were discussing earlier.
8 Q.  Okay.  And the total amounts differ each month?
9 A.  The amounts different each month because sales
10   of the product were different each month, and
11   this is the 30 percent royalty on those sales.
12 Q.  So Belmac would report to Pharma de Espana the
13   quantity of product sold each month?
14 A.  That's right.
15 Q.  And to whom at Pharma de Espana would they
16   report that?
17 A.  I would have to say to the finance department.
18 Q.  And who was --
19 A.  The finance department at Bentley
20   Pharmaceuticals.
21 Q.  So to someone in your department?
22 A.  That's right.
23 Q.  And who was it in your department?
24 A.  It was probably someone acting in the department

Page 212

1   of finance, whether it was Elaine Melia or Karen
2   Garda, whoever the person may have been at the
3   time.
4        MR. FINE: And I'd also like to
5   reserve our rights with respect to these
6   documents as well.  And when I say that for the
7   record, I don't mean to limit the statement that
8   I made earlier at the start of this deposition,
9   which also included a request to recall other
10   Bentley witnesses if they turn out to be the
11   appropriate people to discuss these documents
12   with.
13        MR. MINGOLLA: As I said earlier,
14   we'll address this outside of this deposition in
15   due course, although I'm not quite aware of a
16   question pertaining to Exhibit 21 that Mr. Price
17   has been unable to answer, but I understand your
18   statement for what it is, and we'll deal with it
19   in due course.
20 Q.  I'd just like to go back to a couple things that
21   I don't quite understand about these
22   transactions, specifically the time allocations.
23   You said those were undertaken by Elaine Melia;
24   is that right?

Page 213

1 A.  Uh-huh.
2 Q.  And Elaine Melia works in the finance department
3   at Bentley?
4 A.  She did.
5 Q.  She did.  When did she leave?
6 A.  She left probably more than two years ago,
7   maybe -- somewhere between two and three years
8   ago.
9 Q.  And why did she leave?
10 A.  She moved to New York.
11 Q.  Okay.  How did she go about collecting the
12   information for these time allocations, if you
13   know?
14 A.  I don't know.  I think it was through an
15   interview process with each of the persons to
16   try to estimate how much of their time they
17   spent on activities in Spain.
18 Q.  Did she conduct individualized interviews?  Let
19   me withdraw that.  Did she interview you?
20 A.  She asked me, "How much of your time do you
21   think you spend in Spain, on Spain, talking to
22   people in Spain, reviewing Spanish financial
23   statements," et cetera.
24 Q.  And when did she interview you on this?

54 (Pages 210 to 213)

Page 214

1    A. · I don't know.  I mean it happened at various
2        times because she would then come later on and
3        say, "Is this still an appropriate time estimate
4        for you?  Should it be revised up, down,
5        whatever?"  So these conversations took place at
6        various times.
7    Q.  Yearly?
8    A.  I think annually, but I think it was more an
9        informal process than a formal interview
10       process.
11   Q.  Did she -- what did you say your percentage of
12       time or your allocation was?
13   A.  I think it was different in different years, so
14       I --
15   Q.  In '99, say, if you recall?
16   A.  I would be hazarding a guess.  It could range
17       anywhere from 25 to 40 percent.  I don't know.
18   Q.  Is that generally consistent for '99 through
19       2004?
20           MR. MINGOLLA:  Objection to form.
21   A.  You know, I'm guessing at that point.  I'd have
22       to go back and take a look at the spreadsheets
23       to see what was documented.  I really don't
24       recall.

Page 215

1    Q.  Did Elaine Melia keep spreadsheets about this?
2    A.  She did.
3    Q.  Do you know if she kept any notes of those
4        interviews?
5    A.  I don't know.
6    Q.  Do you recall her taking down any notes while
7        she was interviewing you?
8    A.  I don't recall.
9    Q.  When she checked with you to see whether they
10       were accurate, would she do that in person?
11   A.  Could be in person or it could have been by
12       telephone.
13   Q.  Do you think she e-mailed you?
14   A.  It's possible.  I don't know.
15   Q.  How far away from your office was her office?
16   A.  1365 miles.
17   Q.  Where does Elaine Melia work?
18   A.  At that time, she worked in Tampa, and we had
19       relocated to New Hampshire.
20   Q.  Did she relocate with you?
21   A.  No.  She stayed in Tampa and worked from Tampa
22       until she moved to New Jersey and decided that
23       she was ready to be a full-time mom.
24   Q.  And who does those allocations now?

Page 216

1           MR. MINGOLLA:  Objection, foundation.
2    A.  I don't know.  I'd have to check with Bob
3        Hebert.  I don't know.
4    Q.  Bob Hebert, was he in charge of that issue at
5        this point?
6    A.  He is in charge of the accounting records, yes.
7    Q.  When did he start to be in charge of the
8        accounting records relating to this project?
9    A.  At the time that Elaine Melia left.  He came to
10       work in May of 2003, and Elaine was still here
11       at that point.  She left sometime subsequent to
12       that, and at that point, he took over
13       responsibility for them.
14   Q.  Did Elaine work on the increase of capital issue
15       or was it Bob?
16           MR. MINGOLLA:  Object to the question.
17   A.  I think Elaine may have been gone by that time.
18   Q.  Was it -- so it was Bob?
19           MR. MINGOLLA:  Objection.
20   A.  You know, actually, it was really the Spanish
21       employees as opposed to somebody in the U.S.
22   Q.  And which Spanish employees?
23   A.  I don't know.  Somebody in Spain.  Somebody in
24       the finance department in Spain.

Page 217

1    Q.  And when they communicated about this topic, do
2        you recall them communicating in English or
3        Spanish?
4    A.  I would have to say in English.
5    Q.  When was the last time you were interviewed for
6        your allocation of time?
7    A.  It's been a while because I think that as those
8        agreements were revised, I think that the
9        management fees were reduced substantially and
10       maybe even that concept was replaced with a
11       transfer of know-how.  I don't recall, but I'm
12       not that close to that anymore, so I'd have to
13       check with Bob Hebert to know.
14   Q.  How does that work, a transfer of know-how?
15   A.  It was -- a transfer of know-how was something
16       that was recommended to us by our tax
17       consultants in Spain as something that would be
18       a concept that would be more likely to withstand
19       the scrutiny of the Spanish tax authorities with
20       respect to allocation of expenses and costs and
21       felt that that was something we should do to
22       replace what they thought would be too
23       aggressive of a management fee allocation and
24       more defensible from an audit standpoint.

55 (Pages 214 to 217)

JT-A-1168

Page 218

1  Q. · And who were the Spanish tax consultants?
2  A.  I don't recall his name.
3  Q.  Was it an individual or a firm?
4  A.  Yes, it was an individual who I think had his
5      own company. He used to work for the Ministry
6      of Taxes in Spain, and he had his own consulting
7      firm; and his name escapes me. He doesn't speak
8      English, so each time I saw him in Spain, there
9      would have to be translation of what he was
10     recommending or proposing or talking to me
11     about, but I can't remember his name.
12 Q.  And how many times did you meet him in Spain?
13 A.  I would say two or three.
14 Q.  In what time period did you meet him in Spain?
15 A.  Probably in that 2003 or 2004 time frame when
16     the audit was going on.
17 Q.  What audit?
18 A.  The tax audit in Spain that resulted in this
19     recapitalization.
20 Q.  Okay. Can you tell me a little bit more about
21     the recapital -- well, can you tell me a little
22     bit more about the tax audit? Who initiated it?
23 A.  The Spanish tax authorities.
24 Q.  And whom did they contact?

Page 219

1  A.  I don't know. Somebody in Spain.
2  Q.  So someone in Spain received a letter or a phone
3      call?
4  A.  Presumably.
5  Q.  When did they inform you about this?
6  A.  Hopefully it was right away, but I don't know.
7  Q.  What was your reaction or your response?
8  A.  "Keep me informed of whatever happens." I'm
9      sure I inquired about do we have any risk, do we
10     have any exposure, do we need to accrue any
11     additional taxes due, keep me up to date.
12 Q.  Who was in charge of accruals at Bentley between
13     1999 and 2003?
14        MR. MINGOLLA: Objection, vague.
15 A.  Well, ultimately, the director of finance is,
16     who is Ester Sanchez, and below her, she has
17     people that are responsible for various aspects
18     of the accounting function.
19 Q.  Does she review accruals with you as they come
20     up?
21 A.  She sends over final financial statements to me,
22     and as we go through our consolidation process,
23     we inquire, ask questions, et cetera about
24     things that look unusual or different than we

Page 220

1      expect them to be.
2  Q.  Have you taken an accrual for this litigation
3      matter?
4  A.  We have not.
5  Q.  Okay. I'd also -- I'd like to go back for a
6      second because I'm having, again, kind of a hard
7      time understanding how this transaction works.
8      So the time allocation that Elaine Melia or --
9      that was attributable to this management fee
10     arrangement, your time -- Belmac is paying for
11     your time at Bentley that's spent benefiting
12     them?
13        MR. MINGOLLA: Objection to form.
14 A.  Either benefiting them or for time that we spend
15     analyzing or operating or managing that
16     business. For example, the hours that I spend
17     each week looking at sales trends or at
18     financial results or actual-to-budget
19     comparison, et cetera, so that I can then
20     explain to the board of directors what's going
21     on, explain to the shareholders what's going on
22     with our business, to the extent that it relates
23     to those Spanish operations, yes, that's what
24     that time represents.

Page 221

1  Q.  And the same would be true for Mr. Murphy?
2  A.  Or each of the employees.
3  Q.  So the allocation for Mr. Murphy would be the
4      time that he spent at Bentley working for the
5      benefit of Belmac?
6        MR. MINGOLLA: Objection to form.
7  A.  Or getting updates from Adolfo to make sure he
8      can explain the operations of the company to the
9      board or the shareholders or whoever he may be
10     speaking to, sure.
11 Q.  So yes?
12        MR. MINGOLLA: Objection.
13 A.  Yes in the context in which I answered it.
14 Q.  So going back to the documentation that Elaine
15     Melia produced, did you ever see her written
16     documentation for these time allocations?
17 A.  I think I saw the spreadsheet, the printed out
18     spreadsheet that reflected the calculation of
19     the amounts.
20 Q.  Okay. Did she ever send those to you in memo
21     form or attached to a memo?
22 A.  I don't recall.
23 Q.  Do you know if they were passed around to each
24     of the executives for review?

56 (Pages 218 to 221)

JT-A-1169

Page 222

1  A.  I have no reason to see why she would have done
2      that, but I don't know.
3  Q.  Do you know if they were ever given to
4      Deloitte & Touche to review?
5  A.  I doubt it.
6  Q.  Do you know if they were given to Spanish
7      counsel?
8  A.  I have no idea.
9  Q.  Are these spreadsheets presently in Bentley's
10     offices in New Hampshire?
11 A.  It's possible.
12 Q.  Okay.  Do you know if anyone's been asked for
13     them in New Hampshire, asked to provide them in
14     the context of this litigation?
15 A.  Not that I'm aware of.
16 Q.  Do you know if these documents are present in
17     the offices of Laboratorios Belmac in Spain?
18 A.  I don't know that they are.
19 Q.  Okay.  Do you know if anyone there has
20     undertaken a search for them?
21 A.  I couldn't tell you.
22 Q.  Okay.  And how big were the spreadsheets?  Were
23     they 8 1/2 by 11, Excel spreadsheets?
24 A.  It was an Excel spreadsheet, not very big.  Not

Page 223

1      that many people whose time were being
2      allocated.
3  Q.  What did it look like?  Did it have names of
4      people listed, times at the top?
5  A.  It had probably had names, salaries, percent of
6      times allocated to, et cetera, and it probably
7      calculated to a total.
8  Q.  Okay.  Do you know if when Elaine Melia left the
9      employ of Bentley she returned her computer to
10     the company?
11 A.  I don't know.
12 Q.  Do you know if she had a Bentley e-mail account?
13 A.  She did have a Bentley e-mail account.
14 Q.  And do you know if she returned any paper files
15     to Bentley when she left the company?
16 A.  I'm pretty sure she did.
17 Q.  Did anyone go over with her what she returned to
18     the company when she left the employment?
19         MR. MINGOLLA:  Can I have that back?
20     (Reporter read back the last question.)
21         MR. MINGOLLA:  You can go ahead and
22     answer if you can.
23 A.  I don't know.
24 Q.  Did anyone ask her if she'd returned all her

Page 224

1      documents to the company when she left?
2  A.  I think there was a process for doing that, for
3      employees leaving the company, but I wasn't
4      involved with it, so...
5  Q.  Do you know who was?
6  A.  I don't.
7  Q.  Do you know who was ordinarily responsible for
8      that at the time Elaine Melia left the company?
9  A.  You know, the problem being I don't know exactly
10     when she left, but that might have been
11     something that Paul Fitzgibbons would have done
12     if he was there when she left.  I wish I knew
13     the dates.  Then I could help you out.
14 Q.  Okay.  I'm just going to take a second to
15     organize myself.
16         I'd like to show you another document.
17     (Copy of E-mail to Mr. Murphy, et al.
18     from Mr. Fitzgibbons, dated December 12,
19     2001, and attached Project Status
20     Report - December 6, 2001 was marked
21     Exhibit Number 22 for identification.)
22 Q.  Do you recognize this document?
23 A.  Again, I recognize the format of the document as
24     being a documentation of subjects discussed at

Page 225

1      management meetings, but I don't recall this
2      particular document.
3  Q.  I'd like you to -- is it -- it's a document that
4      was attached to an e-mail sent by Paul
5      Fitzgibbons; is that right?
6  A.  That's right.
7  Q.  And it's another one of the project status
8      reports?
9  A.  Right.
10 Q.  And this document was created by Mr. Fitzgibbons
11     in the course of his employment at Bentley?
12         MR. MINGOLLA:  Objection, foundation.
13 A.  I don't know who originally created the format
14     for the document, but I know that Paul
15     maintained it and updated it, and I think this
16     document is one that followed the previous
17     meeting that we discussed on an earlier exhibit.
18     And you can see that a lot of the information is
19     identical to the previous document.  So it was
20     just a -- it was a living document that was
21     updated periodically.
22 Q.  I'd like you to turn to Page 4 of the project
23     status report.  And if you look at Item 17, that
24     says, "Jordan/Mike completed document that

57 (Pages 222 to 225)

Page 226

1  addresses all issues and plan of action to
2  minimize tax consequences with revenue in U.S.
3  and transfer of IP between Bentley and
4  subsidiaries. Follow-up at January BOD" -- and
5  I assume that means board of directors --
6 A. Right.
7 Q. -- "meeting"?
8 A. Right.
9 Q. Can you tell me about that?
10      MR. MINGOLLA: I'll object to the
11  form. Go ahead.
12 A. I think this is speaking to the fact that we
13  were concerned about the fact that in Spain we
14  were paying 35 percent of our pretax income for
15  income taxes, and we had been discussing with
16  tax consultants ways to legitimately minimize
17  the tax consequences of our earnings; and there
18  were various recommendations that had been put
19  forth by different groups suggesting ways that
20  we could alternatively minimize taxes by moving
21  some of our income to other tax jurisdictions
22  with lower tax rates.
23 Q. And how was that supposed to work?
24 A. Well, you can see the results of some of it in

Page 227

1  some of the documents that we've looked at
2  earlier, but transferring expenses from one
3  jurisdiction to another. And we've done that by
4  charging management fees from U.S. to Spain, by
5  charging royalties and creating expenses in
6  Spain but income in the U.S., where the company
7  Bentley Pharmaceuticals still has net operating
8  losses that can shelter the income from income
9  taxes. Another way to do it would be to set up
10  operations in jurisdictions that have low tax
11  rates, such as Ireland or Isle of Man or various
12  other locations.
13 Q. And that was on hold until the end of January?
14 A. That's what the document says. I don't
15  specifically recall why it was on hold.
16 Q. Okay. And do you know if there was follow-up at
17  the January 2002 board of directors meeting?
18 A. I could look at the minutes to see if there was
19  or not. I don't specifically recall.
20 Q. Okay. I'd like to show you another document.
21      (Contrato de Tranferencia de Tecnologia
22      y Cesion de Know How, and Translation
23      was marked Exhibit Number 23 for
24      identification.)

Page 228

1      MR. MINGOLLA: Am I correct in
2  understanding that you would have liked the
3  translation to be part of this exhibit?
4      MR. FINE: No, not actually. I should
5  have put that on the back.
6 Q. Do you recognize this document?
7 A. I do.
8 Q. Can you tell me what this document is?
9 A. This document is actually the result of
10  something that the tax consultant that I
11  mentioned earlier recommended to the company.
12  They recommended that we enter into this
13  agreement to transfer know-how as a more
14  defensible way to minimize taxes that would
15  withstand the scrutiny of the Spanish tax
16  authorities. And essentially what this is is an
17  agreement to transfer know-how from the U.S.
18  company, which is Bentley Pharmaceuticals, Inc.,
19  to Laboratorios Belmac, and it was assented to
20  by me on behalf of Bentley Pharmaceuticals and
21  by Jim Murphy on behalf of Laboratorios Belmac.
22 Q. And on Page 2 -- so it's a contract between
23  Laboratorios Belmac and Bentley?
24 A. That's right.

Page 229

1 Q. And is this the full contract?
2 A. It appears to be.
3 Q. And it's a business document of Belmac and of
4  Bentley; is that correct?
5 A. That's right.
6 Q. And you signed it --
7 A. I did.
8 Q. -- for Bentley? What does it say above your
9  name there?
10 A. It says, "Bentley Pharmaceuticals, Inc."
11 Q. And then right below that? Is that your
12  signature?
13 A. My signature, Michael D. Price, and then I
14  printed my name, Michael D. Price, vice
15  president and CFO.
16 Q. And Jim Murphy signing for Laboratorios Belmac?
17 A. That's right.
18 Q. And that's sociedad unipersonal. Do you know
19  what that means?
20 A. No, I don't.
21 Q. Do -- if you look at Page 2, at the top of that
22  page, it says or appears to say --
23      MR. MINGOLLA: Are you in Spanish?
24 Q. Let me make sure I'm looking at the right

Page 230

1  document, whether it's in Spanish or English.
2  Yes, it's on the page marked BEL 006448, and I
3  think that's translated as or -- do you know
4  what that first paragraph means?
5      MR. MINGOLLA: Are you talking the
6  Spanish paragraph or --
7      MR. FINE: Spanish paragraph.
8  A. I don't speak Spanish, so I don't know exactly
9  what it says. There are certain words that I
10 could hazard a guess on as far as the
11 translation goes.
12 Q. Did you have a translator with you when you
13 executed this document?
14 A. I had the attorneys who drafted this summarize
15 for us what it meant, what we're doing, why we
16 were doing it, and --
17 Q. And who were those attorneys?
18 A. I'm sorry. The tax consultants, and I can't
19 remember his name.
20 Q. And how did he summarize this?
21 A. That it was a transfer of know-how, including
22 information, the future provision of technical
23 assistance, support, et cetera.
24 Q. Was Adolfo Herrera consulted about this

Page 231

1  transaction?
2  A. I don't know if he was consulted. I think he
3  was -- well, I'm assuming he was aware of it,
4  but I don't think he was consulted about it.
5  Q. And why are you assuming he was aware of it?
6  A. Only because he runs the Belmac company. He --
7  Q. Did you tell him about this?
8  A. I think he was aware of it. I think he was
9  there when we entered into the agreement.
10 Q. Do you know if Jim Murphy told him about it?
11 A. I don't know.
12 Q. Do you know if he was aware of it before you
13 entered into the agreement?
14 A. I would be very surprised if he was not aware of
15 it as it was being recommended to us and
16 constructed and drafted, et cetera.
17 Q. Why would you be surprised?
18 A. Because he's the primary decision-maker for
19 Laboratorios Belmac and he's responsible for
20 running the company and managing the company.
21 Q. Why didn't he sign this document?
22 A. I don't know.
23 Q. Do you recall the meeting when the document was
24 signed?

Page 232

1  A. I don't.
2  Q. Was it signed in Spain or the United States?
3  A. Honestly, I couldn't tell you.
4  Q. Anywhere else?
5  A. I don't know.
6  Q. But you do remember Adolfo Herrera there?
7  A. I can remember Adolfo being involved in
8  discussions about how to minimize taxes in Spain
9  and meeting with the tax consultants.
10 Q. You remember Jim Murphy there the date it was
11 signed?
12 A. I can't specifically recall the signing of the
13 document.
14 Q. But you recall the translator explaining it to
15 you or the tax consultant explaining it to you?
16 A. I can recall all of the concepts being discussed
17 with us, yes.
18 Q. And there was a tax consultant in the room with
19 you that explained it to you before you signed
20 it?
21 A. There was.
22 Q. And you remember that?
23     (The witness nodded.)
24 Q. Can you remember anything about the room?

Page 233

1  A. I think it was in Ester Sanchez's office.
2  Q. And where is that?
3  A. In Madrid. In the corporate office of Belmac in
4  Madrid.
5  Q. And what does it look like?
6  A. Just a typical office. It has a desk and a
7  conference table there.
8  Q. Does it have a window?
9  A. Yes.
10 Q. Okay. Why do you think it was in Ester
11 Sanchez's office?
12 A. I can remember having a lengthy meeting with the
13 tax consultants there.
14 Q. And do you remember the time of year that that
15 took place?
16 A. I don't.
17 Q. Was it cold out?
18 A. I couldn't tell you. I have no idea.
19 Q. Were you eating a very late dinner because it
20 was Spain?
21 A. Probably.
22 Q. And did you ever discuss this with Adolfo
23 Herrera?
24 A. It wouldn't surprise me that I did. I can't

59 (Pages 230 to 233)

Page 234

1    specifically recall it.
2    Q.  What's the intellectual property that's being
3        transferred or the know-how that's being
4        transferred in this agreement?
5    A.  I think it was the right to take IP that we had
6        in the U.S., whether it's CPE 215 or nano
7        technology or whatever was being developed by
8        the research and development guys in the U.S.,
9        and transferring those rights and opportunities
10       to Spain.
11   Q.  And why were they being transferred to Spain?
12   A.  Hopefully with the idea that they could be
13       commercialized and get revenues from them.
14   Q.  Why did Spain need to have the IP rights in
15       order to commercialize these products?
16           MR. MINGOLLA:  Objection.
17   Q.  Or commercialize these technologies?
18   A.  That's beyond my scope of understanding.
19   Q.  Okay.  Does this or -- who owns the intellectual
20       property relating to omeprazole?
21           MR. MINGOLLA:  Objection, vague.
22   A.  I can tell you that it's my understanding that
23       Belmac owns IP with respect to omeprazole.
24   Q.  Does Bentley own any IP with respect to

Page 235

1    omeprazole?
2    A.  Not to my knowledge.
3    Q.  Does Bentley own any IP with respect to
4        lansoprazole?
5    A.  Not to my knowledge.
6    Q.  Does Bentley own any IP with respect to
7        microgranulation?
8    A.  I don't know.
9    Q.  Does Pharma de Espana own any IP with respect to
10       omeprazole?
11   A.  I don't think so.
12   Q.  Does Pharma de Espana own any IP with respect to
13       lansoprazole?
14   A.  I don't think so.
15   Q.  Does Pharma IP -- or Pharma de Espana own any IP
16       with respect to microgranulization?
17   A.  I don't think so, but I'm not in a position to
18       know what the answer is.
19   Q.  Who would know the answer to that?
20   A.  Perhaps Bob Gyurik, perhaps our patent counsel.
21   Q.  Who is your patent counsel?
22   A.  Synnesvedt & Lechner.
23   Q.  Could you spell that, please?
24   A.  S Y N N E S V E D T, & Lechner, L E C H N E R.

Page 236

1    Q.  And are they a law firm?
2    A.  They are a law firm.  I think they're located in
3        Philadelphia.
4    Q.  Okay.  I'd like to ask you just one more set of
5        questions and have you look at one more document
6        before I do.
7            (Minutes of a Meeting of the Board of
8            Directors of Bentley Pharmaceuticals,
9            Inc., August 14-15, 2003 were marked
10           Exhibit Number 24 for identification.)
11   Q.  Do you recognize this document?
12   A.  I do.
13   Q.  What is this document?
14   A.  It appears to be minutes of a meeting of the
15       board of directors of Bentley Pharmaceuticals,
16       Inc.
17   Q.  And were you present at this meeting?
18   A.  I was.
19   Q.  And what's the date of the meeting?
20   A.  It was August 14th, 2003.
21   Q.  Okay.  Did it also run through August 15th,
22       2003?
23   A.  Yes, it did.
24   Q.  And you were present as a director of Bentley

Page 237

1    Pharmaceuticals, Incorporated; is that correct?
2    A.  That's right.
3    Q.  Do you recall this meeting?
4    A.  I do.
5    Q.  I'd like you to turn to Page 4 at the top, and
6        it says, "Adolfo Herrera be appointed Vice
7        Presidents of the company."  And that's a
8        portion of a sentence, so why don't I read the
9        full sentence?  "Mr. Murphy then indicated that
10       Jim Hand and Janet Rae are now both employed and
11       that he would like to request that Jim Hand and
12       Adolfo Herrera be appointed Vice Presidents of
13       the Company.  After discussion, upon motion duly
14       made, seconded and unanimously carried, it was
15       resolved, that Mr. Hand is hereby appointed Vice
16       President - Business Development and Mr. Herrera
17       is appointed Vice President - Bentley
18       Pharmaceuticals, Incorporated."
19           Is that correct?
20   A.  That's correct.  That's what it says.
21   Q.  Was Mr. Herrera appointed a vice president of
22       Bentley Pharmaceuticals, Incorporated on
23       August 14th or 15th, 2003?
24   A.  Yes, he was.

60 (Pages 234 to 237)

JT-A-1173

Page 238

1  Q. Was -- is Mr. Herrera now a vice president of
2     Bentley Pharmaceuticals, Incorporated?
3  A. I think he is a -- I would have to go verify his
4     title, but I think he is a vice president. He
5     could either be general managing director or
6     vice president. I don't recall.
7  Q. Was he appointed a vice president before this
8     date?
9  A. Not to my knowledge.
10 Q. Okay. When was he told that he was appointed to
11    the position of vice president of Bentley
12    Pharmaceuticals, Incorporated?
13 A. I don't know.
14 Q. Okay. Did you take the minutes of this board
15    meeting?
16 A. I did.
17 Q. And is there a signed version of these minutes?
18 A. There should be a signed version. I don't
19    know -- that's why I said it appears to be a set
20    of minutes from that meeting, because I don't
21    know why this wouldn't be signed, unless this
22    was just pulled off -- was this an electronic
23    copy that was pulled off the computer?
24 Q. These were produced to us as the minutes of the

Page 239

1     board of directors of Bentley Pharmaceuticals,
2     Incorporated. So I'm at as much of a loss as
3     you are.
4  A. Okay. I'm not sure why there's no signature on
5     there.
6  Q. Do you think that your signature is not on there
7     because this copy of the minutes is not
8     accurate?
9  A. The typical process is that I draft the minutes,
10    and at the next meeting or as soon as possible
11    thereafter, the draft minutes are shared with
12    the other members of the board, they get a
13    chance to review them, read them, point out any
14    corrections that need to be made to them, and
15    approve them either without corrections or with
16    corrections. At which point, I go back to my
17    office, make any change that may be necessary,
18    print off a final set of minutes, and put them
19    in the minute book.
20 Q. Is there a minute book that contains all of the
21    board of directors meetings of Bentley
22    Pharmaceuticals, Incorporated?
23 A. There is.
24 Q. Where is that kept?

Page 240

1  A. That's kept in a locked file cabinet right
2     outside of my office.
3  Q. And you have no reason to doubt that the
4     portions of these minutes on Page 3 and Page 4
5     relating to the appointment of Mr. Herrera as
6     vice president of Bentley Pharmaceuticals, Inc.
7     are inaccurate; do you?
8  A. I have no reason to think that, no.
9        MR. FINE:  Thank you. For the record,
10    we'd like to indicate that we have not been
11    provided with copies of any of the documents
12    relating to time allocations for management fees
13    or royalties or any other allocations owing from
14    Laboratorios Belmac to Bentley and, in specific,
15    relating to the time allocation estimates
16    created by Ms. Melia that have been mentioned in
17    this deposition and would like those.
18       We also have not been provided with
19    copies of any of the management services
20    agreements relating to management fees or
21    royalties or other intercompany transactions
22    between Laboratorios Belmac and Bentley
23    Pharmaceuticals and would like those, nor have
24    we been provided any documents relating to

Page 241

1     transfer pricing studies relating to
2     intercompany transactions, management fees,
3     royalties or time allocations between
4     Laboratorios Belmac and Bentley Pharmaceuticals
5     and would like any documents relating to that
6     issue.
7        Nor have we been provided with any
8     budget line items or budget documents relating
9     to intercompany allocations for management fees,
10    royalties or transfer pricing between
11    Laboratorios Belmac and Bentley Pharmaceuticals
12    and would like those.
13       And I have no further questions.
14       MR. BOSTWICK:  One other brief comment
15    about the minutes. The board minutes we've been
16    showing to witnesses and everybody said those
17    are the board minutes, this is the first time
18    we've heard there are signed versions, which I
19    don't think were produced to us. We're going to
20    have to rely, of course, on the minutes that
21    have been produced to us. If there's any
22    variation, you know, we need to receive those.
23       MR. MINGOLLA:  I guess I will briefly
24    respond. I will not attempt to respond at

61 (Pages 238 to 241)

Page 242

1　length in entirety to the categories of
2　documents that Dwight and Jonathan just
3　mentioned. We will certainly look into these
4　issues and see whether they fall within the
5　scope of the most recent document request that
6　was served on the eve of the depositions. I can
7　represent to you that some of the documents you
8　said have not been produced have, in fact, been
9　produced to you. So -- but, again, rather than
10　clutter the transcript of Mr. Price's deposition
11　with a point-by-point response, I will just say
12　we'll address that in due course as well. We
13　can go off the record for a minute. I just need
14　about three minutes just to check my notes.
15　　　　MR. FINE: Sure.
16　　　　(Recess taken from 4:27 p.m. to
17　　　　4:30 p.m.)
18　EXAMINATION BY MR. MINGOLLA:
19　Q. Mr. Price, would you please get your copy of
20　　　Exhibit 13 in front of you?
21　A. Okay.
22　Q. You have it? And I'd like you to turn to Page
23　　　3. This is what Mr. Fine asked you some
24　　　questions about earlier this afternoon. Are you

Page 243

1　　　there?
2　A. I am.
3　Q. And I'm looking at an area entitled New Patents.
4　　　Do you see that?
5　A. I do.
6　Q. And remember earlier this afternoon you were
7　　　asked questions pertaining to the entries under
8　　　Action which reads, "Jordan and Bob G to review
9　　　patent issue. Jordan to have more oversight on
10　　　patents"? Do you see that?
11　A. I do.
12　Q. Do you remember those questions?
13　A. I do.
14　Q. In connection with that testimony, you mentioned
15　　　that Bentley had been spending a lot of money on
16　　　patent prosecutions. Do you remember that
17　　　statement?
18　A. I do.
19　Q. Where were those patent prosecutions taking
20　　　place?
21　A. In the U.S.
22　Q. Were those expenses that were incurred by
23　　　Bentley in connection with U.S. patents?
24　A. They were.

Page 244

1　Q. And were those expenses incurred in connection
2　　　with the Philadelphia law firm you mentioned a
3　　　few minutes ago?
4　A. That's correct, Synnesvedt & Lechner.
5　Q. If you would have in front of you Exhibits 16,
6　　　17, 18, and 19.
7　A. Okay.
8　Q. Do you have those documents in front of you?
9　A. I do.
10　Q. And each of those documents is in Spanish; is
11　　　that right?
12　A. Each of them are in Spanish.
13　　　　　MR. FINE: Objection. The witness has
14　　　said he can't recall anything or testify to
15　　　those documents.
16　Q. Mr. Price, could you briefly look at those
17　　　documents and let me know if those are in any
18　　　language other than Spanish?
19　A. They all appear to be in Spanish to me.
20　Q. You do not speak Spanish; is that correct?
21　A. I do not.
22　Q. Do you read Spanish?
23　A. There are words that have the same Latin roots
24　　　both in English and Spanish, and those words I

Page 245

1　　　could probably guess what the meaning is, but
2　　　no, I don't read Spanish.
3　Q. Were you involved in the creation of any of the
4　　　Exhibits 16 through 19?
5　A. I have not.
6　Q. Earlier this afternoon in connection with
7　　　Mr. Fine's questions about the consulting
8　　　arrangement, you mentioned that you spent time
9　　　looking at sales trends and financial results of
10　　　the Spanish operations. Do you remember that?
11　A. I do.
12　Q. And why would you be spending time looking at
13　　　sales trends and financial results of the
14　　　Spanish operations?
15　A. Because I'm primarily the spokesman for the
16　　　company with respect to institutional investors
17　　　or retail investors. So when they call in and
18　　　ask questions about what's going on with the
19　　　company, I have to be able to, first of all,
20　　　understand what has been happening and what's
21　　　expected to happen.
22　Q. At several points today, you've made reference
23　　　to the consolidation of results.
24　A. Yes.

62 (Pages 242 to 245)

JT-A-1175

Page 246

1  Q.  What is meant by consolidation?
2  A.  Bentley Pharmaceuticals, Inc. is a company that
3      not only operates its own business but also owns
4      shares of other companies that run their own
5      businesses, and in order to report the combined
6      results of all of those companies, you have to
7      go through what's called a consolidation
8      process; and you take the financials of each of
9      those operating companies and combine them
10     together, eliminate the intercompany
11     transactions, and report the combined total,
12     which is called consolidated. And Bentley
13     Pharmaceuticals, Inc. is a publicly traded
14     company, owned by shareholders -- public
15     shareholders, and there are rules that are
16     promulgated by the Securities and Exchange
17     Commission that require not only certain
18     disclosures about the consolidated operating
19     results but how those results are combined,
20     consolidated, and reported out to the
21     shareholders.
22          I'm not sure if there was another
23     point you wanted me to make about consolidations
24     or not.

Page 247

1  Q.  Earlier this afternoon, you've given substantial
2      testimony concerning various arrangements that
3      were entered into between Bentley, on the one
4      hand, and its wholly owned subsidiaries on the
5      other.  Do you remember that testimony?
6  A.  Yes.
7  Q.  And is it fair to characterize those
8      arrangements as being driven by the goal of tax
9      minimization?
10          MR. FINE:  Objection.
11  A.  Certainly it's a primary objective to minimize
12     the taxes legitimately and try to avoid
13     unnecessary taxes, not to evade them but to
14     avoid unnecessary taxes and minimize the tax
15     impact on pretax earnings.
16  Q.  Why is tax minimization a desirable goal for a
17     publicly traded company such as Bentley
18     Pharmaceuticals?
19          MR. FINE:  Objection, leading.
20  A.  Every dollar that's paid for taxes reduces the
21     amount of income available for shareholders.
22     It's really not much different than any other
23     operating expense.  You want to try to minimize
24     those costs to maximize the benefit for the

Page 248

1      shareholders, all in legitimate fashion, of
2      course
3  Q.  Mr. Price, how long have you known Mr. Murphy?
4  A.  I've known Mr. Murphy since March of 1992.
5  Q.  Have you ever heard Mr. Murphy instruct anyone
6      to steal the intellectual property of another
7      entity?
8  A.  No, I have not.
9  Q.  Have you ever heard Mr. Murphy instruct anyone
10     to steal the know-how of any other entity?
11  A.  No, I have not.
12  Q.  Have you ever heard anyone else at Bentley
13     instruct anyone to steal the intellectual
14     property of any other entity?
15  A.  No, I have not.
16  Q.  Have you ever heard Mr. Murphy advise anyone at
17     Ethypharm that Belmac was the agent of Bentley
18     Pharmaceuticals, Inc.?
19  A.  No.
20  Q.  Did you ever hear Mr. Murphy advise anyone at
21     Ethypharm that Belmac was authorized to enter
22     into a contract that would bind Bentley
23     Pharmaceuticals, Inc.?
24  A.  No.

Page 249

1          MR. MINGOLLA:  I have no other
2      questions at this time.
3          MR. FINE:  Okay.  I have a couple of
4      follow-up questions.
5      RE-EXAMINATION BY MR. FINE:
6  Q.  Mr. Mingolla just asked you about your role with
7      regard to institution investors, and you had
8      earlier testified this afternoon that you were
9      involved in raising capital in 2002.  Is that
10     correct?
11  A.  That's correct.
12  Q.  Okay.  When specifically were you involved in
13     raising capital in 2002?
14  A.  The offering was completed in the spring of
15     2002.  So I think the capital raising efforts
16     really took place in the January, February,
17     March 2002 time frame.
18  Q.  Where did you -- in connection with raising
19     capital, did you make any presentations to
20     institutional investors?
21  A.  We did.
22  Q.  Where did you make those presentations?
23  A.  In St. Petersburg, Florida, in Dallas, Fort
24     Worth, Texas.  I think maybe in Salt Lake City,

63 (Pages 246 to 249)

JT-A-1176

Page 250

1    Utah, but I can't swear to that. San Francisco,
2    California; San Diego, California; La Jolla,
3    California, and in the Philadelphia, Delaware,
4    Washington, D.C. area.
5  Q.  And who were the institutional investors to whom
6    you made presentations?
7  A.  They were primarily institutional investors of
8    Raymond James.
9  Q.  And in connection with those presentations, did
10    you prepare packs of slides or --
11  A.  We did.
12  Q.  -- or chart packs?
13  A.  We did.
14  Q.  And did any of those chart packs mention
15    omeprazole?
16  A.  I couldn't tell you.
17  Q.  Lansoprazole?
18  A.  I don't know.
19  Q.  Microgranulated products?
20  A.  I couldn't tell you.
21  Q.  It's possible, though?
22        MR. MINGOLLA:  Objection.
23  A.  I really don't recall.
24  Q.  Do you have any reason to think that they

Page 251

1    didn't?
2        MR. MINGOLLA:  Objection.
3  A.  No more than I have any reason to think that
4    they did.
5  Q.  Okay. You also discussed with Mr. Mingolla
6    Exhibits 16, 17, 18, and 19; is that correct?
7  A.  That's right.
8  Q.  Okay. Are there any documents in the offices of
9    Bentley Pharmaceuticals in the United States
10    that relate or refer to the subject matters of
11    any of these exhibits?
12        MR. MINGOLLA:  Objection, vague.
13  A.  The subject matter of those documents being the
14    capitalization?
15  Q.  The subject matter of those documents, not
16    entirely sure of because I don't have a
17    translation of them, but relating to the
18    capitalization, forgiveness of loans for
19    management services or royalties by Laboratorios
20    Belmac in favor of Bentley Pharmaceuticals or
21    Pharma de Espana?
22        MR. MINGOLLA:  Objection as to form.
23  A.  Not to my knowledge. Those were documents that
24    were apparently constructed in Spain, and like I

Page 252

1    said, the real purpose of that was to avoid tax
2    consequences in Spain. The idea was to
3    capitalize those amounts to Bentley and to
4    Pharma de Espana by Belmac and avoid the tax
5    consequences by capitalizing those and
6    reinvesting the funds in Spain.
7  Q.  Are there any documents setting out that
8    analysis in the offices of Bentley
9    Pharmaceuticals in the United States?
10        MR. MINGOLLA:  Same objection.
11  A.  Not to my knowledge.
12  Q.  Or any other -- the offices of any other
13    subsidiary of Bentley Pharmaceuticals in the
14    United States?
15  A.  Not to my knowledge.
16  Q.  In any of your files?
17  A.  Nope.
18  Q.  Is that definitely no or not to your knowledge?
19        MR. MINGOLLA:  Objection.
20  A.  Not to my knowledge. Not to my knowledge.
21        MR. FINE:  Okay. Thank you very much.
22        MR. MINGOLLA:  We can go off the
23    record.
24        (Deposition concluded at 4:42 p.m.)

Page 253

1        C E R T I F I C A T E
2    I, MICHAEL D. PRICE, do hereby certify that I
3  have read the foregoing transcript of my
4  testimony, given on July 25, 2006, and I further
5  certify that said transcript is a true and
6  accurate record of said testimony (with the
7  exception of the corrections listed below):
8  Page      Line      Correction
9
10
11
12
13
14
15
16
17  Dated at            , this
18  day of          , 2006.
19
        MICHAEL D. PRICE
20
    SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
21
22
23
    slb
24

Page 254

```
 1              CERTIFICATE
 2
 3    COMMONWEALTH OF MASSACHUSETTS
 4    SUFFOLK, SS
 5         I, Sandra L. Bray, Registered Diplomate
 6    Reporter and Notary Public in and for the
 7    Commonwealth of Massachusetts, do hereby
 8    certify:
 9         That MICHAEL D. PRICE, the witness whose
10    deposition is hereinbefore set forth, was duly
11    sworn by me and that such deposition is a true
12    record of my stenotype notes taken in the
13    foregoing matter, to the best of my knowledge,
14    skill and ability.
15         IN WITNESS WHEREOF, I have hereunto set
16    my hand this 8th day of August, 2006.
17
18    _____
          Sandra L. Bray, RDR
19        Registered Diplomate Reporter
20
21
22
23
24
```

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

JT-A-1178

Page 1

**A**

ability 6:10 134:18
  146:6 254:14
able 26:8 42:8 57:6
  64:10,11 67:9 70:16
  74:17 82:16 91:14
  110:21 245:19
absolutely 24:1 151:24
  166:19
absorb 77:19
accepted 57:8 80:20
access 191:1 193:21
accompany 177:14
account 57:5 223:12,13
accountants 55:12
accounted 97:7 102:19
  105:14 139:2
accounting 17:9,20
  42:3 43:23 56:8 57:2
  57:8 59:16 80:21
  216:6,8 219:18
accounts 57:7,12 58:6
  76:20 150:14 164:9
accrual 220:2
accruals 219:12,19
accrue 219:10
accrued 27:8 197:8,10
accumulated 197:8
accuracy 19:22
  134:16 135:10
accurate 11:22 14:20
  14:24 23:16 36:8
  41:5 48:19 56:23
  68:15 70:6 71:18
  75:12,17,21 76:10,17
  81:5 82:21 85:3,5,7
  85:18 87:2 88:1,12
  89:12,15 90:9,12
  93:6 95:12 98:15
  99:8 100:15 102:3,11
  102:21 107:6 112:11
  112:13 116:4 118:5,7
  121:1 122:4 127:19
  129:24 130:1,7 134:5
  134:14,22 135:5,17
  135:22 138:8 142:14
  151:3,7 196:1 215:10
  239:8 253:6
accurately 100:13
  139:14 196:17
act 152:15
acting 182:17 211:24
action 176:12 226:1
  243:8
actions 179:8
active 53:10,15,16,17
  53:22 97:6,14 98:19

102:19 103:19
  104:21 105:14
activities 107:23
  109:21 113:10
  151:14,14 152:13,19
  157:2 213:17
actual 193:17
actual-to-budget
  220:18
add 57:23
added 148:20 207:13
addition 58:20 59:14
additional 57:15 65:10
  65:11 95:2 168:13
  191:8 200:19,20
  201:5 202:9 206:9
  209:24 219:11
address 6:22 212:14
  242:12
addresses 226:1
adequate 48:13
adequately 6:8
adjustments 57:16,17
  57:19,24
Adminis 35:24
administracion 33:10
  33:12,17
administration 33:18
Adolfo 48:11 109:6,21
  141:8 160:23 162:13
  162:22 165:18 195:4
  221:7 230:24 232:6,7
  233:22 237:6,12
adults 209:2,8
advance 32:1,3 154:5
  173:14
advise 248:16,20
affect 149:13
affirmed 5:6
afford 152:11
afternoon 242:24 243:6
  245:6 247:1 249:8
agenda 148:2,3,10,19
agendas 148:9,13
agent 248:17
aggressive 217:23
ago 5:17 6:20 20:9
  26:11 31:8 132:9
  206:22 207:18 213:6
  213:8 244:3
agree 179:6
agreed 6:2,8 8:7 27:6
  133:10
agreement 8:6 28:15
  28:16,20 67:3 113:22
  133:15,18 136:17,21
  136:23 162:8 191:6
  194:17 197:4 198:13

198:15,18 228:13,17
  231:9,13 234:4
agreements 27:7
  194:17 195:1,2,6,8
  198:10 217:8 240:20
ahead 6:8 73:10 116:13
  156:1 223:21 226:11
al 4:5 179:16 224:17
allegations 67:2
alleged 67:4
allocate 151:12 193:24
allocated 152:10 191:4
  191:23 192:13,14
  223:2,6
allocates 151:23
allocation 153:16 157:1
  192:15 214:12 217:6
  217:20,23 220:8
  221:3 240:15
allocations 153:8 192:1
  212:22 213:12
  215:24 221:16
  240:12,13 241:3,9
allow 26:8
all-in 21:24
alternatively 226:20
amend 27:6
amended 194:21,23
amendments 28:19
American 31:18 129:9
  190:22
amortization 80:11
amount 25:16 27:21
  30:20 75:4 78:19
  79:17 80:6,12,15
  152:20 153:6 247:21
amounts 26:13 81:19
  90:11,12,14,17 91:1
  91:3,6 92:11 142:22
  151:4 153:4,7 188:8
  188:22 189:5,6,9,14
  191:15 197:10,19
  200:6,15 207:22
  208:11,12 211:8,9
  221:19 252:3
analysis 55:4 58:19
  60:11 149:24 150:4
  160:6,9,11 252:8
analyst 59:17
analyzing 220:15
and/or 116:24 190:19
Angel 48:9
Angell 1:20 2:11 167:7
announced 115:24
  116:19 119:20
  158:19 159:6
announcement 109:3
announces 111:19

announcing 107:14
annual 23:7 53:19
  54:24 55:18 58:12,22
  63:8 67:16 84:17
  100:2 141:20
annually 68:2 164:8
  214:8
answer 7:13,17,20 8:4
  13:12 23:23 79:12,14
  79:23 81:6 110:21
  116:13 118:24
  125:17 139:9 156:1
  188:15 212:17
  223:22 235:18,19
answered 19:24 20:5
  76:23 87:17 145:13
  221:13
answering 139:10
answers 48:13 63:20
anticholesterol 131:9
anybody 12:9 106:15
  135:21 150:8 176:23
anymore 217:12
anyone's 222:12
anyway 200:11
API 51:7,8 117:16
apologize 70:14 94:20
  101:16 123:4 188:16
  202:20
apparently 126:9
  251:24
appear 44:20 107:11
  126:3 244:19
APPEARANCES 2:1
appears 107:12 129:9
  204:3,8 229:2,22
  236:14 238:19
applicable 1:15
applications 158:10
appointed 35:11 237:6
  237:12,15,17,21
  238:7,10
appointment 240:5
appreciate 7:3
appreciates 29:23
approach 185:7
appropriate 167:1
  191:14 212:11 214:3
appropriately 177:9
  196:2
approval 109:9,10,17
  111:19 116:1,9 117:1
  119:16,22 120:4,6
  154:12 161:20,21,21
  161:22
approvals 109:3
approve 109:14 110:8
  110:10,19 111:1,7

125:12 154:6,7,14,19
  155:3 179:6 239:15
approved 26:20,21,23
  27:2 63:8 109:14
  154:22,24 179:7
approving 27:15
  154:23 179:2
approximate 44:6 87:5
  87:12
approximately 5:20
  9:24 10:23 16:4
  17:12 18:10 19:11,16
  20:13 21:15,24 22:10
  24:13 27:1 29:4,15
  30:16 40:13 41:12
  43:3 44:13 72:20
  75:9 76:11,20 80:17
  81:12 86:23 87:14,24
  88:4,11,15,19 97:7
  97:22 98:17 102:5,9
  102:20 103:17
  104:17,20 124:7
  153:1 197:13,20
  199:7
April 162:15 167:12,13
  169:5
Aqueous 176:4
area 6:10,11 68:24
  133:22 151:6 243:3
  250:4
areas 85:13
arrangement 28:1
  138:4,10 161:1 201:7
  210:24 220:10 245:8
arrangements 77:21
  91:16 136:20 198:8
  199:5 247:2,8
arrived 180:22 183:2
Art 59:17
asked 19:24 20:4 76:22
  87:16 145:12 155:20
  156:4 213:20 222:12
  222:13 242:23 243:7
  249:6
asking 54:19 72:1 81:7
  81:10,15 88:17 116:5
  116:7 146:21 149:15
aspect 59:7 138:23
aspects 219:17
assented 228:19
assess 200:16
assets 69:17
assist 113:12
assistance 109:5
  230:23
assume 27:3 34:6,10
  54:13 78:3 173:21
  226:5

**assumed** 35:13
**Assumes** 62:1
**assuming** 34:16 74:5
  80:1,2 97:19 99:14
  116:22 204:15,17
  231:3,5
**assumption** 28:11
  34:19 37:8
**assure** 134:21
**attached** 221:21 224:19
  225:4
**Attachment** 4:4 171:4
**attempt** 21:20 241:24
**attend** 164:5
**attention** 25:10 136:15
  148:8,15 151:23
  175:7 177:16,24
  179:15
**attorney** 110:3 169:9
**attorneys** 12:6 61:23
  62:2 107:2 110:2
  139:17 142:11
  166:17 167:4 230:14
  230:17
**attributable** 72:12,19
  76:15 78:11 81:20
  88:12 92:21 98:18
  104:21 220:9
**attributed** 81:14
**audit** 58:4 92:3 200:14
  217:24 218:16,17,18
  218:22
**audited** 55:12,13 56:16
  57:18 58:5 92:2,5,6
**audits** 56:14 92:8
**August** 4:20 14:5 169:4
  169:12 184:7 236:9
  236:20,21 237:23
  254:16
**authentic** 112:10
**author** 93:23
**authorities** 191:14
  217:19 218:23
  228:16
**authorized** 248:21
**available** 110:11
  247:21
**Avenue** 1:21 2:12
**average** 40:20,21
  151:19
**avoid** 247:12,14 252:1
  252:4
**award** 26:1
**awarded** 15:23 25:6,21
  67:5
**aware** 73:3 143:9
  154:18 155:2 162:7,9
  163:1,21 164:1 201:7

212:15 222:15 231:3
  231:5,8,12,14
**Ayala** 48:10
**Ayers** 9:12
**A.I** 53:11
**a.m** 1:22 62:16,17
  92:18,19

―――――――――
              **B**
**B** 3:7 4:1 17:22 46:22
  175:18 192:7
**BAACH** 2:3
**back** 12:4,23 15:16
  16:5 25:11 30:7
  32:23 41:17 43:6,10
  43:11 48:9 51:3 52:1
  52:8 58:11 62:9,18
  65:3,16 76:9 77:10
  77:22 78:24 79:1,6
  83:13,15 91:5 93:4
  96:21,23 104:10
  113:21,24 121:22
  122:2,17 124:9
  130:12,18 136:14
  137:9 141:23 147:13
  152:9 154:20 155:6
  157:12 159:1,21,23
  161:13 167:23,24
  169:1 177:16 178:8
  179:1 188:15 189:16
  197:2 201:11,11
  208:6 212:20 214:22
  220:5 221:14 222:19
  223:20 228:5 239:16
**background** 59:4,6
  112:7 190:13
**backgrounds** 59:2
**backtrack** 16:15 17:3
  47:24 89:9
**Bain** 17:22
**balance** 31:3 128:6
  130:10 155:15
  158:13 199:21
**balancing** 152:15
**bank** 123:24 125:19
**bankers** 124:18
**Barta** 46:5
**base** 15:14 21:1 25:3
**based** 26:17 82:23
  103:24 112:7 134:18
  140:21 169:23 192:2
  193:17,18
**basic** 7:12
**basically** 7:10 191:17
  206:24 208:22
**basics** 7:4
**Basilio** 3:16,21,22
  106:19 161:5,9

**basis** 11:21 14:24 19:23
  55:3,18 56:7,8 58:10
  58:18 60:7 68:9
  77:15 92:6 103:4
  115:2 118:14 119:16
  135:19 139:5 150:9
  155:11 161:24 162:1
  191:17 193:14
**Bates** 3:10 4:8,10,13
  33:6 130:16 202:16
  203:22 205:18
**becoming** 18:7 162:7
**began** 137:12,12 140:9
  200:12
**beginning** 9:15 37:17
  37:22 39:5,7,12
  41:17 57:23 128:18
  210:19
**begins** 61:18
**behalf** 1:14 228:20,21
**BEL** 3:11 33:6 210:5
  230:2
**believe** 12:11 98:3
  112:10
**Belmac** 4:15 5:22 12:12
  12:14 13:19 14:7
  16:16 32:12,15,17,21
  34:3,5,6,8,9,12 35:12
  37:12 39:11,14,23
  41:16 42:2,15 43:16
  44:8 45:8,19 46:8,17
  48:4 50:17,19,20
  51:5,12,15 52:12,19
  52:21 53:1,3,6,11,24
  56:1,4,5,12 57:14
  69:11,23 70:23 71:11
  71:22 72:10 75:10,15
  76:12 78:20 79:4
  82:7 83:7,11,20
  85:24 86:16 90:4,7
  91:21 116:22,24
  117:4,16,23 118:4,9
  119:4,14,18 120:4
  130:21 136:16 138:3
  138:4,6 140:4,7,10
  140:12,14 143:24
  144:1 145:20 150:1
  150:22 152:21
  153:12,14,18,21
  154:14,19 155:4
  161:16 163:15,22
  164:6,7,13 166:2
  174:21,24 178:14,16
  178:20,24 179:2
  187:20 188:10,12,14
  188:19,22 189:3,9,15
  190:19 191:16
  192:15 193:15 197:1

197:3,5 199:4 200:4
  200:21 201:8,13,15
  201:15,17,18,23
  204:16,22 206:10,22
  207:11,20,20,22
  208:3,6,13 209:16
  210:12 211:12
  220:10 221:5 222:17
  228:19,21,23 229:3
  229:16 231:6,19
  233:3 234:23 240:14
  240:22 241:4,11
  248:17,21 251:20
  252:4
**Belmac's** 46:9 48:4
  76:3 81:13 90:20
  150:20 152:23 153:2
**Belmalax** 71:18 73:21
**Belmazol** 71:14,17 72:9
  72:12,19 73:11 75:3
  75:5,8,9 76:16 82:5
  83:4 84:4,6,7,8 86:23
  87:6,10 88:12
**BEL051001-051009**
  4:9 202:17
**BEL051010-051015**
  4:10 203:23
**BEL051020-051023**
  4:13 205:19
**benefit** 7:16 168:7
  182:3 190:20 192:19
  221:5 247:24
**benefiting** 193:19,20
  220:11,14
**benefits** 19:1 22:22
  25:5 40:11 156:23
**BENTL** 128:4
**Bentley** 1:8 3:12 4:20
  5:23 6:2 8:13,20,21
  8:24 12:9 21:6 23:17
  24:3 31:9 32:11 37:9
  40:6 42:7,12,13
  43:14 46:18 47:6,21
  49:24 50:3,6,8,22,23
  51:7,8,17,21,22,23
  52:5 54:4,14,15,20
  54:23 55:14 57:17
  59:24 64:4,14 66:13
  67:16 68:5,8,13
  70:22 71:22 74:1,2
  78:21 79:5 84:17,24
  85:18,19,21 89:11
  91:23 93:10 95:16,17
  99:8 100:2,10,13
  104:3 106:3 111:18
  111:23 112:2,6
  113:15,18 115:7,16
  115:17,20 116:8,14

116:17,21 117:7,9,16
  117:23 118:2,10
  119:3,4,15,20 121:1
  121:13 126:23
  127:11 128:10 129:3
  129:15 131:13 132:4
  132:8,11 133:2,7,24
  134:8,21 138:2 146:4
  146:11 150:5 151:2
  152:2 153:12 154:9
  154:11,13 155:3,8
  159:6 163:18,20
  165:22 169:3,9,12,15
  169:17 170:6 172:1
  173:5 174:17 175:2
  175:11 178:6,11
  180:14,18 182:2,5
  183:22 184:16,18
  185:10 187:4 188:9
  188:13,23,24 189:2
  189:10 190:16
  192:15 193:15
  194:14 196:15
  197:20 199:4,18
  200:5 201:9,21
  211:19 212:10 213:3
  219:12 220:11 221:4
  223:9,12,13,15
  225:11 226:3 227:7
  228:18,20,23 229:4,8
  229:10 234:24 235:3
  235:6 236:8,15,24
  237:17,22 238:2,11
  239:1,21 240:6,14,22
  241:4,11 243:15,23
  246:2,12 247:3,17
  248:12,17,22 251:9
  251:20 252:3,8,13
**Bentley's** 6:1 8:22 54:6
  54:21 55:15 57:10
  67:24 68:15 90:20
  92:20 95:15,18 96:2
  97:22 102:5 103:18
  105:16,16,17,22
  139:3 142:3,16
  149:14 150:15
  160:12,17 166:16
  169:20 170:21
  172:10 180:19 222:9
**best** 114:6 254:13
**better** 20:1 81:11
  101:11 183:3
**beyond** 49:13,13,18
  79:9 140:10 165:9
  234:18
**big** 222:22,24
**billing** 157:1
**bind** 248:22

bit 25:20 54:10 59:18
69:24 88:19 93:16,18
105:4 209:22 218:20
218:22
blanket 81:8
BNT 115:20
board 4:20 8:22 11:15
18:5,7 26:22,23 27:6
27:15 31:9,15,23,24
32:1,4,8,19,20,23
33:20 35:11 39:18,21
47:2 63:6 146:19,23
147:3,11,24 148:2,3
148:4,8,16 151:6
154:11,13 155:3,9,17
155:19 161:14,23
163:6,9,15,18,19,20
163:23 164:3,6,7,13
174:23 178:7,11,14
178:16,20 179:1,13
179:14 180:1,2,18
181:11,15,17 184:11
184:15 185:4 186:21
220:20 221:9 226:5
227:17 236:7,15
238:14 239:1,12,21
241:15,17
boards 163:14 175:2
Bob 46:22 47:13 59:15
63:10 109:18 171:20
171:20 173:9,10
176:14 185:14,15
186:10 216:2,4,15,18
217:13 235:20 243:8
BOD 226:4
Bolling 4:5 179:16
bonus 9:17,19 15:18,20
18:15,16 20:18 21:2
21:17,18 22:13,14
24:16,17 25:3 29:7
30:19 40:11
bonuses 15:15 168:14
168:15
book 239:19,20
Boston 1:21 2:13
BOSTWICK 2:8
241:14
bottom 86:5,11,12
89:24 107:5 108:16
112:15 130:16
155:14 204:6 207:3
bought 137:13,17
Boultbee 16:24
brand 126:18
branded 97:16 103:3
103:12,16,20
brandeds 103:8
Bray 1:17 254:5,18

breach 67:3,3
break 7:23 8:1,3,5,11
62:13 86:22 92:14
156:11,18 161:15
168:21 202:10
breakdown 69:16
73:18 76:6 78:7
153:16
brief 5:11,16 92:14
241:14
briefly 241:23 244:16
bring 63:16,19,22
113:23 132:20
148:15 200:22
broad 41:13
broken 91:17
brought 146:18,22
148:8
budget 152:23 153:2
153:18,21,22 154:3,6
154:7,9,10,14,19,21
154:23 155:1,4,8,12
155:20,22 156:15,18
158:9 161:24 179:3
192:15,16 193:10
241:8,8
budgeted 155:13
158:11
budgeting 153:15
159:12,16
budgets 151:12 157:10
157:11,13 161:13,14
192:18
building 129:9,11
business 41:6 59:11
60:14 67:24 68:6
84:24 93:10 94:24
95:2 98:9 100:9
101:14 111:23
117:14 125:1 131:24
132:11 135:13,16
138:24 139:14 142:9
142:20 202:4 220:16
220:22 229:3 237:16
246:3
businesses 246:5
buy 79:18 82:17 200:20

            C

C 5:1 17:19 175:22
177:17 235:24 253:1
253:1
cabinet 240:1
calculate 89:3,3
calculated 26:14,18
192:4 223:7
calculation 88:18 89:7
221:18

calendar 58:16
California 250:2,2,3
call 49:15 110:22
170:13,13 177:11
182:20 188:8 189:6,8
207:13 219:3 245:17
called 1:14 12:12 32:12
32:14 43:22 49:24
51:7 66:15 75:11
90:1 96:7 114:15,16
124:3 154:9 173:11
193:11,12 196:23
202:1 246:7,12
calls 13:12 45:3 108:6
126:5 128:20 136:3
143:15 144:14
canceling 160:24 161:2
cancellation 162:5,8,11
capacity 39:21,22
75:16 77:16,19 90:5
capital 64:10 65:5,8,10
65:12 158:16 191:1
193:21 199:18,22
200:6,20 202:2
216:14 249:9,13,15
249:19
capitalization 211:7
251:14,18
capitalize 252:3
capitalized 158:12,20
159:7
capitalizing 252:5
cardiovascular 131:9
carried 237:14
case 1:7 66:19 67:1,2,5
109:4 123:1
cash 26:6 63:16,19,22
65:6 155:15 157:17
157:22 200:3,21
201:14 202:8
Cassetta 59:16
categories 242:1
caveat 8:3
CEO 16:18 120:24
131:19 173:4,7
certain 49:8 57:4
127:18 163:17
190:18 207:22
208:18 230:9 246:17
certainly 11:24 13:5
72:14 82:8 110:2
126:12 143:22 185:6
242:3 247:11
CERTIFICATE 254:1
certify 253:2,5 254:8
Cesion 4:18 227:22
cetera 37:15 45:17 59:3
60:5,24 101:15

113:14 124:19
148:24 151:14
156:10,23 157:5
182:4 186:1 191:21
213:23 219:23
220:19 223:6 230:23
231:16
CFO 9:12 15:1,10
16:16,21 21:10 54:3
112:18 139:1,10
186:12 229:15
chairman 16:18 120:24
173:6
chance 121:9 135:10
239:13
change 10:15 14:12
18:3,8 19:6 20:11
21:6,8 22:5,8 24:3,6
28:23 29:2 30:14
31:12,14 32:8 94:3
94:13 187:2 239:17
changed 9:1 45:11 85:6
93:15,18 94:7 148:20
changing 94:10,14
101:3
Chapin 12:7 62:7,10
110:3,5 169:8
characterization 96:4
characterize 247:7
characterizing 118:16
charge 21:12 110:15
216:4,6,7 219:12
charged 191:15,17
193:13
charges 192:9
charging 227:4,5
chart 132:1 187:1
250:12,14
check 135:11 216:2
217:13 242:14
checked 215:9
chief 8:18 14:14,17
47:8 109:19 152:5
185:16
children 209:7
children's 209:1
choose 73:20
circumstances 25:18
27:9,14
City 249:24
Civil 1:16
claims 67:1 146:24
clarification 44:22
clarify 116:14
clear 7:20 81:16,24
82:1 87:14 159:19
186:11,12,15,17
188:16

Clemente 48:10 109:24
141:4,5
clinical 187:6
close 217:12
closely 156:16
clutter 242:10
cold 233:17
collaborating 127:11
collaboration 126:24
127:1
collaborative 124:21
125:13
collect 67:8
collecting 213:11
column 33:22,23 34:14
35:1 36:6,11,15,16
37:6 38:8 69:19
70:10 176:12,13
columns 35:16,18,21
36:5,15 37:13,18,21
38:3,14,16,20,22
39:3
combine 193:1 246:9
combined 57:13 87:7,8
88:14 199:16 246:5
246:11,19
combining 174:11
come 10:15 18:1 62:18
73:4 79:21 85:12
100:23 143:10 152:7
207:14 214:2 219:19
comes 164:8
coming 7:2 144:20
156:6 172:17 186:21
commencing 1:22
comment 241:14
commentary 81:24
commenting 6:17
comments 12:17 109:9
109:11 125:21
135:11
commercial 115:23
116:18 187:18
commercialization
109:4 173:15 197:3
commercialize 208:5
234:15,17
commercialized 234:13
Commission 9:9 11:21
14:23 23:9 41:4
42:11 48:18 53:21
60:13 67:18 68:3
80:8 84:20,22 93:21
100:5 139:12 191:3
246:17
committed 63:3
Committee 27:5
common 43:11 80:24

Commonwealth 1:19
254:3,7
communicated 217:1
communicating 44:2
217:2
companies 53:17,22
68:4 75:20,23 90:8
90:18 91:1 191:5
192:24 202:2 246:4,6
246:9
company 12:11 14:20
15:8 25:13,15,21
26:6,21 32:14 38:11
40:5 43:8,22,24
46:23 47:9,11 48:7
50:12,13 51:7 52:16
52:17,24 53:4,24
54:18 58:24 59:1
60:21 61:12,13 63:1
63:3,4,5,10 64:21
65:1,4,5,8,17,20,22
66:15 91:11 97:3
113:9,16,19,20
115:23 116:18 117:3
117:7,9,12,18,20
118:1 119:5,6,9,12
119:14 120:3 124:23
125:20 126:16
133:11 137:17
139:16,18 142:12
144:9,12 151:19,22
152:6,14 167:10,11
168:5 169:7 180:23
181:5 183:9,21
184:14,22 186:12
188:7,11,18 190:17
190:24 191:1 193:2
193:20,23,24 195:10
201:5,12,13,22 218:5
221:8 223:10,15,18
224:1,3,8 227:6
228:11,18 231:6,20
231:20 237:7,13
245:16,19 246:2,14
247:17
company's 11:19 12:6
13:11 23:7 27:6
60:14 67:6 69:16
74:7 99:6 117:14
compare 134:19 156:9
compared 21:22
100:20
comparison 220:19
compensated 22:1
compensation 9:21
10:2,16,21 15:9 18:9
18:20 20:13,24 21:15
22:20 24:9 25:1 27:5

29:5 39:23 40:1,4,10
168:13 182:4
competition 144:18
145:15
competitors 144:20
complete 11:22 14:20
14:24 41:4 48:16
55:1 121:21 135:5,22
completed 56:24
225:24 249:14
completely 6:17
compliance 74:2 80:9
80:20
compliant 60:7
complied 77:6
comply 72:23 77:3
compound 135:1 137:5
compounds 174:12
comprehensive 104:12
compression 175:20
comprise 77:8 97:14
comprised 104:1
156:22
compromised 6:11
computer 223:9 238:23
concentrated 169:23
concentration 73:1
74:4 77:5 82:10,12
142:20
concept 27:17 72:23
79:16 200:17,24
217:10,18
concepts 232:16
concerned 226:13
concerning 123:6
170:21 247:2
concerted 59:9
concluded 252:24
conduct 213:18
conducted 90:24
conference 123:24
124:1 125:10 233:7
conferences 124:13
125:9
confidential 127:8
confirm 96:16
conformance 57:1
confront 60:23
confusing 117:15
conjunction 124:17
174:7 194:7
connection 243:14,23
244:1 245:6 249:18
250:9
cons 160:7
consecutive 210:7
consejero 35:7,20
36:10,14,19,21 37:1

37:3 39:6,10,14,14
consejeros 35:4 37:15
consejo 33:10,12,19
35:24
consent 179:5
consequences 26:3,9,16
226:2,17 252:2,5
consequently 201:21
consider 78:19 79:3
88:7
considered 31:21 90:15
167:1 185:12
consisted 173:1
consistent 128:3
214:18
consolidate 44:18
consolidated 42:8
55:15,16 56:12 57:9
58:9 69:20 70:10
88:7,14 95:17 97:9
97:15 103:4,6 104:11
116:16 117:17,19
118:8 119:10,15
154:8,10 155:11
161:15 196:17
246:12,18,20
consolidation 70:8
193:3,5 219:22
245:23 246:1,7
consolidations 246:23
constantly 94:19
constitute 83:2
constructed 231:16
251:24
construe 48:5,12 49:8
consult 148:12 198:23
consultant 113:8,11
124:21 228:10
232:15,18
consultants 194:8,9,10
194:12,13,14 217:17
218:1 226:16 230:18
232:9 233:13
consultation 148:11
consulted 109:7 123:5
230:24 231:2,4
consulting 106:10
113:8,23 218:6 245:7
consume 152:19
contact 13:9 42:16,21
43:1,14 45:15,18
48:3 107:9 112:18
121:18 122:3,12,14
122:18 218:24
contacts 45:7 46:7
contain 105:14 152:1
contains 239:20
contemplated 145:7

content 130:9
context 79:20 81:6
107:2 117:11 118:11
119:1 142:3 166:17
221:13 222:14
continue 63:4 103:9
202:4 210:24
Continued 4:1
continuing 101:9 198:4
continuous 198:9
contract 75:11,19 76:4
76:7 77:11,21 78:7
78:11,14 81:22 82:18
83:1 89:20 90:7
97:18,19 99:1 103:21
103:23 108:2 137:3
161:2 209:15 228:22
229:1 248:22
contracts 162:18
Contrato 4:18 227:21
contribute 77:17
contributed 76:7
200:20
contribution 22:21
30:23 83:3
contributions 19:2
21:2 24:23 25:4
29:12
contributor 77:12
control 13:24 47:1,5
156:8
controller 43:22 46:15
46:16,19 47:13,14
59:15
controller's 191:20
controlling 176:21,21
controls 60:4 134:20
135:3,8
Controlvas 71:17 72:8
72:16,19 73:15 75:3
75:5,8 76:16 82:5
86:23 87:6,10 99:14
99:15
conversation 44:7
48:16 141:7,13,15,17
170:8
conversations 48:6,21
49:1,7,9 108:9,12
142:7 162:14 165:15
165:18,22 166:2,6,10
166:20 192:3 214:5
coordinate 177:11
copies 240:11,19
copy 4:3,5,17 28:15,16
68:13 69:18 120:13
121:12,24 171:2
179:16 195:12 206:9
206:18 224:17

238:23 239:7 242:19
corporate 11:11,13,16
21:8,11 31:19,21
51:19,24 68:14 70:8
112:9 129:11 233:3
corporation 12:12,14
13:19 14:7 16:17
32:12 34:8,9 51:21
51:22 52:5,6,7,12
201:16,23
correct 8:14,15 10:13
12:13 32:13 34:21
35:2,5,18,21,22 36:9
36:12,13,17,18 37:7
37:16,19 39:11,1,12
42:12 51:13,14,20
54:7,8 69:11 70:7,10
71:14,15 74:12 76:18
84:10 85:20 93:12,14
98:16,20,24 105:15
105:19,24 112:16
121:2,19 125:21
135:24 136:8 137:4
152:17 171:16,21
172:11 175:10,15
180:20 181:12 203:1
203:4 208:21 228:1
229:4 237:1,19,20
244:4,20 249:10,11
251:6
correcting 98:13
Correction 253:8
corrections 239:14,15
239:16 253:7
correctly 18:6 70:21
116:6 120:1 178:24
cost 21:21 151:2
costs 152:2 156:22
158:12 159:2 191:4
191:22 193:23 194:1
194:1 217:20 247:24
counsel 19:22 62:6
148:14 169:6,10,14
169:15,17 222:7
235:20,21
counsel's 82:1
countries 95:12 102:2
couple 7:4 20:2 113:1
130:11 212:20 249:3
course 6:19,23 67:24
68:6 180:13 192:20
212:15,19 225:11
241:20 242:12 248:2
court 1:1 7:16 66:22,23
cover 128:24 171:15
207:16
CPE 157:4,7 174:1,14
234:6

create 132:22
created 61:11 225:10
  225:13 240:16
creating 92:6 191:8
  227:5
creation 245:3
credit 199:10
credits 5:22
CSR 1:18
currently 90:4
customer 142:21,22
customers 95:11 102:2
  102:11 138:5 140:10
  140:12,13,15
cut 36:3,4 69:20 120:14
CVS 126:17

**D**

D 1:13 2:7 3:1,3 5:1,5
  17:22,23 34:21 59:17
  131:23 192:10
  229:13,14 235:24
  253:2,19 254:9
Dallas 249:23
Dartmouth 174:7
date 32:22 33:4 34:2,16
  53:5 85:6,7 129:5,6
  165:8 199:11,12
  211:6 219:11 232:10
  236:19 238:8
dated 3:17,18,19,21,23
  4:3,6,12,17 106:20
  111:10 121:5 161:6
  161:10 171:3 179:17
  201:11 205:5 210:13
  224:18 253:17
dates 32:23 123:21
  124:7,14 137:1
  189:17 198:11
  224:13
dating 113:21
David 43:22 114:16
Davur 34:13 37:6,7,8
  37:14 38:5,18 39:15
  40:2 41:22,24 42:3
  51:11 54:1 56:9 86:1
  86:17 98:22 116:22
  116:24 117:16
  119:18,21 120:7
  164:3 166:6
Davur's 56:3
day 12:4 29:20,22
  41:20 253:18 254:16
days 58:13 61:20,21
day-to-day 184:13,17
de 3:16,21,22 4:16,18
  4:18,18 33:10,12,17
  35:24 45:22 48:1,9

50:3,5,11,21 51:1,3,3
  51:16 53:23 106:19
  161:5,9 189:10 197:1
  197:1,5,11 200:4
  206:23 207:1,17,19
  207:23 208:4,4
  209:19 210:2,12
  211:12,15 227:21,21
  227:22 235:9,12,15
  251:21 252:4
deadline 6:21
deal 212:18
dealing 15:7 153:11
debt 189:2,6 207:17
deceit 67:4
December 23:10 27:5
  34:17 67:19 69:9
  84:19 85:23 86:15
  87:2 95:6 100:4
  101:21 172:17 205:5
  210:14,14,17,21
  211:1 224:18,20
decided 215:22
decision 79:18 82:16
  164:16 165:5,11
  168:20 177:5 183:5
decision-maker 231:18
deck 125:15 127:19
  135:10
decline 144:10 145:6
declining 72:5
deduced 188:4,5
Defendant 1:10 2:10
defensible 217:24
  228:14
definitely 252:18
Delaware 1:2 50:12,13
  250:3
delegado 36:14,19,22
  37:1,4,15 39:6,10,14
deleted 148:20
delivered 123:7
delivery 115:23 116:18
  174:11
Deloitte 56:15 57:22
  92:8,10 194:9,11,13
  222:4
department 17:9,14,20
  21:13,14 41:9,11,14
  41:19,21,23 42:14
  43:14,15 44:8 48:15
  55:22 59:10 135:9
  150:5,8 211:17,19,21
  211:23,24 213:2
  216:24
departments 17:7
dependence 73:2
dependent 142:18

depending 79:19
  109:19
depends 108:21
depicting 74:16
depiction 52:3
depictions 130:1
depleting 65:6
deponent 5:3
depose 5:24
deposed 7:6 66:1,3,8
  66:11
deposition 1:13 6:9,23
  7:5,12 8:11 107:1
  187:23 206:15 212:8
  212:14 240:17
  242:10 252:24
  254:10,11
depositions 8:7 66:17
  242:6
depreciation 80:11
derive 176:17,18
derived 69:9 85:23
  86:15 95:7,10,18,20
  96:2,2 101:22 102:1
  102:6,10
describe 58:23,24
  183:14,18
described 139:13 180:5
describes 103:10 175:9
description 3:8 4:2
  175:16,18
desirable 247:16
desk 233:6
detail 87:22
details 69:15
determine 15:17 74:18
  189:17
determined 191:18
  192:2
determining 150:9,11
  167:20 191:18
  195:24
develop 15:18 150:22
  164:21 173:14
developed 128:16,18
  128:23 129:2 140:7
  156:19 157:15 194:7
  200:17 234:7
developing 166:17
development 131:24
  132:11 135:13,17
  151:1,5,13,17,20
  152:2,13,16,19,22,24
  153:3,9,17,19 156:15
  156:24 157:19,24
  158:4,9,14 173:11,12
  182:21 234:8 237:16
development's 191:21

devoted 151:16 191:21
Diego 250:2
differ 211:8
differences 57:4,5
different 45:20,20
  56:20 58:10 63:20
  69:24 79:20,21 81:14
  81:20 86:8,9 94:21
  101:18 144:4 187:8
  187:12 191:13
  199:17 208:15,16,16
  211:9,10 214:13,13
  219:24 226:19
  247:22
differentiate 117:23
  119:3
differently 91:17
difficult 120:15
difficulties 65:1
difficulty 63:1
dinner 233:19
Diplomate 1:17 254:5
  254:19
dire 152:7
direct 139:18,23
  175:20
direction 184:11
directly 40:6 83:18
  133:3 136:24 146:13
  177:23 186:4,6
director 9:6 10:5,8,12
  11:17 13:7 14:3
  182:16 191:20
  219:15 236:24 238:5
directors 4:20 8:22
  11:15 12:17,20,21
  13:1,3 18:5 26:22,23
  27:6,15 31:9 32:4,6,8
  32:19,21 33:20 35:11
  39:19,22 59:2 61:13
  63:6 146:19,23 147:4
  147:12,24 148:16
  154:11,13 156:14
  161:14,23 163:14,16
  163:19 164:6,13
  174:23 178:7,11,14
  178:17 179:6 180:1,3
  180:18 184:11,16
  185:4 220:20 226:5
  227:17 236:8,15
  239:1,21
disagree 6:19
disapprovals 162:4
disapproved 161:24
disapproves 161:23
disclose 74:3 127:5
  147:24 148:16
disclosed 67:6 74:5

80:23 127:4 142:8,16
  143:1 145:9 146:8
  147:3,18 149:2,19
  163:7 167:2 168:17
disclosing 82:11 147:11
disclosure 80:10 82:9
  91:2 93:22 101:6,7
  146:19,22
disclosures 42:9 54:6
  141:20 142:13
  166:13,23 167:1
  246:18
discontinuing 140:6
discuss 8:8,9 149:1
  159:15 163:4,9
  178:13,21 212:11
  233:22
discussed 5:15 15:3
  139:24 140:1,18
  141:3 163:19 164:13
  166:15,22 167:5
  171:13 172:5 178:6
  178:10 182:19
  207:17 224:24
  225:17 232:16 251:5
discussing 147:23
  162:23 203:13
  205:11 211:7 226:15
discussion 5:14 55:4
  58:19 60:11 94:16
  103:2,7,8,12,13,13
  127:10 136:11 142:2
  146:4,10,14,16
  159:11,24 160:2,16
  160:19 162:17 164:1
  177:20 178:2,18
  184:20,21,23 185:1
  237:13
discussions 36:24 94:9
  94:14 101:3 163:21
  232:8
disposable 52:9
disposed 99:13,15
distinguish 118:9
distributed 13:18
  61:12 71:12 107:13
  111:17 112:3 117:12
  172:4,15 181:16
distribution 180:1
DISTRICT 1:1,2
divisions 17:7 34:12
doctor 185:21 187:11
document 3:10 4:7,8
  4:10,11,13 22:23
  23:4,6,20,22 33:5,6
  35:9 47:20 67:10,13
  67:15,20,22,23,23
  68:1,5,13,18 69:5

71:2,10 72:14 74:11
78:10 82:24 84:12,14
84:16 93:2,13,17
94:1,6,8,18 98:1
99:19,23 100:1,7,9
100:12,12,16 101:4
101:10,11 103:14
104:10 105:21
106:17,23,23,24
107:3,11,16 110:20
111:9,13,16 112:6,8
118:16 121:4,8,22,23
121:24 122:5 125:22
126:1,3,7 130:17,19
135:6,7 137:7 171:1
171:6,7,8,10,11,15
171:24 178:19
179:15,20,21,22,23
179:24 180:5,12,15
180:17 181:10
187:13,14,21,22,24
188:2 189:4 202:15
202:16,19 203:5,8,21
203:22 204:1,12,19
205:3,4,7,17,18,21
206:2,6,13,14,19,20
206:21,24 210:8,9,16
210:18 224:16,22,23
225:2,3,10,14,16,19
225:20,24 227:14,20
228:6,8,9 229:3
230:1,13 231:21,23
232:13 236:5,11,13
242:5
documentation 179:8
221:14,16 224:24
documented 214:23
documenting 171:12
182:18
documents 5:18,19 6:3
6:4,19 11:16 12:1,16
62:13 74:23 93:23
126:6 134:19 159:5
161:4 188:6,17
189:17,20,23 190:1
191:3 195:18 203:18
210:10 212:6,11
222:16 224:1 227:1
240:11,24 241:5,8
242:2,7 244:8,10,15
244:17 251:8,13,15
251:23 252:7
document's 195:13
Dodge 1:20 2:11 167:7
167:8
doing 45:2 106:10,13
125:3,5 131:24 156:8
176:24 182:19

193:15 200:18 224:2
230:15,16
dollar 82:13 153:4,7
247:20
dollars 29:18 87:24
152:12 197:15,17
Donald 16:23
dosage 209:1
doubt 92:4 222:5 240:3
dozen 7:9
draft 11:23 61:1,5,8,9
61:11,23 62:1,2
107:12 108:12 109:8
124:16 239:9,11
drafted 12:16 54:10
60:9 91:8 108:20
109:5 120:11,19
121:16 127:22,23
166:24 190:2 230:14
231:16
drafting 11:24 12:19
13:16,20 23:11 54:5
55:3,5 61:16 74:11
108:1,2,2,23 115:4,5
115:9 120:22 149:17
drafts 12:2 62:9
dramatically 59:24
draw 25:10 175:7
177:16 179:14
drawing 140:20
driven 247:8
driver 143:8
drivers 156:5
driver's 5:2
drove 60:17
drug 115:23 116:18
174:11
drugs 175:20
due 6:22 26:2,16
142:22 188:8,13
189:5,7 191:15 197:7
210:11,11 212:15,19
219:11 242:12
duly 5:5 237:13 254:10
duplicate 56:18 57:20
duties 18:8 60:4
Dwight 2:8 242:2
dynamic 94:19 172:21
D.C 2:6 250:4
D1-A 4:13 205:18

—— E ——

E 3:1,7 4:1,17 5:1,1
17:19,21,23,23 46:22
46:22 59:19 192:7,8
196:8,24 235:24,24
235:24,24 253:1,1
earlier 44:4,5 48:24

60:6 87:12 101:9
107:20 120:4 179:1
186:4,20 188:15
192:22 196:10 211:7
212:8,13 225:17
227:2 228:11 242:24
243:6 245:6 247:1
249:8
early 16:22 27:3 33:1
41:17 43:7,21 45:21
46:1 48:9 52:8,10,21
61:18 114:11 137:9
154:21 162:14 176:7
201:11
earn 199:23
earning 199:24 200:2
earnings 226:17 247:15
ears 190:15
easy 57:18 65:9
eating 233:19
Edwards 1:20 2:11
167:7
effect 150:1,6 160:12
160:16 191:7
effects 187:9
effort 57:13 59:9
124:21 152:1
efforts 65:11,14 152:21
169:23 173:23,24
249:15
either 14:22 17:17
39:13 40:5 107:21
110:11 115:1 119:18
124:18 132:15 148:6
159:5 189:10 199:15
208:16 209:9 220:14
238:5 239:15
Elaine 17:21 44:3
47:18 59:21,22 192:4
192:5 212:1,23 213:2
215:1,17 216:9,10,14
216:17 220:8 221:14
223:8 224:8
elapse 170:18
electronic 122:20
238:22
electronically 45:13
eliminate 193:1,2,5
246:10
eliminated 193:7
elimination 70:9
Emilio 46:5 48:1
employ 223:9
employed 8:13 9:1,3
110:5 169:2 181:5
182:5 237:10
employee 174:19 182:3
employees 41:24 42:2

57:13 65:24 113:7
216:21,22 221:2
224:3
employment 63:4
132:7 133:13 223:18
225:11
ended 23:9 67:18 69:9
84:18 85:23 86:14
87:1 95:6 100:3
101:21 137:2 210:16
engage 152:22
engaged 90:7
engages 75:19
England 21:21
English 109:24 141:5
165:7 188:3 189:23
190:4 195:13,17,20
217:2,4 218:8 230:1
244:24
ensure 134:4 135:15
enter 228:12 248:21
entered 66:14 126:24
197:4 209:15 231:9
231:13 247:3
entering 127:1
entice 63:2
entirely 81:16 251:16
entirety 207:16 242:1
entities 191:22,24
entitled 243:3
entity 52:23 119:11
137:24 179:9 248:7
248:10,14
entries 243:7
envisioned 177:7
equal 72:21
equate 21:21
equipment 130:24
131:5,6
equivalent 27:21
200:13
escapes 114:17 218:7
Espana 4:16 50:3,5,11
50:21 51:2,3,4,16
53:23 189:10 197:1,1
197:5,11 200:5
206:23 207:1,17,19
207:23 208:4,4
209:19 210:2,12
211:12,15 235:9,12
235:15 251:21 252:4
Espinoza 204:15,20
ESQUIRE 2:7,8,14
essentially 14:5 15:5
17:8 21:20 47:12
60:16 79:16 179:4
180:3 182:17 200:13
201:1 228:16

establish 13:9
established 52:8 85:10
94:12
Estate 128:10
Ester 46:3 48:1 219:16
233:1,10
Esteve 46:1,2 48:1
estimate 26:15 153:5
193:18 213:16 214:3
estimates 240:15
et 4:5 37:15 45:17 59:2
60:4,24 101:15
113:14 124:19
148:24 151:14
156:10,23 157:5
179:16 182:4 186:1
191:21 213:23
219:23 220:19 223:6
224:17 230:23
231:16
eternal 185:2
Ethypharm 1:4,5 5:17
6:4,8,11 75:23 76:2
78:2 83:9,21,24
84:10 90:19 107:15
136:15,18 137:16,22
138:6 140:5,6,13
143:23 145:8,10,19
145:24 146:12 147:2
147:5 149:5,10,13
150:2,7,13,17,21
160:7,10,13,18,22,24
161:2 162:6,16,21
163:5,8,11 164:12,17
164:23 165:6,16,20
165:24 166:4,8,12
167:3 176:2 177:18
248:17,21
Ethypharm's 138:5
Europe 115:24 116:19
204:10
European 34:16
euros 5:21 49:17
197:14,22,23 210:23
evade 247:13
eve 242:6
evening 6:3
everybody 61:14
125:20 241:16
evidence 208:23
evidences 208:23
evidencing 188:7
206:24
exact 137:1
exactly 18:12 94:3
162:10 192:24 224:9
230:8
EXAMINATION 7:1

242:18
example 45:5 54:24
  58:23 71:17 73:8
  80:24 123:23,23
  126:16 128:2 157:1
  193:23 208:24
  210:15 220:16
Excel 222:23,24
exception 59:8 253:7
excerpt 187:18
excerpts 187:19
excess 77:16,19 80:1
  150:15
exchange 9:9 11:20
  14:22,23 23:8 31:17
  31:18 32:2 41:4
  42:11 48:18 53:20
  60:12 67:18 68:2
  80:8 84:20,21 93:21
  100:5 139:12 190:21
  190:22,23 191:3
  193:22 208:6 246:16
exchanged 62:9
executed 230:13
executive 25:15 180:4
executives 6:1 170:6
  221:24
exercisable 29:21
exercise 30:9
exercised 30:1,11 63:13
  63:14 64:3
Exeter 129:12
exhibit 23:1,2 28:17
  33:7,9 47:22 49:21
  49:22 52:1 53:19
  55:2 67:11 73:12
  86:20 93:4,7 98:4
  99:20,21 106:18,21
  111:11 120:13 121:6
  122:2,7,24 123:1,3
  125:24 161:7,11
  171:4 179:18 187:15
  202:17 203:3,23
  205:6,19 206:11
  208:12 210:1,3
  212:16 224:21
  225:17 227:23 228:3
  236:10 242:20
exhibits 161:4 244:5
  245:4 251:6,11
existed 135:7
existence 38:11 62:1
  137:19
existing 12:24 63:9
  65:6 156:7
expand 94:24 101:14
expanded 59:24 172:22
expect 220:1

expected 44:20 245:21
expended 168:8 173:23
expending 168:6
expenditure 158:16
expenditures 152:24
  153:17 155:13 156:9
  157:3,24 176:22
expense 80:5 247:23
expensed 158:13
expenses 60:19 69:16
  190:24 191:8 217:20
  227:2,5 243:22 244:1
expensive 152:16
experience 177:21
  185:23
explain 54:9 60:17 77:5
  208:1 220:20,21
  221:8
explained 232:19
explaining 232:14,15
explanations 48:14
explore 6:11
exposure 142:23
  219:10
expressed 210:23
extended 5:22 64:21
extension 71:22 78:20
  79:5 90:20 176:5
extensions 199:10
extent 6:10 45:7 88:17
  120:13,18 126:5
  220:22
e-mail 4:3,5 43:6,8
  45:12 171:2,15,18
  178:4 179:16 223:12
  223:13 224:17 225:4
e-mailed 215:13

_____

**F**

F 2:4 59:19 253:1
facilities 151:17 181:20
  182:13
facility 130:20 131:1
fact 39:2 53:16 73:4
  78:4 84:8 122:16
  131:24 190:20,23
  199:17 226:12,13
  242:8
factors 164:15
factura 207:3
fail 164:5
fair 26:17 29:19 96:3,5
  247:7
fall 242:4
familiar 70:18 136:19
  189:2,5 201:10
familiarize 110:18
far 31:21 60:3,10

134:14 215:15
  230:10
farther 116:23 129:4
fashion 248:1
fault 202:24
Fauteux 59:18
favor 251:20
fax 3:16 45:13 106:19
faxes 43:10,11 45:3
FD 114:15,16
February 58:2,5,9
  124:10 201:19
  249:16
federal 1:16 66:21,23
Federico 45:22
fee 217:23 220:9
Feel 96:18
feeling 168:5
fees 189:13,21 190:10
  191:16 193:12,13
  197:19 217:9 227:4
  240:12,20 241:2,9
felt 176:20 200:9
  217:21
fibromyalgia 174:8
fifth 176:9,9
Figuerdo 17:17 107:22
figure 79:22 81:18
  98:18 102:23
file 42:8 146:9 240:1
filed 23:8,14 28:17,21
  42:12 53:20 58:13
  61:9,20 67:17 68:1
  68:13,19,22 84:19,21
  85:5 91:8 93:11
  100:4,14,15,19 188:6
  188:17
files 45:13 223:14
  252:16
filing 54:6 85:7 100:6
  191:2
filings 11:20,23 14:21
  15:17 28:18 41:3
  42:10,13 48:17 54:7
  54:10,14,20,22 58:10
  67:7 105:8 139:11
  166:14,18,22 193:4
final 23:13 69:7 219:21
  239:18
finalized 107:13
finance 10:20 11:3 15:4'
  15:4 17:9,20 21:13
  21:14 41:9,11,14,19
  41:21 42:14 43:13,15
  44:7,15 45:8 48:15
  49:10 55:22 59:10,23
  150:5,8 211:17,19
  212:1 213:2 216:24

219:15
finances 43:23 46:9
  48:4,6 56:3
financial 8:18 14:14,18
  14:19 42:9 44:17,19
  44:24 45:15,16 47:8
  47:10 55:1,13,16,20
  56:4,6,23 57:8,18
  58:6,17 59:17 60:20
  63:1 65:1 68:21
  91:17,20 92:2,7
  100:19,20 108:22
  110:12 114:16 128:2
  129:18 130:3 135:4,9
  148:23 149:3,8,24
  150:4,12 152:5,8
  160:6,9,11 213:22
  219:21 220:18 245:9
  245:13
financials 47:9 55:6,16
  55:17 56:19 57:15,22
  58:8 60:7 145:4
  246:8
find 28:16 108:18
  147:21 168:3
fine 2:7 3:4 5:10,15 7:1
  12:5 19:22 22:24
  30:5 40:19 54:15
  62:12 68:9 72:1
  77:23 79:8,11 83:13
  86:4,7,12 89:24
  92:13,16 96:21 106:6
  116:7 118:14,17,21
  120:17 123:4 135:19
  159:4,21 202:10,12
  203:4 206:8,17,19
  210:5 212:4 228:4
  230:7 240:9 242:15
  247:10,19 249:3,5
  252:21
Fine's 6:18 245:7
Finish 78:22
finished 58:8
fired 133:14
firm 218:3,7 236:1,2
  244:2
firms 114:12,14
first 6:2 9:1,3 16:22
  17:18 32:22 34:2
  36:11 38:23 55:1
  61:1 71:13 72:8 95:5
  97:1 101:20 102:18
  111:21 115:15,15
  117:4 118:4 121:10
  128:19,22,23 158:19
  159:7,20 162:17
  163:1 189:1 203:2

209:1 210:16 230:4
  241:17 245:19
firsthand 134:18
fiscal 58:15 153:23,23
  154:2
Fitzgibbons 4:3,5
  171:3,12,19,23
  179:17 180:10,12,20
  180:22 181:5,18
  224:11,18 225:5,10
five 27:24 32:5 40:22
  175:9
fixed 156:22
flag 129:9
Flautau 12:7 169:8
flip 126:8
flipped 69:14
flipping 128:13
Florida 5:2 21:22 52:7
  52:24 249:23
flow 155:15 201:14
  202:8
focussed 151:7
folks 44:7
follow 31:20
followed 225:16
following 27:22 72:7
  94:5 103:11 154:4,5
follows 5:8
follow-up 48:15 226:4
  227:16 249:4
footnote 69:15 87:23
  104:9
force 198:13,16,19
foregoing 253:3 254:13
foreign 95:11 102:2
forgive 27:17 105:2,7
  193:9
forgiven 27:20,22,23
  28:5,8,9 31:3,5
forgiveness 5:20 6:5
  27:7,10 31:2 199:9
  199:14 251:18
forgivenesses 27:16
form 23:7 27:11 31:21
  40:10 53:19 55:19
  58:13,22 67:17 77:2
  84:18 99:17 100:3
  123:11 139:7 142:5
  142:10 143:14 144:2
  144:5 145:2 147:19
  151:8 159:13 165:3
  180:4 184:9 193:16
  195:7 209:2,5 214:20
  220:13 221:6,21
  226:11 251:22
formal 214:9
format 7:12 57:9 94:3

94:7,10,15 101:3
127:24 129:20,22
130:5,9 171:7,9
179:22 180:16
224:23 225:13
**formation** 107:14
**formats** 92:5
**formatting** 122:20
**formulation** 175:19,22
176:6
**Fort** 249:23
**forth** 6:21 43:6,10 62:9
226:19 254:10
**fortunately** 191:7
192:18
**forward** 17:1
**forwarded** 55:14 56:12
**foundation** 38:15 61:6
61:24 71:24 94:12
145:22 149:6 152:4
158:21,24 164:18
170:22 177:4 216:1
225:12
**foundational** 72:1
**founded** 38:5,6 52:5,20
52:21
**four** 32:5,6 41:18 120:5
123:6 175:9 208:14
209:13
**fourth** 209:10
**fractional** 64:17,18
**fragments** 120:16
**frame** 13:22 14:8,10
17:17 42:19 43:18,19
52:11,14 58:11 62:4
106:5 107:24 131:16
146:18,21 156:1
157:9 162:2 172:22
173:18 189:19,20
190:12 201:24
218:15 249:17
**frames** 114:5,6
**FRANCE** 1:4
**Francisco** 250:1
**Frank** 114:15
**fraud** 67:4
**free** 96:18
**frequent** 43:2,3,9
**frequently** 170:3,5,17
**front** 20:7 157:11,13
178:4 208:11 242:20
244:5,8
**full** 80:9 202:21 229:1
237:9
**full-time** 215:23
**function** 14:1 44:3,15
45:1 47:5,12 49:10
59:23 106:2,9 219:18

**functions** 42:3
**fund** 201:23
**funds** 200:9,10,11
207:9 252:6
**further** 6:14 94:24
101:14 107:8 147:8
203:17 204:24
205:12 241:13 253:4
**future** 28:10 60:24
63:5 152:14 205:13
206:4 230:22
**F-15** 25:11
**F-25** 76:10,10 80:4
98:7
**F-26** 69:14
**F-3** 70:20 104:14,15
**F-8** 52:4

_____ **G** _____

**G** 5:1 17:22,23,23
59:17 151:14 176:14
243:8
**GAAP** 57:7 58:7 60:6
**Garda** 17:22 44:5
47:18 212:2
**Gardiner** 167:6
**gastric** 175:19
**gather** 42:6
**gathering** 41:2,8
**gauge** 73:5
**general** 41:9 48:7,22
49:9,14,15,15 140:20
141:14,14 142:2,7
146:16 148:18 156:4
160:20 169:14,15,17
175:16 238:5
**generalities** 140:4
**generally** 56:1 57:7
80:20 115:12 134:21
141:16 214:18
**generate** 132:24
**generated** 69:22 70:4
76:4,12 202:1
**generating** 202:7
**generic** 97:10,11,16
98:21 102:24,24
103:10,16 111:20
116:3,11 119:23
127:2 144:18
**generics** 103:3,7,21
**gentleman** 45:21
**geographic** 69:15
**germane** 167:20
**getting** 144:23 145:18
168:6 191:14 208:20
221:7
**give** 7:20 47:19 52:2
60:13 93:2 117:13

121:9 130:16 148:3
187:13 197:15
**given** 13:5 48:14 93:3
222:3,6 247:1 253:4
**gives** 115:17
**go** 5:12 6:8 7:4 12:23
15:16 16:5 17:5,6
26:22 28:22 30:6
42:5 65:3,10 92:17
93:5 99:18 113:24
116:13 117:21
122:16 125:14
126:17 127:8 129:4
134:19 136:9 141:23
147:13 148:24
154:20 155:6 156:1
157:12 159:1 161:13
169:1 178:8 189:16
202:5 203:15 204:23
212:20 213:11
214:22 219:22 220:5
223:17,21 226:11
238:3 239:16 242:13
246:7 252:22
**goal** 247:8,16
**goes** 134:14 230:11
**going** 20:1 24:15 51:3
56:17 61:3 81:23
86:19 151:10 155:15
172:16 174:3,6 177:2
177:13 188:15 190:4
192:23 200:15
218:16 220:20,21
221:14 224:14
241:19 245:18
**Gonzalez** 48:10 141:4
**good** 8:11 31:21 51:24
110:1 183:18,19
199:21
**gotten** 21:1
**governance** 31:19,22
**government** 56:9
**grant** 64:24 116:20
**granted** 29:19 116:1,9
116:20 119:17,21
**granulation** 175:14,14
175:17
**gray** 79:15
**greater** 104:8
**group** 42:2 63:3 73:5
106:10 113:23
114:15,17 125:18
171:22,23 172:21
**groups** 124:19 226:19
**grown** 60:2
**growth** 60:19 128:3
156:6
**guess** 7:9 18:12 24:15

30:18 33:3 48:5
68:11 82:5 129:5
136:5 157:18 172:2
214:16 230:10
241:23 245:1
**guessing** 52:11 87:20
89:7 132:3 133:4
173:22 214:21
**Gulledge** 17:23
**guy** 177:6 183:22 184:4
185:19,20
**guys** 58:2 234:8
**Gyurik** 25:14 171:20
172:19 173:1,10
174:17 235:20
**Gyurik's** 173:9

_____ **H** _____

**H** 3:7 4:1 46:22 131:23
196:8,8 235:24
**half** 7:9
**Hampshire** 112:24
129:12 174:4 195:11
215:19 222:10,13
**Hampton** 112:24
**hand** 131:23 132:2,10
133:2,6 237:10,11,15
247:4 254:16
**handed** 206:19
**handle** 81:11,18
**handled** 56:3
**hands-on** 184:13,17,22
**happen** 111:4 143:12
144:17 148:18
170:14 245:21
**happened** 18:6 31:13
44:23 60:18 136:6
143:18 198:11 201:2
214:1
**happening** 60:18,20
245:20
**happens** 219:8
**happy** 20:8 22:3
**harbor** 122:3,7
**hard** 121:24 220:6
**Harshbarger** 65:17,18
**hazard** 157:18 230:10
**hazarding** 214:16
**head** 7:18,22 72:15
88:18 158:2 193:9
**heading** 94:22
**headquarters** 129:11
**health** 19:1 21:2 22:21
25:4 52:12 71:13
116:2,10 119:22
**Healthcare** 51:21,22
52:5
**hear** 78:23 82:3 141:3

162:17 184:20
248:20
**heard** 133:6 140:21
241:18 248:5,9,12,16
**hearing** 140:23
**Hebert** 46:22 47:1,13
59:15 216:3,4 217:13
**held** 32:20 38:9 182:24
**help** 35:9 81:17 100:23
168:1 224:13
**helpful** 44:16 81:10
130:17
**helping** 106:14
**hereinbefore** 254:10
**hereunto** 254:15
**Herrera** 3:21,23 48:11
109:6,21 141:8
159:12,16 160:3,23
161:6,10 162:13
165:18 230:24 232:6
233:23 237:6,12,16
237:21 238:1 240:5
**Hey** 143:10 155:11
**higher** 11:1,2 157:24
**Highlights** 128:3
129:18 130:3
**highly** 127:7
**hire** 183:12
**hired** 9:6,11,12 16:8
132:2 169:12,14
183:4 184:6,8,10
185:9
**hiring** 9:23 182:2
**hold** 9:5 10:6,18 32:16
32:18 79:18 82:17
174:20 227:13,15
**holding** 53:24
**Holdings** 53:1,3,7
**home** 63:17,19,22
112:9 169:24
**honest** 170:2
**honestly** 115:10 162:24
195:16 232:3
**hoped** 143:8
**Hopefully** 219:6
234:12
**hoping** 81:17
**Horvath** 110:7 141:11
147:16 167:9,11
169:1,2 170:3,5,8,16
170:20 171:21
172:19 173:2 192:11
**Horvath's** 169:19
**Houlihan** 196:5,7
**hours** 220:16
**huh-uh** 7:19
**human** 148:23 181:19
182:1

**Huntington** 1:21 2:12
**Hygiene** 52:19,21

## I

**idea** 27:22 78:6 108:8
  135:14 159:10 165:4
  194:6 222:8 233:18
  234:12 252:2
**identical** 129:19 225:19
**identification** 5:3 23:3
  33:8 47:23 67:12
  73:13 99:22 106:21
  111:12 121:7 125:24
  161:8,12 171:5
  179:19 187:16
  202:18 203:24 205:6
  205:20 206:12 210:4
  224:21 227:24
  236:10
**identify** 132:15
**illuminate** 203:18
**imagine** 141:6
**immaterial** 80:7
**impact** 79:17 142:24
  150:12 155:13
  160:21 247:15
**importance** 71:21
  73:15 146:5,7
**important** 74:14 75:2
  77:1,3 89:11,14,15
  90:22 92:24 99:3,7
  99:11 104:2,6 105:8
  135:15
**impromptu** 170:12
**improve** 94:7
**improved** 123:6
**improvement** 101:10
**improving** 60:22 94:19
**inaccurate** 118:12,22
  135:24 136:7 240:7
**inactive** 54:2
**include** 15:1 69:19
  97:10,18 102:23
**included** 25:9 26:8
  31:23 55:2 58:21
  65:17 92:3 101:8
  127:24 152:23 153:2
  153:15 156:23 158:8
  166:23 197:9 212:9
**includes** 40:9,10,11
  97:19 98:21 103:23
**including** 5:19 6:1,12
  25:23,24 47:17 63:10
  90:18 103:16 123:7
  139:16 230:21
**income** 63:18,21 70:5
  80:16,16 104:12
  191:9 192:20 226:14

226:15,21 227:6,8,8
  247:21
**incorporated** 8:14 50:1
  50:10,15,16 52:13,19
  53:1,2,3,11,12,13
  115:16 118:2 237:1
  237:18,22 238:2,12
  239:2,22
**increase** 21:21 216:14
**increased** 15:11 19:15
  19:17 20:15,16
**increases** 60:17
**incremental** 157:2
**incur** 190:24 200:10
**incurred** 189:14
  190:11 243:22 244:1
**independent** 32:3,6
**independently** 83:8
  84:9
**indicate** 38:9 81:1
  90:22 240:10
**indicated** 74:6,10
  237:9
**indicates** 72:5 75:14
  76:10 78:13 98:10
**indicating** 78:10 179:6
**indications** 187:8
**indirect** 139:21 186:8
**indirectly** 40:6 186:23
**individual** 38:9 91:1,1
  91:11 124:4 218:3,4
**individualized** 213:18
**individuals** 37:18 48:3
  193:19
**industry** 185:22
**inform** 138:11,14,18,21
  139:4 219:5
**informal** 214:9
**information** 41:2,8
  42:6,23 55:9,21 94:4
  98:10 107:8 122:13
  122:15,18 125:16
  134:13,16 135:11
  147:8 213:12 225:18
  230:22
**informed** 82:15 219:8
**ingredient** 97:6,14
  98:19 102:19 103:19
  104:22
**ingredients** 105:14
**initial** 57:21 204:9,11
**initialed** 204:6
**initially** 43:9
**initials** 204:7,12,14
**initiated** 180:21 218:22
**input** 12:18 61:15
  124:22
**inquire** 219:23

**inquired** 219:9
**INR** 125:18
**inside** 32:6 97:16
  160:12
**insiders** 31:23
**instance** 8:9 140:3
  154:18 155:2
**instances** 48:20 110:24
  140:20
**institution** 249:7
**institutional** 13:10
  124:1,2,4,12 125:8
  128:1 245:16 249:20
  250:5,7
**instruct** 248:5,9,13
**instructing** 79:11
**insurance** 19:1 21:3,4
  22:21,22 25:4,5
**integrally** 62:7
**intellectual** 132:23
  138:14 208:10 234:2
  234:19 248:6,13
**intercompany** 5:19
  193:6 196:2 240:21
  241:2,9 246:10
**interest** 27:8 80:4,24
**interested** 159:20
**interject** 6:16
**interpose** 83:16
**interview** 213:15,19,24
  214:9
**interviewed** 217:5
**interviewing** 215:7
**interviews** 213:18
  215:4
**intrinsic** 29:21 64:6
**invest** 152:12 199:23
**invested** 117:19 119:18
**investing** 152:12
**investment** 17:13 74:4
  123:23 124:18
  125:19
**investor** 10:9,12 11:7
  13:7,24 14:3 17:8
  21:11 105:23 106:1,3
  106:8,9 107:23
  110:15 113:9,12,15
  113:19 123:15
  124:19 125:8 135:4
**investors** 13:10,11 15:7
  15:8 110:22 113:13
  113:14 123:17,24
  124:1,2,5,13 128:1
  245:16,17 249:7,20
  250:5,7
**invoice** 4:14 206:10
  210:19
**invoices** 4:16 210:2,10

210:20 211:3,5
**involved** 11:24 12:8,9
  12:14 13:16,20 23:11
  26:19 62:7 65:7,11
  65:14,16,21,22 66:16
  66:17 67:21 73:6
  74:9,10 83:18 108:1
  108:23 109:17,22
  110:2 126:12 133:3
  134:11 136:24
  138:23 139:15,16,17
  139:20,22 140:11
  142:12,12 143:3,4
  145:7,23 146:13
  147:2 150:24 156:5
  159:2 162:21 224:4
  232:7 245:3 249:9,12
**involvement** 184:17
**in-house** 106:9 110:3
**in-license** 132:15,18
**in-licensing** 132:19
**IP** 138:23 139:17,19,21
  139:24 140:1,8,11,17
  141:3 142:4,11,12
  177:22 226:3 234:5
  234:14,23,24 235:3,6
  235:9,12,15,15
**IR** 113:8,11 124:21
**Ireland** 227:11
**Isle** 227:11
**issue** 6:6,22 64:23
  145:8 149:20 196:16
  216:4,14 241:6 243:9
**issued** 110:10,19 111:1
  111:6 112:1 114:20
  114:24 121:13
**issues** 49:6 60:23 147:2
  147:7 148:5,6 149:18
  156:4 167:19 176:14
  226:1 242:4
**Italpharmaco** 76:1
**item** 80:13,14 81:5
  85:13 89:12,15
  142:10,24 148:2
  158:17 175:6 177:16
  192:14,17 225:23
**items** 80:23 85:10
  100:22,24 155:20,23
  161:16 193:10 241:8
**IVA** 207:13

## J

**J** 113:2
**James** 250:8
**Janet** 237:10
**January** 58:4 106:20
  177:11 210:20 226:4
  227:13,17 249:16

**jeopardize** 152:14
**Jersey** 215:22
**Jill** 17:17 107:17,18,19
  107:19,20
**Jim** 17:1 63:10 65:15
  108:10 109:5,16
  120:8,23 131:19,23
  132:2 133:19 140:24
  147:15 148:11,15
  162:22 165:15
  167:18 170:15
  171:19 173:4 176:22
  183:5,7,15 184:12,16
  186:5,9,15,16,19,22
  186:24 191:18 192:9
  195:3 198:23 204:9
  204:21 228:21
  229:16 231:10
  232:10 237:10,11
**John** 184:4 186:5,6,20
  186:21
**joint** 66:15 107:14
  125:2
**Jolla** 250:2
**Jonathan** 2:7 242:2
**Jordan** 110:7 141:11
  147:15 167:8,11
  169:1,2 171:20
  176:14,15,24 177:3
  177:10,11,13 192:11
  243:8,9
**Jordan's** 177:2
**Jordan/Mike** 225:24
**Jorge** 204:15,20
**Jose** 46:1
**JOSEPH** 2:14
**JRM** 204:8
**judgment** 67:5,6,9
**July** 1:22 119:20 120:5
  253:4
**jurisdiction** 227:3
**jurisdictions** 226:21
  227:10
**Juste** 76:1

## K

**K** 196:8
**Karen** 17:22 44:4
  47:18 212:1
**keep** 145:17 215:1
  219:8,11
**keeps** 68:5,10,12
**kept** 67:23 215:3
  239:24 240:1
**Ketchum** 14:2,6,6
**kind** 131:4 141:15
  143:3,4 220:6
**kinds** 143:1

Klimpl 12:7 169:8
knew 91:9,10,11
135:23 136:7 140:4
224:12
know 4:18 7:24 19:21
20:6,6,15 28:19
33:12,17,17,20,21
34:23 35:7 36:20
37:3 38:13,19,21
39:13,19 41:17 42:22
43:4 44:11,14 53:4,6
53:8,9 61:18 64:19
66:7,9 69:2 70:1
72:13,16,18,22 77:1
77:20,24,24 78:1,4,5
78:18 79:23 80:3
81:7 82:2,13,15,20
85:12 87:18 91:3,6
91:10,13 101:2 104:5
108:5 110:1,9 111:3
120:11,20 121:16
123:14 125:10
126:10 127:23
128:16,18,23 129:1,2
129:7,8,12,14,23
130:13 131:4,13
133:20,23 135:7
136:21 137:14 138:9
138:10,18,21 143:6
144:3 145:23 149:22
149:23 150:16,24
152:21 156:3 158:22
159:1,18 162:10,22
162:24 163:1,3 165:4
165:9 166:1 167:2,12
167:12 170:1,7,15,20
170:23,23 173:17,20
173:21 176:9,11,16
176:19 177:18
183:10 184:19
185:12 186:24 188:2
190:2,5 192:11
194:21 195:8 199:6,8
202:23 204:14,22
209:4,10 210:6 211:3
213:13,14 214:1,17
214:21 215:3,5,14
216:2,3,20,23 217:13
219:1,6 221:23 222:2
222:3,6,12,16,18,19
223:8,11,12,14,23
224:5,7,9,9 225:13
225:14 227:16,22
229:18 230:3,8 231:2
231:10,11,12,22
232:5 235:8,18,19
238:13,19,21 241:22
244:17 250:18

knowing 187:7
knowledge 108:14
134:14,18 162:24
165:10 174:16 175:4
235:2,5 238:9 251:23
252:11,15,18,20,20
254:13
known 183:7,8 248:3,4
know-how 138:6,11
217:11,14,15 228:13
228:17 230:21 234:3
248:10

_____ L _____

L 1:17 17:21,23,23
59:17 192:7,8 196:8
196:8,24 235:24
254:5,18
La 250:2
label 126:15
labeled 37:13 127:7
Laboratorios 4:14 5:22
32:12,15,17,21 34:5
34:6 35:12 37:7,8,11
38:5 39:23 40:1
41:16,22,24 42:15
43:15 44:8 45:8,18
46:8,8,18 47:6 48:4
50:17,19,20 51:5,11
51:12,15 53:24 54:1
56:1,2,3,5 57:14
69:10,23 70:23 71:11
71:22 72:10 75:10,14
76:3,12 79:4 82:7
83:7 85:24 86:1,16
86:17 90:4,6,19
91:21 98:22 117:4
118:4 119:21 161:16
163:15 164:3,6,7
174:20,24 187:20
188:9,12,19,22 189:3
189:15 196:24 197:3
199:4 201:8,17,17
206:10,22 208:3,6
209:16 222:17
228:19,21,23 229:16
231:19 240:14,22
241:4,11 251:19
lady 46:10
laid 145:14
Lake 249:24
landscape 70:16
language 34:11 244:18
lansoprazole 123:8
127:14 159:6 235:4
235:13 250:17
large 15:7 126:15
143:8

largest 74:5 75:4 99:9
lasted 181:2
late 38:7 43:8 45:24
50:9 58:4 114:10
123:8 134:2,2 199:15
233:19
Latin 244:23
launch 111:21 117:3
118:3
launches 156:7,8
Laurel 59:18
LaVay 113:7,24
law 236:1,2 244:2
lawsuits 65:23
lawyers 8:10 206:9
leading 124:10 247:19
leave 133:2,10 167:11
167:15 200:21 213:5
213:9
leaving 32:8 224:3
Lechner 235:22,24
244:4
left 14:8 133:6 167:9
169:5 213:6 216:9,11
223:8,15,18 224:1,8
224:10,12
legal 62:6 147:1,7
148:4,14,23 166:13
166:24 177:6 192:12
204:12
legitimate 248:1
legitimately 191:11
226:16 247:12
length 242:1
lengthy 233:12
Leous 113:2
letter 3:21,22 161:5,9
165:8,8 219:2
letters 160:24
let's 40:16 42:20 75:6
153:14 162:3
level 26:21 73:6 146:19
146:22 184:15
LEWIS 2:3
liabilities 69:17
license 5:2 132:17,21
licensed 197:2 208:4
life 21:3 22:21 25:4
lifted 26:3
liked 228:2
limit 212:7
limited 157:17 172:23
177:22
line 77:18 80:13,14,22
85:10,13 100:21
155:14 192:14,17
193:10 241:8 253:8
linens 52:9

lines 104:24 113:1
line-item 161:21 162:1
liquid 209:7
liquidated 64:4
liquidity 60:21,22
liquids 209:6
list 3:12 47:21 50:1
53:17,18,21,23 59:1
71:20 121:19 149:1
listed 31:16,17 32:2
34:20 35:1,4,17,20
36:5,10,14 37:21,22
38:13,16,19,23,24
39:2,5,9,10 71:16
72:8 80:5 121:18
190:21 193:22 223:4
253:7
litigation 5:24 65:7,20
65:22 66:16 147:1
148:5,6,7 167:3
220:2 222:14
little 18:14 25:20 54:9
59:18 69:24 87:22
88:19 93:16,18 105:4
197:17 209:22
218:20,21
lively 155:17,19
living 21:21 225:20
LLP 1:20 2:11
loan 6:5 26:7 27:7,10
27:15,18 28:11,13,15
28:16,19 31:2,3,5
64:21
loans 25:13,18 26:13
26:18,20,24 28:2,4,7
28:9 199:9,14 251:18
local 63:4
located 126:16 130:24
236:2
location 195:12
locations 227:12
locked 240:1
logical 177:5,5
Lokey 196:5
long 32:20 50:7 58:1
61:16 93:21 174:17
181:2 183:7 248:3
longer 31:9 73:7 132:4
181:11
look 15:16 16:5 27:4
28:22 30:7 33:22
34:14 35:16,23 37:6
49:21 52:1 69:6 72:7
74:17 75:7 76:9 80:4
82:4 84:12 86:18
89:9,20 93:4 96:6,19
97:1 98:7 99:19
104:9 112:15 122:17

126:19 134:11,12
137:6 147:13,17,20
148:21 149:8 151:15
155:7,15 157:12
159:2 176:12 189:16
191:12 192:21 195:3
203:9 214:22 219:24
223:3 225:23 227:18
229:21 233:5 236:5
242:3 244:16
looked 121:23 125:20
130:10 180:6,17
227:1
looking 70:2 93:16
98:1 118:7 119:10
122:2 168:2 192:22
199:22 200:15
220:17 229:24 243:3
245:9,12
looks 36:2,3 112:8
172:14 175:12
197:14,21 204:7
loosely 48:5,12 49:8
losing 65:5 201:14
loss 70:9,12,19 80:16
239:2
losses 201:24,24 227:8
lot 31:19 62:22,24 65:7
77:17 157:19 176:19
177:24 225:18
243:15
low 200:1,1,2 227:10
lower 226:22
Ludwig 59:17
lump 156:21
Luncheon 136:12
L.B 113:3

_____ M _____

M 17:19,21 192:8
machines 138:7
Madrid 187:19 233:3,4
maiden 107:21
mail 4:17
maintain 13:9
maintained 225:15
maintenance 182:13
making 13:17 28:12,14
96:24 97:2 125:6
126:22 139:11
140:16 142:13
Man 227:11
management 60:16
63:2,9 129:15 139:16
171:13,22,23 172:6,7
172:10,18 178:3
180:2 182:19,20,23
184:24 189:12,21

190:10 191:6,16
193:12,13 194:16
197:19 198:5 217:9
217:23 220:9 225:1
227:4 240:12,19,20
241:2,9 251:19
management's 55:4
58:18 60:11
manager 41:10 49:15
59:16
managers 48:7,22 49:9
managing 184:22
220:15 231:20 238:5
Manhattan 66:24
manner 28:5,8
manufacture 75:16
83:7 90:6 111:20
116:2,10 119:23
138:4,7,12,15,19,22
208:20
manufactured 77:20
78:1 83:5,11 84:9
90:18 126:21 140:5
manufactures 71:11
131:7
manufacturing 71:6,9
75:11,19 76:4,7
77:12,21 78:8,12,15
81:22 82:18 83:19
89:20 90:7 91:16
97:18,19 99:1 103:21
103:23 126:15
130:20,24 136:20
143:17 144:22
145:16 161:1
March 9:4,6 25:17
183:9 201:19 248:4
249:17
margins 60:18
Maria 46:1
Mark 9:12
marked 22:24 23:2
25:11 33:7,10,22,23
34:3,15 36:15 37:6
47:22 67:11 71:5
73:12 99:21 106:18
106:20 111:11 121:6
125:23 161:7,11
171:4 179:18 187:15
202:17 203:3,23
205:5,19 206:11
209:24 210:3 224:20
227:23 230:2 236:9
market 26:17 29:19
111:20 116:2,10
119:23 143:19,21
144:19,20,23 145:15
145:18

marketed 73:7 98:22
145:6
marketing 71:6,9 96:8
96:11 102:15
markets 65:8 95:1
101:15 191:1 193:21
married 107:22
Massachusetts 1:19,21
2:13 254:3,7
material 76:8 77:12
78:19 79:3 80:6,12
80:13,17,18 81:5,9,9
82:7,8,22 83:2 88:6,7
90:11,19 91:2,12
92:11
materiality 79:15,16,22
80:15
materially 11:2
math 88:17 105:2
matter 53:16 66:14
108:21 109:20
110:12 122:16
125:18 162:21 168:5
205:10 220:3 251:13
251:15 254:13
matters 7:10,11 66:11
66:12 203:13 251:10
Maximed 66:15
maximize 247:24
maximum 30:23
MD 59:8 60:7,8 61:1
62:2
mean 27:13 35:15
39:17 50:19 118:1
123:20 140:13
188:11 196:12
201:15,17 212:7
214:1
meaning 68:11 193:20
201:21 208:2 245:1
meaningful 94:5,18
means 33:13,15,20
34:6 45:14 71:3
79:16,22 226:5
229:19 230:4
meant 45:17 230:15
246:1
medical 109:19 185:16
185:21 187:11
medically 187:7
meet 41:7 42:15 93:22
218:12,14
meeting 4:21 63:8
141:16 155:17,19
163:9 164:5,9,10
170:9 172:6,7,11,13
172:14,16 178:3,17
178:20 179:1,4

225:17 226:7 227:17
231:23 232:9 233:12
236:7,14,17,19 237:3
238:15,20 239:10
meetings 11:14 113:14
124:4,16 126:12
163:7 171:14 178:16
182:19,23 225:1
239:21
meets 164:7
Melia 17:21 44:4 47:18
59:21,22 192:4,5
212:1,23 213:2 215:1
215:17 216:9 220:8
221:15 223:8 224:8
240:16
member 18:5,7 32:23
39:18,21 163:13,15
163:18 181:11
members 148:4 181:15
185:4 239:12
membership 32:18
memo 221:20,21
memory 20:3
mention 54:18 250:14
mentioned 26:10 28:20
31:8 42:5 44:4,5
47:17 105:22 107:20
172:23 176:22
194:16 195:22
196:19 206:21
228:11 240:16 242:3
243:14 244:2 245:8
mentioning 145:24
Messrs 25:14
met 148:3
methodology 45:10
Michael 1:13 3:3 5:5
34:21 65:17,18 113:2
229:13,14 253:2,19
254:9
Michelle 17:22
microgranulated
127:16 131:11
250:19
microgranulation
174:13 176:10 235:7
microgranulization
235:16
mid 45:23,24 114:10
154:21
Midwest 126:16
mid-sentence 120:14
mid-1990s 33:3 35:14
113:22
Mike 171:19
miles 215:16
milligrams 209:9

milliliter 209:7
million 5:21,21 63:22
64:4,7,9 76:11 80:17
87:24 88:11,20,20,22
88:23,24 89:1,6,8,10
104:18,19,20 105:2,5
105:6,7,7 197:15,17
197:21,23,24 198:1
201:2 207:2,7,12
209:14 210:17
millions 49:16
mind 18:1 92:15
mine 101:18
Mingolla 2:14 3:5 5:16
6:15 12:3 19:20,24
20:4 23:21 27:11
28:6 30:2 33:16
38:15 39:16 40:18
41:15 42:18 43:17
54:13,17 59:5 61:6
61:24 68:7,10 71:24
72:3 73:23 76:22
77:2,22 78:22 79:6,9
79:13 81:23 83:6,16
83:22 85:4 86:2,5,10
87:16 88:16 89:13,16
89:22 90:3 92:12,17
93:19 94:11 98:4
99:4,17 106:5 108:6
116:5,12 118:6,13,15
118:19,23 120:12
121:9 122:9,23
123:11 126:4 127:6
128:20 131:15
133:17 134:6,9,23
135:1,18,20 136:3,9
137:5,11,23 138:9
139:6 142:5 143:14
144:2,5,14 145:2,12
145:22 147:19 149:6
151:8 152:4,18
153:11 154:15
155:18,24 157:8
158:21,24 159:13,17
160:4,8,14 162:19
164:18 165:3 167:22
169:21 170:22 177:4
178:15 184:1,9
185:11 186:14,18
193:16 195:7 199:3
202:11 203:1 212:13
214:20 216:1,16,19
219:14 220:13 221:6
221:12 223:19,21
225:12 226:10 228:1
229:23 230:5 234:16
234:21 241:23

242:18 249:1,6
250:22 251:2,5,12,22
252:10,19,22
minimal 42:21
minimization 194:2
247:9,16
minimize 31:22 191:10
226:2,16,20 228:14
232:8 247:11,14,23
minimum 78:21 79:5
202:1
Ministry 71:13 116:2
116:10 119:22 218:5
minute 239:19,20
242:13
minutes 4:21 11:14
31:8 96:18 147:14,17
147:21 154:20 155:7
178:9 179:13,14
207:18 227:18 236:7
236:14 238:14,17,20
238:24 239:7,9,11,18
240:4 241:15,17
241:20 242:14 244:3
mischaracterizes
122:10
missing 123:2
model 41:6
modest 9:19 15:20
18:16 151:4,22 153:6
modifications 198:10
mom 215:23
moment 23:24 69:13
75:7 141:23
moments 26:11 206:22
money 65:5 176:19
199:20,20 201:14
207:22 243:15
month 44:13 45:5
197:8 210:13,15,19
211:8,9,10,13
monthly 44:17,24
182:24 183:1 191:17
193:14 194:19
210:19,20
months 5:17 6:20 46:6
120:5,6 210:16
motion 237:13
move 187:12
moved 213:10 215:22
moving 226:20
Murphy 3:17 4:3 6:13
17:2 25:14 63:10
65:15 106:19 108:10
109:5,16 120:9,23
131:19 133:19
140:24 147:15
148:11,15 159:11,15

160:3 162:14,22
165:15 167:18
170:15 171:2,19
172:19 173:1,4 183:6
183:7,15 186:2,5,9
186:15,19,22 193:14
195:4 198:23 204:21
221:1,3 224:17
228:21 229:16
231:10 232:10 237:9
248:3,4,5,9,16,20
**Murphy's** 191:19
192:9 204:9
**mutual** 133:8,15
**mutually** 133:10,14

_____
**N**

N 3:1 5:1 17:22 131:23
132:18 196:8,24
235:24,24,24
**name** 14:1 17:18,19
44:4,5 45:21 46:10
107:5,16,21,22
108:15,18 112:15
114:17 116:20,22
119:17 120:4,7
121:18,20 122:1,3,6
132:1 218:2,7,11
229:9,14 230:19
**named** 107:17 131:23
**names** 12:23 17:6 18:1
113:4 114:14 122:12
223:3,5
**nano** 157:5,7 174:4
234:6
**Nate** 167:6
**nature** 19:3 45:7,15
108:22 110:13
143:23 144:4,24
182:14
**natures** 108:24
**necessarily** 148:5
**necessary** 44:12 89:5
134:15 135:12
239:17
**need** 6:22 7:23 23:22
23:22 57:16 60:23
121:11 143:1 147:23
148:16,22 200:3,9,23
206:4 219:10 234:14
239:14 241:22
242:13
**needed** 42:23 141:20
148:7 149:1,18
166:23
**needs** 148:20
**negative** 201:14
**net** 70:5,11,12,19 80:16

87:23 97:8,9,15,23
98:10,14,18 102:20
103:18 104:17,19
227:7
**never** 138:1 145:7
164:12 186:7,10
198:12
**new** 21:21 31:16 32:2
66:20 101:6,7 112:24
123:6 129:12 156:7
156:11 169:24 174:3
190:22 193:22
195:11 213:10
215:19,22 222:10,13
243:3
**nine** 203:2
**nod** 7:18
**nodded** 232:23
**nodding** 7:22
**nonperformance**
167:16
**nonperforming** 167:21
**Nope** 252:17
**North** 112:23
**Notary** 1:18 254:6
**note** 6:16 25:12,13
28:20 52:2 80:19
98:7,8,9 122:24
**noted** 5:3
**notes** 25:12 215:3,6
242:14 254:12
**notice** 34:20 122:2
**November** 37:23
111:10,18 121:5
160:23 161:6,10
171:3 172:15 176:7
179:17
**number** 1:18 5:2 22:19
23:2 26:16 27:18,23
29:14 31:22 33:7
47:22 49:16,17 52:1
67:11 69:6,7 71:3,16
73:12 89:19 99:21
104:23 106:21
111:11 112:20,21,22
112:23 121:6 125:24
130:16,19 144:17
161:7,11 171:5 176:4
179:18 183:22 184:4
185:9,13,14,18,19
187:15 202:18
203:24 205:6,20
206:11 207:3 208:18
210:3 224:21 227:23
236:10
**numbers** 3:10 4:9,10
4:13 22:4 33:6 63:21
66:9 70:12 94:4

130:6 143:18 144:7
197:9 202:16 203:22
205:18
**NW** 2:4

_____
**O**

O 5:1 196:8,8,24
**oath** 7:14
**object** 39:16 49:11 68:7
79:9 81:24 88:16
93:19 94:11 116:13
120:12 126:4 134:9
155:24 157:8 162:19
186:14,18 216:16
226:10
**objection** 19:20,23
20:4 27:11 28:6
33:16 38:15 41:15
42:18 43:17 44:10
47:3 59:5 61:6,24
71:24 73:23 76:22
77:2 83:6,17,22 85:4
87:16 89:13,16 92:12
99:4,17 106:5 108:6
118:6,13,23 122:9,24
123:11 128:20
133:17 134:6,23
135:1,18 136:3 137:5
137:11,23 139:6
142:5 143:14 144:2,5
144:14 145:2,12,22
147:19 149:6 151:8
152:4,18 154:15
155:18 158:21,24
159:13,17 160:4,8,14
164:18 165:3 169:21
170:22 177:4 178:15
184:1,9 185:11
193:16 195:7 199:3
214:20 216:1,19
219:14 220:13 221:6
221:12 225:12
234:16,21 244:13
247:10,19 250:22
251:2,12,22 252:10
252:19
**objective** 145:3,8
247:11
**Obviously** 127:6
**occasion** 111:3 123:21
**occasionally** 42:22
**occasions** 113:21 114:2
114:3,4 123:22
**occur** 31:12,14 68:22
**offering** 124:9,11
157:22 199:19
249:14
**office** 112:23 195:6,11

215:15,15 233:1,3,6
233:11 239:17 240:2
**officed** 169:24
**officer** 8:18 14:14,18
47:8,10 109:19 152:6
185:17
**officers** 6:1 12:17,20,21
12:24 13:3 25:15,22
26:7 59:2 61:12
65:24 66:13 124:22
125:19 151:6
**offices** 1:19 195:9,9
222:10,17 251:8
252:8,12
**official** 187:18
**offset** 64:22
**okay** 5:10 7:2,10,16,21
8:12 10:2 11:3,9
12:20 16:14 17:3,8
17:12 19:5 21:17
23:13,16 24:2 32:11
32:16 33:22 34:1,4
54:3,9 58:17 61:16
62:12,14 67:10 71:1
71:8 76:9,19 80:4
82:11,18 83:4,12
84:6,12,16,24 86:21
87:21 90:3 91:3
92:13 94:20 96:18,20
97:10 98:7,17,21
99:18 100:9 102:9,16
104:9,16 105:2,7,9
105:20 106:17
115:15 117:2 118:12
119:19 120:11 121:3
125:22 127:18 129:2
133:20 134:4 135:8
145:10 150:22
155:22 167:17 175:5
175:8,13,24 177:10
178:20,23 179:14
180:7 182:15 183:7
183:14 187:3 196:19
196:22 198:2,23
203:12,20 204:3,6
205:2,14,23 206:1,5
206:16 208:18
209:23 211:8 213:11
218:20 220:5 221:20
222:12,19,22 223:8
224:14 227:16,20
233:10 234:19 236:4
236:21 238:10,14
239:4 242:21 244:7
249:3,12 251:5,8
252:21
**old** 133:24 156:11
**Older** 185:23

**omeprazole** 78:3 83:8
83:10,20 84:1,2,8
92:21 97:6,11,14,21
98:19,22 102:19
103:5,19,24 104:22
105:14 111:6,20
116:3,11 119:24
123:7 127:12 136:17
138:5,7,12,16,19,22
139:1 140:5,9,9,15
142:4,18 143:5,7,20
144:1 145:21 146:5,7
149:14 150:14,18,20
150:23 158:18 161:1
161:3 165:12 170:21
175:19,23 234:20,23
235:1,10 250:15
**omnibus** 161:21,22,24
**once** 12:16 44:2 107:13
192:23 208:2
**ones** 30:3,4 56:11 111:2
201:10
**one-and-a-half** 131:22
**one-on-one** 124:3
**one-third** 89:18 150:15
**ongoing** 198:2
**operate** 94:23 101:13
**operates** 246:3
**operating** 60:19 69:10
85:24 86:16 142:24
151:12 154:9 156:10
191:5,22 201:23
220:15 227:7 246:9
246:18 247:23
**operations** 52:15 83:18
90:23 104:12 109:21
116:16 117:17,20
118:8 119:9 129:3
136:19 137:13 140:7
180:8,9,19 184:14,18
190:18 220:23 221:8
227:10 245:10,14
**opinion** 82:1
**opportunities** 132:15
199:23 234:9
**opportunity** 6:7 13:5
61:14 202:20 203:16
204:23 205:1,12
206:3
**opposed** 45:13 73:21
156:7 158:13 207:6
216:21
**optimist** 185:3
**optimistic** 185:5
**option** 64:3
**options** 9:23 16:2 18:17
18:19 20:21 21:23
22:16,18 24:19,21