* El LABORATORIO pueda demostrar que la información ha estado efectivamente a su disposición antes de ser transferida por ETHYPHARM y que no ha sido obtenida directa o indirectamente bajo un acuerdo de confidencialidad todavía en vigor.

En caso de que el LABORATORIO no respete las obligaciones de confidencialidad mencionadas en el presente contrato, se compromete el LABORATORIO a pagar inmediatamente a ETHYPHARM, el importe de cincuenta millones (50.000.000) de pesetas, por la ruptura de cada una de las obligaciones.

Esta obligación de guardar secreto entró en vigor con la carta de intención firmada con anterioridad.

## 12. TRANSFERIBILIDAD

12.1 Las partes integrantes no transferirán derechos de este contrato sin consentimiento previo, por escrito, de la otra parte.

12.2 BELMAC comunicará inmediatamente a ETHYPHARM y por escrito cada cambio esencial de las relaciones de propiedad de BELMAC.

12.3 ETHYPHARM está autorizada a transferir sus derechos y obligaciones de este contrato a sociedades o instituciones en las que participe con más del cincuenta (50%) por ciento del capital social o de los bienes, respetando los plazos.

## 13. DURACION DEL CONTRATO

13.1 Las partes contratantes están dispuestas a mantener una colaboración a medio plazo de cinco (5) años. El contrato entrará en vigor en la fecha de la firma de las partes integrantes.

13.2 Este contrato tendrá validez ilimitada. El contrato podrá ser rescindido por primera vez y por cada parte contratante al cabo de dos (2) años con previo aviso de nueve (9) meses. Se renovará tácitamente cada vez por dos (2) años más en el caso de que no se cancele con nueve (9) meses de antelación por una de las partes contratantes mediante carta certificada. El plazo de cancelación entrará en vigor el día que se reciba la mencionada carta.

13.3 En el caso de incumplimiento de las obligaciones del contrato por una de las partes, la otra parte tendrá el derecho de cancelar dicho contrato si una vez comunicado por escrito y en el plazo de dos (2) meses no se hubiesen tomado las medidas oportunas para la efectiva corrección de la falta. En el caso de no denunciar la cancelación del contrato dentro de un plazo de dos meses después del anterior plazo quedará extinguido el derecho de denunciar el contrato.

13.4 En caso de que hubiera una modificación esencial por la entrada de una persona o sociedad que no perteneciera al grupo de los accionistas actuales de BELMAC, ETHYPHARM estaría autorizado a rescindir el contrato en un plazo de seis (6) meses.

8

CONFIDENTIAL

BEL006926

A-91

Se precisa que en el caso de que no se rescindiese el contrato, los nuevos accionistas tendrán las mismas obligaciones que los accionistas actuales de BELMAC y que el presente contrato se aplicará de manera idéntica.

13.5 El cumplimiento de los deberes ya existentes, no se alterará cuando finalice el contrato, especialmente lo contenido en el artículo doce (12).

13.6 Al terminar el contrato, BELMAC venderá a ETHYPHARM o a sus denominados las existencias en materias primas y productos terminados a los precios reales comprobados.

13.7 Cuando termine el contrato, se entregarán a ETHYPHARM todos los documentos sobre fabricación, *know-how* y control de calidad.

13.8 En caso de cancelación del presente contrato anterior al plazo fijado, y caso de no haberse realizado las amortizaciones previstas se procederá a la indemnización de la parte que resulte perjudicada por dicha cancelación.

## 14. NO COMPETENCIA

El LABORATORIO se compromete, durante el tiempo de validez del presente contrato, a no fabricar, hacer fabricar o distribuir, promover la venta o comercializar productos idénticos o similares a los productos objetos de este contrato determinados en el Anexo 1, por vía de administración oral, particularmente en forma de cápsulas, comprimidos o sobres, que puedan hacer la competencia a los productos de ETHYPHARM, sin previa autorización de ésta.

## 15. ARBITRAJE

Cualquier diferencia que surja en la interpretación de este contrato, será resuelta de común acuerdo por un representante de cada una de las partes. En el supuesto de que éstas no se pongan de acuerdo, las partes se obligan a someterse a la decisión de un árbitro, que será designado de común acuerdo por ambas partes. En caso de que no puedan ponerse de acuerdo sobre el árbitro, éste, a petición de una de las partes, será nombrado por la Cámara Española de Comercio. Las partes se comprometen a cumplir todas y cada una de las formalidades exigidas por la ley española.

## 16. DISPOSICIONES FINALES

16.1 Cuando las disposiciones de este contrato fuesen o se volviesen insuficientes, o cuando se presente alguna duda sobre el mismo, la validez de las demás disposiciones no se alterarán. Entrará en vigor un arreglo adecuado que se aproximará a los deseos de ambas partes para aclarar los puntos anteriormente citados.

9

CONFIDENTIAL

BEL006927

A-92

16.2 Cuando se cambien o se completen disposiciones individuales de este contrato se adjuntarán al mismo por escrito en forma de acuerdo adicional.

En este contrato se han adjuntado los siguientes anexos:

- Anexo 1: Productos contractuales.
- Anexo 2: Normas para la Fabricación y Control de Calidad. Acondicionamiento de salas de fabricación, encapsulado y relacionados.
- Anexo 3: Elementos de fabricación.
- Anexo A: Precio. Aportación NBF/licencias otros.
- Anexo B: Firma de los operarios.

Los convenios adicionales por escrito (y anexos) se consideran como parte integrante de este contrato y deberán ser aprobados y firmados por los representantes autorizados de las partes contratantes.

16.3 El presente contrato se ha realizado por duplicado y será firmado y aprobado por los representantes autorizados. Cada parte contratante recibirá un ejemplar del mencionado contrato.

Madrid, a

D. Angel Pérez de Ayala
LABORATORIOS BELMAC,S.A

D. Patrice Debregeas
ETHYPHARM,S.A

10

CONFIDENTIAL

BEL006928

A-93

23/3/92

## ANEXO 1

Los productos objeto de este contrato, son los siguientes:

1.- Omeprazol 20 mg.

2.- Fenofibrato 250 mg.

11

CONFIDENTIAL

BEL006929

A-94

23/3/92

## ANEXO 2

2.1 Normas para la fabricación y Control de Calidad, según dossier adjunto y que están en posesión de los Sres.Monterde y Megino respectivamente.

2.2 Proyecto de Acondicionamiento de salas de fabricación, pesadas, preparación de soluciones, almacenaje, lavado y encapsulado

12

CONFIDENTIAL

BEL006930

A-95

23/3/92

**ANEXO 3**

Los elementos para las fabricaciones de Ethypharm que además son propiedad de ésta, son los siguientes:

- 6 PAILAS REF.150 RE + 6 INSUFLADORES DE AIRE CALIENTE REF.3R
- 2 EQUIPOS DE PULVERIZACION (4 PISTOLA AA3000 + 8 PIES PARA
     PISTOLA + 2 BOMBAS A PRESION  + 4 PEDALES + BOQUILLAS)
- 3 TAMIZ VIBRATORIO WESTON REF.503-3 + 9 MALLAS + SOPORTE MALLAS
- 8 BIDONES DE PLASTICO CON ASAS Y TAPADERAS
- 1 MICRONIZADOR FORPLEX OO + MALLA 0,1 mm
- 1 MINITERMOMETRO ELECTRONICO TIPO ABM11.03+SONDA REF.A2864441
- 4 SOPORTES PARA PALAS CORTADORAS DE FLUJO
- 1 DISOLUTEST
- 1 TERMINAL DE PESADA METTLER MULTIRANGE ID5
- 1 IMPRESORA METTLER MULTIRANGE GD46
- 1 BALANZA SUELO EMPOTRABLE KCS 300
- 1 BALANZA DE PRECISION METTLER
- 1 MAQUINA ENCAPSULADORA MOD.COMPACT

Pequeño material:

- 2 CEPILLOS especiales
- 2 PALAS DE MANGO CORTO INOX
- 1 CUBO INOX 101
- 2 FRASCAS INOX
- 1 ESPATULA INOX
- 1 CUCHILLO
- 1 RELOJ DE PARED
- Esponja PVA, Pinza sujeta esponja, Palo telescópico
Esta maquinaria y materiales serán amortizados por Ethypharm quién a su vez los alquilará a BELMAC.

Los otros elementos para la fabricación y control de los productos de Ethypharm, que son propiedad de BELMAC, son los siguientes:

- Salas de fabricación y su acondicionamiento.
- Material necesario para control:
      • HPLC
      • PEQUEÑO MATERIAL

Estos aparatos serán amortizados por BELMAC y están incluidos en el cálculo del precio del control analítico que BELMAC cobrará a Ethypharm.

13

CONFIDENTIAL

BEL006931

A-96

23/3/92

## ANEXO A

### Precio

El precio que aplicará BELMAC a las fabricaciones y control de los productos de Ethypharm será el que resulte de los costos reales de cada lote de fabricación tomando como referencia de tiempos los estandar de fabricación de Ethypharm con un margen a la alta entre el 5 y el 7%. BELMAC cargará unicamente un margen correspondiente al beneficio industrial del 15%.

Los excipientes empleados en dichas fabricaciones, serán cargados a los mismos precios de suministro establecidos por los proveedores designados por Ethypharm.

Las amortizaciones aplicables serán discutidas en cada caso.

Ethypharm abonará sus facturas con un plazo de 60 días.

Costos calculados en base a los aplicables en 1992 *para Omeprasol*

| | |
|---|---|
| A. Costo real = | 287.013 &/lote 1M dosis |
| B. Excipientes = | ≈ 517.042 &/lote 1M dosis *según consumo* |
| C. Margen 7% = | 56.284 |
| D. Beneficio Industrial = | 120.608 *que no correspondan* |
| E. Horas extraordinarias = | (solo facturables las ~~indicadas~~ *al proceso* ~~por Ethypharm)~~ *normal y de acuerdo con Ethy.* |

### Aportación de Normas de Buena Fabricación (NBF). Licencias y otros.

Para la obtención de los precios de fabricación y control anteriormente mencionados, Ethypharm ha aportado su experiencia industrial para la adecuación de las salas y la correcta puesta en marcha de las Normas de Buena Fabricación.

Ethypharm se compromete a licenciar a BELMAC los productos, que se discutirán fuera de este contrato, inicialmente ibuprofeno y dinitrato de isosorbida.

*Incluir fórmula de amortización de la inversión de reacondicionamiento de la sala*

14

**CONFIDENTIAL**

BEL006932

A-97

23/3/92

## ANEXO B

### Firma de los operarios y técnicos

Los abajo firmantes se comprometen a respetar las condiciones descritas en el Artículo 12 del presente contrato (OBLIGACION DE GUARDAR SECRETO).

Fdo. D. José Luis Monterde
(farmacéutico)

Fdo. D. Ramón García Megino
(farmacéutico)

Fdo. D. Juan Carlos Asensio
(farmacéutico)

Fdo. D. Francisco Poderos
(perito Industrial)

Fdo. D. José García Trigo

Fdo. D. Mateo Gasca
(farmacéutico)

15

CONFIDENTIAL

BEL006933

A-98

Manufacturing Contract

-Ethypharm S.A with residence in: Marques de la Ensenada, 16 28004 Madrid, represented by their president D. Patrice Debregeas, from here on referred to as ETHYPHARM.

And the signing:

- Laboratory Belmac, S.A with residence in: Zurbano, 4 28010 Madrid.

Represented by their Director General D. Angel Perez de Ayala, in the following referred to as BELMAC.

Agree on the following:

## Introduction

ETHYPHARM and BELMAC have agreed on the manufacturing, encapsulation and eventually final preparation in Spain of ETHYPHARM'S products.

With this aim they sign contract:

## 1. DEFINITIONS

1.6 Know-How

Is all the information that ETHYPHARM supplies in writing to BELMAC about the manufacturing process and methods of analysis of the raw ingredients supplied by ETHYPHARM, as well as the finished products and eventually the technical design of bottles, presentation, packaging, packaging details and maintenance of said products as well as all the pharmacological information, clinical and analytic (stability, expiration) of the same.

## 2. MANUFACTURING ENCAPSULATION AND FINAL PREPARATION. QUALITY CONTROL.

## 3. TECHNICAL AND WORKER ASSISTANCE

## 4. RAW MATERIAL SUPPLY

## 5. LOGISTICS

## 6. DISTRIBUTION

Rough translation for use by Attorneys During Depositions
May not be Sutmitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

6.1 Guarantee

6.2 Exportation
**7. PREPARATION. STORAGE, MANUFACTURING AND ENCAPSULATION**

**8. COST OF PRODUCTION**

**9. COMMERCIAL RIGHTS**

**10. LEGAL PROVISIONS**

**11. CONFIDENTIALITY**

**12. TRANSFERABILITY**

**13. DURATION OF CONTRACT**

**14. NONCOMPETITION**

**15. ARBITRATION**

**16. FINAL RULING**

D angel Perez de Ayale
LABORATORIOS BELMAC, S.A

D Patrice Debregeas
ETHYPHARM, S.A

**ANNEX I**

The products pertinent to this contract are the following:

1. - Omeprazol 20 mg
2. - Fenofibrato 250 mg

**ANNEX 2**

2.1 Rules for manufacturing and quality control, according to the dossier attached, which is in the possession of Mr. Monterde and Mr. Megino respectively.

2.2 Project to prepare manufacturing, weighing, preparation of solutions, storage, cleaning

Rough translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

and encapsulation rooms.

## ANNEX 3

The components for the manufacturing of Ethypharm are the following:

## ANNEX A

Price

The price that BELMAC will apply to the manufacturing and testing of the Ethypharm products will be determined by using the actual costs of producing each lot, taking into account manufacturing standards with a maximum profit between 5% and 7%. BELMAC will charge only a profit corresponding to the industrial benefit of 15%.

## ANNEX B

Signing of the operators and technicians

The below signatories are obliged to observe the conditions described in Article 12 of the contract (CONFIDENTIALITY AGREEMENT).

Signed D. Jose Luis Monterde          Signed D. Ramon Garcia Megino
    (pharmaceutical)                        (pharmaceutical)

Signed D. Juan Carols Asensio
    (pharmaceutical)

Signed D. Francisco Poderos
    (Industrial expert)

Rough translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-101

| TELEFAX | | Fecha: 5/03/92 |
|---|---|---|
| N.º de Fax: | | N.º de hojas: 15 |
| A: E. IGONET→ G.LEDUC | de: A.BASILIO | |
| EMPRESA: | Empresa: | |
| DEPARTAMENTO: | Departamento: | |

### CONTRATO DE FABRICACION

- ETHYPHARM,S.A con domicilio social en: Marqués de la Ensenada,16 28004 Madrid, representada por su Presidente D.Patrica Debregeas, en lo siguiente denominada ETHYPHARM.

Y la firma:

- LABORATORIOS BELMAC,S.A con domicilio social en: Zurbano,4 28010 Madrid.

Representada por su Director General D.Angel Pérez de Ayala en lo siguiente denominada BELMAC.

Acuerdan lo siguiente:

### PREAMBULO

ETHYPHARM y BELMAC han convenido la fabricación, encapsulado y eventualmente el acondicionamiento final en España de los productos de ETHYPHARM.

Con este fin firman el presente contrato:

### 1. DEFINICIONES

**1.1. Productos contractuales**
Productos para uso humano indicados en el Anexo 1. El Anexo 1 es parte integrante de este contrato y puede ser aumentado o reducido, en caso necesario, por medio de un adendum debidamente firmado por ambas partes.

**1.2. Territorio del contrato**
España.

**1.3. Materias primas y excipientes**
Sustancias activas y no activas, necesarias para la fabricación de los productos objeto de este contrato, que se definen en el Anexo 3.

**1.4. Productos terminados**
Son los microgránulos que debidamente encapsulados se envían a los clientes. Eventualmente podrán ser acondicionados en blister y estuchado.

**1.5 Sustancias auxiliares**
Excipientes propiamente dichos utilizados para la microgranulación y otros empleados necesarios para el correcto funcionamiento de pailas, encapsuladoras y demás maquinaria que se definen en el Anexo 3.

1


EXHIBIT

EP 009056

A-102

### 1.6 *Know-How*

Es toda la información que ETHYPHARM proporciona por escrito a BELMAC sobre el proceso de fabricación y métodos de análisis de las materias primas suministradas por ETHYPHARM así como del producto terminado y también eventualmente sobre condiciones técnicas diseño de envases, presentación, embalaje, particularidades del empaquetamiento y conservación de dichos productos así como toda la información farmacológica, clínica y analítica (estabilidad, caducidad) de los mismos.

### 1.7 Mejora

Es cada modificación del *Know-How* que permite mejorar la calidad del producto o la economía del proceso y de la que pueden disponer las partes contratantes y que se basa directa o indirectamente, en datos y/o indicaciones que son conocidas por las partes contratantes de acuerdo con el *Know-How* conocido por una de ellas y/o que estén contenidos en la solicitud de patente o patentes de los dos laboratorios.

### 2. FABRICACION ENCAPSULADO Y ACONDICIONAMIENTO FINAL. CONTROL DE CALIDAD

2.1 BELMAC fabricará de forma exclusiva los productos contractuales indicados en el Anexo 1, según las normas de ETHYPHARM de fecha Enero 1991, para la fabricación y control de calidad de los productos objetos del contrato (véase Anexo 2). Los cambios de estas especificaciones necesitan la conformidad escrita de ETHYPHARM. ETHYPHARM igualmente se compromete a fabricar en exclusiva con BELMAC ofreciendo además un derecho de primera opción en caso de requerir una mayor capacidad para sus fabricaciones o por dificultad del proceso de fabricación.

2.2 BELMAC garantiza a ETHYPHARM la observación de lo dispuesto para la fabricación de todos los productos objeto de este contrato. BELMAC, no podrá fabricar productos que incumplen las buenas normas de fabricación (BNF) y si lo hiciere, deberá tomar todas las precauciones que exijan las Autoridades Administrativas y Sanitarias.

2.3 A continuación de la entrada en vigor del contrato, ETHYPHARM y BELMAC y los titulares de los productos solicitarán las autorizaciones oficiales para la fabricación de los productos contractuales.

2.4 BELMAC garantiza a ETHYPHARM que cumplirá (por sus medios y en el tiempo acordado) todos los requisitos necesarios para la fabricación y control de los productos contractuales. BELMAC cumplirá con las "normas básicas de la Organización Mundial de la Salud para la fabricación de medicamentos y la garantía de su calidad, así como las de NBF (Normas de buena fabricación) comunitarias. ETHYPHARM podrá inspeccionar las instalaciones de BELMAC antes de comenzar la producción, para comprobar si se cumplen los requisitos mencionados sin que BELMAC se oponga a ello.

2

EP 009057

A-103

### 3. ASISTENCIA DE TECNICOS Y OPERARIOS

3.1 ETHYPHARM se encargará de facilitar la asistencia de un técnico para instruir al personal en la fabricación de los productos contractuales. Todos los gastos que ello ocasione serán por cuenta de ETHYPHARM.

3.2 ETHYPHARM tendrá el derecho de cerciorarse del cumplimiento de todas las disposiciones de este contrato. Además tendrá el derecho de convencerse de que todas las informaciones de BELMAC referente a su Laboratorio de Control y parte de la fabrica destinada a los productos contractuales, sean correctos. A este fin, BELMAC garantizará al personal de ETHYPHARM la posibilidad de las comprobaciones pertinentes durante el tiempo de la fabricación.

### 4. SUMINISTRO DE MATERIAS PRIMAS

4.1 BELMAC mantendrá una calidad constante de acuerdo con las normas exigidas por ETHYPHARM para los excipientes y las sustancias auxiliares de cuya adquisición sea responsabilice.

4.2 ETHYPHARM suministrará a BELMAC en tiempo y forma suficiente, las materias primas necesarias o autorizará o gestionará el suministro de otra procedencia. En caso de que ETHYPHARM o el mandatario no pudiesen efectuar la entrega en tiempo y forma suficiente, podrá autorizar por escrito a BELMAC a comprar las sustancias activas necesarias a otra firma proveedora si la hubiera. Estas sustancias tendrán la calidad exigida por cliente de ETHYPHARM. BELMAC dejará de adquirir a otros proveedores tan pronto como ETHYPHARM pueda entregarlas nuevamente. BELMAC proporcionará, de cada entrega de materia prima de otra casa proveedora de muestras suficientes para que sean examinadas por ETHYPHARM o el cliente de ETHYPHARM.

4.3 BELMAC comprará libremente las sustancias auxiliares necesarias y los excipientes habituales para las fabricaciones, siempre que cumplan la calidad prescrita por ETHYPHARM en sus disposiciones y se comprometa a tener dichas sustancias en cantidad suficiente para asegurar la fabricación de los productos contractuales, de acuerdo con los programas facilitados por ETHYPHARM.

4.4 BELMAC mantendrá un espacio de almacenamiento mínimo definido en el Anexo 3 que garantice la capacidad de recepción de las materias primas enviadas por ETHYPHARM. Además asegurará las materias primas y otros materiales entregados por ETHYPHARM o en su lugar por una tercera persona, contra los riesgos usuales durante el tiempo en que estas mercancías estén almacenadas por BELMAC. El seguro cubrirá los riesgos a partir de la recepción de la mercancía en el punto de destino.

4.5 BELMAC se compromete a enviar una lista de existencias de los productos de ETHYPHARM o relacionados con ETHYPHARM cada mes.

4

EP 009058

## 5. LOGISTICA

5.1 ETHYPHARM entregará antes del final de cada año las necesidades previstas para cada trimestre. Después, ETHYPHARM hará pedidos trimestrales por lo menos 1 mes antes del principio del trimestre, indicando las cantidades de productos contractuales a fabricar cada mes durante este periodo trimestral. Estos pedidos trimestrales no deberán variar en más o menos 25% con respecto a las cantidades previstas.

5.2 Las materias primas y las sustancias auxiliares necesarias para la fabricación de los productos contractuales se comprarán y venderán a los precios convenidos entre BELMAC y ETHYPHARM.

5.3 El cliente de ETHYPHARM tiene que hacer los pedidos a ETHYPHARM o alguien designado por ella, de tal forma que BELMAC pueda proceder a la fabricación de las materias primas de forma económica y continua.
BELMAC debe conocer las necesidades previstas contractualmente de los clientes de ETHYPHARM una vez al año y posibles correcciones trimestrales.

5.4 Las órdenes de fabricación y entregas serán únicamente emitidas y reguladas por ETHYPHARM o quien esta designe.

5.5 ETHYPHARM garantizará una producción mínima que permita al menos cubrir los gastos de personal adscritos a las elaboraciones de ETHYPHARM; en caso contrario BELMAC cargará a ETHYPHARM dichos gastos cuando se generen.

## 6. DISTRIBUCION

### 6.1 Garantía

BELMAC garantiza que los productos fabricados serán de calidad conforme a las especificaciones comunicadas por ETHYPHARM. Cualquier producto expedido por BELMAC habrá sido controlado en el laboratorio, para responder a las normas de control de calidad, según las normas, reglas y procedimientos de las Autoridades Sanitarias. Se responsabiliza también BELMAC por los daños causados por malas condiciones de almacenamiento de los productos y materias primas bajo su custodia o por uso impropio o abusivo.

ETHYPHARM garantiza que los métodos de fabricación transmitidos a BELMAC son los aceptados por el Ministerio de Sanidad Español, y BELMAC declara conocerlos perfectamente.

### 6.2 Exportación

BELMAC facilitará a ETHYPHARM el apoyo logístico para obtención de registros de exportación de los productos contenidos en el Anexo I. Esta colaboración se hará extensiva a la comercialización de dichos productos a clientes de ETHYPHARM en otros países, previo acuerdo de las condiciones entre ambas compañías.

5

EP 009059

### 6.3 Seguro

BELMAC contratará, para todo el tiempo que dure este contrato y durante un período de al menos el equivalente a la caducidad del último lote fabricado, un seguro general de responsabilidad civil, comprendiendo un seguro global de responsabilidad extracontractual, un seguro de responsabilidad para el producto y un seguro contra las reclamaciones cubiertas por las disposiciones del presente contrato, por un importe global de por lo menos cien millones de pesetas (100.000.000 ℞). Este seguro deberá ser suscrito en una compañía de seguros competente reconocida, la o las pólizas deberán entrar en vigor a la fecha de la firma del presente contrato y designarán como asegurados suplementarios a ETHYPHARM sobre los productos objeto del presente contrato.

Una copia de este seguro será remitida a ETHYPHARM a continuación de la firma del presente contrato.

### 7. ACONDICIONAMIENTO. SALAS DE FABRICACION ALMACENAJE Y ENCAPSULADO

7.1 BELMAC ha realizado estas operaciones según Anexo 2.

7.2 Fallas y otros útiles necesarios para la fabricación están descritos en el Anexo 3. Serán actualizados con regularidad.

7.3. Encapsuladora y otros útiles necesarios para el encapsulado, serán definidos en el Anexo 3.

7.4. Supervisión. BELMAC se compromete a la realización de estas operaciones.

### 8. COSTOS DE PRODUCCION

BELMAC facturará a ETHYPHARM cada lote de los productos fabricados según las normas descritas en el Anexo 2 aceptadas por ambas partes y según las condiciones fijadas en el Anexo A.

### 9. DERECHOS COMERCIALES

**Intercambio de experiencias**

Las partes contratantes se comprometen a llevar a cabo un intercambio continuo y gratuito durante la duración del presente contrato, con el fin de que BELMAC tenga la posibilidad de evaluar los productos contractuales en la mejor forma posible. Por consiguiente, las partes contratantes se comprometen a poner a disposición mutua y en forma gratuita el *know-how* que obtengan mientras dure el presente contrato.

6

EP 009060

A-106

Se hace constar, que todos los clientes compradores de los productos, pertenecen a ETHYPHARM y que BELMAC actúa únicamente como fabricante. BELMAC no tendrá ningún derecho sobre los clientes de ETHYPHARM, compradores de los productos que fabrique después de la terminación del presente contrato.

## 10. DISPOSICIONES LEGALES

10.1 Con la firma de este contrato, ETHYPHARM y BELMAC declaran que han examinado y comprobado que el mismo se encuentra en conformidad con la Ley española.

10.2 BELMAC y ETHYPHARM se informarán mutuamente de una forma inmediata sobre todas las disposiciones y modificaciones de leyes y decretos que establezca la autoridad sobre la fabricación de productos farmacéuticos, así como sobre derecho de marcas, registros y patentes y proporcionará el texto de dichas disposiciones lo más pronto posible.

## 11. OBLIGACION DE GUARDAR SECRETO

Durante la duración de este contrato y por un tiempo ilimitado después de su terminación, el LABORATORIO debe mantener toda la información obtenida de forma secreta, y divulgar ésta exclusivamente a colaboradores ligados por la misma obligación de secreto.

Más específicamente el LABORATORIO y estos colaboradores no tendrán el derecho, cualquiera que sea, de utilizar esta información recibida directa o indirectamente de ETHYPHARM para su propio beneficio o el de terceras partes o en sus relaciones con terceros laboratorios o para trabajar sobre otros productos que no sean de ETHYPHARM.
De cualquier forma, está especificado que el LABORATORIO o sus colaboradores no pueden, en ningún caso, hacer referencia al contenido de sus relaciones con ETHYPHARM en sus discusiones con terceros laboratorios, sin previa autorización escrita de ETHYPHARM.

Además de la información transmitida por ETHYPHARM al LABORATORIO, éste se compromete a guardar el secreto durante el mismo período, los resultados de pruebas y ensayos realizados conjuntamente.

Esta obligación de secreto no se aplicará en caso de que:

* Pueda ser demostrado que la información era de dominio público en el momento de ser entregada por ETHYPHARM.

* La información, habiendo sido transferida, consecuentemente se haga de dominio público por otros medios que no sean del LABORATORIO o sus colaboradores.

7

EP 009061

A-107

Se precisa que en el caso de que no se rescindiese el contrato, los nuevos accionistas tendrán las mismas obligaciones que los accionistas actuales de BELMAC y que el presente contrato se aplicará de manera idéntica.

13.5 El cumplimiento de los deberes ya existentes, no se alterará cuando finalice el contrato, especialmente lo contenido en el artículo doce (12).

13.6 Al terminar el contrato, BELMAC venderá a ETHYPHARM o a sus denominados las existencias en materias primas y productos terminados a los precios reales comprobados.

13.7 Cuando termine el contrato, se entregarán a ETHYPHARM todos los documentos sobre fabricación, *know-how* y control de calidad.

13.8 En el supuesto de cancelación del presente contrato con anterioridad al plazo fijado, y caso de no haberse realizado las amortizaciones previstas se procederá a la indemnización de la parte que resulte perjudicada por dicha cancelación.

## 14. NO COMPETENCIA

El LABORATORIO se compromete, durante el tiempo de validez del presente contrato, a no fabricar, hacer fabricar o distribuir, promover la venta o comercializar productos idénticos o similares a los productos objetos de este contrato determinados en el Anexo 1, por vía de administración oral, particularmente en forma de cápsulas, comprimidos o sobres, que puedan hacer la competencia a los productos de ETHYPHARM, sin previa autorización de ésta.

## 15. ARBITRAJE

Cualquier diferencia que surja en la interpretación de este contrato, será resuelta de común acuerdo por un representante de cada una de las partes. En el supuesto de que éstas no se pongan de acuerdo, las partes se obligan a someterse a la decisión de un árbitro, que será designado de común acuerdo por ambas partes. En caso de que no puedan ponerse de acuerdo sobre el árbitro, éste, a petición de una de las partes, será nombrado por la Cámara Española de Comercio. Las partes se comprometen a cumplir todas y cada una de las formalidades exigidas por la ley española.

## 16. DISPOSICIONES FINALES

16.1 Cuando las disposiciones de este contrato fuesen o se volviesen insuficientes, o cuando se presente alguna duda sobre el mismo, la validez de las demás disposiciones no se alterarán. Entrará en vigor un arreglo adecuado que se aproximará a los deseos de ambas partes para aclarar los puntos anteriormente citados.

9

EP 009063

A-108

16.2 Cuando se cambien o se completen disposiciones individuales de este contrato se adjuntarán al mismo por escrito en forma de acuerdo adicional.

En este contrato se han adjuntado los siguientes anexos:

- Anexo 1: Productos contractuales.
- Anexo 2: Normas para la Fabricación y Control de Calidad. Acondicionamiento de sales de fabricación, encapsulado y relacionados.
- Anexo 3: Elementos de fabricación.
- Anexo A: Precio. Aportación NBF/licencias otros.
- Anexo B: Firma de los operarios.

Los convenios adicionales por escrito (y anexos) se consideran como parte integrante de este contrato y deberán ser aprobados y firmados por los representantes autorizados de las partes contratantes.

16.3 El presente contrato se ha realizado por duplicado y será firmado y aprobado por los representantes autorizados. Cada parte contratante recibirá un ejemplar del mencionado contrato.

Madrid, a

D. Angel Pérez de Ayala
LABORATORIOS BELMAC, S.A

D. Patrice Debregeas
ETHYPHARM, S.A

10

EP 009064

A-109

SP/03.92     17:01     ETH/PH9921     P.11

24/3/92

## ANEXO 1

Los productos objeto de este contrato, son los siguientes:

    1.- Omeprazol 20 mg.

    2.- Fenofibrato 250 mg.

11

EP 009065

A-110

24/3/92

## ANEXO 2

2.1 Normas para la fabricación y Control de Calidad, según
dossier adjunto y que están en posesión de los Sres.Monterde y
Megino respectivamente.

2.2 Proyecto de Acondicionamiento de salas de fabricación,
pesadas, preparación de soluciones, almacenaje, lavado y
encapsulado

12

EP 009066

A-111

24/3/92

## ANEXO 3

Los elementos para las fabricaciones de Ethypharm que además son propiedad de ésta, son los siguientes:

- 6 PAILAS REF.150 RE + 6 INSUFLADORES DE AIRE CALIENTE REF.3R
- 2 EQUIPOS DE PULVERIZACION (4 PISTOLA AA3000 + 8 PIES PARA PISTOLA + 2 BOMBAS A PRESION + 4 PEDALES + BOQUILLAS)
- 3 TAMIZ VIBRATORIO WESTON REF.503-3 + 9 MALLAS + SOPORTE MALLAS
- 8 BIDONES DE PLASTICO CON ASAS Y TAPADERAS
- 1 MICRONIZADOR FORPLEX 00 + MALLA 0,1 mm
- 1 MINITERMOMETRO ELECTRONICO TIPO ABM11.03+SONDA REF.A2864441
- 4 SOPORTES PARA PALAS CORTADORAS DE FLUJO
- 1 DISOLUTEST
- 1 TERMINAL DE PESADA METTLER MULTIRANGE ID5
- 1 IMPRESORA METTLER MULTIRANGE GD46
- 1 BALANZA SUELO EMPOTRABLE KCS 300
- 1 BALANZA DE PRECISION METTLER
- 1 MAQUINA ENCAPSULADORA MOD.COMPACT

Pequeño material:

- 2 CEPILLOS especiales
- 2 PALAS DE MANGO CORTO INOX
- 1 CUBO INOX 101
- 2 FRASCAS INOX
- 1 ESPATULA INOX
- 1 CUCHILLO
- 1 RELOJ DE PARED
- Esponja PVA, Pinza sujeta esponja, Palo telescópico
Esta maquinaria y materiales serán amortizados por Ethypharm quién a su vez los alquilará a BELMAC.

Los otros elementos para la fabricación y control de los productos de Ethypharm, que son propiedad de BELMAC, son los siguientes:

- Salas de fabricación y su acondicionamiento.
- Material necesario para control:
  · HPLC
  · PEQUEÑO MATERIAL

Estos aparatos serán amortizados por BELMAC y están incluidos en el cálculo del precio del control analítico que BELMAC cobrará a Ethypharm.

13

EP 009067

A-112

24/3/92

## ANEXO A

### Precio

El precio que aplicará BELMAC a las fabricaciones y control de los productos de Ethypharm será el que resulte de los costos reales de cada lote de fabricación tomando como referencia de tiempos los estándar de fabricación de Ethypharm con un margen a la alta entre el 5 y el 7%. BELMAC cargará únicamente un margen correspondiente al beneficio industrial del 15%.

Los excipientes empleados en dichas fabricaciones, serán cargados a los mismos precios de suministro establecidos por los proveedores designados por Ethypharm.

Las amortizaciones aplicables serán discutidas en cada caso.

Ethypharm abonará sus facturas con un plazo de 60 días.

Costos calculados en base a los aplicables en 1992 para Omeprazol:

A. Costo real =            287.013 ₧/lote 1M dosis
B. Excipientes =         ≈ 517.042 ₧/lote 1M dosis
C. Margen 7% =             56.284
D. Beneficio Industrial =  120.608
E. Horas extraordinarias = (solo facturables las que no
                            correspondan al proceso normal
                            y de acuerdo con Ethypharm)

### Aportación de Normas de Buena Fabricación (NBF), Licencias y otros.

Para la obtención de los precios de fabricación y control anteriormente mencionados, Ethypharm ha aportado su experiencia industrial para la adecuación de las salas y la correcta puesta en marcha de las Normas de Buena Fabricación.

Ethypharm se compromete a licenciar a BELMAC los productos, que se discutirán fuera de este contrato, inicialmente ibuprofeno y dinitrato de isosorbida.

14

EP 009068

A-113

24/3/92

## ANEXO B

### Firma de los operarios y técnicos

Los abajo firmantes se comprometen a respetar las condiciones
descritas en el Artículo 12 del presente contrato (OBLIGACION DE
GUARDAR SECRETO).

Fdo. D. José Luis Monterde                Fdo. D. Ramón García Megino
     (farmacéutico)                            (farmacéutico)

Fdo. D. Juan Carlos Asensio
     (farmacéutico)

Fdo. D. Francisco Poderos
     (perito Industrial)

Fdo. D. José García Trigo

Fdo. D. Mateo Gasca
     (farmacéutico)

15

EP 009069

**A-114**

BY FAX 03/31/1992 –
Fax No. ___, No. of pages: 15,
to E. Igonet [arrow] G. Leduc, from A. Basilio
Company: ____ Department: _____

## MANUFACTURING CONTRACT

**ETHYPHARM, S.A**. with corporate headquarters domiciled at Marqués de la Ensenada, 16, 28004 Madrid, Spain

Represented by its President, D. Patrice Debregeas, hereafter ETHYPHARM.

AND

**Laboratorios BELMAC, S. A.** domiciled at Zurbano, 4, 28010 Madrid.

Represented by its General Director, Mr. Angel Pérez de Ayala, hereinafter BELMAC.

Who agree the following:

## INTRODUCTION

ETHYPHARM and BELMAC have agreed to manufacture, capsule fill and,eventually, the final packaging in Spain of ETHYPHARM products.

For that purpose they hereby execute the following contract:

**1 - Definitions**

1.1 Contractual products
These mean products for human use set forth under Appendix 1. Appendix 1 is an integral part of this contract and may be added to or deducted from, if necessary, by amendment thereof duly signed by both parties.

1.2 Contract Territory
Spain

1.3 Raw materials and excipients
Active and non-active substances required for the manufacture of the products under this contract, as defined in Appendix 3.

1.4 Finished products
Microgranules in proper capsule form that are sent to customers. They might be blister packaged and **estuchados.**

1.5 Auxiliary substances
Excipients used for microgranulation and others used for the correct working of the container, capsule filler and other machinery as set forth under Appendix 3.

1

**EP 009056**
Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

1.6 Know-How

Know-how means all the information EHTYPHARM provides in writing to BELMAC on the manufacturing process and the methods of analysis of the raw materials supplied by EHTYPHARM; on the finished products and also eventually on the technical terms of package design, presentation, packaging, packaging details and preservation of said products; and on all pharmacological, clinical and analytical information (stability, expiration) of same.

1.7 Improvement

This means each modification of the Know-How that enables improvement of the quality of the product or the economics of the process which the contracting parties have available to them based directly or indirectly on data and/or indications that are known to the contracting parties in accordance with the Know-How known by either of them and/or that are contained in the patent(s) request of the two laboratories.

**2 - Encapsulated Manufacturing and Final Conditioning, Quality Control**

2.1 BELMAC shall manufacture on an exclusive basis the contractual products set forth under Appendix 1 according to ETHYPHARM's standards of January 1991 for the manufacture and quality control of the products under this contract (see Appendix 2). Changes to these specifications require the written approval of ETHYPHARM. ETHYPHARM also agrees to manufacture on an exclusive basis with BELMAC, offering furthermore a first option right in the event it requires larger capacity for its manufactured products or for difficulty encountered in the manufacturing process.

2.2 BELMAC warrants to ETHYPHARM it will abide by the provision for manufacturing all the products under this contract. BELMAC may not manufacture products that do not comply with best manufacturing standards (BMS) and were it to do so, it must take all the precautions required by the Administrative and Health Authorities.

2.3  After the contract's goes into effect, ETHYPHARM and BELMAC and the holders of the products shall request official authorization for manufacturing the contractual product.

2.4 BELMAC warrants to ETHYPHARM that it will (with its own resources and within the time granted) comply with all the requirements required for the manufacture and control of the contractual products. BELMAC shall comply with "the basic standards of the World Heath Organization for the manufacture of medicines and the guarantee of their quality and the EU's BMS **(Best Manufacturing Standards)**". ETHYPHARM may inspect BELMAC's facilities prior to production start-up to verify whether they meet the aforementioned requirements, without any objection from BELMAC.

2

**EP 009058**
Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-116

### 3 - Technicians and Workforce Assistance

3.1 ETHYPHARM shall take charge of facilitating assistance by a technician to instruct personnel on the manufacture of the contractual product. All the expenses relating thereto shall be borne by ETHYPHARM.

3.2 ETHYPHARM shall be entitled to ensure there is compliance with all provisions of this contract. Moreover, it shall be entitled to satisfy itself that all the information from BELMAC regarding its Control Laboratory and that part of the plant used for the contractual products are suitable. To that end, BELMAC guarantees to ETHYPHARM's personnel to undertake the necessary verifications during manufacturing time.

### 4 - Supply of Raw Materials

4.2 ETHYPHARM shall supply BELMAC in due time and form, the raw materials required or shall authorize or manage the supply from another source. In the event ETHYPHARM or its mandated party are not able to make delivery in sufficient time and form, it may authorize BELMAC in writing to purchase the necessary active substances from another supply company should there be one. The quality of these substances shall be the quality required by ETHYPHARM's customer. BELMAC shall cease acquiring from other providers as soon as ETHYPHARM is able to recommence delivery. BELMAC shall provide, for each delivery coming from a third-party supply company, sufficient samples for examination by ETHYPHARM or ETHYPHARM's customer.

4.3 BELMAC shall purchase without restriction the required auxiliary substances and the usual excipients for manufacturing as long as they meet the quality prescribed by ETHYPHARM in its stipulations and agrees to keep a sufficient quantity of said substances to ensure the manufacture of the contractual products in accordance with the programs set by ETHYPHARM.

4.4 BELMAC shall have a minimum warehouse (storage) space defined under Appendix 3 that ensures the capacity to receive the raw materials sent by ETHYPHARM. Also, it shall insure the raw materials and other materials delivered by ETHYPHARM, or in lieu of the latter by a third party, for usual risks during the time said merchandise is warehoused by BELMAC. The insurance shall cover risks from the time the merchandise is received at destination point.

4.5 BELMAC agrees to send the list of product inventory or items relating thereto to ETHYPHARM every month.

4

**EP 009059**

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-117

5 - **Logistics**

5.1 ETHYPHARM shall deliver, prior to each year end, the requirements' forecast for each quarter. Then, ETHYPHARM shall undertake the quarterly order at least 1 month prior to the beginning of the quarter, indicating the quantities of contractual product to be manufactured each month during the quarter. These quarterly orders shall not vary per month or vary less than 25% in terms of the forecast quantities.

5.2 Raw materials and auxiliary substances required for manufacturing of the contractual product shall be purchased and sold at prices agreed to by and between BELMAC and ETHYPHARM.

5.3 The ETHYPHARM customer has to place orders with ETHYPHARM or with a party designated by the latter so that BELMAC can undertake manufacturing with the raw materials in an economical and continuous manner.
BELMAC shall be informed of the contractually forecast requirements of ETHYPHARM's customers once a year and any possible quarterly corrections thereto.

5.4 The manufacturing and delivery orders shall be issued and regulated solely by ETHYPHARM or its designated party.

5.5 BELMAC shall guarantee minimum production that will cover the personnel costs attached to ETHYPHARM's elaborations; should there not be a minimum production, BELMAC shall charge ETHYPHARM for said costs as they arise.

6 - **Distribution**

6.1 Warranty

BELMAC warrants that the quality of the manufactured products shall be in conformance with the specifications provided by ETHYPHARM. Any product shipped by BELMAC shall have been controlled in the laboratory so they meet quality control standards, according to the standards, rules and procedures of the Health Authorities. BELMAC shall also assume liability for damages caused by poor warehousing conditions of the products and raw materials in its care or through misuse or abuse thereof.

ETHYPHARM warrants that the methods of manufacturing transmitted to BELMAC and are the one accepted by the Spanish Health Ministry, and BELMAC declares it has perfect knowledge of them.

6.2 Exportation

BELMAC shall provide ETHYPHARM with logistical support for obtaining export registries of the products set forth under Appendix I. Said collaboration shall extend to the sale/marketing of said products to ETHYPHARM customers in other countries with the prior approval of the terms/conditions by both companies.

**EP 009060**
Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-118

6.3 Insurance

BELMAC shall contract, for the duration of this contract and for a period at least equivalent to the sell-by date of the last lot manufactured, a general liability insurance policy, comprising an overall policy of extra-contractual liability, product liability insurance and insurance against claims covered by the provisions of this contract, for an overall amount of at least one hundred million pesetas (100,000,000). The insurance shall be subscribed from an insurance company of known competence, and the policy or policies shall go into effect on the date this contract is executed and shall designate ETHYPHARM among the supplementary insureds for the products under this contract.

A copy of this insurance policy shall be remitted to ETHYPHARM following execution of this contract.

7 - Conditioning, Manufacturing, Warehouse (Storage) and Capsule Filling Rooms

7.1 BELMAC has undertaken these operations pursuant to Appendix 2.

7.2 Containers and other utensils required for manufacturing are described in Appendix 3. They shall be updated on a regular basis.

7.2 The capsule filler (machine) and other utensils required for the capsule filling shall be defined under Appendix 3.

7.4 Supervision. BELMAC agrees to undertake these operations.

8 - **Production Costs**

BELMAC shall invoice ETHYPHARM for each lot of manufactured product according to the standards described in Appendix 2 that are accepted by both parties and according to the conditions set forth in Appendix A.

9 - **Sale/Marketing Rights**

Sharing of experiences

The contracting parties agree to exchange information on a continuous basis free of consideration throughout the term of this contract so BELMAC may be able to evaluate the contractual products in the best possible form.
Consequently, the contracting parties agree to make available to one another and free of consideration the know-how they obtain while the contract is in effect.

6

**EP 009061**
Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-119

It is hereby noted that all buying customers of the product are ETHYPHARM's customers and BELMAC shall act solely as manufacturer. BELMAC shall have no rights with regard to ETHYPHARM's customers who are buyers of the products it manufactures after the termination of this contract.

## 10 - Legal Provisions

10.1 By executing this contract, ETHYPHARM and BELMAC declare that they have examined it and found it to conform to Spanish law.

10.2 BELMAC and ETHYPHARM shall inform each other immediately with regard to all the provisions and modifications of laws and decrees established by the authorities on the manufacture of pharmaceutical products and on trademark, registration and patent law and shall provide the text of said provisions as soon as possible.

## 11 - Secrecy Obligation

During the term of this contract and for an unlimited period of time after its termination, the LABORATORY shall maintain all information it has obtained on the basis of secrecy and disclose said information solely to those colleagues bound by the same secrecy obligation.

More specifically, the LABORATORY and these colleagues shall not be entitled, regardless of who they are, to use the information received directly or indirectly from ETHYPHARM for their own benefit (profit) or that of third parties or in their relations with third-party laboratories or to work on other products that are not ETHYPHARM's.
In all events, the LABORATORY and its colleagues may not, under any circumstances, make reference to the content of their relationship with ETHYPHARM in their discussions with third-party laboratories with the written authorization of ETHYPHARM.

Furthermore, with regard to the information transmitted by ETHYPHARM to the LABORATORY, the latter agrees to maintain secrecy during the same period for all the results of testing and trials undertaken jointly.

This secrecy obligation shall not apply in the event:

* It can be demonstrated that the information was in the public domain at the time it was delivered by ETHYPHARM.

* The information, once it has been handed over, then becomes part of the public domain via other means that are not from the LABORATORY's or its colleagues.

7

EP 009062
Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP