It is specified that in the event that the contract is not terminated, the new shareholders shall be obligated in the same way that BELMAC's current shareholders are obligated and that this contract shall apply in the same manner.

13.5 Adherence to existing duties shall not change when the contract ends, especially the provisions of Clause Twelve.

13.6 Upon termination of the contract, BELMAC shall sell to ETHYPHARM or those it names, the inventory of raw materials and finished products at their real, verified prices.

13.7 When the contract ends, all documents on manufacturing, know-how and quality control shall be handed over to EHTYPHARM.

13.8 In the event this contract is terminated prior to agreed term, and should the depreciation of items called for not have been undertaken, the party damaged by said cancellation shall be compensated.

## 14 - Non-competition

The LABORATORY agrees, during the time the contract is in effect, not to manufacture, cause to manufacture or distribute, promote the sale or market identical or similar products to the products under this contract as set forth under Appendix 1, through oral administration, especially in capsule, pill or packet form, that might compete with ETHYPHARM's products, without prior authorization of same.

## 15 - Arbitration

Any difference that arises on the interpretation of this contract shall be resolved by common agreement of one representative of each party. In the event said representatives are unable to agree, the parties obligate themselves to abide by the decision of arbitrator, to be designated by common agreement of both parties. In the event they are unable to agree on an arbitrator, one shall, at request of one of the parties, be appointed by the Spanish Chamber of Commerce. The parties agree to fulfill each and every formality required under Spanish law.

## 16 - Final Provisions

16.1 When the provisions of this contract are or become insufficient, or when a doubt arises as to same, the validity of the other provisions shall remain unchanged. A suitable arrangement shall be entered into that shall bring the desires of both parties together in order to clarify the foregoing points.

EP 009062
Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP          A-121

16.2 When the individual provisions of this contract change or are added to, the contract shall be adjusted in writing in the form of an additional agreement.

The following appendices have been attached to this contract:
- Appendix 1: Contractual products
- Appendix 2: Manufacturing and Quality Control Standards. Conditioning of the manufacturing, filling and related rooms.
- Appendix 3: Manufacturing elements
- Appendix A: Price. Contribution of BMS (Best Manufacturing Standards)/licenses and miscellaneous
- Appendix B: Signature of workers

The additional agreements in writing (and appendices) shall be considered part of this contract and must be approved and signed by authorized representatives of the contracting parties.

16. 3 This contract has been drawn up in duplicate and shall be signed and approved by the authorized representatives. Each contracting party shall receive a copy of said contract.

Madrid,

Angel Pérez de Ayala
LABORATORIOS BELMAC, S. A.

Patrice Debregeas
EHTPHARM, S. A.

10

EP 009063
Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP          A-122

March 24, 1992

## Appendix 1

The products under this contract are:

1 -- Omeprazol 20 mg

2 -- Fenofibrate 250 mg

11

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-123

March 24, 1992

**Appendix 2**

2.1 Manufacturing and Quality Control Standards according to attached file and that are in the possession of Messrs. Monterde and Magino respectively.

2.1 Conditioning Project for the manufacturing, weighing, solution preparation, storing, washing and capsule filling rooms.

12

EP 009066
Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-124

March 24, 1992

### Appendix 3

The elements for the manufacturing of Ethypharm which are also its property are the following:

- 6 Containers REF. 150 RE + 6 Hot air bellows Ref. 3r
- 2 Pulverizing units (4 air AA3000 + 8 air gun stands + 2 pressure pumps + 4 pedals + connector valves)
- 3 Weston screening machines  Ref. 503-3 + 9 Screens + Screen Stands
- 8 plastic gas cans and tops
- 1 Forplex 00  micro-ionizer + 0.1 mm Screen
- 1 Electronic, ABM11.03 type mini-thermometer + probe Ref. A2864441
- 4 Holders for flow control paddles
- 1 Dissolving tester [?]
- 1 Mettler 105 multi-range weighing terminal
- 1 Mettler multi-range GD46 printer
- 1 Floor-mountable KCS 300 Scale
- 1 Mettler floor precision scale
- 1 Capsule filling machine -- compact model

Small equipment:

- 2 Special brushes
- 2 Short-handled Steel paddles
- 1 101 Steel Bucket
- 1 Steel flasks
- 1 Steel spatula
- 1 knife
- 1 wall clock
- PVA sponge, sponge tweezers, telescopic stick.
This equipment and these supplies shall be depreciated by Ethypharm which shall in turn lease them to BELMAC.


The other items for manufacture and control of Ethypharm products, which belong to BELMAC, are the following:
- Manufacturing and conditioning rooms.
- Control supplies: MPLC [?], and small supplies

These devices shall be depreciated by BELMAC and are included in the calculation of the price of the analytical control (inspection) that BELMAC shall charge to Ethypharm.

EP 009067
Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-125

March 24, 1992

**Appendix A**

Price

The price BELMAC shall apply to the manufacturing and control of Ethypharm products shall be the one resulting from the real cost of manufacturing each lot, taking as a time reference, Ethypharm's manufacturing standard with an additional mark-up of 5 to 7%. BELMAC shall only charge a mark-up that matches the industrial profit of 15%.

The excipients used in said manufacturing shall be charged at the same price at which they are supplied, set by providers designated by Ethypharm.

Applicable depreciation shall be discussed on a case-by-case basis.

Ethypharm shall pay its invoices at 60 days.

Costs calculated on the basis of those applied in 1992 for Omeprazol are:

| | |
|---|---|
| A – Real cost = | 287,013 a/lot 1 million doses |
| B – Excipients = | 517. 042 a/lot I million doses |
| C – 7% margin = | 56. 284 |
| D – Industrial profit = | 120. 608 |
| E – Extra hours = | (only those hours that are not normal process hours are billable with the approval of Ethypharm) |

Contribution of Best Manufacturing Practices, Licenses and Miscellaneous

To obtain the aforementioned manufacturing and control prices, Ethypharm has contributed its industrial experience for the suitability of the rooms and the correct implantation of the Best Manufacturing Standards.

Ethypharm agrees to license to BELMAC the products to be discussed outside the scope of this contract, initially ibuprofene and isosorbide dinatrate.

14

**EP 009069**
Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-126

March 24, 1992

Appendix B

Signature of workers and technicians

The undersigned agree to abide by the conditions set forth under Clause 21 of this contract (Obligation to Maintain Secrecy).

José Luis Monterde                    Ramón Garcia Magino
(pharmacist)                          (pharmacist)


Juan Carlos Asensio
(pharmacist)

Francisco Podero
(industrial expert)

José Garcia Trigo

Mateo Gaspa
(pharmacist)

15

EP 009068
Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-127

**EP 009069**
Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

 **éthypharm**

Marqués de la Ensenada, 16
28004 Madrid. Tel. 410 46 00
Fax 319 91 59
Telex: 23581 CENCO



| Nº: | | FECHA/DATE: 11.10.92 |
|---|---|---|
| A/TO: Sr. Debregeas/Leduc COPIA A/COPY TO: | | CIA/FIRM: Ethypharm |
| DE/FROM: Sr. Basilio | | |
| PAGS: 1 de 9 | | |
| REF: | | |
| TEXTO: | | |

Please find a copy of the document signed
by Mr. P. de Ayala which leaves us in a
better position to continue with the final
discussion of the contract. I hope...

Best regards

Adolfo Basilio

Rogamos llamen al 3085681 si hay problemas de recepción
Please phone (1)3085681 if reception problems



EXHIBIT
Debregeas
No. 6

EP 004685

A-129

Don .. ANGEL.PEREZ.DE.AYALA.... actuando en nombre y representación de la sociedad LABORATORIOS BELMAC S.A., y con poder bastante en su condición de .DIRECTOR.GENERAL. de la indicada sociedad

## M A N I F I E S T A

1.- QUE LABORATORIOS BELMAC S.A. está negociando con ETHYPHARM S.A. la firma de un contrato de fabricación y colaboración dentro de la línea de los proyectos de contrato y las relaciones que ambas partes vienen preparando y desarrollando en los últimos meses.

2.- Que paralelamente a esas negociaciones y durante el desarrollo de las mismas, ETHYPHARM a su exclusivo cargo ha llevado a cabo unas obras e instalaciones dentro de una parte del inmueble propiedad de LABORATORIOS BELMAC S.A., sito en Polígono de Malpica Calle C, n24 (Zaragoza). El costo de esas instalaciones y adaptaciones hasta ahora realizadas alcanza la cifra de Pts. 27.119.843 .-- más su correspondiente IVA.

Que asimismo ETHYPHARM ha instalado una maquinaria que está identificada y reconocida por LABORATORIOS BELMAC S.A. que es también de la plena y total propiedad de esa primera entidad y que queda recogida en la lista que a este documento se acompaña.

3.- Que en relación con lo anterior, y para en el supuesto de que en un plazo máximo de 30 días, prorrogable de común acuerdo, LABORATORIOS BELMAC S.A. Y ETHYPHARM S.A. no consiguieran ponerse de acuerdo y firmaran el contrato definitivo, LABORATORIOS BELMAC se compromete y obliga a:

a) Permitir y autorizar a que ETHYPHARM retire en un plazo de 15 días la totalidad de la maquinaria de su propiedad, que ha instalado en el inmueble propiedad de LABORATORIOS BELMAC y que es la que figura en la lista que queda unida a este documento.

b) Igualmente LABORATORIOS BELMAC S.A. se obliga, en el supuesto antes expresado, a permitir y autorizar que ETHYPHARM S.A. retire las partes móviles de las instalaciones, que se describen en la mencionada lista, que están comprendidas en el importe de Pts 27.119.843.--, siempre que esa retirada no implique perjuicio o deterioro grave para el inmueble propiedad de LABORATORIOS BELMAC S.A. o que ETHYPHARM S.A. repare a su costa cualquier daño que el inmueble pudiera causar la retirada de las instalaciones.

BELMAC no tendrá otra obligación hacia ETHYPHARM salvo la mencionada de permitirlo retirar la maquinaria y útiles descritos en las relaciones adjuntas, sin que tenga que abonar ninguna cantidad por el resto de las instalaciones que quedarán en propiedad de BELMAC.

EP 004686

A-130

4.- LABORATORIOS BELMAC S.A reconoce asimismo recibir de ETHYPHARM
S.A la documentación técnica necesaria para su presentación en
Sanidad; de forma que se obtenga la homologación y habilitación de
la superficie del inmueble en la que se han llevado a cabo las
instalaciones hechas por ETHYPHARM S.A y se ha colocado la
maquinaria propiedad de esta firma, para ser destinada a la
fabricación y elaboración de microgránulos y su encapsulado.

Dicha documentación al ser también propiedad de ETHYPHARM S.A será
utilizada única y exclusivamente por LABORATORIOS BELMAC S.A, a los
fines anteriormente expresados de forma que si no llega a
suscribirse el contrato entre ETHYPHARM y LABORATORIOS BELMAC ésta
devolverá a aquella cualquier copia que tuviera, obligándose a no
utilizar directa o indirectamente dicha documentación o los
conocimientos técnicos que se deriven de esta documentación en
particular.

Y en prueba de conformidad con todo lo anterior y para su entrega
a ETHYPHARM S.A firmo el presente documento en representación de
LABORATORIOS BELMAC S.A  en Madrid a  6 de Noviembre 1992 .

LABORATORIOS BELMAC S.A.

EP 004687

A-131

Documento adjunto al Manuscrito firmado con fecha 6 de Noviembre
1992, por LABORATORIOS BELMAC, S.A. en relación con la sociedad
ETHYPHARM.


    Los elementos para las fabricaciones de Ethypharm que además
son propiedad de ésta, son los siguientes:

- 1 AUTOMATA SIEMENS OP 393-II
- 1 CUADRO PROGRAMADOR DE SALAS
- 3 AUTOMATAS DE SALAS DEPENDIENTES DEL GENERAL
- 6 PAILAS REF.150 RE + 6 INSUFLADORES DE AIRE CALIENTE REF.3R
- 2 EQUIPOS DE PULVERIZACION (4 PISTOLA AA3000 + 8 PIES PARA
PISTOLA + 2 BOMBAS A PRESION  + 4 PEDALES + BOQUILLAS)
- 3 TAMIZ VIBRATORIO WESTON REF.503-3 + 9 MALLAS + SOPORTE
MALLAS
- 8 BIDONES DE PLASTICO CON ASAS Y TAPADERAS
- 1 MICRONIZADOR FORPLEX 00 + MALLA 0,1 mm
- 1 MINITERMOMETRO ELECTRONICO TIPO ABM11.03+SONDA
REF.A2864441
- 4 SOPORTES PARA PALAS CORTADORAS DE FLUJO
- 1 DISOLUTEST
- 1 TERMINAL DE PESADA METTLER MULTIRANGE ID5
- 1 IMPRESORA METTLER MULTIRANGE GD46
- 1 BALANZA SUELO EMPOTRABLE KCS 300
- 1 BALANZA DE PRECISION METTLER
- 1 MAQUINA ENCAPSULADORA MOD.MG36
- 1 SELECCIONADOR DE CAPSULAS MG2
- 1 JUEGO MALLAS TAMIZ
- 1 ARCHIVADOR
- 1 TABLA DE CALIBRAR T1
- 1 ORDENADOR EPSON PX16
- 1 BALANZA DE PRECISION METLER PM100

Pequeño material:
- 1 ESCALERA
- 1 ARCHIVADOR
- 2 CEPILLOS especiales
- 3 PAPELERAS
- 4 PALAS DE MANGO CORTO INOX
- 2 CUBO INOX 10l
- 2 FRASCAS INOX
- 4 ESPATULA INOX
- 1 CUCHILLO
- 1 RELOJ DE PARED
- Esponja PVA, Pinza sujeta esponja, Palo telescópico

EP 004688

Documento adjunto al Manuscrito firmado con fecha 6 de Noviembre
1992, por LABORATORIOS BELMAC, S.A en relación con la sociedad
ETHYPHARM.

### LISTA MATERIAL INSTALACION DESMONTABLE.

Fontanería:

- Fregadero
- Lava-ojos
- Fuente

Aire comprimido/extracción:

- Turbina extracción de aire
- Filtro bolsas

Climatización:

- Equipo autónomo de refrigeración

Iluminación:

- Lámparas antideflagrantes

EP 004689

A-133

DOCUMENTACION TECNICA DESTINADA A SANIDAD PARA LA
HOMOLOGACION Y HABILITACION DE LA SALA DE MICRO +
GRANULOS

Doc. QA001 3ª Edición — Recepcion, control, registro almacenamiento de materias – primas y material de acondicionamiento

Doc. QA002 3ª Edición — Aprovisionamiento de la producción

Doc. QA012 — Procedimiento de higiene relativa al personal de la – produccion – fabricación de microgránulos y pesadas de – materias primas

Doc. QA14 3ª Edición — Fabricación de los microgránulos activos

Doc. QA15 — Procedimiento relativo a la limpieza del material de fabricación de microgránulos activos

Doc. QA17 — Procedimiento relativo a la limpieza de las salas de fabricación de microgránulos – activos

Doc. QA027 3ª Edición — Encapsulado

Doc. QA034 2ª Edición — Limpieza de la máquina encap suladora MG2 tipo G36

Doc. QA45 3ª Edición — Control estadístico de la – calidad de las capsulas llenas

Doc. QA046 2ª Edición — Descuento de las capsulas – defectuosas detectadas en – la revisión

Doc. QA051 — Departamento control calidad procedimiento de mantenimien to y auto control

EP 004690

A-134

Doc. QA058                        Procedimiento de limpieza de las salas de pesadas de la zona de producción de los microgránulos activos

Doc. QA059 4ª Edición        Vigilancia y mantenimiento de las instalaciones de filtración del aire

Doc. QA064 1ª Edición        Liberación de los lotes

Doc. QA066 3ª Edición        Preparación de las soluciones de excipientes

Doc. QA068 2ª Edición        Descripción de las pesadas en la zona de fabricación de microgránulos neutros y activos

Doc. QA 071 3ª Edición       Mantenimiento y auto control del disolutest solax

Doc. QA073 1ª Edición        Procedimiento de la toma de productos PSO y de las cápsulas

Doc. QA 076 5ª Edición      Tomas, muestras para análisis de las materias primas

Doc. QA085                        Substancias de referencia procedimiento de obtención preparación, control, almacenamiento

Doc. QA 086                     Reactivo de laboratorio procedimiento de preparación control registro

Doc. QA092 1ª Edición        Seguimiento del stock de las materias primas artículo de acondicionamiento producto semi terminados y terminados

Doc. QA114 1ª Edición        Gestión de la muestroteca

EP 004691

A-135

12/11/92    03:58    ETHYPHARM    P.02

06/11/92    13:34    ETHYPHARM    P.01

LISTA MATERIAL INSTALACIÓN DESMONTABLE.

Fontanería:

-Fregadero
-Lava-ojos
-Fuente

Aire comprimido/extracción:

-Turbina extracción de aire
-Filtro bolsas ✓

Incendios:

-Cuadro de alarma
-Central de incendios

Carpintería de aluminio

-Puertas (8)
-Puerta sala de soluciones

Instalación eléctrica

-Cuadro acometida
-Cuadro general
-Cuadro distribución

Climatización

-Climatizadora
-Equipo autónomo de refrigeración

Iluminación

-Cubre refractancias
-Tomas de enchufe (cuadros)
-Interruptores
-Lámparas antideflagrantes

CONFORME

6. 11. 92

EP 004692

A-136

02 11 92    13 55    SIOI EDANI                                        P. 02

Los elementos para las fabricaciones de Ethypharm que además
son propiedad de ésta, son los siguientes:

- 1 AUTOMATA SIEMENS OP 393-II
- 1 CUADRO PROGRAMADOR DE SALAS
- 3 AUTOMATAS DE SALAS DEPENDIENTES DEL GENERAL
- 6 PAILAS REF.150 RE + 6 INSUFLADORES DE AIRE CALIENTE REF.3R
- 2 EQUIPOS DE PULVERIZACION (4 PISTOLA AA3000 + 8 PIES PARA
PISTOLA + 2 BOMBAS A PRESION + 4 PEDALES + BOQUILLAS)
- 3 TAMIZ VIBRATORIO WESTON REF.503-3 + 9 MALLAS + SOPORTE
MALLAS
- 8 BIDONES DE PLASTICO CON ASAS Y TAPADERAS
- 1 MICRONIZADOR FORPLEX 00 + MALLA 0,1 mm
- 1 MINITERMOMETRO ELECTRONICO TIPO ABM11.03+SONDA
REF.A2864441
- 4 SOPORTES PARA PALAS CORTADORAS DE FLUJO
- 1 DISOLUTEST
- 1 TERMINAL DE PESADA METTLER MULTIRANCE ID5
- 1 IMPRESORA METTLER MULTIRANGE GD46
- 1 BALANZA SUELO EMPOTRABLE KCS 300
- 1 BALANZA 1 ____     ____ METTLER
- 1 MAQUINA ENCAPSULADORA MOD.MG36
- 1 SELECCIONADOR DE CAPSULAS MG2
- 1 JUEGO MALLAS TAMIZ

- 1 TABLA DE CALIBRAR T1
- 1 ORDENADOR EPSON PX16
- 1 BALANZA DE PRECISION METTLER PM100

Pequeño material:
- 1 ESCALERA
- 1 ARCHIVADOR
- 2 CEPILLOS especiales
- 3 PAPELERAS
- 4 PALAS DE MANGO CORTO INOX
- 2 CUBO INOX 101
- 2 FRASCAS INOX
- 4 ESPATULA INOX
- 1 CUCHILLO
- 1 RELOJ DE PARED
- Esponja PVA, Pinza sujeta esponja, Palo telescópico

CONFORME

6.11.92

EP 004693

A-137

ANGEL PEREZ DE AYALA, representing LABORATORIOS BELMAC S.A. and with enough power in his capacity as GENERAL DIRECTOR of the abovementioned company

## DECLARES

1.- That LABORATORIOS BELMAC S.A. is negotiating with ETHYPHARM S.A. the signing of a manufacture and collaboration contract within the contractual projects and the relationships that both parties have been preparing and developing in the last months.

2.- That, in line with these negotiations and during their development, ETHYPHARM has performed works and installations in a part of the property owned by LABORATORIOS BELMAC S.A., located in the Malpica Industrial Area Calle C, No. 4 (Zaragoza). The cost of the installations and adjustments carried out so far amounts to 27,119,843 Pts plus the corresponding VAT.

That ETHYPHARM has also installed a machinery identified and acknowledged by LABORATORIOS BELMAC S.A. which is also owned fully by this entity and that is included in the list enclosed hereto.

3.- That, in connection with the aforesaid, if in a maximum 30-days term, extendable by mutual agreement, LABORATORIOS BELMAC S.A. and ETHYPAHRM S.A. do not reach an agreement and sign the definitive contract, LABORATORIOS BELMAC commits itself to:

a) Allowing and authorizing ETHYPHARM to withdraw all its machinery in a 15-day term, which it has installed in the property owned by LABORATORIOS BELMAC and which is included in the list enclosed hereto.

b) LABORATORIOS BELMAC S.A. also commits itself, in case the abovementioned event occurs, to allowing and authorizing ETHYPHARM S.A. to withdraw the movable parts of the installations, which are described in the aforesaid list, included in the sum of 27,119,843 Pts., as long as that withdrawal does not imply any serious damage or deterioration for the property owned by LABORATORIOS BELMAC S.A. or ETHYPHARM S.A. pays the repairs of the damages caused in the property by the withdrawal.

BELMAC shall not have a liability to ETHYPHARM other than the abovementioned by virtue of which it can withdraw the machinery and materials described in the enclosed lists, without paying any amount for the rest of the installations owned by BELMAC.

CONFIDENTIAL
EP 008066


Rough translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-138

Document attached to the manuscript signed on November 6th 1992 by
LABORATORIOS BELMAC, S.A. regarding ETHYPHARM.

The following are the materials for Ethypharm's manufactures which are also owned by it:

- 1 SIEMENS OP 393-II AUTOMATIC DEVICE
- 1 ROOM-PROGRAMMING FRAME
- 3 AUTOMATIC ROOM DEVICES WHICH DEPEND ON THE GENERAL
- 6 CONTAINERS REF. 150 RE + 6 HOT-AIR INSUFFLATORS REF. 3R
- 2 PULVERISATION MACHINES (4 AA3000 PISTOLS + 8 PISTOL BASES + 2 PRESSURE PUMPS + 4 PEDALS + NOZZLES)
- 3 WESTON VIBRATING SIEVES REF.503-3 + 9 MESHES + MESH SUPPORT
- 8 PLASTIC CANS WITH HANDLES AND LIDS
- 1 FORPLEX 00 MICRONIZER + 0.1 mm MESH
- 1 ELECTRONIC MINI-THERMOMETHER ABM11.03 TYPE + CATHETHER REF.A2864441
- 4 SUPPORTS FOR FLOW-CUTTING BLADES
- 1 DISOLUTEST
- 1 METTLER MULTIRANGE ID5 WEIGHING TERMINAL
- 1 METTLER MULTIRANGE GD46PRINTER
- 1 FLOOR BUILD-INTO KCS 300SCALE
- 1 METTLER PRECISION SCALE
- 1 ENCAPSULATOR MOD. MG36
- 1 CAPSULE SELECTOR MG2
- 1 SET OF SIEVE MESHES
- 1 FILING CABINET
- 1 CALIBRATING BOARD T1
- 1 EPSON PX16 COMPUTER
- 1 METLER PM100 PRECISION SCALE

Small materials:
- 1 LADDER
- 1 FILING CABINET
- 2 special BRUSHES
- 3 WASTEPAPER BASKETS
- 4 STAINLESS SHORT-HANDLE SPADES
- 2 STAINLESS CUBES 101
- 2 STAINLESS BOTTLES
- 4 STAINLESS SPATULAS
- 1 KNIFE
- 1 CLOCK
- PVA sponge, pin to hold sponge, telescopic pole

CONFIDENTIAL
EP 008068

Rough translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-139

Document attached to the manuscript signed on November 6th 1992 by
LABORATORIOS BELMAC, S.A. regarding ETHYPHARM.

REMOVABLE INSTALLATION MATERIAL LIST

Plumbing:

- Sink
- Eyecup
- Dish

Compressed air/extraction:

- Air-extraction turbine
- Bag filter

Air conditioning:

- Air-conditioning autonomous equipment

Lighting:

- Anti-deflagration lamps

[there appears a signature]

CONFIDENTIAL
EP 008069

Rough translation for use by Attorneys During Depositions
May not be Sutmitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

TECHNICAL DOCUMENTS INTENDED TO BE SUBMITTED TO THE
DEPARTMENT OF HEALTH FOR THE AUTHORIZATION OF THE
MICROGRANULE ROOM

| | |
|---|---|
| Doc. QA001 3rd Edition | Reception, control, registration, storage of raw materials and conditioning materials |
| Doc. QA002 3rd Edition | Provisioning of production |
| Doc. QA012 | Hygiene procedure for production staff, manufacture of microgranules and weighing of raw materials |
| Doc. QA14 3rd Edition | Manufacture of active microgranules |
| Doc. QA15 | Cleaning procedure for cleaning of manufacturing material of active microgranules |
| Doc. QA17 | Cleaning procedure for active microgranule manufacturing rooms |
| Doc. QA027 3rd Edition | Encapsulation |
| Doc. QA 034 2nd Edition | Cleaning of MG2 type G36 encapsulator |
| Doc. QA45 3rd Edition | Statistical control of filled capsule quality |
| Doc. QA046 2nd Edition | Discount of defective capsules detected in the revision |
| Doc. QA051 | Quality Control department, maintenance and auto-control procedure |

CONFIDENTIAL
EP 008070

Rough translation for use by Attorneys During Depositions
May not be Sumitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

| | |
|---|---|
| Doc. QA058 | Cleaning procedure of weighing rooms of active microgranule manufacturing zone |
| Doc. QA059 4th Edition | Vigilance and maintenance of air-filtration facilities |
| Doc. QA064 1st Edition | Lot release |
| Doc. QA066 3rd Edition | Preparation of excipient solutions |
| Doc. QA068 2nd Edition | Description of weighing in manufacturing zones of neutral and active microgranules |
| Doc. QA 071 3rd Edition | Maintenance and auto-control of disolutest sotax |
| Doc. QA073 1st Edition | Procedure for the taking of PSO products and capsules |
| Doc. QA 076 5th Edition | Takings, samples for analysis of raw materials |
| Doc. QA085 | Reference substances; obtaining procedure; preparation, control, storage |
| Doc. QA 086 | Laboratory reactive; preparation procedure; registration control |
| Doc. QA092 1st Edition | Monitoring of raw material stock, article for conditioning of semi-finished and finished products |
| Doc. QA114 1st Edition | Sample administration |

CONFIDENTIAL
EP 008071

Rough translation for use by Attorneys During Depositions
May not be Sutmitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

REMOVABLE INSTALLATION MATERIAL LIST

Plumbing:

- Sink
- Eyecup
- Dish

Compressed air/extraction:

- Air-extraction turbine
- Bags filter

Fires:

- Alarm panel
- Fire central

Aluminum work

- Doors (8)
- Solution room door

Electrical system

- Connection panel
- General panel
- Distribution panel

Air conditioning:

- Climatizer
- Air-conditioning autonomous equipment

Lighting:

- Refraction covers
- Sockets (panels)
- Switches
- Anti-deflagration lamps

[there appears a signature preceded by a seal which reads "APPROVED" and the date "11.06.92"]

CONFIDENTIAL
EP 008072

Rough translation for use by Attorneys During Depositions
May not be Sutmitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-143

The following are the materials for Ethypharm's manufacture which are also owned by it:

- 1 SIEMENS OP 393-II AUTOMATIC DEVICE
- 1 ROOM-PROGRAMMING FRAME
- 3 AUTOMATIC DEVICES OF ROOMS WHICH DEPEND ON THE GENERAL
- 6 CONTAINERS REF. 150 RE + 6 HOT-AIR INSUFFLATORS REF. 3R
- 2 PULVERISATION MACHINES (4 AA3000 PISTOLS + 8 PISTOL BASES + 2 PRESSURE PUMPS + 4 PEDALS + NOZZLES)
- 3 WESTON VIBRATING SIEVES REF.503-3 + 9 MESHES + MESH SUPPORT
- 8 PLASTIC CANS WITH HANDLES AND LIDS
- 1 FORPLEX 00 MICRONIZER + 0.1 mm MESH
- 1 ELECTRONIC MINI-THERMOMETHER ABM11.03 TYPE + CATHETHER REF.A2864441
- 4 SUPPORTS FOR FLOW-CUTTING BLADES
- 1 DISOLUTEST
- 1 METTLER MULTIRANGE ID5 WEIGHING TERMINAL
- 1 METTLER MULTIRANGE GD46PRINTER
- 1 FLOOR BUILD-INTO KCS 300SCALE
- 1 METTLER SCALE
- 1 ENCAPSULATOR MOD. MG36
- 1 CAPSULE SELECTOR MG2
- 1 SET OF SIEVE MESHES

- 1 CALIBRATING BOARD T1
- 1 EPSON PX16 COMPUTER
- 1 METLER PM100 PRECISION SCALE

Small materials:
- 1 LADDER
- 1 FILING CABINET
- 2 special BRUSHES
- 3 WASTEPAPER BASKETS
- 4 STAINLESS SHORT-HANDLE SPADES
- 2 STAINLESS CUBES 101
- 2 STAINLESS BOTTLES
- 4 STAINLESS SPATULAS
- 1 KNIFE
- 1 CLOCK
- PVA sponge, pin to hold sponge, telescopic pole

[there appears a signature preceded by a seal which reads "APPROVED" and the date "11.06.92"]

CONFIDENTIAL
EP 008073

Rough translation for use by Attorneys During Depositions
May not be Sutmitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-144

12.01.93

### CONTRATO DE FABRICACION

- ETHYPHARM,S.A en lo siguiente denominada ETHYPHARM con domicilio social en; Marqués de la Ensenada,16 28004 Madrid, representada por su Presidente D.Patrice Debregeas con poderes suficientes.

Y la firma:

- LABORATORIOS BELMAC,S.A en lo siguiente denominada BELMAC con domicilio social en;Paseo de la Castellana 149.Piso 3º Dcha.Madrid 28046.

Representada por su Director General D.Angel Pérez de Ayala, con poderes suficientes.

### EXPONEN

Primero:Que ETHYPHARM y BELMAC están interesados en la fabricación y encapsulado por parte de BELMAC de los productos ETHYPHARM a los que se hace alusión en el Anexo 1.

Segundo: Que a tal efecto deciden que esa colaboración entre ambas entidades quede regulada con arreglo a las siguientes

### ESTIPULACIONES

PRIMERA: ETHYPHARM garantiza a BELMAC un encargo de fabricación anual mínima de 60 Lotes, de cualquiera de los productos definidos en el Anexo 1 que se irá ampliando con nuevos productos de común acuerdo.Respecto al exceso sobre la cuantía especificada,ETHYPHARM ofrece un derecho de opción preferente de fabricación a BELMAC de los productos objeto de este contrato hasta donde llegue la capacidad de fabricación de ésta en España.

SEGUNDA: BELMAC garantiza a ETHYPHARM el cumplimiento estricto de las Buenas Normas de Fabricación para todos los productos objeto de este contrato así como el cumplimiento por parte de sus instalaciones de las citadas normas y naturalmente las normas básicas de la OMS para la fabricación de medicamentos respondiendo de cualquier incumplimiento ante las Autoridades Administrativas Sanitarias y de todo orden.



EXHIBIT
Debregeas
No. 7
7-10-06

EP 002135

A-145

### TERCERA: FABRICACION ENCAPSULADO Y CONTROL DE CALIDAD

3.1. **BELMAC** fabricará de forma exclusiva para España los productos contractuales indicados en el Anexo 1, según las normas y especificaciones de **ETHYPHARM**, para la fabricación y control de calidad de los productos objetos del contrato (véase Anexo 2.1). Los cambios de estas especificaciones necesitan la conformidad escrita de **ETHYPHARM** y del incumplimiento de ello responderá ante las autoridades administrativas, sanitarias y de todo orden.

No obstante, **ETHYPHARM** asumirá la responsabilidad de todo problema que tenga claramente por origen las normas que la misma ha establecido.

3.2. **ETHYPHARM** o sus clientes, suministrarán a **BELMAC** principios activos declarados conformes con las especificaciones indicadas por **ETHYPHARM** a sus clientes.

**BELMAC** procederá a la identificación cualitativa y cuantitativa de dichos principios activos.

En caso de que el resultado de un análisis de identificación realizado por **BELMAC**, sea no conforme (dichos análisis deben realizarse dentro de los cinco (5) primeros días después de la recepción de los principios activos), **BELMAC** informará por escrito inmediatamente a **ETHYPHARM**, la cual tomará las medidas oportunas para reemplazar o hacer reemplazar por sus clientes dichos principios activos no conformes.

3.3. **ETHYPHARM** determinará las especificaciones de los excipientes necesarios para la fabricación de los productos y **BELMAC** se comprometerá a utilizar únicamente excipientes conformes a dichas especificaciones.

3.4. **ETHYPHARM** pone a disposición de **BELMAC** el Know how y las máquinas necesarias para fabricar y encapsular los productos contractuales, según las normas de **ETHYPHARM**. La maquinaria, materiales e instalaciones de todo tipo necesarias tanto para la fabricación como para el acondicionamiento de las salas en que esa fabricación ha de tener lugar se describen en el Anexo 3 y son de la exclusiva propiedad de **ETHYPHARM** (con excepción de aquellas que en dicho anexo se reconocen como de propiedad de **BELMAC**).

EP 002136

**A-146**

3.5. **BELMAC** se obliga a hacer constar en todo caso y frente a terceros que esa maquinaria e instalaciones no son de su propiedad sino de **ETHYPHARM**. Con respecto a aquellas instalaciones que físicamente no pudieran retirarse y que por consiguiente permanecerían en el inmueble, **BELMAC** vendrá obligada a satisfacer a **ETHYPHARM** una cantidad equivalente al precio de compra más aduana y transporte en caso de importación, menos la amortización, que de ellas hubiera hecho **ETHYPHARM** o como mínimo la amortización que dada la índole de las instalaciones fuere legalmente exigible. Este mismo sistema regirá en caso de finalización del contrato por causas normales de expiración de cualquiera de los plazos pactados. Igualmente regirá cuando la finalización del contrato tenga lugar por rescisión unilateral de **BELMAC** o por rescisión del contrato por parte de **ETHYPHARM** fundada en el incumplimiento por **BELMAC** de sus obligaciones contractuales y no será de aplicación, y las instalaciones no susceptibles de ser retiradas quedarán de la libre disposición y propiedad de **BELMAC**, en el caso de que la rescisión se produzca por incumplimiento de obligaciones contractuales por parte de **ETHYPHARM** o por rescisión libre y voluntaria de ésta no fundada en incumplimientos contractuales de **BELMAC**.

3.6. Se conviene en el presente contrato que **BELMAC** cambiará gratuitamente cualquier lote de fabricación considerado definitivamente como no conforme con las especificaciones indicadas por **ETHYPHARM** y aceptadas por **BELMAC**. En el supuesto de que cualquier lote resulte defectuoso por no ser correctas las especificaciones indicadas por **ETHYPHARM** esta vendrá de todas formas obligada a satisfacer a **BELMAC** el precio de la fabricación como si la misma hubiera resultado enteramente correcta.

3.7. Los productos terminados fabricados por **BELMAC**, si se da el caso, llevarán en el embalaje o etiqueta las marcas e indicaciones que el cliente de **ETHYPHARM** proponga y los textos conforme a las exigencias legales, proporcionadas por el cliente en los materiales correspondientes.

**CUARTA: ASISTENCIA DE TECNICOS Y OPERARIOS**

4.1 **ETHYPHARM** se encargará de facilitar la asistencia de un técnico para instruir al personal en la fabricación de los productos contractuales. Todos gastos que ello ocasione serán por cuenta de **ETHYPHARM**.

**QUINTA: SUMINISTRO DE MATERIAS PRIMAS**

5.1. **BELMAC** comprará libremente las sustancias auxiliares necesarias y los excipientes habituales para las fabricaciones, siempre que cumplan la calidad y precios de referencia fijados por **ETHYPHARM** en sus disposiciones y se compromete a tener dichas sustancias en cantidad suficiente para asegurar la fabricación de los productos contractuales, de acuerdo con los programas facilitados por **ETHYPHARM**.

EP 002137

5.2. **BELMAC** mantendrá un espacio de almacenamiento mínimo definido en el Anexo 3 que garantice la capacidad de recepción de las materias primas enviadas por **ETHYPHARM**. Además asegurará las materias primas y otros materiales entregados por **ETHYPHARM** o en su lugar por una tercera persona, contra los riesgos usuales durante el tiempo en que éstas mercancías estén almacenadas por **BELMAC**. El seguro cubrirá los riesgos a partir de la recepción de la mercancía en el punto de destino.

5.3. **BELMAC** se compromete a enviar una lista de existencias de los productos de **ETHYPHARM** o relacionados con **ETHYPHARM** cada mes.

**SEXTA:. LOGISTICA**

6.1. **ETHYPHARM** entregará antes del final de cada año las necesidades previstas para cada trimestre. Después, **ETHYPHARM** hará pedidos trimestrales por lo menos 1 mes antes del principio del trimestre, indicando las cantidades de productos contractuales a fabricar cada mes durante este período trimestral. Estos pedidos trimestrales no deberán variar en más o menos 25% con respecto a las cantidades previstas.

6.2. Las órdenes de fabricación y entregas serán únicamente emitidas y reguladas por **ETHYPHARM** o quien ésta designe.

6.3. **ETHYPHARM** garantizará la producción mínima a que se hace referencia en la estipulación PRIMERA. En caso contrario **BELMAC** cargará a **ETHYPHARM** la diferencia hasta el compromiso mínimo adquirido. Sin perjuicio de la facultad que asiste a **BELMAC** de rescindir el contrato por incumplimiento de la fabricación mínima.

**SEPTIMA: DISTRIBUCION**

7.1 Exportación

**BELMAC** facilitará a **ETHYPHARM** el apoyo logístico para obtención de registros de exportación de los productos contenidos en el Anexo 1. Esta colaboración se hará extensiva a la comercialización de dichos productos a clientes de **ETHYPHARM** en otros países, previo acuerdo de las condiciones entre ambas compañías.

7.2. Seguro

**BELMAC** contratará, para todo el tiempo que dure este contrato y durante un período de al menos el equivalente a la caducidad del último lote fabricado, un seguro general de responsabilidad civil, comprendiendo un seguro global de responsabilidad extracontractual, un seguro de responsabilidad para el producto y un seguro contra las reclamaciones cubiertas por las disposiciones del presente contrato, por un importe global de por lo menos cien millones de pesetas (100.000.000). Este seguro deberá ser suscrito en una compañía de seguros de competencia y solvencia reconocida, la o las pólizas deberán entrar en vigor a la fecha de la firma del presente contrato y designarán como asegurados suplementarios a **ETHYPHARM** sobre los productos objeto del presente contrato.

EP 002138

A-148

Una copia de éste seguro será remitida a ETHYPHARM a continuación de la firma del presente contrato.

A su vez ETHYPHARM cubrirá mediante seguro idéntico por responsabilidades debidas a BELMAC por defectos en las especificaciones que ella misma ha establecido.

OCTAVA: COSTOS DE PRODUCCION

BELMAC facturará a ETHYPHARM cada lote de los productos fabricados según las normas descritas en el Anexo 2.1 aceptadas por ambas partes y según las condiciones de facturación fijadas en el Anexo A.

NOVENA: DERECHOS COMERCIALES

Intercambio de experiencias

Las partes contratantes se comprometen a llevar a cabo un intercambio continuo y gratuito durante la duración del presente contrato, con el fin de que BELMAC tenga la posibilidad de evaluar los productos contractuales en la mejor forma posible.

Por consiguiente, las partes contratantes se comprometen a poner a disposición mutua y en forma gratuita el know-how de fabricación y de control que obtengan mientras dure el presente contrato.

DECIMA: OBLIGACION DE GUARDAR SECRETO

Durante la duración de este contrato y por un tiempo ilimitado después de su terminación, BELMAC debe mantener toda la información obtenida de forma secreta, y divulgar ésta exclusivamente a colaboradores ligados por la misma obligación de secreto.

Más específicamente el BELMAC y estos colaboradores no tendrán el derecho, cualquiera que sea, de utilizar esta información recibida directa o indirectamente de ETHYPHARM para su propio beneficio o el de terceras partes o en sus relaciones con terceros laboratorios o para trabajar sobre otros productos que no sean de ETHYPHARM.

De cualquier forma, está especificado que el BELMAC o sus colaboradores no pueden, en ningún caso, hacer referencia al contenido de sus relaciones con ETHYPHARM en sus discusiones con terceros laboratorios, sin previa autorización escrita de ETHYPHARM.

Además de la información transmitida por ETHYPHARM a BELMAC, éste se compromete a guardar el secreto durante el mismo período, los resultados de pruebas y ensayos realizados conjuntamente.

En caso de que el BELMAC no respete las obligaciones de confidencialidad mencionadas en el presente contrato, BELMAC se compromete a pagar inmediatamente a ETHYPHARM, el importe de cincuenta millones (50.000.000) de pesetas, por la ruptura de cada una de las obligaciones.

EP 002139

A-149

Esta obligación de guardar secreto entró en vigor con la carta de intención firmada con anterioridad.

**UNDECIMA: TRANSFERIBILIDAD**

11.1. Las partes integrantes no transferirán derechos de este contrato sin consentimiento previo, por escrito, de la otra parte.

11.2. **BELMAC** comunicará inmediatamente a **ETHYPHARM** y por escrito cada cambio esencial (mayor o igual al 25%) que pueda producirse dentro del accionariado integrante de su capital social.

No obstante **ETHYPHARM** está autorizada a transferir sus derechos y obligaciones de éste contrato a sociedades o instituciones en las que participe con más del cincuenta (50%) por ciento del capital social o de los bienes.

**DUODECIMA: DURACION DEL CONTRATO**

12.1. El presente contrato tendrá una duración de 5 años prorrogable por períodos de dos años, salvo que 9 meses antes de su primera fecha de vencimiento o de cualquiera de las sucesivas prórrogas una de las partes contratantes notifique ante notario a la otra su propósito de no renovarlo.

12.2. En el caso de incumplimiento de las obligaciones del contrato por una de las partes, la otra parte tendrá el derecho de cancelar dicho contrato si una vez comunicado por escrito y en el plazo de dos (2) meses no se hubiesen tomado las medidas oportunas para la efectiva corrección de la falta en el supuesto de que la misma fuera subsanable. En el caso de no denunciar la cancelación del contrato dentro de un plazo de dos meses después del anterior plazo quedará extinguido el derecho de denunciar el contrato por esa causa concreta.

12.3. En caso de que hubiera una modificación por la entrada de una persona o sociedad que no perteneciera al grupo de los accionistas actuales de **BELMAC**, **ETHYPHARM** estaría autorizado a rescindir el contrato en un plazo de seis (6) meses.

12.4. Cuando termine el contrato, se entregarán a **ETHYPHARM** todos los documentos sobre fabricación, know-how y control de calidad.

**DECIMOTERCERA: NO COMPETENCIA**

**BELMAC** se compromete, durante el tiempo de validez del presente contrato y cinco años después, a no fabricar microgránulos, ni siquiera para él mismo, hacer fabricar similares a los productos objetos de este contrato determinados en el Anexo 1, que puedan hacer la competencia a los productos de **ETHYPHARM**, sin previa autorización de ésta.

EP 002140