UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

ETHYPHARM S.A. FRANCE AND
ETHYPHARM S.A. SPAIN,

         Plaintiffs,

    v.

BENTLEY PHARMACEUTICALS, INC.,

         Defendant.

Civil Action No. 04-1300-SLR

## APPENDIX TO DEFENDANT BENTLEY PHARMACEUTICALS, INC.'S

## MOTION FOR SUMMARY JUDGMENT

### VOLUME II
### (PAGES A-223 – A-506)

John L. Reed (I.D. 3023)
Denise Seastone Kraft (I.D. 2778)
Joseph B. Cicero (I.D. 4388)
**EDWARDS ANGELL PALMER & DODGE LLP**
919 N. Market Street, 15th Floor
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263

*Attorneys for Defendant*

**OF COUNSEL:**

Craig E. Stewart
Joseph P. Mingolla
Veronica C. Abreu
**EDWARDS ANGELL PALMER & DODGE LLP**
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

**INDEX TO APPENDIX IN SUPPORT OF DEFENDANT
BENTLEY PHARMACEUTICALS, INC.'S
MOTION FOR SUMMARY JUDGMENT**

Page Nos.

I.    March 23, 2000 Agreements between Belmac
      and Ethypharm:

      a.   Contrato de Fabricacion                              A-1 – A-7
           (Manufacturing Agreement for omeprazole)

      b.   Carta de Compromise de Compra                        A-8 – A-12
           (Letter of Purchase Undertaking for omeprazole)

      c.   Contrato de Fabricacion – Indometacina               A-13 – A-20

      d.   Contrato de Fabricacion – Vincamina                  A-21 – A-28

      e.   Contrato de Fabricacion – Aspirina                   A-29 – A-36

      f.   Contrato de Fabricacion – Piroxicam                  A-37 – A-44

II.   November 14, 2001 Notices                                 A-45 – A-48

III.  Confidentiality Agreements between Belmac and Ethypharm   A-49 – A-68

IV.   Confidentiality Agreements between Bentley and Ethypharm  A-69 – A-74

V.    Draft Agreements concerning Belmac's manufacture,
      marketing and sale of omeprazole and other pellet
      drugs to and on behalf of Ethypharm                       A-75 – A-338

VI.   Agreements between Belmac and Ethypharm's
      Customers                                                 A-339 – A-344

VII.  Correspondence and Other Documents                        A-345 – A-456

VIII. Pleadings:

      a.   Complaint                                            A-457 – A-487

      b.   Memorandum Opinion dated September 26, 2005          A-488 – A-506

IX.   Declarations:

      a.   Declaration of Rafael Garcia-Palencia in Support of
           Defendant Bentley Pharmaceuticals, Inc.'s Motion
           to Dismiss                                           A-507 – A-547

|   |   |   |   |
|---|---|---|---|
| | b. | Declaration of Adolfo Herrera in Support of Defendant Bentley Pharmaceuticals, Inc.'s Motion to Dismiss | A-548 – A-606 |
| | c. | Declaration of James R. Murphy in Support of Defendant Bentley Pharmaceuticals, Inc.'s Motion to Dismiss | A-607 – A-615 |
| | d. | Supplemental Declaration of Adolfo Herrera in Support of Defendant Bentley Pharmaceuticals, Inc.'s Motion for Summary Judgment | A-616 – A-619 |
| | e. | Supplemental Declaration of James R. Murphy in Support of Defendant Bentley Pharmaceuticals, Inc.'s Motion for Summary Judgment | A-620 – A-623 |
| X. | | Juicio Ordinario, Juzgado de lo Mercantil de Mardrid (Spanish lawsuit with translation) | A-624 – A-703 |

## CONTRATO DE FABRICACIÓN POR TERCEROS DE PRODUCTOS FARMACEUTICOS

En Madrid, a ........................ de septiembre de mil novecientos noventa y siete.

### REUNIDOS

**DE UNA PARTE:**

- D. ........................... (datos personales)

**DE OTRA PARTE:**

- D. ........................... (datos personales)

### INTERVIENEN

- D. ........................, en nombre y representación de la entidad ETHYPHARM, S.A., con domicilio en ........................., calle ....................... y con N.I.F. ....................., según poderes vigente al efecto.

- D. ..........................., en nombre y representación de la entidad LABORATORIOS BELMAC, S.A., con domicilio en ........................, calle ........................... y con N.I.F. ......................., según poderes vigentes al efecto.

  Ambas partes se reconocen mutuamente capacidad y legitimación suficiente para el otorgamiento de este documento y, a cuyo efecto.

### EXPONEN

**PRIMERO.** - Que ETHYPHARM, S.A., en adelante ETHYPHARM, es una sociedad cuyo objeto social consiste en el desarrollo, fabricación y registro de productos farmacéuticos, de ahora en adelante, los productos; y que dispone de la maquinaria, tecnología y patentes necesarias para fabricarlos.

**SEGUNDO.** Que LABORATORIOS BELMAC, S.A., en adelante BELMAC, se dedica a el desarrollo, fabricación, registro y comercialización de productos farmacéuticos.

**TERCERO.-** Que BELMAC está interesado en la fabricación de los siguientes productos para ETHYPHARM que se relacionan en documentación aparte como ANEXO I.

EXHIBIT
DEP0860 R
No. 11
7-11-06

CONFIDENTIAL

BEL006381

**CUARTO.-**   Que ETHYPHARM está interesada en contratar a la entidad BELMAC para que ésta le fabrique los productos en las instalaciones de ésta, BELMAC está igualmente interesada en realizar la fabricación de los mismos, para lo que han convenido en obligarse por medio de este CONTRATO DE FABRICACIÓN POR TERCEROS, de acuerdo con las siguientes estipulaciones.

<u>ESTIPULACIONES</u>

**1ª, - CONSENTIMIENTO Y OBJETO.-**

a.-     ETHYPHARM encarga a BELMAC que acepta la fabricación de los productos que se detallan en el ANEXO 1 de este contrato según las normas y especificaciones de ETHYPHARM para la fabricación y control de calidad de los mismos. Se acompaña el índice de las mismas en el <u>ANEXO 2</u>.

Asimismo los productos deberán ser conformes con las especificaciones técnicas a que se refiere el citado ANEXO 2.

~~BELMAC únicamente podrá fabricar los productos de ETHYPHARM en sus instalaciones, sitas en Zaragoza, Polígono Malpica, Calle C-4.~~ Los encargos se realizarán por medio de pedidos, ordenes de fabricación o similar, con una previsión anual, y ajuste trimestral, pactándose mínimos anuales de fabricación.

b.-     ETHYPHARM le suministrará las materias primas, los solventes y los principios activos, en adelante las materias, necesarias para la fabricación de los productos. Las materias antes indicadas también podrán ser suministradas por terceros en los supuestos en que así lo indique ETHYPHARM a BELMAC.

BELMAC se abastecerá y controlará libremente las sustancias auxiliares necesarias para el control de las materias y el material de acondicionamiento y para las fabricaciones de los productos, y se compromete a tener dichas sustancias en cantidad suficiente para asegurar la fabricación y control de los productos.

El importe de la adquisición del material de acondicionamiento será facturado aparte por BELMAC a ETHYPHARM por el precio de coste.

**2ª.-   MAQUINARIA, DOCUMENTOS Y ELEMENTOS DE FABRICACIÓN. –**

A tal fin, ETHYPHARM ha puesto en posesión y uso de BELMAC la maquinaria y demás elementos para la fabricación de productos que son propiedad de ETHYPHARM.
Dicha maquinaria y elementos se relacionan en el ANEXO 3 de este contrato. El uso de dichas máquinas y elementos queda supeditado a la vigencia de este contrato, por lo que a su resolución o terminación BELMAC queda obligada a devolverlos a ETHYPHARM, a costa de ETHYPHARM. BELMAC se obliga ~~a hacer constar en todo caso y frente a~~ terceros que la maquinaria y demás elementos que se detallan en el ANEXO 3 ~~no son de su propiedad sino de~~ ETHYPHARM.

CONFIDENTIAL

BEL006382

Asimismo con motivo de la firma de este contrato y en su ejecución ETHYPHARM pone a disposición de BELMAC documentos e informes sobre fabricación, know-how y control, y garantía de calidad (ANEXO 3). BELMAC queda obligada a ~~entregar~~ dicha documentación y know-how a ETHYPHARM, una vez finalizado el contrato. *a devolver*

BELMAC se obliga al mantenimiento ordinario de la maquinaria y demás elementos *y elementos* propiedad de ETHYPHARM. Por su parte, ETHYPHARM pagará el importe de las piezas que sean precisas para el mantenimiento de las mismas, así como el mantenimiento externo si este fuese necesario. BELMAC se compromete a mantener las máquinas en perfecto estado de uso para la fabricación de los productos.

**3ª.- PRECIO.-**

Por la fabricación y control de los productos que son objeto de este contrato, ETHYPHARM pagará a BELMAC el precio y condiciones que se definen en el ANEXO 4 y que será revisado anualmente.

**4ª.- DURACION Y VIGENCIA.-**

La vigencia de este contrato comienza el día de la fecha del mismo y terminará el día 31 de Diciembre de ~~1999~~ *2002*. Se entenderá tácitamente prorrogado por períodos de dos (2) AÑOS, a contar desde el 1 de Enero de 2.000 y así sucesivamente, en su caso, si ninguna de las partes comunica a la otra por escrito su voluntad de darlo por rescindido, al menos con SEIS MESES de antelación al vencimiento de su plazo de duración inicial o al de cualquiera de sus posibles prórrogas ~~anuales~~. *quinquenales*

Se acuerda como condición para la prórroga de este contrato que al inicio de cada una de las posibles prórrogas las partes se acrediten mutuamente la prórroga o nueva contratación, o regularización de las pólizas de seguros a que se hace referencia en la estipulación 11ª siguiente que deberán cubrir en todo caso el período prorrogado. Será causa de rescisión del contrato o de cualquiera de sus prórrogas la falta de este requisito.

**5º.- PRODUCTOS DEFECTUOSOS.-**

En el supuesto de que cualquier lote resulte defectuoso por no ser correctas las especificaciones indicadas por ETHYPHARM, ésta vendrá de todas formas obligada a satisfacer a BELMAC el precio de la fabricación como si la misma hubiera resultado enteramente correcta. Por el contrario, si ~~BELMAC no cumpliese por negligencia o se demostrase que no ha seguido las buenas normas de fabricación~~, se verá obligada a satisfacer a ETHYPHARM la cantidad correspondiente, mediante su coste industrial y la sustitución de productos en un plazo de 60 días.

CONFIDENTIAL

BEL006383

A-225

**6ª.- NORMAS B.N.F. Y GARANTIA DE CALIDAD.-**

BELMAC se obliga a fabricar con cumplimiento de las Buenas Normas de Fabricación (B.N.F.), de acuerdo con lo establecido en el Real Decreto 1.564/1.992, del 18 de diciembre y al cumplimiento de todas las normas y Garantía de Calidad que le sean aplicables como fabricante contenidas en el dicho Real Decreto, ~~para todos los productos objeto de este contrato.~~

- Se entenderá como Garantía de Calidad Farmacéutica el conjunto de medios personales y materiales, así como de operaciones que se han de realizar en un laboratorio necesarias para conseguir la elaboración uniforme de los medicamento, asegurando la homogeneidad de los lotes y controlando los niveles de calidad de forma que pueda certificarse la conformidad de cada lote con las especificaciones autorizadas.

- Con relación al Control de Calidad de los productos BELMAC se obliga a tener a punto el material de laboratorio necesario, así como los aparatos precisos para realizar los análisis de los productos fabricados para ETHYPHARM. ~~Este control~~ ~~debe realizarse de acuerdo con la norma vigente (Real Decreto 1.564/1.992 antes~~ ~~citado), y según~~ las normas y especificaciones suministradas por ETHYPHARM, que se adjuntan como ANEXO 4.   *seguir*

- BELMAC se responsabiliza por los daños causados por las malas condiciones de almacenamiento de los productos y materias bajo su custodia ~~o por un almacenamiento abusivo~~

**7º.- KNOW-HOW.-**

ETHYPHARM pone a disposición de BELMAC su know-how sobre la fabricación de los productos, consistente en el proceso de fabricación y método de análisis de las materias y productos suministrados por ETHYPHARM, así como del producto y también ~~eventualmente~~ sobre material de acondicionamiento que se adjuntan como ANEXO 5.  *las condiciones de conservación*

~~ETHYPHARM se compromete a enviar personal propio a su cargo para formar el~~ ~~personal de BELMAC. Las personas designadas por BELMAC para la fabricación de~~ ~~los productos, tendrán el nivel educativo adecuado para recibir la formación sobre la~~ ~~correcta fabricación de los productos y utilización de la maquinaria de ETHYPHARM y~~ ~~demás elementos.~~   *en la que el personal de Belmac en la forma específica de este proceso.*

**8º.- PACTO DE CONFIDENCIALIDAD Y SECRETO.-**   *y durante la vigencia del presente contrato*

BELMAC se obliga a mantener en secreto y a no usar la información y el know-how adquiridos como consecuencia de la relación con ETHYPHARM ~~y de la firma y~~ ~~ejecución de este contrato durante la vigencia del mismo y, posteriormente, hasta que~~ ~~dicha información y know-how sea de dominio público por otra procedencia diferente a~~ ~~ETHYPHARM~~. Además, en todo caso, BELMAC se obliga a mantener en secreto y no usar ~~dicha información mientras subsista cualquier tipo de derecho, patente o marca del~~ ~~que sea titular ETHYPHARM. Igualmente ETHYPHARM se obliga a guardar secreto y~~ ~~no usar la información obtenida como consecuencia de la relación mantenida durante la~~ ~~vigencia de este contrato.~~

CONFIDENTIAL

BEL006384

*b) los urceyos se realizarán por pagos en base a la previón anual, con ojuste trimestral y revisión semestral de gostos genado.*

De cualquier forma se acuerda que BELMAC o sus colaboradores no podrán, en ningún caso, hacer referencia ni utilizar el contenido de sus relaciones con ETHYPHARM en sus relaciones con terceros y otros laboratorios, sin previa autorización escrita de ETHYPHARM.

De cualquier forma se acuerda que ETHPHARM o sus colaboradores no podrán, en ningún caso, hacer referencia ni utilizar el contenido de sus relaciones con BELMAC en sus relaciones con terceros y otros laboratorios, sin previa autorización escrita de BELMAC.

*NO*

### 9°.- ETIQUETADO DE LOS PRODUCTOS.-

Los productos acabados fabricados por BELMAC llevarán en el embalaje la etiqueta y/o la marca e indicaciones que ETHYPHARM establezca. BELMAC únicamente podrá insertar en los embalajes los textos conforme a las exigencias legales, que le correspondan y competan como fabricante.

### 10°.- PEDIDOS Y PLAN DE FABRICACION.-
*salvo venta menor*

a) BELMAC se obliga a fabricar ~~con las materias primas necesarias~~ cada uno de los productos acabados según el plan de fabricación previamente pactado por las partes. BELMAC se compromete a la entrega de los productos acabados dentro del plazo según el plan de fabricación antes citado, y en el lugar que ETHYPHARM le indique, *a capacible establecido presento*

b) Las órdenes de fabricación, *en particular pedidos*, ~~y entregas,~~ serán únicamente emitidas y ~~reguladas~~ por ETHYPHARM ~~o quien la designe~~. Estas órdenes de fabricación se harán trimestralmente con una revisión mensual. *Las solicitudes de entreg por pedidos*

c) BELMAC se obliga a informar ~~a ETHYPHARM, por medio de comunicados~~ *mensual* y ~~escritos de las existencias, mediante el envío de una copia de los correspondientes partes de llegada y salida de las mismas~~ *en cualquier momento a voluntad de Elbfam de sus existencias así como de los movimiento de almacen.*

### 11°.-SEGUROS.-

ETHYPHARM cubrirá mediante seguro, que tiene ya contratado, por responsabilidades ~~debidas a BELMAC~~ por defectos en las especificaciones que ETHYPHARM ha establecido. A su vez, BELMAC ~~tiene ya contratado,~~ para todo el tiempo que dure este contrato y durante un período de al menos el equivalente a la caducidad del último lote fabricado, un seguro general de responsabilidad civil, maquinaria y demás material *y* productos ~~así~~ como un seguro contra las reclamaciones cubiertas por las disposiciones del presente contrato y además un seguro global de responsabilidad extracontractual en consonancia con el valor de lo asegurado.

~~Una copia de estos dos seguros se acompaña a este contrato como ANEXO 6.~~

## 12°.- PROHIBICIÓN DE CESIÓN.-

BELMAC no podrá ceder, transmitir o transferir a otra persona o personas, físicas o jurídicas, el presente contrato o cualesquiera de los derechos derivados del mismo sin consentimiento previo, por escrito, de ETHYPHARM.

## 13°.- NO COMPETENCIA.-

BELMAC se obliga, durante el tiempo de validez del presente contrato y, posteriormente, hasta que dicha información y know-how sea de dominio público por otra procedencia diferente a ETHYPHARM, a no fabricar los productos con la tecnología que ETHYPHARM ha puesto a disposición de BELMAC sin la expresa autorización previa de ésta. Por otra parte, ETHYPHARM garantizá el suministro de productos en pellets para BELMAC y sus posibles clientes durante y después del tiempo de validez de este contrato siendo los mismos fabricados por Belmac.

## 14°.- INDEMNIZACIONES.-

Si a instancias de ETHYPHARM, se procediera al cese de fabricaciones objeto de este contrato, ETHYPHARM indemnizará a BELMAC por, inversiones realizadas con el fin de garantizar la correcta fabricación de sus productos, por el coste económico adscrito a reajuste estructural de BELMAC y por lucro cesante con la cantidad de 25.000.000 ptas.

## 15°.- RESOLUCIÓN DEL CONTRATO.-

El incumplimiento de cualquiera de las condiciones de este contrato y sus ANEXOS, será causa de resolución del mismo. Asimismo, serán causa de resolución de este contrato:

a.-    La presentación por parte de BELMAC de expediente de solicitud de estado de suspensión de pagos o de quiebra.

b.-    El cambio (mayor o igual al 25%), de forma directa o indirecta, que pueda producirse dentro del accionariado de BELMAC integrante de su capital social, siempre y cuando afectara a las relaciones contractuales y funcionales entre BELMAC y ETHYPHARM.

## 16°.- NOVACIÓN.-

Las obligaciones asumidas en virtud de este contrato extinguen completamente las previamente existentes entre las partes, así como los contratos vigentes que las regulan, a las que sustituyen íntegramente a todos los efectos, y, especialmente, a efectos de lo establecido para la novación de las obligaciones que determina el artículo 1204 del Código Civil. No obstante lo anterior, se dejan vigentes a todos los efectos, todos los pactos de secreto y confidencialidad suscritos entre las partes hasta la fecha, que se considerarán parte integrante de este contrato y plenamente aplicables al mismo.

CONFIDENTIAL

BEL006386

A-228

*conviniendo la fecha.*

**IV.- VISITAS.-**

ETHYPHARM o la persona que ésta designe queda autorizada a realizar visitas de inspección y/o auditoría, formación y otras de carácter general a las instalaciones de BELMAC para comprobar la regularidad de la fabricación de los productos y la correcta utilización de su maquinaria, y el cumplimiento de las normas respecto de la Garantía de Calidad; así como las que sean precisas para la formación del personal, debiendo avisar con antelación. ~~por quedando la suficiente~~ *,*

**V.- DOCUMENTACIÓN.-** → *a fondo, la misma a disposición de Ethyf cuando ésta lo requiera.*

BELMAC se obliga a la preparación, archivo y conservación de la documentación que establece el Real Decreto 1.564/1.992, de 18 de diciembre (en particular, en su artículo 35). Igualmente ~~se obliga a~~ suministrar a ETHYPHARM junto con los lotes una copia de los documentos ~~de producción de los mismos.~~ *pactados entre ambas partes que x adjuntan como anexos*

**VI.- FASES DE FABRICACION.-** *BELMAC*

En cumplimiento de lo preceptuado por el artículo 29 del Real Decreto 1564/1.992, de 18 de diciembre, se acompañan como <u>ANEXO 9</u> los acuerdos técnicos correspondientes firmados por los Directores Técnicos de las partes.

**VII.- ARBITRAJE.-**

Para cuantas cuestiones puedan surgir respecto al cumplimiento o a la resolución del presente contrato las partes – con renuncia a ejercitar su derecho ante la jurisdicción ordinaria – se someten al arbitraje de derecho de un árbitro designado por LA CAMARA DE COMERCIO E INDUSTRIA DE MADRID. Las partes se obligan a cumplir, tanto las resoluciones interlocutorias, como el laudo que finalmente se dicte. El plazo máximo para emitir el laudo se fija en seis meses contados desde la aceptación del árbitro a la resolución de la controversia, la cual habrá de producirse en un plazo de quince días a contar desde la notificación.

Y enteradas ambas partes del contenido jurídico y económico de este documento, que aceptan en su integridad, lo firman junto con sus ANEXOS por duplicado en el lugar y fecha indicados al principio.

Fdo.: ETHYPHARM, S.A., p.p.

Fdo.: LABORATORIOS BELMAC, S.A. p.p.

CONFIDENTIAL

BEL006387

A-229

3) ~~Precio~~ . . . — anualmente, / de mutuo acuerdo y teniendo en cuenta los cambios necesarios, para poder asumir los futuros planes anuales de fabricación.

7) ~~Know-how.~~
Ethy se compromete a formar adecuadamente y a su cargo al personal de Belmac, en las técnicas específicas de estos procesos.

14) ~~[illegible]~~ Garantía de suministro -
~~y durante~~ después del tiempo de validez de este contrato, al menos durante 10 años, tanto si los elementos de fabricación permanecen, como si esos retirados de Belmac por Ethypharm.

15) Indemnizaciones.
Si por cualquier motivo se produjese el cese definitivo de las fabricaciones objeto de este contrato, Ethy - indemnizará a Belmac por inversiones y otros conceptos, inclusive el lucro cesante, con la cantidad de 25.000.000 pts. -
Así mismo, esta indemnización pactada, se revisará anualmente, de acuerdo con los conceptos expuestos en esta cláusula.

CONFIDENTIAL

BEL006388

A-230

PENÚ LTIMO

## CONTRATO DE FABRICACIÓN POR TERCEROS DE PRODUCTOS FARMACEUTICOS

En Madrid, a ........................ de septiembre de mil novecientos noventa y siete.

### REUNIDOS

**DE UNA PARTE:**

- D. ........................... (datos personales)

**DE OTRA PARTE:**

- D. ........................... (datos personales)

### INTERVIENEN

- D. ........................, en nombre y representación de la entidad ETHYPHARM, S.A., con domicilio en ..........................., calle ......................... y con N.I.F. ....................., según poderes vigente al efecto.

- D. ..........................., en nombre y representación de la entidad LABORATORIOS BELMAC, S.A., con domicilio en .........................., calle ........................... y con N.I.F. ......................., según poderes vigentes al efecto.

Ambas partes se reconocen mutuamente capacidad y legitimación suficiente para el otorgamiento de este documento y, a cuyo efecto.

### EXPONEN

**PRIMERO.** - Que ETHYPHARM, S.A., en adelante ETHYPHARM, es una sociedad cuyo objeto social consiste en el desarrollo, fabricación y registro de productos farmacéuticos, de ahora en adelante, los productos; y que dispone de la maquinaria, tecnología y patentes necesarias para fabricarlos.

**SEGUNDO.** - Que LABORATORIOS BELMAC, S.A., en adelante BELMAC, se dedica a el desarrollo, fabricación, registro y comercialización de productos farmacéuticos.

**TERCERO.-** Que BELMAC está interesado en la fabricación de los siguientes productos para ETHYPHARM que se relacionan en documentación aparte como ANEXO I.



EXHIBIT
DOBREGAS
No. 12
MS 7.11.06

CONFIDENTIAL

BEL006372

A-231

**CUARTO.-**   Que ETHYPHARM está interesada en contratar a la entidad BELMAC para que ésta le fabrique los productos referenciados en ANEXO 1 en las instalaciones de ésta, sitas en Zaragoza, Polígono Malpica calle C 4, BELMAC está igualmente interesada en realizar la fabricación de los mismos, para lo que han convenido en obligarse por medio de este CONTRATO DE FABRICACIÓN POR TERCEROS, de acuerdo con las siguientes estipulaciones.

<u>ESTIPULACIONES</u>

**1ª, - CONSENTIMIENTO Y OBJETO.-**

a.-     ETHYPHARM encarga a BELMAC que acepta la fabricación de los productos que se detallan en el ANEXO 1 de este contrato según las normas y especificaciones de ETHYPHARM para la fabricación y control de calidad de los mismos. Se acompaña el índice de las mismas en el <u>ANEXO 2</u>.

Los encargos se realizarán por medio de pedidos, con una previsión anual, y ajuste trimestral, pactándose mínimos anuales de fabricación.

b.-     ETHYPHARM suministrará las materias primas, los principios activos y excipientes, en adelante las materias y los materiales de acondicionamiento necesarios para la fabricación de los productos. Las materias antes indicadas, también podrán ser suministradas por terceros, en los registros en que así lo indique ETHYPHARM y BELMAC.

BELMAC se abastecerá y controlará libremente las sustancias auxiliares necesarias para el control de las materias y se compromete a tener dichas sustancias en cantidad suficiente para asegurar la fabricación y control de los productos.

**2ª. -    MAQUINARIA, DOCUMENTOS Y ELEMENTOS DE FABRICACIÓN. –**

A tal fin, ETHYPHARM ha puesto en posesión y uso de BELMAC la maquinaria y demás elementos para la fabricación de productos referenciados en ANEXO 1.

Dicha maquinaria y elementos se relacionan en el <u>ANEXO 3</u> de este contrato. El uso de dichas máquinas y elementos queda supeditado a la vigencia de este contrato, por lo que a su resolución o terminación BELMAC queda obligada a devolverlos a ETHYPHARM, a costa de ETHYPHARM.

Asimismo con motivo de la firma de este contrato y en su ejecución ETHYPHARM pone a disposición de BELMAC documentos e informes sobre fabricación, know-how y control, y garantía de calidad (ANEXO 4). BELMAC queda obligada a devolver dicha documentación y know-how a ETHYPHARM, una vez finalizado el contrato.

CONFIDENTIAL

BEL006373

BELMAC se obliga al mantenimiento ordinario de la maquinaria y demás elementos propiedad de ETHYPHARM. Por su parte, ETHYPHARM pagará el importe de las piezas y elementos que sean precisos para el mantenimiento, calibración y validación de las mismas, así como el mantenimiento externo si este fuese necesario. BELMAC se compromete a mantener las máquinas en perfecto estado de uso para la fabricación de los productos.

## 3ª .- PRECIO.-

Por la fabricación y control de los productos que son objeto de este contrato, ETHYPHARM pagará a BELMAC el precio y condiciones que se definen en el ANEXO 5 y que será revisado anualmente, de mutuo acuerdo y teniendo en cuenta los cambios necesarios, para poder asumir los futuros planes anuales de fabricación.

## 4ª.- DURACION Y VIGENCIA.-

La vigencia de este contrato comienza el día de la fecha del mismo y terminará el día 31 de Diciembre de 2.002. Se entenderá tácitamente prorrogado por períodos de cinco (5) AÑOS, a contar desde el 1 de Enero de 2.003 y así sucesivamente, en su caso, si ninguna de las partes comunica a la otra por escrito su voluntad de darlo por rescindido, al menos con SEIS MESES de antelación al vencimiento de su plazo de duración inicial o al de cualquiera de sus posibles prórrogas quinquenales.

Se acuerda como condición para la prórroga de este contrato que al inicio de cada una de las posibles prórrogas las partes se acrediten mutuamente la prórroga o nueva contratación, o regularización de las pólizas de seguros a que se hace referencia en la estipulación 11ª siguiente que deberán cubrir en todo caso el periodo prorrogado. Será causa de rescisión del contrato o de cualquiera de sus prórrogas la falta de este requisito.

## 5°.- PRODUCTOS DEFECTUOSOS.-

En el supuesto de que cualquier lote resulte defectuoso por no ser correctas las especificaciones y procedimientos proporcionadas por ETHYPHARM, éste vendrá de todas formas obligado a satisfacer a BELMAC el precio de la fabricación como sí la misma hubiera resultado enteramente correcta. Por el contrario, si se demostrase objetivamente que BELMAC es el causante del lote defectuoso, este se verá obligado a satisfacer a ETHYPHARM la cantidad correspondiente, mediante su coste industrial y la sustitución de productos en un plazo de 60 días.

CONFIDENTIAL

**6ª.-    NORMAS B.N.F. Y GARANTIA DE CALIDAD.-**

BELMAC se obliga a fabricar con cumplimiento de las Buenas Normas de Fabricación
(B.N.F.), de acuerdo con lo establecido en el Real Decreto 1.564/1.992, del 18 de
diciembre y al cumplimiento de todas las normas y Garantía de Calidad que le sean
aplicables como fabricante contenidas en el dicho Real Decreto.

-    Con relación al control de calidad de los productos, Belmac se regirá por las normas
     y especificaciones suministradas por Ethypharm, que se adjuntan como ANEXO 6.
     Cualquier modificación sobre las mismas deberán ser notificadas a Belmac, quien
     informará sobre la necesidad de adquisición o no de nuevos equipos específicos para
     Ethypharm, siendo si son necesarios los mismos, suministrados por Ethypharm.

-    BELMAC, se responsabiliza por los daños causados a los productos y materias bajo
     su custodia, por incumplimiento de las condiciones de almacenamiento aportadas
     por Ethypharm.

**7º.-    KNOW-HOW.-**

ETHYPHARM pone a disposición de BELMAC su know-how sobre la fabricación de
los productos, consistente en el proceso de fabricación y método de análisis de las
materias y productos suministrados por ETHYPHARM, así como del producto y
también eventualmente sobre material de acondicionamiento y condiciones de
conservación que se adjuntan como ANEXO 7.

ETHYPHARM se compromete a formar adecuadamente y a su cargo al personal de
BELMAC, en las técnicas específicas de estos procesos.

**8º.-    PACTO DE CONFIDENCIALIDAD Y SECRETO.-**

BELMAC se obliga a mantener en secreto la información y el know-how adquiridos
como consecuencia de la relación con ETHYPHARM y durante la vigencia del presente
contrato. Además, en todo caso, BELMAC se obliga a mantener en secreto y no usar la
información mientras subsista cualquier tipo de derecho, patente o marca del que sea
titular ETHYPHARM.

**9º.-    ETIQUETADO DE LOS PRODUCTOS.-**

Los productos acabados fabricados por BELMAC llevarán en el embalaje la etiqueta y
la marca e indicaciones que ETHYPHARM y BELMAC establezcan conjuntamente
conforme a las exigencias legales.

CONFIDENTIAL

**BEL006375**

A-234

**10º.- PEDIDOS Y PLAN DE FABRICACION. –**

a) BELMAC se obliga a fabricar, salvo fuerza mayor, cada uno de los productos acabados según el plan de fabricación previamente pactado por las partes. BELMAC se compromete a la entrega de los productos acabados dentro del plazo según el plan de fabricación antes citado, y en el lugar que ETHYPHARM le indique, a cargo de ETHYPHARM.

b) Los encargos se realizarán por escrito por pedidos en base a la previsión anual, con ajuste trimestral y revisión mensual de mutuo acuerdo.

c) BELMAC se obliga a informar mensualmente y en cualquier momento a solicitud de ETHYPHARM de sus existencias, así como de los movimientos de almacén.

**11º.-SEGUROS.-**

ETHYPHARM cubrirá mediante seguro, que tiene ya contratado, por responsabilidades por defectos en las especificaciones que ETHYPHARM ha establecido según se adjunta como ANEXO 8 / A su vez, BELMAC se compromete a mantener durante el tiempo que dure este contrato y hasta la caducidad del último lote fabricado, ~~un seguro general~~ *por cerveros* *necesarios* de responsabilidad civil, maquinaria y ~~demás materiales, y productos, según se adjuntan como ANEXO 9.~~ ~~y para~~ *si personal y maquinaria cedida por las ethypharma.*

**12º.- PROHIBICIÓN DE CESIÓN.-**

BELMAC no podrá ceder, transmitir o transferir a otra persona o personas, físicas o jurídicas, el presente contrato o cualesquiera de los derechos derivados del mismo sin consentimiento previo, por escrito, de ETHYPHARM.

**13º.- NO COMPETENCIA.-**

BELMAC se obliga, durante el tiempo de validez del presente contrato y, posteriormente, hasta que dicha información y know-how sea de dominio público, a no fabricar los productos con la tecnología que ETHYPHARM, ha puesto a disposición de BELMAC sin la expresa autorización previa de ésta.

**14º.- GARANTIA DE SUMINISTRO.-**

ETHYPHARM garantizará el suministro de productos en pellets a precio de mercado para BELMAC y sus clientes durante y después del tiempo de validez de este contrato, al menos durante diez (10) años( ~~tanto si los elementos de fabricación permanecen, como si son retirados de BELMAC por ETHYPHARM.~~ *P. Aclaración.*

S ≠

CONFIDENTIAL

BEL006376

A-235



**15°.- INDEMNIZACIONES.-**

Si por cualquier motivo se produjese el cese definitivo de las fabricaciones objeto de este contrato, ETHYPHARM indemnizará a BELMAC por inversiones y otros conceptos, inclusive lucro cesante, con la cantidad de 25.000.000 pts.-

Así mismo, esta indemnización pactada, se revisará anualmente, de acuerdo con los conceptos expuestos en esta cláusula.

**16°.- RESOLUCIÓN DEL CONTRATO.-**

El incumplimiento de cualquiera de las condiciones de este contrato y sus ANEXOS, será causa de resolución del mismo. Asimismo, serán causa de resolución de este contrato.

a.—   La presentación por parte de cualquiera de las partes de expediente de solicitud de estado de suspensión de pagos o de quiebra.

**17°.- NOVACIÓN.-**

Las obligaciones asumidas en virtud de este contrato extinguen completamente las previamente existentes entre las partes, así como los contratos vigentes que las regulan, a las que sustituyen íntegramente a todos los efectos, y, especialmente, a efectos de lo establecido para la novación de las obligaciones que determina el artículo 1204 del Código Civil. No obstante lo anterior, se dejan vigentes a todos los efectos, todos los pactos de secreto y confidencialidad suscritos entre las partes hasta la fecha, que se considerarán parte integrante de este contrato y plenamente aplicables al mismo.

**18°.- VISITAS.-**

ETHYPHARM o la persona que ésta designe queda autorizada conviniendo la fecha, a realizar visitas de inspección y/o auditoría, formación y otras de carácter general a las instalaciones de BELMAC para comprobar la regularidad de la fabricación de los productos y la correcta utilización de su maquinaria, y el cumplimiento de las normas respecto de la Garantía de Calidad; así como las que sean precisas para la formación del personal, debiendo avisar con antelación suficiente.

**19°.- DOCUMENTACIÓN.-**

BELMAC se obliga a la preparación, archivo y conservación de la documentación que establece el Real Decreto 1.564/1.992, de 18 de diciembre (en particular, en su artículo 35) estando la misma a disposición de ETHYPHARM cuando así lo requiera. Igualmente BELMAC suministrará a ETHYPHARM junto con los lotes copia de los documentos pactados entre ambas partes que se adjuntan como ANEXO 10.

CONFIDENTIAL

**20º.- FASES DE FABRICACION.-**

En cumplimiento de lo preceptuado por el artículo 29 del Real Decreto 1564/1.992, de 18 de diciembre, se acompañan como <u>ANEXO 11</u> los acuerdos técnicos correspondientes firmados por los Directores Técnicos de las partes.

**21º.- ARBITRAJE.-**

Para cuantas cuestiones puedan surgir respecto al cumplimiento o a la resolución del presente contrato las partes – con renuncia a ejercitar su derecho ante la jurisdicción ordinaria – se someten al arbitraje de derecho de un árbitro designado por LA CAMARA DE COMERCIO E INDUSTRIA DE MADRID. Las partes se obligan a cumplir, tanto las resoluciones interlocutorias, como el laudo que finalmente se dicte. El plazo máximo para emitir el laudo se fija en seis meses contados desde la aceptación del árbitro a la resolución de la controversia, la cual habrá de producirse en un plazo de quince días a contar desde la notificación.

Y enteradas ambas partes del contenido jurídico y económico de este documento, que aceptan en su integridad, lo firman junto con sus ANEXOS por duplicado en el lugar y fecha indicados al principio.

Fdo.: ETHYPHARM, S.A.,  p.p.

Fdo.: LABORATORIOS BELMAC, S.A. p.p.

CONFIDENTIAL

BEL006378

A-237

1.- ~~la~~ ~~material~~ La adquisición de materiales de acondiciona-
miento comune a Belmac y Ethyph., será realizado por
Belmac, facturando ~~esto~~ las Belmac a Ethypharm a
precio de costo, los p lo sean necesarios por su fabrica-
ción o ~~ueau~~ demandados por los mismos.

2.-- ~~Ethypharm y Belmac~~ ~~por escrito~~ ~~formadas~~ ~~formalaje~~
Realizada la formación adecuada, Belmac y Ethypharm
~~efectuará~~ ~~la idoneidad~~ ~~o~~ ~~según~~ ~~determinarán~~
conjuntamente la idoneidad del personal
formado.

3.- .... se le corresponder legalmente como fabricante. Así mismo,
y por indicación de Ethypharm se incluirán en los
~~esos~~ ~~p    la llevan~~ embalajes las ~~obtz se~~
~~dar    las referente a p~~ los textos p considera necesarios
~~efectivas~~ ~~referente~~ a su tecnología.
~~referencias~~ referente

4.- Punto II seguros.—

5.- ~~Quien~~ _____

6.- Compensaciones.- A concretar ~~entre~~ por ambas
parte antes de la firma del contrato.

7.-

(08).- Belmac no podrá delegar a terán
~~delegar~~ ninguna fabricación o fase de
fabricación objeto de ste contrato

CONFIDENTIAL

BEL006379

A-238

CONTRACT OF MANUFACTURING PHARMACEUTICAL PRODUCTS FOR THIRD PARTIES.

In Madrid, on September _____ of 1997.

Having met:
From one party:
Mr. _____ (personal information)
From the other party:
Mr. _____ (personal information)

Intervene
Mr. _____, in the name of and representing the entity ETHYPHARM, Inc., with a home address in _____, _____ street and with N.I.F. _____, with powers in force.
Mr. _____, in the name of and representing the entity LABORATORIOS BELMAC, Inc., with a home address in _____, _____ street and with N.I.F. _____, with powers in force.

Both parties mutually recognize that they have sufficient legal powers for issuing this document, so they
STATE

First: That ETHYPHARM Inc, hereafter refer as ETHYPHARM, is a company which objective is the development, manufacturing and registration of pharmaceutical products, hereafter , the products; and that it has at its disposal the machinery, technology and patents required for their manufacturing.

Second: That LABORATORIOS BELMAC Inc., hereafter BELMAC, is dedicated to the development, manufacturing, registration and commercialization of pharmaceutical products.

Third: That BELMAC is interested in the manufacture of the following products for ETHYPHARM related in separate documentation as Annex 1.

Fourth: That ETHYPHARM is interested in contracting the entity BELMAC for the manufacturing of the products detailed in Annex 1 in the plants of BELMAC located in Zaragoza, Polygon Malpica, C4 Street; and that BELMAC is equally interested in manufacturing the same; so they have agreed in this CONTRACT OF MANUFACTURING PHARMACEUTICAL PRODUCTS FOR THIRD PARTIES, according to the following stipulations.

STIPULATIONS

First: Consent and objective.

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-239

a.) ETHYPHARM states to BELMAC that accepts the manufacturing of the products detailed in the Annex 1 of this contract according to the norms and specifications of ETHYPHARM for the manufacture and quality control of the products. The index of the products is attached in the Annex 2.
The orders will be made by means of requests with an annual forecast, and quarterly, adjustment agreeing minimal annual manufacturing.

b.) ETHYPHARM will provide the raw materials, the active ingredients and excipients, hereafter the matters and conditioning materials necessary for the manufacture of the products. The aforementioned matters and materials also may be supplied by third parties provided that they are recorded as such by ETHYPHARM and BELMAC.

BELMAC will obtain and control freely the necessary auxiliary substances and pledges to have such substances in sufficient quantity to ensure the manufacture and control of the products.

Second. Machinery, documents and manufacture elements.

For that effect ETHYPHARM has placed BELMAC in possession and use of the machinery and other elements for the manufacture of the products detailed in the Annex 1.

Such machinery and elements are detailed in the Annex 3 of this contract. The use of such machines and elements is subject to the duration of this contract, so in case of its termination BELMAC is under obligation of returning them to ETHYPHARM, entity which will pay for the return expenses.

Also by signing this contract ETHYPHARM places at the disposal of BELMAC documents and reports on the manufacture, know how and control, and quality guarantee (Annex 3). BELMAC is under obligation to return such documentation and know how to ETHYPHARM upon termination of the contract.

BELMAC is under the obligation of maintaining the machinery and other elements which are the property of ETHYPHARM. On the other hand, ETHYPHARM will pay the cost of the pieces and elements necessary for the maintenance of the machinery, as well as the external maintenance if such is necessary. BELMAC accepts the responsibility of maintaining the machines in perfect condition for the manufacture of the products.

Third. Price.
For the manufacture and control of the products covered in this contract ETHYPHARM will pay BELMAC the prices detailed in Annex 5, which will be revised annually by mutual agreement, having in consideration the necessary changes, in order to be able to deal with future annual plans of manufacturing.

Fourth. Duration.
This contract is in force starting on the date of its signing and will end on December 31, 2002. It will extend tacitly for periods of 5 years starting on January 1, 2003 and again successively if none of the parties communicate the other in a written form its desire to rescind it, at least six months

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

ahead of the date of the initial duration or any of the possible 5-year extensions.

It is agreed as condition for the extension of this contract that at the beginning of each of the possible extensions both parties agree in the extension and regularize the insurance policies referred in the stipulation 11. Failing to fulfill this requirement will constitute cause to rescind this contract.

Fifth. Defective products.

If any lot becomes defective because the specifications and procedures supplied by ETHYPHARM are not correct, this entity will be under obligation to pay BELMAC the price of the manufacture as if the manufacture had been correct. On the contrary, if it is objectively proven that BELMAC has caused the defective lot, BELMAC is under obligation to pay ETHYPHARM the corresponding amount and substitute the product within 60 days.

Sixth. Norms BFN and quality guarantee.

BELMAC is under obligation to manufacture fulfilling the "Buenas Formas de Fabricación" (Good Norms of Manufacturing), included in the Royal Decree 1564 dated December 18, 1992, and the fulfillment of all the applicable norms and quality guarantees contained in such Royal Decree.

In relation to the quality control of the products, BELMAC will be guided by the norms and specifications provided by ETHYPHARM, which are detailed in Annex 6. Any modification must be notified to BELMAC, which will inform of the need to acquire or not new equipment for ETHYPHARM, entity which will supply it if deemed necessary.

BELMAC assumes the responsibility for all damages caused to the products and materials under its care for not following the storage conditions provided by ETHYPHARM.

Seventh. Know-How.

ETHYPHARM places under disposal of BELMAC its know-how about the manufacture of the products, consisting of the manufacture process and method of analysis of the materials and products provided by ETHYPHARM, as well as the products and materials attached as Annex 7.

ETHYPHARM accepts the responsibility of instructing properly the personal of BELMAC in the specific techniques of these procedures.

Eighth. Pact of confidentiality and secrecy.

BELMAC is under the obligation of keeping in secret the information and the know-how acquired as consequence of its relationship with ETHYPHARM and as long as this contract remains in force. Besides, in all case, BELMAC is under the obligation of keeping in secret and not use the

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-241

information as long as subsists any type of fight, patent or trademark belonging to ETHYPHARM.

Ninth. Labeling of the products.

The finished products manufactured by BELMAC would carry in its packing the label [text crossed]

Tenth. Requests and manufacturing plan.

a) BELMAC is under obligation to manufacture, except in cases of force majeure, each one of the products finished according to the manufacture plan previously agreed upon by the parties. BELMAC is under obligation to deliver of the finished products within the time limit according to the manufacture plan cited before, and in the place indicated by ETHYPHARM.

b) The orders will be written according to the annual agreement, with quarterly adjustments and monthly revisions, as per mutual agreement.

c) BELMAC is under the obligation to report monthly and at any time by request of ETHYPHARM of its stock in hand as well as the storage movements.

Eleventh. Insurance.

ETHYPHARM will cover by means of insurance, already under contract, for liabilities due to defects in the specifications that ETHYPHARM has established and detailed in Annex 8. In turn, during the time this contract is in force BELMAC accepts the responsibility of maintaining the necessary insurance policies regarding civil liability, its personnel and the machinery provided by ETHYPHARM.

Twelfth. Prohibition of cession.

BELMAC could no transfer to another person, physical or legal, the present contract or any of the legal rights derived from it without previous written consent of ETHYPHARM.

Thirteenth. No competition.

BELMAC is under the obligation, during the time this contract is in force, and later, until the respective information and know-how become public domain, to not manufacture the products with the technology that ETHYPHARM has provided BELMAC without the expressed authorization of ETHYPHARM.

Fourteenth. Supply guarantee.

ETHYPHARM will guarantee the supply of products in pellets at market price for BELMAC and its clients, during and after the validity of this contract, at least for ten years.

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

Fifteenth. Labor responsibilities.

[Section crossed in the original]

Sixteenth. Contract termination.

The unfulfillment of any of the conditions of this contract and its annexes will be cause of its termination.

Seventeenth. Novation.

The obligations assumed by virtue of this contract extinguish completely the obligations previously existing between the parties, as well as the contracts in force which regulate them, substituting them completely for all effects, and specially to the effect of the novation of obligations established by article 1204 of the Civil Code. Nevertheless, stay in force all pacts of secrecy and confidentiality agreed by the parties up to the date of the contract, which will be considered as an integral part of this contract and completely applicable to the same.

Eighteenth. Visits.

ETHYPHARM or the person designated by this entity will be authorized to do visits of inspection and/or audit to the plants of BELMAC to verify the regularity of the manufacture of the products and the correct utilization of its machinery, and the fulfillment of the norms concerning the Quality Guarantee; as well as visits necessary to the instruction of the personnel, although each visit must be announced within reasonable time.

Nineteenth. Documentation.

BELMAC is under the obligation of preparing, filing and conserving the documentation established by the Royal Decree 1564 of December 18, 1992 (in particular its article 35), documentation which must also be available by request to ETHYPHARM whenever this entity deems it necessary.
Also BELMAC will provide to ETHYPHARM copy of the documents agreed upon detailed in the attached Annex 10.

Twentieth. Manufacture processing steps.

In fulfillment to what it is prescribed by article 29 of the Royal Decree 1564 dated December 18, 1992, Annex 11 contains the corresponding technical agreements signed by the Technical Directors of the parties.

Twenty-first. Arbitration.

For whatever matters which may arise respect to the fulfillment or termination of the present

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-243

contract, the parties --waiving their right before the ordinary jurisdiction -- will submit themselves to arbitration by an arbitrator designated by the Chamber of Commerce and Industry of Madrid. The parties will be under obligation to accept his/her final decision. The time limit for the arbitrator to come with the decision is hereby establish as six months starting from the acceptance of the arbitrator.

And both parties, having understood the legal and economic content of this document, which they accept in its entirety, sign it together with its Annexes with a duplicate in the place and date indicated at the beginning

Signed: Ethypharm, Inc.

Signed: Belmac Laboratories, Inc.

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

CONTRATO   BELMAC

1.- RETROACTIVIDAD DEL CONTRATO
    P. 3 - PUNTO 3
    P. 3 - CONOCIMIENTO DE RELACION ANTERIOR
    P. 4 - DOCUMENTACION (CONFIDENCIALIDAD)
(PRODUCTOS EXCLUSIVA.) P.4 - BELMAC FABRICARA LOS PRODUCTOS EN
    EXCLUSIVA PARA ETHYPHARM (PRODUCTOS DEL ACUERDO)
(P.4) NO PODRA SUBCONTRATAR LAS FABRICACIONES (*)
    definicion del fabricacion

ESTIPULACIONES:

(P.1) MATERIAL A PRECIO DE COSTO → COMUNES
P.2 (PUESTO EN CUSTIVICTO.) ABOGADO} Iguano carácter).
    QUE SON PROPIEDAD DE ETHY PHARM.
(P.2) HA PUESTO: RETROACTIVIDAD EN TODO CONTRATO.
P.3: OK.
OK→ P.4 DURACION y VIGENCIA: 5 AÑOS y buenos DE ANTORACION
    EN CUALQUIER MOMENTO.
P.5: OK.
P.6: OK
Aperdia (OK.) P7: VERBO "HA PUESTO" RELACIONES ANTERIORES
    (PERSONAL NO ARTICULO ES ETHY NO CONTRATA PERSONAL.
    LA PERSONA FORMARIA AYUDARA CON ETHY.)
(P8: NO USAR ~~RELA~~ )
(OK.) P8: CONTRATA
OK a ethyph. (P9:) ETHY ESTABLECERA JURIDICAMENTE PERSONA.
P10: OK.
P11: SEGUROS NO a. (PERIODO N.BELMAC)
P12: OK
P13: OK (NO UTILIZACION DOCUMENTACION ETHYPHARM.)
    "PROCEDENCIA ETHY"
(P.14:) (MARGEN DE SUMINISTRO: MAQUINAS RETIRADAS?
(P.15: NO (INDEMNIZACIONES)
(P16) OBLIGACIONES SOCIAL - LABORAL (POWER)
(P17:) CAMBIO ESENCIAL DEL ACCIONARIADO
(P.18:) - DE LO FABRICADO E REMUNERACION

→ (12/1/14)

CONFIDENTIAL

BEL006371

A-245

Borrador 3/09/97

## CONTRATO DE FABRICACIÓN POR TERCEROS DE PRODUCTOS FARMACÉUTICOS

En Madrid, a ......... de septiembre de mil novecientos noventa y siete.

### REUNIDOS

\*DE UNA PARTE:

-D. .............. (datos personales)

\*DE OTRA PARTE:

-D. ................ (datos personales)

### INTERVIENEN

- D. .............., en nombre y representación de la entidad ETHYPHARM, S.A., con domicilio en ................., calle...................y con N.I.F. ....................., según poderes vigentes al efecto.

- D. .........................., en nombre y representación de la entidad LABORATORIOS BELMAC, S.A., con domicilio en ............., calle ........... y con N.I.F. .............., según poderes vigentes al efecto.

Ambas partes se reconocen mutuamente capacidad y legitimación suficiente para el otorgamiento de este documento y, a cuyo efecto

### EXPONEN

PRIMERO.- Que ETHYPHARM, S.A., en adelante ETHYPHARM, es una sociedad cuyo objeto social consiste en la fabricación, desarrollo y registro de productos farmacéuticos, de ahora en adelante, los productos; y que dispone de la maquinaria, tecnología y patentes necesarias para fabricarlos.

SEGUNDO.- Que LABORATORIOS BELMAC, S.A., en adelante BELMAC, se dedica a la fabricación, desarrollo, registro y comercialización de productos farmacéuticos; actividad que desarrolla en Zaragoza, Polígono Malpica, calle C-4.

TERCERO.- Que ~~hasta la fecha y como consecuencia de una relación anterior entre las partes BELMAC ha fabricado los productos para ETHYPHARM.~~

*Lo los siguiente productos para Ethypharm*
*Que Lab. Belmac está interesado en la fabricación de los siguientes*
*productos para Ethypharm. y se relacionan en documento*
*aparte como anexo I.*

CONFIDENTIAL



BEL006389

A-246

Case 1:04-cv-01300-SLR   Document 71   Filed 09/15/2006   Page 28 of 30

04/09 '97 JUE 14:06 FAX 3199159          ETHYPHARM S.A.          ☎005

3/09/97

CUARTO.- Que ETHYPHARM está interesada en contratar a la entidad BELMAC para que ésta le fabrique los productos en las instalaciones de ésta. BELMAC está igualmente interesada en realizar la fabricación de los mismos, para lo que han convenido en obligarse por medio de este CONTRATO DE FABRICACIÓN POR TERCEROS DE PRODUCTOS FARMACÉUTICOS, de acuerdo con las siguientes estipulaciones.

ESTIPULACIONES

*por que a non pertenecen a este contrato ?*

1ª.- CONSENTIMIENTO Y OBJETO.-

a.-ETHYPHARM encarga a BELMAC que acepta la fabricación de los productos que se detallan en el ANEXO 1 de este contrato según las normas y especificaciones de ETHYPHARM para la fabricación y control de calidad de los mismos, que declaran conocer y aceptar y que tiene en su poder como consecuencia de la anterior relación. Se acompaña el índice de las mismas en el ANEXO 2. La fabricación de los productos deberá realizarse con estricta observancia de la Farmacopea Europea que esté en vigor en cada momento. Asimismo los productos deberán ser conformes con las especificaciones técnicas a que se refiere el citado ANEXO 2. BELMAC fabricará los productos en exclusiva para ETHYPHARM.  *los producto de Eth.*

BELMAC únicamente podrá fabricar sus productos en sus instalaciones, sitas en Zaragoza, Polígono Malpica, calle C-4. Los encargos se realizarán por medio de pedidos, órdenes de fabricación o similar. *con una previsa auxiliar ajuste trimestral, por un* *tres los siguientes minimos/ aninde de fabricación.*

b.- ETHYPHARM le suministrará las materias primas, los solventes y los principios activos, en adelante las materias, necesarias para la fabricación de los productos. Las materias antes indicadas también podrán ser suministradas por terceros en los supuestos en que así lo indique ETHYPHARM a BELMAC.

BELMAC se abastecerá y controlará libremente las sustancias auxiliares necesarias para el control de las materias y el material de acondicionamiento y para las fabricaciones de los productos, y se compromete a tener dichas sustancias en cantidad suficiente para asegurar la fabricación y control de los productos.

El importe de la adquisición del material de acondicionamiento será facturado aparte por BELMAC a ETHYPHARM por el precio de coste.

2ª.- MAQUINARIA, DOCUMENTOS Y ELEMENTOS DE FABRICACIÓN.-

A tal fin, ETHYPHARM ha puesto en posesión y uso de BELMAC la maquinaria y demás elementos para la fabricación de productos que son propiedad de ETHYPHARM. Dicha maquinaria y elementos se relacionan en el ANEXO 3 de este contrato. El uso de dichas máquinas y elementos queda supeditado a la vigencia de este contrato, por lo que a su resolución o terminación BELMAC queda obligada a devolverlos a ETHYPHARM, BELMAC se obliga a hacer constar en todo caso y frente a terceros que la maquinaria y

*a ofe de Et*

2

04/09 '97 13:06          N° TX/RX4770          P.005
CONFIDENTIAL

BEL006390

A-247

3/09/97

demás elementos que se detallan en el <u>ANEXO 3</u> no son de su propiedad sino de ETHYPHARM.

Asimismo con motivo de la firma de este contrato y en su ejecución ETHYPHARM ~~ha puesto~~ a disposición de BELMAC documentos e informes sobre fabricación, know-how y control, y garantía de calidad (ANEXO 3). BELMAC queda obligada a entregar dicha documentación y know-how a ETHYPHARM, una vez finalizado el contrato.

. BELMAC se obliga al mantenimiento de la maquinaria y demás elementos propiedad de ETHYPHARM. Por su parte, ETHYPHARM pagará el importe de las piezas que sean precisas para el mantenimiento de las mismas. BELMAC se compromete a mantener las máquinas en perfecto estado de uso para la fabricación de los productos.

### 3ª.- PRECIO.-

Por la fabricación y control de los productos que son objeto de este contrato, ETHYPHARM pagará a BELMAC un precio y condiciones que se definen en el ANEXO 4 y que será revisado anualmente.

### 4ª.- DURACIÓN Y VIGENCIA.- 1999

La vigencia de este contrato comienza el día de la fecha del mismo y terminará el día 31 de Diciembre de 1.997. Se entenderá tácitamente prorrogado por períodos de UN (1) AÑO, a contar desde el 1 de Enero de 1.998 y así sucesivamente, en su caso, si ninguna de las partes comunica a la otra por escrito su voluntad de darlo por rescindido, al menos con SEIS MESES de antelación al vencimiento de su plazo de duración inicial o al de cualquiera de sus posibles prórrogas anuales.

Se acuerda como condición para la prórroga de este contrato que al inicio de cada una de las posibles prórrogas las partes se acrediten mutuamente la prórroga o nueva contratación, o regularización de las pólizas de seguros a que se hace referencia en la estipulación 11ª siguiente que deberán cubrir en todo caso el período prorrogado. Será causa de rescisión del contrato o de cualquiera de sus prórrogas la falta de este requisito.

### 5ª.- PRODUCTOS DEFECTUOSOS.-

En el supuesto de que cualquier lote resulte defectuoso por no ser correctas las especificaciones indicadas por ETHYPHARM, ésta vendrá de todas formas obligada a satisfacer a BELMAC el precio de la fabricación como si la misma hubiera resultado enteramente correcta. Por el contrario, si BELMAC no cumpliese por negligencia o se demostrase que no ha seguido las buenas normas de fabricación, se verá obligada a satisfacer a ETHYPHARM la cantidad correspondiente, mediante su coste industrial y la sustitución del producto en un plazo de 60 días.

3

BEL006391

A-248

-3/09/97

### 6ª.- NORMAS B.N.F. Y GARANTÍA DE CALIDAD.-

BELMAC se obliga a fabricar con cumplimiento de las Buenas Normas de Fabricación (B.N.F.), de acuerdo con lo establecido en el Real Decreto 1.564/1.992, del 18 de diciembre y al cumplimiento de todas las normas y Garantía de Calidad que le sean aplicables como fabricante contenidas en el dicho Real Decreto, para todos los productos objeto de este contrato.

- Se entenderá como Garantía de Calidad Farmacéutica el conjunto de medios personales y materiales , así como de operaciones que se han de realizar en un laboratorio necesarias para conseguir la elaboración uniforme de los medicamentos, asegurando la homogeneidad de los lotes y controlando los niveles de calidad de forma que pueda certificarse la conformidad de cada lote con las especificaciones autorizadas.

- Con relación al Control de Calidad de los productos BELMAC se obliga a tener a punto el material de laboratorio necesario, así como los aparatos precisos para realizar los análisis de los productos fabricados para ETHYPHARM. Este control debe realizarse de acuerdo con la norma vigente (Real Decreto 1.564/1.992 antes citado), y según las normas y especificaciones exigidas por ETHYPHARM. *suministradas por Ethypharm.*

- BELMAC, se responsabiliza por los daños causados por las malas condiciones de almacenamiento de los productos y materias bajo su custodia o por su uso impropio o abusivo.

### 7°.- KNOW-HOW.- *pour a*

ETHYPHARM ha puesto ~~como consecuencia de relaciones anteriores entre las partes,~~ a disposición de BELMAC su know-how sobre la fabricación de los productos, consistente en el proceso de fabricación y método de análisis de las materias y productos suministrados por ETHYPHARM, así como el producto y también eventualmente sobre material de acondicionamiento.

ETHYPHARM se compromete a ~~seguir enviando~~ *enviar* personal propio a su cargo para formar al personal de BELMAC, ~~como ya ha venido haciendo como consecuencia de las relaciones anteriores.~~ Las personas designadas por BELMAC para la fabricación de los productos, tendrán el nivel educativo adecuado para recibir la formación sobre la correcta fabricación de los productos y utilización de la maquinaria de ETHYPHARM y demás elementos.

### 8°.- PACTO DE CONFIDENCIALIDAD Y SECRETO.-

BELMAC se obliga a mantener en secreto y a no usar la información y el know-how adquiridos como consecuencia de la relación con ETHYPHARM y de la firma y ejecución de este contrato durante la vigencia del mismo y, posteriormente, hasta que dicha información y know-how sea de dominio público por otra procedencia diferente a ETHYPHARM. Además, en todo caso, BELMAC se obliga a mantener en secreto y no usar dicha información mientras subsista cualquier tipo de derecho, patente o marca del

4

BEL006392

A-249