*igual el/faran*

3/09/97

que sea titular ETHYPHARM. Igualmente ETHYPHARM se obliga a guardar secreto y no usar la información obtenida como consecuencia de la relación mantenida durante la vigencia de este contrato.

De cualquier forma se acuerda que BELMAC o sus colaboradores no podrán, en ningún caso, hacer referencia ni utilizar el contenido de sus relaciones con ETHYPHARM en sus relaciones con terceros y otros laboratorios, sin previa autorización escrita de ETHYPHARM. ~~Si algún trabajador terminase su relación contractual con BELMAC, ésta recordará al trabajador la obligación de secreto y la responsabilidad posterior.~~

En el caso que BELMAC incumpla las obligaciones de confidencialidad y secreto establecidas en este contrato, ésta se obliga a pagar a ETHYPHARM como penalización, el importe correspondiente al 30 por ciento, de la facturación bruta anual de ETHYPHARM por cada incumplimiento contractual.

## 9°.- ETIQUETADO DE LOS PRODUCTOS.-

Los productos acabados fabricados por BELMAC llevarán en el embalaje la etiqueta y/o la marca e indicaciones que ETHYPHARM establezca. BELMAC únicamente podrá insertar en los embalajes los textos conforme a las exigencias legales, que le correspondan y competan como fabricante.

## 10°.- PEDIDOS Y PLAN DE FABRICACIÓN.-

a)   BELMAC se obliga a fabricar con las materias primas necesarias cada uno de los productos acabados según el plan de fabricación previamente pactado por las partes.
BELMAC se compromete a la entrega de los productos acabados dentro del plazo según el plan de fabricación antes citado, y en el lugar que ETHYPHARM le indique.

b)   Las órdenes de fabricación y entregas, en particular pedidos, serán únicamente emitidas y reguladas por ETHYPHARM o quien ésta designe. Estas órdenes de fabricación se harán trimestralmente con una revisión mensual.

c)   BELMAC se obliga a informar a ETHYPHARM, por medio de comunicados escritos de las existencias, mediante el envío de una copia de los correspondientes partes de llegada y salida de las mismas.

## 11°.- SEGUROS.-

ETHYPHARM cubrirá mediante seguro, que tiene ya contratado, por responsabilidades debidas a BELMAC por defectos en las especificaciones que ETHYPHARM ha establecido . A su vez, BELMAC tiene ya contratado, para todo el tiempo que dure este contrato y durante un período de al menos el equivalente a la caducidad del último lote fabricado, un seguro general de responsabilidad civil, maquinaria y demás material, y productos, así como un seguro contra las reclamaciones

5

BEL006393

A-250

*Precio*                                                                    3/09/97

cubiertas por las disposiciones del presente contrato y además un seguro global de responsabilidad extracontractual en consonancia con el valor de lo asegurado.

. Una copia de estos dos seguros se acompaña a este contrato como <u>ANEXO 5</u> .

**12ª.- PROHIBICIÓN DE CESIÓN.-**

BELMAC. no podrá ceder, transmitir o transferir a otra persona o personas, físicas o jurídicas, el presente contrato o cualesquiera de los derechos derivados del mismo sin consentimiento previo, por escrito, de ETHYPHARM.

**13º.- NO COMPETENCIA.-**

BELMAC se obliga, durante el tiempo de validez del presente contrato y, posteriormente, hasta que dicha información y know-how sea de dominio público por otra procedencia diferente a ETHYPHARM, a no fabricar los productos con la tecnología que ETHYPHARM, ha puesto a disposición de BELMAC sin la expresa autorización previa de ésta. Por otra parte, ETHYPHARM garantizará el suministro de productos en pellets para BELMAC y sus posibles clientes después del tiempo de validez de este contrato, ~~siempre que~~ *de todo los cuales fabricado por Belmac .* 

**14.- OBLIGACIONES SOCIALES Y LABORALES.-**

El incumplimiento de sus obligaciones por BELMAC, o el incumplimiento de las normas de seguridad por sus trabajadores, no implicará responsabilidad ni obligación alguna para ETHYPHARM.

En ningún momento podrá entenderse establecida relación de ninguna clase entre ETHYPHARM y los trabajadores al servicio de BELMAC que se ocupen en la fabricación de los productos.  *Nu*

**15º.- RESOLUCIÓN DEL CONTRATO.-**

El incumplimiento de cualquiera de las condiciones de este contrato y sus ANEXOS, será causa de resolución del mismo. Asimismo, serán causa de resolución de este contrato:

a.-La presentación por parte de BELMAC de expediente de solicitud de estado de suspensión de pagos o de quiebra.

b.-El cambio ~~esencial~~ (mayor o igual al 25%), de forma directa o indirecta, que pueda producirse dentro del accionariado de BELMAC integrante de su capital social. ~~En caso de que hubiera una modificación por la entrada de una persona o sociedad que no perteneciera al grupo de los accionistas actuales de BELMAC, ETHYPHARM estaría autorizada a rescindir el presente contrato.~~ BELMAC se compromete a comunicar por correo certificado cualquier cambio ~~esencial~~ (mayor o igual al 25%) de su capital social. ~~de los antes indicados.~~ 

6

*tiempo y cuando ... a los ... contractuales y financieros ... en que las calidad y Amplitud.*

 *hoja aparte .-*

BEL006394

A-251

3/09/97

**16°.- NOVACIÓN.-**

Las obligaciones asumidas en virtud de este contrato extinguen completamente las previamente existentes entre las partes, así como los contratos vigentes que las regulan, a las que sustituyen íntegramente a todos los efectos, y, especialmente, a efectos de lo establecido para la novación de las obligaciones que determina el artículo 1204 del Código Civil. No obstante lo anterior, se dejan vigentes a todos los efectos, todos los pactos de secreto y confidencialidad suscritos entre las partes hasta la fecha, que se considerarán parte integrante de este contrato y plenamente aplicables al mismo.

**17°.- VISITAS.-**

ETHYPHARM o la persona que ésta designe queda autorizada a realizar visitas de inspección y/o auditoría, formación y otras de carácter general a las instalaciones de BELMAC para comprobar la regularidad de la fabricación de los productos y la correcta utilización de su maquinaria, y el cumplimiento de las normas respecto de la Garantía de Calidad; así como las que sean precisas para la formación del personal, debiendo avisar con antelación.

**18°.- DOCUMENTACIÓN.-**

BELMAC se obliga a la preparación, archivo y conservación de la documentación que establece el Real Decreto 1.564/ 1.992, de 18 de diciembre (en particular, en su artículo 35). Igualmente se obliga a suministrar a ETHYPHARM junto con los lotes una copia de los documentos de producción de los mismos.

**19°.- FASES DE FABRICACIÓN.-**

En cumplimiento de lo preceptuado por el artículo 29 del Real Decreto 1564/ 1992, de 18 de diciembre, se acompañan como <u>ANEXO 6</u> las fases de fabricación o análisis de los productos y los acuerdos técnicos correspondientes firmados por los Directores Técnicos de las partes.

**20°.- ARBITRAJE.-**

Para cuantas cuestiones puedan surgir respecto al cumplimiento o a la resolución del presente contrato las partes -con renuncia a ejercitar su derecho ante la jurisdicción ordinaria- se someten al arbitraje de derecho de un árbitro designado por LA CÁMARA DE COMERCIO E INDUSTRIA DE MADRID. Las partes se obligan a cumplir, tanto las resoluciones interlocutorias, como el laudo que finalmente se dicte. El plazo máximo para emitir el laudo se fija en seis meses contados desde la aceptación del árbitro a la resolución de la controversia, la cual habrá de producirse en un plazo de quince días a contar desde la notificación.

7



BEL006395

A-252

3/09/97

Y enteradas ambas partes del contenido jurídico y económico de este documento, que aceptan en su integridad, lo firman junto con sus ANEXOS por duplicado en el lugar y fecha indicados al principio.

Fdo. ETHYPHARM S.A., p.p.

Fdo. LABORATORIOS BELMAC, S.A., p.p.

*(handwritten annotation)* (14) Indemnizaciones: ... de Ethypharm, ... de publicaciones objeto de este contrato, ... Ethypharm indemnizará a Belmac por ... con el fin de garantizar la ... publicación de productos ... en concepto de ... el ... producido adicto a reajuste estructural de Belmac y por lucro cesante con la cantidad de 45.000.000 pts.

8

CONFIDENTIAL

BEL006396

A-253

[Translation of manuscript page at the beginning of the contract:]

BELMAC CONTRACT
Retroactivity of the contract
    p. 3 Point 3
    p. 3 Knowledge of the previous relationship.
    p. 4 Documentation
Exclusive products
    p. 4 Exclusivity of products. Belmac will manufacture the products exclusively for
    Ethypharm (products of the Annex)
    p. 4 Will not be able to subcontract the manufacturing of the products. Define
    "manufacture."
Stipulations
    p. 1 Materials at cost price .
    p. 2 "placed in usufruct" Lawyer? Which are property of Ethypharm
    p. 2 Which has written "Retroactivity of the contract."
    p.4 ok Duration and "in force". 5 years, and 6 months in advance at any moment.
    p. 5 OK
    p. 6 OK
Appendix
    p. 7 OK
    Verb "has placed", previous relations
    p. 8 OK. Comment.
    p. 9 Ethy will establish. Image.Persona
    p. 10 OK
    p. 11 insurance.
    p. 12 OK
    p. 13 OK (No utilization. Documentation. Ethypharm.
    p. 14 Supply Guarantee. Retired machines?
    p. 15. No (Indemnification)
    p. 16 Obligations social-labor related.
    p. 17 Change
    p.18 Of which has been manufactured and penalties.

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

*Borrador 3/09/97*

## CONTRATO DE FABRICACIÓN POR TERCEROS DE PRODUCTOS FARMACÉUTICOS

En Madrid, a ......... de septiembre de mil novecientos noventa y siete.

### REUNIDOS

**\*DE UNA PARTE:**

-D. .............. (datos personales)

**\*DE OTRA PARTE:**

-D. ................ (datos personales)

### INTERVIENEN

– D. ..............., en nombre y representación de la entidad **ETHYPHARM, S.A.**, con domicilio en ................, calle.................y con N.I.F. ...................., *según poderes vigentes al efecto.*

– D. ..........................., en nombre y representación de la entidad **LABORATORIOS BELMAC, S.A.**, con domicilio en ............., calle ........... y con N.I.F. .............., según poderes vigentes al efecto.

Ambas partes se reconocen mutuamente capacidad y legitimación suficiente para el otorgamiento de este documento y, a cuyo efecto

### EXPONEN

**PRIMERO.-** Que ETHYPHARM, S.A., en adelante ETHYPHARM, es una sociedad cuyo objeto social consiste en la fabricación, desarrollo y registro de productos farmacéuticos, de ahora en adelante, los productos; y que dispone de la maquinaria, tecnología y patentes necesarias para fabricarlos.

**SEGUNDO.-** Que LABORATORIOS BELMAC, S.A., en adelante BELMAC, se dedica a la fabricación, desarrollo, registro y comercialización de productos farmacéuticos; actividad que desarrolla en Zaragoza, Polígono Malpica, calle C-4.

**TERCERO.-** Que hasta la fecha y como consecuencia de una relación anterior entre las partes BELMAC ha fabricado los productos para ETHYPHARM.

1



CONFIDENTIAL
EP 009177

A-255

3/09/97

**CUARTO.-** Que ETHYPHARM está interesada en contratar a la entidad BELMAC para que ésta le fabrique los productos en las instalaciones de ésta. BELMAC está igualmente interesada en realizar la fabricación de los mismos, para lo que han convenido en obligarse por medio de este **CONTRATO DE FABRICACIÓN POR TERCEROS DE PRODUCTOS FARMACÉUTICOS**, de acuerdo con las siguientes estipulaciones.

### ESTIPULACIONES

#### 1ª.- CONSENTIMIENTO Y OBJETO.-

a.-ETHYPHARM encarga a BELMAC que acepta la fabricación de los productos que se detallan en el ANEXO 1 de este contrato según las normas y especificaciones de ETHYPHARM para la fabricación y control de calidad de los mismos, que declaran conocer y aceptan y que tiene en su poder como consecuencia de la anterior relación. Se acompaña el índice de las mismas en el ANEXO 2. La fabricación de los productos deberá realizarse con estricta observancia de la Farmacopea Europea que esté en vigor en cada momento. Asimismo los productos deberán ser conformes con las especificaciones técnicas a que se refiere el citado ANEXO 2. BELMAC fabricará los productos en exclusiva para ETHYPHARM.

BELMAC únicamente podrá fabricar sus productos en sus instalaciones, sitas en Zaragoza, Polígono Malpica, calle C-4. Los encargos se realizarán por medio de pedidos, órdenes de fabricación o similar.

b.- ETHYPHARM le suministrará las materias primas, los solventes y los principios activos, en adelante las **materias**, necesarias para la fabricación de los productos. Las materias antes indicadas también podrán ser suministradas por terceros en los supuestos en que así lo indique ETHYPHARM a BELMAC.

BELMAC se abastecerá y controlará libremente las sustancias auxiliares necesarias para el control de las materias y el material de acondicionamiento y para las fabricaciones de los productos, y se compromete a tener dichas sustancias en cantidad suficiente para asegurar la fabricación y control de los productos.

El importe de la adquisición del material de acondicionamiento será facturado aparte por BELMAC a ETHYPHARM por el precio de coste.

#### 2ª.- MAQUINARIA, DOCUMENTOS Y ELEMENTOS DE FABRICACIÓN.-

A tal fin, ETHYPHARM ha puesto en posesión y uso de BELMAC la maquinaria y demás elementos para la fabricación de productos que son propiedad de ETHYPHARM. Dicha maquinaria y elementos se relacionan en el ANEXO 3 de este contrato. El uso de dichas máquinas y elementos queda supeditado a la vigencia de este contrato, por lo que a su resolución o terminación BELMAC queda obligada a devolverlos a ETHYPHARM. BELMAC se obliga a hacer constar en todo caso y frente a terceros que la maquinaria y

2

CONFIDENTIAL
EP 009178

A-256

3/09/97

demás elementos que se detallan en el ANEXO 3 no son de su propiedad sino de ETHYPHARM.

Asimismo con motivo de la firma de este contrato y en su ejecución ETHYPHARM ha puesto a disposición de BELMAC documentos e informes sobre fabricación, know-how y control, y garantía de calidad (ANEXO 3). BELMAC queda obligada a entregar dicha documentación y know-how a ETHYPHARM, una vez finalizado el contrato.

. BELMAC se obliga al mantenimiento de la maquinaria y demás elementos propiedad de ETHYPHARM. Por su parte, ETHYPHARM pagará el importe de las piezas que sean precisas para el matenimiento de las mismas. BELMAC se compromete a mantener las máquinas en perfecto estado de uso para la fabricación de los productos.

3ª.- PRECIO.-

Por la fabricación y control de los productos que son objeto de este contrato, ETHYPHARM pagará a BELMAC un precio y condiciones que se definen en el ANEXO 4 y que será revisado anualmente.

4ª.- DURACIÓN Y VIGENCIA.-

La vigencia de este contrato comienza el día de la fecha del mismo y terminará el día 31 de Diciembre de 1.997. Se entenderá tácitamente prorrogado por períodos de UN (1) AÑO, a contar desde el 1 de Enero de 1.998 y así sucesivamente, en su caso, si ninguna de las partes comunica a la otra por escrito su voluntad de darlo por rescindido, al menos con SEIS MESES de antelación al vencimiento de su plazo de duración inicial o al de cualquiera de sus posibles prórrogas anuales.

Se acuerda como condición para la prórroga de este contrato que al inicio de cada una de las posibles prórrogas las partes se acrediten mutuamente la prórroga o nueva contratación, o regularización de las pólizas de seguros a que se hace referencia en la estipulación 11ª siguiente que deberán cubrir en todo caso el periodo prorrogado. Será causa de rescisión del contrato o de cualquiera de sus prórrogas la falta de este requisito.

5ª.- PRODUCTOS DEFECTUOSOS.-

En el supuesto de que cualquier lote resulte defectuoso por no ser correctas las especificaciones indicadas por ETHYPHARM, ésta vendrá de todas formas obligada a satisfacer a BELMAC el precio de la fabricación como si la misma hubiera resultado enteramente correcta. Por el contrario, si BELMAC no cumpliese por negligencia o se demostrase que no ha seguido las buenas normas de fabricación, se verá obligada a satisfacer a ETHYPHARM la cantidad correspondiente, mediante su coste industrial y la sustitución del producto en un plazo de 60 días.

3

CONFIDENTIAL
EP 009179

3/09/97

**6ª.- NORMAS B.N.F. Y GARANTÍA DE CALIDAD.-**

BELMAC se obliga a fabricar con cumplimiento de las Buenas Normas de
Fabricación (B.N.F.), de acuerdo con lo establecido en el Real Decreto 1.564/1.992, del
18 de diciembre y al cumplimiento de todas las normas y Garantía de Calidad que le sean
aplicables como fabricante contenidas en el dicho Real Decreto, para todos los productos
objeto de este contrato.

- Se entenderá como Garantía de Calidad Farmacéutica el conjunto de medios personales
y materiales , así como de operaciones que se han de realizar en un laboratorio necesarias
para conseguir la elaboración uniforme de los medicamentos, asegurando la
homogeneidad de los lotes y controlando los niveles de calidad de forma que pueda
certificarse la conformidad de cada lote con las especificaciones autorizadas.

- Con relación al Control de Calidad de los productos BELMAC se obliga a tener a
punto el material de laboratorio necesario, así como los aparatos precisos para realizar
los análisis de los productos fabricados para ETHYPHARM. Este control debe realizarse
de acuerdo con la norma vigente (Real Decreto 1.564/1.992 antes citado), y según las
normas y especificaciones exigidas por ETHYPHARM.

- BELMAC, se responsabiliza por los daños causados por las malas condiciones de
almacenamiento de los productos y materias bajo su custodia o por su uso impropio o
abusivo.

**7º.- KNOW-HOW.-**

ETHYPHARM ha puesto como consecuencia de relaciones anteriores entre las
partes, a disposición de BELMAC su know-how sobre la fabricación de los productos,
consistente en el proceso de fabricación y método de análisis de las materias y productos
suministrados por ETHYPHARM, así como el producto y también eventualmente sobre
material de acondicionamiento.

ETHYPHARM se compromete a seguir enviando personal propio a su cargo para
formar al personal de BELMAC, como ya ha venido haciendo como consecuencia de las
relaciones anteriores. Las personas designadas por BELMAC para la fabricación de los
productos, tendrán el nivel educativo adecuado para recibir la formación sobre la
correcta fabricación de los productos y utilización de la maquinaria de ETHYPHARM y
demás elementos.

**8º.- PACTO DE CONFIDENCIALIDAD Y SECRETO.-**

BELMAC se obliga a mantener en secreto y a no usar la información y el know-how
adquiridos como consecuencia de la relación con ETHYPHARM y de la firma y
ejecución de este contrato durante la vigencia del mismo y, posteriormente, hasta que
dicha información y know-how sea de dominio público por otra procedencia diferente a
ETHYPHARM. Además, en todo caso, BELMAC se obliga a mantener en secreto y no
usar dicha información mientras subsista cualquier tipo de derecho, patente o marca del

4

CONFIDENTIAL
EP 009180

A-258

3/09/97

que sea titular ETHYPHARM. Igualmente ETHYPHARM se obliga a guardar secreto y no usar la información obtenida como consecuencia de la relación mantenida durante la vigencia de este contrato.

De cualquier forma se acuerda que BELMAC o sus colaboradores no podrán, en ningún caso, hacer referencia ni utilizar el contenido de sus relaciones con ETHYPHARM en sus relaciones con terceros y otros laboratorios, sin previa autorización escrita de ETHYPHARM. Si algún trabajador terminase su relación contractual con BELMAC, ésta recordará al trabajador la obligación de secreto y su responsabilidad posterior.

En el caso que BELMAC incumpla las obligaciones de confidencialidad y secreto establecidas en este contrato, ésta se obliga a pagar a ETHYPHARM como penalización, el importe correspondiente al 30 por ciento, de la facturación bruta anual de ETHYPHARM por cada incumplimiento contractual.

## 9°.- ETIQUETADO DE LOS PRODUCTOS.-

Los productos acabados fabricados por BELMAC llevarán en el embalaje la etiqueta y/o la marca e indicaciones que ETHYPHARM establezca. BELMAC únicamente podrá *deberá* insertar en los embalajes los textos conforme a las exigencias legales, que le correspondan y competan como fabricante.

## 10°.- PEDIDOS Y PLAN DE FABRICACIÓN.-

a) BELMAC se obliga a fabricar con las materias primas necesarias cada uno de los productos acabados según el plan de fabricación previamente pactado por las partes.
BELMAC se compromete a la entrega de los productos acabados dentro del plazo según el plan de fabricación antes citado, y en el lugar que ETHYPHARM le indique.

b) Las órdenes de fabricación y entregas, en particular pedidos, serán únicamente emitidas y reguladas por ETHYPHARM o quien ésta designe. Estas órdenes de fabricación se harán trimestralmente con una revisión mensual.

c) BELMAC se obliga a informar a ETHYPHARM, por medio de comunicados escritos de las existencias, mediante el envío de una copia de los correspondientes partes de llegada y salida de las mismas.

## 11°.- SEGUROS.-

ETHYPHARM cubrirá mediante seguro, que tiene ya contratado, por responsabilidades debidas a BELMAC por defectos en las especificaciones que ETHYPHARM ha establecido. A su vez, BELMAC tiene ya contratado para todo el tiempo que dure este contrato y durante un periodo de al menos el equivalente a la caducidad del último lote fabricado, un seguro general de responsabilidad civil, maquinaria y demás material, y productos, así como un seguro contra las reclamaciones

5

CONFIDENTIAL
EP 009181

A-259

3/09/97

cubiertas por las disposiciones del presente contrato y además un seguro global de responsabilidad extracontractual en consonancia con el valor de lo asegurado.

. Una copia de estos dos seguros se acompaña a este contrato como ANEXO 5 .

### 12°.- PROHIBICIÓN DE CESIÓN.-

BELMAC, no podrá ceder, transmitir o transferir a otra persona o personas, físicas o jurídicas, el presente contrato o cualesquiera de los derechos derivados del mismo sin consentimiento previo, por escrito, de ETHYPHARM.

### 13°.- NO COMPETENCIA.-

BELMAC se obliga, durante el tiempo de validez del presente contrato y, posteriormente, hasta que dicha información y know-how sea de dominio público por otra procedencia diferente a ETHYPHARM, a no fabricar los productos con la tecnología que ETHYPHARM, ha puesto a disposición de BELMAC sin la expresa autorización previa de ésta. Por otra parte, ETHYPHARM garantizará el suministro de productos en pellets para BELMAC y sus posibles clientes después del tiempo de validez de este contrato.

*NOEMÍ IZHCUNE J    — NV-*

### 14.- OBLIGACIONES SOCIALES Y LABORALES.-

El incumplimiento de sus obligaciones por BELMAC, o el incumplimiento de las normas de seguridad por sus trabajadores, no implicará responsabilidad ni obligación alguna para ETHYPHARM.

En ningún momento podrá entenderse establecida relación de ninguna clase entre ETHYPHARM y los trabajadores al servicio de BELMAC que se ocupen en la fabricación de los productos.

### 15°.- RESOLUCIÓN DEL CONTRATO.-

El incumplimiento de cualquiera de las condiciones de este contrato y sus ANEXOS, será causa de resolución del mismo. Asimismo, serán causa de resolución de este contrato:

a.-La presentación por parte de BELMAC de expediente de solicitud de estado de suspensión de pagos o de quiebra.

b.-El cambio esencial (mayor o igual al 25%), de forma directa o indirecta, que pueda producirse dentro del accionariado de BELMAC integrante de su capital social. En caso de que hubiera una modificación por la entrada de una persona o sociedad que no perteneciera al grupo de los accionistas actuales de BELMAC, ETHYPHARM estaría autorizada a rescindir el presente contrato. BELMAC se compromete a comunicar por correo certificado cualquier cambio esencial (mayor o igual al 25%) de su capital social, de los antes indicados.

6

CONFIDENTIAL
EP 009182

A-260

3/09/97

**16°.- NOVACIÓN.-**

Las obligaciones asumidas en virtud de este contrato extinguen completamente las previamente existentes entre las partes, así como los contratos vigentes que las regulan, a las que sustituyen íntegramente a todos los efectos, y, especialmente, a efectos de lo establecido para la novación de las obligaciones que determina el artículo 1204 del Código Civil. No obstante lo anterior, se dejan vigentes a todos los efectos, todos los pactos de secreto y confidencialidad suscritos entre las partes hasta la fecha, que se considerarán parte integrante de este contrato y plenamente aplicables al mismo.

**17°.- VISITAS.-**

ETHYPHARM o la persona que ésta designe queda autorizada a realizar visitas de inspección y/o auditoría, formación y otras de carácter general a las instalaciones de BELMAC para comprobar la regularidad de la fabricación de los productos y la correcta utilización de su maquinaria, y el cumplimiento de las normas respecto de la Garantía de Calidad; así como las que sean precisas para la formación del personal, debiendo avisar con antelación. *Suficiente*

**18°.- DOCUMENTACIÓN.-**

BELMAC se obliga a la preparación, archivo y conservación de la documentación que establece el Real Decreto 1.564/ 1.992, de 18 de diciembre (en particular, en su artículo 35). Igualmente se obliga a suministrar a ETHYPHARM junto con los lotes una copia de los documentos de producción de los mismos.

**19°.- FASES DE FABRICACIÓN.-**

En cumplimiento de lo preceptuado por el artículo 29 del Real Decreto 1564/ 1992, de 18 de diciembre, se acompañan como ANEXO 6 las fases de fabricación o análisis de los productos y los acuerdos técnicos correspondientes firmados por los Directores Técnicos de las partes.

**20°.- ARBITRAJE.-**

Para cuantas cuestiones puedan surgir respecto al cumplimiento o a la resolución del presente contrato las partes -con renuncia a ejercitar su derecho ante la jurisdicción ordinaria- se someten al arbitraje de derecho de un árbitro designado por **LA CÁMARA DE COMERCIO E INDUSTRIA DE MADRID**. Las partes se obligan a cumplir, tanto las resoluciones interlocutorias, como el laudo que finalmente se dicte. El plazo máximo para emitir el laudo se fija en seis meses contados desde la aceptación del árbitro a la resolución de la controversia, la cual habrá de producirse en un plazo de quince días a contar desde la notificación.

CONFIDENTIAL
EP 009183

A-261

3/09/97

Y enteradas ambas partes del contenido jurídico y económico de este documento, que aceptan en su integridad, lo firman junto con sus ANEXOS por duplicado en el lugar y fecha indicados al principio.

Fdo. ETHYPHARM S.A., p.p.

Fdo. LABORATORIOS BELMAC, S.A., p.p.

8

CONFIDENTIAL
EP 009184

A-262

## ANEXO 1

### PRODUCTOS

- Indometacina
- Diclofenaco
- Piroxicam
- Omeprazol
- Lansoprazol
- AAS
- Fenofibrato
- Doxiciclina

9

CONFIDENTIAL
EP 009185

A-263

## ANEXO 2

- Documentos, Normas GMP, validaciones
- Fotocopia hoja BELMAC
- Índice de los dossieres de fabricación y control

CONFIDENTIAL
EP 009186

A-264

## ANEXO 3

Los elementos para las fabricaciones de ETHYPHARM que además son propiedad de ésta, son los siguientes:

- 1 AUTÓMATA SIEMENS OP 393-II
- 1 CUADRO PROGRAMADOS DE SALAS
- 4 AUTÓMATAS DE SALAS DEPENDIENTES DEL GENERAL
- 8 PAILAS REF. 150 RE + 8 INSUFLADORES DE AIRE CALIENTE REF. 3R
- 4 EQUIPOS DE PULVERIZACIÓN (9 PISTOLA AA3000 + 8 PIES PARA PISTOLA + 4 BOMBAS A PRESIÓN + 4 PEDALES + BOQUILLAS)
- 3 TAMIZ VIBRATORIO WESTON REF. 503-3 + 29 AROS CON MALLAS/ 7 AROS/ SOPORTE MALLAS
- 23 BIDONES DE PLÁSTICO CON ASAS Y TAPADERAS
- 1 MICRONIZADOR FORPLEX 00 + MALLA 0,1 mm
- 1 MINITERMÓMETRO ELECTRÓNICO TIPO ABM11.03+SONDA REF.A2864441
- 8 SOPORTES PARA PALAS CORTADORAS DE FLUJO
- 1 DISOLUTEST
- 1 TERMINAL DE PESADA METTLER MULTIRANGE ID5
- 1 IMPRESORA METTLER MULTIRANGE GD46
- 1 BALANZA SUELO EMPOTRABLE KCS 300
- 1 BALANZA METTLER PJ12
- 2 PESAS DE 20 Kgs PARA CALIBRAR BALANZA
- 1 MAQUINA ENCAPSULADORA MOD.COMPAC FORMATO 1,2 Y ACCESORIOS
- 1 SELECCIONADOR DE CÁPSULAS MG2
- 1 ARCHIVADOR
- 1 TABLA DE CALIBRAR T1
- 1 ORDENADOR EPSON Px16
- 1 BALANZA DE PRECISIÓN METTLER PM100
- 1 UNA BOMBA PARA DESARROLLOS GALÉNICOS
- 1 AGITADOR INOX JM D-250

Pequeño material:

- 1 ESCALERA
- 3 CALCULADORAS Y MATERIAL DE OFICINA (ARCHIVADORES, CARPETAS)
- 2 CEPILLOS especiales
- 3 PAPELERAS
- 4 PALAS DE MANGO CORTO INOX
- 2 CUBO INOX 101
- 2 FRASCAS INOX
- 4 ESPÁTULA INOX
- RELOJ DE PARED
- 1 EQUIPO ESPECIAL EN PVA PARA LIMPIEZA
- 1 CUCHILLO

11

CONFIDENTIAL
EP 009187

A-265

Hoja1

| CANTIDAD | DESCRIPCIÓN | VALOR | VALOR TOTAL |
|---|---|---|---|
| | ELEMENTOS PARA LAS FABRICACIONES DE MICROGRANULOS PROPIEDAD DE EDITYPHARM | | |
| 1 | Automata siemens OP 393-II | 100000 | 100000 |
| 1 | Cuadro programador de salas | 100000 | 100000 |
| 4 | Automatas de salas dependientes del general | 51254 | 205016 |
| 8 | Pailas ref 150 RE | 1797056 | 14376448 |
| 8 | Insufladores de aire caliente | 184000 | 1472000 |
| 4 | Equipos de pulverización | 623000 | 2492000 |
| 3 | Tamiz vibratorio Weston ref 500-3 + accesorios | 594413 | 1783239 |
| 1 | micronizador Forplex 00 + malla 0.1mm | 200000 | 200000 |
| 1 | Ministra mando electronico tipo ABM11.031 sonda | 30000 | 30000 |
| 8 | Soportes para pailas cortadoras de flujo | 250000 | 2000000 |
| 1 | Disolutest | 1160406 | 1160406 |
| 1 | Terminal de pesada metler multirange ID | 182000 | 182000 |
| 1 | Impresora metler multirange GD46 | 125000 | 125000 |
| 1 | Balanza suelo emportable KCS 300 | 498000 | 498000 |
| 1 | Balanza metler PJ12 y accesorios | 618968 | 618968 |
| 2 | Pesas de 20Kg de calibración | 50000 | 100000 |
| 1 | Maquina de encapsulado mod compact form 1,2,3 y acc. | 15921760 | 15921760 |
| 1 | selecionador de capsulas MG2 | 433029 | 433029 |
| 1 | tabla de calibrar T1 | 50000 | 50000 |
| 1 | ordenador Epson PX16 | 263025 | 263025 |
| 1 | Balanza de precisión Metler PM160 | 255550 | 255550 |
| 1 | Agitador inox JM D-250 | 384250 | 384250 |
| 1 | Aire Comprimido/Extraccion | 623000 | 623000 |
| 3 | Higrometro | 7000 | 21000 |
| 1 | Diluitest | 100000 | 100000 |
| 1 | Instalacion CR tipo H1/F1/G0 y accesorios | 48382332 | 48382332 |
| 1 | Agitador 180 | 43214 | 43214 |
| 1 | pequeño material | 350000 | 350000 |
| 1 | barril inox metler | 64500 | 64500 |
| 1 | Agitador parmetric | 434750 | 434750 |
| 1 | Lavavo Fregadero acero | 66000 | 66000 |
| 1 | Contenedor Alcohol | 294000 | 294000 |
| | TOTAL | | 92435337 |

CONFIDENTIAL
EP 009188

A-266

- Esponja PVA, Pinza sujeta esponja, Palo telescópico

LISTA MATERIAL INSTALACIÓN DESMONTABLE

Fontanería:
    - Fregadero
    - Lava-ojos
    - Fuente

Aire comprimido/extracción:
    - Turbina extracción de aire
    - Filtro bolsas

Climatización:
    - Equipo autónomo de refrigeración

Iluminación:
    - *Lámparas antideflagrantes*

12

CONFIDENTIAL
EP 009189

A-267

## ANEXO 4

<u>Fijo anual:</u> 30 M Pts

BONUS A BELMAC

A partir de 17 lotes 600.000.- Pts por cada lote
A partir de 27 lotes 700.000.- Pts por cada lote
A partir de 37 lotes 800.000.- Pts por cada lote

13

CONFIDENTIAL
EP 009190

A-268

**ANEXO 5**

**SEGUROS**

14

CONFIDENTIAL
EP 009191

A-269

Winterthur Seguros
Winterthur Vida

Dirección para España
Plaza Francesc Macià, 10
08036 Barcelona
Teléfono: (93) 290 10 90
Telefax: (93) 290 10 29



## Póliza de Seguro Responsabilidad  Civil

| Póliza número: 51-00756855 | | Página: | H 1 |
|---|---|---|---|
| Oficina emisora | PL FRANCESC MACIA 10<br>08036 BARCELONA<br>TELEFONO  93-2901090 | | |
| Agencia / Correduría | 93-8844  ATENCION DIRECTA | | |
| Tomador del Seguro | ETHYPHARM, S.A. (ESPAÑA)<br>N.I.F./C.I.F. A78184041<br>C MARQUES DE LA ENSENADA - CENTRO COLON 16 OF. 12 21<br>28004 MADRID | | |
| Asegurado | EL TOMADOR. | | |
| Actividad | FABRICACION DE PRODUCTOS FARMACEUTICOS. | | |

FABRICA DE RETARDANTES PARA MEDICAMENTOS Y ENSAYOS CLINICOS CON
VOLUNTARIOS HUMANOS.

| Domicilio de Cobro | CAJA AHORROS MONTE PIEDAD DE MADRID<br>CODIGO SUCURSAL 1167<br>CTA./LIBRETA 6100013323<br>PO. RECOLETOS, 21     0<br>28004 MADRID |
|---|---|
| Duración de la Póliza y Forma de Pago | EFECTO       31.12.96 (A las cero horas)<br>VENCIMIENTO  31.12.97 (A las cero horas)<br>Las primas sucesivas se satisfarán por anticipado<br>anualmente cada 31.12 |

APENDICE N.001.00    MOTIVO EMISION:
AUMENTO LIMITE GARANTIA POR SINIESTRO Y AÑO

| Garantías (Continuaci n) | Capitales asegurados |
|---|---|
| SUMA MAXIMA DE INDEMNIZACION POR SINIESTRO | 125.000.000 |
| - RIESGO DE EXPLOTACION | |
|     LIMITE POR SINIESTRO | 125.000.000 |
|     LIMITE POR AÑO DE SEGURO | 125.000.000 |
| - RIESGO DE PRODUCTO | |
|     LIMITE POR SINIESTRO | 125.000.000 |
|     LIMITE POR AÑO DE SEGURO | 125.000.000 |
| - FIANZA Y DEFENSA | CONTRATADA |
| | Sigue.../... |

Ejemplar para el Tomador

Winterthur Seguros Generales
Sociedad Anónima de Seguros y Reaseguros

Firma del Tomador

Winterthur Seguros Generales
Sociedad Anónima de Seguros y Reaseguros

Sociedad Anónima Unipersonal
Inscrita en el Registro Mercantil de Barcelona al

Winterthur Vida España.
Sociedad Anónima de Seguros sobre la Vida

Sociedad Anónima Unipersonal
Inscrita en el Registro Mercantil de Barcelona al

CONFIDENTIAL
EP 009192

A-270

Winterthur Seguros
Winterthur Vida

Dirección para España
Plaza Francesc Macià, 10
08036 Barcelona
Teléfono: (93) 290 10 90
Telefax: (93) 290 10 29



## Póliza de Seguro Responsabilidad Civil

*Póliza número:* 51-00756855

*Página:* 2

| Garantías (Continuación) | NO | Capitales asegurados CONTRATADA |
|---|---|---|
| – RECLAMACION DE DAÑOS PROPIOS | NO | |
| *Total Prima* | | 50.003 |
| *Impuestos* | | 2.496 |
| *Recargo Externo* | | 6.150 |
| *Total Pesetas* | | 58.649 |

*Base de Cálculo*
LA PRIMA DEL PRESENTE CONTRATO SE HA CALCULADO UTILIZANDO PARA SU CALCULO
LA INFORMACION RECIBIDA DEL ASEGURADO REFERENTE A :

   INFORMACION VARIA

SI DURANTE LA VIGENCIA DEL CONTRATO SE PRODUJERA MODIFICACION EN LA MISMA,
EL ASEGURADO DEBERA COMUNICAR LA MODIFICACION AL EFECTO DE LO DISPUESTO EN
LAS CONDICIONES GENERALES, Y LA SECCION SEGUNDA DE LA LEY DE CONTRATO DEL
SEGURO, LEY 50/80 DE 8 DE OCTUBRE.

*Condiciones*

---------------------------------------------------------------------------

   ENFERMEDADES PROFESIONALES
   --------------------------
   EL PRESENTE SEGURO  NO SE APLICA A DAÑOS CORPORALES QUE ESTEN EN EFEC-
   TIVA  O  SUPUESTA RELACION CON ENFERMEDADES PROFESIONALES,  TALES COMO
   ASBESTOSIS, SILICOSIS, NEUMOCONIOSIS, ANTIACOSIS, SATURNISMO, HIDRARGI
   NISMO Y CUALQUIER OTRA DE SIMILAR NATURALEZA.

   LA COBERTURA DEL SEGURO NO AMPARA:
   ---------------------------------
   A) LOS DAÑOS PERSONALES QUE ESTEN EN EFECTIVA O SUPUESTA RELACION CON
      EL SINDROME DE INMUNODEFICIENCIA ADQUIRIDA (S.I.D.A.) O DE SUS
      AGENTES PATOGENOS, O DERIVEN DE ESTE.

   B) LOS DAÑOS DEBIDOS A PRODUCTOS CUYO OBJETIVO PRINCIPAL ES LA PRE-
      VENCION O LA PROVOCACION DEL EMBARAZO.

   C) LOS TRASTORNOS DURANTE EL EMBARAZO, DAÑOS O ANOMALIAS DEL HUEVO,

                                                           Sigue... /...

Winterthur Seguros Generales
Sociedad Anónima de Seguros y Reaseguros

Firma del Tomador

Winterthur Seguros Generales
Sociedad Anónima de Seguros y Reaseguros

Sociedad Anónima Unipersonal.
Inscrita en el Registro Mercantil de Barcelona el

Folio 106, del Tomo 20.370, Hoja nº. B-134.264
Inscripción 1ª. CIF A 60-917.576.

Winterthur Vida Española.
Sociedad Anónima de Seguros sobre la Vida

Sociedad Anónima Unipersonal
Inscrita en el Registro Mercantil de Barcelona nl

Folio 89, del Tomo 26.370, Hoja nº B-134.582
Inscripción 1ª. CIF A 60-917.311

CONFIDENTIAL
EP 009193

A-271

**Winterthur Seguros**
**Winterthur Vida**

*Dirección para España*
*Plaza Francesc Macià, 10*
*08036 Barcelona*
*Teléfono: (93) 290 10 90*
*Telefax: (93) 290 10 29*



## Póliza de Seguro Responsabilidad Civil

*Póliza número:* 51-00756855                                            *Página:* 3

*Condiciones (Continuación)*

EMBRION O FETO, ENFERMEDADES CONGENITAS DEBIDAS A LA UTILIZACION
DE CUALQUIER PRODUCTO.

EXCLUSION DE DETERMINADOS PRODUCTOS
-----------------------------------
EXPRESAMENTE SE EXCLUYEN DE LA COBERTURA DEL SEGURO LAS RECLAMACIO-
NES DERIVADAS DEL SUMINISTRO, VENTA O FABRICACION DE LOS PRODUCTOS
SIGUIENTES :
- OXIQUINOLINA.
- AGENTE NARANJA
- ESPUMA DE UREA-FORMALDEHIDO
- ANTICONCEPTIVOS
- D.E.S. ( DIETHYLSTITESTORAL )
- SWINEFLUE-VACCINE (VIRUS DE LA GRIPE PORCINA)
- DIETHYKLATILBESTROL
- STILBESTROL/D.E.S.
- PRIMODOS
- AMENORONE FORTE
- METRONIDAZOLE
- CLINDAMYCIN
- LINCOMYCIN
- DEBENDOX
- ORAL CONSUMPTION OF HALOGENATD 8/HIDROXY/QUINOLIMES
- DICYCOMINE
- DORBANEX-CANTHAXANTHIN
- PURTUSSIS VACCINE
- SKIN LIGHTENING AND/OR WHITENING PRODUCTS

*Cláusulas Particulares*

LIMITE DE INDEMNIZACION
-----------------------
SE ESTABLECE UN LIMITE DE INDEMNIZACION POR SINIESTRO Y AÑO DE
5.000.000.- FRANCOS FRANCESES, CONTRAVALOR EN PESETAS DE CONFORMIDAD
CON EL CAMBIO OFICIAL EN EL MERCADO DE DIVISAS DE MADRID, O EN EL CASO
DE SU CIERRE, POR EL FIJADO POR EL BANCO DE ESPAÑA U ORGANISMO QUE LE
SUSTITUYA EN ESA COMPETENCIA.

SUBLIMITE DE GARANTIA
---------------------
EN EL PRESENTE CONTRATO SE ESTABLECE EL SUBLIMITE DE PTAS. 40.000.000
EN LAS RECLAMACIONES EJERCIDAS POR EL PERSONAL VOLUNTARIO SOBRE LOS
QUE SE REALIZAN LOS ENSAYOS.

Sigue.../

*Winterthur Seguros Generales*
*Sociedad Anónima de Seguros y Reaseguros*

*Firma del Tomador*

*Winterthur Seguros Generales*
*Sociedad Anónima de Seguros y Reaseguros*

*Winterthur Vida Española,*
*Sociedad Anónima de Seguros sobre la Vida*

*Sociedad Anónima Unipersonal,*
*inscrita en el Registro Mercantil de Barcelona al*

*Sociedad Anónima Unipersonal,*
*inscrita en el Registro Mercantil de Barcelona al*

*Folio 106, del Tomo 28.270, Hoja nº B-134.964*
*Inscripción 1ª. CIF A-60-917.978.*

*Folio 82, del Tomo 28.270, Hoja nº B-134.962,*
*Inscripción 1ª. CIF A-60-917.911.*

DRCGPRCC 12331597.20474127.05820784.040001.

CONFIDENTIAL
EP 009194

A-272

Winterthur Seguros
Winterthur Vida

Dirección para España
Plaza Francesc Macià, 10
08036 Barcelona
Teléfono: (93) 290 10 90
Telefax: (93) 290 10 29



## Póliza de Seguro Responsabilidad Civil

Póliza número: 51—00756855                                    Página:    4

*Cláusulas Particulares*
FRANQUICIA
————————
SERA DE APLICACION UNA FRANQUICIA PORCENTUAL DEL 10 POR CIENTO MINIMO
PTAS. 200.000.— POR SINIESTRO A CARGO DEL ASEGURADO.

PROGRAMA INTERNACIONAL
————————————————————
EL PRESENTE CONTRATO FORMA PARTE DE UN PROGRAMA INTERNACIONAL DE RES-
PONSABILIDAD CIVIL DE EMPRESA. EL PROGRAMA CONSISTE EN UN CONTRATO BA-
SE SUSCRITO EN FRANCIA, ASI COM UNAS POLIZAS LOCALES EN LOS DIFERENTES
PAISES INCORPORADOS AL PROGRAMA.
LA SUMA DE PRESTACIONES SATISFECHAS POR EL PRESENTE CONTRATO SERAN DE-
DUCIDAS DEL CONTRATO DE BASE EN FRANCIA. SI LAS GARANTIAS DEL CONTRATO
DE BASE EN FRANCIA SE AGOTASEN, EN PRESENTE CONTRATO CESARIA IGUALMEN-
TE.
——————————————————————————————————————————————————————————————————
                         DIVISION INTERNACIONAL

EL TOMADOR DEL SEGURO DECLARA HABER EXAMINADO EL CONTENIDO DE ESTAS CONDI-
CIONES PARTICULARES, E IGUALMENTE DE LAS CONDICIONES GENERALES Y ESPECIALES
MODELO 15100900 QUE YA  OBRAN EN  SU PODER, Y  ACEPTAR  EXPRESAMENTE LAS
EXCLUSIONES Y CLAUSULAS LIMITATIVAS DE SUS DERECHOS EN ELLAS CONTENIDAS,
FIRMANDO LAS PRESENTES CONDICIONES PARTICULARES COMO PRUEBA DE SU PLENA
CONFORMIDAD.

ASIMISMO, EL TOMADOR DEL SEGURO TOMA NOTA DE QUE CUALQUIER REFERENCIA EFEC-
TUADA EN LAS CITADAS CONDICIONES GENERALES Y ESPECIALES A LAS ENTIDADES
"WINTERTHUR SOCIEDAD SUIZA DE SEGUROS" Y "WINTERTHUR SOCIEDAD DE SEGUROS DE
PROTECCION JURIDICA" DEBEN ENTENDERSE HECHAS AMBAS, A TODOS LOS EFECTOS, A LA
ENTIDAD "WINTERTHUR SEGUROS GENERALES, SOCIEDAD ANONIMA DE SEGUROS Y REASEGUROS".

ESTA POLIZA SUSTITUYE INTEGRAMENTE A LAS EMITIDAS ANTERIORMENTE CON EL MISMO
NUMERO.
                                                                Sigue.../...

Winterthur Seguros Generales
Sociedad Anónima de Seguros y Reaseguros

Firma del Tomador

CONFIDENTIAL
EP 009195

A-273

**Winterthur Seguros**
**Winterthur Vida**

*Dirección para España*
*Plaza Francesc Macià, 10*
*08035 Barcelona*
*Teléfono: (93) 290 10 90*
*Telefax: (93) 290 10 29*



## Póliza de Seguro Responsabilidad Civil

*Póliza número:* 51-00756855                                                                     *Página:*   5

LOS DATOS PERSONALES FACILITADOS SE INCLUIRAN EN FICHEROS AUTOMATIZADOS QUE
SE CONSERVARAN, DE FORMA CONFIDENCIAL Y DE ACUERDO CON LO DISPUESTO EN LA LEY
ORGANICA DE REGULACION DEL TRATAMIENTO AUTOMATIZADO DE DATOS DE CARACTER PER-
SONAL, POR WINTERTHUR. EL TOMADOR PODRA DIRIGIRSE A LA SOCIEDAD PARA PEDIR SU
CONSULTA, ACTUALIZACION, RECTIFICACION O CANCELACION, SI ASI LO DESEA.

EL TOMADOR/ASEGURADO OTORGA SU CONSENTIMIENTO EXPRESO PARA QUE DICHOS DATOS
PUEDAN SER CEDIDOS A OTRAS ENTIDADES ASEGURADORAS U ORGANISMOS PUBLICOS O
PRIVADOS RELACIONADOS CON EL SECTOR ASEGURADOR CON FINES ESTADISTICOS Y DE
LUCHA CONTRA EL FRAUDE, ASI COMO POR RAZONES DE COASEGURO O REASEGURO.

LAS SOCIEDADES DEL GRUPO WINTERTHUR TENDRAN ACCESO A TALES DATOS PERSONALES,
QUE PODRAN SER UTILIZADOS PARA OFRECER AL TOMADOR/ASEGURADO OFERTAS, SERVICIOS
Y PRODUCTOS QUE SEAN DE SU INTERES.

*Lugar y fecha de emisión*            D.T. MADRID        A 12 DE MARZO      DE 1.997

---

*Winterthur Seguros Generales*
*Sociedad Anónima de Seguros y Reaseguros*

Firma del Tomador

*Winterthur Seguros Generales*
*Sociedad Anónima de Seguros y Reaseguros*

*Winterthur Vida Española*
*Sociedad Anónima de Seguros sobre la Vida*

*Sociedad Anónima Unipersonal*
*inscrita en el Registro Mercantil de Barcelona, al*

*Sociedad Anónima Unipersonal*
*inscrita en el Registro Mercantil de Barcelona, al*

*Folio 108, del Tomo 28.370, Hoja n°. B-134.964*
*inscripción 1°. CIF A-69.917.976.*

*Folio 69, del Tomo 28.370, Hoja n°. B-134.562*
*inscripción 1°. CIF A-60.917.911*

CONFIDENTIAL
EP 009196

A-274

Draft 03/September/97

## CONTRACT FOR THE PRODUCTION OF PHARMACEUTICAL PRODUCTS BY THIRD PARTIES

In Madrid, on ………. September nineteen hundred and ninety seven.

### ASSEMBLED

**REPRESENTING ONE PARTY:**

-Mr. …………….. (personal data)

**FOR THE OTHER PARTY:**

-Mr. …………….. (personal data)

### REPRESENTATION

-Mr. ……………, by name and representing the entity **ETHYPHARM,S.A.,**
Residing at ………, street………., and with N.I.F. ……, acting by vested authority.

-Mr. ……………, by name and representing the entity **LABORATORIOS BELMAC, S.A.,**
Residing at ………, street………., and with N.I.F. ……, acting by vested authority.

Both parties are mutually acquainted and they grant each other the proper legitimacy and capacity for the execution of this document and to which effect

### THEY SHOW

**FIRST.** - That ETHYPHARM, S.A. ,from now on known as ETHYPHARM, is a company whose social purpose consists in the manufacturing, development and registration of Pharmaceutical Products, from now on named, the products, and that it has the necessary equipment, technology and patents to produce them.

**SECOND** .- That LABORATORIOS BELMAC, S.A. ,from now on known as BELMAC, is engaged in the production, development, registration and marketing of Pharmaceutical Products; they carry out these activities at their address at Zaragoza, Polígono Malpica, calle C-4.

**THIRD.**- That up to this date and consequent to a previous partnership between both parties BELMAC has manufactured the products for ETHYPHARM.

**EXHIBIT**

**J**OANESSE *[SIGNATURE]*

**No. 9**

P2006 3g

CONFIDENTIAL
EP009177

1

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-274A

3/September/97

**FOURTH.-** That ETHYPHARM is interested in contracting the BELMAC company so that they can manufacture the products at their facility. BELMAC is equally interested in manufacturing these products, and they have agreed to commit themselves for that purpose through this **CONTRACT FOR THE PRODUCTION OF PHARMACEUTICAL PRODUCTS BY THIRD PARTIES**, according to the following stipulations.

<u>STIPULATIONS</u>

**1st. - CONSENT AND OBJECTIVE.-**

   **a.-** ETHYPHARM assigns BELMAC, who accepts to manufacture the products detailed in <u>ATTACHMENT 1</u> of this contract following the norms and the specifications from ETHYPHARM for the production and quality assurance testing of these same products, which they know and they have as a consequence of their previous relationship. These accompany the index in <u>ATTACHMENT 2</u> of this document. The manufacturing of the products must be strictly carried out under the ruling guidelines from the Farmacopea Europea at all times. Similarly, the products must conform to the technical specifications addressed in ATTACHMENT 2. BELMAC will manufacture the products exclusively for ETHYPHARM.

   BELMAC can only manufacture their products at their installations, located at Zaragoza, Polígono Malpica, calle C-4. The requests will be carried out through purchase orders, manufacturing orders or similar items.

b.- ETHYPHARM will provide the raw materials, the solvents and the active substances, from now on known as the necessary materials, needed for the manufacturing of the products. These previously indicated materials can also be delivered by third parties in cases where ETHYPHARM indicates this to BELMAC.

   BELMAC will stock and freely control the auxiliary substances necessary for the maintenance, the preparation and for the control of the products and they agree to have enough of those materials to ensure the manufacturing and control of the products.

   The price for the purchase of maintenance materials will be billed separately to ETHYPHARM by BELMAC at market's value.

**2nd. - MACHINERY, DOCUMENTS AND FABRICATION EQUIPMENT.-**

   To that end, ETHYPHARM has made the machinery and other equipment necessary for the manufacturing of the products, which remains property of ETHYPHARM, available to BELMAC for their own use and disposal.
This machinery and equipment are detailed in ATTACHMENT 3 of this contract. The use of this equipment and machinery remain in force to the validity of this contract, therefore BELMAC is responsible to return them to ETHYPHARM at the resolution or termination of the contract. BELMAC is under obligation to show at all times and to other parties, that the machinery and the equipment detailed in <u>ATTACHMENT 3</u> belong to ETHYPHARM and that they are of their own property.

CONFIDENTIAL
EP009178

2

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

**A-274B**

3/September/97

Similarly, ETHYPHARM has placed at BELMAC's disposal, documents and reports related to manufacturing, the know-how, as well as quality assurance and control (ATTACHMENT 3) once this contract was signed and executed. BELMAC is responsible to return such documentation and know-how back to ETHYPHARM once the contract expires.

BELMAC is responsible for the service and maintenance of this machinery and equipment, which are the property of ETHYPHARM. For their part, ETHYPHARM in turn will pay for the purchase for pieces that are necessary for their proper maintenance. BELMAC promises to keep the machines in perfect working order for the manufacturing of the products.

3rd - PRICE.-

ETHYPHARM will pay BELMAC the price and conditions for the manufacturing and control of the products detailed in ATTACHMENT 4, which is the main object of this contract. This will be reviewed annually.

4th - VALIDATION AND DURATION.-

The validation of this contract starts on the date of this document and will end on December 31st 1997. The conditions in this contract will remain in effect and it will be implicitly renewed for a period of ONE (1) YEAR, starting on January 1st of 1998, and so on, unless either party chooses to terminate it by a request in writing. This has to be done at least SIX MONTHS before the original expiration or from any possible annual extension in effect.

It is agreed, that in order to extend the duration of this contract, that both parties mutually agree to such an extension or to a new contract, or a change in the insurance policies referred to in stipulation 11, which have to remain solvent during the extension period. The violation of this requirement or any of the clauses within will be cause of termination of this contract.

5th - DEFECTIVE PRODUCTS.-

In the given case that a lot is defective because the specific instructions from ETHYPHARM were not correct, this company will be hold responsible to pay BELMAC the full price of manufacturing a non defective product. To the contrary, if BELMAC fails to comply by negligence, or if it is shown that the proper manufacturing norms were not followed, they will have to satisfy ETHYPHARM substituting the faulty product with the exact amount at their own production cost within 60 days.

CONFIDENTIAL
EP009179

3

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-274C

3/September/97

**6th.- B.N.F. * RULES AND QUALITY ASSURANCE.-**

BELMAC is responsible to manufacture in accordance with the Proper Manufacturing Rules * (*Buenas Normas de Fabricacion* - **B.N.F.**), as established in the Royal Decree (*Real Decreto*) 1.564/1.992, from December 18th and to comply with all the rules and quality assurance norms in the said *Real Decreto* (Royal Decree), which are applicable to them as manufacturers of those products subject of this contract.

-The Warranty of Pharmaceutical Quality will be understood as the order of human and material resources, as well as operations which a laboratory has to have to obtain a uniform manufacturing of medicines, ensuring the homogeneity of the lots, controlling the quality levels, in such a way, that each lot can be certified by the regulating standards. .

-With reference to the Quality Assurance of the products, BELMAC is responsible to update the necessary laboratory equipment to carry out an analysis of the products manufactured by ETHYPHARM. This control has to be performed in accordance to the current ruling (*Real Decreto* 1.564/1.992 already mentioned) and also by the rules and specifications demanded by ETHYPHARM.

- BELMAC is responsible for damages caused by faulty conditions of the storage of materials and products under their supervision, or by an improper or abusive use of them.

**7th.- KNOW-HOW.-**

Based on previous work between both parties, ETHYPHARM has laid down for BELMAC's use their know-how regarding the manufacturing of the products, which is consistent with the production process as well as a method of analysis for those materials and supplies delivered by ETHYPHARM, as well as for the product and eventually for the material for preparation.

ETHYPHARM is committed to continue sending their own personnel to develop BELMAC's personnel, as they have doing so already, consequent to their previous relationship. The people assigned by BELMAC for the manufacturing of the products, will have the right educational level to receive proper training about the correct manufacturing of the products and the utilization of the machinery and equipment from ETHYPHARM.

**8th.- SECRECY AND CONFIDENTIALITY PACT.-**

BELMAC promises to keep secret the information and the know-how acquired as a consequence from the partnership with ETHYPHARM and their company from the time this contract is executed and during the duration of it and beyond, until such information and know-how becomes public domain, through other sources than ETHYPHARM. Even then, BELMAC promises to maintain such information secret as long as ETHYPHARM has any type of claims, trade rights or patent on this. Equally, ETHYPHARM promises to maintain confidentiality and not to use this information acquired during the partnership that existed during the duration of this contract.

CONFIDENTIAL
EP009180

4

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-274D

3/September/97

It is agreed upon this, that neither BELMAC, nor its collaborators can make any reference or utilize any information about their partnership with ETHYPHARM or any association with other third parties or laboratories without a previous written authorization from ETHYPHARM. If any employee quits their contractual obligation with BELMAC, the company will remind the worker about the confidentiality responsibility and such liability.

In any given case, where BELMAC violates the rules of secrecy and confidentiality laid down in this contract, they are obliged to pay ETHYPHARM as a penalty of 30% of the equivalent of the gross annual total for each contractual violation.

**Comment [I1]:** This paragraph and this section emphasized by hand.

## 9th. - LABELING OF THE PRODUCTS.-

The finished products, manufactured by BELMAC will have on the packing the label and/or the brand and signs that ETHYPHARM sets. BELMAC can only (*can only* scratched, superimposed in handwriting *should*) insert on the wrapping those text required by law, which correspond and apply to them as manufacturers.

## 10th. - ORDERS AND MANUFACTURING DESIGN.-

  a)  BELMAC promises to manufacture each one of the finished products with the necessary raw materials according to the manufacturing plans previously agreed upon by both parties.
      BELMAC promises to deliver the finished products within the production plan previously established and to the location indicated by ETHYPHARM.

  b)  The production requests and deliveries, particularly orders will only be dispatched and regulated by ETHYPHARM or their designee, these production orders will be made on a three month basis and they will be revised every month.

  c)  BELMAC promises to inform ETHYPHARM in writing about their inventory, through a copy of their receivables and their shipments of those.

## 11th. - INSURANCES.-

ETHYPHARM will reimburse BELMAC for any liability with reference to any faults in the specifications that ETHYPHARM has laid down, through an insurance policy already in existence. BELMAC in turn has already a general insurance policy, for the duration of this contract and for a period lasting at least until the last lot has been manufactured; which covers all civil claims, equipment and other materials as well as for claims that occur during the current contract, in addition to an umbrella policy to cover any claims out of contract up to the value of the insured property.

CONFIDENTIAL
EP009181

5

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-274E