

Laboratorios Belmac, S.A.



RECU le
08 SEP. 1997

Sr. D. Claude Dubois
Director General
ETHYPHARM, S. A.

Madrid, 03 de Septiembre de 1.997

Estimado señor Dubois:

Como imaginamos ya conocerá la positiva marcha de las fabricaciones de OMEPRAZOL pellets en la planta de Zaragoza, con rendimientos y calidad satisfactorios.

Se están fabricando dos lotes mensuales, de acuerdo con el objetivo y programa que nos fijamos en la reunión de París. En el mes de Agosto hemos realizado un gran esfuerzo, puesto que hemos fabricado dos lotes más, aunque como usted sabe la fábrica se cierra durante ese mes por vacaciones y solo se ha mantenido la actividad de Ethypharm, con el fin, además, de formar y entrenar dos nuevos operarios, incorporados a finales de Julio, de modo que estamos en condiciones de fabricar cuatro lotes por mes en dos turnos, a partir de este mes de Septiembre.

Igualmente hemos contratado los servicios de dos expertos en Aseguramiento de Calidad, que realizaron una auditoría durante el mes de Julio y que en Septiembre están en condiciones de comenzar el programa de acciones que se deben llevar a cabo en colaboración con nuestra Dirección de Fábrica.

De acuerdo con el ofrecimiento realizado en París, hemos reducido al 50% en estos meses los cargos establecidos en nuestro acuerdo vigente, como muestra de buena voluntad para compartir, entre las dos compañías, el esfuerzo a realizar.

Creemos, por tanto, haber cumplido con los compromisos adquiridos, con usted y el Sr. Debregeas y esperamos que la actividad alcance el ritmo deseado en los próximos meses.

Hemos recibido un borrador de contrato, enviado por el Sr. Basilio, que estamos estudiando, así como nuestro Presidente Sr. Murphy y del que les enviaremos nuestros comentarios y eventualmente un texto alternativo en los próximos días.

Dado que el mencionado borrador, no recoge las condiciones económicas que deben regir a partir de este mes de Septiembre y que siguiendo lo acordado en la última reunión económica mantenida con el Sr. Basilio, estimamos deben ser las siguientes:

**BELMAC**
Montearagón, 9 - 1.ª pta - 28033 MADRID - Tel.: 388 72 01 - Fax: 388 76 47
Fábrica: Polígono Malpica, c/C, 4, 50016 ZARAGOZA - Tel.: (976) 57 17 84 - Fax: (976) 57 26 63



EXHIBIT.
Dubois
6
ms 7.13.06

CONFIDENTIAL
EP 002462

A-384



Laboratorios Belmac, s.a.

1) - Una cantidad fija anual, de 35 millones de Ptas. repartidas en 12 mensualidades (a pagar los días 30 de cada mes), como compensación de los gastos fijos de estructura que BELMAC debe mantener para asegurar los compromisos de fabricación estimados en principio.

2) - Una cantidad variable, por lote fabricado, con el siguiente esquema:

| | |
|---|---|
| OMEPRAZOL: | 600.000 Ptas. |
| ASPIRINA: | 200.000 Ptas. |
| PIROXICAM: | 400.000 Ptas. |
| LANSOPRAZOL: | 400.000 Ptas. |
| INDOMETACINA: | 400.000 Ptas. |

La forma de pago sería a 30 días de la fecha de la factura emitida por BELMAC, por cada lote.

Los cálculos se han establecido sobre una base de jornada de trabajo de 15 horas/día (dos turnos) por 220 días al año.

Esto garantizaría la fabricación de 40 lotes de Omeprazol y una cantidad a convenir del resto de los productos, sin incrementar la maquinaria existente en la actualidad.

Nos parece fundamental llegar a un rápido acuerdo sobre este aspecto económico, antes de pasar a tratar otros aspectos contractuales.

Con este motivo, les enviamos nuestros mejores saludos, que rogamos haga extensivos al Sr. Debregeas.

Fdo.: Clemente González Azpeitia.

c.c.: Sr. J. Murphy y Sr. A. Basilio



Montearagón, 9 - 1.ª pta - 28033 MADRID - Tel.: 388 72 01 - Fax: 388 76 47
Fábrica: Polígono Malpica, c/C, 4, 50016 ZARAGOZA - Tel.: (976) 57 17 84 - Fax: (976) 57 26 63

CONFIDENTIAL
EP 002463

A-385

Traduction lettre de BELMAC en date du 3 septembre 1997

Cher Monsieur Dubois,

Comme nous le pensons, les fabrications de granules d'oméprazole dans l'usine de Zarragosse connaissent une évolution positive avec une qualité et des rendements satisfaisants.

Conformément à l'objectif que nous nous sommes fixés lors de notre réunion à Paris, nous fabriquons actuellement 2 lots par mois. Au cours du mois d'août, nous avons réalisé un grand effort dans la mesure où nous avons fabriqué 2 lots supplémentaires, bien que, comme vous le savez, l'usine ferme, en raison des congés, pendant ce mois. Nous avons maintenu uniquement l'activité d'Ethypharm afin, entre autres, de former et entraîner 2 nouveaux opérateurs embauchés fin juillet et qui devront permettre de fabriquer 4 lots par mois en 2 équipes, à partir du mois de septembre.

De même, nous avons pris les services de 2 experts en assurance qualité qui ont réalisé un audit au cours du mois de juillet et qui en septembre seront en mesure de commencer un programme d'action qui doit être mené à bien en collaboration avec notre Direction d'Usine.

Conformément à notre offre faite à Paris, nous avons réduit de 50 % au cours de ces mois, les charges prévus dans notre accord actuellement en vigueur, et ce afin de montrer que nous sommes prêts à partager, entre nos deux sociétés, l'effort réalisé.

Par conséquent, nous pensons avoir accompli les engagement pris avec vous même et Monsieur Debregeas et nous espérons que l'activité atteindra le rythme souhaité au cours des prochains mois.

Nous avons reçu de Monsieur Basilio un projet de contrat, que nous mêmes et notre président Mr Murphy étudions actuellement et pour lequel nous vous adresserons prochainement nos commentaires ou éventuellement une contreproposition.

Ce projet ne comporte pas les conditions économiques qui doivent régir notre collaboration à compter du mois de septembre et sur lesquelles nous étions toujours d'accord lors de notre dernière réunion avec Monsieur Basilio, à savoir :

1) un montant annuel fixe de 35 millions de Pesetas, réparties sur 12 mensualités (payables le 30 de chaque mois) en tant que compensation pour les frais fixes de structure que Belmac doit supporter pour assurer les engagements de fabrication initialement prévus.

2) Un montant variable, par lot fabriqué, selon le schéma suivant :

Oméprazole : 600 000 pts
Aspirine : 200 000 pts
Piroxicam : 400 000 pts
Lansoprazol : 400 000 pts
Indométacine : 400 000 pts

Paiement à 30 jours date de facture de Belmac pour chacun des lots.
Les calculs ont été effectué sur la base d'une journée de travail de 15 heuresen deux équipes et pour 220 jours par an.

CONFIDENTIAL
EP 002464

A-386

Ceci garantit la fabrication de 40 lots d'oméprazole et d'un volume à convenir pour les autres produits, sans augmentation des équipements existants actuellement.

Il nous paraît fondamental d'arriver rapidement à un accord sur cet aspect économique, avant de traiter d'autres aspects contractuels.

Salutations les meilleures.

Laboratorios Belmac, S.A.

Mr. D. Claude Dubois
General Director
ETHYPHARM, S.A.

Madrid, 03 of September of 1997

Dear Mr. Dubois:

As we imagine you will already know the positive development of the manufacturing of OMEPRAZOL pellets in the plant of Zaragoza in terms of productivity and a satisfactory quality.

Two batches a month are manufactured, in agreement with the objective and program that we agreed on during our meeting in Paris. In August we have made a considerable effort, since we have made two more batches, although as you know, the factory closes during that month for vacations and only Ethypharm's activities have been maintained, with the aim, in addition, to form and train two new workers, included at the end of Julio, so that we are in a position to manufacture four batches a months in two turns, beginning this September.

Also, we have contracted the services of two experts in Quality Warranty, who did an audit in July and who can begin in September the program of actions that need to be carried out in collaboration with our Factory Management.

In agreement with the offer made in Paris, we have reduced by 50% during these months the costs established in our agreement currently in force, as a show of good will to share, between the two companies, the effort to be made.

We believe, therefore, that we have fulfilled with the commitments agreed on with you and Mr. Debregeas and hope that the activity reaches the desired rate in the next months.

We have received a draft of a contract, sent by Mr. Basilio, that we, as well as our President, Mr. Murphy, are reviewing and we will send you our comments and eventually an alternative version in a few days.

Given which the above mentioned draft, does not gather the economic conditions that must prevail as of this month of September and that following what we have agreed during the last economic meeting held with Mr. Basilio, we considered that they must be the following:

A-388

1 -- A fix annual quantity of 35 millions of Pesetas distributed in 12 monthly payments (to pay day 30 of each month), as a compensation for the fixed expenses of structure that BELMAC must maintain to assure the agreements regarding manufacturing as evaluated in principle.

2 - A variable quantity, for batches manufactured, with the following scheme:

| | |
|---|---|
| OMEPRAZOL: | 600,000 Pesetas. |
| ASPIRINE: | 200,000 Pesetas. |
| PIROXICAM: | 400,000 Pesetas. |
| LANSOPRAZOL: | 400,000 Pesetas. |
| INDOMETACINe: | 400,000 Pesetas. |

The form of payment will be 30 days from the date of the invoice issued by BELMAC, for each batch.

The figures have been made on the basis of a day of work of 15 hours/day (two turns) for 220 days per year.

This will guaranty the manufacturing of 40 batches Omeprazol and a amount to agreed on for the rest of the products, without increasing the existing machinery at the present time.

It appears essential to us to reach a quick agreement on this economic aspect, before moving on to other contractual matters.

For this reason, we sent you and Mr. Debregeas in particular our best greetings.

Clemente Gonzalez Azpeitia

Fax reçu de : 3199159                                      27/10/97  20:11   Pg:  3



**Laboratorios Belmac, S.A.**

Atn.:  ETHYPHARM
       D. Adolfo Basilio
       Marques de la Ensenada, 16
       28004  MADRID

Madrid, 27 de octubre de 1997

Estimado Adolfo:

Tras nuestra última reunión y siguiendo lo acordado en la misma, paso a detallarte las condiciones económicas que regirán, con efecto desde el 1 Septiembre de 1.997.

1) Fijo anual de 35.000.000 repartido en doce mensualidades en concepto de gastos fijos de estructura de Belmac que debe mantener con el fin de asegurar los compromisos de fabricación estimados en principio (2.916.666 pts/mes).

2) Una cantidad variable, por lote fabricado, con el siguiente esquema:

| | | |
|---|---|---|
| OMEPRAZOL | = | 500.000 PTAS./LOTE |
| ASPIRINA | = | 200.000 |
| PIROXICAM | = | 400.000 |
| LANSOPRAZOL | = | 400.000 |
| INDOMETACINA | = | 400.000 |

3) La forma de pago será a 60 días de la fecha factura emitida por Belmac, mediante recibo domiciliado.

4) El periodo de validez de estas condiciones económicas serán hasta Diciembre de 1998.

LABORATORIOS BELMAC, S.A.                    ETHYPHARM, S.A.

                         

Fdo.:  D. Clemente González Azpeitía         Fdo.:  D. Adolfo de Basilio
       Director General                             Director General



**BELMAC**   Montearagón, 9 - 1.ª pta - 28033 MADRID - Tel.: 388 72 01 - Fax 388 76 47
             Fábrica: Polígono Malpica, c/C, 4. 50016 ZARAGOZA - Tel.: (976) 57 17 84 - Fax (976) 57 26 63

CONFIDENTIAL
EP 002057

A-390

[On the upper left hand margin there appears the following:] "Fax reçu de: 3199159" "27/10/97 20:11" Page: 3

[There appears a logo below which it reads:] "Laboratorios Belmac, S.A." [A company].

Attention: ETHYPHARM
        D. Adolfo Basilio.
        Marques de la Ensenada, 16
        28004 MADRID.

Madrid, October 27th, 1997.

Dear Adolfo,

After our last meeting, and pursuant to what we agreed during same, I hereby detail the economic conditions that shall rule as of September 1st, 1997.

1) Annual fixed budget 35,000,000 divided into twelve monthly payments on behalf of fixed expenses of the Belmac operations which shall be maintained in order to assure the manufacturing commitments estimated at first (2,916,666 "Pts" [former Spanish currency] per month).

2) A varying amount, per manufactured lot, outlined as follows:

| | | |
|---|---|---|
| Omeprazole | = | 500,000 "Pts"/Lot. |
| Aspirin | = | 200,000 "Pts"/Lot. |
| Piroxicam | = | 400,000 "Pts"/Lot. |
| Lansoprazole | = | 400,000 "Pts"/Lot. |
| Indometacin | = | 400,000 "Pts"/Lot. |

3) The method of payment shall be 60 days after invoice date issued by Belmac, through direct debit.

4) The validity duration of these economic conditions shall be up to the month of December of the year 1998.

"LABORATORIOS BELMAC, S.A."                      "ETHYPHARM S.A."

[There appears and illegible signature below reading the following:] Signed by: D. Clemente González Azpcitia, Corporate Manager.

[There appears and illegible signature below reading the following:] Signed by: D. Adolfo de Basilio, Corporate Manager.

BELMAC Montearagón, 9 – 1ª pta- 28033 MADRID- Telephone No.: 388 72 01 – Fax No. 388 76 47.
Factory: Polígono [illegible], c/C. 4 50016 "Zaragoza" – Telephone No. (976) 57 17 84- Fax No. (976) 57 26 63.
      CONFIDENTIAL

EP 002057

Rough Translation for use by Attorneys During Depositions<br>May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-391



Laboratorios Belmac, S.A.

D Clemente González Azpeitia, in name and in representation of LABORATORIOS BELMAC, S.A., with registered office in Montearagón, N° 9 28033 MADRID (Spain), and with Tax Identification Number A-78964038, as GENERAL MANAGER.

HEREBY CERTIFIES THAT:

ETHYPHARM has a manufacturing agreement with LABORATORIOS BELMAC, S.A.

ETHYPHARM owns the manufacturing method, the technology and is the owner of the machinery employed for the manufacturing process of Omeprazole pellets. LABORATORIOS BELMAC, S.A. has the authorization to employ these machines and to use the Know-how for ETHYPHARM's clients.

LABORATORIOS BELMAC, S.A. is audited regularly by ETHYPHARM to assure that GMP are followed under ETHYPHARM's Q.A. requirements.

In Madrid on March 2nd of 1.998



LABORATORIOS BELMAC, S.A.

Fdo. Clemente Gonzalez Azpeitia
Director General

Dr. Clemente González Azpeitia
General Manager



EXHIBIT
Dubois
10
ms 7-12-06

BELMAC

CONFIDENTIAL
EP 008092

A-392



# éthypharm

Marqués de la Ensenada, 16 - 28004 Madrid (España)
Tel. (34) 913 085 681 - Fax (34) 913 189 159
e-mail: Ethypharm.spain@mad.servicom.es

Laboratorios BELMAC
Montearagón, 9
28033 MADRID

Att: Sr. Clemente González

Madrid, a 7 de Abril 1999

Querido amigo,

He tenido conocimiento a través de la prensa especializada de la campaña de publicidad que recientemente habéis lanzado en prensa relativa al Belmazol.

La aparición de esa Campaña nos parece que evidencia un cierto menosprecio hacia ETHYPHARM y hacia el papel de esta entidad en la operación del Omeprazol y hacia los acuerdos de colaboración que veníamos manteniendo.

Creo sinceramente, que antes de iniciar esa Campaña y las modalidades de la misma, deberíais haberos puesto en contacto con nosotros para estudiar esas modalidades e incluso la redacción y los términos de la publicidad para que la misma concordara con la realidad de las cosas y con la intervención y el papel que en todo ello corresponde a ETHYPHARM.

No hace falta ni resulta necesario recordar que el método de fabricación, la tecnología a aplicar y hasta la maquinaria que se emplea es propiedad de ETHYPHARM y que LABORATORIOS BELMAC esta autorizada para emplear esa maquinaria y ese Know-How, propiedad de ETHYPHARM para fabricar el producto para clientes de ETHYPHARM.

Sobradamente os es conocido que incluso no ya es que la documentación de BELMAZOL se haya elaborado con la documentación de ETHYPHARM, sino que la documentación necesaria para poner a normas la zona de microgramulos de vuestro laboratorio fue preparada y aportada por ETHYPHARM y bajo la directa intervención de M. GAVOILLE y que hasta las paredes han sido construidas y preparadas a través de los informes de nuestros técnicos y con el nombre de nuestra tecnología.

Finalmente, tampoco hace falta creo yo recordar que la patente de microgramulos es propiedad de ETHYPHARM.

En base a todo lo anterior no nos parece adecuado ese tipo de publicidad que sin nuestro conocimiento y nuestro consentimiento habéis insertado por vuestra cuenta, sin mención o relación alguna al papel que en todo ella tiene ETHYPHARM.



EXHIBIT
25

EP 009110

A-393



Todo ello denota un comportamiento inadecuado y nos atrevemos a decir que hasta desleal hacia ETHYPHARM que naturalmente no podemos consentir ni pasar por alto.

Queriendo nosotros todavía hacer honor a esas anteriores relaciones no hemos procedido, por ahora, a publicar notas de prensa complementarias, aclaratorias o modificativas de las que BELMAC ha publicado, haciendo las correspondientes precisiones, si bien ante la importancia y la gravedad de la situación que se ha producido resulta necesario que tengamos una pronta reunión para aclarar este tema y dejar perfectamente precisadas y perfiladas las repercusiones de *todo ello* en nuestras futuras relaciones así como para determinar en que proporción el resultado de esa Campaña de Prensa puede afectar a las mismas o que participación debe corresponder tanto a BELMAC como a ETHYPHARM en relación con *los resultados de tal Campaña.*

Te ruego por tanto que te pongas en contacto conmigo para tener una *reunión a la mayor brevedad posible* y dejar *todo aclarado y determinado.*

Aprovecho la ocasión para saludarte atentamente.

Aiotto de Basilio

EP 009111

A-394

Letter dated April 7, 1999
From Adolfo de Basilio to Clemente Gonzalez

Dear Friend,

I have been informed through the specialized press of the advertising campaign that you have recently launched regarding Belmazol.

The emergence of this campaign demonstrates to us a certain contempt towards Ethypharm, including the role of this company in the operation of Omeprazol and the collaboration agreements that we have maintained.

I sincerely believe that before launching this campaign and the methods used, you should have contacted us to discuss those terms and conditions, including the text and the substance of this advertising so that it reflects the reality of the situation as well as the involvement and the role of Ethypharm.

I do not have to remind you that the manufacturing method, the technology and even the machines used belong to Ethypharm and that Laboratorios Belmac is authorized to use this machinery and this know-how, which belong to Ethypharm, to manufacture the product for Ethypharm's clients.

You are fully aware that it is not only that the documentation for Belmazol has been elaborated with the documentation from Ethypharm, but that the documentation necessary to put in compliance with the norms the microgranules zone of your laboratory was prepared and brought by Ethypharm following the direct intervention of M. Gavoille, and that even the walls have been built and prepared on the basis of the reports of our technicians and with the name of our technology.

Finally, I also do not have to remind you that the patent for the microgranules belong to Ethypharm.

On the basis of all the above, this type of advertising, which you have inserted for your benefit both without our knowledge and approval and without mention or indication as to the role played by Ethypharm in all of this appears unacceptable to us.

All this demonstrates an unacceptable attitude, and we dare to say an even disloyal attitude, towards Ethypharm, that we can naturally neither allow nor overlook.

Because we still want to honor those prior relations, we have begun, as for now, to publish press releases to complement, clarify or modify those that Belmac has published making the corresponding precisions. Though, considering the importance and the gravity of the situation, it is necessary that we soon meet to clarify this matter and make perfectly clear what the repercussions of all this on our future relations as well as determine in what proportion the result of this campaign may affect those relations or what participation should correspond to Belmac or to Ethypharm in relation to the results of this campaign.

I ask you to contact me to set up a meeting as soon as possible to clarify and settle everything.

I look forward to hearing from you.

Adolfo de Basilio

913199159

# ETHYPHARM

*Marqués de la Ensenada, 16. 28004 Madrid-España*
*Tel:(34) 913 08 56 81  Fax:(34) 913 19 91 59*

| **FAX:** 00 33 1 41 12 17 45 | Fecha: 08.04.99 | Pgs: 1 |
|---|---|---|
| DE: María-José Rodríguez. | A: Roseline Joannesse<br>CIA: Ethypharm | |

Suite à votre conversation téléphonique avec Ignacio Alvarez, je vous envoie l'adresse de
Bentley Pharmaceuticals, INC (James Murphy)

4890 WEST KENNEDY BOULEVARD
SUITE 400 – TWO URBAN CENTER
TAMPA, FLORIDA 33609

TEL: 00 1 813 281 09 61
FAX: 00 1 813 282 89 41

Cordialement,

María-José Rodríguez.



EP 009112

A-397

```
*  *  *  RAPPORT DE RESULTAT DE TRANSMISSION (  8.AVR.1999 16:34 )  *  *  *
                                                        TTI  ETHYPHARM ST CLOUD
FICH MODE        OPTION            ADRESSE (GROUPE)      RESULT.      PAGE
400  TX MEMORISEE                  7000-34913199159        OK         P. 1/1
```

```
CAUSE DE L'ERREUR
        E-1) RACCROCHE OU ERREUR LIGNE          E-2) OCCUPE
        E-3) PAS DE REPONSE                     E-4) PAS UN TELECOPIEUR
```



# éthypharm

Marqués de la Enseada, 16
28004 Madrid. Tel. 308 56 81
Fax 319 91 59
Telex: 23581 CENCO

BENTLEY PHARMACEUTICALS, INC.
4890 WEST KENNEDY BOULEVARD
SUITE 400 - TWO URBAN CENTER
TAMPA, FLORIDA 33609
USA

Madrid, April 8, 1999

FOR THE ATTENTION OF MR JAMES MURPHY

Dear Sir,

We have discovered with great surprise various enclosed articles and advertisements relative to Belmazol and Belmac technology recently published in Spanish newspapers and magazines by your subsidiary Belmac.

Ethypharm Spain (« Ethypharm ») places great value in its intellectual property. That is why

EP 009113

A-398

 **éthypharm**

Marqués de la Ensenada, 16
28004 Madrid. Tel. 308 56 81
Fax 319 91 59
Telex: 23581 CENCO

**BENTLEY PHARMACEUTICALS, INC.**
**4890 WEST KENNEDY BOULEVARD**
**SUITE 400 - TWO URBAN CENTER**
**TAMPA, FLORIDA 33609**
**USA**

Madrid, April 8, 1999

FOR THE ATTENTION OF MR JAMES MURPHY

Dear Sir,

We have discovered with great surprise various enclosed articles and advertisements relative to Belmazol and Belmac technology recently published in Spanish newspapers and magazines by your subsidiary Belmac.

Ethypharm Spain (« Ethypharm ») places great value in its intellectual property. That is why we entered into confidential disclosures agreements with Belmac. Accordingly, we were puzzled when we reviewed the articles in question and even more puzzled by the fact that not one word made mention of Ethypharm's role in the development and manufacture of Belmazol. The advertisements and articles state that Belmac is the owner of the technology, the know how and equipment used to develop and to manufacture the product.

As you surely know, and, as evidenced by numerous documents, this is the sole property of Ethypharm, and Belmac has only been authorized by Ethypharm to use this property to supply Ethypharm's customers.

Our Spanish lawyers have prepared and addressed a letter on the same subject to Mr Clemente Gonzalez and suggested an urgent meeting to review the situation.

We want to correct any misunderstanding, as I am confident you do as a public company, and trust you will take all appropriate measures to remind your Spanish subsidiary of its obligations so that our two companies can work together in an appropriate spirit of cooperation.

Thanking you in advance for your prompt action and answer,

Yours Sincerely,

Patrice DEBREGEAS
President

EP 009114

```
* * * RAPPORT DE RESULTAT DE TRANSMISSION ( 8.AVR.1999 17:17 ) * * *        P. 1
                                                      TTI  ETHYPHARM ST CLOUD
 FICH MODE      OPTION         ADRESSE (GROUPE)       RESULT.       PAGE
 407 TX MEMORISEE              7000-18132828941        OK          P. 5/5
```

```
CAUSE DE L'ERREUR
         E-1) RACCROCHE OU ERREUR LIGNE        E-2) OCCUPE
         E-3) PAS DE REPONSE                   E-4) PAS UN TELECOPIEUR
```



# éthypharm

Marqués de la Ensenada, 16
28004 Madrid. Tel. 308 56 81
Fax 319 91 59
Telex: 23581 CENCO

BENTLEY PHARMACEUTICALS, INC.
4890 WEST KENNEDY BOULEVARD
SUITE 400 - TWO URBAN CENTER
TAMPA, FLORIDA 33609
USA

Madrid, April 8, 1999

FOR THE ATTENTION OF MR JAMES MURPHY

Dear Sir,

We have discovered with great surprise various enclosed articles and advertisements relative to Belmazol and Belmac technology recently published in Spanish newspapers and magazines by your subsidiary Belmac.

Ethypharm Spain (« Ethypharm ») places great value in its intellectual property. That is why

EP 009115

A-400



**DIARIO MÉDICO**    Lunes, 5 de abril de 1999

Su especialización en esta técnica le permite la fabricación para terceros

# Belmac crece con la 'pelletización'

Una forma de crecer y mantenerse es la especialización en una técnica o área. El laboratorio español Belmac lo ha logrado con la técnica de recubrimiento de principios activos llamada *pelletización.*



*Clemente González es el director general de Belmac.*

CRISTINA G. REAL

Con la tendencia actual del sector farmacéutico a concentrar la producción en unas pocas plantas implantadas en lugares concretos, "la única forma de justificar una fábrica hoy es la especialización, algo que nosotros hemos logrado, con la *pelletización* o microgranulación de productos para protegerlos a su paso por el aparato digestivo. Esta alta especialización de la planta de Zaragoza nos permite producir nuestras propias producciones y satisfacer las demandas de terceros", explica Clemente González, director general de Belmac, que asegura que la importancia de esta técnica y el hecho de que el principio activo fundamental en el que la aplican, el enantonzol, sea un fármaco cuya demanda de mercado ha ido aumentando por su valor terapéutico, ha permitido mantener y potenciar la fábrica de Zaragoza.

Potenciar estas instalaciones ha sido el objetivo principal de la compañía desde que comenzó en 1992, para la que la renovada y ampliada su cartera de productos para asegurar su futuro. "Nuestra vocación —asegura— es mejorar los productos que ofrecemos y lanzar novedades al mercado que sean útiles para el médico. De hecho, la innovación en tecnología o fármacos es la que tendrá una vida a largo plazo, algo a lo que nosotros aspiramos".

Su compañía matriz, la

americana Bentley, ha adquirido la patente de una tecnología para la administración de productos a través de piel y mucosas. "Es una tecnología que estamos desarrollando y que tiene enormes posibilidades porque muchas moléculas se pueden administrar por esta vía con la ventaja de que no tienen que pasar por la vía digestiva".

## Investigación

González explica que se está investigando la técnica en distintas moléculas. "La que tenemos más avanzada es una referente al uso de la administración tópica impediría algunos efectos secundarios de otros tratamientos. También intentaremos con antiinflamatorios y sustancias de administración oral. Este desarrollo, de momento experimental, se lleva a cabo en New Hampshire (Estados Unidos), donde está el centro de investigación de Bentley, y en Zaragoza.

La compañía tiene ganas y proyectos de marca porque "queremos aprovechar todas las posibilidades de la planta, que nos permite fabricar con calidad y, por tanto, competir también en genéricos".

Belmac se centra, sobre todo, en el área de aparato digestivo desde el punto de vista global, ya que tiene un enantonzol-*Belmazol*, un inhibidor, a *novadrug* para la detección precoz de colon, y está a punto de

lanzar un producto de fibra para la prevención de este cáncer y un antiinflamatorio para el Crohn.

En 1999 Belmac sacará al mercado varios genéricos, un producto para la osteoporosis —de calcio con vitamina D— y algunos para su

línea de fármacos sin receta. Entre sus marcas consolidadas destaca el descongestionante nasal *Sectoral; Belmazol,* el relajante muscular llamado *Mio-Relax; Control Dent* —uno de los Pic-Ca, con mejor precio— y la cefalosporina *Azuwil.*

## CASTIGO

Belmac mantiene la filosofía de que "ya que hay que trabajar, "preferimos hacer cosas útiles y con enormes posibilidades de crecimiento", señala Clemente González, director general de la compañía. Una de estas medidas útiles consiste en bajar algunos precios para colaborar a reducir la factura del gasto farmacéutico. "Intentamos compatibilizar esto con un mantenimiento de la calidad, al tiempo que la Administración nos castiga haciéndonos pagar un canon para contrarrestar el aumento del gasto farmacéutico. A pesar de que no nos considerábamos responsables de este aumento, nos fuimos adheridos al pacto por solidaridad. Desmarcarnos de este pacto hubiera significado que otros tendrían que pagar más, a lo mejor también injustamente".

ESTA SEMANA EN

EP 009116

A-401

913199159

# España

**España, el único país europeo donde el ciudadano no contribuye al sostenimiento del sistema de financiación sanitaria**

"España es el único país europeo donde los ciudadanos no contribuyen al sostenimiento [...]
(o [...]
te [...]
fer [...]
Cu [...]
Info [...]
ga [...]
Na [...]
la Salud (ANIS), que se imparte en la Facultad de Medicina de la Universidad Complutense de Madrid, patrocinado por el Grupo MSD, Feijoó ve el futuro del Sistema Sanitario con optimismo y se mostró a favor del actual mantenimiento del Sistema Público de Salud, aunque admite la competencia privada y apoya al ciudadano que desee invertir en su salud personal. "Transformar para mantener el Sistema y contribuir, no para recaudar, sino para concienciar", fueron al-

gunas de las propuestas del responsable del Insalud. Destacó que el personal sa [...] mejor [...] la vez [...] os pro- [...] spon- [...] Ade- [...] vertirá [...] tas en [...] pitala- ría durante los próximos tres años, y afirmó que "en este sentido, en los dos últimos años, se ha hecho más que en toda la historia sanitaria en nuestro país". La ponencia de Feijoó se titulaba "Presente y Futuro del Sistema Nacional de Salud". Moderó las intervenciones José María Catalán, Presidente de ANIS, quien destacó que en el curso se incluyen temas de candente actualidad que apuntan hacia el futuro, como la Medicina Basada en la Evidencia o Internet ●

**Belmac remodela su planta de producción y rebaja el omeprazol**

Belmac, únicos laboratorios españoles especializados en la fabricación de micro-pellets de omeprazol (de los que producen más de 50 toneladas anuales) han remodelado totalmente su planta de producción de Zaragoza, para la que ha realizado una inversión de 300 millones de pesetas al tiempo que ha incrementado su plantilla en un 40%. Esta decisión responde al deseo de potenciar la producción de omeprazol con esta remodelación. Belmac, que cuenta en el mercado nacional con un medicamento a base de omeprazol, Belmazol®, ha rebajado la

presentación de 14 cápsulas a 950 ptas. (P.V.P.) desde las 3.797 ptas. que costaba. En España se consumen más de 200 millones de cápsulas de omeprazol al año. La capacidad actual de producción de la planta de Belmac en Zaragoza es de 75 millones de dosis anuales, de las que un porcentaje elevado se exporta a 30 países. La microgranulación es aplicable a gran número de productos y con ella se persigue, entre otras cosas, proteger a los medicamentos en su paso por el estómago, asegurar su liberación controlada y aumentar su eficacia ●

Infotelex nº 231, 1 Abril 1999                                                    3

EP 009117

A-402



**950** *ptas.*
*(PVP IVA)*

BELMAC único laboratorio farmacéutico
especializado en la fabricación
de microgránulos de OMEPRAZOL en España.

Laboratorios **BELMAC**, S.A.

EP 009118

PM. FARMA                                                                 Página 1 de 1

 ## Belmac remodela totalmente su planta de producción

### Único laboratorio farmacéutico en España especializado en la fabricación de micro-pellets de Omeprazol, ha rebajado sustancialmente su especialidad

Laboratorios Belmac ha remodelado totalmente su fábrica de Zaragoza, para lo que ha realizado una inversión de 300 millones de pesetas al tiempo que ha incrementado su plantilla en un 40 por ciento, con el fin de potenciar la producción de Omeprazol, el fármaco líder mundial en el tratamiento de la úlcera gastroduodenal. En la planta, además de la producción propia, se fabrica Omeprazol para otras compañías, así como para la exportación.

Gracias a esta remodelación, Belmac, que cuenta en el mercado nacional con un medicamento a base de omeprazol, Belmazol, ha rebajado considerablemente la presentación de 14 cápsulas: a 950 pesetas (PVPIVA) desde las 3.797 pesetas que costaba. Belmazol ha demostrado ser bioequivalente con los dos productos de referencia más conocidos internacionalmente, Mopral y Losec.

En España se consumen anualmente más de 200 millones de cápsulas de Omeprazol. La capacidad actual de producción de la planta de Belmac en Zaragoza es de 75 millones de dosis al año, de las que un porcentaje elevado se exporta a 30 países. Desde el inicio de sus actividades, Belmac tuvo entre sus objetivos la potenciación de esta planta, para lo que hubo de renovar y ampliar su cartera de productos, con el fin de asegurar el futuro de la empresa. Ahora, gracias a la tecnología de microgranulación con equipos de alta capacidad, ha hecho posible producir más de 50 toneladas anuales de micropellets. La microgranulación es aplicable a gran número de productos y con ella se persigue, entre otras cosas, proteger a los medicamentos en su paso por el estómago, asegurar su liberación controlada y aumentar su eficacia.

Índice Noticias

Volver a la página principal

EP 009119

A-404

ETHYPHARM
*Marques de la Ensenada, 16. 28004 Madrid, Spain*
*Tel: (34) 913 08 56 81 Fax: (34)913 19 91 59*

FAX: 00 33 1 41 12 17 45        Date: 08 April 99  Pp.: 1
From: Maria-Jose Rodriguez        To: Roseline Joannesse
                                  Company: Ethypharm


With reference to your telephone conversation with Ignacio Alvarez, I
am sending you the address of Bentley Pharmaceuticals, INC (James
Murphy)

490 WEST KENNEDY BOULEVARD
SUITE 400 - TWO URBAN CENTER
TAMPA, FLORIDA 33609

TEL: 00 1 813 281 09 61
FAX: 00 1 813 282 89 41

Cordially,

Maria-Jose Rodriguez

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-405

TRANSMISSION RESULT REPORT   (8 Apr. 1999 17:17)
TTI ETHYPHARM ST CLOUD

FICH MODE    OPTION    ADDRESS (GROUP)    RESULT    PAGE
407 TX STORED    7000-18132828941         OK        P. 5/5

[Text in English]

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-406

[text in English]

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

[text in English]

TRANSMISSION RESULT REPORT   (1 Apr. 1999 16:34)
TTI ETHYPHARM ST CLOUD

| FICH MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
|-----------|--------|-----------------|--------|------|
| 400 TX STORED | | 7000-34913199159 | OK | P. 1/1 |

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-408

913199159

**Belmac remodels its production plant and reduces omeprazole**

Belmac, unique Spanish laboratories specialized in the manufacturing of micro-pellets of omeprazole (of which they produce more than 50 tons per year) have totally remodeled their Zaragoza production plant, for which it has made an investment of 300 million pesetas while it has increased its payroll by 40%. This decision is in response to the desire to increase the production of omeprazole with this remodeling. Belmac, which is on the national market with a medication based on omeprazole, Belmazol®, has lowered the price of 14 capsules: to 950 pesetas (P. V. P) from 3,797 pesetas, which it had cost.
More than 200 million capsules of omeprozol are consumed in Spain per year. The current capacity of the Belmac plant in Zaragoza is 75 million doses annually, of which a high percentage is exported to 30 countries. Microgranulation is applicable to a great number of products and it is intended, among other things, to protect the medications in their passage through the stomach, to assure their controlled release, and to increase their efficiency.

Safelex, No. 231, 1 April 1999.

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-409

BELMAZOL
OMEPRAZOL

950 pesetas (PVP IVA)


BELMAC the only pharmaceutical laboratory specialized in manufacturing
OMEPRAZOL microgranules in Spain.

Omeprazole acts by inhibiting the [] of hydrogen ions in the
[difficult legibility]

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

26

April, 1st 1999
[]ATELEX

BELMAC RENOVATES ITS MANUFACTURING FACTORY AND REDUCES THE
PRICE OF OMEPRAZOL

BELMAC, the only Spanish laboratory specialized in the manufacturing of
microgranules of OMEPRAZOL (of which they produce more than 50 tons/year) has
totally remodeled its manufacturing factory in Zaragoza, for which it has made a 300
Millions Pesetas investment that has increased its factory by 40%.

This decision corresponds to the desire to maximize the production of OMEPRAZOL
with this renovation. BELMAC which is a significant [player] in the domestic market
with a medicine made from OMEPRAZOL, Belmazol ®, has reduced the set of 14
capsules to 950 pesetas from the 3797 pesetas it used to cost. In Spain more than 200
millions of capsules of OMEPRAZOL consumed every years. The current production
capacity of Belmac's factory in Zaragoza is 75 millions of doses per year, from which a
high percentage is exported to 30 countries.

The microgranulation is applicable to a large number of products and with it, it is
possible to shield medicines when they are going through the stomach, securing and
controlling delivery and increasing their efficiency.

BELMAC, only Spanish pharmaceutical laboratory specialized in the manufacturing of
microgranules of OMEPRAZOL in Spain.

BELMAC, only Spanish pharmaceutical laboratory in Spain specialized in the
manufacturing of microgranules of OMEPRAZOL, has substantially decrease its
specialty

BELMAC has totally remodeled its manufacturing factory in Zaragoza, for which it has
made a 300 Millions Pesetas investment at the time that has increased its factory by 40%,
with the goal to maximize the production of OMEPRAZOL, the world leading medicine
to treat gastro duodenal ulcer. In the factory, apart from the own production,
OMEPRAZOL is manufactured for other companies, as well as for exportation.

Thanks to this renovation, Bemac, which is a significant [player] in the domestic market
with a medicine made from OMEPRAZOL, Belmazol, has considerably reduced the set
of 14 capsules: to 950 pesetas from the 3797 pesetas it used to cost. BELMAC has
demonstrated its bio-equivalence with the 2 products of reference better known
internationally, Mopral and Losec.

In Spain more than 200 millions of capsules of OMEPRAZOL consumed every years.
The current production capacity of Belmac's factory in Zaragoza is 75 millions of doses

**Rough Translation for use by Attorneys During Depositions**
**May not be Submitted to Court without Permission of Baach, Robinson & Lewis, PLLC**

A-411

per year, from which a high percentage is exported to 30 countries. Since the beginning of its activities, BELMAC had as one of its goals to maximize this factory, for that it was necessary to remodel and increase its panel of products with the goal to secure the future of the company. Today, thanks to the technology of the microgranulation with high capacity equipment, it has been possible to produce more than 50 tons of micro pellets per year. The microgranulation is applicable to a large number of products and with it, it is possible to shield medicines when they are going through the stomach, securing and controlling delivery and increasing their efficiency.

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Baach, Robinson & Lewis, PLLC

12/04 '99 09:26 FAX +34 913887847          LAB.BELMAC

9/03/1995 21:57    6039294845              BENTLEY PHARM INC                    PAGE 01

Att : Areleo

③

# BENTLEY PHARMACEUTICALS, INC.

6S Lafayette Road
Third Floor - South
North Hampton, NH 03862

*Temporary* Phone (603) 926-2812

*Temporary* Fax (603) 929-4845

*Dr. Clemente*
*A. Herrera*

To:        Patrice DeBregeas              Date:        April 9, 1999

Fax No:    011-34-91-319 9159

Company:   c/o Ethypharm Madrid

From:      James R. Murphy
           Chairman & CEO

Dear Patrice,

I have received your letter concerning reference to Ethypharm technology and understand your concerns. Our intentions have always been to promote the Belmazol in a fashion that would maximize market potential and obviously advance the best interests of both of our companies.

To refresh your memory, extending back many years ago to 1995, I wanted to publicly announce the relationship between our organizations by way of a press release and a promotional program but, your company did not want us to mention Ethypharm. Honoring your wishes since that time, we have been careful not to disclose Ethypharm name in our public announcements.

I am pleased that you have changed your mind and would now prefer that we acknowledge our relationship. I would like to meet with you to discuss how both companies can prosper from joint announcements and even collaborate in more lucrative relations.

Attached is a summary of technologies and worldwide patents recently acquired by Bentley Pharmaceutical in the drug delivery area. We have redirected the focus of the company as a result of these technologies.

We are in the process of moving our corporate headquarters in the US to reside close to the drug delivery industry outside of Boston where we are constructing a developmental laboratory. You may have read the recent announcement of our hiring of a leading scientist in the field (Bob Gyurik). Bob has more than 28 years of drug delivery experience while previously employed at SmithKline Beecham and MacroChem Corp. His most recent accomplishment is in the development and co-authoring the patent for Topiglan®, a topical treatment for erectile dysfuntion.

I invite you and your staff to examine this information and would be pleased to meet and explore the possibility of collaboration in any of the therapeutic areas of mutual interest.



10/04 '99 16:17    N° TX/RX2049      P.001

EP 002813

A-413