

## OVERVIEW

Bentley Pharmaceuticals, Inc. is a drug delivery company specializing in the development and commercialization of products based upon innovative drug delivery systems. Although the Company is a domestic, publicly traded organization (BNT: AMEX), the vast majority of revenues are derived from Europe where the company manufactures and markets more than forty product presentations.

Our commercialized products are concentrated in four therapeutic categories of cardiovascular, gastrointestinal, anti-infective and CNS.

Bentley recently initiated a domestic strategy with the acquisition of proprietary permeation excipient technology and the establishment of a product development laboratory capable of creating and optimizing pharmaceutical formulations. Our technology consists of a series of chemicals, some of which, are GRAS (Generally Recognized As Safe) excipients that enhance the permeability of drugs administered through skin, across mucosa, through the cornea or the blood-brain barrier in a variety of independent pharmaceutical formats.

It is the format independence that sets this technology apart from other drug delivery technology. Studies have demonstrated that these excipients enhance the absorption of pharmaceutical products whether formulated in creams, ointments, gels, patches, solutions, lotions, or suppositories and effective with both hydrophilic and lipophilic agents.

We believe that in addition to the patent protection of products developed utilizing our technology, there is significant economic and scientific advantages associated with the GRAS status of these excipients, which allow for a more expedient and less-costly path to commercialization.

A Drug Master File (DMF) is established for reference with the US Food and Drug Administration.

Some of the potential applications are briefly summarized below.

Page 1 of 4

EP 002814

A-414



## TRANSDERMAL SUMMARY

*In vitro* experiments have demonstrated that our technology can enhance the transdermal permeation of a wide variety of drugs spanning an impressive range of molecular weights. Dynamic formulations (creams, ointments, gels, patches, or solutions) can be designed to target specific layers of the skin for regional and topical delivery, or designed to deliver a product for systemic absorption. These excipients have also proven to provide a homogeneous distribution and compatibility with patch adhesives. Various transdermal applications include:

- ◊ Hormone Replacement Therapy: estradiol, levonorgestrel, testosterone
- ◊ Antihypertensive agents: propranolol,
- ◊ Anti-anxiety agents: benzodiazepines
- ◊ NSAIDs: ketoprofen, diclofenac, ibuprofen, indomethacin, etc.
- ◊ Antifungals: clotrimazole, itraconazole, ketoconazole, miconazole, etc.
- ◊ Vasodilators & Erectile Dysfunction: PGE1, etc.
- ◊ Corticosteroids: hydrocortisone, fluticasone, triamcinolone, etc.
- ◊ Antivirals: acyclovir
- ◊ Anti-emetics: scopolamine
- ◊ Pain Management: fentanyl, hydromorphone, hyrdrocordone
- ◊ Anesthetics: etidocaine, lidocaine, xylocaine etc.
- ◊ Antibiotics: erythromycin, etc.
- ◊ Oncological: 5-fluorouracil, methotrexate

## DERMATOLOGICAL

*In vitro* and *in vivo* studies have demonstrated efficacy for enhancing various dermatological drugs including:

- ◊ Corticosteroids: hydrocortisone, fluticasone, etc.
- ◊ Anti-acne agents: retinoic acid, 13-cis-retinoic acid, erythromycin
- ◊ Skin cancer treatment agents: 5-fluorouracil
- ◊ Psoriasis: methotrexate, etc.

## OPHTHALMIC

Proven enhancement has been shown *in vitro* through corneal tissue with:

- ◊ timolol maleate
- ◊ indomethacin

EP 002815

A-415

BENTLEY PHARM INC                    PAGE  04



◊   demeclocycline (antiglaucoma drug) – 20% reduction in ocular pressure

## INTRANASAL & MUCOSAL (PEPTIDES)

These excipients have also been combined successfully with large molecular weight products such as calcitonin and insulin to successfully facilitate nasal delivery and absorption. Tests have found these formulations are much more effective than any competitive product on the market.

Nasal application of _insulin_ when combined with one of these excipients has a bioavailability of 40% as compared to the same drug dosage injected directly into the bloodstream. This is based on a yearlong preclinical study involving over 120 canine subjects. Other intranasal efficacy studies show extremely promising results for the delivery of other peptides including:

◊   Calcitonin
◊   Insulin
◊   Endorphins

## ANTIFUNGAL

Results have indicated that _ketoconazole_ can be absorbed through the stratum corneum and retained in the viable skin layer. Similar results have been achieved with _itraconazole_ and _clotrimazole_. These formulations provide a way to combat intractable fungal infections in the stratum corneum of the palms of the hands, the soles of the feet, or in the nail bed, occurring especially in immuno-compromised individuals such as AIDS patients.

## ANTI-INFLAMMATORY/PSORIASIS

Anti-psoriatic drugs, such as methotrexate (MTX), both _in vitro_ and _in vivo_ have been previously investigated successfully. MTX has been used to treat severe psoriatic patients via oral administration, but this modality has associated serious side effects.

## CNS AGENTS

Results have shown that anti-anxiety agents such as diazepam can be effectively enhanced through the skin using the permeation enhancement technology.

EP 002816

A-416

08/02/1995  23:14    6039294845                    BENTLEY PHARM INC                    PAGE  05



**Bentley**
Pharmaceuticals, Inc.

## SAFETY STUDIES

Extensive safety studies have been performed and are outlined in our DMF. This is a summary:

◊ Acute oral toxicity: The acute oral $LD_{50}$ value in rats exceeded 5 g/kg.
◊ Acute dermal toxicity: The acute dermal $LD_{50}$ value in rabbits exceeded 5 g/kg.
◊ Irritation: No irritation was produced by the excipient applied full strength to intact or abraded rabbit skin for 24 hours under occlusion or to the backs of hairless mice or swine. Tested at 10% in petrolatum, the excipient produced no irritation after a 48-hour closed-patch test on human volunteers.
◊ Sensitization: A maximization test was carried out on 25 human volunteers. The material was tested at a concentration of 10% in petrolatum and produced no sensitization reactions.
◊ Mutagenicity: no mutagenic effects
◊ Skin Staining: none
◊ Phototoxicity: No phototoxic effects were reported for the excipient.
◊ Intranasal Irritation: A 28-day acute intranasal toxicity study in rats revealed no unexpected alterations in hematology or serum chemistry values associated with the administration of the permeation excipient; also, no irritation nor systemic toxicity; meticulous examination revealed no gross differences between the treated site (nostril and passage) and the untreated side in rats dosed with the excipient, vehicle or excipient.
◊ Human exposure: The safety of the excipients has been well-characterized since the human population has been exposed to much higher concentrations of these substances in amounts far greater than those required for permeation enhancement.

## FORMULATIONS AND STABILITY

Compatibility has been demonstrated in many drug platforms, including patches, creams, lotions, gels, solutions, etc. Impressive permeation enhancement activity has been demonstrated at very low amounts of our excipients. Formulations containing varying amounts of enhancers have shown excellent stability for up to 48 months. Moreover, the pleasant fragrance is a great advantage when compared with other available enhancers, which have objectionable odors.

## SAMPLE DATA

Sample data has been attached to illustrate the various formulations that document the capabilities and advantages of applying this technology.

• Estradiol        • Testosterone        • Clotrimazole        • Diclofenac
• Calcitonin

EP 002817

A-417



A-418

EP 002818



Clotrimazole Levels In Vivo

Legend:
- ■ Epidermis
- ■ Dermis

y-axis: µg Permeated/10 cm2 (80.00, 70.00, 60.00, 50.00, 40.00, 30.00, 20.00, 10.00, 0.00)

x-axis categories: F1 (4% CPE 215 No ethanol); Control (0% CPE 215 No ethanol); F23 (4% CPE 215 30% ethanol); LOTRIMIN®

7 Hour Permeation Study; Guinea Pig

EP 002819

A-419

A-420

EP 002820

BENTLEY PHARM INC          PAGE 88



*In Vitro* Permeation of Timolol
Through Perfused Rabbit Cornea

[n=5, except control n=9]

- ○— Control
- ◆— 2% CPE
- △— 5% CPE
- ■— 7% CPE

Cumulative Permeation
(µg/ml)

Hours After Dosing



Testosterone Skin Permeation Enhancement with CPE-215
Franz Cells: n=6 hairless rat skin

PAGE 09          BENTLEY PHARM INC

EP 002821

A-421



RECIBIDO 1 5 JUN. 1999

Laboratorios Belmac, S.A.

ETHYPHARM
Marqués de la Ensenada, 16
28004 MADRID

Att.: Mr. Adolfo de Basilio
General Manager

Madrid, June 11th, 1.999

Dear Sir,

Due to the last conversations held about various matters of mutual interest, I should like to confirm you that the company policies about commercial promotion that BELMAC has been carrying out from some time ago by the ways of comunication and advertising , in particular, about our product BELMAZOL, always have been guided by the principle of honesty referent to the content of the promotional message, that is, the specific, differentiated and most significant contribution that the Product may offer to consumer sectorial market of pharmaceutical products in the aggregate supply of all Companies according to the procedures and discipline that the market itself and the health authorities require.

In this respect, we want to inform and guarantee you at the same time, the intent of BELMAC on respecting the above mentioned norms of advertising and the discipline of economic laws of market which govern the commercial relations in our country.

Finally, let me stress to you that, in no case and under any circumstances in the past, by commercial pressure, growing competition, public opinion or other, we have ever intended to harm the interests of ETHYPHARM, with which it does exists from many years a business relationship that we consider at the same time fully satisfactory, and, as far as we know , it remains safe and undisturbed up to now.

We would like, based on the foregoing, to convey to you our utmost sincere desire and willingness of keeping the spirit of trust , understanding, and collaboration, that ever has prevailed between both Companies.

Should for any reason the content and the meaning of our sentiments at this moment not deem as clear as we have wished to express in this document, I invite you for a meeting to address or clarify any issue that you may consider appropriate.

Yours sincerely,

Adolfo Herrera
General Manager

**BELMAC**    Montearagón, 9 - 1.ª pta - 28033 MADRID - Tel.: 91 388 72 01 - Fax: 91 388 76 47
Fábrica: Polígono Malpica, c/C, 4. 50016 ZARAGOZA - Tel.: 976 57 17 84 - Fax: 976 57 26 63



EP 002436

A-422

 **ethypharm** 

Madrid, 26 de Enero del 2000

Adjunto los precios de fabricación y suministro para el año 2000, para su aceptación.

## Precios de Belmac para Ethypharm

- Encapsulado ...................................300 ptas/1000 dosis
- Exportación ................................. 300 ptas/1000 dosis
- Costo fijo de fabricación (incluye dos turnos) ......... 2.666.666 ptas
  Este precio es para doce meses.
- Costo variable de fabricación por producto:
  - Omeprazol ..................... 500.000 ptas/1.250.000 dosis
  - Piroxicam ..................... 400.000 ptas/2.000.000 dosis
  - Vincamina .................... 400.000 ptas/1.000.000 dosis
  - Aspirina ...................... 200.000 ptas/1.700.000 dosis
  - Indometacina ................ 400.000 ptas/1.500.000 dosis
  - Lansoprazol .................. 400.000 ptas/850.000 dosis
- Puesta en frasco todo incluido excepto pellets ...................90 ptas
- Trabajo fin de semana a doble turno ........................ 312.500 ptas
- Aumento coste fijo cuando incluyamos la nueva máquina 1.250.000 ptas.

## Precios de Ethypharm para Belmac

- Suministro de microgránulos de Omeprazol ............... 33.500 ptas.
  (incluyendo el principio activo y para una riqueza de 85.5 mg/g)

Este precio está comprendido para un precio de compra del ingrediente activo de 1.000 dólares.

Fdo.: D. Adolfo de Basilio
Director General
Ethypharm

Fdo.: D. Adolfo Herrera
Director General
Belmac

Marqués de la Enseñada - 4 - Centro Colon - 20004 Madrid (España)
Tel. +34 915 105 901 · FAX : +34 915 103 130
Correo-e: ethypharm@ethyph.m.es - Pag. Web: http://www.ethypharm.com

 EXHIBIT

A-423

CONFIDENTIAL

BENTL008225

06/08 '04 19:21 FAX 915218782          IBERFORO                                    ⌀007

 

Madrid, 26 janvier 2000

Ci-joint les prix de fabrication et de livraison pour l'an 2000, pour leur acceptation.

### Prix de Belmac pour Ethypharm

- Encapsulation ...................................................300 ptas/1000 doses
- Exportation ......................................................300 ptas/1000 doses
- Coût fixe de fabrication (deux équipes inclues) .......... 2.666.666 ptas
  Ce prix est valable pour douze mois.
- Coût variable de fabrication par produit:
  - Oméprazole ................ 500.000 ptas/1.250.000 doses
  - Piroxicam ..................... 400.000 ptas/2.000.000 doses
  - Vincamine ................... 400.000 ptas/1.000.000 doses
  - Aspirine ...................... 200.000 ptas/1.700.000 doses
  - Indométacine .............. 400.000 ptas/1.500.000 doses
  - Lansoprazole .............. 400.000 ptas/850.000 doses

- Mise en flacon tout inclu excepté les pellets ....................... 90 ptas.
- Travail week end avec deux équipes à tour de rôle ................. 312.500 ptas.
- Augmentation coût fixe quand sera inclue la nouvelle machine 1.250.000 ptas.

### Prix d'Ethypharm pour Belmac

- Livraison de microgranules d'Oméprazole ............................ 33.500 ptas.
(Principe actif inclu et pour une richesse de 85.5 mg/g)
Ce prix est compris pour un prix d'achat de l'ingrédient actif de 1.000 dollars.


Signé:      M. Adolfo de Basilio          Signé:      M. Adolfo Herrera
            Directeur Général                         Directeur Général
            Ethypharm                                Belmac

Marquès de la Ensenada, 16 - Centro Colón - 28004 Madrid (España)
Tel: +34 913 083 681 - Fax: +34 913 199 150
Correo-e: ethypharm@ethypharm.es - Pag. Web: http://www.ethypharm.com

A-424

CONFIDENTIAL

BENTL008226

[logo] **ethypharm**

[logo] **ethypharm**
**Drug Delivery Solutions**

Madrid, January 26, 2000

I attach prices for manufacture and supply for the year 2000, for your approval.

### Prices from Belmac to Ethypharm

| | |
|---|---|
| * Encapsulation | 300 ptas/ 1000 doses |
| * Export | 300 ptas/ 1000 doses |
| * Fixed cost of manufacture (includes two shifts) | 2,666,666 ptas |
|    this price is for 12 months | |
| * Variable cost of manufacture per product: | |
|    - Omeprazole | 500,000 ptas/ 1,250,000 doses |
|    - Piroxicam | 400,000 ptas/ 2,000,000 doses |
|    - Vincamine | 400,000 ptas/ 1,000,000 doses |
|    - Aspirin | 200,000 ptas/ 1,700,000 doses |
|    - Indomethacin | 400,000 ptas/ 1,500,000 doses |
|    - Lansoprazole | 400,000 ptas/ 850,000 doses |
| * Packaging in glass all inclusive except pellets | 90 ptas |
| * Weekend work double shifts | 312,500 ptas |
| * Increase in fixed costs when we include new machine | 1,250,000 ptas |

### Prices from Ethypharm to Belmac

| | |
|---|---|
| * Supply of Omeprazole microgranules | 33,500 ptas |
|    (including active ingredient at a concentration of 85.5 mg/g) | |

This price is for a purchase price of active ingredient of 1,000 dollars.

[signature]                                        [signature]
Signed: Adolfo Basilio                Signed: Adolfo Herrera
    General director                          General Director
    Ethypharm                                    Belmac

A–425

**LABORATORIOS BELMAC, S.A.**

HOJA DE ENVÍO DE FAX

| PARA: | DE: |
|---|---|
| D. Ignacio Alvarez | Adolfo Herrera |

| ORGANIZACIÓN: | FECHA: |
|---|---|
| Ethypharm | 31 de Octubre de 2.000 |

| NÚMERO DE FAX: | Nº TOTAL DE PÁGINAS, PORTADA INCLUIDA: |
|---|---|
| 91 319 9159 | 2 |

| NÚMERO DE TELÉFONO: | Nº DE REFERENCIA DEL REMITENTE: |
|---|---|
| 91 3085681 | |

| ASUNTO: | SU Nº DE REFERENCIA: |
|---|---|
| | |

☐ URGENTE     ☐ PARA REVISAR     ☐ COMENTARIOS     ☐ RESPONDA     ☐ RECICLAR

Estimado Ignacio :

Tal como me habias solicitado, adjunto te remito copia del organigrama de nuestra Cía.

Recibe un cordial saludo.

Fdº.: Adolfo Herrera
Director General

Enviado por mensajero
31/10/00

LABORATORIOS BELMAC, S.A.
Montearagón, 9 – 28033 MADRID
Tfno.: 913887201 – Fax 913887647

CONFIDENTIAL



EXHIBIT
HERRERA
13
1/21/06    SB

BEL001051

A-426

ORGANIZATION CHART



CONFIDENTIAL

CONFIDENCIAL

BEL001052

A-427

## BELMAC LABORATORIES

Fax Cover Sheet

To:
D. Ignacio Alvarez

From:
Adolfo Herrera

Company:
Ethypharm

Date:
October 31, 2000

Fax Number:
91 319 9159

Total No. Pages, Incl. Cover Sheet:
2

Telephone Number:
913085681

Sender Reference No.:

Subject:

Reference No.:

Urgent          For Review          Comments          Respond          Recycle

Dear Ignacio:

As you had requested, I am attaching a copy of the organizational chart of our company.

I send a cordial greeting.

[Signature]
Adolfo Herrera
General Director

BELMAC LABORATORIES
Montearagón, 9 – 28033 MADRID
Tel.: 913887201 – Fax 913887647

CONFIDENTIAL                    **BEL001051**
Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-428





| Tel : | + 34 - 91 308  56  81 |
| Fax : | + 34 - 91 319  91  59 |
| E-Mail : ethypharm@ethypharm.es | |

Marqués de la Ensenada, 16
28004 Madrid – Spain

http://www.ethypharm.com

| Fax  no: 00 33 1 41 12 17 97 | Page(s): 2 | Date: 11/1/01 |
|---|---|---|
| A/To: M. Eric Cailleret | From : D. Ignacio Álvarez de la Gala | |
| Cía/Company: Ethypharm S.A. | Dpt: | |
| Cc: | Cc: D. Adolfo de Basilio | |

| Subject : | |
|---|---|

Cher M. Cailleret,

Veuillez trouver ci-joint l' accord de prix signé avec Belmac pour l'année 2001.

Veuillez agréer mes sincères salutations,

Fdo.: D. Ignacio Álvarez de la Gala



If you have received this communication in error, please notify us by telephone and consider that any dissemination, distribution or copy of this fax is strictly prohibited

CONFIDENTIAL
EP 002917

A-429



913199159

Madrid, 20 de Diciembre de 2000

*PRECIOS DE FABRICACION Y SUMINISTRO PARA EL AÑO 2001*

Precios de Belmac para Ethypharm

- Encapsulado.................................................................. 600 ptas/ 1000 dosis
- Exportación.................................................................. 300 ptas/ 1000 dosis
- Costo fijo de fabricación (incluye dos turnos dos GS)............. 4.073.333ptas
  Este precio es para doce meses.
- Costo variable de fabricación por producto:
  - Omeprazol ......................................... 520.000 ptas/ 1.250.000 dosis
  - Piroxicam ........................................... 416.000 ptas/ 2.000.000 dosis
  - Vincamina ........................................... 416.000 ptas/ 1.000.000 dosis
  - Aspirina ............................................... 208.000 ptas/ 1.700.000 dosis
  - Indometacina ...................................... 416.000 ptas/ 1.500.000 dosis
  - Lansoprazol ........................................ 416.000 ptas/ 850.000 dosis
- Puesta en frasco todo incluido excepto pellets ......................... 100 ptas
- Trabajo fin de semana a doble turno ....................................... 325.000 ptas

Precios de Ethypharm para Belmac

- Suministro de microgránulos de Omeprazol ........................ 29.500 ptas / kg
  ( Incluyendo el principio activo y para una riqueza de 85.5 mg/g)
Estos precios podrán ser modificados de mutuo acuerdo trimestralmente.

Fdo.: D. Adolfo de Basilio
Director General
Ethypharm

Fdo.: D. Adolfo Herrera
Director General
Belmac

Marqués de la Ensenada, 16 - Centro Colón - 28004 Madrid (España)
TEL.: +34 913 085 681 - FAX: +34 913 199 159
Correo-e: ethypharm@ethypharm.es - Pag. Web: http://www.ethypharm.com

CONFIDENTIAL
EP 002918

A-430

# Ethypharm

Drug Delivery Solutions

Madrid, December 20, 2000

Belmac's prices for Ethypharm

| | |
|---|---|
| - Drug capsule | 600 pesetas / 1,000 doses |
| - Exportation | 300 pesetas / 1,000 doses |
| - Fixed manufacturing cost (including two shifts two GS) | 4,073,333 pesetas |
|     This price covers twelve months. | |
| - Variable manufacturing cost per product: | |
|     - Omeprazole | 520,000 pesetas / 1,250,000 doses |
|     - Piroxicam | 416,000 pesetas / 2,000,000 doses |
|     - Vincamina | 416,000 pesetas / 1,000,000 doses |
|     - Aspirin | 208,000 pesetas / 1,700,000 doses |
|     - Indometacina | 416,000 pesetas / 1,500,000 doses |
|     - Lansoprazole | 416,000 pesetas / 850,000 doses |
| - Drug Bottles all included except pellets | 100 pesetas |
| - Work during weekend, double shift | 325,000 pesetas |

Ethypharm's prices for Belmac

| | |
|---|---|
| - Omeprazole Microgranules supply | 29,500 pesetas/kg |
|     (Including the active ingredient and rated at 85.5mg/g) | |

This price may be modified by mutual agreement every three months.

| | |
|---|---|
| [There follows an illegible signature]. | [There follows an illegible signature]. |
| Signed: Adolfo de Basilio | Signed: Adolfo Herrera |
| General Director, Ethypharm | General Director, Belmac |

Marqués de la Ensenada, 16 -- Centro Colón – 28004 Madrid (Spain)
Tel.: +34 913 085 681 -- Fax: +34 913 190 159
E-mail:éthypharm@ethypharm.es -- Web site: http://www.ethypharm.com

CONFIDENTIAL
EP 002918

Rough translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP          A-430A



Madrid, 26 de Enero del 2000

Adjunto los precios de fabricación y suministro para el año 2000, para su aceptación.

## Precios de Belmac para Ethypharm

- Encapsulado ...........................................300 ptas/1000 dosis
- Exportación ........................................... 300 ptas/1000 dosis
- Costo fijo de fabricación (incluye dos turnos) ......... 2.666.666 ptas
  Este precio es para doce meses.
- Costo variable de fabricación por producto:
  - Omeprazol .....................500.000 ptas/1.250.000 dosis
  - Piroxicam .....................400.000 ptas/2.000.000 dosis
  - Vincamina .................... 400.000 ptas/1.000.000 dosis
  - Aspirina ...................... 200.000 ptas/1.700.000 dosis
  - Indometacina ................ 400.000 ptas/1.500.000 dosis
  - Lansoprazol ................... 400.000 ptas/850.000 dosis
- Puesta en frasco todo incluido excepto pellets ...................90 ptas
- Trabajo fin de semana a doble turno ........................ 312.500 ptas
- Aumento coste fijo cuando incluyamos la nueva máquina 1.250.000 ptas.

## Precios de Ethypharm para Belmac

- Suministro de microgránulos de Omeprazol .............. 33.500 ptas.
  (incluyendo el principio activo y para una riqueza de 85.5 mg/g)
Este precio está comprendido para un precio de compra del ingrediente activo de 1.000 dólares.

Fdo.: D. Adolfo de Basilio
Director General
Ethypharm

Fdo.: D. Adolfo Herrera
Director General
Belmac

Marqués de la Ensenada, 16 - Centro Colón - 28004 Madrid (España)
TEL: +34 913 085 681 - FAX : + 34 913 199 159
Correo-e: ethypharm@ethypharm.es - Pag. Web: http://www.ethypharm.com

CONFIDENTIAL
EP 002922

A-431

**ETHYPHARM**

Drug Delivery Solutions

Madrid, January 26, 2000

Attached are the manufacturing and supply prices for the year 2000, for your acceptance.

**Belmac's prices for Ethypharm**

- Drug capsule 300 pesetas / 1,000 doses
- Exportation  300 pesetas / 1,000 doses
- Fixed manufacturing cost (including two shifts)      2,666,666 pesetas
    This price covers twelve months.
- Variable manufacturing cost per product:
    - Omeprazole                      500,000 pesetas / 1,250,000 doses
    - Piroxicam                       400,000 pesetas / 2,000,000 doses
    - Vincamina                       400,000 pesetas / 1,000,000 doses
    - Aspirin                         200,000 pesetas / 1,700,000 doses
    - Indometacina                    400,000 pesetas / 1,500,000 doses
    - Lansoprazole                    400,000 pesetas / 850,000 doses
- Drug Bottles all included except pellets                   90 pesetas
- Work during weekend, double shift                      312,500 pesetas
- A fixed cost will be added when the new machinery is included   1,250,000 pesetas

**Ethypharm's prices for Belmac**

- Omeprazole Microgranules supply                         33,500 pesetas
    (including the active ingredient and rated at 85.5mg/g)
This price is understood with a purchasing price of the active ingredient of 1,000 dollars.

[There follows an illegible signature].      [There follows an illegible signature].

Signed: Adolfo de Basilio            Signed: Adolfo Herrera
General Director, Ethypharm          General Director, Belmac

Marqués de la Ensenada, 16 – Centro Colón – 28004 Madrid (Spain)
Tel.: +34 913 085 681 – Fax: +34 913 190 159
E-mail:éthypharm@ethypharm.es – Web site: http://www.ethypharm.com

CONFIDENTIAL

EP 002918

Rough translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-431A



Regina Mercantil de Madrid nº 1, Tomo 1911, gen 678, 3er. 7, folio 121, H. 75446-1 M15. ANSILADA

Madrid, 26 janvier 2000

Ci-joint les prix de fabrication et de livraison pour l'an 2000, pour leur acceptation.

### Prix de Belmac pour Ethypharm

- Encapsulation .............................................300 ptas/1000 doses
- Exportation ...............................................300 ptas/1000 doses
- Coût fixe de fabrication (deux équipes inclues) .......... 2.666.666 ptas
  Ce prix est valable pour douze mois.
- Coût variable de fabrication par produit:
  - Oméprazole ................. 500.000 ptas/1.250.000 doses
  - Píroxicam .................... 400.000 ptas/2.000.000 doses
  - Vincamine ................... 400.000 ptas/1.000.000 doses
  - Aspirine ....................... 200.000 ptas/1.700.000 doses
  - Indométacine .............. 400.000 ptas/1.500.000 doses
  - Lansoprazole .............. 400.000 ptas/850.000 doses

- Mise en flacon tout inclu excepté les pellets ..................................... 90 ptas.
- Travail week end avec deux équipes à tour de rôle ................. 312.500 ptas.
- Augmentation coût fixe quand sera inclue la nouvelle machine 1.250.000 ptas.

### Prix d'Ethypharm pour Belmac

- Livraison de microgranules d'Oméprazole ................................. 33.500 ptas.
(Principe actif inclu et pour une richesse de 85.5 mg/g)
Ce prix est compris pour un prix d'achat de l'ingrédient actif de 1.000 dollars.

Signé:      M. Adolfo de Basílio          Signé:      M. Adolfo Herrera
            Directeur Général                         Directeur Général
            Ethypharm                                 Belmac

Marqués de la Ensenada, 16 – Centro Colón – 28004 Madrid (España)
TEL: +34 913 085 681 – FAX: +34 913 199 159
Correo-e: ethypharm@ethypharm.es – Pag. Web: http://www.ethypharm.com

CONFIDENTIAL
EP 002923

A-432

Dear Mr. Cailleret,

Please find attached the price agreement signed with Belmac for the year 2001.

Best regards,

illegible initials
Signed: Ignacio Álvarez de la Gala

EP002917

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

A-433



Laboratoires PHARMALLIANCE
63, rue Boudjema Moghni
Hussein – Dey  Alger
Tel : (021) 23 34 06 / 23 35 42
Fax : (021) 23 19 18

Mr A. HERRERA
Laboratorios BELMAC
28700 San Sebastian de Los Reyes
Madrid
Spain

Algiers, 06 December 2001

Dear Mr. Herrera;

Please find here enclosed the Confidentiality Agreement, duly signed by Mrs Amal Lamari, of the following products :

- Omeprazole 10 & 20 mg
- Enalapril 5 & 20 mg
- Simvastatine 20 mg

Could you please send us as soon as possible the corresponding files.

Thank you for your co- operation & Best regards.

Ilhem Chafia GADRI
Affaires Réglementaires



Laboratoires Pharmalliance  63, rue Boudjema Moghni - Hussein-Dey - Alger
Téléphone : (02) 23 34 06 / 23 35 42 Fax : (02) 23 19 18

BEL000496

A-434

## SUPPLY, MARKETING & DISTRIBUTION AGREEMENT

BETWEEN:

PHARMALLIANCE, with head office in 63, Rue Boudjema Moghni Hussein-Dey, Alger-Algerie, represented by Amal Lamary Chairman, (Hereinafter called "PHARMALLIANCE");

AND

LABORATORIOS BELMAC, S.A., with head office at San Sebastian de los Reyes, MADRID 28700, C/ Teide 4, Poligono Empresarial La Marina, represented by Mr. Adolfo Herrera Málaga, General Manager, holding powers for this deed, (Hereinafter called "BELMAC")

The parties have agreed and taken into written form, this commercial marketing and distribution agreement:

### FIRST

PHARMALLIANCE agrees to buy from BELMAC the medicine "OMEPRAZOLE" 20 mg and OMEPRAZOLE 10mg capsules, according to the schedule and supplying plan, which will be agreed between the parties.

### SECOND

BELMAC agrees to sell to PHARMALLIANCE the medicine "OMEPRAZOLE" 20 mg and OMEPRAZOLE 10mg capsules, at competitive prices, re-calculated every year

### THIRD

The products supplied and sold to PHARMALLIANCE by BELMAC as the sole and exclusive manufacturer   must be delivered C&F from the production plant in Zaragoza, Spain, to PHARMALLIANCE warehouse at ALGEL, ALGERIE, conditioned, packed in bulk and labelled according to the instructions, which PHARMALLIANCE will inform BELMAC about.

### FOURTH

The price of each supply will have to be paid within 120 days from the AWB date.

### TENTH

Neither Party shall be entitled to any compensation or indemnity as result of the termination of the agreement.

CONFIDENTIAL

BEL000497

A-435

### ELEVENTH

In order to guarantee the success of the product omeprazol (PROTON), Belmac will assume part of the marketing and distribution costs of the product during the time that Belmac supply the product in Bottle labeled.

For each bottle of the product supplied by Belmac, Pharmalliance will emit an invoice to Belmac with the following charges:

| | |
|---|---|
| Omeprazole 20mg in Bottle of 14 capsules | 1,706 Euros. |
| Omeprazole 20mg in Bottle of 28 capsules | 3,265 Euros. |
| Omeprazole 10mg in Bottle of 28 capsules | 1,874 Euros. |

Payment will be made 120 days from AWB

### TWELVETH

#### Supply Prices C&F Alger (Algerie)

| | |
|---|---|
| Omeprazole 20mg in Bottle of 14 capsules | 3,20 Euros. |
| Omeprazole 20mg in Bottle of 28 capsules | 6,13 Euros. |
| Omeprazole 10mg in Bottle of 28 capsules | 3,52 Euros. |

This Confidentiality and Non –Disclosure covenant will survive and  last for  five  (5) years after the   termination of the Agreement.
This agreement was written in duplicate.

Alger, Algerie February

PHARMALLIANCE                    LABORATORIOS BELMAC, S.A.
Amal Lamary                          Adolfo Herrera

CONFIDENTIAL

BEL000498

A-436



**Ethypharm S.A.**

LABORATORIOS BELMAC S.A.
Tedda, 4 Planta Baja
Parque Empresarial "La Marina"
28700 SAN SEBASTIAN DE LOS REYES
(Madrid)
SPAIN

Saint Cloud, February 1st, 2002

Via Facsimile : 00 34 91 652 01 44
Confirmation by courier

For the attention of Mr HERRERA

Dear sir ,

We have received through Mr Adolfo de Basilio copy of your letter dated January 2, 2002 addressed to our subsidiary Ethypharm S.A. in Spain.

In order to further discuss the present situation, we reiterate our wish to have a meeting with your company prior to the effective initialisation of our agreements and propose to welcome you at our Saint Cloud offices during the week of February 18th 2002, and preferably Thursday 21st or Friday 22nd of February.

We thank you in advance for confirming your availability during that week and the date which is most convenient for you.

Looking forward to hearing from you,

Yours sincerely,

Patrice DEBREGEAS
President

Gérard LEDUC
General Manager

Direction Scientifique et Commerciale : 194, Bureaux de la Colline - Bâtiment D - 92213 Saint-Cloud Cedex - France.
TÉL.: + 33 - 1 41 12 61 21 - FAX : + 33 - 1 46 02 05 15 - Site Web : http://www.ethypharm.com
Siège Social et Fabrication : 21, rue Saint Matthieu - 78550 Houdan - France - TÉL. : + 33 - 1 30 46 12 20 - FAX : + 33 - 1 30 88 11 30
Site de Fabrication : Chemin de la Poudrière - B. 117 - 76120 Le Grand Quevilly Cedex - France - TÉL. : + 33 - 2 35 18 24 44 - FAX : + 33 - 2 35 18 24 61
SA au capital de 6 056 624 € - RCS Versailles B 311 198 033 - APE 244Z - Siret 311 198 033 00207

EXHIBIT
22
HERRERA
[handwritten]

EP 004846

A-437

In order to further discuss the present situation, we reiterate our wish to have a meeting with your company prior to the effective termination of our agreements and propose to welcome you at our Saint Cloud offices during the week of February 18th 2002 and preferably Thursday 21st or Friday 22nd of February.

We thank you in advance for confirming your availability during that week and the date which is most convenient for you.

Looking forward to hearing from you,

Yours sincerely,

Patrice DEBREGEAS
President

Gérard LEDUC
General Manager

Direction Scientifique et Commerciale . 194, Bureaux de la Colline - Bâtiment D - 92213 Saint-Cloud Cedex - France
TEL : + 33 - 1 41 12 12 20 - FAX : + 33 - 1 41 12 17 30 - Visioconférence : + 33 - 1 41 12 00 76 - Site Web http://www.ethypharm.com
Siège Social et Fabrication : 21, rue Saint Matthieu - 78550 Houdan - France - TEL : + 33 - 1 30 88 17 20 - FAX + 33 - 1 30 88 17 30
Site de Fabrication : Chemin de la Poudrière - B.P. 117 - 76121 Le Grand Quevilly Cedex - France - TEL + 33 - 2 35 18 24 64 - FAX + 33 - 2 35 18 24 61
S.A. au capital de [illegible] - RCS Versailles B [illegible] - APE 244 C - Siret [illegible]

CAUSE DE L'ERREUR
E-1) RACCROCHE OU ERREUR LIGNE
E-2) OCCUPE
E-3) PAS DE REPONSE
E-4) PAS UN TELECOPIEUR

P. 1

* * * RAPPORT DE RESULTAT DE LA COMMUNICATION ( 1.FEV. 2002 19:46 ) * * *

TTI ETHYPHARM SCL

| FICH MODE | OPTION | ADRESSE (GROUPE) | RESULT | PAGE |
|---|---|---|---|---|
| 1031 TX MEMORISEE | | 00034916520144 | OK | 1/1 |

EP 004847

ETHYPHARM, S.A.
194 Bureaux de la Colline
Bâtiment D
99213 Saint-Cloud Cedex
France


Madrid, February 6th, 2.002


Att.: Mr. Patrice Debregeas
      Mr. Gérard Leduc


Dear Sirs,

We have just received your letter dated February 1st 2.002, and in order to further discuss the present situation, we inform you that our intention is to have e meeting in your Saint Claud offices next 21st February at 9,30am.

The people who will assist at the meeting will be Mr. Fernando Berenguer Zúñiga and I.

Looking forward to receiving your confirmation, we remain.

Sincerely yours.




Adolfo Herrera
General Manager





## Ethypharm s.a.
Drug Delivery Solutions

LABORATORIOS BELMAC S.A.
Tejda, 4 Planta Baja
Parque Empresarial "La Marina"
28700 SAN SEBASTIAN DE LOS REYES
(Madrid)
SPAIN

Saint Cloud, February 11th, 2002

Via Facsimile : 00 34 91 652 01 44
Confirmation by courrier

For the attention of Mr HERRERA

Dear sir ,

Further to your letter of February 6th, 2002, we wish to confirm the meeting next February 21st, 2002 at our Saint Cloud offices at 9.30 a.m.

Looking forward to receiving you and Mr Berenguer Zuniga, we remain ,

Yours Sincerely,

Patrice DEBREGEAS
President



Direction Scientifique et Commerciale : 194, Bureaux de la Colline - Bâtiment D - 92213 Saint-Cloud Cedex - France
TEL. : + 33 - 1 41 12 17 20 - FAX : + 33 - 1 41 12 17 30 - Visioconférence : + 33 - 1 41 12 00 75 - Site Web : http://www.ethypharm.com
Siège Social et Fabrication : 21, rue Saint Matthieu - 78550 Houdan - France - TEL. : + 33 - 1 30 88 17 20 - FAX + 33 - 1 30 88 17 30
Site de Fabrication : Chemin de la Poudrière - B.P. 117 - 76121 Le Grand Quevilly Cedex - France - TEL + 33 - 2 35 18 24 64 - FAX + 33 - 2 35 18 24 61
S.A. au capital de 6 000 000 F - RCS Versailles B 319 999 633 - APE 244 C - Siret 311 999 633 00032

EP 004845

A-440

| | |
|---|---|
| **From:** | joannesse.roseline@ethypharm.com |
| **Sent:** | Thursday, March 21, 2002 7:09 PM |
| **To:** | herrera@belmac.com |
| **Cc:** | gérard.leduc@ethypharm.com; Debregeas.Patrice@ethypharm.com; ethypharm@ethypharm.es |
| **Subject:** | Agreement |
| **Importance:** | High |
| **Attachments:** | Belmac020321.doc; suministro02b.rtf |

Belmac020321.doc suministro02b.rtf (34
(20 KB)        KB)

                    Dear Mr Herrera,

Please find attached anticipated copy by e-mail of Mr Leduc's letter and of your revised proposal.
Copy is also forwarded tonight by fax.

Looking forward to hearing from you,

Yours Sincerely,                          (See attached file:
Belmac020321.doc)(See attached file: suministro02b.rtf)


Roseline JOANNESSE
Directeur Juridique - groupe

ETHYPHARM S.A.
194 Bureaux de la Colline
Bat. D
92213 Saint Cloud Cedex  - France
tel : 00 33 1 41 12 17 35
fax : 00 33 1 41 12 17 30

1



CONFIDENTIAL
EP 008591

A-441