

DIRECCIÓN DE LA
AGENCIA ESPAÑOLA
DE MEDICAMENTOS Y
PRODUCTOS SANITARIOS

REF.: MUH/GEST/PGL.



AGENCIA ESPAÑOLA DE MEDICAMENTOS
Y PRODUCTOS SANITARIOS
REGISTRO GENERAL

2 3 JUN 2004

SALIDA N.º  5805

SR. REPRESENTANTE LEGAL DE
LABORATORIOS BELMAC, S.A.
C/Teide nº 4-planta baja. Polígono
Empresarial La Marina. 28700 SAN
SEBASTIAN DE LOS REYES-MADRID

Fecha: 17/06/04

## RESOLUCION POR LA QUE SE MODIFICA LA AUTORIZACIÓN DE COMERCIALIZACION DE LA ESPECIALIDAD FARMACEUTICA "BELMAZOL, 20 mg cápsulas" Nº: 59.829

LA DIRECTORA DE LA AGENCIA ESPAÑOLA DE MEDICAMENTOS Y PRODUCTOS SANITARIOS

Estudiada la solicitud de modificación Tipo II, Subtipo 202, consistente en "cambios de excipientes que no afectan la biodisponibilidad. Especificación de gastro-resistencia $\geq$ 90%; en los términos que se recogen en el Anexo II", de la autorización de comercialización, de la especialidad farmacéutica "BELMAZOL, 20 mg cápsulas" nº 59.829

Vistos los preceptos de la Ley 30/1992, de 26 de noviembre, de Régimen Jurídico de las Administraciones Públicas y del Procedimiento Administrativo Común, modificada por la Ley 4/1999, de 13 de enero; la Ley 25/1990, de 20 de diciembre, del Medicamento; el Real Decreto 767/1993, de 21 de mayo, por el que se regula la evaluación, autorización, registro y condiciones de dispensación de especialidades farmacéuticas y otros medicamentos de uso humano fabricados industrialmente; el Real Decreto 520/1999, de 26 de marzo, por el que se aprueba el Estatuto de la Agencia Española del Medicamento, y demás normas aplicables, y tras el examen de los informes técnicos oportunos,

RESUELVE:

PRIMERO.- Conceder la autorización de modificación consistente en "cambios de excipientes que no afectan la biodisponibilidad. Especificación de gastro-

A-567A

CORREO ELECTRÓNICO

sdaem@agemed.es

C/ Alcalá, 56
28071 MADRID
TEL: 91 822 50 26
FAX: 91 822 50 10

BEL119777
HIGHLY CONFIDENTIAL





resistencia $\geq$ 90%; en los términos que se recogen en el **Anexo II"** de la especialidad farmacéutica arriba mencionada.

**SEGUNDO.-** Con esta misma fecha se da traslado a la Dirección General de Farmacia y Productos Sanitarios de la presente resolución a los efectos previstos en el apartado primero de la instrucción de 13 de Diciembre de 2002.

**TERCERO.-** Como anexo a la presente resolución, se adjuntan:
*Anexo II de Condiciones de Autorización y Requisitos de Dispensación de la especialidad Farmacéutica.*

Contra esta Resolución que pone fin a la vía administrativa, puede interponerse potestativamente Recurso de Reposición ante la Directora de la Agencia Española de Medicamentos y Productos Sanitarios en el plazo de un mes, conforme a lo dispuesto en el artículo 116 de la Ley 30/1992, de 26 de noviembre, de Régimen Jurídico de las Administraciones públicas y del Procedimiento Administrativo Común, o interponerse Recurso Contencioso-Administrativo ante el Juzgado Central de lo Contencioso-Administrativo, en el plazo de dos meses a contar desde el día siguiente a la notificación de la presente Resolución, conforme a lo dispuesto en la Ley Reguladora de la Jurisdicción Contencioso-Administrativa de 13 de julio de 1998, sin perjuicio de cualquier otro recurso que pudiera interponerse.

agencia española de
medicamentos y
productos sanitarios
Ministerio de Sanidad y Consumo

Fdo.: Mª del Val Díez Rodrigálvarez

N.R. 59.829
17/06/04

**A-567B**

MINISTERIO
DE SANIDAD
Y CONSUMO
Agencia española de
medicamentos y
productos sanitarios

BEL119778
HIGHLY CONFIDENTIAL



## AFFIDAVIT OF ACCURACY

This is to certify the document, **September 11, 2003,** has been translated from Spanish into English by staff members of TransPerfect Translations familiar with both the Spanish into English languages and is to the best of our knowledge, ability and belief, a true and accurate translation.



_____

Susan Christian
TransPerfect Translations, Inc.
15 Broad St., Suite 305
Boston, MA 02109

Sworn to before me this
22nd day of October 2004

_____

Signature, Notary Public
Commonwealth of Massachusetts
Commission Expires August 14, 2009

A-568

[logo]
MINISTRY OF HEALTH [logo] Spanish Drug Agency
AND CONSUMPTION

[stamp:]
SEPT. 26, 2003    SPANISH DRUG AGENCY
DIRECTORATE

Ref.: MUH/GEST/PGL

[stamp:]
SPANISH DRUG AGENCY
GENERAL SECRETARIAT
SEPT. 11, 2003
ISSUE NO. 23223

TO: THE LEGAL REPRESENTATIVE OF
LABORATORIOS BELMAC, S.A.
Montearagon 9, 1, 28033, Madrid

---

**Date: 09/04/2003**

## DECISION FOR AUTHORIZATION OF SALE OF PHARMACEUTICAL SPECIALTY: Belmac Omeprazol, 10 mg hard capsules, no. 65520

### THE DIRECTOR OF THE SPANISH DRUG AGENCY,

Having studied the request for authorization of sale of the pharmaceutical specialty denominated "Belmac Omeprazol, 10 mg hard capsules" no. 65520

Having seen the provisions of Law 30/1992, of November 26, re Legal Code for Public Administration and Common Administrative Procedures, amended by Law 4/1999, of January 13; Law 25/1990 of December 20, re Drugs; Royal Decree 767/1993 of May 21; which regulate the evaluation, authorization, registration, and conditions for dispensing industrially manufactured pharmaceutical specialties and other drugs for human use; Royal Decree 520/1999 of March 26, by which the "Statutes of the Spanish Drug Agency" and other applicable norms were approved, and after examination of the pertinent technical reports,

**RESOLVES:**

**FIRST:** To grant authorization for sale of the pharmaceutical specialty "**Belmac Omeprazol, 10 mg hard capsules**" with registry number no. 65520 of the Registry, and in the formats:

| National Code: | Format: |
|---|---|
| 934679 | **Belmac Omeprazol, 10 mg hard capsules, 28 capsules** |
| 934646 | **Belmac Omeprazol, 10 mg hard capsules, 14 capsules** |

EMAIL
sdaem@agemed.es

CALLE HUERTAS, 75
20814 MADRID
TEL: 91 596 16 34
FAX: 91 596 44 91

A-569



2 6 SET. 2003    DIRECCIÓN DE LA
AGENCIA ESPAÑOLA
DEL MEDICAMENTO

REF.: MJH/GESTI/FGL

AGENCIA ESPAÑOLA DEL MEDICAMENTO
SECRETARIA GENERAL

1 1 SET 2003

SALIDA Nº 23223

SR. REPRESENTANTE LEGAL DE
LABORATORIOS BELMAC, S.A.
Montearagón 9, 1ª, 28033, Madrid

Fecha: 04/09/2003

RESOLUCION DE AUTORIZACION DE COMERCIALIZACION DE LA
ESPECIALIDAD FARMACEUTICA Omeprazol Belmac, 10 mg cápsulas duras, nº 65520

EL DIRECTOR DE LA AGENCIA ESPAÑOLA DEL MEDICAMENTO,

Estudiada la solicitud de autorización de comercialización para la especialidad
farmacéutica denominada "Omeprazol Belmac, 10 mg cápsulas duras", nº 65520

Vistos los preceptos de la Ley 30/1992, de 26 de noviembre, de Régimen Jurídico de las
Administraciones Públicas y del Procedimiento Administrativo Común, modificada por la Ley
4/1999, de 13 de enero; la Ley 25/1990, de 20 de diciembre, del Medicamento; el Real Decreto
767/1993, de 21 de mayo, por el que se regula la evaluación, autorización, registro y condiciones
de dispensación de especialidades farmacéuticas y otros medicamentos de uso humano
fabricados industrialmente; el Real Decreto 520/1999, de 26 de marzo, por el que se aprueba el
Estatuto de la Agencia Española del Medicamento, y demás normas aplicables, y tras el examen
de los informes técnicos oportunos,

RESUELVE:

PRIMERO.- Conceder la autorización de comercialización de la especialidad farmacéutica
"Omeprazol Belmac, 10 mg cápsulas duras", con número de registro Nº 65520 de Registro, y
formatos:

| Código Nacional: | Formato: |
|---|---|
| 934679 | Omeprazol Belmac 10 mg cápsulas duras, 28 cápsulas |
| 934646 | Omeprazol Belmac 10 mg cápsulas dura, 14 cápsulas |

CORREO ELECTRONICO
adsmed@agemed.es

C/ HUERTAS, 75
28014 MADRID
TEL: 91 596 16 34
FAX: 91 596 44 91



TRANSPERFECT|TRANSLATIONS
THE LEADER IN INTERNATIONAL COMMUNICATIONS

## AFFIDAVIT OF ACCURACY

This is to certify the document, **General Subdepartment of Drugs for Human Use, Belmazol, 20 mg. capsules, Registration No. 59.829, undated,** has been translated from Spanish into English by staff members of TransPerfect Translations familiar with both the Spanish into English languages and is to the best of our knowledge, ability and belief, a true and accurate translation.



Susan Christian
TransPerfect Translations, Inc.
15 Broad St., Suite 305
Boston, MA 02109

Sworn to before me this
22nd day of October 2004

Signature, Notary Public
Commonwealth of Massachusetts
Commission Expires August 14, 2009

A-570

Spanish Drug Agency           General Subdepartment of Drugs for Human Use
Ministry of Health and Consumption

Name of the pharmaceutical specialty
BELMAZOL, 20 mg capsules
..................................................................................................................................

Registration number of the specialty
59.829
..................................................................................................................................

Name of medicinal substance(s)/active principle(s)
Omeprazole (C.I.D.)
..................................................................................................................................

Pharmacotherapeutic Classification
A02B2
..................................................................................................................................

Pharmaceutic form and dose
Capsules of 20 mg
..................................................................................................................................

Route of Administration
Oral
..................................................................................................................................

Containers/closures/administration devices
Glass bottle with pilfer-proof cap equipped with desiccator
..................................................................................................................................

Content of the containers (format) and national code

| *Format:* | *National Code:* |
|-----------|------------------|
| 14 capsules | 809483 |
| 28 capsules | 809491 |
| 56 capsules | 830174 |

Shelf life: 3 years

Conditions for storage and preservation: —
..................................................................................................................................

Dispensation requisites: With regular prescription.
..................................................................................................................................

Owner

| | |
|---|---|
| Name: | Laboratorios BELMAC, S.A. |
| Address: | Montearagón 9, 1st. 28033 Madrid |
| Country: | Spain |
| Telephone: | 91 388 72 01 |
| Fax: | 91 388 76 47 |

..................................................................................................................................

Entity which will market the specialty:

| | |
|---|---|
| Name: | Laboratorios BELMAC, S.A. |
| Address: | Montearagón 9, 1st. 28033 Madrid |

[letterhead]

Spanish Drug Agency                    General Subdepartment of Drugs for Human Use
Ministry of Health and Consumption

Country:        Spain
Telephone:      91 388 72 01
Fax:            91 388 76 47
...................................................................................................
Manufacturer(s) of the finished pharmaceutical specialty and place(s) of manufacture, including a
description of the processes conducted.

Name: Laboratorios BELMAC, S.A.
Address: Polígono Malpica c/C 4. 50016 Zaragoza
Country: Spain
Telephone: 976 57 17 84
Fax: 976 57 26 63
Task: Manufacture and control
...................................................................................................
Storage of the finished pharmaceutical specialty – Storage site(s)
Name: Laboratorios BELMAC, S.A.
Address: Polígono Malpica c/C 4. 50016 Zaragoza
Country: Spain
Telephone: 976 57 17 84
Fax: 976 57 26 63
...................................................................................................
Site where batch release takes place
Name: Laboratorios BELMAC, S.A.
Address: Polígono Malpica c/C 4. 50016 Zaragoza
Country: Spain
Telephone: 976 57 17 84
Fax: 976 57 26 63
...................................................................................................
Manufacturer(s) of the medicinal substance(s)

Name: UQUIFA, S.A.
Address: BARCELONA
Country: SPAIN
Telephone:
Fax:
Registration of Active Principles (Drug Master File):
Date of Presentation:
...................................................................................................

[letterhead]

A-572

Spanish Drug Agency
Ministry of Health and Consumption

General Subdepartment of Drugs for Human Use

Complete Qualitative and Quantitative Composition expressed by pharmaceutical form, administration unit or reference quantity.

Per capsule

| CODE | Name of the medicinal substance: | Quantity | Unit |
|------|----------------------------------|----------|------|
|      | Omeprazole (C.I.D.) | 20.00 | mg |
|      | **Name of excipient:** | **Quantity** | **Unit** |
|      | Neutral (saccharose and corn starch) | 60.00 | mg |
|      | Mannitol | 70.00 | mg |
|      | Sodium carboxymethyl starch (Explotab) | 4 | mg |
|      | Hydroxypropyl Methylcellulose phthalate (HP-50) | 59.20 | mg |
|      | Sodium laurylsulfate | 3.04 | mg |
|      | Hydroxypropyl Methylcellulose (Pharmacoat) | 12.80 | mg |
|      | Talc | 0.24 | mg |
|      | Polyvinylpyrrolidone | 8.00 | mg |
|      | Myvacet | 5.92 | mg |

[illegible handwriting]

[letterhead]

A-573

 agencia española del
**medicamento**
Ministerio de Sanidad y Consumo

Subdirección General de Medicamentos de Uso Humano

Nombre de la especialidad farmacéutica

BELMAZOL, 20 mg cápsulas
......................................................................
Número de Registro de la especialidad

59.829
......................................................................
Nombre de la(s) sustancia(s) medicinal(es)/principio(s) activo(s)

Omeprazol (D.C.I.)

......................................................................
Clasificación Farmacoterapéutica

A02B2
......................................................................
Forma farmacéutica y dosificación

Cápsulas de 20 mg
......................................................................
Vía de Administración

Oral
......................................................................
Envases/cierres/dispositivos de administración

Frasco de vidrio con cápsula  pilfer- proof provisto de desecante

......................................................................
Contenido de los envases (formato) y código nacional.

| _Formato:_ | _Código Nacional:_ |
|---|---|
| 14 cápsulas | 809483 |
| 28 cápsulas | 809491 |
| 56 cápsulas | 830174 |

Período de validez: 3 Años


Condiciones de almacenamiento y conservación:  -
......................................................................
Requisitos de dispensación: Con receta ordinaria.
......................................................................
Titular

Nombre:  Laboratorios BELMAC, S.A.
Dirección: Montearagón 9, 1º. 28033 Madrid
País:     España
Teléfono: 91 388 72 01
Telefax:  91 388 76 47
......................................................................
Entidad que va a comercializar la especialidad:

Nombre:  Laboratorios BELMAC, S.A.          BEL119780
Dirección: Montearagón 9, 1º. 28033 Madrid   **HIGHLY CONFIDENTIAL**

Huertas, 75   28014 Madrid   Tel.: 91 596 40 70   Fax: 91 596 40 69   E-mail: smhaem@agemed.es

A-573A

 **agencia española del
medicamento**
Ministerio de Sanidad y Consumo

Subdirección General de Medicamentos de Uso Humano

País:       España
Teléfono:  91 388 72 01
Telefax:   91 388 76 47
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Fabricante/s de la especialidad farmacéutica terminada y lugar/es de fabricación,
incluyendo una descripción de los procesos que realizan

Nombre: Laboratorios BELMAC, S.A.
Dirección: Polígono Malpica c/C 4. 50016 Zaragoza
País: España
Teléfono: 976 57 17 84
Telefax: 976 57 26 63
Tarea: Fabricación y control


. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Almacenamiento de la especialidad farmacéutica terminada - Storage site(s)
Nombre: Laboratorios BELMAC, S.A.
Dirección: Polígono Malpica c/C 4. 50016 Zaragoza
País: España
Teléfono: 976 57 17 84
Telefax: 976 57 26 63
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Lugar donde se libera el lote - Site where batch release takes place
Nombre: Laboratorios BELMAC, S.A.
Dirección: Polígono Malpica c/C 4. 50016 Zaragoza
País: España
Teléfono: 976 57 17 84
Telefax: 976 57 26 63
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Fabricante/s de la/s sustancia/s medicinal/es

Nombre: UQUIFA, S.A.
Dirección: BARCALONA
País: ESPAÑA
Teléfono:
Telefax:
Registro de Principios Activos (Drug Master File):
Fecha de Presentación:

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**BEL119781**
**HIGHLY CONFIDENTIAL**

Huertas, 75  28014 Madrid  Tel.: 91 596 40 70  Fax: 91 596 40 69  E-mail: smhaem@agemed.es

A-573B

20.SEP.2004  17:29    LABORATORIOS BELMAC 976 572663              Nº637    P.14/25



agencia española del
**medicamento**
Ministerio de Sanidad y Consumo                    Subdirección General de Medicamentos de Uso Humano

Composición Cualitativa y Cuantitativa completa expresada por forma farmacéutica,
unidad de administración o cantidad de referencia.

Por cápsula

| CODIGO | Nombre de sustancia medicinal: | Cantidad | Unidad |
|---|---|---|---|
|  | Omeprazol (D.C.I.) | 20,00 | mg |

| | Nombre de excipiente: | Cantidad | Unidad |
|---|---|---|---|
| | Neutros (sacarosa y almidón de maíz) | 60,00 | mg |
| | Manitol | 70,00 | mg |
| | Carboximetilalmidón sódico (Explotab) | 4 | mg |
| | Ftalato de hidroxipropilmetilcelulosa (HP-50) | 59,20 | mg |
| | Laurilsulfato sódico | 3,04 | mg |
| | Hidroxipropilmetilcelulosa (Farmacoat) | 12,80 | mg |
| | Talco | 0,24 | mg |
| | Pilivinilpirrolidona | 8,00 | mg |
| | Myvacet | 5,92 | mg |

**BEL119782**
**HIGHLY CONFIDENTIAL**

Huertas, 75  28014 Madrid  Tel.: 91 596 40 70  Fax: 91 596 40 69  E-mail: smhaem@agemed.es    A-573C



## AFFIDAVIT OF ACCURACY

This is to certify the document, **Resolution of authorization modifying the marketing authorization of Belmazol 20 mg. Capsules, June 6, 2000,** has been translated from Spanish into English by staff members of TransPerfect Translations familiar with both the Spanish into English languages and is to the best of our knowledge, ability and belief, a true and accurate translation.

_Susan Christian_

Susan Christian
TransPerfect Translations, Inc.
15 Broad St., Suite 305
Boston, MA 02109

Sworn to before me this
22nd day of October 2004

Signature, Notary Public
Commonwealth of Massachusetts
Commission Expires August 14, 2009

A-574

Spanish Drug Agency
Ministry of Health and Consumption

General Subdepartment of Drugs for Human Use

**TO THE LEGAL REPRESENTATIVE OF**
**LABORATORIOS BELMAC, S.A.**
**MONTEARAGÓN 9, 1ST**
**28033 MADRID**

**Date: 6/6/2000**

### DIRECTOR OF THE SPANISH DRUG AGENCY,

Following the resolution of authorization modifying the marketing authorization of the pharmaceutical specialty "**BELMAZOL 20 mg capsules,**" registration number **59.829,** variation Type II Subtype 202 issued on 4/28/2000, it has been observed that there is a material error consisting of:

**"the composition of the excipients"**

### RESOLVES

To rectify the resolution in the following sense:

**"the excipient Methacrylic polymers (Eudragit L) is replaced by Polyvinylpyrrolidone"**

in line with the provisions of article 105 paragraph 2 of Law 30/1992 of November 26, of the Legal Status of the Public Administrations and Common Administrative Procedure, according to which Public Administrations may rectify at any time, ex oficio or at the request of the interested party, the material errors, factual or arithmetic, existing in their acts.

This Resolution, which puts an end to the administrative proceeding, may be appealed by Appeal for Review with the Director of the Spanish Drug Agency within the term of one month, pursuant to article 116 of Law 30/1992 of November 26 of the Legal Status of the public Administrations and Common Administrative Procedure, or an Administrative Appeal may be filed with the Superior Court of Justice of the Community of Madrid

[letterhead]

A-575

Spanish Drug Agency                    General Subdepartment of Drugs for Human Use
Ministry of Health and Consumption

within the term of two months from the day following the receipt of this notice, pursuant to the
Law Regulating the Administrative Jurisdiction of July 13, 1998, without prejudice to any other
appeal that may be filed.

[stamp]
Spanish Drug Agency          DIRECTOR OF THE SPANISH
                             DRUG AGENCY

                             [signature]
                             Josep Torrent i Farnell

[letterhead]

A-576

 agencia española del
**medicamento**
Ministerio de Sanidad y Consumo

Subdirección General de Medicamentos de Uso Humano

SR. REPRESENTANTE LEGAL DE
LABORATORIOS BELMAC, S.A.
MONTEARAGON 9, 1°
28033 MADRID

**Fecha: 06/06/2000**

EL DIRECTOR DE LA AGENCIA ESPAÑOLA DE MEDICAMENTO,

Vista la resolución de autorización por la que se modifica la autorización de comercialización de la especialidad farmacéutica **"BELMAZOL 20 mg cápsulas"**, número de registro **59.829**, variación Tipo II Subtipo 202 dictada con fecha 28/04/2000, se ha observado que existe un error material consistente en:

**"la composición de los excipientes"**

**RESUELVE**

Rectificar la resolución en el sentido siguiente:

" **el excipiente Polímeros metacrílicos (Eudragit L), se sustituye por Polivinilpirrolidona"**

a tenor de lo dispuesto en el artículo 105 apartado 2 de la Ley 30/1992, de 26 de noviembre, de Régimen Jurídico de las Administraciones Públicas y del Procedimiento Administrativo Común, conforme al cual las Administraciones Públicas podrán rectificar en cualquier momento, de oficio o a instancia de los interesados, los errores materiales, de hecho o aritméticos, existentes en sus actos.

Contra esta resolución que pone fin a la vía administrativa, puede interponerse potestativamente Recurso de Reposición ante el Director de la Agencia Española del Medicamento en el plazo de un mes, conforme a lo dispuesto en el artículo 116 de la Ley 30/1992, de 26 de noviembre, de Régimen Jurídico de las Administraciones pública y del Procedimiento Administrativo Común, o interponerse Recurso Contencioso-Administrativo ante la Sala del Tribunal Superior de Justicia de la Comunidad de Madrid,

BEL119783
HIGHLY CONFIDENTIAL

Huertas, 75  28014 Madrid  Tel.: 91 596 40 70  Fax: 91 596 40 69  E-mail: smhaem@agemed.es

A-576A



**agencia española del medicamento**
Ministerio de Sanidad y Consumo

Subdirección General de Medicamentos de Uso Humano

en el plazo de dos meses a contar desde el día siguiente a la recepción de la presente notificación, conforme a lo dispuesto en la Ley Reguladora de la Jurisdicción Contencioso-Administrativa de 13 de julio de 1998, y sin perjuicio de cualquier otro recurso que pudiera interponerse.



**agencia española del medicamento**

EL DIRECTOR DE LA AGENCIA
ESPAÑOLA DEL MEDICAMENTO

Josep Torrent i Farnell.

BEL119784
HIGHLY CONFIDENTIAL

Huertas, 75  28014 Madrid  Tel.: 91 596 40 70  Fax: 91 596 40 69  E-mail: smhaem@agemed.es

A-576B



TRANSPERFECT | TRANSLATIONS
THE LEADER IN INTERNATIONAL COMMUNICATIONS

## AFFIDAVIT OF ACCURACY

This is to certify the document, **Resolution of authorization modifying the marketing authorization of Belmazol, April 28, 2000,** has been translated from Spanish into English by staff members of TransPerfect Translations familiar with both the Spanish into English languages and is to the best of our knowledge, ability and belief, a true and accurate translation.



_____
Susan Christian
TransPerfect Translations, Inc.
15 Broad St., Suite 305
Boston, MA 02109

Sworn to before me this
22nd day of October 2004

_____
Signature, Notary Public
Commonwealth of Massachusetts
Commission Expires August 14, 2009

A-577

Spanish Drug Agency                                      General Subdepartment of Drugs for Human Use
Ministry of Health and Consumption

**TO THE LEGAL REPRESENTATIVE OF**
**Laboratorios BELMAC, S.A.**
**Montearagón 9, 1ª. 28033 Madrid**

Date: 4/28/2000

### RESOLUTION MODIFYING THE MARKETING AUTHORIZATION OF
### THE PHARMACEUTICAL SPECIALTY
### "BELMAZOL, 20 mg capsules" No.: 59.829

**THE DIRECTOR OF THE SPANISH DRUG AGENCY**

After studying the request for modification Type II, Subtype 202, consisting of **"change of excipients which do not affect bioavailability, in the terms set forth in Addendum II,"** of the marketing authorization, of the pharmaceutical specialty **"BELMAZOL, 20 mg capsules"** No. 59.829

In light of the provisions of Law 30/1992, of November 26, of the Legal Status of Public Administrations and Common Administrative Procedure, as amended by Law 4/1999 of January 13; Law 25/1990 of December 20, on Drugs; Royal Decree 767/1993 of May 21, regulating the evaluation, authorization, registration and conditions for dispensation of pharmaceutical specialties and other drugs for human use manufactured industrially; Royal Decree 520/1999 of March 26, approving the Bylaws of the Spanish Drug Agency, and other applicable regulations, and after examining the appropriate technical reports,

**DECIDES:**

ONE.- To grant the authorization for the modification consisting of **"change of excipients which do not affect bioavailability, in the terms set forth in Addendum II"** of the aforementioned pharmaceutical specialty.

[letterhead]

A-578

Spanish Drug Agency                    General Subdepartment of Drugs for Human Use
Ministry of Health and Consumption


**TWO.-** As addendum to this resolution, we enclose!
*Addendum II of Conditions for Authorization and Requisites for Dispensation of the*
*Pharmaceutical Specialty.*

       This Resolution, which puts an end to the administrative proceeding, may be appealed by
Appeal for Review with the Director of the Spanish Drug Agency within the term of one month,
pursuant to article 116 of Law 30/1992 of November 26 of the Legal Status of the public
Administrations and Common Administrative Procedure, or an Administrative Appeal may be
filed with the Superior Court of Justice of the Autonomous Community of Madrid within the term
of two months from the day following the receipt of this notice, pursuant to the Law Regulating
the Administrative Jurisdiction of July 13, 1998, without prejudice to any other appeal that may
be filed.

[stamp]
Spanish Drug Agency


[signature]
Signed: Josep Torrent i Farnell


[letterhead]

A-579

20.SEP.2004  17:29    LABORATORIOS BELMAC 976 572663                N9637    P.15/25

 agencia española del
**medicamento**
Ministerio de Sanidad y Consumo

Subdirección General de Medicamentos de Uso Humano

**SR. REPRESENTANTE LEGAL DE**
*Laboratorios BELMAC, S.A.*
**Montearagón 9, 1°. 28033 Madrid**

**Fecha: 28/04/2000**

## RESOLUCION POR LA QUE SE MODIFICA LA AUTORIZACIÓN DE COMERCIALIZACION DE LA ESPECIALIDAD FARMACEUTICA "BELMAZOL, 20 mg cápsulas" N°: 59.829

### EL DIRECTOR DE LA AGENCIA ESPAÑOLA DEL MEDICAMENTO

Estudiada la solicitud de modificación Tipo II, Subtipo 202, consistente en **"cambio de excipientes que no afecten a la biodisponibilidad, en los términos que se recogen en el Anexo II"**, de la autorización de comercialización, de la especialidad farmacéutica **"BELMAZOL, 20 mg cápsulas"** n° 59.829

Vistos los preceptos de la Ley 30/1992, de 26 de noviembre, de Régimen Jurídico de las Administraciones Públicas y del Procedimiento Administrativo Común, modificada por la Ley 4/1999, de 13 de enero; la Ley 25/1990, de 20 de diciembre, del Medicamento; el Real Decreto 767/1993, de 21 de mayo, por el que se regula la evaluación, autorización, registro y condiciones de dispensación de especialidades farmacéuticas y otros medicamentos de uso humano fabricados industrialmente; el Real Decreto 520/1999, de 26 de marzo, por el que se aprueba el Estatuto de la Agencia Española del Medicamento, y demás normas aplicables, y tras el examen de los informes técnicos oportunos,

### RESUELVE:

**PRIMERO.-** Conceder la autorización de modificación consistente en **"cambio de excipientes que no afecten a la biodisponibilidad, en los términos que se recogen en el Anexo II"** de la especialidad farmacéutica arriba mencionada.

BEL119785
**HIGHLY CONFIDENTIAL**

Huertas, 75  28014 Madrid  Tel.: 91 596 40 70  Fax: 91 596 40 69  E-mail: smhaem@agemed.es    A-579A


agencia española del
**medicamento**
Ministerio de Sanidad y Consumo

Subdirección General de Medicamentos de Uso Humano

**SEGUNDO.-** Como anexo a la presente resolución, se adjuntan:
*Anexo II de Condiciones de Autorización y Requisitos de Dispensación de la especialidad Farmacéutica.*

Contra esta Resolución que pone fin a la vía administrativa, puede interponerse potestativamente Recurso de Reposición ante el Director de la Agencia Española del Medicamento en el plazo de un mes, conforme a lo dispuesto en el artículo 116 de la Ley 30/1992, de 26 de noviembre, de Régimen Jurídico de las Administraciones públicas y del Procedimiento Administrativo Común, o interponerse Recurso Contencioso-Administrativo ante el Tribunal Superior de Justicia de la Comunidad Autónoma de Madrid, en el plazo de dos meses a contar desde el día siguiente a la recepción de la presente notificación, conforme a lo dispuesto en la Ley Reguladora de la Jurisdicción Contencioso-Administrativa de 13 de julio de 1998, sin perjuicio de cualquier otro recurso que pudiera interponerse.

Fdo.: Josep Torrent i Farnell

BEL119786
**HIGHLY CONFIDENTIAL**

Huertas, 75  28014 Madrid  Tel.: 91 596 40 70  Fax: 91 596 40 69  E-mail: smhaem@agemed.es

A-579B



## AFFIDAVIT OF ACCURACY

This is to certify the document, **Modification of the conditions of the authorization of the specialty Belmazol capsules, April 26, 1999,** has been translated from Spanish into English by staff members of TransPerfect Translations familiar with both the Spanish into English languages and is to the best of our knowledge, ability and belief, a true and accurate translation.



Susan Christian
TransPerfect Translations, Inc.
15 Broad St., Suite 305
Boston, MA 02109

Sworn to before me this
22nd day of October 2004

Signature, Notary Public
Commonwealth of Massachusetts
Commission Expires August 14, 2009

A-580

**Laboratorios Belmac, S.A.**

[stamp]
Spanish Drug Agency
APRIL 26, 1999
FEES

**MINISTRY OF HEALTH AND CONSUMPTION**
**SPANISH DRUG AGENCY**
**GENERAL SUBDEPARTMENT OF DRUGS FOR HUMAN USE**
Paseo del Prado 18-20
28014 MADRID

RE: MODIFICATION OF THE CONDITIONS OF THE AUTHORIZATION OF THE SPECIALTY BELMAZOL CAPSULES, REGISTRATION NO. 59.829

Juan Carlos Asensio Asensio, in the capacity of Pharmaceutical Technical Director of Laboratorios BELMAC, S.A., recorded with the General Department of Pharmacy and Health Products under number 3150, hereby

**STATES:**

1.- That Laboratorios BELMAC, S.A. has authorization from this General Department dated January 14, 1993, for the manufacture and marketing of the pharmaceutical specialty indicated in reference, with the following composition per capsule:

Active principle:

| | |
|---|---|
| Omeprazole (C.I.D.) | 20.0 mg |

Excipients:

| | |
|---|---|
| Neutral | 177.0 mg |
| Mannitol | 16.7 mg |
| Sodium salt of carboxymethyl oxystarch (Explotab) | 1.3 mg |
| Sodium laurylsulfate | 0.6 mg |
| Hydroxypropyl Methylcellulose phthalate (HP-50) | 6.6 mg |
| Hydroxypropyl Methylcellulose (Pharmacoat) | 6.0 mg |
| Talc | 0.2 mg |
| Methacrylic polymers (Eudragit) | 6.6 mg |

1

[letterhead]

**Laboratorios Belmac, S.A.**

2.- That, following the experience acquired in microgranulation processes, this Laboratory wishes to modify the excipients, proposing the following composition per capsule:

<u>Active principle:</u>

| | |
|---|---|
| Omeprazole (C.I.D.) | 20 mg |

<u>Excipients:</u>

| | |
|---|---|
| Neutral | 60.00 mg |
| Mannitol | 70.00 mg |
| Sodium salt of carboxymethyl oxystarch (Explotab) | 4.00 mg |
| Sodium laurylsulfate | 3.04 mg |
| Polyvinylpyrrolidone (PVP) | 8.00 mg |
| Hydroxypropyl Methylcellulose phthalate (HP-50) | 59.20 mg |
| Myvacet (mixture of glycerin esters, acetic acid and fatty acids) | 5.92 mg |
| Hydroxypropyl Methylcellulose (Pharmacoat) | 12.80 mg |
| Talc | 0.24 mg |

3.- That by said modification of excipients, this Laboratory will obtain a technological improvement in the microgranulation process for Omeprazole in our industrial plant and therefore an improvement in the manufacturing process.

4.- Furthermore, given the importance of having guarantees in the supply of the raw material omeprazole, this Laboratory has evaluated the quality of the raw material Omeprazole powder, manufactured by NOBEL ILAC-ULCAR KIMYA Sanayii Ve Ticaret, A.S. (TURKEY) in order to have this manufacturer defined as alternative manufacturer thereof.

5.- Said modification of excipients, as well as the use of raw material omeprazole from an alternative origin, keep unchanged the specifications defined in the registration file as indicated in Part II E (Control Tests on Finished Product) and the stability and preservation characteristics defined for the specialty, as demonstrated in Part II F 2. (Stability studies on the finished product).

2

[letterhead]

**Laboratorios Belmac, S.A.**

6.- The manufacturing process has been validated (described in Part II.B.3.2.) with the modified formula, with lots of capsules containing microgranules of omeprazole manufactured with the active principle omeprazole originating from UQUIFA, S.A. - Barcelona (current manufacturer) and from NOBEL – Turkey (alternative manufacturer requested), whose results, consistently and repetitively, allow defining said process as safe to prepare the specialty within the established specifications.

7.- The proposed modification of excipients does not interfere in the quantification of the content of Omeprazole and the quantification of the impurities in the specialty, as we indicated in the validation studies carried out, present in Part II E.2.

8.- The efficacy and safety of the composition of the formula requested for the specialty BELMAZOL are justified by the Bioequivalence Study conducted with single and multiple doses, versus Mopral 20 mg, present in the Clinical Documentation enclosed.

In light of the above,

**REQUESTS:**

1.- The modification of excipients in the specialty BELMAZOL CAPSULES registration No. 59.829, with the following composition per capsule:

Active principle:

|  |  |
|---|---|
| Omeprazole (C.I.D.) | 20 mg |

Excipients:

| | |
|---|---|
| Neutral | 60.00 mg |
| Mannitol | 70.00 mg |
| Sodium salt of carboxymethyl oxystarch (Explotab) | 4.00 mg |
| Sodium laurylsulfate | 3.04 mg |
| Polyvinylpyrrolidone (PVP) | 8.00 mg |
| Hydroxypropyl Methylcellulose phthalate (HP-50) | 59.20 mg |
| Myvacet (mixture of glycerin esters, acetic acid and fatty acids) | 5.92 mg |
| Hydroxypropyl Methylcellulose (Pharmacoat) | 12.80 mg |
| Talc | 0.24 mg |

3

[letterhead]

A-583

**Laboratorios Belmac, S.A.**

2.- Alternative manufacturer of the raw material omeprazole in favor of NOBEL ILAC-ULCAR KIMYA Sanayii Ve Ticaret, A.S. (TURKEY).

Consequently, we enclose herewith:

- Receipt for payment of the fees corresponding to the modification of excipients.
- Receipt for payment of the fees corresponding to the request concerning NOBEL ILAC-ULCAR KIMYA Sanayii Ve Ticaret, A.S. (TURKEY) as alternative manufacturer of the raw material omeprazole.
- Addendum 2. Request for modification of a marketing authorization.
  Modification 202, change of excipients which do not affect bioavailability.
- Addendum 2. Request for modification of a marketing authorization Request for alternative manufacturer for the raw material omeprazole.
- Part IA. Administrative data.
- Part IB. Packaging material.
- Part IC1. Expert report concerning the chemical, pharmaceutical and biological documentation.
- Part IC3. Expert report concerning the clinical documentation.
- Part II. Chemical, pharmaceutical and biological documentation.
- Part IV. Clinical documentation. Bioequivalence study.

We are at your disposal for any clarification you may need.

Madrid, April 15, 1999.

[signature]

4

[letterhead]

A-584

20.SEP.2004  19:44    LABORATORIOS BELMAC 976 572663    N@641    P.6/9



**Laboratorios Belmac, S.A.**



agencia española del
**medicamento**
2 6 ABR. 1999
**TASAS**

**MINISTERIO DE SANIDAD Y CONSUMO**
**AGENCIA ESPAÑOLA DEL MEDICAMENTO**
**SUBDIRECCION GENERAL DE MEDICAMENTOS DE USO HUMANO**
Paseo del Prado 18- 20
28014 MADRID

**ASUNTO:** MODIFICACION DE LAS CONDICIONES DE AUTORIZACION DE LA
ESPECIALIDAD BELMAZOL CAPSULAS, Nº REGISTRO 59.829.

D. Juan Carlos Asensio Asensio en calidad de Director Técnico Farmacéutico de
Laboratorios BELMAC, S.A., inscrito en la Dirección General de Farmacia y Productos
Sanitarios con el número 3150, por la presente,

**EXPONE:**

1.- Que Laboratorios BELMAC, S.A. tiene autorizada por esa Dirección General con
fecha 14 de Enero de 1993, la fabricación y comercialización de la especialidad
farmacéutica, referenciada en el asunto del epígrafe, con arreglo a la siguiente
composición por cápsula:

Pricipio activo:

    Omeprazol (D.C.I.)                    20,0 mg

Excipientes:

| | |
|---|---|
| Neutros | 177,0 mg |
| Manitol | 16,7 mg |
| Sal sódica de carboximetil oxialmidón (Explotab) | 1,3 mg |
| Laurilsulfato sódico | 0,6 mg |
| Hidroxipropilmetil celulosa ptalato (HP-50) | 6,6 mg |
| Hidroxipropilmetil celulosa (Farmacoat) | 6,0 mg |
| Talco | 0,2 mg |
| Polímeros metacrilicos (Eudragit) | 6,6 mg |

BEL119787
HIGHLY CONFIDENTIAL

1



Manuaukigren, 9 - 1 izku. 28039 MADRID - Tel. (91) 388 79 01 - Fax (91) 388 76 47
C ferur Polozuno Muipan, n.C.-I. 60016 ZARAGOZA  Tel : (976 57 17 84  Fax (976 57 76 63

A-584A



Laboratorios Belmac, s.a.

2.- Que este Laboratorio, tras la experiencia adquirida en los procesos de microgranulación, desea realizar modificación de los excipientes, proponiendo la composición por cápsula siguiente:

Pricipio activo:

| | |
|---|---|
| Omeprazol (D.C.I.) | 20 mg |

Excipientes:

| | |
|---|---|
| – Neutros | 60,00 mg |
| – Manitol | 70,00 mg |
| – Sal sódica de carboximetil oxialmidón (Explotab) | 4,00 mg |
| – Laurilsulfato sódico | 3,04 mg |
| Polivinilpirrolidona (PVP) | 8,00 mg |
| – Hidroxipropilmetil celulosa ptalato (HP-50) | 59,20 mg |
| Myvacet (mezcla de ésteres de glicerina ácido acético y ácidos grasos) | 5,92 mg |
| – Hidroxipropilmetil celulosa (Farmacoat) | 12,80 mg |
| – Talco | 0,24 mg |

3.- Que con dicha modificación de excipientes, este Laboratorio conseguirá una mejora tecnológica del proceso de microgranulación para el Omeprazol en nuestra planta industrial, y por tanto, optimización del proceso de fabricación.

4.- Asimismo, dada la importancia que tiene disponer de garantías en el suministro de la materia prima omeprazol, este Laboratorio ha evaluado la calidad de la materia prima, Omeprazol polvo, fabricada por NOBEL ILAC-ULCAR KIMYA Sanayii Ve Ticaret, A.S. (TURQUIA) con el fin de que este fabricante sea definido como fabricante alternativo de la misma.

5.- Que la mencionada modificación de excipientes, así como el uso de materia prima omeprazol de origen alternativo, mantienen inalterables las especificaciones definidas en el expediente de registro según se expresa en la Parte II E (Pruebas de control en Producto terminado) y las características de estabilidad y conservación definidas para la especialidad, como se demuestra en la Parte II F 2. (Estudios de estabilidad en el producto terminado).



2

Montecanque, 9  1 ' pLt. 28033 MADRID - Tel  (91) 368 72 01 - Fax. (91) 388 76 47
Fabrica Polígono Malpica nC  4  50016 ZARAGOZA  Tel  (976) 57 17 84 - Fax (976) 57 26 63

BEL119788
HIGHLY CONFIDENTIAL

A-584B



Laboratorios Belmac, S.A.

6.- Que el proceso de fabricación ha sido validado (descrito en la Parte II.B.3.2.) con la fórmula modificada, con lotes de cápsulas conteniendo microgránulos de omeprazol fabricados con principio activo omeprazol procedentes de UQUIFA, S.A.- Barcelona (actual fabricante) y de NOBEL- Turquía (fabricante alternativo que se solicita), y cuyos resultados, de forma consistente y repetitiva, permiten definir seguro dicho proceso para preparar la especialidad dentros de las especificaciones establecidas.

7.- Que la modificación de los excipientes propuesta no interfiere en la cuantificación del contenido de Omeprazol y la cuantificación de las impurezas en la especialidad, tal como expresamos en los estudios de validación realizados, presentes en la Parte II E.2

8.- Que la eficacia y seguridad de la composición de la fórmula que se solicita para la especialidad BELMAZOL quedan justificadas por el Estudio de Bioequivalencia realizados con dosis, única y múltiples, frente a Mopral 20 mg, presente en la Documentación Clínica que se acompaña.

Por todo lo expuesto,

**SOLICITA:**

1.- La modificación de excipientes en la especialidad BELMAZOL CAPSULAS n° registro 59.829, quedando definida su composición por cápsula:

<u>Pricipio activo:</u>

       Omeprazol (D.C.I.)                20 mg

<u>Excipientes:</u>

| | |
|---|---|
| Neutros | 60,00 mg |
| Manitol | 70,00 mg |
| Sal sódica de carboximetil oxialmidón (Explotab) | 4,00 mg |
| Laurilsulfato sódico | 3,04 mg |
| Polivinilpirrolidona (PVP) | 8,00 mg |
| Hidroxipropilmetil celulosa ptalato (HP-50) | 59,20 mg |
| Myvacet (mezcla de ésteres de glicerina ácido acético y ácidos grasos) | 5,92 mg |
| Hidroxipropilmetil celulosa (Farmacoat) | 12,80 mg |
| Talco | 0,24 mg |



Manuximonn, 9 - 1ª pta. 28033 MADRID - Tel.: (91) 368 72 01 - Fax: (91) 328 76 47
Parcel. Poligono Malpica, c C, 4, 50010 ZARAGOZA - Tel.: (976) 57 17 84 - Fax (976) 57 26 63

3

A-584C

BEL119789
HIGHLY CONFIDENTIAL

20.SEP.2004  19:45      LABORATORIOS BELMAC 976 572663              NºG41    P.9/9



Laboratorios Belmac, S.A.

2.- Fabricante alternativo de la materia prima omeprazol a favor de NOBEL ILAC-ULCAR KIMYA Sanayii Ve Ticaret, A.S. (TURQUIA).

Para lo cual, acompañamos a la presente:

- Impreso de pago de tasas correpondiente a la modificación de excipientes
- Impreso de pago de tasas correpondiente a la solicitud de NOBEL ILAC-ULCAR KIMYA Sanayii Ve Ticaret, A.S. (TURQUIA) como fabricante alternativo de la materia prima omeprazol.
- Anexo 2. Solicitud de modificación de una autorización de comercialización. Modificación 202, cambio de excipientes que no afectan la biodisponibilidad.
- Anexo 2. Solicitud de modificación de una autorización de comercialización. Solicitud de fabricante alternativo para la materia prima omeprazol.
- Parte IA. Datos administrativos.
- Parte IB. Material de acondicionamiento.
- Parte IC1. Informe de experto referido a la documentación química, farmacéutica y biológica.
- Parte IC3. Informe de experto referido a la documentación clínica.
- Parte II. Documentación química, farmacéutica y biológica.
- Parte IV. Documentación Clínica. Estudio de bioequivalencia.

Quedamos a su entera disposición para cualquier aclaración que precisen.

Madrid, 15 de Abril de 1999.

BEL119790
HIGHLY CONFIDENTIAL

**BELMAC**

Montcacragon, 9 - 1.ª pta. 28033 MADRID · Tel.: (91) 388 72 01 - Fax: (91) 388 76 47
Fábrica: Polígono Malpica, c/C, 4. 50016 ZARAGOZA - Tel.: (976) 57 17 84 - Fax: (976) 57 26 63

4

A-584D