# CERTIFICATE OF SERVICE

I, Joseph B. Cicero, hereby certify that on September 15, 2006, I caused a copy of the attached **APPENDIX TO DEFENDANT BENTLEY PHARMACEUTICALS, INC.'S MOTION FOR SUMMARY JUDGMENT** to be hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

    Francis J. Murphy, Jr.
    Murphy, Spadaro & Landon
    1011 Centre Road, Suite 210
    Wilmington, DE 19805
    fmurphy@msllaw.com

**EDWARDS ANGELL PALMER & DODGE LLP**

    /s/ Joseph B. Cicero
John L. Reed (I.D. 3023)
Denise Seatone Kraft (I.D. 2778)
Joseph B. Cicero (I.D. 4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
jreed@eapdlaw.com
dkraft@eapdlaw.com
jcicero@eapdlaw.com