IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE and <br> ETHYPHARM S.A. SPAIN, <br><br> Plaintiffs, <br><br> v. <br><br> BENTLEY PHARMACEUTICALS, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> )  C.A. No.:  04-1300 (SLR) <br> ) <br> )  ORAL ARGUMENT REQUESTED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S MOTION FOR SANCTIONS
AND OTHER APPROPRIATE RELIEF**

Plaintiffs Ethypharm S.A. France and Ethypharm S.A. Spain respectfully move, pursuant to 28 U.S.C. § 1927 and the Court's inherent powers, for the imposition of sanctions on Defendant Bentley Pharmaceuticals Inc. and for other relief as this Court deems appropriate. Plaintiffs also request oral argument on this motion.

The grounds for the motion are set forth in the accompanying opening brief.

Dated:  September 21, 2006               Respectfully submitted,


                                          /s/ Francis J. Murphy
                                         Francis J. Murphy, Esquire (No. 223)
                                         MURPHY SPADARO & LANDON
                                         1011 Centre Road, Suite 210
                                         Wilmington, DE 19805
                                         Tel: (302) 472-8100
                                         Fax: (302) 472-8135
                                         Email:  Fmurphy@msllaw.com

                                         *Attorneys for Plaintiffs*

- 2 -

*Of Counsel:*

Dwight P. Bostwick, Esquire
Bruce R. Grace, Esquire
Jonathan D. Fine, Esquire
Baach Robinson & Lewis PLLC
1201 F Street, NW, Suite 500
Washington, DC 20004
Tel: (202) 833-8900
Fax: (202) 466-5738