IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE and ETHYPHARM S.A. SPAIN,<br><br>Plaintiffs,<br><br>v.<br><br>BENTLEY PHARMACEUTICALS, INC.<br><br>Defendant. | C.A. No.: 04-1300 (SLR) |

## APPENDIX TO PLAINTIFF'S MOTION FOR SANCTIONS AND OTHER APPROPRIATE RELIEF

**Pages**

I.   DECLARATION OF ANTONIO CASTAN .................................................................A1

    (A)  Spanish Registry Documents .................................................................A6

    (B)  Declaration of James Murphy ................................................................A55

    (C)  Declaration of Adolfo Herrera ...............................................................A65

II.  DECLARATION OF JONATHAN D. FINE ..............................................................A79

    (A)  September 15, 2006 Letter from J. Fine to V. Abreu.............................A83

    (B)  Azpeitia Compensation Package ...........................................................A85

    (C)  Ayala Settlement and Final Severance..................................................A104

    (D)  November 14, 2001 Letter from A. Herrera to A. de Basilio ...............A107

    (E)  August 1, 2006 Letter from V. Abreu to J. Fine ...................................A114

    (F)  Time Allocation Charts .........................................................................A116

    (G)  August 10, 2006 Email from V. Abreu to J. Fine .................................A157

    (H)  Bentley Management Fee Invoices .......................................................A159

    (I)  August 22, 2006 Email from D. Bostwick to C. Stewart ......................A207

- 2 -

(J)  September 18, 2006 Letter from D. Bostwick to C. Stewart ................................... A210

(K)  September 19, 2006 Email from C. Stewart to D. Bostwick ............................... A212

(L)  Plaintiffs' First Request For Production of Documents ....................................... A214

(M)  Plaintiffs' Supplemental First Request for Production of Documents ................. A232

(N)  Plaintiffs' Second Supplemental First Request for Production of Documents ..... A243

(O)  Collection of Correspondence ................................................................................ A254

(P)  Michael Price Deposition Transcript .................................................................... A264

(Q)  Plaintiffs' First Set of Interrogatories .................................................................. A270