# EXHIBIT A

19/12 2001 MIE 18:08 FAX 913199159 ETHYPHARM S.A.          10491312933    ☐003/007

913199159

PRINCIPE DE VERGARA, 94
TELEF 91 566 12 52
28006 MADRID

REGISTRO MERCANTIL CENTRAL

SERVICIO DE INFORMACION MERCANTIL

SOLICITUD NO. 999.999     19/12/01   13:28

NOTA SIMPLE INFORMATIVA - DATOS GENERALES

SOCIEDAD   LABORATORIOS BELMAC SA

DATOS REGISTRALES

Registro   MADRID   MERCANTIL

Seccion          8      Hoja      M 102.225    H.Repetida
Tomo         9.175      Libro       7.983      Folio       193
DATOS SOCIEDAD

N.I.F.        A78964038

Comienzo Operaciones 00/00/0000 Duracion INDEFINIDA

Objeto Social    NO CONSTA


Domicilio Calle       CALLE TEIDE, 4, PARQUE EMPRESARIAL LA MARINA
          Municipio   SAN SEBASTIAN DE LOS REYES
          Provincia   MADRID
          Nacionalidad ESPAÑOLA

Capital    Suscrito       250.000.000 Pts.   (    1.502.530,26 Euros)
           Desembolsado   250.000.000 Pts.   (    1.502.530,26 Euros)


NOTA._ Esta nota simple tiene caracter  EXCLUSIVAMENTE INFORMATIVO  y resulta
de los datos que han sido remitidos a este Registro por los Registros Mercan-
tiles Provinciales desde el 1 de enero de 1.990. Si se desean notas o certi-
ficaciones con el contenido  total  de las  inscripciones debera acudirse  al
Registro Mercantil de: MADRID MERCANTIL

HEURE DE RECEPTION  19.DEC. 17:16        HEURE D'IMPRESSION  19.DEC. 17:18

**A7**



A8

INSCRIPCION.

Pegada en autoliquidación y quedan -exentos- los bienes y derechos transmitidos, por DOS AÑOS, el pago de la liquidación complementaria, en su caso, que se gire del Impuesto de Transmisiones y Actos Jurídicos Documentados que se adjunta. Madrid, a Veintisiete de Junio de mil Novecientos Noventa y Cuatro.

2) REMITIDOS AL REMC LOS DATOS REGLAMENTARIOS. MADRID A 27 DE JUNIO DE 1994.

---

lo que se hace constar a los efectos de lo establecido por el artículo 171.2 del Reglamento del Registro Mercantil para el acuerdo de reducción de capital acordado en esta misma Junta.

Segundo.- Reducir el capital social en la cantidad de 90.000.000.- de pesetas. Esta reducción de -1.200.000 pesetas el acuerdo capital se lleva a efecto por el motivo y en la forma siguiente:

Con la finalidad de restablecer el equilibrio entre el capital y el patrimonio de la Sociedad disminuido por consecuencia de pérdidas, a tenor de lo dispuesto en el artículo 163 y concordantes de la vigente Ley sobre Régimen Jurídico de las Sociedades Anónimas y demás legislación aplicable, se reduce el valor de las 90.000 acciones que componen el capital social de LABORATORIOS BELMAC, S.A. de un valor nominal de 1.000.- pesetas por acción al de 0.- pesetas por acción.

De consiguiente el capital social queda reducido a 0.- pesetas.

Tercero.- Ampliar simultáneamente, el capital social de LABORATORIOS BELMAC, S.A. en la cantidad de 120.000.000.- de pesetas, que sumadas al capital social actual a tenor del acuerdo anterior, dan un capital social total de 120.000.000.- de pesetas.

Este aumento de capital se lleva a cabo mediante la emisión de 120.000 nuevas acciones, nominativas, de 1.000.- pesetas por acción, numeradas del 1 al 120.000, ambos inclusives.

Cuarta.- Las 120.000 nuevas acciones, números 1 al 120.000, ambos inclusives, son ofrecidas y suscritas en su totalidad por el actual accionista único de la Sociedad la compañía mercantil francesa LABORATOIRES BELMAC, S.A., a quien se le adjudican.

El efectivo desembolso de las nuevas 120.000 acciones, por valor nominal total de 120.000.000.- de pesetas se efectúa mediante aportación dineraria

A9



REGISTRO MERCANTIL DE

| TOMO | SEC | LIBRO | HOJA |
|---|---|---|---|
| 6271 | 3ª |  | M-102.225 |

NOTAS MARGINALES

AMPLIACION DE CAPITAL

Pagado .... 1.300.000.- pesetas.

AFECCION.- Quedan afectos los actos, contratos y derechos que comprende esta liquidación al pago de la posible liquidación complementaria que, en su caso, se gire del Impuesto sobre Transmisiones Patrimoniales y Actos Jurídicos Documentados por el acto o contrato a que se refiere

exterior, lo que se justifica por Certificación bancaria, quedando de esta forma totalmente íntegramente desembolsadas en efectivo metálico las 120.000 nuevas acciones.

Quinto.- De consiguiente, modificar el artículo 6º de los Estatutos Sociales, que en adelante estará redactado de la siguiente forma:

Artículo 6º.- CAPITAL SOCIAL. El capital social es de CIENTO VEINTE MILLONES (120.000.000.-) DE PESETAS, representado por 120.000 acciones, nominativas, de valor nominal de 1.000.- pesetas cada una, totalmente suscritas y enteramente desembolsadas, numeradas correlativamente del 1 al 120.000, ambos inclusive, cuyos títulos podrán ser unitarios o múltiples, y contendrá todos los requisitos legales y la firma de un administrador.

19.- "LABORATORIOS BELMAC S.A.".- JAUSS MARTI AGUSTIN en nombre y representación de la Sociedad de esta Hoja, como Secretario no consejero de la misma y facultado por la JUNTA GENERAL EXTRAORDINARIA UNIVERSAL ...

La reducción de capital se ha realizado con base en un balance cerrado al 30 de Junio de 1992, verificado por los auditores de cuentas de la sociedad "Price Waterhouse Auditores S.A." ...





A12

| REGISTRO MERCANTIL DE | | | |
|---|---|---|---|
| TOMO | SEC. | LIBRO | HOJA |
| 6271 | | | M-102775 |

NOTAS MARGINALES

NOMBRAMIENTO

29 "LABORATORIOS BELMAC SA".- SANTOS RAMIREZ JAVIER en nombre y representación de la Sociedad

A14



A15

REGISTRO MERCANTIL DE

NOTAS MARGINALES

TOMO    SEC.    LIBRO    HOJA

OTROS ACTOS SOCIALES

"LABORATORIOS BELMAC SA"

070



NOTAS MARGINALES

NOMBRAMIENTO
CESE/DIMISION
CAMBIO DE DOMICILIO SOCIAL

25. "LABORATORIOS EELMO S.A." — SANTOS RAMIREZ JAVIER en nombre y representacion de la sociedad de esta hoja, como Secretario no Consejero de la misma, facultado y llevando cumplimiento lo acordado por la Junta General Universal celebrada en el domicilio social

EN SU VIRTUD INSCRIBO los expresados acuerdos de REVOCACION Y NOMBRAMIENTO , ASI RESULTA de copia de la escritura autorizada por el Notario de MADRID MARTINEZ GIL VICH JOSE LUIS, el 6 DE SEPTIEMBRE DE 1995, con el numero 3318 de su Protocolo. Presentada copia en este Registro el dia ... el numero 2238, segun asiento ... de Presentacion del Diario 531 . Madrid, a Uno de Octubre de Mil novecientos Noventa y Cinco.

Hons- S/H CINCO MIL TRESCIENTAS VEINTICINCO pesetas.

071

A18



A19



NOTAS MARGINALES

REVOCACION
NOMBRAMIENTO

REMITIDOS AL IMPTO. LOS DATOS
REGLAMENTARIOS./(MADRID), A 06 DE
FEBRERO DE 1996).-

REVOCADA la presente inscrip-
ción mediante otra efecto-
Remarca.-

"LABORATORIOS BEIMAX S.A." - HUBERT JAMES RICHARD en nombre y
representación de la Compañía "LABORATORIOS BEIMAX,
S.A.", en los términos más amplios, plenos y absolu-
tos que en Derecho se requiera, REVOCA, anula y deja
sin valor ni efecto alguno, los PODERES conferidos a
DON CLEMENTE GONZALEZ ARENITIA, mayor de edad, casa-
do, Médico, vecino de Torrelodones (Madrid), con do-
micilio en la Avenida de la Loma, número 2ª, y con
D.N.I. y N.I.F., número 2.009.837-M, mediante escri-
tura de fecha seis de Septiembre de mil novecientos
noventa y cinco, autorizada por el

drid, Don José-Luis Martínez-Gil Vich, con el número
tres mil trescientos dieciocho de orden de su Proto-
colo, que se inscribió en el Registro Mercantil de
Madrid, en el tomo 6.271, folio 70, sección 8ª, hoja
número M-102.225, inscripción 25ª; cuya revocación
se concreta en la totalidad de su contenido y facul-
tades a él conferidas.-------

- APODERAMIENTO.- Que en nombre y repre-
sentación de la Compañía Mercantil "LABORATORIOS
BEIMAX, S.A.", confiere poder a favor de:-------

DON CLEMENTE GONZALEZ ARENITIA, mayor de edad,
nacido el día 22 de Septiembre de 1.940, casado, Mé-

072

dios, vecino de Torrelodones (Madrid), con domicilio en la Avenida de la Lema, número 27, y con D.N.I. y N.I.F., número 2.009.837-M.——

Para que dicho señor, en nombre y representación de la citada Compañía, pueda realizar y ejercer los siguientes actos, y ——

-. FACULTADES : -

1.- CONVENIR, concertar, ejecutar y cumplir toda clase de contratos que se refieran al objeto social, directa o indirectamente. Dirigir, regir y gobernar los negocios, bienes (muebles e inmuebles) dere- chos, y en general, el patrimonio de la Compañía; y en tal sentido cuidar y atender la buena conserva- ción de los bienes. Ejercitar y cumplir toda clase de derechos y obligaciones; rendir, extinguir y li- quidar contratos de todo tipo, incluso de arrenda- miento, seguro, trabajo y transporte. Nombrar, sepa- rar y despedir toda clase de empleados y obreros de la Sociedad, y fijar los sueldos, retribuciones, re- glamentos de trabajo y normas de situación y actua- ción. Asistir a Juntas de todas clases, con facul- tad de deliberar y votar. Abrir, contestar y firmar la correspondencia. Retirar de las Oficinas de Co- rreos y Comunicaciones, cartas, certificados, despa- chos, paquetes, giros postales o telegráficos y va- lores declarados, y de las Compañías ferroviarias, aéreas, navieras y de transporte en general, Adua- nas, Muelles y Agencias, los géneros y efectos remi- tidos; formular protestas y reclamaciones y hacer dejes de cuenta y abandono de mercancías y levantar protestas de averías; tomar parte en concursos y su-

A21

NOTAS MARGINALES

bastas, oficiales y particulares, formulando pro-
puestas, reservas y protestas y aceptando adjudica-
ciones, firmando las escrituras de contrata, con los
pactos que se establezcan, incluso para cederlas
posteriormente a tercero; todo ello con la más plena
libertad y amplitud de cláusulas, pactos, condicio-
nes y determinaciones, sin limitación alguna.———————

2.- LIBRAR, aceptar, avalar, endosar, cobrar, pa-
gar, intervenir, negociar y descontar letras de cam-
bio, cheques, talones y demás documentos de giro.
Formular cuentas de resaca y protestos por falta de
aceptación o de pago o de garantía o para mayor se-
guridad, hasta un límite máximo de DOCE MILLONES
QUINIENTAS MIL PESETAS, por operación.——————

3.- AVALAR, garantizar y afianzar toda clase de
operaciones, deudas y obligaciones y préstamos, por
cuenta y representación de la Sociedad, sin limita-
ción alguna de tiempo ni cantidad, tanto de particu-
lares, de Bancos, incluso el de España, Entidades,
Cajas de Ahorro y Monte de Piedad y demás que fueren
pertinentes; y suscribir y aceptar y otorgar a los
fines dichos las escrituras, pólizas, letras y docu-
mentos públicos y privados que se requiera, sin li-
mitación alguna, hasta un límite máximo de DOCE MI-
LLONES QUINIENTAS MIL PESETAS, por operación.————

4.- OPERAR con cajas oficiales, Cajas de Ahorro y
Monte de Piedad y Bancos, incluso la Banca oficial,
haciendo cuanto la legislación y prácticas bancarias
permitan. Abrir, seguir, disponer, utilizar y can-
celar en el Banco de España, en cualquier localidad
o en cualquier otro Banco o Establecimiento de Cré-

073

dito o Ahorro, cuentas corrientes ordinarias o de
crédito, solicitar y obtener préstamos, con garantía
personal, de valores o de efectos comerciales y Ca-
jas de Seguridad.- Aprobar e impugnar cuentas, dan-
das, créditos, cobros, saldos y liquidaciones. Ad-
quirir por cualquier título valores, cobrar sus di-
videndos y amortizaciones y vender sus cupones. Mo-
dificar, transferir, cancelar, retirar y constituir
depósitos de, efectivo o valores provisionales o de-
finitivos, hasta un límite máximo de DOCE MILLONES
QUINIENTAS MIL PESETAS, por operación.------------

5.- SOLICITAR, firmar y extender cheques, órde-
nes, transferencias y demás documentos, y retirando
cuadernos de cheques, de cualquier Banco o Estable-
cimiento de crédito o Ahorro, incluso del Banco de
España, así como reconocer y pagar deudas, aceptar y
cobrar créditos, tanto por capital como por intere-
ses, dividendos y amortizaciones; aprobar e impugnar
cuentas; aceptar pagos y cobrar sumas adeudadas por
cualquier título y a favor o a cargo de cualquier
persona, entidad o Corporación, incluso Estado, Au-
tonomía, Provincia o Municipio, Ministerios, Conse-
jerías y Organismos oficiales o personas naturales o
jurídicas, públicas o privadas, firmando recibos,
saldos, conformidades, resguardos y cartas de pago,
hasta un límite máximo de SIETE MILLONES DE PESETAS,
por operación.------------

6.- DISPONER, enajenar, vender, transmitir, per-
mutar, comprar, adquirir, gravar, hipotecar y con-
tratar, activa o pasivamente, respecto de toda clase
de bienes muebles, patentes, registros, marcas y

REGISTRO MERCANTIL DE
TOMO    SEC.    LIBRO    HOJA
NOTAS MARGINALES

vehículos, pudiendo en tal sentido, con las condi-
ciones y por el precio de contado, confesado o apla-
zado que estime pertinente. Ejercitar, otorgar, con-
ceder y aceptar compras, ventas, transmisiones, ena-
jenaciones, adquisiciones, permutas, aportes, cesio-
nes en pago o para pago, hasta un límite máximo de
DOCE MILLONES QUINIENTAS MIL PESETAS, por opera-
ción.----------------------------------------------------

7.- CONCERTAR, desempeñar y rescindir uniones de
empresas; e intervenir en sociedades, civiles o mer-
cantiles, tanto en fase de constitución como des-
pues, y aceptar, desempeñar y renunciar los cargos
que procedan.-------------------------------------------

8.- REPRESENTAR a la Sociedad ante el Ministerio
de Economía y Hacienda, Consejería del ramo en todas
y cada una de las Comunidades Autónomas, Delegacio-
nes y Subdelegaciones, Oficinas Liquidadoras e Re-
caudadoras de cualquier impuesto, y ante cualesquie-
ra Centros u Organismos y Dependencias de cuales que-
potencias; y a. efecto recibir cuantos libramientos
y demás cantidades que por cualquier otro concepto
corresponda percibir a la Sociedad; satisfacer con-
tribuciones y reclamar contra lo no aceptable; fir-
mar declaraciones juradas e instancias e interponer
y seguir toda clase de recursos por todos sus trámi-
tes; y.otorgar cartas de pago y firmar recibos.------

9.- COMPARECER y actuar con plena personalidad,
representando a la Sociedad como solicitante, otor-
gante, disponente, actora, demandada, coadyuvante,
querellante o en cualquier otro concepto, en otorga-
mientos, disposiciones, asuntos, actos de concilia-

074

A24

ción, juicios, causas, reclamaciones, expedientes, actuaciones de todo orden; ante toda clase de Ministerios, Departamentos, Institutos, oficinas y dependencias del Estado, Provincia y Municipio; Juzgados, Tribunales, Autoridades y Magistraturas de Trabajo, Fiscalías, Sindicatos, Delegaciones, Comités, Juntas, Jurados, Comisiones, Funcionarios y cualquier otro Centro y Organismo Civil, Penal, Mercantil, Administrativo, Fiscal, Canónico, Contencioso-Administrativo, Gubernativo, Laboral, de cualquier otras naturaleza, orden o grado; en todas sus jurisdicciones, grados e instancias, interviniendo incluso ante el Tribunal Constitucional, y para toda clase de asuntos, cuestiones, gestiones, actuaciones, trámites; diligencias e instancias, hasta la total conclusión; acabamiento y cumplimiento de las disposiciones, otorgamientos, decisiones, soluciones; resoluciones, sentencias, conclusiones y fallos definitivos. Con toda suerte de facultades y posibilidades, incluso recusar y tachar, interponer recursos ordinarios y extraordinarios, como casación, revisión y nulidad; entablar excepciones y defensas, recabar testimonios, copias y certificaciones o asientos; solicitar y practicar toda suerte de diligencias, hasta las de carácter personal y pudiendo así ratificarse en los escritos; solicitar, conceder y aceptar quitas y esperas, levantar actas notariales e intervenir en las mismas; practicar requerimientos y notificaciones y contestarlos; desistir de las acciones y apelaciones o recursos entablados y verificar renuncias y allanamientos, así como toda suerte

A25

REGISTRO MERCANTIL DE

| TOMO | SEC. | LIBRO | HOJA |
|------|------|-------|------|
| 6.471 | 7 | | M-104183 |

NOTAS MARGINALES

de pedimentos y diligencias instadas, incluso hacer declaraciones, absolver posiciones y retirar consignaciones y fianzas. Llevar la representación en quitas y esperas, suspensiones de pagos, concursos y quiebras de deudores, asistir a las Juntas, nombrar síndicos y administradores, desempeñar todos los cargos, aceptar y rechazar las proposiciones del deudor, llenando todos los trámites hasta el término del procedimiento. Transigir derechos y acciones; someterse a árbitros, amigables componedores, arbitrajes de equidad, solución de terceros, etc. etc.; todo ello con plenitud de atribuciones y competencia, sin traba, excepción ni limitación de clase alguna, otorgando, al efecto, poderes a Procuradores y letrados con las facultades usuales del poder procesal.

10.- SOLICITAR de cualquier Registro Público, toda clase de asientos, inscripciones, certificaciones, o cualquier otro documento, solicitar del Notario autorizante de la presente y retirar copias de esta escritura, así como de cualquier otro Notario, de las copias de cualquiera otras escrituras otorgadas por la sociedad con anterioridad a este acto, o las que se otorguen con posterioridad.

11.- Y SUSCRIBIR y otorgar cuantos documentos públicos o privados afecten o interesen a la Sociedad, por cualquier título, supuesto o efecto, o por virtud de las facultades conferidas.

EN SU VIRTUD, INSCRITA LA EXPRESADA REVOCACION Y CONCESION DE PODERES.- Así resulta de copia de la escritura autorizada por el Notario de MADRID, RODRIGUEZ POYO-GUERRERO, JOSE MANUEL, el día 18 DE ENERO DE 1995, con el número 18 de su protocolo, presentada en este Registro el día 26 DE ENERO DE 1996, con el número 5306, asiento ... del Diario 563.- Madrid, a Doce de Febrero de Mil Novecientos Noventa.

075

**A26**









