

REGISTRO MERCANTIL DE

| | TOMO | HOJA | INSC. | LIBRO | HOJA |
| NOTAS MARGINALES | 6.2.1 | 8 | 0 | A | 102.205 |

HAN CAUSADO EN SUS CARGOS

POR LA PRESENTACION: 33
FOLIO: XL y TRES QUINTOS

34

079

Tessier Drive, St. Petersburg, Florida 33706 EE.UU. y
titular del pasaporte número 100791160, expedido el
15 de abril de 1.991 en Boston, vigente.

DON MICHAEL DENNIS PRICE, de nacionalidad estadou-
nidense, mayor de edad, casado, con domicilio en 4830
West Kennedy Blvd. MPH, Florida, USA, con pasapor-
te número 043435366, expedido en Miami el 1 de abril
de 1.992, vigente.

Y DON CLEMENTE GONZALEZ APERITTA, de nacionalidad
española, mayor de edad, casado, vecino de Torrelo-
dones, Madrid, Avenida de la Loma, 27, con D.N.I. y
N.I.F. 2009837-M.

Los Consejeros nombrados, presentes en el acto,
aceptan su cargo y declaran no afectarles ninguno de
los supuestos de incompatibilidad a que se refiere
la Ley 12/95, de 11 de mayo y Ley 14/95, de 18 de
mayo de la Comunidad Autónoma de Madrid o cualquier
otra disposición legal aplicable y ser capaces para
ejercer sus cargos.

DE CONSEJO DE ADMINISTRACION.

TERCERO.- Los Consejeros nombrados, dando el acto
el carácter de reunión del Consejo de Administra-
ción, acuerdan lo siguiente:

a) Designar de entre los miembros del Consejo los
siguientes cargos:

PRESIDENTE: DON CLEMENTE GONZALEZ APERITTA.

VOCALES: DON MICHAEL DENNIS PRICE y DON CLEMENTE
GONZALEZ APERITTA.

CONSEJERO DELEGADO SOLIDARIO de la Sociedad, con
todas las facultades que la Ley y los Estatutos So-
ciales atribuyen al Consejo de Administración, excep-
to las indelegables, conforme a la Ley:

ES SECRETARIO NO CONSEJERO: DON JOSE MARIA ESTEVE

SERRANO, cuyas circunstancias constan en el Registro

Mercantil, al cual se le ratifica en su cargo por un

plazo de cinco años, a contar de esta fecha. = = = =

Los designados aceptan sus respectivos cargos. = =

| REGISTRO MERCANTIL DE | | | |
|---|---|---|---|
| TOMO | SEC. | LIBRO | HOJA |
| 629 | 8 | — | M-102275 |

NOTAS MARGINALES





A38





A40

203

y aceptar y otorgar a los fines dichos, las
escrituras, pólizas, letras y documentos públicos y
privados que se requieran. ----------------------------

7) CON UN LÍMITE DE CIENTO CINCUENTA MIL EUROS
POR OPERACIÓN. Operar con cajas oficiales, cajas
de Ahorro y Monte de Piedad y Bancos, incluso la
Banca Oficial, haciendo cuanto la legislación y
práctica bancaria permitan, abrir, seguir,
disponer, utilizar y cancelar en el banco de
España, en cualquiera localidad o en cualquier otro
Banco o Establecimiento de Crédito o Ahorro,
cuentas corrientes ordinarias o de crédito,
solicitar y obtener préstamos, con garantía
personal, de valores o de efectos comerciales y
Cajas de Seguridad. Aprobar e impugnar cuentas.
Seguir por cualquier título, cobrar y percibir
dividendos y amortizaciones y vender sus cupones.
Modificar, transferir, cancelar retirar y
constituir, depósitos de efectivo o valores
provisionales o definitivos. -----------------------

8) CON UN LÍMITE DE CIENTO CINCUENTA MIL EUROS
POR OPERACIÓN. Solicitar, firmar y ordenar
cheques, bonos, transferencias y demás documentos
y realizando cualquiera de dichos actos, de cualquier

Banco o Establecimiento de Crédito o Ahorro.
Incluso del Banco de España, así como reconocer y
pagar deudas, seguir y cobrar créditos, tanto por
capital, como por intereses, dividendos y
amortizaciones; ejecutar e impugnar cuentas; seguir
pagos y cobrar sumas adeudadas por cualquier título
y a favor o a cargo de cualquier persona, entidad o
Corporación, incluso Estado, Autonomía, Provincia,
o Municipio, Ministerios, Consejerías y Organismos
oficiales o personas o personas particulares o jurídicas,
públicas o privadas, firmando recibos, saldos,
conformidades, resguardos y cartas de pago. -------

9) Disponer, analizar, vender, transmitir,
permutar, comprar, adquirir, gravar, hipotecar y
constituir, sobre y gravámenes, respecto de toda
clase de bienes muebles, patentes, registros,
marcas y vehículos, pudiendo en tal sentido, con
las condiciones y por el precio en cuanto,
condonar o aplazar que estime pertinente.
Ejercitar, otorgar, conceder y aceptar compra-
venta, transmisiones o enajenaciones ------------
Adjudicaciones, premisas, pactos, reintegro en pago
o por pago, base en listas módica de CIENTO
CINCUENTA MIL EUROS por operación. -----------------

EN SU VIRTUD INSCRIBO los expresados acuerdos de
RESULTA de copia de la escritura autorizada por el Notario de MADRID,
JOSÉ MANUEL, el día 6 DE FEBRERO DE 2002, con el número 460 de su Protocolo. Presentada
a este Registro el día 20 DE FEBRERO DE 2002, con el número 9801, según asiento de
presentación 1115 del Diario 1115 - Madrid, a Veinte de Marzo de Dos Mil Dos ---------

LABORATORIOS BELMAC SA.- Don James Richard Murphy, en nombre y representación de la Sociedad de esta
Hoja, Según Acuerdo adoptado por el...

DESIGNACIÓN Y CESE DESIGNACIÓN

PRIMERO.- ... Confesó PODER a favor de DON
FERNANDO BERNÁLDEZ NÚÑEZ, mayor de edad, casado,
vecino de Alcobendas, Madrid, calle Cauces Alto,
número 147, con D.N.I. y N.I.F. 2167746/4, para
que, en nombre y representación de "Laboratorios
Belmac, S.A.", Sociedad Unipersonal, pueda
ejecutar los siguientes facultades. --------------

REGISTRO MERCANTIL DE MADRID, ...

NOTAS MARGINALES

DESIGNACIÓN

Remitidos los Autos Reglamentarios
al R.M.C. Madrid, ...
de 2002 ...

REVOCADA la presente inscrip-
ción en cuanto a D...
...
Madrid, ... de ... de 2003

A42

11).- Comparecer y actuar con plena personalidad, representando a la Sociedad como solicitante, oponente, diligente, actor, denunciado, coadyuvante, querellante o en cualquier otro concepto, en suspensiones, disposiciones y demás actos de conciliación, juicios, causas, reclamaciones, expedientes, actuaciones de todo orden, ante toda clase de Ministerios, Legislaciones, Justicias, Oficinas y dependencias del Estado, Provincia y Municipio, Juzgados, Tribunales, autoridades y Magistraturas de Trabajo, Fiscalías, Sindicatos, Delegaciones, Comités, Juntas, Jurados, Comisiones, Funcionarios y cualquier otro Centro u Organismo civil, penal, mercantil, Administrativo, Fiscal, Conjunto, Contencioso Administrativo, Gubernativo, Laboral, de cualquier otra naturaleza, orden o grupo en todas sus jurisdicciones, grado e instancias, interviniendo incluso ante el Tribunal Constitucional, y para toda clase de trámites, cuestiones, gestiones, actuaciones, trámites, diligencias e instancias, hasta la total conclusión, echándose y cumplimiento de las disposiciones, otorgamientos, declinatorias, solventes, resoluciones, sentencial, conclusiones y fallos definitivos. Con toda suerte de facultades y posibilidades, incluso renovar y tachar, interponer recursos, estimando y extraordinarios, como casación, revisión y nulidad, asumblar excepciones y defensas, rechazar testimonio, copias y certificaciones o adversos, solicitar y practicar toda suerte de diligencias, hasta las de carácter personal y pudiendo así notificarse en los servicios solicitar, conceder y aceptar quitas y esperas, levantar actas sociales e intervenir en las mismas, precisar requerimientos y notificaciones y constancias; desistir de las actuaciones y apelaciones o recursos establecidos y verificar renuncias y allanamientos, así como toda suerte de pedimentos y diligencias incruentas, incluso hacer declaraciones,

absolver posiciones y relajar consignaciones y dietas, llevar la representación en quitas y esperas, suspensiones de pagos, concursos )quiebras de deudores, asistir a las Juntas, nombrar )reducir y administradores, desarrollar todos los cargos, asistir y reclamar las posibilidades del deudor, llevando todos los trámites hasta el término del procedimiento. Transigir derechos y acciones, renazione e intereses, compensarlos, subrogar la equidad, solución de terceros, etc. cede allá con plenitud de atribuciones y competencias, sin traba, excepción ni limitación de clase alguna, acogiendo, al efecto, pudiese a Procuradores y Letrados con las facultades usuales del poder procesal.

2) Representar a la sociedad ante el Ministerio de Economía y Hacienda, Consejería del ramo en toda, y en cada uno de las Comunidades Autónomas Delegaciones y Subdelegaciones, oficinas Liquidadoras o Recaudadoras de cualquier impuesto, y ante cualesquiera Centros u Organismos o dependencias de tales competencias; y al efecto reclamar cuantos libramientos y fondos cantidades que por cualquier otro concepto correspondo percibir a la sociedad satisfacer contribuciones y reclamar cuanto lo no expedir; firmar declaraciones juradas e instancias e interponer y seguir toda clase de recursos por todos sus aceptar, y cuotas cartas de pago y firmar recibos. ------------------

3) Comparecer ante Notario, inscribir ante los mismos cuantas actas, documentos, registraciones, escrituras, modificaciones, contrataciones y cualesquiera otros documentos públicos, en los que pudiera estar interesada la sociedad. ------------------

4) Pedir certificaciones, testimonios, copias autorizadas o simples y documentos de cualquier clase en archivos y oficinas particulares u oficiales, Notarías, Registros y entidades u organismos públicos o privados. ------------------

5) Solicitar registros de patentes, marcas, modelos de utilidad, rótulos, diseños y nombres comerciales, así como sus explicaciones y

204

| REGISTRO MERCANTIL DE | | | |
|---|---|---|---|
| TOMO | INSC | SEC | HOJA |
| 16.271 | | | M-102.205 |

**NOTAS MARGINALES**

**41**

**REVOCACION DE PODERES**
Remitidos al R.M.C. los datos dentro del plazo reglamentarios previsto en el artículo 384 RRM

**42**

**REVOCACION DE PODERES**
Remitidos al R.M.C. los datos dentro del plazo reglamentarios

**43**

modificaciones. Pagar cánones y responder contra ellas. Interponer reclamaciones, impugnaciones y oposiciones de toda clase o defenderse de ellas.

Registrar, renunciar, suscribir y renovar toda clase de títulos originarios, derivativos, a título oneroso, total o parcialmente, el uso, la explotación o el arrendamiento de patente y marcas por tiempo limitado o no, de forma total, parcial, general o local; con o sin exclusiva; y dar discrecionalmente poderes a Agentes de la Propiedad Industrial.

c) CON UN LIMITE DE CIENTO CINCUENTA MIL EUROS POR OPERACION: Disponer, enajenar, vender, transmitir, permutar, comprar, adquirir, gravar, hipotecar y constituir, activa o pasivamente, respecto de toda clase de bienes muebles, patentes, registros, marcas y vehículos, pudiendo en tal sentido, con las condiciones y por el precio de

contado, contestado, o aplazado que estime pertinente. Ejercitar, ejercer, compeler y aceptar compras, ventas, transacciones, explotaciones, adjudicaciones, permutas, aportaciones en pago o para pago.

7) Representar a la sociedad ante la Administración Central o cualquier Administración Autonómica, Provincial o Municipal en toda clase de conductos que se refieran al objeto social, discutir o indemnizar; tomar parte en concursos y subastas, oficiales y particulares, formulando propuestas, reservas y protestas y aceptando adjudicaciones, firmando los documentos y escrituras que estén necesarios o convenientes, con los pactos que se establezcan, incluso para ceder subrogándose a tercero; todo ello con la más plena libertad y amplitud de cláusulas, pactos, condiciones y determinaciones, sin limitación alguna.-----------------------------

EN SU VIRTUD INSCRIBO los expresados acuerdos de DESIGNACION Y ACEPTACION DE CARGOS EN LA SOCIEDAD DE ESTA HOJA, ASI RESULTA de copia de la escritura autorizada por el Notario de MADRID, JOSE GARCIA COLLANTES JOSE MANUEL, el día 22 de Febrero de 2002, con el número 000732 de su protocolo. Presentada copia en este Registro el día seis de Abril de dos mil dos, con el número 1/2002/3001541, según Asiento de Presentación 202, del Diario 1184. Madrid a cabo de Abril de dos mil dos. Hons. S/M y L. D/Xj
.-- NO SE INSCRIBE la designación de Letrado Asesor -Artículos 2, 7, 94 del Reglamento del Registro Mercantil.- EN SU VIRTUD INSCRIBO los expresados acuerdos de DESIGNACION Y ACEPTACION DE CARGOS DE LA SOCIEDAD DE ESTA HOJA, ASI RESULTA de copia de la escritura autorizada por el Notario de MADRID, GARCIA COLLANTES JOSE MANUEL, el día 22 de Febrero de 2002, con el número 000732 de su protocolo. Presentada copia en este Registro el día seis de Marzo de dos mil dos, con el número 1/2002/3001541, según Asiento de Presentación 202, del Diario 1184 . Madrid a cabo de Abril de dos mil dos. Hons. S/M y L. D/Xj

"LABORATORIOS BELMAC SA".- DON ADOLFO HERRERA MALLIA, en nombre y representación de la Sociedad, como apoderado de la misma, haciendo uso de las facultades, que tiene atribuidas mediante la escritura que causó la inscripción 35, ha otorgado la escritura que se inscribe por la que REVOCA EL PODER conferido a favor de DON ANTONIO ZORROZA PEREZ según escritura otorgada en Madrid el día 20 de Octubre de 1997 ante el notario Don Jose Manuel Rodriguez Poyo Guerrero, con el número 3072, que causó la inscripción 13 de esta hoja. EN SU VIRTUD INSCRIBO LA REVOCACION DEL EXPRESADO PODER, ASI resulta de la escritura autorizada por el Notario de MADRID, GARCIA COLLANTES JOSE MANUEL, el día 24 de septiembre de 2001, con el número 2925/2001 de su protocolo, que fue presentada en este Registro el día ocho de agosto de dos mil tres, con el número 1/2003/2021, según Asiento de Presentación 272 del Diario 1341. Madrid a diez co septiembre de dos mil tres. Hons. S/M y L. D/

"LABORATORIOS BELMAC SA".- DON JOSE ESPINDO FERNANDEZ, en nombre y representación de la Sociedad de esta Hoja, como Secretario no Consejero del Consejo de Administración de la misma, facultado por el Consejo Universal de fecha 15 de julio de 2003, según resulta de certificación inserta, cuya acta remite debidamente aprobada al término de la misma, ha otorgado la escritura que se inscribe por la que elevado a acordado público lo acordado únicamente en dicha reunión, que es la siguiente:

A44

| REGISTRO MERCANTIL DE MADRID | | | |
|---|---|---|---|
| TOMO | SEC. | LIBRO | HOJA |
| 16611 | 8 | 0 | M-102221 |

**NOTAS MARGINALES**

**EXPEDICION DE AUDITOR**

Remitido al R.M.C. los datos dentro del plazo reglamentario previsto en el artículo 366 RRM

**AMPLIACION DE CAPITAL**

Remitido al R.M.C. los datos dentro del plazo reglamentario previsto en el artículo 366 RRM

A46

205



NOTAS MARGINALES

REVOCADA la adjunta inscripción por la .......... folio ...... del tomo ....... Madrid, .......... de ........ de 1996

Que confiere poder a favor de Doña ..........................., mayor de edad, vecina de San Sebastián de los Reyes, Madrid, calle ..........número 4, con D.N.I. número 01935152-N, para que, en nombre y representación de "LABORATORIOS MEDOC, S.L.", SOCIEDAD UNIPERSONAL, pueda efectuar las siguientes facultades: .......

11).- Comparecer y actuar con plena personalidad, representando a la Sociedad como solicitante, disponente, actora, demandado, querellante u en cualquier otro caso o concepto, en cualesquiera disposiciones, asuntos, actos de conciliación, juicios, causas o reclamaciones, expedientes, actuaciones o de todo orden, ante toda clase de Ministerios, Departamentos, Instituciones, Oficinas y dependencias del Estado, Provincia y Municipio, Juzgados, Tribunales, Juntas, Comisiones, Registradurías de Trabajo, Fiscales, Sindicatos, Delegaciones, Comités, Jurados, Jurados, Condiciones, funcionarios de cualquier otro Centro y Organismo civil, fiscal, Mercantil, Administrativo, Económico, laboral, Contencioso Administrativo, Gubernativo, de cualquier otra naturaleza, orden o grado en todas sus jurisdicciones, grados y grados, su intervención incluso ante el Tribunal Constitucional; y para todo clase de asuntos, diligencias, gestiones, actuaciones, ideas, instancias, hasta total cumplimiento de las disposiciones, resoluciones, sentencias, decisiones, solicitudes, resoluciones, conclusiones y fallos definitivos. Con toda suerte de facultades y posibilidades, incluso recusar y tachar, -incorporar recursos ordinarios y extraordinarios, como casación, revisión y nulidad; establecer excepciones y defensas; prestar ratificaciones, copias y certificaciones o solicitar; solicitar y practicar toda suerte de diligencias, hasta las de conferir personal y poderío así ratificarse en los

escritos; solicitar, conceder y rechazar quitas y esperas; reconocer actos materiales o intervenir en ...... mismo; practicar requerimientos y notificaciones y consentirlos; desistir de la actuaciones y oposiciones o renunciar establecer; y verificar renuncias y allanamientos, así como ceda ...... acerca de poderse y diligencias instadas, incluso hacer declaraciones absolver posiciones y retirar consignaciones y firmas, llevar la representación en quitas y esperas, comparecer en pagos, concurrir y quiebras de deudores, asistir a las Juntas, nombrar síndicos y administradores, desempeñar todo los cargos, aceptar y rechazar las proposiciones del fondo, llevar todo los trámites hasta el término del procedimiento. Transmitir derecho y acciones someter ..... Arbitros amigables componedores, Arbitros de equidad, solicitando el de terceros, etc, todo ello con plenitud de atribuciones y facultades con, excepción de la limitación de clase alguna, otorgando, al efecto, poderes y Procuradores y Letrados con las facultades usuales del poder procesal. .......

2) Representar a la Sociedad ante el Ministerio de Economía y Hacienda, Consejería del que en cada y cada una de las Comunidades Autónomas, Delegaciones y Subdelegaciones, Oficinas Liquidadoras de cualquier impuesto, Dependencias de Organismos o Departamentos de Economía y Hacienda o de cualquier esté comprenden; y al efecto recibir cuantos liquidaciones y demás cantidades que por cualquier otro concepto corresponda percibir a la Sociedad; asistiese contribuciones y reclamar contra lo no aceptable; firmar declaraciones jurados a instancia e interponer y seguir todo clase de recursos por todos sus trámites; y consignar cuotas de pago y firme recibos. .......

3) Comparecer ante Notarios, suscribir y estos mismo cuantos actos, documentos, requerimientos, asistencias, notificaciones, contestaciones y cualesquiera otros documentos públicos, en los que pudiera estar interesada la Sociedad.

206

A48

MADRID            M-102225

01
02
03
04
05
06
07
08 previsto en el artículo 384 RN    16811    8    0

4)

a) Pedir certificaciones, testimonios, copias autorizadas o simples y documentos de cualquier clase en archivos y oficinas particulares u oficiales, Notarías, Registros y entidades organismos públicos o privados.

5)

b) Solicitar registros de patentes, marcas, modelos de utilidad, rótulos, dibujos y nombres comerciales, así como sus ampliaciones y modificaciones, Pagar cánones y recursos contra altos. Inceponer reclamaciones, impugnaciones y oposiciones de toda clase o defenderse de ellas.

Registrar, rehabilitar, cancelar y renovar toda clase de títulos originando, derivados de propiedad industrial. Adquirir o transmitir el título concreto, total o parcialmente, el uso, la explotación o el arrendamiento de patentes y demás propiedad industrial.

6) CON UN LÍMITE DE CIENTO VEINTE MIL POSICIONES POR FIRMA POR OPERACIÓN. Avalar, garantizar y afianzar toda clase de operaciones, deudas y obligaciones y préstamos, por cuenta y representación de la sociedad, sin instancia alguna de tiempo ni cantidad, tanto particulares, de bancos, incluso el de España, fiadores, Cajas de Ahorro y Monte de Piedad, dando que fueren particularmente y suscribir y aceptar cualquier a las fines dichos, las consiguientes pólizas, letras o documentos públicos y privados que se requieran.

7) CON UN LÍMITE DE CIENTO VEINTE MIL POSICIONES POR FIRMA POR OPERACIÓN. Librar, aceptar, endosar, cobrar, intervenir, avalar, negociar, descontar, ceder y pagar letras de cambio, recibos, cartas de pago.

8)

CON UN LÍMITE DE CIENTO VEINTE MIL POSICIONES POR FIRMA POR OPERACIÓN. Adquirir, enajenar, gravar, hipotecar, permutar, comprar, adquirir, vender, transmitir concretar, ceder a cualesquiera respecto de toda clase de bienes muebles, patentes, registrar, marcas y vehículos, pudiendo en tal sentido, con las condiciones y por el precio de contado, confesado, o aplazado que estime pertinentes, Ejecutar, otorgar, conceder y aceptar compras, ventas, adquisiciones, permutas aportaciones, cesiones de pago transacciones.

9)

EN SU VIRTUD: INVOCANDO LAS FACULTADES DE APODERAR... Así resulta de copia de la escritura autorizada por el Notario de MADRID, DON COLOMBRES JOSE MANUEL, el día 2 de julio de 2004, con el número 2339/2004 de su protocolo, que fue presentada en este Registro con el número 1/2004/10811...

Cualquier otro Banco o Establecimiento de Crédito o Banco de España, en cualquier localidad en el orden, seguir, dispongan utilizar y controlar en el la legislación y práctica bancaria permitan.

Caja Oficiales con Cajas de Ahorro y Monte de Piedad y Bancos, incluso la Banca Oficial, haciendo cuanto Operar con

REGISTRO MERCANTIL DE MADRID

NOTAS MARGINALES

OTORGAMIENTO DE PODERES
DEROGACION DE PODERES

Remitidos al R.M.C., los datos
Reglamentarios dentro de
previsto en el artículo 384 RM plazo

LABORATORIOS BYMAC SA.- Don Jorge Espinosa Fernández, en representación de esta sociedad como secretario del Consejo de la misma, facultado al efecto por acuerdo del Consejo de administración con la asistencia de todos sus miembros en su reunión de 21 de diciembre de 2005, en la que se tomaron por unanimidad los siguientes acuerdos:

207

**Translation of A35**                                                    **[back of pg. 79]**

35 LABORATORIOS BELMAC SA – Mr. James Richard Murphy, in the name and as representative of the entity, as Delegated Counselor to the entity, utilizing the rights conferred upon him in these capacities, has granted the following to be inscribed and registered:

Authority is granted to Mr. Adolfo Herrera Malaga [age, marriage status, address and DNI number] so that in the name of and as representative of Laboratorios Belmac SA can carry out the following duties:

1 – Agree, create and execute all types of contracts related to the business's purpose, whether direct or indirect. Direct and govern the business, assets (whether goods or real estate), the rights, and in general, the whole of the company; and in this sense to preserve and promote the state of the company's assets. Execute all types of rights and obligations including contracts of all types. Hire and fire all types of employees and workers of the company, fix compensation, and establish work rules. Attend meetings of all types with the authority to discuss and vote. Open and respond to correspondence. [Describes a series of ministerial tasks.]

2 – Accept, cash, pay, negotiate checks and other forms of money transfer. Establish letters of credit or guarantee up to a limit of 20 million pesetas per operation.

3 – Guarantee all types of operations, debts, obligations and loans on behalf of the company, without any limitation either temporal or of amount [describes different types of financial institutions] up to a limit of 20 million pesetas.

4 – Work with banks and other financial institutions as is legally permissible. Establish bank accounts with the national bank or any other bank. Change, transfer, cancel, withdraw such deposits up to a limit of 20 million pesetas.

5- Execute and cash checks up to a limit of 20 million pesetas.

6 – Sell and buy goods and rights up to a limit of 20 million pesetas.

7 – Create and dissolve entities as necessary.

8 – Represent the company before the Economic and Household Ministry and in before all agencies of government national or regional.

9 – Represent the company broadly in all types of roles [lists a series of business duties].

10 – Solicit all types of legal documents needed by the company.

11 – Execute and revoke powers of representation of the company and able to empower lawyers to execute the legal business of the company.

12 – And subscribe of grant whatever public or private documents affect the company.

[EXECUTION BY NOTARY]                    **A52**

**Translation of A46**                                                                 **[pg. 205]**

| MERCANTILE REGISTRY OF MADRID | | | | | |
|---|---|---|---|---|---|
| VOLUME | SECTION | BOOK | PAGE | | |
| 16811 | 8 | 0 | M-102225 | | |

| MARGINAL NOTES | | REGISTRATION N° |
|---|---|---|

... 2004, his signature being legitimated by the Notary before whom it is registered, and in which a record is made of the fact that the successive acceptances for the annual appointments took place on March 7, 1999 for the 1998 fiscal year, March 7, 2000 for the 1999 fiscal year, April 20, 2001 for the 2000 fiscal year, February 25, 2002 for the 2001 fiscal year, and January 24, 2003 for the 2002 fiscal year. A record is made for appropriate purposes of the fact that the aforementioned company has sent off its auditing activity to the Deloitte & Touche España SL firm, likewise registered in this Registry, registered on page M544146, BY VIRTUE THEREOF I REGISTER THE AFOREMENTIONED RESOLUTIONS FOR APPOINTMENTS OF AUDITOR FOR THE 1998, 1999, 2000, 2001, AND 2002 FISCAL YEARS. Thus it appears in the instrument authorized by MADRID Notary GARCIA COLLANTES JOSE MANUEL, dated February 25, 2004, under number 652/2004 of his protocol. A copy was submitted to this Mercantile Registry on the twenty-sixth day of March, two thousand four, under number 1/2004/59932, pursuant to submission entry 396 of Journal 1412. Madrid, the second day of April, two thousand four. Hon. s/m and I. [signed] illegible

**RE-ELECTION OF AUDITOR**

The required data were sent to the R.M.C. within the term prescribed in Article 284 of the RRM.

Registration N° 45

"LABORATORIOS BELMAC SA". Mr. JORGE ESPINOSO FERNÁNDEZ, acting in the company's name in his capacity as the SECRETARY OF ITS BOARD OF DIRECTORS, and empowered pursuant to the attached certification, issued by the Secretary with the approval of the Chairman of the Board of Directors, whose signatures are duly legitimated, has executed the instrument which is registered hereby, whereby the resolutions which the company unanimously adopted at the meeting held in the corporate headquarters, with minutes approved thereat, by the UNIVERSAL Regular Meeting of Shareholders on June 30, 2003, are converted into public instruments, ELECT AND APPOINT AS AUDITOR OF ACCOUNTS, FOR A NEW TERM OF ONE YEAR, FOR THE 2003 FISCAL YEAR, "DELOITTE & TOUCHE SA," domiciled in Madrid at Plaza Pablo Ruiz Picasso s/n, CIF A78473492, registered in the Mercantile Registry of Madrid on page M75794, and in the Official Registry of Auditors of Accounts under number S0665. Said firm has accepted its re-election, and has declared that it is not in any situation involving a conflict of interest, as is evidenced in an instrument which is attached hereto, signed by Ms. Cristina Villalobos on February 4, 2004, her signature being legitimated by Madrid Notary María Jesús Guardo Santamaría, BY VIRTUE THEREOF I REGISTER THE AFOREMENTIONED RESOLUTIONS FOR RE-ELECTION OF AUDITOR. Thus it appears in the instrument authorized by MADRID Notary GARCIA COLLANTES JOSE MANUEL, on February 25, 2004, under number 653/2004 of this protocol. A copy was submitted to this Mercantile Registry on the seventh day of March, two thousand four, under number 1/2004/5602, pursuant to submission entry 499 of Journal 1409, which was declared to have defects which prevented its registration. (An appeal against the Registrar's finding was filed with the government, and the defect was corrected with an extension of the auditors and their registration on 44. The copy was claimed on the thirteenth day of April, two thousand four, and was re-submitted under number 1/2004/4749 on the fifteenth day of April, two thousand four. Hon. s/m and L.) I SAY:

**CAPITAL INCREASE**

The required data were sent to the R.M.C. within the term prescribed in Article 384 of the RRM.

Registration N° 46, 45

"LABORATORIOS BELMAC SA". Mr. JORGE ESPINOSO FERNÁNDEZ, appearing in the name and representation of the company on which this page pertains, acting in his capacity as its Secretary, empowered by decision of the SOLE OWNER who convened a UNIVERSAL MEETING OF SHAREHOLDERS on DECEMBER 30, 2003, at which the resolutions executed pursuant to a certification inserted herein and issued by the executor himself and by the Secretary, with the approval of the President/Chairman, Mr. James R. Murphy, whose signatures were duly legitimated, and in which the approval of the minutes is recorded, were unanimously approved, has executed the instrument which is registered hereby, whereby the following resolutions are formalized:

FIRST: Based on the capital increase agreed upon to offset debts at the Special Meeting of Shareholders held on April 1, 2003, following a favorable report by the company's administrative organ which was submitted to the Board on that date, and based on the report on the audit of the annual accounts for the fiscal year ended December 31, 2002, drawn up by the company's auditor of accounts, the "Deloitte & Touch S.A." firm, dated February 24, 2002, which accounts were approved at the Regular Meeting of Shareholders held on June 30, 2003, and in accordance with the special report...

A53

Translation of A47

[back of pg. 205]

| | | |
|---|---|---|
| | 46 | for capital increase to offset debts dated December 30, 2003, issued by the same Auditor, in which it is evidenced that the debts are liquid, due, and payable.<br><br>Increase the capital stock to offset debts, by the sum of six million six hundred seventy three thousand three hundred fifty nine euros and seventy six cents more, through the creation and placement in circulation of one million one hundred ten thousand three hundred seventy six new shares with a par value of six euros and one cent each, of the same series and with the same rights and obligations as those now in existence, numbered consecutively from 250,001 to 1,360,376, inclusive, and accordingly amend the corresponding article of the Corporate Bylaws whose final wording shall be indicated below.<br><br>SECOND: Subscribe for the newly issued shares following the sole owner's waiver of his preemptive right to acquire them, to offset debts owed to the following companies:<br><br>"Pharma España Inc." (domiciled in Bentley Park 2, Holland Way, Exeter, NH 03833), which subscribes for one hundred twenty three thousand four hundred seventy eight registered shares numbered from 250,001 to 373,478, for the total sum of seven hundred forty two thousand one hundred two euros and eight cents.<br><br>And "Bentley Pharmaceuticals, Inc." (domiciled in Bentley Park 2, Holland Way, Exeter, NH 03833), which subscribes for eighty six thousand eight hundred shares numbered from 373,479 to 1,360,376, inclusive, for a total sum of five million nine hundred thirty one thousand two hundred fifty six euros and ninety eight cents.<br><br>The total amount of the capital increase has been paid into the company's fund, and is reflected in the accounting records.<br><br>A record is likewise made of the fact that the subscription of the new shares has been recorded in the Registered Share Book.<br><br>THIRD: As a consequence of the capital increase so performed, Article 6 of the Corporate Bylaws shall henceforth read as follows:<br><br>"ARTICLE 6. The capital stock is EIGHT MILLION ONE HUNDRED SEVENTY FIVE THOUSAND EIGHT HUNDRED FIFTY NINE EUROS AND SEVENTY SIX CENTS. It is divided into and represented by one million three hundred sixty thousand three hundred seventy six registered shares with a par value of 6.01 euros each, entirely subscribed for and disbursed, consecutively numbered from 1 to 1,360,376, inclusive, whose stock certificates may be unitary or multiple and shall fulfill all the legal requirements and bear the signature of one administrator."<br><br>For the pertinent intents and purposes the executor hereby makes a record of the fact that the requirements prescribed in Articles 156 of the Corporations Act and 168 and following of the Regulations of the Mercantile Registry have been fulfilled. The report issued by the administrative organ, which is inserted herein, was placed at the owner's disposal. The debt owed to Pharma España came into being on January 2, 1999 and the debt owed to Bentley Pharmaceuticals Inc. came into being on July 1, 1998; both are liquid, due and payable, and the maturity of the remaining debts is no greater than five years. The document corresponding to the foreign investment declaration is inserted herein BY VIRTUE OF THE ABOVE, I REGISTER the aforementioned resolutions for INCREASE OF CAPITAL BY THE COMPANY TO WHICH THIS PAGE PERTAINS, AS WELL AS THE FULL RELEASE OF THE SHARES REPRESENTING IT AND THE AMENDMENT OF ARTICLE 6 OF THE CORPORATE BYLAWS. THUS IT APPEARS in the copy of the instrument authorized by MADRID Notary GARCIA COLLANTES JOSE MANUEL, on March 5, 2004 under number 838/2004 of his protocol. A copy was submitted to this Registry under number 1/2004/59935 on the twenty sixth day of March, two thousand four, pursuant to submission entry 397 of Journal 1412. Madrid, twenty first day of April, two thousand four. Hon. S/M and L.D. [signed] illegible |
| CONFERRAL OF POWERS OF ATTORNEY<br><br>The required data were sent to the R.M.C. within the term | 47 | "LABORATORIOS BELMAC SA": Mr. ADOLFO HERRERA MÁLAGA, acting in the name and representation of the company to which this page pertains, in his capacity as its Legal Agent, and in the use of the powers which have been attributed to him in the instrument which gave rise to registration 35 of this page, has executed the instrument which is registered by the ... |

A54

(Partial Translation of Exhibit A15)                    [Back of p. 69]

. . . January 3, 1995 . . .

....SECOND:

It is agreed that Mr. JAMES RICHARD MURPHY, of American nationality, born February 5, 1950 in Massachusetts (USA), businessman, married, residing at 381 Tessier Drive, St. Petersburg, Florida 33706 (USA), with passport number 100791160, issued April 15, 1991 by the Passport Agency of Boston (USA), is designated as "Consejero Delegado" of the company and is given all powers of the Board of Directors except those that cannot be delegated by law or statute...

**A54a**

(Partial Translation of Exhibit A20)                                072

… "LABORATORIOS BELMAC SA" – MURPHY JAMES RICHARD in his own capacity and as representative of the Company, as "Consejero Delegado Solidario" of the same, using all of the powers granted to him by virtue of this position, has authorized the present writing, which says:

    -REVOCATION OF POWER – That, in his own capacity and in representation of the Company "LABORATORIOS BELMAC, S.A.", in the broadest terms, plain and absolute as the Law requires, REVOKES, annuls, and leaves without value or effect, the POWERS conferred to <u>MR. CLEMENTE GONZALEZ AZPEITIA</u>, of age, married . . .

    -EMPOWERING – That in his own capacity and in representation of the Company "LABORATORIOS BELMAC, S.A.", he confers power in favor of <u>Mr. CLEMENTE GONZALEZ AZPEITIA</u>, of age. . . .

**A54b**

(Partial Translation of Exhibit A34-A35)                                      079

. . . THIRD:  The named Board, giving the act the character of a meeting of the Board of Directors, agree to the following:

    a)  Designate among the members of the Board the following positions:

    PRESIDENT:  Mr. JAMES RICHARD MURPHY

    MEMBERS:  Mr. MICHAEL DENNIS PRICE AND Mr. CLEMENTE GONZALEZ AZPEITIA.

    "CONSEJERO DELEGADO SOLIDARIO" of the company, with all the powers that the law and the statutes give to the Board of Directors, except those that cannot be delegated in accordance with the law:  Mr. JAMES RICHARD MURPHY.

**A54c**

(Partial Translation of Exhibits A38-A39)                                      081

38 . . "LABORATORIOS BELMAC SA" – Mr. Jose Maria Esteve Serrano, in his own
capacity  and in representation of this Company, as Secretary non-Member of its Board
of Directors, authorizing to that effect for the General Universal Board and the Board of
Directors, in sessions held on February 9, 2001, having attended the meeting of the Board
with all of its members, they unanimously adopted the agreements that are executed, in
accordance with the resulting certification inserted, which consist of the approval of the
corresponding acts, the writing being registered has been approved, by which it is
established:  In reference to the agreements of the Board:  MR. CLEMENTE
GONZALEZ AZPEITIA TERMINATES AS MEMBER, MR. JAMES RICHARD
MURPHY, of age, married, of American nationality, residing at 381 Tessier Drive, St.
Petersburg, Florida 33706 – USA – with passport of his nationality 1000791160, valid,
and MR. MICHAEL DENNIS PRICE, of age, married, of American nationality, resident
of Exeter, NH 03833, 8 Deer Run, with passport of his nationality 043439386, valid ARE
RE-APPOINTED AS MEMBERS.  A NEW MEMBER IS NAMED, FOR A PERIOD
OF FIVE YEARS—MR. ADOLFO HERRERA MALAGA, of age, married, Spanish,
resident of Las Rozas, Madrid, calle Esparta, 39, with National Identity Number 386553.
In reference to the agreements of the Board of Directors, the positions of the same are
designated, being as follows:  PRESIDENT AND "CONSEJERO DELEGADO":  MR.
JAMES RICHARD MURPHY, MEMBERS:  MR. MICHAEL DENNIS PRICE AND
MR. ADOLFO HERRERA MALAGA . . .

**A54d**

(Partial Translation of Exhibit A42)                                        203

41 . . . 'LABORATORIOS BELMAC SA' – Mr. James Richard Murphy, in his own capacity and in representation of the Company of this Page, as President of the Board of Directors of the same, authorizing by agreement of said social organ, in meeting held on February 21, 2002, in the residence, with attendance of all its members and a unanimous agreement, in accordance with the inserted certification, issued by Mr. Jorge Espinoso Fernandez, as Secretary of the Board, with approval of the granter in the indicated representation, individual session, has granted the writing that is registered by which the agreements which are referred to in the mentioned inserted certificate are as follows:

     FIRST-Name MR. MICHAEL PRICE "CONSEJERO DELEGADO SOLIDARIO", with all the powers that the law and the statutes attribute to the position . . .