# EXHIBIT A

# EDWARDS ANGELL PALMER&DODGE LLP

111 Huntington Avenue  Boston, MA 02199  617.239.0100  *fax* 617.227.4420  eapdlaw.com

Veronica C. Abreu
617.239.0750
*fax* 617.316.8219
vabreu@eapdlaw.com

September 15, 2006

**VIA OVERNIGHT**

Jonathan Fine
Baach Robinson & Lewis PLLC
1201 F Street, NW, Suite 500
Washington, DC 20004

    Re:    **Eleventh Bentley Document Production**

Dear Jonathan:

Enclosed please find Bentley's eleventh document production consisting of the following three two CDs and one DVD:

1. BENTL035624 – BENTL041297 (CD)

2. BEL080418 – BEL119680 (DVD)
   BEL119681 – BEL119776 (CD)

The DVD and one of the CDs contain documents responsive to Phase II document requests. The other CD contains documents responsive to Supplemental Phase I requests. If you have any questions, please feel free to contact me.

Very truly yours,

Veronica C. Abreu

Enclosures (3)

BOS111 12062372.1

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON

A84