# EXHIBIT C

## LIQUIDACION Y FINIQUITO

EMPRESA: LABORATORIOS BEIMAC, S.A.
Nº INSCRIPCION: 28/0453896/13
TRABAJADOR: ANGEL PEREZ DE AYALA MAYORAL

| CONCEPTO | IMPORTE |
|---|---|
| Salario Base del 1 al 10 de Noviembre de 1994 | 412.972 |
| Parte proporcional paga extra de Diciembre | 1.120.042 |
| Parte proporcional paga extra de Julio 95 | 469.611 |
| Parte proporcional paga extra Marzo 95 | 18.212 |
| Vacaciones pendientes de disfrutar | 374.901 |
| Antiguedad | 20.649 |
| Indemnización 1º d/año | 4.742.727 |
| **TOTAL DEVENGADO** | **7.159.114** |
| Descuento IRPF 4% | 1.111.538 |
| Descuentos Seguridad Social 6,6% | 7.699 |
| Descuento | 109.524 |
| TOTAL DESCUENTOS | 1.228.761 |
| **LIQUIDO A PERCIBIR** | **5.930.353** |

He recibido de la empresa anteriormente mencionada la cantidad de CINCO MILLONES NOVECIENTAS TREINTA MIL TRESCIENTAS CINCUENTA Y TRES pesetas por los haberes devengados hasta la fecha, parte proporcional de gratificaciones extraordinarias, Vacaciones pendientes de disfrutar e Indemnización de 1º d/año, todo ello de acuerdo con la legislación vigente. Con lo cual quedan saldadas y finiquitadas mis relaciones tanto sociales como laborales con la citada empresa, dejando de pertenecer a la misma por DESPIDO.

Al tiempo, declaro expresamente que no se me adeuda cantidad alguna por ningún concepto.

Madrid, 10 de Noviembre de 1994
Por Laboratorios Beimac, S.A.

Fdo. Angel Perez de Ayala Mayoral

A105

BEL119682
CONFIDENTIAL

# SETTLEMENT AND FINAL SEVERANCE

**COMPANY:** LABORTORIOS BELMAC, S.A.
**REGISTRATION NUMBER:** 28/0453896/13
**EMPLOYEE:** ANGEL PEREZ DE AYALA MAYORAL

| REASON | AMOUNT |
| --- | --- |
| Base salary November 1st to 10th 1994 | [Illegible] |
| Proportional part of December bonus pay | 1.120.042 |
| Proportional part of July 95 bonus pay | 469.611 |
| Proportional part of March 95 bonus pay | [Illegible] |
| Remaining vacation not used | [Illegible] |
| Seniority | 20.619 |
| Severance Pay [Illegible] | [Illegible] |
| **TOTAL AMOUNT DUE** | **7.159.114** |
| [Illegible] | [Illegible] |
| Social Security Deduction [Illegible] | 7.699 |
| Deduction | [Illegible] |
| Total | [Illegible] |
| **NET RECEIPT** | **5.930.353** |

I have received from the previously mentioned company the amount of FIVE MILLION NINE HUNDRED THIRTY THOUSAND THREE HUNDRED AND FIFTY THREE pesetas for the amounts due to date, the proportional part of extra bonuses, remaining vacation, and severance pay of 19 days per year, all in accordance with the current legislation. With this, all of my social and work relations with the listed company have been paid for, and I cease being part of the company due to DISMISSAL.

At the same time I expressly declare that no amount is owed to me for any reason.

Madrid, November 10, 1994

For Laboratorios Belmac, S.A.

Laboratorios Belmac S.A.
[Signature]

[Signature]
Signed Angel Perez de Ayala Mayoral

A106

BEL119682
CONFIDENTIAL