# EXHIBIT E

# EDWARDS ANGELL PALMER & DODGE LLP

111 Huntington Avenue  Boston, MA  02199   617.239.0100   *fax* 617.227.4420   eapdlaw.com

Veronica C. Abreu
617.239.0750
*fax* 617.316.8219
vabreu@eapdlaw.com

August 1, 2006

**VIA OVERNIGHT**

Jonathan Fine
Baach Robinson & Lewis PLLC
1201 F Street, NW, Suite 500
Washington, DC 20004

    Re:    **Tenth Bentley Document Production**

Dear Jonathan:

Enclosed please find Bentley's tenth document production consisting of the following two DVDs and hard copy document:

1. BENTL27238 – BENTL035543 (DVD), BENTL035544-BENTL035557 (hard copy)

2. BEL051053 – BEL080370 (DVD)

These productions contain documents responsive to Phase II and Supplemental Phase I requests. If you have any questions, please feel free to contact me.

Very truly yours,

Veronica C. Abreu

Enclosures (3)

BOS111 12052840.1

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON

A115