# EXHIBIT F

| Bentley Pharmaceuticals, Inc. | | | | | | |
|---|---|---|---|---|---|---|
| Intercompany Management Fee | | | | | | |
| May 1998-December 1998 | | | | | | |
| | Management Fee (A) | | Management Fee (B) | | Management Fee (C) | |
| | pesetas | US$ | pesetas | US$ | pesetas | US$ |
| Q1 1998 | 25,000,000 | 162,000 | - | - | - | - |
| Apr-98 | 8,333,333 | 54,000 | - | - | - | - |
| | 33,333,333 | 216,000 | - | - | - | - |
| May-98 | - | - | 5,000,000 | 33,000 | 5,000,000 | 33,000 |
| Jun-98 | - | - | 5,000,000 | 33,000 | 5,000,000 | 33,000 |
| Jul-98 | - | - | 5,000,000 | 33,000 | 15,472,850 | 101,400 |
| Aug-98 | - | - | 5,000,000 | 33,000 | 14,143,953 | 93,200 |
| Sep-98 | - | - | 5,000,000 | 35,000 | 13,983,693 | 96,800 |
| YTD 1998 | 33,333,333 | 216,000 | 25,000,000 | 167,000 | 53,600,496 | 357,400 |
| Adjustment | 20,267,163 | 141,400 | 28,600,496 | 190,400 | - | - |
| Adj YTD 1998 | 53,600,496 | $ 357,400 | 53,600,496 | $357,400 | 53,600,496 | $357,400 |
| Oct-98 | 14,500,000 | 104,124 | 14,500,000 | 104,124 | 14,705,856 | 105,602 |
| Nov-98 | 14,500,000 | 101,405 | 14,500,000 | 101,405 | 13,183,678 | 92,199 |
| Dec-98 | 14,500,000 | 102,100 | 14,500,000 | 102,100 | 15,806,826 | 111,302 |
| | 97,100,496 | 665,029 | 97,100,496 | 665,029 | 97,296,856 | 666,503 |
| | | | | | Difference | 1,475 |
| Inc Tax Effect of adjustment | 7,093,507 | $ 49,490 | | | | |
| (A) Recorded on US GAPP books | | | | | | |
| (B) Recorded on Spain statutory books | | | | | | |
| (C) What should be recorded on US GAAP and Spain statutory books | | | | | | |

BENTL035584
HIGHLY CONFIDENTIAL

H:\Acct_fin\1298ye\Icofee.xls

**BENTLEY PHARMACEUTICALS, INC.**
Management Fees Calculation
TOTAL MAY-DEC 1998

| | JRMurphy | MDPrice | RMStote | EMelia | CDBrown | July - Dec Total | May - Dec Calculated Total | Per Backup | |
|---|---|---|---|---|---|---|---|---|---|
| Salaries/Wages | $ 137,502 | $ 80,958 | $ 87,678 | $ 44,323 | $ 18,943 | $ 369,404 | $ 492,539 | $ 732,660 | 488440 |
| Benefits 7.51% | 13,771 | 8,188 | 9,419 | 4,512 | 1,836 | 37,726 | 50,301 | | |
| Outside Services | 141,900 | 164,100 | 600 | 23,100 | 600 | 330,000 | 440,000 | | |
| Travel/Entertainment | 25,044 | 24,557 | 5,000 | - | - | 54,601 | 72,801 | | |
| Occupancy | 10,510 | 10,610 | 10,610 | 10,610 | 10,610 | 53,050 | 70,733 | | |
| Supplies/Maint. | 2,469 | 2,469 | 2,469 | 2,469 | 2,469 | 12,345 | 16,460 | | |
| Communication | 42,948 | 42,948 | - | 42,948 | - | 128,844 | 171,792 | | |
| Directors Fees/Ins. | 15,197 | 15,197 | 15,197 | - | - | 45,591 | 60,788 | | |
| Other gen & admin | 6,448 | 6,448 | 6,448 | 6,448 | 6,448 | 32,240 | 42,987 | | |
| | | | | | | | | | |
| Sub-totals | $ 395,589 | $ 355,475 | $ 137,421 | $ 134,410 | $ 40,906 | $ 1,063,801 | $ 1,418,401 | | |
| | | | | | | | | | |
| Percent | 50 | 60 | 80 | 70 | 50 | | | | |
| | | | | | | | | | |
| Allocation | $ 197,795 | $ 178,335 | $ 109,937 | $ 94,087 | $ 20,453 | $ 600,606 | 800,808 | | |
| | | | | | | | | | |
| Total | | | | | 600,606 | | $ 800,808 | | |
| Say | | | | | 600,600 | | $ 800,800 | | |
| Peseta/$ | | | | | 146.9886779 | | 146.9886779 | | |
| Amount of Invoice in Pesetas | | | | | 88,281,400 | | 117,708,533 | | |
| | | | | | | | | | |
| | | | | | | | 97,100,496 | | |

BENTL035585
HIGHLY CONFIDENTIAL

|  |  |  | BENTLEY PHARMACEUTICALS, INC. |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  | Management Fees Calculation |  |  |  |  |
|  |  |  | JULY 1998 |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  | JRMurphy | MDPrice | RMStote | EMelia | CDBrown |
|  |  |  |  |  |  |  |  |
| Salaries/Wages |  |  | $ 20,417 | $ 12,500 | $ 18,750 | $ 7,651 | $ 2,963 |
| Benefits 10.85% |  |  | 2,215 | 1,356 | 2,034 | 830 | 321 |
| Outside Services |  |  | 23,600 | 27,350 | 100 | 3,850 | 100 |
| Travel/Entertainment |  |  | 3,215 | 3,053 | 526 | - | - |
| Occupancy |  |  | 2,130 | 2,130 | 2,130 | 2,130 | 2,130 |
| Supplies/Maint. |  |  | 343 | 343 | 343 | 343 | 343 |
| Communication |  |  | 7,158 | 7,158 | - | 7,158 | - |
| Directors Fees/Ins. |  |  | 5,985 | 5,985 | 5,985 | - | - |
| Other gen & admin |  |  | 940 | 940 | 940 | 940 | 940 |
|  |  |  |  |  |  |  |  |
| Sub-totals |  |  | $ 66,003 | $ 60,815 | $ 30,808 | $ 22,902 | $ 6,797 |
|  |  |  |  |  |  |  |  |
| Percent |  |  | 50 | 40 | 80 | 70 | 50 |
|  |  |  |  |  |  |  |  |
| Allocation |  |  | $ 33,002 | $ 24,326 | $ 24,646 | $ 16,031 | $ 3,399 |
|  |  |  |  |  |  |  |  |
| Total |  |  |  |  |  |  | $ 101,404 |
| Say |  |  |  |  |  |  | $ 101,400 |
| Peseta/$ |  |  |  |  |  |  | 152.592212 |
| Amount of Invoice in Pesetas |  |  |  |  |  |  | 15,472,850 |

BENTL035586
HIGHLY CONFIDENTIAL

| | | | BENTLEY PHARMACEUTICALS, INC. | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Management Fees Calculation | | | | |
| | | | AUG 1998 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | JRMurphy | MDPrice | RMStote | EMelia | CDBrown |
| Salaries/Wages | | | $  20,417 | $  12,500 | $  18,750 | $  7,651 | $  2,963 |
| Benefits 8.1% | | | 1,654 | 1,012 | 1,519 | 620 | 240 |
| Outside Services | | | 23,600 | 27,350 | 100 | 3,850 | 100 |
| Travel/Entertainment | | | 3,215 | 3,053 | 526 | - | - |
| Occupancy | | | 2,130 | 2,130 | 2,130 | 2,130 | 2,130 |
| Supplies/Maint. | | | 312 | 312 | 312 | 312 | 312 |
| Communication | | | 7,158 | 7,158 | - | 7,158 | - |
| Directors Fees/Ins. | | | 1,755 | 1,755 | 1,755 | - | - |
| Other gen & admin | | | 994 | 994 | 994 | 994 | 994 |
| | | | | | | | |
| Sub-totals | | | $  61,235 | $  56,264 | $  26,086 | $  22,715 | $  6,739 |
| | | | | | | | |
| Percent | | | 50 | 40 | 80 | 70 | 50 |
| | | | | | | | |
| Allocation | | | $  30,618 | $  22,506 | $  20,869 | $  15,901 | $  3,370 |
| | | | | | | | |
| Total | | | | | | $ | 93,262 |
| Say | | | | | | $ | 93,200 |
| Peseta/$ | | | | | | | 151.75915 |
| Amount of Invoice in Pesetas | | | | | | | 14,143,953 |

BENTL035587
HIGHLY CONFIDENTIAL

| | | | BENTLEY PHARMACEUTICALS, INC. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Management Fees Calculation | | | | | | |
| | | | SEP 1998 | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | JRMurphy | | MDPrice | | RMStote | EMelia | CDBrown |
| Salaries/Wages | | | $ | 20,417 | $ | 12,500 | $ 18,049 | $ 7,651 | $ 2,963 |
| Benefits 14.2% | | | | 2,899 | | 1,775 | 2,563 | 1,086 | 421 |
| Outside Services | | | | 23,600 | | 27,350 | 100 | 3,850 | 100 |
| Travel/Entertainment | | | | 3,215 | | 3,053 | 526 | - | - |
| Occupancy | | | | 2,130 | | 2,130 | 2,130 | 2,130 | 2,130 |
| Supplies/Maint. | | | | 350 | | 350 | 350 | 350 | 350 |
| Communication | | | | 7,158 | | 7,158 | - | 7,158 | - |
| Directors Fees/Ins. | | | | 1,692 | | 1,692 | 1,692 | - | - |
| Other gen & admin | | | | 1,664 | | 1,664 | 1,664 | 1,664 | 1,664 |
| | | | | | | | | | |
| Sub-totals | | | $ | 63,125 | $ | 57,672 | $ 27,074 | $ 23,889 | $ 7,628 |
| | | | | | | | | | |
| Percent | | | | 50 | | 40 | 80 | 70 | 50 |
| | | | | | | | | | |
| Allocation | | | $ | 31,563 | $ | 23,069 | $ 21,659 | $ 16,722 | $ 3,814 |
| | | | | | | | | | |
| Total | | | | | | | | $ | 96,827 |
| Say | | | | | | | | $ | 96,800 |
| Peseta/$ | | | | | | | | | 144.4596383 |
| Amount of Invoice in Pesetas | | | | | | | | | 13,983,693 |

BENTL035588
HIGHLY CONFIDENTIAL

| | | | BENTLEY PHARMACEUTICALS, INC. | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Management Fees Calculation | | | | | |
| | | | OCT 1998 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | JRMurphy | MDPrice | RMStote | EMelia | CDBrown |
| Salaries/Wages | | | $ 20,417 | $ 12,500 | $ 13,607 | $ 7,651 | $ 2,963 |
| Benefits 14.6% | | | 2,981 | 1,825 | 1,987 | 1,117 | 433 |
| Outside Services | | | 23,600 | 27,350 | 100 | 3,850 | 100 |
| Travel/Entertainment | | | 4,159 | 4,158 | 924 | - | - |
| Occupancy | | | 2,158 | 2,158 | 2,158 | 2,158 | 2,158 |
| Supplies/Maint. | | | 534 | 534 | 534 | 534 | 534 |
| Communication | | | 7,158 | 7,158 | - | 7,158 | - |
| Directors Fees/Ins. | | | 2,255 | 2,255 | 2,255 | - | - |
| Other gen & admin | | | 1,014 | 1,014 | 1,014 | 1,014 | 1,014 |
| | | | | | | | |
| Sub-totals | | | $ 64,276 | $ 58,952 | $ 22,579 | $ 23,482 | $ 7,202 |
| | | | | | | | |
| Percent | | | 50 | 60 | 80 | 70 | 50 |
| | | | | | | | |
| Allocation | | | $ 32,138 | $ 35,371 | $ 18,063 | $ 16,437 | $ 3,601 |
| | | | | | | | |
| Total | | | | | | | $ 105,611 |
| Say | | | | | | | $ 105,600 |
| Peseta/$ | | | | | | | 139.26 |
| Amount of Invoice in Pesetas | | | | | | | 14,705,856 |

BENTL035589
HIGHLY CONFIDENTIAL

| | | BENTLEY PHARMACEUTICALS, INC. | | | | |
|---|---|---|---|---|---|---|
| | | Management Fees Calculation | | | | |
| | | NOV 1998 | | | | |
| | | | | | | |
| | | | | | | |
| | | JRMurphy | MDPrice | RMStote | EMelia | CDBrown |
| Salaries/Wages | | $ 20,417 | $ 12,500 | $ 8,952 | $ 7,651 | $ 2,963 |
| Benefits 6.67% | | 1,362 | 834 | 597 | 510 | 198 |
| Outside Services | | 23,600 | 27,350 | 100 | 3,850 | 100 |
| Travel/Entertainment | | 4,386 | 4,386 | 975 | - | - |
| Occupancy | | 561 | 561 | 561 | 561 | 561 |
| Supplies/Maint. | | 276 | 276 | 276 | 276 | 276 |
| Communication | | 7,158 | 7,158 | - | 7,158 | - |
| Directors Fees/Ins. | | 1,755 | 1,755 | 1,755 | - | - |
| Other gen & admin | | 935 | 935 | 935 | 935 | 935 |
| | | | | | | |
| Sub-totals | | $ 60,450 | $ 55,755 | $ 14,151 | $ 20,941 | $ 5,033 |
| | | | | | | |
| Percent | | 50 | 60 | 80 | 70 | 50 |
| | | | | | | |
| Allocation | | $ 30,225 | $ 33,453 | $ 11,321 | $ 14,659 | $ 2,517 |
| | | | | | | |
| Total | | | | | | $ 92,174 |
| Say | | | | | | $ 92,200 |
| Peseta/$ | | | | | | 142.99 |
| Amount of Invoice in Pesetas | | | | | | 13,183,678 |

BENTL035590
HIGHLY CONFIDENTIAL

| | | | BENTLEY PHARMACEUTICALS, INC. | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Management Fees Calculation | | | | | |
| | | | DEC 1998 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | JRMurphy | MDPrice | RMStote | EMelia | | CDBrown |
| Salaries/Wages | | | $ 35,417 | $ 18,458 | $ 9,570 | $ 6,068 | $ | 4,128 |
| Benefits 7.51% | | | 2,660 | 1,386 | 719 | 349 | | 223 |
| Outside Services | | | 23,600 | 27,350 | 100 | 3,850 | | 100 |
| Travel/Entertainment | | | 6,854 | 6,854 | 1,523 | - | | - |
| Occupancy | | | 1,501 | 1,501 | 1,501 | 1,501 | | 1,501 |
| Supplies/Maint. | | | 654 | 654 | 654 | 654 | | 654 |
| Communication | | | 7,158 | 7,158 | - | 7,158 | | - |
| Directors Fees/Ins. | | | 1,755 | 1,755 | 1,755 | - | | - |
| Other gen & admin | | | 901 | 901 | 901 | 901 | | 901 |
| | | | | | | | | |
| Sub-totals | | | $ 80,500 | $ 66,017 | $ 16,723 | $ 20,481 | $ | 7,507 |
| | | | | | | | | |
| Percent | | | 50 | 60 | 80 | 70 | | 50 |
| | | | | | | | | |
| Allocation | | | $ 40,250 | $ 39,610 | $ 13,378 | $ 14,337 | $ | 3,754 |
| | | | | | | | | |
| Total | | | | | | | $ | 111,329 |
| Say | | | | | | | $ | 111,300 |
| Peseta/$ | | | | | | | | 142.02 |
| Amount of Invoice in Pesetas | | | | | | | | 15,806,826 |

BENTL035591
HIGHLY CONFIDENTIAL

| Bentley Pharmaceuticals, Inc. | | | |
|---|---|---|---|
| Management Fee Summary | | | |
| For the year ended December 31, 1999 | | | |
| | *(in pesetas)* | | |
| | | | |
| | | | |
| | | Per Interco | |
| | **Monthly Calc** | **Invoice** | **Per Spain F/S** |
| January | 13,532,568 | 14,500,000 | 14,500,000 |
| February | 16,885,779 | 15,213,000 | 15,213,000 |
| March | 18,102,284 | 15,213,000 | 15,213,000 |
| April | 21,254,538 | 15,000,000 | 15,000,000 |
| May | 18,097,769 | 15,000,000 | 15,000,000 |
| June | 21,035,805 | 15,000,000 | 15,000,000 |
| July | 17,324,846 | 15,000,000 | 15,000,000 |
| August | 18,752,754 | 15,000,000 | 15,000,000 |
| September | 20,116,950 | 15,000,000 | 15,000,000 |
| October | 16,829,258 | 15,000,000 | 15,000,000 |
| November | 19,055,858 | 15,000,000 | 15,000,000 |
| December | 24,051,488 | 60,113,896 | 101,068,000 |
| | 225,039,896 | 225,039,896 | 265,994,000 |
| 1999 Senioral Royalty | | 38,935,606 | |
| Intercompnay - Chile | | 2,018,498 | |
| Per Spain F/S | | 265,994,000 | |

BENTL035592
HIGHLY CONFIDENTIAL

**BENTLEY PHARMACEUTICALS, INC.**
**Management Fees Calculation**
**TOTAL 1999**

| | JRMurphy | MDPrice | RMSlate | RJGyurik | IVelazco | EMelia | CDBrown | Total | Per GL | Difference | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salaries/Wages | $ 294,944 | $ 171,231 | $ 106,158 | $ 99,006 | $ 29,444 | $ 82,656 | $ 38,021 | $ 825,162 | | | |
| Benefits 25% | 44,830 | 26,052 | 17,693 | 13,496 | 3,356 | 13,043 | 5,815 | 124,288 | | | |
| Outside Sources | 271,729 | 326,900 | 11,118 | 21,238 | 400 | 50,081 | 33,972 | 715,438 | 667,238 | 48,198 | * only allocated $100 to Slate, Gyurik not Velazco |
| Travel/Entertainment | 96,830 | 21,521 | 8,808 | 1,650 | - | 1,051 | 948 | 130,608 | 132,084 | (1,276) | |
| Occupancy | 19,135 | 13,035 | 13,035 | 11,779 | 5,679 | 13,035 | 13,035 | 88,734 | 86,737 | (3) | |
| Supplies/Maint. | 10,984 | 3,662 | 10,984 | 10,314 | 8,016 | 3,662 | 3,662 | 51,283 | 51,301 | (18) | |
| Communication | 76,632 | 91,958 | 1,200 | 1,000 | 600 | 12,811 | 7,379 | 191,580 | 191,607 | (27) | |
| Directors Fees/Ins. | 10,365 | 10,365 | 10,365 | 8,256 | - | - | - | 39,352 | - | 39,352 | |
| Other gen & admin | 24,367 | 24,367 | 9,341 | 3,472 | 3,472 | 24,367 | 24,367 | 113,751 | 113,783 | (12) | * included R&D ratio |
| Sub-totals | $ 849,815 | $ 689,101 | $ 190,702 | $ 171,008 | $ 50,995 | $ 200,705 | $ 128,099 | 2,280,394 | | | |
| Percent | 60% | 50% | 80% | 60% | 50% | 70% | 50% | | | | |
| Allocation | $ 508,894 | $ 344,556 | $ 152,562 | $ 85,739 | $ 25,463 | $ 140,495 | $ 64,050 | 1,322,778 | | | |
| Total | | | | | | | $ 1,322,778 | | | | |
| Cost + % | | | | | | | 8.65% | | | | |
| | | | | | | | $ 1,437,198 | | | | |
| | | | | | | | $ 1,437,260 | | | | |
| Say | | | | | | | 163,15028 | | | | |
| Pesetas$ | | | | | | | | | | | |
| Amount of invoice in Pesetas - calculated | | | | | | | 224,426,388 | | | | |
| Amount of invoice in Pesetas - actual | | | | | | | 225,039,896 | | | | |

BENTL035593
HIGHLY CONFIDENTIAL

A126

BENTL035594
HIGHLY CONFIDENTIAL

**BENTLEY PHARMACEUTICALS, INC.**
Management Fees Calculation
JANUARY 1999

| | JRMurphy | MDPrice | RMStote | EMelia | CDBrown | |
|---|---|---|---|---|---|---|
| Salaries/Wages | $ 23,541 | $ 14,000 | $ 6,250 | $ 7,650 | $ 2,962 | $ 54,403 |
| Benefits 25% | 5,885 | 3,500 | 1,563 | 1,913 | 741 | 13,601 |
| Outside Services | 18,242 | 21,891 | 100 | 3,152 | 2,180 | 45,606 |
| | 40% | 44% | 44% | 7% | 5% | 45,606 |
| Travel/Entertainment | 1,584 | 3,395 | (656) | - | - | |
| Occupancy | 1,266 | 1,266 | 1,266 | 1,266 | 1,266 | |
| Supplies/Maint. | 493 | 493 | 493 | 493 | 493 | |
| Communication | 5,704 | 6,845 | 100 | 988 | 613 | 14,260 |
| | 40% | 44% | | 7% | 5% | 14,260 |
| Directors Fees/Ins. | 1,053 | 1,053 | 1,053 | - | - | |
| Other gen & admin | 909 | 909 | 909 | 909 | 909 | |
| Sub-totals | $ 58,678 | $ 53,353 | $ 11,078 | $ 16,421 | $ 9,164 | |
| Percent | 60% | 50% | 80% | 70% | 50% | |
| Allocation | $ 35,207 | $ 26,676 | $ 8,862 | $ 11,485 | $ 4,582 | $ 86,822 |
| Total | | | | | $ 86,822 | |
| Cost + % | | | | | 8.65% | |
| Say | | | | | $ 94,332 | |
| Pesetas/$ | | | | | $ 94,300 | 143.50549 |
| Amount of Invoice in Pesetas | | | | | 13,532,568 | |

BENTL035595
HIGHLY CONFIDENTIAL

**BENTLEY PHARMACEUTICALS, INC.**
Management Fees Calculation
FEBRUARY 1999

| | JRMurphy | MDPrice | RMStote | EMelia | CDBrown | |
|---|---|---|---|---|---|---|
| Salaries/Wages | $ 24,166 | $ 14,000 | $ 15,722 | $ 7,650 | $ 2,962 | $ 64,500 |
| Benefits 20% | 4,833 | 2,800 | 3,144 | 1,530 | 592 | 12,900 |
| Outside Services | 26,374 | 31,648 | 100 | 4,615 | 3,197 | 65,934 |
| | 40% | 48% | | 7% | 5% | 65,934 |
| Travel/Entertainment | (58) | - | - | - | - | |
| Occupancy | 1,187 | 1,187 | 1,187 | 1,187 | 1,187 | |
| Supplies/Maint. | 58 | 58 | 58 | 58 | 58 | |
| Communication | 7,145 | 8,574 | 100 | 1,250 | 793 | 17,862 |
| | 40% | 48% | | 7% | 5% | 17,862 |
| Directors Fees/Ins. | 1,053 | 1,053 | 1,053 | - | - | |
| Other gen & admin | 1,043 | 1,043 | 1,043 | 1,043 | 1,043 | |
| Sub-totals | $ 65,802 | $ 60,365 | $ 22,408 | $ 17,334 | $ 9,833 | |
| Percent | 60% | 50% | 80% | 70% | 50% | |
| Allocation | $ 39,481 | $ 30,182 | $ 17,927 | $ 12,134 | $ 4,916 | $ 104,641 |
| Total | | | | | $ 104,641 | |
| Cost + % | | | | | 8.65% | |
| Say | | | | | $ 113,692 | |
| Pesetas | | | | | $ 113,700 | |
| | | | | | 148.51169 | |
| Amount of Invoice in Pesetas | | | | | 16,885,779 | |

BENTL035596
HIGHLY CONFIDENTIAL

**BENTLEY PHARMACEUTICALS, INC.**
Management Fees Calculation
MARCH 1999

| | JRMurphy | MDPrice | RMState | RJGvurik | EMelia | CDBrown | | | |
|---|---|---|---|---|---|---|---|---|---|
| Salaries/Wages | $ 24,166 | $ 14,000 | $ 15,169 | $ 7,500 | $ 7,650 | $ 2,962 | | | $ 71,447 |
| Benefits 25% | 6,042 | 3,500 | 3,792 | 1,875 | 1,913 | 741 | 17,862 | | |
| Outside Services | 26,941 | 32,329 | 100 | 100 | 4,715 | 3,168 | 67,353 | | |
| | 40% | 48% | | | 7% | 5% | 67,353 | | |
| Travel/Entertainment | 2,329 | - | 1,097 | - | - | - | | | |
| Occupancy | 1,187 | 1,187 | 1,187 | - | 1,187 | 1,187 | | | |
| Supplies/Maint. | 119 | 119 | 119 | - | 119 | 119 | | | |
| Communication | 3,870 | 4,644 | 100 | 100 | 677 | 284 | 9,675 | | |
| | 40% | 48% | | | 7% | 5% | 9,675 | | |
| Directors Fees/Ins. | 878 | 878 | 878 | 878 | - | - | | | |
| Other gen & admin | 1,485 | 1,485 | 1,485 | - | 1,485 | 1,485 | | | |
| Sub-totals | $ 67,017 | $ 58,143 | $ 23,927 | $ 10,453 | $ 17,746 | $ 9,945 | | | |
| Percent | 60% | 50% | 80% | 30% | 70% | 50% | | | |
| Allocation | $ 40,210 | $ 29,072 | $ 19,142 | $ 3,138 | $ 12,422 | $ 4,973 | | | $ 108,954 |
| Total | | | | | | $ 108,954 | | | |
| Cost + % | | | | | | 8.65% | | | |
| | | | | | | $ 118,378 | | | |
| Say | | | | | | $ 118,400 | | | |
| Peseta/$ | | | | | | 152.890913 | | | |
| Amount of Invoice in Pesetas | | | | | | 18,102,284 | | | |

| BENTLEY PHARMACEUTICALS, INC. Management Fees Calculation APRIL 1999 | JRMurphy | MDPrice | RMStote | RJGvurik | EMelia | CDBrown | Total |
|---|---|---|---|---|---|---|---|
| Salaries/Wages | $ 24,166 | $ 14,000 | $ 12,630 | $ 10,000 | $ 7,650 | $ 3,377 | $ 71,823 |
| Benefits 15% | 3,625 | 2,100 | 1,895 | 1,500 | 1,148 | 507 | 10,773 |
| Outside Services | 34,114 | 40,937 | 100 | 100 | 5,970 | 4,064 | 85,285 |
|  | 40% | 48% |  |  | 7% | 5% | 85,285 |
| Travel/Entertainment | 2,743 | 7,852 | 3,937 | - | - | 681 |  |
| Occupancy | 3,226 | 1,192 | 1,192 | 2,034 | 1,192 | 1,192 |  |
| Supplies/Maint. | 80 | 80 | 80 | 80 | 80 | 80 |  |
| Communication | 8,005 | 9,606 | 100 | 100 | 1,401 | 801 | 20,012 |
|  | 40% | 48% |  |  | 7% | 5% | 20,012 |
| Directors Fees/Ins. | 878 | 878 | 878 | 878 | - | - |  |
| Other gen & admin | 885 | 885 | 885 | - | 885 | 885 |  |
| Sub-totals | $ 77,722 | $ 77,531 | $ 21,697 | $ 14,692 | $ 18,326 | $ 11,587 |  |
| Percent | 60% | 50% | 80% | 30% | 70% | 50% |  |
| Allocation | $ 46,633 | $ 38,765 | $ 17,357 | $ 4,407 | $ 12,828 | $ 5,793 |  |
| Total |  |  |  |  |  | $ 125,785 |  |
| Cost + % |  |  |  |  |  | 8.65% |  |
| Say |  |  |  |  |  | $ 136,665 |  |
| Peseta/$ |  |  |  |  |  | $ 136,700 |  |
|  |  |  |  |  |  | 155.48309 |  |
| Amount of Invoice in Pesetas |  |  |  |  |  | 21,254,538 |  |

BENTL035597
HIGHLY CONFIDENTIAL

BENTL035598
HIGHLY CONFIDENTIAL

**BENTLEY PHARMACEUTICALS, INC.**
**Management Fees Calculation**
**MAY 1999**

| | JRMurphy | MDPrice | RMStote | R.J.Gvurik | EMelia | CDBrown | | |
|---|---|---|---|---|---|---|---|---|
| Salaries/Wages | $ 24,166 | $ 14,000 | $ 7,943 | $ 10,000 | $ 7,650 | $ 3,170 | | $ 66,929 |
| Benefits 15% | 3,625 | 2,100 | 1,191 | 1,500 | 1,148 | 476 | 10,039 | |
| Outside Services | 27,038 | 32,445 | 100 | 100 | 4,732 | 3,180 | 67,594 | |
| | 40% | 48% | | | 7% | 5% | 67,594 | |
| Travel/Entertainment | 14,169 | | 56 | (363) | - | - | | |
| Occupancy | 1,197 | 1,197 | 1,197 | - | 1,197 | 1,197 | | |
| Supplies/Maint. | 541 | 541 | 541 | 541 | 541 | 541 | | |
| Communication | 5,692 | 6,830 | 100 | 100 | 996 | 512 | 14,230 | |
| | 40% | 48% | | | 7% | 5% | 14,230 | |
| Directors Fees/Ins. | 878 | 878 | 878 | 878 | - | - | | |
| Other gen & admin | 569 | 569 | 569 | - | 569 | 569 | | |
| Sub-totals | $ 77,875 | $ 58,561 | $ 12,575 | $ 12,755 | $ 16,832 | $ 9,643 | | |
| Percent | 60% | 50% | 80% | 30% | 70% | 50% | | |
| Allocation | $ 48,725 | $ 29,280 | $ 10,060 | $ 3,827 | $ 11,782 | $ 4,822 | | $ 105,496 |
| Total | | | | | | $ 106,496 | | |
| Cost + % | | | | | | 8.65% | | |
| Say | | | | | | $ 115,708 | | |
| Peseta/$ | | | | | | $ 115,700 | | |
| | | | | | | 156.41978 | | |
| Amount of Invoice in Pesetas | | | | | | 18,097,769 | | |

BENTL035599
HIGHLY CONFIDENTIAL

**BENTLEY PHARMACEUTICALS, INC.**
**Management Fees Calculation**
**JUNE 1999**

| | JRMurphy | MDPrice | RMStote | RJGyurik | EMelia | CDBrown | | |
|---|---|---|---|---|---|---|---|---|
| Salaries/Wages | $ 24,166 | $ 14,000 | $ 7,997 | $ 10,000 | $ 7,650 | $ 3,170 | | $ 66,983 |
| Benefits 15% | 3,625 | 2,100 | 1,200 | 1,500 | 1,148 | 476 | | 10,047 |
| Outside Services | 35,145 | 42,174 | 100 | 100 | 6,150 | 4,193 | | 87,862 |
| | 40% | 48% | | | 7% | 5% | | 87,862 |
| Travel/Entertainment | 5,543 | 2,664 | - | - | - | - | | |
| Occupancy | 5,394 | 1,327 | 1,327 | 4,067 | 1,327 | 1,327 | | |
| Supplies/Maint. | 1,678 | 416 | 1,678 | 1,678 | 416 | 416 | | |
| Communication | 5,499 | 6,599 | 100 | 100 | 962 | 487 | | 13,748 |
| | 40% | 48% | | | 7% | 5% | | 13,748 |
| Directors Fees/Ins. | 878 | 878 | 878 | 878 | - | - | | |
| Other gen & admin | 977 | 977 | 977 | - | 977 | 977 | | |
| Sub-totals | $ 82,905 | $ 71,135 | $ 14,257 | $ 18,322 | $ 18,630 | $ 11,046 | | |
| Percent | 60% | 50% | 80% | 30% | 70% | 50% | | |
| Allocation | $ 49,743 | $ 35,568 | $ 11,405 | $ 5,497 | $ 13,041 | $ 5,523 | | $120,777 |
| Total | | | | | | $ 120,777 | | |
| Cost + % | | | | | | 8.65% | | |
| Say | | | | | | $ 131,224 | | |
| | | | | | | $ 131,200 | | |
| Peseta/$ | | | | | | 160.33388 | | |
| Amount of Invoice in Pesetas | | | | | | 21,035,805 | | |

**BENTLEY PHARMACEUTICALS, INC.**
Management Fees Calculation
JULY 1999

| | JRMurphy | MDPrice | RMStote | RJGyurik | IVelazco | EMelia | CDBrown | | |
|---|---|---|---|---|---|---|---|---|---|
| Salaries/Wages | $ 24,166 | $ 14,000 | $ 7,682 | $ 10,000 | $ 4,708 | $ 6,718 | $ 3,170 | | $ 70,444 |
| Benefits 15% | 3,625 | 2,100 | 1,152 | 1,500 | 706 | 1,008 | 476 | | 10,567 |
| Outside Services | 16,030 | 19,236 | 100 | 100 | - | 2,805 | 1,804 | | 40,075 |
| | *40%* | *48%* | | | | *7%* | *5%* | | 40,075 |
| Travel/Entertainment | 1,579 | 684 | 1,169 | 252 | - | - | - | | |
| Occupancy | 1,398 | 1,398 | 1,398 | 1,398 | 1,398 | 1,398 | 1,398 | | |
| Supplies/Maint. | 1,289 | 212 | 1,289 | 1,289 | 1,289 | 212 | 212 | | |
| Communication | 7,498 | 8,998 | 100 | 100 | 100 | 1,212 | 737 | | 18,746 |
| | *40%* | *48%* | | | | *7%* | *5%* | | 18,746 |
| Directors Fees/Ins. | 658 | 658 | 658 | 658 | - | - | - | | |
| Other gen & admin | 1,657 | 1,657 | 441 | 441 | 441 | 1,657 | 1,657 | | |
| Sub-totals | $ 57,900 | $ 48,943 | $ 13,989 | $ 15,738 | $ 8,642 | $ 15,009 | $ 9,453 | | |
| Percent | 60% | 50% | 80% | 60% | 50% | 70% | 50% | | |
| Allocation | $ 34,740 | $ 24,472 | $ 11,191 | $ 9,443 | $ 4,321 | $ 10,507 | $ 4,726 | | $ 99,400 |
| Total | | | | | | | | | $ 99,400 |
| Cost + % | | | | | | | | | 8.65% |
| | | | | | | | | | $ 107,998 |
| Say | | | | | | | | | $ 108,000 |
| Peseta/$ | | | | | | | | | 160.41524 |
| Amount of Invoice in Pesetas | | | | | | | | | 17,324,846 |

BENTL035600
HIGHLY CONFIDENTIAL

BENTL035601
HIGHLY CONFIDENTIAL

**BENTLEY PHARMACEUTICALS, INC.**
**Management Fees Calculation**
**AUGUST 1999**

| | JRMurphy | MDPrice | RMStote | RJGvurik | IVelazco | EMelia | CDBrown |
|---|---|---|---|---|---|---|---|
| Salaries/Wages | $ 24,166 | $ 14,000 | $ 7,682 | $ 10,000 | $ 4,708 | $ 5,786 | $ 3,170 |
| Benefits 15% | 3,625 | 2,100 | 1,152 | 1,500 | 706 | 868 | 476 |
| Outside Services | 19,745 | 23,694 | 100 | 100 | - | 3,455 | 2,268 |
| | 40% | 48% | | | | 7% | 5% |
| Travel/Entertainment | 12,079 | 856 | - | 34 | - | - | - |
| Occupancy | 896 | 896 | 896 | 896 | 896 | 896 | 896 |
| Supplies/Maint. | 1,789 | 115 | 1,789 | 1,789 | 1,789 | 115 | 115 |
| Communication | 10,605 | 12,726 | 100 | 100 | 100 | 1,756 | 1,126 |
| | 40% | 48% | | | | 7% | 5% |
| Directors Fees/Ins. | 658 | 658 | 658 | 658 | - | - | - |
| Other gen & admin | 952 | 952 | - | - | - | 952 | 952 |
| Sub-totals | $ 74,516 | $ 55,998 | $ 12,377 | $ 15,077 | $ 8,199 | $ 13,827 | $ 9,001 |
| Percent | 60% | 50% | 80% | 60% | 50% | 70% | 50% |
| Allocation | $ 44,709 | $ 27,999 | $ 9,902 | $ 9,046 | $ 4,100 | $ 9,679 | $ 4,501 |

| | |
|---|---|
| Total | $ 109,936 |
| Cost + % | 8.65% |
| | $ 119,445 |
| Say | $ 119,500 |
| Peseta/$ | 156.92681 |
| Amount of Invoice in Pesetas | 18,752,754 |

A134

**BENTLEY PHARMACEUTICALS, INC.**
**Management Fees Calculation**
**SEPTEMBER 1999**

| | JRMurphy | MDPrice | RMStote | RJGyurik | IVelazco | EMelia | CDBrown | |
|---|---|---|---|---|---|---|---|---|
| Salaries/Wages | $ 24,166 | $ 14,000 | $ 6,250 | $ 10,000 | $ 4,708 | $ 5,786 | $ 3,170 | $ 68,080 |
| Benefits 10% | 2,417 | 1,400 | 625 | 1,000 | 471 | 579 | 317 | 6,808 |
| Outside Services | 16,377 | 19,850 | 2,481 | 4,963 | 100 | 3,474 | 2,381 | 49,626 |
| | 33% | 40% | 5% | 10% | | 7% | 5% | 49,626 |
| Travel/Entertainment | 10,242 | 646 | 885 | 1,483 | | 524 | - | |
| Occupancy | 1,448 | 1,448 | 1,448 | 1,448 | 1,448 | 1,448 | 1,448 | |
| Supplies/Maint. | (328) | 50 | (328) | (328) | (328) | 50 | 50 | |
| Communication | 5,083 | 6,099 | 100 | 100 | 100 | 789 | 435 | 12,707 |
| | 40% | 48% | | | | 7% | 5% | 12,707 |
| Directors Fees/Ins. | 858 | 858 | 858 | 858 | - | - | - | |
| Other gen & admin | 7,579 | 7,579 | 1,832 | 1,832 | 1,832 | 7,579 | 7,579 | |
| Sub-totals | $ 67,842 | $ 51,932 | $ 14,151 | $ 21,356 | $ 8,331 | $ 20,230 | $ 15,382 | $ 116,823 |
| Percent | 60% | 50% | 80% | 60% | 50% | 70% | 50% | |
| Allocation | $ 40,705 | $ 25,966 | $ 11,321 | $ 12,813 | $ 4,166 | $ 14,161 | $ 7,691 | $ 116,823 |
| Total | | | | | | | $ 116,823 | |
| Cost + % | | | | | | | 8.65% | |
| | | | | | | | $ 126,928 | |
| Say | | | | | | | $ 126,900 | |
| Peseta/$ | | | | | | | 158.526004 | |
| Amount of Invoice in Pesetas | | | | | | | 20,116,950 | |

BENTL035602
HIGHLY CONFIDENTIAL

A135