**BENTLEY PHARMACEUTICALS, INC.**
Management Fees Calculation
OCTOBER 1999

| | JRMurphy | MDPrice | RMState | RJGyurik | JVelazco | EMelia | CDBrown | | |
|---|---|---|---|---|---|---|---|---|---|
| Salaries/Wages | $ 24,166 | $ 14,000 | $ 6,250 | $ 10,000 | $ 4,708 | $ 5,786 | $ 3,170 | $ 68,080 | |
| Benefits 10% | 2,417 | 1,400 | 625 | 1,000 | 471 | 579 | 317 | 6,978 | |
| Outside Services | 11,916 | 14,443 | 1,805 | 3,611 | 100 | 2,528 | 1,705 | 6,808 | 36,108 / 36,108 |
| | 33% | 40% | 5% | 10% | | 7% | 5% | | |
| Travel/Entertainment | 28,664 | - | 1,642 | 79 | - | - | - | | |
| Occupancy | 646 | 646 | 646 | 646 | 646 | 646 | 646 | | |
| Supplies/Maint. | 891 | 98 | 891 | 891 | 891 | 98 | 98 | | |
| Communication | 4,694 | 5,633 | 100 | 100 | 100 | 722 | 387 | 11,736 | 11,736 |
| | 40% | 48% | | | | 7% | 5% | | |
| Directors Fees/Ins. | 858 | 858 | 858 | 858 | - | - | - | | |
| Other gen & admin | 737 | 737 | 238 | 238 | 238 | 737 | 737 | | |
| Sub-totals | $ 74,989 | $ 37,816 | $ 13,055 | $ 17,423 | $ 7,154 | $ 11,094 | $ 7,060 | | |
| Percent | 60% | 50% | 80% | 60% | 50% | 70% | 50% | | |
| Allocation | $ 44,993 | $ 18,908 | $ 10,444 | $ 10,454 | $ 3,577 | $ 7,766 | $ 3,530 | $ 99,672 | |
| Total | | | | | | | | $ 99,672 | |
| Cost + % | | | | | | | | 8.65% | |
| | | | | | | | | $ 108,293 | |
| Say | | | | | | | | $ 108,300 | |
| Peseta/$ | | | | | | | | 155.394811 | |
| Amount of Invoice in Pesetas | | | | | | | | 16,829,258 | |

BENTL035603
HIGHLY CONFIDENTIAL

**BENTLEY PHARMACEUTICALS, INC.**
Management Fees Calculation
NOVEMBER 1999

| | JRMurphy | MDPrice | RMState | RJGyurik | IVelazco | EMelia | CDBrown | | |
|---|---|---|---|---|---|---|---|---|---|
| Salaries/Wages | $ 24,166 | $ 14,000 | $ 6,250 | $ 10,000 | $ 4,708 | $ 5,786 | $ 3,170 | | $ 68,080 |
| Benefits 15% | 3,625 | 2,100 | 938 | 1,500 | 706 | 868 | 476 | 10,212 | 9,424 |
| Outside Services | 16,186 | 19,620 | 2,452 | 4,905 | 100 | 3,433 | 2,352 | 49,049 | 49,049 |
| | 33% | 40% | 5% | 10% | | 7% | 5% | | |
| Travel/Entertainment | 16,829 | 1,001 | - | 85 | - | 527 | - | | |
| Occupancy | 646 | 646 | 646 | 646 | 646 | 646 | 646 | | |
| Supplies/Maint. | 2,000 | 1,381 | 2,000 | 2,000 | 2,000 | 1,381 | 1,381 | | |
| Communication | 5,439 | 6,527 | 100 | 100 | 100 | 852 | 480 | 13,597 | 13,597 |
| | 40% | 46% | | | | 7% | 5% | | |
| Directors Fees/Ins. | 858 | 858 | 858 | 858 | - | - | - | | |
| Other gen & admin | 1,157 | 1,157 | 463 | 463 | 463 | 1,157 | 1,157 | | |
| Sub-totals | $ 70,906 | $ 47,290 | $ 13,707 | $ 20,557 | $ 8,723 | $ 14,650 | $ 9,662 | | |
| Percent | 60% | 50% | 80% | 60% | 50% | 70% | 50% | | |
| Allocation | $ 42,544 | $ 23,645 | $ 10,965 | $ 12,334 | $ 4,362 | $ 10,255 | $ 4,831 | | $ 108,935 |
| Total | | | | | | | $ 108,935 | | |
| Cost + % | | | | | | | 8.65% | | |
| Say | | | | | | | $ 118,358 | | |
| | | | | | | | $ 118,400 | | |
| Peseta/$ | | | | | | | 160.944745 | | |
| Amount of Invoice in Pesetas | | | | | | | 19,055,858 | | |

BENTL035604
HIGHLY CONFIDENTIAL

**BENTLEY PHARMACEUTICALS, INC.**
**Management Fees Calculation**
**DECEMBER 1999**

| | JRMurphy | MDPrice | RMStote | RJGyurik | Velazco | EMelia | CDBrown | | |
|---|---|---|---|---|---|---|---|---|---|
| Salaries/Wages | $ 29,743 | $ 17,231 | $ 8,333 | $ 12,308 | $ 5,904 | $ 6,894 | $ 4,468 | | $ 84,881 |
| Benefits 5% | 1,487 | 862 | 417 | 615 | 295 | 345 | 223 | 4,244 | 5,480 |
| Outside Services | 23,622 | 28,632 | 3,579 | 7,158 | 100 | 5,011 | 3,479 | 71,581 | |
| | 33% | 40% | 5% | 10% | | 7% | 5% | 71,581 | |
| Travel/Entertainment | 1,127 | 4,423 | 678 | 80 | - | - | 267 | | |
| Occupancy | 646 | 646 | 646 | 646 | 646 | 646 | 646 | | |
| Supplies/Maint. | 2,374 | 100 | 2,374 | 2,374 | 2,374 | 100 | 100 | | |
| Communication | 7,398 | 8,877 | 100 | 100 | 100 | 1,195 | 725 | 18,494 | |
| | 40% | 48% | | | | 7% | 5% | 18,494 | |
| Directors Fees/Ins. | 858 | 858 | 858 | 858 | - | - | - | | |
| Other gen & admin | 6,416 | 6,416 | 497 | 497 | 497 | 6,416 | 6,416 | | |
| Sub-totals | $ 73,672 | $ 68,046 | $ 17,482 | $ 24,637 | $ 9,917 | $ 20,606 | $ 16,325 | | |
| Percent | 60% | 50% | 80% | 60% | 50% | 70% | 50% | | |
| Allocation | $ 44,203 | $ 34,023 | $ 13,986 | $ 14,762 | $ 4,958 | $ 14,425 | $ 8,162 | | $ 134,539 |
| Total | | | | | | | $ 134,539 | | |
| Cost + % | | | | | | | 8.65% | | |
| Say | | | | | | | $ 146,176 | | |
| Peseta/$ | | | | | | | $ 146,200 | | |
| Peseta | | | | | | | 164.51096 | | |
| Amount of Invoice in Pesetas | | | | | | | 24,051,488 | | |

BENTL035605
HIGHLY CONFIDENTIAL

A138

BENTL035606
HIGHLY CONFIDENTIAL

**Bentley Pharmaceuticals, Inc.**
**Management Fee Summary**
**For the year ended December 31, 2000**

*(in pesetas)*

| | Per Mgmnt Fee Invoice | Per Royalty Fee Invoice | Total | Per Spain F/S | Calc |
|---|---|---|---|---|---|
| January | 16,000,000 | 6,929,700 | 22,929,700 | 22,930,000 | 14,349,786 |
| February | 16,000,000 | 3,555,272 | 19,555,272 | 19,555,000 | 13,740,014 |
| March | 16,000,000 | 2,153,447 | 18,153,447 | 18,153,000 | 16,840,310 |
| April | 16,000,000 | 3,683,239 | 19,683,239 | 19,684,000 | 14,681,185 |
| May | 16,000,000 | 1,339,433 | 17,339,433 | 17,339,000 | 18,283,705 |
| June | 16,000,000 | 1,089,452 | 17,089,452 | 17,090,000 | 18,746,417 |
| July | 16,000,000 | 975,737 | 16,975,737 | 16,975,000 | 16,165,607 |
| August | 4,000,000 | 1,230,801 | 5,230,801 | 5,231,000 | 16,118,663 |
| September | 16,000,000 | 3,149,742 | 19,149,742 | 19,150,000 | 14,111,719 |
| October | 16,000,000 | 5,994,359 | 21,994,359 | 21,994,000 | 15,395,310 |
| November | 16,000,000 | 2,995,083 | 18,995,083 | 18,995,000 | 14,540,603 |
| December | 16,000,000 | 1,895,691 | 17,895,691 | 17,896,000 | 16,208,990 |
| | 180,000,000 | 34,991,956 | 214,991,956 | 214,992,000 | 189,182,309 |

BENTL035607
HIGHLY CONFIDENTIAL

**BENTLEY PHARMACEUTICALS INC.**
Management Fees Calculation
TOTAL 2000

| | JSMendio | MCPrice | SMSingle | RJoruce | Bibelia | CGBrown | Total | Per GL | Adj Per GL | Difference | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salaries/Wages | $ 359,999 | $ 185,134 | $ 94,591 | $ -136,238 | $ 86,353 | $ 41,120 | 900,535 | | | | |
| Benefits 30% | 30% | 81,900 | 42,116 | 30,623 | 18,962 | 9,031 | 205,375 | | | | |
| Outside Services | 157,139 | 190,472 | 23,068 | 47,618 | 33,333 | 23,699 | 476,160 | 314,323 | 475,264 | 896 | * Excludes/Acq reveal-off of 3/06CP? |
| Travel/Entertainment | 76,227 | 31,472 | 5,392 | 2,726 | 9,104 | - | 124,921 | 180,498 | 119,697 | 5,224 | ($26,280) represents JSM R&D recess, $5,224 represents misc. differences |
| Consultancy | 7,451 | 7,451 | 7,451 | 7,451 | 7,451 | 7,451 | 44,706 | 55,750 | 44,811 | (105) | Pharmed among 7 per-Aug. is to 3bp, and 5m Oct-Dec |
| Supplies/Maint. | 6,951 | 3,023 | 3,929 | 3,929 | 3,022 | 3,903 | 23,277 | 29,972 | 24,647 | | (007/1) Pharmed R&D among 6 and changed 3 |
| Communication | 98,655 | 119,556 | 1,200 | 1,200 | 17,440 | 10,957 | 249,138 | 240,540 | 240,540 | 8,598 | $3,937 overhead in P-Ju: pers same figures as in $5,00 overhead in Dec., yth 94 |
| Director Insurance | 10,706 | 10,706 | 10,706 | 10,706 | - | - | 42,825 | 84,855 | 42,429 | 396 | * DAO insurance prorated among 8 and charged to 4 |
| Other gen & admin | 28,427 | 25,797 | 2,630 | 25,787 | - | 25,787 | 111,077 | 107,092 | 111,070 | 4 | * G&A difference see Marsh and December, R&D difference see Dermovy, R&D prorated among 4 and 3 charged Jan-Dec among 6 and 3 charged Oct-Dec |
| Sub-totals | $ 828,455 | $ 615,759 | $ 171,940 | $ 243,320 | $ 201,462 | $ 120,860 | 2,181,653 | | | | |
| Percent | 50% | 40% | 30% | 30% | 60% | 50% | | | | | |
| Allocation | $ 414,232 | $ 246,308 | $ 51,565 | $ 72,996 | $ 120,878 | $ 60,345 | 966,344 | | 1,072,722 | | Total w/out Salaries and Benefits |
| Total | | | | | | | 966,344 | | | | |
| Cost+% | | | | | | | 8.65% | | | | |
| Say | | | | | | | 1,049,933 | | | | |
| Pesetas% | | | | | | | 1,050,000 | | | | |
| Amount of Invoice in Pesetas - calculated | | | | | | | 190,058940 | | | | |
| Amount of Invoice in Pesetas - actual | | | | | | | 188,692,984 | | | | |
| | | | | | | | 189,192,260 | | | | |

BENTL.035608
HIGHLY CONFIDENTIAL

**BENTLEY PHARMACEUTICALS, INC.**
Management Fees Calculation
JANUARY 2000

| | | JRMurphy | MDPrice | RMSlote | RJGvurik | EMelia | CDBrown | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 59 | 2 |
| | | | | | | | | | | | | (57) | |
| Salaries/Wages | | $ 25,858 | $ 14,700 | $ 6,901 | $ 10,500 | $ 5,786 | $ 3,170 | | | | | | |
| Benefits 30% | 30% | 7,757 | 4,410 | 2,070 | 3,150 | 1,736 | 951 | 20,075 | 21,030 | | | | |
| Outside Services | | 15,678 | 19,003 | 2,375 | 4,751 | 3,326 | 2,375 | 47,508 | - | | | | |
| | | 33% | 40% | 5% | 10% | 7% | 5% | | | | | | |
| Travel/Entertainment | | 4,796 | - | - | 117 | 482 | - | 5,278 | 117 | | | | |
| Occupancy | | 683 | 683 | 683 | 683 | 683 | 683 | 4,784 | 683 | | | | |
| Supplies/Maint. | | 905 | 207 | 698 | 698 | 207 | 207 | 828 | 2791 | 698 | | | |
| Communication | | 8,669 | 10,403 | 100 | 100 | 1,517 | 884 | 21,672 | - | | | | |
| | | 40% | 48% | | | 7% | 5% | | | | | | |
| Director Ins. | | 858 | 858 | 858 | 858 | - | - | | | | | | |
| Other gen & admin | | 2,504 | 2,486 | 18 | 18 | 2,486 | 2,486 | 9,943 | 73 | 18 | | | |
| Sub-totals | | $ 67,708 | $ 52,751 | $ 13,704 | $ 20,875 | $ 16,223 | $ 10,756 | | | | | | |
| Percent | | 50% | 40% | 30% | 30% | 70% | 50% | | | | | | |
| | | | | 80 | 60 | 60% | | | | | | | |
| Allocation | | $ 33,854 | $ 21,100 | $ 4,111 | $ 6,263 | $ 9,734 | $ 5,378 | | | | | | |
| Total | | | | | | | $ 80,440 | | | | | | |
| Cost + % | | | | | | | 8.65% | | | | | | |
| Say | | | | | | | $ 87,398 | | | | | | |
| Pesetas/$ | | | | | | | $ 87,400 | | | | | | |
| Amount of Invoice in Pesetas | | | | | | | 164.1852 | | | | | | |
| | | | | | | | 14,349,786 | | | | | | |

A141

BENTL035609
HIGHLY CONFIDENTIAL

**BENTLEY PHARMACEUTICALS, INC.**
**Management Fees Calculation**
**FEBRUARY 2000**

| | | JRMurphy | MDPrice | RMStote | RJGyurik | EMelia | CDBrown | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Salaries/Wages | | $ 25,888 | $ 14,700 | $ 11,198 | $ 10,500 | $ 5,786 | $ 3,170 | | | | | |
| Benefits 30% | 30% | 7,757 | 4,410 | 3,359 | 3,150 | 1,736 | 951 | 21,364 | 21,662 | | | |
| Outside Services | | 11,341 | 13,747 | 1,718 | 3,437 | 2,406 | 1,718 | 34,388 | - | | | |
| | | 33% | 40% | 8% | 10% | 7% | 5% | | | | | |
| Travel/Entertainment | | 5,004 | - | 1,626 | - | - | - | 5,004 | 1,626 | | | |
| Occupancy | | 683 | 683 | 683 | 683 | 683 | 683 | 4,784 | 683 | | (1) | 1 |
| Supplies/Maint. | | 474 | 370 | 104 | 104 | 370 | 370 | 1,479 | 683 | | | - |
| Communication | | 8,689 | 10,403 | 100 | 100 | 1,517 | 884 | 21,672 | 416 | 104 | | |
| | | 49% | 48% | | 7% | 7% | 8% | | | | (3,597) | |
| Director Ins. | | 858 | 858 | 858 | 858 | - | - | | | 284 | | |
| Other gen & admin | | 1,847 | 1,563 | 284 | 284 | 1,563 | 1,563 | 6,252 | 1135 | 284 | | |
| Sub-totals | | $ 62,492 | $ 46,735 | $ 19,931 | $ 19,116 | $ 14,061 | $ 9,339 | | | | | |
| Percent | | 50% | 40% | 30% | 30% | 60% | 50% | | | | | |
| Allocation | | $ 31,246 | $ 18,694 | $ 5,979 | $ 5,735 | $ 8,437 | $ 4,670 | | | | | |
| Total | | | | | | | $ 74,760 | | | | | |
| Cost + % | | | | | | | 8.66% | | | | | |
| Say | | | | | | | $ 81,227 | | | | | |
| Peseta/$ | | | | | | | 81,200 | | | | | |
| | | | | | | | 169.212 | | | | | |
| Amount of Invoice in Pesetas | | | | | | | 13,740,014 | | | | | |

BENTL035610
HIGHLY CONFIDENTIAL

**BENTLEY PHARMACEUTICALS, INC.**
Management Fees Calculation
MARCH 2000

| | | JRMurphy | MDPrice | RMState | RJGyurik | EMella | CDBrown | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Salaries/Wages | | $ 38,283 | $ 16,882 | $ 8,333 | $ 11,288 | $ 5,786 | $ 3,488 | | | |
| Benefits 30% | 30% | 11,485 | 5,065 | 2,500 | 3,386 | 1,736 | 1,046 | | | |
| Outside Services | | 12,977 | 15,730 | 1,966 | 3,932 | 2,753 | 1,965 | 25,218 | 34,512 | |
| | | | | | | | | 39,324 | | |
| | | 33% | 40% | 6% | 10% | 7% | 6% | | | |
| Travel/Entertainment | | 5,611 | 10,994 | - | 66 | 1,491 | - | 18,096 | 66 | |
| Occupancy | | 683 | 683 | 683 | 683 | 683 | 683 | 4,784 | 683 | |
| Supplies/Maint. | | 612 | 270 | 342 | 342 | 270 | 270 | 1,081 | 1366 | 342 |
| Communication | | 6,256 | 7,507 | 100 | 100 | 1,095 | 582 | 15,640 | - | |
| | | 42% | 48% | 6% | 7% | 6% | | | | |
| Director Ins. | | 858 | 858 | 858 | 858 | - | - | | | |
| Other gen & admin | | 2,710 | 2,545 | 166 | 166 | 2,545 | 2,545 | 10,178 | 662 | 166  * G&A deducted State of NH Tax |
| | | | | | | | | | | |
| Sub-totals | | $ 79,475 | $ 60,534 | $ 14,947 | $ 20,821 | $ 16,359 | $ 10,581 | | | |
| Percent | | 50% | 40% | 30% | 30% | 60% | 50% | | | |
| Allocation | | $ 39,738 | $ 24,214 | $ 4,484 | $ 6,246 | $ 9,815 | $ 5,290 | | | |
| | | | | | | | | | | |
| Total | | | | | | | $ 89,783 | | | |
| Cost + % | | | | | | | 8.65% | | | |
| Say | | | | | | | $ 97,654 | | | |
| Peseta/$ | | | | | | | $ 97,600 | | | |
| Amount of Invoice in Pesetas | | | | | | | 172,544,169 | | | |
| | | | | | | | | 16,840,310 | | |

BENTL035611
HIGHLY CONFIDENTIAL

**BENTLEY PHARMACEUTICALS, INC.**
**Management Fees Calculation**
**APRIL 2000**

| | | JRMurphy | MDPrice | RMSlade | RJGuvik | EMelia | CDBrown | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Salaries/Wages | | $ 30,000 | $ 16,428 | $ 11,719 | $ 11,550 | $ 5,786 | $ 3,488 | | | | | |
| Benefits 28% | 28% | 8,400 | 4,320 | 3,281 | 3,234 | 1,620 | 977 | 21,832 | 22,574 | | | |
| Outside Services | | 11,858 | 14,373 | 1,797 | 3,593 | 2,515 | 1,797 | 35,932 | - | | | |
| | | 23% | 40% | 6% | 10% | 7% | 6% | | | | | |
| Travel/Entertainment | | 2,335 | - | 331 | 256 | 2,817 | - | 5,152 | 587 | 2,433 | (26,017) | (23,564) * (826,017) represents O1 R&D reclass |
| Occupancy | | 683 | 683 | 683 | 683 | 683 | 683 | 4,764 | 683 | | | |
| Supplies/Maint. | | 1,125 | 246 | 880 | 880 | 246 | 246 | 985 | 3519 | 880 | | |
| Communication | | 6,769 | 8,123 | 100 | 100 | 1,185 | 646 | 16,922 | - | | | |
| | | 49% | 48% | | | 7% | 8% | 8% | | | | |
| Director Ins. | | 858 | 858 | 858 | 858 | - | - | | | | | |
| Other gen & admin | | 1,557 | 1,515 | 42 | 42 | 1,515 | 1,515 | 6,061 | 168 | 42 | | |
| Sub-totals | | $ 63,587 | $ 45,547 | $ 19,691 | $ 21,196 | $ 16,368 | $ 9,352 | | | | | |
| Percent | | 50% | 40% | 30% | 30% | 60% | 50% | | | | | |
| Allocation | | $ 31,793 | $ 18,219 | $ 5,907 | $ 6,359 | $ 9,821 | $ 4,676 | | | | | |
| Total | | | | | | | $ 76,775 | | | | | |
| Cost + % | | | | | | | 8.65% | | | | | |
| Say | | | | | | | $ 83,416 | | | | | |
| | | | | | | | $ 83,400 | | | | | |
| Pesetas$ | | | | | | | 176.033395 | | | | | |
| Amount of Invoice in Pesetas | | | | | | | 14,681,185 | | | | | |

**BENTLEY PHARMACEUTICALS, INC.**
**Management Fees Calculation**
**MAY 2000**

| | | JRMurphy | MDPrice | RMStole | RJGvurik | EMelia | CDBrown | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salaries/Wages | | $ 30,000 | $ 15,428 | $ 8,985 | $ 11,550 | $ 5,786 | $ 3,488 | | | | |
| Benefits 22% | 22% | 6,600 | 3,394 | 1,977 | 2,541 | 1,273 | 767 | 16,552 | 17,376 | | |
| Outside Services | | 23,304 | 28,247 | 3,531 | 7,062 | 4,943 | 3,531 | 70,617 | - | | |
| | | 33% | 40% | 5% | 10% | 7% | 5% | | | | |
| Travel/Entertainment | | 10,470 | 1,748 | 331 | 116 | 1,209 | - | 13,427 | 447 | 1,372 | (1,039) |
| Occupancy | | 730 | 730 | 730 | 730 | 730 | 730 | 5,111 | 730 | | |
| Supplies/Maint. | | 341 | 111 | 230 | 230 | 111 | 111 | 443 | 919 | 230 | |
| Communication | | 6,313 | 7,575 | 100 | 100 | 1,105 | 589 | 15,782 | - | | |
| | | 40% | 40% | 5% | 7% | 7% | 5% | | | | |
| Director Ins. | | 858 | 858 | 858 | 858 | - | - | | | | |
| Other gen & admin | | 1,846 | 1,519 | 326 | 326 | 1,519 | 1,519 | 6,077 | 1305 | 326 | |
| Sub-totals | | $ 80,461 | $ 59,611 | $ 17,067 | $ 23,513 | $ 16,676 | $ 10,736 | | | | 333 |
| Percent | | 50% | 40% | 30% | 30% | 60% | 50% | | | | |
| Allocation | | $ 40,231 | $ 23,844 | $ 5,120 | $ 7,054 | $ 10,006 | $ 5,368 | | | | |
| Total | | | | | | | $ 91,622 | | | | |
| Cost + % | | | | | | | 8.65% | | | | |
| Say | | | | | | | $ 99,548 | | | | |
| | | | | | | | $ 99,500 | | | | |
| Peseta/$ | | | | | | | 183.755825 | | | | |
| Amount of Invoice in Pesetas | | | | | | | 18,283,705 | | | | |

BENTL035612
HIGHLY CONFIDENTIAL

BENTL035613
HIGHLY CONFIDENTIAL

**BENTLEY PHARMACEUTICALS, INC.**
Management Fees Calculation
JUNE 2000

| | JRMurphy | MDPrice | RMSlote | RJGyurik | EMella | CDBrown | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Salaries/Wages | $ 30,000 | $ 15,428 | $ 7,813 | $ 11,550 | $ 5,786 | $ 3,488 | | | | |
| Benefits 22% | 6,600 | 3,394 | 1,719 | 2,541 | 1,273 | 767 | 16,294 | 17,302 | | |
| Outside Services | 17,488 | 21,198 | 2,650 | 5,299 | 3,710 | 2,650 | 52,994 | - | | |
| | 33% | 40% | 5% | 10% | 7% | 5% | | | | |
| Travel/Entertainment | 8,263 | 7,455 | 469 | 154 | - | - | 15,718 | 623 | | 4,991 |
| Occupancy | 689 | 689 | 689 | 689 | 689 | 689 | 4,824 | 689 | | |
| Supplies/Maint. | 531 | 145 | 386 | 386 | 145 | 145 | 581 | 1543 | 386 | (4,991) |
| Communication | 17,434 | 20,921 | 100 | 100 | 3,051 | 1,979 | 43,585 | - | | - |
| | 40% | 40% | 5% | 7% | 7% | 5% | | | | |
| Director Ins. | 858 | 858 | 858 | 858 | - | - | | | | |
| Other gen & admin | 2,530 | 2,438 | 92 | 92 | 2,438 | 2,438 | 9,752 | 369 | 92 | |
| Sub-totals | $ 84,394 | $ 72,527 | $ 14,776 | $ 21,669 | $ 17,092 | $ 12,157 | | | | |
| Percent | 50% | 40% | 30% | 30% | 60% | 50% | | | | |
| Allocation | $ 42,197 | $ 29,011 | $ 4,433 | $ 6,501 | $ 10,255 | $ 6,078 | | | | |
| Total | | | | | | $ 98,475 | | | | |
| Cost + % | | | | | | 8.65% | | | | |
| Say | | | | | | $ 106,993 | | | | |
| Pesetas/$ | | | | | | $ 107,000 | | | | |
| | | | | | | 175.20161 | | | | |
| Amount of Invoice in Pesetas | | | | | | 18,746,417 | | | | |

BENTL035614
HIGHLY CONFIDENTIAL

**BENTLEY PHARMACEUTICALS, INC.**
Management Fees Calculation
JULY 2000

| | JRMurphy | MDPrice | RMState | RJGyvnik | EMelia | CDBrown | | |
|---|---|---|---|---|---|---|---|---|
| Salaries/Wages | $ 30,000 | $ 15,428 | $ 6,250 | $ 11,550 | $ 14,597 | $ 3,488 | | |
| Benefits 19% | 5,700 (19%) | 2,931 | 1,188 | 2,195 | 2,773 | 653 | 15,449 | 16,592 |
| Outside Services | 12,152 | 14,730 | 1,841 | 3,683 | 2,578 | 1,841 | 36,825 | - |
| | 33% | 40% | 5% | 16% | 7% | 5% | | |
| Travel/Entertainment | 10,821 | - | - | 412 | - | - | 10,821 | 412 |
| Occupancy | 689 | 689 | 689 | 689 | 689 | 689 | 4,824 | 689 |
| Supplies/Maint. | 108 | 104 | 104 | 104 | 104 | 104 | 416 | 15 | 4 |
| Communication | 9,738 | 11,686 | 100 | 100 | 1,704 | 1,017 | 24,346 | - |
| | 40% | 40% | 5% | 7% | 7% | 5% | | |
| Director Ins. | 858 | 858 | 858 | 858 | - | | | |
| Other gen & admin | 2,365 | 1,401 | 964 | 964 | 1,401 | 1,401 | 5,604 | 3855 | 964 |
| Sub-totals | $ 72,432 | $ 47,828 | $ 11,893 | $ 20,453 | $ 23,847 | $ 9,204 | | |
| Percent | 50% | 40% | 30% | 30% | 60% | 50% | | |
| Allocation | $ 36,216 | $ 19,131 | $ 3,568 | $ 6,136 | $ 14,308 | $ 4,612 | | |
| Total | | | | | | $ 83,961 | | |
| Cost + % | | | | | | 8.85% | | |
| | | | | | | $ 91,224 | | |
| Say | | | | | | $ 91,200 | | |
| Pesetas | | | | | | 177.254/458 | | |
| Amount of Invoice in Pesetas | | | | | | 16,165,617 | | |

(5)

A147

BENTL035615
HIGHLY CONFIDENTIAL

**BENTLEY PHARMACEUTICALS, INC.**
Management Fees Calculation
AUGUST 2000

| | | JRMurphy | MDPrice | RMState | RJGyurik | EMelia | CDBrown | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Salaries/Wages | | $ 30,000 | $ 15,428 | $ 6,250 | $ 11,550 | $ 7,408 | $ 3,488 | | | |
| Benefits 17% | 17% | 5,100 | 2,623 | 1,063 | 1,964 | 1,259 | 593 | 12,601 | 13,649 | |
| Outside Services | | 13,799 | 16,726 | 2,091 | 4,181 | 2,927 | 2,091 | 41,814 | - | |
| | | 33% | 40% | 8% | 10% | 7% | 5% | | | |
| Travel/Entertainment | | 10,640 | 3,886 | - | 417 | 1,710 | - | 16,236 | 417 | (158) |
| Occupancy | | 689 | 689 | 689 | 689 | 689 | 689 | 4,824 | 689 | |
| Supplies/Maint. | | 506 | 197 | 309 | 309 | 197 | 197 | 789 | 1234 | 309 |
| Communication | | 7,158 | 8,602 | 100 | 100 | 1,254 | 696 | 17,920 | - | |
| | | 40% | 48% | | | 7% | 5% | | | |
| Director Ins. | | 885 | 885 | 885 | 885 | - | | | | |
| Other gen & admin | | 2,173 | 1,773 | 400 | 400 | 1,773 | 1,773 | 7,091 | 1599 | 400 |
| Sub-totals | | $ 70,950 | $ 50,809 | $ 11,786 | $ 20,495 | $ 17,218 | $ 9,527 | | | |
| Percent | | 50% | 40% | 30% | 30% | 60% | 50% | | | |
| Allocation | | $ 35,480 | $ 20,324 | $ 3,536 | $ 6,148 | $ 10,331 | $ 4,763 | | | |

| | |
|---|---|
| Total | $ 80,582 |
| Cost + % | 8.65% |
| | $ 87,653 |
| Say | $ 87,600 |
| Peseta/$ | 184.003 |
| Amount of Invoice in Pesetas | 16,118,653 |

BENTL035616
HIGHLY CONFIDENTIAL

**BENTLEY PHARMACEUTICALS, INC.**
Management Fees Calculation
SEPTEMBER 2000

| | | JRMurphy | MOPrice | RMSaste | RJGvork | EMeia | CDBrown | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Salaries/Wages | | $ 30,000 | $ 15,428 | $ 6,250 | $ 11,550 | $ 7,408 | $ 3,488 | | | | | | | |
| Benefits 20% | 20% | 6,000 | 3,086 | 1,250 | 2,310 | 1,482 | 698 | 14,825 | | | | | | |
| Outside Services | | 9,288 | 11,258 | 1,407 | 2,815 | 1,970 | 1,407 | 28,146 | 16,169 | | | | | |
| | | 33% | 40% | 8% | 19% | 7% | 3% | 3% | | | | | | |
| Travel/Entertainment | | (243) | 3,866 | - | 354 | 495 | - | 4,138 | 354 | 3,878 | 3,365 | | (8513) represents Q3 R&D recital/MCP $3,806 not in GL | |
| Occupancy | | 232 | 232 | 232 | 232 | 232 | 232 | 1,855 | 464 | | (513) | | |
| Supplies/Maint | | 679 | 659 | 659 | 659 | 659 | 659 | 2,537 | 677 | 219 | | | |
| Communication | | 6,314 | 7,677 | 100 | 100 | 1,105 | 589 | 15,785 | - | | | | |
| | | 46% | 48% | 8% | 7% | 7% | 3% | | | | | | |
| Director Ins | | 1,160 | 1,160 | 1,160 | 1,160 | - | - | | | | | | |
| Other gen & admin | | 1,738 | 1,684 | 55 | 55 | 1,684 | 220 | 6,735 | 55 | | | | |
| Sub-totals | | $ 55,369 | $ 44,971 | $ 10,674 | $ 18,795 | $ 15,035 | $ 8,757 | | | | | | |
| Percent | | 50% | 40% | 30% | 30% | 60% | 50% | | | | | | |
| Allocation | | $ 27,685 | $ 17,986 | $ 3,202 | $ 5,639 | $ 9,021 | $ 4,379 | | | | | | |
| Total | | | | | | | $ 67,913 | | | | | | |
| Cost + % | | | | | | | 8.65% | | | | | | |
| Say | | | | | | | $ 73,788 | | | | | | |
| Pesetas $ | | | | | | | $ 73,800 | | | | | | |
| | | | | | | | 191.216708 | | | | | | |
| Amount of invoice in Pesetas | | | | | | | 14,111,719 | | | | | | |

A149

BENTI.035617
HIGHLY CONFIDENTIAL

**BENTLEY PHARMACEUTICALS, INC.**
Management Fees Calculation
OCTOBER 2000

| | | JRMurphy | MDPrice | RMState | RJGvurik | EMeila | CDBrown | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Salaries/Wages | | $ 30,000 | $ 15,428 | $ 7,227 | $ 11,550 | $ 7,408 | $ 3,488 | 13,518 | 16,621 | |
| Benefits 18% | 18% | 5,400 | 2,777 | 1,301 | 2,079 | 1,333 | 628 | | | |
| Outside Services | | 9,757 | 11,826 | 1,478 | 2,957 | 2,070 | 1,478 | 29,566 | - | |
| | | 33% | 40% | 6% | 10% | 7% | 5% | | | |
| Travel/Entertainment | | 5,640 | 1,644 | 624 | 62 | - | - | 7,284 | 686 | 1,080 |
| Occupancy | | 527 | 527 | 527 | 527 | 527 | 527 | 4,745 | 1,582 | |
| Supplies/Maint. | | 306 | 198 | 109 | 109 | 198 | 198 | 989 | 434 | 306 |
| Communication | | 8,871 | 10,645 | 100 | 100 | 1,552 | 909 | 22,178 | - | |
| | | 46% | 46% | 7% | 7% | | 5% | | | |
| Director Ins. | | 885 | 885 | 885 | 885 | - | | | | |
| Other gen & admin | | 1,945 | 1,820 | 125 | 125 | 1,820 | 1,820 | 7,279 | 626 | 250 |
| Sub-totals | | $ 63,333 | $ 45,752 | $ 12,377 | $ 18,394 | $ 14,908 | $ 9,048 | | | |
| Percent | | 50% | 40% | 30% | 30% | 60% | 50% | | | |
| Allocation | | $ 31,666 | $ 18,301 | $ 3,713 | $ 5,618 | $ 8,945 | $ 4,524 | | | |
| Total | | | | | | | $ 72,667 | | | |
| Cost + % | | | | | | | 8.65% | | | |
| Say | | | | | | | $ 78,963 | | | |
| Pesetas $ | | | | | | | $ 79,000 | | | |
| | | | | | | | 194,867,339 | | | |
| Amount of Invoice in Pesetas | | | | | | | 15,395,310 | | | |

BENTL035618
HIGHLY CONFIDENTIAL

**BENTLEY PHARMACEUTICALS, INC.**
**Management Fees Calculation**
**NOVEMBER 2000**

| | JRMurphy | MDPrice | RMStote | RJGvirik | EMelia | CDBrown | | |
|---|---|---|---|---|---|---|---|---|
| Salaries/Wages | $ 30,000 | $ 15,428 | $ 7,031 | $ 11,550 | $ 7,408 | $ 3,488 | | |
| Benefits 20% | 20% | 6,000 | 3,086 | 1,406 | 2,310 | 1,482 | 698 | 14,981 | 17,734 |
| Outside Services | 8,628 | 10,458 | 1,307 | 2,614 | 1,830 | 1,307 | 26,144 | - |
| | 33% | 40% | 8% | 16% | 7% | 8% | | |
| Travel/Entertainment | 9,302 | - | 1,283 | 346 | 750 | | 10,652 | 1,639 |
| Occupancy | 543 | 543 | 543 | 543 | 543 | 543 | 4,883 | 1,628 |
| Supplies/Maint. | 876 | 324 | 552 | 552 | 324 | 324 | 1,619 | 2209 | 876 |
| Communication | 3,640 | 4,368 | 100 | 100 | 637 | 255 | 9,100 | - |
| | 40% | 48% | | | 5% | 7% | 5% | | |
| Director Ins. | 885 | 885 | 885 | 885 | | | | | |
| Other gen & admin | 2,150 | 1,705 | 445 | 445 | 1,705 | 1,705 | 6,821 | 2224 | 890 |
| Sub-totals | $ 62,624 | $ 36,797 | $ 13,562 | $ 19,345 | $ 14,678 | $ 8,320 | | |
| Percent | 50% | 40% | 30% | 30% | 60% | 50% | | |
| Allocation | $ 31,312 | $ 14,719 | $ 4,069 | $ 5,804 | $ 8,807 | $ 4,160 | | |
| Total | | | | | | $ 68,870 | | |
| Cost + % | | | | | | 8.86% | | |
| Say | | | | | | $ 74,827 | | |
| Pesetas/$ | | | | | | 194.38992 | | |
| Amount of Invoice in Pesetas | | | | | | 14,540,603 | | |

BENTL035619
HIGHLY CONFIDENTIAL

**BENTLEY PHARMACEUTICALS, INC.**
**Management Fees Calculation**
**DECEMBER 2000**

| | % | JRMurphy | MDPrice | RMSlote | RJGvurik | EMelia | CDBrown | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Salaries/Wages | | $ 30,000 | $ 15,428 | $ 6,834 | $ 11,550 | $ 7,408 | $ 3,488 | | | | | | |
| Benefits 17% | 17% | 5,100 | 2,623 | 1,128 | 1,964 | 1,259 | 593 | 15,608 | | | | | |
| Outside Services | | 10,871 | 13,177 | 1,647 | 3,284 | 2,306 | 1,647 | - | | | | | |
| | | 33% | 40% | 8% | 10% | 7% | 8% | | | | | | (21,305) |
| Travel/Entertainment | | 2,968 | 1,859 | 718 | 426 | 150 | - | 4,997 | 1,144 | (2,338) | | | |
| Occupancy | | 618 | 618 | 618 | 618 | 618 | 618 | 5,562 | 1,854 | (1) | | | (2,339) |
| Supplies/Maint. | | 289 | 192 | 98 | 98 | 192 | 192 | 958 | 390 | 289 | | | |
| Communication | | 9,814 | 11,777 | 100 | 100 | 1,718 | 1,027 | 24,536 | - | (5,000) | | | |
| | | 40% | 44% | | | 7% | 6% | | | | | | |
| Director Ins. | | 885 | 885 | 885 | 885 | - | - | | | | | | |
| Other gen & admin | | 5,062 | 5,349 | (287) | (287) | 5,349 | 5,349 | 21,395 | -1436 | (574) | * G&A per GL was $7,200 | | |
| | | | | | | | | | | | * R&D per GL was $42K | | |
| Sub-totals | | $ 65,628 | $ 51,908 | $ 11,541 | $ 18,647 | $ 18,999 | $ 12,913 | | | | | | |
| Percent | | 50% | 40% | 30% | 30% | 60% | 50% | | | | | | |
| Allocation | | $ 32,814 | $ 20,763 | $ 3,462 | $ 5,594 | $ 11,400 | $ 6,457 | | | | | | |
| Total | | | | | | | $ 80,490 | | | | | | |
| Cost + % | | | | | | | 8.65% | | | | | | |
| Say | | | | | | | $ 87,452 | | | | | | |
| Peseta/$ | | | | | | | $ 87,500 | | | | | | |
| | | | | | | | 185.245595 | | | | | | |
| Amount of Invoice in Pesetas | | | | | | | 16,208,990 | | | | | | |

**BENTLEY PHARMACEUTICALS, INC.**
Management Fees Calculation
YTD September 30, 2001

| | JRMurphy | MDPrice | RNState | RJGvurik | JAHorvath | PFitzgibbons | EMelia | CDBrown | Total | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 19.4% |
| Salaries/Bonus | $ 392,500 | $ 209,000 | $ 99,382 | $ 181,250 | $ 220,148 | $ 72,187 | $ 73,160 | $ 35,329 | $ 1,282,956 | actuals 1,378,046 |
| Benefits 19.4% | 76,209 | 40,580 | 19,296 | 35,192 | 42,745 | 14,016 | 14,205 | 6,860 | 249,103 | % of salaries/bonus 267,566 19.4% |
| Outside Services | 23,715 | 23,715 | 23,715 | 23,715 | 23,715 | 23,715 | 23,715 | 23,715 | 189,720 | 189,720 |
| Travel/Entertainment | 61,287 | 22,515 | 7,066 | 1,036 | 13,372 | - | 11,037 | 329 | 116,642 | 116,642 |
| Occupancy | 5,506 | 5,506 | 5,506 | 5,506 | 5,506 | 5,506 | 5,506 | 5,506 | 44,047 | 44,047 actuals |
| Supplies/Maint. | 1,820 | 1,820 | 1,820 | 1,820 | 1,820 | 1,820 | 1,820 | 1,820 | 14,562 | 14,562 |
| Communication | 21,589 | 21,589 | 21,589 | 21,589 | 21,589 | 21,589 | 21,589 | 21,589 | 172,711 | 172,711 |
| Directors Fees/Insurance | 17,556 | 17,556 | 17,556 | 17,556 | 17,556 | 17,556 | 17,556 | 17,556 | 140,446 | 140,446 |
| Other G&A | 13,925 | 13,925 | | | 13,925 | | 13,925 | 13,925 | 69,627 | 69,627 |
| Other R&D | 3,245 | - | 3,245 | 3,245 | 3,245 | 3,245 | - | - | 16,227 | 16,227 actuals |
| | | | | | | | | | | |
| Sub-totals | $ 617,353 | $ 356,206 | $ 199,175 | $ 290,909 | $ 363,621 | $ 159,634 | $ 182,513 | $ 126,629 | $ 2,296,041 | |
| | | | | | | | | | | |
| Percent | 50% | 50% | 30% | 30% | 30% | 30% | 60% | 50% | | |
| | | | | | | | | | | |
| Allocation | $ 308,676 | $ 178,103 | $ 59,753 | $ 87,273 | $ 109,086 | $ 47,890 | $ 109,508 | $ 63,314 | $ 963,604 | |

| | Total |
|---|---|
| YTD Total - US$ | |
| Say | $ 963,604 |
| Peseta/$ | $ 1,000,000 |
| Peseta$ | 185.93 |
| YTD Total - Pesetas | 185,930,000 |
| Monthly Total - Pesetas | 20,658,889 |
| peseta/euro conversion | 166.38 |
| Monthly Total - Euros | 124,166.90 |
| | |
| Actual Monthly Total - Euros | 120,202.42 |
| Actual Annual Total - Euros | 1,442,429.04 |

BENTL.035620
HIGHLY CONFIDENTIAL

| | | | BENTLEY PHARMACEUTICALS, INC. | | | | | |
| | | | Management Fees Calculation | | | | | |
| | | | OCTOBER 2001 | | | | | |
| | | | JRMurphy | MDPrice | RMStote | RJGyurik | EMelia | CDBrown |
| Salaries/Wages | | | $ 30,000 | $ 15,428 | $ 7,227 | $ 11,550 | $ 7,408 | $ 3,488 |
| Benefits 18% | 18% | | 5,400 | 2,777 | 1,301 | 2,079 | 1,333 | 628 |
| Outside Services | | | 9,757 | 11,826 | 1,478 | 2,957 | 2,070 | 1,478 |
| | | | 33% | 40% | 5% | 10% | 7% | 5% |
| Travel/Entertainment | | | 5,640 | 1,644 | 624 | 62 | - | - |
| Occupancy | | | 527 | 527 | 527 | 527 | 527 | 527 |
| Supplies/Maint. | | | 306 | 198 | 109 | 109 | 198 | 198 |
| Communication | | | 8,871 | 10,645 | 100 | 100 | 1,552 | 909 |
| | | | 40% | 48% | | | 7% | 5% |
| Director Ins. | | | 885 | 885 | 885 | 885 | - | - |
| Other gen & admin | | | 1,945 | 1,820 | 125 | 125 | 1,820 | 1,820 |
| Sub-totals | | | $ 63,333 | $ 45,752 | $ 12,377 | $ 18,394 | $ 14,908 | $ 9,048 |
| Percent | | | 50% | 40% | 30% | 30% | 60% | 50% |
| Allocation | | | $ 31,666 | $ 18,301 | $ 3,713 | $ 5,518 | $ 8,945 | $ 4,524 |
| Total | | | | | | | | $ 72,667 |
| Cost + % | | | | | | | | 8.65% |
| | | | | | | | | $ 78,953 |
| Say | | | | | | | | $ 79,000 |
| Peseta/$ | | | | | | | open | 1 |
| Amount of Invoice in Pesetas | | | | | | | | 79,000 |

BENTL035621
HIGHLY CONFIDENTIAL

| | | | BENTLEY PHARMACEUTICALS, INC. | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Management Fees Calculation | | | | | |
| | | | NOVEMBER 2001 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | JRMurphy | MDPrice | RMStote | RJGyurik | EMelia | CDBrown |
| Salaries/Wages | | | $ 30,000 | $ 15,428 | $ 7,031 | $ 11,550 | $ 7,408 | $ 3,488 |
| Benefits 20% | 20% | | 6,000 | 3,086 | 1,406 | 2,310 | 1,482 | 698 |
| Outside Services | | | 8,628 | 10,458 | 1,307 | 2,614 | 1,830 | 1,307 |
| | | | 33% | 40% | 5% | 10% | 7% | 5% |
| Travel/Entertainment | | | 9,902 | - | 1,293 | 346 | 750 | - |
| Occupancy | | | 543 | 543 | 543 | 543 | 543 | 543 |
| Supplies/Maint. | | | 876 | 324 | 552 | 552 | 324 | 324 |
| Communication | | | 3,640 | 4,368 | 100 | 100 | 637 | 255 |
| | | | 40% | 48% | | | 7% | 5% |
| Director Ins. | | | 885 | 885 | 885 | 885 | - | - |
| Other gen & admin | | | 2,150 | 1,705 | 445 | 445 | 1,705 | 1,705 |
| | | | | | | | | |
| Sub-totals | | | $ 62,624 | $ 36,797 | $ 13,562 | $ 19,345 | $ 14,678 | $ 8,320 |
| | | | | | | | | |
| Percent | | | 50% | 40% | 30% | 30% | 60% | 50% |
| | | | | | | | | |
| Allocation | | | $ 31,312 | $ 14,719 | $ 4,069 | $ 5,804 | $ 8,807 | $ 4,160 |
| | | | | | | | | |
| Total | | | | | | | | $ 68,870 |
| Cost + % | | | | | | | | 8.65% |
| | | | | | | | | $ 74,827 |
| Say | | | | | | | | $ 74,800 |
| Peseta/$ | | | | | | | open | 1 |
| Amount of Invoice in Pesetas | | | | | | | | 74,800 |

BENTL035622
HIGHLY CONFIDENTIAL

| | | | BENTLEY PHARMACEUTICALS, INC. | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Management Fees Calculation | | | | | |
| | | | DECEMBER 2001 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | JRMurphy | MDPrice | RMStote | RJGyurik | EMelia | CDBrown |
| Salaries/Wages | | | $ 30,000 | $ 15,428 | $ 6,634 | $ 11,550 | $ 7,408 | $ 3,488 |
| Benefits 17% | 17% | | 5,100 | 2,623 | 1,128 | 1,964 | 1,259 | 593 |
| Outside Services | | | 10,871 | 13,177 | 1,647 | 3,294 | 2,306 | 1,647 |
| | | | 33% | 40% | 5% | 10% | 7% | 5% |
| Travel/Entertainment | | | 2,988 | 1,859 | 718 | 426 | 150 | - |
| Occupancy | | | 618 | 618 | 618 | 618 | 618 | 618 |
| Supplies/Maint. | | | 289 | 192 | 98 | 98 | 192 | 192 |
| Communication | | | 9,814 | 11,777 | 100 | 100 | 1,718 | 1,027 |
| | | | 40% | 48% | | | 7% | 5% |
| Director Ins. | | | 885 | 885 | 885 | 885 | - | - |
| Other gen & admin | | | 5,062 | 5,349 | (287) | (287) | 5,349 | 5,349 |
| | | | | | | | | |
| Sub-totals | | | $ 65,628 | $ 51,908 | $ 11,541 | $ 18,647 | $ 18,999 | $ 12,913 |
| | | | | | | | | |
| Percent | | | 50% | 40% | 30% | 30% | 60% | 50% |
| | | | | | | | | |
| Allocation | | | $ 32,814 | $ 20,763 | $ 3,462 | $ 5,594 | $ 11,400 | $ 6,457 |
| | | | | | | | | |
| Total | | | | | | | | $ 80,490 |
| Cost + % | | | | | | | | 8.65% |
| | | | | | | | | $ 87,452 |
| Say | | | | | | | | $ 87,500 |
| Peseta/$ | | | | | | | open | 1 |
| Amount of Invoice in Pesetas | | | | | | | | 87,500 |

BENTL035623
HIGHLY CONFIDENTIAL

**A156**