# EXHIBIT G

## Jonathan Fine

| | |
|---|---|
| **From:** | Abreu, Veronica [VAbreu@eapdlaw.com] |
| **Sent:** | Thursday, August 10, 2006 5:11 PM |
| **To:** | Jonathan Fine |
| **Cc:** | Mingolla, Joseph; Field, Erin |
| **Subject:** | documents |
| **Attachments:** | BEL080371.pdf; BENTL035558.pdf; BENTL035584.pdf; BENTL035585.pdf; BENTL035592.pdf; BENTL035606.pdf; BENTL035620.pdf |

Dear Jonathan:

Attached please find the following Bate labeled .pdf documents:

1. BENTL035558-BENTL035623

2. BEL080371-BEL080417

If you have any questions, please feel free to contact me.

Best,

Veronica C. Abreu, Esq.
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue at Prudential Center
Boston, MA 02199-7613
Direct: 617-239-0750
Fax: 617-227-4420

vabreu@eapdlaw.com
www.eapdlaw.com

Boston, Ft. Lauderdale, Hartford, New York, Providence, Short Hills, Stamford, West Palm Beach, Wilmington, London (Representative office)

Disclosure Under IRS Circular 230: Edwards Angell Palmer & Dodge LLP informs you that any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE
This e-mail message from Edwards Angell Palmer & Dodge LLP is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it.