# EXHIBIT H



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa. Florida  33609
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

CONTABILIZADO

NÚMERO: 80.147
FECHA: 08.05.98

INVOICE Nº 1998/005

INVOICE DATE: 31ʳᵗ May, 1998

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees  Agreement | USD | 32.950 |
| | | |
| **Invoice Amount** | **USD    32.950** | |

| CUENTA | IMPORTE | DIT |
|---|---|---|
| 629 20 0101 | 5.000.000 | D |
| 407 00 0870/ | 5.000.000 | H |
| | | |
| | | |
| | | |
| ASIENTO | FECHA | FIRMA |

BENTLEY PHARMACEUTICALS, INC.
PHONE 813.281.0961
FAX    813.282.8941

BEL080371
HIGHLY CONFIDENTIAL



**Bentley Pharmaceuticals, Inc.**
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida 33609
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montesagón, 9
28033 Madrid
Madrid (Spain)

CONTABILIZADO
NUMERO: 80.174
FECHA: 08.06.98

**INVOICE Nº 1998/006**

**INVOICE DATE:** 30th June, 1998

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | USD | 32.950 |
| *Invoice Amount* | | *USD 32.950* |

| CUENTA | CARGO | ABONO |
|---|---|---|
| 6292010101 | 5.000.000 | D |
| 4070010701 | 5.000.000 | H |
| | | |
| | | |
| ASIENTO | FECHA | FIRMA |

**BENTLEY PHARMACEUTICALS, INC.**
PHONE 813. 281. 0961
FAX      813. 282. 8941

**A161**

BEL080372
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida 33609
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE N° 1998/007

INVOICE DATE: 31ˢᵗ July, 1998

**CONTABILIZADO**
NUMERO: 80.369
FEC:... 08/10/98

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees  Agreement | USD | 95.560 |
| *Invoice Amount* | | *USD*   95.560 |

| CUENTA | IMPORTE | D/H |
|---|---|---|
| 629 2010101 | 15.472.850 | D |
| 402001020l | 15.472.850 | H |
| | | |
| | | |
| | | |
| ASIENTO | FECHA | FIRMA |
| | | |

BENTLEY PHARMACEUTICALS, INC.
PHONE 813. 281. 0961
FAX      813. 282. 8941

A162

BEL080373
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida  33609
Tel. 813.281.0961
Fax. 813.282.8941

C.I.F. A78964038
LABORATORIOS BELMAC, S.A.

Montearagón, 9
28033 Madrid
Madrid (Spain)

**INVOICE Nº 1998/008**

**INVOICE DATE: 31ᵗʰ August, 1998**

CONTABILIZADO
NUMERO: 80.369
FECHA: 08/10/98

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees  Agreement | USD | 95.560 |
| *Invoice Amount* | | **USD    95.560** |

BENTLEY PHARMACEUTICALS, INC.
PHONE  813. 281. 0961
FAX      813. 282. 8941

| CUENTA | IMPORTE | D/H |
|---|---|---|
| 6292010101 | 14.143.553 | D |
| 402001201 | 14.143553 | H |
| | | |
| | | |
| | | |
| ASIENTO | FECHA | FIRMA |
| | | |

BEL080374
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida  33609
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE Nº 1998/009

INVOICE DATE: 30th September, 1998

**CONTABILIZADO**
NUMERO: 80.369
FECHA: 08/10/98

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees  Agreement | USD | 95.560 |
| *Invoice Amount* | *USD*  95.560 | |



BENTLEY PHARMACEUTICALS, INC.
PHONE  813. 281. 0961
FAX      813. 282. 8941

BEL080375
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa. Florida  33609
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

CONTABILIZADO
NUMERO: 80.369
FECHA: 08.10.98

INVOICE Nº 1998/010

INVOICE DATE: 31ª October, 1998

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees  Agreement | USD | 95.560 |
| *Invoice Amount* | | USD    95.560 |

| CUENTA | IMPORTE | DBI |
|---|---|---|
| 629 70 10161 | 14.500.000 | D |
| 40700 1020l | 14.500.000 | H |
| | | |
| | | |
| | | |
| ASIENTO | FECHA | FIRMA |

BENTLEY PHARMACEUTICALS, INC.
PHONE  813. 281. 0961
FAX      813. 282. 8941

BEL080376
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida  33609
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

CONTABILIZADO
NUMERO: 80.424
FECHA: 06.11.98

INVOICE Nº 1998/011

INVOICE DATE: 30th November, 1998

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees  Agreement | USD | 95.560 |
| *Invoice Amount* | USD  95.560 | |

| CUENTA | IMPORTE | D/H |
|---|---|---|
| 6252010101 | 14.500.000 | D |
| 4020010201 | 14.500.000 | H |
| | | |
| | | |
| | | |
| ASIENTO | FECHA | FIRMA |

BENTLEY PHARMACEUTICALS, INC.
PHONE  813. 281. 0961
FAX      813. 282. 8941

BEL080377
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa. Florida 33609
Tel. 813.281.0961
Fax. 813.282.8941

C.I.F. A78964038
LABORATORIOS BELMAC, S.A.

Montearagón, 9
28033 Madrid
Madrid (Spain)

ABILIZADO
IERO:  80.510
1   IA    08.12.98

INVOICE Nº 1998/012

INVOICE DATE: 31st December, 1998

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees  Agreement | USD | 95.560 |
| | | |
| Invoice Amount | USD  95.560 | |

| | | DAH |
|---|---|---|
| 629.80 10 101 | 14.500.000 | A |
| 402.00 10 201 | 14.500.000 | 4 |
| | | |
| | | |
| ASIENTO | FECHA | FIRMA |

BENTLEY PHARMACEUTICALS, INC.
PHONE 813. 281. 0961
FAX    813. 282. 8941

BEL080378
HIGHLY CONFIDENTIAL

A167



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

C.I.F. A78964038
LABORATORIOS BELMAC, S.A.

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE Nº 1999/001

INVOICE DATE: 31st January 1999

~~CONTABILIZADO~~
NÚMERO 80.060
08.01.99

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 14.500.000 |
| *Invoice Amount* | | *14.500.000* |

| CUENTA | IMPORTE | D/H |
|---|---|---|
| 6239010101 | 14.500.000 | D |
| 4020010201 | 14.500.000 | H |

BENTLEY PHARMACEUTICALS, INC.
PHONE 00 1 603 964 8006
FAX      00 1 603 964 6889

BEL080379
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

C.I.F. A78964038
LABORATORIOS BELMAC, S.A.

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE Nº 1999/002

INVOICE DATE: 28ᵗʰ February 1999

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 15.213.000 |
| *Invoice Amount* | | *15.213.000* |

BENTLEY PHARMACEUTICALS, INC.
PHONE 00 1 603 964 8006
FAX    00 1 603 964 6889

BEL080380
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa. Florida
Tel. 813.281.0961
Fax. 813.282.8941

C.I.F. A78964038
LABORATORIOS BELMAC, S.A.

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE Nº 1999/003

INVOICE DATE: 30th  March  1999

CONTABILIZADO
NUMERO  80.160
                08·03·99

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 15.213.000 |
| *Invoice Amount* | | *15.213.000* |

| CUENTA | | D/H |
|---|---|---|
| 679 20t0t0 | 15.213.000 | D |
| 40 20t0t0 | 15.213.000 | H |

BENTLEY PHARMACEUTICALS, INC.
PHONE  00 1 603 964  8006
FAX     00 1 603 964  6889

BEL080381
HIGHLY CONFIDENTIAL



**Bentley Pharmaceuticals, Inc.**
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE Nº 1999/004

INVOICE DATE: 30th April 1999

CONTABILIZADO
NUMERO: 86.217
FEC.... 08.04.99

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 15.000.000 |
| **Invoice Amount** | | **15.000.000** |

| CUENTA | | FCH |
|---|---|---|
| 629 70610 1 | 15.000.000 | D |
| 402 00 0 70 1 | 15.000.000 | H |
| | | |
| ASIENTO | FECHA | FIRMA |

**BENTLEY PHARMACEUTICALS, INC.**
PHONE 00 1 603 964 8006
FAX    00 1 603 964 6889

BEL080382
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa. Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE N° 1999/005

INVOICE DATE: 31ˢᵗ  May  1999

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 15.000.000 |
| | | |
| *Invoice Amount* | | *15.000.000* |

BENTLEY PHARMACEUTICALS, INC.
PHONE 00 1 603 964 8006
FAX     00 1 603 964 6889

BEL080383
HIGHLY CONFIDENTIAL



**Bentley Pharmaceuticals, Inc.**
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
   LABORATORIOS BELMAC, S.A.

Montearagón, 9
28033 Madrid
Madrid (Spain)

CONTABILIZADO
NUMERO: 80.321
FECHA   08.06.99

INVOICE Nº 1999/006

INVOICE DATE: 30ᵗʰ June 1999

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 15.000.000 |
| **Invoice Amount** | | **15.000.000** |

| CUENTA | IMPORTE | D/H |
|---|---|---|
| 6292010101 | 15000000 | D |
| 4030010201 | 15000000 | H |
| | | |
| | | |
| | | |
| ASIENTO | | |

**BENTLEY PHARMACEUTICALS, INC.**
PHONE  00 1 603 964 8006
FAX    00 1 603 964 6889

BEL080384
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

C.I.F. A78964038
LABORATORIOS BELMAC, S.A.

Montearagón, 9
28033 Madrid
Madrid (Spain)

CONTABILIZADO
NUMERO: 80·368
FECHA  08·07·99

INVOICE Nº 1999/007

INVOICE DATE: 31ˢᵗ July 1999

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 15.000.000 |
| *Invoice Amount* | | *15.000.000* |

| CUENTA | CONCEPTO | IVA |
|---|---|---|
| 6 29 20 10 10 | 15.000.000 | 0 |
| 40 20 01 0 201 | 15.000.000 | Y |
| | | |
| | | |
| ASIENTO | FECHA | |

BENTLEY PHARMACEUTICALS, INC.
PHONE  00 1 603 964 8006
FAX      00 1 603 964 6889

BEL080385
HIGHLY CONFIDENTIAL



**Bentley Pharmaceuticals, Inc.**
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
LABORATORIOS BELMAC, S.A.

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE N° 1999/008

INVOICE DATE: 31st August 1999

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 15.000.000 |
| **Invoice Amount** | | **15.000.000** |

| FECHA | | D/H |
|---|---|---|
| 6.29 80 1010 | 15.000.000 | D |
| 10 300 10 201 | 15.000.000 | H |
| | | |
| | | |
| ASIENTO | FECHA | |

**BENTLEY PHARMACEUTICALS, INC.**
PHONE 00 1 603 964 8006
FAX    00 1 603 964 6889

BEL080386
HIGHLY CONFIDENTIAL



**Bentley Pharmaceuticals, Inc.**
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

CABILIZADO
NÚMERO: 80.480
08.09.99

INVOICE Nº 1999/009

INVOICE DATE: 30ᵗʰ  September 1999

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 15.000.000 |
| *Invoice Amount* | | *15.000.000* |

| CUENTA | | |
|---|---|---|
| 6290010101 | 15.000.000 | |
| 4020010201 | 15.000.000 | |
| | | |
| ASIENTO | FECHA | |

**BENTLEY PHARMACEUTICALS, INC.**
PHONE 00 1 603 964 8006
FAX    00 1 603 964 6889

BEL080387
HIGHLY CONFIDENTIAL



**Bentley Pharmaceuticals, Inc.**
4890 West Kennedy Boulevard, Suite 400
Tampa. Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

CONTABILIZADO
NUMERO: 80·571
FECHA: 08·10·99

**INVOICE Nº 1999/010**

**INVOICE DATE:** 31ˢᵗ  October  1999

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 15.000.000 |
| *Invoice Amount* | | *15.000.000* |

| | | | |
|---|---|---|---|
| 629 20 10 10 | 15.500.000 | | 0 |
| 40 20 01 01 20 | 15.000.000 | | 4 |
| | | | |
| | | | |
| ASIENTO | FECHA | | |

**BENTLEY PHARMACEUTICALS, INC.**
**PHONE 00 1 603 964 8006**
**FAX     00 1 603 964 6889**

BEL080388
HIGHLY CONFIDENTIAL



**Bentley Pharmaceuticals, Inc.**
4890 West Kennedy Boulevard, Suite 400
Tampa. Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

CONTABILIZADO
NUMERO: 80.635
FECHA: 08.11.99

**INVOICE Nº 1999/011**

**INVOICE DATE:** 30ᵗʰ November 1999

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 15.000.000 |
| *Invoice Amount* | | *15.000.000* |

| | | D/H |
|---|---|---|
| 6290|010| | 15.000.000 | D |
| 4070|01070| | 15.000.000 | H |
| ASIENTO | FECHA | PUNV. |

**BENTLEY PHARMACEUTICALS, INC.**
PHONE 00 1 603 964 8006
FAX     00 1 603 964 6889

BEL080389
HIGHLY CONFIDENTIAL



**Bentley Pharmaceuticals, Inc.**
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE Nº 1999/012

INVOICE DATE: 31ST December 1999

CONTABILIZADO
NUMERO: 1732
FECHA: 31.12.99

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 60.113.896 |
| *Invoice Amount* | | *60.113.896* |

| | | |
|---|---|---|
| 629.01 30601 | 60 113 896 | D |
| 402.00.10201 | 60 113 896 | H |
| ASIENTO | FECHA | SUMA |

**BENTLEY PHARMACEUTICALS, INC.**
PHONE   00 1 603 964 8006
FAX       00 1 603 964 6889

BEL080390
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE N° 2000/001

INVOICE DATE: 31ST January 2000

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 16.000.000 |
| *Invoice Amount* | | *16.000.000* |

BENTLEY PHARMACEUTICALS, INC.
PHONE 00 1 603 964 8006
FAX     00 1 603 964 6889

BEL080391
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

C.I.F. A78964038
LABORATORIOS BELMAC, S.A.

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE Nº 2000/002

INVOICE DATE: 29ᵗʰ February 2000

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 16.000.000 |
| *Invoice Amount* | | *16.000.000* |

BENTLEY PHARMACEUTICALS, INC.
PHONE  00 1 603 964 8006
FAX      00 1 603 964 6889

BEL080392
HIGHLY CONFIDENTIAL



**Bentley Pharmaceuticals, Inc.**
4890 West Kennedy Boulevard, Suite 400
Tampa. Florida
Tel. 813.281.0961
Fax. 813.282.8941

C.I.F. A78964038
LABORATORIOS BELMAC, S.A.

Montearagón, 9
28033 Madrid
Madrid (Spain)

CONTABILIZADO
NUMER... 7-008
FEC... 31·03·00

INVOICE Nº 2000/003

INVOICE DATE: 30ᵗʰ March 2000

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 16.000.000 |
| *Invoice Amount* | | *16.000.000* |

629.110000 | 16.000.000 ) 1
402001620 | 16.000.000 1F

**BENTLEY PHARMACEUTICALS, INC.**
PHONE 00 1 603 964 8006
FAX    00 1 603 964 6889

BEL080393
HIGHLY CONFIDENTIAL