

Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

C.I.F. A78964038
LABORATORIOS BELMAC, S.A.

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE Nº 2000/004

INVOICE DATE: 30ᵗʰ April 2000

...IZADO
9.082
30.04.00

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 16.000.000 |
| *Invoice Amount* | | *16.000.000* |

BENTLEY PHARMACEUTICALS, INC.
PHONE 00 1 603 964 8006
FAX      00 1 603 964 6889

BEL080394
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

CONTABILIZAD.
NUMERO: 11.924
FEC.. 31.05.00

**INVOICE Nº 2000/005**

**INVOICE DATE:** 31ˢᵗ May 2000

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 16.000.000 |
| *Invoice Amount* | | *16.000.000* |

| | | |
|---|---|---|
| 625 00000001 | 16.000.000 | 0 |
| 4020010204 | 16.000.000 | 4 |

**BENTLEY PHARMACEUTICALS, INC.**
PHONE 00 1 603 964 8006
FAX    00 1 603 964 6889

BEL080395
HIGHLY CONFIDENTIAL



**Bentley Pharmaceuticals, Inc.**
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

ABILIZADO
NUMERO: 14.768
FECHA: 30.06.000

INVOICE Nº 2000/006

INVOICE DATE: 30th June 2000

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 16.000.000 |
| **Invoice Amount** | | **16.000.000** |

**BENTLEY PHARMACEUTICALS, INC.**
PHONE 00 1 603 964 8806
FAX    00 1 603 964 6889

BEL080396
HIGHLY CONFIDENTIAL



**Bentley Pharmaceuticals, Inc.**
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montcaragón, 9
28033 Madrid
Madrid (Spain)

NUMERO: 17.277
31.07.00

INVOICE Nº 2000/007

INVOICE DATE: 31st  July  2000

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 16.000.000 |
| *Invoice Amount* | | *16.000.000* |

**BENTLEY PHARMACEUTICALS, INC.**
PHONE  00 1 603 964  8006
FAX      00 1 603 964  6889

| CUENTA | | IVH |
|---|---|---|
| 6291100001 | 16.000.000 | 0 |
| 4020010201 | 16.000.000 | 4 |
| | | |
| | | |
| ATENTO | FECHA | |

BEL080397
HIGHLY CONFIDENTIAL



**Bentley Pharmaceuticals, Inc.**
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE N° 2000/008

INVOICE DATE: 31ˢᵗ August 2000

CONTABILIZAR
NUMERO: 18.866
FEC.... 31.08.00

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 4.000.000 |
| **Invoice Amount** | | **4.000.000** |

**BENTLEY PHARMACEUTICALS, INC.**
PHONE 00 1 603 964 8006
FAX    00 1 603 964 6889

629 Modcop   4.000.000   0
4626010701   4.000.000   H

BEL080398
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

C.I.F. A78964038
LABORATORIOS BELMAC, S.A.

Montenragón, 9
28033 Madrid
Madrid (Spain)

INVOICE Nº 2000/009

INVOICE DATE: 30ᵗʰ September 2000

CONTA
NUME: 21.964
FEC: 30.9.00

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 16.000.000 |
| *Invoice Amount* | | *16.000.000* |

BENTLEY PHARMACEUTICALS, INC.
PHONE  00 1 603 964 8006
FAX      00 1 603 964 6889

| | | D/H |
|---|---|---|
| 620 110001 | 16.000.000 | D |
| 402001020l | 16.000.000 | H |

BEL080399
HIGHLY CONFIDENTIAL

A188



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.287.8941

C.I.F. A78964038
LABORATORIOS BELMAC, S.A.

Montearagón, 9
28033 Madrid
Madrid (Spain)

CONTABILIZA
NUMERO: 24.767
FECHA  31.10.00

INVOICE Nº 2000/010

INVOICE DATE: 31st October 2000

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 16.000.000 |
| | | |
| **Invoice Amount** | | **16.000.000** |

| CUENTA | | IVA |
|---|---|---|
| 629 (10000) | 16.000.000 | D |
| 407.00(0701) | 16.000.000 | H |
| | | |
| | | |
| CENTRO | FECHA | |

BENTLEY PHARMACEUTICALS, INC.
PHONE 00 1 603 964 8006
FAX   00 1 603 964 6889

BEL080400
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

C.I.F. A78964038
LABORATORIOS BELMAC, S.A.

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE Nº 2000/011

INVOICE DATE: 30ᵗʰ  November  2000

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 16.000.000 |
| *Invoice Amount* | | *16.000.000* |

| CUENTA | | |
|---|---|---|
| 629 11... | 16.000.000. | D |
| 407001070? | 16.000.000. | H |
| | | |
| | | |
| VIENTO | FECHA | ...A |

BENTLEY PHARMACEUTICALS, INC.
PHONE 00 1 603 964 8006
FAX      00 1 603 964 6889

BEL080401
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

C.I.F. A78964038
LABORATORIOS BELMAC, S.A.

Montearagón, 9
28033 Madrid
Madrid (Spain)

CONTABILIZADO
NUMERO: 30.429
FECHA: 30.12.00

INVOICE Nº 2000/012

INVOICE DATE: 31ᵗʰ   December  2000

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 16.000.000 |
| **Invoice Amount** | | **16.000.000** |

| CUENTA | | | DH |
|---|---|---|---|
| 629 11 00001 | 16 000 000 | | D |
| 407 00 10201 | 16 000 000 | | H |
| | | | |
| | | | |

VENTO        FECHA

BENTLEY PHARMACEUTICALS, INC.
PHONE  00 1 603 964  8006
FAX       00 1 603 964  6889

BEL080402
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa. Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE Nº 2001/001

INVOICE DATE: 31ˢᵗ January 2001

NÚMERO: 3662
FE...   20.01.01

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 16.000.000 |
| *Invoice Amount* | | *16.000.000* |

| CUENTA | IMPORTE | D/H |
|---|---|---|
| 629 110001 | 16.000.000 | D |
| 40 2001 0201 | 16.000.000 | H |

| ASIENTO | FECHA | FIRMA |
|---|---|---|

**BENTLEY PHARMACEUTICALS, INC.**
PHONE  00 1 603 964 8006
FAX     00 1 603 964 6889

BEL080403
**HIGHLY CONFIDENTIAL**



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE Nº 2001/002

INVOICE DATE: 28ᵗʰ February 2001

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 16.000.000 |
| *Invoice Amount* | | *16.000.000* |

BENTLEY PHARMACEUTICALS, INC.
PHONE 00 1 603 964 8006
FAX     00 1 603 964 6889

BEL080404
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

C.I.F. A78964038
LABORATORIOS BELMAC, S.A.

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE N° 2001/003

INVOICE DATE: 31st March 2001

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 16.000.000 |
| *Invoice Amount* | | *16.000.000* |

| CUENTA | IMPORTE | D/H |
|---|---|---|
| 62911 00001 | 16.000.000 | D |
| 40200110201 | 16.000.000 | H |
| | | |
| | | |
| | | |
| ASIENTO | FECHA | FIRMA |
| | | |

BENTLEY PHARMACEUTICALS, INC.
PHONE  00 1 603 964 8006
FAX      00 1 603 964 6889

BEL080405
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

**INVOICE Nº 2001/004**

**INVOICE DATE: 30ᵗʰ April 2001**

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 16.000.000 |
| *Invoice Amount* | | *16.000.000* |

**BENTLEY PHARMACEUTICALS, INC.**
**PHONE 00 1 603 964 8006**
**FAX 00 1 603 964 6889**

| CUENTA | IMPORTE | D/H. |
|---|---|---|
| 629 0110000 | 16 000 000 | D |
| 4020010201 | 16 000 000 | H |
| | | |
| | | |
| ASIENTO | FECHA | FIRMA |
| | | |

BEL080406
**HIGHLY CONFIDENTIAL**



**Bentley Pharmaceuticals, Inc.**
4890 West Kennedy Boulevard, Suite 400
Tampa. Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC,  S.A.**

Montcaragón, 9
28033 Madrid
Madrid (Spain)

**INVOICE Nº 2001/005**

**INVOICE DATE: 31ˢᵗ  May  2001**

NÚMERO: 15 478
FECHA: 30 05 01

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 16.000.000 |
| *Invoice Amount* | | *16.000.000* |

**BENTLEY PHARMACEUTICALS, INC.**
**PHONE  00 1 603 964  8006**
**FAX      00 1 603 964  6889**

| CUENTA | IMPORTE | D/H |
|---|---|---|
| 629010001 | 16.000.000 | D |
| 402001201 | 16.000.000 | H |
| | | |
| | | |
| | | |
| ASIENTO | FECHA | FIRMA |
| | | |

BEL080407
**HIGHLY CONFIDENTIAL**



**Bentley Pharmaceuticals, Inc.**
4890 West Kennedy Boulevard, Suite 400
Tampa. Florida
Tel. 813.281.0961
Fax. 813.282.5941

**C.I.F. A78964038**
   LABORATORIOS BELMAC,  S.A.

Montearagón, 9
28033 Madrid
Madrid (Spain)

**INVOICE Nº 2001/006**

**INVOICE DATE: 30ᵗʰ  June  2001**

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 16.000.000 |
| | | |
| *Invoice Amount* | | *16.000.000* |

**BENTLEY PHARMACEUTICALS, INC.**
PHONE 00 1 603 964  8006
FAX     00 1 603 964  6889

| | IMPORTE | D/H |
|---|---|---|
| 629 allaaa | 16.000.000 | D |
| 402001020 | 16.000.000 | H |
| | | |
| | | |
| | | |
| ASIENTO | FECHA | FIRMA |
| | | |

BEL080408
HIGHLY CONFIDENTIAL



**Bentley Pharmaceuticals, Inc.**
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE N° 2001/007

INVOICE DATE: 31ˢᵗ  July 2001

21.393
31.07.01

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 16.000.000 |
| | | |
| *Invoice Amount* | | *16.000.000* |

| CUENTA | IMPORTE | D/H |
|---|---|---|
| 629011·····l | 16.000.000 | D |
| 40700l0l0l | 16.000.000 | H |
| | | |
| | | |
| | | |
| ASIENTO | FECHA | FIRMA |

**BENTLEY PHARMACEUTICALS, INC.**
PHONE  00 1 603 964 8006
FAX      00 1 603 964 6889

BEL080409
**HIGHLY CONFIDENTIAL**



**Bentley Pharmaceuticals, Inc.**
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
  **LABORATORIOS BELMAC, S.A.**

  Montearagón, 9
  28033 Madrid
  Madrid (Spain)

**INVOICE Nº 2001/008**

**INVOICE DATE: 31st  August 2001**

23.244
31 08 01

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 4.000.000 |
| *Invoice Amount* | | *4.000.000* |

**BENTLEY PHARMACEUTICALS, INC.**
**PHONE  00 1 603 964 8006**
**FAX     00 1 603 964 6889**

| | IMPORTE | D/H |
|---|---|---|
| 6290116000l | 4000.000 | D |
| 402001020l | 4.000.000 | H |
| | | |
| | | |
| | | |
| ASIENTO | FECHA | FIRMA |

BEL080410
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE Nº 2001/009

INVOICE DATE: 30th September 2001

26.489
30.09.01

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 40.000.000 |
| | | |
| *Invoice Amount* | | *40.000.000* |

BENTLEY PHARMACEUTICALS, INC.
PHONE 00 1 603 964 8006
FAX    00 1 603 964 6889

| | | |
|---|---|---|
| 629olkeeeel | 40.000.000 | 1) |
| 4o2ooelo2oļ | 40.000.000 | H |
| | | |
| | | |
| | | |
| ASIENTO | FECHA | FIRMA |

BEL080411
HIGHLY CONFIDENTIAL



**Bentley Pharmaceuticals, Inc.**
4890 West Kennedy Boulevard, Suite 400
Tampa. Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
  LABORATORIOS BELMAC, S.A.

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE Nº 2001/010

INVOICE DATE: 31st   October  2001

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 20.000.000 |
| *Invoice Amount* | | *20.000.000* |

**BENTLEY PHARMACEUTICALS, INC.**
PHONE  00 1 603 964  8006
FAX       00 1 603 964  6889

BEL080412
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

C.I.F. A78964038
LABORATORIOS BELMAC, S.A.

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE Nº 2001/011

INVOICE DATE: 30ᵗʰ  November  2001

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 20.000.000 |
| **Invoice Amount** | | **20.000.000** |

BENTLEY PHARMACEUTICALS, INC.
PHONE  00 1 603 964  8006
FAX      00 1 603 964  6889

| | IMPORTE | D/H |
|---|---|---|
| 62901/0000/ | 20.000.000 | D |
| 40200/0201 | 20.000.000 | H |
| ASIENTO | FECHA | FIRMA |

BEL080413
HIGHLY CONFIDENTIAL

A202



**Bentley Pharmaceuticals, Inc.**
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE Nº 2001/012

INVOICE DATE: 31ST  December 2001

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 20.000.000 |
| *Invoice Amount* | | **20.000.000** |

| | IMPORTE | DH. |
|---|---|---|
| 629 aMarced | 20 000 000 | D |
| 402010201 | 20 000 000 | H |
| | | |
| | | |
| | | |
| | | |
| ASIENTO | FECHA | FIRMA |

**BENTLEY PHARMACEUTICALS, INC.**
PHONE  00 1 603 964 8006
FAX     00 1 603 964 6889

BEL080414
**HIGHLY CONFIDENTIAL**



Bentley Pharmaceuticals, Inc.
65 Lafayette Road
North Hampton NH03862, USA
Tel. 603 9648006
Fax 603 9646889

C.I.F. A78964038
LABORATORIOS BELMAC, S.A.
Teide, 4 Planta baja
Poligono Empresarial "La Marina"
28700 San Sebastian de los Reyes
Madrid (Spain)

INVOICE Nº 2002/002

INVOICE DATE: 31 DECEMBER 2002

| Description | Currency | Total Amount |
|---|---|---|
| Agreement 01 January 2002 | | |
| Agreement on Technology Transfer and Know How Assignement 2002 | EUR | 500.000  EUR |
| *Invoice Amount* | | *500.000  EUR* |

BENTLEY PHARMACEUTICALS, INC.
PHONE  00 1 603 964 8006
FAX       00 1 603 964 6889

CONTABILIZADO
NUMERO:  32 / 05128
31.12.02

BEL080415
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
65 Lafayette Road
North Hampton NH03862, USA
Tel. 603 9648006
Fax 603 9646889

C.I.F. A78964038
LABORATORIOS BELMAC, S.A.
Teide, 4 Planta baja
Polígono Empresarial "La Marina"
28700 San Sebastian de los Reyes
Madrid (Spain)

INVOICE Nº 2002/003

INVOICE DATE: 31 DECEMBER 2002

| Description | Currency | Total Amount |
|---|---|---|
| CPE-215 | EUR | 522.429,04  EUR |
| Invoice Amount | | 522.429,04  EUR |

BENTLEY PHARMACEUTICALS, INC.
PHONE  00 1 603 964 8006
FAX    00 1 603 964 6889

CONTABILIZADO
NUMERO: 32 / 05129

31 | 12 0 2

BEL080416
HIGHLY CONFIDENTIAL



Bentley Pharmaceuticals, Inc.
65 Lafayette Road
North Hampton NH03862, USA
Tel. 603 9648006
Fax 603 9646889

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**
Telde, 4  Planta baja
Poligono Empresarial "La Marina"
28700 San Sebastian de los Reyes
Madrid (Spain)

**INVOICE Nº 2002/001**

**INVOICE DATE:  31 DECEMBER 2002**

| Description | Currency | Total Amount |
|---|---|---|
| Agreement 01 January 2002 | | |
| Agreement on Renting Services of Counsel and Efective Management 2002 | EUR | 420.000   EUR |
| *Invoice Amount* | | *420.000   EUR* |

**BENTLEY PHARMACEUTICALS, INC.**
PHONE  00 1 603 964  8006
FAX       00 1 603 964  6889

CONTABILIZADO
NUMERO:  22/5127
            21.12.02

BEL080417
HIGHLY CONFIDENTIAL