# EXHIBIT I

## Jonathan Fine

| | |
|---|---|
| **From:** | Dwight Bostwick |
| **Sent:** | Tuesday, August 22, 2006 6:46 PM |
| **To:** | Stewart, Craig |
| **Cc:** | Jonathan Fine; Abreu, Veronica; Mingolla, Joseph |
| **Subject:** | RE: documents |
| **Importance:** | High |

Craig –

My review of the information included in the "Intercompany Management Fee" charts and calculations attached to the August 10th e-mail below raises a few urgent questions that I wish to discuss with you as soon as possible. I'd like to discuss how Ethypharm can get sworn answers to certain questions relating to these documents if necessary prior to to filing our opposition. (We have previously reserved Ethypharm's right to ask questions about these documents)

Before we can decide what, if anything, Ethypharm needs in terms of sworn statements or testimony in this area, I need to know as soon as possible whether the documents produced in the August 10th e-mail below are all of the documents that exist relating to these intercompany management fees. Most urgently, and most specifically, I ask you to provide Bentley's response to the following questions:

(1) Why do the produced monthly intercompany management fee calculations end in December of 2001? I assume that these monthly management fee calculations continued since the management contracts continued past this date yet Bentley did not produce anything beyond December of 2001. We need them through December of 2003.

(2) Where are the specific documents or representations made to or filed with the Spanish or American authorities to obtain the tax benefits from these management fee arrangements? I assume these exist and are easy to obtain from Bentley or Belmac's tax attorneys. I am concerned that some or all of these documents will be in Spanish and that Ethypharm will be further prejudiced by not having time to translate and review these documents before having to respond to summary judgment.

Thank you for your prompt attention to this matter. I emphasize that it is my design simply to get the answers/documents in a form we can use as efficiently as possible so as not to prejudice my client.

Dwight

---

**From:** Abreu, Veronica [mailto:VAbreu@eapdlaw.com]
**Sent:** Thursday, August 10, 2006 5:11 PM
**To:** Jonathan Fine
**Cc:** Mingolla, Joseph; Field, Erin
**Subject:** documents

Dear Jonathan:

Attached please find the following Bate labeled .pdf documents:

9/20/2006                              A208

1. BENTL035558-BENTL035623

2. BEL080371-BEL080417

If you have any questions, please feel free to contact me.

Best,

Veronica C. Abreu, Esq.
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue at Prudential Center
Boston, MA 02199-7613
Direct: 617-239-0750
Fax: 617-227-4420

vabreu@eapdlaw.com
www.eapdlaw.com

Boston, Ft. Lauderdale, Hartford, New York, Providence, Short Hills, Stamford, West Palm Beach, Wilmington, London (Representative office)

Disclosure Under IRS Circular 230: Edwards Angell Palmer & Dodge LLP informs you that any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE
This e-mail message from Edwards Angell Palmer & Dodge LLP is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it.