# EXHIBIT J

WASHINGTON | NEW YORK | LONDON

**BAACH
ROBINSON
&LEWIS**
PLLC

DWIGHT P. BOSTWICK
dwight.bostwick@baachrobinson.com

September 18, 2006

<u>VIA E-MAIL & FIRST CLASS MAIL</u>

Craig E. Stewart, Esq.
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Prudential Center
Boston, Massachusetts 02199-7613

Re:   <u>Ethypharm v. Bentley, 04-1300 (SLR)</u>

Dear Craig:

The attached letter dated Friday, September 15, 2006, was sent to our law firm marked for Saturday delivery. As you intended, this letter was delivered to us on Saturday, September 16, 2006 and was received today – the first business day after the due date for Ethypharm's Opposition to Bentley's Motion for Summary Judgment on the issue of agency. To our great surprise, your letter enclosed additional relevant documents responsive to Phase 1 discovery on the issues of agency and joint tortfeasor status. As you know, Bentley was required to produce these documents many months ago. In addition, you chose not to provide us with notice of the existence of these documents before Ethypharm filed its Opposition to Summary Judgment despite the fact that the attorneys with our respective law firms were in contact a number of times last week, including discussions that took place on Friday.

Bentley's production of agency related documents after the filing of Ethypharm's Opposition to Summary Judgment is unconscionable. This is especially true in light of the prejudice that Ethypharm has already suffered given Bentley's production of other highly relevant documents relating to agency after the close of Phase 1 discovery and in light of what we consider to be false statements and omissions of material fact that have been previously filed with the Court as part of sworn declarations of Bentley officials. In light of the seriousness of this matter, I ask that you immediately provide an explanation for the timing of this production and I alert you to the fact that we are actively considering the most appropriate manner in which to inform the Court of this matter.

Sincerely,

Dwight P. Bostwick

Enclosure

1201 F Street, NW | Suite 500 | Washington, DC 20004 | 202.659.6744 | 202.466.5738 fax