UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

ETHYPHARM S.A. FRANCE AND ETHYPHARM S.A. SPAIN,

Plaintiffs,

v.

BENTLEY PHARMACEUTICALS, INC.,

Defendant.

Civil Action No. 04-1300-SLR

**APPENDIX TO DEFENDANT BENTLEY PHARMACEUTICALS, INC.'S**

**REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

John L. Reed (I.D. 3023)
Denise Seastone Kraft (I.D. 2778)
Joseph B. Cicero (I.D. 4388)
**EDWARDS ANGELL PALMER & DODGE LLP**
919 N. Market Street, 15th Floor
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263

*Attorneys for Defendant*

**OF COUNSEL:**

Craig E. Stewart
Joseph P. Mingolla
Veronica C. Abreu
**EDWARDS ANGELL PALMER & DODGE LLP**
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

September 22, 2006

# INDEX TO APPENDIX TO DEFENDANT BENTLEY PHARMACEUTICALS, INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT


| | | Page Nos. |
|---|---|---|
| I. | Declarations: | |
| | a. Supplemental Declaration of Rafael Garcia-Palencia in Support of Defendant Bentley Pharmaceuticals, Inc.'s Motion to Dismiss | C-1 – C-3 |
| | b. Second Supplemental Declaration of James R. Murphy in Support of Defendant Bentley Pharmaceuticals, Inc.'s Motion to Dismiss | C-4 – C-7 |
| | c. Declaration of Michael D. Price in Support of Defendant Bentley Pharmaceuticals, Inc.'s Motion for Summary Judgment | C-8 – C-11 |
| II. | Fax from Adolfo deBasilio to Adolfo Herrera dated June 19, 1998 | C-12 – C-17 |
| III. | Escrituras: | |
| | a. Delegation of Power to Adolfo Herrera dated June 15, 1999 | C-18 – C32O |
| | b. Delegation of Power to Adolfo Herrera dated November 29, 1999 | C-33 – C39G |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE AND ETHYPHARM S.A. SPAIN,<br>Plaintiffs,<br>v.<br>BENTLEY PHARMACEUTICALS, INC.,<br>Defendant. | Civil Action No. 04-1300-SLR |

**SUPPLEMENTAL DECLARATION OF RAFAEL GARCÍA-PALENCIA IN SUPPORT OF DEFENDANT BENTLEY PHARMACEUTICALS, INC.'S MOTION FOR SUMMARY JUDGMENT**

John L. Reed (I.D. 3023)
Denise Seastone Kraft (I.D. 2778)
Joseph B. Cicero (I.D. 4388)
EDWARDS ANGELL PALMER & DODGE LLP
919 N. Market Street, 15th Floor
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263

*Attorneys for Defendant*

**OF COUNSEL:**

Craig E. Stewart
Joseph P. Mingolla
Veronica C. Abreu
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

September 19, 2006

I, Rafael García-Palencia, declare under penalty of perjury as follows:

1. I am a lawyer with the Spanish law firm of Alzaga, G. Palencia, G. de Mercado & Asociados, which was founded in 1967. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could competently testify to them. I make this supplemental declaration in support of Defendant Bentley Pharmaceuticals, Inc.'s Motion for Summary Judgment.

2. Alzaga, G. Palencia, G. de Mercado & Asociados is a member of IberForo, a network of Spanish law firms providing legal advice and services throughout Spain.

3. Since 2000, I have represented Laboratorios Belmac, S.A. ("Belmac"), a Spanish corporation headquartered in Madrid, Spain, with a pharmaceutical manufacturing facility in Zaragoza, Spain. Belmac is in the business of manufacturing and distributing pharmaceutical products.

4. Spanish law provides, subject to certain procedural requirements, that a Spanish corporation's Board of Directors is not required to meet in person, and may conduct its business in writing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of September, 2006 at Madrid, Spain.

Rafael García-Palencia

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on September 22, 2006.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE AND ETHYPHARM S.A. SPAIN,<br><br>Plaintiffs,<br><br>v.<br><br>BENTLEY PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil Action No. 04-1300-SLR |

**SECOND SUPPLEMENTAL DECLARATION OF JAMES R. MURPHY IN SUPPORT OF DEFENDANT BENTLEY PHARMACEUTICALS, INC.'S MOTION FOR SUMMARY JUDGMENT**

John L. Reed (I.D. 3023)
Denise Seastone Kraft (I.D. 2778)
Joseph B. Cicero (I.D. 4388)
EDWARDS ANGELL PALMER & DODGE LLP
919 N. Market Street, 15th Floor
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263

**OF COUNSEL:**

Craig E. Stewart
Joseph P. Mingolla
Veronica C. Abreu
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

September 22, 2006

I, James R. Murphy, declare under penalty of perjury as follows:

1. I am the chairman, chief executive officer, and a director of Bentley Pharmaceuticals, Inc. ("Bentley") and the President of Laboratorios Belmac, S.A. ("Belmac"). I have personal knowledge of the facts stated in this Second Supplemental Declaration, and if called as a witness, could competently testify to them. I make this Second Supplemental Declaration in support of Bentley's Motion for Summary Judgment.

2. Bentley incurs certain expenses and provides certain services that benefit – in addition to Bentley itself – its wholly-owned subsidiaries. For example, Bentley, which is a publicly traded company, incurs expenses in connection with having its shares listed on the New York Stock Exchange. Bentley (and, by extension, its wholly-owned subsidiaries) thus benefit from having access to capital markets. Bentley also is responsible for preparing and submitting all of the required filings with the Securities and Exchange Commission, which filings are required to include operating and financial results of its subsidiaries.

3. As explained more fully in the Declaration of Michael D. Price, portions of the costs incurred by Bentley are allocated and charged as fees to Belmac because they relate to or "benefit" Belmac. The costs are allocated by way of a management services agreement between Bentley and Belmac. This arrangement was developed in conjunction with tax consultants in Spain (on behalf of Belmac) and in the United States (on behalf of Bentley).

4. The "management fees" described in the preceding paragraph – which began to be charged in 1998 – are based on a rough estimate of time spent by each of the

individuals doing work that may be deemed to benefit Belmac.

5. Charging "management fees" to Belmac provides Belmac with a legally supportable tax benefit, as the management fees charged by Bentley constitute deductible business expenses that reduce taxable income in Spain (which in turn reduces the amount of taxes that have to be paid in Spain). This tax minimization strategy is important to Belmac and Bentley in view of the fact that Bentley's Spanish operating subsidiaries account for more than 90% of consolidated revenues.

6. During the period from 1998 through 2001, the percentage of my time allocated as benefiting Belmac ranged between 50 and 60%. This does not mean that such portion of my time was spent in managing the operations or controlling the activities of Belmac or Bentley's other Spanish subsidiaries. The day-to-day operational control of Belmac at all times resided (and continues to reside) in Belmac's general manager, Adolfo Herrera. Rather, the percentage reflects a rough estimate of my time which could fairly be characterized as relating to or benefiting Belmac. Such time would include, for example, time that I spent in exploring potential acquisitions or merger partners that could provide synergies to Belmac's business, including travel time; time that I devoted to receiving reports from Mr. Herrera and updating myself about the status of operations in Spain; and time that I spent in talking to analysts, existing and potential investors, as well as to Bentley's Board, regarding the business of the consolidated company, including Belmac.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21 day of September, 2006 at Exeter, New Hampshire.

James R. Murphy

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail or by delivery courier on September 22, 2006.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. FRANCE AND ETHYPHARM S.A. SPAIN,<br>Plaintiffs,<br>v.<br>BENTLEY PHARMACEUTICALS, INC.,<br>Defendant. | Civil Action No. 04-1300-SLR |

**DECLARATION OF MICHAEL D. PRICE IN SUPPORT OF DEFENDANT BENTLEY PHARMACEUTICALS, INC.'S MOTION FOR SUMMARY JUDGMENT**

John L. Reed (I.D. 3023)
Denise Seastone Kraft (I.D. 2778)
Joseph B. Cicero (I.D. 4388)
EDWARDS ANGELL PALMER & DODGE LLP
919 N. Market Street, 15th Floor
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263

**OF COUNSEL:**

Craig E. Stewart
Joseph P. Mingolla
Veronica C. Abreu
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

September 22, 2006

I, Michael D. Price, declare under penalty of perjury as follows:

1. I was a Vice President, Chief Financial Officer, Secretary and Treasurer of Bentley Pharmaceuticals, Inc. ("Bentley") through September 11, 2006. I have personal knowledge of the facts stated in this declaration, and if called as a witness could competently testify to them. I make this declaration in support of Bentley's Motion for Summary Judgment.

2. I was Chief Financial Officer at Bentley from 1993 until September 11, 2006.

3. Bentley is the parent company for several wholly-owned subsidiaries, including non-party Laboratorios Belmac S.A. ("Belmac"), a company based in Spain.

4. Bentley incurs certain expenses and provides certain services that benefit – in addition to Bentley itself – its wholly-owned subsidiaries. For example, Bentley, which is a publicly traded company, incurs expenses in connection with having its shares listed on the New York Stock Exchange. Bentley (and, by extension, its wholly-owned subsidiaries) thus benefit from having access to capital markets. Bentley also is responsible for preparing and submitting all of the required filings with the Securities and Exchange Commission, which filings are required to include operating and financial results of its subsidiaries.

5. My duties at Bentley included meeting and speaking with actual and potential investors of the company, preparing for and participating in quarterly earnings calls, and making detailed presentations to the Bentley Board of Directors concerning the company's consolidated financial performance. In order to perform these tasks, I had to spend a considerable amount of time each month informing myself as to the financial performance not only of Bentley, but of its subsidiaries.

6. Because portions of the costs incurred in connection with the activities described in the preceding two paragraphs "relate" to Belmac, they are allocated to Belmac. The costs are

allocated by way of a management services agreement entered into between Bentley and Belmac. Under the agreement, portions of the time for certain employees – including the controller, the director of research and development, the chairman, and myself – are treated as being applied to Belmac and allocated to it. The arrangement was developed in conjunction with tax consultants in Spain (on behalf of Belmac) and in the United States (on behalf of Bentley).

7. The "management fees" described in the preceding paragraph – which began to be charged in 1998 – are based on a rough estimate of time spent by each of the individuals doing work that related to the subsidiaries. The person who originally performed the estimates, Elaine Melia, was employed in the finance department at Bentley until 2004. To compile these estimates, Ms. Melia would contact various Bentley employees (usually by telephone) for a rough estimate of the amount of the time that they spent on activities that could be allocated to Spain. For example, in my case the range of time I attributed to benefiting or relating to Belmac ranged from a high of 60% (in 1998) to a low of 40%. Similarly, because Ms. Melia's duties and responsibilities at Bentley included spending some of her time obtaining, interpreting and understanding financial statements from Belmac and preparing them for consolidation, a portion of her time was allocated as "benefiting" or "relating" to Belmac as well.

8. Charging "management fees" to Belmac provides Belmac with a legitimate and legally supportable tax benefit, as the management fees charged by Bentley constitute an expense that reduces taxable income in Spain (which in turn reduces the amount of taxes that had to be paid in Spain). This tax minimization strategy is important to Belmac and Bentley in view of the fact that its Spanish subsidiaries account for more than 90% of consolidated revenues.

9. At no time during my tenure at Bentley have I ever had any control, input or managerial responsibility over any of the activities of Belmac.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of September, 2006, at Exeter, New Hampshire.

Michael D. Price

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail or by delivery courier on September 22, 2006.



éthypharm

| Fax Nº: 91 388 76 47 | Nº Pag : 1 + 2 Date : 19/06/98 |
|---|---|
| From : Adolfo de Basilio | To : Adolfo HERRERA |
| CC: | Company: BELMAC |
| Subject : Preguntas de la Formulación Orgánica | |

Estimado Adolfo,

Nuestro Dpto. de Registros de Francia nos ha solicitado una serie de datos, y puesto que muchos de los datos de los que disponemos son insuficientes, necesitamos de vuestra colaboración. Así pues te ruego nos hagas un pequeño informe sobre las siguientes preguntas:

- ¿Cuál es la fórmula registrada por Belmac para el Belmazol en España? —
- ¿Cuál es la fórmula realmente utilizada por Belmac para el Belmazol?
- ¿Cuál es el procedimiento actualmente utilizado en la fabricación? ¿Hace cuanto tiempo que se emplea? ¿Está validado?
- ¿Cuál es el método actualmente utilizado? ¿Hace cuanto tiempo que se emplea? ¿Está validado?
- Con el fin de completar los datos de estabilidad necesitamos saber la fórmula de los siguientes lotes PrB-001, 002, 003 y UQM 019, 024, 025-A, 028, 030, 032, K10; y el último boletín analítico que se ha hecho sobre ellos.
- La fórmula del lote UQM 59 C-1 utilizado para el estudio de bioequivalencia.
- ¿Cuál es el último método analítico empleado? ¿Está validado?.
- El Flow-Chart con la nueva maquiña (GS)

Adjunto te envió, las respuestas, dadas por nuestro Dpto. de Registros en España, así como un histórico de las distintas fórmulas desde que Belmac fabrica para Ethypharm España para que las cotejes, modifiques y añadas lo que proceda.

Sin otro particular, recibe un cordial saludo,

[signature]

Adolfo de Basilio.



C-12

CONFIDENTIAL

**Preguntas sobre la formulación orgánica de éthypharm propuestas por Agnes Combe-Reinhardt**

**¿Cuál es la fórmula registrada por Belmac para el Belmazol en España?**

Similar a la que se utiliza ahora pero con Eudragit, que nunca se utilizó.

**¿Cuál es la fórmula realmente fabricada por Belmac para el Belmazol?**

La registrada, pero sin Eudragit (Manitol, HP 50, Lauril sulfato sódico, Explotab, PVC, Phamacoat)

**¿Cuál es la fórmula actualmente utilizada para los clientes de éthypharm España? rogamos aporten un histórico de las distintas formulas y estudios elaboradas desde que Belmac fabrica para Ethypharm España.**

La misma

Del lote UQM001 a UQM012 : MHB, neutros talla 20, Manitol,HP 50, PVP, Lauril sulfato sódico, Phamacoat, Explotab y Myvacet

Del lote UQM013 a UQM018 Pruebas – Lotes no conformes

Del lote UQM019 a UQM036 : MHB, neutros talla 20, Manitol,HP 50, Lauril sulfato sódico, Pharmacoat y Explotab ( sin PVP ni Myvacet)

Del lote UQM037 a UQM047 : MHB, neutros talla 20, Manitol HP 50, PVP, Lauril sulfato sódico, Pharmacoat, Explotab y Myvacet (sin Myvacet)

(P.D.: Todas ellas además llevan: Talco, sacarosa, agua purificada, alcohol etílico y acetona)

**¿Cuales son las últimas modificaciones realizadas en esta formulación?**

Variación, del [illegible] %, en la proporción de Pharmacoat a emplear.



C-13

CONFIDENTIAL

BENTL008239

**¿Cuál es el procedimiento actualmente utilizado en la fabricación? ¿Hace cuanto tiempo que se emplea? ¿Está validado?**

- Procedimiento traducido y adaptado por Mateo Gasca a partir de uno de éthypharm Francia
- 3 años? (*)
- No — paulatino

**¿Cuál es el método actualmente utilizado? ¿Hace cuanto tiempo que se emplea? ¿Está validado?**

- Método éthypharm excepto para las impurezas que se utiliza el interno de Belmac
- 1 año X
- Si esta validado X

**Con el fin de completar los datos de estabilidad necesitamos saber la fórmula de los siguientes lotes PrB-001, 002, 003 y UQM 019, 024, 025-A, 028, 030, 032, K10.**

**¿Cuál es la fórmula del lote UQM 59 C-1 utilizado para el estudio de bioequivalencia?**

**¿Cuál es el último método analítico empleado? ¿Está Validado?**

- Julio 1995
- ~~No~~ Si

**¿Cuál es el Flow-Chart con la nueva maquina (GS)**






C-14

ETHYPHARM
Marques de la Ensenada, 16 – 18004 Madrid (Spain)
Tel.: (34) 931-085-681 – Fax (34) 913-189-159
E-mail: Ethypharm.spain@med.servicom.es

| Fax no.: 91 388-76-47 | No. pages: 1 + 2 Date 06/19/98 |
|---|---|
| From: Adolfo de Basilio | To: Adolfo HERRERA |
| Cc: [blank] | Company: BELMAC |
| Subject: Questions about Organic Formulation | |

Dear Adolfo:

Our Registration Dept. in France has asked us for a series of data, and since a great part of the data that we have on hand is insufficient, we need your help. So I'm asking if you can prepare a brief report for us addressing the following questions:

- Which is the formula registered by Belmac for Belmazol in Spain?
- Which is the formula that Belmac really utilized for Belmazol?
- What process is currently used to manufacture it? For how long has it been used? Is it validated?
- In order to finalize the stability data, we need to know the formula for the following batches: PrB-001, 002, 003, and UQM 019, 024, 025-A, 028, 030, 032, K10; as well as the latest analytical bulletin made out on these.
- The formula for batch UQM 59 C-1 used for the bioequivalence study.
- What is the latest analytical method used? Is it validated?
- The flowchart with the new machine (GS).

I've enclosed the answers for you, as given by our Registration Dept. in Spain, as well as the history of the various formulae used since Belmac has been manufacturing for Ethypharm España so that you can compare them, change them and add whatever is required.

Best regards,

[signature]
Adolfo de Basilio

BENT1008238

**C-15**

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

**Questions suggested by Agnes Combe-Reinhardt with regards to the Ethypharm organic formulation**

**Which is the formula that Belmac has registered in Spain for Belmazol?**

Similar to the one that is being used now but with Eudragit (illegible handwriting pointing up from Eudragit), which was never used before.*
*Sentence underlined by hand, the last phrase double underlined

**Which is the formula that Belmac really created for Belmazol?**

The registered one, but without Eudragit (Manitol, HP50, Sodium Lauryl Sulfate, Pharmacoat, Explotab, PVC, Pharmacoat).

**Which is the formula being presently used for the clients of ethypharm España? We request that you provide a chronology of the various formulas and tests developed since Belmac started manufacturing for Ethypharm España.**

The same

From batch **UQM001** up to **UQM012:** MHB, size 20 neutrals, Manitol HP 50, PVP, Sodium Lauryl Sulfate, Pharmacoat, Explotab, and Myvacet

From batch **UQM013** up to **UQM018** Test - batches inconsistent

From batch **UQM019** up to **UQM036:** MHB, size 20 neutrals, Manitol HP 50, PVP, Sodium Lauryl Sulfate, Pharmacoat and Explotab (without PVP or Myvacet)*
*Paragraph enclosed within a hand drawn rectangular area

From batch **UQM037** up to **UQM047 :** MHB, size 20 neutrals, Manitol HP 50, PVP, Sodium Lauryl Sulfate, Pharmacoat and Explotab and Myvacet (without Myvacet)

(P.S.: All of them also have: Talc, sucrose, purified water, ethyl alcohol and acetone)

**What are the last changes implemented to this formula?**

Variation: the proportion of Pharmacoat to be used from 8 to 6 %. *
* The numbers are handwritten on top of a non legible printed number and there are several non legible signs, symbols and lines at the bottom of the page

BENTL008239

**C-16**

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP

**Which is the process currently utilized for the manufacturing? For how long has it been employed? Is it validated?**

- Process translated and adapted by Mateo Gasca, deriving from one of ethypharm Francia
- 3 years? * (the asterisk is handwritten and encircled)
- No (**no** is encircled by hand with an arrow pointing upwards and followed by a handwritten dash next to it)

**Which is the method that is being currently utilized? How long has it been employed? Is it validated?**

- The ethypharm method except for the impurities, for which the Belmac method is utilized
- 1 year
- Yes it is validated

(Hand drawn cross marks at the end of the last two lines)

**In order to finalize the stability data, we need to know the formula of the following batches PrB -001, 002, 003 and UQM 019, 024, 025-A, 028, 030, 032, K10.**
(Batch numbers triple underlined by hand)

**Which formula was utilized for the bioequivalence test on batch UQM 59 C-1?**
(UQM 59 C-1 underlined bold by hand)

**Which is the last analytical test that was employed? Is it validated?**
(Last phrase underlined by hand)

- July 1995
- (Crossed out answer followed by a handwritten underlined) yes

**What is the Flow-Chart with the new machine (GS)** (the word **ya** is handwritten followed by a circled asterisk and enclosed in a hand drawn rectangle, follows the question)

BENTL008240

C-17

Rough Translation for use by Attorneys During Depositions
May not be Submitted to Court without Permission of Edwards Angell Palmer & Dodge, LLP



Pza. Marqués de Salamanca, 10
Tel. 91 5767180 - Fax 91 5769740



# Notaria de Rafael Vallejo

MADRID

24.06.9 008364

Fax: 309 36 94
28001 MADRID

# Escritura de

PODER OTORGADA POR LA SOCIEDAD "LABORATORIOS BELMAC, S.A.". ----------------------------

Redacted

Núm. 2.759

REGISTRO MERCANTIL DE MADRID.
ASIENTO 285 DIARIO 889 - 285 1999
HORA 10:28 / FECHA 24.06.1999
PRESENTACION: 6/ 8364
PROT. 2.759 N 152 15.06.1999

C-18

BLANK PAGE

2Y4818393




Redacted

NUMERO DOS MIL SETECIENTOS CINCUENTA Y NUEVE.= = =

PODER. = = = = = = = = = = = = = = = = = = = = = =

En Madrid, a quince de junio de mil novecientos == noventa y nueve. = = = = = = = = = = = = = = = = = ==

Ante mí, RAFAEL VALLEJO ZAPATERO, Notario de Madrid, de su Ilustre Colegio, = = = = = = = = = = =

COMPARECE: = = = = = = = = = = = = = = = = = = = =

DON JAMES RICHARD MURPHY, de nacionalidad estadounidense, habla español, mayor de edad, casado, con domicilio en 381 Tessier Drive, St. Petersburg, Florida 33706 EE.UU, y titular del pasaporte número 100791160, expedido el 15 de abril de 1.991 en Boston, vigente. = = = = = = = = = = = = = = = = = = = =

INTERVIENE en nombre y representación de la sociedad mercantil española denominada "LABORATORIOS BELMAC, S.A.", con N.I.F. A-78-964038, domiciliada en Madrid, calle Montearagón, 9; constituída por tiempo indefinido con la denominación de "Rimafar, S.A.", mediante escritura autorizada el 28 de noviembre de 1988, por el Notario de Madrid, don José

BEL006513

Aristónico García Sánchez, númeo 3535 de protocolo; modificada su denominación por la actual, mediante escritura autorizada el 7 de febrero de 1992, por la Notario de Madrid doña María del Rosario Algora Wesolowski, número 341 de protocolo, habiendo adaptado sus Estatutos a la vigente legislación, mediante escritura autorizada el 25 de junio de 1992, por el Notario de Barcelona, don Antonio Ventura Traveset Hernández. INSCRITA en el Registro Mercantil de Madrid, tomo 6271, libro 0, folio 69, sección 8, hoja M-102225, inscripción 23. = = = = = = = = = = = = = = =

Actúa en su calidad de CONSEJERO DELEGADO SOLIDARIO de la Sociedad, habiendo sido nombrado miembro del Consejo, y delegadas todas las facultades que la Ley y los Estatutos Sociales atribuyen al Consejo de Administración, excepto las indelegables, por acuerdos adoptados por la Junta General Universal de Accionistas y el Consejo de Administración de la Sociedad, en su reunión conjunta celebrada el 3 de febrero de 1.999, cuyos acuerdos fueron elevados a público mediante escritura autorizada por mí el 13 de febrero de 1.999, número 357 de protocolo, aseverándome la vigencia de su cargo. = = = = = = = = = = = = = = = =

Tiene, a mi juicio, tal como interviene, capacidad

2Y4818394



para este acto, y = = = = = = = = = = = = = = = = = =

OTORGA: = = = = = = = = = = = = = = = = = = = = = = =

Que CONFIERE PODER a favor de DON ADOLFO HERRERA MALAGA, mayor de edad, casado, vecino de Las Rozas, Madrid, c/ Esparta, nº 39, con D.N.I. número 00386553-S, para que, en nombre y representación de "Laboratorios Belmac, S.A.", pueda efectuar las siguientes facultades: = = = = = = = = = = = = = = = = = = = = =

Redacted

1.- Convenir, concertar, ejecutar y cumplir toda clase de contratos que se refieran al objeto social, directa o indirectamente. Dirigir, regir y gobernar los negocios, bienes (muebles e inmuebles), derechos y, en general, el patrimonio de la compañía; y en tal sentido cuidar y atender la buena conservación de los bienes. Ejercitar y cumplir toda clase de derechos y obligaciones; rendir, extinguir y liquidar contratos de todo tipo, incluso de arrendamiento, seguro, trabajo y transporte. Nombrar, separar y despedir toda clase de empleados y obreros de la sociedad y fijar los sueldos, retribuciones,

BEL006515

reglamentos de trabajo y normas de situación y actuación. Asistir a Juntas de todas clases, con facultad de deliberar y votar. Abrir, contestar y firmar la correspondencia. Retirar de las Oficinas de Correos y Comunicaciones, cartas, certificados, despachos, paquetes, giros postales o telegráficos y valores declarados y de las Compañías ferroviarias, aéreas, navieras y de transporte en general, Adùanas, Muelles y Agencias, los géneros y efectos remitidos; formular protestas y reclamaciones y hacer dejes de cuenta y abandono de mercancías y levantar protestas de averías; tomar parte en concursos y subastas, oficiales y particulares, formulando propuestas, reservas y protestas y aceptando adjudicaciones, firmando las escrituras de contrata, con los pactos que se establezcan, incluso para cederlas posteriormente a tercero; todo ello con la más plena libertad y amplitud de claúsulas, pactos, condiciones y determinaciones, sin limitación alguna. = = = = = = = = = = = = =

2.- Librar, aceptar, avalar, endosar, cobrar, pagar, intervenir, negociar y descontar letras de cambio, cheques, talones y demás documentos de giro. Formular cuentas de resaca y protestos por falta de aceptación o de pago o de garantía o para mayor segu-



2Y4818395

ridad, hasta un límite máximo de VEINTE MILLONES DE PESETAS (20.000.000) por operación. = = = = = = = = = =

3.- Avalar, garantizar y afianzar toda clase de operaciones, deudas y obligaciones y préstamos. por cuenta y representación de la sociedad, sin limitación alguna de tiempo ni cantidad, tanto de particulares, de bancos, incluso el de España, Entidades, Cajas de Ahorro y Monte de Piedad y demás que fueren pertinentes; y suscribir y aceptar y otorgar a los fines dichos, las escrituras, pólizas, letras y documentos públicos y privados que se requieran, sin limitación alguna, hasta un límite máximo de VEINTE MILLONES DE PESETAS (20.000.000) por operación. = = =

4.- Operar con Cajas Oficiales, Cajas de Ahorro y Monte de Piedad y Bancos, incluso la Banca Oficial, haciendo cuanto la legislación y práctica bancarias permitan. Abrir, seguir, disponer, utilizar y cancelar en el Banco de España, en cualquier localidad o en cualquier otro Banco o Establecimiento de Crédito o Ahorro, cuentas corrientes ordinarias o de



C-24

crédito, solicitar y obtener préstamos, con garantia personal, de valores o de efectos comerciales y Cajas de Seguridad. Aprobar e impugnar cuentas, deudas, créditos, cobros, saldos y liquidaciones. Adquirir por cualquier título valores, cobrar sus dividendos y amortizaciones y vender sus cupones. Modificar, transferir, cancelar, retirar y constituir depósitos de efectivo o valores provisionales o definitivos, hasta un límite máximo de VEINTE MILLONES = = = = DE PESETAS por operación. = = = = = = = = = = = = =

5.- Solicitar, firmar y extender cheques, órdenes, transferencias y demás documentos y retirando cuadernos de cheques, de cualquier Banco o Establecimiento de Crédito o Ahorro, incluso del Banco de España, así como reconocer y pagar deudas, aceptar y cobrar créditos, tanto por capital como por intereses, dividendos y amortizaciones; aprobar e impugnar cuentas; aceptar pagos y cobrar sumas adeudadas por cualquier título y a favor o a cargo de cualquier persona, entidad o Corporación, incluso Estado, Autonomía, Provincia, o Municipio, Ministerios, Consejerías y Organismos Oficiales o personas naturales o jurídicas, públicas o privadas, firmando recibos, saldos, conformidades, resguardos y cartas de pago,

2Y4818396



hasta un límite máximo de VEINTE MILLONES DE PESETAS por operación. = = = = = = = = = = = = = = = = = = = =

6.- Disponer, enajenar, vender, transmitir, permutar, comprar, adquirir, gravar, hipotecar y contratar, activa o pasivamente, respecto de toda clase de bienes muebles, patentes, registros, marcas y vehículos, pudiendo en tal sentido, con las condiciones y por el precio de contado, confesado, o aplazado que estime pertinente. Ejercitar, otorgar, conceder y aceptar compras, ventas, transmisiones, enajenaciones, adquisiciones, permutas, aportes, cesiones en pago o para pago, hasta un límite máximo de VEINTE MILLONES DE PESETAS (20.000.000) por operación.

7.- Concertar, desempeñar y rescindir uniones de empresas e intervenir en sociedades, civiles o mercantiles, tanto en fase de constitución como después, y aceptar, desempeñar y renunciar los cargos que procedan. = = = = = = = = = = = = = = = = = = = =

8.- Representar a la Sociedad ante el Ministerio de Economía y Hacienda, Consejería del ramo en todas

BEL006519

y cada una de las Comunidades Autónomas, Delegaciones y Subdelegaciones, Oficinas Liquidadoras o Recaudadoras de cualquier impuesto, y ange cualesquiera Centros u Organismos o Dependencias de tales competencias; y al efecto recibir cuantos libramientos y demás cantidades que por cualquier otro concepto corresponda percibir a la Sociedad; satisfacer contribuciones y reclamar contra lo no aceptable; firmar declaraciones juradas e instancias e interponer y seguir toda clase de recursos por todos sus trámites, y otorgar cartas de pago y firmar recibos. = = = = = =

9.- Comparecer y actuar con plena personalidad, representando a la Sociedad como solicitante, otorgante, disponente, actora, demandada, coadyuvante, querellante o en cualquier otro concepto, en otorgamientos, disposiciones, asuntos, actos de conciliación, juicios, causas, reclamaciones, expedientes, actuaciones de todo orden; ante toda clase de Ministerios, Departamentos, Institutos, Oficinas y dependencias del Estado, Provincia y Municipio, Juzgados, Tribunales, Autoridades y Magistraturas de Trabajo, Fiscalías, Sindicatos, Delegaciones, Comités, Juntas, Jurados, Comisiones, Funcionarios y cualquier otro Centro y Organismo Civil, Penal, Mercantil, Adminis-



2Y4818397

trativo, Fiscal, Canónico, Contencioso-Administrativo, Gubernativo, Laboral, de cualquier otra naturaleza, orden o grado; en todas sus jurisdicciones, grados e instancias, interviniendo incluso ante el Tribunal Constitucional, y para toda clase de asuntos, cuestiones, gestiones, actuaciones, trámites, diligencias e instancias, hasta la total conclusión, acabamiento y cumplimiento de las disposiciones, otorgamientos, decisiones, soluciones, resoluciones, sentencias, conclusiones y fallos definitivos. Con toda suerte de facultades y posibilidades, incluso recusar y tachar, interponer recursos ordinarios y extraordinarios, como casación, revisión y nulidad; entablar excepciones y defensas, recabar testimonios, copias y certificaciones o asientos; solicitar y practicar toda suerte de diligencias, hasta las de carácter personal y pudiendo así ratificarse en los escritos; solicitar, conceder y aceptar quitas y esperas, levantar actas notariales e intervenir en las mismas; practicar requerimientos



C-28

BEL006520

BEL006521

y notificaciones y contestarlos; desistir de las actuaciones y apelaciones o recursos entablados y verificar renuncias y allanamientos, así como toda suerte de pedimentos y diligencias instadas, incluso hacer declaraciones, absolver posiciones y retirar consignaciones y fianzas. Llevar la representación en quitas y esperas, suspensiones de pagos, concursos y quiebras de deudores, asistir a las Juntas, nombrar síndicos y administradores, desempeñar todos los cargos, aceptar y rechazar las proposiciones del deudor, llevando todos los trámites hasta el término del procedimiento. Transigir derechos y acciones; someterse a árbitros, amigables componedores, árbitros de equidad, solución de terceros, etc., todo ello con plenitud de atribuciones y competencias, sin traba, excepción ni limitación de clase alguna, otorgando, al efecto, poderes a Procuradores y Letrados con las facultades usuales del poder procesal. = = = = = = =

10.- Solicitar de cualquier Registro Público, toda clase de asientos, inscripciones, certificaciones o cualquier otro documento; solicitar copias de cualesquiera escrituras otorgadas por la sociedad, incluso del presente poder. = = = = = = = = = = = = = =

11.- Ejercer, renunciar y revocar poderes confe-

2Y4818398



ridos y otorgar y revocar poderes de representación de la Sociedad, con las facultades que se precisen de entre las que tiene atribuidas, pudiendo otorgar poderes a Procuradores y Letrados con las facultades usuales del poder procesal. = = = = = = = = = = = = =

12.- Y suscribir y otorgar cuantos documentos públicos o privados afecten o interesen a la Sociedad, por cualquier título, supuesto o efecto, o por virtud de las facultades conferidas. = = = = = = = =

ASI LO OTORGA. = = = = = = = = = = = = = = = = = =

Hechas las reservas y advertencias legales. = = =

Permitida por mí, el Notario, al compareciente, por su elección, de conformidad con lo dispuesto en el artículo 193 del Reglamento Notarial, que lea la presente escritura, manifiesta quedar enterado por la lectura que ha efectuado, presta su consentimiento y la firma. = = = = = = = = = = = = = = = = = = = =

De haber identificado al compareciente por su reseñado Documento de Identidad y de todo lo demás consignado en este instrumento público extendido en



C-30

BEL006522

BEL006523



seis folios de papel exclusivo para documentos notariales, serie 2Y., números 4821816, 4821817, 4821818, 4821819, 4821820, y 4821821, yo, el Notario, doy fe.- Está la firma del compareciente. Signado: RAFAEL VALLEJO ZAPATERO. Rubricados y sellado. - - - - - - - - -

ES COPIA DE SU MATRIZ que, con el número de orden al principio indicado obra en mi protocolo general corriente de instrumentos públicos, en donde queda anotada. Y para el otorgante, según interviene, la expido en seis folios de papel exclusivo para documentos notariales, serie 2Y., números 4818393, 4818394, 4818395, 4818396, 4818397 y el del presente, que signo, firmo, rubrico y sello, en MADRID, a diecisiete de Junio de mil novecientos noventa y nueve. DOY FE.




D.A. 3.ª L. 8/89.- Documento no sujeto (Instrumento sin cuantía)





C-31



**REGISTRO MERCANTIL DE MADRID**

P.º de la Castellana, 44 - 28046 MADRID

| | |
|---|---|
| DOCUMENTO PRESENTADO | 1.999/06<br>8.364 |
| DIARIO | 889 |
| ASIENTO | 285 |

EL REGISTRADOR MERCANTIL que suscribe previo examen y calificación del documento precedente de conformidad con los artículos 18-2 del Código de Comercio y 6 del Reglamento del Registro Mercantil, ha procedido a su inscripción en el:

TOMO : 6.271 LIBRO : 0 FOLIO : 79
SECCION: 8 HOJA : M-102225
INSCRIPCION : 35

Madrid, 28 de JUNIO de 1.999

EL REGISTRADOR,

BASE: SIN CUANTIA 32,15 Euros.
HNOS S/M: CINCO MIL TRESCIENTAS CINCUENTA

REGISTRO MERCANTIL DE MADRID
JOSE Mª RODRIGUEZ BARROCAL



C-32