[notary logo]

Plaza Marqués de Salamanca, 10
Tel: 91 5767180 – Fax: 91 5769740

Notary Office
of
RAFAEL VALLEJO
Madrid

24.06.9 098364

Fax: 309 – 36 95
28001 Madrid

Legal Instrument
of

Power of Attorney Granted by
"LABORATORIOS BELMAC, S. A. (Company)"

Redacted

Number: 2.759

Madrid Company Registry
Entry 285 Ledger 889 – 285
Time 10:28 am/Date June 24, 1999
Presentation: **6/8364**
Prot. 2.759 N. 152  15.06.1999

BEL006510

**C-32A**

[blank page]

BEL006511

C-32B

2Y 4818393

[seal] Notary Office of Rafael Vallejo                    [illegible stamps]

Redacted    NUMBER: TWO THOUSAND AND FIFTY NINE. = = =
            POWER OF ATTORNEY. = = = = = = = = = = = = = = =

In Madrid, on the Fifteenth Day of June one thousand nine hundred and ninety nine.

THERE APPEARED BEFORE ME, RAFAEL VALLEJO ZAPATERO, Notary of Madrid, of
its Illustrious College of Notaries, = = = = = = = = = = = = = = = = = = =
Mr. JAMES RICHARD MURPHY, of U.S. nationality, who speaks Spanish, of legal
age, married, domiciled at 381 Tessier Drive, St. Petersburg, Florida 33706 USA, and
holder of passport number 100791160, issued on April 15, 1991 in Boston, valid.

ACTING on behalf of and representing the Spanish corporation (*sociedad mercantil*)
called "LABORATORIOS BELMAC, S. A, ", with N. I. F. number A-78-964038,
domiciled in Madrid, at calle Montearagón, 9; created for an undetermined period of time
with the name "Rimafar, S. A.", on the basis of an authorized document dated November
28, 1988, by the Notary Public of Madrid, Mr. José Aristónico García Sánchez, notary

1

BEL006512
**C-32C**

registry number 3535; amending its name to the present one, on the basis of legal instrument of February 7, 1992, by the Notary of Madrid, Mrs. María del Rosario Algora Wesolowski, notary registry number 341, having adapted its by-laws to current law, on the basis of legal instrument of June 25, 1992, by the Notary of Barcelona, Mr. Antonio Venture Traveset Hernández. Said company is registered with the Madrid Company Registry in Volume 6271, Folio 0, Page 69, Section 8, page M-102225, entry 23.= = =

Acting in his capacity as Chief Executive Officer, jointly obligated with the Company, having been named a member of the Board, and having been delegated all the powers the Law and the Company by-laws attribute to the Board of Directors, except those which may not be delegated, by agreement of the Shareholders at their General Meeting and the Board of Directors of the Company, at their joint meeting held on February 3, 1999, whose agreements were disclosed in a legal instrument authorized by me on February 13, 1999, notary registry number 357, stating that his position is current. = = = = = = = =

In my judgment, he is empowered to act in this capacity, and = = =

2

BEL006513

C-32D

2Y4818394

GRANTS: = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

And that this position grants Mr. Adolfo Herrera Malaga, of legal age, married, residing at Las Roxàs, Madrid, c/Esparata No. 39, with D.N. I. [national ID Number] 00386553-S so that he may use, in the name and representation of "Laboratorios Belmac, S. A.", full powers to : = = = = = = = = = = = = = = = = =

1 – Draw up, negotiate, execute and perform all category of contracts with respect of the company's purpose, either directly or indirectly;  Operate, run and govern the businesses, assets (tangible and intangible), rights, and, in general, the equity of the company and in that sense properly care for and oversee those assets; Exercise and comply with all category of rights and obligations; give up, terminate and liquidate all types of contract, including leasing, insurance, labor and transportation contracts; Appoint, remove and dismiss all category of employee and workers from the company and set the work wages,

3

remuneration and regulations and standards of the place and performance; Attend all category of meetings, with powers to deliberate and vote; Open, answer and sign correspondence; Withdraw letters, certificates, remittances, packages, money or telegraphic money orders and declared values from the Postal and Communications' Offices, and the merchandise and effects shipped via rail, air and sea transport companies in general, and those with Customs, Docks and Agencies; Make declarations and claims, and reject and relinquish merchandise and lodge damage complaints; Participate in competitive bids and auctions, both official and private, [by drawing up proposals, and stating reservations and declarations to protect rights, ] and accepting contract awards by signing contractual documents for agreements that are drawn up, including subsequent assignment of the latter to third parties; and doing so freely for the broadest clauses, agreements, conditions and determinations without any limitations. = = = = = = = = = = = = = = = = = = = =

2 – Sign, accept, guarantee, endorse, present for payment, pay, control, negotiate and cash notes, checks and coupons and other business transaction documents;  draw up deeds of protest or make formal declarations against non-payment or acceptance or for

4

BEL006515

**C-32F**

2Y4818395

security, up to a maximum limit of TWENTY MILLION PESETAS (20.000.000) per transaction. = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

3 – Endorse, guarantee and secure any category of transaction, debt, obligation or loan on behalf of and in representation of the company, without any limitation of time or amount, from individuals, banks, including the Bank of Spain, Entities, the *Cajas de Ahorro y Monte de Piedad*, and others that might be relevant; and subscribe, accept and grant to said purposes the requisite documents, policies, letters and public and private instruments without any limitation up to a maximum limit of TWENTY MILLION PESETAS (20.000.000) per transaction. = = = = = = = = = = = = = = = = = = = = = = = = = = =

4 – Transact with Official Savings Institutions, the *Cajas de Ahorro y Monte de Pieda,* including the Official Bank, to the extent permitted by law and banking practice. Open, follow, have, use and close at the Bank of Spain, or any locality or at any other Bank or Savings and Credit Institution, ordinary demand accounts or credit accounts, request and

5

BEL006516

C-32G

obtain loans, with personal guarantees, or with securities, commercial instruments or [the contents of] safety deposit boxes as collateral; Approve or question accounts, debts, loans, charges, balances or settlements; Acquire securities on any basis, pay dividends or interest and sell the coupons thereof. Amend, transfer, cancel, withdraw and make cash deposits or deposits of definitive or temporary amounts, up to a maximum limit of TWENTY MILLION PESETAS (20.000.000) per transaction. = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

5 – Request, sign and issue checks, orders, transfers and other documents and obtain checkbooks from any Bank or Savings and Loan Institutions, including the Bank of Spain as well as acknowledge and pay debts, take out or provide loans, on the basis of equity capital, interests (equity shares), dividends and interest; approve and question accounts; accept payments and charge for sums lent on any basis on behalf of or from any person, entity or Corporation, including the State, Autonomous Region, Province or Town, Government Ministries, Councils or Official Bodies or natural or legal persons, public and private, by signing receipts, balances, agreements, vouchers and releases

6

BEL006517

C-32H

2Y4818396

up to a maximum limit of TWENTY MILLION PESETAS (20.000.000) per transaction.
= = = = = = = = = = = = = = = = = = = = = = = = = = = = =

6 – Hold, alienate, sell, transmit, exchange, sell, acquire, pledge, mortgage and contract, either as an asset or liability, every category of personal property, patents, registrations, marks and instruments according to the conditions and stated price, cash price or price in installments that he deems suitable; Execute, grant, agree to and accept purchases, sales, transfers, alienations, acquisitions, exchanges, contributions and assigns as payment or for payment, up to a maximum limit of TWENTY MILLION PESETAS (20.000.000) per transaction. = = = = = = = = = = = = = = = = = = = = = = = = = =

7 – Agree to, perform and rescind the merger of companies or act in partnerships or companies in the start-up phase or subsequently, and accept, perform or give up positions therein. = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

8 – Represent the Company at the Ministry of Economy and Finance or Department

7

BEL006518

C-32I

thereof at any of the Autonomous Communities, their Delegations or Sub-delegations, Settlement or Collection Offices for any tax, and to any Centers or Bodies or Related Offices; and to this end receive any budgetary disbursements and other amounts that on any other basis the Company should receive; Fulfill its [employer] contributions and lodge complaints against what is unacceptable; Sign sworn statements and pleas, and bring and follow all types of claims for all its formalities, and grant release and sign receipts. = = = = =

9 – Appear in person and act with full legal status to represent the Company as the requesting party, granting party, availing party, initiating party, plaintiff, respondent, petitioner or on any other basis to provide authorizations, make arrangements, resolve matters, and in settlements, trials, cases, complaints, files and any other type of proceeding before any category of Ministry, Department, Institute, Office and Offices of the State, Provinces or Towns, First instance Courts, Courts, Labor Authorities and Courts, Tax Offices, Unions, Delegations, Committees, Boards, Juries, Commissions, Civil Servants and any other Civil, Criminal, Business, Administrative, Tax, Church,

8

BEL006519

**C-32J**

2Y4818397

Administrative Law, Governing or Labor Center or Civil Body, of any other type, order or grade;  in all jurisdictions, at all levels and courts, being a party even to matters brought before the Constitutional Court, and in all matters, for all issues, arrangements, proceedings, formalities, enforcement and pleas until the provisions, authorizations, decisions, solutions, resolutions, sentences, findings and final rulings are concluded, handed down or fulfilled; With full powers and possibilities, including that of recusal or challenge, to file ordinary or extraordinary motions for appeal, review and nullification; Make pleas and mount a defense, collect witness statements, copies and certifications or consents; Request and carry out all type of formalities, even those of a personal nature that thus may be confirmed in written documents; Request, provide and accept reductions in debt amounts or extensions payment times, have notarized documents drawn up and be a party to same; write demand [letters] and notifications and answer same;

9

BEL006520
**C-32K**

proceedings and appeals and filings undertaken and verify disclaimers and acceptances *
as well as petitions and proceedings that have been instigated, including make statements,
reply to interrogatories and withdraw deposits and security deposits. Make
representations in reductions of debt amounts or extensions of payment times, suspension
of payments, insolvency and bankruptcy proceedings, attend Board meetings, appoint
syndics * and board members, perform all duties, accept and turn down debtor proposals,
performing all formalities until the end of the procedure; Settle claims amounts and suits;
accept arbitrators, amiable compositeurs, ex aequeo et bono arbitrators, third-party
solutions, etc. with full powers and attribution of competence without exception or
limitation of any kind, granting for that purpose customary powers of legal representation
to attorneys and authorized agents (*Letrados*). = = = = = = = = = = = = = = = = = =
10 – Request from any Public Registry, any category of consent, registration, certification
or any other document; Request copies of any documents provided by the company,
including this power of attorney. = = = = = = = = = = = = = = = = =
11 - Exercise, give up or revoke the powers conferred, and grant and revoke such powers

10

BEL006521

**C-32L**

2Y4818398

to represent the Company that are specified among the ones that are attributed it, being able to grant the customary powers of legal representation to attorneys and authorized agents (*Letrados*). = = = = = = = = = = = = = = = = =

12 – And sign and grant any private or public documents that affect or are of interest to the Company, on any basis, circumstances or for any purpose or by virtue of the powers conferred. = = = = = = = = = = = = = = = = =

IS HEREBY GRANTED. = = = = = = = = = = = = = = = = =.

The legal reservations and admonitions having been made. = = =

Allowed by me, the Notary Public, to he who appeared before me, for his choice, in accordance with the provision of Article 193 of the Notarial Regulations, to read this document, and who states that he has read and understood this document, and therefore agrees to it and signs it. = = = = = = = = = = = = = = = = =

Having identified the person who appeared before me on the basis of his Identity

11

BEL006522

**C-32M**

Document and all other matters set forth in this public document issued on six sheets of special paper for notarized documents, series 2Y, numbers 4321816, 4821817, 4321818, 4821819, 4321820, 4821821, I, the Notary, so attest. This is the signature of the person who appeared before me. Signed: RAFAEL VALLEJO ZAPATERO. Initialed and sealed.

THIS IS A COPY OF THE ORIGINAL, which is numbered as indicated on the first page and is in my general current protocol for public documents, where it is noted. And for the grantor, as acting herein, I hereby issue in six sheets of special paper for notarized documents, 2Y, numbers 4818393, 4818294, 4818395, 4818296, 4818397 and this number, which I mark, sign, initial and seal in Madrid, on the seventeenth day of June of one thousand nine hundred and ninety nine.

[notarial seal]: Notarial Office of Rafael Vallejo – Madrid
[illegible signature]

[box]: [illegible letters and number] document with  no heading
no amount instrument

12

BEL006523
**C-32N**

[Logo of Company Registry]

Madrid Company Registry

Pza. de la Castellana, 44 – 28046 Madrid

Document presented 1999/06

8.364

Ledger          889

Line            285

[text]

The Company Registrar who undersigns after examining and categorizing the foregoing document in accordance with Article 18-2 of the Commercial Code and Regulation 6 of the Company Registry, has proceeded to register it in:

Volume 6271, Folio 0, Page 79,

Section 8, page M-102225, Entry: 35

Madrid: June 28, 1999

The Registrar

[illegible signature]

[seal:] Company Registry of Madrid

Basis:  no amount       32.15 euros

Fees: FIVE THOUSAND THREE HUNDRED AND FIFTY

*Montse*

AH: Jorge Espinoso.



Pza. Marqués de Salamanca, 10
Tel. 91 5767180 - Fax 91 5769740

7 hojas.



# Notaria
## de
# Rafael Vallejo
## MADRID

15.12.99 004037

Javier Agreda Abanades
Gral. Pardiñas, 42
Tfnos. 309 39 89 - 309 38 36
Fax: 309 36 94
28001 MADRID

# Escritura
## de

PODER OTORGADO POR LA COMPAÑIA "LABORATORIOS BELMAC, S.A."

Adolfo Herrera

Redacted

REGISTRO MERCANTIL DE MADRID.
ASIENTO   528 DIARIO   931  - 528
HORA  10:04 / FECHA  15.12.1999
PRESENTACION: 12/  4037
PROT.   5.218 N  162 29.11.1999

Núm.    5.218        En Madrid, a 29 de   Noviembre    de 199 9

C-33  BEL006526



PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES

3D7484043

Redacted

NUMERO CINCO MIL DOSCIENTOS DIECIOCHO.= = = = =

PODER.  = = = = = = = = = = = = = = = = = = =

En Madrid, a veintinueve  de noviembre de mil no-

vecientos noventa y nueve. = = = = = = = = = = = = =

Ante mí, RAFAEL VALLEJO ZAPATERO, Notario de Ma-

drid, de su Ilustre Colegio,   = = = = = = = = = = =

COMPARECE:  = = = = = = = = = = = = = = = = = = =

DON JAMES RICHARD MURPHY,  de  nacionalidad  esta-

dounidense, habla español, mayor  de  edad, casado,

con domicilio en 381 Tessier Drive, St. Petersburg,

Florida 33706 EE.UU, y titular del pasaporte número

100791160, expedido el 15 de abril de 1.991 en Bos-

ton, vigente. = = = = = = = = = = = = = = = = = = =

INTERVIENE en nombre y  representación de la  so-

ciedad mercantil española  denominada  "LABORATORIOS

BELMAC, S.A.", con  N.I.F.  A-78-964038,  domiciliada

en Madrid,  calle  Montearagón, 9;  constituída  por

tiempo indefinido con  la  denominación  de  "Rimafar,

S.A.", mediante escritura  autorizada  el  28  de  no-

viembre de 1988, por el Notario de Madrid, don José

1

C-34

BEL006527

Aristónico García Sánchez, número 3535 de protocolo;
modificada su denominación por la actual, mediante
escritura autorizada el 7 de febrero de 1992, por la
Notario de Madrid doña María del Rosario Algora Weso-
lowski, número 341 de protocolo, habiendo adaptado
sus Estatutos a la vigente legislación, mediante es-
critura autorizada el 25 de junio de 1992, por el No-
tario de Barcelona, don Antonio Ventura Traveset Her-
nández.   INSCRITA en el Registro Mercantil de Ma-
drid, tomo 6271, libro 0, folio 69, sección 8, hoja
M-102225, inscripción 23. = = = = = = = = = = = = =    Redacted

Actúa en su calidad del CONSEJERO DELEGADO SOLIDA-
RIO de la Sociedad, habiendo sido nombrado miembro
del Consejo, y delegadas todas las facultades que la
Ley y los Estatutos Sociales atribuyen al Consejo de
Administración, excepto las indelegables, por acuer-
dos adoptados por la Junta General Universal de Ac-
cionistas y el Consejo de Administración de la Socie-
dad, en su reunión conjunta celebrada el 3 de febrero
de 1.999, cuyos acuerdos fueron elevados a público
mediante escritura autorizada por mi el 13 de febrero
de 1.999, número 357 de protocolo, aseverándome la
vigencia de su cargo. = = = = = = = = = = = = = = =

Tiene, a mi juicio, tal como interviene, capacidad

2

C-35

BEL006528

PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES



3D7484044

Redacted para este acto, y = = = = = = = = = = = = = = = =

OTORGA: = = = = = = = = = = = = = = = = = = =

Que CONFIERE PODER a favor de DON ADOLFO HERRERA MALAGA, mayor de edad, casado, vecino de Madrid, calle Julio Palacios, 29, con D.N.I. número 00386553-S, para que, en nombre y representación de "Laboratorios Belmac, S.A.", pueda efectuar las siguientes facultades: = = = = = = = = = = = = = = = = = = =

a) Operar con Cajas Oficiales, Cajas de Ahorro y Monte de Piedad y Bancos, incluso la Banca Oficial, haciendo cuanto la legislación y práctica bancarias permitan. Abrir, seguir, disponer, utilizar y cancelar en el Banco de España, en cualquier localidad o en cualquier otro Banco o Establecimiento de Crédito o Ahorro, cuentas corrientes ordinarias o de crédito, solicitar y obtener préstamos, con garantía personal, de valores o de efectos comerciales y Cajas de Seguridad. Aprobar e impugnar cuentas, deudas, créditos, cobros, saldos y liquidaciones. Adquirir por cualquier título valores, cobrar sus di-

3

C-36

BEL006529

videndos y amortizaciones y vender sus cupones.    Mo-
dificar, transferir, cancelar, retirar y constituir
depósitos de efectivo o valores provisionales o defi-
nitivos. = = = = = = = = = = = = = = = = = = =

   b)  Avalar, garantizar y afianzar toda clase de
operaciones, deudas y obligaciones y préstamos, por
cuenta y representación de la sociedad, sin limita-
ción alguna de tiempo ni cantidad, tanto de particu-
lares, de bancos,  incluso el de España, Entidades,
Cajas de Ahorro y Monte de Piedad y demás que fueren
pertinentes; y suscribir y aceptar y otorgar a los
fines dichos, las escrituras, pólizas, letras y docu-
mentos públicos y privados que se requieran, (sin)li-

Redacted

mitación alguna. = = = = = = = = = = = = = = = = =

   ASI LO OTORGA. = = = = = = = = = = = = = = = = =

   Hechas las reservas y advertencias legales, entre
ellas la obligatoriedad de inscribir este poder en el
REgistro Mercantil. = = = = = = = = = = = = = = = =

   Permitida por mí, el Notario, al compareciente,
por su elección, de conformidad con lo dispuesto en
el artículo 193 del Reglamento Notarial, que lea la
presente escritura, manifiesta quedar enterado por la
lectura que ha efectuado, presta su consentimiento y
la firma. = = = = = = = = = = = = = = = = = = = = =

4

C-37

BEL006530

PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES




3D7484045

De haber identificado al compareciente por su re-
señado Documento de Identidad y de todo lo demás
consignado en este instrumento público extendido en
tres folios de papel exclusivo para documentos nota-
riales, serie 3D., números 7487442, 7487443 y
7487444, yo, el Notario, doy fe. Está la firma del compa
reciente.- Signado: RAFAEL VALLEJO ZAPATERO.- Rubricados y se--
llado. - - - - - - - - - - - - - - - - - - - - - - - - - --

ES COPIA DE SU MATRIZ, que con el número de orden al principio
indicado, obra en mi protocolo general corriente de instrumentos
públicos, en donde queda anotada. Y para la sociedad otorgante, la
libro en tres folios de papel exclusivo para documentos
notariales, serie 3D, números 7484043, 7484044 y el del presente,
que signo, firmo, rubrico y sello, en Madrid, el uno de Diciembre
de mil novecientos noventa y nueve.- DOY FE.-



D.A. 3.ª L. 8/89.- Documento no sujeto
(Instrumento sin cuantía)

5

C-38



**REGISTRO MERCANTIL DE MADRID**
P.º de la Castellana, 44 - 28046 MADRID

EL REGISTRADOR MERCANTIL que suscribe previo examen
y calificación del documento precedente de conformidad con
los artículos 18-2 del Código de Comercio y 6 del Reglamen-
to del Registro Mercantil, ha procedido a su inscripción en el:

DOCUMENTO 1.999/12
PRESENTADO    4.037

DIARIO    931

ASIENTO    528

TOMO :  6.271 LIBRO :    0 FOLIO :  80
SECCION: 8    HOJA : M-102225
INSCRIPCION :    37

Madrid,    28 de DICIEMBRE  de 1.999
EL REGISTRADOR,

BASE: SIN CUANTIA    32,15 Euros.
HNOS S/M: CINCO MIL TRESCIENTAS CINCUENTA



C-39

BEL006532

842                                          [h.w.] Montse [?]
[stamp:] Dec. 3, 1991                        [h.w.:] Att: Jorge Espinozo
[h.w.]: 050

[notary logo]                                Plaza Marqués de Salamanca, 10
                                             Tel: 91 5767180 – Fax: 91 5769740

                                                  [h.w.:] 7 sheets

  Notary Office
      of
  RAFAEL VALLEJO            15.12 98 [?] 004037
    Madrid

Javier Agrada Abanados
Graf. Pardiñas, 42
Telefones: 309 – 39 89 – 309 38 36
Fax 399 36 94
28001 Madrid


                        Legal Instrument
                              of


                    Power of Attorney Granted by
           "LABORATORIOS BELMAC, S. A. (Company)"
                      [h.w.]: Adolfo Herrera




Number: 5.218                        Madrid Company Registry
                                       Entry 526 Ledger 931– 528
                                       Time 10:04 am/Date June 15, 1999
                                       Presentation: **12/4037**
                                       Prot. 5.218 N. 152  29.11.1999
                                       In Madrid, November 29, 1999


[the word redacted appears from this page through BEL006529]


                                                    BEL006526
                                                      **C-39A**

3D7484043

[seal] Notary Office of Rafael Vallejo                    [illegible stamps]

Redacted   NUMBER: FIVE THOUSAND AND EIGHTEEN. = = =
           POWER OF ATTORNEY. = = = = = = = = = = = = = =


In Madrid, on the twenty ninth Day of November one thousand nine hundred and ninety nine.


THERE APPEARED BEFORE ME, RAFAEL VALLEJO ZAPATERO, Notary of Madrid, of its Illustrious College of Notaries, = = = = = = = = = = = = = = = = = = = =
Mr. JAMES RICHARD MURPHY, of U.S. nationality, who speaks Spanish, of legal age, married, domiciled at 381 Tessier Drive, St. Petersburg, Florida 33706 USA, and holder of passport number 100791160, issued on April 15, 1991 in Boston, valid.


ACTING on behalf of and representing the Spanish corporation (*sociedad mercantil*) called "LABORATORIOS BELMAC, S. A, ", with N. I. F. number A-78-964038, domiciled in Madrid, at calle Montearagón, 9; created for an undetermined period of time with the name "Rimafar, S. A.", on the basis of an authorized document dated November 28, 1988, by the Notary Public of Madrid, Mr. José Aristónico García Sánchez, notary


1


BEL006527

**C-39B**

registry number 3535; amending its name to the present one, on the basis of legal instrument of February 7, 1992, by the Notary of Madrid, Mrs. María del Rosario Algora Wesolowski, notary registry number 341, having adapted its by-laws to current law, on the basis of legal instrument of June 25, 1992, by the Notary of Barcelona, Mr. Antonio Venture Traveset Hernández. Said company is registered with the Madrid Company Registry in Volume 6271, Folio 0, Page 69, Section 8, page M-102225, entry 23.= = =

Acting in his capacity as Chief Executive Officer, jointly obligated with the Company, having been named a member of the Board, and having been delegated all the powers the Law and the Company by-laws attribute to the Board of Directors, except those which may not be delegated, by agreement of the Shareholders at their General Meeting and the Board of Directors of the Company, at their joint meeting held on February 3, 1999, whose agreements were disclosed in a legal instrument authorized by me on February 13, 1999, notary registry number 357, stating that his position is current. = = = = = = = =

In my judgment, he is empowered to act in this capacity, and = = =

2

BEL006528

**C-39C**

3D7484044

GRANTS: = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

And that this position grants Mr. Adolfo Herrera Malaga, of legal age, married, residing at Madrid, calle Julio Palacios 29,  with D.N. I. [national ID Number] 00386553-S so that he may use, in the name and representation of "Laboratorios Belmac, S. A.", the following powers to: = = = = = = = = = = = = = = = = = =

a) Transact with Official Savings Institutions, the *Cajas de Ahorro y Monte de Pieda,* including the Official Bank, to the extent permitted by law and banking practice. Open, follow, have, use and close at the Bank of Spain, or any locality or at any other Bank or Savings and Credit Institution, ordinary demand accounts or credit accounts, request and obtain loans, with personal guarantees, or with securities,  commercial instruments or [the contents of ] safety deposit boxes as collateral; Approve or question accounts, debts, loans, charges, balances or settlements; Acquire securities on any basis, pay dividends

3

BEL006529
**C-39D**

or interest and sell the coupons thereof. Amend, transfer, cancel, withdraw and make cash deposits or deposits of definitive or temporary amounts. ====================

b) Endorse, guarantee and secure any category of transaction, debt, obligation or loan on behalf of and in representation of the company, without any limitation of time or amount, from individuals, banks, including the Bank of Spain, Entities, the *Cajas de Ahorro y Monte de Piedad*, and others that might be relevant; and subscribe, accept and grant to said purposes the requisite documents, policies, letters and public and private instruments [h.w.: parenthesis] (without) any limitation. ====================

IS HEREBY GRANTED. ==================.

The legal reservations and admonitions having been made. ===

Allowed by me, the Notary Public, to he who appeared before me, for his choice, in accordance with the provision of Article 193 of the Notarial Regulations, to read this document, and who states that he has read and understood this document, and therefore agrees to it and signs it. =================

4

BEL006530

**C-39E**

3D7484045

[seal] Notary Office of Rafael Vallejo                [illegible stamp]

Having identified the person who appeared before me on the basis of his Identity Document and all other matters set forth in this public document issued on six sheets of special paper for notarized documents, series 2Y, numbers 4321816, 4821817, 4321818, 4821819, 4321820, 4821821, I, the Notary, so attest. This is the signature of the person who appeared before me. Signed: RAFAEL VALLEJO ZAPATERO. Initialed and sealed.

THIS IS A COPY OF THE ORIGINAL, which is numbered as indicated on the first page and is in my general current protocol for public documents, where it is noted. And for the grantor, as acting herein, I hereby issue in six sheets of special paper for notarized documents, 3D, numbers 7484043, 7484044 and this number, which I mark, sign, initial and seal in Madrid, on the seventeenth day of June of one thousand nine hundred and ninety nine.

[notarial seal]: Notarial Office of Rafael Vallejo – Madrid
[illegible signature]
[illegible letters and number]
[box: document with no heading
      (no amount instrument)]

5

BEL006531

**C-39F**

[Logo of Company Registry]

Madrid Company Registry

Pza. de la Castellana, 44 – 28046 Madrid


Document presented 1999/12

           4.037


Ledger          931


Line           528


[text]


The Company Registrar who undersigns after examining and categorizing the foregoing document in accordance with Article 18-2 of the Commercial Code and Regulation 6 of the Company Registry, has proceeded to register it in:

Volume 6271, Ledger: 0, Page 80,

Section 8, Page M-102225, Entry: 35

Madrid: June 28, 1999

The Registrar

[illegible signature]

[seal:] Company Registry of Madrid


Basis:  no amount    32.15 Euros

Fees:  FIVE THOUSAND THREE HUNDRED AND FIFTY

BEL006532

**C-39G**