MEETING REPORT

Philadelphia, February 5, 1997

| **Bentley – Belmac** |
| --- |

<u>Bentley-Belmac</u>:
    Mr. J. Murphy

<u>Ethypharm</u>
    CD

## I. *Belmac Spain Problem*

J. Murphy claimed to be unaware of the situation prior to our letter of January 20, 1997, which is plausible. I therefore reviewed the sequence of events, in particular since the meeting of October 10, 1996:

- MHB[1] is the only justification for an Ethypharm manufacturing presence in Spain.

- Under current conditions, it takes 20 batches of MHB a year to balance the books, in addition to 23-25 batches of other products (aspirin, Piroxicam and Indomethacin). We need to make at least 40 batches of MHB to fill our orders and make a reasonable profit.

- There was no effort at improvement between our quality audit report of early 1996 and our quality audit report of early 1997. There is no problem with the facilities, but there is lack of compliance with procedures, quality training for personnel, organization and GMPs.

- It was impossible to reach agreement on a new manufacturing contract in light of Belmac's demands. Our 40 million pesetas give Belmac a profit, while we face a loss until we have manufactured 20 batches of MHB plus 25 other products.

As a first step, J. Murphy suggested that Belmac take over all our activities in Spain and do the manufacturing and sales for us. I made the following proposal:

- We need to be sure that they can manufacture 40 batches of MHB and that they can achieve compliance with GMP.
- Before the summer, 20 batches of MHB need to be produced, and significant progress needs to be made towards improving GMP compliance. If they can do that, we will continue to pay our rent of 40 million pesetas a year, i.e. 20 million every six months.

Overdue rent will be paid over the course of the year (Belmac wants bills of exchange so they can be discounted), minus outstanding amounts due from Belmac.[2]

---

[1] TN: Expansion of this abbreviation is unknown, but from context it seems clearly to refer to omeprazole.
[2] TN: This seems the most logical reading; the original French is not entirely clear.

If all goes as planned, we will propose a "fee per MHB batch" beginning with 20 and ranging up to 40. According to our calculations, the 40 batches can be manufactured with a single team. However, the additional money should cover the additional cost of the second team (two people) that will be required above 40 batches.

I am sending the English-language translation of the quality assurance report to J. Murphy, along with a written confirmation of our proposal. J. Murphy will discuss this immediately with C. Gonzales and will be in Europe in two to three weeks. Bentley-Belmac has a quality consultant (formerly SKB) for all of its manufacturing processes. He has not yet been to Saragossa, but should visit there very soon.

## II.  *Other*

Bentley is reportedly on the brink of buying a US-based company with a new GMP plant, a sales force and a product portfolio that is thought to include about twenty promising products (generic or branded?). We'll know more in a month: J. Murphy was making the rounds to raise the money they need from investors in Boston, NY and Philadelphia, and in theory he's got it!

A buyer has reportedly been found for Chimos (France).

Belmac has acquired new products for Spain:

Diagnostic test for H. Pylori (a very simple blood test) and a diagnostic for the presence of blood in stools (test paper that can be flushed down the toilet!). The tests come from Biomerica.

Development of a new form of Erythromycin (Biolid) will be finalized with the University of Iowa (FDA approval is pending).

Bentley is looking for a licensee in the US. They are doing a lot of work on transdermal gels (Diclofenac, Isosorbide 6).

The Spanish media have picked up on Belmac's improvements at Saragossa. A television report has been done as a result: J. Murphy doesn't know when it will air.

[*signature*]



# *Ethypharm*

## FAX FRONT PAGE

**To:** Mr. James R. MURPHY
**Company:** BENTLEY PHARMACEUTICALS
**Fax number:** 00 1 813 286 4402

**From:** Claude DUBOIS
**Company:** ETHYPHARM (Saint Cloud)
**Telephone:** 33 1 41 12 17 20
**Fax number:** 33 1 41 12 17 30

**Date:** 14/02/97
**Page (s):** 6

Letter mailed on February 13th, 1997



EXHIBIT
Dubois
3
ms 7·12·06

EP 004676



# éthypharm

Direction Générale et Médicale
194, Bureaux de la Colline
92213 SAINT-CLOUD - FRANCE
Visioconférence (33) 01 41 12 00 75
Tél. (33) 01 41 12 17 20
Fax (33) 01 41 12 17 30

**BENTLEY PHARMACEUTICALS**
**One Urban Centre, Suite 548**
**4830 West Kennedy Blvd.**
**TAMPA, FL 33609-2517**
**USA**

Ref : VB/0297/13                   Saint Cloud, Thursday 13 February 1997

_For the attention of Mr. James MURPHY_

Dear Jim,

After our meeting, I think that our exchanges cleared certain misunderstandings about our position in Spain.
We can only maintain manufacturing there if :
- we are sure that an economical number of MHB batches can be produced. Our target is 40 MHB batches. That can be achieved with one shift according to our calculation, even if we have to drop manufacturing of other products or switch them to France.
- G.M.P. procedures are improved according to our last Quality Insurance report, that you will find herewith.
- Cost remain economically viable.

We propose that for the next six months we continue manufacturing in Saragossa. 20 batches of MHB have to be produced before the summer holidays and all priorities given to this objective.
Meanwhile, requested G.M.P. modifications have to be largely implemented. You suggested that your consultant in quality should visit Saragossa, we agree that this has to be done in the best delays.
Monthly rent will be maintained at the present level for this six months and payment of the existing debit scheduled on the year (affidavits will be signed by us to allow you accounting treatments).
After this six months, if objectives are met, we shall re-evaluate the rent on a yearly basis reflecting the number of MHB batches manufactured in exceed of 20, and devise ways to increase production over 40 batches per year.

Looking forward to our meeting in Europe in a very next future.

Best regards.

E. IGONET

Claude Dubois



Siège social et unité de production : 21, rue St-Matthieu - 78550 HOUDAN - FRANCE
Tél. (33) 01 30 88 17 20 - Télex 696003 F ÉTHYPHA - Téléfax (33) 01 30 88 17 30
Visioconférence (33) 01 30 46 17 00
S.A. au capital de 6 000 000 F - RCS Versailles B 311 999 833 - APE 244 C - Siret 311 999 833 00032



EP 004677

January 2, 1997

Audit of the ETHYPHARM production site in Saragossa

<u>Date</u> :        December 10, 1996

<u>Persons met</u> :

Mateo GASCA
- Head of Quality Control, Manufacture and Encapsulation of the microgranules produced in the ETHYPHARM area
- Head of BELMAC Quality Control

<u>ETHYPHARM representatives present</u> :

- Adolfo de BASILIO
- Domingo BERNABE
- Pierre FONTANI

<u>Objective</u> :

To check the compliance of the production carried out on behalf of ETHYPHARM on the BELMAC/ETHYPHARM site in Saragossa with the EEC GMP.

<u>Programme</u> :

Assessment of the follow-up to the quality actions reommended in M. GAVOILLE's report of 08.03.1996, following her audit visit on 13.02.1996.

Audit of the quality system applied to the ETHYPHARM microgranules manufacturing activity.

EP 004678



Progress of the quality points with reference to the assessment made by M. GAVOILLE on 13.02.1996.

## 1 - PRODUCTION PREMISES AND EQUIPMENT

None of the actions recommended for improving quality has been put into effect.

## 2 - DOCUMENTATION

### 2.1 - Technical documentation on MHB

*Manufacture :*
There are no official ETHYPHARM documents **(critical defect).**
The operators work with documents proposed by ETHYPHARM France.

*Control of Starting Materials, Intermediate Products and Finished Products :*
There are no official ETHYPHARM documents **(critical defect).**
The documents used are BELMAC documents with UQUIFA methods and specifications.

### 2.2 - Quality Assurance Procedures

Only BELMAC procedures are used throughout the site.

In the ETHYPHARM manufacturing area, only a few record forms relating to ETHYPHARM procedures dating from 1992 are used. These procedures are kept in a filing box in the storage area **(critical defect).**

## 2 - ORGANISATION

One and the same person, Mateo GASCA, is in charge of manufacture and control **(critical defect).**

EP 004679



Audit of the ETHYPHARM production area

① **Warehouse - ETHYPHARM Intermediate Storage**

The two conventional pans replaced by the GS are being kept temporarily in this room, and the storage of the materials is disorganised by the resultant clutter **(major defect).**

② **Weighing room**

The 20-kg weight used for calibrating the balance is placed directly on the floor, with no particular protection **(major defect).**

③ **Conventional pan rooms**

The rooms are not identified according to the activity pursued in them **(major defect).**

④ **GS pan room**

No production was under way, but the following items were present in the room :
– a sachet of microgranules with no label (microgranules stated to be MHB waste)
– plastic trays containing unidentified granules (stated to be neutral microgranules) **(critical defect).**

⑤ **Solution preparation room**

This room is also used for storing production equipment.

A damaged sieve screen was present with the other screens, on the one and only sieve storage rack **(critical defect).**

A container labelled with only the words PVP 12 % was present in the room **(critical defect).**

⑥ **Capsule filling room**

At the end of the work day : the room was untidy and the surface of the machine covered with powder from the batch being manufactured **(critical defect).**

EP 004680

The thermohygrograph recording was not noted (4 tracings on the same sheet) **(major defect).**

⑦  <u>Washing room</u>

At the end of the work day :
— the room was untidy and had not been cleaned or disinfected **(critical defect).**
— MHB microgranule waste was present in unlabelled sachets, placed directly on the floor **(critical defect).**

The equipment is incomplete :
— there is nowhere to put away the cleaning equipment and products.
— there is no sink suitable for cleaning the sieve screens.
**(critical defect).**

## CONCLUSION

The degree of criticalness of the deviations from the EEC GMP shows that it will be necessary to implement the essential quality points in order to comply with European regulations.

Pierre FONTANI
Quality Assurance Assistant

EP 004681

P. 1

* * * Rapport de TRANSMISSION ( 14. Fev. 1997 17:20 ) * * *

T T I    ETHYPHARM ST CLOUD 33 1 41121730

| Fich | Mode | Option | Adresse (Groupe) | Résultat | Page |
|------|------|--------|------------------|----------|------|
| 1437 | TX_MEM | | G3:00018132864402 | OK | P. 6/6 |

Cause de l'erreur
1) Raccroché ou erreur ligne  2) Occupé
4) Pas un télécopieur .    5) Dépassement des 3 min.    3) Pas de réponse



# Ethypharm

## FAX FRONT PAGE

**To:** Mr. James R. MURPHY
**Company:** BENTLEY PHARMACEUTICALS
**Fax number:** 00 1 813 286 4402

**From:** Claude DUBOIS
**Company:** ETHYPHARM (Saint Cloud)
**Telephone:** 33 1 41 12 17 20
**Fax number:** 33 1 41 12 17 30

**Date:** 14/02/97
**Page (s):** 6

EP 004682


# Ethypharm

## FAX FRONT PAGE

**To:** Mr. James R. MURPHY
**Company:** BENTLEY PHARMACEUTICALS
**Fax number:** 00 1 813 286 4402

**From:** Mr. Claude DUBOIS
**Company:** ETHYPHARM (Saint Cloud)
**Telephone:** 33 1 41 12 17 20
**Fax number:** 33 1 41 12 17 30

**Date:** 14/02/97
**Page (s):** 2
**Copy :** A. de Basilio

*Ref VB/0497/65*

Dear Jim,

Please find hereby my answer to Clemente Gonzalez letter. He wants to come to Paris to discuss our collaboration but we need urgently your position on our letter February 13th.
Most of all, we need to agree and sign an agreement on how we will work if objectives are meet in July and if not, how we should terminate our cooperation.
If a meeting is to be held : April 18th, this should be the agenda.

Best regards,

Claude Dubois

19/02 '97 MIE 13:08 FAX 3199159        ETHYPHARM S.A.                    ☑001
3199159

# ETHYPHARM

Marqués de la Ensenada, 16
28004 Madrid. Tel. 308 56 81
Fax 319 91 59

| FAX: | | FECHA/DATE: 19.02.97 |
|---|---|---|
| A/TO: Claude Dubois <br> COPIA A/COPY TO: | | CIA/FIRM: ETHYPHARM |
| DE/FROM: Adolfo de Basilio | | |
| PAGS: 1 | REF: | REUNION BELMAC - ETHYPHARM |

Après avoir reçu la copie de la lettre que Mr. Dubois à Dirigé à Mr. Murphy, le Dr. Clemente González s'est mis immédiatement en contact avec moi dans le but de convoquer une réunion urgente à Saragosse

Les thèmes qui se sont débatus dans la réunion maintenue hier à Saragosse sont ceux cités dans cette lettre datée du 13 février. ETHYPHARM a insisté sur l'accomplissement des points détaillés dans celle-ci ainsi que sur la communication écrite que BELMAC devra prendre pour norme à partir de maintenant, puisque dans le passé ils avaient l'habitude de faire toutes leurs communications par téléphone.

Pour commencer à établir les normes correctes que nous leur avons exigées, ils ont engagé une personne qui parle parfaitement français afin de collaborer directement avec Mme Marcelle Gavoille.

La conclusion de cette réunion ne diffère pas à celle prise entre Mr. Murphy et Mr. Dubois lors de leur entretien aux Etats Unis. Il nous reste donc à attendre la date limite que nous leur avons imposé et nous réunir à nouveau après cette date pour prendre la décision finale suivant les progrès que BELMAC serait parvenu à faire.

Dans l'attente de vos commentaires, recevez nos meilleures salutations.

Adolfo de Basilio

C.C. : Mr. Debregeas / Mr. Leduc / Mr. Ignet / Mme. Gavoille

EP 002439

B134

# ETHYPHARM

Marqués de la Ensenada, 16
28004 Madrid – Phone: 308 56 81
Fax: 319 91 59

| *FAX:* | *DATE:* 02.19.97 |
|---|---|
| *TO:* Claude Dubois | *FIRM:* ETHYPHARM |
| *COPY TO:* | |
| *FROM:* Adolfo de Basilio | |
| *PAGES:* 1 | *REF:* BELMAC – ETHYPHARM MEETING |

After receiving the copy of the letter that Mr. Dubois sent to Mr. Murphy, Dr. Clemente Gonzalez contacted me immediately in order to convene an urgent meeting in Saragosse.

The topics that were discussed at the meeting held yesterday in Saragosse were the ones mentioned in that letter dated February 13th. Ethypharm insisted on including detailed points in that letter as well as on written communication, which Belmac should adopt as standard procedure immediately, since in the past they were used to conducting all of their communication over the telephone.

In order to begin implementing the correct standard procedures that we required of them, they hired a person who speaks perfect French in order to work directly with Mrs. Marcelle Gavoille.

The conclusion of this meeting does not differ from the one reached by Mr. Murphy and Mr. Dubois at their meeting in the United States. We must now wait for the deadline that we set for them and then meet once again after that date to make a final decision based on the progress that Belmac has managed to make at that time.

We look forward to your response.

Best regards,

[signature]
Adolfo de Basilio

[handwritten:] Cc: Mr. Debregeas / Mr. Leduc / Mr. Igonet / Mrs. Gavoille

EP 002439

B135

24/02 8? LUN 12:40 FAX 3199159          ETHYPHARM S.A.                                    @001

3199159

# ETHYPHARM

Marqués de la Ensenada, 16
28004 Madrid. Tel. 308 56 81
Fax 319 91 59

| FAX: | FECHA/DATE: 19.02.97 |
|------|----------------------|
| A/TO: Claude Dubois<br>COPIA A/COPY TO: Eric Igonet | CIA/FIRM:  ETHYPHARM |
| DE/FROM: Adolfo de Basilio | |
| PAGS:  1 | REP:   DETTE ENVERS BELMAC |

Suite à ce qui a été accordé  entre vous et Mr. Murphy lors de votre
réunion aux Etats Unis, nous vous communiquons que la dette d'ETHYPHARM
Espagne envers BELMAC va commencer à se liquider d'après l'entretien
maintenu ce matin entre Ignacio Alvarez et Mr. Esteve de BELMAC.

ETHYPHARM a remis à BELMAC des lettres de change commerciales d'une valeur
de 4 M/Pts chacune et échéance à 30, 60, 90, 120 et 150 jours, par
lesquelles nous liquidons 20 M/Pts sur la dette.

Meilleures salutations,

Adolfo de Basilio

EP 002058

B136

**ETHYPHARM**
Marqués de la Ensenada, 16
28004 Madrid – Phone: 308 56 81
Fax: 319 91 59

[handwritten:] copies CD/NS [illegible]

| FAX: | DATE: 02.19.97 |
|---|---|
| TO: Claude Dubois | FIRM: ETHYPHARM |
| COPY TO: Eric Igonet | |
| FROM: Adolfo de Basilio | |
| PAGES: 1 | REF: DEBT TO BELMAC |

Pursuant to what you and Mr. Murphy agreed at your meeting in the United States, we are informing you that Ethypharm Spain's debt to Belmac will begin to be liquidated, according to the conversation that took place this morning between Ignacio Alvarez and Mr. Esteve from Belmac.

Ethypharm gave Belmac commercial bills of exchange in the amount of 4 M/Pts each with maturity periods of 30, 60, 90, 120 and 150 days, through which we are liquidating 20 M/Pts of the debt.

Best regards,

[handwritten:] As if by chance 150 days! This means that there are more resources. I [illegible] as of June 30th at a time when [illegible]! 02-27-97

[signature]
Adolfo de Basilio

EP 002058

**B137**

## ACUERDO DE PRODUCCION

En Madrid, a veintisiete de Febrero de mil novecientos noventa y siete, emitimos este contrato.

Entre

LABORATORIOS BELMAC, S.A., domiciliado en c/ Monterrey 9, 28034 MADRID, y fábrica en Polígono Malpica, c/ Ol. 50016 Zaragoza, debidamente representado por D. Clemente González Azpeitia, Director General, quien firma este contrato, más adelante llamado LABORATORIOS BELMAC.

y

LABORATORIO PHARMALLIANCE, domiciliado 25, Rue Mustapha Chergou, BELFORT EL HARRACH-ARGELIA, debidamente representado, por Dña. Amal Lamari, Gerente, quien firma este contrato, más adelante llamado PHARMALLIANCE.

Ambas partes acuerdan lo siguiente:

ARTICULO 1.- LABORATORIOS BELMAC llenará por encargo de PHARMALLIANCE cápsulas Nº 2 (color azul / naranja) conteniendo microgránulos con 20 mg de Omeprazol, acondicionadas en frasco de vidrio con tapón pilfer-proof provisto de silicagel.

ARTICULO 2.- Por indicación de PHARMALLIANCE, los microgránulos serán fabricados por LABORATORIOS BELMAC aplicando la tecnología ETHYPHARM S.A.

ARTICULO 3.- Los frascos serán entregados a PHARMALLIANCE por LABORATORIOS BELMAC envasados siguiendo las indicaciones de PHARMALLIANCE y acompañadas con el correspondiente certificado de análisis.

ARTICULO 4.- PHARMALLIANCE deberá realizar su propio control analítico para verificar que el producto cumpla los requerimientos sanitarios de su país. Para tal efecto, LABORATORIOS BELMAC enviará una muestra a parte para el análisis a su llegada Argelia.

ARTICULO 5.- PHARMALLIANCE declara tener registrado en ARGELIA el producto referenciado anteriormente con el nombre PROTON y número C/035/10A001/97.

ARTICULO 6.- El presente acuerdo tiene una duración indefinida, y cada parte tendrá derecho de poner fin al mismo, dando aviso con antelación mínima de 6 meses a la fecha en que quiera darse el contrato por finalizado.

LABORATORIOS BELMAC
D. Clemente González Azpeitia

PHARMALLIANCE
Dña. Amal Lamari



LABORATORIOS BELMAC S.A.

EXHIBIT
23

CONFIDENTIAL

BEL006193

B138

## PRODUCTION AGREEMENT

We enter into this agreement in Madrid on February 27, 1997.

between

LABORATORIOS BELMAC S.A., domiciled at Calle Montearagón 9, 28033 MADRID, and whose factory is located at Malpica Industrial Park, Calle C, C-4, 50016 Zaragoza, duly represented by Mr. Clemente González Azpeitia, its Director General who signs this agreement, hereinafter referred to as LABORATORIOS BELMAC,

and

LABORATORIOS PHARMALLIANCE, domiciled at 25 Rue Mustapha Chergou, BELFORT EL HARRACH, ALGERIA, duly represented by Mrs. Amal Lamari, Manager, who signs this agreement, hereinafter referred to as PHARMALLIANCE.

Both parties agree as follows:

ARTICLE 1. - LABORATORIOS BELMAC shall fill Nº 2 capsules (blue/orange colors) containing microgranules with 20 mg of omezaprol, packaged in glass jars with pilfer-proof lids provided by Silicagel.

ARTICLE 2. - At PHARMALLIANCE's instructions, the microgranules shall be manufactured by LABORATORIOS BELMAC through the application of ETHYPHARM S.A. technology.

ARTICLE 3. - The jars shall be delivered to PHARMALLIANCE by LABORATORIOS BELMAC packed as indicated by PHARMALLIANCE and accompanied by their respective certificates of analysis.

ARTICLE 4. - PHARMALLIANCE must perform its own analytical control to verify that the product is in keeping with its country's health requirements. To that end, LABORATORIOS BELMAC shall send a sample separately, for analysis upon its arrival in Algeria.

ARTICLE 5. - PHARMALLIANCE declares that it has previously registered the product in reference in ALGERIA under the name PROTON and Registration Nº C/035/10A001/97.

ARTICLE 6. - This agreement has an indefinite duration and each party is entitled to terminate it by giving notice six months in advance of the date on which it wishes the agreement to conclude.


LABORATORIOS BELMAC S.A.        PHARMALLIANCE
[signature]                        [signature]
Mr. Clemente González Azpeitia         Mrs. Amal Lamari
LABORATORIOS BELMAC S.A.

[stamp:]                          [stamp:]
EXHIBIT 23                     PHARMALLIANCE
                                  25 rue Mustapha Chergou
                                  ALGIERS, ALGERIA
                                  Tel: [illegible]

CONFIDENTIAL                                  BEL006193

B139

Doc rec. de: +916920144
27. Ene 2006 9:17
07 MIE 10:33 FAX 5199159         ETHYPHARM S.A.                      @002

## ACUERDO DE PRODUCCION

En Madrid a veintiseis de Marzo de mil novecientos noventa y siete, emitimos este
contrato.

Entre

LABORATORIOS BELMAC S.A. domiciliado en c/Montearagon, 928033 Madrid y
fábrica en Polígono Malpica calle C, C4, 50016 Zaragoza, debidamente representado
por D.Clemente González Azpeitia, Director General quien firma este contrato, más
adelante llamado LABORATORIOS BELMAC.

Y

LECIVA a.s., Dolui Mecholupy 130, 10237 PRAHA10, REPUBLICA CHECA,
representado por su Director General Mr. Jiri Michal, más adelante llamado LECIVA.

Ambas partes acuerdan lo siguiente:
ARTICULO 1.- LABORATORIOS BELMAC llenará por encargo de LECIVA
cápsulas nº 3 (rojo/marrón claro) conteniendo microgránulos con 20 mg de omeprazol.
Dichos microgránulos han sido fabricados bajo la patente y tecnología de
ETHYPHARM S.A.

ARTICULO 2.- LABORATORIOS BELMAC llenará las cápsulas según las
indicaciones de LECIVA y entregará estas con su certificado de análisis.

ARTICULO 3.- LECIVA deberá realizar su propio control analítico para verificar
que el producto cumpla los requerimientos sanitarios de su país.

ARTICULO 4.- LECIVA declara tener registrado en la REPUBLICA CHECA el
producto referenciado anteriormente con el nombre de HELICID y número de
registro ......................... 58/2 1991/92 (18/1/12)

ARTICULO 5.- El presente acuerdo tiene una duración indefinida y cada parte tendrá
derecho a poner fin al mismo, dando aviso con antelación mínima de 6 meses a la fecha
en que quiera darse el contrato por finalizado.

LABORATORIOS BELMAC, S.A.
LABORATORIOS BELMAC
D.Clemente González Azpeitia

CONFIDENTIAL



CONFIDENTIAL

BEL006200

## PRODUCTION AGREEMENT

We enter into this agreement in Madrid on March 26, 1997.

Between

LABORATORIOS BELMAC S.A., domiciled at Calle Montearagón 9, 28033 Madrid, and whose factory is located at Malpica Industrial Park, Calle C, C-4, 50016 Zaragoza, duly represented by Mr. Clemente González Azpeitia, its Director General who signs this agreement, hereinafter referred to as LABORATORIOS BELMAC,

and

LECIVA, A.S., Doluy Mecholupe 130, 10237 PRAHA10, CZECH REPUBLIC, represented by its Director General Mr. Jin Michal, hereinafter referred to as LECIVA.

Both parties agree as follows:

ARTICLE 1. - LABORATORIOS BELMAC shall fill N° 3 capsules (red/light brown colors) containing microgranules with 20 mg of omezaprole, on behalf of LECIVA. Said microgranules have been manufactured under patent and technology from ETHYPHARMA S.A.

ARTICLE 2. - LABORATORIOS BELMAC shall fill the capsules in accordance with LECIVA's instructions and shall deliver them together with their certificates of analysis.

ARTICLE 3. - LECIVA must perform its own analytical control to verify that the product is in keeping with its country's health requirements.

ARTICLE 4. - LECIVA declares that it has previously registered the product in reference in the CZECH REPUBLIC under the name HELECID and Registration N° FAR 1743/97(158/10).

ARTICLE 5. - This agreement has an indefinite duration and each party is entitled to terminate it by giving notice six months in advance of the date on which it wishes the agreement to conclude.

# B

LABORATORIOS BELMAC S.A.                    LECIVA
[signature]                                 [signature]
Clemente González Azpeitia                  Jin Michal
                                            Doluy Mecholupe 130, PRAHA10


[stamp:]
EXHIBIT HERRERA 3
7/21/90 [initials]

CONFIDENTIAL                                 **BEL006200**

EXHIBIT
Dubois
22
MS 7.12.06



B141



# éthypharm

Direction Générale et Médicale
194, Bureaux de la Colline
92213 SAINT-CLOUD - FRANCE
Visioconférence (33) 01 41 12 00 75
Tél. (33) 01 41 12 17 20
Fax (33) 01 41 12 17 30

**LABORATORIOS BELMAC**
**Montearagón**
**9 - 1.a pta.**
**28033 MADRID**
**ESPAGNE**

REF :SD0497/067                    Saint Cloud, le mardi 1er avril 1997

*A l'attention de Mr. C. GONZALEZ AZPEITIA*

Cher Monsieur,

Merci pour votre courrier du 20 Mars 1997. Nous attendons la réponse de votre Président à la lettre du 13 février 1997, mais d'ores et déjà nous vous communiquons nos commentaires sur votre lettre.

En ce qui concerne la mise au point des G.M.P., nous pensons que comme suggéré à Mr. Murphy, une visite à Saragosse de votre Conseil Qualité pourrait être utile pour une meilleure compréhension entre nos départements Assurance Qualité.

Ainsi, nous pourrons au sein d'un comité mixte suivre la mise en place des modifications nécessaires que les deux parties auront entériné, mais certaines procédures mentionnées dans notre rapport peuvent être déjà mises en place.

En ce qui concerne la fabrication des microgranules de MHB, nous pensons qu'après les trois premiers lots, la phase de mise au point doit être terminée et la fabrication atteindre son rythme de croisière. Si nous n'avons pas l'assurance avant l'été que l'objectif de quatre lots mensuels est atteint d'une manière régulière, c'est, comme je l'ai dit à Mr. Murphy, tout le projet qui sera remis en question. Nous attendons donc de vos nouvelles à ce sujet mais nous ne pourrons pas repousser notre décision.

Nous vous prions de croire, Cher Monsieur, à l'expression de nos sentiments les meilleurs.

Claude Dubois

EP 002769

[handwritten:] CD → PD [initials]

[logo]  **éthypharm**

*General and Medical Department*
*194, Bureaux de la Colline*
*92213 Saint-Cloud FRANCE*
*Videoconferencing: (33) 01 41 12 00 75*
*Phone: (33) 01 41 12 17 20*
*Fax: (33) 01 41 12 17 30*

**LABORATORIOS BELMAC**
**Montearagón**
**9 – 1.a pta.**
**28033 MADRID**
**SPAIN**

REF: SD0497/067                              Saint Cloud, Tuesday, April 1, 1997

*To the attention of Mr. C. GONZALEZ AZPEITIA*

Dear Sir,

Thank you for your letter of March 20, 1997. We are waiting for a response from your President to the letter dated February 13, 1997, but we wished to send you our comments on your letter right away.

In regard to developing the GMPs, we believe, as Mr. Murphy suggested, that a visit to Saragosse from your Quality Committee could be helpful to achieve better understanding between our Quality Assurance departments.

Thus, through a joint committee, we will be able to monitor the establishment of the necessary modifications that both parties have confirmed, but certain procedures mentioned in our report can already be implemented.

As for the production of MHB microgranules, we think that after the first three batches, the development phase must be terminated and production should reach cruising speed. If we do not have assurance before the summer that the objective of four batches per month is reached on a regular basis, the entire project will be called into question, as I mentioned to Mr. Murphy. We are waiting to hear from you on this subject, but we cannot postpone our decision.

Best regards,

[signature]
Claude Dubois

[logo]                    Headquarters and production unit: 21, rue St-Matthieu – 78550 Houdan – FRANCE            [logo]
Mercure de                 Phone: (33) 01 30 88 17 20 – Telex: 698003 F ETHYPHA – Fax: (33) 01 30 88 17 30           Mercure de
l'exportation -                         Videoconferencing (33) 01 30 46 17 00                                l'exportation -
1994            Corporation with capital of 6,000,000 F – Trade and Companies Register of Versaille B 311 999 833 –    1994
                                   APE 244 C – Siret 311 999 833 00032

EP 002109

B143



**éthypharm**

*Direction Générale et Médicale*
*194, Bureaux de la Colline*
*92213 SAINT-CLOUD - FRANCE*
*Visioconférence (33) 01 41 12 00 76*
*Tél. (33) 01 41 12 17 20*
*Fax (33) 01 41 12 17 30*

**BENTLEY PHARMACEUTICALS**
**One Urban Centre, Suite 548**
**4830 West Kennedy Blvd.**
**TAMPA, FL 33609-2517**
**USA**

Ref : VB/0497/33

Saint Cloud, Wednesday 9 April 1997

*For the attention of Mr. James MURPHY*

Dear Jim,

Please find hereby my answer to Clemente Gonzalez letter. He wants to come to Paris to discuss our collaboration, but we need urgently your position on our letter February 13th.

After pilot and scale up industrial batches made in different locations before our new machine was installed in Zaragoza, as they know in Spain we had planned to go to full scale manufacturing once the first industrial batches from Zaragoza had been validated. We need to achieve immediately our target of four batches per month, as our main client has confirmed the quality of the products and its immediate need of these four monthly batches (further needs being much more than that).

Most of all, we need to agree and sign an agreement on how we will work if objectives are meet in July and if not, how we should terminate our cooperation. If a meeting is to be held on April 18th, as requested by Belmac, this should be our agenda.

Best regards,

Claude Dubois

PS : Has your Quality Assurance Consultant audited Zaragoza ?



EXHIBIT
Dubois
23
MS 7-12-06



*Siège social et unité de production : 21, rue St-Matthieu - 78550 HOUDAN - FRANCE*
*Tél. (33) 01 30 88 17 20 - Télex 698003 F ÉTHYPHA - Téléfax (33) 01 30 88 17 30*
*Visioconférence (33) 01 30 46 17 00*
*S.A. au capital de 5.000.000 F - RCS Versailles B 311 989 833 - APE 244 C - Siret 311 989 833 00032*

EP 002446

B144



**Bentley**
Pharmaceuticals, Inc.
One Urban Centre, Suite 550
4830 West Kennedy Boulevard
Tampa, Florida 33609-2517
813-286-4404 Fax 813-286-4488

*Traded on the AMEX: ENT*

For the attention of Mr. Claude Dubois

Dear Claude

Thank you for your fax dated April 9th, 1.997.

According with the opinion of your technicians and ours (Mr. Bernabe and Mr. Gasca), the industrial scale up is not yet completely finished, and the product can be improved although it should be acceptable for some of your clients.

To arrive at four batches per month, we need to appoint three or four additional employees with adequate training. The selection process was stoped when we received your fax of January 20, 1.997 announcing the termination of our collaboration. This process, needs to be re-started and the minimum training will be of three or four months, unless you send your qualified people to Zaragoza, and under Ethypharm's responsibility.

Unfortunately I am not able to assist at the meeting that will be held at your Paris office, but we certainly wish to find together the best solution for both companies and I believe that you will find the most flexible position in Clemente González and his collaborators.

Regarding the improvement of G.M.P. we can ask a foreign consultant but we think that will be better to first establish a program between Q.A. people of our companies.

We are open to your decision.

I look forward to hearing from you.

Best regards,

*James R Murphy*

James R. Murphy

EXHIBIT
Dubois
18
mS 7-12-06

EP 002445

```
22/05 '97 JUE 16:46 FAX 3189159          ETHYPHARM S.A.                          @001
        20 KVE '97 13:13 +42 2 705335    LEČIVA a.s. VÝZKUM A VÝVOJ   CI. 010 STR. 01
        3189159
```

 LEČIVA

```
                                    ┌                                  ┐
                                        Mr. Adolfo de Basilio
                                        Director General
                                        ETHYPHARM
                                        0034 1 319 91 59

                                    └                                  ┘
```

Praha, May 20, 1997

Dear Mr. Basilio,

I would appreciate if you could kindly send me a statement on cooperation between ETHYPHARM and BELMAC in manufacturing omeprazole capsules for Lečiva. I enclose a draft which can be used or adapted according to you.. It is important that it is signed both by Ethypharm and Belmac officials. This statement is required by our regulatory authorities. Please, send it by fax as soon as possible.

Kind regards

Václav Rejholec

```
                                    ┌──→ Telefax
                          ┌─────────────────────────────────┐
                          │ Para: R. JOANNESSE /C. DuBois    │
                          │ De: A. BASILIO                   │
                          │ Fecha 22-5-97   Nº Hojas : 2     │
                          └─────────────────────────────────┘
                          Impresos Post-it™ 7669          3M
```

POUR INFO

```
Lečiva a. s.        ☎ 422/70 20 78     VLEČKA:              BANKA: KB PRAHA 10 č. ú. 1204-101/0100
☒ DOLNÍ MĚCHOLUPY 130   FAX 42/42/70 24 02  NÁDRAŽÍ PRAHA HOSTIVAŘ  IČO: 49240000
   102 37 PRAHA 10   TELEX 12 15 93 MEDI-C  OKRSEK VRŠOVICE   DIČO: 010-49240030
```



CONFIDENTIAL
EP 009200

B146

22/05 '97 JUE 16:47 FAX 3199159                    ETHYPHARM S.A.                    ☑002
    21/05 '97  11:42  FAX 34 1 3887847         LAB. BELMAC                    ☑001
                                         3199159

# To whom it may concern

This is to certify that LABORATORIOS BELMAC, S.A. with registered office at
Montearagón, 9, 28033 Madrid, having manufacturing site at Polígono Malpica calle C,
4, 50016 Zaragoza, is in Manufacturing Agreement with company ETHYPHARM,
Marques de la Enseñada, 16, 28004, Madrid. BELMAC is producing in their own
manufacturing site in Zaragoza omeprazole micropellets with ETHYPHARM
technology. The micropellets are then filled into capsules at the same manufacturing site
by BELMAC and shipped to LECIVA A.S. Praha. These operations are performed
under GMP conditions.

 **éthypharm**
N.I.F.: A-76164041
Marqués de la Enseñada, 16
Tel. 308 56 61 - 28004 MADRID

 **LABORATORIOS BELMAC, S.A.**

ETHYPHARM

May 20, 1997.

Fdo: Clemente González Azpeitia
Director General

BELMAC

**Telefax**

Para: MR PEJHOLE   Nº Fax : (LECIVA)
De: MR BASILIO   Nº Fax : (ETHYPHARM)
Fecha  21.5.97   Nº Hojas : 1
Impresos Post-It™ 7669                          3M

CONFIDENTIAL
EP 009201



8/28/97    SPAIN    PHONE CALL

B147

Issues:    Ethypharm - many changes
1. Microgranulation - in future limitation
2. Exclusivity -
3. Omeprazole
4. Too Restrictive
5. Any change in standards clause

Tell them:

We have previously spent tremendous
amt of time and money in contract attempts
We will not review such a restrictive
And widevoin contract that includes
       submit standards ect.
control of  Until a new more reasonable
version is reviewed and they become
current on their bills.

        John Marras
        Fax 413-549-1176

        Spain

        Find Pot 5-10 million Sales
        Branded Pots

EXHIBIT
Murphy
25
7/19/06    SCB

HIGHLY CONFIDENTIAL

BENTL000336

**B148**



# éthypharm

Marqués de la Ensenada, 16
28004 Madrid. Tel. 308 56 81
Fax 319 91 59
CENCO

➙ *Telefax*

| Para: *C. Gonzás* | (BELMAC) |
|---|---|
| De : *At. Ido Basilio* | |
| Fecha *4-9-97* | Nº Hojas : *23 Pgs* |

Impresos Post-it™ 7669              3M

BELMAC, S.A.
c/ Monte Aragón, 9, 1ª.pl
28033 MADRID

Att: *Dr. Clemente González*

Madrid, a 2 de Septiembre de 1997

Estimado Dr. González:

A continuación les enviamos el borrador del contrato de fabricación por terceros, una vez realizadas las correcciones en el anterior borrador, enviado en el mes de Julio. Asimismo se han incluido algunas observaciones procedentes de nuestro departamento legal en París. Además, incluimos la propuesta económica recibida de nuestro departamento financiero de la casa matriz.

Con éllo concluimos el programa establecido en la reunión del 18 de Abril en St. Cloud (París). Esta reunión fue provocada por ambas partes por una toma de decisión comunicada por escrito el 20-1-97. Según ésta, ETHYPHARM no veía rentables los rendimientos de las fabricaciones y consecuentemente el costo para ETHYPHARM, debido a los bajos márgenes de las fabricaciones de los microgránulos. De igual manera, después de una visita de auditoría, ETHYPHARM no estaba conforme con las normas GMP de BELMAC.

Nuestro Sr. Dubois fue personalmente a ver al Sr. Murphy a Philadelphia el 5-2-97 para exponerle la problemática, ampliando, profundizando y aclarando lo expuesto en el escrito del 20-1-97 al Dr. González. El Sr. Murphy se mostró de acuerdo a que buscásemos conjuntamente una solución económica y se comprometió a enviar a un experto de QA (ex-SKB) para verificar la situación de las normas GMP en BELMAC, advertidas por nuestros técnicos de Garantía de Calidad.

Con posterioridad a esta reunión, los Sres. Dubois e Igonet enviaron el 13-2-97 una carta resumiendo los acuerdos tomados con el Sr. Murphy comunicándole que se mantendría la fabricación en España si se cumplía que :

- aumentaba el rendimiento una vez realizado el rodaje de la nueva máquina
- aumentaban las normas GMP
- el costo fuera económicamente viable

1/3

1



EP 009174
_CONFIDENTIAL

B151

**éthypharm**

Telefax:                                    BELMAC, S.A.
To: [illegible] (BELMAC)                    c/ Monte Aragón, 9, 1ª.p1
Front: [illegible]                          2N033 MADRID)
Date: 9/4/97  No of Pages: 23

                                            Attn:  Dr. Clemente Gonzalez

                                            Madrid: September 2, 1997

Dear Dr. Gonzalez

We are sending you, enclosed, the draft of a third -party manufacturing agreement, following corrections to the previous draft which was sent in July. We have also included some remarks from our Legal Department in Paris and we include the economic bid proposals received from our Finance Department at the parent company.

This concludes die program adopted at the April 18 meeting in St. Cloud (Paris). This meeting was called by both parties, to make the decision reported in writing on 1/20/97, according to which ETHYPHARM did not view the return on manufacturing activity, and accordingly, the cost to ETHYPHARM, as profitable, given the low margins earned by microgranule manufacturers.  In addition, following an audit visit ETHYPHARM was not in conformity with BELMAC's GMP standards.

Our Mr. Dubois went personal to Philadelphia to see Mr. Murphy to explain the problem on 2/5/97; there, he elaborated on, deepened, and clarified the information in the 1/20/97 document sent to Dr. Gonzalez.  Mr. Murphy agreed that we should jointly look for an economic solution, and promised to send a QA (ex-SKB) expert to look into the situation involving BELMAC's GMP standards, which had been detected by our Quality Assurance technicians.

Subsequent to that meeting, Mr. Dubois and Mr. Igonet sent a letter on 2/13/97 summarizing the agreements reached with Mr. Murphy and informing him that manufacturing would continue in Spain if the following conditions were met:

-    return were increased after the new machine was moved into place;
-    the GMP standards were raised;
-    the cost were economically viable

EP 009174
CONFIDENTIAL

Some action proposals were made to that end, which must be carried out before summer:

- manufacture 20 batches;
- implement strong GMP standard measures
- continue the monthly payments up to the date on which new prices will be discussed in accordance with the manufacturing.

ETHYPHARM, for its part, would pay off its debt for the monthly installments to repay the aid received from BELMAC as a result of low production in 1996, caused by the installation of the new machinery.

After an exchange of correspondence, Mr. Murphy responded to our proposals by designating Dr. Gonzalez and his team to look for a solution. They attended a meeting in Paris on 4/18/97, along with most of the executives of both companies. ETHYPHARM's intentions for manufacturing in Spain were clearly articulated at the meeting, and in view of the substantial figures that were discussed, BELMAC decided to support ETHYPHARM; instead of keeping the monthly payments unchanged, it decided to cut them in half beginning the same month and continuing until the proposed actions had been completed. All this would have to be reflected in a contract, which would be ready by 6/30/97.

All these objectives have been achieved, and although 20 batches were not manufactured before summer, the pace did come to exceed 2 batches per month with a single shift (Uquifa failed to supply the needed active ingredient in April and May). The GMP standards are going up, and proof of that is the positive opinion of a demanding customer who visited us in May, not to mention BELMAC's hiring a team of experts in standards in June.

The agreement we are now sending you is based on the expertise built up in these seven years of cooperation. We agreed at a meeting with Mr. Monteverde that the principles of this agreement would call for BELMAC to **manufacture** the ETHYPHARM products with ETHYPHARM **technology, know-how, machinery, and patents**, and for BELMAC to be willing to guarantee **confidentiality and non-competition** with ETHYPHARM.

EP 009175
CONFIDENTIAL

B149

 éthypharm

2/3

Para ello se hicieron unas propuestas que debían cumplirse antes del verano:

- fabricar 20 lotes
- implantar fuertes medidas de normas GMP
- mantener los pagos mensuales hasta esa fecha en la que se discutirían nuevos precios según las fabricaciones

Por su parte ETHYPHARM pagaría su deuda, correspondiente a las mensualidades debidas por la ayuda recibida de BELMAC como consecuencia de la baja producción del año 96 por la instalación de la nueva máquina.

Después de cruzarse diversos escritos, el Sr. Murphy contestó a nuestras propuestas delegando en el Dr. González y sus colaboradores para que buscásemos una solución. Éstos, acudieron a la reunión del 18-4-97 en París a la que asistieron la mayoría de los directivos de ambas compañías. En dicha reunión se expusieron claramente las intenciones de fabricación de ETHYPHARM en España. A la vista de las substanciales cifras expuestas, BELMAC decidió apoyar a ETHYPHARM y en lugar de mantener los pagos mensuales, decidió reducirlos a la mitad a partir de ese mismo mes y hasta que se cumplieran las propuestas planteadas. Todo ello, tendría que reflejarse en un contrato que debería estar listo para el 30-6-97.

Todos estos objetivos han sido alcanzados y aunque no se hayan llegado a fabricar 20 lotes antes de verano, se ha llegado a superar la cifra de 2 lotes al mes con un solo turno (Uquifa, en los meses de abril y mayo, ha fallado en el suministro de principio activo). Las normas GMP están aumentando y prueba de ello es la opinión positiva de un cliente exigente que nos visitó en el mes de mayo, además de la contratación por parte de Belmac, de un equipo experto en normas en el mes de junio.

El contrato que ahora enviamos, ha sido basado en la experiencia obtenida de estos siete años de colaboración. Mediante reunión con el Sr. Monterde acordamos que las líneas básicas de este contrato serían que BELMAC fabricaría los productos de ETHYPHARM con la tecnología, know-how, máquinas y patentes de ETHYPHARM y que BELMAC está dispuesta a garantizar la confidencialidad y no competencia con ETHYPHARM.

2

EP 009175
_CONFIDENTIAL

**B150**

 **éthypharm**

3/3

ETHYPHARM, por su parte, pagará un precio por estos servicios de fabricación. Nuestra propuesta es que haya un fijo de 30 M Pts anuales y un variable por lote fabricado, según el siguiente esquema:

- A partir de 17 lotes de omeprazol, 600.000.- Pts por cada lote

- A partir de 27 lotes de omeprazol, 700.000.- Pts por cada lote

- A partir de 37 lotes de omeprazol, 800.000.- Pts por cada lote

Los lotes de otros productos diferentes al omeprazol no deberán aumentar y tendrán que ir dejando su sitio para fabricaciones de omeprazol.

Esta propuesta sería solamente válida hasta final de 1.997. En diciembre o enero, deberíamos discutir nuevamente el precio en base a la mutua experiencia, a la cifra de negocio y los planteamientos de BELMAC. En el caso de no ser aceptada esta propuesta les rogamos nos hagan llegar una propuesta alternativa.

Los cambios y/o modificaciones que deseen realizar en el contrato pueden, bien enviarlos por escrito o bien proponer una reunión lo antes posible para que lo dejemos listo para su firma.

Sin otro particular, y en espera de sus siempre gratas noticias, atentamente

Adolfo de Basilio

c.c.: Mr.Debregeas, Mr.Leduc, Mr.Igonet, Mr.Dubois, Mme.Joannesse .

3

EP 009176
_CONFIDENTIAL

ETHYPHARM, for its part, will pay a price for these manufacturing services. Our proposal is to se a fixed price of 30,000 pesetas per year and a variable price per batch manufactured, as show below:

- Starting with 17 batches of omeprazole, 600,00 pesetas for each batch
- Starting with 27 batches of omeprazole, 700,000 pesetas for each batch
- Starting with 37 batches of omeprazole, 800,00 pesetas for each batch

The batches of products other than omeprazole should not increase, and will have to progressively make way for the omeprazole manufacturing.

The proposal will only remain in being up to the end of 1997. We should discuss the price again in December or January, on the basis of mutual experience, the business's figures, and BELMAC's preferences. If this proposal is not accepted, we ask you to send us an alternative proposal.

You can either send us the changes and/or modifications you would like to make in the agreement in writing, or propose them at a meeting to be held as soon as possible so that we can have it ready to be signed.

In conclusion, we await your kind reply.


Sincerely yours,
[signed] Adolfo de Basilio

c.c. Mr. Debregeas, Mr. Leduc, Mr. Igonet, Mr. Dubois, Mme. Joanesse

EP 009176
CONFIDENTIAL

*Borrador 3/09/97*

## CONTRATO DE FABRICACIÓN POR TERCEROS DE PRODUCTOS FARMACÉUTICOS

En Madrid, a ......... de septiembre de mil novecientos noventa y siete.

### REUNIDOS

**\*DE UNA PARTE:**

-D. .............. (datos personales)

**\*DE OTRA PARTE:**

-D. ............... (datos personales)

### INTERVIENEN

- D. ..............., en nombre y representación de la entidad **ETHYPHARM, S.A.,** con domicilio en ................, calle.................y con N.I.F. ...................., según poderes vigentes al efecto.

- D. ..........................., en nombre y representación de la entidad **LABORATORIOS BELMAC, S.A.,** con domicilio en ............., calle ........... y con N.I.F. ..............., según poderes vigentes al efecto.

Ambas partes se reconocen mutuamente capacidad y legitimación suficiente para el otorgamiento de este documento y, a cuyo efecto

### EXPONEN

**PRIMERO.-** Que ETHYPHARM, S.A., en adelante ETHYPHARM, es una sociedad cuyo objeto social consiste en la fabricación, desarrollo y registro de productos farmacéuticos, de ahora en adelante, los productos; y que dispone de la maquinaria, tecnología y patentes necesarias para fabricarlos.

**SEGUNDO.-** Que LABORATORIOS BELMAC, S.A., en adelante BELMAC, se dedica a la fabricación, desarrollo, registro y comercialización de productos farmacéuticos; actividad que desarrolla en Zaragoza, Polígono Malpica, calle C-4.

**TERCERO.-** Que hasta la fecha y como consecuencia de una relación anterior entre las partes BELMAC ha fabricado los productos para ETHYPHARM.

1

EP 009177
_CONFIDENTIAL

B155

3/09/97

**CUARTO.-** Que ETHYPHARM está interesada en contratar a la entidad BELMAC para que ésta le fabrique los productos en las instalaciones de ésta. BELMAC está igualmente interesada en realizar la fabricación de los mismos, para lo que han convenido en obligarse por medio de este **CONTRATO DE FABRICACIÓN POR TERCEROS DE PRODUCTOS FARMACÉUTICOS**, de acuerdo con las siguientes estipulaciones.

<u>ESTIPULACIONES</u>

**1ª.- CONSENTIMIENTO Y OBJETO.-**

a.-ETHYPHARM encarga a BELMAC que acepta la fabricación de los productos que se detallan en el <u>ANEXO 1</u> de este contrato según las normas y especificaciones de ETHYPHARM para la fabricación y control de calidad de los mismos, que declaran conocer y aceptan y que tiene en su poder como consecuencia de la anterior relación. Se acompaña el índice de las mismas en el <u>ANEXO 2</u>. La fabricación de los productos deberá realizarse con estricta observancia de la Farmacopea Europea que esté en vigor en cada momento. Asimismo los productos deberán ser conformes con las especificaciones técnicas a que se refiere el citado ANEXO 2. BELMAC fabricará los productos en exclusiva para ETHYPHARM.

BELMAC únicamente podrá fabricar sus productos en sus instalaciones, sitas en Zaragoza, Polígono Malpica, calle C-4. Los encargos se realizarán por medio de pedidos, órdenes de fabricación o similar.

b.- ETHYPHARM le suministrará las materias primas, los solventes y los principios activos, en adelante **las materias**, necesarias para la fabricación de los productos. Las materias antes indicadas también podrán ser suministradas por terceros en los supuestos en que así lo indique ETHYPHARM a BELMAC.

BELMAC se abastecerá y controlará libremente las sustancias auxiliares necesarias para el control de las materias y el material de acondicionamiento y para las fabricaciones de los productos, y se compromete a tener dichas sustancias en cantidad suficiente para asegurar la fabricación y control de los productos.

El importe de la adquisición del material de acondicionamiento será facturado aparte por BELMAC a ETHYPHARM por el precio de coste.

**2ª.- MAQUINARIA, DOCUMENTOS Y ELEMENTOS DE FABRICACIÓN.-**

A tal fin, ETHYPHARM ha puesto en posesión y uso de BELMAC la maquinaria y demás elementos para la fabricación de productos que son propiedad de ETHYPHARM. Dicha maquinaria y elementos se relacionan en el ANEXO 3 de este contrato. El uso de dichas máquinas y elementos queda supeditado a la vigencia de este contrato, por lo que a su resolución o terminación BELMAC queda obligada a devolverlos a ETHYPHARM. BELMAC se obliga a hacer constar en todo caso y frente a terceros que la maquinaria y

2

EP 009178
_CONFIDENTIAL

B156

3/09/97

demás elementos que se detallan en el <u>ANEXO 3</u> no son de su propiedad sino de ETHYPHARM.

Asimismo con motivo de la firma de este contrato y en su ejecución ETHYPHARM ha puesto a disposición de BELMAC documentos e informes sobre fabricación, know-how y control, y garantía de calidad (ANEXO 3). BELMAC queda obligada a entregar dicha documentación y know-how a ETHYPHARM, una vez finalizado el contrato.

. BELMAC se obliga al mantenimiento de la maquinaria y demás elementos propiedad de ETHYPHARM. Por su parte, ETHYPHARM pagará el importe de las piezas que sean precisas para el matenimiento de las mismas. BELMAC se compromete a mantener las máquinas en perfecto estado de uso para la fabricación de los productos.

**3ª.- PRECIO.-**

Por la fabricación y control de los productos que son objeto de este contrato, ETHYPHARM pagará a BELMAC un precio y condiciones que se definen en el ANEXO 4 y que será revisado anualmente.

**4ª.- DURACIÓN Y VIGENCIA.-**

La vigencia de este contrato comienza el día de la fecha del mismo y **terminará el día 31 de Diciembre de 1.997**. Se entenderá tácitamente prorrogado por períodos de UN (1) AÑO, a contar desde el 1 de Enero de 1.998 y así sucesivamente, en su caso, si ninguna de las partes comunica a la otra por escrito su voluntad de darlo por rescindido, al menos con SEIS MESES de antelación al vencimiento de su plazo de duración inicial o al de cualquiera de sus posibles prórrogas anuales.

Se acuerda como condición para la prórroga de este contrato que al inicio de cada una de las posibles prórrogas las partes se acrediten mutuamente la prórroga o nueva contratación, o regularización de las pólizas de seguros a que se hace referencia en la estipulación 11ª siguiente que deberán cubrir en todo caso el periodo prorrogado. Será causa de rescisión del contrato o de cualquiera de sus prórrogas la falta de este requisito.

**5º.- PRODUCTOS DEFECTUOSOS.-**

En el supuesto de que cualquier lote resulte defectuoso por no ser correctas las especificaciones indicadas por ETHYPHARM, ésta vendrá de todas formas obligada a satisfacer a BELMAC el precio de la fabricación como si la misma hubiera resultado enteramente correcta. Por el contrario, si BELMAC no cumpliese por negligencia o se demostrase que no ha seguido las buenas normas de fabricación, se verá obligada a satisfacer a ETHYPHARM la cantidad correspondiente, mediante su coste industrial y la sustitución del producto en un plazo de 60 días.

3

EP 009179
_CONFIDENTIAL

B157

3/09/97

## 6ª .- NORMAS B.N.F. Y GARANTÍA DE CALIDAD.-

BELMAC se obliga a fabricar con cumplimiento de las Buenas Normas de Fabricación (B.N.F.), de acuerdo con lo establecido en el Real Decreto 1.564/1.992, del 18 de diciembre y al cumplimiento de todas las normas y Garantía de Calidad que le sean aplicables como fabricante contenidas en el dicho Real Decreto, para todos los productos objeto de este contrato.

- Se entenderá como Garantía de Calidad Farmacéutica el conjunto de medios personales y materiales , así como de operaciones que se han de realizar en un laboratorio necesarias para conseguir la elaboración uniforme de los medicamentos, asegurando la homogeneidad de los lotes y controlando los niveles de calidad de forma que pueda certificarse la conformidad de cada lote con las especificaciones autorizadas.

- Con relación al Control de Calidad de los productos BELMAC se obliga a tener a punto el material de laboratorio necesario, así como los aparatos precisos para realizar los análisis de los productos fabricados para ETHYPHARM. Este control debe realizarse de acuerdo con la norma vigente (Real Decreto 1.564/1.992 antes citado), y según las normas y especificaciones exigidas por ETHYPHARM.

- BELMAC, se responsabiliza por los daños causados por las malas condiciones de almacenamiento de los productos y materias bajo su custodia o por su uso impropio o abusivo.

## 7°.- KNOW-HOW.-

ETHYPHARM ha puesto como consecuencia de relaciones anteriores entre las partes, a disposición de BELMAC su know-how sobre la fabricación de los productos, consistente en el proceso de fabricación y método de análisis de las materias y productos suministrados por ETHYPHARM, así como el producto y también eventualmente sobre material de acondicionamiento.

ETHYPHARM se compromete a seguir enviando personal propio a su cargo para formar al personal de BELMAC, como ya ha venido haciendo como consecuencia de las relaciones anteriores. Las personas designadas por BELMAC para la fabricación de los productos, tendrán el nivel educativo adecuado para recibir la formación sobre la correcta fabricación de los productos y utilización de la maquinaria de ETHYPHARM y demás elementos.

## 8°.- PACTO DE CONFIDENCIALIDAD Y SECRETO.-

BELMAC se obliga a mantener en secreto y a no usar la información y el know-how adquiridos como consecuencia de la relación con ETHYPHARM y de la firma y ejecución de este contrato durante la vigencia del mismo y, posteriormente, hasta que dicha información y know-how sea de dominio público por otra procedencia diferente a ETHYPHARM. Además, en todo caso, BELMAC se obliga a mantener en secreto y no usar dicha información mientras subsista cualquier tipo de derecho, patente o marca del

4

EP 009180
_CONFIDENTIAL

B158

3/09/97

que sea titular ETHYPHARM. Igualmente ETHYPHARM se obliga a guardar secreto y no usar la información obtenida como consecuencia de la relación mantenida durante la vigencia de este contrato.

De cualquier forma se acuerda que BELMAC o sus colaboradores no podrán, en ningún caso, hacer referencia ni utilizar el contenido de sus relaciones con ETHYPHARM en sus relaciones con terceros y otros laboratorios, sin previa autorización escrita de ETHYPHARM. Si algún trabajador terminase su relación contractual con BELMAC, ésta recordará al trabajador la obligación de secreto y su responsabilidad posterior.

En el caso que BELMAC incumpla las obligaciones de confidencialidad y secreto establecidas en este contrato, ésta se obliga a pagar a ETHYPHARM como penalización, el importe correspondiente al 30 por ciento, de la facturación bruta anual de ETHYPHARM por cada incumplimiento contractual.

**9°.- ETIQUETADO DE LOS PRODUCTOS.-**

Los productos acabados fabricados por BELMAC llevarán en el embalaje la etiqueta y/o la marca e indicaciones que ETHYPHARM establezca. BELMAC ~~únicamente podrá~~ *deberá* insertar en los embalajes los textos conforme a las exigencias legales, que le correspondan y competan como fabricante.

**10°.- PEDIDOS Y PLAN DE FABRICACIÓN.-**

a) BELMAC se obliga a fabricar con las materias primas necesarias cada uno de los productos acabados según el plan de fabricación previamente pactado por las partes.
BELMAC se compromete a la entrega de los productos acabados dentro del plazo según el plan de fabricación antes citado, y en el lugar que ETHYPHARM le indique.

b) Las órdenes de fabricación y entregas, en particular pedidos, serán únicamente emitidas y reguladas por ETHYPHARM o quien ésta designe. Estas órdenes de fabricación se harán trimestralmente con una revisión mensual.

c) BELMAC se obliga a informar a ETHYPHARM, por medio de comunicados escritos de las existencias, mediante el envío de una copia de los correspondientes partes de llegada y salida de las mismas.

**11°.- SEGUROS.-**

ETHYPHARM cubrirá mediante seguro, que tiene ya contratado, por responsabilidades debidas a BELMAC por defectos en las especificaciones que ETHYPHARM ha establecido. A su vez, BELMAC tiene ya contratado para todo el tiempo que dure este contrato y durante un período de al menos el equivalente a la caducidad del último lote fabricado, un seguro general de, responsabilidad civil, maquinaria y demás material, y productos, así como un seguro contra las reclamaciones

5

EP 009181
_CONFIDENTIAL

B159

3/09/97

cubiertas por las disposiciones del presente contrato y además un seguro global de responsabilidad extracontractual en consonancia con el valor de lo asegurado.

. Una copia de estos dos seguros se acompaña a este contrato como <u>ANEXO 5</u> .

### 12ª.- PROHIBICIÓN DE CESIÓN.-

BELMAC. no podrá ceder, transmitir o transferir a otra persona o personas, físicas o jurídicas, el presente contrato o cualesquiera de los derechos derivados del mismo sin consentimiento previo, por escrito, de ETHYPHARM.

### 13º.- NO COMPETENCIA.-

BELMAC se obliga, durante el tiempo de validez del presente contrato y, posteriormente, hasta que dicha información y know-how sea de dominio público por otra procedencia diferente a ETHYPHARM, a no fabricar los productos con la tecnología que ETHYPHARM, ha puesto a disposición de BELMAC sin la expresa autorización previa de ésta. Por otra parte, ETHYPHARM garantizará el suministro de productos en pellets para BELMAC y sus posibles clientes después del tiempo de validez de este contrato.

### 14.- OBLIGACIONES SOCIALES Y LABORALES.-

El incumplimiento de sus obligaciones por BELMAC, o el incumplimiento de las normas de seguridad por sus trabajadores, no implicará responsabilidad ni obligación alguna para ETHYPHARM.

En ningún momento podrá entenderse establecida relación de ninguna clase entre ETHYPHARM y los trabajadores al servicio de BELMAC que se ocupen en la fabricación de los productos.

### 15º.- RESOLUCIÓN DEL CONTRATO.-

El incumplimiento de cualquiera de las condiciones de este contrato y sus ANEXOS, será causa de resolución del mismo. Asimismo, serán causa de resolución de este contrato:

a.-La presentación por parte de BELMAC de expediente de solicitud de estado de suspensión de pagos o de quiebra.

b.-El cambio esencial (mayor o igual al 25%), de forma directa o indirecta, que pueda producirse dentro del accionariado de BELMAC integrante de su capital social. En caso de que hubiera una modificación por la entrada de una persona o sociedad que no perteneciera al grupo de los accionistas actuales de BELMAC, ETHYPHARM estaría autorizada a rescindir el presente contrato. BELMAC se compromete a comunicar por correo certificado cualquier cambio esencial (mayor o igual al 25%) de su capital social, de los antes indicados.

6

EP 009182
_CONFIDENTIAL

3/09/97

## 16°.- NOVACIÓN.-

Las obligaciones asumidas en virtud de este contrato extinguen completamente las previamente existentes entre las partes, así como los contratos vigentes que las regulan, a las que sustituyen íntegramente a todos los efectos, y, especialmente, a efectos de lo establecido para la novación de las obligaciones que determina el artículo 1204 del Código Civil. No obstante lo anterior, se dejan vigentes a todos los efectos, todos los pactos de secreto y confidencialidad suscritos entre las partes hasta la fecha, que se considerarán parte integrante de este contrato y plenamente aplicables al mismo.

## 17°.- VISITAS.-

ETHYPHARM o la persona que ésta designe queda autorizada a realizar visitas de inspección y/o auditoría, formación y otras de carácter general a las instalaciones de BELMAC para comprobar la regularidad de la fabricación de los productos y la correcta utilización de su maquinaria, y el cumplimiento de las normas respecto de la Garantía de Calidad; así como las que sean precisas para la formación del personal, debiendo avisar con antelación. *suficiente*

## 18°.- DOCUMENTACIÓN.-

BELMAC se obliga a la preparación, archivo y conservación de la documentación que establece el Real Decreto 1.564/ 1.992, de 18 de diciembre (en particular, en su artículo 35). Igualmente se obliga a suministrar a ETHYPHARM junto con los lotes una copia de los documentos de producción de los mismos.

## 19°.- FASES DE FABRICACIÓN.-

En cumplimiento de lo preceptuado por el artículo 29 del Real Decreto 1564/ 1992, de 18 de diciembre, se acompañan como <u>ANEXO 6</u> las fases de fabricación o análisis de los productos y los acuerdos técnicos correspondientes firmados por los **Directores Técnicos** de las partes.

## 20°.- ARBITRAJE.-

Para cuantas cuestiones puedan surgir respecto al cumplimiento o a la resolución del presente contrato las partes -con renuncia a ejercitar su derecho ante la jurisdicción ordinaria- se someten al arbitraje de derecho de un árbitro designado por **LA CÁMARA DE COMERCIO E INDUSTRIA DE MADRID.** Las partes se obligan a cumplir, tanto las resoluciones interlocutorias, como el laudo que finalmente se dicte. El plazo máximo para emitir el laudo se fija en seis meses contados desde la aceptación del árbitro a la resolución de la controversia, la cual habrá de producirse en un plazo de quince días a contar desde la notificación.

EP 009183
_CONFIDENTIAL

3/09/97

Y enteradas ambas partes del contenido jurídico y económico de este documento, que aceptan en su integridad, lo firman junto con sus **ANEXOS** por duplicado en el lugar y fecha indicados al principio.

Fdo. **ETHYPHARM S.A.**, p.p.

Fdo. **LABORATORIOS BELMAC, S.A.**, p.p.

8

EP 009184
_CONFIDENTIAL

B162

## ANEXO 1

### PRODUCTOS

- Indometacina
- Diclofenaco
- Piroxicam
- Omeprazol
- Lansoprazol
- AAS
- Fenofibrato
- Doxiciclina

9

EP 009185
_CONFIDENTIAL