Mr. Price asked the members of the Board to authorize the Company and/or its officers to file a comprehensive Listing Application with the American Stock Exchange, and list for issuance 2,500 shares of Common Stock that have been granted to Adolfo Herrera, a pool of shares sufficient in number to be available for matching employees' 401(K) plan contributions for the next two years, and a pool of shares to be used in the future as awards to employees as stock based compensation. After discussion, upon motion duly made, seconded and unanimously carried, it was

> **RESOLVED**, that the officers of the Company are hereby authorized to file a Listing Application with the American Stock Exchange listing the 2,500 shares of Common Stock that have been granted to Adolfo Herrera, a pool of shares sufficient in number to be available for matching employees' 401(K) plan contributions for the next two years, and a pool of shares to be used in the future as awards to employees as stock based compensation for issuance and to take any and all action required to carry out the intent of this resolution.

There being no further business to come before the meeting, upon motion duly made, seconded and unanimously carried, the meeting was adjourned.

Michael D. Price, Secretary

6

BENTL002417
HIGHLY CONFIDENTIAL

*EXHIBIT H*

1/1/2000
3:31 PM

# BENTLEY PHARMACEUTICALS, INC.
## STATEMENT OF OPERATIONS BUDGET
### FISCAL YEAR ENDING DECEMBER 31, 2000

B317

| In (000's)  US$ | Qtr 1 2000 | Qtr 2 2000 | Qtr 3 2000 | Qtr 4 2000 | Total |
|---|---|---|---|---|---|
| **Sales** | 5,938 | 6,778 | 7,001 | 8,309 | 28,025 |
| **Cost of sales** | 2,305 | 2,592 | 2,678 | 3,207 | 10,782 |
| **Gross margin** | 3,633 | 4,185 | 4,323 | 5,102 | 17,243 |
| **Operating expenses:** | | | | | |
| Selling, general and administrative | 2,728 | 2,890 | 2,899 | 3,377 | 11,894 |
| Research and development | 277 | 266 | 260 | 254 | 1,057 |
| Depreciation and amortization | 171 | 177 | 180 | 181 | 708 |
| Total operating expenses | 3,177 | 3,332 | 3,339 | 3,812 | 13,659 |
| **Income from operations** | 457 | 853 | 984 | 1,291 | 3,584 |
| **Other (income) expenses:** | | | | | |
| Interest (income) | (86) | (79) | (67) | (56) | (288) |
| Interest expense | 314 | 316 | 318 | 320 | 1,267 |
| Other (income) | 0 | 0 | 0 | 0 | 0 |
| Currency (gain) loss | 0 | 0 | 0 | 0 | 0 |
| Total  other (income) expense | 228 | 237 | 250 | 264 | 979 |
| **Net income before taxes** | 229 | 616 | 734 | 1,027 | 2,605 |
| **Income tax provision** | 223 | 303 | 320 | 379 | 1,225 |
| **Net income** | 6 | 313 | 413 | 648 | 1,380 |
| **Year to date net income** | 6 | 319 | 732 | 1,380 | 1,380 |

BENTL002418
HIGHLY CONFIDENTIAL

B318

LABEL         Bob G.  Bob Gu.
              Terms of contract
BCE 200 - contracts
              for MD investigate

MTA
Biomerica Agt.
Niqeo Lot

        Spain
        Manut.

Spain

* Ciprofloxacin
   Alter Labs - Monday
   Cost of Manut.
      Taxes info
   Approval
      March En
            Etielapail
            Perto        Merch - May
            Dok
            Ibu          Ibribu
            Amphin       Planta Oreta
   Omeprazole - okay but
                food studies - Feb
                Study ends
                March Approval

HIGHLY CONFIDENTIAL

BENTL001656

Noro Norsula – Jane Peterson
CLASS MATE

FAXES ✓ Martin 630-655.0938
BARTONS 208-248.8358

14th

2/16/00    FDA    Vicky Lutwak  301 827 2073
           IND    59878    FAX 301 827 2075
           Summary PBMA

ARISTO

2/22/2000   Spain – Adolfo      Herrera@Belmac.com
  1. BMS – Friday Mtg. – Cronli
  2. Omeprazole tablets – Patent Written
  3. Merck – waiting to hear
  4. Tablets BOR – with lights
         Promotion controlvas
  5. Selegiline – Approved waity for paper
  6. Doxazocine – Almost approved
  7. Pentoxifilin – " need explanation of betuciy

HIGHLY CONFIDENTIAL

B320

(cont.) Bob Friedman

J.V.

? No TEVA Equity – No Money Injectn into

* Manufacture

Many Mutual Recogn.

MAY RUN another Company

Break-up – Clauses

Personnel Endemnties

* Sales Force

* Contribute All their pdts.

Joint Business Plan

Report of Spanish

– cell – 1-917-331-7793

02 – SPAIN

– 5.6 mil pstas – ompragada

– Ethyphirin – Aput

– Marcil – Local decision NOT USA

Pent
Dox         Marcil possible
Enalp.
Omprn

– Sales – 255 mil – low in Feb.
                Feb. 8-10% Normally lower
            W/Jan + Feb combined

BENTL001680

**B321**



March 14th 2000
Meeting in Spain

## Redacted

New Registrations - March
* Pentoxifiline          * Codwisan
* Doxasocina            * Alprazolam (USED)
* Seligiline - Approved need paper
* Omprazole Drum
New Patents

Redacted

* ② Paracetamol - Sachets
          Clear dissolution
               650 mg. tablet   1000 mg Sachets
     Ethiphoim - did not sign contract
13 April - Mtg. Zaragossa
     Bob. Meet w/ Elena
     Jim w/ Bill Porter, Russel Cleudmd
Galderma Possibility
     Steve Clark   817 263 2607
     Janusz Czernielewski  609 860 8206

HIGHLY CONFIDENTIAL

BENTL000742

B322

Sales Calls

Doctors    Pharmacies    Generics

Omeprazole = MKt. For U.S. in other
European mkt.

1st wy Fluoxitine

needs Registration - needed
"    Commercializti - needed
"    Wholesalers, etc

80 raw material with development
Have Reg. Affeirs

40 UK
30 Bel
60 Germ
30 Italy
40 Belg

→ IMS DATA

contact
George Barrett - Pres.
Bill Flechear -
Harold Ben Mainon - Hd R+D

HIGHLY CONFIDENTIAL

BENTL000744

B323



Teva
  Highlights
    Mkt Res.
    Regist. Expertise
    Mkt.
    Sales
    Pricing Guidance
    APJ

Belmac
    Name
  Reimbursent of Sales Expense
  1 Reg for lab Belmac
  Split Profit After Sales Exp.

HIGHLY CONFIDENTIAL

BENTL000745

Update

1. SPAIN — New PDts.
   Omeprazole - Generics
   Selegina
   DoxA so Cine
   PENTOXAfiline
   MIORGIAX - NO CAPS. 1st
   MERCK
         Codesin formulations
              0.2 to 3 mil
                 More sales
                 High GM

2. Spain Profit for Jan
        Record High @ 61 m.l

3. TEVA - Has selected Belmac
        Letter of Intent - Next 2 Wks
                  returning next week
        Motivation - Many Approvals
                  4 months to launch
        Objective to be No. 1 in Spain
                  OR NOT ENTER
        Sales 1.3 B/l

4. Novo Nordisk _ ② Scandavain. Quota
   ③ return      ① Confidentiality   "NEVER SEEN NOVO
   w/in next      LETTER OF INTENT to follow   react so positively
   few weeks                                   And Anxious for
   to discuss structuring   NASAL - INSULIN   the 1st
   A commitment in          Transdermal Evaln   meeting
   PEPTIDES incl. insulin    Peptides          Certain
                                               OF
                                               collaborat

HIGHLY CONFIDENTIAL

BENTL000749



03-20-00    SPAIN

03/20/00  Dominick + Dominick
          STEVE + WEGER        V P Corp Plans + Dev
          Abbott
          One Abbott           847 937·3638

03-20-00  CARTER WALLACE — Peter Burke
          Testing of E-Z Detect — Good
          wants Formulation for Fem. Health
                  ? TESTOSTERONE

3-21-00   SPAIN
          Enalapril — evaluator expects No
          Ibuprofen 300 mg —
          NEW Law ref price + Belmac NOT ISSUE
              SEPA — decreased price required
          → Probably No New PACK of TAX
              9 million reserve
              6 million    "
          MERCK — contract (draft) sent
          CONTABRIA — omeprazole
              20 million — 1 yr supply
              4,500 pst. / kilo from Esteydram

HIGHLY CONFIDENTIAL                          BENTL000757

B326



Spain Mtg

1. April 10th, Mtg Logistics
    Intercontinental rooms
                    mtg room - Telephonic w/ Speaker
                    overheads Equipnt.
        results 1st Qtr.    Time Spanish pres.
        confa (engl.)        Time BOD
        expat (engl.)        connecting room for mom
    Women - organize

    Zaragossa visit - Jim
                    - Bill Packer
                    - Russel Cleveland
        down/back same Day

2. Modify LOI
    Name: Davur-Teva
    Management: Lab Belmac (Davur)
    License Pdts to Lab Davur
    Object: Generics (lab Davur)
            Branded (Lab Belmac) lic w/ royalties
            OTC (lab Davur)
    J.V. Company or Davur.

    List of Pdts.  Mkt Competitors  Mkt Size
    General Performance expectations
        Sales  Margins  growth

    Ethymed - transdermal

HIGHLY CONFIDENTIAL                              BENTL000765



29 March 2000

Spain Mtg. Office
Qtr. 1st Projection
150 mil Profit vs. 75 in 1999
18¢ Cinfa License
14 Export Profit
Sales may be lower but Profit higher

? J.V. Company
IPO on London Exchange

Structure
License for 3 yrs.
Then Best Effort to form J.V.

HIGHLY CONFIDENTIAL



Spain:

TEVA - Business Plan

Ethypharm Spain
    10 million

Ibuprofen   ⎫
Flouxitine  ⎬ May Approval 17th
Trimetazine = June

Sel.
anal.  ⎫ June Announcement
omepr. ⎭

Plata ovata

Antibioticos 2-3 yr. Contract
ALApharma (G. welcome formerly)
        Called - Omprazale - NEXT WK
                            Contract

Merck - ? codesine

Italopharma - Now at SEPA
    Gyneco
    36% for 200 mil psetas

Ethypharm
    Knows of our Omeprazole
    working on notebooks
    Louis Catanja

April
    Profit 38 mil psetas  Budget
          48 mil          Actual
          53 mil W/o reserve

        704 pt88

HIGHLY CONFIDENTIAL

BENTL000780

B329





SPAIN cont.

Antibiotics / Columbia

Jamie Cuvreon

— Omeprazole Dossier in return for
Amoxicilli Dossier but we have
Supply Agreement of omeprazole

Patent for omeprazole
1st wk July
Granulations ⎫ 2 patents
Tablets ⎭

FDA

Development Simvastatin
15th July Tablets finish

6/1/00   EthyPHARM — Pierre Germain
→ Left message  011 33 , 41121720
Mtg. 29th Lunch

Screening - Plough.

Otc
G.W. Brightia

HIGHLY CONFIDENTIAL



B332



Press Releases

July        Fluoxitine
July        Selegiline
July        Omprizole
July        enalapril
July 1      Merck Pelt
July 15     Teva
June        UNH - contract, grant
July        Dartmouth
Aug         Jordon Horwith
Aug         UAB - initiation of dosing
                  interim rpt.

To Do: 6/15/00 on return
    Prelogin - Slides - Sched. Mtg.
    Abbott -
    Semtell - call to sched.
    ~~~~~~~~~

HIGHLY CONFIDENTIAL

BENTL000801

B333

4/15/00   SPAIN   Telephone Update

Omeprazole - list. on diff. regions:
- high response   15K units
- Sales will be very high
   last Qtr.
   evol to 100K units / mo.

1135 pstas / unit
300 cost
_____
GM 70%

Planta orata
Zelizine - Approved
PENTOXYFILLINE - launched last wk
Fluoxetine
enalapril
Ciprofloxacin
Codeine

CONTROLVAS - SHIRE   END OF WEEK
              BEFORE END OF month
          GM Spain memo necessary

I tal pharmaco
     2 Licenses Portugal
          Enal & omep

- Ethypharm - "Ignacio alverez"
          did they call to Buy Ethypharm
# 6.4 mil   Sales 1200 mil   400 mil profit Net Retax
# 2.2 mil   France 6 person fired
# 160 R OVHD   if 20% royalty          120 mil OVHD

**HIGHLY CONFIDENTIAL**

BENTL000840



Novartis wants to join w/ Ethypharm
to manuf. in Spain

9-13-00    Ethypharm - Thierri Germain - Left message
requested meeting 26th or 28th
will call monday 18th

9-13-00    M H Myerson - Andrew Scott    2:00 conf
800  422-4114    Analysts
Instutional Sales

Ethypharm
6.6 Million              6.6 mil

2.2 PreNet              2.2
                        1.2
                        ————
                        1.0  Pretax

RON REE
Make Appointment

B335



9/20/00   Ethypharm - Pierre Germain

9/20/00   BERTEK - Dr. Baskar
          TESTING complete - Report sent
                  Huddle Next

9/20/00   Mike Yates - Dan Roweder
          Investor Business Daily - signal on stk.
              www.ycAd.com
              INDEX  1st security
              DAY 1  Conf.
          Mission:

              incontinence - "went over his head"

          3.  { Eurodollar
          E's { Energy
              { Earnings

9/20/00   Auxilium - Per Bob Stote

9/20/00   Robert ZERBE (Consultant)
          Richard DiMarchy - conservative
            • Glidazones evaluated in Past
          Pfizer sets high price for Alternative
       *  • Variability biggest issue
          Pfizer.
       *  180 min testing

HIGHLY CONFIDENTIAL

BENTL000845



9/21/00  SPain

Senioral

16 - 23rd Omeprazole meeting with

TeVa. wants. Europe license

Helm Iberica - wants license
to Omprad. Also
New Patent omeprazole away out

Shire U.Ki today controlvas
meeting with Broker

Meeting with Ethypharm 3:00 27th

9-21-00  Dom. + Dom. - Bob Friedman

London - interest.

Parallel Imports Expanding in Europe

3-6 months needed for European IPO

20% = 100 Million
Trade London & Madrid

Midsize Greek Co. wants to go Spain

George Sacick - Mfg. - (212) 558- 8961

Following in Europe

European Institutions

9/21/00  BMS - Joe Loftus
2weeks  Oct 11th after will Call - Gp. meeting
Ditta Kupta - Discussing next phase
Send Drug Supply - Proof of Principle
to Bentley                Study of Dartmouth
                          will be allowed
                          if someone there

B337



9/25/00    Diabetes Clinic
           Dr. Sherwin Swartz

       • Near beginning w/ Novo + Lilly
           who will fund our development
       • Fax information . 210 614 7385

                                    6.6 mil sale
                                    2.2 mil Perterant

9/27    Spain (Adolfo-Perio meeting)

        Codesman
        CHEAPEST PRICE  MUST BE APPRoved

           Fluox              5 October
           Enalapril
           Selegina
                        510 the pole next yr.
           Poroxyllin   Sales going good
           omeprazole

       • Antibiotics - Antonio Ballesteros (for Sale)
       • CaCO3 - 200 mc - SEPA, ABBOTT
       • Controlados - 900 mil - memo to go
         TENA  16-17-18 Oct visit Spain

HIGHLY CONFIDENTIAL

BENTL000850

B338



9-27-00  Ethypharms meeting - Paris

- ✓ Aqueous formulation
- ✓ Solvent capturing equipment
- ✓ Sublicenses
- ✓ ASTA relationship
- ✓ Darvu / Brimac relationship

Lab Bch   25 ml FF      ⟩ 30 mil FF Spain    80% Bch mu.
           6 mil FF       50 mil FF target

- · Structure
- · Manuf.
- · Customers

        5 1/2 People

500  sales    700         20m License ( +
(350) manf   400          manuf. (more)
(150) R+D Reg 300

Typical Structure
  1. Upfront
  2. Royalties
  3. Manuf

Project Proposal - Precise

    Manage              Sales / Business Development
    Sublice
    Royalties
    manuf.
    countries - Sales from Spain
        Emphasis on

Patrice - R+D DDS
LeDuc - on proposal      ⟩ 3 weeks to
Germain - COO operations

HIGHLY CONFIDENTIAL                          BENTL000851

B339

CONFIDENTIAL

To: Ph. Boudal  Y. Liorzou P.Germain
From: A. De Basilio

*7 pages*

Subject: Actions and observations on the "C.R. de la Réunion Éthypharm Espagne du 4-10-00"

1.- *Document synthétique Belmac:*

I'm sorry to tell you that I haven't been able to obtain a brochure from Belmac. Due to obvious secrecy obligation I can only work discretely very few moments a day. Since I have been travelling lately I asked first Chantal Igonet and then Belen Gil to obtain it from Belmac's commercial dept. They both tried with no success. The last answer we got was that this kind of documents have to receive the direct approval of the general manager to leave the company! What's inside? A nude almanac?! Or, is it perhaps and most probably something they don't want us to see....?
Nevertheless I send you a brief I found in the not in their web page: www.belmac.com and you can always count on me to give a short description to a group of people that you can organise whilst one of my visits to Paris.

2.- *Données matières premières:*

I already sent it to you which you confirmed last week in our phone conversation it is very condensed but I hope it is all clear. Should you need further data please let me know.

3.- *Organigramme:* this is no joke, the general manager in Belmac Spain told us this subject has to receive authorisation from Mr Murphy president of the company in the US!!
The same as before; you will find a copy of what you can see in their web page, however we will prepare for you an organigramme trying to be as accurate as possible. I hope you realise how difficult for me is to maintain confidentiality under these circumstances  and how I'm ralentized  in sending you this information.

4.-*Evaluation en fonction des differents produits et clients – possibilité de se desengager de Belmac.*

As I explained to you manufacturing of different products in  Belmac  is linked in such a way that we use the dead periods in omeprazole's fabrications to manufacture in the mean time products of low profit in order to pay general costs. This has been analysed and quantified by E.Cailleret ask him for details. The margin of omeprazole will be affected if we remove one of these not so profitable products. Hence my recommendation is to leave this idea unless we either sell products and equipment to Belmac or we take manufacturing to our premises in France or we sell éthypharm Spain to someone else.

5.-Edition of CoA by Belmac: this point was already discussed during my last visit to  St.Cloud and I confirm they can emit the CoAs under their heading and if the client prefers we can copy it and send the same certificate under our heading.

6.-Eurocompta contract: As I told E.Cailleret  M.Sahonet will send it directly to you.

General considerations and focus on Annexe 2:"Schéma de fonctionement Commande client"

Regarding the transfer of the operations fully to Belmac in my point of view after all these years you cannot clearly leave them on their own trusting that once you have emitted an order they will take care properly of all the different points. The "cahier des charges" will be kept safely in the archive and will be rarely utilised! A very close follow up has to be done as I.Alvarez performs right now.
As you know now we buy everything except the talc powder and conditioning materials for expedition of goods. My recommendation is, specially if they buy the excipients, that someone has to call the factory daily or very regularly to check that there is enough stock, that dates are respected in the whole manufacturing process and specially the performance of the analytical trials to release the batches as well as the items described in red in annex 2. The good prices we obtain on raw materials and active principles

*1*

EXHIBIT
F. ALVAEZ
12

EP 009103

B340

will not be a major concern of Belmac, thus my advice is to continue buying these unless the margin in these products becomes secondary due to other priorities of éthypharm.

We have learnt how to work with them and they have proven to work a little bit better year by year but I sincerely recommend to make them understand that the "cahier des charges" is there to be respected. Don't trust them straight away. They will give their word saying they will do but they will provide very little written material accepting a compromise. Your faxes or e-mails will not be answered so a lot of phone calls will be needed.

This recommendation is made in the benefit of our clients. There is no use in blaming Belmac for not respecting the logistics and the time schedules. Our client will blame us so it's better to keep a tight surveillance. Some day perhaps they will learn but for the time being we get a lot of profit out of this manufacturing.

If you need any other help in the other points that you didn't ask or solve any doubts please get in touch with me preferably through the mobile phone 0034629152001. And let me know the result of your meeting and when are we going to meet again to know and analyse the next steps we have to take.

Adolfo de Basilio                                        19-10-00

2

EP 009104

B341

## Laboratorios BELMAC S.A.    Presentación

**Laboratorios BELMAC S.A.**, nace en 1.991, cuando la Compañía norteamericana BELMAC Corporation "actualmente BENTLEY Pharmaceuticals" adquiere la empresa farmacéutica RIMAFAR, incluida la fábrica de la antigua INFAR-NATTERMAN en Zaragoza, así como su cartera de productos farmacéuticos clásicos, a los cuales se han ido incorporando otros de gran actualidad y potencial terapéutico. Las oficinas centrales están situadas en Madrid.

Desde su comienzo en 1.992, Laboratorios BELMAC, S.A. estableció su estrategia sobre tres ejes fundamentales:

- Potenciar la fábrica de Zaragoza
- Optimizar la Organización Administrativa
- Diversificar la cartera de productos

Para la obtención de estos tres objetivos básicos, ha sido necesario un gran esfuerzo del equipo humano que compone la compañía, así como un fuerte saneamiento financiero e importantes inversiones en activos fijos.

## ORGANIGRAMA DE LA EMPRESA:



Igualmente se ha creado un equipo de profesionales cuya responsabilidad es la de renovar y ampliar la actual cartera de productos, con el fin de asegurar el futuro de la empresa.

3

EP 009105

DARTMOUTH

Auxilium
TESTOSTERONE + TOTAL Rights
1. Clear understanding BNT can
   Pursue other Application
   utilizing a patch
- ALZA
- WYETH
- PHARMADA
2. Clear understanding
   Patents for use in areas
   beyond their reach
   acquired, can not be given
   And is not being to them.

CFS ⟩ Patent
FMS        350,000
CA + NonCircumvention
+ Oral Methyl TESTOSTERONE
— reservor

SPAIN
Shire wants to have Nov 30.

HIGHLY CONFIDENTIAL

B344



TED Gomoll

DLT conf. in Pheonix
Meclids - resurected

_____

Eli Lilly - Reiy
• STEWart GARINN

_____

SPAIN

CONTROLVES - NEXT WEEK SIGN by 1 Nov
BELMAZOL                NEXT WEEK Befor 15 Nov
CaCO3 - SHIRE                              CLOSING
DAVUR - 35K units omprezole
     - MKT ↑
       Selegili OCT
       erythril NOV 15 "
Omprezole -- Next WK.
Paracetmol patent - NEXT WK soluble in GLASS
                                                    WATER
SimvASTATine - Jan Submission

New web site

                              6/        9⁷ᵏ
                                        4⁷ᵏ

              SB 25K@¹⁰·
                  25 p 9⁷· ℒB
                              MᵴᵴS
        Sold Pack 20K
              BS

HIGHLY CONFIDENTIAL



Short  Mid  Long

Strategic Plan
Pdt Disposition
Tech Acquisition
Merger / Acquis.
IPO, London / Madrid
Diversify + Teva

Re-capitalization
Pdts Future + Diversificate
Collaboration

SPAM

Teva impressed w/ manuf.
Simvastatine tablets (generic)
(Omeprazole) tablet (Forty Hg), + Nov. machine
P.Aracetmol
run to file – ewwide
Stability
Bioequivalency
Ethipharm – Ignacio    (Phillipe Boudal)
Alverey              Hd. Manuf.
                         later regretty chart.
SHIRE
    Next Monday Due Dilagtin - manuf.

Cinfa – Omprezole Price from Ethipharm
           Ave of 3 Cheapest
               1135 } Ave. 1325
AleAlpharma
    325 psrs ovr cost

HIGHLY CONFIDENTIAL

BENTL000866

OCT. 25. 2004  9:22AM    BENTLEY PHARM INC                    NO. 487    P. 1

Redacted



**Bentley**
Pharmaceuticals, Inc.
65 Lafayette Road
North Hampton, NH 03862

| | | | |
|---|---|---|---|
| **DATE:** | October 6, 2000 | **FAX TIME:** | 9:02 AM |
| **TO:** | Pierre Germain | **PHONE:** | |
| **COMPANY:** | Ethypharm | **FAX:** | 011 33 01 41 12 17 30 |
| **FROM:** | James R. Murphy | **PHONE:** | (603) 964-8006 |
| | Chairman & CEO | **PAX:** | (603) 964-6889 |
| **E-Mail:** | jmurphy@bentleypharm.com or jmurphy431@aol.com | | |

**SUBJECT :** Bentley Pharmaceuticals Drug Delivery Technology

Number of pages including cover sheet: ( )
*****************************************************************************

Dear Pierre,

Thank you for spending time with me during my visit to Paris. I apologize for being tired, but with only 3 hours of sleep, I was not as enthusiastic as usual.

My thoughts for collaborating in Spain are as follows:

1. Bentley will assume the administrative oversight of the operation and guarantee Ethypharm income, through royalties equal in value to the current profit that Ethypharm is currently deriving from the Spanish organization.

2. Ethypharm will be in a better position because you will also receive the additional profit resulting from the elimination of expenses attributable to personnel, operations, and overhead.

3. Laboratorios Belmac will act on the behalf of Ethypharm to increase business through our business development and manufacturing groups. Lab. Belmac will bear the burden of personnel, overhead, expenses associated with the operation. The growth in new business above the current base business will be divided between our organizations with 30% of the net profit to Ethypharm and 70% to Lab. Belmac.

With regard to omeprazole opportunities utilizing the organic formulation or the aqueous formulation and either Lab. Belmac's registration or a new registration. I await a response from Mr. Gerard LeDuc and proposed dates for a meeting in the USA.

With respect to collaboration in Bentley's CPE-215 proprietary technology, I will be prepared to discuss during your visit to the USA.

EXHIBIT
M. JEAITY
33
7/19/06        SEB

CONFIDENTIAL

BEL001071

```
<<< Page 2 >>>
```

MINUTES   OF   A   MEETING   OF   THE   BOARD   OF DIRECTORS

OF

BENTLEY   PHARMACEUTICALS~   INC.

A meeting (the "Meeting") of the Board of Directors of Bentley Pharmaceuticals,
Inc. (the "Company") was held at 8:15 a.m. Eastern time on October 13, 2000 at the
Company's corporate offices located at 65 Lafayette Road, 3rd Floor, North Hampton,
NH. The following Board members were present:

James R. Murphy
Michael McGovern
Robert M. Stote
Michael D. Price
Robert J. Gyurik
Charles L. Boiling
Russell Cleveland
Miguel Fernandez
William Packer

being all of the members of the Board.

Also present at the Meeting, at the request of the Company, was Jordan Horvath,
General Counsel of the Company.

Mr. Murphy acted as Chairman of the Meeting and Mr. Price, at the request of the
Chairman, acted as Secretary of the Meeting.

Mr. Murphy called the meeting to order and indicated that the first item on the
agenda was to approve the minutes of the Board of Directors meeting held on June 9,

&lt;&lt;&lt; Page 3 &gt;&gt;&gt;

2000. After discussion, upon motion duly made, seconded and unanimously carried, it

was

RESOLVED, that the minutes of the Board of Directors meeting held on June 9, 2000 are hereby approved.

Mr. Murphy then asked Mr. Price to present a financial report and Mr. Price did so, reviewing the projected financial results for the quarter ended September 30, 2000.
Discussion followed with respect to financial results, cash flows, future expectations and whether the Company should call its Class B .warrants for redemption. No action was taken at this time.

Mr. Price asked the Board to authorize the opening of a commercial bank account in Spain which would accept U.S. dollars, for the purpose of creating a line of' credit that the Spanish subsidiary could access for working capital purposes, if necessary. After discussion, upon motion duly made, seconded and unanimously carried, it was

RESOLVED, that the officers of the Company are hereby authorized to open a commercial bank account in Spain.

Members of the Board suggested that a committee of the board be established, whose function it would be to evaluate specific opportunities to buy/sell products. After discussion, upon motion duly made, seconded and unanimously carried, it was

BENTL002390
HIGHLY CONFIDENTIAL

<<< Page 4 >>>

RESOLVED, that a Product Strategy Committee of the Board of Directors of the Company is hereby established and its membership shall be comprised of Messrs. Boiling, Packer, McGovern, Fernandez and Murphy, each to serve until the Company's next organizational meeting or the election and qualification of

their respective successors

Mr. Murphy then nominated Mr. Horvath to serve as Vice President, General

Counsel and Assistant Secretary of the Company. After discussion, upon motion duly

made, seconded and unanimously carried, it was

RESOLVED, that Jordan Horvath is hereby elected Vice President, General Counsel and Assistant Secretary to

serve until the next organizational meeting of the Board or

until election and qualification of his successor.

Mr. Murphy informed the members of the Board that the transaction to acquire

Codeisan had been completed as had the strategic alliance with Teva. Mr. Murphy

reminded the members that the Teva documents include a provision giving Teva a Right

of First Refusal to acquire Laboratorios Davur in the event that the Company decides to

divest itself of this subsidiary. Mr. Murphy asked the members of the Board to ratify the

terms of these two transactions and, after discussion, upon motion duly made, seconded

and unanimously carded, it was

RESOLVED, that the acquisition of the product Codeisan and the terms of the strategic alliance with Teva

Pharmaceutical Industries Ltd. by the Company's subsidiaries in Spain are hereby ratified in all their respects.

BENTL002391
HIGHLY CONFIDENTIAL

&lt;&lt;&lt; Page 5 &gt;&gt;&gt;

Mr. Murphy then informed the members of the Board that Shire Pharmaceuticals is interested in acquiring the Company's branded formulation of enalapril, Controlvas, from Laboratorios Belmac S.A. for 950 million pesetas. After discussion, upon motion duly made, seconded and unanimously carried, it was

RESOLVED, that the Company's subsidiary, Laboratorios Belmac S.A. is hereby authorized to sell to Shire Pharmaceuticals all right, title and interest to the

product Controlvas for 950 million pesetas.

Mr. Murphy then provided the members of the Board with an update with respect to ongoing negotiations, and summarized the terms from a term sheet that is being negotiated with Schering-Plough. Mr. Murphy asked the members of the Board to authorize him to enter into an agreement with Schering-Plough, and after discussion, upon motion duly made, seconded and unanimously carried, it was

RESOLVED, that the officers of the Company are hereby authorized to negotiate with and enter into an agreement with Schering-Plough along the lines of the terms outlined in the term sheet presented to the Board of

Directors of the Company.

**Redacted**

BENTL002392
HIGHLY CONFIDENTIAL

<<< Page 6 >>>

Mr. Murphy informed the members of the Board that Mr. Horvath had elected to
receive a portion of his salary in the form of Company Common Stock and asked the
Board to authorize the listing of a sufficient number of shares of Common Stock to
accommodate Mr. Horvath's election in accordance with the terms of his employment
agreement. Upon motion duly made, seconded and unanimously carried, it was

RESOLVED, that the officers of the Company are hereby authorized to file a listing application with the American Stock Exchange and include therein such number of shares of Common Stock as are set forth in his employment agreement with the Company to be issued to Mr. Horvath as a component of his salary and, upon such listing, to issue such shares to Mr. Horvath.

Mr. Price informed the members of the Board that the D & O insurance had been
renewed for twelve months and that the premium for the $5 million of coverage totaled
$85,000.

Mr. Price then provided a brief update of pending legal issues:

-Harshbarger

-Creative Technologies

Mr. Murphy then proposed that the Company continue to remunerate Mr.
McGovern in his capacity of Vice Chairman at the same level as the prior year: options to
purchase 25,000 shares of the Company's Common Stock each quarter, subject to
shareholder approval of amendments to the Company's existing 1991 Stock Option Plan
to increase the number of shares subject to the plan and extend its term and/or

BENTL002393
HIGHLY CONFIDENTIAL

<<< Page 7 >>>

shareholder approval of a new stock option plan. After
discussion, upon motion duly
made, seconded and unanimously carried, it was

RESOLVED, that the Company shall award to Mr.
McGovern in his capacity as Vice-Chairman, options to
purchase 25,000 shares of the Company's Common Stock
at the beginning of each quarter of 2001, subject to
shareholder approval of amendments to the Company's
existing 1991 Stock Option Plan to increase the number
of
shares subject to the plan and extend its term and/or
shareholder approval of a new stock option plan.

Mr. Murphy then reviewed the proposal by Dominick and
Dominick to offer
investment-banking activities to the Company. Discussion followed;
however, no action
was taken.

Mr. Murphy informed the members of the Board that the next
regularly scheduled
Board meeting would be held on January 22, 2001 (preliminary) in
Tampa, Florida, with
committee meetings scheduled for Sunday, January 21, 2001. The
April 2001 Board
meeting was preliminarily scheduled for April 18-20, 2001 in
Madrid, Spain and
committee meetings were preliminarily scheduled to be held in
Atlanta, GA on
November 14, 2000.

BENTL002394
HIGHLY CONFIDENTIAL

B353

<<< Page 8 >>>

There being no further business to come before the Meeting, upon motion duly made, seconded and unanimously carried, the Meeting was adjourned.

D. Price, Secretary

BENTL002395
HIGHLY CONFIDENTIAL



**B355**

**From:** Paul Fitzgibbons
**Sent:** Thu, 02 Nov 2000 17:28:11 GMT
**To:** Jordan Horvath
**CC:**
**BCC:**
**Subject:** Project Status- 24 Oct

Jordan, attached is the latest project status from our Mgmt meeting last week. Please be mindful that it is strictly an "in house" report. I will ensure you get a copy in future. No meeting this week (thus far).

EXHIBIT
Murphy
35
7/19/06

BENTL023176
HIGHLY CONFIDENTIAL