B356

**Bentley Pharmaceuticals, Inc.**
**Management Meeting – 24 October**

| TOPIC | SCHEDULE | PRIORITY |
|---|---|---|
| 1. Shire – Oral R&D Licensing Collaboration<br>Shire Executive Committee met on 10/17. Expected call by 10/20, but no call received to date. Draft license agreement pending. Need to call Jack Khattar (Shire) – **Action:** J. Horvath.<br><br>Target contract date 11/15. Following detail applies:<br>- Shire will do the in vitro/in vivo testing and BNT will license to them, 50/50 on new patents, 33 1/3% of milestone payments to BNT, 33 1/3% royalties to BNT. These figures are based "per compound". | Nov 15th | C |
| 2. Alcon – Ocular<br>Regarding the Research Collaboration Plan, we need more info from Alcon (ophthalmic and intranasal). A planned meeting with Yvon Durant will also help. Order of business follows:<br>- Find out what needs to be done with the formulation; meet with Yvon Durant on Tuesday, 10/31 - **Action:** B. Gyurik<br>- Call Alcon NLT 11/17, after resolving plan for formulation - **Action:** B. Gyurik<br>- Jordan reviewed draft MTA and returned on Friday, 10/20. Awaiting response prior further action - **Action:** J. Horvath<br>- Conduct lawyer-lawyer conf. call with Alcon - **Action:** J. Horvath | 1st Qtr 2001 | B |
| 3. Schering-Plough (Phase 2B) - Toenail Laquer<br>S-P Ops Committee meeting 10/23 on Health Care w/ Mark Kiwin was rescheduled to Friday, 10/27. Jordan talked to Nancy Miller-Rich on Monday, 10/23. Nancy showed some concern that BNT is collaborating with other companies as well. Wants until Monday, 10/30 to respond. BNT is upfront about working with others more advanced in this effort (i.e., McNeil).<br>- Further progress on agreement pending 10/30 call back from Nancy - **Action:** J. Horvath<br>- Initiate Hart-Scott-Rodino after agreement completed - **Action:** J. Horvath | Nov/Dec '00 | A |
| 4. Insulin - Development Issues<br>a) Supply – Sources (TBD). Obtain a contingency supply of insulin. Order of business:<br>- Jim replied to Atul 10/19 email and Atul responded. They confirmed manufacturing capability with Piramal. Meeting planned with Atul and Ms. Piramal 11/7-9 in Atlanta - **Action:** J. Murphy and B. Gyurik<br>- Visit to Bombay scheduled for 11/20. Jim and Bob G. to visit Piramal to negotiate supply and inspect for GMP compliance - **Action:** J. Murphy / Bob Gyurik<br>- Pacific Rim – Follow on to Piramal visit will be visit to Taipei and Singapore for other sources of insulin, et al. Jim, Bob G. and YungTai Tsu to make the trip.<br><br>Phone Numbers for Atul Parvatiyar:<br>Home: 770 931-8821<br>Cell:   678 427-1679<br>Office: 404 327-9100<br><br>b) Regulatory<br>1) Pre-Clinical:<br>- Contact John Cullen - **Action:** B. Gyurik<br>- Talk to Roger Wells - **Action:** B. Gyurik | NLT Nov 30th | A |

1

BENTL023177
HIGHLY CONFIDENTIAL

**Bentley Pharmaceuticals, Inc.**
**Management Meeting – 24 October**

| TOPIC | SCHEDULE | PRIORITY |
|---|---|---|
| - Brenda, Bob S. and Bob G., Fred Reno -- For planning<br><br>2) Clinical:<br>- Enlist support of Sherwyn Schwartz - **Action:** B. Gyurik<br>- Enlist support of Dartmouth Medical<br><br>3) CMC:<br><br>c) Formulation/Development<br>- Call Mayron. Mayron needs to start at square one. This issue deferred until after meeting with Yvon Durant on 10/31 - **Action:** B. Stote<br>- Call UWVa for formulation assistance - **Action:** J. Murphy<br>- Meet with Yvon Durant on Tuesday, 10/31 to discuss intranasal insulin - **Action:** B. Stote, B. Gyurik, J. Murphy, P. Fitzgibbons<br>- Call Scandinavian Biopharm for Novo Nordisk supply of insulin - **Action:** J. Murphy | | |
| **5. Bristol-Myers Squibb**<br>- Call Joe Loftus today (10/24) and suggest that they amend current IND and we will formulate for them - **Action:** J. Murphy. We will produce clinical supplies as another leg on their clinical study.<br>- Need to schedule a meeting at Princeton after contact to discuss technology; transfer - **Action:** B. Gyurik, P. Fitzgibbons and Y. Velazco | | B |
| **6. Auxillium A2 - Testosterone**<br>- Regulatory issues. John Cullen and Brenda Stoelze to meet and discuss, then meet with Bob Stote - **Action:** B. Stoelze<br>- Call Dave Brusick to design PK animal study - **Action:** J. Murphy<br>- PK Study for Radiolabel CPE-215 - **Action:** P. Fitzgibbons<br>- Prepare second amendment with patch included in agreement. Jordan sent out draft amendment to Auxillium lawyer; waiting for response - **Action:** J. Horvath | | B |
| **7. Dartmouth License – Testosterone**<br>Issues of schedule and royalty/milestone payments were discussed and resolved. Jordan to call and give concurrence on wording. Will advise all by email. Expect to complete in 2-3 days – **Action:** J. Horvath. | Oct 27 | A |
| **8. Pfizer - Animal Studies (CPE 215 formulations). DONE!**<br>- Veterinary in U.S. is underway<br>- Veterinary in Sandwich, UK is underway<br>- Human program was approved on Friday, 10/20<br>- Mike to call Keith Horspool to verify need for purchase order prior invoicing for $40k for new agreement for another 8 formulations. Also to check on payment for prior agreement – **Action:** M. Price<br>- Note: Insulin development concern from Pfizer<br><br>Note: Jim/Bob G. need to ask Mark Beccarelli (Easterly UK office) re. patches | | A |
| **9. Wyeth - Nail Laquer**<br>Wyeth asked for a product profile on nail laquer. Need to schedule a presentation for them at Wyeth within 30 days - **Action:** B. Gyurik and J. Murphy | | B |

BENTL023178
HIGHLY CONFIDENTIAL

B358

**Bentley Pharmaceuticals, Inc.**
**Management Meeting – 24 October**

| TOPIC | SCHEDULE | PRIORITY |
|---|---|---|
| **10. Shire Product Sale – Controlvas**<br>Draft documents were reviewed and delivered last Thursday, 10/19. A couple of changes to be made and delivered to the other side. Continue to monitor – **Action:** J. Horvath | | A |
| **11. Mexico - Omeprazole**<br>- Legal Issue- Review contract with Laboratorios Columbia- **Action:** J. Horvath<br>- Business Issue- Alert management that further supply issues may develop. Jim to relay message to Spain that w/o Jordan's review)- **Action:** J. Murphy<br><br>**Jim to handle during visit to Ethypharm in Nov.** | | A |
| **12. Italpharmaco (Portugal) - Omeprazole and Enalapril**<br>Outlicensing issue.<br><br>**Jim to handle during visit to Ethypharm in Nov.** | | A |
| **13. Helm AG - Omeprazole**<br>Jim/Jordan contract issue for outlicensing.<br><br>**Jim to handle during visit to Ethypharm in Nov.** | | A |
| **14. Teva - Generics**<br>Three day meeting with Teva taking place now. Potential regulatory approval for first 13 new generics<br>- Teva to perform due diligence review of Omeprazole patents prior to European License from Lab. Belmac<br><br>**Jim to handle during visit to Ethypharm in Nov.** | | A |
| **15. Dartmouth Programs**<br>- Onychomycosis – Find investigator – **Action:** B. Gyurik/Alla Kahn<br>- Insulin – Find Investigator – **Action:** B. Gyurik<br>- FMS/CFS: Initiating State grant for testing (Testosterone and non-testosterone) Bob G. called Alla Kahn and is currently waiting for response. | | |
| **16. UNH – GnRH**<br>Discussions with Stacia Sower (PI at UNH) continuing. Agreement is now being modified for use of mice vice lamprey eels. | | B |
| **17. Knoll Pain Mgt - Insulin, diclofenac gel, oxycodone nasal, hydrocodone nasal**<br>Invited us for pain management brainstorming session in New Jersey end of Nov (Gyurik, Stote, Murphy) | | B |
| **18. Repligen - Secretin intranasal**<br>Contact Walter Hurlihy - **Action:** J. Murphy | | B |
| **19. Radiolabel CPE-215**<br>Talk to panel of experts - **Action:** J. Murphy | | B |

BENTL023179
HIGHLY CONFIDENTIAL

B359

**Bentley Pharmaceuticals, Inc.**
**Management Meeting – 24 October**

| TOPIC | SCHEDULE | PRIORITY |
|---|---|---|
| 20. Allergan - Ocular CPE-215 formulations<br>Call Frank Pinkerton for introduction to President - **Action:** J. Murphy<br>Jim sent ocular package to Humphreys last Friday, 10/20 |  | B |
| 21. McNeil - Nail laquer<br>Present nail laquer to Manny Lopez at Fort Washington (Valley Forge, PA) during week of Oct 23rd - **Action:** J. Murphy and B. Gyurik<br><br>Jim is meeting with them this Thursday, 10/26 |  |  |
| 22. Paracetamol -<br>Promotion of new patent needed.  Call McNeil, Pharmacia UpJohn and Wyeth- **Action:** J. Murphy<br> - Patent attorneys are reviewing on 10/30<br> - Press release scheduled for week of 11/6 | Nov 10 |  |
| 23. Bertek -<br>On-going evaluations |  |  |
| 24. Lohmann - Testosterone patch alternative<br>Bob Gyurik to keep them happy for time being |  |  |
| 25. Duke- Vaccines<br>Call Herman Staats 10/18 re. testing in mice with intranasal vaccines.  Set up meeting for week of 10/23 - **Action:** B. Gyurik<br> - Need consulting agreement – **Action:** J. Horvath<br> - Need input on MTA (sent out last week, pending response) – **Action:** J. Horvath |  |  |

4

BENTL023180
HIGHLY CONFIDENTIAL

10/27/00   CHic Bolling

- Option Tax issue for officer & Directors


Russel
TEVA


10-30-00   Spain

WHAT Products Launched
1  Omprezole   4th
2  Pentoxifilline  4th
   Amoxicilli
?  Ciprofloxacin
3  Coderian - $ 200 K @ 202 potm  4½
   CaCO3
   Amioxidin - 1st
   Fluoxetine - 1st
4 5.  Enalopril  Bcl  Dnvn  4th
      Diltiazem  S.R.
      Plantago Ovata
6  Selephin  4th
7  Binngip Complex  3rd
8  Serio Spray  3rd

B361



10-30-00    PETER Fiebelman

    JOHN Good - Expressed concern

10-31-00    SPain

   - 011 34 91 388 7640

   - Heinene@Belmac.com

   - Next Friday or Monday submission

   Omprazole  2 wks.

10-31-00    Follow-up

   BMS - Azole
   DARTMOUTH - Agreement
   Auxillium - Modification
   DUKE - MTA
   JOHN Good
   Alex Silverman
   Ethypharm
   SHIRE

       Soluble + dispersi
      * rapid on set
     improved TASTE MASKing

HIGHLY CONFIDENTIAL      BENTL000004

**B362**

LABORATORIOS BELMAC, S.A.

## HOJA DE ENVÍO DE FAX

| POR : | FROM: |
|---|---|
| Jim Murphy | Adolfo Herrera |
| ORGANIZACIÓN: | DATE : |
| Bentley Pharmaceuticals, Inc. | 30th October 2000 |
| FAX: | TOTAL PAGES : |
| 001-603-9646889 | 2 |
| TELEPHONE: | REFERENCE : |
| 00-1-603-9648006 | |

Dear Jim :

I send you BELMAC Organization Chart. Please, tell me if you agree to send it to Ethypharm. Spain .

I wait for your comments.
Best regards.

Fdº.: Adolfo Herrera

LABORATORIOS BELMAC, S.A.
Montearagón, 9 – 28033 MADRID
TFNO. : 913887201 – FAX : 913887647

BEL051562
CONFIDENTIAL

LABORATORIOS BELMAC, S. A.

ORGANIZATION CHART



April 11 th, 2000

BEL051563
CONFIDENTIAL

B364

**LABORATORIOS BELMAC, S.A.**

HOJA DE ENVÍO DE FAX

| PARA: | DE: |
|---|---|
| D. Ignacio Alvarez | Adolfo Herrera |
| ORGANIZACIÓN: | FECHA: |
| Ethypharm | 31 de Octubre de 2.000 |
| NÚMERO DE FAX: | Nº TOTAL DE PÁGINAS, PORTADA INCLUIDA: |
| 91 319 9159 | 2 |
| NÚMERO DE TELÉFONO: | Nº DE REFERENCIA DEL REMITENTE: |
| 91 3085681 | |
| ASUNTO: | SU Nº DE REFERENCIA: |

| ☐URGENTE | ☐PARA REVISAR | ☐COMENTARIOS | ☐RESPONDA | ☐RECICLAR |
|---|---|---|---|---|

Estimado Ignacio :

Tal como me habías solicitado, adjunto te remito copia del organigrama de nuestra Cía.

Recibe un cordial saludo.

Fdº.: Adolfo Herrera
Director General

Euviado por meusajeo
31/10/00

LABORATORIOS BELMAC, S.A.
Montearagón, 9 – 28033 MADRID
Tfno.: 913887201 – Fax 913887647

CONFIDENTIAL

BEL001051



ORGANIZATION CHART

CONFIDENTIAL

CONFIDENCIAL

BEL001052

B366



| Tel : | + 34 - 91 308 56 81 |
|---|---|
| Fax : | + 34 - 91 319 91 59 |
| E-Mail : | ethypharm@ethypharm.es |

Marqués de la Ensenada, 16
28004 Madrid – Spain
http://www.ethypharm.com

| Fax no: 0033/1 41121730 | | Page(s): 1 | Date: 03/11/00 |
|---|---|---|---|
| A/To: P. Boudal, Y. Liorzou, M. Gavoille | | From : Adolfo de Basilio | |
| Cía/Company: | | Cc: | |
| Cc: | | | |

Subject :

Ci-joint, je vous envoie l'organigramme que nous venons de recevoir de Belmac après avoir eu l'accord de son président !

Julphar nous a également demandé une copie et Nathalie Neves devait le leur envoyer. Néanmoins, je peux le faire à partir d'ici car je dois leur faire parvenir d'autres documents.

De toute façon, j'aimerais avoir l'opinion de M. Gavoille à propos de cet organigramme avant de l'envoyer à notre client.

Recevez mes cordiales salutations.

Adolfo de Basilio

\

If you have received this communication in error, please notify us and consider that any dissemination, distribution or copy of this fax is strictly prohibited.

EP 000964

**B367**

| [logo] **Ethypharm** | Phone:   +34 – 91 308 56 81 |
| Drug Delivery Solutions | Fax:     +34 – 91 319 91 59 |
| | E-mail: ethypharm@ethypharm.es |
| | Marqués de la Ensenada, 16 |
| | 28004 Madrid – Spain |
| | http://www.ethypharm.com |

| Fax no.: 0033/1 41121730 | Page(s): 1 | Date: 03/11/00 |
|---|---|---|
| To: P. Boudal, Y. Liorzou, M. Gavoille | From: Adolfo de Basilio | |
| Company: | Cc: | |
| Cc: | | |

| Subject: |
|---|

I have attached the organizational chart that we just received from Belmac after obtaining its president's consent!

Julphar also asked us for a copy and Nathalie Neves was supposed to send it to them. However, I can do it from here since I have to send them other documents.

In any case, I would like to know what Mr. Gavoille thinks of this organizational chart before I send it to our client.

Best regards,

Adolfo de Basilio

If you have received this communication in error, please notify us and consider that any dissemination, distribution or copy of this fax is strictly prohibited.

**EP 000964**

B368

11-08-00  Dominick & Dominick
          Script mag +


Mission -
SYNERGY -


11-09-00  Adolfo -
          SHIRE                    4 TRADE GENERIC
            1. Royalty               For Another
            2. Reduce price
            3. Spironolactone
          Lansoprazole -
          Dec 4th 5th
          Omeprazole patent

HIGHLY CONFIDENTIAL

BENTL000011

## ALCON

- Antihistamine intranasal
- Opthamology
- Betablockers –

11-10-00    SPAIN

Ethypharm – 3rd machine

*  Omeprazole generic form
            Lab Belmac

1. Manuf. Slow Release Patent
2.      Omeprazole tablet
Einhorn – Ask 150 Million
          Monday (Tues OFFER
Controlvas – SHIRE
    15% price – worry – IMS Sales
    Monday – DECISION              drop

Month (14)
TAM = 8
YTD 14)

            Budget          YTD
October Sales  320  293  )U    48 over Budget
Belmavil  55  40 ) (28) less      in Profit
Controlvas

Codesim          384 Profit Plan
                 430 " YTD Actual
    2 Mill Intent            Manuf 293
    8 Mill Paymt.
  * Purchased Inventory = 55% Thru Jan
        But w/ Manuf. = 70% After Jan
Nov.    Sales  77
        Obj 1,000 Million
Davur  7 mill Pst. omprazole
       30 "  " Nov

HIGHLY CONFIDENTIAL                    BENTL000013



Investment into Market - Laurel

Monday  Enalopril
           Selegeline

Italpharmaco -

Antibioticos

Lansoprozole - raw material - can't find
     a source w/ Patent protection
     (Liquifia) bought technology

Patent Omprezole {Hold Press Release}
SHIRE 20 mill pts more to Broker
    • zaragosa tommorrow

—   Clemente   25% reduction in salary
    Fernando            reduction " "
    Jose Avila  retire           FEB 2002 65yrs.

    George Sabic
        wk 27th
        wk 11 - 12

    Symbol A

11-10-00   BMS - Ron McGrac : 609  252  3830
    • Acetominophen          Metabolic + Pain
    • Nasal pain mangement
    • Insulin                    ┌─────┐
    • Diclofenac Gel            │ PSA │
    — send non-confidential     │ CEA │
    — Biopharmaceutics Area     └─────┘
       Fax (609) 252-6814

HIGHLY CONFIDENTIAL



11-13-00   Spain

20th or 21st - Shire Agmt

Ethypharm - Paracetanol ?

Omeprazole - Submitted

Tablets - Ungria Tuesday meeting
            - Friday

BENTLEY11-10_.doc

11-13-00   Dan Rauscher   —   Ed Longerstrom
                                Carl Bernstein

SYNERGY - Immunosugar   N.J.

United Therapeutics fund R+D

6% royalty

<30 - Staff

Current - Losses

not Public
5 yrs.

Norman Duwack

Other Companies   100 - 150 Mark Cap.

G.I.

Niche Specific - Accretive

• Targetted Company   (Mission, Ethypharm)
                      (Honsil, 100.-150 mil)

• Institutional Investment - Not A target
                            but High Net Work

• Announcements

HIGHLY CONFIDENTIAL

B372

11-13-01  George Sasic
Mon. TO MOH OFFICE 11th - 2 hours
Mon. Afternoon 8:00 AM
Tue. - Management - 12:00

Intercontinental Hotel

AGS Specialists
11-13-00  Prudential 401K Shares today
Thurs, Friday, Monday  retail desk
20    30    40
11-13-00  Smith Kline Beecham - Consumer Healthcare
Mike SHAW - Paracetmol
DECEMBER 13th
C.A. FAX -
PHONE 011-
Panadol® - TABLET - SACHET - Solutions
WEYBridge UK  011 1932 822 195 Phone
2034 FAX
mike.i.shaw@sb.com

11-14-00  Spain - Adolfo
Close Ethypharm Spain  (Lic Manager + Manager)
22nd · Visit to Spain  (Want to
have Adolfo

Ethypharm ·
Meeting -

HIGHLY CONFIDENTIAL

BENTL000017

B373



Ethypharm

   Industrial Business → Belmac

    Al. Basilio → Commercial
                         MANAGER Ethypharm

- Patent Approval 1 year

11-16-00  Mike Bread  214 - 987 - 2000

11-16-00  <u>SPain</u>

   Broker said

"Due diligence report has statement of
        NON - Bioequivalence "

- CANTABRIA  9:00
- Acclapharma  11:00 - Omp
- Antibioticos - mexico wants to sign
      Antonio Ballesteros.

11-16-00  Dr. ZERBE  (734) 665-4507
   Ann Arbor Michigan
   Pegasus PHARMACEUTICAL
   Intranasal Insulin
     # Proof of Principle
     # Efficacy study
   Have Clinical Regulatory MD
          BMS
   Clinical Hd for Diabetes from Park Davis

HIGHLY CONFIDENTIAL

BENTL000022

11-17-00    <u>SPAIN</u>

SHIRE CONTRACT ISSUE
Section 5
- TIME 10 months MAXIMUM
   w/o court. SET FINALITY


PETER Schultz    45K shares

.40 Earning

11-20-00    SPAIN MEETING - Adolfo, Jose-Maria, ESTER

CONTROLVAS - Dominican } Lab. Belmac
           Morrocco }    Keep

Generic Endapril - 10 days to Launch

Lebanon - Omprenzole Approved
           5 K units @65 = ⁰25K

Meeting Barcelona  21-22 FEB
           RauCon.com

Clemente  16 → 12 M

Ferrando  13.1 → 10 M

Plan        Jose 04 Feb One more Yr. → ESTER
4.7→4.8 (23 mill)  Manuf  550 mid
3.3 This Yr  Davur  1.135

           Lab Bel  2.806
           Ethypharm
           Omprenzole Now  27% generic Substitution
           10% MKT

HIGHLY CONFIDENTIAL    BENTL000025

**From:** Paul Fitzgibbons
**Sent:** Fri, 17 Nov 2000 17:10:33 GMT
**To:** Bolling Charles (Chic) (E-mail); Cleveland Russell (E-mail); Fernandez Miguel (E-mail); Gyurik Bob (E-mail); Jim Murphy; Packer William (E-mail); Mike Price; Stote Bob (E-mail)
**CC:**
**BCC:**
**Subject:** Periodic Operations Update
_____

Below is the first Bentley operations update. I will be providing the update periodically to all board members. The update will contain highlights of our activities as discussed at our operations/staff meetings. Initially, the update will be organized into three areas: Spain Activities, Product Development, and US Licensing Activities. We may reorganize the format as we go to best represent current operations. I will try to keep it uncomplicated (text only, no attached files). Suggestions are welcome. Please contact Jim directly if you have questions related to any activity.

1. Spain Activities

a. Shire purchase of Controlvas - terms have been reviewed by our attorneys and will close on 20 or 21 Nov.

b. Filed new patent on Acetaminophen (Paracetamol) - press release issued 6 Nov.

c. Received approval to market generic version of Omeprazole - press release issued 10 Nov.

d. Received approval to market Plantago Ovata (oral - irritable bowel syndrome) - Press Release issued 26 Oct

e. Informed that Ethypharm desires Bentley take over their industrial business. All hands meeting 22 Nov in Paris.

f. Omeprazole and other gastric sensitive drugs patent soon to be announced.

2. Product Development

a. Onychomycosis (Nail Lacquer) - Targeting 30 Nov to amend existing protocol to extend Phase I for 90 days. Also investigating potential expansion of the UAB nail lacquer clinicals to include toenails with a new protocol. UAB has candidate list to quickly line up 25 or more patients for toenails.

b. Intranasal Insulin - Novo Nordisk had agreed to enter into a supply agreement for insulin and other peptides in return for 1st right of refusal to license, but later had a change of heart. Continuing search for source of insulin supply, currently looking at source in India.

c. Auxillium A2 - Amendment to our Testosterone gel license, excluding patches, has been signed. Payment of $25K received to license.

d. Dartmouth - License for patent use: Fibromyalgia and Chronic Fatigue Syndrome (testosterone in women) - press release issued 1 Nov. Agreement and NHIRC grant documents in progress.

e. Duke University: Working up Material Transfer Agreement for testing vaccines intranasally in animals (mice).

3. US Licensing Activities

a. Smith Kline Beecham - has indicated interest in potential worldwide use of Acetaminophen (paracetamol). Meeting in London 10-11 Dec.



EXHIBIT
FITZGIBBONS
8
6/3/06    SCB

BENTL003065
HIGHLY CONFIDENTIAL

b. Schering - confirmation of interest to license lacquer expressed to us this week, but more time needed for internal planning - very frustrating! President of Schering Healthcare called Miguel Friday 10 Nov confirming interest and time of 1st week of Dec.

c. McNeil - expressed interest in lacquer and expressed interest in paracetamol wanting samples and copy of patent.

d. Bristol Myers - have a study coming down on 14 Nov. Upon good results they wish to talk about lacquer for their new product.

e. Shire - Oral drug development collaboration. Terms have been negotiated and the documents are being drafted by Jordan. To be sent to you and committee members for review prior to sending to Shire.

f. Pfizer - has informed us of success with the initial evaluation in the UK and the scientists are presenting findings to the business side of the company next week. We provided information on the patents, cost, manufacturing, and DMF. Delivering eight new formulations intended for use in human medicines in Nov - Pfizer has made two payments to Bentley.

g. Pfizer USA - has invited us to participate in vaccine studies. We will meet in Groton, CT in Nov to begin the program. Anticipate providing formulations for intranasal vaccine use.

h. Alcon - terms of the ocular program of research have been agreed to verbally and agreement to be signed.

B377



Prep. For

Ethypharm MTG:

1. Amount & Type Business Spain
   Sales
   Profit (loss)
   OVHD

2. Define Business Spain
   WHAT                    WHO

3. Projection Spain
   From Ethyph.          from Lab Belmac

4. Patent Protection Spain, etc

5. Price of API

6. Structure

   0:

HIGHLY CONFIDENTIAL

BENTL000027

B378

Omeprazole

?     Limitations due to Astra Agmt.

Outside Patent of Ethypharm then
USA
Europe ) Possible
other

?   Ethypharm - manuf MAPS

?   AQUEOUS Formulation - except Spain

23 Mar 2000 - CONTRACT manuf. for our
customers of omeprazole
2yrs duration
signed by Adolfo Basilio

Solvents discharge

HIGHLY CONFIDENTIAL     BENTL000028

B379

SPAIN

SHIRE Closing
- 5 yr. manuf Contract
- 475 mil psts + VAT

┌─────────────────────────────┐
│     3 ENVELOPES             │
│ 1. MARKET Conditions        │
│ 2 Managing tEAM             │
│ 3 WRite 3                   │
└─────────────────────────────┘

Ethypharm
Meeting

11-22-00

DDS Focus — redirection

INTERFERON
Liposomal
   LMW Heparin
JV CHINA
JV Brazil
   Mex,
   Spain
   Italy
   JAPAN

Spain — reduction of personnel
   want Logistical Administration Support
*   Supply-side — API centralize in France
                — Excipients by Lab. BELMAC
      Invoice Manuf + excipient + Analysis etc.

B380

Ethypharm Summary

1. No Formal License to technology.
2. WANT to CONTRACT - DRAFT 2 wks
3. WANT to turn all to BNT
4. WANT us to purchase API
5. Signed Agreement w/ Astra
   to manuf. MKPS

Inreturn
Astra will not Act against licensees
Pay 27.5 mil
Not have generic competition

Consideration
1. Patent may not be valid
2. Belmac process - may be new patent
3. " has filed other new patent
4. Ability For License worldwide

# Redacted

Action
Paul      IND Equivalent Spain

          Insulin
          Lacquer - Comparative Study

B381

LE 22/11/00
Ref : NI11-05

## NOTE INTERNE

### REUNION BELMAC LE 22/11/00

Participants :

G. LEDUC
M.J MURPHY
P. GERMAIN

Il a été convenu qu'ETHYPHARM adresse un projet de contrat à Belmac (GC) avant mi-Décembre.
Belmac est le licencié d'Ethypharm pour l'Espagne quelque soit la formule utilisée.
Il est urgent d'abandonner la documentation et donc la formule actuelle.
Ils se fourniront à partir de la France en formule aqueuse.
Il n'est pas question d'installer des équipements supplémentaires en Espagne pour la formule organique.
Le manque de capacité pour la fabrication de la formule organique devra être produit en France (voir P . Boudal si possible).

➡ Voir P. Boudal pour ces points et vérifier si les clients autres que Belmac ne peuvent pas être fournis rapidement en formule aqueuse.

➡ Ne pas négocier avec les autres clients actuels tant que rien n'est signé avec Belmac (en particulier UQUIFA).

Yves LIORZOU

EP 003283

B382

11/22/00
Ref: NI11-05

**INTERNAL MEMO**

**BELMAC MEETING OF 11/22/00**

Participants:

G. LEDUC
M. J. MURPHY
P. GERMAIN

It was agreed that Ethypharm would send a draft contract to Belmac (GC) before mid-December.
Belmac is the licensee of Ethypharm for Spain, regardless of the form used.
It is urgent to stop using the documentation and therefore the current form.
It will be supplied from France in aqueous form.
It is out of the question to install additional equipment in Spain for the organic form.
The lack of production capacity of the organic form must be produced in France [sic] (see P. Boudal if possible).

→ See P. Boudal for these points and verify whether clients other than Belmac cannot be supplied quickly with the aqueous form.

→ Do not negotiate with the other existing clients as long as nothing has been signed with Belmac (in particular UQUIFA).

Yves LIORZOU

[stamp:]
EXHIBIT No. 9
[initials]

EP 003283

B383

LE 22/11/00
Ref : NI11-06

## NOTE INTERNE

### REUNION BELMAC LE 22/11/00

Ref : FORMULE ORGANIQUE OMEPRAZOL

Participants :

M. LIORZOU
M. DE BASILIO
M. HERRERA

## Proposition Ethypharm

Ethypharm veut arrêter d'effectuer la logistique des achats d'excipients pour la fabrication de l'Omeprazol en Espagne.
Elle propose que Belmac lui facture ses coûts de fabrication (comme actuellement), plus, l'achat des excipients.
Ethypharm facture le produit terminé à Belmac (comme actuellement).

## Proposition Belmac

Belmac se charge de l'achat de toutes les matières premières y compris le principe actif et :

① Soit facture le coût total et Ethypharm lui facture le produit terminé.
② Soit paye à Ethypharm la marge qui lui revient.
③ Soit paye une royauté.

- Ils ne veulent pas utiliser le P.A d'origine indienne pour des raisons marketing.

Yves LIORZOU

EP 003284

11/22/00
Ref: NI11-06

**INTERNAL MEMO**

**BELMAC MEETING OF 11/22/00**

Ref: OMEPRAZOL ORGANIC FORM

Participants:

Mr. LIORZOU
Mr. DE BASILIO
Mr. HERRERA

Ethypharm Proposal

Ethypharm wishes to stop handling excipient purchasing logistics for the production of Omeprazol in Spain.
It proposes that Belmac invoice it for its production costs (as it is currently doing), plus the purchase of the excipients.
Ethypharm invoices Belmac for the finished product (as it is currently doing).

Belmac Proposal

Belmac is responsible for purchasing all raw materials, including the active principle and:

1) Either invoices the total cost and Ethypharm invoices it for the finished product;
2) Or pays Ethypharm for the margin it achieves;
3) Or pays a royalty.

They do not want to use the P.A. from India for marketing reasons.

Yves LIORZOU

**EP 003284**

25 mil unit for Pharmacia

11-27-00   National Fibro inulin Awareness Campaign
2415 N River Trail Rd
Suite 200    Orange, CA 92865
STUDY BY DARTMOUTH
Adriogen Therapy          714 921 0150
                          Errol LANDY

FRESENIUS KABI AG
Mission PHARMACAL
CARRINGTON

11-28-00  STAIN

Tomoorian
Rantin·din   7 m.  2 register
Ethypharm

Organic Form
Aqueous Form

HIGHLY CONFIDENTIAL

 **Bentley Pharmaceuticals**
**Project Status Report – 11 December**

| PROJECT AND STATUS | SCHEDULE |
|---|---|
| 1. Shire USA – Oral R&D Licensing Collaboration<br>Current Status: Contract draft under review. Expect comments from Khatar by 12/15. Conference call on 12/18. Bob G. to call Eliot Olstein to get him started on patent review work<br><br>  - Draft contract in process. Pending return comments from Khatar by 12/15. Conference call to be held 12/18.<br>  - Bob G. to call patent attorney (Eliot Olstein) to commence review. **Action:** B. Gyurik | 18 Dec |
| 2. Shire Europe – Product Sale (Controlvas)<br>Current Status: Product sale completed. PR issued 11/28. Pending approval by Ministry of Health. | 28 Nov |
| 3. Alcon – Ocular<br>Current Status: Alcon does not desire press release at this time per 12/11 phonecon from Jordan. Relationship still good. We have agreed to terms of agreement.<br><br>Sections 5 and 7b of the MTA need clarification. Two courses of action: 1) Get the MTA resolved; 2) Hold a planning session w/them and advise that we need more time for the formulation.<br>  - Conduct R&D review with them first week of Dec – **Action:** J. Murphy and B. Gyurik<br>  - Call/email Lorenzetti on business issues – **Action:** J. Murphy<br>  - Call Alcon NLT 11/17, after resolving plan for formulation – **Action:** B. Gyurik<br>  - Conduct lawyer-lawyer conf. call with Alcon after response to above – **Action:** J. Horvath | 1st Qtr '01 |
| 4. Onychomycosis – Nail Lacquer<br><br>a) Schering Plough – Current Status: S-P will not sign first right of refusal agreement on 10/31; wait until 1st week of Dec to respond. As of 11/10 phone call to Jim, S-P still very interested.<br><br>11/9 mtg – S-P has concerns over Penlac, Dimethaid and Macrochem. Jordan forwarded right of first refusal agreement on 10/31; awaiting response. 11/14 mtg - Wait until 1st week of Dec to respond.<br><br>b). Toenail Study – Interested McNeil, Wyeth, Pfizer –<br>Current Status:<br>  - McNeil – Jim and Bob G. visited McNeil in Valley Forge, PA during week of Oct 23rd to present nail lacquer. McNeil called for more info 11/14.<br>  - Wyeth – asked for a product profile on nail lacquer. Need to schedule a presentation for them at Wyeth within 30 days - **Action:** B. Gyurik and J. Murphy. Jim to send Wyeth/Whitehall the press release on paracetamol – **Action:** J. Murphy.<br>  - Pfizer – Jim to talk to Keith about their potential interest in our nail lacquer. Jim sent product profile info to Keith on 11/10. | Nov/Dec |
| 5. UAB Nail Lacquer Clinical Study<br>Current Status: As of 12/11 mtg, Protocol for inclusion of toenails under the study at UAB is completed. IRB has the protocol and will be ruling on it soon. | 31 Dec |
| 6. Bristol-Myers Squibb – Nail Lacquer (add'l clinical)<br>Current Status: Jim to call Joe Loftus to discuss results of their evaluation of lacquer conducted on 11/14. Also Jim to call McCrae re. pain management potential.<br>  - Jim called Joe Loftus to suggest they amend current IND allowing us to formulate for them. We will produce clinical supplies as another leg on their clinical study. Joe Loftus indicated that they will evaluate Onychomycosis on 11/14. If they see activity, they will pursue. If not, they will not pursue further. **Need to call Joe to discuss results of evaluation. Action: J.** | 31 Dec |

CONFIDENTIAL                              1

BENTL022270
HIGHLY CONFIDENTIAL

B387

 **Bentley Pharmaceuticals**
**Project Status Report – 11 December**

| PROJECT AND STATUS | SCHEDULE |
|---|---|
| **Murphy**<br>- Need to schedule a meeting at Princeton after contact to discuss technology; transfer - **Action:** B. Gyurik, P. Fitzgibbons and I. Velazco<br><br>**Note:** Jim contacted Ron McCrae 11/14. Jim sending info (all our capabilities specific to pain mgmt) to them on 11/14. Need Jim/Bob to work on intranasal products profile – **Action:** J. Murphy and B. Gyurik. **Need to call Ron McCrae again week of 12/18. Action: J. Murphy** | |
| **7. Insulin – Development Issues**<br><u>Current Status</u>: Researching alternatives for insulin supply. Jim and Bob visit Taipei Dec 13-17.<br><br>a) Supply – Sources. Obtain a contingency supply of insulin.<br>  - Various organizations including Bachem being looked at for potential supply.<br>  - **Taipei, Taiwan:** Four companies being reviewed (Jim/Bob trip to Taipei 13-17 Dec).<br>  - **Pegasus:** Meeting on 12/19 with Dr. Zerbe, et al to discuss funding of insulin development in the U.S.<br>  - **India:** Visit to Bombay, India to visit Piramal to negotiate supply and inspect for GMP compliance. Need list of various forms of insulin manufactured at India facility for intranasal use. They confirmed manufacturing capability with Piramal. Meeting to be planned with Atul and Ms. Piramal – **Need to email or call Atul again on this issue. Action: J. Murphy and B. Gyurik.**<br><br>(Atul Parvatiyar:  770-931-8821 (H); 678-427-1679 (cell); 404-327-9100 (office))<br><br>**Note:** Mike to track insulin development as a cost related issue.<br><br>b) Regulatory **(to be discussed after supplier selected)**<br>    1) Pre-Clinical: 11/9 mtg – Deferred.<br>    -   Contact John Cullen - Action: B. Gyurik<br>    -   Talk to Roger Wells - Action: B. Gyurik<br>    -   Brenda, Bob S. and Bob G., Fred Reno – For planning<br>    2) Clinical:<br>    -   Enlist support of Sherwyn Schwartz . 11/9 mtg – Schwartz is willing to test but not be involved with development. Action: B. Gyurik.<br>    -   Enlist support of Dartmouth Medical.<br>    3) CMC:<br><br>c) Formulation/Development **(to be discussed after supplier selected)**<br>  -   Call Mayron. Mayron needs to start at square one. This issue deferred until after meeting with Yvon Durant on 10/31. 11/9 mtg – Further delayed - Action: B. Stote<br>  -   Call UWVa for formulation assistance - Action: J. Murphy<br>  -   Meet with Yvon Durant on Tuesday, 10/31 to discuss intranasal insulin.- **Action:** B. Stote, B. Gyurik, J. Murphy, P. Fitzgibbons. 11/9 mtg – Meeting with Yvon completed on 10/31. Formulation will take time.<br>  -   Call Scandinavian Biopharm for Novo Nordisk supply of insulin - Action: J. Murphy. 11/9 mtg – Done. Novo indicates that they will supply. | 31 Dec |

BENTL022271<br>HIGHLY CONFIDENTIAL



**Bentley Pharmaceuticals**
**Project Status Report – 11 December**

| PROJECT AND STATUS | SCHEDULE |
|---|---|
| **8. Auxillium A2 – Testosterone**<br>Current Status: Amendment signed. Status of Letter of Access to DMF? Press Release on License planned for 12/18. If McNeil visit to occur week of 12/18, then also plan for Jim to visit A2 week during same trip.<br><br>- Per Bob Stote, our DMF not referenced in their IND, so no need for a letter of access to DMF.<br>- Per Jim, press release on IND is premature at this time, however, press release on license is needed. Mike, Jordan and Bob S. working it. Need it ready for Monday 12/18.<br>- Regulatory issues. John Cullen and Brenda Stoelzle to meet and discuss, then meet with Bob Stote - **Action:** B. Stoelzle<br>- Call Dave Brusick to design PK animal study - **Action:** J. Murphy<br>- PK Study for Radiolabel CPE-215 – **Action:** P. Fitzgibbons<br>- Any work on a second amendment for CFS/FMS will be handled at later time. | 31 Dec |
| **9. Dartmouth License – CFS/FMS (Testosterone, Pregnenolone, etc)**<br>Current Status: NHIRC grant in process; proposal submitted to NHIRC on 12/7. IRB forms from Dartmouth, including protocol in process. Clinical study to commence approximately 1 April.<br><br>- Two parts: a) Evaluate Testosterone in women using un-enhanced formulation gel or patch; b) Apply pregnenalone and/or other androgen (may or may not use CPE-215).<br>- Bob and Paul participated in planning meeting at Dartmouth on 11/27. Project in full swing. Proposal submitted to NHIRC, Henry Mullaney on 12/7.<br>- Lohmann patch issue: Out of state source of patch conflicts with FDA rules for NHIRC study. Most likely will not use patch for Dartmouth clinical study.<br>- Mike to track as a cash related item.<br><br>Note: Issue of sponsoring research on CFS/FMS discussed – waiting for call back from Judy Spence (Ministry of Health, Canada); Jim and Bob G. to talk to her at that time. | Dec '00 – Apr '01 |
| **10. Lohmann Patch Development**<br>Current Status: Potential patch development agreement with Lohmann. Strong interest in testosterone patch for FMS/CFS.<br><br>- Bob and Paul visited Lohmann on 12/5 for discussion of patch development. Lohmann very interested in testosterone patch for Fibromyalgia and Chronic Fatigue. Lohmann (David Sachs) to send us a draft outline of a proposed development agreement. | Jan 01 |
| **11. Pfizer – Animal Studies (CPE 215 formulations). DONE!**<br>Current Status: Studies in animals U.S. and U.K. continuing and expanding<br><br>Bob and Paul visited Pfizer on 11/20. Second batch of 8 formulations delivered. Discussion of status as well as potential vaccine use occurred. Bob provided Bentley briefing (general, transdermal, and intranasal). Following areas being tracked:<br><br>- Veterinary in Sandwich, U.K.: One test completed, second test planned for Jan<br>- Add'l programs to be started in Groton for improved solubility studies in animals (cats).<br>- Potential use of compounds for topicals (acne work).<br>- Preparing 8 new formulations for 12/20 delivery to Warner-Lambert in Ann Arbor, MI for study in pigs. | Nov/Dec |

CONFIDENTIAL

3

BENTL022272
HIGHLY CONFIDENTIAL

B389



**Bentley Pharmaceuticals**
**Project Status Report – 11 December**

| PROJECT AND STATUS | SCHEDULE |
|---|---|
| 12. Italpharmaco (Portugal) – Omeprazole and Enalapril<br>Current Status: Out-Licensing issue. Review out-licensing document – Action: J. Horvath. **On hold, pending results of Ethypharm.** | On Hold |
| 13. Helm AG – Omeprazole<br><u>Current Status</u>: Jim/Jordan contract issue for out-licensing. Review out-licensing document – Action: J. Horvath. **On hold, pending results of Ethypharm.** | On Hold |
| 14. Teva – Generics<br><u>Current Status</u>: Need to know results of due diligence review of Omeprazole patent. Review docs due back from Teva on 12/14.<br><br>Potential regulatory approval for first 13 new generics<br>- Teva to perform due diligence review of Omeprazole patents prior to European use. Per phonecon Mike and Adolfo, review documents expected back from Teva on 12/14. | Dec |
| 15. UNH – GnRH<br><u>Current Status</u>: Discussions with Stacia Sower continuing. Agreement is now being modified for use of mice instead of lamprey eels. **12/11 mtg: No update provided.** | |
| 16. Knoll  Pain Mgt - Insulin, diclofenac gel, oxycodone nasal, hydrocodone nasal<br>Invited us for pain management brainstorming session in New Jersey end of Nov (Gyurik, Stote, Murphy).  Concentration will be on diclofenac. **12/11 mtg: No update provided.** | |
| 17. Boston Life Sciences<br><u>Current Status</u>:  Jim to find point of contact and send email.  Three areas of interest: intranasal, triponem, inosein. **12/11 mtg: No update provided.** | |
| 18. Radiolabel CPE-215<br><u>Current Status</u>: Meeting held with NEN on 11/15. Quotes received for costs of various labeling. Separate quote for tritium labeling obtained.  Need to decide whether to proceed or not with radiolabeling.<br>- Investigate potential radiolabeling of CPE-215 with New England Nuclear (NEN), Amersham and ICN. **Action:** P. Fitzgibbons and Bob Gyurik.<br>- Meeting held with NEN on 11/15. Quotes received for costs of various labeling. Separate quote for tritium labeling obtained.  (also had separate visit from Calvert Pre-clinical, Worcester, MA. They can perform radiolabel tests as well (in rats)).<br>- Holding off on contact with Amersham and ICN, pending need to proceed with radiolabeling and potential engagement of NEN. **Action:** P. Fitzgibbons and Bob Gyurik | 31 Dec |
| 19. GlaxoSmithKline<br><u>Current Status</u>: Meeting with GlaxoSmithKline attended by Adolfo in U.K.  Results good.  Follow-on meeting planned for 1/15/01 in Madrid. SmithKline wants to market throughout Europe and 16 other Pacific nations. Need to get list of nations. | 15 Jan |
| 20. Bertek -<br><u>Current Status</u>: On-going evaluations. 11/9 mtg - Per Bob G. nothing expected here for four months. | Feb |

CONFIDENTIAL                    4

**BENTL022273**
**HIGHLY CONFIDENTIAL**



**Bentley Pharmaceuticals**
**Project Status Report – 11 December**

| PROJECT AND STATUS | SCHEDULE |
|---|---|
| **21. Duke- Vaccines**<br>Current Status: MTA draft under review. Jordan contacted Duke 12/11, relationship in question. Follow-up by Jim/Bob G. required.<br><br>  - Consulting agreement drafted. Revised MTA forwarded on 11/3, pending response – **Action: J. Horvath.** Jordan working on third set of comments.<br>  - Jordan contacted Duke on 12/11. Relationship appears to be in question. **Follow up by Jim and Bob G. required. Action: J. Murphy and Bob G.** | Jan |
| **22. Path Tox (Nail Lacquer) – FDA Review**<br>Current Status: Need to talk to Fred Reno or other advocate to clarify that CPE-215 is not same as angelica lactone cited in FDA reviewer's sheet. Need to pull from FDA report items supporting our case for CPE-215. **12/11 mtg: Not discussed.**<br><br>Path – Tox. (FDA meeting) – Nail Lacquer. Discussed Fred Reno letter regarding FDA reviewer's report. Need to clarify to Fred that CPE-215 (cyclopentadeca- lactone or cyclopentadecanolide) is not the same as angelica lactone (confusion exists in literature) – **Action:** B. Gyurik. Obtain full report from FDA report, Scientific Literature Review of Aliphatic Lactones in Flavor Usage, and glean supportive info from it – **Action:** B. Gyurik. Actions essential to prevent unnecessary complete path tox studies (Irritation, Mutagenicity, Seg II Teratology)<br>11/14 mtg – Review of FDA report (lengthy) in progress. | 31 Dec |
| **23. Merck**<br>Current Status: Jim to check with Christianson. **12/11 mtg: Not discussed.** | 31 Dec |
| **24. Amgen – Peptides**<br>Current Status: Need to find point of contact and follow-up on contact. **Action:** B. Gyurik or J. Murphy. **12/11 mtg: Not discussed.** | 31 Dec |
| **25. Ethypharm**<br>Current Status: Ethypharm will send us licensing contract 3rd week of December. Bottom line – deal will not be completed this calendar year. | Jan |
| **26. New Patents - Europe**<br>Current Status: Need status of foreign patent filings: Omeprazole, Acetaminophen, provisionals (oral, nasal, lacquer). Is Ungria handling these?<br>  - Call Adolfo to discuss need for assistance on foreign patent filings for Omeprazole, Acetaminophen, etc. **Action:** P. Fitzgibbons.<br><br>a) Paracetamol (Acetaminophen)<br>Current Status:<br>  - Patent translated and re-worked from Spanish to English (Ivo, Paul and Bob).<br>  - Patent attorneys reviewed on 10/30. Press release issued on 11/6. Bob Gyurik to call patent attorney (Eliot Olstein) to commence review. **Action:** B. Gyurik<br>  - Patent signed. Promotion of new patent needed. Call McNeil, Pharmacia UpJohn and Wyeth Jim contacted McNeil and Spain. Samples provided.<br>  - SmithKline expressed strong interest in using world-wide (see GlaxoSmithKline)<br><br>b) Omeprazole Patent<br>Current Status: Date of release to be determined after 11/22 meeting with Ethypharm.<br>Bob Gyurik to call patent attorney (Eliot Olstein) to commence review. | Dec |

CONFIDENTIAL                    5

BENTL022274
HIGHLY CONFIDENTIAL



**Bentley Pharmaceuticals**
**Project Status Report – 11 December**

| PROJECT AND STATUS | SCHEDULE |
|---|---|
| **29. Strategic Committee Meetings** <br> Current Status: Strategic Committee Meetings to be held in concurrence with BOD in January. Jordan to be here 9 Jan to work on in house review. Revised schedule below: <br><br> Plan and action dates as follows: <br> - 12/11/00 – draft documents completed? <br> - 1/08/01 – review documents in house <br> - 1/15/01 – documents to BOD <br> - 1/28/01 – discuss at Board Meeting | Dec/Jan |
| **30. Investment Banking** <br> Current Status: Need to obtain platform for launch of U.S. products (e.g., Mission Pharmacal). Offer to handle from Dain Rausch involves unacceptable upfront costs plus more. Mike and Jordan to look elsewhere. <br> General info: Need U.S platform for launch of U.S. products. Figure $75M for acquisition. Pay in stock plus "earnout": Issue warrants to vest in 60 days. ($30M in stock, plus mid-point of stock in 60 days). Need to raise our market cap to approx $250M and identify potential takeover candidate (Need candidate, preferably before BOD meeting in January.) <br> - Mike informed by Dain Rausch, Ed L., that they want excessive upfront funds to handle any m&a for us. Mike to respond that there are others of equal or larger size who are willing to work with us without upfront costs. <br> - Discussed near term expiring warrants and whether to extend or not. Ideally need a securities firm to write good research report which in turn would encourage exercise of warrants, however, a report is not likely prior to having good news of a potential market cap increase through takeover or merger. **Action: Decision on warrants needed by mid January prior to BOD meeting.** <br> - Mike and Jordan to investigate other investment banking sources: AmeriCal Securities, Credit Suisse First Boston (Dave Maris, Ann Friedrich), First Security Van Kasper, and Brean Murray). | Jan |
| **31. Mission Pharmacal Company, San Antonio, TX** <br> Current Status: Response from Dain Rausch unacceptable. <br> - Plan/schedule intro/visit and product review within 30 days – Action: J. Murphy and B. Stote. <br> - Mike contacted Dain Rausch, Ed L. They want $200K upfront, plus royalties for M&A work. Mike to respond that there are others of equal or larger size who are willing to work with us. | Jan |
| **32. Investor Relations: Porter, LeVay and Rose** <br> Current Status: Issues – Investor Relations Plan for Yr 2001? Add PLR as contact on Bentley web site, reduce scope of PLR to press releases only? <br> - Mike to talk to PLR regarding Investor Relations plan for Year 2001 <br> - Mike to look at feasibility of auto-download of Investor Relations documents (pdf files) from Bentley web site. | 31 Dec |
| **33. Electronic Promotion** <br> Current Status: Electronic Licensing web sites under review by Paul. <br><br> Review electronic licensing companies/web sites for potential Bentley use, placement of press releases, etc. **Action:** P. Fitzgibbons. <br> - Paul contacted PLA (Linda Decker) and provided points of contact for Pharma Company Insight and QX Health Newswire (Datamonitor). They should run our press releases in future. <br> - Others to look at: Licensing Executives Society (LES) and Pharmquest 3D. | Continuing |

CONFIDENTIAL                         6

**BENTL022275**
**HIGHLY CONFIDENTIAL**

**B392**

**From:** Paul Fitzgibbons
**Sent:** Fri, 15 Dec 2000 18:38:31 GMT
**To:** Mike Price; Murphy Jim (E-mail); Jordan Horvath; Stote Bob (E-mail)
**CC:**
**BCC:**
**Subject:** Project Status - 11 Dec

Attached is the Project Status report for 11 Dec. Please let me know if there are changes required.

Paul Fitzgibbons
Director of Special Projects
Bentley Pharmaceuticals, Inc.
603-964-8006 (office) 603-964-6889 (fax)
pfitzgibbons@bentleypharm.com



BENTL022269
**HIGHLY CONFIDENTIAL**



**Bentley Pharmaceuticals
Project Status Report – 11 December**

| PROJECT AND STATUS | SCHEDULE |
|---|---|
| 1. Shire USA – Oral R&D Licensing Collaboration<br>Current Status: Contract draft under review. Expect comments from Khatar by 12/15. Conference call on 12/18. Bob G. to call Eliot Olstein to get him started on patent review work<br><br>- Draft contract in process. Pending return comments from Khatar by 12/15. Conference call to be held 12/18.<br>- Bob G. to call patent attorney (Eliot Olstein) to commence review. **Action: B. Gyurik** | 18 Dec |
| 2. Shire Europe – Product Sale (Controlvas)<br>Current Status: Product sale completed. PR issued 11/28. Pending approval by Ministry of Health. | 28 Nov |
| 3. Alcon – Ocular<br>Current Status: Alcon does not desire press release at this time per 12/11 phonecon from Jordan. Relationship still good. We have agreed to terms of agreement.<br><br>Sections 5 and 7b of the MTA need clarification. Two courses of action: 1) Get the MTA resolved; 2) Hold a planning session w/them and advise that we need more time for the formulation.<br>- Conduct R&D review with them first week of Dec – **Action: J. Murphy and B. Gyurik**<br>- Call/email Lorenzetti on business issues – **Action: J. Murphy**<br>- Call Alcon NLT 11/17, after resolving plan for formulation – **Action: B. Gyurik**<br>- Conduct lawyer-lawyer conf. call with Alcon after response to above – **Action: J. Horvath** | 1st Qtr '01 |
| 4. Onychomycosis – Nail Lacquer<br><br>a) Schering Plough – Current Status: S-P will not sign first right of refusal agreement on 10/31; wait until 1st week of Dec to respond. As of 11/10 phone call to Jim, S-P still very interested.<br><br>11/9 mtg – S-P has concerns over Penlac, Dimethaid and Macrochem. Jordan forwarded right of first refusal agreement on 10/31; awaiting response. 11/14 mtg - Wait until 1st week of Dec to respond.<br><br>b). Toenail Study – Interested McNeil, Wyeth, Pfizer –<br>Current Status:<br>- McNeil – Jim and Bob G. visited McNeil in Valley Forge, PA during week of Oct 23rd to present nail lacquer. McNeil called for more info 11/14.<br>- Wyeth – asked for a product profile on nail lacquer. Need to schedule a presentation for them at Wyeth within 30 days - **Action: B. Gyurik and J. Murphy.** Jim to send Wyeth/Whitehall the press release on paracetamol – **Action: J. Murphy.**<br>- Pfizer – Jim to talk to Keith about their potential interest in our nail lacquer. Jim sent product profile info to Keith on 11/10. | Nov/Dec |
| 5. UAB Nail Lacquer Clinical Study<br>Current Status: As of 12/11 mtg, Protocol for inclusion of toenails under the study at UAB is completed. IRB has the protocol and will be ruling on it soon. | 31 Dec |
| 6. Bristol-Myers Squibb – Nail Lacquer (add'l clinical)<br>Current Status: Jim to call Joe Loftus to discuss results of their evaluation of lacquer conducted on 11/14. Also Jim to call McCrae re. pain management potential.<br>- Jim called Joe Loftus to suggest they amend current IND allowing us to formulate for them. We will produce clinical supplies as another leg on their clinical study. Joe Loftus indicated that they will evaluate Onychomycosis on 11/14. If they see activity, they will pursue. If not, they will not pursue further. **Need to call Joe to discuss results of evaluation. Action: J.** | 31 Dec |

CONFIDENTIAL                          1

BENTL022270
HIGHLY CONFIDENTIAL

B394

 **Bentley Pharmaceuticals**
**Project Status Report – 11 December**

| PROJECT AND STATUS | SCHEDULE |
|---|---|
| **Murphy**<br>- Need to schedule a meeting at Princeton after contact to discuss technology; transfer - **Action:** B. Gyurik, P. Fitzgibbons and I. Velazco<br><br>**Note:** Jim contacted Ron McCrae 11/14. Jim sending info (all our capabilities specific to pain mgmt) to them on 11/14. Need Jim/Bob to work on intranasal products profile – **Action:** J. Murphy and B. Gyurik. **Need to call Ron McCrae again week of 12/18. Action: J. Murphy** | |
| **7. Insulin – Development Issues**<br><u>Current Status</u>: Researching alternatives for insulin supply. Jim and Bob visit Taipei Dec 13-17.<br><br>a) Supply – Sources. Obtain a contingency supply of insulin.<br>- Various organizations including Bachem being looked at for potential supply.<br>- **Taipei, Taiwan:** Four companies being reviewed (Jim/Bob trip to Taipei 13-17 Dec).<br>- **Pegasus:** Meeting on 12/19 with Dr. Zerbe, et al to discuss funding of insulin development in the U.S.<br>- **India:** Visit to Bombay, India to visit Piramal to negotiate supply and inspect for GMP compliance. Need list of various forms of insulin manufactured at India facility for intranasal use. They confirmed manufacturing capability with Piramal. Meeting to be planned with Atul and Ms. Piramal – **Need to email or call Atul again on this issue. Action: J. Murphy and B. Gyurik.**<br><br>(Atul Parvatiyar: 770-931-8821 (H); 678-427-1679 (cell); 404-327-9100 (office))<br><br>**Note:** Mike to track insulin development as a cost related issue.<br><br>b) Regulatory **(to be discussed after supplier selected)**<br>  1) Pre-Clinical: 11/9 mtg – Deferred.<br>  - Contact John Cullen - Action: B. Gyurik<br>  - Talk to Roger Wells - Action: B. Gyurik<br>  - Brenda, Bob S. and Bob G., Fred Reno – For planning<br>  2) Clinical:<br>  - Enlist support of Sherwyn Schwartz . 11/9 mtg – Schwartz is willing to test but not be involved with development. Action: B. Gyurik.<br>  - Enlist support of Dartmouth Medical.<br>  3) CMC:<br><br>c) Formulation/Development **(to be discussed after supplier selected)**<br>  - Call Mayron. Mayron needs to start at square one. This issue deferred until after meeting with Yvon Durant on 10/31. 11/9 mtg – Further delayed - Action: B. Stote<br>  - Call UWVa for formulation assistance - Action: J. Murphy<br>  - Meet with Yvon Durant on Tuesday, 10/31 to discuss intranasal insulin - **Action:** B. Stote, B. Gyurik, J. Murphy, P. Fitzgibbons. 11/9 mtg – Meeting with Yvon completed on 10/31. Formulation will take time.<br>  - Call Scandinavian Biopharm for Novo Nordisk supply of insulin - Action: J. Murphy. 11/9 mtg – Done. Novo indicates that they will supply. | 31 Dec |

CONFIDENTIAL       2

**BENTL022271**
**HIGHLY CONFIDENTIAL**