B469

BELMAC/ETHYPHARM
RJ 010521

## CLAUSE 6 - MANUFACTURE OF THE PRODUCTS

**BELMAC** is hereby granted by **ETHYPHARM** the right to manufacture and control as subcontractor, the Products, both for **ETHYPHARM** and its customers and for **BELMAC's** and **BELMAC's** Licensees needs.

**BELMAC** warrants that the Products will be manufactured, controlled, encapsulated and conditionned strictly in accordance with the specifications of the registration dossier of each of the Products, the manufacturing licences obtained for each of the Products, **ETHYPHARM's** Know How and the Good Manufacturing Practices and all other applicable laws regulations codes of practice and standards in force in the Territory.

The above mentioned activities including the quality control involved at each production stage, will be undertaken by **BELMAC's** personnel trained by **ETHYPHARM** at **BELMAC's** Premises

**BELMAC** shall not be permitted to make any improvement or modification of the manufacturing process and specifications of the Products without the prior written consent of **ETHYPHARM**. Any and all improvement or modification made on the Products by **BELMAC** shall be considered as part of **ETHYPHARM's** Know How.

## CLAUSE 7 – ESTIMATES AND PURCHASE COMMITMENTS

7.2. Estimates and orders

Quarterly, **ETHYPHARM** and **BELMAC** shall provide each other with forecasts of requirements for Products originating from **BELMAC**, its Licensees, the Customers for the succeeding twelve (12) month period. Such forecast is to be submitted at a time no later than three (3) months before the beginning of such twelve (12) month period, and is to be revised and extended on a quarterly rolling basis.

Any and all orders relative to **ETHYPHARM's** Products will be placed by **ETHYPHARM** to **BELMAC** ninety (90)days prior to the expected delivery date.

12

EP 002023

BELMAC/ETHYPHARM
RJ 010521

BELMAC shall confirm to **ETHYPHARM** within a maximum of eight (8) working days the expected delivery date.

BELMAC undertakes to offer the same treatment to all orders in Products whether originating from **ETHYPHARM**, **BELMAC** itself or **BELMAC**'s licensees.

**ETHYPHARM** will have the possibility to check the production schedule and delivery planning of the Products in the event **BELMAC** cannot meet **ETHYPHARM**'s requirements.

**ETHYPHARM** shall provide **BELMAC** with sufficient quantity of active ingredient necessary to manufacture the orders and to cover a two(2) month stock in Products.

7.2.Delivery

**ETHYPHARM**'s Products will be shipped by **BELMAC** to **ETHYPHARM**'s designated transport agent who will ship the Products to the final Customer or Licensee in accordance with **ETHYPHARM**'s instructions and in the name of **ETHYPHARM**.

BELMAC will provide **ETHYPHARM** with administrative services such as the preparation of all documents needed to accompany **ETHYPHARM**'s Products during the delivery to **ETHYPHARM** .Any documents such as, but not limited to, the analytical certificate and batch records will be addressed to **ETHYPHARM** prior to any shipment. The Products will be released by **BELMAC** with the express authorization of **ETHYPHARM**.

**CLAUSE 8 - .QUALITY WARRANTIES**

BELMAC warrants that the Products delivered hereunder shall meet the specifications of the Registration Files of the Products .BELMAC agrees to replace free of charge the Products delivered to **ETHYPHARM** which do not comply with the specifications, provided that **ETHYPHARM** notifies BELMAC of any defect within 60 days of the receipt of the Products.

13

EP 002024

B471

BELMAC/ETHYPHARM
RJ 010521

In the event of a dispute as to acceptability of a consignment of the Products and the results of analysis performed by each party, **ETHYPHARM and BELMAC** will name a mutually acceptable independent expert to settle the disagreement.

The results of such expertise will be binding upon the parties and the costs of such expertise will be borne by the party in default.

Should the Products comply with the specifications, then **ETHYPHARM** will pay for the batch initially sent free of charge by **BELMAC** as stipulated in the above mentioned paragraph.

Should the Products not comply with the specifications, then **ETHYPHARM** will return to **BELMAC** said Product.

**BELMAC** shall indemnify and hold **ETHYPHARM** harmless from and against any and all third party claims, losses, liabilities and expenses (including reasonable lawyers fees, and other litigation costs) arising out of or resulting from the manufacture of the Products by **BELMAC** or **BELMAC**'s failure to meet any of its obligations under this Agreement.

**ETHYPHARM** agrees to give **BELMAC** prompt written notice of any claims made, for which **BELMAC** might be liable under the foregoing indemnification, together with the opportunity to defend, negotiate and settle such claims.

The party seeking indemnification under this Agreement shall provide the other party with all information in its possession, authority and assistance to enable the indemnifying party to carry on the defence of such suit.

**BELMAC** will be responsible to **ETHYPHARM** for all expenditure incurred by its non-compliance with the present obligations, unless this non-compliance with the present obligations, be the fault of **ETHYPHARM** such as by its negligence or omission of its obligations

14

EP 002025

BELMAC/ETHYPHARM
RJ 010521

BELMAC will however be responsible as to the good working practice and good storage facilities in its plant and warehouses until the goods are shipped to the transport agent designated by **ETHYPHARM**.

## CLAUSE 9 -INSURANCE AND INCIDENT

During the term of this Agreement, **BELMAC** shall guarantee **ETHYPHARM** that the Premises where **ETHYPHARM**'s equipment, machinery and goods entrusted to **BELMAC** (whether raw material, semi finished or finished goods) by **ETHYPHARM** are kept, are covered by proper insurances against, among which but not limited to : theft, flood, fire, civil liability and any other unforeseeable events , whose occurrence and consequence may cause prejudice to **ETHYPHARM**.

**BELMAC** shall also, as subcontractor of the Products, contract a relevant and sufficient insurance policy with a company of good reputation in order to cover its civil liability in relation with default in the manufacture or control of the Products due to the non compliance of **BELMAC** with **ETHYPHARM**'s instructions in relation with the use of the Technology and **ETHYPHARM**'s Know How as well as with specifications of the Registration Files of the Products.

**BELMAC** shall provide **ETHYPHARM**, at **ETHYPHARM**'s request, with evidence that the necessary insurance policies have been contracted and that they are maintained in force. Costs of said insurance policies shall be borne by **BELMAC**.

## CLAUSE 10 – FORCE MAJEURE

**BELMAC** and **ETHYPHARM** shall not be considered in default of their obligations hereunder to the extent that performance of such obligations is delayed, hindered or prevented, in whole or in part, by Force Majeure. Force Majeure includes, without limitation, inclement weather, strikes, lockouts, inability to procure labor or materials or fuels due to shortages, fires, riots, incendiarism, interference by civil or military authorities, compliance with the regulations or order of any government authority, or

15

B473

BELMAC/ETHYPHARM
RJ 010521

the outbreak of war or insurgence, or acts of war (declared or undeclared) and any other cause which is beyond the reasonable control of either party.

Specifically excluded from this definition are those acts of Governmental authorities or any agency thereof, or judicial action which could have been avoided by compliance with such laws or regulations, publicly available and reasonably expected to be known by **BELMAC** and/or **ETHYPHARM**.

The party so prevented from complying with its obligations hereunder shall immediately notify in writing the other party thereof and such party so prevented shall exercise diligence in an endeavor to remove or overcome the cause of such inability to comply. However, neither party shall be required to settle a labor dispute against its own best judgment. Deliveries suspended or not made by reason of the present Clause shall be canceled without liability, but this Agreement shall otherwise remain unaffected.

Notwithstanding the above, if an event of Force Majeure excuses **BELMAC**'s performance such that **BELMAC** does not supply **ETHYPHARM** for a continuous period of three (3) months or more, **ETHYPHARM** shall be entitled, upon notice to **BELMAC** to suspend this Agreement and organize with **BELMAC** the manufacture and control of the Products in another cGMP approved factory of **BELMAC** or the transfer to one of **ETHYPHARM**'s production sites of the pending orders. Upon the termination of the event of Force Majeure, **ETHYPHARM** shall be required to reinstate this Agreement.

## CLAUSE 11 – TRANSFER PRICE OF THE PRODUCTS FROM BELMAC TO ETHYPHARM

**BELMAC** shall invoice **ETHYPHARM** for all supplies of Products and services in relation with the supply or the delivery of the Products at the following prices. These prices have been agreed for year 2001 and may be modified by mutual agreement between the Parties :

16

EP 002027

B474

BELMAC/ETHYPHARM
RJ 010521

1. **SERVICES**

- Encapsulation : 600 pesetas per 1000 doses
- Exportation service fees : 300 pesetas per 1000 doses
- Filling in packs : 100 ptas  per pack of 14 capsules

2. **MANUFACTURING COSTS**

- Fixed Manufacturing costs (two production shifts and two GS machines)  :

4 073.333 pesetas per month (price agreed upon for a period of 12 months)

- Fixed Week-end manufacturing costs (two shifts): 325 000 ptas
- Other manufacturing costs  (processing costs only, excluding active ingredient
  –non active ingredient (excipients) supplied by **BELMAC** ) :

  ➢ Omeprazol : 1.791 668 ptas for a batch  of 1 250 000 doses (a dose
    being the content of one capsule)

  ➢ Piroxicam :822 381 ptas for a batch of 2.000.000 doses

  ➢ Vincamine : 416 000 ptas for a batch of 1.000.000 doses

  ➢ Aspirine : 476 271 ptas for a batch of 1.700.000 doses

  ➢ Indomethacin : 631 501 ptas for a batch of 1 500 000 doses

  ➢ Lanzoprazol : 1315 107 ptas for a batch of 850 000 doses

Active ingredients needed to manufacture the Products are purchased directly by
**ETHYPHARM** and delivered by **ETHYPHARM** to **BELMAC** prior to the
beginning of production as mentioned hereinabove. **BELMAC** may not, in order to
secure the quality and the supply prices, purchase directly active ingredient needed for
the Omeprazol Product.

Inactive ingredients needed  to manufacture the Products will be purchased directly by
**BELMAC**. Said inactive ingredients will comply with the specifications indicated by
**ETHYPHARM** and the registration dossiers of the Products. In order to guarantee the
pharmaceutical and regular quality and supply of neutral pellets used for the Products
**BELMAC** undertakes to purchase said neutral pellets exclusively from a supplier
designated by **ETHYPHARM**.

17

EP 002028

B475

BELMAC/ETHYPHARM
RJ 010521

Payments shall be made by ETHYPHARM to BELMAC at 90 days end of the month the 10th date of invoice.

3.    PRODUCTION WASTE FACTOR

BELMAC will be responsible for yield losses and waste in active ingredients, during the manufacturing of the Products,   in excess of standard, calculated annually. Standard yield and waste mutually agreed upon by the Parties  for each batch of the Products is .fixed at 95 % (ninety five per cent) of the quantity processed.

BELMAC's liability for batch failures or excess yield losses in any contract year for reasons attributable to BELMAC shall be the cost of the active ingredients supplied by ETHYPHARM with appropriate documentation.  ETHYPHARM shall have no obligation to BELMAC for any of BELMAC's costs associated with, or for the purchase price of, any batch failure for reasons attributable to BELMAC.

## CLAUSE  12 – TRANSFER PRICE  OF  OMEPRAZOL  PRODUCT  FROM ETHYPHARM TO BELMAC

Part of the production made by BELMAC under this Agreement with respect to the Product Omeprazol is bound to cover BELMAC and its Licensees needs.

As a consequence, ETHYPHARM shall invoice BELMAC for the quantity of Omeprazol Product manufactured by BELMAC under this Agreement  at the price mentioned below

The supply price of the Product Omeprazol agreed upon between the Parties for year 2001 is the following :

➢ Omeprazol :  29 500 ptas per Kg  of microgranules dosed at 85,5 mg/g of Omeprazol.

18

EP 002029

B476

BELMAC/ETHYPHARM
RJ 010521

This price includes active ingredient Omeprazol and is subject to review between the Parties on a quarterly basis.

Payments shall be made by BELMAC to ETHYPHARM at 90 days end of the month the 10th date of invoice.

This price shall also apply in the event of termination of this Agreement and in the event of manufacture by ETHYPHARM for reasons of Force Majeure.

## CLAUSE 13 - BACK UP PRODUCTION BY ETHYPHARM

In the event, production capacity of BELMAC, as agreed upon in this Agreement, is not sufficient to manufacture all quantities of the Product Omeprazol for BELMAC's needs and the needs of its Licensees, ETHYPHARM will organize for BELMAC to be supplied from one of ETHYPHARM's production sites for the missing quantities. Conditions of supplies from ETHYPHARM to BELMAC will be identical to those agreed upon in clause 12 herein-above .

## CLAUSE 14 - EXCLUSIVITY

ETHYPHARM warrants that it will not manufacture the Products in any other factory in Spain as long as the present Agreement remains in force and except for, for example, any of the following reasons :

1) BELMAC commits a material breach of its obligations.

2) The quality of the services rendered by BELMAC are not up to the standard normally expected for such services as noted during audits performed either by ETHYPHARM, Customers, Licensees or the competent Health Authorities of the Territory,

3) The manufacturing and control of the Products are not performed anymore in accordance with cGMP's.

19

EP 002030

B477

BELMAC/ETHYPHARM
RJ 010521

4) Authorizations to **BELMAC** to act as pharmaceutical laboratory are withdrawn or not renewed by the competent authorities.

5) In case of total or partial destruction of the Premises.

The foregoing terms do not prevent **ETHYPHARM** from producing the Products in one of its French production facilities for its Customers and **ETHYPHARM**'s facility shall be also used as back-up production site for the Omeprazol Product sold by **BELMAC** and its Licensees.

## CLAUSE 15 - NON COMPETITION

**BELMAC** warrants that during the validity of the present Agreement and for an additional period of five (5) years after its termination

1) **BELMAC** will not either directly or indirectly work or develop products identical or similar to **ETHYPHARM**'s Products.

2) **BELMAC** 's personnel trained by **ETHYPHARM** or having access to confidential information on **ETHYPHARM**'s Products will be sued as breaching the obligation of confidentiality of clause 13 hereinafter if working on products identical or similar to **ETHYPHARM**'s Products for **BELMAC** or for any third parties.

3) **BELMAC** will not put at the disposal of third parties involved in the exploitation of medicines, during the term of this Agreement only, any and all parts of the premises used for **ETHYPHARM**'s Products and **BELMAC** will not purchase any equipment in order to produce any products which are similar or competing with the Products of **ETHYPHARM** or to use part or all of the Technology, **ETHYPHARM**'s Know How and/or **ETHYPHARM**'s patent rights to manufacture the Products, competing thus with **ETHYPHARM** and/or its Customers.

20

EP 002031

B478

BELMAC/ETHYPHARM
RJ 010521

## CLAUSE 16 -CONFIDENTIALITY

All the information transmitted by **ETHYPHARM** to **BELMAC** pursuant to this Agreement will be considered strictly confidential and will not be divulged by **BELMAC** to third parties without the prior written agreement of **ETHYPHARM**. Affiliates, Licensees, and overseas agents of **BELMAC** are considered as third parties.

**BELMAC** may not use the confidential information received from **ETHYPHARM** otherwise than as provided for in this Agreement and particularly to manufacture the Products for itself or its Licensees without the prior written agreement of **ETHYPHARM**.

In the event of termination of this Agreement, all confidential data (among which but not limited to all data relative to the manufacturing processes, quality and analytical procedures of **ETHYPHARM**'s Product) transmitted by **ETHYPHARM** to **BELMAC** will be returned to **ETHYPHARM** within thirty (30) days after receiving the termination notice and **BELMAC** may not use them anymore.

This obligation of Confidentiality shall continue in effect for ten (10) years beyond the expiry of this Agreement for any reason.

Nevertheless, this obligation shall not apply where :

- the Information can be shown by **BELMAC** to have been in the public domain at the time it was received from **ETHYPHARM**,

- the Information, having been transferred, subsequently comes into the public domain other than by way of **BELMAC** or its employees,

- **BELMAC** can show that the information was already in its possession at the time it was transferred by **ETHYPHARM**, provided that it had not been obtained directly or indirectly from **ETHYPHARM** under a contract of secrecy still in force,

21

EP 002032

B479

BELMAC/ETHYPHARM
RJ 010521

- BELMAC has received the Information from a third party without any obligation to secrecy, provided that this third party did not obtain the Information directly or indirectly under a contract of secrecy still in force.

## CLAUSE 17 – INTELLECTUAL PROPERTY

BELMAC represents that ETHYPHARM is the owner of all intellectual property rights related to the Technology and the Products. BELMAC shall not by virtue of this Agreement acquire any property right or title in ETHYPHARM's Technology and the Products and shall not, except as authorised hereunder, make any use thereof without the prior written consent of ETHYPHARM.

ETHYPHARM recognizes that BELMAC owns certain intellectual property relative to additional work performed by BELMAC and included in the Registration Files. Such intellectual property does not concern the Technology and Know How needed to manufacture and control the Products subject to the present Agreement.

In the event that BELMAC, at any time during this Agreement, shall become aware of any claim that the Technology infringes any intellectual property right of third parties in the Territory, it shall forthwith give promptly notice to ETHYPHARM. Following such notification, ETHYPHARM shall have full authority to decide what action to take in relation to such infringement.

## CLAUSE 18 - ARBITRATION

If there is any controversy, claim or dispute arising out of this Agreement or the transactions contemplated by this Agreement, or any breach, alleged breach or anticipated breach of any of the foregoing (referred to here as a "Claim"), BELMAC and ETHYPHARM shall in good faith promptly meet and negotiate in an attempt to resolve that Claim. In the event that those negotiations do not resolve the Claim, all Claims arising from the Agreement will be definitively resolved by means of arbitration in law by one arbitrator, under the auspices of the spanish arbitration court, in accordance with its regulations and by-laws, to which the conduct of the arbitration

22

EP 002033

BELMAC/ETHYPHARM
RJ 010521

and the appointment of the arbitrator is entrusted. The parties set forth their agreement to honour any award rendered.

## CLAUSE 19 - GOVERNING LAW

The Agreement shall be interpreted and construed in accordance with the provisions of Spanish law.

## CLAUSE 20 - NOTICES

The notifications or communications derived from this Agreement should be sent to the following addresses and fax numbers :

a) For **BELMAC** :
address :
attention :
fax number

b) For **ETHYPHARM** :
address : **ETHYPHARM** S.A.
        Marques de la Ensenada, 16
        28   MADRID – Espagne
attention : Mr Patrice DEBREGEAS
fax number :

With copy to :
**ETHYPHARM** S.A.
194 Bureaux de la Colline
Batiment D
92213 SAINT CLOUD – France
Attention : Mr Gérard LEDUC – General Manager
        Mr Patrice DEBREGEAS – President

23

EP 002034

B481

BELMAC/ETHYPHARM
RJ 010521

Fax number : 00 33 1 41 12 17 30

Any modification to the above mentioned addresses, contact person or fax numbers may only be made by means of an Addendum to the present Agreement.

## CLAUSE 21 - LANGUAGE

This Agreement shall be executed and effective in English language. Translation into Spanish may be needed for working purposes but in the event of a dispute as to the interpretation of the Agreement, the English version shall prevail.

## CLAUSE 22 – ASSIGNMENT

BELMAC may not assign its rights or obligations arising from this Agreement without the prior written consent of ETHYPHARM.

## CLAUSE 23 - INDEPENDENT CONTRACTOR

BELMAC is and shall always remain an independent contractor in its performance of this Agreement. The provisions of this Agreement shall not be construed as authorizing or reserving to ETHYPHARM any right to exercise any control or direction over the operations, activities, employees or agents of BELMAC in connection with this Agreement, it being understood and agreed that the entire control and direction of such operations, activities, employees, or agents shall remain with BELMAC as an independent contractor.

Neither party to this Agreement shall have any authority to employ any person as an employee or agent for or on behalf of the other party to this Agreement for any purpose, and neither party to this Agreement, nor any person performing any duties or engaging in any work at the request of such party, shall be deemed to be an employee or agent of the other party to this Agreement.

24

EP 002035

B482

BELMAC/ETHYPHARM
RJ 010521

## CLAUSE 24 ENTIRE AGREEMENT

This Agreement constitutes the entire understanding between the parties, a complete allocation of risks between them and a complete and exclusive statement of the terms and conditions of their agreement; and all prior agreements, negotiations, dealings and understandings, whether written or oral, regarding the subject matter hereof, if contradictory with the terms of this Agreement, are hereby superseded and merged into this Agreement except as otherwise provided herein.

Each party acknowledges that there are no other understandings which relate to the matters covered herein or are inconsistent with any provisions of this Agreement.

## CLAUSE 25 AMENDMENTS AND WAIVER

This Agreement cannot be amended in any respect except in writing duly executed by both parties. No waiver of compliance with any provisions or conditions of this Agreement and no approvals provided for in this Agreement shall be effective unless evidenced by a written instrument executed by the party to be charged.

No modification shall be effected by the acknowledgment or acceptance of purchase order or shipping instruction forms containing terms or conditions at variance with or in addition to those set forth in this Agreement.

## CLAUSE 26 - MISCELLANEOUS

As used in this Agreement, employees or agents of a party hereto shall be deemed to include such party's past, present and future officers and directors.

Section headings as to the contents of particular sections are for convenience only and are in no way to be construed as part of this Agreement or as a limitation of the scope of the particular sections to which they refer.

If any term or provision of this Agreement or any application thereof shall be invalid or unenforceable, the remainder of this Agreement or any other application of such term or provision shall not be affected thereby.

25

EP 002036

B483

BELMAC/ETHYPHARM
RJ 010521

## CLAUSE 27 - COSTS AND FEES

All taxes and expenses derived from the execution of the Agreement, including V.A.T. will be supported by the parties according to law.


Signed at Madrid

Date :

For ETHYPHARM S.A.                                    For BELMAC S.A.

Mr Patrice DEBREGEAS                                  Mr James R. MURPHY

President                                            Executive Director

26

EP 002037

B484

BELMAC/ETHYPHARM
RJ 010521

## ANNEX A TO THE AGREEMENT

## BETWEEN BELMAC S.A. AND ETHYPHARM S.A. (SPAIN)

### PRODUCTS

**OMEPRAZOL** : sustained release organic formulation of Omeprazol in the form of microgranules in the 10 mg and 20 mg dosage forms subject to European Patent n° EP 646006 based on French priority FR9207249 applied for on June 16, 1992 and issued in Europe on March, 3, 1997 in the name of **ETHYPHARM S.A. (Spain)** .

**PIROXICAM** in the form of microgranules in the 20 mg dosage forms

**VINCAMINE** in the form of microgranules in the 30 mg dosage forms

**ASPIRINE** in the form of microgranules in the 150-300 mg dosage forms

**INDOMETHACIN** in the form of microgranules in the 50 mg dosage forms

**LANZOPRAZOL** in the form of microgranules in the 15 and 30 mg dosage forms

27

EP 002038

B485

BELMAC/ETHYPHARM
RJ 010521

## ANNEX B TO THE AGREEMENT

## BETWEEN BELMAC S.A. AND ETHYPHARM S.A. (SPAIN)

### DETAILS OF PRIOR AGREEMENTS SIGNED BETWEEN ETHYPHARM and BELMAC

1) Certificate of **BELMAC** dated March 2nd, 1998 relative to the manufacturing of Omeprazol Product and ownership of technology, manufacturing methods and machinery

2)    Agreement relative to the exclusive purchase of Omeprazol Product to **ETHYPHARM** (March 23, 2000).

2)  Confidentiality agreement signed by **BELMAC**'s personnel in Feburary 1996

-Mr Mateo Gasca Guillen

Mr Antonio Cabodevilla Ilincheta

Mr Juan Carlos Asensio Asensio

Mr Clemente Gonzalez Azpeita

Mr José Luis Monterde Maorad

3) Confidentiality Agreement relative to Omeprazol 20 mg – technical documentation (february 8, 1995)

4) Confidentiality Agreement relative to information contained in the registration file of Belmazol (September 30, 1998)

6)  Manufacturing Agreements   dated March 13, 2000   for each of Piroxicam, Vincamine, Indomethacin, Aspirine

7)  Manufacturing Agreement dated March 23, 2000 for Omeprazol 20 mg.

8)   Letter of November 6, 1992 relative to the cooperation between the parties and listing equipments pertaining to **ETHYPHARM**.

28

EP 002039

B486

BELMAC/ETHYPHARM
RJ 010521

## INVESTMENT MADE BY ETHYPHARM (as per Whereas 2)

1) Investment

2) Equipment :

6 classical pans

2 GS Pellegrini pans

1 GS Pellegrini pan (rented by **ETHYPHARM** to a third party)

List of additional equipment attached to this Agreement.

3) Documentation transmitted to **BELMAC**.

EP 002040

B487

BELMAC/ETHYPHARM
RJ 010521

## ANNEX C TO THE AGREEMENT

## BETWEEN BELMAC S.A.AND ETHYPHARM S.A. (SPAIN)

## DETAILS OF BELMAC'S FACILITIES (as per Clause 2.4)

30

EP 002041

B488

LABORATORIOS BELMAC, S.A.

## FAX

| FOR : | FROM: |
|---|---|
| Jim Murphy | Adolfo Herrera |
| ORGANIZATION: | DATE : |
| Bentley Pharmaceuticals, Inc. | June 15, 2.001 |
| FAX: | TOTAL PAGES : |
| 001-603-9646889 | 1 |
| TELEPHONE: | REFERENCE : |
| 00-1-603-9648006 | |

Dear Jim:

The products, which we consider can be interesting to submit to register in EE.UU. in a near future, are:

- Simvastatine
- Trimetazidine
- Pentoxifylline

In our development plan, they are included the following:

- Finasteride
- Lansoprazole
- Omeprazol tablets
- Omeprazol acuoso
- Sertraline
- Atorvastatine

Best regards

Adolfo Herrera

LABORATORIOS BELMAC, S.A.
Montearagón, 9 – 28033 MADRID
TFNO. : 913887201 – FAX : 913887647



BEL009765
CONFIDENTIAL

B489

Spain  7/13/01   Adolfo

TEVA - Mtg went well: DAVID Cockrane
10 Registers in Sept.
Lansoprasol w/ patent protect. - Contract
                                        review
Dr. Reddy - Draft.
        Avostatine - new Pfizen
        certrline
July 18th
reduce 15% BELMAZO
            Enalapril BELMAC
HELM - Patent review Omeprazole
Enalapril
        56 Tablets
        Price Mixt
Euypham
        1.5 mil more profit if Break
        23 Nov cancel contract (4 months refou)
            23 March

        Supply Agmt - Cancel
        But Brand Agmt will remain
                for Partha 2 years
Industrial Batch w/ University.
        Not valid patent.
WE filed organic patent

EXHIBIT
Murphy
42
7/19/06

B490



New Patents
    Aqueous Lansoprazole
* Organic Omprazole
    Aqueous Omeprazole

07-17-01
    Auxilium / B. Givvik debriefing
    Recieved
            DHT
        2.5% Testosterone w 4 levels CPE
            D1

07-17-01
    CRAIG PEARSON

    Mike Gotlieb (954) 762-4400

07-18-01 Glaxo SK
    Dr. Patricia Audet
        Business Development

B491

Generics
: Spain - list
       - visit

19 July
   SPAIN - Adolfo Herrera

   List of Tablets Generics
   Paracetamol Study - underway
   Ibuprofen 100 - OK - Bioequivalent
   Ethypharm patent not Good
              Rpt by 31 July
   Omeprazole Aqueous formulation
   BMS - cancel contract Ltr
        Manolo Cobo - should be contacted
        if cancel can buy Inventory
             or allow us to deplete

      BMS   350 → 300
      Lb    70 → 160

   Ibuprofen 500mg SA Approved
   Simvastatin - several question
   Sanofi tablets - next week

HIGHLY CONFIDENTIAL

BENTL001221

B492



Glaxo/SK - Mike Shew : Paracetamol

Teky Pharm :
    current status
    Plans for doing mobile

TEVA
    How Dossiers
    when Filing

BMS
    Course of Action

Options recommendation for Adolfo
    WHO - How much

Awards

HIGHLY CONFIDENTIAL

BENTL001227

B493

<u>SPAIN</u>

GENERIC MARKET - decreasing - BRANDED reducing

IMS ranking    62/20%    LB
               90/201    LD

LANSOPRAZOLE
        Lab. Vinas have patent raw material
        Branded pdt
        2005 Generic

AQUEOUS Formulation - omeprazole
        File Patent - Sept. Lansoprazole

Patents :

1.  SR & Gastric Protection
        Process - vacuum - Pellets
        incl. AQUEOUS formulation

2.  Omeprazole tablets

3.  Paracetamol - soluble + dispersable

4.  Omprazole 'organic' formulation
        include:

5.  New Patent Planned Aqueous OR
        EXtension OF # 4

BENTL001228

B494

Ethypharm: 23 Nov. Noticias for March 28

* Omeprazole
   Licensed to 5 companies
   Supply 200 Kg / Moi
   2.4 tons
   Iran - Uquifa

GlaxoSB - Mike Shaw - Leaving
   Paracetamol

* Trimetazadine - License to Swrety Poland
   (approved) thru Mary Purser

   LABESFAR (Port.)
      License : Simavastin          5 yr. Supply
                Omeprazol                 Aget
                Trimetazadin

* Ibuprofen SOU - Approved

   Dr. Reddy - Supply API
         / Atorvastatina - new gen.
   1.5                    $30 mil USD  + 29%
   to
   24%s           do our own register
         \ Sertraline - $27 mil  + 37%
                    Prozac
   Mary Purser
   Paroxetine - $50 mil USD  + 15%
      3 Dossiers  L. Balmac
                  L. Davur   $80k purchase
                  Rimalan

B495



| | Tel | +33 1 4112 1720 |
| | Fax | +33 1 4112 1730 |
| | E Mail | contact@ethypharm.com |
| | Visioconf | +33 1 4112 0075 |

194, Bureaux de la Colline –
92213 SAINT CLOUD CEDEX– FRANCE

http://www.ethypharm.com

| To | Mr James MURPHY | From | Mrs Roseline JOANNESSE |
|---|---|---|---|
| Cie | | Cc | Mr Gérard LEDUC/Mr Patrice DEBREGEAS |
| Cc | | Fax | + 33 1 4112 1730 |
| Fax | 001603 964 6889 | Tel | + 33 1 4112 1735 |
| Tel | 001 603 964 8006 | e-Mail | joannesse.roseline@ethypharm.com |
| | | | August 10th, 2001 |
| Page(s) | | Date | |

Dear Mr Murphy,

Much to our surprise, we have not received any answer to Mr Leduc's letter of June 8th, 2001 which was sent to your attention both by fax and by express mail.

Could you please let us have some news in this respect and potentially some dates in order to organize a meeting between our two companies.

Looking forward to hearing from you,

Yours Sincerely,

Roseline JOANNESSE

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE AND CONSIDER THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS FAX IS STRICTLY PROHIBITED.

EXHIBIT
Twenty 4
44
7/19/0    SSO

EP 002196

B496

P. 1 .

*** Rapport de TRANSMISSION ( 10.Aut.2001 17:26 ) ***

T T I    ETHYPHARM ST CLOUD 33 1 41121718

| Fich | Mode | Option | Adresse (Groupe) | Résultat | Page |
|------|------|--------|------------------|----------|------|
| 1130 | TX_MEM | | G3:00016039646889 | OK | P. 1/1 |

Cause de l'erreur
1) Raccroché ou erreur ligne  2) Occupé                    3) Pas de réponse
4) Pas un télécopieur         5) Dépassement des 3 min.

## Ethypharm
### Drug Delivery Solutions

| • Tel | +33 1 4112 1720 |
| • Fax | +33 1 4112 1730 |
| • E Mail | contact@ethypharm.com |
| • Visioconf | +33 1 4112 0075 |

194, Bureaux de la Colline –
92213 SAINT CLOUD CEDEX– FRANCE

http://www.ethypharm.com

| To | Mr James MURPHY | From | Mrs Roseline JOANNESSE |
|----|-----------------|------|------------------------|
| Cie | | Cc | Mr Gérard LEDUC/Mr Patrice DEBREGEAS |
| Cc | | Fax | + 33 1 4112 1730 |
| Fax | 001603 964 6889 | Tel | + 33 1 4112 1735 |
| Tel | 001 603 964 8006 | e-Mail | joannesse.roseline@ethypharm.com |
| | | | August 10th, 2001 |
| Page(s) | | Date | |

Dear Mr Murphy,

Much to our surprise, we have not received any answer to Mr Leduc's letter of June 8th, 2001
which was sent to your attention both by fax and by express mail.

EP 002197

B497

11 SEPT 01

Dicky Longoria
956 251 7575

12 SEPT. 01   Novartis — Cathy Benson
Conference call with
Mark Shober required
Radiolabelled — in vitro
Clinical      — in vivo

- Inn Hampton tonight + Tomorrow

...i Sept 01
Spain — Adolfo

Patents —
1. Aqueous formulation — Filing 15 Oct    PCT
2. Omeprazole tablets — Oct 15
3. Paracetamol — Oct PCT
Simvastatic — MOH Approved (3)
15 others also "
* 8 will by US.— Manuf.
Jan/Feb — Launch
Sanofi — waiting to
Reckitt — sent new samples
Herron — sample
Glaxo — call Paracetmol

HIGHLY CONFIDENTIAL

B498

# Ethypharm
*Drug Delivery Solutions*

http://www.ethypharm.com

| | | | |
|---|---|---|---|
| • Tel | +33 1 4112 1720 | | |
| • Fax | +33 1 4112 1730 | | |
| • E Mail | contact@ethypharm.com | | |
| • Visioconf | +33 1 4112 0075 | | |

194, Bureaux de la Colline –
92213 SAINT CLOUD CEDEX– FRANCE

| To | Mr James MURPHY | From | Mrs Roseline JOANNESSE |
|---|---|---|---|
| Cie | | Cc | Mr Gérard LEDUC/Mr Patrice DEBREGEAS |
| Cc | | Fax | + 33 1 4112 1730 |
| Fax | 001603 964 6889 | Tel | + 33 1 4112 1735 |
| Tel | 001 603 964 8006 | e-Mail | joannesse.roseline@ethypharm.com |
| | | | September 17th, 2001 |
| Page(s) | | Date | |

Dear Mr Murphy,

Would you be so kind as to let us have an answer to our faxes of June 8th and August 10th, 2001

Looking forward to hearing from you shortly,

Yours Sincerely,

Roseline JOANNESSE

**EXHIBIT**
Murphy
46
9/19/06

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE AND
CONSIDER THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS FAX IS STRICTLY PROHIBITED.

EP 002195

B499

P. 1

\*\*\* Rapport de TRANSMISSION ( 17. Sep. 2001 16:31 ) \*\*\*

☏ ☏ I    ETHYPHARM ST CLOUD 33 1 41121718

| Fich | Mode | Option | Adresse (Groupe) | Résultat | Page |
|------|------|--------|------------------|----------|------|
| 1542 | TX_MEM | | G3:00016039646889 | OK | P. 1/1 |

--------------------------------------------------------------------
Cause de l'erreur
1) Raccroché ou erreur ligne   2) Occupé
4) Pas un télécopieur          5) Dépassement des 3 min.       3) Pas de réponse

# Ethypharm
## Drug Delivery Solutions

| | |
|---|---|
| Tel | +33 1 4112 1720 |
| Fax | +33 1 4112 1730 |
| E Mail | contact@ethypharm.com |
| Visioconf | +33 1 4112 0075 |

194, Bureaux de la Colline –
92213 SAINT CLOUD CEDEX– FRANCE

http://www.ethypharm.com

| To | Mr James MURPHY | From | Mrs Roseline JOANNESSE |
|---|---|---|---|
| Cie | | Cc | Mr Gérard LEDUC/Mr Patrice DEBREGEAS |
| Cc | | Fax | + 33 1 4112 1730 |
| Fax | 001 603 964 6889 | Tel | + 33 1 4112 1735 |
| Tel | 001 603 964 8006 | e-Mail | joannesse.roseline@ethypharm.com |
| | | | September 17th, 2001 |
| Page(s) | | Date | |

Dear Mr Murphy,

Would you be so kind as to let us have an answer to our faxes of June 8th and August 10th, 2001

EP 002198

19 SEPT. 61                                        B500

SPANISH MGMT. MEETING - AMSTERDAM
PATENTS

Omeprazole & Lansoprazole - PCT - Oct.
AQUEOUS Pellets

Paracetamol - PCT - 8 month extension
                      until rpt. patent search

Omprezole tablets PCT will be Nov.
Omprazole organic - Spain Feb 2021
                      National only

CP& 215
Active

HIGHLY CONFIDENTIAL                BENTL001263

B501



10 Oct 01 : Spain - Adolfo.

Ethypharm - may not continue w/. Omperrole
                                will not manuf. Lansoprazole

Simvastatin - 70K units ordered
                    can announce early Nov.
Sept. profit L.B + L.D = 60 million psts.
Oct. sales  500 Million expected
Liquifz
5 million economic


11 Oct 01  Spain - Adolfo

    Sales enalapril  2.5 mg
                     10. mg
*   MO Technical Grant of Money
         Simvast   20 mill   repay w/o interest
         Paracet  20 mill      in 10 years
             for Bioequivalency studies
    Annoucement possible

HIGHLY CONFIDENTIAL

BENTL001276

B502



**Bentley Pharmaceuticals**
**Project Status Report – October 18, 2001**

| PROJECT AND STATUS | ACTION |
|---|---|
| 1. Pfizer<br>• Current Actions:<br>   - Term Sheet and Research Collaboration Agreement are pending. Conference call planned for 19 Oct at 11:00 am with Fred Naids (Jim and Jordan to handle; Bob S. and Bob G. on standby if technical talk required)<br>   - Dermtech assistance for testing - received proposal from Dermtech, further progress pending completion of agreement with Pfizer.<br><br>  Note: Basic Agreements pending/planned: 1) Research Collaboration Agreement; 2) License (or Platform) Agreement; and 3) Subscription (investment) Agreement. | Jim/Jordan complete Term Sheet and Research Agreement<br><br>Bob continue to coordinate with Dermtech |
| 2. GlaxoSmithKline (GSK)<br>a) GSK (North Carolina) - Insulin<br>• Joel emailed Jim: internal debate on insulin. No consensus yet. Mid-Nov for further decisions.<br>b) GSK (Phila) – Musclar-Skeletal products<br>• Jim, Bob G. and Paul met with Chau-Pin Lee in Collegeville, PA on 17 Oct. Looking for help on one unspecified drug. Need 1 mg delivered with 30 min on-set of action, transdermal or intranasal delivery. They are early-on in a long-haul project. Difficult at best and not high priority for us at this point. GSK discussing internally and they will get back to us.<br>c) GSK (OTC)<br>• Jim received email from Jim Hand (VP for OTC, worldwide). He expressed licensing potential for both lacquer and paracetamol. Interest is higher on the lacquer. Paracetamol may compete with a GSK product. Alternatively, potential for a parecetamol deal with Chatham was also discussed. | Jim monitor<br><br><br>No action at this time<br><br><br><br>?? |
| 3. Insulin – Development Issues<br><br>a) Supply – Insulin supply from Diosynth. All OK for now.<br><br>b) Clinical Trials – Phase I trial: Proof of Principle (normals), followed by the Phase II trial: Type 1 and 2 diabetics<br>• Phase I at UNH Center for Health Enhancement (CHE)<br>   - Tony Tagliaferro submitted Protocol to the UNH IRB on 19 Oct.<br>   - Pending completion of Clinical Trial Contract, budget and insurance<br>• Schwartz Lab<br>   - Project on hold pending completion of trial at CHE.<br>   - Strategy is to perform study with CHE first, then go straight to Phase II (diabetics) at Sherwyn Schwartz Lab, Diabetes and Glandular Disease Clinic, San Antonio, TX.<br>d) Regulatory<br>• Plan to submit IND on 1 December?? | Paul pursue contract & budget. Bob S. work insurance.<br><br>Bob Stote keep in touch with Schwartz lab. |
| 4. Bio-Concept Laboratories<br>• Completed the project agreement on 25 Sep. We are funding them for now.<br>• Need two weeks notice to have clinical supplies ready for CHE clinical trial.<br>Note: Future opthalmic research: They asked for separate IP agreement in preparation for their submission of an SBIR by 1 Dec. Need to discuss/resolve this, as we have no basic agreement with them as yet. | Bob/Paul continue to monitor progress<br><br>Jordan/Bob G. discuss ophthalmic after mtg |

**CONFIDENTIAL**                                    1



EXHIBIT
FITZGIBBONS
2

BENTL023097
HIGHLY CONFIDENTIAL

B503



**Bentley Pharmaceuticals**
**Project Status Report – October 18, 2001**

| PROJECT AND STATUS | ACTION |
|---|---|
| 5. Novartis<br>• Anti-fungal lacquer<br>  - Conference call set for 11:00 am on 25 Oct. Bob S. to provide written summary to Jim prior to call. Expect call to be with Cathy Benson, her boss, and other New Jersey business people.<br>  - Desires progress summary of UAB trial. Allow to talk to Boni Elewski one time to get update. Jim to set up time for call. (No unrestricted access to Boni)<br><br>• Paracetamol (acetaminophen) - Jim also sent them summary data on clinical evaluation of paracetamol. Potential interest in sachet form.<br><br>Note: Related project - Phase III in Spain. Potential 3-way trial (Bentley lacquer vs Ciclopirox). | Conduct conf. call on 25 Oct<br><br>Jim set up call with Novartis and Boni<br><br>Monitor further interest |
| 6. Auxilium A$^2$<br>• Testosterone in Men – Phase 3 in progress. Last patient planned on 19 Oct. Reference country to be chosen at time of filing NDA. Paul sent RIFM registration data (received from H&R) to Teri Sebree on 4 Oct.<br>• Stanolone (DHT) – They are awaiting the 30 day stability on 6 formulations sent to them, will then go into Yucatan pigs, and then select 2 formulations to go into man with before making an acceptance decision.<br>• Oxycodone – Bob G. to send them the oxycodone formulation that failed so they can look at it and then prepare to go to the next step.<br>• Purchase of add'l 5 kg of CPE-215 (via DPT). Bob G. coordinate with Terri Sebree regarding shipping to us. | Bob S. monitor<br><br>Bob S / Bob G monitor<br><br>Bob G. send formulation<br>Bob send shipping info |
| 7. UAB Nail Lacquer Clinical Study<br>• Anti-fungal nail lacquer – Phase I/II Trials on-going at UAB. Latest update received: 17 Sep. Continue to seek updated results data. | Bob S. pursue results update. |
| 8. Dartmouth-Bentley NHIRC Grant – Testosterone in women with Fibromyalgia (FMS)<br>• Revised formulations of testo to be delivered to Dartmouth.<br>• Protocol revision allowing high BUN if creatinine normal was approved by the IRB.<br>• Six (6) patients to be scheduled for final screening with Dr. Lin Brown on 5-9 Nov.<br>• Trial Dates: start with 6 patients on Day 0 - Saturday 10 Nov and then have patients return on Day 28 - Saturday 9 Dec. | Bob deliver new testo for patient kits.<br><br>Bob/Paul monitor patient accrual. |
| 9. UNH – GnRH Study<br>• Comparing transdermal vs. intranasal delivery in pigs. Transdermal done. Intranasal formulation provided on 16 Oct. Progressing well. | Bob G. monitor progress |
| 10. Reckitt-Benckiser (on Spain action list)<br>• Reformulating paracetamol sachet for taste masking.<br>• Sent all data and email to them last week. No response yet.<br>• Included on Action List sent to Adolfo on 7 Sep. | Jim/Adolfo keep in touch with Reckitt |
| 11. Sanofi Synthalabo - Paracetamol tablets (on Spain action list)<br>• Asked for larger, flatter tablet with more effervescence. Included on Action List sent to Adolfo on 7 Sep. | Jim / Paul monitor |

**CONFIDENTIAL**                    2

BENTL023098
HIGHLY CONFIDENTIAL

B504



**Bentley Pharmaceuticals**
**Project Status Report – October 18, 2001**

| PROJECT AND STATUS | ACTION |
|---|---|
| 12. CPE-215 EDMF – Haarmann & Reimer (H&R) <ul><li>Received RIFM registration data (tox, safety, stability, analytical data) for H&R's pentadecalactone on 1 Oct. Paul sent copies to Adolfo, Bob Stote, and Teri Sebree at Auxilium.</li><li>Issue: EDMF (active substances only) vs. excipient procedures in European guidelines (No unique DMF for excipients as done in U.S. with FDA)</li></ul> | Paul follow-up on CDA<br><br>Determine need for EDMF, provide guidelines to H&R |
| 13. McNeil <ul><li>They reported that results for fingernails were encouraging, but want to see efficacy of toenail trial as well. Regarding dialogue with Boni Elewski, we will control – no continuing direct access to Bonnie.</li></ul> | Jim continue to monitor |
| 14. Schering AG (Berlex in U.S.) <ul><li>Dr. Claudia Kamback, MD interested in out-licensing: new dermatological products and nail lacquer.</li><li>Jim also talked to a Dr. Helena Axlerod, who wanted a list of our products, and expressed interest in potential licensing of an estrogen gel, testosterone gel, and other HRT. Bob Stote to call Helena and provide contact info for her to discuss with Gerri Henwood (Auxilium).</li></ul> | Jim to handle this |
| 15. New Patents <ul><li>Patents – Spain</li></ul> a) 1st Patent – Submitted P-2000,02685 (General procedure – Vacuum and Granulation for other products.<br>b) 2nd Patent – Submitted P-2000,002797 (Tablet formulation for Omeprazole and other gastric sensitive drugs – Direct compression.<br>c) 3rd Patent – Organic formulation process for Omeprazole. Patent P-2001,00825. (also protection from Ethypharm).<br>d) 4th Patent – Aqueous Process - a patent extension of the tablet formulation patent from last year (P-2000,002797). To be submitted early November 2001.<br>e) 5th Patent – New procedure for tablets – direct compression. Plan to submit in December 2001.<br><br><ul><li>Patents – USA/PCT</li></ul> a) Intranasal Insulin Patent – Bob G. filed the provisional in June '01.<br>b) Lacquer PCT Patent issued 23 Aug; all claims allowed | Continue to monitor |
| 16. Investor Relations: Porter, LeVay and Rose <ul><li>PLR to continue for now. Current costs are $6,500 plus expenses per month.</li><li>Mike and Jordan continue to search for better IR firm.</li></ul> | Mike and Jordan continue review |
| 17. Insurance Issues <ul><li>Mike sent summary of coverages in Europe to Tom Wilde (Gallagher Insurance). Wilde will review this, and he will also talk to Bob Stote re FMS revised start of 6 Sep and new coverage for Insulin trials at UNH Center for Health Enhancement.</li><li>Issue of confidentiality discussed – Are insurance companies bound by confidentiality?</li></ul> | Mike and Bob S. monitor<br><br>Mike follow-up |

**CONFIDENTIAL**                    3

BENTL023099
HIGHLY CONFIDENTIAL

B505



**Bentley Pharmaceuticals**
**Project Status Report – October 18, 2001**

| PROJECT AND STATUS | ACTION |
|---|---|
| 18. BOD Meeting Schedule<br> • Next BOD Meeting is 7-8 Nov in Philadelphia, PA<br> • Jan 30th is date for the winter meeting in Spain (fly out separate flights 28th or 29th) | Still good dates |
| 19. Tax Planning<br> • Local Tax – Conference call occurred Friday 12 Oct with Mike/Jordan and Brian Gallagher, and Deloitte & Touche. Follow-up conference call planned.<br> • Federal / Int'l Tax – Need to look at tax consequences of transferring IP from subsidiary (Spain) to parent (Bentley). Brian Gallagher looking into this.<br><br>**Note: Tax Planning is on agenda for BOD meeting 7-8 Nov** | Mike/Jordan to conference call with Brian Gallagher and accountants |
| 20. Cambrex<br>Cambrex visited us 4 Oct. with proposal in hand – successful meeting.<br> • Successful 4 Oct meeting and follow-on call 17 Oct. Follow-on action:<br> - Jim prepared and sent a draft strategic plan for establishing a joint venture (JV) with Cambrex;<br> - Need to complete Letter of Intent before their equity investment. They have noticed the recent upward stock movement<br> - They want CPE-215 included and are particularly interested in the lacquer. If we co-market lacquer, will need significant funding from them. Need to look at ability to provide API's.to include<br> - Provide a list of our Spanish products as candidates for generic submission in U.S. under the JV. Products to be reviewed by Jim/Paul in Spain 22-24 Oct. | Jim follow-up on strategic plan<br><br>Jim/Paul complete the product review in Spain |
| 21. Teva – Bayvit<br> • Teva to conduct due diligence Oct 1st for French company. We begin due diligence on Bayvit starting Oct 10th with possible assist by Teva rep. **Jim emailed Eli Shohert on 4 Oct. Waiting for him to return from Australia.**<br> • Concerns: Plateauing of #units sold last 3 months, and level of future prices.<br> • If due diligence positive, then intend to close deal by Dec 31st | Conduct due diligence on Bayvit |
| 22. Vaccines | |
| 23. Bristol Myers Squibb – Review of lacquer coming up. CDA is pending | Jordan track CDA |
| 24. Chatham<br> • CDA in progress<br> • Pending meeting to discuss lacquer (OTC) and other topicals | Jordan track CDA<br>Jim confirm mtg |
| 25. Ciprofloxacin<br> • Press Release<br> • Pursue Senator Smith and other gov't assistance | Jim prepare press release<br>Jordan pursue Sen. Smith, et al |
| 26. Pharmacia & UpJohn<br> • Prepare list of potential candidates for application of CPE-215 | Bob S. / Paul prepare list |

**CONFIDENTIAL**                    4

**BENTL023100**
**HIGHLY CONFIDENTIAL**

**B506**

**From:** Simmons, Michael (US - Boston)
**Sent:** Tue, 23 Oct 2001 16:53:20 GMT
**To:** 'bgallagher@jenkens.com'; Mike Price; Jordan Horvath
**CC:** 'Oreto, Julie (US - Boston)'; 'Smith, Wayne (US - Boston)'; 'Laverty, Lisa Glenn (US - Boston)'
**BCC:**
**Subject:** Bentley - IP Planning

All,

Attached please find a preliminary and tentative tax planning structure for the intellectual property currently under development in Spain. We have not had a chance to thoroughly review this yet with our Spanish and Luxembourg colleagues, but we have implemented similar structures in the past.

I assume that we are still planning on a call at 10 am Wednesday to discuss.


<<Proposed European Structure.doc>>
This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

EXHIBIT
tabbies
Burerty
4 7
7/19/06    SLB

BENTL003097
HIGHLY CONFIDENTIAL

**B507**

Deloitte & Touche LLP
200 Berkeley Street
Boston, MA 02116
USA

Tel: (617) 437-3563
Fax: (617) 437-5563
www.us.deloitte.com

**Preliminary and Tentative**

# Memo

# Deloitte
# & Touche

Date:      October 19, 2001

To:        The Files, Bentley Pharmaceuticals, Inc.

From:      Michael A. Simmons
           Lisa Glenn Laverty

Subject:   Proposed European Structure

<u>**Current Structure**</u>



Deloitte
Touche
Tohmatsu

BENTL003093
HIGHLY CONFIDENTIAL

Page 2                                                          **B508**
From:  Michael A. Simmons
Lisa Glenn Laverty
Date:  October 19, 2001

DRAFT – Preliminary and Tentative for discussion purposes only

**Proposed Structure**



BENTL003094
HIGHLY CONFIDENTIAL