# Bentley Patent Estate

## TRANSDERMAL AND TRANS-MEMBRANE DELIVERY PATENTS.

➤ US Patent # 5,023,252, June 11, 1991 - Transdermal and Trans-Membrane Delivery of Drugs (Hsieh Patent). 11 other international patents obtained; Belgium, Canada, Denmark, France, Germany, Great Britain, Italy, Japan, Korea, Luxembourg and Switzerland.

➤ PCT/US03/12235 filed April 21, 2003 (priority date April 19, 2002) – Transdermal Delivery of Testosterone in Hypogonadal Men. PCT application and selected other countries filed; national filings in process.

## ANTIFUNGAL NAIL LACQUER PATENTS

➤ US Patent 6,495,124, December 17, 2002 (Acquired from Macrochem in July 2003).

➤ PCT/US01/05302, WO 01/60325 A1, published August 23, 2001 - Lacquer administration of pharmaceutical products utilizing enhancer permeation. PCT application and selected other countries filed; national filings in process.

## MUCOSAL DELIVERY PATENTS

➤ application being drafted by patent counsel for PCT submission.

## HYDROGEL PATENTS

➤ US Patent # 4,983,393, January 8, 1991 - Intra vaginal device and methods for sustained release.

➤ US Patent # 5,069,906, December 3, 1991 - Intra-vaginal device.

## PARACETAMOL PATENTS

➤ PCT # 200002653, filed March 11, 2000. New dispersible and soluble galenic formulation of paracetamol, process for its preparation and applications. National applications filed in European Patent Office, U.S., Japan and Poland.

## OMEPRAZOLE / LANSOPRAZOLE PATENTS

➤ Spain application filed April 29, 2003; to be filed with PCT – Improved process for manufacture of pellets of omeprazole, lansoprazole and other pharmaceutical products.

Confidential property of Bentley Pharmaceuticals 2003



BENTL022790
CONFIDENTIAL

B630

BENTL022791
CONFIDENTIAL

# Bentley Topical Drug Delivery

## CPE-215

B631

BENTL022792
CONFIDENTIAL

# Bentley Permeation Excipient

## Cyclopentadecanolide (CPE-215)
## Oil of Angelica Essence
### From the root of Angelica archangelica



Confidential property of Bentley Pharmaceuticals 2003



Bentley
Pharmaceuticals, Inc.

BENTL022793
CONFIDENTIAL

# CPE-215 – application examples

Compatible formats: gel, cream, ointment, patch, tablet, capsule, liquid, lacquer

⇧ Topical finger/toe nail penetration

⇧ Topical dermal – local effect

⇧ Topical dermal – systemic effect

⇧ Ophthalmic

⇧ Oral absorption enhancement

⇧ Nasal – systemic effect

⇧ Compatible with 'patch' constituents



Confidential property of Bentley Pharmaceuticals 2003

B633

BENTL022794
CONFIDENTIAL

# Advantages of CPE-215

- GRAS Excipient for <u>food and cosmetic use</u>
  - Approved by FDA as a <u>Direct</u> Food Additive (21 CFR 172.515)
  - Approved as a Fragrance
  - Approved as a Flavor Enhancer
- Excellent Transdermal Enhancement
  - Format Independent, i.e. effective in Patches, Gels, Ointments, Lotions, Creams
  - Compatible With Most Materials, Including Adhesives
- Non Irritating
- Stable excipient
- Available 99+% under food & cosmetic GMP

Confidential property of Bentley Pharmaceuticals 2003



Bentley
Pharmaceuticals, Inc.

B634

BENTL022795
CONFIDENTIAL

# Topical Delivery with CPE-215
# Clinical studies



Bentley
Pharmaceuticals, Inc.

B635

BENTL022796
CONFIDENTIAL

# Hormone Replacement: male hypogonadism



Bentley
Pharmaceuticals, Inc.

BENTL022797
CONFIDENTIAL

# Testim® (Auxilium Pharma) – Plasma Testosterone

Table 1. Geometric mean (CV$_b$%) $C_{max}$ and AUC$_{0-24}$ for testosterone

| | $C_{max}$ (ng/dl) | AUC$_{0-24}$ (ng·h/dl) |
|---|---|---|
| Testim™ | 480 (70.3) | 5064.5 (77.9) |
| AndroGel® | 368 (60.9) | 4499.1 (77.9) |

Biopharm. Drug Dispos. 24: 115–120 (2003)

"The ratio of the treatment comparison for both Cmax and AUC 0-24 was 1.30, indicating that [serum] values for Testim® were 30% greater than for AndroGel®. The 90% confidence interval for Cmax ratio was (1.10, 1.55), and for AUC 0-24 it was (1.08, 1.57). Since neither of these confidence intervals was wholly contained within the bioequivalence limits of 0.80 to 1.25, Testim® and AndroGel® are not bioequivalent." Copyright # 2003 John Wiley & Sons, Ltd. Biopharm. Drug Dispos. 24: 115–120 (2003)



Bentley
Pharmaceuticals, Inc.

Confidential property of Bentley Pharmaceuticals 2003

BENTL022798
CONFIDENTIAL

# Testim® (Auxilium Pharma) - Plasma DHT

Table 2. Median (range) $C_{max}$ and $AUC_{0-24}$ for dihydrotestosterone[a]

|  | $C_{max}$ (pg/ml) | $AUC_{0-24}$ (pg·h/ml) |
|---|---|---|
| Testim™ | 321 (23-964) | 4891.0 (257.5-15259.1) |
| AndroGel® | 313 (16-1038) | 4091.7 (225.0-16004.5) |

[a] Excluding one patient for $AUC_{0-24}$ because there was insufficient sample volume for analysis in Period 2.

Copyright # 2003 John Wiley & Sons, Ltd. Biopharm. Drug Dispos. 24: 115–120 (2003)

"For both Cmax and AUC 0-24, median values for Testim® were greater than for AndroGel® (seeTable 2). For Cmax, the estimated treatment ratio was 1.19, indicating that values for Testim® were greater than for AndroGel®. Similarly for AUC 0-24, the estimated treatment ratio was 1.11. The 90% confidence interval for Cmax ratio was (0.91, 1.36), and (0.95, 1.32) for AUC0-24. As neither of these confidence intervals was wholly contained within the bioequivalence limits of 0.80 to 1.25, Testim® and AndroGel® are not bioequivalent."



Bentley
Pharmaceuticals, Inc.

Confidential property of Bentley Pharmaceuticals 2003

BENTL022799
CONFIDENTIAL

# Nail fungal infection: Onychomycosis



Bentley
Pharmaceuticals, Inc.

BENTL022800
CONFIDENTIAL

# Toenail Onychomycosis
## 4% Clotrimazole with 15% CPE



Legend:
- ■ >25% CNG/-KOH/-Culture
- ■ >25% CNG/-culture
- □ Study dropouts 60 wks

N=24



48 weeks treatment with 12 weeks follow-up

Patients with:

➢ 25-100% Clear Nail Growth & (-)KOH & (-) Culture at 60 weeks = 12.5% (3/24)

➢ 25-150% Clear Nail Growth & (-)Culture at 60 weeks = 25% (6/24)

Noncompleters/Drop outs in study by 60 weeks = 33% (8/24)



Confidential property of Bentley Pharmaceuticals 2003

Bentley
Pharmaceuticals, Inc.

BENTL022801
CONFIDENTIAL

# Fingernail Onychomycosis
## 4% Clotrimazole with 15% CPE



Legend:
- ■ >25% CNG/-KOH/-Culture
- ■ >25% CNG/-culture
- □ Study dropouts 36 wks

N=22

24 weeks treatment with 12 weeks follow-up

Patients with:

➢ 25-350% Clear Nail Growth & (-)KOH & (-)Culture at 36 weeks = 13% (3/22)

➢ 20-400% Clear Nail Growth & (-)Culture at 36 weeks = 50% (11/22)

Noncompleters/Drop outs in study by 36 weeks = 18% (4/22)



Bentley
Pharmaceuticals Inc.

Confidential property of Bentley Pharmaceuticals 2003

BENTL022802
CONFIDENTIAL

# Diabetes: Intranasal Insulin



**Bentley**
Pharmaceuticals, Inc.

BENTL022803
CONFIDENTIAL

# Nasal Insulin

⋏ Pig data

⋏ Human clinical – insert slide(s)

Phase I Efficacy & Safety

Confidential property of Bentley Pharmaceuticals 2003



Bentley
Pharmaceuticals, Inc.

BENTL022804
CONFIDENTIAL

# CPE-215 topical products pipeline

|  | Preclinical | Ph I | Ph II | Ph III | Mkt |
|---|---|---|---|---|---|
| Onychomycosis | Terbinafine lacquer |  | Clotrimazole lacquer |  |  |
| Diabetes |  | Nasal Insulin |  |  |  |
| Hormonal steroids | Estradiol gel Androgenic gel* |  |  |  | Testim® gel* |
| Severe pain | Nasal narcotic* |  |  |  |  |
| Ophthalmic | Indomethacin Timolol |  |  |  |  |
| Antiinflammatory | Diclofenac gel |  |  |  |  |
| Antifungal | Itraconazole gel Ketoconazole gel |  |  |  |  |

* In partnership with Auxilium Pharmaceuticals Inc.



Bentley Pharmaceuticals, Inc.

Confidential property of Bentley Pharmaceuticals 2003

BENTL022805
CONFIDENTIAL

# Bentley Generics and Improved Generics



Bentley
Pharmaceuticals, Inc.

B645

BENTL022806
CONFIDENTIAL

# Bentley Improved products

## Soluble Acetaminophen

By Laboratorios BELMAC, S.A.
Wholly owned subsidiary of Bentley
Pharmaceuticals, Inc.



Bentley
Pharmaceuticals, Inc.

BENTL022807
CONFIDENTIAL

# Soluble Acetaminophen

OBJECTIVE:
To develop a new manufacturing process:

- High dissolution rate
- High absorption rate
- Good taste
- Low cost

Pharmaceutical Formats

- Sachets
- Fast Dissolve Swallow Tablets



Confidential property of Bentley Pharmaceuticals 2003

BENTL022808
CONFIDENTIAL

# Overall Pharmacokinetic parameters of 5 formulations studied:
## No Differences

A = 2 x 500-mg paracetamol tablets               (Laboratorios Belmac S.A)
B = 1 x 1000-mg paracetamol powder sachets       (Laboratorios Belmac, S.A.)
C = 2 x 500-mg paracetamol film-coated tablets   (Panadol®,SmithKline Beecham)
D = 2 x 500-mg paracetamol tablets               (Tylenol®, McNeil)
E = 1 x 1000-mg effervescent paracetamol tablets (Efferalgan®, UPSA).

| Parameter | Formulation | | | | |
|---|---|---|---|---|---|
| | A | B | C | D | E |
| $AUC_{0-\infty}$ ($\mu g.h/ml$) | 55.4 (10.3) [18.6%] | 52.6 (12.5) [23.8%] | 54.8 (14.4) [26.4%] | 56.3 (14.9) [26.5%] | 53.4 (11.7) [21.9%] |
| $AUC_{0-tlast}$ ($\mu g.h/ml$) | 53.3 (10.5) [27.6%] | 50.8 (12.4) [24.4%] | 52.7 (14.5) [27.6%] | 53.9 (15.0) [27.8%] | 51.8 (11.9) [22.9%] |
| $C_{max}$ ($\mu g/ml$) | 20.55 (6.90) [33.6%] | 20.24 (6.22) [30.8%] | 17.98 (6.21) [34.5%] | 19.41 (7.60) [39.2%] | 20.73 (5.76) [27.8%] |
| $t_{1/2}$ (h)* | 2.81 (2.41) [65.5%] | 2.81 (1.05) [33.9%] | 2.65 (0.73) [25.2%] | 2.68 (1.58) [47.4%] | 2.71 (0.72) [24.9%] |

Data shown are mean (standard deviation) [coefficient of variation], *, median values.
$AUC_{0-\infty}$, area under the plasma concentration time curve extrapolated to infinity;
$AUC_{0-tlast}$ area under the plasma concentration time curve from 0-t hours after drug administration
$C_{max}$, maximum plasma concentration
$t_{1/2}$, terminal elimination half-life.
N = 12.



Bentley
Pharmaceuticals, Inc.

Confidential property of Bentley Pharmaceuticals 2003

BENTL022809
CONFIDENTIAL

# Temporal pharmacokinetic parameters of 5 formulations studied.

| Parameter | Formulation | | | | |
|---|---|---|---|---|---|
| | A | B | C | D | E |
| $AUC_{0-0.25h}$ (µg·h/ml) | **2.16** (1.26) [58.5%] | **2.36** (1.01) [42.83%] | 0.55 (0.71) [129.92%] | 1.07 (1.35) [125.73%] | **2.31** (0.90) [38.88%] |
| $AUC_{0-0.50h}$ (µg·h/ml) | **6.16** (2.89) [46.99%] | **6.73** (2.46) [36.61%] | 2.78 (2.25) [80.75%] | 4.02 (2.93) [72.88%] | **6.48** (1.69) [26.06%] |
| $AUC_{0-0.75h}$ (µg·h/ml) | 9.45 (3.70) [39.09%] | 10.32 (3.08) [29.84%] | 6.04 (3.95) [65.51%] | 7.48 (3.82) [51.10%] | 9.72 (2.15) [22.11%] |
| $AUC_{0-1.0h}$ (µg·h/ml) | 13.14 (3.70) [28.15%] | 13.33 (3.41) [25.58%] | 9.01 (5.12) [56.88%] | 10.61 (4.45) [41.91%] | 13.21 (2.40) [18.17%] |
| $C_{0.25h}$ (µg/ml) | **17.02** (10.11) [59.40%] | **18.63** (8.09) [43.40%] | 4.14 (5.71) [137.76%] | 8.60 (10.55) [122.69%] | **18.25** (7.19) [39.41%] |

A = 2 x 500-mg paracetamol tablets          (Laboratorios Belmac S.A)
B = 1 x 1000-mg paracetamol powder sachets          (Laboratorios Belmac, S.A.)
C = 2 x 500-mg paracetamol film-coated tablets          (Panadol®, SmithKline Beecham)
D = 2 x 500-mg paracetamol tablets          (Tylenol®, McNeil)
E = 1 x 1000-mg effervescent paracetamol tablets          (Efferalgan®, UPSA).
Data shown are mean (standard deviation) [coefficient of variation].
$AUC_{0-0.25h}$, area under the plasma concentration time curve 15 minutes after dosing;
$AUC_{0-0.5h}$, area under the plasma concentration time curve 30 minutes after dosing;
$AUC_{0-0.75h}$, area under the plasma concentration time curve 45 minutes after dosing;
$AUC_{0-1.0h}$, area under the plasma concentration time curve one hour after dosing;
$C_{0.25h}$, plasma concentration at 15 minutes after dosing. For all results, n = 12.

Bentley
Pharmaceuticals Inc.          Confidential property of Bentley Pharmaceuticals 2003

BENTL022810
CONFIDENTIAL

# Summary $t_{max}$ data (hours) for 5 formulations studied

| Formulation | Mean | Min - Max | Median |
|---|---|---|---|
| **A** (2 × 500-mg paracetamol tablets; Laboratorios Belmac S.A) | **0.44** (0.19) [43.1%] | 0.25 – 0.75 | 0.50 |
| **B** (1 × 1000-mg paracetamol powder sachets; Laboratorios Belmac, S.A.) | **0.44** (0.28) [65.0%] | 0.25 – 1.00 | 0.25 |
| **C** (2 × 500-mg paracetamol film-coated tablets; Panadol®, SmithKline Beecham) | 0.88 (0.55) [62.1%] | 0.50 – 2.00 | 0.50 |
| **D** (2 × 500-mg paracetamol tablets; Tylenol®, McNeil) | 0.80 (0.76) [95.8%] | 0.25 – 3.00 | 0.50 |
| **E** (1 × 1000-mg effervescent paracetamol tablets; Efferalgan®, UPSA) | **0.40** (0.17) [42.2%] | 0.25 – 0.75 | 0.38 |

Mean data are shown as arithmetic means with (standard deviation) and [coefficient of variation], N = 12.



Confidential property of Bentley Pharmaceuticals 2003

B650

BENTL022811
CONFIDENTIAL



Bentley Generics

Bentley
Pharmaceuticals, Inc.

BENTL022812
CONFIDENTIAL

# Bentley Generics

⋏ Add slides

⋏ Business in Spain

⇨ GMP Facility

⇨ Hi Capacity – Low Costs

⋏ Partnership with Teva for Spain

⋏ Business Outside Spain

⋏ Registrations Owned by Bentley

⋏ US Plans


Bentley
Pharmaceuticals, Inc.

Confidential property of Bentley Pharmaceuticals 2003

B652

BENTL022813
CONFIDENTIAL

# Facilities in Zaragosa Spain



Bentley
Pharmaceuticals, Inc.

B653

BENTL022814
CONFIDENTIAL



B654

BENTL022815
CONFIDENTIAL



B655

BENTL022816
CONFIDENTIAL





**SIDE LETTER**

TO THE AGREEMENT

BETWEEN LECIVA A.S. AND UQUIFA S.A.

TO BE CONCLUDED IN JANUARY, 2003

**OMEPRAZOLE PELLETS**

Whereas Leciva a.s., U Kabelovny 130, 102 37 Prague, Czech Republic, concluding the above mentioned Agreement wish to specify more thoroughly several clauses and to specify their relation to Laboratorios Belmac S.A., C Teide 4, Planta Baja, Polígono Empresarial La Marina, 28700 Madrid, Spain, the producer of Omeprazole Pellets, Belmac and Leciva agreed to sign this Side Letter.

1. Belmac declares that it produces Omeprazole Pellets according to its own technology and documentation which does not breach any third parties rights, namely that of Ethypharm.

2. Belmac declares that Omeprazole Pellets are produced by its own equipment and/or third parties equipment used under consent of the said third party.

3. Belmac shall indemnify and hold Leciva harmless and its employees and agents from any and all liabilities, claims, demands, actions, suits, losses, damages, costs and expenses (including reasonable attorney's fees) resulting from any third parties claims in respect of clauses 1 and 2 mentioned hereinabove which may be made or brought against Leciva.

4. Belmac declares that the composition of Omeprazole Pellets is the same as that delivered to Leciva in the past and that it is in accordance with a Declaration issued on 5/6/2000 attached to this Side Letter. In the event that Leciva needs an official declaration for the health governmental regulatory authorities that Belmac is manufacturing the goods with unchanged composition; Belmac shall without any delay issue such a declaration and forward it to Leciva.

5. Belmac commits itself to deliver free of charge and not later than by the end of April 2003 an English version of an EU dossier on aqueous formulation in CTD format complying with current EU guidelines. 18 months stability data shall be delivered not later than by 30th November 2003.

**EXHIBIT**
J. ALVAREZ
20

BEL009476

B657

SIGNED by:                               SIGNED by:

Laboratorios Belmac S.A.                 LECIVA a.s.

Madrid, _____, 2002            Praha, _____, 2002

Adolfo Herrera Málaga                    Jan Sotola
General Manager                          Director Strategic Sourcing

BEL009477

BEL009478

Laboratorios Belmac, s.a.

AGENCIA ESPAÑOLA DEL MEDICAMENTO
SUBDIRECCIÓN GENERAL DE SEGURIDAD DEL MEDICAMENTO
C/ Huertas 75
28014 MADRID

D. Juan Carlos Aresejo Agencio como Director Técnico Farmacéutico de Laboratorios Belmac, S.A, inscrito en la Dirección General de Farmacia y Productos Sanitarios con el nº 2150, con domicilio en C/ Montnegre, 6, 28033 MADRID y fábrica en Polígono de Malpica C/ C-41, 50016 ZARAGOZA, por la presente,

MANIFIESTA:

1.- Que Laboratorios Belmac, S.A. tiene autorizado por la Agencia Española del Medicamento con fecha 12 de Abril de 2000, la fabricación de cápsulas de mitoproteína de Omeprazol, a granel, y su exportación a Laboratorios LECIVA, con domicilio en Dolní Měcholupy 130, 10237 PRAHA 10, REPÚBLICA CHECA

2.- Que el tamaño y control de las cápsulas se realiza de acuerdo con las normas oficiales de buena manufactura (G.M.P.)

3.- Que cesamos export a 550.000 cápsulas del año PILE y conforme a Decreto de 23 de Diciembre de 1982, lo comunicamos.

Para que conste, firmo la presente en Madrid a 2 de Junio de 2000

Fdo. Juan Carlos Aresejo Agencio
Director Técnico Farmacéutico

BELMAC

BENTL024526
CONFIDENTIAL

# Barrier Therapeutics

## 2 Oct 2003



Bentley
Pharmaceuticals, Inc.

B660

BENTL024527
CONFIDENTIAL

# Bentley operations

## Bentley HQ – Exeter NH, USA

## Bentley Divisions

Belmac – Zaragosa & Madrid, Spain - Branded

Rimafar – Madrid, Spain - OTC's

Davur – Madrid, Spain - Generics

www.bentleypharm.com

Confidential property of Bentley Pharmaceuticals 2003



Bentley
Pharmaceuticals Inc.

B661

BENTL024528
CONFIDENTIAL

# Bentley management



**James Murphy**
Chairman, President & CEO

Dr. Robert Stote
SVP & CSO

Dr. James Hand
VP Bus Dev

Janet Rae
Dir Reg Affairs

**Michael Price**
VP & CFO

**Robert Gyurik**
VP R&D

**Adolfo Herrera**
VP
Spain Divisions

**Jordan Horvath**
VP & Corp Counsel

Confidential property of Bentley Pharmaceuticals 2003



B662

BENTL024529
CONFIDENTIAL

# Financial Highlights

## *Consistent Revenue Growth*

Historical Performance

Revenues



Confidential property of Bentley Pharmaceuticals 2003



BENTL024530
CONFIDENTIAL

# Financial Highlights

## *Consistent Revenue Growth*

### Current Period Performance



Revenues

In Millions
U.S. Dollars

| | | |
|---|---|---|
| Six Months Ended 6/30/01 | Six Months Ended 6/30/02 | Six Months Ended 6/30/03 |

Confidential property of Bentley Pharmaceuticals 2003



Bentley
Pharmaceuticals Inc.

BENTL024531
CONFIDENTIAL

# Financial Highlights

## *Strong Balance Sheet*

Selected Balance Sheet Data

|  | 2002 | December 31, 2001 | 2000 |
|---|---|---|---|
| Working capital | $30,703 | $6,276 | $3,742 |
| Non-current assets | 20,720 | 16,280 | 15,773 |
| Total assets | 64,692 | 32,119 | 28,877 |
| Non-current liabilities | 2,672 | 2,132 | 1,699 |
| Stockholder's equity | 48,751 | 20,424 | 17,816 |



Confidential property of Bentley Pharmaceuticals 2003

BENTL024532
CONFIDENTIAL

# Stock performance



Confidential property of Bentley Pharmaceuticals 2003



BENTL024533
CONFIDENTIAL

# Bentley Patents Estate

## TRANSDERMAL AND TRANS-MEMBRANE DELIVERY PATENTS.

➤ US Patent # 5,025,252 , June 11, 1991 - Transdermal and Trans-Membrane Delivery of Drugs (Hsieh Patent). 11 other international patents obtained: Belgium, Canada, Denmark, France, Germany, Great Britain, Italy, Japan, Korea, Luxembourg, and Switzerland.

➤ PCT/US03/12235 filed April 21, 2003 (priority date April 19, 2002) - Transdermal Delivery of Testosterone in Hypogonadal Men. Filed world-wide through PCT application.

## ANTIFUNGAL NAIL LACQUER PATENTS

➤ PCT/US01/05302, WO 01/60325 A1, published 23 August 2001 - Lacquer administration of pharmaceutical products utilizing enhancer permeation. Also filed world-wide through PCT application.

➤ US Patent 6,495,124, December 17, 2002 (Acquired from Macrochem in July 2003).

## MUCOSAL DELIVERY PATENTS

➤ PCT/US02/19849, filed June 24, 2002 - Intranasal/Mucosal Delivery. Filed world-wide through PCT application.

## HYDROGEL PATENTS

➤ US Patent # 4,983,393, January 8, 1991 - Intra vaginal device and methods for sustained release.

➤ US Patent # 5,069,906, December 3, 1991 - Intra-vaginal device method

## PARACETAMOL PATENTS

➤ PCT # 200002653, filed March 11, 2000. New dispersible and soluble galenic formulation of paracetamol, process for its preparation and applications.

## OMEPRAZOLE PATENTS

➤ PCT # P200100825, filed April 6, 2001 - Process for manufacture of stable and gastro-resistant pellets of omeprazole and other pharmaceutical products

➤ PCT # P200002797, filed November 22, 2000 - New galenic formulations of omeprazole in tablet form, procedure for the process and application in human and veterinary medicine.

## ORAL DELIVERY

➤ PCT # P200002685, filed November 7, 2000 - Procedure for the vacuum production and preparation of pharmaceuticals for liberation and protection from gastro-degradation.



Confidential property of Bentley Pharmaceuticals 2003

B667

BENTL024534
CONFIDENTIAL

# Bentley Topical Drug Delivery

BENTL024535
CONFIDENTIAL

# Bentley Permeation Excipient

## Cyclopentadecanolide (CPE-215)
## Oil of Angelica Essence

### From the root of <u>Angelica archangelica</u>





Confidential property of Bentley Pharmaceuticals 2003