B709

El único socio de la sociedad adoptó los siguientes acuerdos: ------------------------------

PRIMERO: En base a la ampliación de capital acordada por compensación de créditos en la Junta General Extraordinaria celebrada el 1 de abril del 2.003, previo informe favorable del órgano de administración que fue presentado a la Junta en aquella fecha, basado en el informe de auditoría de cuentas anuales del ejercicio terminado el 31 de diciembre del 2.002, realizado por el Auditor de Cuentas de la Sociedad, "Deloitte & Touche, S.A., con fecha 24 de febrero del 2.003, cuentas que fueron aprobadas en Junta General Ordinaria de fecha 30 de junio de 2003, y conforme al informe especial para la ampliación de capital por compensación de créditos, de fecha 30 de diciembre del 2.003 realizado por el mismo Auditor, en los cuales se hace constar que los créditos son líquidos, vencidos y exigibles: ------------------

Ampliar el capital social, por compensación de créditos, en seis millones seiscientos setenta y tres mil trescientos cincuenta y nueve euros setenta y seis céntimos más, mediante la creación y

11/23

BEL051011
HIGHLY CONFIDENTIAL

PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES





515921227

puesta en circulación de un millón ciento diez mil trescientas setenta y seis nuevas acciones, de seis euros un céntimo de valor nominal cada una, de la misma serie y con los mismos derechos y obligaciones que las ya existentes, numeradas correlativamente del 250.001 al 1.360.376, ambos inclusive, con la consiguiente modificación del artículo correspondiente de los Estatutos Sociales, cuya redacción final se indicará más adelante. ----

SEGUNDO - La suscripción de las nuevas acciones emitidas, previa renuncia efectuada por la única socia de la sociedad a ejercitar su derecho de preferente adquisición, se realiza por compensación de créditos, por las sociedades: ------------------

"Pharma España Inc", (domiciliada en Bentley Park, 2, Holland Way, Exeter, NH 03833) que suscribe ciento veintitrés mil cuatrocientas setenta y ocho acciones nominativas, números 250.001 al 373.478, ambos inclusive, por su total importe de setecientos cuarenta y dos mil ciento

1.502.500
6.673.359,76
8.175.859,76

12/23

BEL051012
HIGHLY CONFIDENTIAL

dos euros setenta y ocho céntimos. ----------------

Y .por "Bentley Pharmaceuticals, Inc", (domiciliada en Bentley Park, 2, Holland Way, Exeter, NH 03833), que suscribe novecientas ochenta y seis mil ochocientas noventa y ocho acciones, números 373.479 al 1.360.376, ambos inclusive, por su total importe de cinco millones novecientos treinta y un mil doscientos cincuenta y seis euros noventa y ocho céntimos. ----------------------

El importe total de la ampliación de capital ha quedado ingresado en la Caja Social, reflejando el correspondiente asiento contable. ----------------

Asimismo se hace constar que la suscripción de las nuevas acciones se ha hecho constar en el Libro Registro de Acciones Nominativas. ----------------

TERCERO - Como consecuencia de la ampliación de capital efectuada, en lo sucesivo el artículo 6° de los Estatutos Sociales tendrá la siguiente redacción: ------------------------------------------

"ARTICULO 6°.- El capital social es de OCHO MILLONES CIENTO SETENTA Y CINCO MIL OCHOCIENTOS CINCUENTA Y NUEVE EUROS SETENTA Y SEIS CÉNTIMOS. Está dividido y representado por un millón

13/23

BEL051013
HIGHLY CONFIDENTIAL

B712

PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES





515921228

trescientas sesenta mil trescientas setenta y seis
acciones nominativas, de 6'01 euros de valor
nominal cada una, totalmente suscritas y
desembolsadas, numeradas correlativamente del 1 al
1.360.376, ambos inclusive, cuyos títulos podrán
ser unitarios o múltiples y contendrán todos los
requisitos legales y la firma de un administrador."

CUARTO - El Órgano de Administración, hace
constar que por la compensación de créditos
realizada, la deuda con la mercantil "Pharma de
España Inc", es de 4'86 euros y la deuda con la
mercantil "Bentley Pharmaceuticals Inc." es de 1'10
euros, ambas a 31 de diciembre de 2002. -----------

QUINTO - Se faculta expresamente a cualquiera de
los miembros del Consejo de Administración para
elevar a públicos los precedentes acuerdos, así
como para aclarar o subsanar los mismos, en base a
la calificación registral, hasta conseguir su
inscripción en el Registro Mercantil. -------------

Y no habiendo más asuntos que tratar, se levanta



19/23

BEL051014
HIGHLY CONFIDENTIAL

B713

la sesión y de ella la presente acta que es
aprobada y firmada a continuación por todos los
asistentes."  ------------------------------------

Y PARA QUE CONSTE  expido la presente
certificación, en San Sebastián de los Reyes,
Madrid, a treinta de diciembre del dos mil tres.

EL SECRETARIO                    V"B" EL PRESIDENTE

Jorge Espinoso                   James R. Murphy

15/23

BEL051015
HIGHLY CONFIDENTIAL

B714

PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES





5|5921229

# Deloitte

Raimundo Fdez. Villaverte, 65
28003 Madrid
España

Tel: +34 915 14 50 00
Fax: +34 915 14 51 80
+34 915 56 74 30
www.deloitte.es

**INFORME ESPECIAL SOBRE AUMENTO DE CAPITAL POR COMPENSACIÓN DE CRÉDITOS, SUPUESTO PREVISTO EN EL ARTÍCULO 156 DEL TEXTO REFUNDIDO DE LA LEY DE SOCIEDADES ANÓNIMAS**

Al Accionista único de Laboratorios Belmac, S.A. (Sociedad Unipersonal):

A los fines previstos en el artículo 156 del Texto Refundido de la Ley de Sociedades Anónimas, emitimos el presente Informe Especial sobre la propuesta de aumentar el capital por compensación de créditos en 6.673.359,76 euros, formulada por los Administradores el 30 de diciembre de 2003, que se presenta en el documento contable adjunto. Hemos verificado, de acuerdo con normas de auditoría generalmente aceptadas, la información preparada bajo la responsabilidad de los Administradores en el documento antes mencionado, respecto a los créditos destinados al aumento de capital y que los mismos, al menos en un 25 por 100, sean líquidos, vencidos y exigibles, y que el vencimiento de los restantes no es superior a cinco años.

En nuestra opinión, el documento adjunto preparado por los Administradores ofrece información adecuada respecto a los créditos a compensar para aumentar el capital social de Laboratorios Belmac, S.A., los cuales, al menos en un 25 por 100 son líquidos, vencidos y exigibles, y que el vencimiento de los restantes no es superior a cinco años.

Este Informe Especial ha sido preparado únicamente a los fines previstos en el artículo 156 del Texto Refundido de la Ley de Sociedades Anónimas, por lo que no debe ser utilizado para ninguna otra finalidad.

DELOITTE & TOUCHE, S.A.
Inscrita en el R.O.A.C. Nº S0665

Cristina Villalobos

30 de diciembre de 2003

Deloitte & Touche, S.A. Inscrita en el Registro Mercantil de Madrid, tomo 4616, libro 0, folio 46, sección 8, hoja M 78474. Inscripción 81. C.I.F.:en 78694452. Domicilio Social: Raimundo Fdez. Villaverte, 65, 28003 Madrid.

A member firm of
Deloitte Touche Tohmatsu

BEL051016
HIGHLY CONFIDENTIAL

16/23



Laboratorios Belmac, s.a.

**INFORME QUE REALIZA EL ORGANO DE ADMINISTRACION DE LABORATORIOS BELMAC, S.A.U. EN RELACION A LA AMPLIACION DE CAPITAL POR COMPENSACION DE CREDITOS.**

Se ha acordado ampliar el capital social, por compensación de créditos, en seis millones seiscientos setenta y tres mil trescientos cincuenta y nueve euros setenta y seis céntimos más (6.673.359,76 €), mediante la creación y puesta en circulación de un millón ciento diez mil trescientas setenta y seis nuevas acciones, de seis euros un céntimo de valor nominal cada una, de la misma serie y con los mismos derechos y obligaciones que las ya existentes, numeradas correlativamente del 250.001 al 1.360.376, ambos inclusive, con la consiguiente modificación del artículo correspondiente de los Estatutos Sociales, cuya redacción final se indicará más adelante.

La suscripción de las nuevas acciones emitidas, previa renuncia efectuada por la única socia de la sociedad a ejercitar su derecho de preferente adquisición, se realiza por compensación de créditos, por las sociedades:

Pharma España Inc", que suscribe ciento veintitrés mil cuatrocientas setenta y ocho acciones nominativas, números 250.001 al 373.478, ambos inclusive, por su total importe de

**BELMAC**
Talde, 4 planta baja • Parque Empresarial "La Marina" • 28700 SAN SEBASTIAN DE LOS REYES (Madrid)
Tel.: 91 659 32 80 • Fax: 91 653 86 62 • www.belmac.com
Fábrica: Polígono Malpica, s/C, 4. 50016 ZARAGOZA • Tel.: 976 57 17 84 • Fax: 976 57 26 63

17/23

BEL051017
HIGHLY CONFIDENTIAL

PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES





515921230



Laboratorios Belmac, s.a.

setecientos cuarenta y dos mil ciento dos euros setenta y ocho céntimos (742.102,78 €).

Y por "Bentley Pharmaceuticals, Inc", que suscribe novecientas ochenta y seis mil ochocientas noventa y ocho acciones, números 373.479 al 1.360.376, ambos inclusive, por su total importe de cinco millones novecientos treinta y un mil doscientos cincuenta y seis euros noventa y ocho céntimos (5.931.256,98 €).

El importe total de la ampliación de capital quedará ingresado en la Caja Social, reflejando el correspondiente asiento contable.

Consecuentemente se modificará el artículo 6 de los Estatutos Sociales que pasará a tener la siguiente redacción: *"ARTICULO 6º.- El capital social es de OCHO MILLONES CIENTO SETENTA Y CINCO MIL OCHOCIENTOS CINCUENTA Y NUEVE EUROS SETENTA Y SEIS CÉNTIMOS. Está dividido y representado por un millón trescientas sesenta mil trescientas setenta y seis acciones nominativas, de 6'01 euros de valor nominal cada una, totalmente suscritas y desembolsadas, numeradas correlativamente del 1 al 1.360.376, ambas inclusive, cuyos títulos podrán ser unitarios o múltiples y contendrán todos los requisitos legales y la firma de un administrador."*

**BELMAC**   Telde, 4 planta baja • Parque Empresarial "La Marina" • 28700 SAN SEBASTIAN DE LOS REYES (Madrid)
Tel.: 91 659 32 60 • Fax: 91 663 06 82 • www.belmac.com
Fábrica: Polígono Malpica, s/C, 4. 50016 ZARAGOZA • Tel.: 976 57 17 64 • Fax: 976 57 26 63

BEL051018
HIGHLY CONFIDENTIAL

18/23

B717

**B**

Laboratorios Belmac, s.a.

Tras la compensación de créditos realizada, la deuda procedente del cierre del ejercicio social terminado el 31 de Diciembre de 2002 con la mercantil "Pharma de España Inc" queda reducida a 4'86 euros y la deuda con la mercantil "Bentley Pharmaceuticals Inc." queda reducida a 1'10 euros.

En San Sebastián de los Reyes a 30 de diciembre de 2003.

Fdo Adolfo Herrera Málaga

Secretario del C.A.

**BELMAC**  Teide, 4 planta baja • Parque Empresarial "La Marina" • 28700 SAN SEBASTIAN DE LOS REYES (Madrid)
Tel.: 91 659 32 90 • Fax: 91 653 65 62 • www.belmac.com
Fábrica: Polígono Malpica, s/G, 4. 50016 ZARAGOZA • Tel.: 976 57 17 04 • Fax: 976 57 25 63

19/23

BEL051019
HIGHLY CONFIDENTIAL

**B718**



OFICINA LIQUIDADORA CENTRAL
REGISTRO DE DOCUMENTACION
Impuesto sobre TRANSMISIONES PATRIMONIALES
Present.: 000 2004 T. 049587    26-03-2004

ELEVACIÓN A PÚBLICO DE ACUERDOS SOCIALES DE LA

SOCIEDAD "LABORATORIOS BELMAC, S.A.", SOCIEDAD

UNIPERSONAL, POR LOS QUE SE AMPLIA EL CAPITAL

SOCIAL. --------------------------------------------

NÚMERO OCHOCIENTOS TREINTA Y OCHO. -------------

EN MADRID, a cinco de marzo de dos mil cuatro. -

Ante mí, JOSE MANUEL GARCIA COLLANTES, Notario

de Madrid, de su Ilustre Colegio, -----------------

# JOSÉ MANUEL GARCÍA COLLANTES

## NOTARIO

BEL051001
HIGHLY CONFIDENTIAL

/. ALCALÁ, 87, 2.º - TELÉF. 91 435 66 33 / FAX. 91



PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES



5|59921222

D. JOSE MANUEL GARCIA COLLANTES
**N O T A R I O**
Alcalá, 87 - Piso 2
Teléf. 91 435 88 33 - Fax 91 435 40 85
28009 - MADRID
E-mail: notaria@garcia-collantes.com

ELEVACIÓN A PÚBLICO DE ACUERDOS SOCIALES DE LA SOCIEDAD "LABORATORIOS BELMAC, S.A.", SOCIEDAD UNIPERSONAL, POR LOS QUE SE AMPLIA EL CAPITAL SOCIAL. ------------------------------------------

NÚMERO OCHOCIENTOS TREINTA Y OCHO. ------------

EN MADRID, a cinco de marzo de dos mil cuatro. - Ante mí, JOSE MANUEL GARCIA COLLANTES, Notario de Madrid, de su Ilustre Colegio, ------------------

------------------------COMPARECE: --------------------

DON JORGE ESPINOSO FERNÁNDEZ, mayor de edad, casado, de nacionalidad española, vecino de Madrid, con domicilio en calle Príncipe de Vergara, 34, con D.N.I. y N.I.F. 50712823-P. -----------------------

INTERVIENE en nombre y representación de la sociedad mercantil española denominada "LABORATORIOS BELMAC, S.A.", SOCIEDAD UNIPERSONAL, con C.I.F. A-78-964038, domiciliada en calle Teide, número 4, Parque Empresarial "La Marina", San Sebastián de los Reyes, 28700 Madrid; constituida por tiempo indefinido con la denominación de

BEL051002
HIGHLY CONFIDENTIAL

2/23

"Rimafar, S.A.", mediante escritura autorizada el 28 de noviembre de 1988, por el Notario de Madrid, don José Aristónico García Sánchez, número 3535 de protocolo; modificada su denominación por la actual, mediante escritura autorizada el 7 de febrero de 1992, por la Notario de Madrid doña María del Rosario Algora Wesolowski, número 341 de protocolo, habiendo adaptado sus Estatutos a la vigente legislación, mediante escritura autorizada el 25 de junio de 1992, por el Notario de Barcelona, don Antonio Ventura Traveset Hernández.

INSCRITA en el Registro Mercantil de Madrid, tomo 6271, libro 0, folio 69, sección 8, hoja M-102225, inscripción 23. ------------------------------------

Actúa en calidad de Secretario no Consejero del Consejo de Administración de la sociedad, habiendo sido nombrado, por el plazo de cinco años, por acuerdo adoptado por el Consejo de Administración de la Sociedad en reunión celebrada el día 5 de febrero de 2.002, elevado a público mediante escritura autorizada por mí el día 6 de febrero del 2.002, número 460 de protocolo, aseverándome la vigencia de su cargo. ------------------------------

BEL051003
HIGHLY CONFIDENTIAL

3/23

B721



PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES



**515921223**

Tiene a mi juicio, según interviene, capacidad legal necesaria para otorgar la presente ESCRITURA DE PROTOCOLIZACION DE ACUERDOS SOCIALES y, al efecto, ------------------------------------------

EXPONE: --------------------------------------------

I - Que el único socio de la sociedad, el día 30 de diciembre del 2.003, dando al acto el carácter de Junta General Extraordinaria de Accionistas, adoptó el acuerdo de: aumentar el capital social en la suma de 6.673.359'76 euros, mediante la creación y puesta en circulación de 1.110.376 nuevas acciones, de 6'01 euros de valor nominal, cada una, números 250.001 al 1.360.376, ambos inclusive, con cargo a créditos vencidos, líquidos y exigibles, cuyas acreedoras son las mercantiles "Pharma España Inc" y "Bentley Pharmaceuticals Inc", cuya ampliación se realiza en base al informe especial sobre aumento de capital por compensación de créditos emitido por los Auditores de la sociedad, la firma Deloitte &

BEL051004
HIGHLY CONFIDENTIAL

4/23

Touche, con fecha 30 de diciembre del 2.003, y al informe elaborado por el Órgano de Administración de la Sociedad emitido el 30 de diciembre del 2.003; modificar en su consecuencia el artículo 6° de los Estatutos Sociales, todo ello según resulta de una certificación expedida en seis folios de papel común, mecanografiados por una sola cara, el día 30 de diciembre del 2.003, por el Secretario del Consejo, aquí compareciente, con el visto bueno del Presidente, don James Richard Murphy, cuyas firmas considero legítimas. ------------------------

El compareciente me entrega y yo, el Notario, incorporo a esta matriz: ------------------------

a)  La referida certificación social. ----------

b)  Informe realizado por el Órgano de Administración de la sociedad en relación a la ampliación de capital por compensación de créditos, expedida el 30 de diciembre del 2.003, por el Secretario del Consejo de Administración, aquí compareciente, cuya firma considero legítima, cuyo informe consta de tres folios. --------------------

c)  Informe especial sobre el aumento de capital por compensación de créditos realizado por Deloitte

BEL051005
HIGHLY CONFIDENTIAL

5/23





PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES

**515921224**

& Touche con fecha 30 de diciembre del 2.003, que contiene información respecto de los créditos a compensar, comprensivo de un folio de papel común.

II - Y, expuesto cuanto antecede, el compareciente, según interviene, ------------------

OTORGA: ----------------------------------------

PRIMERO - Que solemniza y eleva a públicos los acuerdos tomados por la Junta General Extraordinaria de Accionistas de la referida sociedad, contenidos en la certificación que ha quedado incorporada a esta matriz, que se dan aquí por reproducidos a todos los efectos. -------------

SEGUNDO - A los efectos pertinentes, hace constar el compareciente: ------------------------

1.- Que se han cumplido los requisitos establecidos en los artículos 156 de la Ley de Sociedades Anónimas y 168 y siguientes del Reglamento del Registro Mercantil. ----------------

2.- Que fue puesto a disposición del socio el informe emitido por el órgano de administración, el

6/23

BEL051006
HIGHLY CONFIDENTIAL

B724

cual se ha reflejado en la certificación incorporada a esta escritura. --------------------

3.- Que el crédito a favor de "Pharma España Inc", fue contraido el 2 de enero de 1.999 y el crédito a favor de "Bentley Pharmaceuticals Inc" fue contraido el 1 de julio de 1.998, siendo ambos líquidos, vencidos y exigibles, y que el vencimiento de los restantes no es superior a cinco años. ------------------------------------------------

4.- Que las circunstancias personales de los suscriptores constan en la propia certificación social, incorporada a esta escritura. -------------

5.- Que los Auditores de la Sociedad fueron nombrados en la Junta General Universal de Accionistas celebrada el 30 de junio del 2.003.----

Yo, el Notario, he procedido a diligenciar los impresos correspondientes a la declaración de inversión extranjera formalizada en la presente escritura, copia de las cuales incorporo a esta matriz. --------------------------------------------

TERCERO - El compareciente, según interviene, acepta esta escritura, en todas sus partes, y solicita: --------------------------------------------

7/23

BEL051007
HIGHLY CONFIDENTIAL

B725

PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES





515921225

a) Del Registro Mercantil, la inscripción de los actos contenidos en esta escritura, o en su caso, la inscripción parcial, de conformidad con lo dispuesto en el artículo 63 de su Reglamento. -----

b) Tanto de la Agencia Estatal de Administración Tributaria, como del Registro Mercantil, le sean aplicadas, en su caso, a la presente escritura, las exenciones o bonificaciones establecidas legalmente. ---------------------------------------

ASI LO OTORGA. ---------------------------------

Hechas las reservas y advertencias legales y, especialmente, las de la necesidad de inscripción de esta escritura en el Registro Mercantil. -------

Permitida por mi, el Notario, al compareciente que lea la presente escritura, manifiesta quedar enterado, presta su consentimiento y la firma. ----

Y yo, el Notario, doy fe de haber identificado al compareciente por su reseñado Documento de Identidad, y de todo lo demás consignado en este instrumento público, que queda extendido en cuatro

8/23

BEL051008
HIGHLY CONFIDENTIAL

B726

folios de papel exclusivo para documentos
notariales, serie 5I, números 5919680 y dos
siguientes en orden correlativo y el presente. ----
Sigue la firma del compareciente.- Signado: José
Manuel García Collantes. - Rubricados y sellado. --

### *Sigue Documentación Unida*

9/23

BEL051009
HIGHLY CONFIDENTIAL

[Stamp] EUROPE NOTARY
CENTRAL SETTLEMENT OFFICE – REGISTRY OF DOCUMENTATION
Tax on EQUITY TRANSFERS
Present: 000 2004 T. 049587    3/26/2004

CONVERSION TO PUBLIC INSTRUMENT OF CORPORATE AGREEMENTS BY THE "LABORATORIOS BELMAC, S.A." COMPANY, A SINGLE-OWNER FIRM, WHEREBY ITS CAPITAL STOCK IS INCREASED.

NUMBER EIGHT HUNDRED THIRTY EIGHT.

IN MADRID, on the fifth day of March, two thousand four.

Before me, JOSÉ MANUEL GARCÍA COLLANTES, Notary of Madrid and a member of its Illustrious Association.

[Stamp] JOSÉ MANUEL GARCÍA COLLANTES – NOTARY

BEL051001
HIGHLY CONFIDENTIAL

**B728**

515921222

[Seal] José Manuel García Collantes – Notary of Madrid

[Stamp] José Manuel García Collantes – Notary – Alcalá 87 – Second Floor – Telephone 91 435 66 33 – Fax 91 435 40 85 – 28009 Madrid – E-mail: notaria@garcia-collantes.com

CONVERSION TO PUBLIC INSTRUMENT OF CORPORATE AGREEMENTS BY THE "LABORATORIOS BELMAC, S.A." COMPANY, A SINGLE-OWNER FIRM, WHEREBY ITS CAPITAL STOCK IS INCREASED.

NUMBER EIGHT HUNDRED THIRTY EIGHT.

IN MADRID, on the fifth day of March, two thousand four.

Before me, JOSÉ MANUEL GARCÍA COLLANTES, Notary of Madrid and a member of its Illustrious Association,

**APPEARS:**

Mr. JORGE ESPINOSO FERNÁNDEZ, of legal age, married, of Spanish nationality, a resident of Madrid, domiciled at Calle Príncipe de Vergara 34, with D.N.I. and N.I.F. 50712823-P.

HE COMES BEFORE THE NOTARY in the name and behalf of the Spanish business corporation named "LABORATORIOS BELMAC, S.A.", SOCIEDAD UNIPERSONAL, with C.I.F. A-78-964038, domiciled at Calle Teide, number 4, Parque Empresarial "La Marina," San Sebastián de los Reyes, 28700 Madrid, incorporated for an indefinite term under the name

**BEL051002**
**HIGHLY CONFIDENTIAL**
2/23 (handwritten)

"Rimafar, S.A." by means of articles of incorporation authorized on November 28, 1988 by Madrid Notary José Aristónico García Sánchez under number 3535 of the protocol, which name was changed to the current one by means of an instrument authorized on February 7, 1992 by Madrid Notary María del Rosario Algora Wesolowski under number 341 of the protocol; its Bylaws having been amended to be in compliance with the current legislation by means of an instrument authorized on June 25, 1992 by Barcelona Notary Antonio Ventura Traveset Hernández.

REGISTERED in the Mercantile Registry of Madrid, volume 6271, book 0, folio 69, section 8, page M-102225, registry 23.

He acts in his capacity as Non-Directorial Secretary of the company Board of Directors, having been appointed for a five-year term by a resolution adopted by the Company's Board of Directors at a meeting held on February 5, 2002, converted into a public instrument authorized by me on February 6, 2002 under number 460 of the protocol, and he assures me of his current incumbency in the position.

**BEL051003**
**HIGHLY CONFIDENTIAL**
**3/23** (handwritten)

515921223

In my judgment he has, in the capacity in which he comes before me, the necessary legal capacity to execute this INSTRUMENT OF SOLEMNIZATION OF CORPORATE AGREEMENTS, and to that end,

HE DECLARES:

I. That the company's sole owner as of December 30, 2003, giving this act the status of a Special General Meeting of Shareholders, adopted a resolution to increase the capital stock by the sum of 6,673,359.76 euros through the creation and placement in circulation of 1,110,376 new shares with a par value of 6.01 euros each, numbered 250,001 to 1,360,376, inclusive, charged to past-due, due and payable debts owed to the "Pharma España Inc." and "Bentley Pharmaceuticals Inc." business corporations. This capital increase is carried out on the basis of the special report on capital increase to offset debts issued by the company's auditors, the Deloitte & Touche firm,

BEL051004
**HIGHLY CONFIDENTIAL**
4/23 (handwritten)

B731

dated December 30, 2003, and the report drawn up by the company's administrative organ and issued on December 30, 2003. Accordingly, Article 6 of the Corporate Bylaws is amended in accordance with a certification issued on six folios of ordinary paper typed on a single side, on December 30, 2003 by the Secretary of the Board of Directors, the person who has come before me, with the approval of the President/Chairman, James Richard Murphy, whose signatures I consider authentic.

The person appearing has given me, and I the Notary insert hereinto:

a) The aforementioned corporate certification.

b) A report by the company's Board of Directors relating to the capital increase to offset debts, issued on December 30, 2003 by the Secretary of the Board of Directors, the person who has come before me and whose signature I consider authentic, which report consists of three folios.

c) A special report on the capital increase to offset debts issued by Deloitte

BEL051005
HIGHLY CONFIDENTIAL
5/23 (handwritten)

**B732**

515921224

& Touche on December 30, 2003, containing information on the debts to be offset, consisting of one folio of ordinary paper.

II. And, having expressed the foregoing, the person appearing in the capacity in which he has come before me,

EXECUTES THE FOLLOWING:

FIRST. He solemnizes and converts into public documents the resolutions adopted by the company's Special Meeting of Shareholders contained in the certification which have been incorporated hereinto and which are deemed to be reproduced herein for all intents and purposes.

SECOND. For appropriate purposes, the person appearing makes a record of the fact that:

1. The requirements prescribed in Articles 156 of the Corporations Act and 168 and following of the Mercantile Registry Regulations have been fulfilled.

2. The report issued by the administrative organ,

6/23 (handwritten)
**BEL051006**
**HIGHLY CONFIDENTIAL**

B733

which is reflected in the certification incorporated into this instrument, was placed at the owner's disposal.

3. The debt owed to "Pharma España Inc." came into being on January 2, 1999 and the debt owed to "Bentley Pharmaceuticals Inc." came into being on July 1, 1988; both are liquid, due and payable, and the remaining debts have maturities not exceeding five years.

4. The personal identification of the subscribers is reflected in the corporate certification itself, which is incorporated into this instrument.

5. The company's auditors were appointed at the Universal Meeting of Shareholders held on June 30, 2003.

I the Notary have proceeded to obtain the printed materials corresponding to the foreign investment statement formalized in this instrument, a copy of which I insert hereinto.

THIRD. The person appearing, in the capacity in which he comes before me, accepts this instrument in all its parts and requests:

7/23 (handwritten)

BEL051007
HIGHLY CONFIDENTIAL

B734

515921225

a) Of the Mercantile Registry, the registration of the acts contained in this instrument, or as appropriate the partial registration thereof, in conformity with the provisions of Article 63 of its Regulations.

b) Of both the State Tax Administration Agency and the Mercantile Registry, the application to this instrument, as appropriate, of the legally prescribed exemptions and benefits.

IT IS THUS EXECUTED.

The legally prescribed reservations and notices were given, and especially notice of the need to register this instrument in the Mercantile Registry.

I the Notary allowed the person appearing to read this instrument, and he declares that he is familiar with it, gives it his consent, and signs it.

And I the Notary bear witness to having identified the person appearing by means of his Identity Document which was examined, as well as all the rest of the information reflected in this public instrument, which consists of four

8/23 (handwritten)
**BEL051008**
**HIGHLY CONFIDENTIAL**

folios of paper to be used exclusively for notarial documents, series 5I, numbers 5919680 and the two following pages in numerical order, as well as this page.

There follows the signature of the person appearing. Signed: José Manuel García Collantes. Initialed and sealed.

## *There follows linked documentation*

9/23 (handwritten)
**BEL051009**
**HIGHLY CONFIDENTIAL**



OFICINA LIQUIDADORA CENTRAL
REGISTRO DE DOCUMENTACION
Impuesto sobre TRANSMISIONES PATRIMONIALES
Present.: 000 2004 T 049587    26-03-2004

NOTARIO

ELEVACIÓN A PÚBLICO DE ACUERDOS SOCIALES DE LA

SOCIEDAD "LABORATORIOS BELMAC, S.A.", SOCIEDAD

UNIPERSONAL, POR LOS QUE SE AMPLIA EL CAPITAL

SOCIAL. ------------------------------------------

NÚMERO OCHOCIENTOS TREINTA Y OCHO. -------------

EN MADRID, a cinco de marzo de dos mil cuatro. --

Ante mí, JOSE MANUEL GARCIA COLLANTES, Notario

de Madrid, de su Ilustre Colegio, -----------------

# JOSÉ MANUEL GARCÍA COLLANTES

## NOTARIO





BEL051001
HIGHLY CONFIDENTIAL

/. ALCALÁ, 87, 2.º - TELÉF. 91 435 66 33 / FAX. 91

**B737**

PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES





## 515921222

D. JOSE MANUEL GARCÍA COLLANTES
**N O T A R I O**
Alcalá, 87 - Piso 2
Teléf. 91 435 68 33 - Fax: 91 435 40 85
28009 - MADRID
E-mail: notaria@garcia-collantes.com

ELEVACIÓN A PÚBLICO DE ACUERDOS SOCIALES DE LA
SOCIEDAD "LABORATORIOS BELMAC, S.A.", SOCIEDAD
UNIPERSONAL, POR LOS QUE SE AMPLIA EL CAPITAL
SOCIAL. -------------------------------------------

NÚMERO OCHOCIENTOS TREINTA Y OCHO. -------------

EN MADRID, a cinco de marzo de dos mil cuatro. -

Ante mí, JOSE MANUEL GARCIA COLLANTES, Notario

de Madrid, de su Ilustre Colegio, -------------------

----------------------COMPARECE: --------------------

DON JORGE ESPINOSO FERNÁNDEZ, mayor de edad,

casado, de nacionalidad española, vecino de Madrid,

con domicilio en calle Príncipe de Vergara, 34, con

D.N.I. y N.I.F. 50712823-P. ------------------------

INTERVIENE en nombre y representación de la

sociedad mercantil española denominada

"LABORATORIOS BELMAC, S.A.", SOCIEDAD UNIPERSONAL,

con C.I.F. A-78-964038, domiciliada en calle Teide,

número 4, Parque Empresarial "La Marina", San

Sebastián de los Reyes, 28700 Madrid; constituida

por tiempo indefinido con la denominación de

BEL051002
HIGHLY CONFIDENTIAL

2/23

"Rimafar, S.A.", mediante escritura autorizada el 28 de noviembre de 1988, por el Notario de Madrid, don José Aristónico García Sánchez, número 3535 de protocolo; modificada su denominación por la actual, mediante escritura autorizada el 7 de febrero de 1992, por la Notario de Madrid doña María del Rosario Algora Wesolowski, número 341 de protocolo, habiendo adaptado sus Estatutos a la vigente legislación, mediante escritura autorizada el 25 de junio de 1992, por el Notario de Barcelona, don Antonio Ventura Traveset Hernández.

INSCRITA en el Registro Mercantil de Madrid, tomo 6271, libro 0, folio 69, sección 8, hoja M-102225, inscripción 23. ------------------------------------

Actúa en calidad de Secretario no Consejero del Consejo de Administración de la sociedad, habiendo sido nombrado, por el plazo de cinco años, por acuerdo adoptado por el Consejo de Administración de la Sociedad en reunión celebrada el día 5 de febrero de 2.002, elevado a público mediante escritura autorizada por mí el día 6 de febrero del 2.002, número 460 de protocolo, aseverándome la vigencia de su cargo. ------------------------------

BEL051003
HIGHLY CONFIDENTIAL

3/23





PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES

515921223

Tiene a mi juicio, según interviene, capacidad legal necesaria para otorgar la presente ESCRITURA DE PROTOCOLIZACION DE ACUERDOS SOCIALES y, al efecto, -------------------------------------------

EXPONE: --------------------------------------------

I - Que el único socio de la sociedad, el día 30 de diciembre del 2.003, dando al acto el carácter de Junta General Extraordinaria de Accionistas, adoptó el acuerdo de: aumentar el capital social en la suma de 6.673.359'76 euros, mediante la creación y puesta en circulación de 1.110.376 nuevas acciones, de 6'01 euros de valor nominal, cada una, números 250.001 al 1.360.376, ambos inclusive, con cargo a créditos vencidos, líquidos y exigibles, cuyas acreedoras son las mercantiles "Pharma España Inc" y "Bentley Pharmaceuticals Inc", cuya ampliación se realiza en base al informe especial sobre aumento de capital por compensación de créditos emitido por los Auditores de la sociedad, la firma Deloitte &

BEL051004
HIGHLY CONFIDENTIAL

4/23

Touche, con fecha 30 de diciembre del 2.003, y al informe elaborado por el Órgano de Administración de la Sociedad emitido el 30 de diciembre del 2.003; modificar en su consecuencia el artículo 6º de los Estatutos Sociales, todo ello según resulta de una certificación expedida en seis folios de papel común, mecanografiados por una sola cara, el día 30 de diciembre del 2.003, por el Secretario del Consejo, aquí compareciente, con el visto bueno del Presidente, don James Richard Murphy, cuyas firmas considero legítimas. -----------------------

El compareciente me entrega y yo, el Notario, incorporo a esta matriz: -------------------------

a) La referida certificación social. ----------

b) Informe realizado por el Órgano de Administración de la sociedad en relación a la ampliación de capital por compensación de créditos, expedida el 30 de diciembre del 2.003, por el Secretario del Consejo de Administración, aquí compareciente, cuya firma considero legítima, cuyo informe consta de tres folios. --------------------

c) Informe especial sobre el aumento de capital por compensación de créditos realizado por Deloitte

BEL051005
HIGHLY CONFIDENTIAL

5/23

 

PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES

515921224

& Touche con fecha 30 de diciembre del 2.003, que contiene información respecto de los créditos a compensar, comprensivo de un folio de papel común.

II - Y, expuesto cuanto antecede, el compareciente, según interviene, ------------------

OTORGA: ------------------------------------------

PRIMERO - Que solemniza y eleva a públicos los acuerdos tomados por la Junta General Extraordinaria de Accionistas de la referida sociedad, contenidos en la certificación que ha quedado incorporada a esta matriz, que se dan aquí por reproducidos a todos los efectos. -------------

SEGUNDO - A los efectos pertinentes, hace constar el compareciente: ------------------------

1.- Que se han cumplido los requisitos establecidos en los artículos 156 de la Ley de Sociedades Anónimas y 168 y siguientes del Reglamento del Registro Mercantil. -----------------

2.- Que fue puesto a disposición del socio el informe emitido por el órgano de administración, el

6/23

BEL051006
HIGHLY CONFIDENTIAL

cual se ha reflejado en la certificación incorporada a esta escritura. --------------------

3.- Que el crédito a favor de "Pharma España Inc", fue contraido el 2 de enero de 1.999 y el crédito a favor de "Bentley Pharmaceuticals Inc" fue contraido el 1 de julio de 1.998, siendo ambos líquidos, vencidos y exigibles, y que el vencimiento de los restantes no es superior a cinco años. ---------------------------------------------

4.- Que las circunstancias personales de los suscriptores constan en la propia certificación social, incorporada a esta escritura. -------------

5.- Que los Auditores de la Sociedad fueron nombrados en la Junta General Universal de Accionistas celebrada el 30 de junio del 2.003.----

Yo, el Notario, he procedido a diligenciar los impresos correspondientes a la declaración de inversión extranjera formalizada en la presente escritura, copia de las cuales incorporo a esta matriz. -------------------------------------------

TERCERO - El compareciente, según interviene, acepta esta escritura, en todas sus partes, y solicita: -------------------------------------------

7/23

B743

PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES





515921225

a) Del Registro Mercantil, la inscripción de los actos contenidos en esta escritura, o en su caso, la inscripción parcial, de conformidad con lo dispuesto en el artículo 63 de su Reglamento. -----

b) Tanto de la Agencia Estatal de Administración Tributaria, como del Registro Mercantil, le sean aplicadas, en su caso, a la presente escritura, las exenciones o bonificaciones establecidas legalmente. -------------------------------------

ASI LO OTORGA. ---------------------------------

Hechas las reservas y advertencias legales y, especialmente, las de la necesidad de inscripción de esta escritura en el Registro Mercantil. -------

Permitida por mi, el Notario, al compareciente que lea la presente escritura, manifiesta quedar enterado, presta su consentimiento y la firma. -----

Y yo, el Notario, doy fe de haber identificado al compareciente por su reseñado Documento de Identidad, y de todo lo demás consignado en este instrumento público, que queda extendido en cuatro

8/23

BEL051008
HIGHLY CONFIDENTIAL

folios de papel exclusivo para documentos notariales, serie 5I, números 5919680 y dos siguientes en orden correlativo y el presente. ---- Sigue la firma del compareciente.- Signado: José Manuel García Collantes. - Rubricados y sellado. --

### *Sigue Documentación Unida*

9/23

BEL051009
HIGHLY CONFIDENTIAL

| MERCANTILE REGISTRY OF MADRID | | | | MARGINAL NOTES | REGISTRATION N° | |
| VOLUME | SECTION | BOOK | PAGE | | | |
| 16811 | 8 | 0 | M-102225 | | | ... 2004, his signature being legitimated by the Notary before whom it is registered, and in which a record is made of the fact that the successive acceptances for the annual appointments took place on March 7, 1999 fiscal year, March 7, 2000 for the 1999 fiscal year, February 20, 2001 for the 2000 fiscal year, February 25, 2002 for the 2001 fiscal year, and January 24, 2003 for the 2002 fiscal year. A record is made for likewise appropriate purposes of the fact that the aforenamed company has spun off its auditing activity to the Deloitte & Touche España SL firm, registered in this Registry, registered on page M54414, BY VIRTUE THEREOF REGISTER THE AFOREMENTIONED RESOLUTIONS FOR APPOINTMENTS OF AUDITOR FOR THE 1998, 1999, 2000, 2001 AND 2002 FISCAL YEARS. Thus it appears in the instrument authorized by MADRID Notary GARCIA COLLANTES JOSE MANUEL dated February 25, 2004, under number 652/2004 of his protocol. A copy was submitted to this Mercantile Registry on the twenty sixth day of March, two thousand four, under number 1/2004/39932, pursuant to submission entry 396 of Journal 1412. Madrid, the second day of April, two thousand four. Hon. s/m and L.D. [signed] illegible |
| | | | | RE-ELECTION OF AUDITOR | 45 | "LABORATORIOS BELMAC S.A.". Mr. JORGE ESPINOSO FERNANDEZ, acting in the company's name in his capacity as the SECRETARY OF ITS BOARD OF DIRECTORS, and empowered pursuant to the attached certification, issued by the Secretary with the approval of the Chairman of the Board of Directors, whose signatures are duly legitimated, has executed the instrument which is registered hereby, whereby the resolutions unanimously adopted at the meeting held at the corporate headquarters, with minutes approved thereat, by the UNIVERSAL Regular Meeting of Shareholders on June 30, 2003, are converted into public instruments: ELECT AND APPOINT AS AUDITOR OF ACCOUNTS, FOR A NEW TERM OF ONE YEAR FOR THE 2003 FISCAL YEAR, "DELOITTE & TOUCHE S.A.", domiciled in Madrid at Plaza Pablo Ruiz Picasso s/n, CIF A78743692, registered in the Mercantile Registry of Madrid on page M75794, and in the Official Registry of Auditors of Accounts under number S0665. Said firm has accepted its re-election, and has declared that it is not in any situation involving a conflict of interest, as is evidenced in an instrument which is attached hereto, signed by Ms. Cristina Villalobos on February 4, 2004, her signature being legitimated by Madrid Notary Maria Jesús Guardo Santamaría. BY VIRTUE THEREOF REGISTER THE AFOREMENTIONED RESOLUTIONS FOR RE-ELECTION OF AUDITOR. Thus it appears in the instrument authorized by MADRID Notary GARCIA COLLANTES JOSE MANUEL on February 25, 2004, under number 657/2004 of his protocol. A copy was submitted to this Mercantile Registry on the seventeenth day of March, two thousand four, under number 1/2004/35602, pursuant to submission entry 499 of Journal 1409, which was declared to have defects which prevented its registration. (An appeal against the Register's finding was filed with the government, and the defect was corrected with an extension of the auditors and their registration for the 1998 through 2002 fiscal years, inclusive, as is evidenced in the preceding registration 44. The copy was claimed on the thirteenth day of April, two thousand four, and was re-submitted under number 1/2004/47491 on the fifteenth day of April, two thousand four. Madrid, nineteenth day of April, two thousand four. Hon. s/m and L.J.) SAY: |
| | | | | The required data were sent to the R.M.C. within the term prescribed in Article 284 of the RRM. | 45 | The copy was claimed on the thirteenth day of April, two thousand four, and was re-submitted under number 1/2004/47491 on the fifteenth day of April, two thousand four. Hon. s/m and L.D. [signed] illegible |
| | | | | CAPITAL INCREASE | 46 | "LABORATORIOS BELMAC S.A.". Mr. JORGE ESPINOSO FERNANDEZ, appearing in the name and representation of the company to which this page pertains, acting in his capacity as its Secretary, empowered by decision of the SOLE OWNER who convened a UNIVERSAL MEETING OF SHAREHOLDERS on DECEMBER 30, 2003, at which the resolutions executed pursuant to a certification inserted herein and issued by the executor himself and by the Secretary, with the approval of the President/Chairman, Mr. James R. Murphy, whose signatures were duly legitimated, and in which the approval of the minutes is recorded, were unanimously approved, has executed the instrument which is registered hereby, whereby the following resolutions are formalized: FIRST: Based on the capital increase agreed upon to offset debts at the Special Meeting of Shareholders held on April 1, 2003, following a favorable report by the company's administrative organ which was submitted to the Board on that date, and based on the special report audit. |
| | | | | The required data were sent to the R.M.C. within the term prescribed in Article 284 of the RRM. | | of the annual accounts for the fiscal year ended December 31, 2002, drawn up by the company's auditor of accounts, the "Deloitte & Touch S.A." firm, dated February 24, 2003, which accounts were approved at the Regular Meeting of Shareholders held on June 30, 2003, and in accordance with the special report |

---

for capital increase to offset debts dated December 30, 2003, issued by the same Auditor, in which it is evidenced that the debts are liquid, due, and payable.

Increase the capital stock to offset debts, by the sum of six million six hundred seventy three thousand three hundred fifty nine euros and seventy six cents more, through the creation and placement in circulation of one million one hundred ten thousand three hundred seventy six new shares with a par value of six euros and one cent each, of the same series and with the same rights and obligations as those now in existence, numbered consecutively from 250,001 to 1,360,376, inclusive, and accordingly amend the corresponding article of the Corporate Bylaws whose final wording shall be indicated below.

SECOND. Subscribe for the newly issued shares following the sole owner's waiver of his preemptive right to acquire them, to offset debts owed to the following companies:

"Pharma España Inc." (domiciled in Bentley Park 2, Holland Way, Exeter, NH 03833), which subscribes for one hundred twenty three thousand four hundred seventy eight registered shares numbered from 250,001 to 373,478, for the total sum of seven hundred forty two thousand one hundred

two euros and eight cents.

And "Bentley Pharmaceuticals, Inc." (domiciled in Bentley, Park 2, Holland Way, Exeter, NH 03833), which subscribes for nine hundred eighty six thousand eight hundred ninety eight shares numbered from 373,479 to 1,360,376, inclusive, for a total sum of five million nine hundred thirty one thousand two hundred fifty six euros and ninety eight cents.

The total amount of the capital increase has been paid into the company's fund, and is reflected in the accounting records.

A record is likewise made of the fact that the subscription of the new shares has been recorded in the Registered Share Book.

THIRD. As a consequence of the capital increase so performed, Article 6 of the Corporate Bylaws shall henceforth read as follows:

"ARTICLE 6. The capital stock is EIGHT MILLION ONE HUNDRED SEVENTY FIVE THOUSAND EIGHT HUNDRED FIFTY NINE EUROS AND SEVENTY SIX CENTS. It is divided into and represented by one million three hundred sixty thousand three hundred seventy six registered shares with a par value of 6.01 euros each, entirely subscribed for and disbursed, consecutively numbered from 1 to 1,360,376, inclusive, whose stock certificates may be unitary or multiple and shall fulfill all the legal requirements and bear the signature of one administrator."

---

**46**

For the pertinent intents and purposes the executor hereby makes a record of the fact that the requirements prescribed in Articles 156 of the Corporations Act and 168 and following of the Regulations of the Mercantile Registry have been fulfilled. The report issued by the administrative organ, which is inserted herein, was placed at the owner's disposal. The debt owed to Bentley came into being on January 2, 1999 and the debt owed to Pharma España came into being on July 1, 1998; both are liquid, due and payable, and the maturity of the remaining debts is no greater than five years. The document corresponding to the foreign investment declaration is inserted herein. BY VIRTUE OF THE ABOVE, I REGISTER the aforementioned resolutions for INCREASE OF CAPITAL BY THE COMPANY TO WHICH THIS PAGE PERTAINS, AS WELL AS THE FULL RELEASE OF THE SHARES REPRESENTING IT AND THE AMENDMENT OF ARTICLE 6 OF THE CORPORATE BYLAWS. THUS IT APPEARS in the copy of the instrument authorized by MADRID Notary GARCIA COLLANTES JOSE MANUEL, on March 5, 2004 under number 838/2004 of his protocol. A copy was submitted to this Registry under number 1/2004/39933 on the twenty sixth day of March, two thousand four, pursuant to submission entry 397 of Journal 1412. Madrid, twenty first day of April, two thousand four. Hon. S/M and I.D. [signed] illegible

---

**CONFERRAL OF POWERS OF ATTORNEY**

The required data were sent to the R.M.C. within the term

**47**

"LABORATORIOS BELMAC SA". Mr. ADOLFO HERRERA MALAGA, acting in the name and representation of the company to which this page pertains, in his capacity as its Legal Agent, and in the use of the powers which have been attributed to him in the instrument which gave rise to registration 35 of this page, has executed the instrument which is registered by the: ...

205

| REGISTRO MERCANTIL DE | | | |
|---|---|---|---|
| TOMO | SEC. | LIBRO | HOJA |
| 16811 | 8 | 0 | M-302226 |

MADRID

**NOTAS MARGINALES**

---

45

45

"LABORATORIOS BEIMAC SA" I-Don JORGE ESPINOSO FERNANDEZ, en nombre de la sociedad, como SECRETARIO DEL CONSEJO DE ADMINISTRACION de la misma, y facultado según certificación inserta, expedida por el Secretario con el visto bueno del Presidente del Consejo de Administración, cuyas firmas constan autenticadas ...

...

46

EJERCICION DE AUDITOR

Remitidos al R.M.C. los datos
previsto en el artículo 364 RRM

ANOTACION DE CAPITAL

Rectificado al R.M.C. los datos
reglamentarios dentro del plazo
previsto en el artículo 364 RRM

EXHIBIT

tabbies

