B749

40

WOLFE WEISS   900,000 Shares
- Larry Shattles  404 641-0264  Envirofilm Tech, Inc
  NOVAMED (Minneapolis) - willing to spend $ to launch

PHONE Spain  14-FEB. 1945

Ethypharm - Meeting held w/ Basilio 13 Feb. 1995
    - Payment of part of commission on manufacture
      declining %
          Eg.  3000,000,000  × 2%   [sales]
               5000,000,000  × 1.5%

    CONTACT:  No mention
BMS - Ballesteros "near to
       Mycostatin"

ABBOTT - Cl
Replens - Monterde Formulation
      - not registered in Ministry of Health
Pharm industry representative -
Dr. Galvet -
Castillo - Have not heard

HIGHLY CONFIDENTIAL

**B750**

42

Dr. Axel Müller

2-15-95   STADA - Generics on Generic Plus
Partner for mktg only
Not invest in production (R+D)
Emphasis on lower price
Partner (Equity)

2-15-95   Upjohn - Leroy Robinson   616-323-4202
Suggest contact
Gen Manager   Antonio Pereira
*   Mktg + Sci Aff.   Juan Carlos Aguilera
FAX 011 34 1 405-5640
011 34 1 405-4012
· CNS · Antibiotic  } interest
· Feminine Health Care

2-16-95   Ethypharm - A. Basilio
1. Rental Agreement 200 meter
2. Omeprazole
AUC - Equivalent
Sustained release - Ethypharm
3. Proteus - Barcelona
4. Ninomin Fabrication
Veposam   1/2 mill/mo

HIGHLY CONFIDENTIAL

B751

**48**

| 3-28-95 | Nicolas – Chimos |

Biolid Dossiers

EXPERIMENTATION w/ + w/o Sucro ESTER

Utilize old information – Andre Rey

Former V.P.

Sanofi Gp. – genonic plus interest

May 6th – out for 1 week

| 3-28-95 | Javier Santos – Agreement w/ Ethypharm |

Omeprazole

liability on process

French Co review & lawyers

Office w/ Gobers

rescind the contract unilaterally

Administrator of Gobers – mentioned

letter giving Appropriate powers to Clemente

HIGHLY CONFIDENTIAL

BENTL000188

B752

49

<u>COLUMBIA</u>

3-28-95 | Mike Gardner - Maximed -
Cohen serious considering litigation
- Have an Agreement
- Why new Agreement
Ron Stewart - Called Mark Hirsch

3-28-95 | Ethypharm
Adolpo Basilio
Final Draft reviewed with Both lawyers
tommorrow their lawyers.
1. Sign Spanish Contract - Language
2. → 10 DAYS in China - Le Duc

3-28-95 | Russ Ketcham met w/ Stu Clemmons who Alerted him to discussions w/
3-28-95 | Ron Stewart, who had a meeting with Stew Clemmons 3/27/95
1. Ron said that Maximed is failing and falling by
the side because of Belmac's refusal to fund
2. Management is running the company into the
ground and have only self-serving interests
3. The plant in Spain is not worth a dime and nothing
is happening there.
4. Belmac may show A short-term gain in the financials
but can not last.

HIGHLY CONFIDENTIAL

BENTL000189

B753

51

Les Goldman    Fax 212 643 7111    Xbix

20 years

18 million                                    15 million

2 million button            }    7.5 times Earnings

Lechman Formula:

Adolpho Basilio

Industrial Authorization needed For Min. Industry
          How Long  10 Days or 6 months ?

Sanitary Authorization - ministry of Health
HEALTH Ministry
    = raw material / Finish good distinction Solved

Pharm. Authorization                    Industrial Authorization

                                        • NOT Ethypharm responsibility
                                        • Applied week

Francisco Fernandez - help

HIGHLY CONFIDENTIAL

BENTL000191

B754

53

3-31-95    Spain - Laura & Celmento

1. License For -

2. Basilio - meeting Tuesday, Contract terms

3. Pfizer Aptmt. requested

4. Jorge Calvo at Wellcome

5. Aptmt for 18th w/ Portuguese ↗

6. Letter to clemente

7. Aptmt for 17th UpJohn

8. Office - Goborn (good news)    6million
                                  4.5 million
   306 SQ @ 9.6/SQ.M. Plus 2.7 exp. = 12.3
   * 3690/mo. 96 offices - Lopez de Hoyos
9. Sales for March 70mm

3-31-95    Gary Davis          307-2660

           Jessup & Lamont      ⎫
           650 5th Ave (52nd st) ⎬ meeting
           3rd Floor            ⎭     downtown to 42nd St.
           NY, NY 10019              express train 4 or 5
                                     to Wall St.

3-31-95    Russ Ketchum

           FAX: 823 8961

3-31-95    Bill Sloan - 1-800-272-2468 x 132


                        86 Trinity


HIGHLY CONFIDENTIAL                        BENTL000193

B755

54

4-3-95    Lab. Belmar Spain
· Move 1st May to New office.

4-4-95    Spain
1. BMS - Serafina will talk tommorrow.
2. Problems w/ Omer. machinery
3. Basilio - need to know

4-4-95    Dr. Jean Gaillot in Paris  011 331 45 42 64 31
          Chauvin Blanche. Phillip - interest absolutely
                                              madria
          ? Andre Rey
          ? Argentina                  }
                                        } Fax information
          18th in Madrid               }

4-4-95    Johnathan Sac    310-448-6719
          Investors Business Daily - Press Release reprint
                    $1716   or  $1430
          $630 for 5 column.

          Victor Torres  305 887-8241
          City Chem - interested

4-4-95    Gary Davis (212-446-4400)
          Jessup+hamont

HIGHLY CONFIDENTIAL

BENTL000194

B756

4-18-95   Ethypharm

A fixed monthly amount of 3,774,000 pesetas
will be invoiced (total annual amount of 42 million psts.)
And will correspond to Belmac's commitment, to
provide the capacity to manufacture _____ production
units per month *. In the event Ethypharm
is unable to provide manufacturing orders for
production then the minimum amount will become
_____ pesetas per month. If the lack
of orders occurs for 3 months in any
12 month period, then the contract will
become void requiring re-negotiation. _____
__

HIGHLY CONFIDENTIAL

BENTL002148

60                                                                                          **B757**

Bill McGaxee - Stockholder

5-2-95    Ethypharm   Patrice Debregeas   011 33 1 41 12 17 20

   1. Contract

   2. Problems w/ Omeprazole

   3 Transdermal Company

                      (818) 366-3867    FAX 818-368-9269
5-2-95    Hamik Babian           PhD polymer Chemist
   Breast Implant prothesis - Hydrogel patented
    Mentor Corp - previous affiliation (Salt H₂O) filled
    Baxter "          "          "
    - How Far out from Mktg, -
    · Phys + Chem
    · England 30K Surgery
    · USA 2 Mil Surgery
    · Price - less costly slightly
    · Eficiy - very good
   March 30th letter -

HIGHLY CONFIDENTIAL

B758

64

| 5-15-95 | Bancroft Group - Fred Martin - 202 434-1600 |
| | Hungary Company - 25-35 million |
| | Antifungals - |
| | Ulcer |
| | Protectors for liver |
| | Overseas Private Investment Corporation |

| 5-17-95 | Spain Laura |
| | Bonexi - sending |
| | BMS - nothing |
| | Ethypharm |

| 5-17-95 | BMS - Spain  Antonio Ballesteros  011 341 555 00 54 |
| | left message and asked for Return Call |

12:00 lunch → 1:00 (1:30)

2:00 - 3:00

Spain

Total 38 Million: w/ Octagen          Proteus Pharma

20 million   10 million   8 million

20% over cost manufacture

HIGHLY CONFIDENTIAL

BENTL000204

B759

66

Eldon Post - 517·543·1159
Susp. Robt. Wiggins
8:30 - A.M. - Monday

5-22-95     Spain
      *    1. Ethypharm - Contract Tuesday
         2. Lorente purchase pdts - Laxative
         3. Speaker phone - Clemente : 388-7640
         4. Sale of pdts. Otogen (Dr. Castillo)
         5. UpJohn : 24th Wenesday - Both MD from same school
         6. Lab. Bios - Potential Commercial Alliance
                  Trade of pdts
         7. Banexi - Friday meeting was held
      *   8. Paloma - Biolid ⟨Ethypharm⟩
           - Samples amphroun encapsulated
         9. Pfizer - out until 8th June
       10. Banks - Madrid

5-22-95    Stanhope - Brian Feuer

      2:00 Conference Call

   Dennis Roth
   8·11/16 Calls on Scicione

HIGHLY CONFIDENTIAL

70                                                                          **B760**

Technimede

    Task force next week
    Put people in both -
    FAX Questions:
   \*   Cyctostatin = Production - Smallest area,
           - manufacturing isolated
   \*  Time table -
    Next wk - Task force
    FAX proposal
    June 1st or 2nd
    June 15 meet Formal draft

5-24-95 | Spain
  1.  Upjohn 99% of Mkt.  gynecologist G.P.  2 000, Million
      VAGinal Cream  2 Registration and can offer one
    WANTS Maximed information
    J.V. Boehringer / Upjohn
    ACne pdt.
  2.  Ethypharm -

  3  BMS - What Happened = Belmacina registration dept., do not need Justine

  4.  Technimede - Clemente

  5  CHAVIN Blanche = Clemente should CAll
  6.  Lorente

HIGHLY CONFIDENTIAL                              BENTL000210

75

Spain

Chauvin Blanche ➤ wait for seperate from Kusi

Banexi ➤

Ethyphorm + Samples of Biolid

Tecnimede — Thurs @ 8:30 at Factory,

Bial —

Health Ministry
- Loratadina (Anti Allergic) — Spring 96 —
        High G.M — 80%
- Cisipril
- Enapril plus + hidro
- Lovasatina — problem w/ raw material

Phion —

BMS

Apai =
Mav =

CiPAN - Portugal

B762

76

6-6-95   Arnold Lipmann

Intex Corp                    202 625 2222
1228 31st St NW               202 625 2020 Fax
Suite 2
Wash DC      20007


Harwrite

6-7-95   Dean Work - Sandoz

                              201-503-8056 Fax


6-28-95   R.P. Shear - Greg Wilson  572-4000

HIGHLY CONFIDENTIAL

BENTL000216

84

B763

4 Aug.   STANHOPE - BRIAN FUEW   212   867-9776

4 - Aug   Ethypharm - NOT in
          Patrice Debregeas - 011 33 1 41 12 17 20

4 - Aug   Ethypharm -
          Adolpho de Basilo
          New tableting Machine by Oct - Special Machine
                      currently in University (
          Aug 15 (week) - Contract

4 - Aug   Otsuka - Rockville, Md.   301 - 990 - 0030
          Acty. Manf.   Joan Giafaglione
                      Antibiotic,   (Gee - A - fAg - Lee - one)

8/8/95    Randy Armegger suggested that I call

HIGHLY CONFIDENTIAL

B764

103

508 228 1303

29 Aug.    Ethypharm – Claude Debois

24 Aug.    Spain - Dr. Clemente / Jose Maria Esteve
           Serafina - Sept 1st / Wasserman
           Lactulosa – need raw material supplier
           Ratopharm – Walter Gag – Nothing yet
           Llorente – inspection FDA ?  } on holiday
                     – injectable
                     – Agreement
           Twis Elcon (Isreal) – Almost finished
           Pfizer – Appears favorable
           Trademarks Issue – CEPA Argument w/ CFO
                     Until Publish in Offical Gazette
                     20 million note to discount @ Bank
           RLOC from bank
           100,000 pstas profit (July) YTD
           40 million loss June (YTD)
           Clemente & Paloma went to Lisbon – went
                     nice impressed & Happy :

HIGHLY CONFIDENTIAL

B765

105

Wolf Weiss

8-30-95  Laura - Spain
Pfizer
Tecnimede

Jose Esteves
Pfizer → Send information
→ meeting During next trip
Wasserman -
CEPA - 20 million NOTE

8-30-95  Ethypharm - Basileo
want to collaborate
4-5 yrs.
Contract says everything
French Concern not controlling Clients " loss of Control "
Meeting w/ Clemente
Debregeas + Agrees but worried about " loss of Control "
Belmazol - Reg. Dossiers used
42 million pstas w/in    outside    39 million pstas.
But Goodwill - help Belmac

Israel, Hungary, Egypt
Start Expanding

HIGHLY CONFIDENTIAL

BENTL000245

B766

81

Stewart Clemmons
    Warrents

Ethypharm - Agreement

M.Hirsch
25 K only

                    Home: 714 633-1129
                    Phone 714 8527905
Brooksheet Securities - Don Montano    Fax 714 852-6878
    130 offerings         2361 Campus Dr. Suite 210
    3½ → 20 million deals    Irvine, CA. 92715
    Prefer Convertible bonds offering w/ security
    European & Asian Institutions

    Dominick Penyon (Rothchild Venture Capital)

    7 million -    Plus Expansion Capital

    3 - 5 ROLC
    10 K                    Radisson
    10 Q

HIGHLY CONFIDENTIAL

BENTL000221

B767

108

Meeting 26 SEPT 1996 - Brenda - Bob - Jim
Andru i
FDA - Meeting                                    Andru - Jim K Murphy

Solvay - Alphenon - Follow up Scott Kozak

Eli Lilly Canada -

Sandoz - Call ETR (Bob Cohen)

Bic Glydic (Altana) - Alphenon

Arnold Lipman -                    202-625 2222  JRMurphy call

Timon Company

Gerald Klein - BV Chemie Pharmacay

San. A Pharm.

Ethypharn - Tablet (caplet) 350 mg.

Purdue Fred

ACF Brocacef Holding - 8 Questions

Klinge Pharmo Germ.

IQC Brazil


HRF ?

Export



13 Nov. 1995 -  UCB - Tom Stribling
                    PHARMA
        Allergy, respiratory Med., Primary Care


        1950 Lake Park Drive
        Atlanta, GA. 30080

HIGHLY CONFIDENTIAL

BENTL000248

B768

<u>Meeting Continued</u>

BMS - Ballesteros agreed w/ FAX
Tony Smith should

Juste - Manufacturing Contract

Ethypharm - 40 million -
need a Ltr. from Paris acknowledge
payment in full to renovation

Conrex -

COHIG - Bill Wiggins call
Bruce Young

HIGHLY CONFIDENTIAL

BENTL002199

B769



Spain

BMS

Ethypharm - Call Basilio

Fison + Velos

Llorente - Permission to negotiate
royalty to
- Smith Kline Beecham

Jeff
301-884-6097
301-884-0274

Zy1-SW

Fortune Pehul ? Next wk
Livanus
Jeff Doran

HIGHLY CONFIDENTIAL

BENTL002202

B770

Bell Walking

|  | 96 | 97 | 98 |
|---|---|---|---|
| Sales | 26.0 | 30.0 | 35.0 |
| (Loss)/Net | 0 | 1.0 | 1.5 |
| EPS | 0 | .30 | .45 |
|  |  |  |  |
| Sales | 22.0 | 26.0 | 34.0 |
| Net | (1.2) | 0 | 1.5 |
| EPS | (.50) | 0 | .45 |

MAP

June
46.25

BMs
Acquisition — 3 pts
Spain

22 Juneau
Ethiopian

Reserow — 1/10 7/6
opleation
Cephaton  rejected
Ltd effect

CepH

BENTL002218

B771



LEGAL

CASH OUT

SHARE CAPITAL

* Keep 6.5 Million F.F

SEPARATION BELGIUM SPAIN

* Lowest Tax rate

LOW FEE

S. AFRICA    MANNING + Co.

HIGHLY CONFIDENTIAL

BENTL002259

**B772**

8 JAN 1997

SPENCER TRASK - Kevin Kimberland
David Anderson

EXOGENT

Diagnostic Div. of SKB

4 million Private Placement

Be: Vic Stoutman
Bill Flahey | BMS
Kenneth Asarch - Reg. 500 K
Peter Sears

$100,000 /unit

Fax : 34 1 641 2295

HIGHLY CONFIDENTIAL                    BENTL002260

B773

Penick Labs.

Alternate Plan

Commodity End — Codiene
                          Hydrocodone

        5 - 10 Million
                ? — Fentynil

NEED 5 million

→ 1 - 2 Million
→ 3.5 Million - Holding Company
→ Post Petition Preferred

                • Lilly
All Potential    • Abbott
New Contracts    • Wyeth
                • J + S - Jansson
                • P. Frei
                • Ethyjohn
                • Knoll
                • Royce
                • BMS

                                    DMF 9-10

80K Total Trade payable

5   L + B
17  Million   M + E              3.5
2    "        New EQUIP          1

HIGHLY CONFIDENTIAL

BENTL002222

B774



Recordati: wants to sell registration

Ciprofloxacin  250mg,
            150mg          } Very complicated
                                          deal

1200mg/
sterile

Salesmen keep in touch
Sales would say
Exchange for another

Fleet — Bought Prions Spain

Large in Enemas and irrigation pdts

Contract for purchase pdts

Ethypharm

New machine — August or Sept.

After in place, go after 30 mill owed

Another Generics

Servier — France   Since 1966
      Trimeta zidina — Myocardial

Prozac

Diclofenac

Sandoz

- Pdts for consideration
      either similar to BMS deal
      or co-marketing
      or  purchase

Sandimmune
Lamisil topico
Lamisil tablets — + 17 evolution

HIGHLY CONFIDENTIAL

BENTL001693

B775

Spain Discussion: 8/28/96

Mon. 9th Sept. - BMS
PERU - will come to Spain but
- Tony Velosco will meet 6 Sept.

South Am.     GUATAMALA
Registration  COSTA RICA        July
              El Salvador
              Nicaragua

CEPA
PARIBAS           35 Million in Sales
                  x 2
                  70 million Ashly price

Diagnotic
    MATRITECH = Urinary Bladder - Holiday
    BioAMERICA = Occult Blood - next wk

Oral Diclofenac - Sustained Release
    Ministry Of Health - Waiting for Price
    Thomas
    Juventus owns registration

Augmentin
    MOH - Agreed to give generic registration
        - CLAVANIC ACID
            NORMAN

Ethyprinum
    New Machine

- July financials
- END OCT - EXPO PHARM 96  Leipsig  24-27 OCT.

HIGHLY CONFIDENTIAL

BENTL001712

B776



Spain
— Lynchburg VA
IEEE MEETING NEXT WEDNESDAY 11th SEPT
Licensing Sales Force possible

Ethyneum machine — new —
10 october production
1997   42 — 65 m psled
Mateo Gaska to Ethyneum

Coleman   9-10-96   212 262-1444
Ehud (Hudy) Laska

Kerry Schultz — Price Waterhouse
Council of Growing Cos. — invitation to Join
$1450/yr.

CAM BOD — 350 k wk
@ 2.5
News Release

130 Bond

HIGHLY CONFIDENTIAL

BENTL001715



Spain (cont.)

Oral Diclofenac — Perez Blanco

    Mktg Plan in prep. w/ Forcast

    - Must send

    - Store GM (Llorente's
    Microgranules)

       - Net Margin Sharing    4%

       - royalty on Net Sales

Disposable linens

Polish Co. - A visit next week from
    A distribution

Ethypharm - Equipment in

    Mateo - work on 15 Oct.

    Assumption of indemnity

    Wasserman
    Llorente
    RMS
    Stada

HIGHLY CONFIDENTIAL

B778

2,000,000 Milli Watts

Spain
F160
Barry Jackson        Phone 411 59 62/13

2.  WASSERMAN/CHIESI
    Manufacturing — Equipment   21 Ads
    Commercialization    6 adts
    Distribution /Warehousing
                7 Million Units

    % CAPACITY
    30 now
    60 After
    New GMP facilities
    2nd SHIFT

    Ethypharm
       Dubois
       Ballicio

    DTPD2 +
    Contract manufacture
    DECEMBER J.V. Classic

HIGHLY CONFIDENTIAL                    BENTL002244

B779

Spain continued 9 Oct

Otsu Diclofenac  Llorente / Thomes

1st     25 million   Net      @ 60% GM
2nd    150
3rd     75

Cuba
Foes - Ethypharm microencapsula
Prima

15 Oct  Spain

Wasserman

Ciprofloxacin  Licensing  ok

Steda
         Contract Manf           C.G mill whs

HIGHLY CONFIDENTIAL

BENTL002245

**B780**

9:45 midway

Qtrly - Review
5,000 - 6 mu OVHD
- Wt.

15 OCTOBER
ORPHAN MEDICAL        + John Bullion
13911 Ridgedale Drive    612 513 6930
Minnetonka, MN 55305

Niche Mkt
Dedicated to Licensing - in
MKT itself
co-mkt

LECTEC - Transdermal              G.I.
        Minneapolis                Oncology
                                    CNS
Loss: Currently                     Opthalmics
2 yrs old
30 million raised
S1K 9-10
7.5 mill/share          Dr. Burt Spilker
(1.5 - 2.0 mill) / Qtr.

4 × Sales
6:× "

HIGHLY CONFIDENTIAL

B781

Page ②

Fleet - have met to talk about IV marketing
possibility or other collaborations
Mr TABUENCA
Cross mktg - Loperamide

STADA          Fidia          ✓ conrex
- Boehringer    Zyma Johnson
✓ Guerbet       ✓ Flandtyton

RPR    Lesprindil want to sell
        declining evolution
        want 1½ x sales = 65 m. petes
        Paid before Jan 1 1997

        Montoldes Friend recommended
        Belmac, not Claire Basten

        Italian Co offer 1.5 x sales

        ICB supplier of raw material
        owner of trade mark

        Older Drs use it but young
        Drs unaware

        G.M. = 61%
      - Export possibilities not bound to
        buy raw material from UCB
        Selling OTHER PRODUCTS ALSO

        Dr Clemente will get list
        Export to Poland, Russia and
        well liked in Eastern Block

        A series of Bank notes is
        preferred method of pymt

        Call Claire after proposal of
        60 mill. made to RPR

HIGHLY CONFIDENTIAL                          BENTL001733

B782



Spain 11th Dec 1996

Milligan

I. Rhone Poulenc contingencies - Respenibil
   UCB - Trade Mark
   UCB - raw materials

   Argument = we will promote increasing sales.
   export to other countries may or maynot happen
   depending upon other licenses

   In event not permitted to use name
   then reference "formerly known as Respenibil"
   and obtain raw materials cheaper elsewhere.
   And not restricted from Export.
        Either way export under generic name

II.  Wassermann - may not be worthwhile
        may not get Authorize Cyprofloxacin.
        50/50  Manufact     } In the event it
        50/50  Commercialization } goes through

III. Fleet - geared toward Hospital
        Could help in Diagnostics
        we can help in Doctors Office

IV. BMS - still talking nothing happening yet.

V. Ethipharm Aguitas - Large orders for
        Romania.

HIGHLY CONFIDENTIAL

BENTL001777



18 Dec. Meeting Notes (cont.)

Ethypharm: Beltazol : Bioequivalence
Poland has done Bioequivalance Study
and is Bioequivalent

Contract Manuf.: 40 Batches x 600,000 pstar / Batch
1 35 million pstar fixed
.24 mill + comparable
2.5 " Aspirin

7 Batches x 400,000 pstar other
65 million to Ethypharm

Juventus: 140 million
= 20 service
= 20 contract manuf.

Juste

No more Ciba-Geigy manuf.
Fournier

New Financial Mananger for Factory - 7 Jan
from GM. Zaragosa
Knows USA cost decig system.

Equipement
New Alum Blister Pack Machine

Commercial
6 Area Manager
40 Sales Total

Lower Mktg Budget for 1st Qtr until we know
what will happen with Beltazol Sales.



1-27-97  Schwartz Mtg. Notes — Mike, Jim, Bob

1. Full set Financial statement for

   $ G+A — NEEDED
   Fixed Costs — FACTORY
   Prds DATA why so different
   1.5 million —

Spain Called  [ ETHYPHARM — DeBreageas
              [ 33 41 12 17 30

2. Appraisal Facility
   Ethypholin

3. Actinex

4. Determine Break even for Facility

   Fidelity
     Low Price (NL)
     PBHG



9/5/97   Ethypharm                    Green
                                      Marrow
                                      Dr Harry Hubber

GMP

Procedural Problems – internal procedures
Processing problems
Handling – Storage of batches + labelling
Analytical control – Possible

Vaultin →  40 Batches/yr  = Prevacid   Omeprazole
           18 Batches                  Aspirin
           2-3                         Prevacid
           1-2                         Other

              Total $   $ sold
              Keg    2.8 Mill

    –  30 Lots before June

    –  2x vaultin

Proposal
Assorted  ⎧ 40 million pills/yr    + 20 Batches ⎫
40 Batch  ⎩  + Shane  F/X + Var    35-40 Mil
          But if over 40 Batch then additional fee
                      per batch

          Next 6 Mo.   20 Mil  for  20 Batch
Alternative
   30 Mill  +   X pes./Batch    Per previous
                                Quote by Chem
                                54 m pct.

HIGHLY CONFIDENTIAL

BENTL001807



2/5/97
Ethyparants
mfg. Cont.

BATCHES
25 OHHH   X R & Analysis
20 ONPP

CALCULATIONS
2 DAYS in PAN
4-5 DAYS in COATER GS = Critical step
1 DAY Cleaning + Validation

TARGET 3/ Month
11 Mos working
34-40 BATCHES w/ 1 shift

TARGET 20 in 6 month
40 or more 1 yr.
Plan Two Shift

+ Considering get rid of Aspirin

OUTSTANDING DEBT 6 Mos - 1 year
* Finance From
o Monthly notes to reimburse
5¢ Mil Ethy - LB
? (20)/min LB to Ethy thru 1997

* Copies of News article

B787



Coleman Sold 45K

New DTC w/ wt position

Javier Santos
Isabelle Zivy - Not recieved
a wk ago 4 Feb. Fax

2/12/97  Spain
RPR - 15 more days
APOTEX - Travelling
RPR < licensing of ISDN
        CONTRACT - But Too Busy
        Get food vins -

Bioamerica - 1st April Launch
        EZ Detect
        Fernando -

* Ambuxe   WASSERMAN - Ciprofloxacin
            ~ price approval awaiting   2 months
            ~ 10% reduction necessary to compete

* Ambuxe?   Fleet/OASIS - spoke w/ Aquila

* Ambuxe   APPROVAL 28 Pack Capsule - MAR  7 of 28 approved
* Ambuxe   - Giuphar

                    * Carob tree extract
                    Before April maybe MAR

HIGHLY CONFIDENTIAL

BENTL001811



Due Diligence - by Plexus

Kinrase
Kuwaipressyn   } can they be resuscitated
Kurzyme H.P.    }
Kurzyme         └ Aborted

PLANT   7. Million Expenses

2/08/99   Spain
ETHYPHARM
Patients - Ethypharm
Microgranulation                    Stannare   Pasquale Malvoisin
    1. Surfac      Societe du Res Pharm Chen
    2. Finland Co. + ILSAN  ILAC  VB
    3. Esteve      HAMMADDELERI
    4. Asta        SANAYIAS
    5. Ethypharm

Fleet / CASEN
    Making decision on commercial deps.

ABBOTT - Infusion pat (Plexus)
Not published price list - direct to
    neg. w/ each hosp. Hospitals

Smbore  ( E. Merck Germ.

HIGHLY CONFIDENTIAL                    BENTL001815