**B789**

*Brochures*

Manuf.

- 55 K. SF
- Recently renovated
- Capabilities to produce
  Solid dosage
  Liquids
  Sachets
  Suppositories
  Microgran microencap pellets

- Contract Manuf.
  Ethypharm          R P R
  Fournier           Novartis
  Juste              RAtiopharm
  Wasserman          Equita

- Labor rates attractive
  Allowing for low-cost manuf.

- Labor Force Extremely Stable

New Prdts. '04/'07

  Ciprofloxacin  –  in Alliance w/ Wasserman
  Finedol        –  Anti      (Leading pdt.)
  Relaxyhis      –  comb  paracetamol + Mus. Relax.

HIGHLY CONFIDENTIAL

BENTL001380

B790

MIKE GARDNER

EXERCISE OF warrents

JOEL WOLOSKY

UDi asked put in alternative
Dale Grebel        nome  41 yrs.

MASON Hill

Darwin  Martin    1 800 - 290 - 7862  × 535
Panther

Ingcare 24 mill       .10        17 Debt
           38         .22        0 Debt

Intu

6/12/97 SPAin

PASSAfloilnA
Russia -
Brazil + registration -
      → Distribution

Juste
Ethypharm 4
Llorente — Closing
Ciprofloxacin — launched
R.P.R. 4

HIGHLY CONFIDENTIAL                              BENTL000286

B791

8/28/97    SPAIN    PHONE CALL

Issues:    Ethypharm - many changes
1. Microgranulation - in future limitation
2. Exclusivity -
3. Omeprazole
4. Too Restrictive
5. Any change in shareholders clause

Tell them:
We have previously spent tremendous
amt of time and money in contract attempts
we will not review such a restrictive
and ludicrous contract that includes
control of Delmar shareholders ect. until a new more reasonable
version is reviewed and they become
current on their bills.

John Therias
Fax 413 549-1176

Spain
Find Pdt 5 - 10 million Sales
Branded Pdt

BENTL000336

B792

Spain (cont.)

Clinical Study - omeprazole
have results
went to my Approval

Brazil

Ethypharm + Agreement
Added Annexes to Agreement

9-11-97    John Chappell / Bob Moran

9-11-97    Dellotte + Touch

Distrib Agreement —
Option Agreement — 8.5 Million

Concurrent w/ obligations to pay on Both

5.0 upfront for distrib Agreement
4.0 Option paymt
3.0  "    "
2.0  "    "
5.0 (6.0)
    CAP

HIGHLY CONFIDENTIAL

BENTL000344

Mtg. 30 Sept — Spain's office

B793

Omeprazole Study — Bioequivalent
        meeting w/ ethypharm. thursday 2 oct.

Acquisition of Products

Controlucs — Future growth to 800 mil.

New Pdts Acquisition

1.    Finadal — w/ withdrawl of Pondamin
                            and Redux
                Could grow significantly
                — Not reimbursed

        SALES 140 million pdtas revenues

                320 Mill Purchase
                        or
                160 Mil. + royalties 10 yrs
                        @ 25%
                40 mil inventory

        ? Manuf.

            30 Mil. Pdh. — invent Purchase
            Pay only EVA 160 Million

        @ Transfer 120
            Bank Notes 1—2 yrs.

HIGHLY CONFIDENTIAL

BENTL000361

OCT 1    MESSAGES FROM TAMPA                                B794

Mike McGovern

GALEN — Mktg went wten — Toby

Term Sheets — SANWA

_____

OCT 1 97  Spain Mtg. Cont.

Adolfo Contract  11 million + 2 MBU

_____

Chile + SELEXION Company
will HELP in Registration
will Look for Sm. Co. to buy
Objective to buy very Sm. Co. And use
        as vehicle to register Spanish Pdt

Morroco - Enalapril opportunity now
_____

Ethypharm - Discussion

* Do not Give Rpt to Ethypharm
Wants to Purchase Registration
Negotiating in USA manf. Facilitn
- Create tablet OR new technology

HIGHLY CONFIDENTIAL                    BENTL000368

B795

Termination Clause - Pts for inclusion
                              w/ Ethypharm.

- Personnel indemnitu
- Facilities Rennovations
- Ability purchase equipmt @ Salvage
- Recover 20 mill investmont
      Balance or offset against
   future royalties

DMF - Ethypharm has asked us to
      Establish

HIGHLY CONFIDENTIAL                    BENTL000369

B796

Pharmflex          10/23/97

60' Managers District
600 Salesmen
V.P. Sales Solvay (Formerly)
          WYETH   W

Launch - 2 pds
          Abbot
          Upjohn
          Wyeth-Ayeist

Trade + Distribution
Ultrose ⌐
Creon ⌐→ Experience CF center

Risk- SHARE proposal → treshold
Proposal -
Aware of Donnatal + SERAX ?
          Urospas

B797

⟨ NGOP ⟩ - DIAGNOSTIC for Colon Cancer

RATIOPHARM - Fluotoxaine ⟨Prosac⟩
                    AU cost
70 mill - 40 mil ⟨Paymt⟩ s.s. TAX
Ethypharm - paid all past amt
Bob - 5% to Zaragosa

DEBT            10
EQUITY
Resienue        32.0
EBITDA          8.8.

                48.0

'03
Value
CP
DG 1 800 456-9272
Fidelity

HIGHLY CONFIDENTIAL

BENTL000388

B798



SPAIN

2 yrs. and 60 mil psfals
must stop factory during construction

Mike McGovern
STAGED Good Faith

① (500) 900 = 4 months

② meeting
8th Ninth

③ Spain opportunity - Described
meeting a Span

85% omeprazole
57%
90%
9%

HIGHLY CONFIDENTIAL

BENTL001364

B799



John Chappell

100 total
100 / mo    Not Creditable
           at Closing
           vs. Creditable AT Closing

200/mo

Discuss at Mtg. - Bring Check

John Doss 212.558-0910

Book available - needs Mainatter

4 Month Area - Propaid

8 month - Unrealistic

- Advise us to commit to Book Cap.
Convertible Bond -

HIGHLY CONFIDENTIAL                          BENTL001365

B800

1-4-99

FAX IN TAMPA

Spain conf.
  230 Mil petas - Dec.
              2040 YTD


ABBOTT - No word
UPSA - meeting this wk or Next
CHIESI
    Registration - Must talk to Consultant
    Dist Agmt - discussion
    Last Qtr. 1999
Registrations
  · Mtg. Next monday 11th
     for update
       CaCO₃ , Prozac
Generics
  · Selicina
   Ticlopidine
  · Omeprazole (Generic) (Cinfa)
       Organic formulation
Facility all most complete
        E-Mail addr
          - Moron@Belmac.com

HIGHLY CONFIDENTIAL

BENTI.000654

B801

The restructuring was successful
And profitability was Achieved
in Early 1986 and we were
Sustained this into 1987.

~~The~~

AGENDA of Meeting will be divided
into 3 Parts
        Dr. Berenguer will present
        • overview of Spanish mkt.
        • Description of our prdts.
        • Sales Evolution
        • Product contribution
        • Sales projection
        • And Structure of Commercial dept.

        Dr. Herrera will address
                Manufacturing Evolution and
                        Capabilities

        Mr Esteve will present
                Overview of the financial
                        condition of the Co.

HIGHLY CONFIDENTIAL

BENTL001401

**B802**



I    WELCOME Spain & Labi BELMAC
II   Time Schedule for meetin
III  Begin w/ Introductions
     Belmac Staff

          Dr. Clemente Gonzalez, MD
          • General Director
          • Savior and foundation of
            the organization
          • Specific expertise in Mktg
     Dr. Fernando Berenger, MD
          Former General Director
          of Prim ( major distribution
          of medical pds. and
     form OFFICER of the Spanish
          Association of Pharmaceutic
          industry.
          • Currently responsible for
            all Corp. Develop. Activiti

          Jose Maria Esteves
          • is a CPA and Attorney
          And has total responsibility
          for Lab. Belmac Financial
          Dept

     DR. ADOLFO HERRERA has been
     recently hired to assume
     control of our
     Administration Activities
     And MANUfacturing Evolution

BENTL001399

**B803**



ESTEBEN SANCHEZ
XAVIER PALACON
JOHN CHAPPELL
BOB SPEISHMAN

IGNACIO

Sr. Moreno
has responsibilty for our sales
organization which has had
an impressive performance
for the past 3 yrs increasing sales of our
pats.

History

The Agenda for this meeting

★

History

Bentley purchased the Spanish Co.
in 1992 from RIMAR which was
the RP Subsidiary (Natterman)
together w/ a portfolio of
17 mature Spanish pats.

Company lost approximately
4 - 5 million USD / year
until 1997 when the
company was totally restructured.

New management was established
and a strategy of Establinada:
· Acquisition of additional pats.
· Contract manufacturing and
· a commitment to expand
beyond borders of Spain
by way of export was adopted.

HIGHLY CONFIDENTIAL

BENTL001400

B804

* Brochures

Manuf

- 55 K. sf
- Recently renovated
- Capabilities to produce
  - Solid dosage
  - Liquids
  - Sachets
  - Suppositories
  - microgram microencap pellets

- Contract Manuf
  - Ethypharm          R P R
  - Fournier           Novartis
  - Juste              Ratiopharm
  - Wasserman          Uquita

- Labor rates attractive
  - Allows for low-cost manuf.

- Labor Force currently stable

New Pdts 1999

- Ciprofloxacin — in alliance w/ Wasserman
- Finedol — Anti         (leading pdt)
- Relaxybis — comb paracetamol + Mus. Relax

HIGHLY CONFIDENTIAL

**B805**



2/11/98  SPAIN

List

1 Pdts          OTC can raise price

trade for gx    Neuro
                Neuro Plus
    backer report   Relmalan
    Not much sold   Bextraine        tell MOH need help
OTC  were in Hall out of $5   Cologen
OTC                 Hoffride
        transfer to OTC  relaxy bis  - raise price
        For Back Pain
                        230 Million lower budget
                        30 Million less Net

        From June 1998  —  150 Million

        Trade neuro cap

        For    V4 B1 B6 B12

        For    Flutoxatine

        NO EFFECT in 1944

        All Are low price + High cost mant.

        Meeting MOH

        Ethuphoum

**B806**

SPAIN: 10 MARCH 1998

BELMAZOL – Slow evolution due to competitive
nature of mkt – CGPA cut price
and grew from 10K units → 60K

– cut in price not advisable

– Lorente [Lorente] – 8M /mth Sales
of these Omeprazole

– Lorente in trouble – consider
take Omeprazole into
generic w/ DANVAL – lower price
@ 7800/qm than CGPA – then
maintain Belmazol &
Lan. Belmazol at higher price
Emphasizing Bioequivalency

– Am proposal of to pay a future
royalties for 15 yrs
* But must invest in sales force
promotion
New person

Ethyphrin – Concern w/ Bialdy now
went so much – New Machine
needed

VALPHARMA – Italy – Rep of San Marino
SR Pentoxifylline 400mg – 2 on MKT
@ S.R.

– 2 yrs or less registration

B807



BM's — Lead Cephalosporin

SEQ

Evaluated 2.5 mg, 10 mg — only in Mkt
Fluorithin —

3-10-96

Naelett — Mr. Rosen (Robert) Phone Call

Evaluated European Registration
Multistate

Portugual & Spain

Licensing partner

No Intent to Bid in Europe
No Support from USA
reg
Mkt & Sales

DEAL STRUCTURE
License Fee
Milestone Execute
reg. APP
reimbursement / Approval

Sciency Deal                    Fixed Price 3 years
2 Mill Fee                      Sliding Royalty on Sale
20% → 22 6%                     M with Sales (Not)
Q.P. on Mutual # 4%             Flexible
15% / Bottle            2 Transfer Price
400 K Wre Free          No royalties
                        Tied to Forecast
Note w/8% note ——→     3. Improving G&P, Buy rights outright Cash
                        Supply Kost + 25%  456 yr

B808



16 March   John Vaughan

Personnel transition
People 3 classes
1. Those Transfered to Bentley
2. Those May be transferred
3. Those not needed

Bonus/Severance
Option issued
at Sept 30th for Class 1+2

Management high regarding
Holmium - was known

16 March   Spain

? Ethyphrym - Status of contract
- Status of MetCL received
System
France 1st + 2nd April contract

Due Diligence is going well

Supply Agreement Boral Chemica

IPSA - 350mg fujisil
8 million purchase
CARISOPROL only     But w/o
Similar to Relaxibis

HIGHLY CONFIDENTIAL                    BENTL001455

B809



Spain (cont)

Agreement   S & Q

Signed   Ramidez
              Enalapril
              Fluoxetine

Valupharma

FFB

4.2 Mill NET

Holland   export   ⟨Ropharm⟩

Piroxical
Enalapril
Bernat
resou
qu.              ⟨ 11 m. B stes

Camp USA
Best Buy

Freeman

**B810**



3/18/0    Spain

Mr Baumann - Mktg Issues + Market
research.
new patts -
Existing patts -

Problem - Zaragoza

Mr Cano  COO  Facilities
Asl Adolpho
Process - Copy

Legal action from Asha ?  risks

Process improvement
Euphraim property
"Not Allowed to give copy"

Not purchasing Euphraim technology
- Nor patent
- Cannot improve process

Paul Monroe                  3/81/      #13
Henley Corp.                 3MW  36Kmb
                              403  gvz  8325
                              Blk leathr
                      0/5 Yd
                      5 speed
              Ask 44,000 k - Bids
                              Accepted

HIGHLY CONFIDENTIAL

BENTL001459

B811



02 April 1998

Ethypharm          Mr Basilev   Mr Bernard Deinyse
                   Mr DuBois

Omeprazole only pellet in Spain
  · Not large enough to
    Manuf

Longer Term
Ligate - Selling of Pellets
        One more
    contract for supply to
    One YR Review

Raw   { DMF From Nobel  and raw material
material { DMF From Esteve
        { DMF From Laira

        Nobel raw material not problem
        For Spain, but Central S. Am.

        20 Barku = Break even
        if Esteve more

        Raw Materials

        * LLQUIFA   Nobel   * Esteve   * CHEMO
                    (Turkey)
Gristyo Res    9·5      9·5
Residue        20%      5%
Dissolutu      75%      90·

        * = Non infurge

HIGHLY CONFIDENTIAL                    BENTL001473

B812

Ethypharm Problems solved

1. Good RAW Material
2. Good Formulation (stable)
   - 40¢/kg
   - 55¢/kg other

Future

New relationship

Ethypharm supply raw material
20-24 Batches
Enter 8 Batches supply
Enter today

Action Plan

Switch to Aquoso-

Draft Letter - BNT - Non-Compete
                       own knowledge
                       of Ethypharm

HIGHLY CONFIDENTIAL

BENTL001474

B813



3 April Planner

Friday
1. Taxes - Finish          a. Call Wanda at
   Taxes - Toby               AmSouth
   Taxes - Josh               813-367-7891
   Mom                        30,271 -
2. Change Dr. Appmt           29,805
3. Get Itinery from office    29,000
4. Contact Rendy - Proposal
   Bond response
5. See BMW for Daniel
   Make offer it
6. Call Bradin
   Scenerary of Ethylpharm
   Plan Trip to Europe
7. Call Rental
   Plan trip to Phila
8. Celia          9. White + Hodgki
   a. Itinery        813-381-4060
   b. FED. EX Contracts   10. Cal Fed    need
   c. Bob Stole - Wyieth?       Am South   signature
                     11. Call Melanie at T-Bay Staus
                         438-8858

HIGHLY CONFIDENTIAL

BENTL001475

B814

4/6/04 *
Action
Items

Send Copy Contract to Javier

Passport office

* Call Yungtai — married wang

Call Spain

- need documents
- Ethypharm Solvent Neutra Document
- Finedol Contract
- Belowvbos Contract
- Closing 16th

* Fax Ethypharm to Dallas

BOD Mtg. 20th

Press Rel 22nd

Prepare

Info Comp Conv.

Info for Meguin Thebault

* Call Laure — Ethypharm

HIGHLY CONFIDENTIAL

BENTL001481

B815

Mtg. Spain

Ethypharm

concern for patent

only 1 machine Ethypharms

Organic Formulation - now

Aqueous Formulation -

Schwarz - Purchased CEPA

- Generics

- Registrations

Plan de Fomento - ⟨Medinova⟩

Present Research
Present Financials

Omeprazole IV Generics Submitted

Own Generic 1st Qtr, 2000

Price increase

Mio Relax -

BMS

PRITAMOL - Ahend Budget

OTC

Relaxybis
Onicolitex
Octogen
Resorbite
Loperamida

NASSERMAN CHIESI - PASSAflorin Dec 99
End Manuf.

B816

Antibioticos PHARMA
· Dossiers Aniox  Generic "EFG"
  For Lab D'Aur.

UPSA

1gm Phacetamol "ALGAN™"
Transfer Admiral → BMS → Lab Belmac
· Inventory problem due to sales
            increasing
  August Sept
* October launch

  Also for Chile
    Plus injectable
  Must Reg. in Chile - 1 yr.

Chile
  MOH - Submitted
  Omp - Fully Approval    3 Planta ovata
  Enal. (3 dos)
  Jamie Aguilera
  We will purchase 99 shares
                    1 Share

  Next Week Chile
  Chairman
  VOLTA - Mktg. Partner  (Bought
  Roidman family owner    Schein Plan)
  Loperamide, Lactulosa, New Imatho
        Being prepared (Registers)

B817

Chile                                           Export Russia
    Trip · June
    Peru Presence
    Argentina "
    Venezuela - company meeting

Dominican
        12   Registration submitted
        8   Approved
        May come to Spain
        Fabrique

EGYPT
        Forcast
    morrocus

HIGHLY CONFIDENTIAL

B818

4/14/99    SPAIN AGENDA & MEETING

1. STATUS OF PENDING REGISTRATIONS

2. Status of Exports
     60 RUSSIA
     20 D.R., Morror
     Egypt - 8 month to Reg. 80 Million
     Hong Kong 3 month " " 80 million

3. PURCHASE OF Another Pdt imperative
     Or SPEND same Amt on 2nd Sales force

4. Collaborations For Ionrex Tech
     Suggest we put pdt on Mkt 1st

Fernando
5. Development OF NEW Pdts
     Diclofenac - ? Juan Carlos
     Onicofilex
     Patents

6. Collaborations w/ other Cos.
     Generic Co. - Tammaron
     ETC

HIGHLY CONFIDENTIAL

B819



HIGHLY CONFIDENTIAL

BENTL001486

**B820**

Piplasybois - Satisfy Pre Clony
→ Wednesday Cawai po'i onichaic

* Friedel - satify                    9/30
    25 milli prob.  9x
    Extension of agreement

* Enviporum
    → Letter for Sower
    → installation / start by July 1st

Indemnification
    → The Combined venture no more
    check w/ lawyers

BMS
        Need Mof
    Syn ther   Compensation ?
    Proct. Contribution Sched.

? Javier - Answer that payment

Asbestos - roof Hook DM   →
        Offset Megwan roof
        and Electric Equipment
Need Net Asset Gainutanse + Tim-Tim  Andal
        in Agreement

HIGHLY CONFIDENTIAL                  BENTL001487

B821



HIGHLY CONFIDENTIAL

BENTL001486

B822

*  Biolazybois → Satisfy Pre Closing → Wednesday certificai purchase

*  Rinedal → Baltel                ?        6/30
        25 Million pools.   tax
        Extension of agreement

*  Emphysim
        → Letter for software
        → installation start by July 1st

   Indemnification
        → The Continued Venture no more
          Check w/ lawyers

   BMS
        Dyn fuel        Compensation ?
                  Need More
        Prodt. Contribute Sched.

   ? Javier - Answer last payment

   Asbestos - roof Hook DM +
                OFFSET McQuan roof
                AND Electric Equipment
   Need Net Asset Guarantee + fin line + Audit
          in Agreement

HIGHLY CONFIDENTIAL

BENTL001487

B823

SPAIN

1   Fax to Spain - Card of Schwarz & USA

2   Need Phase I Environmental Site Assessment

3   Financial - Letter from Social Security
    Not yet - in May but continued delay
4   Ethypharm   20-25 million Escrow June
              Basilio will call
5   Rekanybis - Reg. already transferred
              Trademark -

6   This Draft of Ethypharm contract
              will be faxed

7   BMS - Draft

8   Bentley (TM) registered in Spain        Contracts
                                            Sales Spain
                                            Module
                                         Purchasing

                                            Calycte -

HIGHLY CONFIDENTIAL

BENTL001492

B824

Redacted

SPAIN   4/22/98

4pt Registration of Trademark - Apply

Onicofdex
Resorbins          Established
Anaealcil          in US6
                   patent agents Applying
Otogon             Never transferred from
                   rimafar and therefore
                   After 5 yrs.

— Inibsa - purchase of CarisopRobol

HIGHLY CONFIDENTIAL

BENTL001494

B825

Adolpho
Mobile Phne 34 29 15 2001

ETHYPHARM

20 mg   Ex. R.    Iso Mon Nitrate
40 mg   "   "
60 Mg   "   "

6 months to Commercialize

LETTER Assuming Liability For
      venting -
      Next won. + Thursday.

HIGHLY CONFIDENTIAL

BENTL001495

B826

2. Break up fee    500k ~ 1,000,000

      can't close.

9.1 pw 3. S&Q —

      Wanted worldwide non-compete.
      Generic Equivalent

      exper DDS which may apply to
      same active

      Section 9.

      Never discussed WW restriction
      whil singley

      Agreed at Territory. Schedule

9.3      Affiliate

Ethypharm — Agreement

      My obligation was to provide
      A long term Supply agreement

HIGHLY CONFIDENTIAL

BENTL001501

B827

4-24-98

Yungfai Hsu will be at Pittsburgh
Double Tree Hotel   412 281-3700
1,000 Penn Ave.

Dominik — John Doss
Fairness opinion !?

American Appraisers
414 225 1911   Ricky Siladi
Request Quotation.

HIGHLY CONFIDENTIAL

BENTL001498

B828

SPAIN

- Tomorrow → Consipol
- Thursday → relaxyitis
- BMS - 1st June Launch
  in May
- Finedal - OK from SS. system
  - next month
- Ethypharm - removal of solvents
  together @ Equipment 10 mill max
  @ manufacturing @ supply
- SEQ
  - A Clause - transfer - no problem

Valpharma - Fax
  CONTRACTS FOR 3 pellets

Morroco -

April 31 mil. mos
  116 mil soles to date
  135 mil) Projected

Nothing    Profits YTD 100 mil -

HIGHLY CONFIDENTIAL

BENTL001499