B829



5 May

Etthupharm

1. Omeprazole 2nd Registration (Juventos)

Lab Columbia - Manolo Martinez President
Carlos Quintero 589-5100

A 2nd Reg Omeprazole - Juventos
offer Purchase @
50 mill downpaymt
50 mill @ 6 months
80 @ 12 months
10% royalties

Purchase of 2nd Omeprazole for Lab Davur
at lower price to public
would be # generic

* Below offer  100 million pstas
is Acceptable  15% for @yrs w/o minimum

Sales 90 million / yr
We expect Sales

2. Etthupharm

Pain Management Conf. - Canary Island - Thursday AM
12:00

1. Supply 4 yrs w/ 1 yr prenotice
if can supply we can match ? on surface
acceptable. if after 60 days can't
supply then we manuf.
- price increase 30% higher
50,000 /kg want
37,000 /kg present    42,000 /kg possible

HIGHLY CONFIDENTIAL

BENTL001504

B830

Ethyphram
Supply (cont.)                                    5 may

+ Does not want us to sell Bulk
  Pellets - But Bulk capsules for
  packaging in other countries is
  what we want

II   Solvents - Letter "Any expense" but expense to solve
     40 mil psas. on 1,200/mo. idea. Problem
III  Non-competition letter needed from us.
IV   Norratis - Manuf. Contract

     Meeting at Airport T.1 (10:00) @ TWA
                                        counter

V    Isosorbide Nitrate (Jurgen Baumann)
                                C.A. June 9th
VI   Agreement to sell Equipment        w/ Lasix
VII  New formulation Licensing Agreement wanted
     by Ethyphram for Aqueous formulation.
     we want option

*  3.  Jurventus - 4.5 million psas. paid

         Purchase Blister Equipment (New)
         value of 25 mil. psas.

HIGHLY CONFIDENTIAL

BENTL001505

B831

Ethypharm

Supply agreement could be signed with
Uquifa

Give them more security ⟩ Not sensible
They give us higher price

PHASE 1 Environmental Study
AGA - Thursday visit to Facilities
w/ Adolpho Herrera

Valpharma - 3 gels
need to sign contract

Ibuprofen      800 mg
Diltiazem     240 mg
pentoxaphine  400 mg

Send copy to Baumann for comment

SEQ

HIGHLY CONFIDENTIAL

BENTL001506

B832

6 MAY MEETING w/ STAFF in SPAIN

CALL TO Blumenritt

    1. Ethypharm discussion
        A. Solvent
        B. Supply

    2. Purchase of New omeprazole
        for Lab. Dawin

    3. Purchase of equipment
        valued @ 25 mill.
        for 4.5 mill.
    4. TAXES SEE below

Taxes (Javier Santos)

   • Ant. TAXES 50% unless con
     change

   • Must talk to Schwartz
     Management for Adjustmt

   • May have some more expenses that
     could be challenged

   • From pt of view Amt that would be
     Taxes spent could

     Draft prepared by D&T

     PERIOD OF Time to closing - Amt equal
     to Amt Belmac would have
     spent, in Taxes

BNT MUST prepare Support documentn
    of Trips to

HIGHLY CONFIDENTIAL

BENTL001507

B833

Out of Ordinary course of Business
Taxes offset by Management fees

Mike
- Needs give copy reverse from
  Chimos - BNT paid purchase
  price to Chimos.

- need invoices for management fee

Copy of Relaxybis -
Copy of Ethypharm responsible solvents

Schwarz has called Yayita requested
Omeprazide raw material to be sent
to Andromico (Spain) to be sent
for USA Mkt.

Spain       May 17th  Sunday
Spain       May 18th  Monday
Spain       May 19th  Tuesday
Milwaukee   May 20th
Phila/Chappal MAY

AMBX        June 1st or 5th

HIGHLY CONFIDENTIAL

BENTL001508

B834

6 MAY 1998

BMS Meeting in Spain

10 yr Duration
75% positive Evolution March
Longest selling Cephalosporin in USA
ABLE to Make Announcement

7 May Meeting w/ Ethypharm

Pdt              Countries
Omeprazole        Russia
                  Mexico
                  Chaut

Novartis - Contract Manuf w/ Ethypharm
New Formulation Cheaper - New Licensing Aqmt.
Solvent -
30 May w/ Z Paris P.M.        (Get 7:30)   May 185
                                           Paris? Madrid
Portugal - Synthelabo? ISMN   ISDN

BENTL001509

B835

CORUÑA

Mª José – ETHIFARMA

Tlf 91-308-56-81

Asunto – relventa la
visita del Sr. Murphy

Concertar entrevista con
D. Basilio.

HIGHLY CONFIDENTIAL

BENTL000709

**B836**

MAY 10th    PURCHASE BENTLEY STOCK WITH VALUE UP TO
MAY 11th    $20,000

CHECK PRINCIPLE 401 K

REVIEW FIDELITY HLdgs    SELECT TELECOMMUNICATION

ENTER COHEN STEERS FROM MERRILL LYNCH

CALL INSURANCE STATE FARM w/ name
            OF WITNESS

CALL WITNESS
MOTHER'S DAY CARD — Dinner

CHECK W/ BOB FOR TRIP TO PARIS THEN GERMANY

MOM'S HOUSE

G3
PAY OFF Celica    1 800 686-3494
        ACCT    0144090090047006028Z
        PAY OFF # 9244.45    May 21st
        S.E. TOYOTA Finance
        P.O. BOX 99 1817
2nd June    Mobile, Ala. 36691
        Retail Pay off Dept


            BMS Press Rel.

            TOBY STONE
            Phillips Screw driver
                DW Screws $
            CALL Mom Pick up Airport
            "  Jerry Paul
            Cleaners

June 5th    10:00

9, 10, 11, 16

HIGHLY CONFIDENTIAL                BENTL000710

B837

To many hidden liabilities that would expose
BNT to undefined monetary Amounts

Ethypharm contract insistance of Schwartz
causing Ability to or opportunity to request price
increase, then Asking us to bear burden and
detriment of

Good News
- responded

Bad News
- COUNTER
✓     + 2.5 million CASH
out  - 20% UNASL pref. STK New Division
ok  { 60 K
      30 N Ref
   {  6 DRUG APPLICANT AREA
      4 COSMETICS
   →  2 million cm WT - w/ IPO
✓  - 5% Royalties
   - 1 - 2 BOD SEATS
   - Compensation

CANADA - Hospital Lab

HIGHLY CONFIDENTIAL

BENTL000711

B838

8/31/98    Adolfo Basilio

Ethypharm DDS - OCTOBER beto

DeBregas -

- Aqueous Formulation — before yr. end
  3 Bioeq. Studi
- ISMN - Good price 1 more underway
  — Manuf. Spain
- ? SEPA sale of Company
  Bank Partners — selling shares
  SALES Ca Billi—
- Other pats for collaboration
  Pats Available
- Venting of solving
  ◦ Ethypharm will pay all
    expenses
  ◦ No problem to solve
  10,mil pats: originally quote
    w/ nitrogen recovery
    system.

HIGHLY CONFIDENTIAL                        BENTL000570

B839

FRED ICKEN

Gp. interested in Plent & Pats.
Earnings hurting Last 2 Qtrs
"Low Balled"
  Franklin Gp. — Schwartz won't talk
  Kutrase · FDA problem

  Klaus  VEi

9-14-98    Elaine Cook    ⟨Parker Chapin⟩

212 - 704 - 6000

9-14-98

Laura — Spain

Guillermo — Stk Hldrs.
                34 (1)
    Adolfo - mobile   909 103 178
    Berenguer — Home   91 650 - 1301
Holland — Russia    15 mil ptrs
Ehud Solem — Isreal

HIGHLY CONFIDENTIAL

BENTL000576

B840

HD - Art

9/14/98   Spain

Andrx - Randy Glover

Arizomel - Sales
Export.      15 mill - Sept
             15 Mill - Oct

Sales  YTD        YR 2nd.
                  2100  proj

Sanofi                  Sales
Llorente  Senoral       125m.
          AMANTADINE   14M + 18%
              Parkinson / Antiviral

Valpharma
    Purchase Micropellets (supply)
    How long   10 yrs supply
    How long - 1st Qtr. /october
              Have Dossiers
              December Submission
                  Generic /
                  9-10 months

HIGHLY CONFIDENTIAL    BENTLO 579

B841

11/16/98  Spain

Biomerica - Talk

NOV - Seville

European

AndRx

Machine

50K Capsules / Hr

9/17/98  Finn Sonnergord   FAX   45 43 95 96 00
                           Off   45 43 95 96 22
                           E.Mail  FSAMARSIng.com

1. disinfectant - Releases free O₂

   tablet form - drop in H₂O

   E. Coli, Histena, etc

   100% active

2. Regents {ARif}

21ˢᵗ Co Flight TPR #1665

HIGHLY CONFIDENTIAL

BENTL000580

B842

FAX/E.MAIL to Yungtai Hsu

I Am currently in Spain. My thoughts
are that Bentley can provide you with
150,000 warrents issued prior to A
public Announcement

Barcelona → London

TWA # 903    ~~London~~

USAir - 4900

Delta - 3600       18th Sun 19th 21st   11:30

Research →       8.0
                 1.1
                 1.0

HIGHLY CONFIDENTIAL

BENTL000594

B843



HIGHLY CONFIDENTIAL

B844



Barry Weisbury

NDA - BACtrim + Phenatrim
600K Detail Force
Advertising
Boston Co    DYNAgen
    2 DISTRIB COS
    1 Small Generic Manuf.
    ZUTRIM ™
    Small
        warner lanbut deal

10/6/98    Consyl (Fort Worth, Tx)
    8.5 million - 9.0.    Jerry Hirshberg
    Bulk Lax. w/ psyllium
    Overseas   2.0  } Profitable
    Domestic  6.5
    Private label
    Plant - owned
    Asking: Price
        Frank Buller / Alcon   EX

BENTL000596

B845

10-6-88  Spain
              sanofi
    1.     SENORAL — next week
                             —
                                              15 Mill PSTS.
                                              50 % GM
         168 million
         167 million
              16% IVA          26.720.000
         193
                        193.720.000

    2.    Feminine Health Care


    3     URSA| — Licensing Agreement
              Paracetamol 1 gm — 2 registration
                  Some agreement  55% GM
                  500, K unit   25-30 Mill/Mo.
              1st 6 mo. sales


         Moisturize
         Deodorant        OTC Spain
         Powder          ROSE (OTC - Pdt. Manager)
         Spermicide

HIGHLY CONFIDENTIAL                    BENTL000597

B846

AT Hsu's choice

IF STOCK down in 24 mos.
Then we buy @ .50
Stk must be 1.5 x strike price or we
buy back @ .50

IF Stock goes up to 3 then
But off hook - Hsu can
sell or hold til 5

IF Stock goes up to 5 then mandatory
exercise or we buy back
at 1.00
— redemption @ .05 each

HIGHLY CONFIDENTIAL

BENTL000598

B847

12/3/98  Spain                          Investment in
                                        Preparing Co. for
Unusual Expenses Last Qtr.              1999 yr.

     Budapest              Launching Arizimol
     Congress of GP's      Launching Senioral
     Holiday Party

Try to Anticipate Sales
              delay
_____

Next yr Sales 2.6 Billion  =  18.6

          300 Mill

Profit 40% increase in 1999 or 1998
                  Anticipated

     Send Budget for 1999

Conrex

Other Spanish Co. Zaragosa ⟨Cinfa⟩
     Bioeq. Of our omeprazole
     Enterzo Contract
     Good Development Dept.
     New Formulations

HIGHLY CONFIDENTIAL

BENTL000644

B848

1-19-99     JORDAN FAU

# Redacted

1-21-99     Brian O'Brien     Williams Gp.  603 431-1975

1-22-99     Spain call Conference
Smithkline Beecham pdts. for sale
in Spain
TAGAMET
BRITAPEN (Amoxillicu)

ABBOTT - NADA
Fernando
ADOLFO - 3rd Feb. Morrocco
UPSA - Possible
Belmac  90K Bottles/Mo. FEB
Algeria

HIGHLY CONFIDENTIAL

BENTL000666

B849



FEB 1999   Spain Staff Mtg.

Budget Review

   New Pdts
   Export
   Chile
   Dom Rep
   R+D fees

Dominican Rep.
     5 - 9 Pdts

Chile   - 6pdts by Year 3rd
Egypt   - 3 pdts by Sept - formerly schering
                distribution : warehouse
                promotion : Sales 35 (rental)
Algeria        plants , ovata , omeprazole,
Morrocco

Omeprazole  36 patients  N. Spain
              excellent results to hosec (Astra)

          Ethyphan— relations are O.K.
                  wolu

Topical NSAIDS  Spain   51 mil
          10 mil Ketoprofen

Glaxo — Pdt  C Channel Blocker for sale

HIGHLY CONFIDENTIAL

BENTL000409

**B850**

Budget Review

Restructure of Personnel

? Savings — Clemente
— Fernando
— Montarde
— JOSE MARIA

JOSE MARIA — Define new responsibility
· CASH Flow Projection
· Monthly monitoring of variance

R+D.

Sachets Amoxicilline 8
BG Sinphron 30 ml
Timethaschie 15

HIGHLY CONFIDENTIAL    BENTL002675

B851

MiVr PRICE
• JORDAN — CAII

727 344 1906

2/24/99

Spain

Laura & Clemente

Winz

Jose Maria

Factory —

Amanatina — Antiviral From Horente
Old pat 10 mill petas
Annual sales —
New Mktg. Strategy

Sales Jan + Feb lower due to Wholesalers
reducing inventories

*     Ethyphorm
Diltiazem give to us
Already registered
For september   need MOH price

OTC sales force starting
relax, octogen, Belmalax
Famotidine — sublingual, sachets
end of year
own own register

Planla ovata — our own register

*     Cinfa  Buy Blosquiv for omeprazole

HIGHLY CONFIDENTIAL

BENTL000687

B852

3-2-99

Gynix — 8,333 SHARES

ALZA —

Zonagen — Milli Redman

SKB

George Sasik — Interview — Bob
                        — Jim
              — John Doss

3-2-99  SPAIN

UPSA ⟨Bristol Myers⟩
    Paracetamol  1 gm
    Register

SKB

Tamarron — 15 pdts.   4-5 Months
           APOTEK

✱  Dominican Rep.   8 Approval

✱  Amphoticline — Anti-viral

Antibiotic Pharma —

Ethypharm — Diltiazem   60. 90 120 300
                          65%

TMRS
VectorSec
  Tanner

HIGHLY CONFIDENTIAL

BENTL000690

B853

4-9-99

To Do List

1  TRAVEL PLANS  Tampa wk 14th
              Dallas 13th May
              Tampa wk
              WASH DC WK 17th May

2  Write / Fax Ethypharm

3  Call Spain
   " Ethypharm
       Meeting Next wk

   Memo                         Salary current
4. New Salaries
   13 mill          Adolofo Herrera – 11 million keep same
   Bonus tied to NET
   11 mill          Clemente – 13 million   reduce
   Bonus tied to
              Bonus 1997 – 1998 due
   Fredrerix Beurengeu – 11 million   reduce
              No bonus

5  Conrex

       NRF



Products - Mepico - Columbia

* Analapril
  Finedal
  Fluoxetine
  Ibuprofen 800
  Pentoxyfilene
  Semoral
* Ethypharm - no problem /interference?
  BActasone

Norwick
GAron

HIGHLY CONFIDENTIAL

B855

4/12/99 TO DO

Bob Stote

1. SEND Nasal Insulin to G. Post - SKB
2. Parker Chapin - Maximed
3. Brendia - SR One
4. Alkermes Appt.


Celia

1. Trip to TPA - 20th
   Bob to TPA - 26th


Mike

1. Q + A - WEB Page and Mailing
2. Proxy - Add Names
3. Organize telephone Bd mtg.
   A. Audit Committee/BT
   B. Nominations
4. Copy of BOD policy compensation


Bob G.

1. SEND Nasal Cal. to B. Stote
2. Follow up with Damon
3. LAVIPHARM
4. BMS - Matthew Agenshit
5. Novartis John Sharkey   John.sharkey@pharma.novartis.com

HIGHLY CONFIDENTIAL

4-13-99    TWA - Tues. Noon

Spain Plan Meeting                          Omeprozole
                                             Fined
Adolfo                                       PROSAC
                                             Amoxicillin
        Clemente                             CiPro
        Beurenger
        Overall Structure
        HL Roche manuf
        Morroco

        Dominican Rep

        Chile - Expense

        Contract manuf - Hoff. La Roche

        Jose Maria - Bonus

        Spending - CK w/ ME
                    - Powens Clemente → Adolfo
        Plan de Fomento
        Marketing - Collaborations - Covrex Tech
                    - ASAP
        CHU BMS
        Strategy for Europe w/ EU GMP
                            registrations

        Ethyppain

Jose Marin

        Compensation Clemente pd 96, Pd 97

                    Ok 98

                    Adjust 99

                    - Beurenga
                    Adjust 99

HIGHLY CONFIDENTIAL                                    BENTL000433

B857



To Do For Spain!

1. Contact Manolo Martinez
   525 726 5555

2. Contact Patrica Debreyeas

3. Contact SKB - Cliny Madrid
                  Cliny Toledo

4. Contact Britain/N. Pharmaceutical
   combine w/ Ireland Mutual Recog.

5. letter to Italpharmaco

6. Contact Recordatti - Brian Wilson

7. Contact BOD'S - New, Bio's

8. ? Announcement BOD

9. Q+A Annoucement

10. Millie - Send BOD Q+A and Policy

11. PHARMA MAR - oncology Spain

12. Regulatory Consultant - Wm Packer
                             U.K.

13. Acyclovir - Optical
    Acyclovir - Topical

14. Action Plan - Mail to Europe

15. PLR Press Release - BOD

16. B. Stole - Convex?

HIGHLY CONFIDENTIAL

BENTL000445

June 1st

Contract Manufacturing

1. Bulk capsules preferred or Granule
   Branded
   Generic - Most lucrative
              govt product
   Projection 140% initial Budget

2. Price - No fighting

3. Registration - Mex in 2-3 months
   Larger Mkt Mex than Spain
   Argentina - Manuf.
   < 4-6 Months to registration
   1 yr. to patent

5.7.99      4.
Spain - Adolpho
   Stability
   Ethypharm
   Decrease Price

B859

June 1st

Contract Manufacturing

1. Bulk Capsules preferred or Granule
   Branded
   Generic - Most lucrative
              govt. product
   projection 140% initial Budget

2. Price - No fight

3. Registration = Mex in 2-3 months
   Larger Mkt Mex than Spain
   Argentina - Manuf.
   < 4-6 Months to registration
   1 yr. to patent

4.

5.7.99
Spain - Adduepho
         Stability
         Ethypharm
         Decrease price

HIGHLY CONFIDENTIAL

BENTL000539

B860

? Transf. Negotiation

Bulgaria - Good Results
        105 mil   March

230 mill  Apr. Sales
        MAY - Sales
Lack ... - will be purchased
        ...ents - OTC Product    960 pvp
                G.P.  80%

    5 millon Purchase
        9 NOW
        2.5  6 monsl
        2.5  1 yrs
        2. Commissions Broker
    Prog. Sales - being developed
        Pediatric
        Pharmacies

Sch. ...
    .5 millon  CEPA
        But if Sales not achieved 2yrs
        then 6,000
*   New Omeprazole with Uquifa JV
    Patent review
    Diff. machine -

HIGHLY CONFIDENTIAL

BENTL000463

B861

UPSA + must give ultimatum to force action
because have possibility of purchase
of competitive parts.

MOH MEETING

Director of Registrations

1. $CaCO_3$ w/ Vit D + $CaCO_3$ only
   registration immediately
   MONDAY ltr. to Director Expansion
                              Same Italpharm
2. Fluoxetine — L. Belmac
       "        — L. Drum
   Approval within 2 months
3. Omeprazole Generic

B862

? Transfer Registration

Bezafibroll - Good Results

IMS   105 mil   March

230 Mill Apr. sales

MAY - Sales

Lactofer - will be purchased

Sachets - otc Product    960 PVP

G.P. 80%

15 million Purchase

9 NOW
2.5 6 months
2.5 1 yrs
2 commissions Broker

Prog. Sales - being developed

Pediatric
Pharmacies

Schwarz

11.5 million CEPA

But if sales not achieved Zyns

then 6,000

* New Omeprazole with Uquifa JV

Patent review

Diff. machine -

HIGHLY CONFIDENTIAL

BENTL000540

B863



5/11/99        ZONAGEN — Mike Radman
                              281 - 367 - 5892
                                                    × 3401
                        The Woodlands, TX
                     2408 Timberloch Place  77380
                        Suite B4

                     Feminine SEX dysfunction
                     Progesterones
                     Contraceptives
                              non-detergent

5/11/99      Parker Chapin — Sharon Stern
                   Maximed — acceleration
                              of patent transfer

5-11-99      Spain —
                   Dominican - Rep   8 pdt of 13 pats
                   Morocco — 3 pdt
                                   Omeprazole
                                   Enalapril
                                   Neurodavin Cap
                   Bought Lactofidit for 14 million
                              Sales proj -
                              mkt size -
                              Approx - 80% GM
                              Lactobacillus Liofilizados
             gueprarda -
                   April 2000
      81.72 mil  mean on issue of 72 raised   250 M PSt 1/2

HIGHLY CONFIDENTIAL                              BENTL000544

B864

5-11-99 | Pfizer — Julie Olsen (860) 441-3520
No Answer — Left message

5-11-99 | Astra —

Joe Ianelli   No Longer at Astra
⟨978⟩ 263 6538

5/11/99 | Bertek — 802 527-7792
Dr. Sharid Govil   called at request
of   George Momsammy MD
of   Somerset Laboratories
Email  sGovil@Mylanlabs.com

5-11-99 | Bob West — 941 925 8958

5-12-99 | Spain
Ethyphorm
Lisvi — Gen Manager
CaCO3 Letter Submitted today ~ 1 Reg.
Sept Launch
Prosac — 2 Reg.
Sept Launch  ⟨16 New Salesmen⟩

HIGHLY CONFIDENTIAL

BENTL000546

B865

5-11-99   Pfizer — Julie Olsen (860) 441-3520
          No Answer -- Left message

5-11-99   Astra —

          Joe Ianelli  No Longer at Astra
               (978) 263 6538

5/11/99   Bertek — 802 527-7792
          Dr. Sharid Govil  called at request
              of  George Momsammy MD
              of  Somerset laboratories
          Email  Sgovil@Mylanlabs.com

5-11-99   Bob West — 941 925 8958

5-12-99   Spain
              Ethyphorm
                 Lisvi - Gen Manager
          CaCO3 Letter Submitted today ~1 Reg.
                 Sept Launch
          Prosac - 2 Reg.
                 Sept Launch  (16 New Salesmen)

HIGHLY CONFIDENTIAL

BENTL000468

B866

SPAIN (cont)

Ethypharm - ltr of Agreement Review

Cantoria - $3 - 4 million MAML
　　　　　Omeprazole / yr.

5/20/99 - Miguel Fernandez
　　　　- Schering
　　　　- Zonagen

　　　Token Expression - Advance
　　　　　　　20 - 50 K

Lead for Licensing      (610) 896-1618 Home
Warren Hauser (Att.)           0683 FAX
From SKB - IMS          215 860-0440
Licensing
? Bill Packer
? Innisture              CASH + WTS.

HIGHLY CONFIDENTIAL

BENTL000476



B867

Span (cont)

Ethypharm - Ltr of Agreement recieve

Cantoria - $3 - 4 million Namf.
                Omeprazole / yr

5/20/99 - Miguel Fernandez
            - Schering
            - Zonagen

            Token expression - Advance
                        20 — 50 K

        Lead for Licensing       (610) 896-1618  Home
        Warren Hauser ⟨ AH ⟩              0683  FAX
        From SKB - IMS          215-860-0440
        Licensing
        ? Bill Packer
        ? Inventure              CASH + w/s.

B868

5/24/99 Parker-Chapin - Jordan Horvatt

# Redacted

5/25/99  Spain - Adolfo Telephonic Mtg.

Columbia Contract until 2001
will be signed next week

Italpharmaco
Meeting
Chile + Portugal Agreement

Ethypharm
Diltiazem
Sales 240-250 mil this month.

Patents - omeprazole
Bought new Machine - 3 wks. for
new formulations - Sm. Machine

OTC Pdt - Hand Cream
from

CACO3 - June - Aug
Fluox - July-Sept   } Approval

HIGHLY CONFIDENTIAL

BENTL000480