B869

1/29/99 Parker Chapin – Jordan Horvath

Christina Ortega

VISA
- Temp P/T while student
- Hire from Spanish office

Phylles
Loan document

5/25/99

SPAIN – Adolfo Telephonic Mtg.

Columbia Contract until 2001
will be signed next week

Italphermaco
meeting
chile + Portugal Agreement

Ethyphsim
Diltiazem

Sales 240-250 mil. this month.

Patents – omeprazole
Bought new Machine – 3 wks. for
new formulations – Sm. Machine

OTC Pdt – Hand Cream
from

CaCO3 – June – Aug ⟩ Approval
Fluox – July – Sept

HIGHLY CONFIDENTIAL

BENTL000557

Cantabria    33.5/kilo Belmac
        150K pst / kilo — Omeprazole
        80 K    / K — Ethypharm
        70 K        — turkey
Richard Boyle
        Lactobacillus — New from
Aimafungal — to be sold maybe @
        20 mil Quote
Ingrid — Anti-influenza plt.
        from Wasserman

Govt. of Aragon
        6 mil pstas   for rennovation
        to Give us.
FDA Centif. of plant
        Bring requirements GMP
G.M. of MOH — next week mtg.
        Omeprazole — Lactose in formulation Generic
Kristina Citeya — Visa
        Speak w/ Jose Maria

HIGHLY CONFIDENTIAL

BENTL000558

B871

Cantabria    33.5/kilo Belmac
150 K pot./ kilo — Omeprazole
80 K    / K — Ethypharm
70 K    — Turkey

Richard Boyle

Lactobacillus — New from

Aimafungal — to be sold maybe @
20 mil Quote

Ingrid — Anti-inFluenza Pelt.
from wasserman

Govt. of Aragon
6 mil pstas for rennovation
to Give Us

FDA Certif. of Plant
Bring requirements GMP

G.M. of MOH — next week mtg.
omeprazole — Lactose in Formulation Generic

Kristina Otega — Visa
Speak w/ Jose Maria

HIGHLY CONFIDENTIAL

BENTL000481

B872

Matt Cutter

5/30/99    Press Rel.    - non-exclusive
           Review      - No price
           with Spain  - Moron + Chile
                       - Set price
                       - Send New - office

           F23 Very Good - 1%
           impossible for Gel
                       substituting Alch w/
                       more H₂O - GEL

           6-7  500 mg of Each
           Bottles    Send Monday

           FAX/E-mail Acolofo

6/1/99    Bill Packer
           - Co-promotion
           - Broaden to Internist
           - Efficacy Phase II / III
           15%    0-50 mil
           20%    on sales over 50 mil
                  - Manage development

                       Lease @ Co.

HIGHLY CONFIDENTIAL
BENTL000490

- Mktg. Partner

<u>Spain</u>

Italpharmaco

Apomorphine w/ CP215 — ? Patent position
Lic from Brittania   Subcutaneous
for Parkinson disease allows
movement of paralyt.

ANTIBIOTICS PHARMA .

Omeprazole contract .

Amoxicilline

Pedro Peña — WEEK

2001   Extend 6 mos. more beyond
Oct 2000 (How)

Ethypharm — wants Ltr. (France)

Diltiazem SR

Omep. (aqu. formulation)

Nimisipraole (J.V.) — Bioequivalency

Gave Ltr. to us — giving us

MAY  Sales —   Spa   Nari.   Total
                180    60      240

G.M.

Being sol'd Iths (April) + eval. only

After Lab.

- Selling Ciprofloxacin

70 Mill. Psts + supply 5 yrs.
@ 30% of PVP

BENTL000493

B874



USD Down — 3 Plts

New Approvals    MOH — Mtg 10 June Will give Schedule

Fluoxitine 2 reg. (July → Sept)

$CaCO_3$ + Vit D ('July Approved)

Omeprazole generic (July → Sept)

Buy A calciton add CP 215
modify

Placement Pharma — Richard Boyle

20 mil w/ Trademark
s341 Rimafungol
we must manufacture.

— Then do New registration @ 8% w/ CP 215

O'cylprobkoxamine

OTC Products
Buy 6 mil pstas        } anti allergy
oxym      +phen.

2 Wellcome

HIGHLY CONFIDENTIAL

BENTL000494

B875

TRIDENT GROUP Meeting

6/9

ACNE - OTC

* BENZol PEROXIDE - 2.5 - 10%
    OR
Humectin
    OR
Salicid -

Small Company - *200 - 300 Million
Healing.
Less Frey.
Proposal  20th June

* Lip Balms (therapeutic)
PEG 2000 wax w/ CPG 215
    roller ball
margins lower OTC
unit size  smaller
Skin Cleanser (Improved)

SPAIN
• NEED GMP FDA Guidelines (Fed Ex)

FDA.GoV.

HIGHLY CONFIDENTIAL

BENTL000498

B876



6-15-99   Spain Mtg. Madrid

1. Antibioticos PHARMA
   - Manuf. contract not signed yet - until   but   Oct 2000
   - JRM speak w/ Pedro Penna
        w/ Manolo Martinez

   Want Bulk Capsules
   Omeprazole was -

   Lab Colombia - Proposal to Manolo + Javier Carrion
   10 Pdts
   Formulation - USA
   Manuf. - Spain
   Mexico, Peru, Argentina, Brazil - Territory
   Develop Mex.
   Patents co-owned

2. New Approvals July
   CaCO3
   Fluoxitine          } Price approvals - Oct
   Omeprazole Generic  /

3. Omeprazole
   2 Possibilities
   Ethypharm signed ltr giving right to
        Lab Belmac to have own customers
   - want ltr from Belmac
   New Formulation - New Machine - New Patent

4. Ethypharm
   * Diltiazem Register license
   * Lansoprol Register needed

5. Natural Derived Pdt. (Nutrition/dietery)

HIGHLY CONFIDENTIAL

BENTL000506



**B877**

14.  ANTIBIOTICOS
     Julio Monteverde / Pedro Penna
     Gen. Manager
       - Omeprazole raise price to same as
       - Problem in other products
       - Meeting - 8:00 Breakfast NoviHotel

✳ 15.  TAXES - M Price work w/ J. Santos
         ? Take set up charges as expenses
            But when Mike consolidate - Amortize
               is drug licenses

16.  Budget Review
         Talk to Mike to Run figures

17.  Generic vs Branded              July - Approval
                                      Sept - Approval
       Gen. Higher than Branded
    ✳  7 months to Approval - New Law
     Glaxo
         ZANAMIVIR (intranasal) for Influenza
              CP215 in return for spain

18.  Clemente Contract
         Signed √ 15,840,000 Annual w/o bonus
               12,000,000 wants

19.  PATENTS
     2 Omeprazole
     Old Formulation
     New

HIGHLY CONFIDENTIAL

BENTL000508

B878

6/18/99 | Alexis Barron

\* Optimization of formulation
     is the basis for new patent
     Surprising result - fact that
        there is a specific range that
        works best 4 - 6% eg.

New patents should include (others available commercially)
   CPG 215   Plus other
   CPG 417
          etc.
Laboratory Dated + Signed + witness

---

6/23/99 | Spain

ANTIBIOTICOS FARMA

· Amoxillicin sachets

· Omprerole Prices
        25% less S. Am.
        584 psts. ⟶ 549 they want
              Doc. 2000

→ Taxes (import) Spain to USA
   Unit.
   500K   584

   250K   500

   250    475

   1 Mill.  425

→ C.A. 15 in Mexico

HIGHLY CONFIDENTIAL

BENTL000513

B879

Ethypharm
· Diltiazem
· Linsichopril

Itelpharmaco
Omeprazole - MOH - New price
    14 Cap increase  580 → 1629
    28 Cap decrease 3054 → 2997
            ICN         1966

Russia - July
MEDEVA -

KALmi.567@AOC.com.

FUJISAWA
    Commercial
        · Head to head against oral
                            cream
Both  · Finger Nail or Too Nail
Bachibboon

10 months Grow out
2/4 PATENts
3 months
110

Nizoril cream

PHASE I/II
PHASE II/III

B880

7/13/99   SERVIER     Yves

Mr. Rolland,     PhD.
Interested more DATA
1. Peptides
Nasel Insulin
FAX
w/ DATES     SEND Non-confid
23 rd
2. WHEN coming
July
Sept.


Scientific Coll. Dept

SPAIN        CHEM.        Co
7/13/99    Doxazosine  - Shinton  25% 20 20 20 20   License
Ramiprip Complex - Wasserman [Chiesi]
Canton (Hong Kong) - begin 1st of yr
42 mil. profit
Sales July w/o manuf. 120 mil  } 210 to date  3
manuf.  90 Mil
July Expect  280- 300 + Mil
325-350 possible

MOH - Sept DMF 2US
Ceterine   -   SEQ
Cistasatin
Ethypharm Uth - Diltazem
CANTABARIA 2 - Omep (Aguesan)
              2 Manuf. From CEPA → Belmac

HIGHLY CONFIDENTIAL

BENTL000526

B881



7-8-99    Questions for Spain

Fernando - Min of Health

MOH Approvals

Pooling of Interest

IPO of 30%

10%    10%    10%

BNT    FAL    CO.

35      35

30

HIGHLY CONFIDENTIAL

B882



7/30/99    Adolfo

375 million    July 24th Bill

Ethypharm
Cantaria manuf.
    sept visit
    Omeprazole - 3-4 months maybe
            but have contract

    Interest CP215
        3 pdts

    275 Pdts
    97 Manuf
    ———
    373

Morrow
    Omeprazole  }
    Enalapril   }  Approved
    Neurodavin  }

    Egypt
        Contract
    Hong Kong - CANTON PHARM
        Signed
    Belmazol - 3-4 months

HIGHLY CONFIDENTIAL

BENTL000530

B883

Ethypharm
Buy 2ⁿᵈ machine because
2 shifts 80% capacity
Microgranulation
50% increase w/ 2 extra days
Sept. 2ⁿᵈ machine
Aquesous Form. - Submit in UK
Possible for ZARASOSSA
LANSoprazil - JV w/ Ethypharm
2 reg. 1 us 1 them
LANSOPRAZOLE

9ᵗʰ — 29ᵗʰ

7/30/99   David Raybin   406·721-7325
WANTS TO ACCUMULATE position
   "    "   Buy Block
told him About Phyllis Shea
100,000 SHARES

HIGHLY CONFIDENTIAL

BENTL000531

B884

8/18

SERVIER MTG -

Dr. Yves Rolland & Pascal Brière

* BioArm - Separate Company
        Generic Focus

    CNS
    Cardio
* Metab / Diabetes -
* Womens Care
* Oncology

No USA presence & None Japan

        Licensees

? Spain
? Generics                    ? Chinos  Spne
                              Latin Am
? Madame Trudan
? Russia - Acquired
? osteoporosis
? Intranasal
? In-licensed meteoid
? Ethypharm.
DDS companies

    Like to involve early on in Dev.

Sales  9.33 Bil

    12.700 employee
    2.025 R+D

? Redux    Clobenzorex

    Oral
? Local Anesthetic   ? HRT - Rheumatology
? Testosterone          Testosteron
? Migraine
    DV
? Scopolamine - Vertigo
? Sexual Dysfunction  male/female

HIGHLY CONFIDENTIAL

BENTL001527

B885



STOUPC TECHNOLOGY

Licensing

LTS  ⎤
 CLM  ⎦ Two proposals

FAX = Memo Proposal
         └ Patent

Omega (Iceland)

Biomerica - zal Irani

9/1/99  Actolor - Gween Metincoff
        Hydrogell - Interest
            Mol. 600 M.W.    Sol. in Creamator
               0.15%
        Formerly Sterling (Eastman Pharm.)
            371 Phoenixille P.Ke
               Malvern, PA. 19355

9/2/99  Spark call
        Inform of Visit in 14ᵗʰ + 15ᵗʰ AM
        New Registration
        CaCO₃ & Fluoxetine - Sept
        6% Mandatory price reduction
           Lab. Belmac NOT Effected

HIGHLY CONFIDENTIAL

BENTL001540

T 888 528-25__ X 8200

Jason

SEA

$40 Giff

Boston-

Action Items                    Celia - Travel - PL
Cartor Wallace                  - FRAN
ORTHO  -  Lacquer               Firmenich
SERVIER  -  Contract for Dates  Mike - Pro Vector
ZONAGEN - Samples Sent          - Package
Fujisawa - # study    | Mylan - Pick up
Novartis - Samples or response  | Airport
Glaxo · Welcome
Maximed
_____

9/28  Spain - Adolfo
      285. 290
      45-46 Profit EBIT

      Bmil Nor - Morocco - Omeprazole

      MOA - Cacos Questions
             Tommorrow  Lunch  Dec.

      EtHypharm - Zaragoza
             2nd Machine - 3 months / Jan/Feb
      Cantabria - Contract Manuf.
      MOA - CP215 meeting 19. Oct

HIGHLY CONFIDENTIAL

B887



Juventus

120 mi pesetas - Juventus Pcts. (all)
take over all pcts.
HP&O    50/50    then buy @ 1.5 X
us      us them

Diltiazem — If we signed need Ethypharm
10 days on invoice

Miguel Fernandez    (856)787-9700
Firmenich    1-609-452-1010
Peter Van Houten, Pres    (609)452 1000
Ethypharm    return Friday

9/28    Javier Santos

Malsing — Dan Diedtler
Settlement Offer    400K    275K    owe 40-45t
*150K counter ?
Monday Diedtler Returns
Pan European Stk Mkt (Similar to NASDAQ)
    EASDAQ
Javier Knows
Based in Brussels

HIGHLY CONFIDENTIAL

BENTL001554

B888



HIGHLY CONFIDENTIAL

BENTL001558

B889

11-5-99 | Spain

CANTABRIA - Naxproxsen
Antibiotic Pharma.

Lactolosa - POWDER Sachets
                purchasing

CaCO3 - few more day
        NEED information

STG cisapride possible
Trinetasadue - submit in 2 mo.
        20 million psts. downpymt
Omeprazole - S. Africa
        $ 75,000 Dossier
        + 25% Supply Agreement
Augmentin
        $ 100,000 Dossier
Ethypharm - LeDuc, Debois, Basilio
        Diltizem SR - will sign
        Lansiprisol - 2 reg. IV
                1-us   1-Ethypharm
        CPE-215 - SOHO info.
                Patent info.
                Claude Debois
        Morrocco problems - omeprazole

HIGHLY CONFIDENTIAL

BENTL001590

B890

Questions For Spain

When    Sales

New Pdts for 2000

CaCO3

CaCO3 w/ Vit D

Fluoxitine (2 Reg.)

Planta Ovata

Omeprazole Generic

Ilibruprin 800

Question

EU Filing Onychomyosin

New Manufacturing

Antibiotics

CANTABRIA

Gthypharm  USA
           CANADA

Knoll — Spain
         Italy
         Port
         Germ

Export

Morroco

Russia

Dom Rep

HIGHLY CONFIDENTIAL

BENTL001614

B891



* Nasal Spray - Bought - Press Release

  Min. of Health comments on CPE 25

11-29  Spain Mtg. Office

① Onicofilex Trademark information
   problem node in Spain
   onicofilex plus possible
   * Check w/ Al Barron

② Dec. sales get boost
   9,000 morroco
   60,000 manuf. plant

   GNR
   Manuf Agreement

   Ethypharm - Adolfo Mtg.
   Bought a Dutch company in France

* ③ SEQ - Signed - 3 yr supply Agreement
   Loratadine - claritin 4 pats on mkt
                - no down payment
                2 Registration - 1 for SEQ  1 Belm
   Ceterizine - $149,000 - 2 Rep. Belmac + Davur
                antihistamine
   3 other   FFG - 7-8 months for registration

④ Enalapril Belmac - 2.5 mg 5 10 20mg
   Enalapril Davur
              Will be 1st on mkt. w/ 2.5mg & 10mg.
              Mccube 2 months

⑤ Plantra Ovata - 2 months
   Growth very impressive only 1 pat.
                                      on mkt.

HIGHLY CONFIDENTIAL                    BENTL001615

B892

onicomycosis IMS in Spain          27 mil.

(-) Fluconazole (Diflucan) Pfizer

(-) Terbenafine (Lamisil) Novartis

(+) Itraconazole (Sporonox) Janssen


Budget

Juventus  JV  Belmac    10 yr. Agreement

45 %              35

55               45

50               50

                But increase in sales @ 55% to LBel.


BMS

Paracetmol -
ARIZAMOL

Belmac PDtS Sales

Top line Effected by
? Finedol - How many months
? 14 - 25c. capsule Omprezole
        Price increase

MAnufacturing

ISO 9002  But GMP 1st

GMP - USA


Personnel   Lab Belmac   OTC   Lab Davur

Sales     ?Ml

HIGHLY CONFIDENTIAL                    BENTL001616

B893



30 Dec 99   SPAIN - Jose
                Problems w/ Clemente
                MERCK - Pdts. may not sell
                        giving second thought
                MOH - Nothing
                Financials - Dec 314 mil. Sales
                                    70-75 mil.

30 Dec      Amex Transfer           Wilber Miles
                718 921-8247

30 Dec      SPain - Adolfo
                GNR
                    License of our omprezole
                CANTABRIA
                    License of our omprezole
                    20 mil Down but
                    50 mil "   if Approved
                    25% our Supply Agent.
                MERCK - wants
                    2.5 X Sales
                    w/ 3 months EKTRA sales
                    will call us next week
                ALTA
                    Ciproffoxacin
                MOH
                    Bioeg. Omprezole
                    Holidays until 10 Jan

HIGHLY CONFIDENTIAL                    BENTL001640

B894

1-5-00 | Spain

Ethypharm

SIGNED New Price for 2001

Contract in Prep

SmithKline - Meeting
Mike Shaw

McNeil -
Elimate monitor to reduce wt. of sachet
Twistet - some small changes
TEVA - Meeting

Groupo Industrial FARMEX
Antonio Ballesteros  checking out

Diltizem - will move

Daquimed - new company

50 mill to date.
10  "   "   "      Davur

Atul
BOD Meeting
McNeil
Knoll - Al Hannir
Insulin
Pfizer
Alcon - Tom MacDonald -
Yungtai

HIGHLY CONFIDENTIAL

BENTL000049



01-31-00
01-31-01

<u>SPAIN</u>

Omeprazole Organic Patent

# Redacted

Omeprazole Tablet — NOT YET ready for P R
Teva

Dossiers - NOT YET - Recieved Fax 3 Files
SENT
Bayuil

Glavo/SKB -

Novartis - 8th 9th ZARAGOSA Visit but
Mexi city therefore
After 15th — 2 DAYS
then to Switz.

Sanofi Synthelabo - 13th evening
14th AM 9:00

Omeprazole to Portugal -

MEXICO

Dunn + Bradstreet - 2A & 3A - Best Rating

PARACETAMOL - TABLETS READY TODAY - manuf

Bioequivalency — 650mg, 500mg, 1gm
Qkicken onset     Both Sachets + Tablets
TOTAL 6 studies

Object HAVE Funding

Omeprazole Tablets

OMEPRAZOLO - Organic
30,000/kg Paying    15,000/kg COST

12K Kilos/yr × 15K    = 180million/yr

B896



BENTL001656

B897



2 omprazole Generic

GMR — Std — ome private 3rd of month

Cant

Estiydra

Fluoxetine — Not being reviewed
— 25th Institute to Review

Trimetazidine — Sub Jan.

Loratadine — next month

CPE 215 —

Amoxicci

Merccll — Pdit Important next

Simarctin + Soon

✳ Amoxicillin Approved Gil. Belmar.

HIGHLY CONFIDENTIAL

BENTL001657

Mrs Norsub - Jane Peterson
Class Mate

Fangs ✓ Martin 630-655.0938
Bartons 208-248.8358

14th

2/16/00   FDA   Vicky Lutwak   301 827 2073
    IND   59878     FAX 301 827 2075
    Summary PEMA

ARISTO

2/22/2000   Spain - Adolfo     Herrera@Belmac.con

1. BMS - Friday Mtg Cronin
2. Omeprazole tablets ~ Patent written
3. Merck ~ waiting to hear
4. Tablets BOR ~ with Lights
    Promotion Control VAS
5. Selegiline ~ Approved waiting for paper
6. Doxazosine ~ Almost approved
7. Pentoxifiln ~ need explanation of latency

HIGHLY CONFIDENTIAL         BENTL001674

B899

(Cont.) Bob Friedman

J.V.

?     No Teva Equity — No Money Injectn into

* Manufacture

Many Mutual Recogn.

May Buy another Company

Break-up - Clauses

       Personnel Indemntics

* Sales Force

* Contribute All their pdts.

Joint Business Plan

Report of Spanish

        — cell - 1-917-331-7793

#2-    Spain

- 5.6 mil pstas - ompregate

- Ethyphirin - Agut

- March — Local decision NOT USA

   Pent

   Dox    } March possible

   Enalp

   Ompra

- Sales — 255 mil - low in Feb.

        Feb. 8-10% Normally lower

        w/ Jan + Feb combined

HIGHLY CONFIDENTIAL

BENTL001680



FRIDAY 26th 2000
MEETING IN SPAIN

## Redacted

New Registrations - MARCH
* PENTOXIFILLINE      * CODWISAN
* DOXASOCINE         * ALPROZOLAM (USED)
* Seligiline — Approved need paper
* Omprazole Daver
NEW Patents

Redacted

* ② Paracetamol - Sachets
Clear dissolution
650 mg. tablet  1000 mg Sachets
Ethipharm - did not sign contract
13 April — Mtg. Zaragossa
BOB. Meet w/. ELENA
Jim w/ Bill Parker, Russel Cleveland
Galderma Possibility
Steve Clark    817 263 2607
Janusz Czerniewski  609 860 8206

HIGHLY CONFIDENTIAL

B901



SALES CALLS

Doctors        Pharmacies        Generics

Omeprazole =, MKt. For US in Other
European mkt.

1st W/ Fluoxitine

needs Registration - needed
"    Commercialisti - needed
"    Wholesalers, etc

80 raw material under development
Have Reg. Affairs

40 UK
30 Bel
60 Germ
30 Italy
40 Bdg

→ IMS DATA

CONTACT
George Borrett - Pres.
Bill Flecheer -
Herold Ben Mainon - Hd R+D

HIGHLY CONFIDENTIAL

B902



Teva
Highlights

MKT Res.
Regist. Expertise
MKT.
Sales
Pricing Guidance
API


Belmac
NAME
Reimbursement of Sales Expense
1 Reg for Lab Belmac
Split Profit After Sale Exp.

HIGHLY CONFIDENTIAL

BENTL000745



Update

1. SPAIN — New Prfs.
   Omeprazole - Generics
   Seligina
   Doxasocine
   Pentoxafiline
   Miorelax - No caps. 1st
   Merck
        Codesci formulations
             2.2 to 3 mil
             More sales
             High GM

2. Spain Prolit for Jan
        Record High @ 61 mil

3. TEVA - Has selected Belmac
   Letter of Intent - Next 2 wks
                    returning next week
   Motivation - Many Approvals
                    4 months to Launch
   Objective to be No. 1 in Spain
                 OR NOT ENTER
   Sales 1.3 Bil.

4. Novo Nordisk      ② Scandavain. Quota
   ③ return          (Confidentiality    "Never seen Novo
   w/in next                              react so positively
   Few weeks         Letter of Intent to follow  and anxion for
   to discuss Structuring   Nasal - Insulin   the 1st meeting.
   A commitment in   Transdermal Email   Center of collaboration
   Peptides incl. Insulin    Peptides

HIGHLY CONFIDENTIAL



03-20-00    Spain

03/20/00  Dominick & Dominick
          Steve J. Weger        VP Corp Plans + Dev
          Abbott
          One Abbott            847 937·3638

03-20-00  CARTER WALLACE - Peter Burke
          Testing of E-Z detect - Good
          Wants formulation for fem. Health
              ? Testosterone

3-21-00   Spain
          Enalapril - evaluator expects no
          Ibuprofen 800 mg -
          New law ref price + Belmac not issue
              .... SEPA - decreased price required
              → Probably no new pack of TAX
              9 Million reserve
              6 Million    "
          MERCK - contract (draft) sent
          Cantabria - omeprazole
              20 Million - 1 yr supply
              4,500 pst. / kilo from Strephara

HIGHLY CONFIDENTIAL

Spain Mtg

1. April 10th; Mtg Logistics.

Intercontinental rooms
   - mtg room – Telephone w/ Speaker
   - overheads Equipment.
   - Time Spanish pres.
   - Time BOD
   - connecting room for mom

paid
150.        results 1st Qtr.
us          contra bonus
16          expat E mil

Women – organize

Zaragossa visit – Jim
                 – Bill Packer
                 – Russel Cleveland
        down/Back Same Day

2. Modify LOI

Name:  Davur – TEVA

Management:  Lab Belmac / Davur

License  Pdts  to  Lab Davur

Object :  Generics  (Lab Davur)
          Branded  (Lab Belmac) lic w/ royalties
          OTC  (Lab Davur)

J.V. Company or Davur.

List of Pdts.   Mkt Competitors   Mkt Size

General Performance expectations
      Sales   Margins   growth

Ethymed. – transdermal

HIGHLY CONFIDENTIAL

B906



29 MARCH 2000

SPAIN MFG. OFFICE
Qtr. 1st Projection.
        150 mill Profit vs. 75 in 1999
            150 Cinfa License
            14 Export Profit.
    Sales may be Lower but Profit high.

?    J.V. Company
        IPO on London Exchange

    STRUCTURE
        License for 3 yrs.
        Then Best Effort to Form J.V.

HIGHLY CONFIDENTIAL

BENTL000766



Ethipham

Ketoprofen Gel - interest w/ CPE 215
Conf. Agreement - one modif. coming
Aqueous Formulation -
Drug Delivery
  • Oral Delivery
  • Topical
  • Patch  } Ethymed
    • Citx

HIGHLY CONFIDENTIAL

BENTL000770

B908

right of 1st refusal
IPO –

5 Ports – overlap –

1. DRAFT MOU

2. Include 03 04 yr.

3.

---

SPAIN
Cinfa
Teport
CANTABRIA – 20 (10 + 10)  3yr Supply
Actypham – 25           [20 pstos 7 pst cost

MERCK – Maximo Gomez
Ethypharm – Confidential

HIGHLY CONFIDENTIAL

BENTL000772