B909



5/03/00   Spain

June PR   Awaiting Paper   30 DAYS
            Omeprazole
            Sertacli
            Pentoxyfun
            Enalapril .5 mg;          2.5 mg   Not
                        20 mg.         10.0 mg   possible

June PR   Teva
            Mou   11 – 12 visit May
                  Business Plan

          Merck – Waiting

          Athypherme / GNR – Signed 5 mil

          Cantabria – Signed   10 m

          April   Budget   216   209 Act.
                  Manuf.   53    42
                  Profit         +15

                  • Manuf. – Upgrading
                  •         Efficiency

5/04/00  Spain

         Mateo Gaska – fired

         Domingo Denabe   Etthyphein France
         Homeopathic

HIGHLY CONFIDENTIAL

B910

Ethypharm Mfg / Paris Pierre Germain

DBF                    DDS
Lloyds India
Ethymed Patch
EDDS (Milani)

Pain Management
- Fentynl          Lidocaine        Morphine Sulphte
- NSAID            Ketoprofen
- Oxycodone        Ibuprofen
- Hydrocodone      Panacetamol

ORAL
Vit. B 12
HRT
Testosterone
* Estradiol
Progesterone

HIGHLY CONFIDENTIAL

BENTL000779



Spain:

TEVA Business Plan

Ethypharm Spain
    10 Million

Ibuprofen
Flunoxitin  } May Approval 17th

Trimetazine - June

Set.
eral.  } June Announcement
omepr.

Plata ovata

Antibiotics 2-3 yr. Contract

ALApharma (G.welcome formerly)
        Called - Omeprazole - Next Wk
                            Contract

Merck - ? Codesive

Italpharma - Now at SGPA
        Gyneco
        Sell for 200mil psales

Ethypharm
    Know of our omeprazole
    Working on notebooks
    Know Cabaja

April
    Profit 38 mil psales Budget
        47 mil        Actual
        53 mil w/o reserve

704 px88

B912



Ethypharm - Mateo Gaska - Ethypharm WANTS A Ltr.
    Thursday meeting w/ Mateo.
SEPA -
TevA - Friday Projection
    - By End of month TevA to send
    the licenses for pdts.

5/17/00   Knoll - Jordan Pollack   973-426-5410 FAX
          Oxycodone                426-5406 Phone
          Hydrocodone
          Dermatology

5/22/00   Chic Bolling

5/23/00   Spain
          Ethypharm
            ◇ Ltr. Mateo Gaska - Payout indemity
            ◇ Adolfo Baulo -
                  Aqueous Formulation
          SKB/Glaxo                TopGin - 40% of PVL
          monocid                  Fernando Garcia    M
          Acyclovir                  (New manager)    O
                                   minimin sales      H
5/23/00   Knoll Pharm.            Italpharmaco
          MEETING June 1          SEPA Cabela
          Intranasal Insulin        ◇ Calcrum exchange for
          C.A NEEDED to be          × Lovastatine + cash
          FAXED                     · License omprezole
          973 426 5410

HIGHLY CONFIDENTIAL

BENTL000784

B913



5-24-00    PETER FIGELMAN
FAX 714 647-7911

5/24/00    SHARDA STERN

DATE OF DUE Diligence Trip
Bob Gyuik ? ASK Mike

24 March 97 - TAMPA. Meet Yungtai W/ Dr. Wang

May 97 - SPAIN

June 97 - CHicago

NOV 24 - Los Angeles meeting
Yungtai wms the Broller

5-25-00    Jordan Horvath
WHERE CO going
Relocate - NYC
Compensation

JHorvath@Parkerchapin.com

HIGHLY CONFIDENTIAL    BENTL000786



5    6-6-00    (847) 478 0887
Mark Werner of Cornecopia
Chicago Based    Capital
Columbian Labs (HYPE) Mkt Maker
Gates Foundation

6/7/00    Spain - Adolfo

OBrien Reg
Ben
Omep
Seg
× Flu    2 Bd Davu
× Encil    "   "   "

Merck - C.H.  Mtg Friday
Schural Spray - Launch this Mo.
• Omeprazole
• Friday

TEVA
4 Transfus
Panta → Pharmachim → Davu
• Acetyl Cysteine
• Ibu 800 ny

3RD Co. Bentley Pharm.

[illegible struck-through lines]

HIGHLY CONFIDENTIAL

BENTL000795

B915



SPAIN cont.

Antibioticos / Columbia

Jamie Capreon

— Omeprazole Dossier In return for
  Amoxicillin Dossier but we have
  Supply Agreement of omeprazole

Patent For omeprazole
    1st wk July
    Granules         ⎫ 2 patents
    Tablets          ⎭

    FDA

Development Simvastatin
    15th July Tablets finish

6/7/00  ETHYPHARM — Pierre Germain
        → Left message   011 33 , 41 12 17 20
        Mtg. 29th Lunch


Screening - Plough.

        OTC

        G.W. Rizythia

HIGHLY CONFIDENTIAL

BENTL000796

B916



JEFF Bronson

- Religen - Secretin DDS needed.
  Walter Harlahy (781) 449-9560
                                    x 2000
       talking to Athermes
  WHERLILLY @ Repligen

CALLS TO MAKE.

1  BASF Knoll - Jordan
        (973) 426-5406

2  Schering-Plough
      Gary Wildman
         (901) 320-5053

3  ABBOTT

4  Jasper Drojat 415-291-8280

5  ADOLFO Mobile 624-369-032
              Ethypharm

6  IDEC - Maurice Mezzour

6:14:00  Ethypharm - Pierre Germain  ON  33141121720
               LEFT MESSAGE

926-9324
186 Sport
HP

3030 Jackson Ave
  new          39761

HIGHLY CONFIDENTIAL                    BENTL000800



Press Releases

| July | Fluoxitine |
| July | Selegiline |
| July | Omeprizole |
| July | enalapril |
| July 1 | Merck Pdt |
| July 15 | Teva |
| June | UNH - contract + grant |
| July | Dartmouth |
| Aug | Jordan Howell |
| Aug | UAB - initiation of Dosing interim rpt. |

To Do: 6/15/00 on return

Religen - Slides - Sched. Mtg.

Abbott -

Semtel - call to sched.

HIGHLY CONFIDENTIAL                     BENTL000801

6/23/00 : ABBOTT — Al Harris

Interest in insulin
send info
Al.Harris@Abbott.com

E-mail { SENT { toxicology
Safety Sec.

6/28/00  SPANISH MTG:

Pentoxifylline — Announced
Omeprazole — Have code #
one week by 7 July
20 July

Fluoxetine          "
Enalapril           "
Codiesene

Lab. DAVUR
31 Salesmen For Oct/Nov
4 Brochures — lowest price on Mkt
Selegilina
Fluox
Enob
Omprazol
Cyproflox.
Simvastatin — Prime material From TEVA
for development
UK. Submission & 6 license

HIGHLY CONFIDENTIAL



07/13    ETHYPHARM
         Pierre Guérin   011 33 1 41 12 17 20
              until 24th on vacation

                                512 8026

                GNBT

07/13   SPAIN:
        TEVA supply   Pentoxifyline

                                PASSPort office
         Travel. Gov              617 878-0900
                                Schedule Appt

              Passport Express 617 236 4423

                        Confirm #

      P. oneil        $35.00 Expedite Fee
      11:30 - 11:45

                  #  1  1  1  2
                  003 72 2636
                     07 16      7/14
                                12:00
                      1.2
                          003 72 2636

B920



07/24/00    Eli Shobot - TEVA
            reviewed Press Release - Go.

07-24-00    SPatri

            Lowest price + 20%
            Launch Omprezole Sept. have price
                                        by end this week

            Selegiline    )
            enalapril.    )  Expect Sept. Approval
            ciprofl(ox).  )

7/24/00
            The Trout Group
            Johnathan Fastburg    212 471-9007
                                       x 16


            Andrew Scott       1 800 422 4114
            M H Meyerson
            Healthcare Analyst

HIGHLY CONFIDENTIAL                    BENTL000824

4/13/00  SPAIN  Telephone Update

Omeprazole - List on diff regions:
- high response  15K units
- Sales will be very high
  last Qtr.
evol to 100K units / mo.
1185 pstas / unit
300 cost
_____
GM 70%

Planta orala
Zeliqum - Approved
Pentoxyfilline - Launched Last Wk
Fluoxetine
enalapril
Ciprofloxacin
Codesain

CONTROLVAS — SHIRE  END OF WEEK
BEFORE END OF MONTH
GM Spain memo necessary

Ital pharmaco
2 Licenses Portugal
Enal & omep.

Ethypharm - "ignacio alverez
did they call to Buy Ethypharm

$ 6.6 mil    Sales 1200 mil    400 mil profit Net Return
$ 2.2 mil    France 6 person fired    120 mil OVHD
$ 660 R OVHD    if 20% royalty

B922



Novartis wants to join w/ Ethypharm
to manuf. in Spain

9-13-00    Ethypharm - Pierre Germain  left message
requested meeting 26th or 28th
will call monday 18th

9-13-00   M H Myerson - Andrew Scott   2:00 conf
                800 422-4114      Analysts
                                  Institutional Sales

Ethypharm
6.6 Million                    6.6 mil

2.2 PreNet                     2.2
                               1.2
                               1.0  Pre-tax

RON REE
Make Appointment



B923

9/20/00   Ethypharm – Pierre Germain.

9/20/00   BERTEK – Dr. Baskar
          Testing complete + Report sent
                 Huddle Next

9/20/00   Mike Yates – Dain Rauscher
          Investor Business Daily. Signal on Stk.
                www. vcall .com
                INDEX. 1st Security
                DAY. 1   Konf.

          Mission :
                incongruance – "went over his head"

          3. { Eurodollar
          Es{ Energy
             { Earnings

9/20/00   Auxillium – Per Bob Stote

9/20/00   Robert ZERBE (Consultant)
          Richard DiMarchy – conservative
             ○ Glidazones evaluated in Past
          Pfizer sets high price for Alternative
          *  – Variability biggest issue
          Pfizer –
          * 180 min testing

HIGHLY CONFIDENTIAL

BENTL000845

B924

9/21/00  Spain
                    Senioral
16 - 23rd  Omeprazole meeting  with
        Teva. wants. Europe. license
        Helm Iberica - wants. license
                    to Omeprazole. Also
        New Patent omeprazole away out
        Shire Biki today controlvas
                meeting with Broker
Meeting with Ethypharm 3:00  27th

9-21-00  Dom. + Dom. - BGI Friedman
        London - interest.
        Parallel Imports expanding in Europe
        3-6 months needed for European IPO
            20% = 100 Million
            Trade London & Madrid
        Midsize Greek Co. wants to go Spain
        George Sacick - Mtg. - (212) 558-8961
                    Following in Europe
                EUROPEAN Institutions

9/21/00  BMS - Joe Loftus
        2 weeks   Oct 11th after will call - Gp. meeting
    Ditta Kupta - Discussing next Phase
    52nd Drug supply - Proof of Principle
            to Bentley            Study of Dartmouth
                                will be allowed
                                if someone there

HIGHLY CONFIDENTIAL                    BENTL000846

B925

9/25/00     Diabetes Clinic
Dr. Sherwin Swartz

- New beginning w/ Nove + Lilly
    who will fund our development
- Fax information   210 614 7385

                                6.6 mil sale
                                2.2 mil Pretaxnet

9/27     Spain (Adolfo-Perio meeting)

        Codesman
        CHEAPEST PRICE   MUST BE APPROVED

            Fluox              5 October
            Enelapril
            Selegina
                            5757mil. pesta. next yr.

            Perroxyllin       Sales going good
            omeprazole

- Antibiotics - Antonio Ballesteros (for Sale)
- CaCO3 - 200 me - SEPA, ABBOTT
- Centrovalas - 900 mil - memo to go   5 yr min.
    TEVA  16-17-18 OCT visit Spain

HIGHLY CONFIDENTIAL

B926



19-27-00 | <u>Ethypharms</u> meeting - Paris

- Aqueous formulation
- Solvent capturing equipmt
- Sublicenses
- ASTA relationship
- Darru / Boehmac relationship

Lab Bdn. 25 mil FF $\rangle$ 30 mil FF Spain    80% Belm
           6. mil FF        50 mil FF target

- Structrs
- Manuf.
- Customers
        5½ People

500 sale.        700        20m License +
350 mant.       400        manuf. (more)
150 R+D Reu     300

Typical Structure
  1. Upflow
  2. myeltin
  3. Manuf.

Project Proposal - Precise
     Manage        Sales / Business Development
     Sublice
     Revention
     manuf.
     countries - Sales from Spain
          Emphasis on
Patrice - R+D DDS
Leduc - on proyd.    } 3 weeks to
Germain - COO operati

HIGHLY CONFIDENTIAL

BENTL000851

B927



DARTMOUTH
   ALLA KAHN  603  646-3675

Biopherm Swirly : Switzerland
   Bill Hicky - connected a head
            Intranasal Insulin

5 OCT   SPAIN:
30% Rights to Commercialize + Reagents (Novis)
50% TRADEMARK (4 months)
25% royalty

   Ethypharm — Meeting
         Ignacio — called wanted lunch mtg. 10 oct.
Exist sale 500 mil pstas  sales  = SAMG income reduce OVH
new bus. Increase 30%  70% profit
         Ethy;     tsdmac
      we take sales.

JORDAN — Auxilium

10-5-00   Mike McGovern  —  Macubale degeneration
         400 patients
            Sam Snead / Paul Harvey

HIGHLY CONFIDENTIAL

BENTL000857

B928



DARTMOUTH

Auxilium

TESTOSTERONE + TOTAL RIGHTS

1. Clear understanding BNT can pursue other application utilizing a patch

- ALZA
- WYETH
- PHARMACIA

2. Clear understanding Patents for use in areas beyond there reach acquired, can not be given and is not being to them.

CFS \ Patent
FMS /        350,000

CA + NonCircumvention
   + Oral Methyl TESTOSTERONE
— reservoir

Spain
Shire wants to have Nov 30...

HIGHLY CONFIDENTIAL

BENTL000858



B929

Ted Gomoll

DLT Conf. in Pheonix
Medicis - resurrected

Eli Lilly - Reily
• Stewart Garvin
•
•

Spain

Controllers - Next week sign by 1 Nov
Belmazel         Next week Before 15 Nov closing
CaCO3 - Shire
Davur - 35K units omperzole
      - MKT ↑
      Selegelin Oct
      erytpril Nov 15th
Omperzole - Next wk.
Paracetmol patent - Next wk Soluble in Glass Water
Simvastanine - Jan Submisson

New web site

6/          9³/k
            47k

SB  25K@10
    25 @ 9⁹⁰  LB
              MS,S
Sold Pub 20K
     BS

HIGHLY CONFIDENTIAL

BENTL000859

B930



Short Mid Long

Strategic Plan

Pett Disposition

Tech Acquisition

Merger / Acquisition

IPO London / Madrid

Diversification + Tova

Recapitalization
Petto Future + Distributive
Collaboration

Spain

Tova impressed w/ maxif
Simvastative tablets (generic)
(Impotently tablet ( form etc) - Nov. machine
Paracetmol
· yn to file euwide
Stability
Bioequivalency
Ethipharm - Ignacia    (Phillipe Boudol)
Alverery              Hd. Manuf.
                      later requerting chart.

Shire
   Next Monday Due Dilagin - maxif.

Cinfa - omprisole Price from Ethipharm
          Ave of 3 cheapest
              1135 }
                   } Ave. 1325
AlcAlpharma
    325 p's's our cost

HIGHLY CONFIDENTIAL

B931



Aventis — Linda Hogan   908 231-3512
                        908 231, 2291 FAX
                        Linda.Hogan@Aventis.com

10/18/00   Allergan — Wm Humphries
                              Humphries_Bill@Allergan.com
           wrong and faxed
           orylan information

           Billi Quinn    800 766-0045
           wants mike McGovern

                                    ARDMORE Ave

                                              Darby

                            30

                            HAVERford Road
                            Admore turn right
                            Darby Paoli Rd.

10/16/00   SPAM
           ref. for mutual Register — Omeprizole
           Ungria — Patents
           TEVA — Patent Attorney
                  Supply Price

HIGHLY CONFIDENTIAL

BENTL000867

B932



HIGHLY CONFIDENTIAL

BENTL000875



10/27/00    <u>CHic Bolling</u>                    **B933**

- Option Tax issue For officer & Directors

Russel
Teva

10-30-00   <u>Spain</u>

WHAT Products Launched
= 1  Omprezole    4th
- 2  Pentoxifillie  4th
     Amoxicilli
     Ciprofloxacin
- 3  Codesian - # 200K @ 202 ptns 4th
     CaCO3
     Tamoxidine - 1st
     Fluoxetine - 4th 1st

= 45 • Enalapril  Bcl  Drm  4th
    • Diltiazem S.R.
     Plantago Ovata
- 4  Spelafine  4th
- 7  Bimginip Complex 3rd
- 8  Serio Spray  3rd

HIGHLY CONFIDENTIAL

BENTL000002

B934



10-30-00   PETER Fiebelman

JOHN Good - Expressed Concern

10-31-00   SPain

- 011 34 91 388 7640
- Henriera @ Bielape.com
- Next Friday or Monday Submission

Omprazole   2 wks

10-31-00   Follow-up

BMS - Azole
DARtMouth - Agreement
Auxilium - Modification
Duke - MTA
JOHN Good
Alex Silverman
EthypHARM
SHIRE

Soluble + dispers-
* rapid on set
improved TASTE MASking

HIGHLY CONFIDENTIAL                    BENTL000004

B935



11-3-00        Canadian Environment Medicine
               Preservatives ? in Testosterone
               Dr. Jerry Roth -
                    Email
                    Phone
               CNS - Blood Brain Barrier

11-6-00        Spain
               SHIRE - Controlled Branded
                        vs Enalpil Generics
               Solbi -

11-07-00       Spain
               SHIRE - GM. Signed Ltr.
               Ethypharm - Spain
               G10 forward "from Ignascio
                    NEXT Monday night

               Pfizer
               SHIRE -
               Clinton - SATAN PEARLY GATS JOKE
               Dom -
               1.5 Ins + @ 65 retirement

HIGHLY CONFIDENTIAL

BENTL000007

B936

11-08-00  Dominial & Dominick
          Script mag. +


          Mission -
          SYNERGY -


11-09-00  Adolfo -
          SHIRE -
              1. Royalty
              2. Reduce price          4 TRADE GENERIC
              3. Spironolactone          FOR ANOTHER
          Lansoprazole -
          Dec 4th 5th
          Omeprazole patent

HIGHLY CONFIDENTIAL

BENTL000011

Alcon

- Antihistamine intranasal
- Opthamology
- Betablockers -

11-10-00  SPAIN

Ethypharm - 3rd machine

※ Omeprazole generic form
                Lab Belmac

1. Manuf. Slow Release Patent

2.        Omeprazole tablet

Cinfron - Ask 150 Million
                Monday (Tues OFFER

Controlvas - SHIRE          Mouth(14)
                                         TAM = 8
        15% price - worry -          YTD 14)
                                         IMS Sales
        Monday - Decision          drop

                Budget              YTD
October Sales  320  293   JJ   48 over Budget
Belmac         55   40  }(28) less    ii Profit
controlv..

Codesian              384 Profit Plan
                       430 " YTD Acctd
        2 mill Instant
        8 mill Paymt.              Manuf 293
* Purchased Inventory = 55% thru Jan
        But w/Manuf = 70% After Jan

Nov.    Sales  77

                Obj 1,000 Million
Davur   7 mill pst. omeprazole
        30 "   "  Nov

HIGHLY CONFIDENTIAL                    BENTL000013

B938



Investment into Market - Lauriel

Monden Enalaue
selegubu

Italpharmaco -

Antibioticos

Lansoprazole - raw material - can't find
a source w/ Patent protection
(liquila) bought technology

Patent Omprazole < Hold Press Release >
SHIRE 20 Mil Patls more to Broker
• ZIRAGOSA tommorrow

—   Clemente  25% reduction un salary
     Fernando              reduction "
     Jose Moira   retire         FEB 2002 65yrs.

     GEORGE SABIC
        WK 27th
        WK 11 - 12

SYMBOL A

11-10-00  BMS - Rion McGrae   609  252  3830
          • Acetominophen           Metabolic + Pain
          • NASAL pain mangment
          • Insulin                    PSA
          • Diclofenac Gel             CEA
            — SEND non-confidential
            — Biopharmaceutics Area
                 FAX (609) 252-6814

HIGHLY CONFIDENTIAL                    BENTL000014

B939



11-13-00  SPAIN

20th on 21st - SHIRE AGMT

Ethypharm - paracetamol ?

Omeprazole - Submitted

Tablets - Ungria Tuesday meeting
- Friday


BENTLEY 11-10 .doc

11-13-00  Dain Rauscher  —  ED LANGERSTROM
                             CARL BERNSTEIN

SYNERGY - IMMUNOSUGAR  N.J.

United Therapeutics fund R+D

6% royalty

<30 - STAFF

Current - LOSSES

not PUBLIC
5 yrs.

Norman DUWACK

OTHER COMPANIES  100 - 150 Mark Cap.

G.I.

NICHE SPECIFIC - ACcretive

· TARGETED COMPANY  (MISSION, Ethypharm)
                     (Honsil), 100 - 150 mil

· Distributional Investment - NOT A target
· Announcements              but High Net Worth

HIGHLY CONFIDENTIAL

BENTL000016

B940



Ethypharm

Industrial Business → Belmac
    A. Basilio      → Commercial
                        Manager Ethypharm

- Patent Approval 1 year

11-16-00  Mike Bread    214-987-2000

11-16-00  SPain

    Broker said
    " Due diligence report has statement of
            Non-Bioequivalence "

    • Cantabria   9:00
    • Accelpharma  11:00 - OMP
    - Antibioticos - mexico wants to sign
            Antonio Ballesteros

11-16-00  Dr. ZERBE    (734) 665-4507
    Ann Arbor Michigan
    Pegasus Pharmaceuticals
    Intranasal Insulin
        # Proof of Principle
        # Efficacy Study
    Have Clinical Regulatory MD
                    BMS
    Clinical Hd for Diabetes from Parke Davis

HIGHLY CONFIDENTIAL

B941

11-13-01    George Sasic
Mon. To MOH OFFICE 11th - 2 hours
Mon. Afternoon 8:00 AM
Tue. - Management - 12:00

Intercontinental Hotel

11-13-00    AGS Specialists
Prudential 401K Shares today
    Thurs, Friday, Monday    retail desk
        20      30      40
11-13-00    Smith Kline Beecham - Consumer Healthcare
    Mike Shaw - Paracetmol
            December 13th
    C.A. FAX -
    Phone 011 -
    Panadol® - TABLET - SACHET - Solutions
    Weybridge UK    011 1932 822 195 Phone
                            2034 FAX
        mike.i.shaw@sb.com

11-14-00    Spain - Adolfo
    Close Ethypharm Spain    (Lic Manager + Manager  Manuf
    22nd. Visit to Spain         (Want to
                            have Adolfo

    Ethypharm.
        Meeting -

HIGHLY CONFIDENTIAL

BENTL000017

B942

11-17-00    <u>SPAIN</u>

SHIRE CONTRACT ISSUE

Section 5

- TIME 10 months MAXIMUM
  w/o court · SET FINALITY

PETER Schultz    45K shares

.40 Earning

11-20-00    SPAIN MEETING - Adolfo, Jose-Maria, ESTER

CONTROLVAS - Dominican ⟩ Lab. Belmac
Morrocco        Keep

· Generic Enalapril - 10 days to LAUNCH

Lebanon - Omprezole APPROVED
5 K units @5 = 25K

MEETING Barcelona  21-22 FEB
RauCon.com

Clemente  16 → 12 m

Fernando  13.1 → 10 M

Jose 04 Feb  One more Yr. → ESTER

Plan        Manuf  550 mil
4.7→4.8 (23 mill)
            Davur  1135
3.3 This Yr
            Lab Bel  2.806
            Etthupharm
            _____
            Omprezole  Now  27% generic Substitution
            10% MKT

B943

TEVA - Has not yet sent Dossier.
      "    "   "  reviewed Omprazole Patent

Antibioticos + Mexico +
Omprazole in USA - register]
E. MERCK - WANTS TO TRADE
? Iran via Morroco
Taumaron/Apotell + renitadine Manil
12 mil ASK - 5 mil Purchase offer - FAST TRACK
120 Salesmen                 manuf - for Taumaron
        80
        30
        10

    Lansoprazole - NEED Patented Supply
                    OF ACTIVE ingredient

    SKB - Paracetamol
        Louis Carvajal worked in UK
        Tablets -
→  Controllas Sold 2.4 X


    Ethypharm
        DEBT  $36.5 mil Duec Bank
        ASTRA  27.5 mil Astra



Prep. For
Ethypharm Mtg.

1. Amount & Type Business Spain
    Sales
    Profit (loss)
    OVHD

2. Define Business Spain
    WHAT                    WHO

3. Projection Spain
    From Ethyph        from lab Belnac

4. Patent Protection Spain etc

5. Price of API

6. Structure

    0.

HIGHLY CONFIDENTIAL                    BENTL000027



B945

Omeprazole

?      Limitations due to Astra Agmt.
     Outside patent of Ethypharm then
     USA
     Europe } Possible
     other

?   Ethypharm - Manuf MAPS

?   AQUGOUS Formulation - Except Spain

23 Mar 2000 - CONTRACT manuf. For our
     Customers - of omeprazole
     2 yrs duration
     signed by Adolfo Basilio

     Solvents discharge

HIGHLY CONFIDENTIAL

BENTL000028

B946

SPain

SHIRE Closing
- 5 yr. manuf Contract
- 47.5 mil psts + VAT



3 ENVELOPES
1. MARKET CONDITIONS
2 Management TEAM
3 WRite 3

Ethypherm
MEETING

11-22-00

DDS Focus — redirection

Interferon
Liposomal
      LMW Heparin
JV CHINA
JV Brazil
      MEX,
      SPain
      Italy
      JAPAN

SPain — reduction of personnel
   want logistical Administration support
* Supply side — API gentralize in France
                  — Excipients by Lab. BELMAC
   Invoice Manuf + excipient + analysis etc.

B947



Ethypharm Summary
1. No Formal license to technology.
2. WANT to CONTRACT - DRAFT 2 WKS
3. WANT to turn all to BMT
4. WANT us to purchase API
5. Signed Agreement w/ Asta

In return
to manuf. MKPS
Asta will not act against licensees
Pay 27.5 mil
Not have generic competition

Consideration
1. Patent may not be valid
2. Belmac process - may be new Patent
3. " has filed other new patent
4. Ability for license worldwide

Redacted

Action
Paul        IND Equivalent Spain
            Insulin
            Lacquer - Comparative Study

HIGHLY CONFIDENTIAL

BENTL000030

B948



* SEQ - signed ceteri cine
   Antihistamine pdts
   SCU HUH    Boxalla
Atalapol Druck - 2 to 3 months
Fluoxitine - Tomorrow / Moff mtg.
Omeprazole - 1st wk Jan Productivoday
   complete w/ food
   will be 1st on mkt.
Morocco - No problem ethypharm
   Ethypharm - Claude Dubois
      Fax 33 1 41 21 7 45
   Antibioticos - Pedro Peña
      - University Study
      - Manolo Martinez in Spain last nyh
      Adamantn for Omeprazole capule

Ted Malone    781 246 4633

HIGHLY CONFIDENTIAL

BENTL001607