B949



2.5 mil unit for Pharmacia

11-27-00 National Fibro mylia Awareness Campaign
2415 N River Trail Rd
Suite 200    Orange, CA 92865
STUDY BY DARTMOUTH
Adrogen Therapy

714 921 0150
Errol LANDY

FRESENIUS KABI AG
Mission Pharmacal
Carrington

11-28-00 STDIN

Tomovian
Rantinidine    7 m.  2 register
Ethypharm
Organic Form
Aqueous Form

12/04     Joseph Rus    905 337-4488
            SHIRE CANADA + interest


12-04     Trinity Capital = Small Cap funds
            Biotech - JPharma    415 217.7070
            250 mil invested     Mon. Director
            180 mil cash              GENE
                                          Young
                    WHO      Greg Detrick


12-04-00   HOWARD MACE

            Chilean - well contraction
                Jamie Espiaga


12-05-00   Russel Cleveland
            STONEGATE - write Rpt.
                    Promote


12/05     SPAIN - Adolfo
            Louis Cabaja - SAMPLES
            Ethyphorm decrease
                4000 p / kg  = 50 mil / yr
            ANTIBIOICOS - MEXICO
                SIGNING SOON
            Budget Monday        Part.T
                                    650 - 750 mil

HIGHLY CONFIDENTIAL

B951

12/15/00  ADOLFO

OMEPRAL

ANTIBIOTICOS — Supply for

Mexico

Costa Rica    525    28 CAP

Peru          322    14 CAP

Hond          480    Bulk

Guatemala

SKB — Ltr. still due this week

TEVA — Power of Attorney

call @ 11:00

Ethypharm

Negotiate New Price — WEDNESDAY

LeDuc in Taipei

Awaiting New Agreement

Paracetamol

12/19  JORDAN

Van Kasper

1st Boston / DLJ

12/16  ARNIE              Cobil Associates

Warburg Pinkus — 5 Billion Fund

12/18  Michael Craig - Van Kasper    408 947-3850

HIGHLY CONFIDENTIAL

BENTL000040

B952

12/19   Joe Sanders

                Joe Has
                600K wts
            Peter
              180K wts
            M. Baud
                    wts
            M. McGovern
            2800 Wts
                3,680 of 5.55

        + EXTENDING

12/20    Bill Quinn — Prefers an extension wts.


12/20    SPain
         Ethypharm prices Sign Tommorrow
         TEVA - Spanish Lawyer
         SHIRE - 2nd Payment of Taxes   75mil pstas.
                  50% Price + 50% Taxes — in Past
         D&T - all
         Transfer — win 60days — Feb
         TEVA — omprezole — decision in Jan

                        - 502058 -

HIGHLY CONFIDENTIAL                BENTL000042

12/19/00   PEGASUS
           Dr. Robert Zerbe    CEO
           Dr. Stuart Dombey   CSO
           Mr. Chris Nicolas   VP Corp Dev.
        • Partner w/ others to advanced stage
        • Shared # Risk — Reward

        *  Diclofenac                    Diclofenac?
                                         Insulin

        *  Insulin Venture         "Innovators Dilema"
           Thru Ph. II
           $ & Expertise ← ownership

        Intranasal Pain Management ✓

        Formulation

12/20   Ethypharm France
           Labuc's Assistant — Contract
                    will be ready Friday

12 | <u>Milke Bread</u>

4 Gp.
- Trinity Gp. - 10K,
- Skaggs
-

50-60K stores

12/28/00 | <u>SPAIN</u>

Omprezaule
Capacity    Now    8 batches/mo w/2 shifts
                    Need   10-11 Batches/mo
                        w/ liquifp
2002-03 patent expire  for omprezole
\* Our manuf. process
    1400 psts. Ethy Sales    8 mil. USD
    400 mil. profit        2.3 mil USD
    Eurand
    Eubrand - Italy
        Osmopharm - Switz

HIGHLY CONFIDENTIAL

BENTL000045

B955

12 Jan 01   Spain - Adolfo

Cinfa - omprezole manuf.
Omeprazole - New Patent
Patents - Paracetmol

12 Feb 01   ALCON

50 mL
WIDE VARIETY
PH 7 formulat
- Highly H₂0
- Highly insoluble
2 samples
ACTIVES : SEND TO US
WANT BASE rather SALT
                        10 - 2 - 2001

12 Jan 01   Principal CHANGES

Med Co Growth
Small Co Growth
Int. Emer.
Fid Mid Cap.

HIGHLY CONFIDENTIAL

BENTL000057

B956

Sanofi - Synthelabo
Ives MARCHENAY

   PARACETAMOL
   LACQUER
   Insulin


Adolfo

   TEVA — Meeting France
     BAYER Mfg. FRANCE
     LAB Vita FOR SALE
       BAVITA   1800 Mil 13 reg.
    • LETTER - POWER OF ATTORNEY
  Ethypharm — meeting

  *  2.5 mg + 10 mg Enalapril — Approved
  *  Controlvas — will sign immediately

  J.m GALE

HIGHLY CONFIDENTIAL

BENTL000061

B957

Spain

E. Mail    SANOFI . SYNTHELABO
           Mtg. — SHOW Sample
           Manufacturing

           ANTIBIOTICOS — Ethypharm — meeting
           Basillio working as broker

           Contract — for micropellets
                           Wanted

           29,000 Tabs buying /Kg
           15,000 Lost

E. Mail    Ethypharm —
E. Mail    FAX Lab. Columbia
E. Mail    Glaxo · SKB

1/22/01    Bob Friedman
           2 — 3 Package complete
           mailing List
           LONDON — IPO INTEREST

           CHASE Cap. —

           WOUND HEALING
           Anest. Pain Manage
           Clinical PHARM
           H. R. EXECUTIVE

HIGHLY CONFIDENTIAL

BENTL000064

B958

Ethypharm

13 June Ignasio

Novartis - Lab Belmac new contract
Monday -        New plant machiny
                    fluid-bed + extrusion

5mil mil    1400 mil pstas
2 mil       400 mil pstas

Royalty

Hire Ignasio

Sanofi- Synthelabo

13th + 14th

Teva meeting

Helen de Kloet - Beyrut + Vita H. sales
        Offered us to buy
        Brand pelts declined
        + with me 3 lowest $
        Sales increasing 3% only

        Volume Sales  1500  $9 mil
        Spain + Europe

Tablet of Omeprazole
Paracetmol

B959

01-31-00
02-01-01

<u>SPAIN</u>

Omeprazole Organic Patent

## Redacted

OMEPRAZOLE Tablet - NOT YET ready for PR
TOVA

DOSSIERS - NOT YET - RECIEVED FAX 3 Files
SENT

BAYUIL -

GLAVO/SKB -

Novartis - 8th 9th ZARAGOSA Visit but
Mexi city therefore
After 15th — 2 DAYS
then to Switz.

Sanofi-Synthelabo - 13th evening
14th AM 9:00

Omeprazole to Portugal -

MEXICO

Dunn + Bradstreet - 2A & 3A - BEST RATING

PARACETAMOL - TABLETS READY TODAY - manuf.

Bioequivalency — 650mg, 500mg, 1gm
Quicker onset    Both Sachets + Tablets
TOTAL 6 Studies

Object HAVE Funding

Omeprazole Tablets

OMEPRAZOLG - Organic
30,000/Kg PAYING    15,000/Kg COST
12K Kilos/yr. x 15K    = 180Million/yr

HIGHLY CONFIDENTIAL

BENTL000072

B960

FIDELITY PREMIUM SERVICES

ATPG @ 15-18

20 or Below

MATT ENZAI    (712) 325 6884
- ENDROCRINOLOGY

02-01-01   Etnypharm

2 Remaining People
Phillipe Boudal coming in Feb
Manufacturing continue w/ us for Awhile
Lansiprasol - Active
Patent Atty - Proceed w/ Filing
Mtg. 9th Next Mtg.
16th

02-01   Jim Grote         ─ CEO/Bus. Dev. - AMARIN
Rick Stewart   ┘ 011 44 207 665 19'64
Carol-Ann
Mike Cotton, Pres. US sale
Mexico interest License
Controlled Memf. Site being sought
Gacell (AMARIN AB)  Malmo Sweden
                    over Bridge from
St. James Square    Copenhagen

HIGHLY CONFIDENTIAL

BENTL000075

B961

ADOLFO
34 629 369 032    mobile

Train London/PARIS
CHRIS NICHOLAS
COMPENSATION MEMO - Bob Stote
GENETIC Engineering DEC. 2000
1-2 X Selanay
2-3 X

CAN Bot -

---- #133 Florida Co
AcetAminophenii

BELIZE

HIGHLY CONFIDENTIAL

BENTL000089

B962

ACTION ITEMS - For Friday 02-16-01

Comp Committee Rpt.

Mike                    • Attach Sample of Bill
Bob                     • Comp. Cos.
? Jan 10%  Jim          • Arrix (Pfizer)
  2% increase           • Amerin
Adolfo

Follow-up - Plan response         Adolfo - CMU
STONEGATE  King - Meeting            Sanofi
           Beckett                   - omeprazole
           │          Amerin         organic patent
           Glaxo/SK   Analgesic      - Scher
           │          topical        - P.R. Enalapril
           Sanofi Synthelabo

      ?    Patent - Synnesvedt opinion - Paracetamol
     TESTOSTERONE Study
      *    Aciclovir - Very Important (Sanofi - SKB (Glaxo)
           Franz Cell work vs. topical USA
      ? HIRE Formulation Chemist - Synnes Adlp, Princeton
      McNeil - New tablets Paracetamol - CALL
              DATE FOR LACQUER

      Ethypharm - Meeting - severe flu
              ? Anhydride omeprazole
      Jim Gale - Analyst Rpt - Gruntal, Prud. Vector
              - Gacel - when
              - Rpt of Meeting

      Clinical - Acetaminophen
              When + How Much - Bob Stoke

      Strategic Plan - CHF - Gacel (Amerin)
      *  CALL Miguel - Schering

02/16/01    Spain
            Adolfo

            20th Swiss Novartis
            June / July Launch of 25 mg & 10 mg
                                    Enalapril
               28 + 56 per package

✳    Plantago Ovata
            launch 1st wk March
         Patents Organic Omeprazole
               Next Friday.

         Jan
            Profit    Budget    Actual
         Lab Belmac   40        60
         Lab Davur    (3)       (2.5)

         Controlvas   37 → 23 mil / Month

HIGHLY CONFIDENTIAL                    BENTL000097

B964



US Dept Health + Human Services
    Tom Thompson (New Head Man)

02-21-01  Knoll — Jordan Pollack
    MAP Biotech — Rheumatoid Arthris
  * Pain Management - Emphasis
    6 weeks —

  Janssen — JEFF MATHIS
        Left Message.  609 730-2154

02-21-01  Adolfo
    ZARAGOSA - Novartis Visit
    7-8 March to Switz.
    Ethypharm.
    • Know now about Omeprazole
              our own Clients
    - MOH - export by Lab Belmac
    - expect to transfer All but
            Organic Formula

# Redacted

    Biovail Study              10 mil pstes.
      500 tablet dissolved
      500 tablet SAH          short time to
     1000 sachet                Cmax
      500 Panadul tablet

HIGHLY CONFIDENTIAL

 BENTL000102

1. MAXIGEN - DNA gene modify potency
   (MAXY) insulin modify possible

2. APPLIED molecular Evolution

Schering

   300K Shares w/in Group

   ↳ Earnings Profitable
   ↳ Patent acetam pl
          (Estimate M
          Tyneout
          Parnalval
      New Pats

ADOLFO

   Amox w/ Clavenic 2 Reg
   1 Gromen omprezole
   Esthyphram - Marcit  Phillip Bowdal
   Hquifa G.M. (new)
        Germany - omp.
        Greece - omp.

B966

3/14/0  TELEPHONIC BOD MEETING :
Nomination :
Approval New Stk option
Annual mtg.
D & T for next yr.
MOVE JRM in New Class

3-14-01  AMARIN - Jim Gate
Development contracts
5 mil Royalty Stream in 2003
Breakeven

3-14-01  ADOLFO

Monthly Sales    JAN - FEB - YTD MAR.

ANNOUCEMENTS - Omeprazole (3 Months)
Price issue-  2.5 + 10 mg. Rhalepril
18.4 million Sales 2000

PHARM INDUSTRY TAX - report
For      30 K million pstas
Now      5000    - R + D
2001 - Renewal

Ethypharm - Pierre Germain Fired
Last
1998   39      2001 - New Agreement
1999   26           Signed Yesterday

HIGHLY CONFIDENTIAL

BEN          13



3-22-01  Spain                          Announcement May

Novartis contracts
1. 5 to 10 years w/ min/yr.
   Machinery 200m pstks - Free
   Fluid Bed Extrusion
   Next month April
2. More products in future
   Tablets etc.
   280 mil tablets
   Value Est. 55 mil pstks
   But 70 mil pstks
            investment
3. Ethypharm France 60% to
   US NICARDIENE

Portugal  Helm
   LAVISSAL - order
April    { Dossiers Trimet  40K Euros
Amount   { Simvas.          55K "
   5 yr supply

Reckitt
   100 Kg from Italy 6 April
Ethypharm - Adolfo Basillo
Diltizen purchase  4 mil. pstks
Enalapril 2.5 & 10 mg. was 38% of opin $
   MOH - will increase  > 75% GM
   SGC - decrease
   WHEN - Next 27th
   LAUNCH JUNE

HIGHLY CONFIDENTIAL

B968

3/27/01 ADOLFO mtg.

1.  Novartis
    Fenistil pellet.
    Equipment — > 1 mil USD

2. * Enalapril 2.5mg 10 mg.
    May 15th — June 1  Announce

3.  Paracetamol - Bio-study     Cost $100,000
    Manuf. 4 April
    Analy. 10 "
        10 May Start Study

    NSED   ↓ Tylenol — 500 mg all same lot (200)
    NG609  ↓ Panadol — "              (200)

4. * Omeprazole — Dr. Reddy Source of Active
        from FDA cert. India
        Saves ≈ $1 mil / year.

# Redacted

ADOLFO ?
    Simvastatine
    Protocol — Ireland
    Portugal
    Portugal
    Paracetmol — Sanofi

HIGHLY CONFIDENTIAL

**B969**

Paracetamol
Benelux, Hungary, Germany
80 mil tablets 500 mg.


Patents omeprazole

submitted 1. Microtablet        Omeprazole
           or res. tablet
submitted 2. Micropellets   New Improved process
                             for granulation
                             under VACCUMM
same { codeii.  3. Omeprazole — Elimination step.
Patent {  Patent Lansiprazole

        1. Process Patent
              NEED API Source

            NEED DMF
Patent Paracetamol — Filed Nov 2000
        Ungris will File by Nov 2001
              in other Countries
KVA Quote Paracetamol
              0.70 Eurocents For Finished 20 #
              For Packaging Alum/Alum
                 in box

              $2.5 mill sales @ 50% GM
        $ 100,000  →  1 Euro /   .95   |  .90
          50,000       .95
          200,000       .90
          250,000       .85
          300,000       .80

B970

3 April 01    SPAIN

   Belmac

      Spec.  235 436
      Manf.   41 172

        276,608                    19333.33

   Dauun
      81,058

August Installation Machinery — Omeprazole
   600 Kg capacity
   300 Kg  "

Paracetamol — Italy  100 Kg
   Tablets —
Uquifa — Greece  Omeprazole

   3 shifts  7 days / week — Omeprazole

HIGHLY CONFIDENTIAL

BENTL001158

Adolfo

Ignacio (Ethypharm) Alverez.

15 Dec Proposal
Contract: 5% royalties ≤ Belmazol Other customers
Supply Agmt. — Organic
— then Aqueous formulation

20 Mar. 2000 contract (exp. Mar. 2002)
⤷ will not limit

Addendum — 20 mg., Patent of Ethyph

→ Patent file 6. Apr. 2001

Paracetamol
Solubisation 99% after
200 mg 500 Panadol

Helm — Omeprazole
License    30% royalty
           5% to Helm AG

Order Dom Rep. $30K order

Omep
Loper
controlvas (Bulk to packaged)

Antibioticos

Cantabrin — Paid 2ND 10 million pstas

2001

1. L Bel        LAD Davi        Rinafar

2. Manufacture

3. Oral Development
   simvastatine, Trimethazidine
   Lansoprazole, Pentoxyfilline,

B972

SPAIN - ADOLFO

1. Ethyphorm update.
   - Nothing
   - 16th Phillip Boudol
2. Novartis Manuf. update

# Redacted

4. TEVA — going to send Ibupro. but don't have
   * Mkt. Autous    Acetyl cystiene 200mg
   How many dossiers      2 months to transl
      ↳ (3)        E-Mail Eli shunet
   Mtg. 15 June            Helen de Klobt
      ↳

5 RECKIH - Send Address

6 Sanofi - Send Tablets

7. Samples Acetaminophen - Tab. + Sachets

8 SHIRE - Now Public
      Public

* 9. Novartis Manuf.
   - Machinery w/ Min for 5 qrs
   - Announcement of Agmt. - Summer
                           June July

HIGHLY CONFIDENTIAL

BENTL001180

B973

Spain

→ How Many Dossiers Pending of BEIMAC
                                    of DAVUR
        Have Slide of these


NEW OFFICE MOVE - WHEN  Aug/Sept.


SALES - April - SEND - BAD for ALL
      BEIMAC - 172        82 MANUF.  £56 Total
      DAVUR - 90 mill               vs 279
MARKETING EXPENSES - High
             new LAUNCH
             Promotion
MOH

    14 MAY AMoxicillin
        Tablets 1 gm
        3rd Qtr. Launch


New Pdts to Acquire - SEEKING

RETURNS - NEW PROVISION  II 1st Qtr.
        24 million  Auditors

    was 104 mill  → 122 mill NOW
             RESERVE


HIGHLY CONFIDENTIAL                    BENTL001181

B974

Atrix Program Structure
SAFETY

SPAIN

15 June  Launch  Enalapril  new doses

Ethypharm
- CONTRACT - Atty. WANT Now
- SEND TO J Murphy
- CONTRACT - Organic formulation
  10 yrs Ago
  Manuf.
  Nothing of Aqueous Formulation
  LeDuc - Asked to cancel meeting
  2 MACHINES ORDERS
  300 Kg
  600 Kg

- Announce New patent - Affect Mfg next wk

- 350 mill profit
  E-mail Eli


NOVARTIS - GM SPAIN
  Ethypharm 12K/Kg Quoted
  LabBalac 21K/Kg quoted
              .9 posts / capsule
                       Filling
  SALES - Over Budget BELMAC + DAVUR
  Enal.
  Pantoryfillin - Aug. in supply

HIGHLY CONFIDENTIAL

BENTL001186

B975

Adolfo
1. Insurance Coverage
2. Antigen
3. TEVA
4 STK OPTIONS
SPAIN: Private Placement then IPO
5. Rx DAN, JOSH

Ethypharm — Mtg. Phillipe Bouder
CONTRACT Send to J. Murphy
3rd MACHINE - requested - NO Answer
Aq. Formulation          "
Future Relationship?
DILTIAZEM - dead

TEVA
Dossiers    have 3   Need additional Info.
Urs needed

Bristol
Arizamol - want to cancel
LB WAS        NOW
    64  →  140 Mil
BMS WAS
    360      296

• NO golf Course

5/16/01

<u>Solvay</u>                    Nolan

    Topical Testosterone
    Confidentiality Agreement

5/16/01
    Gruntel
       Jeff Cross + Andy Sidosley Mtg. June 6th

5/16
    GKN - Barry King - Jezzes Investmt. Banking
                   Activity

5/16  Mike Yates
    Focus on Family - Ray Vanderlon tour
                 - Video + lesson plan

<u>5-16-01 ADOLFO - SPAIN</u>

    Ethypharm : No Answers Available
        June IPO Planned
        No Gen. Manager
        Contract
           1992 - History
           legal file NOT CONTRACT

   Antigen - MEETING
      Low Margin   56% Ire
             .48% UK
      Profit decreasing
      Injectables - Competitors?
         Expensive to maintain
         GM may decrease
      Unstable Sales - how to recover
      Personnel - too many
      Salesmen - Low Number
      Hospital sales

B977



5-22-01

SCHERING - Nancy Rich
      MEETING

        Lamisil )
        Sporonox )
   - Diff. to switch to OTC
              Problem
   - Passing - on Deal for Lacquer

        ─────────────

        Craig Benson )
        Paul          ) corporate

5-23-01

SPain / Mille Price

1. Lovissal AGMTS (Signed)

       5 Yr. Supply Agmt.

2. Amentedene By August
        11 Mil )
        11 Mil )
        8      )

3. 15% reduction Prices
        Attorneys Say Fight

4. Ethypharm - Expire Mar. 2002
              - 6 month notice required Sept

5. Novartis -
        Ethypharm  11 K / Kg     By August if any
        our price  21.6 K / Kg

6. 300 Kg mael July  ) Onpryte
   6.00 Kg mael Sept )

HIGHLY CONFIDENTIAL

BENTL001198

L Aqueur
Insulin
Oral

6-11-01

Spain

Lansoprazole (Lab. VINAS)
20 million ptas.
Patent Protection raw material
Sold to Sorbi

Omeprazole - Nor patent Filed

410 Million
57 { 40 mill profit LB
    17 Mill        LD

cigna-

WWWX GNNA CORP.
Nenoxy ( 9
NoNyx

HIGHLY CONFIDENTIAL

BENTL001204

B979

SPAIN

6/25/01   ETHYPHARM -

GLAXO - CERTIFICATE OF Analysis For paracetamol

Sanofi - NOTHING

TEVA - 12ᵗʰ July for regulatory Affairs
         List of Belmac needs.

Lebanon - 10 Sales
           20 "   PHARM   ⟩ BELMAZOL
           30,000 Unit   20 mil pts profit
           4 pdts planned
           Export to SYRIA

RECKITT

        ⟋ Amoxicillin 1 gm tablets - DAVUR Belmac
       ⟋         500 mg capsule - DAVUR
PR  ⟨   Trimetazin  APPROVED - DAVUR
       ⟍ Amoxicillin 1 gm Sachets - DAVUR + Belmac

July   ⟋ Enalapril HO   10 + tablet  2.5 mg  ⟍ LB + LD
3rd  ⟨  Enalapril       28 tablets  10 mg   ⟋
WEEK

HEUM - Omeprazole patent review

~~Ethypharm patent~~ ~~does not work~~
                ~~Consulted~~

~~EQUIPMENT   300 kg~~ ~~Factory for bay~~
        ~~20 July   600 kg~~

AMANTADINE - 30 mil/m   Supply Agreement   3 yr.
              11 upfront   11 with tests. 8 royalties

B980

2 Prof
2 TGCA

ANDRX
STABILITY
5 People R+D - 23 hr. process
PHG Needed - Produce by K Oleate

Asha      $PO_4Na_3$
          $K_3$
          $Ca$
          $Mg$
          + Amine

Ethypharm : Not Stable
            pH 6

Other     4 Kaline Amino acid

Lab Belmac
          Use Surfactants
          K Oleate PH 9
          Na. Laurel Sulfate
                     PH 3.6.
          Spray $NH_3$ to
          raise PH

Spain  7/13/01   Adolfo

TEVA - Mtg went well  DAVID Cochrane
10 Registers in Sept.
Lansoprazol w/ patent protect. - Contract
                              review

Dr. Reddy - Draft.
         AVOstatine - new Pfizer
            centraline.
July 18th
reduce 15%  BELMAZOL
            Enalapril BELMAC

HELM - Patent review Omeprazole
Enalapril
         56 Tablets
         Price Next

Whysham
         1.5 mil more profit if Break
         23 Nov cancel contract (4 months before)
              23 MARCH

         Supply Agmt - Cancel
         But Marmt Agmt will remain
                for another 2 years.

Industrial Batch w/ University
         Not valid Patent.
         We filed organic patent

HIGHLY CONFIDENTIAL



New Patents

    Aqueous Lansoprazole

★ Organic   Omprazole

    Aqueous   Omeprazole

07-17-01

Auxilium / B. Gyurik debriefing

Recieved

    DHT

    2.5% Testosterone w 4 levels CPG

    D1

07-17-01

CRAIG PEARSON

Mike Gotlieb (954) 762-4400

07-18-01  GLAXO SK

Dr. PATRICIA Audet

    Business Development

B983

Generics
: Spain – List
       – Visit

19 July
  SPAIN – Adolfo Herrera

List of Edts Generics
Paracetamol Study – underway
Ibubrofen 100 – OK – Bioequivalent
Ethypharm patent not Good
        Rpt by 31 July.
Omprezale Aqueous formulation
BMS – cancel contract Ltr.
    Manolo cobo – should be contacted
    if cancel can buy Inventory
        or allow us to deplete

   BMS  350 → 300
   LB   70 → 160

Ibuphm 800mg SA Approved
Simvastin – several question
Somofi tablets – next week

HIGHLY CONFIDENTIAL

BENTL001221

B984



Spain

Paracetamol
STUDY
Tablets · Sanofi
250 g. Powder For Novartis
Analytical - new presentation (slide)
LACQUER
Results
SPANISH STUDY - IND  (MR Sub.)

CPE 215
EUROPEAN DMF

Pfizer - UPDATE
Glaxo  - UPDATE
Auxilium request for Licensing Generics
* List of Pdts              Supply Terms EACH STRUCTURE
Dossier - English

PATENTS
Filed
Pending
Enalapril
Mktg. Authorization
Pricing . PACKAGING
* Herron

HIGHLY CONFIDENTIAL

B985

Glaxo / SK – Mike Shew : Paracetamol

Eethy pharm :
   current status
   Plans for daily mobile

✓  TEVA
      How Dossiers
      when Filing

BMS
   Course of Action

✓  Options recommendation for Adolfo
      WHO – How much

✓  Awards

HIGHLY CONFIDENTIAL                    BENTL001227

SPAIN

GENERIC MARKET - decreasing - Branded reducing
IMS renking        62/202    LB
                   90/201    LD

LANSOPRAZOLE
        Lab. Vinas have patent raw material
        Branded pdt
        2005 Generic

AQUEOUS Formulation - omeprazole
        File Patent - Sept. Lansoprazole

Patents :

1.  SR & Gastric Protection
        Process - vacuum - Pellets
        Incl. Aqueous formultion

2.  Omeprazole tablets

3.  Paracetamol - soluble + dispersable

4.  Omprazole 'organic' formulation
        include :

5.  New Patent Planned Aqueous OR
        EXTENSION OF # 4

HIGHLY CONFIDENTIAL

B987

Ethypharm: 23 Nov. Notched for March 28

* Omeprazole
    licensed to 5 companies
    Supply 200 Kg / Mo
            2.4 tons
            Iran - Usquifa

    GlaxoSB - Mike Shaw - Leaving
        Paracetamol

* Trimetazadine - license to Swartz Poland
    (approved) thru Mary Purser

    LaBesFAR (Port.)
        license: Simavastin          5 yr. Supply
                 Omeprazol             Agnt
                 Trimetazadin

* Ibruphen 600 - Approved

    DR. Reddy - Supply API
1.5      / Atorvastatina - new gen.
to    /                $30 mil USD + 29%
24 yrs \      do our own register
       \  Sertraline - $27 mil + 37%
               Pfizer
Mary Purser
Paroxetine - $50 mil USD + 15%
    3 Dossiers    L. Balmac
                  L. Dawu      $80k Purchase
                  Rimata

HIGHLY CONFIDENTIAL

11 SEPT 01

Dicky Longoria
956·251·7575

12 SEPT. 01    Novartis — CATHY Benson
Conference call with
MARK SHOBER required
Radiolabelled — in Vitro
Clinical    — in vivo

Inn Hampton    tonight + Tomorrow

11 Sept 01
Spain — Adolfo

Patents —
1. Aqueous formulation — Filing 15 Oct    PCT
2. Omeprazole tablets — Oct 15
3. Paracetamol — Oct PCT
Simvastatin — MOH Approved (3)
15 others also "
* 8 will by US — Manuf.
Jan / Feb — launch
Sanofi — wanting to
Reckitt — sent new samples
Herron — Sample
Glaxo — call Paracetmu

**HIGHLY CONFIDENTIAL**                    BENTL001257