B989

17 SEPT 01

PLR conf. call
- NH Business Review (9/14/01) story

17 SEPT. Gary Davis
         WED, OR THursday

Analyst Rpt
PHASE II  Laquin
PHASE III  Testosterone
PHASE I  Fibromyalgia
Pfizer
Novartis
GSK
CAMBREX

lab Vinas - Lansoprazole DMP in our name
signed
Aqueous patent for pellets

~~Ethiquibium~~  26 Nov - ~~Mixxxxx~~

B990

19 SEPT. 01

SPANISH MGMT. MEETING - AMSTERDAM
PATENTS

Omeprazole & Lansoprazole - PCt - oct.
AQUEOUS Pellets

Paracetamol - pct - 8 month extension
until rpt. patent search

Omeprazole tablets - pct will be - Nov.

Omprazole organic - Spain Feb 2001
National only

CP& 215

AE          Active

B991

10 OCT 01 : Spain - ADOLFO

Ethypharm - may not continue w/ Omeprazole
           will not manuf. Lansoprazole

Simvastatin - 70k units ordered
             Can announce Early Nov.

Sept. profit LB + LID = 60 million psts.
Oct. Sales  500 million Expected
Liquife
5 million Economic


11 OCT 01  Spain - Adolfo

SALES Enalapril 2,5 mg
                10. mg
  *   MO Technical Grant of Money
      Simvast  20 mill  repay w/o interest
      Paracet  20 mill    in 10 years
      for Bioequivalency Studies
      Annoucement possible

HIGHLY CONFIDENTIAL

BENTL001276

B992

Visit h Spain          October 22, 2001

    Product By Product Review
    for Cambrex

    CAMBrex Plan.

    5- ASA - micropellets

? Senator Smith - Jordan
Ciprofloxacin

HIGHLY CONFIDENTIAL

BENTL001283

B993



Ciprofloxacin — Alter Labs.
    ? Quantity (Bulk)
    Packaging is the Problem
Omeprazole
    AALPharma   Wilmington NC
*   New Patent Expected For November 2001
*       8 - 9th Press Release
PARACETAMOL
    Report w/in several weeks
    Regulatory Strategy
        • FEB Submission - MR
        OR national   UK, Holland
        9 - 12 months
        UK thru Mary Purcel
Sanofi - want Faster disintegration
Reckitt - nothing yet
Herron - Nothing yet
    GlaxoSK -

Algeria
    Omeprazole    Nov. (1 Batch)   OCT      DEC
                  60 K units       45K      75K
Ethypharm
                    8 BATCHES
Uquifa              10 Batches

HIGHLY CONFIDENTIAL

BENTL001284



<u>Spain</u>

Lactolitul  Seq  For  30 mil pstas
Lab. Vintis  sold us  Lansoprozole  patent
Omprazole  patent - Announce
Simvastatin
     % 22 evolution
     $ 77 mil  mkt.
     Lab Bol                    TABLETS
     Lab Davue        Dosage levels  10 mg
     Launch 1st Qtr.                20 mg
     None on mkt                    40
     Agreed to license to other Europe Co.
     Lab Belmac will manufacture
              For other (Supply Agmt)
Ciprofixa.
     2 mil / wk = 8 mil / Month
     20 Tablets = 800 p  = $400
                   1500   x 16 c
                   └ Quote to USA.



31 October 01

EDMUND CHAVEZ

Wants to raise money                    201 406 2635

SPain 31 October — Adolfo Patent Understand
1. New Patent — AQueous pellets, process
   Monday - Filing
                                    P-200100825
   2 Organic Patent — Ethypharm — Not publish
4th  New Patents - Tablet — Last Year ( Proceeding)
to be  Aqueous  doing Extrusion P-???  Next week
submission

2nd submission    Submitted  P-200900 2797
                            0 mepri Tablets - direct compress

1st submission   Submitted  P-2000,02685
                            Gen. Proceeding — VAccum
                            GAnulation for other
                            products

3rd    Organic Patent  P-200100825 - Submitted
sub.   Ethypharm

5th Patent  Dec. 2001
           New Proceed for tablets - Direct Compres

More stable
+ Efficient
Cheaper
less degradate

HIGHLY CONFIDENTIAL



e54 total

↗ LAB. BEIMAC    80    220-225
( LAB DAVUE    5.7    300
  LAB Rimalhm        425
NEW OFFICE         80
                  505

BOB MOREN  31 october

ACQUISITION
LETTER OF TRUST

Spain                    20 TONS
                    liquila / 160 mil ppth
OMEprazole    5-6 /        8thym
         Now 8-10         8/mo

         Allquria 50K Boxes/Mon  200 mi pt
Simonsti

    8 customer + export
       60-70 mill profit.

Asparca

    25 mill pply
Reduction of cost Orpant              savings
       Per kg 30K → 17K          270 mil
       Plus equipment

          7 Batches = 2 tons/mo.
M.

HIGHLY CONFIDENTIAL



Fomulation NEEDS
- Radiolabbel Nail Assay (BAZEL) + Skin
  Terbinafine
- Clotrinzole (Radidilabel.) — Rutgens C[14]

Clinical Supplies    (DPT or Novartig)
    Due Diligence Needed at Contractor
            By Jan —. 02
    Stability — 3 month Stability
    3 commerical TBATCHES (10%)

- Conf. Call
- MTA
- Formulation

    InVitro — Nail — Novartis
    In Vitro — Skin — Berthy

SPAIN — Adolfo
20 Nov 01

    CPE-215' — DATA NEEDED
    Ethypharm — Adolfo Basile
        26th Meeting @ Ethypharm
        Patents

    TEVA — DOSSIERS déficient
        Pravastatine — 50K tablet
            but 100K tablet run
            necessary

HIGHLY CONFIDENTIAL

B998

Spain New Office Meeting  27 Nov.

Ethypharm

   Cancelled Contract - failed to provide
   1. 3rd machine
   2. Envir. Scrubbers
   3. Aqueous Formula
   4. Organic - does not work
   5. Contract Dec. 2000

Lansoprazole - 2005 Patent EU
   Patent checked by Uquita -

PHARMALLIANCE (Algerin)

   Omprazole
   Simvastatin
   Enalapril

Jose Maria - 30 Jan
Dr Clemente - Sept
Dr. F Berungbar . Jan
Laura - Nov 30
   Lewis Cabahaj - Full Time  May / Jun

HIGHLY CONFIDENTIAL

BENTL001323

B999



Ethypharm - why not purchase API
from others now claiming
they have not done what
they said they would.

Synthon - Zolpidem
Transfer 2 to Belmac
Marketing Approval - 1 month
to transfer

Herron
Sanofi        } No response
Reckitt

* Pentoxyfylline - Damm Approved
* Ranitidine - Dec Approve expected
* (Clariten) - Approved
* Zyrtec - Submitted MOH
         expect Jan.
  Simvastatin - 12 Approved
             8 Manuf. By Belmac
      Bivgal - Supply AHPI
      (Tenny)
  Omeprazole - Contact Andrx

Lacquer - Manufacture
Manuf. 2 Shifts -  3 shifts probable
                 Packaging limitation
May Sell Plant - Ovata   120 mil.  3.2 x Sales

* Loratadine (Clariten) - Approved

* Ibuprofen 800 Approved will be
            only one on Mkt

HIGHLY CONFIDENTIAL

BENTL001324



ADOLFO

Ethypharm - Do Not Discuss

1. Paracetamol Ript
2. B.O.D. mtg
3. Herron
4. Reckitt
5. Jordans visit
6. BAYER
7. SKYSPHARMA - ANDY FRANCIS
8. Banner - 100 grms paracetamol
   fecha 25/07/01    R-40
   Para. soluble
9. LACQUER supply
10. AWARDS -
11. 60K Pool of options
12. Omeprazole Reg. Files for USA

HIGHLY CONFIDENTIAL

BENTL000897

14ⁿ

SPANI

ALGERIA - VISU SAT SUN          6200 mi
Simvastatin - Leclure          27 → 34.5
MED JAN 17ᵗʰ
Omeprazole ,Lansoprazole, manuf. Raw mated
                                  in Aragon
03 Jan 02   Raymond JAMES   NH Meeting   Zaragosa
                                          Labs Argentol

COMPANY DESCRIPTION

USE of Proceeds
    Purchase Drug Licenses
    Pump up R&D
        PH II required to Partner
    Intranasal
        · Vaccines
        · Peptides
        · Insulin
            Preclinical Monkeys SB46
            Clinical CRO

Attendees
Nick Konstantinou  RJ VP Inv. Bkg.
Alton Delane
Mike
Paul

HIGHLY CONFIDENTIAL

BENTL000898



HIGHLY CONFIDENTIAL                                    BENTL001332

B1003

7. Royalties

Rhy 9 - 12%

* 15 yr term of Agreemt
  we was patent life

License vs Letter of Intent

Letter of Intent Jan 1

{ Lacquer  — Clotrimanol
{ Topical -

7 Dec 01  Think Equity
CINDY GLASS  (612) 692- 8292  Analyst
Left message

7 Dec 01  Jordan Horvath
Conrex - Phyllis   15 K Shares
                          Merrill Lynch

SPAIN
7th - Cab to Hotel ( Holiday Inn ( Basilica )
8th - meet thru 9th
10th - Return
Jose Maria

07 Dec 01  PLR - Linda Decker
Red Chip Review - Eryn Daly (Analyst)

HIGHLY CONFIDENTIAL

BENTL000885



12-12-01 | SPAIN - ADOLFO

Ethiphorin - No Answer yet
Laviphorin - Nitroglycerin will check
Loratadine — Press Release
Sales total — 543 November
                    202      341
                             224
                             112 nomet
                              6 expot

CAMBREX
AWARDS
  - Luis Cabañelle
  - Antonio
  - Joan Cort
  - Javier
  - Eleanor
SKYEPHARMA

12-12-01  Perrigo - Bob Flynn
  • Interested in Acetaminophen
       Report -
  • Onchycomysis pdt
* • CPG 215 - Antifungal
              Vaginal
* PATENT list

DEC
17, 2001    Adolfo

1.  Ethypharm :
    Ethypharm M - Will not do anything
    Algetra - Ethypharm
    A. Basilio - find new customers

2.  LAVIPHARM - ALAN WEBER -

3.  Clemente Problem
    IMS - Omeprazole W. all others
    Cinfa ↑
    Bayvit ↑
    WANT TO REDUCE THEIR - Clemente
    Reduce Price by 25 ptas.
    Jan leave Company

4.  TEVA - 8 - 9th Jan.
    Lovastation
    Gabapantine    } 4
    Pergolide

5.  Omeprazole 10 mg - will probably get

6.  Enalapril 2.5 mg & 10 mg
    Calcium
    Biolid - 100 mil ptas 3yr manuf - Probi
    Lachulosa

7.  Simvastatin - Merck quiet
    Launch Jan

8.  MARKET in Spain responds to price
    Prices and other PHARMACY bonification

9.  Sanofi -

HIGHLY CONFIDENTIAL

B1006

8 JAN 02    JEFF KRAUSS — Gruntal Analyst.
Mtg. 23rd Jan    · Warwick Hotel

mm    · Hilton Short Hill  NJ
· Madison Airport

9 Jan 02    SPAIN — ADolfo.

Ethypharm —
Lavipharm

9 Jan 02    Novartis
Bob NISSAN
MTA
* Rx + WW — WANT TO BE involved
Thru PHARMA Group
15 - 30 Days. — BASEL GA

SPAIN — Adolfo
BAYVIT
* 100 Million  Biolid — Lab Robi
NEXT TUES
Lab Argenol — 3 family Members
300 Mil VENTA
10 Mil profitable
150 mil capital

HIGHLY CONFIDENTIAL    BENTL000904

5 10 Jan 02    DUSA - Jeff Schulman · 978 909-220
              Ron Carroll
    1. ALA - w/ CPE 215
    2. Antifungals
    3. interest w/ BNT - DUSA
    4. SCHERING AG / Berlex Pipeline
    5. Looking to in-license pdt from
              Europe
       Acquisitions + Technology
              Small Companie
    6. Derm. Company - Passed on

10 Jan 02   SPAIN - Adolfo

       TEVA - 15 pdts + when
       NATIONAL + MRP
       CERTIFYING - Oct 2002.
              too late
              to do ourselves
          So we can license to
                   others
       Lansoprazole to licence fim
                   L. BelmAC ?
       BAYvit after France Agmt.
       HELM AG - PARACETAMOL
       LAB ARGENOL - Interested
              NEXT WEN,

HIGHLY CONFIDENTIAL                    BENTL000906



SPAIN conf. CAM    1-30-04
MERCK

10 Yr rule - MOH
Merck - Process Patent
Teva/Biogal - raw material
↳    Patent different
CHEMOS - using also and licensed
to others - Court
denied

Ethypharm
CANCELLED Agmt
EQUIPMENT & Factory

Ungria
PATENTS + TRADEMARKS
KNOW-HOW
Challenge

3 SPAIN (2 over 1 YM)
2 PCT
1 omep. Tablets (preparing)
10 Apr 2001

HIGHLY CONFIDENTIAL                    BENTL000918

B1009



TO DO UPON RETURN

1. Bayer - Email Ltr
              Propose Schedule

2. JORDAN

# Redacted

3. B. Sadie
   a. Memo                                    E. Penlac ?
   b. Terbinafine Pilot                            Fingernail
   c. Clotrimazole , PH III  ⟨Now⟩         F. UAB - Fingernail
   D. FDA Pre PH III meeting                        when

4. ADDED
   A. Protocol for PH III  Clotrimazole
   B. Protocol For PH I/II  Terbinafine
                                  orei, Topical, clotr
   C. Ethypharm
   D. Merck
   E. # Registers in Process - TEVA   ('15)
   F. Novartis Proposal
   G. PDK - Lacquer oral

5. PREPARE FOR Conf. Call
   1. Yr 2002  %, %. Growth top line
   2. Clinical - Auxilium - ?        3. Licensing
                  Dartmouth                  Lacquer
                  UAB - Fingernail           Page 60
                  Insulin                    overview
                  UAB - Toenail

HIGHLY CONFIDENTIAL                                    BENTL000931

Taste - very bad - Another problem.
NASAL spray would require ? 2 90 uL.
SPRAY

02-22-02

Pain Mtg

Manuf Omeprazole

117 BATCHES
60 New TSDT01
1 2 3
to 200 BATCHES

vs 123 Last year
with increase June

Chttysphénne - Warranty contract

Press Released

* 1. 1st Qtr Expectations - 10 million
  2. March - Ct injunction denied... Process Patent...

JOHNNIE
? 682 3423

HIGHLY CONFIDENTIAL



2-28-02    SPAIN

Ethypharm –
        August – New machines
        Continue w/ Ethyph.

Sales
        105 - 110 %            215  220
        102 %                  205  210
                         Man: 140  150
                              585 - 590
                          + Thyroid

Rotas News Source
    - Merck 17 Actions in Spain



Spain

Jan
    ProCit          110 mil    L. Balmaz
                    657K
                                L. Davu

    FEB  NEXT WEEK
Ethypharm - Adolfo - contract
Rimafa  Simastatin  21 MARCH LAUNCHED DATE
  "     Trimetazidina  "
  "     Omeprazole
  "     Fluoxetine

    Amox w/ Clavionic - submitted
              FAST TRACK    SEPT/OCT
                            LAUNCH
    Lab Arneol
        Tommorow - PATENT Attorneys
    Bayvit
        OFFER - non binding - 2-3 week
                            response
        17th 18th TEVA meeting April

    LOVast  — in
    Uniped  — soon
    Reckitt

HIGHLY CONFIDENTIAL                    BENTL000956

B1013

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY |
|---|---|---|---|
| *For LaSalle Cap. 1 800 550 6283* | 29 Merrill Lynch | 30 | 31 12:00 Holmes + Ellis |
| 4 Flight to Florida | 5 | 6 | 7 To Milwaukee |
| 11 To Florida | 12 Call Am South CHA Republic | 13 | 14 |
| 18 Arrive in Spain | 19 MARTIN LUTHER KING, JR. DAY Spain | 20 9:00 Mtg. NYC — OPFW Man → Newark 8:30 Society General 1:00 | 21 Fly to NYC ✗ |
| 25 London | 26 DRIVE TO FL. | 27 Fly to Spain LV. 10:00 4:00 — Conf. Call 10 EST Spain | 28 |

BENTL024742
CONFIDENTIAL

# JANUARY 1998

| THURSDAY | FRIDAY | SATURDAY |
|---|---|---|
| **1** NEW YEAR'S DAY | **2** | **3** B1014 |
| **8** Milwether  Conf room –  Dinner J. Vaughen | **9** Flight to Man. NH | **10** |
| **15** MARTIN LUTHER KING, JR.'S BIRTHDAY | **16** Call Am South - △ Tickets - Josh ? 2.5% - △ Tickets - MM - FAX Delta - ORDER COMPUTER | **17** Fly to Spain |
| **22** London | **23** 33¹ 12A Boston Comm... London X 9 35 PC Col... 1ˢᵗ China? LV For London | **24** Lond K |
| **29** – Dinner | **30** Meeting in Spain | **31** 11:30 BACK USA |

## December 1997

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |  |  |  |

## January 1998

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## February 1998

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

## March 1998

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |  |  |  |  |

## April 1998

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |  |  |

## May 1998

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 31 | 25 | 26 | 27 | 28 | 29 | 30 |

AT-A-GLANCE™

BENTL024743
CONFIDENTIAL

B1015

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY |
|---|---|---|---|
| 1 | 2 DRIVE TO FL. = | 3 | 4 |
| 8 | 9 Meeting @ Schwarz - Afternoon 5:00 - Options of Spain - Response - finish legal review - operational Issues | 10 | 11 = cell phone = Bob Friedman = 917 331 - 7793 |
| 15 | 16 WASHINGTON'S BIRTHDAY (OBSERVED) | 17 OFFER DUE | 18 LV @ 3:10 arrive @ 10:17 1800 325 4BPS Evans's — Dinner @ 6:00 Ruth Chris |
| 22 WASHINGTON'S BIRTHDAY | 23 | 24 Travel Spain Bob Return P.M. | 25 ASH WEDNESDAY Meeting Arrive Madrid Palace Hotel Rooms AM Return: 8:45 Pm |
| | | | |

BENTL024744
CONFIDENTIAL

# FEBRUARY 1998

| THURSDAY | FRIDAY | SATURDAY |
|---|---|---|
| 5 | 6 | 7  **B1016** |
| 12  LINCOLN'S BIRTHDAY<br>NYC – Door+Door<br>John Chapman | 13 | 14  VALENTINE'S DAY |
| 19  Meeting BOD<br>TAMPA | 20  Daniel<br>10–1:30<br>Bob Gyurik<br>Daniel<br>Lance Myer | 21  L.V.<br>– 6:45 March 3555<br>– 8:30 Newark 331 |
| 26  Meeting<br>(2) Palace Conf. Rooms<br>evening return | 27 | 28 |

### January 1998
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### February 1998
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

### March 1998
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |  |  |  |  |

### April 1998
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |  |  |

### May 1998
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 31 | 25 | 26 | 27 | 28 | 29 | 30 |

### June 1998
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |  |  |  |  |

AT-A-GLANCE™

BENTL024745
CONFIDENTIAL

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY |
|---|---|---|---|
| 1 | 2 call Fred Icken | 3 10:00 Telephonic BOD Mtg. | 4 **B1017** |
| 8 | 9 CHIC in FL<br>VAli LV 8:20 PM<br>✗1692 miss Baumoeller<br>Fly to Spain | 10 Arrive 12:55 BA<br><br>Arrive Spain | 11<br><br>Schwarz Germany in Madrid Fly to Zandvoort |
| 15 ✗ | 16 ✗ | 17 ST. PATRICK'S DAY<br><br>Spain | 18 – 3:00 Meraman<br>– return from Spain –<br>Bus 4:14 70⁵<br>3:10 → PM 10:17 PM<br># 55 #305 |
| 22 *wait listed<br>LV # 304 12:25<br>✗ | 23 ✗ | 24 8:00 – 5:00<br>✗<br><br>B.O.D. | 25 Schwarz BOD |
| 29 Fly to Spain | 30 Fly to Spain<br>Arrive | 31 | 1ˢᵗ |

BENTL024746
CONFIDENTIAL

B1018

# MARCH  1998

| THURSDAY | FRIDAY | SATURDAY |
|---|---|---|
| 5th ... in ...<br>B.O.... | 6  CNic in FL<br>Raleigh-Durham<br>Airport<br>Mtg. Fred Icker | 7 |
| 12<br><br>ZARAGOSA | 13  ✕ | 14  ✕ |
| 19<br>CALIFOUNIA<br>ω  Spain<br>Closed | 20  Bob wait<br>310 → 10:17<br>California<br>Spain<br>Closed | 21  Call Wait List<br>For Bay |
| 26  Schwag BOD<br><br>Yunytai | 27<br><br>Yunytai | 28 |

**February 1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

**March 1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**April 1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

**May 1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 31 | 25 | 26 | 27 | 28 | 29 | 30 |

**June 1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

**July 1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

AT-A-GLANCE ™

BENTL024747<br>CONFIDENTIAL

B1019

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY |
|---|---|---|---|
| | To Spain | To Sp | **1** OK for Spain<br><br>return from |
| **5** PALM SUNDAY<br>DAYLIGHT SAVING TIME begins<br>Spain Closed until 13th | **6** MADRID closed<br>ZARAGOSSA open | **7** Fly TPA→Newark<br>PARKER CHAPIN 10:30<br>Mtg. Marriot<br>Schwarz | **8** WYETH Mtg<br>BOB, John C. 9:30AM<br><br>DRIVE TO N. Jersey |
| **12** EASTER SUNDAY | **13** OPEN MADRID<br>Zaragossa closed<br>GO TO Spain | **14** OK for Spain<br>Arrival Spain | **15** Spain<br>NeGo. w/ Schwarz<br><br>Conf Call Lars Ecken<br>Bob Gzuba |
| **19** Phila→T.P.A.<br>Yungtai | **20** Mtg office | **21** | **22** PROFESSIONAL<br>SECRETARIES DAY®<br>BOD Meeting |
| **26** | **27** flig | **28** →Relaxybi<br>→BMS<br>→IPSA<br>TO Boston | **29** →Ethypharm<br>=BMS<br>=Relaxybi<br>BOD mtg<br>3:00 EST. |

BENTL024748
CONFIDENTIAL

B1020

# APRIL  1998

| THURSDAY | FRIDAY | SATURDAY |
|---|---|---|
| 2 PARIS | 3 Return USA | 4 |
| 9 Talk to Randy BOD<br>ZAragossa closed<br>- SYNCOM - 9:00<br>Mr Ted Moore<br>Pick up Fred at Newark<br>Fly Newark → Manchest | 10 GOOD FRIDAY<br>PASSOVER begins at sundown | 11 PASSOVER |
| 16 Return from<br>Spain | 17 | 18<br>Phila<br>6:15 Yundai<br>Mommot WAYNE |
| 23 | 24 | 25 |
| 30<br>Patsy Fly to Boston | | |

### March 1998

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

### April 1998

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

### May 1998

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 31 | 25 | 26 | 27 | 28 | 29 | 30 |

### June 1998

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

### July 1998

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

### August 1998

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 30 | 24 31 | 25 | 26 | 27 | 28 | 29 |

AT-A-GLANCE™

BENTL024749<br>CONFIDENTIAL

B1021

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY |
|--------|--------|---------|-----------|
|  |  |  |  |
| 3 | 4 Bos→ Spain TWA 904 | 5 | 6 |
| 10 MOTHER'S DAY | 11 | 12 | 13 |
| 17 | 18 VICTORIA DAY (CANADA) | 19 | 20 |
| 24<br><br>31 | 25 MEMORIAL DAY (OBSERVED)<br><br><br>NYC→MAD | 26 Lv. For Madrid | 27 Arrive Madrid |

BENTL024750
CONFIDENTIAL

# MAY   1998

| THURSDAY | FRIDAY | SATURDAY |
|----------|--------|----------|
|  | 1 | 2 |
| 7 ~Spain Bos.~ TWA 903 | 8 | 9 |
| 14 1:00 Harshbarger Whitney Mediation | 15 | 16 ARMED FORCES DAY |
| 21 | 22 | 23 |
| 28 | 29 | 30 MEMORIAL DAY |

**April          1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |  |  |

**May          1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24/31 | 25 | 26 | 27 | 28 | 29 | 30 |

**June          1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |  |  |  |  |

**July          1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |  |

**August          1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23/30 | 24/31 | 25 | 26 | 27 | 28 | 29 |

**September          1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |  |  |  |

AT-A-GLANCE™

**BENTL024751**
**CONFIDENTIAL**

B1023

JUNE    199&

| THURSDAY | FRIDAY | SATURDAY |
|---|---|---|
| 4<br><br>!<br><br>TPA → ATL | 5    FL to Atl.<br>Mike McGovern<br>To Atlanta "National"<br>Golf Course".<br><br><br>Atlanta → Man. | 6    FL<br>Golf w/ JOSÉ<br>      JAMIE |
| 11   Fly to Atlanta<br>   EArly AM | 12 | 13 |
|   | Fly TPA → ERW → Man |   |
| 18 | 19 | 20   Phyllis / yuyta |
| 25 | 26 | 27   SPanish :<br>     12 - 5:00<br><br>8hrs. / day<br>· 3 classes Grammar 10-15<br>· 5 classes 5-7 students<br>· Meals<br>· Evenings Activities |

**May**        **1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 31 | 25 | 26 | 27 | 28 | 29 | 30 |

**June**        **1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

**July**        **1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

**August**        **1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 30 | 24 31 | 25 | 26 | 27 | 28 | 29 |

**September**        **1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

**October**        **1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

AT-A-GLANCE ™

BENTL024753
CONFIDENTIAL

B1024

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY |
|---|---|---|---|
| | **1** MEN → TPA | **2** CALL Zthyphen Adolfo Basilio | **3** |
| **7** ELL | **8** TAEN → Newark NYC 10:00 AMEX Mtg. Gruntel Dongani.sk New → TPA | **9** Arrive in Spain | **10** |
| **14** FLAG DAY | **15** AM TO TPA USAir 6:00 - Mike McGovern | **16** | **17** |
| **21** FATHER'S DAY Phyllis / Yungtai | **22** | **23** | **24** ST-JEAN (QUÉBEC) Conf. Call AM EVENING |
| **28** | **29** SPANISH Language outreach 646-2922 Mark Schiffman | **30** | |

**BENTL024752**
**CONFIDENTIAL**

B1025

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY |
|---|---|---|---|
| | 29 | 30 | 1 CANADA DAY (CANADA) |
| 5 | 6 | 7 Spanish Class Over 1:30 | 8 |
| 12 | 13 | 14 | 15 |
| 19 | 20 | 21 | 22 |
| 26 Pat Gywtlk | 27 Arrive Tour Madrid Dinner | 28 To Zaragosa | 29 AM BOD Annual Mtg. 9:00 B.O.D Meeting |

BENTL024754
CONFIDENTIAL

B1026

# JULY  1998

| THURSDAY | FRIDAY | SATURDAY |
|---|---|---|
| 2 | 3 | 4 INDEPENDENCE DAY |
| 9 | 10 | 11 |
| 16 | 17 | 18 |
| 23 BOD TO ZARAGOSA 8:30 TRAIN<br><br>BOD RETURN MADRID | 24 BOD FLY USA | 25 |
| 30 | 31 11:30 ~ Return | |

**June      1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

**July      1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

**August      1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 30 | 24 31 | 25 | 26 | 27 | 28 | 29 |

**September      1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

**October      1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**November      1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

AT-A-GLANCE™

BENTL024755
CONFIDENTIAL

# SEPTEMBER 1998

| THURSDAY | FRIDAY | SATURDAY | |
|---|---|---|---|
| 3 Presentation AM<br>Lv. Noon - or - | 4 Lv Noon | 5    B1027 | |
| 10 | 11 Bob's New Contract<br>Due<br>Finn Sonergaud | 12 | |
| 17  Mike out<br><br>4:30 Don Ceson | 18  Mike out<br>Mtg at Newark<br>w/ J. Rosen<br>Mtg w/ Russel | 19 | |
| 24 Thursday P.M.<br>SHAROHldrs.<br>2:00 Midtown<br>10:00 Harvard Club Don/Dom<br>27 w 44th St.<br>2:00 Harvard Club<br>9:30 Penn Club | 25<br>Call: Barry Weisberg<br>9:30 Russ Lebowitz<br>Yingtai Proposal<br>Peter Forsythe<br>John Doss | 26 Golf @ 12:30 PM<br>Ledges<br>Mike McGovern<br>Bob Gyurik<br><br>Mike  1101 DL 350<br>CHic  9:52 US 1021 | |

**August    1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 30 | 24 31 | 25 | 26 | 27 | 28 | 29 |

**September    1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

**October    1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**November    1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

**December    1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

**January    1999**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 31 | 25 | 26 | 27 | 28 | 29 | 30 |

AT-A-GLANCE™

BENTL024759
CONFIDENTIAL

B1028

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY |
|---|---|---|---|
| | Spain Trip (Possible) / No Next Month or End of M... | 1 Arrive / Go to Madrid Office / AM Dr.esentation | 2 Drive to Zaragos... Tour Facility // Return to Madrid |
| 6 | 7 LABOR DAY | 8 Mike to Spain // St. Regis Hotel 5th + 55th St. 212 753 4500 | 9 To Tampa WENESDAY |
| 13 | 14 Don Cesar 3:30 | 15 BOB Stole's Last Day F/Time | 16 |
| 20 ROSH HASHANAH begins at sundown // Mtg Room @ CO Pres. Club Rm # 10 10:00 / 1:00 // Arrive 6:10 / B.C.D Newark Airpt. | 21 ROSH HASHANAH // Mike out / Mtg w/ McGovern & Forsythe Tampa Hyatt Westshore 12:00 // New - Orage Co. 5- 6:45 Atrium Hotel | 22 Mike out Calif. / Pat DiGincomo // Biomerica Evening | 23 AM Flight to NYC From CA. 8:30 // 9:00 LOS. Ang. |
| 27 | 28 Tiwra Y Fare 72 hm 1.818 | 29 YOM KIPPUR begins at sundown To Spain USAir | 30 YOM KIPPUR // Celia: Call Don+Dom Fax Jonathan Bob- Andrx BoD Tickets to Spain !! Tickets 9th Andrx |

BENTL024758
CONFIDENTIAL