B1189



**Bentley Pharmaceuticals, Inc.**
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE Nº 2001/009

INVOICE DATE: 30ᵗʰ  September  2001

26.459
30.09.01

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 40.000.000 |
| *Invoice Amount* | | *40.000.000* |

**BENTLEY PHARMACEUTICALS, INC.**
PHONE  00 1 603 964 8006
FAX     00 1 603 964 6889

| | | |
|---|---|---|
| 6290 1korrol | 40.000.000 | D |
| 402001020l | 40.000.000 | H |
| | | |
| ASIENTO | FECHA | FIRMA |
| | | |

BEL080411
**HIGHLY CONFIDENTIAL**



**Bentley Pharmaceuticals, Inc.**
4890 West Kennedy Boulevard, Suite 400
Tampa. Florida
Tel. 813.281.0961
Fax. 813.282.8941

C.I.F. A78964038
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

**INVOICE N° 2001/010**

**INVOICE DATE: 31ˢᵗ  October  2001**

30.082
31.10.01

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 20.000.000 |
| *Invoice Amount* | | *20.000.000* |

**BENTLEY PHARMACEUTICALS, INC.**
PHONE  00 1 603 964 8006
FAX      00 1 603 964 6889

| | | D/R |
|---|---|---|
| 629011000 | 20.000.000 | 0 |
| 402010201 | 20.000.000 | 14 |
| | | |
| | | |
| | | |
| ASIENTO | FECHA | FIRMA |

BEL080412
**HIGHLY CONFIDENTIAL**

B1191



**Bentley Pharmaceuticals, Inc.**
4890 West Kennedy Boulevard, Suite 400
Tampa, Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

**INVOICE Nº 2001/011**

**INVOICE DATE:** 30ᵗʰ  November  2001

32.777
30.11.01

| Description | Currency | | Total Amount |
|---|---|---|---|
| Management Fees Agreement | Pesetas | | 20.000.000 |
| | | | |
| ***Invoice Amount*** | | | ***20.000.000*** |

| | IMPORTE | D/H |
|---|---|---|
| 629011/0000/ | 20.000.000 | D |
| 402001/0201 | 20.000.000 | H |
| | | |
| | | |
| | | |
| ASIENTO | FECHA | FIRMA |

**BENTLEY PHARMACEUTICALS, INC.**
PHONE 00 1 603 964 8006
FAX    00 1 603 964 6889

BEL080413
**HIGHLY CONFIDENTIAL**



**Bentley Pharmaceuticals, Inc.**
4890 West Kennedy Boulevard, Suite 400
Tampa. Florida
Tel. 813.281.0961
Fax. 813.282.8941

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**

Montearagón, 9
28033 Madrid
Madrid (Spain)

INVOICE Nº 2001/012

INVOICE DATE: 31ST December 2001

3 5.315
31.12.01

| Description | Currency | Total Amount |
|---|---|---|
| Management Fees Agreement | Pesetas | 20.000.000 |
| **Invoice Amount** | | **20.000.000** |

**BENTLEY PHARMACEUTICALS, INC.**
PHONE  00 1 603 964 8006
FAX     00 1 603 964 6889

| | IMPORTE | |
|---|---|---|
| 629 alMarcel | 20 000 000 | 0 |
| 402000201 | 20 000 000 | H |
| | | |
| | | |
| ASIENTO | FECHA | FIRMA |

BEL080414
**HIGHLY CONFIDENTIAL**



Bentley Pharmaceuticals, Inc.
65 Lafayette Road
North Hampton NH03862, USA
Tel. 603 9648006
Fax 603 9646889

C.I.F. A78964038
LABORATORIOS BELMAC, S.A.
Teide, 4  Planta baja
Poligono Empresarial "La Marina"
28700 San Sebastian de los Reyes
Madrid (Spain)

INVOICE N° 2002/002

INVOICE DATE:  31 DECEMBER  2002

| Description | Currency | Total Amount |
|---|---|---|
| Agreement 01 January 2002<br><br>Agreement on Technology Transfer and Know How Assignement 2002 | EUR | 500.000   EUR |
| *Invoice Amount* | | *500.000   EUR* |

BENTLEY PHARMACEUTICALS, INC.
PHONE  00 1 603 964  8006
FAX      00 1 603 964  6889

CONTABILIZADO
NUMERO·  32 / 0 5128
31.12.02

BEL080415
HIGHLY CONFIDENTIAL

B1194



Bentley Pharmaceuticals, Inc.
65 Lafayette Road
North Hampton NH03862, USA
Tel. 603 9648006
Fax 603 9646889

**C.I.F. A78964038**
**LABORATORIOS BELMAC, S.A.**
Teide, 4 Planta baja
Polígono Empresarial "La Marina"
28700 San Sebastian de los Reyes
Madrid (Spain)

INVOICE Nº 2002/003

INVOICE DATE: 31 DECEMBER 2002

| Description | Currency | Total Amount |
|---|---|---|
| CPE-215 | EUR | 522.429,04   EUR |
| *Invoice Amount* | | *522.429,04   EUR* |

BENTLEY PHARMACEUTICALS, INC.
PHONE  00 1 603 964 8006
FAX      00 1 603 964 6889

CONTABILIZADO
NUMERO:  32 / 05129
                    31 12 02

BEL080416
HIGHLY CONFIDENTIAL

B1195



Bentley Pharmaceuticals, Inc.
65 Lafayette Road
North Hampton NH03862, USA
Tel. 603 9648006
Fax 603 9646889

C.I.F. A78964038
LABORATORIOS BELMAC, S.A.
Telde, 4 Planta baja
Poligono Empresarial "La Marina"
28700 San Sebastian de los Reyes
Madrid (Spain)

INVOICE Nº 2002/001

INVOICE DATE:  31 DECEMBER 2002

| Description | Currency | Total Amount |
|---|---|---|
| Agreement 01 January 2002 | | |
| Agreement on Renting Services of Counsel and Efective Management 2002 | EUR | 420.000  EUR |
| *Invoice Amount* | | *420.000  EUR* |

BENTLEY PHARMACEUTICALS, INC.
PHONE  00 1 603 964 8006
FAX       00 1 603 964 6889

CONTABILIZADO
NUMERO:  22/5127
                   31.12.02

BEL080417
HIGHLY CONFIDENTIAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ETHYPHARM S.A. France and )
ETHYPHARM S.A. Spain, )
)
       Plaintiffs, )
)    C.A. No.: 04-1300 (SLR)
)
     v. )
)
BENTLEY PHARMACEUTICALS, INC. )
)
       Defendant )
)

## DECLARATION OF ANTONIO CASTÁN

ANTONIO CASTÁN, pursuant to 28 U.S.C. § 1746, declares as follows:

    1.    I am a member of the Spanish law firm of Elzaburu. I have been licensed to practice law in Spain since 1985. I have personal knowledge of the facts stated in this declaration and could testify to them if called as a witness. I submit this declaration in support of Ethypharm S.A. France's and Ethypharm S.A. Spain's (collectively "Ethypharm") Opposition to Defendant Bentley Pharmaceuticals, Inc.'s ("Bentley") Motion for Summary Judgment & Dismissal.



    2.    Under Spanish law, Spanish companies are required to file with the Spanish authorities certain documents indicating formal actions taken by the company, including actions that define who holds legal authority for the company. A formal statement of these corporate documents is available to the public from the "Registro Mercantil Central" (Spanish Commercial Registry), in Madrid.

    3.    Attached as Exhibit A (hereinafter "Ex. A") are true and correct copies of official documents that my law firm received from the Spanish Commercial Registry, in Madrid, that

relate to actions or activities of Laboratorios Belmac, the Spanish subsidiary of Bentley in the United States.

4.      James R. Murphy was appointed to the position of "Consejero Delegado" of Laboratorios Belmac on January 3, 1995. Ex. A, back of page 069.  Mr. James R. Murphy was reappointed "Consejero Delegado" of Laboratorios Belmac on February 3, 1999, Ex. A, at 079, and again on February 9, 2001. Ex. A, at page 081 and back.  Mr. James R. Murphy was the only "Consejero Delegado" or "Consejero Delegado Único" from January 3, 1995, until February 21, 2002, when Mr. Michael Price, the Chief Financial Officer ("CFO") of Bentley, was appointed to hold the position of "Consejero Delegado" as well.  Ex. A., at page 203.  The "Consejero Delegado" of a corporation is the highest position in a company, even above the President.  It is an executive position, not merely a representative position.  When the "Consejero Delegado" is in this position alone, he holds all the powers and authorities of the corporation and may delegate  these powers and revoke such delegations at will.  All other individuals employed by Laboratorios Belmac may exercise only the limited corporate powers that are explicitly delegated to them by Mr. Murphy.  At all times, however, Mr. Murphy has retained the authority to revoke or modify these powers and to hire and fire those who hold delegated powers as employees of the company.

5.      There is no impediment in Spanish law to a general manager, such as Adolfo Herrera, holding the position of "Consejero Delegado".  However, at no time has Adolfo Herrera held this position for Laboratorios Belmac.

6.      I address myself to a few of the statements in the Declaration of James R. Murphy, dated November 3, 2004, attached hereto as Exhibit B (hereinafter "Ex. B"), and the Declaration of Adolfo Herrera, dated November 4, 2004, attached hereto as Exhibit C

2

(hereinafter "Ex. C"), concerning the structure and organization of Bentley's subsidiary, Laboratorios Belmac:



a.    Mr. Murphy and Mr. Herrera state that "[Laboratorios] Belmac elects its own board of directors". Ex. B, ¶ 7; Ex. C, ¶ 3. In fact, as indicated in official documents that must be filed with the Spanish authorities, the members of the board of directors of Laboratorios Belmac are elected at the Laboratorios Belmac shareholders general meeting, at which Bentley, as Laboratorios Belmac's sole shareholder, elects the Laboratorios Belmac board of directors. The minutes of these meetings indicate that it is James R. Murphy himself who appears on behalf of Bentley to determine who will be elected to the Laboratorios Belmac board of directors.

b.    Mr. Murphy and Mr. Herrera state "[Adolfo Herrera] has significant autonomous authority over the operations of [Laboratorios] Belmac. The extent of [Mr. Herrera's] authority is contained in the delegation of power from the [Laboratorios] Belmac board of directors ... which is required under Spanish law." Ex. B, ¶ 9; Ex. C, ¶ 5. In fact, throughout the times relevant to this suit, as indicated in official documents that must be filed with the Spanish authorities, it was James R. Murphy alone, as "Consejero Delegado" of Laboratorios Belmac, who held the corporate powers of Laboratorios Belmac and could delegate and revoke these at will. It was James R. Murphy who delegated powers with certain limitations to Adolfo Herrera by public deed of June 15, 1999, not the Laboratorios Belmac board of directors. Ex. A back of page 079.

3

c.     Mr. Murphy states "The [Laboratorios] Belmac board had granted similar delegations of powers to Mr. Herrera and previous general managers throughout the time that [Laboratorios] Belmac interacted with Ethypharm." Ex. B, ¶ 10. Similarly, Mr. Herrera states: "The [Laboratorios] Belmac board had granted similar delegations of powers to myself and my predecessors throughout the time that [Laboratorios] Belmac interacted with the Spanish company Ethypharm S.A.". Ex. C, ¶ 6. In fact, it was James R. Murphy alone, not the board of Laboratorios Belmac, who granted certain delegations of powers to Mr. Clemente Gonzales Azpetia, the general manager of Laboratorios Belmac who preceded Adolfo Herrera, by public deed of January 18, 1996. Ex. A, at page 072.

d.     Mr. Herrera states: "Bentley's board of directors does not control or direct [Laboratorios] Belmac's operations." Ex. C, ¶ 11. In fact, Bentley has been qualified to hold, through its control of Laboratorios Belmac's governing bodies (the Laboratorios Belmac board of directors and the Laboratorios Belmac shareholders' meeting), almost absolute control over Laboratorios Belmac. Bentley is the sole shareholder of Laboratorios Belmac. The three members of the board of directors of Laboratorios Belmac since 9 February 2001 are James R. Murphy, Michael D. Price and Adolfo Herrera. During their tenure on the Laboratorios Belmac board, all three have been top executives of Bentley (James R. Murphy, Bentley's CEO, Michael D. Price, Bentley's CFO, and Adolfo Herrera,

4

Bentley's Vice President) according to the information I have been given.

Therefore, while Laboratorios Belmac is a separate legal entity from Bentley under Spanish law, it is not autonomous in practice.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Madrid, Spain.
September 14, 2006

_____
Antonio Castán

5

B1201

# EXHIBIT A

**B1202**

18/12 2001 MIE 18:08 FAX 913199159 ETHYPHARM S.A.      ..      ................ @003/007
913199159



REGISTRO MERCANTIL CENTRAL

PRINCIPE DE VERGARA, 94
TELEF 91 563 12 52
28006 MADRID

SERVICIO DE INFORMACION MERCANTIL

                          SOLICITUD NO. 999.999      19/12/01   13:28

NOTA SIMPLE INFORMATIVA - DATOS GENERALES

SOCIEDAD   LABORATORIOS BELMAC SA


DATOS REGISTRALES

    Registro    MADRID  MERCANTIL

    Seccion         8    Hoja      M 102.225   H.Repetida
    Tomo        9.175    Libro        7.983    Folio          193
DATOS SOCIEDAD

    N.I.F.      A78964038

    Comienzo Operaciones 00/00/0000 Duracion INDEFINIDA

    Objeto Social   NO CONSTA


    Domicilio Calle        CALLE TEIDE, 4, PARQUE EMPRESARIAL LA MARINA
              Municipio    SAN SEBASTIAN DE LOS REYES
              Provincia    MADRID
              Nacionalidad ESPAÑOLA
    Capital   Suscrito          250.000.000 Pts.  (    1.502.530,26 Euros)
              Desembolsado      250.000.000 Pts.  (    1.502.530,26 Euros)


NOTA.- Esta nota simple tiene caracter EXCLUSIVAMENTE INFORMATIVO y resulta
de los datos que han sido remitidos a este Registro por los Registros Mercan-
tiles Provinciales desde el 1 de enero de 1.990. Si se desean notas o certi-
ficaciones con el contenido total de las inscripciones debera acudirse al
Registro Mercantil de: MADRID  MERCANTIL


    HEURE DE RECEPTION  19. DEC. 17:16      HEURE D'IMPRESSION  19. DEC. 17:18

B1203

19/12 2001 MIE 13:08 FAX 913199159 ETHYPHARM S.A.     ↔     10/4913199159     P.004/007

913199159



**REGISTRO MERCANTIL CENTRAL**

SERVICIO DE INFORMACION MERCANTIL

PRINCIPE DE VERGARA, 94
TELEF 91 563 12 52
28006 MADRID

SOLICITUD NO. 999.999     19/12/01   13:28

NOTA SIMPLE INFORMATIVA - ORGANOS SOCIALES

SOCIEDAD   LABORATORIOS BELMAC SA

DATOS REGISTRALES

Registro   MADRID  MERCANTIL

| Seccion | 8 | Hoja | M 102.225 | H.Repetida | |
|---------|---|------|-----------|------------|-----|
| Tomo | 9.175 | Libro | 7.983 | Folio | 193 |

ORGANOS SOCIALES.

| N. Insc. | Fecha | Boletin/Referencia | Cargo | Apellidos y Nombre |
|----------|-------|--------------------|-------|--------------------|
| 30 | 30/07/1996 | 1996 155 | 254.483 Apoderado | ASENSIO ASENSIO JUAN CARLOS |
| 30 | 30/07/1996 | 1996 155 | 254.483 Apoderado | CABODEVILLA LLINCHETA ANTONIO |
| 23 | 9/02/1995 | 1995 41 | 61.600 Apoderado | DE LA ROSA BEATRIZ |
| 25 | 11/10/1995 | 1995 209 | 282.398 Apoderado | ESTEVE JOSE MARIA |
| 31 | 30/07/1996 | 1996 155 | 254.484 Apoderado | ESTEVE SERRANO JOSE MARIA |
| 23 | 9/02/1995 | 1995 41 | 61.600 Apoderado | GARCIA PEREZ DE AYALA SUSANA |
| 37 | 38/12/1999 | 2000 6 | 8.230 Apoderado | HERRERA MALAGA ADOLFO |
| 23 | 9/02/1995 | 1995 41 | 61.600 Apoderado | IGUACEL ABEIGON PALOMA |
| 22 | 13/12/1994 | 1994 244 | 324.040 Apoderado | MURPHY JAMES RICHARD |
| 22 | 13/12/1994 | 1994 244 | 324.040 Apoderado | PRICE MICHAEL DENNIS |
| 33 | 6/11/1997 | 1997 221 | 373.291 Apoderado | ZORZONA PEREZ ARMANDO |
| 6 | 20/05/1993 | 1993 116 | 224.407 Presidente | HENRY HERMET JEAN PIERRE |
| 38 | 3/04/2001 | 2001 74 | 158.917 Presidente | MURPHY JAMES RICHARD |
| 29 | 17/06/1996 | 1996 128 | 220.563 Letrado Ases | ESTEVE SERRANO JOSE LUIS |
| 6 | 20/05/1993 | 1993 116 | 224.407 Vocal Consej | BELMAC CORPORATION |
| 6 | 20/05/1993 | 1993 116 | 224.407 Vocal Consej | BELMAC EUROPE SA |
| 16 | 19/01/1994 | 1994 24 | 29.347 Vocal Consej | DENNIS PRICE MICHAEL |
| 6 | 20/05/1993 | 1993 116 | 224.407 Vocal Consej | HENRY HERMET JEAN PIERRE |
| 38 | 3/04/2001 | 2001 74 | 158.917 Vocal Consej | HERRERA MALAGA ADOLFO |
| 38 | 2/04/2001 | 2001 74 | 158.917 Vocal Consej | MURPHY JAMES RICHARD |
| 38 | 2/04/2001 | 2001 74 | 158.917 Vocal Consej | PRICE MICHAEL DENNIS |
| 38 | 2/04/2001 | 2001 74 | 158.917 Secr.No Cons | ESTEVE SERRANO JOSE MARIA |
| 6 | 20/05/1993 | 1993 116 | 224.407 Secr.No Cons | VOLTA TORRAS ANTONIO |
| 29 | 17/06/1996 | 1996 128 | 220.563 Auditor Ctas | DELOITTE & TOUCHE SA |
| 11 | 14/06/1993 | 1993 132 | 252.611 Auditor Ctas | PRICE WATERHOUSE AUDITORES SA |
| 6 | 20/05/1993 | 1993 116 | 224.407 Con.Del.Unic | HENRY HERMET JEAN PIERRE |
| 38 | 3/04/2001 | 2001 74 | 158.917 Con.Del.Unic | MURPHY JAMES RICHARD |

PAG.    1

**NOTA.-** Esta nota simple tiene caracter EXCLUSIVAMENTE INFORMATIVO y resulta
de los datos que han sido remitidos a este Registro por los Registros Mercan-
tiles Provinciales desde el 1 de enero de 1.990. Si se desean notas o certi-
ficaciones con el contenido total de las inscripciones debera acudirse al
Registro Mercantil de: MADRID  MERCANTIL

HEURE DE RECEPTION  19. DEC.  17:16        HEURE D'IMPRESSION  19. DEC.  17:18

B1204

19/12 2001 MIE 18:08 FAX 913199159 ETHYPHARM S.A.                                    Ø005/007

913199159



PRINCIPE DE VERGARA, 94
TELEF 91 583 12 52
28006 MADRID

REGISTRO MERCANTIL CENTRAL

SERVICIO DE INFORMACION MERCANTIL
ORGANOS SOCIALES.

| N. Insc. | Fecha | Boletin/Referencia | | Cargo | Apellidos y Nombre |
|---|---|---|---|---|---|
| 23 | 9/02/1995 | 1995 | 41 | 61.600 Con.Del.Soli | MURPHY JAMES RICHARD |
| 6 | 26/05/1993 | 1993 | 116 | 224.407 Repres.P.J. | MAISONNEUVE HERVE MICHEL FRANCOIS |
| 6 | 26/05/1993 | 1993 | 116 | 224.407 Repres.P.J. | STEPHEN AYERS MARCUS |

NOTA.- Esta nota simple tiene caracter EXCLUSIVAMENTE INFORMATIVO y resulta
de los datos que han sido remitidos a este Registro por los Registros Mercan-
tiles Provinciales desde el 1 de enero de 1.990.  Si se desean notas o certi-
ficaciones con el contenido total de las inscripciones debera acudirse al
Registro Mercantil de: MADRID  MERCANTIL

HEURE DE RÉCEPTION  19. DEC. 17:16        HEURE D´IMPRESSION  19. DEC. 17:18



B1206

AFECCION. Pagada en autoliquidacion -200.000- pesetas -exento- y quedan afectos los bienes y derechos transmitidos, por DOS AÑOS al pago del Impuesto o Impuestos a que se refiere este acto o contrato que, en su caso, se complementaria, por la liquidacion adicional que proceda practicar. Transmisiones y Actos Juridicos Documentados por el acto sujeto a que se refiere el anterior asiento de Madrid, a Diecisiete de Junio de Mil Novecientos Noventa y Cuatro.

24) REMITIDOS AL REMIC LOS DATOS REGLAMENTARIOS. MADRID A ../DE JUNIO DE 1994

---

lo que se hace constar a los efectos de lo establecido por el articulo 171.2 del Reglamento del Registro Mercantil para el acuerdo de reduccion de capital acordado en esta misma Junta.

Segunda.- Reducir el capital social en la cantidad de 90.000.000.- de pesetas. Esta reduccion de capital se lleva a efecto por el motivo y en la forma siguiente:

Con la finalidad de restablecer el equilibrio entre el capital y el patrimonio de la Sociedad disminuido por consecuencia de perdidas, a tenor de lo dispuesto en el articulo 163 y concordantes de la vigente Ley sobre Regimen Juridico de las Sociedades Anonimas y demas legislacion aplicable, se reduce el valor de las 90.000 acciones que componen el capital social de LABORATORIOS BELMAC, S.A. de un valor nominal de 1.000.- pesetas por accion al de 0.- pesetas por accion.

De consiguiente el capital social queda reducido a 0.- pesetas.

Tercera.- Ampliar, simultaneamente, el capital social de LABORATORIOS BELMAC, S.A. en la cantidad de 120.000.000.- de pesetas, que sumadas al capital social actual a tenor del acuerdo anterior, dan un capital social total de 120.000.000.- de pesetas.

Este aumento de capital se lleva a cabo mediante la emision de 120.000 nuevas acciones, nominativas, de 1.000.- pesetas por accion, numeradas del 1 al 120.000, ambos inclusives.

Cuarta.- Las 120.000 nuevas acciones, numeros 1 al 120.000, ambos inclusives, son ofrecidas y suscritas en su totalidad por el actual accionista unico de la Sociedad la compañia mercantil francesa LABORATOIRES BELMAC, S.A., a quien se le adjudican.

El efectivo desembolso de las nuevas 120.000 acciones, por valor nominal total de 120.000.000.- de pesetas se efectua mediante aportacion dineraria

| REGISTRO MERCANTIL DE | | | |
|---|---|---|---|
| TOMO 627 | SEC 8 | LIBRO | HOJA M-10,221 |

**NOTAS MARGINALES**

**AMPLIACION DE CAPITAL**

AFECCION.- Pagada -1.300.000 en metálico quedan afectos los bienes y derechos transmitidos, durante el plazo de cinco años, a la responsabilidad por la liquidación complementaria que en su caso, se gire del Impuesto sobre Transmisiones y Actos Jurídicos Documentados por el acto o contrato a que se refiere

---

exterior, lo que se justifica / por Certificación bancaria, quedando de esta forma totalmente suscritas e íntegramente desembolsadas en efectivo metálico, las 120.000 nuevas acciones.

Quinta.- De consiguiente, modificar el artículo 6º de los Estatutos Sociales, que en adelante estará redactado de la siguiente forma:

Artículo 6º.- CAPITAL SOCIAL: El capital social es de CIENTO VEINTE MILLONES (120.000.000.-) DE PESETAS, representado por 120.000 acciones, nominativas, de valor nominal de 1.000.- pesetas cada una, totalmente suscritas y enteramente desembolsadas, numeradas correlativamente del 1 al 120.000, ambos inclusive, cuyos títulos podrán ser unitarios o múltiples, y contendrán todos los requisitos legales y la firma de un administrador.

La reducción de capital se ha realizado con base en un balance cerrado al 30 de junio de 1992 verificado por los auditores de cuentas de la sociedad Price Waterhouse Auditores, S.A., de fecha 5 de Octubre de 1992, que se inserta. Todas las acciones emitidas han sido desembolsadas en efectivo metálico, que se ha ingresado en la caja social, según se corresponde, en la cuenta corriente número 10-00202, abierta a nombre de la sociedad en el Banco Bankinter, S.A., que se inserta. Se acompaña declaración de la inversión a la Dirección General de Transacciones Exteriores el 21 de febrero de 1994. ASI INSCRIBO los expresados acuerdos de REDUCCION DE CAPITAL Y AMPLIACION DE CAPITAL, EN SU VIRTUD de la escritura otorgada en Barcelona el 4 de febrero de 1994, ante el Notario allí residente, Don Antonio Bosch Carrera, número de su protocolo 316 de su protocolo. Se eleva a público una certificación expedida por JAUSAS MARTI AGUSTIN, con el visto bueno de PEREZ DE AYALA MAYORAL. Presentada copia en este Registro el día 19 de junio de 1994, número 316 de asiento 354 del Diario 438. HONS. S/N CIENTO SESENTA Y DOS MIL SETECIENTAS y cuatro pesetas. Madrid,

---

19 "LABORATORIOS BELMAC SA.- JAUSAS MARTI AGUSTIN en nombre y representación de la Sociedad de esta Hoja, como Secretario no Consejero de la misma y facultado por JUNTA GENERAL EXTRAORDINARIA UNIVERSAL, en su reunión del día 1 DE ABRIL DE 1993, ejecuta los siguientes acuerdos: JUNTA GENERAL EXTRAORDINARIA UNIVERSAL, adoptados por unanimidad, AMPLIACION DE CAPITAL: capital suscrito 130.000.000, totalmente desembolsado. El número de capital se lleva a cabo mediante la emisión de 130.000 nuevas acciones, nominativas, de mil pesetas por acción, numeradas del 120.001 al-250.000, ambos inclusive, las nuevas acciones suscritas directamente por el accionista único la sociedad mercantil francesa LABORATOIRES BELMAC, S.A., a quien se le adjudican. El efectivo desembolso de las nuevas 130.000 nuevas acciones, de un nominal total de ciento treinta millones de pesetas se efectúa mediante aportación dineraria exterior, y su importe ingresado en la cuenta corriente número 60-0322/7-41 abierta a nombre de la sociedad en el Banco Popular Español, S.A., Agencia 42, de Madrid,

067

B1208



B1209

| REGISTRO MERCANTIL DE | | | |
|---|---|---|---|
| TOMO | SEC. | LIBRO | HOJA |
| 6271 | NOTAS MARGINALES | M-102229 NUM. INSCRIP. | 22 |

**NOTAS MARGINALES**

REVOCACION

REMITIDOS DATOS REGLAMENTARIOS
AL RMC.MADRID A.3.DE DICIEMBRE
DE 1.994.

REVOCACION

Revocado a Don Clemente González
por la 26-.. Madrid.. a Once de
Octubre de
Noventa y Cinco.

REVOCADA la siguiente inscrip-
ción en cuanto a D. ........
......................................
.......R.Madrid....a......de......
.......de 1994.....

REVOCADA a Don Clemente González
por la 26-.-. Madrid, a Once de
Octubre de
Noventa y Cinco.

---

**22**  LABORATORIOS BELMAC SA.- SANTOS RAMIREZ JAVIER, como Secretario no Consejero, facultado por
el CONSEJO UNIVERSAL en su reunion del dia 10 DE NOVIEMBRE DE 1.994, a la que asistencia
de todos los Consejeros, quedando el acta de la reunion aprobada, al final, se
acuerda unanime segun certificacion inserta, ha otorgado la escritura que se inscribe por
la que se eleva a publicos dichos acuerdos siguientes:

Dicha escritura causó la inscripción 9ª.

B1210

bre de 1.965, española, soltera, vecina de Madrid,
calle Víctor Juan Cruz, 4, y con D.N.I. y N.I.F. nú-
mero 1.244.124-Q.

- D. FEDERICO DE OLAZ CASABLANANCA, nacido el 26 de
enero de 1.966, español, soltero, vecino de Madrid,
calle la Albacara, 2, y con D.N.I. y N.I.F. número
2.999.244-P.

- D. PEDRO PEREZ DE RADA, nacido el 11 de
agosto de 1.962, español, soltero, vecino de Ma-
drid, calle Elvira, 14, y con D.N.I. y N.I.F. número
50.811.321-Q.

- D. CLEMENTE GONZALEZ AGUSTIN, español, mayor de
edad, casado, médico, vecino de Torrelodones (Ma-
drid). Avda. de la Loma, 27, y con D.N.I. y N.I.F.
número 2.000.457-N. Nacido el 22-9-1940.

para que en nombre de la sociedad puedan ejercitar las fa-
cultades que se detallan a continuación, y en las a que
siguientes términos:

- Las facultades indicadas con los números 1, 2 y 4
podrá ser ejercitadas de forma mancomunada con la
firma de dos de las siguientes personas: Sra.
Iguacel, Sr. González, Sr. de Salas y Sr. Prieto;
más, esta misma facultad podrá ser ejercitada por el
Sr. Murphy con su sola firma.

- Las facultades indicadas con los números 1, 2 y 4
podrá ser ejercitadas de forma mancomunada con la
firma de dos de las siguientes personas: Sra.
Iguacel, Sr. de Salas, Además, esta misma facultad
podrá ser ejercitada por el Sr. Murphy con su sola
firma.

- Las facultades indicadas con el número 5 podrán
ser ejercitadas de forma mancomunada con la firma de
dos de las siguientes personas: Sra. Iguacel, Sr.
Iguacel y Sr. de Salas, Además, esta misma facultad
podrá ser ejercitada por el Sr. Murphy con su sola
firma.

- Las facultades indicadas con los números 7 y 9 po-
drán ser ejercitadas de forma solidaria por las si-
guientes personas: Sr. de Salas, Sr. Prieto y Sr. Mur-
phy.

- Las facultades indicadas con el número 8 podrá
ser ejercitada de forma mancomunada con la firma de
dos de las siguientes personas: Srta. García, Srta.
Iguacel, Sr. de Salas, Sr. González, Sr. Murphy y
Sr. Prieto.

Facultades:

1) Suscribir y resolver o terminar, en nombre de la
sociedad, todo tipo de contratos, acuerdos o compromi-
sos relativos a la compra o venta de cualquier clase de
mercancías, productos o servicios y siempre que tales
se encuentren dentro del objeto y actividad ordina-
ria de la sociedad y siempre que tales ventas se im-
pliquen un compromiso de precio por período que el com-
promiso o acuerdo pueda ser concertado libremente por
la sociedad, sin necesidad de firma junta y hiciera-
limitación, y con un período de previsto no superior a
treinta (30) días.

2) Suscribir y resolver o terminar, en nombre de la
sociedad, todo tipo de contratos, acuerdos o compromi-
sos relativos a la compra de cualquier clase de mer-
cancías, productos o servicios y siempre que tales
contratos, acuerdos o compromisos o servicios no im-
pliquen un valor total superior a Diez millones
(10.000.000.-) de pesetas por cada fuerza.

3) Suscribir y resolver o terminar, en nombre de la
sociedad, todo tipo de contratos relativos al alqui-
ler por parte de la sociedad, de cualquier clase de
bienes muebles o vehículos de motor, siempre
que tales contratos no impliquen un coste anual supe-
rior a Dos millones (2.000.000) de pesetas al tengan
una duración superior a la de un año;

4) Suscribir y resolver o terminar, en nombre de la
sociedad, todo tipo de contratos, acuerdos o compro-
misos relativos a la compra o venta de cualesquiera
otros bienes, materiales o servicios, siempre que no
impliquen un coste superior a ... de
(1.000.000.-) de pesetas por cada fuerza. Incluyen-

B1211

REGISTRO MERCANTIL DE

| TOMO | SEC | LIBRO | HOJA |
|------|-----|-------|------|
| 6271 | | | M-107225 |

NOTAS MARGINALES

NÚM ORDEN

22ª

23

NOMBRAMIENTO

do, entre otros y de forma no limitativa, contratos de transporte, almacenaje, carga y descarga de productos o mercancías; concertar de suministros en favor de la sociedad; concertar préstamos relativos a la sociedad; contratos relativos a la publicidad y promoción de la sociedad.

5) Contratar para completar servicios en puestos de trabajo existentes en la fecha de otorgamiento del poder, y establecer las funciones para cada posición, deberes y atribuciones del trabajo a ajustar, sueldos, comisiones y retribuciones de toda clase que debe disfrutar los personales, trabajadores o agentes de ventas de la sociedad cuyo reclutamiento anual total no exceda de la cantidad... suma de...

...representar a la Administración de Hacienda y demás funciones propias de la Administración de Hacienda, representando a la sociedad frente a ministerios y demás organismos laborales y de la seguridad social.

6) Despedir y terminar los contratos de trabajo o agencia de los personales, trabajadores o agentes de venta de la sociedad, representar a la sociedad frente a sindicatos y otros organismos laborales nos de tales despidos o terminaciones de contratos.

7) Abrir y cancelar cuentas bancarias.

8) Retirar fondos de la sociedad existentes en cualquier cuenta bancaria dando las oportunas instrucciones al efecto, ya sea mediante la emisión o petición...

...por transferencia, pagaré o cheque.

9) Cobrar pagar, librar, endosar, negociar, descontar, aceptar y protestar letras de cambio y demás documentos...

10) ...conceder, cancelar y aceptar compromisos relativos...

11) representar a la Sociedad en el ejercicio de acciones y oposiciones administrativas, económico-administrativas, laborales, sociales, criminales, ante toda clase de autoridades, organismos, Tribunales de toda clase de jurisdicción, Administración General, Autonómica, Provincial y Local, en toda clase de juicios instancias, reclamaciones...

12) Conceder, retirar y permitir fondos, valores de toda clase, mercancías, numerarios o cualquier otro crédito perteneciente a la Sociedad, que se encontraren en las relaciones de propiedad y/o de control de cambios, así como la prestación y presentación de declaraciones y formularios sobre toda clase de importación y cambio o relativos a la obtención de permisos y licencias administrativas.

13) Nombrar y apoderar Abogados y Procuradores con las facultades...

14) Delegar todas o algunas de las facultades aquí establecidas en favor de la persona o personas que estime convenientes y dentro de los límites anteriormente establecido.

"LABORATORIOS BELMAC SA".- SANTOS RAMÍREZ JAVIER en nombre y representación de la Sociedad

-EN SU VIRTUD INSCRIBO LOS EXPRESADOS ACUERDOS REVOCACIÓN Y DESIGNACIÓN.- Así resulta de copia de la escritura autorizada por el Notario de MADRID, MARTÍNEZ GIL, VITCH JOSÉ LUIS.- el día 18 DE NOVIEMBRE DE 1994, con el número 2989, de su Protocolo. Presento copia este Registro el día 26 DE NOVIEMBRE DE 1994, con el número 7282, según asiento presente 1139/581 Diario 469 . Madrid, a Trece de Diciembre de Mil Novecientos Noventa y Cuatro.-

069

B1212

CONSEJO UNIVERSAL

B1213

| REGISTRO MERCANTIL DE | | | | |
| --- | --- | --- | --- | --- |
| TOMO | SEC | LIBRO | HOJA | N.º DE ORDEN |
| 624 | | | M/102.715 | 23 |

**NOTAS MARGINALES**

**OTROS ACTOS SOCIALES**

EN SU VIRTUD INSCRIBO los expresados acuerdos de que RESULTA de copia de la escritura autorizada por el Notario de MADRID JOSE LUIS, el día 26 DE ENERO DE 1995, con el número 342 de su Protocolo. Presentada copia en este Registro el día 3 DE FEBRERO DE 1995, con el número 1393, según asiento presente 825 del Diario 485 . Madrid, a Nueve de Febrero de MIL Novecientas Noventa y Cinco.

Hons. S/M  SEIS MIL NOVECIENTAS pesetas.

"LABORATORIOS BELMAC SA.- MEDIANTE DOCUMENTO expedido en Madrid el 17 de agosto de 1995 por don Lauren Santos Ramírez, Secretario no Consejero del Consejo de Administración.

070

B1214



REGISTRO MERCANTIL DE

| TOMO | SEC | LIBRO | HOJA |
|---|---|---|---|
| 1622 | | | M/022211 |

NOTAS MARGINALES

NOMBRAMIENTO
CESE/DIMISION
CAMBIO DE DOMICILIO SOCIAL

EN SU VIRTUD INSCRIBO los expresados acuerdos de REVOCACION Y NOMBRAMIENTO, ASI RESULTA de copia de la escritura autorizada por el Notario de MADRID, MARTINEZ GIL VICHY JOSE LUIS, el día 6 DE SEPTIEMBRE DE 1995, con el número 3318 de su Protocolo. Presentada copia en este Registro el día 14 DE SEPTIEMBRE DE 1995, con el número 2338, según asiento de presentación 630 del Diario 53.- Madrid, a once de Octubre de Mil Novecientos Noventa y Cinco.- S/M ... ... ...
Hons. S/M CINCO MIL CUATROCIENTAS VEINTICINCO pesetas.

26.- "LABORATORIOS BEXMAC SA".- SANTOS RAMIREZ JAVIER en nombre y representacion de la sociedad de esta hoja, como Secretario del Consejo de Administración y llevando cumplimiento lo acordado por la Junta General Universal celebrada en el domicilio social

071



| REGISTRO MERCANTIL DE | | | | |
|---|---|---|---|---|
| TOMO | DC. | LIBRO | | HOJA |

**NOTAS MARGINALES**

| N.DE ORDEN |
|---|

10
11
12 — REMITIDOS AL REGIST. LOS DATOS
13    REGLAMENTARIOS./MADRID, A 14 DE
14    FEBRERO DE 1996.
15
16 — REVOCADA la adjunta inscrip-
17    ción en cuanto a la Sra. Clemen-
      por la Nª. (cto.) 2ª. del to-
      mo XXXX
      Madrid, a de de de

— REVOCACION
   NOMBRAMIENTO

EN SU VIRTUD INSCRIBO los expresados acuerdos de NOMBRAMIENTO DE NOMBRAMIENTO DE APODERADO, ASI RESULT. de copia a la asociada autorizada por el Notario de MADRID, MARTINEZ GIL VICH, JOSE LUIS, el día 8 DE NOVIEMBRE DE 1996 con el número 4328 de su Protocolo. Presentada copia en este Registro el día 15 DE NOVIEMBRE DE 1996 con el número 4012, según asiento de presentación 448 del Diario 544 . Madrid, a 24-24 de Diciembre de Mil Novecientos Noventa.
Honorarios: S/. TRES MIL QUINIENTAS CINCUENTA pesetas.

2º "LABORATORIOS BEXMAC, S.A.".- HURERY JAMES RICHARD en nombre y representación de la Compañía, como Consejero Delegado Solidario de la misma, haciendo uso de las facultades conferidas por razón de tal cargo, ha otorgado la escritura que se inscribe, por la que DISPONE:-----

— REVOCACION DE PODER.- Que, en nombre y representación de la Compañía "LABORATORIOS BEXMAC, S.A.", en los términos más amplios, plenos y absolutos que en derecho se requiera, REVOCA, anula y deja sin valor ni efecto alguno, los PODERES conferidos a DON CLEMENTE GONZALEZ AZPEITIA, mayor de edad, casado, Médico, vecino de Torrelodones (Madrid), con domicilio en la Avenida de la Loma, número 27, y con D.N.I. Y N.I.F., número 2.009.837-M, mediante escritura de fecha seis de Septiembre de mil novecientos noventa y cinco, autorizada por el Notario de Madrid, Don José-Luis Martínez-Gil Vich, con el número tres mil trescientos dieciocho de orden de su Protocolo, que se inscribió en el Registro Mercantil de Madrid, en el tomo 6.271, folio 70, sección 8, hoja número M-101.225, inscripción 25ª; cuya revocación se concreta en la totalidad de su contenido y facultades a él conferidas.-----

— APODERAMIENTO.- Que en nombre y representación de la Compañía Mercantil "LABORATORIOS BEXMAC, S.A.", confiere poder a favor de:-----

DON CLEMENTE GONZALEZ AZPEITIA, mayor de edad, casado, nacido el día 22 de Septiembre de 1.940, casado, Mé-

072

B1218

dio, vecino de Torrelodones (Madrid), con domicilio

en la Avenida de La Loma, número 27, y con D.N.I. y

N.I.F., número 2.009.837-M.

Para que dicho señor, en nombre y representación

de la citada Compañía, pueda realizar y ejercer los

siguientes actos, y

"-  FACULTADES : -

1.- CONVENIR, concertar, ejecutar y cumplir toda

clase de contratos que se refieran al objeto social,

directa o indirectamente. Dirigir, regir y gobernar

los negocios, bienes (muebles a inmuebles), dere-

chos; y en general, el patrimonio de la Compañía; y

en tal sentido cuidar y atender la buena conserva-

ción de los bienes. Ejercitar y cumplir toda clase

de derechos y obligaciones; rendir, extinguir y li-

quidar contratos de todo tipo, incluso de arrenda-

miento, seguro, trabajo y transporte. Nombrar, sepa-

rar y despedir toda clase de empleados y obreros de

la Sociedad, y fijar los sueldos, retribuciones, re-

glamentos de trabajo y normas de situación y actua-

ción. Asistir a Juntas de todas clases, con facul-

tad de deliberar y votar. Abrir, contestar y firmar

la correspondencia. Retirar de las Oficinas de Co-

rreos y Comunicaciones, cartas, certificados, despa-

chos, paquetes, giros postales o telegráficos y va-

lores declarados, y de las Compañías ferroviarias,

aéreas, navieras y de transporte en general, Adua-

nas, Muelles y Agencias, los géneros y efectos remi-

tidos; formular protestas y reclamaciones y hacer

dejes de cuenta y abandono de mercancías y levantar

protestas de averías; tomar parte en concursos y su-

B1219

| REGISTRO MERCANTIL DE | | | |
|---|---|---|---|
| TOMO | SEC. | LIBRO | HOJA |
| 6.091 | F | — | M-70.282 |

NOTAS MARGINALES

NUM. ORDEN INSCRIP.

bastas, oficiales y particulares, formulando pro-
puestas, reservas y protestas y aceptando adjudica-
ciones, firmando las escrituras de contrata, con los
pactos que se establezcan, incluso para cederlas
posteriormente a tercero; todo ello con la más plena
libertad y amplitud de cláusulas, pactos, condicio-
nes y determinaciones, sin limitación alguna.————

2.— LIBRAR, aceptar, avalar, endosar, cobrar, pa-
gar, intervenir, negociar y descontar letras de cam-
bio, cheques, talones y demás documentos de giro.
Formular cuentas de resaca y protestos por falta de
aceptación o de pago o de garantía o para mayor se-
guridad, hasta un límite máximo de DOCE MILLONES
QUINIENTAS MIL PESETAS, por operación.————————

3.— AVALAR, garantizar y afianzar toda clase de
operaciones, deudas y obligaciones y préstamos, por
cuenta y representación de la Sociedad, sin limita-
ción alguna de tiempo ni cantidad, tanto de particu-
lares, de bancos incluso el de España, Entidades,
Cajas de Ahorro y Monte de Piedad y demás que fueren
pertinentes; y suscribir y aceptar y otorgar a los
fines dichos las escrituras, pólizas, letras y docu-
mentos públicos y privados que se requiera, sin li-
mitación alguna, hasta un límite máximo de DOCE MI-
LLONES QUINIENTAS MIL PESETAS, por operación.————

4.— OPERAR con Cajas oficiales, Cajas de Ahorro y
Monte de Piedad y Bancos, incluso la Banca oficial,
haciendo cuanto la legislación y prácticas bancarias
permitan. Abrir, seguir, disponer, utilizar y can-
celar en el Banco de España, en cualquier localidad
o en cualquier otro Banco o Establecimiento de Cré-

dito o Ahorro, cuentas corrientes ordinarias o de
crédito, solicitar y obtener préstamos, con garantía
personal, de valores o de efectos comerciales; y Ca-
jas de Seguridad.- Aprobar e impugnar cuentas, deu-
das, créditos, cobros, saldos y liquidaciones. Ad-
quirir por cualquier título valores, cobrar sus di-
videndos y amortizaciones y vender sus cupones. Mo-
dificar, transferir, cancelar, retirar y constituir
depósitos de efectivo o valores provisionales o de-
finitivos, hasta un límite máximo de DOCE MILLONES
QUINIENTAS MIL PESETAS, por operación.-------------

.- 5.- SOLICITAR, firmar y extender cheques, órde-
nes, transferencias y demás documentos y retirando
cuadernos de cheques, de cualquier Banco o Estable-
cimiento de Crédito o Ahorro, incluso del Banco de
España, así como reconocer y pagar deudas, aceptar y
cobrar créditos, tanto por capital como por intere-
ses, dividendos y amortizaciones; aprobar e impugnar
cuentas; aceptar pagos y cobrar sumas adeudadas por
cualquier título y a favor o a cargo de cualquier
persona, entidad o Corporación, incluso Estado, Au-
tonomía, Provincia o Municipio, Ministerios, Conse-
jerías y Organismos oficiales o personas naturales o
jurídicas, públicas o privadas, firmando recibos,
saldos, conformidades, resguardos y cartas de pago,
hasta un límite máximo de SIETE MILLONES DE PESETAS,
por operación.-------

6.- DISPONER, enajenar, vender, transmitir, per-
mutar, comprar, adquirir, gravar, hipotecar y con-
tratar, activa o pasivamente, respecto de toda clase
de bienes muebles, patentes, registros, marcas y

B1220

REGISTRO MERCANTIL DE

TOMO

LIBRO

N.º DE ORDEN INSCRIP.

NOTA

NOTAS MARGINALES

vehículos, pudiendo en tal sentido, con las condi-
ciones y por el precio de contado, confesado o apla-
zado que estime pertinente. Ejercitar, otorgar, con-
ceder y aceptar compras, ventas, transmisiones, ena-
jenaciones, adquisiciones, permutas, aportes, cesio-
nes en pago o para pago, hasta un límite máximo de
DOCE MILLONES QUINIENTAS MIL PESETAS, por opera-
ción.——————————————————————————————————————————

7.- CONCERTAR, desempeñar y rescindir uniones de
empresas; e intervenir en sociedades, civiles o mer-
cantiles, tanto en fase de constitución como des-
pues, y aceptar, desempeñar y renunciar los cargos
que procedan.————————————————————————————————————

8.- REPRESENTAR a la Sociedad ante el Ministerio
de Economía y Hacienda, Consejería del ramo en todas
y cada una de las Comunidades Autónomas, Delegacio-
nes y Subdelegaciones, Oficinas Liquidadoras o Re-
caudadoras de cualquier impuesto, y ante cualquier
organismos o dependencias de tales com-
petencias; y al efecto recibir cuantos libramientos
y demás cantidades que por cualquier otro concepto
corresponda percibir a la Sociedad; satisfacer con-
tribuciones y reclamar contra lo no aceptable; fir-
mar declaraciones juradas e instancias e interponer
y seguir toda clase de recursos por todos sus trámi-
tes; y otorgar cartas de pago y firmar recibos.—————

9.- COMPARECER y actuar con plena personalidad,
representando a la Sociedad como solicitante, otor-
gante, disponente, actora, demandada, coadyuvante,
querellante o en cualquier otro concepto, en otorga-
mientos; disposiciones, asuntos, actos de concilia-

B1222

ción, juicios, causas, reclamaciones, expedientes,
actuaciones de todo orden; ante toda clase de Minis-
terios, Departamentos, Institutos, Oficinas y depen-
dencias del Estado, Provincia y Múicipio; Juzgados,
Tribunales, Autoridades y Magistraturas de Trabajo,
Fiscalías, Sindicatos, Delegaciones, comités, Jun-
tas, Jurados, comisiones, Funcionarios y cualquier
otro Centro y Organismo Civil, Penal, Mercantil, Ad-
ministrativo, Fiscal, Canónico, Contencioso-Adminis-
trativo, Gubernativo, Laboral, de cualquier otras
naturaleza, orden o grado; en todas sus jurisdiccio-
nes, grados e instancias, interviniendo incluso ante
el Tribunal Constitucional, y para toda clase de
asuntos, cuestiones, gestiones, actuaciones, trámi-
tes, diligencias e instancias, hasta la total con-
clusión, acabándose y cumplimiento de las disposi-
ciones, otorgamientos, decisiones, soluciones, reso-
luciones, sentencias, conclusiones y fallos defini-
tivos. Con toda suerte de facultades y posibilida-
des, incluso recusar y tachar, interponer recursos
ordinarios y extraordinarios, como casación, revi-
sión y nulidad; establecer excepciones y defensas; re-
cabar testimonios, copias y certificaciones o asien-
tos; solicitar y practicar toda suerte de diligen-
cias, hasta las de carácter personal y pudiendo así
ratificarse en los escritos; solicitar, conceder y
aceptar quitas y esperas, levantar actas notariales
e intervenir en las mismas; practicar requerimientos
y notificaciones y contestarlos; desistir de las ac-
ciones y apelaciones o recursos entablados y verifi-
car renuncias y allanamientos, así como toda suerte

NOTAS MARGINALES

de pedimentos y diligencias instadas, incluso hacer
declaraciones, absolver posiciones y retirar consig-
naciones y fianzas. Llevar la representación en
quitas y esperas, suspensiones de pagos, concursos y
quiebras de deudores, asistir a las Juntas; nombrar
síndicos y administradores, desempeñar todos los
cargos, aceptar y rechazar las proposiciones del
deudor, llenando todos los trámites hasta el término
del procedimiento. Transigir derechos y acciones;
someterse a árbitros, amigables componedores, arbi-
trajes de equidad, solución de terceros, etc. etc.;
todo ello con plenitud de atribuciones y competen-
cia, sin traba, excepción ni limitación de clase al-
guna, otorgando, al efecto, poderes a Procuradores y
Letrados con las facultades usuales del poder proce-
sal.—

10.- SOLICITAR de cualquier Registro Público,
toda clase de asientos; inscripciones, certificacio-
nes, o cualquier otro documento; solicitar del Nota-
rio autorizante de la presente y retirar copias de
esta escritura, así como de cualquier otro Notario,
de las copias de cualesquiera otras escrituras otor-
gadas por la Sociedad con anteridad a este acto, o
las que se otorguen con posterioridad.—

11.- Y SUSCRIBIR y otorgar cuantos documentos pú-
blicos o privados afecten o interesen a la Sociedad,
por cualquier título, supuesto o efecto, o por vir-
tud de las facultades conferidas.—

EN SU VIRTUD INSCRITO LA EXPRESADA REVOCACION Y CONCESION DE PODERES.— Así resulta de
copia de la escritura autorizada por el Notario de MADRID, RODRIGUEZ POYO-GUERRERO JOSE
MANUEL, el día 18 DE ENERO DE 1996, número 163 de su Protocolo, que fue presentada
en este Registro el día 26 DE ENERO DE 1996, con el número 8300, según asiento de
presentación 681 Del Diario 563 . Madrid, a Doce de Febrero de Mil Novecientos Noventa y
Seis.—

075

B1224



08 NOMBRAMIENTO
09 CESE/DIMISION
10 REVOCACION
11 DESIGNACION
12
13
14
15
16
17

Remítidos los datos Regiatrales
al R.M.C. Madrid   el    de
de 199

Hoja: S/N
CUADRO MIL CINCUENTA pesetas

29  "LABORATORIOS BEIMAC SA".- ESTEVE SERRANO JOSE MARIA en nombre y representación de la sociedad de esta Hoja, como Secretario no Consejero de la misma, debidamente facultado y llevando a cumplimiento lo acordado por JUNTA GENERAL EXTRAORDINARIA UNIVERSAL de la sociedad, y por el Consejo de Administración, en sesión reunida el día 31 DE DICIEMBRE DE 1995, y con la asistencia de todos sus consejeros en la indicada Junta, con la asistencia de todos sus consejeros, en cuya Junta y Reunión del Consejo, cada órgano dentro de su respectiva competencia, se adoptaron por unanimidad los acuerdos que, según certificación inserta, de la que también resulta la aprobación del acta, ha otorgado la escritura que se inscribe, elevando a público dichos acuerdos, que fueron del tenor literal siguiente:

PRIMERO.-
Se acuerda ratificar los nombra...

Se acuerda aprobar la renuncia...

Se acuerda designar como Secretario...

B1225

REGISTRO MERCANTIL DE

| TOMO | SEC | LIBRO | HOJA |
|---|---|---|---|
| 6271 | 0 | 0 | M-102226 |

NOTAS MARGINALES

NOMBRAMIENTO .-

Remitidas los datos Reglamentarios
al R.M.C. Madrid 1º- .......
de 19 ....

REVOCADA la adjunta Ins-
cripción en cuanto a Don
José Julio Montechi...
por la ............... folio ... del to-
mo ...........................
Madrid, .............................

30  "LABORATORIOS BELMAC SA" .- MURPHY JAMES RICHARD en nombre y representacion de la Sociedad
de esta Hoja, como Consejero Delegado Solidario de la misma y facultado por razon de su
cargo, ejecuta los siguientes acuerdos:

NOMBRAMIENTO .- En NOMBRAMIENTO. ASI RESULTA de copia de
escritura autorizada por el Notario de MADRID, RODRIGUEZ POYO-GUERRERO JOSE MANUEL, el
dia 19 DE JULIO DE 1996, numero 1917 de su Protocolo. Presentada copia en este
Registro el dia 24 DE JULIO DE 1996, segun asiento de presentacion
1110 del Diario 606 .- Madrid, Treinta de Julio de Mil Novecientos Noventa y Seis.

EN SU VIRTUD INSCRITO los expresados acuerdos de

Auditor nombrado acepto el cargo mediante carta que se inserta suscrita por Don Joaquin
Hernandez Martin. Apoderado de la misma, cuya firma legitima el Notario de Madrid, DOÑA Maria
Jesus Guardo Santamaria.- EN SU VIRTUD INSCRITO los expresados acuerdos de NOMBRAMIENTO,
CESE/DIMISION, REVOCACION Y DESIGNACION. ASI RESULTA de copia de la escritura autorizada
por el Notario de MADRID, MARTINEZ GIL VICH JOSE LUIS, el dia 30 DE ABRIL DE 1996,
con el numero 1846 de su Protocolo. Presentada copia en este Registro el dia 30 DE MAYO DE 1996,
segun asiento de presentacion, 603
del Diario 593 del Diario 593 .- Madrid, a
Diecisiete de Junio de Mil Novecientos Noventa y Seis.

B1226





ciedad, hasta un límite máximo de DOCE MILLONES QUINIENTAS MIL PESETAS, por operación.-

3.- AVALAR, garantizar y afianzar toda clase de operaciones, deudas y obligaciones de la Sociedad, por cuenta y representación de la Sociedad, sin limitación alguna de tiempo ni cantidad, tanto de particulares, de bancos, incluso el de España, Entidades, Cajas de Ahorro y Monte de Piedad y demás que fueran pertinentes; y suscribir y aceptar y otorgar a los fines dichos las escrituras, pólizas, letras y documentos públicos y privados que se requieran, sin limitación alguna, hasta un límite máximo de DOCE MILLONES QUINIENTAS MIL PESETAS, por operación.-

4.- ORDENAR con Cajas Oficiales, Cajas de Ahorro y Monte de Piedad y Bancos, incluso la Banca Oficial, haciendo cuanto la legislación y prácticas bancarias permitan. Abrir, seguir, disponer, utilizar y cancelar en el Banco de España, en cualquier localidad o en cualquier otro Banco o Establecimiento de Crédito o Ahorro, cuentas corrientes ordinarias o de crédito, solicitar y obtener préstamos, con garantía personal, de valores o de efectos comerciales, y Cajas de Seguridad.- Aprobar e impugnar cuentas, deudas, créditos, conos, saldos y liquidaciones. Adquirir por cualquier título valores, cobrar sus dividendos y amortizaciones y vender sus cupones. Modificar, transferir, cancelar, retirar y constituir depósitos de efectivo o valores provisionales o definitivos, hasta un límite máximo de DOCE MILLONES QUINIENTAS MIL PESETAS, por operación.-

5.- SOLICITAR, firmar y extender cheques, dentro del saldo, transferencias y demás documentos y retirar cuadernos de cheques, de cualquier Banco o Establecimiento de Crédito o Ahorro, incluso del Banco de España, así como reconocer y pagar deudas, aceptar y cobrar créditos, tanto por capital como por intereses, dividendos y amortizaciones; aprobar e impugnar cuentas; aceptar pagos y cobrar sumas adeudadas por cualquier título y a favor o a cargo de cualquier persona, entidad o corporación, incluso Estado, Hacienda, Provincia o Municipio, Ministerios, Consejerías y organismos oficiales o personas naturales o jurídicas y

jurídicas, públicas o privadas, firmando recibos, saldos, conformidades; resguardos y cartas de pago, hasta un límite máximo de SIETE MILLONES DE PESETAS, por operación.-

6.- DISPONER, enajenar, vender, transmitir, permutar, comprar, adquirir, gravar, hipotecar y concertar, activo o pasivamente, respecto de toda clase de bienes muebles, patentes, registros, marcas y vehículos, pudiendo en tal sentido, con las condiciones y por el precio de contado, concederse o aplazando que estime pertinente. Ejercitar, aceptar, conceder y aceptar compras, ventas, transacciones, enajenaciones, adquisiciones, permutas, aportes, cesiones, operaciones y demás, hasta un límite máximo de DOCE MILLONES QUINIENTAS MIL PESETAS, por operación.-

7.- CONCERTAR, desempeñar y rescindir valores de empresas o intervenir en sociedades, civiles o mercantiles, tanto en ésta de constitución como después, y aceptar, desempeñar y renunciar los cargos que procedan.-

8.- REPRESENTAR a la Sociedad ante el Ministerio de Economía y Hacienda, Consejería del Ramo en todas y cada una de las Comunidades Autónomas, Delegaciones y Subdelegaciones, Oficinas Liquidadoras o Recaudadoras de cualquier impuesto, y ante cualquier Centro u Organismo o Dependencia de tales competencias; y al efecto recibir cuantos libramientos y demás cantidades por cualquier otro concepto corresponda percibir a la sociedad; satisfacer contribuciones y reclamar contra lo no acogible; formular declaraciones juradas e instancias e interponer y seguir toda clase de recursos por todos sus trámites; y otorgar cartas de pago y firmar recibos.-

9.- COMPARECER y actuar con plena personalidad, representando a la Sociedad como solicitante, coadyuvante, oponente, actora, demandada, coadyuvante, querellante en cualquier otro concepto, so oponente, disponiendo, asumiendo actos de conciliación, juicios, causas, reclamaciones, expedientes, acusaciones de todo orden; ante toda clase de Ministerios, Departamentos, Institutos, Oficinas y depar-