B1229

REGISTRO MERCANTIL DE

| TOMO | SEC. | LIBRO | HOJA |
|---|---|---|---|
| 6241 | 8 | | M-102225 |

NOTAS MARGINALES | Nº DE ORDEN INSCRIP.

32

078

dencias del Estado, Provincia y Municipio; Juzgados, Tribunales, Autoridades y Magistraturas de Trabajo, Fiscalías, Sindicatos, Delegaciones, Comités, Juntas, Jurados, Comisiones, Funcionarios y cualquier otro Centro y Organismo Civil, Penal, Mercantil, Administrativo, Fiscal, Canónico, Contencioso-Administrativo, Gubernativo, Laboral, de cualquier otras naturaleza, orden o grado; en todas sus jurisdicciones, grados e instancias, interviniendo incluso ante el Tribunal Constitucional, y para toda clase de asuntos, cuestiones, gestiones, actuaciones, trámites, diligencias e instancias, hasta la total conclusión, acabamiento y cumplimiento de las disposiciones, otorgamientos, decisiones, soluciones, resoluciones, sentencias, conclusiones y fallos definitivos. Con toda suerte de facultades y posibilidades, incluso recusar y tachar, interponer recursos ordinarios y extraordinarios, como casación, revisión y nulidad; establecer excepciones y defensas, recabar testimonios, copias y certificaciones o asientos; solicitar y practicar toda suerte de diligencias, hasta las de carácter personal y pudiendo así ratificarse en los escritos; solicitar, conceder y aceptar quitas y esperas, levantar actas notariales e intervenir en las mismas; practicar requerimientos y notificaciones y contestarlos; desistir de las acciones y apelaciones o recursos entablados y verificar renuncias y allanamientos, así como toda suerte de pedimentos y diligencias instadas, incluso hacer declaraciones, absolver posiciones y retirar consignaciones y fianzas. Llevar la representación en quitas y esperas, suspensiones de pagos, concursos y quiebras de deudores, asistir a las Juntas, nombrar síndicos y administradores, desempeñar todos los cargos, aceptar y rechazar las proposiciones del deudor, llenando todos los trámites hasta el término del procedimiento. Transigir derechos y acciones; someterse a árbitros, amigables componedores, arbitrajes de equidad, solución de terceros, etc, etc.; todo ello con plenitud de atribuciones y competencia, sin traba, excepción ni limitación de clase alguna, otorgando, al efecto, poderes a Procuradores y Letrados con las facultades usuales del poder procesal.-

10.- SOLICITAR de cualquier Registro Público, toda clase de asientos, inscripciones, certificaciones, o cualquier otro documento; solicitar del Notario autorizante de la presente y retirar copias de esta escritura, así como de cualquier otro Notario, de las copias de cualesquiera otras escrituras otorgadas por la Sociedad con anterioridad a este acto, o las que se otorguen con posterioridad.-

11.- EJERCER, renunciar y revocar poderes conferidos. Y otorgar y revocar poderes de representación de la Sociedad, con las facultades que se precisen de entre las que tiene atribuidas, pudiendo otorgar poderes a Procuradores y Letrados con las facultades usuales del poder procesal.-

12.- Y SUSCRIBIR y otorgar cuantos documentos públicos o privados afecten o interesen a la Sociedad, por cualquier título, supuesto o efecto, o por virtud de las facultades conferidas.-

EN SU VIRTUD INSCRIBO los expresados acuerdos de NOMBRAMIENTO . ASI RESULTA de copia de la escritura autorizada por el Notario de MADRID, RODRIGUEZ POYO-GUERRERO JOSE MANUEL, el día 19 DE JULIO DE 1996, con el numero 1916 de su Protocolo. Presentada copia en este Registro el día 24 DE JULIO DE 1996, con el numero 8082, segun asiento de presentacion 1109 Del Diario 606 . Madrid, a Dos de Agosto de Mil Novecientos Noventa y Seis. Hons. S/M y L.D.

NOMBRAMIENTO

REMITIDOS AL RMC LOS DATOS REGLAMENTARIOS. MADRID A 7 DE NOVIEMBRE DE 1997

33 "LABORATORIOS BELMAC SA".- GONZALEZ AZPEITIA CLEMENTE en nombre y representacion de la Sociedad de esta Hoja, como Apoderado de la misma, haciendo uso de las facultades que le fueron conferidas en escritura que causo la inscripcion anterior, ha otorgado la escritura que se inscribe por la que:

... confiere poder a favor de:-

DON ARMANDO ZORNOZA PEREZ, mayor de edad, de na-

B1230

REVOCADO EL PODER CONFERIDO EN LA ADJUNTA INSCRIPCION por la 42. Madrid, a 10 de septiembre de 2003.

cionalidad española, casado, Titulado Superior, vecino de Zaragoza (con domicilio en la calle Cineasta José Luis Borau, número 21) y con Documento Nacional de Identidad y N.I.F., número 17.699.807-L.-

Para que, en nombre y representación de la citada Compañía, pueda realizar y ejercer los siguientes actos, y -

-. FACULTADES : .-

1.- LIBRAR, aceptar, avalar, endosar, cobrar, pagar, intervenir, negociar y descontar letras de cambio, cheques, talones y demás documentos de giro. Formular cuentas de resaca y protestos por falta de aceptación o de pago o de garantía o para mayor seguridad, hasta un límite máximo de DIEZ MILLONES DE PESETAS, por operación.-

2.- SOLICITAR, firmar y extender cheques, órdenes, transferencias y demás documentos y retirando cuadernos de cheques, de cualquier Banco o Establecimiento de Crédito o Ahorro, incluso del Banco de España, así como reconocer y pagar deudas, aceptar y cobrar créditos, tanto por capital como por intereses, dividendos y amortizaciones; aprobar e impugnar cuentas; aceptar pagos y cobrar sumas adeudadas por cualquier título y a favor o a cargo de cualquier persona, entidad o Corporación, incluso Estado, Autonomía, Provincia o Municipio, Ministerios, Consejerías y Organismos oficiales o personas naturales o jurídicas, públicas o privadas, firmando recibos, saldos, conformidades, resguardos y cartas de pago, hasta un límite máximo de SEIS MILLONES DE PESETAS, por operación.-

EN SU VIRTUD INSCRIBO los expresados acuerdos de NOMBRAMIENTO DE APODERADO. ASI RESULTA de copia de la escritura autorizada por el Notario de MADRID, RODRIGUEZ POYO-GUERRERO JOSE MANUEL, el dia 20 DE OCTUBRE DE 1997, con el numero 2872 de su Protocolo. Presentada copia en este Registro el dia 28 DE OCTUBRE DE 1997, con el numero 10027, segun asiento de presentacion 867 Del Diario 716 . Madrid, a Seis de Noviembre de Mil Novecientos Noventa y Siete.
Hons. S/N y L.9.

NOMBRAMIENTO

Remitidos los datos Reglamentarios al R. M. C. Madrid 10 de mar- 2? de 1999.

34 "LABORATORIOS BELMAC SA".- Don Jose Maria Esteve Serrano, en nombre y representacion de la Sociedad de esta Hoja, como Secretario no Consejero de la misma y facultado por su Junta Universal de Accionistas, celebrada en Madrid, el dia 3 de febrero de 1999, y por el Consejo de Administracion en reunion celebrada el mismo dia, con asistencia de todos sus miembros, segun certificacion inserta, expedida por el señor otorgante, con el visto bueno del Presidente don James Richard Murphy, cuyas firmas legitima el Notario autorizante, en la que consta la aprobacion del Acta, ejecuta los siguientes acuerdos: -adoptados por unanimidad-

DE JUNTA DE ACCIONISTAS: = = = = = = = = = = = =

SEGUNDO: Se ratifica la gestión realizada hasta el día de hoy por el Consejero don Michael Dennis Price, cuyo cargo venció el 30 de julio de 1.998, siendo ésta la primera Junta que se celebra desde el mes de junio de 1.998. = = = = = = = = = = = = = = = =

Se reeligen por el plazo de cinco años a todos los miembros del Consejo de Administración, o sea a: = =

DON JAMES RICHARD MURPHY, de nacionalidad estadounidense, mayor de edad, casado, con domicilio en 381

B1231

| REGISTRO MERCANTIL DE | | | |
|---|---|---|---|
| TOMO | SEC. | LIBRO | HOJA |
| 6271 | 8 | 0 | M 102225 |

NOTAS MARGINALES — N.º DE ORDEN INSCRIP.: 34

HAN CESADO EN SUS CARGOS Don Clemente González Aspeitia POR LA INSCRIPCIÓN 38 FOLIO 81 TOMO presente Madrid 2-4-01

Tessier Drive, St. Petersburg, Florida 33706 EE.UU, y titular del pasaporte número 100791160, expedido el 15 de abril de 1.991 en Boston, vigente. = = = = = =

DON MICHAEL DENNIS PRICE, de nacionalidad estadounidense, mayor de edad, casado, con domicilio en 4830 West Kennedy Blvd. mpa, Florida, USA. con pasaporte número 043439386, expedido en Miami el 1 de abril de 1.992, vigente. = = = = = = = = = = = = = = = = =

Y DON CLEMENTE GONZALEZ ASPEITIA, de nacionalidad española, mayor de edad, casado, vecino de Torrelodones, Madrid, Avenida de La Loma, 27, con D.N.I. y N.I.F. 2009837-M. = = = = = = = = = = = = = = = = =

Los Consejeros nombrados, presentes en el acto, aceptan su cargo y declaran no afectarles ninguno de los supuestos de incompatibilidad a que se refiere la Ley 12/95, de 11 de mayo y Ley 14/95, de 18 de mayo de la Comunidad Autónoma de Madrid o cualquier otra disposición legal aplicable y ser capaces para ejercer sus cargos. = = = = = = = = = = = = = = = =

DE CONSEJO DE ADMINISTRACION: = = = = = = = = = =

TERCERO: Los Consejeros nombrados, dando al acto el carácter de reunión del Consejo de Administración, acuerdan lo siguiente: = = = = = = = = = = = =

a) Designar de entre los miembros del Consejo los siguientes cargos: = = = = = = = = = = = = = = = = =

PRESIDENTE: DON JAMES RICHARD MURPHY. = = = = =

VOCALES: DON MICHAEL DENNIS PRICE y DON CLEMENTE GONZALEZ AZPEITIA. = = = = = = = = = = = = = = = = = =

CONSEJERO DELEGADO SOLIDARIO de la sociedad, con todas las facultades que la Ley y los Estatutos Sociales atribuyen al Consejo de Administración, excepto las indelegables, conforme a la Ley: DON JAMES

RICHARD MURPHY. = = = = = = = = = = = = = = = = = = = = =

ES SECRETARIO NO CONSEJERO: DON JOSE MARIA ESTEVE SERRANO, cuyas circunstancias constan en el Registro Mercantil, al cual se le ratifica en su cargo por un plazo de cinco años, a contar de esta fecha. = = = =

Los designados aceptan sus respectivos cargos. = =

EN SU VIRTUD INSCRIBO los expresados acuerdos de NOMBRAMIENTO . ASI RESULTA de copia de la escritura autorizada por el Notario de MADRID, VALLEJO ZAPATERO RAFAEL, el dia 3 DE FEBRERO DE 1999, con el numero 357 de su Protocolo. Presentada copia en este Registro el dia 11 DE FEBRERO DE 1999, con el numero 4614, segun asiento de presentacion 1111 Del Diario 852 . RETIRADO DEFECTUOSO el dia 22 DE FEBRERO DE 1999. REENTRADA OFICIAL el dia 5 DE MARZO DE 1999 . Madrid, a Diez de Marzo de Mil Novecientos Noventa y Nueve.
Hons. S/H y L.D.

NOMBRAMIENTO

Remitidos al R.M.C los datos Reglamentarios. Madrid, a 29 de Junio de 1.999.

35 "LABORATORIOS BELMAC SA"-. Don James Richard Murphy, en nombre y representacion de la sociedad, como Consejero Delegado de la misma, haciendo uso de las facultades que tiene conferidas por razon de dicho cargo, ha otorgado la escritura que se inscribe por la que:

Que CONFIERE PODER a favor de DON ADOLFO HERRERA MALAGA, mayor de edad, casado, vecino de Las Rozas, Madrid, c/Esparta, nº 39, con D.N.I. número 00386553-S, para que, en nombre y representación de "Laboratorios Belmac, S.A.", pueda efectuar las siguientes facultades: = = = = = = = = = = = = = = = = = = =

1.- Convenir, concertar, ejecutar y cumplir toda clase de contratos que se refieran al objeto social, directa o indirectamente. Dirigir, regir y gobernar los negocios, bienes (muebles e inmuebles), derechos y, en general, el patrimonio de la compañía; y en tal sentido cuidar y atender la buena conservación de los bienes. Ejercitar y cumplir toda clase de derechos y obligaciones; rendir, extinguir y liquidar contratos de todo tipo, incluso de arrendamiento, seguro, trabajo y transporte. Nombrar, separar y despedir toda clase de empleados y obreros de la sociedad y fijar los sueldos, retribuciones, reglamentos de trabajo y normas de situación y actuación. Asistir a Juntas de todas clases, con facultad de deliberar y votar. Abrir, contestar y firmar la correspondencia. Retirar de las Oficinas de Correos y Comunicaciones, cartas, certificados, despachos, paquetes, giros postales o telegráficos y valores declarados y de las Compañías ferroviarias, aéreas, navieras y de transporte en general, Aduanas, Muelles y Agencias, los géneros y efectos remitidos; formular protestas y reclamaciones y hacer dejes de cuenta y abandono de mercancías y levantar protestas de averías; tomar parte en concursos y subastas oficiales y particulares, formulando propuestas, reservas y protestas y aceptando adjudicaciones, firmando las escrituras de contrata, con los pactos que se establezcan, incluso para cederlas posteriormente a tercero; todo ello con la más plena libertad y amplitud de cláusulas, pactos, condiciones y determinaciones, sin limitación alguna. = = = = = = = = = = = = =

2.- Librar, aceptar, avalar, endosar, cobrar, pagar, intervenir, negociar y descontar letras de cambio, cheques, talones y demás documentos de giro. Formular cuentas de resaca y protestos por falta de aceptación o de pago o de garantía o para mayor seguridad, hasta un límite máximo de VEINTE MILLONES DE PESETAS (20.000.000) por operación. = = = = = = = = =

3.- Avalar, garantizar y afianzar toda clase de operaciones, deudas y obligaciones y prestamos, por cuenta y representación de la sociedad, sin limitación alguna de tiempo ni cantidad, tanto de particulares, de bancos, incluso el de España, Entidades, Cajas de Ahorro y Monte de Piedad y demás que fueren pertinentes; y suscribir y aceptar y otorgar a los fines dichos, las escrituras, pólizas, letras y documentos públicos y privados que se requieran, sin limitación alguna, hasta un límite máximo de VEINTE MILLONES DE PESETAS(20000000) por operación. = = =

4.- Operar con Cajas Oficiales, Cajas de Ahorro

B1233

| REGISTRO MERCANTIL DE | | | |
|---|---|---|---|
| TOMO | SEC. | LIBRO | HOJA |
| 6271 | 8 | | M-102225 |

NOTAS MARGINALES | N.º DE ORDEN INSCRIP.

080

y Monte de Piedad y Bancos, incluso la Banca oficial, haciendo cuanto la legislación y práctica bancarias permitan. Abrir, seguir, disponer, utilizar y cancelar en el Banco de España, en cualquier localidad o en cualquier otro Banco o Establecimiento de Crédito o Ahorro, cuentas corrientes ordinarias o de crédito, solicitar y obtener préstamos, con garantía personal, de valores o de efectos comerciales y Cajas de Seguridad. Aprobar o impugnar cuentas, deudas, créditos, cobros, saldos y liquidaciones. Adquirir por cualquier título valores, cobrar sus dividendos y amortizaciones y vender sus cupones. Modificar, transferir, cancelar, retirar y constituir depósitos de efectivo o valores provisionales o definitivos, hasta un límite máximo de VEINTE MILLONES DE PESETAS por operación. - - - - - - - - - - -

5.- Solicitar, firmar y extender cheques, órdenes, transferencias y demás documentos y retirando cuadernos de cheques, de cualquier Banco o Establecimiento de Crédito o Ahorro, incluso del Banco de España, así como reconocer y pagar deudas, aceptar y cobrar créditos, tanto por capital como por intereses, dividendos y amortizaciones; aprobar o impugnar cuentas; aceptar pagos y cobrar sumas adeudadas por cualquier título y a favor o a cargo de cualquier persona, entidad o corporación, incluso Estado, Autonomía, Provincia, o Municipio, Ministerios, Consejerías y Organismos Oficiales o personas naturales o jurídicas, públicas o privadas, firmando recibos, saldos, conformidades, resguardos y cartas de pago, hasta un límite máximo de VEINTE MILLONES DE PESETAS por operación. - - - - - - - - - - - - - - - - - -

6.- Disponer, enajenar, vender, transmitir, permutar, comprar, adquirir, gravar, hipotecar y contratar, activa o pasivamente, respecto de toda clase de bienes muebles, patentes, registros, marcas y vehículos, pudiendo en tal sentido, con las condiciones y por el precio de contado, confesado, o aplazado que estime pertinente. Ejercitar, otorgar, conceder y aceptar compras, ventas, transmisiones, enajenaciones, adquisiciones, permutas, aportes, cesiones en pago o para pago, hasta un límite máximo de VEINTE MILLONES DE PESETAS (20.000.000) por operación.

7.- Concertar, desempeñar y rescindir uniones de empresas e intervenir en sociedades, civiles o mercantiles, tanto en fase de constitución como después, y aceptar, desempeñar y renunciar los cargos que procedan. - - - - - - - - - - - - - - - - - - -

8.- Representar a la Sociedad ante el Ministerio de Economía y Hacienda, Consejería del ramo en todas y cada una de las Comunidades Autónomas, Delegaciones y Subdelegaciones, Oficinas Liquidadoras o Recaudadoras de cualquier impuesto, y ante cualesquiera Centros u Organismos o Dependencias de tales competencias; y al efecto recibir cuantos libramientos y demás cantidades que por cualquier otro concepto corresponda percibir a la Sociedad; satisfacer contribuciones y reclamar contra lo no aceptable; firmar declaraciones juradas e instancias e interponer y seguir toda clase de recursos por todos sus trámites, y otorgar cartas de pago y firmar recibos. - - - - - -

9.- Comparecer y actuar con plena personalidad, representando a la Sociedad como solicitante, otorgante, disponente, actora, demandada, coadyuvante, querellante o en cualquier otro concepto, en otorgamientos, disposiciones, asuntos, actos de conciliación, juicios, causas, reclamaciones, expedientes, actuaciones de todo orden; ante toda clase de Ministerios, Departamentos, Institutos, Oficinas y dependencias del Estado, Provincia y Municipio, Juzgados, Tribunales, Autoridades y Magistraturas de Trabajo, Fiscalías, Sindicatos, Delegaciones, Comités, Juntas, Jurados, Comisiones, Funcionarios y cualquier otro Centro y Organismo Civil, Penal, Mercantil, Administrativo, Fiscal, Canónico, Contencioso-Administrativo, Gubernativo, Laboral, de cualquier otra naturaleza, orden o grado; en todas sus jurisdicciones, grados o instancias, interviniendo incluso ante el Tribunal Constitucional, y para toda clase de asuntos, cuestiones, gestiones, actuaciones, trámites, diligencias e instancias, hasta la total conclusión, acabamiento y cumplimiento de las disposiciones, otorgamientos, decisiones, soluciones, resoluciones, sentencias, conclusiones y fallos definitivos. Con toda suerte de facultades y posibilidades, incluso recusar y tachar, interponer recursos ordinarios y extraordinarios, como casación, revisión y nulidad; entablar excepciones y defensas, recabar testimonios, copias y certificaciones o asientos; solicitar y practicar toda suerte de diligencias, hasta las de carácter personal y pudiendo así ratificarse en los escritos; solicitar, conceder y aceptar quitas y esperas, levantar actas notariales e intervenir en las mismas; practicar requerimientos

B1234

y notificaciones y contestarlos; desistir de las actuaciones y apelaciones o recursos entablados y verificar renuncias y allanamientos, así como toda suerte de pedimentos y diligencias instadas, incluso hacer declaraciones, absolver posiciones y retirar consignaciones y fianzas. Llevar la representación en quitas y esperas, suspensiones de pagos, concursos y quiebras de deudores, asistir a las Juntas, nombrar síndicos y administradores, desempeñar todos los cargos, aceptar y rechazar las proposiciones del deudor, llevando todos los trámites hasta el término del procedimiento. Transigir derechos y acciones; someterse a arbitros, amigables componedores, arbitros de equidad, solución de terceros, etc., todo ello con plenitud de atribuciones y competencias, sin traba, excepción ni limitación de clase alguna, otorgando, al efecto, poderes a Procuradores y Letrados con las facultades usuales del poder procesal. - - - - - - -

10.- Solicitar de cualquier Registro Público, toda clase de asientos, inscripciones, certificaciones o cualquier otro documento; solicitar copias de cualesquiera escrituras otorgadas por la sociedad, incluso del presente poder. - - - - - - - - - - - - - -

11.- Ejercer, renunciar y revocar poderes conferidos y otorgar y revocar poderes de representación de la Sociedad, con las facultades que se precisen de entre las que tiene atribuidas, pudiendo otorgar poderes a Procuradores y Letrados con las facultades usuales del poder procesal. - - - - - - - - - - -

12.- Y suscribir y otorgar cuantos documentos públicos o privados afecten o interesen a la Sociedad, por cualquier título, supuesto o efecto, o por virtud de las facultades conferidas. - - - - - - - -

EN SU VIRTUD INSCRIBO LA EXPRESADA CONCESION DE PODERES. Así resulta de la escritura autorizada por el Notario de MADRID, VALLEJO ZAPATERO RAFAEL, el dia 15 DE JUNIO DE 1999, con el numero 2759 de su Protocolo. Presentada copia en este Registro el dia 24 DE JUNIO DE 1999, con el numero 8364, segun asiento de presentacion 285 Del Diario 889 . Madrid, a Veintiocho de Junio de Mil Novecientos Noventa y Nueve.
Hnos.S/M y L.D.

**REVOCACION**

Remitidos los datos Reglamentarios al R. M. C. - Madrid 2 Diciembre de 1999 -

36 (33) "LABORATORIOS BELMAC SA", Don James Richard Murphy, en nombre y representacion de esta Sociedad, como Consejero Delegado de la misma y haciendo uso de las facultades que tiene conferidas por razon de tal cargo, ha otorgado la escritura que se inscribe por la que: REVOCA los poderes conferidos en favor de DON JOSE LUIS MONTERDE MAORAD, mediante escritura autorizada el 19 de Julio de 1.996, con el Numero 1.917, que origino la inscripcion 30 de esta hoja. Y el conferido en favor de DON CLEMENTE GONZALEZ AZPEITIA, mediante escritura autorizada el 19 de Julio de 1.996, con el numero 1916, que origino la inscripcion 32 de esta hoja.- EN SU VIRTUD INSCRIBO los expresados acuerdos de REVOCACION. ASI RESULTA de copia de la escritura autorizada por el Notario de MADRID, VALLEJO ZAPATERO RAFAEL, el dia 29 DE NOVIEMBRE DE 1999, con el numero 5217 de su Protocolo. Presentada copia en este Registro el dia 15 DE DICIEMBRE DE 1999, con el numero 4036, segun asiento de presentacion 526 Del Diario 931 . Madrid, a Veintiocho de Diciembre de Mil Novecientos Noventa y Nueve.
Hons. S/M y L.D.

**NOMBRAMIENTO**

Remitidos los datos Reglamentarios al R. M. C. - Madrid 2 Diciembre de 1999 -

REVOCADA la adjunta inscripción por la 4.1., folio 203 del tomo 16711
Madrid 2 de 2 de 1996

37 (33) "LABORATORIOS BELMAC SA", Don James Richard Murphy, en nombre y representacion de esta Sociedad, como Consejero Delegado de la misma y haciendo uso de las facultades que tiene conferidas por razon de tal cargo, ha otorgado la escritura que se inscribe por la que se hace constar:

Que CONFIERE PODER a favor de DON ADOLFO HERRERA MALAGA, mayor de edad, casado, vecino de Madrid, calle Julio Palacios, 29, con D.N.I. número 00386553-S, para que, en nombre y representación de "Laboratorios Belmac, S.A.", pueda efectuar las siguientes facultades: - - - - - - - - - - - - - - - - - - -

a) Operar con Cajas Oficiales, Cajas de Ahorro y





B1235

REGISTRO MERCANTIL DE

| TOMO | SEC. | LIBRO | HOJA |
|---|---|---|---|
| 6271 | | | M-102225 |

NOTAS MARGINALES | Nº DE ORDEN INSCRIP.

081

37.

Monte de Piedad y Bancos, incluso la Banca oficial, haciendo cuanto la legislación y práctica bancarias permitan. Abrir, seguir, disponer, utilizar y cancelar en el Banco de España, en cualquier localidad o en cualquier otro Banco o Establecimiento de Crédito o Ahorro, cuentas corrientes ordinarias o de crédito, solicitar y obtener préstamos, con garantía personal, de valores o de efectos comerciales y Cajas de Seguridad. Aprobar e impugnar cuentas, deudas, créditos, cobros, saldos y liquidaciones. Adquirir por cualquier título valores, cobrar sus dividendos y amortizaciones y vender sus cupones. Modificar, transferir, cancelar, retirar y constituir depósitos de efectivo o valores provisionales o definitivos. - - - - - - - - - - - - - - - - - - - - - -

b) Avalar, garantizar y afianzar toda clase de operaciones, deudas y obligaciones y préstamos, por cuenta y representación de la sociedad, sin limitación alguna de tiempo ni cantidad, tanto de particulares, de bancos, incluso el de España, Entidades, Cajas de Ahorro y Monte de Piedad y demás que fueren pertinentes; y suscribir y aceptar y otorgar a los fines dichos, las escrituras, pólizas, letras y documentos públicos y privados que se requieran, sin limitación alguna. - - - - - - - - - - - - - - - - - -

EN SU VIRTUD INSCRIBO los expresados acuerdos de NOMBRAMIENTO . ASI RESULTA de copia de la escritura autorizada por el Notario de MADRID. VALLEJO ZAPATERO RAFAEL. el dia 29 DE NOVIEMBRE DE 1999, con el numero 5218 de su Protocolo. Presentada copia en este Registro el dia 15 DE DICIEMBRE DE 1999, con el numero 4037, segun asiento de presentacion 528 Del Diario 931 . Madrid, a Veintiocho de Diciembre de Mil Novecientos Noventa y Nueve.
Hons. S/H y L.D.

NOMBRAMIENTO
CESE/DIMISION

Remitidos los datos Reglamentarios al R. M. C. - Madrid 3 de Abril de [illegible]

38 "LABORATORIOS BELMAC SA".- DonJose Maria Esteve Serrano en nombre y representacion de esta Sociedad, como Secretario no Consejero de su Consejo de Administracion, facultado al efecto por la Junta General Universal y el Consejo de Administracion, en sesiones celebradas el dia 9 de Febrero de 2.001, habiendo asistido a la reunion del Consejo de la totalidad de sus miembros, en las que se adoptaron por unanimidad los acuerdos que se ejecutan, segun resulta de certificacion inserta, en la que consta la aprobacion de las correspondientes actas, ha otorgado la escritura que se inscribe, por la que la que se establece: En cuanto a los acuerdos dela Junta General: CESA COMO CONSEJERO DON CLEMENTE GONZALEZ AZPEITIA. SE REELIGENCOMO CONSEJEROS A DON JAMES RICHARD MURPHY, mayor de edad, casado, de nacionalidad estadounidense, domiciliado en 381 Tessier Drive, St. Petersburg, Florida 33706 -EE UU-, con pasaporte de su nacionalidad 1000791160, vigente y a DON MICHAEL DENNIS PRICE, mayor de edad, casado, de nacionaloidad estadounidense, vecino de Exeter, NH 03833, 8 Deer Run, con pasaporte de su nacionalidad 043439386, vigente. Y SE NOMBRA NUEVO CONSEJERO, POR PLAZO DE CINCO AÑOS, A DON ADOLFO HERRERA MALAGA, mayor deedad, casado, español, vecino de Las Rozas, Madrid, calle ESparta, 39, con DNI 386553. En cuanto a los acuerdos del Consejo de Administracion, se designan los cargos del mismo,

B1236

HAN DEMIE ... CAESTOS
Jay Joé Quaria Esteve
Serrano

POR LA INSCRIPCION 40
FOLIO 202 TOMO 16811
...-02-03-02

CAMBIO DE DOMICILIO SOCIAL
REDUCCION-REDENOMINACION

REMITIDOS AL RMC LOS DATOS REGLAMENTARIOS. MADRID A 29 DE NOVIEMBRE DE 2.001.

CONTINUA AL FOLIO 202, TOMO 16811-M.

dejandolo compuesto como sigue: PRESIDENTE Y CONSEJERO-DELEGADO : DON JAMES RICHARD MURPHY. VOCALES: DON MICHAEL DENNIS PRICE Y DON ADOLFO HERRERA MALAGA, SECRETARIO NO CONSEJERO: DON JOSE MARIA ESTEVE SERRANO. Quedan delegadas en el Cosnejero Delegado todas las facultades que la Ley y los Estatutos Sociales atribuyen al cargo. Todos aceptaron sus respectivos cargos, manifestando no estar incursos en causa de incompatibilidad legal alguna, especialmente las que establecen la Ley General del Estado 12/1995 de 11 de Mayo y Ley de la Comunidad Autonoma de Madrid 14/1995 de 21 de Abril. EN SU VIRTUD INSCRIBO los expresados acuerdos de NOMBRAMIENTO Y CESE/DIMISION . ASI RESULTA de copia de la escritura autorizada por el Notario de MADRID, GARCIA COLLANTES JOSE MANUEL, el dia 5 DE MARZO DE 2001, con el numero 735 de su Protocolo. presentada en este Registro el dia 26 DE MARZO DE 2001, con el numero 9988, segun asiento de presentacion 1103 Del Diario 1065 . Madrid, a Dos de Abril de Dos Mil Uno.
Hons. S/M y L.D.

39 "LABORATORIOS BELMAC SA".- DON JAMES RICHARD MURPHY, en nombre y representacion de la Sociedad de esta Hoja, como Presidente de la misma, facultado al efecto, ha otorgado la escritura que se inscribe por la que eleva a publico lo acordado por el Unico Socio de esta Compañia constituido en Junta General, en el domicilio social el dia 19 DE OCTUBRE DE 2.001, cuya Acta resulto debidamente aprobada, segun resulta de certificacion inserta, expedida por Don Jose Maria Esteve Serrano, como Secretario de esta Compañia, con el Visto Bueno del citado Presidente, cuyas firmas legitima el Notario autorizante, que es lo siguiente:

PRIMERO - Trasladar el domicilio de la sociedad a San Sebastián de los Reyes, Madrid, Parque Empresarial "La Marina", calle Teide, número 4, 28700 Madrid, modificando en su consecuencia el artículo 5º de los Estatutos Sociales, que queda con la siguiente redacción: --------------------

"Artículo 3. - La sociedad tiene su domicilio en la calle Teide, número 4, Parque Empresarial "La Marina", San Sebastián de los Reyes, 28700 Madrid.

Podrá el Organo de Administración de la sociedad, establecer, suprimir o trasladar cuantas sucursales, agencias o delegaciones tenga por conveniente y variar la sede social dentro de la población de su domicilio." ----------------------

SEGUNDO - De conformidad con lo determinado en el artículo 21 de la Ley Orgánica 46/1.998, de 17 de Diciembre, sobre introducción del euro, se procede, de acuerdo con lo dispuesto en el citado artículo, a redenominar la cifra del capital social de la Compañía, así como asignar el nuevo valor nominal a las acciones representativas de dicho capital social, por lo que, a partir de hoy, el capital social de la Compañía, ascendente a doscientos cincuenta millones de pesetas, representado y dividido en doscientas cincuenta mil acciones nominativas, de mil pesetas de valor nominal, cada una, pasa a ser de UN MILLÓN QUINIENTOS DOS MIL QUINIENTOS TREINTA EUROS VEINTISÉIS CÉNTIMOS, representado y dividido en DOSCIENTAS CINCUENTA MIL ACCIONES NOMINATIVAS, de 6'010121 euros de valor nominal cada una, numeradas correlativamente del uno al doscientos cincuenta mil, ambos inclusive. ---------------------------

TERCERO.- Con arreglo a lo dispuesto en el artículo 28 de la Ley Orgánica 46/1.998, de 17 de Diciembre, y toda vez que, en virtud de la redenominación del capital social anteriormente efectuada, el valor nominal de las acciones arroja una cifra con más de dos decimales, y con el único objetivo de redondear, en la forma prevista en el artículo 11 de la citada Ley, el valor nominal de dichas acciones al céntimo más próximo, se procede a reducir el capital social en la cantidad de TREINTA EUROS VEINTISEIS CÉNTIMOS, por lo que dicho capital social pasa a ser de UN MILLÓN QUINIENTOS DOS MIL QUINIENTOS EUROS, mediante la creación de

B1237

REGISTRO MERCANTIL DE

| TOMO | SEC. | LIBRO | HOJA |
|---|---|---|---|
| 16814 | 8 | — | M-102225 |

NOTAS MARGINALES Belm | Nº DE ORDEN INSCRIP. 39ª

"LABORATORIOS BELMAC, S.A.", PROCEDE DEL FOLIO 81 VUELTO, TOMO 6271-M.

una reserva indisponible, y mediante la disminución del valor nominal de cada acción en la cantidad de 0,000121 cada una, por lo que dichas acciones pasan de tener un valor nominal de 6'01 euros cada una.

CUARTO.- Como consecuencia de los anteriores acuerdos se modifica el correspondiente artículo de los Estatutos Sociales, cuya redacción final es la siguiente: ---------------------------------------

"Artículo 6. - El capital social es de UN MILLÓN QUINIENTOS DOS MIL QUINIENTOS EUROS. Está dividido y representado por doscientas cincuenta mil acciones nominativas, de 6'01 euros de valor nominal cada una, totalmente suscritas y desembolsadas, numeradas correlativamente del 1 al 250.000, ambos inclusive, cuyos títulos podrán ser unitarios o múltiples y contendrán todos los requisitos legales y la firma de un administrador."

Dicho traslado de domicilio social fue publicado en los Diarios "El Pais" y "El Mundo", ambos del día 22 de octubre de 2.001, segun anuncios que se insertan. EN SU VIRTUD INSCRIBO LOS EXPRESADOS ACUERDOS DE CAMBIO DE DOMICILIO SOCIAL Y REDUCCION-REDENOMINACION. Así resulta de copia de la escritura autorizada por el Notario de MADRID, GARCIA COLLANTES JOSE MANUEL, el dia 22 DE OCTUBRE DE 2001, con el numero 3378 de su Protocolo, que fue presentada en este Registro el dia 31 DE OCTUBRE DE 2001, con el numero 13323, segun asiento de presentacion 391 Del Diario 1129 . Madrid, a Veintiocho de Noviembre de Dos Mil Uno.
Hons. S/M y L.D.

DESIGNACION
CESE/DIMISION

Remitido [illegible] al R.M.C. [illegible] 21 de [illegible] de 2002

REVOCADA la adjunta inscripción en virtud de Esther Sanchez [illegible] por la 45 / de 2006 del tomo 16811. Madrid, 1 de 3 de 2006

40 "LABORATORIOS BELMAC SA".- Don James Richard Murphy en nombre y representacion de esta Sociedad, como Presidente del Consejo de Administracion, facultado al efecto por dicho Organo, en sesion celebrada el dia 5 de Febrero de 2.002, con asistencia de todos sus miembros, en la que se adoptaron por unanimidad los acuerdos que se ejecutan, segun resulta de certificacion inserta, en la que consta la aprobacion del acta, que fue tambien firmada, a los efectos del Articulo 111 del Reglamento del Registro Mercantil, por el Secretario del Consejo de Administracion saliente que se dira, ha otorgado la escritura que se inscribe, por la que se establece:

PRIMERO.- Aceptar el cese presentado por el Secretario no Consejero, don José María Esteve Serrano, agradeciéndole y aprobando la gestión realizada. ---------------------------------------

SEGUNDO - Nombrar Secretario no Consejero, por el plazo de cinco años, a DON JORGE ESPINOSO FERNÁNDEZ, mayor de edad, casado, de nacionalidad española, vecino de Madrid, con domicilio en calle Príncipe de Vergara, 34, con D.N.I. y N.I.F. 50712823-P. ---------------------------------------

El designado acepta su cargo, haciendo constar expresamente no estar incurso en incompatibilidad legal alguna. ---------------------------------------

TERCERO - Conferir PODER a favor de DOÑA ESTHER SÁNCHEZ GÓMEZ, mayor de edad, casada, vecina de Las Rozas, Madrid, Yecla, 6, Urbanización Vista Sierra, Las Rozas, Madrid, con D.N.I. número 51371018-N, para que, en nombre y representación de "Laboratorios Belmac, S.A.", Sociedad Unipersonal, pueda ejercitar las siguientes facultades: --------

1).- Comparecer y actuar con plena personalidad, representando a la Sociedad como solicitante, otorgante, disponente, actora, demandada, coadyuvante, querellante o en cualquier otro concepto, en otorgamientos, disposiciones, asuntos, actos de conciliación, juicios, causas, reclamaciones, expedientes, actuaciones de todo orden, ante toda clase de Ministerios, Departamentos, Institutos, Oficinas y dependencias del Estado, Provincia y Municipio, Juzgados, Tribunales, autoridades y Magistraturas de Trabajo, Fiscalías, Sindicatos, Delegaciones, Comités, Juntas, Jurados, Comisiones, Funcionarios y cualquier otro Centro y Organismo civil, Penal, Mercantil, Administrativo, Fiscal, Canónico,

B1238

Contencioso Administrativo, Gubernativo, Laboral, de cualquier otra naturaleza, orden o grado; en todas sus de cualquier otra naturaleza, orden o grado; en todas sus jurisdicciones, grados e instancias, interviniendo incluso ante el Tribunal Constitucional, y para toda clase de asuntos, cuestiones, gestiones, actuaciones, trámites, diligencias e instancias, hasta la total conclusión, acabamiento y cumplimiento de las disposiciones, otorgamientos, decisiones, soluciones, resoluciones, sentencias, conclusiones y fallos definitivos. Con toda suerte de facultades y posibilidades, incluso recusar y tachar, interponer recursos ordinarios y extraordinarios, como casación, revisión y nulidad; entablar excepciones y defensas, recabar testimonios, copias y certificaciones o asientos; solicitar y practicar toda suerte de diligencias, hasta las de carácter personal y pudiendo así ratificarse en los escritos; solicitar, conceder y aceptar quitas y esperas, levantar actas notariales e intervenir en las mismas; practicar requerimientos y notificaciones y contestarlos; desistir de las actuaciones y apelaciones o recursos entablados y verificar renuncias y allanamientos, así como toda suerte de pedimentos y diligencias instadas, incluso hacer declaraciones, absolver posiciones y retirar consignaciones y fianzas. Llevar la representación en quitas y esperas, suspensiones de pagos, concursos y quiebras de deudores, asistir a las Juntas, nombrar síndicos y administradores, desempeñar todos los cargos, aceptar y rechazar las proposiciones del deudor, llevando todos los trámites hasta el término del procedimiento. Transigir derechos y acciones; someterse a árbitros, amigables componedores, árbitros de equidad, solución de terceros, etc., todo ello con plenitud de atribuciones y competencias, sin traba, excepción ni limitación de clase alguna, otorgando, al efecto, poderes a Procuradores y Letrados con las facultades usuales del poder procesal. ------------

2) Representar a la Sociedad ante el Ministerio de Economía y Hacienda, Consejería del ramo en todas y cada una de las Comunidades Autónomas, Delegaciones y Subdelegaciones, Oficinas Liquidadoras o Recaudadoras de cualquier impuesto, y ante cualesquiera Centros u Organismos o Dependencias de tales competencias; y al efecto recibir cuantos libramientos y demás cantidades que por cualquier otro concepto corresponda percibir a la Sociedad; satisfacer contribuciones y reclamar contra lo no aceptable; firmar declaraciones juradas e instancias e interponer y seguir toda clase de recursos por todos sus trámites, y otorgar cartas de pago y firmar recibos. ------------------

3) Comparecer ante Notarios, suscribir ante los mismos cuantas actas, documentos, requerimientos, escrituras, notificaciones, contestaciones y cualesquiera otros documentos públicos, en los que pudiera estar interesada la Sociedad. -------------

4) Pedir certificaciones, testimonios, copias autorizadas o simples y documentos de cualquier clase en archivos y oficinas particulares u oficiales, Notarías, Registros y entidades u organismos públicos o privados. ------------------

5) Solicitar registros de patentes, marcas, modelos de utilidad, rótulos, diseños y nombres comerciales, así como sus ampliaciones y modificaciones. Pagar cánones y recurrir contra ellos. Interponer reclamaciones, impugnaciones y oposiciones de toda clase o defenderse de ellas. Registrar, rehabilitar, sostener y renovar toda clase de títulos originarios, derivativos, de propiedad industrial. Adquirir o transmitir a título oneroso, total o parcialmente, el uso, la explotación o el arrendamiento de patentes y marcas por tiempo limitado o no, de forma total, parcial, general o local; con o sin exclusivas; y dar discrecionalmente poderes a Agentes de la Propiedad Industrial. -------------------------------------

6) <u>CON UN LÍMITE DE CIENTO CINCUENTA MIL EUROS POR OPERACIÓN:</u> Avalar, garantizar y afianzar toda clase de operaciones, deudas y obligaciones y préstamos, por cuenta y representación de la sociedad, sin limitación alguna de tiempo ni cantidad, tanto de particulares, de bancos, incluso el de España, Entidades, Cajas de Ahorro y Monte de Piedad y demás que fueren pertinentes; y suscribir

B1239

REGISTRO MERCANTIL DE MADRID

| TOMO | SEC. | LIBRO | HOJA |
| --- | --- | --- | --- |
| 16811 | 8 | — | M-102225 |

NOTAS MARGINALES | N.º DE ORDEN INSCRIP.

40

y aceptar y otorgar a los fines dichos, las escrituras, pólizas, letras y documentos públicos y privados que se requieran. -----------------------

7) CON UN LÍMITE DE CIENTO CINCUENTA MIL EUROS POR OPERACIÓN: Operar con Cajas Oficiales, Cajas de Ahorro y Monte de Piedad y Bancos, incluso la Banca Oficial, haciendo cuanto la legislación y práctica bancarias permitan. Abrir, seguir, disponer, utilizar y cancelar en el Banco de España, en cualquier localidad o en cualquier otro Banco o Establecimiento de Crédito o Ahorro, cuentas corrientes ordinarias o de crédito, solicitar y obtener préstamos, con garantía personal, de valores o de efectos comerciales y Cajas de Seguridad. Aprobar e impugnar cuentas, deudas, créditos, cobros, saldos y liquidaciones. Adquirir por cualquier título valores, cobrar sus dividendos y amortizaciones y vender sus cupones. Modificar, transferir, cancelar, retirar y constituir depósitos de efectivo o valores provisionales o definitivos. ----------------------

8) CON UN LÍMITE DE CIENTO CINCUENTA MIL EUROS POR OPERACIÓN: Solicitar, firmar y extender cheques, órdenes, transferencias y demás documentos y retirando cuadernos de cheques, de cualquier Banco o Establecimiento de Crédito o Ahorro, incluso del Banco de España, así como reconocer y pagar deudas, aceptar y cobrar créditos, tanto por capital como por intereses, dividendos y amortizaciones; aprobar o impugnar cuentas; aceptar pagos y cobrar sumas adeudadas por cualquier título y a favor o a cargo de cualquier persona, entidad o Corporación, incluso Estado, Autonomía, Provincia, o Municipio, Ministerios, Consejerías y Organismos Oficiales o personas naturales o jurídicas, públicas o privadas, firmando recibos, saldos, conformidades, resguardos y cartas de pago. -------

9) Disponer, enajenar, vender, transmitir, permutar, comprar, adquirir, gravar, hipotecar y contratar, activa o pasivamente, respecto de toda clase de bienes muebles, patentes, registros, marcas y vehículos, pudiendo en tal sentido, con las condiciones y por el precio de contado, confesado, o aplazado que estime pertinente. Ejercitar, otorgar, conceder y aceptar compras, ventas, transmisiones, enajenaciones, adquisiciones, permutas, aportes, cesiones en pago o para pago, hasta un límite máximo de CIENTO CINCUENTA MIL EUROS por operación. ---------------

**EN SU VIRTUD INSCRIBO los expresados acuerdos de DESIGNACION Y CESE/DIMISION ; ASI RESULTA de copia de la escritura autorizada por el Notario de MADRID, GARCIA COLLANTES JOSE MANUEL, el dia 6 DE FEBRERO DE 2002, con el numero 460 de su Protocolo. Presentada en este Registro el dia 20 DE FEBRERO DE 2002, con el numero 9901, segun asiento de presentacion 1115 Del Diario 1178 . Madrid, a Veinte de Marzo de Dos Mil Dos. Hons. S/M y L.D.**

DESIGNACION | 41 (33)

'LABORATORIOS BELMAC SA'.-Don James Richard Murphy, en nombre y representación de la Sociedad de esta Hoja, como Presidente del Consejo de Administracion de la misma, facultado por acuerdo de dicho Organo Social, en reunion celebrada el dia 21 de Febrero de 2002, en el domicilio social, con asistencia de todos sus miembros y en acuerdo unanime, segun certificacion inserta, expedida por Don Jorge Espinoso Fernandez, como Secretario del Consejo, con el Visto Bueno del otorgante en la representacion indicada, cuyas firmas legitimo el Notario autorizante, constando que el acta fue aprobada por los asistentes en la propia sesión, ha otorgado la escritura que se inscribe por la que se hace constar los acuerdos a que se refiere la aludida certificacion inserta, siguientes:

PRIMERO - Nombrar CONSEJERO DELEGADO SOLIDARIO, con todas las facultades que la Ley y los Estatutos Sociales atribuyen al cargo a DON MICHAEL DENNIS PRICE. -----------------------------------

El designado acepta su cargo, haciendo constar expresamente el señor Price no estar incuso en incompatibilidad legal alguna. -------------------

TERCERO - Conferir PODER a favor de DON FERNANDO BERENGUER ZÚÑIGA, mayor de edad, casado, vecino de Alcobendas, Madrid, calle Camino Alto, número 147, con D.N.I. y N.I.F. 2150750-V, para que, en nombre y representación de "Laboratorios Belmac, S.A.", Sociedad Unipersonal, pueda ejercitar las siguientes facultades: -------------

Remitidos los datos Reglamentarios al R. M. C. - Madrid, Abril de 2002.

REVOCADA la adjunta inscripción en cuanto a D. Fernando Berenguer Zúñiga por la 53 folio 203 del tomo 16.814 Madrid, 12 de Sept. de 2003

B1240

1).- Comparecer y actuar con plena personalidad, representando a la Sociedad como solicitante, otorgante, disponente, actora, demandada, coadyuvante, querellante o en cualquier otro concepto, en otorgamientos, disposiciones, asuntos, actos de conciliación, juicios, causas, reclamaciones, expedientes, actuaciones de todo orden, ante toda clase de Ministerios, Departamentos, Institutos, Oficinas y dependencias del Estado, Provincia y Municipio, Juzgados, Tribunales, autoridades y Magistraturas de Trabajo, Fiscalías, Sindicatos, Delegaciones, Comités, Juntas, Jurados, Comisiones, Funcionarios y cualquier otro Centro y Organismo civil, Penal, Mercantil, Administrativo, Fiscal, Canónico, Contencioso Administrativo, Gubernativo, Laboral, de cualquier otra naturaleza, orden o grado; en todas sus de cualquier otra naturaleza, orden o grado; en todas sus jurisdicciones, grados e instancias, interviniendo incluso ante el Tribunal Constitucional, y para toda clase de asuntos, cuestiones, gestiones, actuaciones, trámites, diligencias e instancias, hasta la total conclusión, acabamiento y cumplimiento de las disposiciones, otorgamientos, decisiones, soluciones, resoluciones, sentencias, conclusiones y fallos definitivos. Con toda suerte de facultades y posibilidades, incluso recusar y tachar, interponer recursos ordinarios y extraordinarios, como casación, revisión y nulidad; entablar excepciones y defensas, recabar testimonios, copias y certificaciones o asientos; solicitar y practicar toda suerte de diligencias, hasta las de carácter personal y pudiendo así ratificarse en los escritos; solicitar, conceder y aceptar quitas y esperas, levantar actas notariales e intervenir en las mismas; practicar requerimientos y notificaciones y contestarlos; desistir de las actuaciones y apelaciones o recursos entablados y verificar renuncias y allanamientos, así como toda suerte de pedimentos y diligencias instadas, incluso hacer declaraciones, absolver posiciones y retirar consignaciones y fianzas. Llevar la representación en quitas y esperas, suspensiones de pagos, concursos y quiebras de deudores, asistir a las Juntas, nombrar síndicos y administradores, desempeñar todos los cargos, aceptar y rechazar las proposiciones del deudor, llevando todos los trámites hasta el término del procedimiento. Transigir derechos y acciones; someterse a árbitros, amigables componedores, árbitros de equidad, solución de terceros, etc., todo ello con plenitud de atribuciones y competencias, sin traba, excepción ni limitación de clase alguna, otorgando, al efecto, poderes a Procuradores y Letrados con las facultades usuales del poder procesal. ------------

2) Representar a la Sociedad ante el Ministerio de Economía y Hacienda, Consejería del ramo en todas y cada una de las Comunidades Autónomas, Delegaciones y Subdelegaciones, Oficinas Liquidadoras o Recaudadoras de cualquier impuesto, y ante cualesquiera Centros u Organismos o Dependencias de tales competencias; y al efecto recibir cuantos libramientos y demás cantidades que por cualquier otro concepto corresponda percibir a la Sociedad; satisfacer contribuciones y reclamar contra lo no aceptable; firmar declaraciones juradas e instancias e interponer y seguir toda clase de recursos por todos sus trámites, y otorgar cartas de pago y firmar recibos. -----------------

3) Comparecer ante Notarios, suscribir ante los mismos cuantas actas, documentos, requerimientos, escrituras, notificaciones, contestaciones y cualesquiera otros documentos públicos, en los que pudiera estar interesada la Sociedad. -------------

4) Pedir certificaciones, testimonios, copias autorizadas o simples y documentos de cualquier clase en archivos y oficinas particulares u oficiales, Notarías, Registros y entidades u organismos públicos o privados. ------------------

5) Solicitar registros de patentes, marcas, modelos de utilidad, rótulos, diseños y nombres comerciales, así como sus ampliaciones y

B1241

REGISTRO MERCANTIL DE

| TOMO | SEC. | LIBRO | HOJA |
|---|---|---|---|
| 16.811 | | | H-102.225 |

NOTAS MARGINALES — Nº DE ORDEN INSCRIP. 41

modificaciones. Pagar cánones y recurrir contra ellos. Interponer reclamaciones, impugnaciones y oposiciones de toda clase o defenderse de ellas. Registrar, rehabilitar, sostener y renovar toda clase de títulos originarios, derivativos, de propiedad industrial. Adquirir o transmitir a título oneroso, total o parcialmente, el uso, la explotación o el arrendamiento de patentes y marcas por tiempo limitado o no, de forma total, parcial, general o local; con o sin exclusivas; y dar discrecionalmente poderes a Agentes de la Propiedad Industrial. ------------------------------------

6) <u>CON UN LÍMITE DE CIENTO CINCUENTA MIL EUROS POR OPERACIÓN:</u> Disponer, enajenar, vender, transmitir, permutar, comprar, adquirir, gravar, hipotecar y contratar, activa o pasivamente, respecto de toda clase de bienes muebles, patentes, registros, marcas y vehículos, pudiendo en tal sentido, con las condiciones y por el precio de contado, confesado, o aplazado que estime pertinente. Ejercitar, otorgar, conceder y aceptar compras, ventas, transmisiones, enajenaciones, adquisiciones, permutas, aportes, cesiones en pago o para pago. --------------------

7) Representar a la sociedad ante la Administración Central o cualquier Administración Autonómica, Provincial o Municipal en toda clase de contratos que se refieran al objeto social, directa o indirectamente; tomar parte en concursos y subastas, oficiales y particulares, formulando propuestas, reservas y protestas y aceptando adjudicaciones, firmando los documentos y escrituras que sean necesarias o convenientes, con los pactos que se establezcan, incluso para cederlas posteriormente a tercero; todo ello con la más plena libertad y amplitud de cláusulas, pactos, condiciones y determinaciones, sin limitación alguna. ----------------------------------------

41 — (EN SU VIRTUD INSCRIBO los expresados acuerdos de DESIGNACION Y ACEPTACION DE CARGOS DE LA SOCIEDAD DE ESTA HOJA..ASI RESULTA de copia de la escritura autorizada por el Notario de MADRID, GARCIA COLLANTES JOSE MANUEL, el día 22 de Febrero de 2002, con el número 000752 de su protocolo. Presentada copia en este Registro el día seis de Marzo de dos mil dos, con el numero 1/2002/3001841, según Asiento de Presentación 202, del Diario 1184 . Madrid a ocho de Abril de dos mil dos. Hons. S/M y L. D.) DIGO - - - - - - - - - - -

41 — .-. NO SE INSCRIBE la designacion de Letrado Asesor -Articulos 2 y 94 del Reglamento del Registro Mercantil- EN SU VIRTUD INSCRIBO los expresados acuerdos de DESIGNACION Y ACEPTACION DE CARGOS DE LA SOCIEDAD DE ESTA HOJA..ASI RESULTA de copia de la escritura autorizada por el Notario de MADRID, GARCIA COLLANTES JOSE MANUEL, el día 22 de Febrero de 2002, con el número 000752 de su protocolo. Presentada copia en este Registro el día seis de Marzo de dos mil dos, con el numero 1/2002/3001841, según Asiento de Presentación 202, del Diario 1184 . Madrid a ocho de Abril de dos mil dos. Hons. S/M y L. D.

REVOCACION DE PODERES

Remitidos al R.M.C. los datos reglamentarios dentro del plazo previsto en el articulo 384 RRM

42 — '<u>LABORATORIOS BELMAC SA</u>'.- DON ADOLFO HERRERA MALAGA, en nombre y representación de la Sociedad, como apoderado de la misma, haciendo uso de las facultades que tiene atribuidas mediante la escritura que causo la inscripcion 35, ha otorgado la escritura que se inscribe por la que REVOCA EL PODER conferido a favor de DON ARMANDO ZORNOZA PEREZ según escritura otorgada en Madrid el día 20 de Octubre de 1997 ante el notario Don Jose Manuel Rodriguez Poyo Guerrero, con el número 2872, que causó la inscripción 33 de esta hoja. EN SU VIRTUD INSCRIBO LA REVOCACION DEL EXPRESADO PODER. Así resulta de copia de la escritura autorizada por el Notario de MADRID, GARCIA COLLANTES JOSE MANUEL, el día 24 de septiembre de 2001, con el número 2925/2001 de su protocolo, que fue presentada en este Registro el día ocho de agosto de dos mil tres, con el numero 1/2003/100320, según Asiento de Presentación 272 del Diario 1343. Madrid a diez de septiembre de dos mil tres. Hons. S/M y L. D.

REVOCACION DE PODERES

Remitidos al R.M.C. los datos reglamentarios dentro del plazo

43 — '<u>LABORATORIOS BELMAC SA</u>'.- DON JORGE ESPINOSO FERNANDEZ, en nombre y representación de la Sociedad de esta Hoja, como Secretario no Consejero del Consejo de Administracion de la misma, facultado por el Consejo Universal de fecha 15 de julio de 2003, según resulta de certificación inserta, cuya acta resultó debidamente aprobada al término de la misma, ha otorgado la escritura que se inscribe por la que eleva a público lo acordado unánimemente en dicha reunión, que es lo siguiente:

previsto en el articulo 384 RRM

" LABORATORIOS BELMAC SA ".- A la vista del documento de fecha 13 de octubre de 2.003 suscrito por Doña Esther Sánchez Gómez que dejo archivado con el número 16940/03 de su legajo correspondiente, Y UNA VEZ EFECTUADAS LAS PERTINENTES COMPROBACIONES PARA ACREDITAR QUE A LA SOCIEDAD DE ESTA HOJA LE CORRESPONDEN LOS DOMINIOS QUE EN EL MISMO SE CITAN, hago constar: QUE ME HAN COMUNICADO, QUE LOS DOMINIOS www.belmac.com y www.belmac.es CORRESPONDE A LA SOCIEDAD DE ESTA HOJA y todo ello de conformidad con lo dispuesto en el artículo 9 de la ley 34/2002 de 12 de julio de Servicios de Comercio Electrónico. EN SU VIRTUD ANOTO LA REFERIDA COMUNICACION DE DOMINIOS DE INTERNET EN LOS TERMINOS EXPRESADOS.- Así resulta del citado documento que fué presentado a las 17:14 horas, según asiento 1179 del diario 1357 número de entrada 1/2003/121600 el día trece de octubre de dos mil tres.- Madrid, a quince de octubre de dos mil tres

NOMBRAMIENTO DE AUDITOR

Remitidos al R.M.C. los datos reglamentarios dentro del plazo previsto en el articulo 384 RRM

PRIMERO - Revocar los poderes conferidos a las personas y en las fechas que a continuación se indican:——

-Los conferidos a doña Susana García Pérez de Ayala:——

-El día 10 de noviembre de 1.994, mediante escritura autorizada por el Notario de Madrid don José Luis Martinez-Gil Vich el día 18 de noviembre de 1.992, número 2.989 de protocolo, que causó la inscripción 22ª en el Registro Mercantil.——

-El día 3 de enero de 1.995, mediante escritura autorizada por el Notario de Madrid don José Luis Martinez-Gil Vich el día 26 de enero de 1.995, número 342 de protocolo, que causó la inscripción 23ª en el Registro Mercantil.——

-Los conferidos a doña Paloma Iguacel Abeigón:-

-El día 10 de noviembre de 1.994, mediante escritura autorizada por el Notario de Madrid don José Luis Martinez-Gil Vich el día 18 de noviembre de 1.994, número 2.989 de protocolo, que causó la inscripción 22ª en el Registro Mercantil.——

-El día 3 de enero de 1.996, mediante escritura autorizada por el Notario de Madrid don José Luis Martinez-Gil Vich el día 26 de enero de 1.995, número 342 de protocolo, que causó la inscripción 23ª en el Registro Mercantil.——

-El conferido a doña Beatriz de la Rosa el día 3 de enero de 1.995, mediante escritura autorizada por el Notario de Madrid don José Luis Martinez-Gil Vich el día 26 de enero de 1.995, número 342 de protocolo, que causó la inscripción 23ª de la hoja registral de la sociedad.——

-Los conferidos a don Clemente González Azpeitia:——

-El día 8 de noviembre de 1.995, mediante escritura autorizada por el Notario de Madrid don José Luis Martinez-Gil Vich el día 8 de noviembre de 1.995, número 4.326 de protocolo, que causó la inscripción 27ª de la referida hoja registral.——

-El día 18 de enero de 1.996, mediante escritura autorizada por el Notario de Madrid don José Manuel Rodríguez-Poyo Guerrero el día 18 de enero de 1.996, número 163 de protocolo, que causó la inscripción 28ª en el Registro Mercantil.

-Los conferidos a don José María Estove Serrano:

-El día 29 de marzo de 1.995, mediante escritura autorizada por el Notario de Madrid don José Luis Martinez-Gil Vich el día 6 de septiembre de 1.995, número 3.318 de protocolo, que causó la inscripción 25 en el Registro Mercantil.——

-El conferido el 19 de julio de 1.996, mediante escritura autorizada por el Notario de Madrid don José Manuel Rodríguez-Poyo Guerrero el día 10 de julio de 1.996 con el número 1.818 de protocolo, que causó la inscripción 31ª en el Registro Mercantil.

-El conferido a don Fernando Berenguer Zúñiga el día 21 de febrero del 2.002, mediante escritura autorizada por el Notario de Madrid don José Manuel García Collantes, el 22 de febrero del 2.002, número 752 de protocolo, que causó la inscripción 41ª en el Registro Mercantil.——

SEGUNDO - Se faculta expresamente a cualquiera de los miembros del Consejo de Administración para que comparezca ante Notario y eleve a públicos los procedentes acuerdos, así como para realizar cuantos actos fueren necesarios hasta conseguir la inscripción en el Registro Mercantil, autorizándole expresamente para solicitar, en su caso, si fuera necesario, la inscripción parcial de estos acuerdos.

43

EN SU VIRTUD INSCRIBO LA REVOCACION DE LOS EXPRESADOS PODERES. NO INSCRIBIENDOSE LA REVOCACION DE LOS SIGUIENTES PODERES: LOS CONFERIDOS A DOÑA SUSANA GARCIA PEREZ DE AYALA Y DOÑA PALOMA IGUACEL ABEIGON, MEDIANTE ESCRITURA AUTORIZADA POR EL NOTARIO DE MADRID, DON VALERIO PEREZ DE MADRID Y PALA, EL DIA 20 DE NOVIEMBRE DE 1992, NUMERO 4479 DE PROTOCOLO, POR YA CONSTAR REVOCADO MEDIANTE LA ESCRITURA QUE CAUSO LA INSCRIPCION 22. LOS CONFERIDOS A FAVOR DE DON CLEMENTE GONZALEZ AZPEITIA, MEDIANTE ESCRITURA AUTORIZADA POR EL NOTARIO DE MADRID, DON JOSE LUIS MARTINEZ GIL VICH, EL DIA 10 DE NOVIEMBRE DE 1994, NUMERO 2989 DE PROTOCOLO Y EL CONFERIDO MEDIANTE ESCRITURA AUTORIZADA POR EL NOTARIO DE MADRID, DON JOSE LUIS MARTINEZ GIL VICH, EL DIA 6 DE SEPTIEMBRE DE 1995, NUMERO 3318 DE PROTOCOLO, POR YA CONSTAR REVOCADOS MEDIANTE LAS ESCRITURA QUE CAUSARON, RESPECTIVAMENTE, LAS INSCRIPCIONES 25 Y 28. Así resulta de copia de la escritura autorizada por el Notario de MADRID, GARCIA COLLANTES JOSE MANUEL, el día 6 de agosto de 2003, con el número 2793/2003 de su protocolo, que fue presentada en este Registro con el número 1/2003/100322 el día ocho de agosto de dos mil tres, según Asiento de Presentación 274 del diario 1343 . Madrid a diecisiete de septiembre de dos mil tres. Hons. SM y L/D.-

44

'LABORATORIOS BELMAC SA' :-Don JORGE ESPINOSO FERNANDEZ en nombre de la sociedad, como SECRETARIO DEL CONSEJO DE ADMINISTRACION de la misma, y facultado segun certificacion inserta, expedida por el Secretario con el visto bueno del Presidente del Consejo de Administracion, cuyas firmas constan debidamente legitimadas, ha otorgado la escritura que se inscribe, por la que se elevan a publico los acuerdos adoptados por unanimidad en las reuniones celebradas en el domicilio social, con actas aprobadas en las mismas, por las Juntas Generales UNIVERSALES de fechas 30 de junio de 1998, 1999, 2000, 2001 y 2002, los cuales son: ELEGIR Y DESIGNAR POR SENDOS PERIODOS DE UN AÑOS COMO AUDITOR DE CUENTAS Y PARA LOS EJERCICIOS DE 1998, 1999, 2000, 2001 y 2002, RESPECTIVAMENTE, A 'DELOITTE & TOUCHE SA', con domicilio en Madrid, Plaza Pablo Ruiz Picasso s/n, CIF A78478492, inscrita en el Registro Mercantil de Madrid, en la hoja m75794 y en el Registro Oficial de Auditores de Cuentas con el numero S0665. Dicha sociedad ha aceptado el nombramiento a su favor efectuado, declarando no encontrase incursa en causa de incompatibilidad legal alguna, segun consta en escrito que se acompaña firmado por doña Cristina Villalobos el 11 de febrero de

B1243

REGISTRO MERCANTIL DE MADRID

| TOMO | SEC. | LIBRO | HOJA |
|---|---|---|---|
| 16811 | 8 | 0 | M-102225 |

| NOTAS MARGINALES | N.º DE ORDEN INSCRIP. | |
|---|---|---|
| | | 2004 legitimando su firma el Notario de la que se inscribe, y en la que cosnta que las sucesivas aceptacion para los nombramiento anuales se produjeron respectivamente en fechas de 7 de marzo de 1999 para el ejercicio de 1998, 7 de marzo de 2000 para el de 1999, 20 de abriol de 2001 para el de 2000, 25 de febrero de 2002, para el de 2001 y 24 de enero de 2003, para el de 2002. Se hace constar a los efectos procedentes que la sociedad nombrada se ha escindido parcialmente traspasando su rama de actividad en auditoria a la tambien inscrita en este Registro Deloitte & Touche España SL, inscrita en la hoja M54414. EN SU VIRTUD INSCRIBO LOS EXPRESADOS ACUERDOS DE SENDOS NOMBRAMIENTOS DE AUDITOR PARA LOS EJERCICIOS DE 1998, 1999, 2000, 2001 Y 2002. Asi resulta de escritura autorizada por el Notario de MADRID, GARCIA COLLANTES JOSE MANUEL, el día 25 de febrero de 2004, con el número 652/2004 de su protocolo. Presentada copia en este Registro Mercantil el día veintiseis de marzo de dos mil cuatro, con el numero 1/2004/39932, según Asiento de Presentación 396 del diario 1412 . Madrid a dos de abril de dos mil cuatro. Hons s/m y L. D. |
| REELECCION DE AUDITOR<br><br>Remitidos al R.M.C. los datos reglamentarios dentro del plazo previsto en el articulo 384 RRM | 45 | 'LABORATORIOS BELMAC SA' :-Don JORGE ESPINOSO FERNANDEZ en nombre de la sociedad, como SECRETARIO DEL CONSEJO DE ADMINISTRACION de la misma, y facultado segun certificacion inserta, expedida por el Secretario con el visto bueno del Presidente del Consejo de Administracion, cuyas firmas constan debidamente legitimadas, ha otorgado la escritura que se inscribe, por la que se elevan a publico los acuerdos adoptados por unanimidad en la reunion celebrada en el domicilio social, con acta aprobada en la misma, por Junta General Ordinaria UNIVERSAL de fecha 30 de junio de 2003, los cuales son: ELEGIR Y DESIGNAR COMO AUDITOR DE CUENTAS POR UN NUEVO PERIODO DE UN AÑO PARA EL EJERCICIO DE 2003, A 'DELOITTE & TOUCHE SA', con domicilio en Madrid, Plaza Pablo Ruiz Picasso s/n, CIF A78478492, inscrita en el Registro Mercantil de Madrid, en la hoja M75794 y en el Registro Oficial de Auditores de Cuentas con el numero S0665. Dicha sociedad ha aceptado la reeleccion a su favor efectuada, declarando no encontrase incursa en causa de incompatibilidad legal alguna, segun consta en escrito que se acompaña firmado por doña Cristina Villalobos el 4 de febrero de 2004 legitimando su firma la Notario de Madrid, doña María Jesus Guardo Santamaria. EN SU VIRTUD INSCRIBO LOS EXPRESADOS ACUERDOS DE REELECCION DE AUDITOR. Asi resulta de escritura autorizada por el Notario de MADRID, GARCIA COLLANTES JOSE MANUEL, el día 25 de febrero de 2004, con el número 653/2004 de su protocolo. Presentada copia en este Registro Mercantil el día diecisiete de marzo de dos mil cuatro, con el numero 1/2004/35602, según Asiento de Presentación 499 del diario 1409, calificada con defectos que impedian su inscripcion, (se presento recurso gubernativo contra la calificacion del Registrador, siendo subsanado el defecto con la prorroga de los auditores y su inscripcion para los ejercicios de 1998 a 2002, ambos inclusives, segun resulta en la precedente inscripcion 44. La copia fue retirada el día trece de abril de dos mil cuatro, y vuelta a presentar con el número 1/2004/47491 el día quince de abril de dos mil cuatro . Madrid a diecinueve de abril de dos mil cuatro. Hons s/m y L) DIGO |
| | 45 | La copia fue retirada el día trece de abril de dos mil cuatro, y vuelta a presentar con el número 1/2004/47491 el día quince de abril de dos mil cuatro . Madrid a diecinueve de abril de dos mil cuatro. Hons s/m y L. D. |
| AMPLIACION DE CAPITAL<br><br>Remitidos al R.M.C. los datos reglamentarios dentro del plazo previsto en el articulo 384 RRM | 46 | 'LABORATORIOS BELMAC SA'.DON JORGE ESPINOSO FERNANDEZ, interviniendo en nombre y representación de la Sociedad de esta Hoja, como Secretario de la misma, facultado por decisión de su SOCIO UNICO constituyendose en JUNTA UNIVERSAL el dia 30 de DICIEMBRE de 2003, siendo adoptados por unanimidad los acuerdos que se ejecutan segun certificacion inserta expedida por el propio señor otorgante como Secretario con el visto bueno de su Presidente Don James R. Murphy, debidamente legitimadas sus firmas en la que consta la aprobacion del acta, ha otorgado la escritura que se inscribe por la que se formalizan los siguientes acuerdos:<br><br>PRIMERO: En base a la ampliación de capital acordada por compensación de créditos en la Junta General Extraordinaria celebrada el 1 de abril del 2.003, previo informe favorable del órgano de administración que fue presentado a la Junta en aquella fecha, basado en el informe de auditoría de cuentas anuales del ejercicio terminado el 31 de diciembre del 2.002, realizado por el Auditor de Cuentas de la Sociedad, "Deloitte & Touche, S.A., con fecha 24 de febrero del 2.003, cuentas que fueron aprobadas en Junta General Ordinaria de fecha 30 de junio de 2003, y conforme al informe |

B1244

especial para la ampliación de capital por compensación de créditos, de fecha 30 de diciembre del 2.003 realizado por el mismo Auditor, en los cuales se hace constar que los créditos son líquidos, vencidos y exigibles; ----------------

Ampliar el capital social, por compensación de créditos, en seis millones seiscientos setenta y tres mil trescientos cincuenta y nueve euros setenta y seis céntimos más, mediante la creación y puesta en circulación de un millón ciento diez mil trescientas setenta y seis nuevas acciones, de seis euros un céntimo de valor nominal cada una, de la misma serie y con los mismos derechos y obligaciones que las ya existentes, numerados correlativamente del 250.001 al 1.360.376, ambos inclusive, con la consiguiente modificación del artículo correspondiente de los Estatutos Sociales, cuya redacción final se indicará más adelante. ----

SEGUNDO.- La suscripción de las nuevas acciones emitidas, previa renuncia efectuada por la única socia de la sociedad a ejercitar su derecho de preferente adquisición, se realiza por compensación de créditos, por las sociedades: ----------------

"Pharma España Inc", (domiciliada en Bentley Park, 2, Holland Way, Exeter, NH 03833) que suscribe ciento veintitrés mil cuatrocientas setenta y ocho acciones nominativas, números 250.001 al 373.478, ambos inclusive, por su total importe de setecientos cuarenta y dos mil ciento dos euros setenta y ocho céntimos. ----------------

Y por "Bentley Pharmaceuticals, Inc", (domiciliada en Bentley Park, 2, Holland Way, Exeter, NH 03833), que suscribe novecientas ochenta y seis mil ochocientas noventa y ocho acciones, números 373.479 al 1.360.376, ambos inclusive, por su total importe de cinco millones novecientos treinta y un mil doscientos cincuenta y seis euros noventa y ocho céntimos. ----------------

El importe total de la ampliación de capital ha quedado ingresado en la Caja Social, reflejando el correspondiente asiento contable. ----------------

Asimismo se hace constar que la suscripción de las nuevas acciones se ha hecho constar en el Libro Registro de Acciones Nominativas. ----------------

TERCERO.- Como consecuencia de la ampliación de capital efectuada, en lo sucesivo el artículo 6º de los Estatutos Sociales tendrá la siguiente redacción: ----------------

"ARTICULO 6º.- El capital social es de OCHO MILLONES CIENTO SETENTA Y CINCO MIL OCHOCIENTOS CINCUENTA Y NUEVE EUROS SETENTA Y SEIS CÉNTIMOS. Está dividido y representado por un millón trescientas sesenta mil trescientas setenta y seis acciones nominativas, de 6'01 euros de valor nominal cada una, totalmente suscritas y desembolsadas, numeradas correlativamente del 1 al 1.360.376, ambos inclusive, cuyos títulos podrán ser unitarios o múltiples y contendrán todos los requisitos legales y la firma de un administrador."

46 A los efectos pertinentes hace constar el otorgante que se han cumplido los requisitos establecidos en los Artículos 156 de la Ley de socieades anónimas y 168 y siguientes del reglamento del Registro Mercantil. Que fue puesto a disposición del socio, el Informe emitido por el organo de administración, el cual se inserta. Que el credito a favor de Pharma España Inc fue constrido el 2 de enero de 1999 y el crédito a favor de Bentley Pharmaceuticals Inc fue contraido el 1 de Julio de 1998 siendo ambos liquidos, vencidos y exigibles y que el vencimiento de los restantes no es superior a cinco años. Se inserta el correspondiente impreso correspondiente a la declaración de inversion extra jera. EN SU VIRTUD INSCRIBO los expresados acuerdos de AUMENTO DE CAPITAL DE LA SOCIEDAD DE ESTA HOJA, ASI COMO LA TOTAL LIBERACION DE LAS ACCIONES REPRESENTATIVAS DEL MISMO Y MODIFICACION DEL ARTICULO 6 DE SUS ESTATUTOS SOCIALES. ASI RESULTA de copia de la escritura autorizada por el Notario de MADRID, GARCIA COLLANTES JOSE MANUEL, el día 5 de marzo de 2004, con el número 838/2004 de su protocolo. Presentada copia en este Registro con el numero 1/2004/39933 el día veintiseis de marzo de dos mil cuatro, según Asiento de Presentación 397, del Diario 1412. Madrid a veintiuno de abril de dos mil cuatro. Hons. S/M y L. D.

OTORGAMIENTO DE PODERES

Remitidos al R.M.C. los datos reglamentarios dentro del plazo

47 'LABORATORIOS BELMAC SA'.-DON ADOLFO HERRERA MALAGA, en nombre y representación de la Sociedad de esta Hoja, como Apoderado de la misma, haciendo uso de las facultades que tiene atribuidas en la escritura que origino la inscripcion 35ª de esta hoja, ha otorgado la escritura que se inscribe por la: ----------------



B1245

| REGISTRO MERCANTIL DE | | | |
|---|---|---|---|
| TOMO | SEC. | LIBRO | HOJA |
| 16811 | 8 | · | M102225 |

NOTAS MARGINALES | Nº DE ORDEN INSCRIP.

REVOCADA la adjunta inscripción por la ...5ª..., folio ...207... del tomo ...16811... Madrid ...7... de ...3... de 2006

Que confiere PODER a favor de DOÑA PALOMA RODRÍGUEZ-YRIZABAL SÁNCHEZ-CENDAL, mayor de edad, vecina de San Sebastián de los Reyes, Madrid, calle Teide, número 4, con D.N.I. número 01930562-B, para que, en nombre y representación de "LABORATORIOS BELMAC, S.L.", SOCIEDAD UNIPERSONAL, pueda ejercitar las siguientes facultades: -------------

1).- Comparecer y actuar con plena personalidad, representando a la Sociedad como solicitante, otorgante, disponente, actora, demandada, coadyuvante, querellante o en cualquier otro concepto, en otorgamientos, disposiciones, asuntos, actos de conciliación, juicios, causas, reclamaciones, expedientes, actuaciones de todo orden, ante toda clase de Ministerios, Departamentos, Institutos, Oficinas y dependencias del Estado, Provincia y Municipio, Juzgados, Tribunales, autoridades y Magistraturas de Trabajo, Fiscalías, Sindicatos, Delegaciones, Comités, Juntas, Jurados, Comisiones, Funcionarios y cualquier otro Centro y Organismo civil, Penal, Mercantil, Administrativo, Fiscal, Canónico, Contencioso Administrativo, Gubernativo, Laboral, de cualquier otra naturaleza, orden o grado; en todas sus de cualquier otra naturaleza, orden o grado; en todas sus jurisdicciones, grados e instancias, interviniendo incluso ante el Tribunal Constitucional, y para toda clase de asuntos, cuestiones, gestiones, actuaciones, trámites, diligencias e instancias, hasta la total conclusión, acabamiento y cumplimiento de las disposiciones, otorgamientos, decisiones, soluciones, resoluciones, sentencias, conclusiones y fallos definitivos. Con toda suerte de facultades y posibilidades, incluso recusar y tachar, interponer recursos ordinarios y extraordinarios, como casación, revisión y nulidad; entablar excepciones y defensas, recabar testimonios, copias y certificaciones o asientos; solicitar y practicar toda suerte de diligencias, hasta las de carácter personal y pudiendo así ratificarse en los escritos; solicitar, conceder y aceptar quitas y esperas, levantar actas notariales e intervenir en las mismas; practicar requerimientos y notificaciones y contestarlos; desistir de las actuaciones y apelaciones o recursos entablados y verificar renuncias y allanamientos, así como toda suerte de pedimentos y diligencias instadas, incluso hacer declaraciones, absolver posiciones y retirar consignaciones y fianzas. Llevar la representación en quitas y esperas, suspensiones de pagos, concursos y quiebras de deudores, asistir a las Juntas, nombrar síndicos y administradores, desempeñar todos los cargos, aceptar y rechazar las proposiciones del deudor, llevando todos los trámites hasta el término del procedimiento. Transigir derechos y acciones; someterse a árbitros, amigables componedores, árbitros de equidad, solución de terceros, etc., todo ello con plenitud de atribuciones y competencias, sin traba, excepción ni limitación de clase alguna, otorgando, al efecto, poderes a Procuradores y Letrados con las facultades usuales del poder procesal. --------

2) Representar a la Sociedad ante el Ministerio de Economía y Hacienda, Consejería del ramo en todas y cada una de las Comunidades Autónomas, Delegaciones y Subdelegaciones, Oficinas Liquidadoras o Recaudadoras de cualquier impuesto, y ante cualesquiera Centros u Organismos o Dependencias de tales competencias; y al efecto recibir cuantos libramientos y demás cantidades que por cualquier otro concepto corresponda percibir a la Sociedad; satisfacer contribuciones y reclamar contra lo no aceptable; firmar declaraciones juradas e instancias e interponer y seguir toda clase de recursos por todos sus trámites, y otorgar cartas de pago y firmar recibos. ------------------

3) Comparecer ante Notarios, suscribir ante los mismos cuantas actas, documentos, requerimientos, escrituras, notificaciones, contestaciones y cualesquiera otros documentos públicos, en los que pudiera estar interesada la Sociedad. -------------

B1246

MADRID

16811 8 0 M-102225

previsto en el artículo 384 RRM

4) Pedir certificaciones, testimonios, copias autorizadas o simples y documentos de cualquier clase en archivos y oficinas particulares u oficiales, Notarías, Registros y entidades u organismos públicos o privados. ------------------

5) Solicitar registros de patentes, marcas, modelos de utilidad, rótulos, diseños y nombres comerciales, así como sus ampliaciones y modificaciones. Pagar cánones y recurrir contra ellos. Interponer reclamaciones, impugnaciones y oposiciones de toda clase o defenderse de ellas. Registrar, rehabilitar, sostener y renovar toda clase de títulos originarios, derivativos, de propiedad industrial. Adquirir o transmitir a título oneroso, total o parcialmente, el uso, la explotación o el arrendamiento de patentes y marcas por tiempo limitado o no, de forma total, parcial, general o local; con o sin exclusivas; y dar discrecionalmente poderes a Agentes de la Propiedad Industrial. ----------------------------------------

6) <u>CON UN LÍMITE DE CIENTO VEINTE MIL DOSCIENTOS DOS EUROS POR OPERACIÓN:</u> Avalar, garantizar y afianzar toda clase de operaciones, deudas y obligaciones y préstamos, por cuenta y representación de la sociedad, sin limitación alguna de tiempo ni cantidad, tanto de particulares, de bancos, incluso el de España, Entidades, Cajas de Ahorro y Monte de Piedad y demás que fueren pertinentes; y suscribir y aceptar y otorgar a los fines dichos, las escrituras, pólizas, letras y documentos públicos y privados que se requieran. ---------------------------------

7) <u>CON UN LÍMITE DE CIENTO VEINTE MIL DOSCIENTOS DOS EUROS POR OPERACIÓN:</u> Operar con Cajas Oficiales, Cajas de Ahorro y Monte de Piedad y Bancos, incluso la Banca Oficial, haciendo cuanto la legislación y práctica bancarias permitan. Abrir, seguir, disponer, utilizar y cancelar en el Banco de España, en cualquier localidad o en cualquier otro Banco o Establecimiento de Crédito o Ahorro, cuentas corrientes ordinarias o de crédito, solicitar y obtener préstamos, con garantía personal, de valores o de efectos comerciales y Cajas de Seguridad. Aprobar e impugnar cuentas, deudas, créditos, cobros, saldos y liquidaciones. Adquirir por cualquier título valores, cobrar sus dividendos y amortizaciones y vender sus cupones. Modificar, transferir, cancelar, retirar y constituir depósitos de efectivo o valores provisionales o definitivos. ---------------------

8) <u>CON UN LÍMITE DE CIENTO VEINTE MIL DOSCIENTOS DOS EUROS POR OPERACIÓN:</u> Solicitar, firmar y extender cheques, órdenes, transferencias y demás documentos y retirando cuadernos de cheques, de cualquier Banco o Establecimiento de Crédito o Ahorro, incluso del Banco de España, así como reconocer y pagar deudas, aceptar y cobrar créditos, tanto por capital como por intereses, dividendos y amortizaciones; aprobar e impugnar cuentas; aceptar pagos y cobrar sumas adeudadas por cualquier título y a favor o a cargo de cualquier persona, entidad o Corporación, incluso Estado, Autonomía, Provincia, o Municipio, Ministerios, Consejerías y Organismos Oficiales o personas naturales o jurídicas, públicas o privadas, firmando recibos, saldos, conformidades, resguardos y cartas de pago. --------------------------------

9) Disponer, enajenar, vender, transmitir, permutar, comprar, adquirir, gravar, hipotecar y contratar, activa o pasivamente, respecto de toda clase de bienes muebles, patentes, registros, marcas y vehículos, pudiendo en tal sentido, con las condiciones y por el precio de contado, confesado, o aplazado que estime pertinente. Ejercitar, otorgar, conceder y aceptar compras, ventas, transmisiones, enajenaciones, adquisiciones, permutas, aportes, cesiones en pago o para pago, hasta un límite máximo de CIENTO VEINTE MIL DOSCIENTOS DOS EUROS POR OPERACION. ----

47 **EN SU VIRTUD INSCRIBO LOS EXPRESADOS ACUERDOS DE CONCESION DE PODERES.** Así resulta de copia de la escritura autorizada por el Notario de MADRID, GARCIA COLLANTES JOSE MANUEL, el día 2 de julio de 2004, con el número 2339/2004 de su protocolo, que fue presentada en este Registro con el número 1/2004/108133

B1247

REGISTRO MERCANTIL DE MADRID

| TOMO | SEC. | LIBRO | HOJA |
|---|---|---|---|
| 16811 | 8 | — | M/102720 |

207

el día seis de septiembre de dos mil cuatro, según Asiento de Presentación 244 del Diario 1459 . Madrid a quince de septiembre de dos mil cuatro. Hons. SM y L/D.

| NOTAS MARGINALES | N.º DE ORDEN INSCRIP. |
|---|---|
| OTORGAMIENTO DE PODERES<br>REVOCACION DE PODERES<br><br>Remitidos al R.M.C. los datos reglamentarios dentro del plazo previsto en el artículo 384 RRM | 48 |

LABORATORIOS BELMAC SA.- Don Jorge Espinoso Fernández, en representacion de esta sociedad como secretario no consejero de la misma, facultado al efecto por acuerdo del Consejo de administracion con la asistencia de todos sus miembros en su reunion de 21 de diciembre de 2005, en la que se tomaron por unanimidad los siguientes acuerdos:

PRIMERO.- Revocar los poderes conferidos a las personas y en las fecha que a continuación se indican;

-Los conferidos a DON ADOLFO HERRERA MÁLAGA, mediante escritura autorizada por el Notario de Madrid Rafael Vallejo Zapatero el día 15 de junio de 1999, número 2759de protocolo, que causó la inscripción 35 en el Registro Mercantil; y mediante escritura autorizada por el Notario de Madrid Rafael Vallejo Zapatero el día 29 de noviembre de 1999, número 5218 de protocolo, que causó la inscripción 37 en el Registro Mercantil.

-El conferido a DOÑA PALOMA RODRIGUEZ-YRIZABAL SANCHEZ-CENDAL mediante escritura autorizada por el Notario de Madrid Don José Manuel García Collantes el día 2 de julio de 2004, número 2339 de protocolo, que causó la inscripción 47 en el Registro Mercantil.

-El conferido a DOÑA ESTHER SÁNCHEZ GÓMEZ mediante escritura autorizada por el Notario de Madrid Don José Manuel García Collantes el día 6 de febrero de 2002, número 460 de protocolo, que causó la inscripción 40 de la hoja registral de la sociedad.

SEGUNDO.- Conferir PODER a favor de las personas que, más adelante se dirán, para que, en nombre y representación de "LABORATORIOS BELMAC, S.A.", puedan ejercitar en la forma que se indicará las facultades siguientes:

FACULTADES

1).- Comparecer y actuar con plena personalidad, representando a la Sociedad como solicitante, otorgante, disponente, actora, demandada, coadyuvante, querellante o en cualquier otro concepto, en otorgamientos, disposiciones, asuntos, actos de conciliación, juicios, causas, reclamaciones, expedientes, actuaciones de todo orden, ante toda clase de Ministerios, Departamentos, Institutos, Oficinas y dependencias del Estado, Provincia y Municipio, Juzgados, Tribunales, autoridades y Magistraturas de Trabajo, Fiscalías, Sindicatos, Delegaciones, Comités, Juntas, Jurados, Comisiones, Funcionarios y cualquier otro Centro y Organismo civil, Penal, Mercantil, Administrativo, Fiscal, Canónico, Contencioso Administrativo, Gubernativo, Laboral, de cualquier otra naturaleza, orden o grado; en todas sus de cualquier otra naturaleza, orden o grado; en todos sus jurisdicciones, grados e instancias, interviniendo incluso ante el Tribunal Constitucional, y para toda clase de asuntos, cuestiones, gestiones, actuaciones, trámites, diligencias e instancias, hasta la total conclusión, acabamiento y cumplimiento de las disposiciones, otorgamientos, decisiones, soluciones, resoluciones, sentencias, conclusiones y fallos definitivos. Con toda suerte de facultades y posibilidades, incluso recusar y tachar, interponer recursos ordinarios y extraordinarios, como casación, revisión y nulidad; entablar excepciones y defensas, recabar testimonios, copias cualesquiera otros documentos públicos, en los que pudiera estar interesada la Sociedad.

4) Pedir certificaciones, testimonios, copias autorizadas o simples y documentos de cualquier clase en archivos y oficinas particulares u oficiales, Notarías, Registros y entidades u organismos públicos o privados.

5) Solicitar registros de patentes, marcas, modelos de utilidad, rótulos, diseños y nombres comerciales, así como sus ampliaciones y modificaciones. Pagar cánones y recurrir contra ellos. Interponer reclamaciones, impugnaciones y oposiciones de toda clase o defenderse de ellas. Registrar, rehabilitar, sostener y renovar toda clase de títulos originarios, derivativos, de propiedad industrial. Adquirir o transmitir a título oneroso, total o parcialmente, el uso, la explotación o el arrendamiento de patentes y marcas por tiempo limitado o no, de forma total, parcial, general o local; con o sin exclusivas; y dar discrecionalmente poderes a Agentes de la Propiedad Industrial.

6) Avalar, garantizar y afianzar toda clase de operaciones, deudas y obligaciones y préstamos, por cuenta y representación de la sociedad, sin limitación alguna de tiempo ni cantidad, tanto de particulares, de bancos, incluso el de España, Entidades, Cajas de Ahorro y Monte de Piedad y demás que fueren pertinentes; y suscribir y aceptar y otorgar a los fines dichos, las escrituras, pólizas, letras y documentos públicos y privados que se requieran.

7) Operar con Cajas Oficiales, Cajas de Ahorro y Monte de Piedad y Bancos, incluso la Banca Oficial, haciendo cuanto la legislación y práctica bancarias permitan. Abrir, seguir, disponer, utilizar y cancelar en el Banco de España, en cualquier localidad o en cualquier otro Banco o Establecimiento de Crédito o Ahorro, cuentas corrientes ordinarias o de crédito, solicitar y obtener préstamos; con garantía personal, de valores o de efectos comerciales y Cajas de Seguridad. Aprobar e impugnar cuentas, deudas, créditos, cobros, saldos y liquidaciones. Adquirir por cualquier título valores, cobrar sus y certificaciones o asientos; solicitar y practicar toda suerte de diligencias, hasta las de carácter personal y pudiendo así ratificarse en los escritos; solicitar, conceder y aceptar quitas y esperas, levantar actas notariales e intervenir en las mismas; practicar requerimientos y notificaciones y contestarlas; desistir de las actuaciones y apelaciones o recursos entablados y verificar renuncias y allanamientos, así como toda suerte de pedimentos y diligencias instadas, incluso hacer declaraciones, absolver posiciones y retirar consignaciones y fianzas. Llevar la representación en quitas y esperas, suspensiones de pagos, concursos y quiebras de deudores, asistir a las Juntas, nombrar síndicos y administradores, desempeñar todos los cargos, aceptar y rechazar las proposiciones del deudor, llevando todos los trámites hasta el término del procedimiento. Transigir derechos y acciones; someterse a árbitros, amigables componedores, árbitros de equidad, solución de terceros, etc., todo ello con plenitud de atribuciones y competencias, sin traba, excepción ni limitación de clase alguna, otorgando, al efecto, poderes a Procuradores y Letrados con las facultades usuales del poder procesal.

B1248

2) Representar a la Sociedad ante el Ministerio de Economía y Hacienda. Consejería del ramo en todos y cada uno de las Comunidades Autónomas, Delegaciones y Subdelegaciones, Oficinas Liquidadoras o Recaudadoras de cualquier Impuesto, y ante cualesquiera Centros u Organismos o Dependencias de tales competencias: y al efecto recibir cuantos libramientos y demás cantidades que por cualquier otro concepto corresponda percibir a la Sociedad; satisfacer contribuciones y reclamar contra lo no aceptable; firmar declaraciones juradas e instancias e interponer y seguir toda clase de recursos por todos sus trámites, y otorgar cartas de pago y firmar recibos.

3) Comparecer ante Notarios, suscribir ante los mismos cuantas actas, documentos, requerimientos, escrituras, notificaciones, contestaciones y dividendos y amortizaciones y vender sus cupones. Modificar, transferir, cancelar, retirar y constituir depósitos de efectivo o valores provisionales o definitivos.

8) Solicitar, firmar y extender cheques, órdenes, transferencias y demás documentos y retirando cuadernos de cheques, de cualquier Banco o Establecimiento de Crédito o Ahorro, incluso del Banco de España, así como reconocer y pagar deudas, aceptar y cobrar créditos, tanto por capital como por intereses, dividendos y amortizaciones; aprobar e impugnar cuentas; aceptar pagos y cobrar sumas adeudadas por cualquier título y a favor o a cargo de cualquier persona, entidad o Corporación, incluso Estado, Autonomía, Provincia, o Municipio, Ministerios, Consejerías y Organismos Oficiales o personas naturales o jurídicas, públicas o privadas, firmando recibos, saldos, conformidades, resguardos y cartas de pago.

9) Disponer, enajenar, vender, transmitir, permutar, comprar, adquirir, gravar, hipotecar y contratar, activa o pasivamente, respecto de toda clase de bienes muebles, patentes, registros, marcas y vehículos, pudiendo en tal sentido, con las condiciones y por el precio de contado, confesado, o aplazado que estime pertinente. Ejercitar, otorgar, conceder y aceptar compras, ventas, transmisiones, enajenaciones, adquisiciones, permutas, aportes, cesiones en pago o para pago.

APODERADOS

DON ADOLFO HERRERA MALAGA, mayor de edad, casado, vecino de las Rozas, Madrid, Calle España nº37, con DNI número 00386553-S.

DON EMILIO BARTA PEREZ, mayor de edad, casado, con domicilio en Madrid calle América Castro nº94; con DNI 50.833.170-L.

DOÑA ESTHER SANCHEZ GOMEZ, mayor de edad, casada, vecina de Las Rozas, Madrid, Yecla, 6, Urbanización Vista Sierra, Las Rozas, Madrid, con D.N.I. número 51371018-N.

DOÑA PALOMA RODRIGUEZ-TRIZABAL GOMEZ-CALCERRADA, mayor de edad, vecina de san Sebastián de los Reyes, calle Teide nº4, con DNI 01930562-8.

FORMA DE EJERCER LAS FACULTADES

Las facultades reseñadas con los números 1, 2, 3, 4 y 5 se ejercerán de forma solidaria.

Las facultades reseñadas con los números 6, 7, 8 y 9 se ejercerán de forma solidaria hasta un límite de 20.000 euros por operación, y de forma mancomunada por dos cualesquiera de los apoderados a partir de dicha cantidad hasta la cantidad de 150.000 euros. Para cantidades superiores a 150.000 euros será necesaria la intervención mancomunada de Don Adolfo Herrera Málaga y otro cualesquiera de los apoderados.

48

EN SU VIRTUD INSCRIBO LOS EXPRESADOS REVOCACION Y CONCESION DE PODERES, HACIENDOSE CONSTAR LA NO INCLUSION DE LAS PERSONAS NOMBRADAS A QUE SE REFIERE LA INSCRIPCION PRACTICADA EN ESTE REGISTRO EN VIRTUD DE ESTE DOCUMENTO, EN EL REGISTRO DE RESOLUCIONES CONCURSALES CONFORME A LO DISPUESTO EN EL ARTICULO 61 BIS DEL RRM.- Así resulta de copia de la escritura otorgada en Madrid, el 2 de febrero de 2006, ante su Notario Doña María Teresa bolas Olcina, como sustituta de Don Jose Manuel García Collantes, con el numero 163, que fue presentada a las 13:55 del día 3 de febrero de 2006, con el numero 15975, asiento 938 del diario 1612.- Madrid, siete de febrero de dos mil seis.

35 LABORATORIOS BELMAC SA – Mr. James Richard Murphy, in the name and as representative of the entity, as Delegated Counselor to the entity, utilizing the rights conferred upon him in these capacities, has granted the following to be inscribed and registered:

Authority is granted to Mr. Adolfo Herrera Malaga [age, marriage status, address and DNI number] so that in the name of and as representative of Laboratorios Belmac SA can carry out the following duties:

1 – Agree, create and execute all types of contracts related to the business's purpose, whether direct or indirect. Direct and govern the business, assets (whether goods or real estate), the rights, and in general, the whole of the company; and in this sense to preserve and promote the state of the company's assets. Execute all types of rights and obligations including contracts of all types. Hire and fire all types of employees and workers of the company, fix compensation, and establish work rules. Attend meetings of all types with the authority to discuss and vote. Open and respond to correspondence. [Describes a series of ministerial tasks.]

2 – Accept, cash, pay, negotiate checks and other forms of money transfer. Establish letters of credit or guarantee up to a limit of 20 million pesetas per operation.

3 – Guarantee all types of operations, debts, obligations and loans on behalf of the company, without any limitation either temporal or of amount [describes different types of financial institutions] up to a limit of 20 million pesetas.

4 – Work with banks and other financial institutions as is legally permissible. Establish bank accounts with the national bank or any other bank. Change, transfer, cancel, withdraw such deposits up to a limit of 20 million pesetas.

5- Execute and cash checks up to a limit of 20 million pesetas.

6 – Sell and buy goods and rights up to a limit of 20 million pesetas.

7 – Create and dissolve entities as necessary.

8 – Represent the company before the Economic and Household Ministry and in before all agencies of government national or regional.

9 – Represent the company broadly in all types of roles [lists a series of business duties].

10 – Solicit all types of legal documents needed by the company.

11 – Execute and revoke powers of representation of the company and able to empower lawyers to execute the legal business of the company.

12 – And subscribe of grant whatever public or private documents affect the company.

[EXECUTION BY NOTARY]

B1250

| MERCANTILE REGISTRY OF MADRID | | | | |
|---|---|---|---|---|
| VOLUME | SECTION | BOOK | PAGE | |
| 16811 | 8 | 0 | M-102225 | … 2004, his signature being legitimated by the Notary before whom it is registered, and in which a record is made of the fact that the successive acceptances for the annual appointments took place on March 7, 1999 for the 1998 fiscal year, March 7, 2000 for the 1999 fiscal year, April 20, 2001 for the 2000 fiscal year, February 25, 2002 for the 2001 fiscal year, and January 24, 2003 for the 2002 fiscal year. A record is made for appropriate purposes of the fact that the aforenamed company has spun off its auditing activity to the Deloitte & Touche España SL firm, likewise registered in this Registry, registered on page M54414. BY VIRTUE THEREOF I REGISTER THE AFOREMENTIONED RESOLUTIONS FOR APPOINTMENTS OF AUDITOR FOR THE 1998, 1999, 2000, 2001, AND 2002 FISCAL YEARS. Thus it appears in the instrument authorized by MADRID Notary GARCÍA COLLANTES JOSÉ MANUEL dated February 25, 2004, under number 652/2004 of his protocol. A copy was submitted to this Mercantile Registry on the twenty sixth day of March, two thousand four, under number 1/2004/39932, pursuant to submission entry 396 of Journal 1412. Madrid, the second day of April, two thousand four. Hon. s/m and L.D. [signed] illegible |

| MARGINAL NOTES | REGISTRATION Nº | | |
|---|---|---|---|
| RE-ELECTION OF AUDITOR<br><br>The required data were sent to the R.M.C. within the term prescribed in Article 284 of the RRM. | 45 | "LABORATORIOS BELMAC SA": Mr. JORGE ESPINOSO FERNÁNDEZ, acting in the company's name in his capacity as the SECRETARY OF ITS BOARD OF DIRECTORS, and empowered pursuant to the attached certification, issued by the Secretary with the approval of the Chairman of the Board of Directors, whose signatures are duly legitimated, has executed the instrument which is registered hereby, whereby the resolutions unanimously adopted at the meeting held at the corporate headquarters, with minutes approved thereat, by the UNIVERSAL Regular Meeting of Shareholders on June 30, 2003, are converted into public instruments: ELECT AND APPOINT AS AUDITOR OF ACCOUNTS, FOR A NEW TERM OF ONE YEAR FOR THE 2003 FISCAL YEAR, "DELOITTE & TOUCHE SA," domiciled in Madrid at Plaza Pablo Ruiz Picasso s/n, CIF A78478492, registered in the Mercantile Registry of Madrid on page M75794, and in the Official Registry of Auditors of Accounts under number S0665. Said firm has accepted its re-election, and has declared that it is not in any situation involving a conflict of interest, as is evidenced in an instrument which is attached hereto, signed by Ms. Cristina Villalobos on February 4, 2004, her signature being legitimated by Madrid Notary María Jesús Guardo Santamaria. BY VIRTUE THEREOF I REGISTER THE AFOREMENTIONED RESOLUTIONS FOR RE-ELECTION OF AUDITOR. Thus it appears in the instrument authorized by MADRID Notary GARCÍA COLLANTES JOSÉ MANUEL on February 25, 2004, under number 653/2004 of his protocol. A copy was submitted to this Mercantile Registry on the seventeenth day of March, two thousand four, under number 1/2004/35602, pursuant to submission entry 499 of Journal 1409, which was declared to have defects which prevented its registration. (An appeal against the Registrar's finding was filed with the government, and the defect was corrected with an extension of the auditors and their registration for the 1998 through 2002 fiscal years, inclusive, as is evidenced in the preceding registration 44. The copy was claimed on the thirteenth day of April, two thousand four, and was re-submitted under number 1/2004/47491 on the fifteenth day of April, two thousand four. Madrid, nineteenth day of April, two thousand four. Hon. s/m and L.) I SAY: | |
| | 45 | The copy was claimed on the thirteenth day of April, two thousand four, and was re-submitted under number 1/2004/47491 on the fifteenth day of April, two thousand four. Madrid, nineteenth day of April, two thousand four. Hon. s/m and L.D. [signed] illegible | |
| CAPITAL INCREASE<br><br>The required data were sent to the R.M.C. within the term prescribed in Article 384 of the RRM. | 46 | "LABORATORIOS BELMAC SA": Mr. JORGE ESPINOSO FERNÁNDEZ, appearing in the name and representation of the company to which this page pertains, acting in his capacity as its Secretary, empowered by decision of the SOLE OWNER who convened a UNIVERSAL MEETING OF SHAREHOLDERS on DECEMBER 30, 2003, at which the resolutions executed pursuant to a certification inserted herein and issued by the executor himself and by the Secretary, with the approval of the President/Chairman, Mr. James R. Murphy, whose signatures were duly legitimated, and in which the approval of the minutes is recorded, were unanimously approved, has executed the instrument which is registered hereby, whereby the following resolutions are formalized: | |
| | | FIRST: Based on the capital increase agreed upon to offset debts at the Special Meeting of Shareholders held on April 1, 2003, following a favorable report by the company's administrative organ which was submitted to the Board on that date, and based on the report on the audit | of the annual accounts for the fiscal year ended December 31, 2002, drawn up by the company's auditor of accounts, the "Deloitte & Touch S.A." firm, dated February 24, 2003, which accounts were approved at the Regular Meeting of Shareholders held on June 30, 2003, and in accordance with the special report |

<table>
<tr>
<td></td>
<td></td>
<td>for capital increase to offset debts dated December 30, 2003, issued by the same Auditor, in which it is evidenced that the debts are liquid, due, and payable:<br><br>Increase the capital stock to offset debts, by the sum of six million six hundred seventy three thousand three hundred fifty nine euros and seventy six cents more, through the creation and placement in circulation of one million one hundred ten thousand three hundred seventy six new shares with a par value of six euros and one cent each, of the same series and with the same rights and obligations as those now in existence, numbered consecutively from 250,001 to 1,360,376, inclusive, and accordingly amend the corresponding article of the Corporate Bylaws whose final wording shall be indicated below.<br><br>SECOND: Subscribe for the newly issued shares following the sole owner's waiver of his preemptive right to acquire them, to offset debts owed to the following companies:<br><br>"Pharma España Inc." (domiciled in Bentley Park 2, Holland Way, Exeter, NH 03833), which subscribes for one hundred twenty three thousand four hundred seventy eight registered shares numbered from 250,001 to 373,478, for the total sum of seven hundred forty two thousand one hundred</td>
<td>two euros and eight cents.<br><br>And "Bentley Pharmaceuticals, Inc." (domiciled in Bentley Park 2, Holland Way, Exeter, NH 03833), which subscribes for nine hundred eighty six thousand eight hundred ninety eight shares numbered from 373,479 to 1,360,376, inclusive, for a total sum of five million nine hundred thirty one thousand two hundred fifty six euros and ninety eight cents.<br><br>The total amount of the capital increase has been paid into the company's fund, and is reflected in the accounting records.<br><br>A record is likewise made of the fact that the subscription of the new shares has been recorded in the Registered Share Book.<br><br>THIRD. As a consequence of the capital increase so performed, Article 6 of the Corporate Bylaws shall henceforth read as follows:<br><br>"ARTICLE 6. The capital stock is EIGHT MILLION ONE HUNDRED SEVENTY FIVE THOUSAND EIGHT HUNDRED FIFTY NINE EUROS AND SEVENTY SIX CENTS. It is divided into and represented by one million three hundred sixty thousand three hundred seventy six registered shares with a par value of 6.01 euros each, entirely subscribed for and disbursed, consecutively numbered from 1 to 1,360,376, inclusive, whose stock certificates may be unitary or multiple and shall fulfill all the legal requirements and bear the signature of one administrator."</td>
</tr>
<tr>
<td><br><br><br><br><br><br><br><br><br><br><br>CONFERRAL OF POWERS OF ATTORNEY<br><br>The required data were sent to the R.M.C. within the term …</td>
<td>46<br><br><br><br><br><br><br><br><br><br><br>47</td>
<td colspan="2">For the pertinent intents and purposes the executor hereby makes a record of the fact that the requirements prescribed in Articles 156 of the Corporations Act and 168 and following of the Regulations of the Mercantile Registry have been fulfilled. The report issued by the administrative organ, which is inserted herein, was placed at the owner's disposal. The debt owed to Pharma España came into being on January 2, 1999 and the debt owed to Bentley Pharmaceuticals Inc. came into being on July 1, 1998; both are liquid, due and payable, and the maturity of the remaining debts is no greater than five years. The document corresponding to the foreign investment declaration is inserted herein. BY VIRTUE OF THE ABOVE, I REGISTER the aforementioned resolutions for INCREASE OF CAPITAL BY THE COMPANY TO WHICH THIS PAGE PERTAINS, AS WELL AS THE FULL RELEASE OF THE SHARES REPRESENTING IT AND THE AMENDMENT OF ARTICLE 6 OF THE CORPORATE BYLAWS. THUS IT APPEARS in the copy of the instrument authorized by MADRID Notary GARCÍA COLLANTES JOSÉ MANUEL, on March 5, 2004 under number 838/2004 of his protocol. A copy was submitted to this Registry under number 1/2004/39933 on the twenty sixth day of March, two thousand four, pursuant to submission entry 397 of Journal 1412. Madrid, twenty first day of April, two thousand four. Hon. S/M and L.D. [signed] illegible<br><br>"<u>LABORATORIOS BELMAC SA</u>": Mr. ADOLFO HERRERA MÁLAGA, acting in the name and representation of the company to which this page pertains, in his capacity as its Legal Agent, and in the use of the powers which have been attributed to him in the instrument which gave rise to registration 35 of this page, has executed the instrument which is registered by the: …</td>
</tr>
</table>

B1252

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ETHYPHARM S.A. FRANCE & ETHYPHARM S.A. SPAIN, | ) | |
| Plaintiffs | ) | C.A. No. 04-1300 (SLR) |
| v. | ) | **JURY TRIAL DEMANDED** |
| BENTLEY PHARMACEUTICALS, INC. | ) | |
| Defendant. | ) | |

**DECLARATION OF JAMES R. MURPHY IN SUPPORT OF DEFENDANT BENTLEY PHARMACEUTICALS, INC.'S MOTION TO DISMISS**

Richard L. Horwitz (#2246)
David E. Moore (#3898)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000

*Attorneys for Defendant*

Of Counsel:
Craig E. Stewart
Marc J. Goldstein
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: (617) 239-0100

Dated: November __, 2004

I, James R. Murphy, declare under penalty of perjury as follows:

1. I am the chairman, president, chief executive officer, and a director of Bentley Pharmaceuticals, Inc. ("Bentley"). I have personal knowledge of the facts stated in this declaration, and if called as a witness, could competently testify to them. I make this declaration in support of Bentley's Motion to Dismiss for Failure to Join a Necessary Party.

2. I have been a director of Bentley since 1993, president since 1994, and chairman and CEO since 1995.

**Structure, Organization, and Operations of Bentley Pharmaceuticals, Inc.**

3. Bentley is a specialty pharmaceutical company focusing on the development and licensing of drug delivery technologies and generic and branded pharmaceutical products. Bentley is a Delaware company with its principal place of business in Exeter, New Hampshire.

4. Bentley owns a 15,700 square foot commercial building on 14 acres of land in Exeter, New Hampshire, which houses its corporate headquarters and a research and development laboratory. Bentley has 17 employees.

Bentley is a drug delivery company applying enabling permeation technology to enhance the absorption of drugs through the skin (such as the transdermal delivery of testosterone and the intranasal spray administration of insulin). Bentley conducts research in the USA for itself and under contract for others.

5. Bentley has a wholly-owned subsidiary, Pharma de Espana ("Pharma"). Pharma is a Delaware Corporation which in turn has two wholly-owned subsidiaries

operating outside the United States: Laboratorios Belmac, S.A. ("Belmac") and Bentley API, S.L. Belmac in turn has two subsidiaries of its own: Laboratorios Rimafar, S.L. and Laboratorios Davur, S.L. both Spanish corporations. Each of these subsidiary corporations are separately capitalized, own their own assets (including intellectual and real property), have independent management groups with day-to-day responsibility for operations, and maintain separate employees.

6. Each of Bentley's subsidiaries separately prepares financial statements, which are audited by Deloitte and Touche S.A., and filed with appropriate entities in Spain. In accordance with Generally Accepted Accounting Principles, Bentley's financial statements incorporate Bentley's activities as well as those of the above wholly-owned subsidiaries. Deloitte and Touche USA audits Bentley's financial statements in the United States.

**Structure and Organization of Bentley's Subsidiary Laboratorios Belmac, S.A.**

7. Even though Belmac is a subsidiary of Bentley, Belmac is capitalized separately from Bentley and operates independently of Bentley. Belmac has its own management team and personnel, assets, expenditures, investments, budget, liabilities, intellectual property, and bank accounts. Belmac is authorized to issue its own stock, may seek its own capital, and is not dependent on Bentley for funding. Belmac elects its own board of directors. Belmac guarantees its own debts.

8. Belmac has 312 employees in Spain. Belmac pays these employees from its own bank accounts. Belmac hires its own employees and makes employment decisions regarding these employees, including salaries.

9. Adolfo Herrera is the general manager of Belmac. He has significant autonomous authority over the operations of Belmac. The extent of Mr. Herrera's

authority is contained in the delegation of power from the Belmac board of directors to the Belmac general manager, which is required under Spanish law. In June and November 1999, the Belmac board authorized Mr. Herrera to exercise the following powers, among others:

(a) execute and comply with contracts related to Belmac's business;

(b) enter into encumbrances, liens and any other guarantees;

(c) open and maintain bank accounts;

(d) buy and sell all kinds of goods and intellectual property up to 20 million pesetas per transaction;

(e) enter into joint ventures;

(f) represent the company before the Spanish Ministry of the Economy and Treasury; and

(g) institute and defend legal cases and claims;

10. The Belmac board had granted similar delegations of powers to Mr. Herrera and previous general managers throughout the time that Belmac interacted with Ethypharm.

11. As a result of this significant delegation of responsibility, Mr. Herrera maintained and continues to maintains day-to-day control over the operations of Belmac and did not and does not have to seek my authorization or direction in the day-to-day operation of the plant or in Belmac's dealings with Ethypharm. Indeed, Mr. Herrera need not consult with Belmac's board or Bentley unless he will exceed the delegation of responsibility.

12. Since 1994, I have held, and still hold, the title of President of Belmac. As Belmac's President, I only address(ed) major issues that exceed the power delegated to Mr. Herrera and that therefore require(d) my signature. I hold the title of President so that Bentley can have some oversight over Belmac, which produces a significant portion of Bentley's revenue. Nevertheless, my involvement with Belmac is limited to discussing general strategies with Mr. Herrera and to addressing issues that exceed the power delegated to Mr. Herrera. I am not, and was not, involved in Belmac's operations. Prior to Mr. Herrera's appointment as general manager of Belmac, I spent one week out of every few months in Spain in my capacity as Belmac's President. Since Mr. Herrera's appointment, however, I have only gone to Spain three or four times per year in my capacity as Belmac's President.

13. Belmac prepares its own financial statements, which are audited by Deloitte and Touche, S.A., a Spanish company. These financial statements are filed with the proper authorities in Spain. Belmac negotiates its own agreements and contracts and does not need Bentley's approval to do so.

14. Belmac owns an 80,000 square foot facility in Zaragoza, Spain, which houses its manufacturing plant, warehouse, research and development laboratory, and office space.

**Directors and Officers of Belmac and Bentley**

15. The officers of Bentley are: Michael McGovern (vice chairman), Dr. Robert Stote (senior vice president and chief medical officer), Michael D. Price (vice president, chief financial officer, treasurer and secretary), and Robert Gyurik (vice president of pharmaceutical development). In addition to the officers, the following are

directors of Bentley: Miguel Fernandez, John W. Spiegel, Mike McGovern, Edward Robinson, and F. Ross Johnson.

16. While both I and Michael Price are also officers of Belmac, Belmac's board of directors also includes Adolfo Herrera. In addition, all of the senior management team of Belmac is distinct from Bentley. Bentley's board of directors does not control or direct Belmac's operations.

<u>Belmac is not an Agent of Bentley</u>

17. Belmac is not an agent of Bentley. Belmac does not have either express or apparent authority to act on Bentley's behalf. Bentley is a shareholder of Belmac. Bentley did not and does not now direct or control the day-to-day operations of Belmac. Belmac controls its own day-to-day operations, including the manufacture of omeprazole.

<u>Belmac's Relationship with Ethypharm and its Responsibility for Production of Omeprazole</u>

18. Belmac, not Bentley, entered into agreements with Ethypharm regarding the production of omeprazole, including any confidentiality or nondisclosure agreements. Bentley never entered into an agreement with Ethypharm regarding the production of omeprazole. The terms of any agreements between Belmac and Ethypharm were negotiated by representatives of Belmac, specifically the Belmac general managers, not Bentley. Belmac never acted on Bentley's behalf during these negotiations and Bentley never granted Belmac the authority to act on Bentley's behalf in negotiations or contracting with Ethypharm. Bentley did not have any rights, obligations, or duties under these agreements as it was not a signatory to them.

19. Neither I nor any other Bentley employee was involved on behalf of Bentley in the negotiations of the terms and conditions of the March 23, 2000

manufacturing contract between Belmac and Ethypharm. Similarly, neither I nor any other Bentley employee was involved on behalf of Bentley in subsequent discussions between Belmac and Ethypharm in January and February 2002 regarding the expiration of that agreement.

20. Before, during, and after the contract with Ethypharm to manufacture omeprazole, Belmac manufactured and produced omeprazole in the Zaragoza facility. Belmac, not Bentley, controlled the manufacture of omeprazole in the Zaragoza facility during the contract with Ethypharm and continues to control the production of omeprazole at the Zaragoza facility. Bentley did not and does not participate in the manufacture and production of omeprazole in Zaragoza.

21. Belmac developed its own omeprazole manufacturing process in Spain without Bentley's involvement. Belmac used its own funds to finance the manufacture of omeprazole and the necessary clinical trials of the omeprazole manufacturing process that Belmac developed.

22. Belmac has filed for five Spanish patents and two Patent Cooperation Treaty patents (with effects in Spain). Four of these seven patents relate to the production of omeprazole. Three of those seven patents have been granted and Belmac is the owner of those patents. When the remaining patents are granted, Belmac will be the patent holder. Bentley does not own any patents pertaining to the manufacture of omeprazole, lansoprazole, or related products in Spain.

23. Belmac owns and maintains the registration files for more than 40 compounds that Belmac filed with the Spanish Ministry of Health. The Spanish Ministry

of Health's approvals of Belmac's omeprazole compounds were issued in Belmac's name, not Bentley's, for the manufacture and distribution of omeprazole in Spain.

**Jim Murphy's Interactions with Ethypharm**

24. When I have directly interacted with Ethypharm, it has been in two distinct contexts. First, at various times in the past Ethypharm would request information or meetings with me regarding the Belmac-Ethypharm relationship in my capacity as the President of Belmac. To the extent I participated in these issues, it was solely in my capacity as an officer of Belmac and not on behalf of Bentley. Second, the only times in which I interacted with Ethypharm on behalf of Bentley was between 1995 and 2000, when I discussed or corresponded with Ethypharm on behalf of Bentley concerning possible direct business collaboration between the two companies. These contacts were sporadic and did not concern the omeprazole business between Ethypharm and Belmac.

25. The October 6, 2000 fax cited in Ethypharm's Complaint pertained to Ethypharm's contemplated closure of its Spanish operations. At that time, Ethypharm had already started to lay personnel off. Bentley was considering the purchase of Ethypharm's Spanish operations or, in the alternative, running Ethypharm's existing operations in Spain. Ethypharm had a number of customers who bought omeprazole and this fax involved a proposal to switch the servicing of their customers to Belmac's operations.

26. Likewise, I wrote the January 28, 1997 fax cited in Ethypharm's complaint in my capacity as President of Belmac and not in my capacity as an officer of Bentley.

27. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.