**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ETHYPHARM S.A. FRANCE and ETHYPHARM S.A. SPAIN, | )<br>)<br>) |
| Plaintiffs, | )<br>) Civ. No. 04-1300-SLR |
| v. | )<br>) **JURY TRIAL DEMANDED** |
| BENTLEY PHARMACEUTICALS, INC., | )<br>) |
| Defendant. | ) |

**STIPULATION AND ORDER CONCERNING EXTENSION OF TIME TO
RESPOND TO PLAINTIFFS' MOTION FOR SANCTIONS**

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs Ethypharm S.A. France and Ethypharm S.A. Spain (collectively "Ethypharm" or "Plaintiffs"), and Defendant Bentley Pharmaceuticals, Inc. ("Bentley" or "Defendant"), by and through their undersigned counsel, that the deadline for Defendant to respond to Plaintiffs' "Motion for Sanctions and Other Appropriate Relief" (D.I. 75) shall be extended up to and including Friday, October 13, 2006, and that the deadline for Plaintiffs to file their Reply brief shall be extended up to and including October 20, 2006.

The parties also wish to report to the Court that they have reached an agreement in principle with respect to the settlement of this litigation, and anticipate filing a Notice of Dismissal with respect thereto within the next several days.

Dated:  October 4, 2006

| **MURPHY SPADARO & LANDON** | **EDWARDS ANGELL PALMER & DODGE LLP** |
|---|---|
| | |
| */s/ Francis J. Murphy* | */s/ Joseph B. Cicero* |
| Francis J. Murphy (I..D. 223) | John L. Reed (I.D. 3023) |
| MURPHY SPADARO & LANDON | Joseph B. Cicero (I.D. 4388) |
| 1011 Centre Road, Suite 210 | EDWARDS ANGELL PALMER & DODGE LLP |
| Wilmington, DE  19805 | 919 North Market Street, 15th Floor |
| Tel: (302) 472-8100 | Wilmington, DE  19801 |
| Fax: (302) 472-8135 | Tel. (302) 777-7770 |
| E-mail:  fmurphy@msllaw.com | Fax: (302) 777-7263 |
| | E-mail:  jreed@eapdlaw.com |
| | jcicero@eapdlaw.com |
| | |
| Dwight P. Bostwick | Craig E. Stewart |
| BAACH ROBINSON & LEWIS PLLC | EDWARDS ANGELL PALMER & DODGE LLP |
| 1201 F Street, NW, Suite 500 | 111 Huntington Avenue |
| Washington, DC  20004 | Boston, MA  02199 |
| Tel: (202) 833-8900 | Tel: (617) 239-0100 |
| Fax: (202) 466-5738 | Fax: (617) 227-4420 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**SO ORDERED,** this the  ___ day of October, 2006.

_____
The Honorable Sue L. Robinson
United States District Court Judge