**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ETHYPHARM S.A. FRANCE and<br>ETHYPHARM S.A. SPAIN,<br><br>        Plaintiffs,<br><br>    v.<br><br>BENTLEY PHARMACEUTICALS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   Civ. No. 04-1300-SLR<br>)<br>)   **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER CONCERNING FURTHER EXTENSION OF
TIME TO RESPOND TO PLAINTIFFS' MOTION FOR SANCTIONS**

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs Ethypharm S.A. France and Ethypharm S.A. Spain (collectively "Ethypharm" or "Plaintiffs"), and Defendant Bentley Pharmaceuticals, Inc. ("Bentley" or "Defendant"), by and through their undersigned counsel, that the deadline for Defendant to respond to Plaintiffs' "Motion for Sanctions and Other Appropriate Relief" (D.I. 75) shall be extended up to and including Friday, November 10, 2006, and that the deadline for Plaintiffs to file their Reply brief shall be extended up to and including November 17, 2006.

The parties also wish to report to the Court that they have agreed to settle the action, have executed a term sheet, expect to sign a final settlement agreement within the next several days, and anticipate filing a Notice of Dismissal with respect thereto within a few days thereafter.

Dated: October 13, 2006

| **MURPHY SPADARO & LANDON** | **EDWARDS ANGELL PALMER & DODGE LLP** |
|---|---|
| /s/ Francis J. Murphy | /s/ Joseph B. Cicero |
| Francis J. Murphy (I..D. 223) | John L. Reed (I.D. 3023) |
| MURPHY SPADARO & LANDON | Joseph B. Cicero (I.D. 4388) |
| 1011 Centre Road, Suite 210 | EDWARDS ANGELL PALMER & DODGE LLP |
| Wilmington, DE 19805 | 919 North Market Street, 15th Floor |
| Tel: (302) 472-8100 | Wilmington, DE 19801 |
| Fax: (302) 472-8135 | Tel. (302) 777-7770 |
| E-mail: fmurphy@msllaw.com | Fax: (302) 777-7263 |
| | E-mail: jreed@eapdlaw.com |
| | jcicero@eapdlaw.com |
| Dwight P. Bostwick | Craig E. Stewart |
| BAACH ROBINSON & LEWIS PLLC | EDWARDS ANGELL PALMER & DODGE LLP |
| 1201 F Street, NW, Suite 500 | 111 Huntington Avenue |
| Washington, DC 20004 | Boston, MA 02199 |
| Tel: (202) 833-8900 | Tel: (617) 239-0100 |
| Fax: (202) 466-5738 | Fax: (617) 227-4420 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**SO ORDERED,** this the ___ day of October, 2006.

_____
The Honorable Sue L. Robinson
United States District Court Judge