# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHYPHARM S.A. France and ETHYPHARM S.A. Spain,<br><br>          Plaintiffs,<br><br>     v.<br><br>BENTLEY PHARMACEUTICALS, INC.<br><br>          Defendant | C.A. No.:  04-1300 (SLR) |

## STIPULATION OF DISMISSAL

WHEREAS, the parties have resolved this litigation as part of a legally binding Settlement Term Sheet Agreement, dated September 29, 2006,

THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties to this action stipulate that this case be dismissed with prejudice and without costs, the parties waiving all rights of appeal.

Dated:  November 10, 2006

| | |
|---|---|
| ETHYPHARM S.A. FRANCE and ETHYPHARM S.A. SPAIN<br>By their attorneys, | BENTLEY PHARMACEUTICALS, INC.<br>By its attorneys, |
| /s/ *Francis J. Murphy*<br>Francis J. Murphy (I.D 223)<br>MURPHY SPADARO & LANDON<br>1011 Centre Road, Suite 210<br>Wilmington, DE  19805<br>Tel: (302) 472-8100<br>Fax: (302) 472-8135<br>E-mail:  Fmurphy@msllaw.com | /s/ *Joseph B.Cicero*<br>John L. Reed (I.D. 3023)<br>Joseph B. Cicero (I.D. 4388)<br>EDWARDS ANGELL PALMER & DODGE LLP<br>919 North Market Street, 15th Floor<br>Wilmington, DE  19801<br>Tel. (302) 777-7770<br>Fax: (302) 777-7263<br>E-mail:  Jreed@eapdlaw.com<br>          Jcicero@eapdlaw.com |

- 2 -

| | |
|---|---|
| Dwight P. Bostwick<br>BAACH ROBINSON & LEWIS PLLC<br>1201 F Street, NW, Suite 500<br>Washington, DC  20004<br>Tel: (202) 833-8900<br>Fax: (202) 466-5738 | Craig E. Stewart<br>EDWARDS ANGELL PALMER &<br>DODGE LLP<br>111 Huntington Avenue<br>Boston, MA  02199<br>Tel: (617) 239-0100<br>Fax: (617) 227-4420 |